# EXHIBIT C



**Q. How to fetch files from other file hostings as RapidShare**
**A.** Put as download URL: http://username:password@rapidshare.com/files/193082186/filename.rar Where username:password are your password to your RapidShare account

**Q. No login, site only reloads.**
**A.** Please activate the Java Script functionality of your browser.

**Q. I uploaded files, but I can't see them?**
**A.** Usually this will never happen, but in heavy rush hours there is sometimes a time lag and it can take up to dozen minutes before the file is ready for download.

**Q. My files disappear?**
**A.** Most probably we were received complain from copyright owner or other authority and thus remove your files.

**Q. How to upload with FTP?**
**A.** ftp.hotfile.com <u>user</u>: your hotfile username <u>pass</u>: your hotfile password You can upload and make folders, but cant rename,move files

**Q. When downloading a video file, and the download button is clicked, instead of downloading the file it starts playing**
**A.** Please check your media player settings and turn off auto play option.

**Q. I try to pay with sms but have problems?**
**A.** Please visit sms support page: http://service.smscoin.com/info/sms-help/

**Q. How long does HotFile store my files?**
**A.** Your files will be stored forever as long as you are a premium member. If you are a registered user without premium status, your files will be stored until at least 90 days after their last download.

**Q. What are limitations on HotFile for the number of downloads or daily download traffic?**
**A.** There aren't any limitations! All depends of the user connection speed, also there is restriction for free users: 15 minutes wait between each download

**Q. I cannot open a downloaded file: It's corrupt or I get asked for a password, a program to open the file with, or a missing "codec"?**
**A.** Please ask the person you received the file link from for details about the file format, required codecs or passwords. We have no way of finding them out for you.

**Q. Which download managers can I use?**
**A.** You may use any of the major accelerators, a few popular ones are: Speedget, Download Accelerator Plus, GetRight, FlashGet and GoZilla also try google file download manager.



