AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, COLUMBIA PICTURES INDUSTRIES, INC., and WARNER BROS. ENTERTAINMENT INC.,
*Plaintiff*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10,
*Defendant*

Civil Action No. **11-20427-CV-Ungaro/Simonton**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hotfile Corp.
34-20 Calle 34
Panama City 0005, Panama
C/O Anton Titov
101 20th Street
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
Suite 1600
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **February 8, 2011**



Steven M. Larimore
Clerk of Court

SUMMONS

s/Valerie Kemp
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, COLUMBIA PICTURES INDUSTRIES, INC., and WARNER BROS. ENTERTAINMENT INC.,

*Plaintiff*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10,

*Defendant*

Civil Action No. **11-20427-CV-Ungaro/Simonton**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Anton Titov
101 20th Street
Miami Beach, FL  33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
Suite 1600
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: **February 8, 2011**

Steven M. Larimore
Clerk of Court

s/ Valerie Kemp
Deputy Clerk
U.S. District Courts