UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| DISPLAY ENTERPRISES, INC.,<br>TWENTIETH CENTURY FOX FILM<br>CORPORATION,<br>UNIVERSAL CITY STUDIOS<br>PRODUCTIONS LLLP,<br>COLUMBIA PICTURES INDUSTRIES,<br>INC.,<br>and WARNER BROS. ENTERTAINMENT<br>INC.,<br><br>    *Plaintiffs*,<br><br>    vs.<br><br>HOTFILE CORP., ANTON TITOV, and<br>DOES 1-10.<br><br>    *Defendants*. | Case No. 11-20427-CV-Ungaro/Simonton<br><br>**PLAINTIFFS' RULE 7.1 CORPORATE<br>DISCLOSURE STATEMENT** |

The undersigned, counsel of record for Plaintiffs, certifies pursuant to Fed. R. Civ. P. 7.1(a)(1) that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Disney Enterprises, Inc. is a wholly owned subsidiary of The Walt Disney Company, a publicly traded corporation. No publicly held company owns 10% or more of The Walt Disney Company's stock.

2. Twentieth Century Fox Film Corporation is a wholly owned subsidiary of Fox Entertainment Group, Inc. The parent of Fox Entertainment Group, Inc. is News Corporation, a

59289.1

publicly traded corporation. No publicly held company owns 10% or more of News Corporation's stock.

3. Universal City Studios Productions LLLP is wholly and indirectly owned by NBC Universal Media, LLC (formerly known as NBC Universal, Inc.). NBC Universal Media, LLC is indirectly owned by Comcast Corporation, a publicly traded U.S. corporation, and General Electric Company, a publicly traded corporation. No publicly held company owns 10% or more of Comcast Corporation's or General Electric Company's stock.

4. Columbia Pictures Industries, Inc. is an indirect subsidiary of Sony Pictures Entertainment Inc., which in turn is an indirect subsidiary of Sony Corporation, a publicly traded company. No publicly held company owns 10% or more of Sony Corporation's stock.

5. Warner Bros. Entertainment Inc. is a wholly owned subsidiary of Time Warner Inc., a publicly traded company. No publicly held company owns 10% or more of Time Warner Inc.'s stock.

Dated: February 8, 2011        By:    /s/Karen L. Stetson
                                      Karen L. Stetson

                                      GRAY-ROBINSON, P.A.
                                      Karen L. Stetson (FL Bar No. 74293)
                                      1221 Brickell Avenue
                                      Suite 1600
                                      Miami, FL 33131
                                      Phone: 305-416-6880
                                      Fax: 305-416-6887

                                      JENNER & BLOCK LLP
                                      Steven B. Fabrizio (*Pro Hac to be Filed*)
                                      Duane C. Pozza (*Pro Hac to be Filed*)
                                      Luke C. Platzer (*Pro Hac to be Filed*)
                                      1099 New York Ave., N.W., Suite 900
                                      Washington, DC 20001
                                      Phone: 202-639-6000
                                      Fax: 202-639-6066

                                      *Attorneys for Plaintiffs*

59289.1

3

59289.1