FILING FEE

PAID _$75.00_

pro hac
vice _13989_

Steven M. Larimore, Clerk

FILED by _AL_ D.C.

FEB 1 1 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 11-20427-CV-UNGARO/SIMONTON

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

     Plaintiffs

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

     Defendants.

_____/

## MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and

Practice of Attorneys of the United States District Court for the Southern District of Florida, the

undersigned respectfully moves for the admission of Duane C. Pozza, Esq., of the law firm of

Jenner & Block, 1099 New York Avenue, N.W., Suite 900, Washington, D.C., telephone: (202)

639-6094, for purposes of limited appearance as counsel on behalf of Plaintiffs, Disney

Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions

LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc., in the above-

styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative

# 416163 v1

Procedures, to permit Duane C. Pozza, to receive electronic filings in this case, and in support thereof states as follows:

1.      Duane C. Pozza is not admitted to practice in the Southern District of Florida and is a member in good standing of the Washington, D.C. Bar and Court of Appeals for the District of Columbia.

2.      Movant, Karen L. Stetson, Esquire, of the law firm of GrayRobinson, 1221 Brickell Avenue, Suite 1650, Miami, Florida 33131, telephone: (305) 416-6880, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Duane C. Pozza has made payment of this Court's $75 admission fee.  A certification in accordance with Rule 4B is attached hereto.

4.      Duane C. Pozza, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Duane C. Pozza, Esq. at email address: dpozza@jenner.com.

WHEREFORE, Karen L. Stetson moves this Court to enter an Order permitting Duane C.

#416163 v1

Pozza to appear before this Court on behalf of Plaintiffs, Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Duane C. Pozza.

Respectfully submitted,

GrayRobinson, P.A.
Attorneys for Plaintiffs
1221 Brickell Avenue
Suite 1650
Miami, FL 33131
Tel: (305) 416-6880
Fax: (305) 416-6887

By:_____
KAREN L. STETSON
Florida. Bar No. 742937
Karen.stetson@gray-robinson.com

# 416163 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO:  11-20427-CV-UNGARO/SIMONTON

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

      Plaintiffs

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

      Defendants.

_____/

## CERTIFICATE OF DUANE C. POZZA

Duane C. Pozza, Esq., pursuant to Rule 4(b) of the Special Rules Governing the

Admission and Practice of Attorneys, hereby certify that (1) I have studied the Local Rules of the

United States District Court for the Southern District of Florida; and (2) I am a member in good

standing of the Washington, D.C. Bar and the Court of Appeals for the District of Columbia.

_____
Duane C. Pozza



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia

Court of Appeals, do hereby certify that

DUANE C. POZZA
_____

was on the ___12TH___ day of _____NOVEMBER, 2004_____

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have
> hereunto subscribed my name
> and affixed the seal of this
> Court at the City of
> Washington, D.C., on
> February 8, 2011.
>
>
> JULIO A. CASTILLO
> Clerk of the Court
>
>
> By: _____
>           Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO:  11-20427-CV-UNGARO/SIMONTON

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

        Plaintiffs

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

        Defendants.

_____/

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
DUANE C. POZZA, CONSENT TO DESIGNATION AND
REQUEST TO ELECTRONICALLY
RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE having come before the Court on the Motion for Limited Appearance of

Duane C. Pozza and Consent to Designation, requesting, pursuant to Rule 4B of the Special

Rules Governing the Admission and Practice of Attorneys in the United States District Court for

the Southern District of Florida, permission for a limited appearance of Duane C. Pozza in this

matter and request to electronically receive notice of electronic filings.  This Court having

considered the motion and all other relevant factors, it is hereby

# 416163 v1

ORDERED and ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Duane C. Pozza is granted to appear and participate in this action on behalf of Plaintiffs, Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. The Clerk shall provide electronic notification of all electronic filings to Duane C. Pozza at dpozza@jenner.com.

DONE AND ORDERED in Chambers at _____, Florida this _____ day of February, 2011.


_____
United States District Judge


Copies furnished to:
All Counsel of Record

# 416163 v1