FILING FEE
PAID $75.—
pro hac
vice 13990
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 11-20427-CV-UNGARO/SIMONTON

FILED by ___ D.C.
FEB 11 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    Plaintiffs

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    Defendants.

_____/

## MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Luke C. Platzer, Esq., of the law firm of Jenner & Block, 1099 New York Avenue, N.W., Suite 900, Washington, D.C., telephone: (202) 639-6094, for purposes of limited appearance as counsel on behalf of Plaintiffs, Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc., in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Luke C. Platzer, to receive electronic filings in this case, and in support

# 415936 v1

thereof states as follows:

1. Luke C. Platzer is not admitted to practice in the Southern District of Florida and is a member in good standing of the Washington, D.C. Bar and Court of Appeals for the District of Columbia.

2. Movant, Karen L. Stetson, Esquire, of the law firm of GrayRobinson, 1221 Brickell Avenue, Suite 1650, Miami, Florida 33131, telephone: (305) 416-6880, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Luke C. Platzer has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. Luke C. Platzer, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Luke C. Platzer, Esq. at email address: LPlatzer@jenner.com.

WHEREFORE, Karen L. Stetson moves this Court to enter an Order permitting Luke C. Platzer to appear before this Court on behalf of Plaintiffs, Disney Enterprises, Inc., Twentieth

# 415936 v1

Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Luke C. Platzer.

Respectfully submitted,

GrayRobinson, P.A.
Attorneys for Plaintiffs
1221 Brickell Avenue
Suite 1650
Miami, FL 33131
Tel: (305) 416-6880
Fax: (305) 416-6887

By: /s/ Karen L. Stetson
KAREN L. STETSON
Florida. Bar No. 742937
Karen.stetson@gray-robinson.com

# 415936 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 11-20427-CV-UNGARO/SIMONTON

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    Plaintiffs

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    Defendants.

_____/

## CERTIFICATE OF LUKE C. PLATZER

Luke C. Platzer, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certify that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Washington, D.C. Bar and the Court of Appeals for the District of Columbia.

                                                                              Luke C. Platzer



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____ LUKE C. PLATZER _____

was on the   6TH   day of   NOVEMBER, 2006   duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 8, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
                    Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 11-20427-CV-UNGARO/SIMONTON

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    Plaintiffs

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    Defendants.

_____/

### ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF LUKE C. PLATZER, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Luke C. Platzer and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Luke C. Platzer in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

# 415936 v1

ORDERED and ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Luke C. Platzer is granted to appear and participate in this action on behalf of Plaintiffs, Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. The Clerk shall provide electronic notification of all electronic filings to Luke C. Platzer at LPlatzer@jenner.com.

DONE AND ORDERED in Chambers at _____, Florida this _____ day of February, 2011.

_____
United States District Judge

Copies furnished to:
All Counsel of Record

#415936 v1