UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO:  11-20427-CV-UNGARO/SIMONTON

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

      Plaintiffs

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

      Defendants.

_____/

## NOTICE OF FILING PROOF OF SERVICE

    Plaintiffs, Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions, LLLP, Columbia Pictures Industries, Inc. and Warner Bros. Entertainment Inc., by and through undersigned counsel hereby give Notice of Filing Proof of Service on Anton Titov.

# 422909 v1

CASE NO:  11-20427-CV-UNGARO/SIMONTON

Respectfully submitted,

GrayRobinson, P.A.
Attorneys for Plaintiffs
1221 Brickell Avenue
Suite 1650
Miami, FL 33131
Tel: (305) 416-6880
Fax: (305) 416-6887


By:___/s/ Karen L. Stetson
        Karen L. Stetson
        Florida. Bar No.  742937
        Karen.stetson@gray-robinson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was sent by U.S. Mail to: **ANTON TITOV,** 101 20th Street, Miami Beach, FL 33139 and **HOTFILE CORP.,** 34-20 Calle 34 Panama City 0005, Panama City, Panama, c/o of Anton Titov, 101 20th Street, Miami Beach, FL 33139 this 18th day of February, 2011.


By:___/s/ Karen L. Stetson

# 422909 v1

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Anton Titov

was received by me on *(date)*    February 8, 2011

☒ I personally served the summons on the individual at *(place)*   Cosmopolitan of Las Vegas
3708 Las Vegas Boulevard, Las Vegas NV. 89109   on *(date)*   February 8 2011  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____   on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   February 8, 2011

_____
Server's signature

Roy F. Guill, Senior Field Investigator
Printed name and title

7435 South Eastern Ave #5284, Las Vegas NV. 89123
Server's address

Additional information regarding attempted service, etc: