UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., ) <br> TWENTIETH CENTURY FOX FILM CORPORATION, ) <br> UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, ) <br> COLUMBIA PICTURES INDUSTRIES, INC., and ) <br> WARNER BROS. ENTERTAINMENT INC., ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> vs. ) <br> ) <br> HOTFILE CORP., ANTON TITOV, and ) <br> DOES 1-10. ) <br> ) <br> *Defendants*. ) | Case No. <br><br> **NOTICE OF SIMILAR ACTION** |

Pursuant to Local Rule 3.8, Plaintiffs hereby give notice that the above-captioned action is similar, within the meaning of Section 2.15.00 of the Court's Internal Operating Procedures, to the following action already pending in this Court before Judge Jordan: *Liberty Media Holdings, LLC v. Hotfile Corp. et al.*, No. 1:11-cv-20056-AJ. In that case, a different copyright owner has brought suit against the named defendants here, Hotfile Corp. and Anton Titov, based on similar factual allegations. The complaint also alleges violations of the Copyright Act, as does the complaint here. Plaintiffs therefore believe that the case is "similar" within the meaning of IOP Section 2.15.00, as this matter would "entail the unnecessary duplication of judicial labor if heard by a different judge."

Dated: February 8, 2011    By:    /s/Karen L. Stetson
                                  Karen L. Stetson

                                  GRAY-ROBINSON, P.A.
                                  Karen L. Stetson (FL Bar No. 742937)
                                  1221 Brickell Avenue
                                  Suite 1600
                                  Miami, FL 33131
                                  Phone: 305-416-6880
                                  Fax: 305-416-6887

                                  JENNER & BLOCK LLP
                                  Steven B. Fabrizio (*Pro Hac Vice to be Filed*)
                                  Duane C. Pozza (*Pro Hac Vice to be Filed*)
                                  Luke C. Platzer (*Pro Hac Vice to be Filed*)
                                  1099 New York Ave., N.W., Suite 900
                                  Washington, DC 20001
                                  Phone: 202-639-6000
                                  Fax: 202-639-6066

                                  *Attorneys for Plaintiffs*