UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., <br> TWENTIETH CENTURY FOX FILM CORPORATION, <br> UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, <br> COLUMBIA PICTURES INDUSTRIES, INC., and <br> WARNER BROS. ENTERTAINMENT INC., <br><br> *Plaintiffs*, <br><br> vs. <br><br> HOTFILE CORP., ANTON TITOV, and <br> DOES 1-10. <br><br> *Defendants*. | Case No. 1:11-cv-20427-UU <br><br> **[PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' EMERGENCY MOTION FOR ORDER PROHIBITING SPOLIATION AND PRESERVING EVIDENCE** |

Upon consideration of Plaintiffs' Emergency Motion for Order Prohibiting Spoliation and Preserving Evidence, and all of the papers submitted in support thereof, Plaintiffs' request for an expedited briefing schedule is GRANTED. The Court finds that good cause exists to order expedited consideration of Plaintiffs' motion in accordance with Southern District of Florida Local Rule 7.1(e).

1. It is hereby ORDERED that Defendants Hotfile Corp. and Anton Titov shall serve any memorandum in opposition to Plaintiffs' motion no later than 5 p.m. on February 24, 2011.

2. It is further ORDERED that Plaintiffs shall serve any reply memorandum in support of their motion no later than 5 p.m. on February 25, 2011.

IT IS SO ORDERED.

Dated _____, 2011.

_____
United States District Court Judge