UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 11-20427-CV-UNGARO/SIMONTON

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

      Plaintiffs

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

      Defendants.
_____/

**PLAINTIFFS' NOTICE OF FILING DECLARATION OF IAN FOSTER
IN SUPPORT OF EMERGENCY MOTION FOR ORDER PROHIBITING
<u>SPOLIATION OF EVIDENCE AND PRESERVING EVIDENCE</u>**

    Plaintiffs hereby give notice of filing the attached Declaration of Ian Foster in support of their Emergency Motion For Order Prohibiting Spoliation Of Evidence and Preserving Evidence (DE 14).

Dated: February 22, 2011                Respectfully submitted,

                                            GrayRobinson, P.A.
                                            Attorneys for Plaintiffs
                                            1221 Brickell Avenue
                                            Suite 1650
                                            Miami, FL 33131
                                            Tel: (305) 416-6880
                                            Fax: (305) 416-6887

# 424883 v1

CASE NO: 11-20427-CV-UNGARO/SIMONTON

By: /s/ Karen L. Stetson
 Karen L. Stetson
 Florida. Bar No. 742937
 Karen.stetson@gray-robinson.com

| | |
|---|---|
| MOTION PICTURE ASSOCIATION<br>OF AMERICA, INC.<br>Daniel M. Mandil (*Pro Hac Vice to be Filed*)<br>Karen R. Thorland (*Pro Hac Vice to be Filed*)<br>15301 Venture Blvd., Building E<br>Sherman Oaks, CA 91403 | JENNER & BLOCK LLP<br>Steven B. Fabrizio (*Pro Hac Vice Pending*)<br>Duane C. Pozza (*Pro Hac Vice Pending*)<br>Luck C. Platzer (*Pro Hac Vice Pending*)<br>1099 New York Ave., N.W., Suite 900<br>Washington, DC 20001<br>Tel: (202) 639-6000<br>Fax: (202) 639-6066 |

*Attorneys for Plaintiffs*

# 424883 v1