UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 11-20427-CV-UNGARO/SIMONTON

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

      Plaintiffs
v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

      Defendants.
_____/

**PLAINTIFFS' NOTICE OF FILING DECLARATION OF DUANE POZZA
IN SUPPORT OF EMERGENCY MOTION FOR ORDER PROHIBITING
<u>SPOLIATION OF EVIDENCE AND PRESERVING EVIDENCE</u>**

    Plaintiffs hereby give notice of filing the attached Declaration of Duane Pozza in support of their Emergency Motion For Order Prohibiting Spoliation Of Evidence and Preserving Evidence (DE 14).

Dated: February 22, 2011                      Respectfully submitted,

                                                                     GrayRobinson, P.A.
                                                                     Attorneys for Plaintiffs
                                                                     1221 Brickell Avenue
                                                                     Suite 1650
                                                                     Miami, FL 33131
                                                                     Tel: (305) 416-6880
                                                                     Fax: (305) 416-6887

# 424885 v1

CASE NO: 11-20427-CV-UNGARO/SIMONTON

By: /s/ Karen L. Stetson
Karen L. Stetson
Florida. Bar No. 742937
Karen.stetson@gray-robinson.com

MOTION PICTURE ASSOCIATION
OF AMERICA, INC.
Daniel M. Mandil (*Pro Hac Vice to be Filed*)
Karen R. Thorland (*Pro Hac Vice to be Filed*)
15301 Venture Blvd., Building E
Sherman Oaks, CA 91403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice Pending*)
Duane C. Pozza (*Pro Hac Vice Pending*)
Luck C. Platzer (*Pro Hac Vice Pending*)
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Tel: (202) 639-6000
Fax: (202) 639-6066

*Attorneys for Plaintiffs*

# 424885 v1