# EXHIBIT F





WJUNCTION
WEBMASTER HANGOUT

Username GO

WJunction > Webmasters > File Hosts

## Hotfile: Account Termination

Register FAQ Calendar

POST REPLY

Page 1 of 45 **1** 2 3 11 > Last »

Thread Tools Display Modes

18th Feb 2011, 10:12 PM #1

**NightMare**
Member

Website(s):
devilsdivine.org

Join Date: Oct 2010
Posts: 428

**Hotfile: Account Termination**

Just got an E-mail from Hotfile :

Your account has been terminated due to repeated copyright infringement violations.

doesn't Hotfile just rocks ?
why does all of you still using HF ?
its the worst host ever !
Mods please leave it open , i wanna see why someguys still using HF .

and please , don't say you should have changed the md5
coz i DID !

QUOTE

18th Feb 2011, 10:15 PM #2

**buck_rider**
Member

Website(s):
abook.ws

Join Date: Jan 2010
Posts: 26

Got that same e-mail just 2 minutes ago.

Account suspended, money gone. :-/

QUOTE

18th Feb 2011, 10:15 PM #3

**Mr-R-T**
Global Moderator

Website(s):
HQ-Uploads.com
HotFileServe.org

Join Date: May 2009
Location: Underground
Posts: 2,844

lol I think everyone is getting their account terminated .

QUOTE

18th Feb 2011, 10:16 PM  #4

**cvrle77**
Member

Join Date: Aug 2009
Posts: 356

repeated means u uploaded same files over and over and over...I got 16 rapidshare accounts down, u think HF sux? lol 4 of them were in same month

---

18th Feb 2011, 10:18 PM  #5

**ThumperTM**
Member

Website(s): ThumperDC.com
Join Date: Jan 2011
Location: Heaven
Posts: 50

Use filesonic

---

18th Feb 2011, 10:18 PM  #6

**NightMare**
Member

Website(s): devilsdivine.org
Join Date: Oct 2010
Posts: 428

well , at least RS used to give good resons !

---

18th Feb 2011, 10:18 PM  #7

**infernohuman**
Member

Website(s): my-downloads.eu
Join Date: Aug 2010
Posts: 303

so you ask why does any1 use hotfile...
why did u use it until your account got terminated?
i guess all others will stop when they get same mail as you...

so you got enlighted, good for you...

---

18th Feb 2011, 10:20 PM  #8

**petertouch**
Member

Join Date: Aug 2010
Posts: 135

Shouldn't violate TOS.

---

18th Feb 2011, 10:24



PM #9

JJJ
Member

Website(s):
IMGKeep.com
mk3.ca

Join Date: Sep 2009
Location: Canada
Posts: 2,690

You're an idiot for making this thread the way you phrased everything. Read the damn TOS first. Find a file host (large and facing lawsuits at the moment) that would not do this with all the pressure they are facing. Do you think they would risk closing to satisfy your needs? Open a new account and refrain for clicking New Thread.

QUOTE

18th Feb 2011, 10:24 PM #10

NightMare
Member

Website(s):
devilsdivine.org

Join Date: Oct 2010
Posts: 428

does they remove all ur files when they ban the acc ?

QUOTE

POST REPLY

Page 1 of 45 **1** 2 3 11 > Last »

« Previous Thread | Next Thread »

Posting Rules

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Rules

Forum Jump
File Hosts Go

## Similar Threads

| Thread | Thread Starter | Forum | Replies | Last Post |
|---|---|---|---|---|
| hotfile account help | kamrandahir | Technical Help Desk Support | 1 | 28th May 2010 04:17 PM |
| HotFile Account | Santocool | General Discussion | 10 | 1st May 2010 07:11 AM |
| [Buying] Want to trade a hotfile account, for a WebHosting account, | Angeix | Marketplace (Buy, Sell and Trade) | 10 | 16th Dec 2009 07:18 PM |
| 1 hotfile account for $2 | thianpa | Marketplace (Buy, Sell and Trade) | 7 | 8th Sep 2009 01:20 PM |

All times are GMT. The time now is 07:25 PM.

**Advertising · Archive · Top**

Powered by vBulletin®
Copyright ©2000 - 2011, Jelsoft Enterprises Ltd. (Time: **0.130**s)

WJunction > Webmasters > File Hosts
**Hotfile: Account Termination**

Register    FAQ    Calendar

Page 2 of 45   <   1   **2**   3   4   12   >   Last »

Thread Tools    Display Modes

**18th Feb 2011, 10:24 PM**                                                   #11

**masterb56**
Member

Join Date: Sep 2010
Posts: 528

If you're going to reupload the files over and over again, upload it to a different hotfile account.



**18th Feb 2011, 10:24 PM**                                                   #12

**Mr.KiLLeR**
Member

just got the email 2 mins ago 🙁 14$ lost 🙁

Website(s):
War3z.Net
Extreme-Warez.Org

Join Date: Aug 2009
Location: Look Behind You
Posts: 1,572

**18th Feb 2011, 10:25 PM**                                                   #13

**CloudShadow**
Member

I dont think they will. Those files will get them new customers so its in their advantage. They will only be removed when a DMCA complaint is sent to them

Website(s):
XboxPirate.com
DirectLinkSpot.com

Join Date: Sep 2010

Posts: 906

18th Feb 2011, 10:26 PM #14

**ThumperTM**
Member



Website(s):
ThumperDC.com
Join Date: Jan 2011
Location: Heaven
Posts: 50

They have freez they accounts coz they had uplaod ilegal stuff , hotfile had delete his file in some time so they had decide that who will broken rules in much times will be banned

18th Feb 2011, 10:26 PM #15

**hover**
Member

Join Date: May 2009
Posts: 153

All my files got deleted.

18th Feb 2011, 10:27 PM #16

**el_jentel1**
A Gentleman

Join Date: Jan 2008
Posts: 1,406

Quote:
Originally Posted by **JJJ**
*You're an idiot for making this thread. Read the damn TOS first. Find a file host (large and facing lawsuits at the moment) that would not do this with all the pressure they are facing. Do you think they would risk closing to satisfy your needs? Open a new account and refrain for clicking New Thread.*

You sir, rock. Common sense for the win.

18th Feb 2011, 10:27 PM #17

**Smith**
Member

Join Date: Sep 2009
Posts: 850

Looks like shitload of accounts are going to be deleted... Hmmm

18th Feb 2011, 10:28 PM #18

**surfer**
Member

Join Date: May 2010
Posts: 25

Quote:
Originally Posted by **masterb56**
*If you're going to reupload the files over and over again, upload it to a different hotfile account.*

i never re-upload deleted files and account still got terminated

18th Feb 2011, 10:28 PM
#19

**Brenton**
Member

Join Date: Aug 2010
Posts: 169

hotfile retards also closed my account also lost over 40$ and all files deleted... fuck them!!!!

18th Feb 2011, 10:29 PM
#20

**JmZ**
Member



Website(s):
Xenu.ws
WarezLinkers.com
FileShock.org
SerialSurf.com
CracksDirect.com

Join Date: Jan 2008
Posts: 1,078

For those of you who don't know, this is probably because of the recent MPAA action taken against hotfile.

The MPAA wants to sue HF and possibly take it down for infringing upon copyright and not paying any of its massive profits to the industry for the content it is sharing.

So its likely the HF owner (yea one guy owns it afaik, hence the unprofessional emails he writes in response to support questions) will start removing all your accounts to reduce how much he eventually has to pay out to the MPAA and whoever.

You get the idea.

Page 2 of 45  <  1  **2**  3  4  12  >  Last »

« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Rules

Forum Jump
File Hosts    Go

| Similar Threads | | | | |
|---|---|---|---|---|
| Thread | Thread Starter | Forum | Replies | Last Post |
| hotfile account help | kamrandahir | Technical Help Desk Support | 1 | 28th May 2010 04:17 PM |
| HotFile Account | Santocool | General Discussion | 10 | 1st May 2010 07:11 AM |
| [Buying] Want to trade a hotfile account, for a WebHosting account, | Angeix | Marketplace (Buy, Sell and Trade) | 10 | 16th Dec 2009 07:18 PM |
| 1 hotfile account for $2 | thianpa | Marketplace (Buy, Sell and Trade) | 7 | 8th Sep 2009 01:20 PM |

All times are GMT. The time now is 07:22 PM.

Advertising · Archive · Top

Powered by vBulletin®
Copyright ©2000 - 2011, Jelsoft Enterprises Ltd. (Time: **0.383**s)