# EXHIBIT G



# FAQ

**Q. Can broken downloads be resumed?**
**A.** At this point, only Premium members can resume interrupted downloads. They can use extensive server routines which also support the downloading of segments. In this way, a file can be downloaded much faster in parallel to several streams, e.g. with the download accelerator.

**Q. Your system complaints about that I am already downloading files or that I have already downloaded too much. But I did not download anything! Whats wrong there?**
**A.** Our system checks your IP-address in order to count the downloads. If you are getting this message and you really did not download anything, then you are using a proxy-server, which is used by other people as well. Even if you have no proxy-server set up in your configuration, there are many providers who force a transparent proxy-servers between you and the net. If you do not believe us, go to other pages telling you your IP-address (for example http://www.myipaddress.com.) But what can you do? You have to disable this proxy-server. If you are not able to disable the proxy-server, the only solution IS a Premium-account. Premium-users are recognized by cookies, not by IP-address. Unfortunately we cannot disable our IP-check, else people would download so much that we would have to close down this service completely. I hope you understand our situation in this matter.

**Q. I can generally not download any files, what can I do?**
**A.** If you do not have a Premium Account, you have to deactivate a possible Download Accelerator. This resolves the issue in most cases. If you are still encountering problems, you could possibly be blocking our cookies. Cookies are required for Proxy User.

**Q. Can I search the Hotfile server for certain files?**
**A.** No. Hotfile protects the privacy of our users. Only the person storing a file on Hotfile gets the download link. That person decides who should have access to the link. A file can only be downloaded if the download link details are known.

**Q. Can I delete my files?**
**A.** Of course. After successful uploading, you receive two links: a download link and a deletion link. Please keep both. If you want to remove the file from the server, you can click on the deletion link.

**Q. For how long are files stored?**
**A.** In principle, we host data without a time limit. But files that have not been accessed for 90 days are deleted to relieve the system of forgotten and not needed content. This rule does not apply to Premium members.

**Q. Where can I buy a Premium Account?**
**A.** You can buy premium account here: http://www.hotfile.com/premium.html





