# EXHIBIT L

P090000085335

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP ☐ WAIT ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____ Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

9/7/10



500184836495

09/03/10--01005--025 **35.00



FILED 2010 SEP -3 AM 9:47 SECRETARY OF STATE TALLAHASSEE, FLORIDA

## COVER LETTER

TO: Amendment Section
   Division of Corporations

**NAME OF CORPORATION:**     LEMURIA COMMUNICATIONS INC.

**DOCUMENT NUMBER:**     P09000085335

The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

Constantin Luchian
Name of Contact Person

InCorporate Now Inc.
Firm/ Company

1007 N. Federal Hwy., Suite 240
Address

Fort Lauderdale, FL 33304
City/ State and Zip Code

cl@incorporatenow.com
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Constantin Luchian    at ( 954 ) 773-8743
Name of Contact Person    Area Code & Daytime Telephone Number

Enclosed is a check for the following amount made payable to the Florida Department of State:

☑ $35 Filing Fee    ☐ $43.75 Filing Fee & Certificate of Status    ☐ $43.75 Filing Fee & Certified Copy (Additional copy is enclosed)    ☐ $52.50 Filing Fee Certificate of Status Certified Copy (Additional Copy is enclosed)

**Mailing Address**
Amendment Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address**
Amendment Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

# Articles of Amendment
## to
## Articles of Incorporation
## of

## LEMURIA COMMUNICATIONS INC.
(Name of Corporation as currently filed with the Florida Dept. of State)

## P09000085335
(Document Number of Corporation (if known))

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

**A. If amending name, enter the new name of the corporation:**

_____ *The new name must be distinguishable and contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.," "Inc.," or Co.," or the designation "Corp," "Inc," or "Co". A professional corporation name must contain the word "chartered," "professional association," or the abbreviation "P.A."*

**B. Enter new principal office address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS)*

110 East Broward Blvd.

Suite 1736

Fort Lauderdale, FL 33301

**C. Enter new mailing address, if applicable:**
*(Mailing address MAY BE A POST OFFICE BOX)*

110 East Broward Blvd.

Suite 1736
Fort Lauderdale, FL 33301

**D. If amending the registered agent and/or registered office address in Florida, enter the name of the new registered agent and/or the new registered office address:**

*Name of New Registered Agent:* InCorporate Now Inc.

*New Registered Office Address:* 1007 N. Federal Hwy., Suite 240
*(Florida street address)*

Fort Lauderdale, FL , Florida 33304
*(City)*               *(Zip Code)*

**New Registered Agent's Signature, if changing Registered Agent:**
*I hereby accept the appointment as registered agent. I am familiar with and accept the obligations of the position.*

_____
*Signature of New Registered Agent, if changing*

Page 1 of 3

**If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each Officer and/or Director being added:**
(*Attach additional sheets, if necessary*)

| Title | Name | Address | Type of Action |
|---|---|---|---|
| _____ | _____ | _____ | ☐ Add  ☐ Remove |
| _____ | _____ | _____ | ☐ Add  ☐ Remove |
| _____ | _____ | _____ | ☐ Add  ☐ Remove |

E. **If amending or adding additional Articles, enter change(s) here**:
(*attach additional sheets, if necessary*).   (*Be specific*)

_____
_____
_____
_____
_____
_____
_____

F. **If an amendment provides for an exchange, reclassification, or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself:**
(*if not applicable, indicate N/A*)

_____
_____
_____
_____
_____

The date of each amendment(s) adoption: 8/31/2010
*(date of adoption is required)*

Effective date <u>if applicable</u>: 8/31/2010
*(no more than 90 days after amendment file date)*

**Adoption of Amendment(s)**     (<u>CHECK ONE</u>)

☑ The amendment(s) was/were adopted by the shareholders. The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

☐ The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

"The number of votes cast for the amendment(s) was/were sufficient for approval

by _____."
*(voting group)*

☐ The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

☐ The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

Dated 8/31/2010

Signature _____
(By a director, president or other officer – if directors or officers have not been selected, by an incorporator – if in the hands of a receiver, trustee, or other court appointed fiduciary by that fiduciary)

Anton Titov
*(Typed or printed name of person signing)*

President
*(Title of person signing)*

Page 3 of 3