# EXHIBIT N

# Electronic Articles of Incorporation
# For

LEMURIA COMMUNICATIONS INC.

P09000085335
FILED
October 15, 2009
Sec. Of State
rdunlap

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:
  LEMURIA COMMUNICATIONS INC.

## Article II

The principal place of business address:
  PROUCHVANE
  13D/22
  PERNIK, --. BG  2300

The mailing address of the corporation is:
  PROUCHVANE
  13D/22
  PERNIK, --. BG  2300

## Article III

The purpose for which this corporation is organized is:
  ANY AND ALL LAWFUL BUSINESS.

## Article IV

The number of shares the corporation is authorized to issue is:
  1000

## Article V

The name and Florida street address of the registered agent is:
  INCORPORATE NOW  INC.
  110 E. BROWARD BLVD.
  SUITE 1700
  FORT LAUDERDALE, FL.   33301

I certify that I am familiar with and accept the responsibilities of registered agent.

P09000085335
FILED
October 15, 2009
Sec. Of State
rdunlap

Registered Agent Signature:   CONSTANTIN LUCHIAN

## Article VI

The name and address of the incorporator is:

CONSTANTIN LUCHIAN
110 E. BROWARD BLVD.
SUITE 1700
FORT LAUDERDALE, FL 33301

Incorporator Signature:   CONSTANTIN LUCHIAN

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:   P
ANTON  TITOV
PROUCHVANE 13D/22
PERNIK, --.   2300  BG

## Article VIII

The effective date for this corporation shall be:

10/15/2009