# EXHIBIT Q

SPONSORED AD



**Categories**
ANIME
AUDIO BOOK
DOCUMENTARIES
E-BOOKS
   Adult
   Comic Book
   Magazines
GAMES
   Mini Games
   NDS
   PC
   PS1
   PS2
   PSP
   Wii
   XBOX360
GRAPHICS
HDTV
MOBILE
MOVIES
   BluRay / DVD-R
   BRRip / BDRip
   Cam
   DVD-Rip
   DVDSCR / WP
   Filipino Movies
   PSP / iPod / iPhone
   Trailers
   TS / TC
MUSIC
   Concerts
   Music Videos
NURSING & MEDICAL
OTHERS
SOFTWARE
TUTORIALS
Uncategorized

**AllYouLike Automatic Updates!**

**Archives**
Select Month

**SIGN UP NOW!**





Jan 16
**The Princess and the Frog (2009) TS**
MOVIES, TS / TC

A fairy tale set in Jazz Age-era New Orleans and centered on a young girl named Princess Tiana and her fateful kiss with a frog prince who desperately wants to be human again.

                           **NEW RELEASE ADDED**

**NEW RELEASE**
http://hotfile.com/dl/24329215/9cda6b6/The.Princess.And.The.Frog.TS.READNFO.XVID.IMAGiNE.part1.rar.html
http://hotfile.com/dl/24329842/06c35bb/The.Princess.And.The.Frog.TS.READNFO.XVID.IMAGiNE.part2.rar.html
http://hotfile.com/dl/24329509/c0aa805/The.Princess.And.The.Frog.TS.READNFO.XVID.IMAGiNE.part3.rar.html
http://hotfile.com/dl/24329945/49fdad3/The.Princess.And.The.Frog.TS.READNFO.XVID.IMAGiNE.part4.rar.html
http://hotfile.com/dl/24330424/72bfd97/The.Princess.And.The.Frog.TS.READNFO.XVID.IMAGiNE.part5.rar.html

http://rapidshare.com/files/335801846/The.Princess.And.The.Frog.TS.READNFO.XVID.IMAGiNE.part1.rar
http://rapidshare.com/files/335801872/The.Princess.And.The.Frog.TS.READNFO.XVID.IMAGiNE.part2.rar
http://rapidshare.com/files/335801852/The.Princess.And.The.Frog.TS.READNFO.XVID.IMAGiNE.part3.rar
http://rapidshare.com/files/335801858/The.Princess.And.The.Frog.TS.READNFO.XVID.IMAGiNE.part4.rar
http://rapidshare.com/files/335801854/The.Princess.And.The.Frog.TS.READNFO.XVID.IMAGiNE.part5.rar

============================================================
PREVIOUS RELEASE
DOWNLOAD LINKS
http://hotfile.com/dl/20820866/53fba06/The.Princess.and.the.Frog-D3M0NZ.part1.rar.html
http://hotfile.com/dl/20820935/a7355db/The.Princess.and.the.Frog-D3M0NZ.part2.rar.html
http://hotfile.com/dl/20820913/8a4420a/The.Princess.and.the.Frog-D3M0NZ.part3.rar.html
http://hotfile.com/dl/20820929/a6a06ab/The.Princess.and.the.Frog-D3M0NZ.part4.rar.html
http://hotfile.com/dl/20820922/816ead0/The.Princess.and.the.Frog-D3M0NZ.part5.rar.html

**LINKS ARE INTERCHANGEABLE SO KINDLY DOWNLOAD EVEN ONE OR TWO HOTFILE LINKS TO HELP SUPPORT ALLYOULIKE. THANK YOU.**
With HOTFILE, when the links get blacklisted, the same links can be re-uploaded and you can simply resume your download.
Use JDownloader to download Hotfile and links fast and easy:
**The download link is located on the lower right side of this page. Just click on the banner – "Download Hotfiles Fast!"**
           **CLICK HERE FOR HIGH SPEED DIRECT LINK MIRRORS**

written by kvashna

**2 Responses to this entry.**

1. **djbillybop** Says:
January 16th, 2010 at 2:20 am
Thanks kvashna and Salina Chung that site you gave you have to do a surve then it wants you mobile phone number no way .

2. **dee** Says:
January 16th, 2010 at 4:30 am
thanks for sharing

SEARCH ENGINES OPTIMIZE

SEARCH ALLYOULIKE

UPDATES AND TIDBITS


ADVERTISE WITH US

email us at
info@allyoulike.co
CHECK THIS OUT!

BEST POSTS OF ALLYOULIK


**POPULAR POSTS**
The Princess and the Frog (
TS
Fire & Ice The Dragon Chron
DVDRip AC3
Harry Potter And The Death
Hallows Part 1 (2010) TSync
The Girl Next Door DVDRip



**Do You Want To Publish a ...**
Sign Up and Get Your Free Book Publishing Guide ...

**Free Email Marketing ...**
Click here to start
Create and manage your email marketing

Chat

Shoutbox has exceeded traffic limit. Please try again later.

0.003s

CHECK THIS OUT!

HJSPLIT & 7-ZIP Download

Download K-LITE CODEC

Download JDOWNLOADER

CLICK HERE TO DOWNLOAD

JDOWNLOADER TUTORIAL

The Walking Dead Season 1 Episode 1 to 5 - HDTV
The Workshop Unrated DVD
The Kid (2010) DVDRip AC3
Must-See Movie!
The Walking Dead - 1 to 78 Illustrated Comic Books plus Issues
Playboys Totally Busted Vol. DVDRip
Hitman – David Foster and F DVDRip
Dinner For Schmucks (2010 PPVRip
The Last Seven 2010 DVDR
Dexter Season 5 Episode 1 HDTV
Someone's Knocking at the (2009) BDRip x264
Despicable Me (2010) DVDF
Playboys Totally Busted – D
Battle For Terra DVDRip
Ang Kabit Ni Mrs. Montero 1
DVDrip (Lady Chatterly's Lo
Secrets Of The Code – Rare Documentary DVDRip
Nature of Sex DVDRip
Noise Ninja 2.3.5 – 32 and 6
Kekko Kamen Surprise DVD with English Subs
Full Speed Pro Boost 3.3 Int Booster
Microsoft Office 2010 PRO F Activated Forever – 32 and 6
Night of the Demons (2009) DVDRip
Sukdulan DVDRip
Roma DVDRip w/ English Su
In The Land of Women Unra DVDRip
VA - 100 Hits Pop: 100 Clas From The Last Five Decade
Rouxbe Cooking Video Less Instructional
My Open Minded Wife – DV
7 Days (2010) DVDRip
The Haunted Airman – DVD
Playboys Totally Busted 2 – DVDRip
Glee – The Music – The Chr Album (2010)
VA - Essential - 80s Love 30
Storm Rider – Clash of Evil I w/ English Subs
Call of Duty Black Ops - PC
Step Up 3 (2010) BRRip

SIGN UP & MAKE MONEY NO