# EXHIBIT R

 **Third Watch S02 DVDRip XviD-FFNDVD-SAiNTS**

Posted on 10.10.2010 at 05:55 in TV Packs, TV Shows by Will

Looks like not many of you are a fan of this show, but for those who like it, tonight I have the DVDRip PACK of the complete second seasons for you. This pack was released by group FFNDVD and SAiNTS. It includes the complete 22 episodes plus a EXTRA gag reel. Check it out!

Sometimes it seems as if the world is crashing in on itself. It's the job of the first responders to hold it together. Police, firefighters, paramedics: The men and women of the 3-11 PM shift called third watch are ready to serve in situations ranging from small (attending to a frequent 9-1-1 dialer) to playful (a football match between fire departments) to harrowingly large and complex (tracking an elusive sniper who targets cops). The original team of heroes returns and an FDNY newcomer joins them in a 22-episode Season Two that combines the rigors of duty with compelling vignettes of life away from work. What kind of person defies a gun-wielding madman or rushes into a burning building? This kind – the people of Third Watch.

**Links:** HOMEPAGE – TV.com

**Third.Watch.S02.DVDRip.XviD-FFNDVD-SAiNTS**
XviD | MP3 | 7.57GB
SPLiT FiLES DOWNLOAD

**For Other Seasons:**

**Third.Watch.S01.DVDRip.DivX-SFM (CHECK HERE)**

* Comments(18)

**Previous post:** Whale Wars S02 DVDRip XviD-WiDE
**Next post:** Tinie Tempah – Disc-Overy (iTunes Version)



Your Body on Booze?   Worlds Coolest Sleeping Bag   Half Man, Half Bear, Half Pig

Russia Vs US - Russian Side   Before Guitar Hero   Smank

## Comments (18)

Feel free to post your Third Watch S02 DVDRip XviD-FFNDVD-SAiNTS torrent, subtitles, samples, free download, quality, NFO, rapidshare, megashares, sendspace, megaupload, filefactory, netload, crack, serial, keygen, requirements or whatever-related comments here. Don't be rude (permban), use only English, don't go offtopic and read FAQ before asking a question. Owners of this website aren't responsible for content of comments.

> Jafo
> October 10th, 2010 | 07:13
>
> Thanks Will.
>
> Remember these have been around quite a while; plus the first pack is DivX, which scares people off. I was skeptical, but the quality is pretty good.
>
> ratandhaka
> October 10th, 2010 | 07:18
>
> **Third.Watch.S02.DVDRip.XviD-FFNDVD-SAiNTS**
> **XviD | MP3 | 7.57GB (22×350MB + 70MB)**

http://www.rlslog.net/third-watch-s02-dvdrip-xvid-ffndvd-saints

================================================================
**Download Single Links ..** :)
◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄
http://hotfile.com/dl/75015852/669f246/Third.Watch.S02.Gag.Reel.DVDRip.XviD-SAiNTS.avi.html

http://hotfile.com/dl/75014187/9651cdb/third.watch.s02e01.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75014660/69e97cf/third.watch.s02e02.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75014273/200ce1f/third.watch.s02e03.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75014511/841179a/third.watch.s02e04.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75014513/a1221a4/third.watch.s02e05.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75014604/ba62889/third.watch.s02e06.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75014929/0dcd46e/third.watch.s02e07.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75015042/56c549f/third.watch.s02e08.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75015076/6310741/third.watch.s02e09.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75015130/f316d54/third.watch.s02e10.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75015115/a2f6b20/third.watch.s02e11.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75015165/8dcbdb0/Third.Watch.S02E12.True.Love.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75015268/1564d46/Third.Watch.S02E13.Duty.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75015506/4ce1d78/Third.Watch.S02E14.A.Rock.And.A.Hard.Place.DV-SAiNTS.avi.html
http://hotfile.com/dl/75015686/5888b03/Third.Watch.S02E15.Requiem.For.A.Bantamweigh-SAiNTS.avi.html
http://hotfile.com/dl/75015720/d5e08af/Third.Watch.S02E16.Unfinished.Business.DVDRip.X-SAiNTS.avi.html
http://hotfile.com/dl/75015756/1eaaac9/Third.Watch.S02E17.The.Self-Importance.Of.Being.Carlos.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75015784/f1260f2/Third.Watch.S02E18.Honor.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75015839/6e3473f/Third.Watch.S02E19.Walking.Wounded.DVDRip.X-SAiNTS.avi.html
http://hotfile.com/dl/75015938/417b519/Third.Watch.S02E20.Man.Enough.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75016063/831cbc7/Third.Watch.S02E21.Exposing.Faith.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75016077/f4bfd86/Third.Watch.S02E22.And.Zeus.Wept.DVDRip.XviD-SAiNTS.avi.html
◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄

**ENJOY.. No Pass…** :)

ratandhaka
October 10th, 2010 | 07:29

**Third.Watch.S02.DVDRip.XviD-FFNDVD-SAiNTS**
**XviD | MP3 | 7.57GB (22×350MB + 70MB)**
================================================================
**Download Single Links ..**  :)

◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄

http://www.sharejunky.com/1q93jo22wu0z/Third.Watch.S02.Gag.Reel.DVDRip.XviD-SAiNTS.avi

http://www.sharejunky.com/yrirbnv5s2fg/third.watch.s02e01.dvdrip.xvid-ffndvd.avi
http://www.sharejunky.com/b81phlv0gnxt/third.watch.s02e02.dvdrip.xvid-ffndvd.avi
http://www.sharejunky.com/rdm0e3f5h6y6/third.watch.s02e03.dvdrip.xvid-ffndvd.avi
http://www.sharejunky.com/yvjmuuaw2jws/third.watch.s02e04.dvdrip.xvid-ffndvd.avi
http://www.sharejunky.com/ijh8ck77ykuj/third.watch.s02e05.dvdrip.xvid-ffndvd.avi
http://www.sharejunky.com/xb5mq63yppwk/third.watch.s02e06.dvdrip.xvid-ffndvd.avi
http://www.sharejunky.com/wvpkdopa5w1j/third.watch.s02e07.dvdrip.xvid-ffndvd.avi
http://www.sharejunky.com/5748jo2onozq/third.watch.s02e08.dvdrip.xvid-ffndvd.avi
http://www.sharejunky.com/wmw0uh1ei7t6/third.watch.s02e09.dvdrip.xvid-ffndvd.avi
http://www.sharejunky.com/1h76sjtx06gz/third.watch.s02e10.dvdrip.xvid-ffndvd.avi
http://www.sharejunky.com/egmxf32t5i62/third.watch.s02e11.dvdrip.xvid-ffndvd.avi
http://www.sharejunky.com/cpyxogyvfgm9/Third.Watch.S02E12.True.Love.DVDRip.XviD-SAiNTS.avi
http://www.sharejunky.com/zqwiz0kj49xy/Third.Watch.S02E13.Duty.DVDRip.XviD-SAiNTS.avi
http://www.sharejunky.com/ckbo24n2wtbv/Third.Watch.S02E14.A.Rock.And.A.Hard.Place-SAiNTS.avi
http://www.sharejunky.com/ds36v1623vwz/Third.Watch.S02E15.Requiem.For.A.Bantamwe-SAiNTS.avi
http://www.sharejunky.com/lkrfvaflxwd1/Third.Watch.S02E16.Unfinished.Business.DVDR-SAiNTS.avi
http://www.sharejunky.com/75m4wqzmtk0q/Third.Watch.S02E17.The.Self-Importance.Of.Being.Carlos.DVDRip.XviD-SAiNTS.avi
http://www.sharejunky.com/i9pwngs3tj2e/Third.Watch.S02E18.Honor.DVDRip.XviD-SAiNTS.avi
http://www.sharejunky.com/ma8q8xdft318/Third.Watch.S02E19.Walking.Wounded.DVDR-SAiNTS.avi
http://www.sharejunky.com/u4anv07ip39e/Third.Watch.S02E20.Man.Enough.DVDRip.Xvi-SAiNTS.avi
http://www.sharejunky.com/6acxpjbmxb85/Third.Watch.S02E21.Exposing.Faith.DVDRip.X-SAiNTS.avi
http://www.sharejunky.com/y23w2qcf9l9a/Third.Watch.S02E22.And.Zeus.Wept.DVDRip.X-SAiNTS.avi

◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄

**ENJOY.. No Pass…** :)

demelza
October 10th, 2010 | 07:44

Thanks for these Will. I'm so pleased to see some quality XVID versions of the second series of this awesome show. It's not available on DVD where I live, so until it is this will do wonderfully.

Cheers!

ratandhaka
October 10th, 2010 | 07:44

http://www.rlslog.net/third-watch-s02-dvdrip-xvid-ffndvd-saints

**Third.Watch.S02.DVDRip.XviD-FFNDVD-SAiNTS**
**XviD | MP3 | 7.57GB (22×350MB + 70MB)**
================================================================

**Download Single Links ..** :)
◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄
**Folder Links:**

**Season 2 —>**

http://hotfile.com/list/910128/5bfc3c0
**OR**
http://www.sharejunky.com/users/jatboy/645/Third.Watch.S02.DVDRip.XviD-FFNDVD-SAiNTS

**Season 1 —->**

http://hotfile.com/list/905917/1594ce5
**OR**
http://www.sharejunky.com/users/jatboy/617/Third.Watch.S01.DVDRip.DivX-SFM
◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄◄
**ENJOY.. No Pass…** :)

za
October 10th, 2010 | 07:48

Single Working Links Fresh Link

http://fwd4.me/4Ft

CoA
October 10th, 2010 | 08:13

These links were apain to find on the net when I tracked em down about a year ago, hopefully RlsLog will make it easier for the next person to find! Great thread!

nicky
October 10th, 2010 | 08:19

**Third.Watch.S02.DVDRip.XviD-FFNDVD-SAiNTS**
**Size: 35omb x 22**

http://hotfile.com/dl/75021969/6891c9e/third.watch.s02e01.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75021916/aac3b84/third.watch.s02e02.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75021946/a3c1509/third.watch.s02e03.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75021952/4d890de/third.watch.s02e04.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75021994/9be1221/third.watch.s02e05.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75022083/975c084/third.watch.s02e06.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75022136/73cd73c/third.watch.s02e07.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75022236/4ba6eee/third.watch.s02e08.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75022246/df5a7c2/third.watch.s02e09.dvdrip.xvid-ffndvd.avi.html

http://hotfile.com/dl/75022300/0d4dc81/third.watch.s02e10.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75023010/566b5fc/third.watch.s02e11.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75023740/1aa3879/Third.Watch.S02E12.True.Love.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023172/f66f2ea/Third.Watch.S02E13.Duty.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023178/a7f7b6b/Third.Watch.S02E14.A.Rock.And.A.Hard.Place.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023211/7bb7abb/Third.Watch.S02E15.Requiem.For.A.Bantamweight.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023193/4a688d4/Third.Watch.S02E16.Unfinished.Business.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023368/c0c2b92/Third.Watch.S02E17.The.Self-Importance.Of.Being.Carlos.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023390/62afc74/Third.Watch.S02E18.Honor.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023367/cd38a4a/Third.Watch.S02E19.Walking.Wounded.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023377/aa537e8/Third.Watch.S02E20.Man.Enough.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023515/6dc4330/Third.Watch.S02E21.Exposing.Faith.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023763/96c129d/Third.Watch.S02E22.And.Zeus.Wept.DVDRip.XviD-SAiNTS.avi.html

nicky
October 10th, 2010 | 08:24

**Third.Watch.S02.DVDRip.XviD-FFNDVD-SAiNTS**
**Size: 35omb x 22**

http://www.fileserve.com/file/t7HTDnt/third.watch.s02e01.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/ypM2gdp/third.watch.s02e02.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/edXFE7K/third.watch.s02e03.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/XZNxvvT/third.watch.s02e04.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/QbFykTG/third.watch.s02e05.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/GX7NZUe/third.watch.s02e06.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/45tthPy/third.watch.s02e07.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/vB2EYhy/third.watch.s02e08.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/KSyP2eF/third.watch.s02e09.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/2Qy4bAw/third.watch.s02e10.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/yYgU3y7/third.watch.s02e11.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/mJq5ZvQ/Third.Watch.S02E12.True.Love.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/Qa4jEEc/Third.Watch.S02E13.Duty.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/R5rhWVV/Third.Watch.S02E14.A.Rock.And.A.Hard.Place.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/qDDje4f/Third.Watch.S02E15.Requiem.For.A.Bantamweight.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/vzakv5U/Third.Watch.S02E16.Unfinished.Business.DVDRip.XviD-SAiNTS.avi

-SAiNTS.avi
http://www.fileserve.com/file/JqSEjYT/Third.Watch.S02E17.The.Self-Importance.Of.Being.Carlos.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/6UF27Ah/Third.Watch.S02E18.Honor.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/r94pYNb/Third.Watch.S02E19.Walking.Wounded.DVDRip.X-SAiNTS.avi
http://www.fileserve.com/file/dx7RzJP/Third.Watch.S02E20.Man.Enough.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/33bx3Uw/Third.Watch.S02E21.Exposing.Faith.DVDRip.XviD-SAiNTS.avi
http://wwwfileserve.com/file/QCqvRcf/Third.Watch.S02E22.And.Zeus.Wept.DVDRip.XviD-SAiNTS.avi

**Third.Watch.S02.DVDRip.XviD-FFNDVD-SAiNTS**
**Size: 35omb x 22**

**http://netload.in/dateiFprhHZ1TE7/third.watch.s02e01.dvdrip.xvid-ffndvd.avi.htm**
**http://netload.in/dateiTZ05dawao2/third.watch.s02e02.dvdrip.xvid-ffndvd.avi.htm**
**http://netload.in/dateidnTtaC1cQa/third.watch.s02e03.dvdrip.xvid-ffndvd.avi.htm**
**http://netload.in/dateihPyvAOE4F3/third.watch.s02e04.dvdrip.xvid-ffndvd.avi.htm**
**http://netload.in/datei2MCzNWr3Vw/third.watch.s02e05.dvdrip.xvid-ffndvd.avi.htm**
**http://netload.in/dateiBIv0FptXWd/third.watch.s02e06.dvdrip.xvid-ffndvd.avi.htm**
**http://netload.in/datei9cMYMON5qS/third.watch.s02e07.dvdrip.xvid-ffndvd.avi.htm**
**http://netload.in/dateiSwjcGWhoZs/third.watch.s02e08.dvdrip.xvid-ffndvd.avi.htm**
**http://netload.in/dateiJCfK2OxPpk/third.watch.s02e09.dvdrip.xvid-ffndvd.avi.htm**
**http://netload.in/dateifyVNjoNab1/third.watch.s02e10.dvdrip.xvid-ffndvd.avi.htm**
**http://netload.in/dateifexsy3eAJE/third.watch.s02e11.dvdrip.xvid-ffndvd.avi.htm**
**http://netload.in/dateiB59RzhB2bO/Third.Watch.S02E12.True.Love.DVDRip.XviD-SAiNTS.avi.htm**
**http://netload.in/dateiolPAZv65FQ/Third.Watch.S02E13.Duty.DVDRip.XviD-SAiNTS.avi.htm**
**http://netload.in/dateioBbIxoKhOl/Third.Watch.S02E14.A.Rock.And.A.Hard.Place.DVDRi-SAiNTS.avi.htm**
**http://netload.in/dateimxJ52gfiYO/Third.Watch.S02E15.Requiem.For.A.Bantamweight.DV-SAiNTS.avi.htm**
**http://netload.in/dateizWLjBGF3Bq/Third.Watch.S02E16.Unfinished.Business.DVDRip.Xv-SAiNTS.avi.htm**
**http://netload.in/datei3Nh1hDDurV/Third.Watch.S02E17.The.Self-Importance.Of.Being.Carlos.DVDRip.XviD-SAiNTS.avi.htm**
**http://netload.in/dateisyCygB84Lp/Third.Watch.S02E18.Honor.DVDRip.XviD-SAiNTS.avi.htm**
**http://netload.in/datei5iOXADENKY/Third.Watch.S02E19.Walking.Wounded.DVDRip.Xv-SAiNTS.avi.htm**
**http://netload.in/dateifd2Mxz8eHw/Third.Watch.S02E20.Man.Enough.DVDRip.XviD-SAiNTS.avi.htm**
**http://netload.in/dateiJffgQoRiMW/Third.Watch.S02E21.Exposing.Faith.DVDRip.XviD-SAiNTS.avi.htm**
**http://netload.in/dateip3B21Q8qML/Third.Watch.S02E22.And.Zeus.Wept.DVDRip.XviD-SAiNTS.avi.htm**

http://www.rlslog.net/third-watch-s02-dvdrip-xvid-ffndvd-saints

**Third.Watch.S02.DVDRip.XviD-FFNDVD-SAiNTS**
**Size: 35omb x 22**

http://hotfile.com/dl/75021969/6891c9e/third.watch.s02e01.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75021916/aac3b84/third.watch.s02e02.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75021946/a3c1509/third.watch.s02e03.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75021952/4d890de/third.watch.s02e04.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75021994/9be1221/third.watch.s02e05.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75022083/975c084/third.watch.s02e06.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75022136/73cd73c/third.watch.s02e07.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75022236/4ba6eee/third.watch.s02e08.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75022246/df5a7c2/third.watch.s02e09.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75022300/0d4dc81/third.watch.s02e10.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75023010/566b5fc/third.watch.s02e11.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75023740/1aa3879/Third.Watch.S02E12.True.Love.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023172/f66f2ea/Third.Watch.S02E13.Duty.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023178/a7f7b6b/Third.Watch.S02E14.A.Rock.And.A.Hard.Place.DV-SAiNTS.avi.html
http://hotfile.com/dl/75023211/7bb7abb/Third.Watch.S02E15.Requiem.For.A.Bantamweigh-SAiNTS.avi.html
http://hotfile.com/dl/75023193/4a688d4/Third.Watch.S02E16.Unfinished.Business.DVDRip.-SAiNTS.avi.html
http://hotfile.com/dl/75023368/c0c2b92/Third.Watch.S02E17.The.Self-Importance.Of.Being.Carlos.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023390/62afc74/Third.Watch.S02E18.Honor.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023367/cd38a4a/Third.Watch.S02E19.Walking.Wounded.DVDRip.X-SAiNTS.avi.html
http://hotfile.com/dl/75023377/aa537e8/Third.Watch.S02E20.Man.Enough.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023515/6dc4330/Third.Watch.S02E21.Exposing.Faith.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023763/96c129d/Third.Watch.S02E22.And.Zeus.Wept.DVDRip.XviD-SAiNTS.avi.html

nicky
October 10th, 2010 | 08:25

**Third.Watch.S02.DVDRip.XviD-FFNDVD-SAiNTS**
**Size: 35omb x 22**

http://netload.in/dateiFprhHZ1TE7/third.watch.s02e01.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/dateiTZ05dawao2/third.watch.s02e02.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/dateidnTtaC1cQa/third.watch.s02e03.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/dateihPyvAOE4F3/third.watch.s02e04.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/datei2MCzNWr3Vw/third.watch.s02e05.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/dateiBIv0FptXWd/third.watch.s02e06.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/datei9cMYMON5qS/third.watch.s02e07.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/dateiSwjcGWhoZs/third.watch.s02e08.dvdrip.xvid-ffndvd.avi.htm

http://www.rlslog.net/third-watch-s02-dvdrip-xvid-ffndvd-saints

http://netload.in/dateiJCfK2OxPpk/third.watch.s02e09.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/dateifyVNjoNab1/third.watch.s02e10.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/dateifexsy3eAJE/third.watch.s02e11.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/dateiB59RzhB2bO/Third.Watch.S02E12.True.Love.DVDRip.XviD-SAiNTS.avi.htm
http://netload.in/dateiolPAZv65FQ/Third.Watch.S02E13.Duty.DVDRip.XviD-SAiNTS.avi.htm
http://netload.in/dateioBbIxoKhOl/Third.Watch.S02E14.A.Rock.And.A.Hard.Place.DVDRi-SAiNTS.avi.htm
http://netload.in/dateimxJ52gfiYO/Third.Watch.S02E15.Requiem.For.A.Bantamweight.DV-SAiNTS.avi.htm
http://netload.in/dateizWLjBGF3Bq/Third.Watch.S02E16.Unfinished.Business.DVDRip.Xv-SAiNTS.avi.htm
http://netload.in/datei3Nh1hDDurV/Third.Watch.S02E17.The.Self-Importance.Of.Being.Carlos.DVDRip.XviD-SAiNTS.avi.htm
http://netload.in/dateisyCygB84Lp/Third.Watch.S02E18.Honor.DVDRip.XviD-SAiNTS.avi.htm
http://netload.in/datei5iOXADENKY/Third.Watch.S02E19.Walking.Wounded.DVDRip.Xv-SAiNTS.avi.htm
http://netload.in/dateifd2Mxz8eHw/Third.Watch.S02E20.Man.Enough.DVDRip.XviD-SAiNTS.avi.htm
http://netload.in/dateiJffgQoRiMW/Third.Watch.S02E21.Exposing.Faith.DVDRip.XviD-SAiNTS.avi.htm
http://netload.in/dateip3B21Q8qML/Third.Watch.S02E22.And.Zeus.Wept.DVDRip.XviD-SAiNTS.avi.htm

**Third.Watch.S02.DVDRip.XviD-FFNDVD-SAiNTS**
**Size: 35omb x 22**

http://www.fileserve.com/file/t7HTDnt/third.watch.s02e01.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/ypM2gdp/third.watch.s02e02.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/edXFE7K/third.watch.s02e03.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/XZNxvvT/third.watch.s02e04.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/QbFykTG/third.watch.s02e05.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/GX7NZUe/third.watch.s02e06.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/45tthPy/third.watch.s02e07.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/vB2EYhy/third.watch.s02e08.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/KSyP2eF/third.watch.s02e09.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/2Qy4bAw/third.watch.s02e10.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/yYgU3y7/third.watch.s02e11.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/mJq5ZvQ/Third.Watch.S02E12.True.Love.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/Qa4jEEc/Third.Watch.S02E13.Duty.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/R5rhWVV/Third.Watch.S02E14.A.Rock.And.A.Hard.Place.D-SAiNTS.avi
http://www.fileserve.com/file/qDDje4f/Third.Watch.S02E15.Requiem.For.A.Bantamweight.-SAiNTS.avi
http://www.fileserve.com/file/vzakv5U/Third.Watch.S02E16.Unfinished.Business.DVDRip.X-SAiNTS.avi
http://www.fileserve.com/file/JqSEjYT/Third.Watch.S02E17.The.Self-

http://www.rlslog.net/third-watch-s02-dvdrip-xvid-ffndvd-saints

**Importance.Of.Being.Carlos.DVDRip.XviD-SAiNTS.avi**
http://www.fileserve.com/file/6UF27Ah/Third.Watch.S02E18.Honor.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/r94pYNb/Third.Watch.S02E19.Walking.Wounded.DVDRip.X-SAiNTS.avi
http://www.fileserve.com/file/dx7RzJP/Third.Watch.S02E20.Man.Enough.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/33bx3Uw/Third.Watch.S02E21.Exposing.Faith.DVDRip.XviD-SAiNTS.avi
http://wwwfileserve.com/file/QCqvRcf/Third.Watch.S02E22.And.Zeus.Wept.DVDRip.XviD-SAiNTS.avi

**Third.Watch.S02.DVDRip.XviD-FFNDVD-SAiNTS**
**Size: 35omb x 22**

http://hotfile.com/dl/75021969/6891c9e/third.watch.s02e01.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75021916/aac3b84/third.watch.s02e02.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75021946/a3c1509/third.watch.s02e03.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75021952/4d890de/third.watch.s02e04.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75021994/9be1221/third.watch.s02e05.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75022083/975c084/third.watch.s02e06.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75022136/73cd73c/third.watch.s02e07.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75022236/4ba6eee/third.watch.s02e08.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75022246/df5a7c2/third.watch.s02e09.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75022300/0d4dc81/third.watch.s02e10.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75023010/566b5fc/third.watch.s02e11.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75023740/1aa3879/Third.Watch.S02E12.True.Love.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023172/f66f2ea/Third.Watch.S02E13.Duty.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023178/a7f7b6b/Third.Watch.S02E14.A.Rock.And.A.Hard.Place.DV-SAiNTS.avi.html
http://hotfile.com/dl/75023211/7bb7abb/Third.Watch.S02E15.Requiem.For.A.Bantamweigh-SAiNTS.avi.html
http://hotfile.com/dl/75023193/4a688d4/Third.Watch.S02E16.Unfinished.Business.DVDRip.-SAiNTS.avi.html
http://hotfile.com/dl/75023368/c0c2b92/Third.Watch.S02E17.The.Self-Importance.Of.Being.Carlos.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023390/62afc74/Third.Watch.S02E18.Honor.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023367/cd38a4a/Third.Watch.S02E19.Walking.Wounded.DVDRip.X-SAiNTS.avi.html
http://hotfile.com/dl/75023377/aa537e8/Third.Watch.S02E20.Man.Enough.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023515/6dc4330/Third.Watch.S02E21.Exposing.Faith.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023763/96c129d/Third.Watch.S02E22.And.Zeus.Wept.DVDRip.XviD-SAiNTS.avi.html

convak
October 10th, 2010 | 09:37

**Fileserve, single links.**

http://www.fileserve.com/file/wawZ6Jc/third.watch.s02e01.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/mzQaAXr/third.watch.s02e02.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/7tURuQu/third.watch.s02e03.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/Ct9uEke/third.watch.s02e04.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/9ffQKCd/third.watch.s02e05.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/PM4FQkv/third.watch.s02e06.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/9eB3H98/third.watch.s02e07.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/2aV9en9/third.watch.s02e08.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/kEVzbMs/third.watch.s02e09.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/Z73Kknx/third.watch.s02e10.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/q75H8Rm/third.watch.s02e11.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/7QhKNG6/Third.Watch.S02E12.True.Love.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/3TPCnac/Third.Watch.S02E13.Duty.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/pmb9FUY/Third.Watch.S02E14.A.Rock.And.A.Hard.Place.DVDRip-SAiNTS.avi
http://www.fileserve.com/file/jBcWcfB/Third.Watch.S02E15.Requiem.For.A.Bantamweight.DVD-SAiNTS.avi
http://www.fileserve.com/file/x2mTxDF/Third.Watch.S02E16.Unfinished.Business.DVDRip.Xvi-SAiNTS.avi
http://www.fileserve.com/file/pjjWuFY/Third.Watch.S02E17.The.Self-Importance.Of.Being.Carlos.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/7WsHY8X/Third.Watch.S02E18.Honor.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/EF32Crh/Third.Watch.S02E19.Walking.Wounded.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/hrBgVYM/Third.Watch.S02E20.Man.Enough.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/9pSsjpY/Third.Watch.S02E21.Exposing.Faith.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/bC7dTEk/Third.Watch.S02E22.And.Zeus.Wept.DVDRip.XviD-SAiNTS.avi

nicky
October 10th, 2010 | 11:33

**Third.Watch.S02.DVDRip.XviD-FFNDVD-SAiNTS**
**Size: 35omb x 22**

**http://www.filesonic.com/file/24000875/third.watch.s02e01.dvdrip.xvid-ffndvd.avi**
**http://www.filesonic.com/file/24000855/third.watch.s02e02.dvdrip.xvid-ffndvd.avi**
**http://www.filesonic.com/file/24000745/third.watch.s02e03.dvdrip.xvid-ffndvd.avi**
**http://www.filesonic.com/file/24000871/third.watch.s02e04.dvdrip.xvid-ffndvd.avi**
**http://www.filesonic.com/file/24000785/third.watch.s02e05.dvdrip.xvid-ffndvd.avi**
**http://www.filesonic.com/file/24000655/third.watch.s02e06.dvdrip.xvid-ffndvd.avi**
**http://www.filesonic.com/file/24000857/third.watch.s02e07.dvdrip.xvid-ffndvd.avi**
**http://www.filesonic.com/file/24000947/third.watch.s02e08.dvdrip.xvid-ffndvd.avi**
**http://www.filesonic.com/file/24000833/third.watch.s02e09.dvdrip.xvid-ffndvd.avi**
**http://www.filesonic.com/file/24000647/third.watch.s02e10.dvdrip.xvid-ffndvd.avi**

http://www.filesonic.com/file/24000897/third.watch.s02e11.dvdrip.xvid-ffndvd.avi
http://www.filesonic.com/file/24001247/Third.Watch.S02E12.True.Love.DVDRip.XviD-SAiNTS.avi
http://www.filesonic.com/file/24001109/Third.Watch.S02E13.Duty.DVDRip.XviD-SAiNTS.avi
http://www.filesonic.com/file/24000795/Third.Watch.S02E14.A.Rock.And.A.Hard.Place.DV-SAiNTS.avi
http://www.filesonic.com/file/24000793/Third.Watch.S02E15.Requiem.For.A.Bantamweight-SAiNTS.avi
http://www.filesonic.com/file/24000817/Third.Watch.S02E16.Unfinished.Business.DVDRip.X-SAiNTS.avi
http://www.filesonic.com/file/24000815/Third.Watch.S02E17.The.Self-Importance.Of.Being.Carlos.DVDRip.XviD-SAiNTS.avi
http://www.filesonic.com/file/24000609/Third.Watch.S02E18.Honor.DVDRip.XviD-SAiNTS.avi
http://www.filesonic.com/file/24000803/Third.Watch.S02E19.Walking.Wounded.DVDRip.X-SAiNTS.avi
http://www.filesonic.com/file/24000741/Third.Watch.S02E20.Man.Enough.DVDRip.XviD-SAiNTS.avi
http://www.filesonic.com/file/24000635/Third.Watch.S02E21.Exposing.Faith.DVDRip.XviD-SAiNTS.avi
http://www.filesonic.com/file/24000799/Third.Watch.S02E22.And.Zeus.Wept.DVDRip.XviD-SAiNTS.avi

———————-

http://netload.in/dateiFprhHZ1TE7/third.watch.s02e01.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/dateiTZ05dawao2/third.watch.s02e02.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/dateidnTtaC1cQa/third.watch.s02e03.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/dateihPyvAOE4F3/third.watch.s02e04.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/datei2MCzNWr3Vw/third.watch.s02e05.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/dateiBIv0FptXWd/third.watch.s02e06.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/datei9cMYMON5qS/third.watch.s02e07.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/dateiSwjcGWhoZs/third.watch.s02e08.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/dateiJCfK2OxPpk/third.watch.s02e09.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/dateifyVNjoNab1/third.watch.s02e10.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/dateifexsy3eAJE/third.watch.s02e11.dvdrip.xvid-ffndvd.avi.htm
http://netload.in/dateiB59RzhB2bO/Third.Watch.S02E12.True.Love.DVDRip.XviD-SAiNTS.avi.htm
http://netload.in/dateiolPAZv65FQ/Third.Watch.S02E13.Duty.DVDRip.XviD-SAiNTS.avi.htm
http://netload.in/dateioBbIxoKhOl/Third.Watch.S02E14.A.Rock.And.A.Hard.Place.DVDRi-SAiNTS.avi.htm
http://netload.in/dateimxJ52gfiYO/Third.Watch.S02E15.Requiem.For.A.Bantamweight.DV-SAiNTS.avi.htm
http://netload.in/dateizWLjBGF3Bq/Third.Watch.S02E16.Unfinished.Business.DVDRip.Xv-SAiNTS.avi.htm
http://netload.in/datei3Nh1hDDurV/Third.Watch.S02E17.The.Self-Importance.Of.Being.Carlos.DVDRip.XviD-SAiNTS.avi.htm
http://netload.in/dateisyCygB84Lp/Third.Watch.S02E18.Honor.DVDRip.XviD-SAiNTS.avi.htm
http://netload.in/datei5iOXADENKY/Third.Watch.S02E19.Walking.Wounded.DVDRip.Xv-SAiNTS.avi.htm

http://www.rlslog.net/third-watch-s02-dvdrip-xvid-ffndvd-saints

http://netload.in/dateifd2Mxz8eHw/Third.Watch.S02E20.Man.Enough.DVDRip.XviD-SAiNTS.avi.htm
http://netload.in/dateiJffgQoRiMW/Third.Watch.S02E21.Exposing.Faith.DVDRip.XviD-SAiNTS.avi.htm
http://netload.in/dateip3B21Q8qML/Third.Watch.S02E22.And.Zeus.Wept.DVDRip.XviD-SAiNTS.avi.htm

**Third.Watch.S02.DVDRip.XviD-FFNDVD-SAiNTS**
**Size: 35omb x 22**

http://www.fileserve.com/file/t7HTDnt/third.watch.s02e01.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/ypM2gdp/third.watch.s02e02.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/edXFE7K/third.watch.s02e03.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/XZNxvvT/third.watch.s02e04.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/QbFykTG/third.watch.s02e05.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/GX7NZUe/third.watch.s02e06.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/45tthPy/third.watch.s02e07.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/vB2EYhy/third.watch.s02e08.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/KSyP2eF/third.watch.s02e09.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/2Qy4bAw/third.watch.s02e10.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/yYgU3y7/third.watch.s02e11.dvdrip.xvid-ffndvd.avi
http://www.fileserve.com/file/mJq5ZvQ/Third.Watch.S02E12.True.Love.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/Qa4jEEc/Third.Watch.S02E13.Duty.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/R5rhWVV/Third.Watch.S02E14.A.Rock.And.A.Hard.Place.D-SAiNTS.avi
http://www.fileserve.com/file/qDDje4f/Third.Watch.S02E15.Requiem.For.A.Bantamweight.-SAiNTS.avi
http://www.fileserve.com/file/vzakv5U/Third.Watch.S02E16.Unfinished.Business.DVDRip.X-SAiNTS.avi
http://www.fileserve.com/file/JqSEjYT/Third.Watch.S02E17.The.Self-Importance.Of.Being.Carlos.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/6UF27Ah/Third.Watch.S02E18.Honor.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/r94pYNb/Third.Watch.S02E19.Walking.Wounded.DVDRip.X-SAiNTS.avi
http://www.fileserve.com/file/dx7RzJP/Third.Watch.S02E20.Man.Enough.DVDRip.XviD-SAiNTS.avi
http://www.fileserve.com/file/33bx3Uw/Third.Watch.S02E21.Exposing.Faith.DVDRip.XviD-SAiNTS.avi
http://wwwfileserve.com/file/QCqvRcf/Third.Watch.S02E22.And.Zeus.Wept.DVDRip.XviD-SAiNTS.avi

**Third.Watch.S02.DVDRip.XviD-FFNDVD-SAiNTS**
**Size: 35omb x 22**

http://hotfile.com/dl/75021969/6891c9e/third.watch.s02e01.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75021916/aac3b84/third.watch.s02e02.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75021946/a3c1509/third.watch.s02e03.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75021952/4d890de/third.watch.s02e04.dvdrip.xvid-ffndvd.avi.html

http://hotfile.com/dl/75021994/9be1221/third.watch.s02e05.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75022083/975c084/third.watch.s02e06.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75022136/73cd73c/third.watch.s02e07.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75022236/4ba6eee/third.watch.s02e08.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75022246/df5a7c2/third.watch.s02e09.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75022300/0d4dc81/third.watch.s02e10.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75023010/566b5fc/third.watch.s02e11.dvdrip.xvid-ffndvd.avi.html
http://hotfile.com/dl/75023740/1aa3879/Third.Watch.S02E12.True.Love.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023172/f66f2ea/Third.Watch.S02E13.Duty.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023178/a7f7b6b/Third.Watch.S02E14.A.Rock.And.A.Hard.Place.DV-SAiNTS.avi.html
http://hotfile.com/dl/75023211/7bb7abb/Third.Watch.S02E15.Requiem.For.A.Bantamweigh-SAiNTS.avi.html
http://hotfile.com/dl/75023193/4a688d4/Third.Watch.S02E16.Unfinished.Business.DVDRip.-SAiNTS.avi.html
http://hotfile.com/dl/75023368/c0c2b92/Third.Watch.S02E17.The.Self-Importance.Of.Being.Carlos.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023390/62afc74/Third.Watch.S02E18.Honor.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023367/cd38a4a/Third.Watch.S02E19.Walking.Wounded.DVDRip.X-SAiNTS.avi.html
http://hotfile.com/dl/75023377/aa537e8/Third.Watch.S02E20.Man.Enough.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023515/6dc4330/Third.Watch.S02E21.Exposing.Faith.DVDRip.XviD-SAiNTS.avi.html
http://hotfile.com/dl/75023763/96c129d/Third.Watch.S02E22.And.Zeus.Wept.DVDRip.XviD-SAiNTS.avi.html

rich
October 10th, 2010 | 13:08

Anyone have tvrips of the other seasons?

lmry
October 10th, 2010 | 16:35

====== http://www.shoppinglove.org ======

New era cap $15

Bikini (Ed hardy,polo) $25

Sunglasses(Oakey,coach,gucci,Armaini)$16

Tshirts (Polo ,ed hardy,lacoste) $16

Air jordan(1-24)shoes $33

Handbags(Coach,ed hardy,lv,d&g) $35

Jean(True Religion,ed hardy,coogi) $30

aeckz
October 11th, 2010 | 00:41

**Third.Watch.S02.DVDRip.XviD-FFNDVD-SAiNTS**
*XviD | MP3 | 7.57GB 22×350MB*

*http://netload.in/dateitiXWySRAS9/third.watch.s02e01.dvdrip.xvid-ffndvd.avi.htm*
*http://netload.in/dateiYP5HeYtN8b/third.watch.s02e02.dvdrip.xvid-ffndvd.avi.htm*
*http://netload.in/dateiZHpEyyL7Nh/third.watch.s02e03.dvdrip.xvid-ffndvd.avi.htm*
*http://netload.in/dateipqWA3GWzdY/third.watch.s02e04.dvdrip.xvid-ffndvd.avi.htm*
*http://netload.in/dateiiJydJYi6be/third.watch.s02e05.dvdrip.xvid-ffndvd.avi.htm*
*http://netload.in/dateia99EL9aBpS/third.watch.s02e06.dvdrip.xvid-ffndvd.avi.htm*
*http://netload.in/dateiTo3oWrahML/third.watch.s02e07.dvdrip.xvid-ffndvd.avi.htm*
*http://netload.in/dateiBLdMnyR3d7/third.watch.s02e08.dvdrip.xvid-ffndvd.avi.htm*
*http://netload.in/datei9VdexFB13y/third.watch.s02e09.dvdrip.xvid-ffndvd.avi.htm*
*http://netload.in/datei4s3TZyx57V/third.watch.s02e10.dvdrip.xvid-ffndvd.avi.htm*
*http://netload.in/dateiUGWlacx7eV/third.watch.s02e11.dvdrip.xvid-ffndvd.avi.htm*
*http://netload.in/dateijnCNekPPY2/Third.Watch.S02E12.True.Love.DVDRip.XviD-SAiNTS.avi.htm*
*http://netload.in/dateiqxfdxdF5yw/Third.Watch.S02E13.Duty.DVDRip.XviD-SAiNTS.avi.htm*
*http://netload.in/dateiWM7aOvvg4h/Third.Watch.S02E14.A.Rock.And.A.Hard.Place.DVDRip.-SAiNTS.avi.htm*
*http://netload.in/dateiGUjJndwvgK/Third.Watch.S02E15.Requiem.For.A.Bantamweight.DVDl-SAiNTS.avi.htm*
*http://netload.in/dateiwRAdnIeVHG/Third.Watch.S02E16.Unfinished.Business.DVDRip.XviD-SAiNTS.avi.htm*
*http://netload.in/dateiEe1uSuwFE0/Third.Watch.S02E17.The.Self-Importance.Of.Being.Carlos.DVDRip.XviD-SAiNTS.avi.htm*
*http://netload.in/datei4dhWtCRtaU/Third.Watch.S02E18.Honor.DVDRip.XviD-SAiNTS.avi.htm*
*http://netload.in/dateiZoZ3dbJtB5/Third.Watch.S02E19.Walking.Wounded.DVDRip.XviD-SAiNTS.avi.htm*
*http://netload.in/dateieALo2Fh2qW/Third.Watch.S02E20.Man.Enough.DVDRip.XviD-SAiNTS.avi.htm*
*http://netload.in/dateiVPPSngaPN2/Third.Watch.S02E21.Exposing.Faith.DVDRip.XviD-SAiNTS.avi.htm*
*http://netload.in/dateiD80gbgdlOo/Third.Watch.S02E22.And.Zeus.Wept.DVDRip.XviD-SAiNTS.avi.htm*

DerStürmer
October 11th, 2010 | 19:15

Thanks. Good show.

Randall
October 18th, 2010 | 12:16

Thank you very much for this!! One of my favorite show and sadly I couldn't find the dvds.

Please please upload season 3-6 too :D  Also thanks for the hotfile links, people!

http://www.rlslog.net/third-watch-s02-dvdrip-xvid-ffndvd-saints

yea
October 26th, 2010 | 21:00

megashares please



# Leave a reply

name (required)

email ( will not be shown ) (required)

Type the two words:

Submit Comment

- # Search

Go

RLSLOG Forums

RLSLOG IRC Channel

http://www.rlslog.net/third-watch-s02-dvdrip-xvid-ffndvd-saints

- **Categories**
    - Applications (RSS) (5650)
        - Android (RSS) (10)
        - eBook (RSS) (11)
        - iPhone (RSS) (153)
        - MAC (RSS) (795)
        - Windows (RSS) (3902)
    - Games (RSS) (3013)
        - PC (RSS) (2301)
        - PS3 (RSS) (39)
        - PSP (RSS) (57)
        - Wii (RSS) (189)
        - XBOX360 (RSS) (368)
    - Movies (RSS) (8467)
        - BDRip (RSS) (153)
        - Cam (RSS) (588)
        - DVDRiP (RSS) (3912)
        - DVDRiP Old (RSS) (209)
        - DVDSCR (RSS) (490)
        - HDRiP (RSS) (1216)
        - R5 (RSS) (420)
        - SCR (RSS) (104)
        - Staff Picks (RSS) (48)
        - Telecine (RSS) (31)
        - Telesync (RSS) (505)
        - Workprint (RSS) (18)
    - Music (RSS) (5690)
        - Albums (RSS) (4582)
        - MViD (RSS) (550)
        - Singles/EPs (RSS) (376)
        - Staff Picks (RSS) (226)
    - Offtopic (RSS) (250)
    - Site news (RSS) (177)
    - Tech News (RSS) (1639)
    - TV Shows (RSS) (15341)
        - TV Packs (RSS) (647)

- **Pages**
    - About Releaselog
    - Advertise on RLSLOG!
    - FAQ
    - How-To Help
    - Link eXchange
    - Movie formats
    - Movie sources
    - RLSLOG Nuke Dictionary
    - Torrent sites

http://www.rlslog.net/third-watch-s02-dvdrip-xvid-ffndvd-saints

- ## Archives

  

- ## Links

    - [RSS](#) | [IRC](#) | [Contact](#)
    - [New releases](#) | [posts](#)
    - [AuTo.RLSLOG.net](#)
    - [NewTorrents.info](#)
    - [NTi forums](#)
    - [Leecher's Lair](#)
    - [PornLeecher](#)
    - [Rapidshare King](#)

- ## Most rated

    - [FBI wants to close RLSLOG](#)
    - [Fast and Furious 3: Tokyo Drift soundtrack](#)
    - [Russian eBay and Paypal cheaters busted](#)
    - [Piracy isn't THAT bad and they know it](#)
    - [UK: tougher piracy laws, blacklists of pirates](#)

- ## Most popular

    - [Mass Effect-DETONATiON](#)
    - [Alone In The Dark-iND](#)
    - [Grand Theft Auto IV-Razor1911](#)
    - [The Forbidden Kingdom R5 XViD-PUKKA](#)
    - [Wanted R5 LiNE XviD-iVE](#)

Releaselog © RLSLOG.net 2006-2010