# EXHIBIT S

# Release Tv

Watch your favorite TV shows online for free.( On : Megavideo | DivxDen | Wisevid | zSHARE)

**Recent Posts**

- The Millionaire Matchmaker – Cinderella and Moondoogie Walk Into a Bar Season 4, Episode 6
- Homemade Millionaire – Kitchen Season 1, Episode 2
- City Homicide – Empowerment Season 4, Episode 22
- City Homicide – The Price of Love Season 4, Episode 21
- The Armstrong and Miller Show – Episode 4 Season 3, Episode 4
- Bret Michaels: Life As I Know It – Episode 5 Season 1, Episode 5
- The Soup – 2010.11.26
- Harry Hill's TV Burp – Episode 8 Season 11, Episode 8
- Man v Food – Sacrilicious Season 3, Episode 27
- Top Gear (US) – Blind Drift Season 1, Episode 2
- Bret Michaels: Life As I Know It – Episode 6 Season 1, Episode 6
- The Amazing Race – I Hate Chinese Food Season 17, Episode 10
- The Simpsons – How Munched is That Birdie in the Window Season 22, Episode 7
- The Cleveland Show – Another Bad Thanksgiving Season 2, Episode 7
- Dexter – In The Beginning Season 5, Episode 10

**Seo Director**

Bloggeries
Globolister
Bloggernity
blogcatalog
blogtoplist
topblogarea
blogrankings
romow
linkwith
directorio-rss
openiddirectory
topofblogs
today
bloggapedia
webscouter
blogdigger
Blog Rate Directory
fuelmyblog
mynewblog
technology
dignow
heynounce
topblogging
blogrankers
bloggernow
linkreferral
topwebblogs
bloginspace
article99
bloghop
top100bloggers
weblog-index
Outpost Earth
Indi Blogger
Grokodile Blog Directory
My Blog Directory
Get Blogs
photarium
Add to Technorati Favorites
Top 100 Television Sites

Mar 03

## Cougar Town – What Are You Doin' in My Life? Season 1, Episode 16

Tv Shows

**Cougar Town – What Are You Doin' in My Life?**

Laurie needs a co-signer to buy her first condo and finds her less than stellar, absentee no help at all. Meanwhile, Bobby is mugged by a woman and Travis comes to Barb's aid after her latest cosmetic surgery procedure.

**Cougar Town – What Are You Doin' in My Life? – Watch Online Here :**

ZShare | WiseVid | DivXden

written by **Release Tv**

**11 Responses to "Cougar Town – What Are You Doin' in My Life? Season 1, Episode 16"**

1. **rlstv** Says:
March 4th, 2010 at 12:18 am

    Cougar.Town.S01E16.HDTV.XviD-P0W4
    http://rapidshare.com/files/358634011/hio-ct.116.p0w4.part1.rar
    http://rapidshare.com/files/358633968/hio-ct.116.p0w4.part2.rar

    http://netload.in/dateiH1tRVAav9G/hio-ct.116.p0w4.part1.rar.htm
    http://netload.in/dateijDtCAF2AiB/hio-ct.116.p0w4.part2.rar.htm

    http://www.filefactory.com/file/b076d8h/n/hio-ct.116.p0w4.part1.rar
    http://www.filefactory.com/file/b076d8d/n/hio-ct.116.p0w4.part2.rar

    http://hotfile.com/dl/31084940/64306bd/hio-ct.116.p0w4.part1.rar.html
    http://hotfile.com/dl/31084907/8f133c3/hio-ct.116.p0w4.part2.rar.html

2. **rlstv** Says:
March 4th, 2010 at 12:18 am

    Cougar.Town.S01E16.720p.HDTV.X264-DIMENSION
    http://rapidshare.com/files/358634575/hio-ct.116.720p.dimension.part1.rar
    http://rapidshare.com/files/358634511/hio-ct.116.720p.dimension.part2.rar
    http://rapidshare.com/files/358634420/hio-ct.116.720p.dimension.part3.rar

    http://netload.in/dateiIJGcl9wd8/hio-ct.116.720p.dimension.part1.rar.htm
    http://netload.in/dateik4rbre0ATO/hio-ct.116.720p.dimension.part2.rar.htm
    http://netload.in/dateiIsmMc7cGOi/hio-ct.116.720p.dimension.part3.rar.htm

    http://www.filefactory.com/file/b076d9g/n/hio-ct.116.720p.dimension.part1.rar
    http://www.filefactory.com/file/b076d9e/n/hio-ct.116.720p.dimension.part2.rar
    http://www.filefactory.com/file/b076da0/n/hio-ct.116.720p.dimension.part3.rar

3. **rlstv** Says:
March 4th, 2010 at 12:18 am

    Cougar.Town.S01E16.HDTV.ReEnc.x264-PRiME
    ReEncoded From Source Cougar.Town.S01E16.720p.HDTV.X264-DIMENSION

    http://rapidshare.com/files/358654424/hio-ct.116.prime.rar

    http://www.filefactory.com/file/b076h8b/n/hio-ct.116.prime.rar

    http://www.megaupload.com/?d=16L8WT12

    http://hotfile.com/dl/31091427/fe779aa/hio-ct.116.prime.rar.html

4. **rlstv** Says:
March 4th, 2010 at 12:52 am

    Cougar.Town.S01E16.HDTV.XviD-P0W4
    XviD | MP3 VBR | 175MB
    http://hotfile.com/dl/31085486/8eb44b7/Cougar.Town.S01E16.HDTV.XviD-P0W4.avi.html

5. **rlstv** Says:
March 4th, 2010 at 12:52 am

    http://netload.in/dateiafjYZtk4wq/Cougar.Town.S01E16.HDTV.XviD-P0W4.avi.htm

    http://depositfiles.com/files/hwtdjjhlm

    http://x7.to/mzqeqz

    http://hotfile.com/list/347002/3b7e881

**Links**

Free Download Movies
Metelci Rapidshare Links
Saturnianul
Blogu'Filmelor
my interesting files
webhittz
miong21
dvdmoviez
Strange Pictures
Trailers and Full M
AsianHotBeauty
Estrenos Divx
CelebrityCatFights
AllSexyBeauty
baixardownloads
Point Do Game
poetry4kids
The Download Box
HostSQLDatabase
Fornax
video site review
CoedHumor
gigstreams
HotGirlShopping
Seo help
tv-links
Chris Mallick
kiliokfamosas

Top 100 Movie Sites
FreeWebSubmission.com
blogarama
Globe of Blogs
Blog Directory
blogspot
quickblogdirectory
blogannounce
blogrankings
blogdir
dmegs
Blog Directory
Blog Directory
Total Blog Directory
Blogging Fusion
My Family Living
Legaturi.ro
Director Web
webconnect
ponturi
Promovare Web
Romania Web Index
Ro-Pix Director Web
LizarDirector
ProDirector.net
Director web
Diverse - Altele

http://www.storage.to/get/JBtAdGmK/Cougar.Town.S01E16.HDTV.XviD-P0W4.avi

6. **rlstv** Says:
March 4th, 2010 at 12:53 am

Cougar Town S01E16 HDTV XviD-P0W4

http://shareflare.net/download/5652.59f8026de0ae11206abc21452/Cougar.Town.S01E16.HDTV.XviD_P0W4.avi.html

7. **rlstv** Says:
March 4th, 2010 at 12:53 am

Cougar Town S01E16 HDTV XviD-P0W4

http://uploading.com/files/6581c79f/Cougar.Town.S01E16.HDTV.XviD-P0W4.avi/

8. **rlstv** Says:
March 4th, 2010 at 12:53 am

Cougar Town S01E16 HDTV XviD-P0W4

http://shareflare.net/download/5652.59f8026de0ae11206abc21452/Cougar.Town.S01E16.HDTV.XviD_P0W4.avi.html

http://uploading.com/files/6581c79f/Cougar.Town.S01E16.HDTV.XviD-P0W4.avi/

9. **rlstv** Says:
March 4th, 2010 at 12:53 am

Cougar.Town.S01E16.HDTV.XviD-P0W4
XviD | MP3 VBR | 175MB

http://hotfile.com/dl/31086523/4235f84/Cougar.Town.S01E16.HDTV.XviD-P0W4.avi.html
_____

http://netload.in/dateicSoMlIMEUR/Cougar.Town.S01E16.HDTV.XviD.P0W4.avi.htm
_____

http://www.storage.to/get/SrQsbLLR/Cougar.Town.S01E16.HDTV.XviD.P0W4.avi
_____

10. **rlstv** Says:
March 4th, 2010 at 12:53 am

Complete untouched Scene Release (scenerars + sample)

Cougar Town S01E16 HDTV XviD-P0W4

http://hotfile.com/dl/31087961/ea70f0f/Cougar.Town.S01E16.HDTV.XviD-P0W4.rar.html

NO PASS, Enjoy 😃

11. **rlstv** Says:
March 4th, 2010 at 12:54 am

Cougar.Town.S01E16.720p.HDTV.X264-DIMENSION

http://x7.to/2h2r6g



http://rlstv.com/2010/03/03/cougar-town-what-are-you-doin-in-my-life-season-1-episode-16