# EXHIBIT V

Username / Customer#    Password    Create Account | Forgot

Deals of the Day

Our Commercials    Bob's Video Blog    Help & Forums

**Domains**   **Hosting**   **Email**   **Websites**   **Search Engines**   **SSL & Security**   **Resellers**

**WHOIS search results for:**
**PULSEMATCH.COM**
(Registered)

**Is this your domain?**
Add hosting, email and more.

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.


Registrant:
Anton Titov

101 20th st
unit 2503
Miami Beach, Florida 33139
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: PULSEMATCH.COM
Created on: 26-Aug-10
Expires on: 26-Aug-12
Last Updated on: 26-Aug-10

Administrative Contact:
Titov, Anton anton@titov.net
101 20th st
unit 2503
Miami Beach, Florida 33139
United States
(954) 560-8588

Technical Contact:
Titov, Anton anton@titov.net
101 20th st
unit 2503
Miami Beach, Florida 33139

**NameMatch Recommendations**

GoDaddy.com NameMatch has found...
Registering multiple domain names...
squatters who could try to buy up...
inflated price. It also enables you...
your primary domain.

**Domains available for new registration**

| Alternate TLDs |
| --- |
| ☐ pulsematch.**info** |
| ☐ pulsematch.**net** |
| ☐ pulsematch.**org** |
| ☐ pulsematch.**us** |
| ☐ pulsematch.**biz** |
| ☐ pulsematch.**mobi** |
| ☐ pulsematch.**ca** |
| ☐ pulsematch.**me** |
| **Similar Domains** |
| ☐ pul**s**ematch**s**.com |
| ☐ **the**pulsematch.com |
| ☐ pulsematch**site**.com |
| ☐ **my**pulsematch.com |
| ☐ pulsematch**online**.com |
| ☐ **new**pulsematch.com |
| ☐ pulsematch**store**.com |
| ☐ **free**pulsematch.com |
| **Similar Premium Domains** |
| ☐ Pulses.co |
| ☐ IpadBeats.com |
| ☐ TheMatch.org |
| ☐ PulseDance.com |
| ☐ PulseProd.com |
| ☐ PulseDance.net |

United States
(954) 560-8588

Domain servers in listed order:
NS39.DOMAINCONTROL.COM
NS40.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

**Domains available at Go Daddy**

☐ checkmatch.net
Ends on: 3/4/2011 5:45:00 P

☐ gigapulse.com
Ends on: 3/5/2011 8:02:00 P

☐ multimatch.com
Ends on: 3/6/2011 12:50:00

☐ matchmyskills.com
Ends on: 3/6/2011 7:18:00 P

☐ trainingmatch.com
Ends on: 3/8/2011 11:19:00

☐ girlswrestlingmatch.com
Ends on: 3/11/2011 9:44:00

**Learn more about**

Private Registration

Business Registration

*Plus ICANN fee of $0.18 per domain na
**.CA domain names will be registered t

Enter a domain name to search          .com

| My Account | Domain Search | Webmail | Telephone Support & Sales | Careers |
| My Renewals | Product Catalog | WHOIS search | Go Daddy Community | Security Cente |
| My Upgrades | Product Advisor | ICANN Confirmation | Discussion Forums | Company Info |
| Account Settings | Gift Cards | Affiliates | Help and Guides | News Center |
| Customer Information | Go Daddy Mobile | Follow & Fan Us! | User Groups | Customer Test |
| Order History | Today's Offers | Gadgets/Widgets | Submit Support Ticket | Go Daddy Scc |
| Create Account | | Commercial Contests | Site Suggestions | Marketing Prop |
| | | Site Map | Report Spam | Advertising Op |
| | | | Executive Account Services | .ME Scholarshi |

Use of this Site is subject to express Terms of Use. By using this Site, you signify that you agree to be bound by these Terms
Legal   Privacy Policy
GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US

Copyright © 1999 - 2011 GoDaddy.com, Inc. All rights reserved.

Although it often appears "WHOIS" or "WhoIs", the term is not an acronym. It means literally "Who is", referring to the searchable databa
registered on the Internet. Think of the WHOIS database as the "white pages" of the Internet neighborhood.

Search the **GoDaddy.com** WHOIS database whenever you want to know who a particular Web site belongs to. You may even be able to
individual who holds the registration on that domain. If the registration is private, specific information such as the holder's name, address
view.

There are a number of reasons why you might want to use the **GoDaddy.com** WHOIS database:

- If you're a domainer, you might have your eye on a particular domain name(s) and want to know when it expires in the hopes of registerin
  with a private purchase offer.

- If you are the legal owner of a copyrighted name and you find someone else has registered a domain with that name in it, you'll want to t
  "cyber-squatting" on your Internet territory.

- If you come across your own original content reproduced without permission on another Web site, you may want to look up the name of
  against him or her. This federal act makes it illegal for anyone to produce or distribute another's original material on the Internet.

Law enforcement agencies use the WHOIS database to support national and international efforts including copyright protection and anti-
least the host or registrar - of every domain name registered today. Legal infractions that can't be traced to an individual or business can
the registrar may warn the site owner or shut down the Web site altogether.

**GoDaddy.com** has been active in combating Internet crime and abuse. **GoDaddy.com** lawyers have testified before the U.S. House Ju
Security about the rapid proliferation of illegitimate pharmacies and child pornography on the Internet. In fact, the company had a hand in
Consumer Protection Act, named after a California teenager who died from an overdose of a drug he bought online.