# EXHIBIT W



You are logged in as J-USER2010_1961   **Upgrade Your Account** | Log out | Help

Enter search term...   [Whois Search ▾]   Search

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

### Whois History for Hotfile.com on 2008-09-12

Enter a domain name to get its history
Domain Name: [hotfile.com]   [Search]

« Previous                                                          Next »

| | |
|---|---|
| Domain: | **hotfile.com** - Whois History |
| Cache Date: | 2008-09-12 |
| Registrar: | FABULOUS.COM PTY LTD. |
| Server: | whois.fabulous.com |
| Created: | 1997-12-22 |
| Updated: | 2008-09-11 |
| Expires: | 2009-12-21 |
| Reverse Whois: | Click on an email address we found in this whois record to see which other domains the registrant is associated with: sedo@titov.net |

```
Domain hotfile.com:

   Cherni Vrah 66
   Sofia, Sofia 1407 BE

Administrative contact:
Technical contact:
Billing contact:

   Anton Titov
   sedo@titov.net
   Cherni Vrah 66
   Sofia, Sofia 1407 BE
   Phone: +32.9889502282
   Fax: +32.9889502282

Record dates:
   Record created on: 1997-12-22 05:00:00 UTC
   Record modified on: 2008-09-10 12:04:57 UTC
   Record expires on: 2009-12-21 UTC

Nameservers:
   ns1.hotfile.com:
      66.230.155.157
   ns2.hotfile.com:
      66.230.138.2
```

Memberships | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.