# EXHIBIT Y

**Lundy, Rochelle P.**

| | |
|---|---|
| **From:** | Janet Munn [jmunn@rascoklock.com] |
| **Sent:** | Tuesday, February 22, 2011 9:20 AM |
| **To:** | Fabrizio, Steven B |
| **Cc:** | Pozza, Duane; Platzer, Luke C; Cheri Perry |
| **Subject:** | Re: Disney v. Hotfile -- Rule 26(f) Conference |

Dear Steve, March 14 does not work for a conference. As you know, my clients have to retain new lead counsel. We will be seeking a 30 day extension of time to serve a pleading, motion or other paper in response to the Complaint. Please let me know by 10 am tomorrow EST if Plaintiffs agree to such a request so that we can include your position in our motion to extend time. Thanks, Janet

Janet Munn, Esq.

On Feb 21, 2011, at 2:53 PM, "Fabrizio, Steven B" <SFabrizio@jenner.com> wrote:

> Janet – I have not heard back from you on my scheduling request below.  Please confirm as soon as possible.  Thanks.
>
> SBF
>
> ---
>
> **From:** Janet Munn [mailto:jmunn@rascoklock.com]
> **Sent:** Wednesday, February 16, 2011 1:32 PM
> **To:** Fabrizio, Steven B
> **Cc:** Pozza, Duane; Platzer, Luke C; Felix Rodriguez; Gabriel Nieto; Cheri Perry
> **Subject:** Re: Disney v. Hotfile -- Rule 26(f) Conference
>
> Steve, my client is traveling today and unavailable. I need to confer with him prior to responding to you. I anticipate I will be able to do that to
>
> tomorrow. Thanks, Janet
>
> Janet Munn, Esq.
>
> On Feb 15, 2011, at 4:42 PM, "Fabrizio, Steven B" <SFabrizio@jenner.com> wrote:
>
>> Janet – As you requested, we decoupled your request for a 10-day extension from our request for a Rule 26(f) conference.  Per my email the other day, we have consented to a 10-day extension.  We would now like to request of you that we schedule our Rule 26(f) conference as soon as possible

1

following defendants' filing of their response. Accordingly, we would request that we schedule the conference for Monday, March 14th. Please confirm as soon as you can whether this date will work. Thank you.

SBF

---

**Steven B. Fabrizio**

Jenner & Block LLP

1099 New York Avenue, N.W.
Suite 900

Washington, DC 20001-4412

Tel (202) 639-6040

Fax (202) 661-4823

SFabrizio@jenner.com

www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---