UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-20427-CIV-UNGARO

DISNEY ENTERPRISES,
et al.,

      Plaintiffs,

v.

HOTFILE CORP, et al.,

      Defendants.

_____

## ORDER OF TRANSFER

GOOD CAUSE appearing that a transfer of this cause is appropriate pursuant to S.D. Fla. L.R. 3.8 (citing § 2.15.00 of the Court's Internal Operating Procedures), due to lower-numbered case 11-20056-Civ-Jordan, and subject to the consent of the Honorable Adalberto Jordan, it is

ORDERED AND ADJUDGED that the above numbered cause is transferred to the calendar of Judge Jordan for all further proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of February, 2011.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

After reviewing the court file in the above numbered cause, the undersigned accepts the transfer of this case. Therefore, it is

ORDERED AND ADJUDGED that all pleadings filed after this date shall bear the following case number, 11-20427-Civ-Jordan, thereby indicating the judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is accepted this 23rd day of February, 2011.

ADALBERTO JORDAN
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record