UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 11-20427-CIV-JORDAN

| | |
|---|---|
| DISNEY ENTERPRISES, INC. et al., | ) |
| Plaintiffs | ) ) |
| vs. | ) |
| HOTFILE CORP. et al. | ) ) |
| Defendant | ) |
| _____ | ) |

**ORDER**

If the defendants desire to respond to the plaintiffs' emergency motion for order prohibiting spoliation and preserving evidence [D.E. 14], they shall do so by February 28, 2011 at noon.

DONE and ORDERED in chambers in Miami, Florida, this 23rd day of February, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record

Janet Munn
Rasco Klock
283 Catalonia Avenue
2nd Floor
Coral Gables, FL 33134
Fax: 305.468.6281
Attorney for Defendants