UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
                                                               /

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Janet T. Munn, Esq. of the Rasco Klock law firm hereby enters her appearance as counsel for Defendants HOTFILE CORP. and ANTON TITOV, and respectfully requests that copies of all motions, notices, correspondence, pleadings, orders and any and all other pertinent documents pertaining to the above styled cause be forwarded to the undersigned attorney.

DATED: February 23, 2011

                                        Respectfully submitted,

                                        s/Janet T. Munn
                                        Janet T. Munn, FBN 501281
                                        Rasco Klock, et al.,
                                        283 Catalonia Avenue, Suite 200
                                        Coral Gables, Fl 33134
                                        Telephone:  305.476.7101
                                        Telecopy: 305.476.7102
                                        Email: jmunn@rascoklock.com
                                        *Counsel for Defendants*
                                        *Hotfile Corporation and Anton Titov*

CASE NO. 11-20427-JORDAN

### CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2011, the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Janet T. Munn
Janet T. Munn

### SERVICE LIST: CASE NO. 11-CIV-20427-JORDAN

**GRAY-ROBINSON, P.A.**
Karen L. Stetson (FL Bar No. 742937)
1211 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: (305) 416-6880
Fax:    (305) 416-6887

**JENNER AND BLOCK, LLP**
Steven B. Fabrizio (*Pro Hac Vice To Be Filed*)
Duane C. Pozza (*Pro Hac Vice To Be Filed*)
Luke C. Platzer (*Pro Hac Vice To Be Filed*)
1099 New York Ave, N.W.
Suite 900
Washington, DC 20001
Phone: (202) 639-6000
Fax:    (202) 639-6066