

FILING FEE
PAID $75.00
pro hac vice HS1000141169
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

FILED by AC D.C.

FEB 23 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

CASE NO: 11-20427-CV-UNGARO/SIMONTON

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    Plaintiffs

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    Defendants.

_____/

## MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Karen R. Thorland, Vice President, Senior Content Protection Counsel, Motion Picture Association of America, Inc., 15301 Ventura Boulevard, Building E, Sherman Oaks, CA, telephone: 818-935-5812, for purposes of limited appearance as counsel on behalf of Plaintiffs, Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc., in the above-styled case only, and pursuant to Rule 2B,

# 417055 v1

Southern District of Florida, CM/ECF Administrative Procedures, to permit Karen R. Thorland, to receive electronic filings in this case, and in support thereof states as follows:

1. Karen R. Thorland is not admitted to practice in the Southern District of Florida and is a member in good standing of the Supreme Court of California.

2. Movant, Karen L. Stetson, Esquire, of the law firm of GrayRobinson, 1221 Brickell Avenue, Suite 1650, Miami, Florida 33131, telephone: (305) 416-6880, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Karen R. Thorland has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. Karen R. Thorland, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Karen R. Thorland, Esq. at email address: Karen_Thorland@mpaa.org.

WHEREFORE, Karen L. Stetson moves this Court to enter an Order permitting Karen R. Thorland to appear before this Court on behalf of Plaintiffs, Disney Enterprises, Inc., Twentieth

# 417055 v1

Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Karen R. Thorland.

        Respectfully submitted,

GrayRobinson, P.A.
Attorneys for Plaintiffs
1221 Brickell Avenue
Suite 1650
Miami, FL 33131
Tel: (305) 416-6880
Fax: (305) 416-6887

By: *[signature]*
KAREN L. STETSON
Florida. Bar No. 742937
Karen.stetson@gray-robinson.com

# 417055 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 11-20427-CV-UNGARO/SIMONTON

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    Plaintiffs

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    Defendants.

_____/

### CERTIFICATE OF KAREN R. THORLAND

    Karen R. Thorland, Esq., pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certified that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Supreme Court of California.

                                                      _____
                                                      Karen R. Thorland

# 417069 v1

**THE STATE BAR
OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617　　　　TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 14, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KAREN RAE THORLAND, #172092 was admitted to the practice of law in this state by the Supreme Court of California on November 30, 1994; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 11-20427-CV-UNGARO/SIMONTON

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    Plaintiffs

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    Defendants.

_____/

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
KAREN R. THORLAND, CONSENT TO DESIGNATION AND
REQUEST TO ELECTRONICALLY
<u>RECEIVE NOTICES OF ELECTRONIC FILINGS</u>**

    THIS CAUSE having come before the Court on the Motion for Limited Appearance of Karen R. Thorland and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Karen R. Thorland in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

# 417055 v1

ORDERED and ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Karen R. Thorland is granted to appear and participate in this action on behalf of Plaintiffs, Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. The Clerk shall provide electronic notification of all electronic filings to Karen_Thorland@mpaa.org.

DONE AND ORDERED in Chambers at _____, Florida this _____ day of February, 2011.

_____
United States District Judge

Copies furnished to:
All Counsel of Record

# 417055 v1