FILING FEE
PAID $75.00
pro hac vice FLS00014468
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 11-20427-CV-UNGARO/SIMONTON

FILED by AC D.C.
FEB 23 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    Plaintiffs

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    Defendants.

_____/

## MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Daniel M. Mandil, Esq., Senior Executive Vice President, General Counsel & Chief Content Protection Officer, Motion Picture Association of America, Inc., 15301 Ventura Boulevard, Building E, Sherman Oaks, CA, telephone: 818-935-5812, for purposes of limited appearance as counsel on behalf of Plaintiffs, Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc., in the above-

# 416991 v1

styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Daniel M. Mandil, to receive electronic filings in this case, and in support thereof states as follows:

1. Daniel M. Mandil is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Supreme Court Second Appellate Division.

2. Movant, Karen L. Stetson, Esquire, of the law firm of GrayRobinson, 1221 Brickell Avenue, Suite 1650, Miami, Florida 33131, telephone: (305) 416-6880, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Daniel M. Mandil has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. Daniel M. Mandil, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Daniel M. Mandil, Esq. at email address: Daniel_Mandil@mpaa.org.

WHEREFORE, Karen L. Stetson moves this Court to enter an Order permitting Daniel

# 416991 v1

M. Mandil to appear before this Court on behalf of Plaintiffs, Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Daniel M. Mandil.

        Respectfully submitted,

GrayRobinson, P.A.
Attorneys for Plaintiffs
1221 Brickell Avenue
Suite 1650
Miami, FL 33131
Tel: (305) 416-6880
Fax: (305) 416-6887

By: _____
KAREN L. STETSON
Florida. Bar No. 742937
Karen.stetson@gray-robinson.com

# 416991 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 11-20427-CV-UNGARO/SIMONTON

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    Plaintiffs

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    Defendants.

_____/

## CERTIFICATE OF DANIEL M. MANDIL

Daniel M. Mandil, Esq., pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certified that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the New York Supreme Court Second Appellate Division.

                                                Daniel M. Mandil

# 417018 v1



# Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, **Matthew G. Kiernan**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Daniel Michael Mandil** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **26 th** day of **September 1990**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on February 16, 2011.

*Matthew G. Kiernan*
Clerk of the Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 11-20427-CV-UNGARO/SIMONTON

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    Plaintiffs

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF DANIEL M. MANDIL, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Daniel M. Mandil and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Daniel M. Mandil in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

# 416991 v1

ORDERED and ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Daniel M. Mandil is granted to appear and participate in this action on behalf of Plaintiffs, Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. The Clerk shall provide electronic notification of all electronic filings to Daniel M. Mandil at Daniel_Mandil@mpaa.org.

DONE AND ORDERED in Chambers at _____, Florida this _____ day of February, 2011.

_____
United States District Judge

Copies furnished to:
All Counsel of Record

# 416991 v1