UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

    *Defendants*.    /

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT HOTFILE CORPORATION

Defendant, Hotfile Corp. ("Hotfile"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby discloses and certifies the following[1]:

Hotfile is a privately held corporation and has no parent company. There is no publicly held corporation that owns ten percent (10%) or more of Hotfile's stock.

DATED: February 24, 2011

    Respectfully submitted,

    By: s/Janet T. Munn
        Janet T. Munn, FBN: 501281
        Rasco Klock
        283 Catalonia Avenue, Suite 200
        Coral Gables, Fl 33134
        Telephone: 305.476.7101
        Telecopy: 305.476.7102
        Email: jmunn@rascoklock.com
        *Counsel for Defendant Hotfile Corporation*
        *And Anton Titov*

---

[1] Hotfile reserves the right to raise all possible defenses, including defenses related to jurisdiction and service.

CASE NO. 11-20427-JORDAN

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2011, the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Janet T. Munn
Janet T. Munn

## SERVICE LIST: CASE NO. 11-CIV-20427-JORDAN

**GRAY-ROBINSON, P.A.**
Karen L. Stetson, Esq.
Email: Karen.Stetson@gray-robinson.com
1211 Brickell Avenue, Suite 1600
Miami, FL 33131
Phone:  305.416.6880
Fax:     305.416.6887

**JENNER AND BLOCK, LLP**
Steven B. Fabrizio (*Pro Hac Vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza (*Pro Hac Vice*)
Email: dpozza@jenner.com
Luke C. Platzer (*Pro Hac Vice*)
Email: lplatzer@jenner.com
1099 New York Ave, N.W.
Suite 900
Washington, DC 20001
Phone: 202.639.6000
Fax:     202.639.6066