# EXH. 1

## Interim Designation of Agent to Receive Notification of Claimed Infringement



RECEIVED
Information & Records Div.
DEC 24 2009
Copyright Office

**Full Legal Name of Service Provider:** Hotfile Corp.

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** Hotfile.com

**Address of Service Provider:** 43-20 Calle 34, Panama 5, Republic of Panama

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location):
1007 N. Federal Hwy., Suite 240, Fort Lauderdale, FL 33304

**Telephone Number of Designated Agent:** (954) 773 8743

**Facsimile Number of Designated Agent:** (954) 414 0865

**Email Address of Designated Agent:** abuse@hotfile.com, support@hotfile.com

Signature of Officer or Representative of the Designating Service Provider: [signature] Date: 12/08/2009

**Typed or Printed Name and Title:** Anton Titov, Manager

SCANNED   1   21-2010

Note: This Interim Designation Must be Accompanied by a Filing Fee*
Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html

Mail the form to:
Copyright GC/I&R
P.O. Box 70400
Washington, DC 20024


162864185


RECEIVED
DEC 24 2009
COPYRIGHT OFFICE