# EXH. 2

Hotfile: Copyright Tools

Copyright Tools @ Back to site | Delete Files

Quota: 9998 files
Report files:
http://hotfile.com/dl/27207143/b22f91e/Test.doc.html

☑ I certify that I am the owner or a legal representative of the owner of this copyrighted material.

[ Delete ]

**App 37**            2/4/2010