# EXHIBIT B

# DISNEY ENTERPRISES, INC.

| | | | |
|---|---|---|---|
| D-U-N-S® | 00-690-4700 | Headquarters(Subsidiary)<br>500 S Buena Vista St,<br>Burbank, CA 91521<br>Website:<br>www.disneyme.com | Phone  818 560-1000 |

## Business Information Report

Purchase Date: 02/25/2011    Last Update Date: 05/06/2010

## Executive Summary

### Company Info

| | |
|---|---|
| Year Started | 1923 |
| CEO | ROBERT A IGER, PRES |
| Employees | 133,000 |
| Employees Here | 6,000 at this location |
| Do not confuse with | parent, Disney, Walt Company (Inc), The |
| Trade Styles | (SUBSIDIARY OF WALT DISNEY COMPANY, THE, BURBANK, CA);<br>DISNEY |

### D&B Rating

D&B Rating: --

### D&B PAYDEX®



Up to 24 month D&B PAYDEX: 68 (Industry Median 73)

Up to 3 month D&B PAYDEX: 70

## Business Information

### Business Summary

| | |
|---|---|
| Branch & Division | YES |
| SIC | 7812<br>Motion pict/video prodtn |
| NAICS | 512110<br>Motion Picture and Video Production |
| History Status | CLEAR |

### Credit Capacity Summary

D&B Rating: --

| | |
|---|---|
| Prior D&B Rating | -- |
| Rating Date | 02/21/1996 |

**Payment Activity**
(based on 355 experiences)                        USD

| | |
|---|---|
| Average High Credit | $65,507 |
| Highest Credit | 3,000,000 |
| Total Highest Credit | 18,542,100 |

## Business History

D&B
Decide with Confidence

| Officers | ROBERT A IGER, PRES;<br>THOMAS O STAGGS, SR EXEC V PRES-CFO |
|---|---|
| Directors | THE OFFICER(S) |

As of 05/06/2010

The California Secretary of State's business registrations file showed that Disney Enterprises, Inc was registered as a corporation on February 11, 1987.

Business started 1923 by Walt Disney. 100% of capital stock is owned by the parent company.

ROBERT A IGER born 1951. 1996-present active here.

THOMAS O STAGGS born 1961. 1990-present active here.

## Business Registration

CORPORATE AND BUSINESS REGISTRATIONS PROVIDED BY MANAGEMENT OR OTHER SOURCE

The Corporate Details provided below may have been submitted by the management of the subject business and may not have been verified with the government agency which records such data.

| Registered Name | DISNEY ENTERPRISES INC | Where Filed | Secretary of State , Dover , DE |
|---|---|---|---|
| Business Type | CORPORATION | | |
| Corporation Type | PROFIT | | |
| Incorporated Date | 11/24/1986 | | |
| State of Incorporation | DELAWARE | | |

## Government Activity Summary

| Activity Summary | | Possible candidate for socioeconomic program consideration | |
|---|---|---|---|
| Borrower | No | Labor Surplus Area | YES (2011) |
| Administrative Debt | Yes | Small Business | N/A |
| Grantee | No | Women Owned | N/A |
| Party Excluded from Federal Programs | No | Minority Owned | N/A |
| Public Company | N/A | | |
| Contractor | No | | |
| Importer/Exporter | N/A | | |

The details provided in the Government Activity section are as reported to Dun & Bradstreet by the federal government and other sources.

## Operations Data

05/06/2010

Description: Subsidiary of WALT DISNEY COMPANY, THE, BURBANK, CA which operates as a holding company operating through Disney Enterprises Inc and Capital Cities/ABC Inc. Parent started 1995. Parent company owns 100% of capital stock.

As noted, this company is a subsidiary of The Walt Disney Company, DUNS number 932660376, and reference is made to that report for background information on the parent company and its management.

Engaged in motion picture or video tape production, specializing in motion picture production or distribution, television motion picture production or distribution, video tape production and television films. Operates as a patent owner or lessor,

|  |  |
|---|---|
|  | specializing in copyright buying or licensing, sheet or record music royalties and publishing or licensing of performance rights. Operates a variety store. Operates an amusement park, specializing in a theme park. Ice hockey club. |
|  | Has 16,000 account(s). Terms vary principally, cash also dating, Net 30 days and contracts. Territory : International. |
| Employees: | 133,000 which includes officer(s). 6,000 employed here. |
| Facilities: | Owns premises in a three story building. |
| Location: | Commercial section on well traveled street. |

## Industry Data

| SIC | | NAICS | |
|---|---|---|---|
| Code | Description | Code | Description |
| 78120105 | Motion picture production and distribution | 512110 | Motion Picture and Video Production |
| 78120106 | Motion picture production and distribution, television | 512110 | Motion Picture and Video Production |
| 78120202 | Video tape production | 512110 | Motion Picture and Video Production |
| 78120110 | Television film production | 512110 | Motion Picture and Video Production |
| 67949901 | Copyright buying and licensing | 533110 | Owners and Lessors of Other Non-Financial Assets |
| 67940102 | Music royalties, sheet and record | 533110 | Owners and Lessors of Other Non-Financial Assets |
| 67940103 | Performance rights, publishing and licensing | 533110 | Owners and Lessors of Other Non-Financial Assets |
| 53310000 | Variety stores | 452990 | All Other General Merchandise Stores |
| 79969903 | Theme park, amusement | 713110 | Amusement and Theme Parks |
| 79410104 | Ice hockey club | 711211 | Sports Teams and Clubs |

## Family Tree

### Parent

THE WALT DISNEY COMPANY
(D-U-N-S®:93-266-0376)
500 S BUENA VISTA ST,
BURBANK, CA 91521-0001

### Divisions Domestic

| | | | |
|---|---|---|---|
| DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:00-402-1684)<br>AKA: DISNEY<br>2 ALHAMBRA PLZ STE 900,<br>MIAMI, FL 33134-5255 | DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:11-324-6008)<br>AKA: DISNEY<br>77 W 66TH ST FL 11,<br>NEW YORK, NY 10023-6201 | DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:12-776-3899)<br>AKA: DISNEY<br>13801 NW 14TH ST,<br>FORT LAUDERDALE, FL 33323-2844 | DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:19-170-5417)<br>AKA: DISNEY<br>751 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 |
| DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:60-618-3002)<br>AKA: DISNEY<br>178 N MICHIGAN AVE STE 753,<br>CHICAGO, IL 60601-7502 | DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:62-489-9506)<br>AKA: DISNEY<br>1000 ABERNATHY RD NE STE 127,<br>ATLANTA, GA 30328-5603 | DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:85-867-0607)<br>AKA: DISNEY<br>1589 W ALAMEDA AVE,<br>BURBANK, CA 91506-2762 | |

### Branches Domestic

| | | | |
|---|---|---|---|
| DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:00-532-6561)<br>AKA: DISNEY<br>2601 S MCKENZIE ST STE 186,<br>FOLEY, AL 36535-3499 | DISNEY ENTERPRISES INC<br>(D-U-N-S®:00-651-8427)<br>1126 QUEENS HWY (NORTH BOUND),<br>LONG BEACH, CA 90802 | DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:00-848-6656)<br>AKA: DISNEY<br>500 PARK AVE LBBY 1,<br>NEW YORK, NY 10022-1606 | DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:00-859-7411)<br>AKA: DISNEY<br>2600 W OLIVE AVE STE 534,<br>BURBANK, CA 91505-4549 |
| DISNEY ENTERPRISES, INC. | DISNEY ENTERPRISES, INC. | DISNEY ENTERPRISES, INC. | DISNEY ENTERPRISES, INC. |

| | | | |
|---|---|---|---|
| (D-U-N-S®:01-139-2888)<br>AKA: DISNEY<br>6751 FORUM DR # 227,<br>ORLANDO, FL 32821-6047 | (D-U-N-S®:01-803-2446)<br>AKA: DISNEY<br>7 SEAS DR,<br>ORLANDO, FL 32830 | (D-U-N-S®:02-258-8169)<br>AKA: DISNEY<br>1836 W ALAMEDA AVE,<br>BURBANK, CA 91506-2929 | (D-U-N-S®:02-286-9403)<br>AKA: DISNEY<br>755 S BUENA VISTA ST,<br>BURBANK, CA 91505 |
| DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:04-744-2897)<br>AKA: DISNEY<br>11200 W 93RD ST,<br>SHAWNEE MISSION, KS<br>66214-1717 | DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:07-605-7983)<br>AKA: DISNEY<br>769 S HARBOR BLVD,<br>ANAHEIM, CA 92805-4529 | DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:07-666-4528)<br>AKA: DISNEY<br>2231 E CAMELBACK RD STE 326,<br>PHOENIX, AZ 85016-3436 | DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:36-294-6113)<br>AKA: DISNEY<br>3235 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 |
| DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:12-983-6128)<br>AKA: DISNEY<br>220 CELEBRATION PL,<br>KISSIMMEE, FL 34747-4600 | DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:12-979-5449)<br>AKA: DISNEY<br>700 W BALL RD,<br>ANAHEIM, CA 92802-1843 | DISNEY ENTERPRISES INC<br>(D-U-N-S®:13-555-4124)<br>AKA: DISNEY<br>ORLANDO, FL 32830 | DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:13-589-2271)<br>AKA: DISNEY<br>1780 BUENA VISTA DR,<br>ORLANDO, FL 32830 |
| DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:14-002-5284)<br>AKA: DISNEY<br>1170 CELEBRATION BLVD STE 201,<br>KISSIMMEE, FL 34747-4604 | DISNEY ENTERPRISES INC<br>(D-U-N-S®:14-870-7763)<br>AKA: DISNEY<br>300 PLAZA ALICANTE,<br>GARDEN GROVE, CA 92840-2735 | DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:15-269-0012)<br>AKA: DISNEY<br>ORLANDO, FL 32830 | DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:16-060-2850)<br>AKA: DISNEY<br>903 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 |
| DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:55-682-1408)<br>AKA: DISNEY<br>298 BROADWAY FL 5,<br>NEW YORK, NY 10007-1802 | DISNEY ENTERPRISES INC<br>(D-U-N-S®:61-380-8641)<br>AKA: DISNEY<br>1290 AVENUE OF THE AMERICAS,<br>NEW YORK, NY 10104-0101 | DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:78-245-6032)<br>AKA: DISNEY<br>114 5TH AVE FL 13,<br>NEW YORK, NY 10011-5645 | DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:79-611-8735)<br>AKA: DISNEY<br>2200 N CENTRAL RD,<br>FORT LEE, NJ 07024-7557 |
| DISNEY ENTERPRISES, INC.<br>(D-U-N-S®:80-294-0528)<br>AKA: DISNEY<br>1503 LIVE OAK LN,<br>ORLANDO, FL 32830-8435 | | | |

## Subsidiaries Domestic

| | | | |
|---|---|---|---|
| FIDELITY TELEVISION, INC.<br>(D-U-N-S®:00-931-1143)<br>350 S BUENA VISTA ST,<br>BURBANK, CA 91521-0004 | WALT DISNEY TRAVEL CO., INC.;<br>(D-U-N-S®:01-071-2511)<br>AKA: DISNEY<br>7100 MUNICIPAL DR,<br>ORLANDO, FL 32819-8336 | INCREDIBLE ANIMAL PRODUCTIONS, INC.;<br>(D-U-N-S®:01-687-6307)<br>500 S BUENA VISTA ST # ANIM3A,<br>BURBANK, CA 91521-0001 | WALT DISNEY PICTURES AND TELEVISION;<br>(D-U-N-S®:03-738-5155)<br>500 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 |
| WALT DISNEY MUSIC COMPANY<br>(D-U-N-S®:04-115-6852)<br>AKA: DISNEY<br>500 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 | DISNEY EDUCATIONAL PRODUCTIONS;<br>(D-U-N-S®:04-851-0390)<br>AKA: DISNEY<br>500 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 | WALT DISNEY PARKS AND RESORTS U.S., INC.;<br>(D-U-N-S®:04-975-9814)<br>AKA: EPCOT CENTER<br>1375 N BUENA VISTA DR,<br>ORLANDO, FL 32830-8402 | WALT DISNEY WORLD HOSPITALITY &RECREATION CORPORATION;<br>(D-U-N-S®:06-786-5394)<br>AKA: DISNEY<br>1375 N BUENA VISTA DR,<br>ORLANDO, FL 32830-8402 |
| PLATINUM DUNES PRODUCTIONS;<br>(D-U-N-S®:09-092-8045)<br>AKA: BAY FILMS<br>631 COLORADO AVE,<br>SANTA MONICA, CA 90401-2507 | ABC CABLE NETWORKS GROUP<br>(D-U-N-S®:10-307-1247)<br>AKA: ABC<br>500 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 | WALT DISNEY PARKS AND RESORTS, INC.;<br>(D-U-N-S®:12-864-7653)<br>1375 N BUENA VISTA DR FL 4,<br>ORLANDO, FL 32830-8402 | DCL PORT FACILITIES CORPORATION;<br>(D-U-N-S®:14-592-2204)<br>210 CELEBRATION PL,<br>KISSIMMEE, FL 34747-4600 |
| WONDERLAND MUSIC COMPANY, INC.;<br>(D-U-N-S®:14-870-7821)<br>500 S BUENA VISTA ST, | WALT DISNEY IMAGINEERING RESEARCH &DEVELOPMENT, INC.;<br>(D-U-N-S®:19-369-7216) | WALT DISNEY RECORDS DIRECT;<br>(D-U-N-S®:19-727-6140)<br>AKA: DISNEY | BUENA VISTA TELEVISION<br>(D-U-N-S®:60-552-5856)<br>AKA: BUENA VISTA TELEVISION ADVERTISING |

| | | | |
|---|---|---|---|
| BURBANK, CA 91521-0001 | AKA: DISNEY<br>1401 FLOWER ST,<br>GLENDALE, CA 91201-2421 | 500 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 | SALES<br>500 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 |
| ENCINO MAN PRODUCTIONS, INC;<br>(D-U-N-S®:60-836-3198)<br>AKA: ARACHNIPHOBIA<br>500 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 | DISNEY WORLDWIDE SERVICES, INC.;<br>(D-U-N-S®:61-591-2292)<br>AKA: DISNEY<br>500 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 | KFSN TELEVISION, LLC<br>(D-U-N-S®:62-093-4138)<br>1777 G ST,<br>FRESNO, CA 93706-1616 | CARTOON PIZZA, INC.<br>(D-U-N-S®:62-775-2181)<br>1328 FORREST PARK DR,<br>NASHVILLE, TN 37205-4236 |
| EARTH STAR, INC.<br>(D-U-N-S®:78-764-9078)<br>3000 N CLYBOURN AVE,<br>BURBANK, CA 91505-1012 | MAGIQUE FILMS, INC.<br>(D-U-N-S®:80-719-2422)<br>6565 W SUNSET BLVD STE 400,<br>LOS ANGELES, CA 90028-7218 | DISNEY PUBLISHING WORLDWIDE;<br>(D-U-N-S®:80-865-7589)<br>44 S BROADWAY FL 16,<br>WHITE PLAINS, NY 10601-4411 | BUENA VISTA HOME ENTERTAINMENT, INC.;<br>(D-U-N-S®:82-560-2402)<br>500 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 |
| DISNEY CONSUMER PRODUCTS, INC.;<br>(D-U-N-S®:82-504-5271)<br>AKA: DISNEY<br>500 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 | | | |

## Subsidiaries Global

| | | | |
|---|---|---|---|
| Walt Disney Company (Canada) Ltd, The;<br>(D-U-N-S®:20-163-6099)<br>AKA: Buena Vista Television Distribution<br>CA | WALT DISNEY INTERNATIONAL LTD;<br>(D-U-N-S®:23-038-5908)<br>AKA: WALT DISNEY CO<br>3 Queen Caroline St,<br>Hammersmith,<br>LONDON, LONDON W6 9PE,<br>GB | WALT DYSNEY INTERNATIONAL FRANCE;<br>(D-U-N-S®:26-490-2763)<br>CHEZ ATEAC,<br>112 AVENUE KLEBER,<br>PARIS, PARIS 75116,<br>FR | The Walt Disney Company (Benelux) SA;<br>(D-U-N-S®:28-376-6509)<br>Avenue du Port 86C, Internal Postal Box B217,<br>Brussels, BRUSSELS-CAPITAL 1000,<br>BE |
| The Walt Disney Studios (Belgium) SPRL;<br>(D-U-N-S®:37-357-0704)<br>AKA: Buena Vista International<br>Avenue du Port 86C,<br>Brussels, BRUSSELS-CAPITAL 1000,<br>BE | Buena Vista International (Netherlands) B.V.;<br>(D-U-N-S®:41-611-7505)<br>Taurusavenue 9,<br>Hoofddorp, NOORD-HOLLAND 2132 LS,<br>NL | Buena Vista Home Entertainment (Benelux) B.V.;<br>(D-U-N-S®:41-669-9734)<br>AKA: Buena Vista Home Entertainment<br>Taurusavenue 9,<br>Hoofddorp, NOORD-HOLLAND 2132 LS,<br>NL | WALT DISNEY<br>(D-U-N-S®:42-219-4281)<br>Filtrowa 28,<br>Warszawa, 02-032,<br>PL |
| THE WALT DISNEY COMPANY IBERIA S.L.;<br>(D-U-N-S®:46-481-0162)<br>CALLE JOSE BARDASANO BAOS, 9 - PLANTA 11,<br>MADRID, MADRID 28016,<br>ES | The Walt Disney Company (Shanghai) Limited;<br>(D-U-N-S®:52-871-6579)<br>5/F, 6/F, Building 1, Qiye Tiandi, No.222, Hubin Road, Luwan Dis,<br>SHANGHAI, SHANGHAI 200021,<br>CN | THE WALT DISNEY COMPANY (SOUTHEAST ASIA) PTE. LIMITED;<br>(D-U-N-S®:65-361-7233)<br>4 Loyang Lane,<br>#01-01/02,<br>SINGAPORE, 508914,<br>SG | BUENA VISTA FILM COMPANY LTD.;<br>(D-U-N-S®:65-616-0173)<br>4F, 1, Hsiang Yang Rd.,,<br>Taipei City, Taipei 10046,<br>TW |
| THE WALT DISNEY CO., (TAIWAN) LTD.;<br>(D-U-N-S®:65-715-5586)<br>4F, 1, Hsiang Yang Rd.,,<br>Taipei City, Taipei 10046,<br>TW | Walt Disney Holdings (Hong Kong) Limited;<br>(D-U-N-S®:66-736-6645)<br>17-21/F Times Square Shell Twr,<br>1 Matheson St,<br>CAUSEWAY BAY, HONG KONG,<br>HK | Hong Kong Disneyland Management Limited;<br>(D-U-N-S®:66-736-6652)<br>AKA: Hong Kong Disneyland<br>HONG KONG DISNEYLAND RESORT,<br>PENNY'S BAY,<br>LANTAU ISLAND, OUTLYING ISLANDS,<br>HK | WALT DISNEY COMPANY(JAPAN) LTD., THE;<br>(D-U-N-S®:69-122-0578)<br>1-8-1, SHIMOMEGURO,<br>ARUKO TOWER 7F.10F.11F.13F.,<br>MEGURO-KU, 153-0064,<br>JP |
| The Walt Disney Company México, S.A. de C.V.; | WDC México, S.A. de C.V.<br>(D-U-N-S®:82-449-7606) | The Walt Disney Company (Venezuela) S.A; | THE WALT DISNEY COMPANY (ARGENTINA) S.A.; |

| | | | |
|---|---|---|---|
| (D-U-N-S®:81-272-6131)<br>Prolongación Paseo de la Reforma No. 600 Int. 341,<br>MEXICO CITY, 01210,<br>MX | AKA: DISNEY<br>Av. Prolongación Paseo de la Reforma No. 600,<br>MEXICO CITY, 01210,<br>MX | (D-U-N-S®:85-504-6996)<br>Edif. Torre Metalica, Piso 12,<br>Ave. San Ignacio de Loyola,<br>CARACAS,<br>VE | (D-U-N-S®:97-129-0879)<br>Doctor Antonio Malaver 550,<br>VICENTE LOPEZ, 1638,<br>AR |

## Affiliates Domestic

| | | | |
|---|---|---|---|
| ABC, INC.<br>(D-U-N-S®:00-787-5560)<br>AKA: ABC<br>77 W 66TH ST,<br>NEW YORK, NY 10023-6201 | BUENA VISTA NON-THEATRICAL, INC.;<br>(D-U-N-S®:01-293-3235)<br>350 S BUENA VISTA ST,<br>BURBANK, CA 91521-0004 | TIMES SQUARE STUDIOS LTD.<br>(D-U-N-S®:02-233-7898)<br>AKA: ABC TELEVISION NETWORK<br>1500 BROADWAY FL 2,<br>NEW YORK, NY 10036-4055 | WCO HOTELS INC<br>(D-U-N-S®:02-793-0460)<br>AKA: DISNEYLAND HOTEL<br>1150 W MAGIC WAY,<br>ANAHEIM, CA 92802-2247 |
| DISNEY INTERACTIVE STUDIOS, INC.;<br>(D-U-N-S®:05-802-5797)<br>500 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 | BUENA VISTA INTERNATIONAL, INC.;<br>(D-U-N-S®:08-651-9766)<br>500 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 | THE BABY EINSTEIN COMPANY LLC;<br>(D-U-N-S®:11-148-5814)<br>1201 GRAND CENTRAL AVE,<br>GLENDALE, CA 91201-2425 | JIMMY PICTURES INC.<br>(D-U-N-S®:11-040-9237)<br>161 6TH AVE FL 15,<br>NEW YORK, NY 10013-1205 |
| MUPPETS PRODUCTIONS, INC.<br>(D-U-N-S®:15-079-7921)<br>1201 GRAND CENTRAL AVE,<br>GLENDALE, CA 91201-2425 | PIXAR<br>(D-U-N-S®:15-151-6259)<br>AKA: PIXAR ANIMATION STUDIOS<br>1200 PARK AVE,<br>EMERYVILLE, CA 94608-3677 | ABC FAMILY WORLDWIDE, INC.;<br>(D-U-N-S®:17-666-5180)<br>AKA: ABC FAMILY<br>500 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 | MARVEL ENTERTAINMENT, LLC<br>(D-U-N-S®:18-582-5569)<br>135 W 50TH ST,<br>NEW YORK, NY 10020-1201 |
| BUENA VISTA INTERNATIONAL, INC.;<br>(D-U-N-S®:19-725-4287)<br>350 S BUENA VISTA ST,<br>BURBANK, CA 91521-0004 | ABC VIDEO PUBLISHING INC<br>(D-U-N-S®:78-896-2488)<br>3900 W ALAMEDA AVE,<br>BURBANK, CA 91505-4316 | VALLEYCREST PRODUCTIONS LTD.;<br>(D-U-N-S®:84-213-6769)<br>500 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 | DISNEY CRUISE VACATIONS, INC.;<br>(D-U-N-S®:88-473-1357)<br>AKA: MAGICAL CRUISE COMPANY<br>210 CELEBRATION PL STE 400,<br>KISSIMMEE, FL 34747-4600 |
| DISNEY REGIONAL ENTERTAINMENT, INC.;<br>(D-U-N-S®:96-564-5468)<br>AKA: DISNEY<br>500 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 | BUENA VISTA THEATRICAL GROUP LTD.;<br>(D-U-N-S®:80-547-9420)<br>500 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 | THE DISNEY CHILDREN'S CENTER INC;<br>(D-U-N-S®:83-544-5024)<br>500 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 | DISNEY SHOPPING, INC.<br>(D-U-N-S®:82-688-1661)<br>640 PAULA AVE,<br>GLENDALE, CA 91201-2329 |
| APICTURA, LLC<br>(D-U-N-S®:61-537-1320)<br>AKA: KERPOOF STUDIOS<br>1215 SPRUCE ST STE 301,<br>BOULDER, CO 80302-4839 | IF PRODUCTIONS, LLC<br>(D-U-N-S®:02-317-5146)<br>1375 N BUENA VISTA DR,<br>ORLANDO, FL 32830-8402 | DISNEY STORE USA, LLC<br>(D-U-N-S®:82-739-6404)<br>443 S RAYMOND AVE,<br>PASADENA, CA 91105-2630 | ADVENTURES BY DISNEY TRAVEL SERVICES, INC.;<br>(D-U-N-S®:96-533-0017)<br>500 S BUENA VISTA ST,<br>BURBANK, CA 91521-0001 |
| TAPULOUS, INC.<br>(D-U-N-S®:01-998-7188)<br>240 HAMILTON AVE,<br>PALO ALTO, CA 94301-2529 | | | |

## Affiliates Global

| | | | |
|---|---|---|---|
| Disney Online Studios Canada Inc;<br>(D-U-N-S®:24-248-4736)<br>AKA: Club Penguin<br>CA | The Walt Disney Company ApS;<br>(D-U-N-S®:30-549-4692)<br>AKA: ApS Mickey Mouse Corporation<br>Østergade 26A, floors 3,<br>COPENHAGEN,<br>COPENHAGEN 1100,<br>DK | THE WALT DISNEY COMPANY - PORTUGAL, LDA;<br>(D-U-N-S®:45-049-7300)<br>RUA DA FONTE DE CASPOLIMA, 6A-PISO 2-QUINTA DA FONTE,<br>PACO DE ARCOS, OEIRAS 2779-190,<br>PT | WALT DISNEY ATTRACTIONS JAPAN,LTD.;<br>(D-U-N-S®:69-297-1005)<br>1-1, MAIHAMA,<br>URAYASU, 279-0031,<br>JP |

| UTV SOFTWARE COMMUNICATION LIMITED; <br> (D-U-N-S®:91-844-5743) <br> AKA: UTV <br> 1181-1182, 8th FloorSolitaire Corporate Park, <br> Guru Hargovindji Marg,, <br> MUMBAI, 400093, <br> IN | THE WALT DISNEY COMPANY (INDIA) PRIVATE LIMITED; <br> (D-U-N-S®:91-913-8339) <br> 4th Floor, <br> Ganpatrao Kadam Marg, Lower Parel,, <br> MUMBAI, 400011, <br> IN | | |
|---|---|---|---|

This list is limited to the first 25 branches, subsidiaries, divisions and affiliates, both domestic and international. Please use the Global Family Linkage Link above to view the full listing.

## Financial Statements

### Banking

January 2011    Account(s) averages moderate 4 figures. Account open over 10 years.

### Key Business Ratios (Based on 54 establishments)

D&B has been unable to obtain sufficient financial information from this company to calculate business ratios. Our check of additional outside sources also found no information available on its financial performance.To help you in this instance, ratios for other firms in the same industry are provided below to support your analysis of this business.

|  | This Business | Industry Median | Industry Quartile |
|---|---|---|---|
| Profitability | | | |
| Return on Sales | UN | 0.7 | UN |
| Return on Net Worth | UN | 4.7 | UN |
| Short Term Solvency | | | |
| Current Ratio | UN | 2.1 | UN |
| Quick Ratio | UN | 1.5 | UN |
| Efficiency | | | |
| Assets Sales | UN | 54.7 | UN |
| Sales / Net Working Capital | UN | 3.9 | UN |
| Utilization | | | |
| Total Liabs / Net Worth | UN | 39.7 | UN |

### Most Recent Financial Statement

As of 10/30/2010

On February 6, 2009, attempts to contact the management of this business have been unsuccessful. Outside sources confirmed operation and location.

## Indicators

### Public Filings Summary

The following data includes both open and closed filings found in D&B's database on this company

**D&B** Decide with Confidence

| Record Type | No. of Records | Most Recent Filing Date |
|---|---|---|
| Judgment | 0 | |
| Lien | 2 | 01/07/2008 |
| Suit | 1 | 04/03/2007 |
| UCC | 12 | 11/11/2008 |

The following Public Filing data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

## Full Filings

### Suits

| | | | |
|---|---|---|---|
| Amount | $2,500 | CASE NO. | 820888 |
| Status | Pending | Status Attained | 04/03/2007 |
| Latest Info Received | 04/20/2007 | Date Filed | 04/03/2007 |
| Where Filed | SAN FANCISCO COUNTY SMALL CLAIMS COURT, SAN FRANCISCO, CA | | |
| Plaintiff | DANIEL L. BALSAM | | |
| Defendant | DISNEY ENTERPRISES INC. AND OTHERS | | |
| Cause | UNFAIR BUSINESS PRACTICE | | |

If it is indicated that there are defendants other than the report subject, the lawsuit may be an action to clear title to property and does not necessarily imply a claim for money against the subject.

### Liens

| | | | |
|---|---|---|---|
| Amount | $1,136 | Type | State Tax |
| Status | Open | Status Attained | 01/07/2008 |
| Latest Info Received | 01/29/2008 | Date Filed | 01/07/2008 |
| Where Filed | JOHNSON COUNTY REGISTER OF DEEDS, OLATHE, KS | FILING NO. | 200801001428 |
| Filed By | STATE OF KS | | |
| Against | DISNEY DIRECT MARKETING, SHAWNEE MISSION, KS AND OTHERS | | |

| | | | |
|---|---|---|---|
| Amount | $163 | Type | State Tax |
| Status | Open | Status Attained | 07/17/2007 |
| Latest Info Received | 01/10/2008 | Date Filed | 07/17/2007 |
| Where Filed | ALBANY COUNTY SUPREME COURT, ALBANY, NY | DOCKET NO. | 2007019947 |
| Filed By | STATE OF NEW YORK | | |
| Against | DISNEY ENTERPRISES INC | | |

A lienholder can file the same lien in more than one filing location. The appearance of multiple liens filed by the same lienholder against a debtor may be indicative of such an occurrence.

### UCC Filings

| | | | |
|---|---|---|---|
| Collateral | Leased Assets - Leased Business machinery/equipment | Type | Original |
| Filing No. | 0321060296 | Date Filed | 07/24/2003 |
| Latest Info Received | 08/12/2003 | | |
| Where Filed | SECRETARY OF STATE/UCC DIVISION, SACRAMENTO, CA | | |
| Secured Party | CANON FINANCIAL SERVICES, INC., MT. LAUREL, NJ | | |

| | | | |
|---|---|---|---|
| Debtor | WALT DISNEY WORLD CO, LAKE BUENA VISTA, FL and OTHERS | | |
| Collateral | Communications equipment - Leased Business machinery/equipment | Type | Original |
| Filing No. | 2007 4235650 | Date Filed | 11/02/2007 |
| Latest Info Received | 12/06/2007 | | |
| Where Filed | SECRETARY OF STATE/UCC DIVISION, DOVER, DE | | |
| Secured Party | WELLS FARGO FINANCIAL LEASING, ROCHELLE PARK, NJ | | |
| Debtor | DISNEY ENTERPRISES, INC., NORTHAMPTON, MA | | |
| Collateral | Leased Business machinery/equipment and proceeds | Type | Original |
| Filing No. | 6146242 3 | Date Filed | 05/01/2006 |
| Latest Info Received | 05/14/2010 | | |
| Where Filed | SECRETARY OF STATE/UCC DIVISION, DOVER, DE | | |
| Secured Party | IOS CAPITAL, MACON, GA | | |
| Debtor | DISNEY MAGAZINE PUBLISHING, NEW YORK, NY | | |
| Collateral | Leased Business machinery/equipment and proceeds | Type | Original |
| Filing No. | 3175486 3 | Date Filed | 07/11/2003 |
| Latest Info Received | 07/31/2003 | | |
| Where Filed | SECRETARY OF STATE/UCC DIVISION, DOVER, DE | | |
| Secured Party | IOS CAPITAL, LLC, MACON, GA | | |
| Debtor | DISNEY ENTERPRISES INC, NORTHAMPTON, MA | | |
| Collateral | Leased Equipment and proceeds | Type | Original |
| Filing No. | 200303954211 | Date Filed | 05/12/2003 |
| Latest Info Received | 06/02/2003 | | |
| Where Filed | SECRETARY OF STATE/UCC DIVISION, TALLAHASSEE, FL | | |
| Secured Party | GENERAL ELECTRIC CAPITAL CORPORATION, DANBURY, CT | | |
| Debtor | WALT DISNEY WORLD CO., LAKE BUENA VISTA, FL | | |
| Collateral | Leased Equipment | Type | Original |
| Filing No. | 200303953401 | Date Filed | 05/12/2003 |
| Latest Info Received | 06/02/2003 | | |
| Where Filed | SECRETARY OF STATE/UCC DIVISION, TALLAHASSEE, FL | | |
| Secured Party | GENERAL ELECTRIC CAPITAL CORPORATION, DANBURY, CT | | |
| Debtor | WALT DISNEY CO., LAKE BUENA VISTA, FL | | |
| Collateral | Leased Business machinery/equipment | Type | Original |
| Filing No. | 2180953 6 | Date Filed | 06/25/2002 |
| Latest Info Received | 08/22/2002 | | |
| Where Filed | SECRETARY OF STATE/UCC DIVISION, DOVER, DE | | |
| Secured Party | U.S. BANCORP, MARSHALL, MN | | |
| Debtor | DISNEY ENTERPRISES, INC., CORAL GABLES, FL | | |
| Collateral | Unspecified and proceeds | Type | Original |
| Filing No. | 2060276 7 | Date Filed | 03/08/2002 |
| Latest Info Received | 04/15/2002 | | |
| Where Filed | SECRETARY OF STATE/UCC DIVISION, DOVER, DE | | |
| Secured Party | THE HONGKONG AND SHANGHAI BANKING CORPORATION | | |

| | | | |
|---|---|---|---|
| | LIMITED, TOKYO BRANCH, AS COLLATERAL AGENT | | |
| Debtor | DISNEY ENTERPRISES, INC. | | |
| Collateral | AGREEMENT and proceeds | Type | Original |
| Filing No. | 20089650 | Date Filed | 12/05/2001 |
| Latest Info Received | 02/01/2002 | | |
| Where Filed | SECRETARY OF STATE/UCC DIVISION, DOVER, DE | | |
| Secured Party | HSBC BANK USA, BUFFALO, NY | | |
| Debtor | DISNEY ENTERPRISES, INC. | | |

| | | | |
|---|---|---|---|
| Filing No. | 2008 3775150 | Type | Original |
| Latest Info Received | 12/10/2008 | Date Filed | 11/11/2008 |
| Where Filed | SECRETARY OF STATE/UCC DIVISION, DOVER, DE | | |
| Secured Party | CANON FINANCIAL SERVICES, MT LAUREL, NJ | | |
| Debtor | DISNEY TV ANIMATION | | |

The public record items contained in this report may have been paid, terminated, vacated or released prior to the date this report was printed.

Additional UCC and SLJ filings for this company can be found by conducting a more detailed search in our Public Records Database.

# Indicators

## Public Filings Summary

The following data includes both open and closed filings found in D&B's database on this company

| Record Type | No. of Records |
|---|---:|
| Judgment | 0 |
| Lien | 2 |
| Suit | 1 |
| UCC | 12 |

# Paydex

## D&B PAYDEX®



Shows the D&B PAYDEX scores as calculated up to 3 months and up to 24 months of payment experiences.

Up to 3 month D&B PAYDEX



When weighted by dollar amount, payments to suppliers average 15 Days Beyond Terms. Based on payments collected over last 3 months.

Up to 24 month D&B PAYDEX



When weighted by dollar amount, payments to suppliers average 17 days beyond terms. Based on payments collected up to 24 months.

When weighted by dollar amount, the industry average is 11 DAYS BEYOND terms.



High risk of late payment (average 30 to 120 days beyond terms)

Medium risk of late payment (average 30 days or less beyond terms)



Low risk of late payment (average prompt to 30+ days sooner)

| | | | |
|---|---|---|---|
| **Payment Trend** | unchanged * | **Total Payment Experiences for the HQ** | 355 |
| **Payments Within Terms** | 63% | **Total Placed for Collection** | 0 |
| **Average High Credit** | $65,507 | **Largest High Credit** | $3,000,000 |
| **Highest Now Owing** | $1,000,000 | **Highest Past Due** | $1,000,000 |

* compared to payments three months ago

## Payment Summary

The Payment Summary section reflects payment information in D&B's file as of the date of this report.

There are 355 payment experiences in D&B's file, with 234 experiences reported during the last three month period.
The highest Now Owes on file is $1,000,000. The highest Past Due on file is $1,000,000.

Top 10 Industries

| Industries | Total Received | Total Amounts | Largest High Credit | Within Terms (%) | Days Slow (%) | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 0-30 | 31-60 | 61-90 | 90+ |
| **Short-trm busn credit** | 13 | $1,277,000 | $1,000,000 | 52 | 6 | 39 | 0 | 3 |
| **Whol industrial suppl** | 10 | 693,850 | 400,000 | 95 | 2 | 3 | 0 | 0 |
| **Whol electrical equip** | 5 | 2,040,050 | 2,000,000 | 99 | 1 | 0 | 0 | 0 |
| **Whol computers/softwr** | 5 | 1,012,650 | 1,000,000 | 50 | 49 | 0 | 1 | 0 |
| **Management services** | 4 | 517,550 | 500,000 | 49 | 0 | 2 | 0 | 49 |
| **Gravure printing** | 3 | 500,500 | 300,000 | 50 | 50 | 0 | 0 | 0 |
| **Mfg computers** | 2 | 3,400,000 | 3,000,000 | 56 | 44 | 0 | 0 | 0 |
| **Pulp mill** | 2 | 3,000,250 | 3,000,000 | 50 | 50 | 0 | 0 | 0 |
| **Paper mill** | 2 | 550,000 | 300,000 | 73 | 27 | 0 | 0 | 0 |

D&B
Decide with Confidence

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Lithographic printing | 1 | 750,000 | 750,000 | 50 | 50 | 0 | 0 | 0 |
| | OTHER INDUSTRIES | 238 | 4,731,150 | 400,000 | 57 | 15 | 13 | 5 | 10 |

| Other Payment Categories | | | |
|---|---|---|---|
| Category | Total Received | Total Dollar Amounts | Largest High Credit |
| **Cash Experiences** | 56 | $24,050 | $5,000 |
| **Payment record unknown** | 14 | 45,050 | 20,000 |
| **Unfavorable comments** | 0 | 0 | 0 |
| **Placed for Collection** | 0 | 0 | 0 |

## Detailed Payment History

| Date Reported | Paying Record | High Credit | Now Owes | Past Due | Selling Terms | Last Sale within(months) |
|---|---|---|---|---|---|---|
| February 2011 | Ppt | $400,000 | $300,000 | $0 | N/A | 1 |
| | Ppt | 300,000 | 80,000 | 7,500 | N30 | 1 |
| | Ppt | 25,000 | 250 | 0 | N30 | 1 |
| | Ppt | 15,000 | 10,000 | 0 | N30 | 1 |
| | Ppt | 1,000 | 1,000 | 0 | N/A | 4-5 |
| | Ppt | 100 | 50 | 0 | N/A | 1 |
| | Ppt-Slow 30 | 250,000 | 0 | 0 | N/A | 2-3 |
| | Ppt-Slow 30 | 25,000 | 2,500 | 0 | N/A | 2-3 |
| | Ppt-Slow 60 | 200,000 | 0 | 0 | N/A | 2-3 |
| | Slow 90 | 100 | 0 | 0 | N/A | 6-12 |
| January 2011 | Disc | 500 | 0 | 0 | N/A | 6-12 |
| | Ppt | 75,000 | 10,000 | 2,500 | N30 | 1 |
| | Ppt | 55,000 | 0 | 0 | N30 | 4-5 |
| | Ppt | 40,000 | 35,000 | 0 | N/A | 1 |
| | Ppt | 25,000 | 25,000 | 0 | N/A | 1 |
| | Ppt | 15,000 | 15,000 | 0 | N/A | 1 |
| | Ppt | 10,000 | 750 | 0 | N/A | 1 |
| | Ppt | 7,500 | 0 | 0 | N/A | 2-3 |
| | Ppt | 5,000 | 5,000 | 0 | N/A | 1 |
| | Ppt | 5,000 | 5,000 | 0 | N/A | 1 |
| | Ppt | 2,500 | 2,500 | 0 | N/A | 1 |
| | Ppt | 2,500 | 2,500 | 0 | N30 | 1 |
| | Ppt | 2,500 | 1,000 | 0 | Lease Agreemnt | 1 |
| | Ppt | 2,500 | 750 | 0 | 1/2 10 N30 | 1 |
| | Ppt | 2,500 | 2,500 | 0 | N/A | 1 |
| | Ppt | 2,500 | 2,500 | 0 | N30 | 1 |
| | Ppt | 2,500 | 50 | 0 | N/A | 2-3 |
| | Ppt | 1,000 | 1,000 | 0 | Lease Agreemnt | |
| | Ppt | 1,000 | 1,000 | 0 | N/A | 1 |
| | Ppt | 1,000 | 0 | 0 | N/A | 1 |
| | Ppt | 1,000 | 1,000 | 100 | N/A | 1 |
| | Ppt | 1,000 | 1,000 | 0 | N/A | 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Ppt | 1,000 | 0 | 0 | N/A | 2-3 |
| | Ppt | 1,000 | 250 | 0 | N/A | 1 |
| | Ppt | 500 | 0 | 0 | N/A | 2-3 |
| | Ppt | 500 | 0 | 0 | N30 | 6-12 |
| | Ppt | 250 | 0 | 0 | N/A | 2-3 |
| | Ppt | 250 | 0 | 0 | N30 | 1 |
| | Ppt | 250 | 0 | 0 | N/A | 4-5 |
| | Ppt | 250 | 0 | 0 | N/A | 4-5 |
| | Ppt | 250 | 250 | 0 | N/A | 1 |
| | Ppt | 250 | 250 | 0 | N/A | 1 |
| | Ppt | 250 | 0 | 0 | N30 | 6-12 |
| | Ppt | 100 | 100 | 100 | N/A | 1 |
| | Ppt | 100 | 0 | 0 | N30 | 6-12 |
| | Ppt | 50 | 0 | 0 | N30 | 1 |
| | Ppt | 50 | 0 | 0 | N/A | 6-12 |
| | Ppt-Slow 30 | 3,000,000 | 1,000,000 | 1,000,000 | N/A | 1 |
| | Ppt-Slow 30 | 20,000 | 0 | 0 | N/A | 2-3 |
| | Ppt-Slow 30 | 10,000 | 2,500 | 2,500 | N/A | 2-3 |
| | Ppt-Slow 30 | 7,500 | 5,000 | 0 | N/A | 1 |
| | Ppt-Slow 30 | 5,000 | 5,000 | 500 | N/A | 1 |
| | Ppt-Slow 30 | 2,500 | 1,000 | 100 | N30 | 1 |
| | Ppt-Slow 30 | 2,500 | 1,000 | 500 | N/A | 1 |
| | Ppt-Slow 30 | 1,000 | 100 | 50 | N/A | 1 |
| | Ppt-Slow 30 | 750 | 0 | 0 | N30 | 6-12 |
| | Ppt-Slow 60 | 15,000 | 15,000 | 15,000 | N/A | 2-3 |
| | Ppt-Slow 60 | 500 | 100 | 50 | N/A | 1 |
| | Ppt-Slow 90 | 0 | 5,000 | 2,500 | N/A | 1 |
| | Ppt-Slow 90 | 60,000 | 60,000 | 50,000 | N30 | 1 |
| | Ppt-Slow 120 | 10,000 | 750 | 750 | N/A | 1 |
| | Ppt-Slow 120 | 1,000 | 100 | 100 | N/A | 1 |
| | Ppt-Slow 180+ | 1,000 | 250 | 250 | N/A | 4-5 |
| | Slow 5 | 100 | 0 | 0 | N/A | 2-3 |
| | Slow 10 | 200,000 | 75,000 | 50,000 | N30 | 1 |
| | Slow 30 | 10,000 | 0 | 0 | N/A | 6-12 |
| | Slow 30 | 1,000 | 0 | 0 | N/A | 6-12 |
| | Slow 30 | 1,000 | 0 | 0 | N30 | 6-12 |
| | Slow 30 | 1,000 | 0 | 0 | N30 | 2-3 |
| | Slow 30 | 1,000 | 250 | 0 | N/A | 1 |
| | Slow 60 | 10,000 | 0 | 0 | N/A | 6-12 |
| | Slow 30-60 | 7,500 | 7,500 | 0 | N/A | 1 |
| | Slow 90 | 1,000 | 500 | 500 | N/A | 1 |
| | Slow 90+ | 500 | 100 | 100 | N/A | |
| | Slow 30-120 | 7,500 | 0 | 0 | N/A | 6-12 |
| | Slow 60-120 | 1,000 | 50 | 50 | N30 | 4-5 |
| | Slow 30-120 | 1,000 | 0 | 0 | N/A | 6-12 |
| | (078) | 0 | 0 | 0 | Sales COD | 1 |
| | (079) | 0 | 0 | 0 | Sales COD | 1 |
| | (080) | 0 | 0 | 0 | Sales COD | 1 |

Lines shown in red are 30 or more days beyond terms

Payment experiences reflect how bills are met in relation to the terms granted. In some instances payment beyond terms can be the result of disputes over merchandise, skipped invoices etc.

Each experience shown is from a separate supplier. Updated trade experiences replace those previously reported.