UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.

_____/

**REQUEST OF DEFENDANTS HOTFILE CORP. AND ANTON TITOV FOR ORAL ARGUMENT ON PLAINTIFFS' "EMERGENCY" MOTION FOR ORDER PROHIBITING SPOLIATION AND TO PRESERVE EVIDENCE**

Pursuant to Local Rule 7.1(b), Defendants, Hotfile Corp. and Anton Titov (collectively "Defendants"), hereby respectfully request that the Court conduct oral argument or hearing on Plaintiffs' "Emergency" Motion for Order Prohibiting Spoliation and to Preserve Evidence ("Motion").  Plaintiffs' Motion and Defendants' Memorandum in Opposition to the Motion raise and discuss a number of technical issues pertaining to the operation of the Hotfile.com site.  Defendants would like the opportunity to explain these issues to the Court.  Defendants also believe that the Court also would be benefitted by having an opportunity to ask questions of the parties regarding the various technical issues that are involved.  Finally, Defendants

believe that it is important for the Court to be fully informed as to the extent that evidence is being preserved. Defendants believe that one hour should be sufficient for the hearing or oral argument, if that is convenient to the Court's schedule.

Dated: February 28, 2011

Respectfully submitted,

s/ J. T. Munn
Janet T. Munn, Fla. Bar No. 501281
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102
Email: jmunn@rascoklock.com

And

s/ Roderick M. Thompson
Roderick M. Thompson (*pro hac vice* pending)
rthompson@fbm.com
Andrew Leibnitz (*pro hac vice* pending)
aleibnitz@fbm.com
Deepak Gupta (*pro hac vice* pending)
dgupta@fbm.com
Janel Thamkul (*pro hac vice* pending)
jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.4480

*Counsel for Defendants*

CASE NO. 11-20427-JORDAN

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2011, the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Janet T. Munn
Janet T. Munn

## SERVICE LIST: CASE NO. 11-CIV-20427-JORDAN

**GRAY-ROBINSON, P.A.**
Karen L. Stetson, Fla. Bar No.: 742937
Email: Karen.Stetson@gray-robinson.com
1211 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305.416.6880
Fax:    305.416.6887

**JENNER AND BLOCK, LLP**
Steven B. Fabrizio (*Pro Hac Vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza (*Pro Hac Vice*)
Email: dpozza@jenner.com
Luke C. Platzer (*Pro Hac Vice*)
Email: lplatzer@jenner.com
1099 New York Ave, N.W.
Suite 900
Washington, DC 20001
Phone:202.639.6000
Fax:    202.639.6066