UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 11-20427-CIV-JORDAN

DISNEY ENTERPRISES, INC. et al.,

    Plaintiffs
v.

HOTFILE CORP. et al.,

    Defendants
_____/

**ORDER ON MOTION FOR ADMISSION PRO HAC VICE**

    Ms. Thorland's motion for admission pro hac vice [D.E. 23], Mr. Mandil's motion for admission pro hac vice [D.E. 24], Mr. Gupta's motion for admission pro hac vice [D.E. 26], Mr. Thompson's motion for admission pro hac vice [D.E. 27], Ms. Thamkul's motion for admission pro hac vice [D.E. 28], and Mr. Leibnitz's motion for admission pro hac vice [D.E. 29] are GRANTED.

    DONE and ORDERED in chambers in Miami, Florida, this 28th day of February, 2011.

                                        _____
                                        Adalberto Jordan
                                        United States District Judge

Copy to:    All counsel of record