UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 11-20427-CIV-JORDAN

| | |
|---|---|
| DISNEY ENTERPRISES, INC. et al., | ) |
| Plaintiffs | ) ) ) |
| vs. | ) |
| HOTFILE CORP. et al., | ) ) ) |
| Defendants | ) |
| _____ | ) |

**ORDER REFERRING MATTER TO JUDGE MCALILEY**

The plaintiffs have filed an emergency motion for an order prohibiting spoliation and preserving evidence [D.E. 14].

This motion is referred to Judge McAliley for appropriate disposition.

DONE and ORDERED in chambers in Miami, Florida, this 1st day of March, 2011.

*(signature)*
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record
           Magistrate Judge McAliley