UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, COLUMBIA PICTURES INDUSTRIES, INC., and WARNER BROS. ENTERTAINMENT INC., <br><br> *Plaintiffs*, <br><br> vs. <br><br> HOTFILE CORPORATION, ANTON TITOV, and DOES 1-10. <br><br> *Defendants*. | Case No. 11-cv-20427-AJ <br><br> **PLAINTIFFS NOTICE OF STRIKING DOCKET ENTRY 36** |

Plaintiffs hereby give notice of striking Docket Entry 36.

Respectfully submitted,

Dated:  March 1, 2011                    By:  s/ Karen L. Stetson
                                              Karen L. Stetson

                                              GRAY-ROBINSON, P.A.
                                              Karen L. Stetson (FL Bar No. 742937)
                                              1221 Brickell Avenue
                                              Suite 1600
                                              Miami, FL 33131
                                              Phone: 305-416-6880
                                              Fax: 305-416-6887

MOTION PICTURE ASSOCIATION            JENNER & BLOCK LLP
OF AMERICA, INC.                      Steven B. Fabrizio (*Pro Hac Vice Pending*)
Daniel M. Mandil (*Pro Hac Vice*)     Duane C. Pozza (*Pro Hac Vice Pending*)
Karen R. Thorland (*Pro Hac Vice*)    Luke C. Platzer (*Pro Hac Vice Pending*)
15301 Ventura Blvd.                   1099 New York Ave., N.W.
Building E                            Suite 900

# 432264 v1

Sherman Oaks, CA  91403

Washington, DC 20001
Phone: 202-639-6000
Fax: 202-639-6066

*Attorneys for Plaintiffs*

# 432264  v1 2