UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 11-20427-CIV-JORDAN

DISNEY ENTERPRISES, INC. et al.,

      Plaintiffs

v.

HOTFILE CORP. et al.,

      Defendants

_____/

### ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Mr. Pozza's motion for admission pro hac vice [D.E. 8], Mr. Platzer's motion for admission pro hac vice [D.E. 9], and Mr. Fabrizio's motion for admission pro hac vice [D.E. 10] are GRANTED.

DONE and ORDERED in chambers in Miami, Florida, this 2nd day of March, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:      All counsel of record