UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.11-20427-CIV-JORDAN/MCALILEY

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

    Defendants.

_____/

## ORDER SETTING STATUS CONFERENCE

Pending before the Court is Plaintiffs' Emergency Motion for an Order Prohibiting Spoliation and to Preserve Evidence [DE 14], referred to me by the Honorable Adalberto Jordan [DE 34]. Having reviewed the motion, Defendants' response, and Plaintiffs' reply, it is ORDERED that

A telephonic status conference will be held on **Monday, March 7, 2011 at 11:00 a.m.** The parties are to contact chambers in advance of the hearing to establish call in procedures.

DONE AND ORDERED in chambers at Miami, Florida, this 3rd day of March, 2011.

                                              CHRIS MCALILEY
                                              UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable Adalberto Jordan
Counsel of Record