UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

**ORDER GRANTING AGREED MOTION OF DEFENDANTS
HOTFILE CORP. AND ANTON TITOV FOR ENLARGEMENT
OF TIME TO SERVE A RESPONSE TO PLAINTIFFS' COMPLAINT
AND FOR DATE BY WHICH THE PARTIES TO CONDUCT FEDERAL
RULE OF CIVIL PROCEDURE 26(f) AND LOCAL RULE 16.1 CONFERENCE**

**THIS CAUSE** came before the Court on the Agreed Motion of Defendants, Hotfile Corp. ("Hotfile") and Anton Titov ("Mr. Titov") (collectively Hotfile and Mr. Titov are "Defendants"), for enlargement of time to and including March 31, 2011, to serve pleadings, motions or other papers in response to Plaintiffs' Complaint ("Responses") and for setting April 1, 2011 as the date for the parties to conduct the Federal Rule of Civil Procedure 26(f) and Local Rule 16.1 Conference (collectively "Agreed Motion"). The Court has considered the Agreed Motion and being otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Agreed Motion for Enlargement of Time is hereby Granted.

1. Defendants shall have to and including March 31, 2011, to serve their Responses to Plaintiffs' Complaint; and

2. The Parties shall conduct their Rule 26(f) and Local Rule 16.1 Conference on or before April 1, 2011, after which, barring issuance of a further Order of this Court, pursuant to Rule 26(d), the Parties may commence discovery. This Order shall not prejudice either Party's right to make further motions, as appropriate, to limit or stay discovery, or to object to the form or scope of discovery as permitted under the Federal or Local Rules. This Order is further without prejudice to Plaintiffs' pending Memorandum Of Law In Support Of Plaintiffs' Emergency Motion For An Order Prohibiting Spoliation And To Preserve Evidence, filed February 22, 2011.

**DONE AND ORDERED** in chambers at Miami, Florida this 3rd day of March 2011.

_____
ADALBERTO JORDAN
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record