## MINUTES/CALENDAR
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### *UNITED STATES MAGISTRATE JUDGE CHRIS M. MCALILEY*

6 th FLOOR                3/7/11
                          TIME: 11:00 AM
                          END: 11:45 AM
Clerk: Nancy Jean Flood   DAR: 11:03:25


**11-20427-CIV-JORDAN/MCALILEY**
*DISNEY ENTERPRISES, INC., ET.., AL., VS., HOTFILE CORP., ET., AL.*
*STEVEN B. FABRIZIO ESQ.          RODERICK M. THOMPSON ESQ.*
*DEEPAK GUPTA ESQ.     JANET MUNN ESQ.*
REASON FOR HEARING: ***TELEPHONIC STATUS CONF.***

*RESULT OF HEARING: TELEPHONIC STATUS CONF. , HELD ON #14 PLTF'S.,*

*M/ORDER PROHIBITING SPOLIATION AND TO PRESERVE EVIDENCE. COURT*

*ORDERS THAT PTYS., W/IN 2 WEEKS MEET AND CONFER REACH AGREEMENT*

*WHICH WILL RESOLVE MOTION -3/18/11 A JOINT REPORT TO BE FILED WITH*

*THE COURT. ORDER TO FOLLOW.*