UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.11-20427-CIV-JORDAN/MCALILEY

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

    Defendants.
_____/

## ORDER FOLLOWING STATUS CONFERENCE

On March 7, 2011, this Court held a status conference on Plaintiffs' Emergency Motion for an Order Prohibiting Spoliation and to Preserve Evidence [DE 14], referred to me by the Honorable Adalberto Jordan [DE 34]. For the reasons stated in open court, it is ORDERED as follows:

1. The parties shall have two weeks to attempt to resolve the issues raised in the motion.

2. Defendants shall provide to Plaintiffs, at minimum, samples of server log data to demonstrate that they are preserving relevant evidence.

3. As agreed by the parties, any documents provided shall be attorneys' eyes only until the parties have in place an agreed confidentiality order.

4. No later than March 18, 2011, the parties shall submit a joint report to the Court. The report shall inform the Court as to whether the disputed issues

have been resolved, and if not, the parties shall advise the Court how they propose to move forward on the issue of preservation of evidence.

DONE AND ORDERED in chambers at Miami, Florida, this 7th day of March, 2011.

*Chris McAliley*
CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable Adalberto Jordan
Counsel of Record