

| | | |
|---|---|---|
| **"Jerald M. Meyers"** <crjm@aol.com> 03/13/2011 08:57 AM | To | appealstranscripts@flsd.uscourts.gov, Joseph_Millikan@flsd.uscourts.gov |
| | cc | |
| | bcc | |
| | Subject | Simultaneous Transcript Access Designation Form |

```
From: Jerald M. Meyers <crjm@aol.com>


New Simultaneous Transcript Access Designation Form

Submitters Name:  Jerald M. Meyers

Submitters Email:  crjm@aol.com
Case Number:   11-Civ-20427-JORDAN
Case Style:   Disney Enterprises, Inc. vs. Hotfile Corp., et al

Access rights are granted to the following attorney(s) of record: JANET T.
MUNN, ESQ.

Signature of court reporter:  S/Jerald M. Meyers
Date: March 13, 2011
Uploaded Transcript:  hotfile.pdf
[attachment "hotfile.pdf" deleted by Hope Hill/FLSD/11/USCOURTS]
```