UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-cv-20427-JORDAN/McALILEY

DISNEY ENTERPRISES, INC.,                          )
TWENTIETH CENTURY FOX FILM CORPORATION,            )
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,           )
COLUMBIA PICTURES INDUSTRIES, INC., and            )
WARNER BROS. ENTERTAINMENT INC.,                   )
                                                   )
                    *Plaintiffs*,                  )
                                                   )
            vs.                                    )
                                                   )
HOTFILE CORP., ANTON TITOV, and                    )
DOES 1-10.                                         )
                                                   )
                    *Defendants*.                  )
_____  )

**UNOPPOSED MOTION FOR WITHDRAWAL OF
DANIEL M. MANDIL AS COUNSEL FOR PLAINTIFFS**

Plaintiffs and Daniel M. Mandil, Esq., pursuant to Local Rule 11.1(d)(3), hereby

move the court to enter an order permitting the withdrawal of Daniel M. Mandil, Esq. as

one of the counsel of record for Plaintiffs in this matter and directing the Clerk to remove

him from the CM/ECF notification list herein, and in support thereof state:

1.      Daniel M. Mandil, Esq., General Counsel of the Motion Picture

Association of America, Inc. ("MPAA"), has appeared herein, *pro hac vice*, as one of the

counsel of record for Plaintiffs.

2.      This Motion to Withdraw as Counsel is being filed because Mr. Mandil

has left his position with the MPAA to take a position with another entertainment content

company.

60114.1

CASE NO. 11-cv-20427-AJ

3.      Accordingly it is requested that the Court enter an order permitting Mr. Mandil's withdrawal as counsel and directing the Clerk to remove him from the CM/ECF notification list herein.

4.      Pursuant to Local Rule 7.1, undersigned counsel has conferred with counsel for Defendants, who have advised they have no objection to the relief sought herein.

Respectfully submitted,

GrayRobinson, P.A.
*Attorneys for Plaintiffs*
1221 Brickell Avenue
16th Floor
Miami, Fl 33131
Telephone: (305) 461-6880
Facsimile:  (305) 461-6887
Email: kstetson@gray-robinson.com


By: /s/ Karen L. Stetson
        Karen L. Stetson

MOTION PICTURE ASSOCIATION        JENNER & BLOCK LLP
 OF AMERICA, INC.                 Steven B. Fabrizio (*Pro Hac Vice*)
Daniel M. Mandil (*Pro Hac Vice*) Duane C. Pozza (*Pro Hac Vice*)
Karen R. Thorland (*Pro Hac Vice*) Luke C. Platzer (*Pro Hac Vice*)
15301 Ventura Blvd.               1099 New York Ave., N.W.
Building E                        Suite 900
Sherman Oaks, CA 91403            Washington, DC 20001
                                  Telephone: (202) 639-6000
                                  Facsimile:  (202) 639-6066

                                  *Attorneys for Plaintiffs*

CASE NO. 11-cv-20427-AJ

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via U.S. District Court Electronic Filing System to: **JANET MUNN, ESQ.,** Rasco Klock, 283 Catalonia Avenue, 2nd Floor, Coral Gables, Fl 33134; **RODERICK M. THOMPSON, ESQ., ANDREW LEIBNITZ, ESQ., DEEPAK GUPTA, ESQ., and JANEL THAMKUL, ESQ.,** Farella Braun & Martel LLP, 235 Montgomery Street, San Francisco, CA  94104 on this 23rd day of March, 2001.

By:___/s/ Karen L. Stetson
Karen L. Stetson

3