UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

    *Defendants*.                                                    /

# REQUEST OF DEFENDANTS HOTFILE CORP. AND ANTON TITOV FOR HEARING OR ORAL ARGUMENT ON THEIR MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to Local Rule 7.1(b), Defendants, Hotfile Corp. and Anton Titov (collectively "Defendants"), hereby respectfully request that the Court conduct oral argument or a hearing on Defendants' Motion to Dismiss Plaintiffs' Complaint ("Motion"). Defendants' Motion explains why each theory of copyright infringement alleged by Plaintiffs fails to state a claim as a matter of law. Defendants believe that given the technology issues involved in this case that the Court would be benefitted by having oral argument on Defendant's motion to dismiss and Defendants

would like the opportunity to further explain these issues and answer any questions the Court may have.  Defendants believe that one hour should be sufficient for the hearing or oral argument.

Dated:  March 31, 2011				Respectfully submitted,

s/ J. T. Munn
Janet T. Munn, Fla. Bar No. 501281
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone:  305.476.7101
Telecopy: 305.476.7102
Email: jmunn@rascoklock.com


And

s/ Anthony P. Schoenberg
Roderick M. Thompson (*Admitted pro hac vice*)
rthompson@fbm.com
N. Andrew Leibnitz (*Admitted pro hac vice*)
aleibnitz@fbm.com
Anthony P. Schoenberg (*Admitted pro hac vice*)
tschoenberg@fbm.com
Deepak Gupta (*Admitted pro hac vice*)
dgupta@fbm.com
Janel Thamkul (*Admitted pro hac vice*)
jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA  94104
Telephone:  415.954.4400
Telecopy: 415.954.4480

*Counsel for Defendants*

CASE NO. 11-20427-JORDAN

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2011, the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Janet T. Munn
Janet T. Munn

**SERVICE LIST: CASE NO. 11-CIV-20427-JORDAN**

Karen L. Stetson, Fla. Bar No.: 742937
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1211 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone:  305.416.6880
Fax:     305.416.6887

Steven B. Fabrizio (*Pro Hac Vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza (*Pro Hac Vice*)
Email: dpozza@jenner.com
Luke C. Platzer (*Pro Hac Vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC 20001
Phone: 202.639.6000
Fax:     202.639.6066

Daniel M. Mandil, Esq.
Motion Picture Association of America, Inc.
15301 Ventura Boulevard
Building E
Sherman Oaks, CA
818-935-5812
Email: Daniel_Mandil@mpaa.org

Karen R. Thorland, Esq.
Senior Content Protection Counsel
Motion Picture Association of America, Inc.
15301 Ventura Boulevard
Building E
Sherman Oaks, CA
818-935-5812
Email: Karen_Thorland@mpaa.org