UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:11-cv-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

     *Plaintiffs*,

vs.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

     *Defendants*.

_____/

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION
FOR HEARING ON DEFENDANTS' MOTION
TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Local Rule 7.1(b), Plaintiffs hereby oppose Defendants' March 31, 2011 Motion requesting the Court to hold "oral argument or a hearing" on Defendants' Motion to Dismiss Plaintiffs' Complaint (Docket No. 51). For the reasons stated in Plaintiffs' Opposition to Plaintiffs' Motion to Dismiss, filed concurrently, the sufficiency of the allegations in Plaintiffs' Complaint is a question of law and does not present complicated technical or legal issues. A hearing about "technology issues" as proposed by Defendants, *see* Docket No. 51 at 1, should not be required to resolve the sufficiency of the pleading under Fed. R. Civ. P. 8.

                                                                Respectfully submitted,

Dated: April 14, 2011                        By:  <u>s/ Steven B. Fabrizio</u>
                                                                      Steven B. Fabrizio

GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305-416-6880
Fax: 305-416-6887

MOTION PICTURE ASSOCIATION
OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA  91403

*Attorneys for Plaintiffs*

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Phone: 202-639-6000
Fax: 202-639-6066

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:11-cv-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs*,

vs.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

    *Defendants*.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th Day of April, 2011, I served the foregoing Plaintiffs' Opposition to Defendants' Motion for Hearing on Defendants' Motion to Dismiss Plaintiffs' Complaint on all counsel of record on the attached Service List via the Court's CM/ECF filing system, and caused the same counsel to be served via electronic mail.

                                                    s/ Karen L. Stetson
                                                    Karen L. Stetson

## SERVICE LIST

**Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
CASE NO. 11-CIV-20427-JORDAN**

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*
**Served via ECF and electronic mail by agreement**

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*
**Served via ECF and electronic mail by agreement**