UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC., )
TWENTIETH CENTURY FOX FILM )
CORPORATION, )
UNIVERSAL CITY STUDIOS ) Case No. 11-cv-20427-AJ
PRODUCTIONS LLLP, )
COLUMBIA PICTURES INDUSTRIES, )
INC., and WARNER BROS. ) **NOTICE OF STRIKING DOCKET**
ENTERTAINMENT INC., ) **ENTRY 55**
)
*Plaintiffs*, )
)
vs. )
)
HOTFILE CORPORATION, )
ANTON TITOV, and DOES 1-10. )
)
*Defendants*. )
)

Pursuant to the Clerk's Notice, DE 56, notice is hereby given of striking Docket Entry 55.

The parties' proposed Joint Scheduling Order will be refiled with a separate Notice of Filing.

Respectfully submitted,

Dated: April 18, 2011

By: s/ Karen L. Stetson
Karen L. Stetson

GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305-416-6880
Fax: 305-416-6887

MOTION PICTURE ASSOCIATION
OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)

# 460315 v1

Building E
Sherman Oaks, CA  91403

1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Phone: 202-639-6000
Fax: 202-639-6066

*Attorneys for Plaintiffs*

By:  s/Janet T. Munn_____

Janet T. Munn, Fla. Bar No. 501281
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone:  305.476.7101
Telecopy: 305.476.7102
Email: jmunn@rascoklock.com

And

Roderick M. Thompson (admitted *pro hac vice*)
Andrew Leibnitz (admitted *pro hac vice*)
Deepak Gupta (admitted *pro hac vice*)
Janel Thamkul (admitted *pro hac vice*)
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA  94104
Telephone:  415.954.4400
Telecopy: 415.954.4480

*Attorneys for Defendants*

# 460315  v12