UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DISNEY ENTERPRISES, INC.,<br>TWENTIETH CENTURY FOX FILM CORPORATION,<br>UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br>COLUMBIA PICTURES INDUSTRIES, INC., and WARNER BROS. ENTERTAINMENT INC.,<br><br>*Plaintiffs*,<br><br>vs.<br><br>HOTFILE CORPORATION, ANTON TITOV, and DOES 1-10.<br><br>*Defendants*. | Case No. 11-cv-20427-AJ<br><br>**NOTICE OF FILING JOINT PROPOSED SCHEDULING ORDER** |

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1, the parties hereby give notice of filing their Joint Proposed Scheduling Order, a copy of which is attached hereto.

Respectfully submitted,

Dated: April 18, 2011

By: s/ Karen L. Stetson
Karen L. Stetson

GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305-416-6880
Fax: 305-416-6887

MOTION PICTURE ASSOCIATION
OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)

# 460326 v1

Building E  
Sherman Oaks, CA 91403

1099 New York Ave., N.W.  
Suite 900  
Washington, DC 20001  
Phone: 202-639-6000  
Fax: 202-639-6066

*Attorneys for Plaintiffs*

By: s/Janet T. Munn_____

Janet T. Munn, Fla. Bar No. 501281  
Rasco Klock  
283 Catalonia Avenue, Suite 200  
Coral Gables, Fl 33134  
Telephone: 305.476.7101  
Telecopy: 305.476.7102  
Email: jmunn@rascoklock.com

And

Roderick M. Thompson (admitted *pro hac vice*)  
Andrew Leibnitz (admitted *pro hac vice*)  
Deepak Gupta (admitted *pro hac vice*)  
Janel Thamkul (admitted *pro hac vice*)  
FARELLA BRAUN + MARTEL LLP  
235 Montgomery St.  
San Francisco, CA 94104  
Telephone: 415.954.4400  
Telecopy: 415.954.4480

*Attorneys for Defendants*

\# 460326 v1 2