UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.11-20427-CIV-JORDAN/MCALILEY

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

    Defendants.
_____/

## ORDER OF CERTIFICATION FOR REASSIGNMENT

THE UNDERSIGNED MAGISTRATE JUDGE to whom the above-style case has been assigned, hereby certifies the above matter as ready for reassignment and directs the Clerk's Office to reassign this case to the newly paired Magistrate Judge pursuant to Administrative Orders 2010-145 and 2011-18.

DONE and ORDERED in chambers at Miami, Florida, this 19th day of April, 2011.

                                                  CHRIS McALILEY
                                                  UNITED STATES MAGISTRATE JUDGE

cc:
The Honorable Adalberto Jordan
Counsel of record