UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

       *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

       *Defendants*.                   /

**REPLY OF DEFENDANTS HOTFILE CORPORATION AND
ANTON TITOV TO PLAINTIFFS' OPPOSITION TO DEFENDANTS'
REQUEST FOR HEARING OR ORAL ARGUMENT ON
<u>MOTION TO DISMISS PLAINTIFFS' COMPLAINT</u>**

      Defendants, Hotfile Corporation and Anton Titov (collectively "Defendants"), hereby

reply to Plaintiffs' Opposition to Defendants' Request for Oral Argument or Hearing on

Defendants' Motion to Dismiss. Respectfully, Defendants continue to believe that the Court

would benefit from a hearing on Defendants' Motion to Dismiss, so that the parties could address

the allegations in Plaintiffs' Complaint regarding Hotfile's alleged "business model" and answer

any questions the Court may have regarding the legal sufficiency of these allegations.

CASE NO. 11-20427-JORDAN

Dated:  April 21, 2011

Respectfully submitted,

s/ J. T. Munn
Janet T. Munn, Fla. Bar No. 501281
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone:  305.476.7101
Telecopy: 305.476.7102
Email: jmunn@rascoklock.com


And

s/ Anthony P. Schoenberg
Roderick M. Thompson (*Admitted pro hac vice*)
rthompson@fbm.com
N. Andrew Leibnitz (*Admitted pro hac vice*)
aleibnitz@fbm.com
Anthony P. Schoenberg (*Admitted pro hac vice*)
tschoenberg@fbm.com
Deepak Gupta (*Admitted pro hac vice*)
dgupta@fbm.com
Janel Thamkul (*Admitted pro hac vice*)
jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA  94104
Telephone:  415.954.4400
Telecopy: 415.954.4480

*Counsel for Defendants*

CASE NO. 11-20427-JORDAN

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 21, 2011, the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: <u>s/Janet T. Munn</u>
      Janet T. Munn

Karen L. Stetson, Fla. Bar No.: 742937
Email: Karen.Stetson@gray-robinson.com
GRAY-ROBINSON, P.A.
1211 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone:  305.416.6880
Fax:     305.416.6887

Steven B. Fabrizio (*Pro Hac Vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza (*Pro Hac Vice*)
Email: dpozza@jenner.com
Luke C. Platzer (*Pro Hac Vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC 20001
Phone: 202.639.6000
Fax:     202.639.6066

Daniel M. Mandil, Esq.
Email: Daniel_Mandil@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard
Building E
Sherman Oaks, CA
818.935.5812

Karen R. Thorland, Esq.
Email: Karen_Thorland@mpaa.org
Senior Content Protection Counsel
Motion Picture Association of America, Inc.
15301 Ventura Boulevard
Building E
Sherman Oaks, CA
818.935.5812