UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-cv-20427-JORDAN/McALILEY

DISNEY ENTERPRISES, INC., )
TWENTIETH CENTURY FOX FILM CORPORATION, )
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, )
COLUMBIA PICTURES INDUSTRIES, INC., and )
WARNER BROS. ENTERTAINMENT INC., )
)
   *Plaintiffs*, )
)
vs. )
)
HOTFILE CORP., ANTON TITOV, and )
DOES 1-10. )
)
   *Defendants*. )
_____)

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF DANIEL M. MANDIL AS COUNSEL FOR PLAINTIFFS

THIS CAUSE having come before the Court upon Plaintiffs' and Daniel M. Mandil, Esquire's UNOPPOSED MOTION FOR WITHDRAWAL OF DANIEL M. MANDIL AS COUNSEL FOR PLAINTIFFS pursuant to Local Rule 11.1(d)(3), and the Court being duly advised in the premises, it is

ORDERED AND ADJUDGED that the Motion to Withdraw is granted and Daniel M. Mandil, Esq. is hereby withdrawn as one of the counsel of record for Plaintiffs in this matter. The Clerk is hereby directed to remove Attorney Mandil from the CM/ECF notification list herein.

DONE AND ORDERED at Miami, Florida, this 26th day of ~~March~~ April, 2011.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished:

All counsel of record