UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

Plaintiffs,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

Defendants.

_____/

### PROPOSED ORDER GRANTING AGREED MOTION OF VAL GURVITS TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Agreed Motion to Appear *Pro Hac Vice* for Val Gurvits, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Agreed Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the Agreed Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Agreed Motion is GRANTED. Val Gurvits may appear and participate in this action on behalf of Defendants, HOTFILE CORP. and ANTON TITOV.  The Clerk shall provide

electronic notification of all electronic filings to Val Gurvits, Esquire at email address:

vgurvits@bostonlawgroup.com.

DONE AND ORDERED in chambers in Miami, Florida this _____ day of April 2011.

_____
ADALBERTO JORDAN
UNITED STATES DISTRICT JUDGE

Copy furnished to all Counsel of Record