**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:11-cv-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

      *Plaintiffs*,

  vs.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

      *Defendants*.
_____/

**JOINT MOTION OF PLAINTIFFS AND DEFENDANTS FOR ENTRY OF PROTECTIVE ORDER**

Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. (collectively, "Plaintiffs") jointly with Defendants Hotfile Corp. and Anton Titov (collectively, "Defendants") hereby move for entry of a protective order in this action pursuant to Rule 26(c) of the Federal Rules of Civil Procedure. Plaintiffs and Defendants believe that the entry of a protective order is necessary to protect such trade secrets and other confidential research, development, technical, or commercial information that may be produced or provided by the parties or non-parties. The parties have agreed to the terms of the attached [Proposed] Stipulated Protective Order, and jointly request that it be entered.

Respectfully submitted,

By: /s/ Karen L. Stetson

GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305-416-6880
Fax: 305-416-6887

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Phone: 202-639-6000
Fax: 202-639-6066

MOTION PICTURE ASSOCIATION
OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone: (818) 995-6600
Fax: (818) 285-4403

*Attorneys for Plaintiffs*

By: /s/ Janet T. Munn

RASCO KLOCK
Janet T. Munn (FL Bar No. 501281)
283 Catalonia Ave., Suite 200
Coral Gables, FL 33134
Phone: 305-476-7101
Fax: 305-476-7102

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg (*Pro Hac Vice*)
Roderick M. Thompson (*Pro Hac Vice*)
Andrew Leibnitz (*Pro Hac Vice*)
Deepak Gupta (*Pro Hac* Vice)
Janel Thamkul (*Pro Hac* Vice)
235 Montgomery Street
San Francisco, CA 94104
Phone: 415-954-4400

BOSTON LAW GROUP
Valentin Gurvits
825 Beacon Street, Suite 20
Newton Center, MA 02459
Phone: 617-928-1800
Fax: 617-928-1802

*Attorneys for Defendants*

Dated: May 12, 2011