UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:11-CIV-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

   *Plaintiffs*,

 vs.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

   *Defendants*.

_____/

**JOINT MOTION AND MEMORANDUM OF LAW OF THE PARTIES FOR STIPULATED EXTENSION OF TIME TO BRING DISCOVERY MOTIONS**

 Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. (collectively, "Plaintiffs") jointly with Defendants Hotfile Corporation and Anton Titov (collectively, "Defendants") (Plaintiffs and Defendants are together the "Parties"), pursuant to Fed. R. Civ. P. 29 and the Local Rules of this Court, hereby stipulate to and jointly respectfully move for an extension of time to bring discovery motions under Local Rule 26.1(h). The grounds supporting this Joint Motion are as follows.

**MEMORANDUM OF LAW**

 Pursuant to Local Rule 26.1(h) a party is required to file discovery motions "within thirty (30) days of the occurrence of grounds for the motion." *See* S.D. Fla. L.R, 26.1(h). Plaintiffs' counsel and Defendants' counsel have engaged in significant discussions to attempt to resolve

Case No. 1:11-CIV-20427-JORDAN

the parties' discovery issues prior to bringing motions to the Court, and both believe that the additional 30 days will assist the parties in fully attempting to reach agreement on discovery issues in this case and thereby avoid unnecessary motion practice. Therefore, the Parties jointly request that they be permitted to have sixty (60) days from the date of the occurrence of the grounds for a discovery motion to file their discovery motions in this action, rather than the customary thirty (30) days afforded under Local Rule 26.1(h).

To avoid any disruption of the Court's pre-trial and trial schedule in this case (which has not yet been set), the Parties request that this additional time for filing discovery motions apply to those discovery motions filed by the parties, to and including ninety (90) days before the commence of the trial. The Parties are respectfully proposing that any discovery motions filed after that deadline would need to comply with the Court's pre-trial and/or trial order and the Local Rule time limits.

## CONCLUSION

On the basis of the foregoing, the Parties respectfully request that they be given an extension of time of sixty (60) days to file discovery motions in this case, as a modification of the thirty (30) day limit imposed by Local Rule 26.1(h), except for any discovery motions that would be filed less than ninety (90) days prior to the date set for trial of this action. Motions that are filed less than ninety (90) days prior to trial would be subject to the Court's pre-trial and/or trial orders and the Local Rules of this Court. A proposed Order is attached to this Joint Motion as Exhibit "A" and will also be submitted to the Court by email.

Respectfully submitted,

Dated: May 27, 2011

Case No. 1:11-CIV-20427-JORDAN

By: ___/s/ Karen L. Stetson___
Karen L. Stetson, Fla. Bar No. 742937
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: (305) 416-6880
Telecopy: (305) 416-6887


Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Telecopy: (202) 639-6066


Karen R. Thorland (*Pro Hac Vice*)
MOTION PICTURE ASSOCIATION
 OF AMERICA, INC.
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Telephone:  (818) 995-6600
Telecopy:  (818) 285-4403

*Attorneys for Plaintiffs*

By: ___/s/ Janet T. Munn___
Janet T. Munn, Fla. Bar No. 501281
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone:  305.476.7101
Telecopy: 305.476.7102


Roderick M. Thompson (admitted *pro hac vice*)
Andrew Leibnitz (admitted *pro hac vice*)
Deepak Gupta (admitted *pro hac vice*)
Janel Thamkul (admitted *pro hac vice*)
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA  94104
Telephone: 415.954.4400
Telecopy: 415.954.4480


Valentin Gurvits (admitted *pro hac vice)*
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone No.: 617.928.1804
Telecopy No.: 617.928.1802

*Attorneys for Defendants*