UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CIV-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs*,

vs.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

    *Defendants*.

_____/

### [PROPOSED] ORDER GRANTING THE JOINT MOTION OF THE PARTIES FOR STIPULATED EXTENSION OF TIME TO BRING DISCOVERY MOTIONS

THIS CAUSE came before the Court on the Joint Motion of the Parties for Stipulated Extension of Time to Bring Discovery Motions ("Joint Motion for Extension of Time"). The Court has considered the Joint Motion for Extension of Time and being otherwise duly advised herein, it is

ORDERED AND ADJUDGED that the Joint Motion for Extension of Time is GRANTED, as follows: All motions of the parties related to discovery, including but not limited to motions to compel discovery and motions for protective order, shall be filed within sixty (60) days of the occurrence of the grounds of the motion, rather than the thirty (30) days set forth in Local Rule 26.1(h), except for any discovery motions that would be filed less than ninety (90)

days prior to the date set for trial of this action.  Discovery motions that are filed less than ninety (90) days prior to trial shall be subject to the Court's pre-trial and/or trial Orders or to the Local Rules of this Court, to the extent the Local Rules do not conflict with the Court's pre-trial and/or trial Orders.

DONE AND ORDERED in chambers at Miami, Florida this _____ day of _____ 2011.

_____
ADALBERTO JORDAN
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record