UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

    *Defendants*.                              /

## REQUEST OF DEFENDANTS HOTFILE CORPORATION AND ANTON TITOV FOR HEARING OR ORAL ARGUMENT ON THEIR MOTION FOR SPECIAL SCHEDULING ORDER REGARDING THE SAFE HARBOR PROTECTONS OF THE DIGITAL MILLENNIUM COPYRIGHT ACT

Pursuant to Local Rule 7.1(b), Defendants, Hotfile Corporation and Anton Titov (collectively "Defendants"), hereby respectfully request that the Court conduct oral argument or a hearing on Defendants' Motion for Special Scheduling Order Regarding the Safe Harbor protections of the Digital Millennium Copyright Act ("Motion for Special Scheduling Order"). Defendants' Motion for Special Scheduling Order explains why permitting the parties to have an early summary judgment motion on these pivotal and threshold safe harbor issues would greatly facilitate judicial economy, and necessarily implicates overall case management. A hearing on Defendants' Motion for Special Scheduling Order will afford the parties an opportunity to

answer any questions the Court may have regarding the particular issues present in this case and how they apply to an efficient and fair adjudication of the pivotal safe harbor defenses. Defendants respectfully submit that a hearing would aid the Court's determination of not only the Motion for Special Scheduling Order, but greatly facilitate overall case management of this large case prior to the parties engaging in what will be extremely costly, protracted and potentially unnecessary discovery over ultimate issues in the case, when the case could be resolved either entirely or substantially under the safe harbor provisions of the DMCA. Defendants believe that one hour should be sufficient for the hearing or oral argument.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant, Roderick M. Thompson, has conferred with all parties or non-parties who may be affected by the relief sought in this request for oral argument or hearing, including Steven B. Fabrizio, counsel for Plaintiffs, in a good faith effort to resolve the issues and that while Plaintiffs have stated that they will oppose the Defendants' Motion for Special Scheduling Order Regarding the Safe Harbor Provisions of the Digital Millennium Copyright Act, Plaintiffs do not oppose the Court conducting a hearing on Defendants' Motion.

s/ Roderick M. Thompson
Roderick M. Thompson

Dated: May 27, 2011

Respectfully submitted,

s/ Janet T. Munn
Janet T. Munn, Fla. Bar No. 501281
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102
Email: jmunn@rascoklock.com

CASE NO. 11-20427-JORDAN

And

s/ Roderick M. Thompson
Roderick M. Thompson (*Admitted pro hac vice*)
rthompson@fbm.com
N. Andrew Leibnitz (*Admitted pro hac vice*)
aleibnitz@fbm.com
Anthony P. Schoenberg (*Admitted pro hac vice*)
tschoenberg@fbm.com
Deepak Gupta (*Admitted pro hac vice*)
dgupta@fbm.com
Janel Thamkul (*Admitted pro hac vice*)
jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.4480

Valentin Gurvits (*Admitted pro hac vice*)
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Phone: 617-928-1800
Fax: 617-928-1802

*Counsel for Defendants*

CASE NO. 11-20427-JORDAN

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2011, the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Janet T. Munn
Janet T. Munn

Karen L. Stetson, Fla. Bar No.: 742937
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1211 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305.416.6880
Fax: 305.416.6887

Steven B. Fabrizio (*Pro Hac Vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza (*Pro Hac Vice*)
Email: dpozza@jenner.com
Luke C. Platzer (*Pro Hac Vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC 20001
Phone: 202.639.6000
Fax: 202.639.6066

Karen R. Thorland, Esq.
Senior Content Protection Counsel
Motion Picture Association of America, Inc.
15301 Ventura Boulevard
Building E
Sherman Oaks, CA
Telephone: 818-935-5812
Email: Karen_Thorland@mpaa.org

4