UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 11-20427-CV-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    Plaintiffs
v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF FILING DECLARATION OF DUANE POZZA
IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL RESPONSES TO
REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**

Plaintiffs hereby give notice of filing the attached Declaration of Duane Pozza in support of Plaintiff's Motion to Compel Responses to Requests for Production of Documents and Interrogatories.

Dated: May 31, 2011

                                          Respectfully submitted,

                                          GrayRobinson, P.A.
                                          Attorneys for Plaintiffs
                                          1221 Brickell Avenue
                                          Suite 1650
                                          Miami, FL 33131
                                          Tel: (305) 416-6880
                                          Fax: (305) 416-6887

# 486416 v1

CASE NO: 11-20427-CV-JORDAN

By: /s/ Karen L. Stetson
Karen L. Stetson
Florida. Bar No. 742937
Karen.stetson@gray-robinson.com

| | |
|---|---|
| MOTION PICTURE ASSOCIATION OF AMERICA, INC. | JENNER & BLOCK LLP<br>Steven B. Fabrizio (*Pro Hac Vice*)<br>Duane C. Pozza (*Pro Hac Vice*) |
| Karen R. Thorland (*Pro Hac Vice*)<br>15301 Venture Blvd., Building E<br>Sherman Oaks, CA 91403 | Luck C. Platzer (*Pro Hac Vice*)<br>1099 New York Ave., N.W., Suite 900<br>Washington, DC 20001<br>Tel: (202) 639-6000<br>Fax: (202) 639-6066 |

*Attorneys for Plaintiffs*

# 486416 v1