# EXHIBIT C

Login / Sign up    Language: English

**hotfile**    News   Upload   Premium   Hotlink   Affiliate   FAQ

# Hotfile Privacy Policy

Your privacy is important to us. We have prepared this Privacy Policy to explain how we collect, use, protect, and disclose Personal Information and Usage Data when you use the Hotfile online file hosting service ("Service"). This Privacy Policy also explains your choices for managing your information and your preferences.

This Privacy Policy may be revised from time to time. By using the Service, you agree to be bound and to abide by the most recent version of this Privacy Policy. This Privacy Policy was last updated on 04/04/2009.

## Managing Your Information Preferences

You can review, correct, update, or change your Personal Information, or opt out of any direct marketing in which we may engage, by changing the relevant setting in your Hotfile profile or account (if you have one), or by e-mailing us at support@hotfile.com. If you have questions or concerns regarding this Privacy Policy, please e-mail us at support@hotfile.com.

## Information We Collect and How We Collect It

**Personal Information.** You can use certain features of the Service without providing us with any information that identifies or may be used to directly identify you ("Personal Information"). We collect certain Personal Information when you register with Hotfile, including your username, e-mail address, and payment information (i.e., a third party payment processor identifier). We may collect other Personal Information if you become an Affiliate or Reseller or use certain features of the Service. We collect Personal Information only if you choose to share it with us. The decision to provide this information is optional. However, if you choose not provide the requested information, you may not be able to use certain features of the Service.

**Usage Data.** We automatically collect usage information that does not directly identify an individual user ("Usage Data"). For example, each time you use the Service we may automatically collect the type of Web browser you use, your operating system, your Internet Service Provider, your IP address, the links you use, and the time and duration of your use of the Service. We use this Usage Data to help us understand how people use the Service, and to enhance the services we offer. None of this information can be used to directly identify you, and we will not use it for the purpose of attempting to identify you. Please be aware, however, that we may be required to disclose information such as your IP address (a unique numerical identifier for your computer that may or may not change over time) which could be used by others to attempt to identify you.

**Cookies and Web Beacons.** We use cookies (a small text file placed on your computer to identify your computer and Web browser when you use the Service). We may also use Web beacons (an electronic file placed on a website that monitors usage). We do not use cookies or Web beacons to collect Personal Information. We use cookies and Web beacons to improve the quality of the Service. Most Web browsers are initially set up to accept cookies. You can reset your Web browser to refuse all cookies or to indicate when a cookie is being sent. However, certain features of the Service may not work if you delete or disable cookies. Some of our Service Providers, as discussed below, may use their own cookies or Web beacons in connection with the services they perform on our behalf.

**Storage of Information.** The information Hotfile collects about you and your usage of the Service will be transmitted to and stored by Hotfile on servers in the United States. More information about the steps we take to protect this information is provided below ("Security").

## How We Use Information and When We May Share Information

**Generally.** We generally use Personal Information only for purposes of providing and communicating with you about the Service, including responding to your requests, making payments, notifying you of new products or services, and otherwise communicating with you about the Service. We will not disclose Personal Information to third parties without your consent, except as explained in this Privacy Policy.

**Affiliates.** Please note that our "Affiliates" (users who provide popular content and refer other users to the Service in accordance with our Affiliate Program) have access to usernames of the users they refer who also become Affiliates (username only) and certain usage statistics, such as funds earned from each referred Affiliate.

**Service Providers.** From time to time, we may establish a business relationship with other businesses whom we believe trustworthy and who have confirmed that their privacy practices are consistent with ours ("Service Providers"). For example, we may contract with Service Providers to provide services such as payment processing, maintenance and support, data storage and management, advertising, and marketing. We provide our Service Providers with only the information necessary for them to perform these services on our behalf. Each Service Provider must agree to use reasonable security procedures and practices, appropriate to the nature of the information involved, in order to protect your Personal Information from unauthorized access, use, or disclosure. Service Providers are prohibited from using Personal Information other than as specified by Hotfile.

Please note that when you make payments to Hotfile, the information you provide is submitted to a third-party payment provider. It is not received or maintained by Hotfile, except that your e-mail address will automatically be provided to us when you first pay for a Premium account, so that we can establish your account and provide you with the special features offered to Premium account holders.

Ad Networks. We may work with third-party advertising and marketing companies ("Ad Networks"). These companies may collect and use information about your use of the Service in order to provide advertisements about goods and services that may be of interest to you. Advertisements may be shown via the Services, or third-party websites. These companies may place or recognize a unique cookie on your computer or use other technologies such as Web beacons to collect information about your use of the Service and of other Internet services and websites. Our Privacy Policy does not cover any collection or use of information about you by any Ad Network. It also does not cover any information that you may choose to provide to an Ad Network or to an advertiser whose goods or services are advertised through the Service. For more information about collection and use of information by Ad Networks, and to opt-out of certain advertising, please visit

http://www.networkadvertising.org/managing/opt_out.asp.

**Google Analytics.** We also uses Google Analytics, a web analytics service provided by Google, Inc. ("Google"). Google Analytics uses "cookies," which are text files placed on your computer, to help Hotfile analyze how users use our Service. We use this information to help us understand how people use the Service, and to enhance the services we offer. The information generated by the cookie about your use of the Service (including your IP address) will be transmitted to and stored by Google on servers in the United States. Google will use this information for the purpose of evaluating your use of the Service, compiling reports on Service activity for us, and providing other services relating to Service activity and Internet usage. Google may also transfer this information to third parties where required to do so by law, or if such third parties process the information on Google's behalf. Google will not associate your IP address with any other data held by Google. As noted, you may refuse the use of cookies by selecting the appropriate settings on your Web browser, but please note that if you do this you may not be able to use the full functionality of the Service. By using the Service, you consent to the processing of data about you by Google in the manner and for the purposes set out above. For more information, please visit http://www.google.com/analytics/en-GB/tos.html.

**Standard Analytics Information.** We may use, and disclose to third parties, certain Usage Data regarding the Service. However, such information does not identify you individually.

**Other Transfers.** We may share Personal Information and Usage Data with businesses controlling, controlled by, or under common control with Hotfile. If Hotfile is merged, acquired, or sold, or in the event of a transfer of some or all of our assets, we may disclose or transfer Personal Information and Usage Data in connection with such transaction. You will have the opportunity to opt-out of any such transfer if we determine, in our discretion, that the new entity plans to handle your information in a way that differs materially from this Privacy Policy.

**Data Retention.** We will hold your Personal Information on our systems for as long as is necessary for the relevant activity. If you cancel your registration and your account is deleted Hotfile will no longer use the Personal Information, but for administration purposes it will stay on our system for a period of one year before being deleted.

**Compliance with Laws and Law Enforcement.** Hotfile cooperates with government and law enforcement officials and private parties to enforce and comply with the law. We may disclose Personal Information and any other information about you to government or law enforcement officials or private parties if, in our discretion, we believe it is necessary or appropriate for any of the following reasons: to respond to legal requests (including court orders and subpoenas); to protect the safety, property, or rights of Hotfile, any Hotfile user, or any third party; to prevent or stop any illegal, unethical, or legally actionable activity; or to comply with the law.

## Be Careful When You Share Information

Please be aware that whenever you share information in an uploaded file via the Service, that information may be accessed by the recipient. That means that anyone with access to the shared file can potentially use it for any purpose, including potentially uploading, storing, or sharing files, sending unsolicited communications, or redirecting payments.

## Security

Hotfile is very concerned about safeguarding the confidentiality of your Personal Information. We employ reasonable physical and electronic measures designed to protect your information from unauthorized access. However, no data transmission over the Internet or other network can be guaranteed to be 100% secure. As a result, while we strive to protect information transmitted on or through the Service, we cannot and do not guarantee the security of any information you upload, store, share, transmit, or provide on or through the Service, and you do so at your own risk.

## Links To Content and to Other Websites

Our Service permits users to share links to materials stored on servers owned by or operated on behalf of Hotfile. Our Service may also contain links to other websites, or allow others to send you such links. The use of the Service to provide a link to material on Hotfile servers or to a third party's website does not mean that we endorse it or that we are affiliated with it. We do not exercise control over the content uploaded and shared using the Service (except that we may remove or disable access to it upon receipt of proper notice under our Intellectual Property and Rights Policy). We also do not exercise control over third-party websites. You access such content or third-party websites at your own risk. You should always read the privacy policy of a third-party website before providing any information to the operator of the website.

## Children's Privacy

We do not knowingly collect Personal Information from children under the age of 13. By using our Services, you promise that you are at least 13 years old. If we become aware that a user is under the age of 13, we will terminate any account that user may have with Hotfile. If we become aware that we have inadvertently received Personal Information from a child under the age of 13, we will delete such information from our records.

Home | Premium | Report Abuse | Imprint | File Checker | Reseller | Contacts

Copyright © 2008-2011 hotfile.com, All Rights Reserved.        Privacy Policy | Intellectual Property Policy | Terms of Service