# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CAPITOL RECORDS, LLC, et al.,                :

                     Plaintiffs,       :   **ORDER**

          - against -                         :   07 Civ. 9931 (WHP)(FM)

MP3TUNES, LLC, et al.,                        :

                     Defendants.      :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to the conference held earlier today, it is hereby ORDERED that within ten days, MP3TUNES shall create a complete copy of (a) its SubVersion source code repository and (b) any other non-third-party source code on its servers, which copy shall be securely maintained at the offices of Duane Morris LLP pending the completion of jurisdictional discovery. This ruling is without prejudice to plaintiffs' right to make an application to Judge Pauley regarding further jurisdictional discovery.

       SO ORDERED.

Dated:      New York, New York
               May 13, 2008

                                                FRANK MAAS
                                     United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08

Copies to:

Hon. William H. Pauley, III
United States District Judge

Andrew H. Bart, Esq./Steven B. Fabrizio, Esq.
Jenner & Block LLP
Fax: (212) 891-1699/(202) 661-4823

Gregory P. Gulia, Esq.
Duane Morris LLP
Fax: (212) 692-1020