(Rev. 06/2005) Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT

Southern District of Florida

Case Number: __11-20427-JORDAN__

FILED by ___ D.C.
MAY 31 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

DISNEY ENTERPRISES, INC,
et al.,

      Plaintiff

v.

HOTFILE CORP., ANTON TITOV
AND DOES-1-10

      Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Karen L. Stetson, Esq.
Address: GrayRobinson, 1221 Brickell Avenue, 16th Fl, Miami, Fl 33131
Telephone: 305-416-6880

On behalf of (select one):   X Plaintiff     Defendant

Date sealed document filed: May 31, 2011

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 5/19/11- D.E. 68

The matter should remain sealed until:

  Conclusion of Trial         Arrest of First Defendant
X  Case Closing           Conclusion of Direct Appeal
  Other: _____

  Permanently. Specify the authorizing law, rule, court order:
    Stipulated Protective Order

The moving party requests that when the sealing period expires, the filed matter should be (select one):

  Unsealed and placed in the public portion of the court file    Destroyed
X  Returned to the party or counsel for the party, as identified above

1. Plaintiffs' Motion and Memorandum to Compel Responses to Requests for Production and Interrogatories (unredacted version) and

2. Exhibit G to Declaration of Duane C. Pozza in Support of Plaintiffs' Motion to Compel Responses to Requests for Production and Interrogatories, consisting of an excerpt of Defendants' Response to Plaintiffs' First Set of Interrogatories (Defendants' response to Interrogatory No. 9).

*/s/ Karen L. Stetson*

Attorney for: Plaintiffs