UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.

_____/

**PLAINTIFFS' NOTICE OF FILING DECLARATION OF DUANE C. POZZA IN
SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION FOR SPECIAL SCHEDULING ORDER REGARDING THE SAFE HARBOR
PROTECTIONS OF THE DIGITAL MILLENNIUM COPYRIGHT ACT**

Plaintiffs hereby give notice of filing the attached Declaration of Duane C. Pozza in

Support of Plaintiffs' Response in Opposition to Defendants' Motion for Special Scheduling

Order Regarding the Safe Harbor Protections of the Digital Millennium Copyright Act (DE 76).

Dated: June 10, 2011                              Respectfully submitted,

                                                 By: /s/ Karen L. Stetson
                                                 Karen L. Stetson
                                                 GRAY-ROBINSON, P.A.
                                                 1221 Brickell Avenue
                                                 16th Floor
                                                 Miami, Fl 33131
                                                 Telephone: (305) 461-6880
                                                 Facsimile:  (305) 461-6887

MOTION PICTURE ASSOCIATION
 OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone:  (818) 995-6600
Fax:  (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile:  (202) 639-6066

*Attorneys for Plaintiffs*