Sealed

(Rev. 06/2005) Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 11-20427-JORDAN

Disney Enterprises, Inc., et al.

Plaintiff

v.

Hotfile Corp., Anton Titov, and Does 1-10

Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Karen L. Stetson, Esq.

Address: Gray-Robinson, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131

Telephone: (305) 461-6880

On behalf of (select one):  ☒ Plaintiff    ☐ Defendant

Date sealed document filed: _____

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 68

The matter should remain sealed until:

☐ Conclusion of Trial           ☐ Arrest of First Defendant
☒ Case Closing                  ☐ Conclusion of Direct Appeal
☐ Other: _____
☐ Permanently. Specify the authorizing law, rule, court order:

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file        ☐ Destroyed
☒ Returned to the party or counsel for the party, as identified above

1. Plaintiffs' Response to Defendants' Motion for Special Scheduling Order Regarding the Safe Harbor Protections of the Digital Millennium Copyright Act (unredacted version).
2. Exhibit A to Declaration of Duane C. Pozza in Support of Plaintiffs' Response to Defendants' Motion for Special Scheduling Order Regarding the Safe Harbor Protections of the Digital Millennium Copyright Act, consisting of an exempt of documents produced by third party PayPal, Inc.
3. Exhibit C to Declaration of Duane C. Pozza in Support of Plaintiffs' Response to Defendants' Motion for Special Scheduling Order Regarding the Safe Harbor Protections of the Digital Millennium Copyright Act, consisting of an email containing information designated Highly Confidential by Defendant.

*Karen L. Stetson*

**Attorney for:**