Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

Upon consideration of Plaintiffs' Motion to File Documents Under Seal, and all of the papers submitted in support thereof, Plaintiffs' request to file documents under seal is GRANTED.

1. It is hereby ORDERED that Plaintiffs be permitted to file the following documents under seal and that the following documents remain under seal until the conclusion of the case:

   a. Plaintiffs' Response to Defendants' Motion for Special Scheduling Order Regarding the Safe Harbor Protections of the Digital Millennium Copyright Act (unredacted version);

  b. Exhibits A and C to Declaration of Duane C. Pozza in Support of Plaintiffs' Response to Defendants' Motion for Special Scheduling Order Regarding the Safe Harbor Protections of the Digital Millennium Copyright Act.

IT IS SO ORDERED.

Dated _____, 2011.

                                 _____

                                 United States District Court Judge