# EXHIBIT A

# Confidential

# PayPal

## Account Info for Anton Titov

### User Info

| | |
|---|---|
| First Name: | Anton |
| Middle Name: | |
| Last Name: | Titov |
| SSN: | |
| TIN: | |
| DOB: | |
| Credit Card Statement Name: | LEMURIACOMM |
| Email: | paypal@lemuriaco.com |

### Business Info

| | |
|---|---|
| Name: | Lemuria Communications Inc. |
| URL: | http://lemuriaco.com |
| Customer Service Phone: | 305-424-1359  - Trusted |

### Account Info

| | |
|---|---|
| Account Status: | Open |
| Account #: | 1473953980870791199 |
| Account Type: | Business - Verified - Cat10A |
| Time Created: | Nov. 2, 2009 15:21:33 CST |

### Financials

| | |
|---|---|
| Account Balance: | $0.00 USD |
| Total Amount Sent (USD Equiv): | $263.57 USD |
| Total Amount Received: | $20,390,510.50 USD |
| Amount Received: (A month is determined by user's signup date, NOT by a calendar month) | Current Month: $1,000,000.00 USD<br>Last 3 Months: $1,000,000.00 USD<br>$3,000,000.00 USD<br>$3,000,000.00 USD |
| Pending Balance To Be Released: | |
| Minimum Reserve Balance: | $0.00 USD* (0 % - $0.00 USD) [Details] |
| Rolling Reserve Balance: | $0.00 USD* (0 % - 0 days) [Details] |

### E-mail

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| paypal@lemuriaco.com | ✓ | ✓ | ✓ |

### Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|

### Phone numbers

| Phone Number | Type | Confirmation Status |
|---|---|---|
| 305-424-1359 | Work | Unconfirmed - No Attempt |
| 305-424-1359 | Customer Service | Unconfirmed - No Attempt |

### Addresses

| Date Entered | Address | Use |
|---|---|---|
| 11/2/2009 | Lemuria Communications Inc.<br>401 E. Las Olas blvd.<br>suite 130-508<br>Fort Lauderdale, FL 33301<br>United States | (Home)<br>(CC 9356 Confirmed) |

### IP Summary

| IPs | Logins | First Used | Last Used | Status |
|---|---|---|---|---|
| 77.70.111.130 | 52 | Nov. 11, 2009 02:51:58 CST | Apr. 13, 2011 06:30:28 CDT | |
| 77.70.52.21 | 23 | Nov. 11, 2009 08:32:23 CST | Feb. 28, 2011 09:59:33 CST | |
| 24.120.218.13 | 6 | Jan. 25, 2011 21:59:25 CST | Feb. 14, 2011 22:58:21 CST | |
| 70.165.249.189 | 1 | Jan. 10, 2011 12:53:32 CST | Jan. 10, 2011 12:53:32 CST | |
| 75.148.39.30 | 1 | Jan. 3, 2011 17:53:01 CST | Jan. 3, 2011 17:53:01 CST | |
| 195.50.183.210 | 2 | Dec. 17, 2010 03:58:27 CST | Dec. 17, 2010 07:21:00 CST | |
| 72.28.136.113 | 9 | Jul. 23, 2010 11:03:07 CDT | Sep. 8, 2010 07:09:28 CDT | |
| 98.203.21.166 (Signup) | 5 | Nov. 2, 2009 15:21:33 CST | Aug. 30, 2010 14:01:51 CDT | |
| 184.204.215.207 | 1 | Aug. 20, 2010 14:50:58 CDT | Aug. 20, 2010 14:50:58 CDT | |
| 173.123.164.209 | 1 | Aug. 9, 2010 16:25:26 CDT | Aug. 9, 2010 16:25:26 CDT | |
| 173.7.200.109 | 1 | Jul. 18, 2010 14:11:46 CDT | Jul. 18, 2010 14:11:46 CDT | |

| IP Address | Count | First | Last |
|---|---|---|---|
| 174.140.107.99 | 4 | Jun. 27, 2010 10:13:19 CDT | Jul. 11, 2010 09:49:59 CDT |
| 66.90.26.25 | 1 | Feb. 13, 2010 13:49:44 CST | Feb. 13, 2010 13:49:44 CST |
| 208.54.86.38 | 1 | Feb. 11, 2010 15:47:45 CST | Feb. 11, 2010 15:47:45 CST |
| 65.91.236.206 | 2 | Feb. 9, 2010 08:11:07 CST | Feb. 11, 2010 10:33:49 CST |
| 76.8.69.74 | 1 | Dec. 13, 2009 09:57:38 CST | Dec. 13, 2009 09:57:38 CST |
| 65.9.175.140 | 1 | Dec. 10, 2009 13:44:08 CST | Dec. 10, 2009 13:44:08 CST |
| 98.64.215.96 | 4 | Dec. 9, 2009 18:11:45 CST | Dec. 10, 2009 08:02:32 CST |
| 84.35.81.2 | 1 | Dec. 3, 2009 07:44:09 CST | Dec. 3, 2009 07:44:09 CST |
| 87.120.40.252 | 1 | Nov. 26, 2009 03:22:19 CST | Nov. 26, 2009 03:22:19 CST |

IP Protection | Disabled

### Restrictions

| Restriction | Attack Case ID | Time Restricted | Time Lifted |
|---|---|---|---|

No restrictions on this account.

### Banks

| Type | Status | Confirmed | Bank Name | Name | Routing # | Bank Acct # |
|---|---|---|---|---|---|---|
| Checking | Active - Primary | Confirmed (IAV) | Bank of America | Lemuria Communications Inc. | Redacted | 4508 |
| Checking | Active | Confirmed (IAV) | J.P. MORGAN CHASE BANK, N.A. | Lemuria Communications Inc. | Redacted | 1674 |

### Credit cards

| Type | Status | Confirmed | Name | CC Number | Exp. | Currency | Issuer |
|---|---|---|---|---|---|---|---|
| Debit Visa-RC | Primary | CVV2 RdChg (Refunded) | Anton Titov | Redacted -9356 | 11/2012 | USD | |

### Debit cards

| Type | DC Number | Status | Req Date | Act Date | Exp Date | ATM Limit | POS Limit |
|---|---|---|---|---|---|---|---|

No Debit cards on file

### Secure Card Attributes

| | |
|---|---|
| Billing Address: | |
| Secure Card Numbers: | Agent Disabled |
| | [View all card numbers] |
| Backup Funding Source: | |
| Daily Spending Limit | $500 |

### PayPal Credit

#### PayPal Credit Account Details

| | |
|---|---|
| PayPal Credit Account Number: | |
| Expiration Date: | |
| Account Status: | [View History] |
| Funding Source Availability: | Disabled |
| Authorized Users: | Not Available |

### Auctions

| Auction User ID | Auction Manager User ID |
|---|---|

No Auctions on file

Go to top

### Mobile payments

| Phone Number | Status | Pending Payment | Notification Preferences | Date Added | Signup Method |
|---|---|---|---|---|---|

No Mobile payments on file

The information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this

information by persons or entities other than the intended recipient is prohibited. If you received this information in error, please contact the sender or delete the material from any computer.