# EXHIBIT B



Hotfile Corp <hotfile.com@gmail.com>

---

# Thank You from BayTSP

1 message

---

**Natasha Starodub <natashas@baytsp.com>**  Fri, Oct 2, 2009 at 6:55 PM
To: Hotfile Corp <hotfile.com@gmail.com>
Cc: Copyright-Compliance <Copyright-Compliance@baytsp.com>

**Hello Andrew and Hotfile Abuse Department,**

Thank you very much for you response and clarification - sounds perfect! I will be sure to update our records accordingly and we will inform our clients of HotFile.com's commitment to copyright compliance at first opportunity.

As previously mentioned, if you ever have any questions, concerns, or problems processing our Notices, please do not hesitate to contact us:

**By Phone:** 408-341-2342 (Natasha, Compliance Administrator)
**By Email:** copyright-compliance@baytsp.com

And we will be more than happy to assist you further. If your end-users have questions for us, please have them email us at copyright-compliance@baytsp.com and reference the relevant Notice ID.

Thank you, once again, for your time and cooperation!

Kind regards,

**Natasha Starodub**

COMPLIANCE ADMINISTRATOR

**BAY TSP, INC.**

*******

(408) 341-2305 ~ Main

(408) 341-2342 ~ Direct

*******

Compliance Department Email ~ Copyright-compliance@baytsp.com

*******

Company Website ~ www.baytsp.com

*******

**Attorney Client Privileged Work Product** The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.