# EXHIBIT C

**From:** Platzer, Luke C
**To:** ▓▓▓▓▓▓▓▓▓▓
**Sent:** 1/7/2011 3:59:18 PM
**Subject:** Re: Titov

▓▓▓▓

Thanks for the Intel! I will pass it along ASAP.

Luke

----- Original Message -----
From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
To: Platzer, Luke C
Sent: Fri Jan 07 17:55:11 2011
Subject: Titov

The webazilla fuckers are hosting a breakfast at the sands conference center in vegas, networking lounge 101 at 10 am on Monday.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓