# EXHIBIT D

**From:** Platzer, Luke C
**To:**
**Sent:** 2/9/2011 6:44:29 PM
**Subject:** Re: Titov

yw

----- Original Message -----

To: Platzer, Luke C
Sent: Wed Feb 09 20:43:00 2011
Subject: Re: Titov

thank you.

On Feb 9, 2011, at 6:31 PM, Platzer, Luke C wrote:

> 2625
>
>
>
> ------------------------------------------------------------------------
> Luke C. Platzer
> Jenner & Block LLP
> 1099 New York Avenue, N.W.
> Suite 900
> Washington, DC 20001-4412
> Tel (202) 639-6094
> Fax (202) 661-4813
> LPlatzer@jenner.com
> http://www.jenner.com/
>
>
>
> CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and
is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this
communication is prohibited. If you believe that you have received this email in error, please
notify the sender immediately and delete it from your system.
>
>
> ------------------------------------------------------------------------
> ----- Original Message -----
>
>
>
> Cc: Platzer, Luke C
> Sent: Wed Feb 09 18:57:40 2011Subject: Re: Titov
>
> Hey, which room was he in when you got him?
>
>
>
> On Feb 9, 2011, at 4:02 PM,                                         wrote:
>
>> Ask the MPAA how much they'd be willing to pay for Titov's exact location right now.
>>
>> :)
>>
>>
>