# Exhibit A

# ELYSIUM
## DIGITAL

Ten Canal Park, First Floor
Cambridge, MA 02141
www.elys.com

telephone 617-621-3100     fax 617-621-3113

| | |
|---|---|
| **Name:** | J. Alex Halderman, Ph.D. |
| **Education:** | - Princeton University, Ph.D. Computer Science, 2008<br>Thesis: *Investigating Security Failures and their Causes: An Analytic Approach to Computer Security*<br>- Princeton University, M.A. Computer Science, 2005<br>- B.A. in computer science, *summa cum laude*, 2003<br>Thesis: *Digital Privacy-Rights Management for Ubiquitous Recording* |
| **Teaching:** | - 2008-present, University of Michigan, Ann Arbor, MI: Assistant Professor of Electrical Engineering and Computer Science<br>- Spring 2005, Princeton University, Teaching Assistant, "Information Technology and the Law."<br>- 2003–2005, Teaching Assistant, Princeton University, "Digital Photography." |
| **Other Positions Held:** | - 2008-present, Visiting Research Collaborator. Princeton University—Center for Information Technology Policy.<br>- 9/03–present, Research Assistant. Princeton University—Secure Internet Programming Laboratory.<br>- 9/07–present, Consulting Computer Scientist. Elysium Digital, Cambridge, MA.<br>- 6/07–9/07, Research Assistant. University of California, Berkeley—Voting Security Review.<br>- 6/05–9/07, Intern. Google, Mountain View, CA—Video and Application Security groups.<br>- 6/02–9/02 Research Assistant. Princeton University—Shape Retrieval and Analysis Group.<br>- 1/00–9/01, Founder. Web Immersion, Newtown, PA.<br>- 6/99–9/99, Intern. Bristol-Myers Squibb, Hopewell, NJ. |
| **Honors:** | - Pwnie Award nomination in the category of Mass ownage for "Green Dam Youth Escort Long URL Stack Buffer Overflow," Black Hat 2009<br>- Best Student Paper Aware of the 17th USENIX Security Symposium for "Lest We Remember: Cold Boot Attacks on Encryption Keys," 2008<br>- Pwnie Award in the category of Most Innovative Research for "Lest We Remember: Cold Boot Attacks on Ecryption Keys," 2008<br>- Princeton University Charlotte Elizabeth Procter Honorific Fellowship, 2007–2008<br>- National Science Foundation Graduate Fellow, 2004–2007<br>- Princeton Computer Science Department Fellowship, 2003–2004<br>- Best Paper Award of the 8th International Conference on 3D Web Technology for "Early Experiences with a 3D Model Search Engine," 2003<br>- Phi Beta Kappa, 2003; Sigma Xi, 2003<br>- Princeton Computer Science Department Senior Award, 2003<br>- Accenture Prize in Computer Science, 2002<br>- Martin A. Dale Summer Award, 2000<br>- USA Computing Olympiad National Finalist, 1996 and 1997 |

**ELYSIUM**
**DIGITAL**

telephone 617-621-3100

Ten Canal Park, First Floor
Cambridge, MA 02141
www.elys.com

fax 617-621-3113

| | |
|---|---|
| **Service:** | • Founding member, Princeton Center for Information Technology Policy.<br>• Appointed expert witness on voting security by the N.J. Public Advocate.<br>• Served as a technical consultant to the U.S. Federal Trade Commission on DRM.<br>• Appointed expert witness on DRM by the Electronic Frontier Foundation.<br>• Numerous posts to the Freedom to Tinker technology policy weblog. |
| **Program Committees:** | • 2010 ACM Conference on Computer and Communications Security (CCS 10)<br>• USENIX/ACCURATE/IAVOSS Electronic Voting Technology Workshop (EVT10)<br>• USENIX Security Symposium (SEC 10)<br>• IEEE Symposium on Security and Privacy (Oakland 10)<br>• 2010 International World Wide Web Conference (WWW 10)<br>• 2009 ACM Conference on Computer and Communication Security (CCS 09)<br>• 2009 ACM Workshop on Digital Rights Management (DRM 09)<br>• 2009 ACM Workshop on Multimedia Security (MMS 09)<br>• 2009 USENIX Workshop on Offensive Technologies (WOOT 09)<br>• 2009 International World Wide Web Conference (WWW 09), security track<br>• 2008 ACM Conference on Computer and Communications Security (CCS 08)<br>• 2008 International World Wide Web Conference (WWW 08), security track<br>• 2008 ACM Workshop on Privacy in the Electronic Society (WPES 08) 2008<br>• USENIX/ACCURATE Electronic Voting Technology Workshop (EVT 08) |
| **Publications:** | • Scott Wolchok, Eric Wustrow, J. Alex Halderman, Hari K. Prasad, Arun Kankipati, Sai Krishna Sakhamuri, Vasavya Yagati, and Rop Gonggrijp. "Security Analysis of India's Electronic Voting Machines." To appear in Proc. 17th ACM Conference on Computer and Communications Security (CCS '10), Chicago, IL, October 2010.<br>• Scott Wolchok and J. Alex Halderman. "Crawling BitTorrent DHTs for Fun and Profit." To appear in Proc. 4th USENIX Workshop on Offensive Technologies (WOOT '10), Washington, DC, August 2010.<br>• Steve Ross, J. Alex Halderman, and Adam Finkelstein. "Sketcha: A Captcha Based on Line Drawings of 3D Models." In Proc. 19th International World Wide Web Conference (WWW '10), Raleigh, NC, April 2010.<br>• J. Alex Halderman. "To Strengthen Security, Change Developers' Incentives. In IEEE Security and Privacy, March/April 2010.<br>• Scott Wolchok, Owen S. Hofmann, Nadia Heninger, Edward W. Felten, J. Alex Halderman, Christopher J. Rossbach, Brent Waters, and Emmett Witchel. "Defeating Vanish with Low-Cost Sybil Attacks Against Large DHTs." In Proc. 17th Network and Distributed System Security Symposium (NDSS '10), San Diego, CA, February-March 2010.<br>• Steve Checkoway, Ariel J. Feldman, Brian Kantor, J. Alex Halderman, Edward W. Felten, and Hovav Shacham. "Can DREs Provide Long-Lasting Security? The Case of Return-Oriented Programming and the AVC Advantage." In Proc. 2009 USENIX/ACCURATE/IAVoSS Electronic Voting Technology Workshop (EVT '09), Montreal, QC, August 2009.<br>• Scott Wolchok, Randy Yao, and J. Alex Halderman. "Analysis of the Green Dam Censorware System." Technical Report, June 2009. |

# ELYSIUM
## DIGITAL

telephone 617-621-3100

Ten Canal Park, First Floor
Cambridge, MA 02141
www.elys.com

fax 617-621-3113

- William Clarkson, Tim Weyrich, Adam Finkelstein, Nadia Heninger, J. Alex Halderman, and Edward W. Felten. "Fingerprinting Blank Paper Using Commodity Scanners." In Proc. 30th IEEE Symposium on Security and Privacy (Oakland '09), pages 301-314, Oakland, CA, May 2009.
- J. Alex Halderman, Seth D. Schoen, Nadia Heninger, William Clarkson, William Paul, Joseph A. Calandrino, Ariel J. Feldman, Jacob Appelbaum, and Edward W. Felten. "Lest We Remember: Cold Boot Attacks on Encryption Keys." Proc. 17th USENIX Security Symposium, San Jose, CA, July 2008.
- J. Alex Halderman, Eric Rescorla, Hovav Shacham, and David Wagner. "You Go to Elections with the Voting System You Have: Stop-Gap Mitigations for Deployed Voting Systems." Proc. 2008 USENIX/ACCURATE Electronic Voting Technology Workshop (EVT 08), San Jose, CA, July 2008.
- Joseph A. Calandrino, J. Alex Halderman, and Edward W. Felten. "In Defense of Pseudorandom Sample Selection." Proc. 2008 SENIX/ACCURATE Electronic Voting Technology Workshop (EVT 08), San Jose, CA, July 2008.
- J. Alex Halderman and Brent Waters. "Harvesting verifiable challenges from oblivious online sources." In Proc. 14th ACM Conference on Computer and Communications Security (CCS 07), pages 330–341, Washington, DC, October 2007.
- Ariel Feldman, J. Alex Halderman, and Edward Felten. "Security analysis of the Diebold AccuVote-TS voting machine." In Proc. 2007 USENIX/ACCURATE Electronic Voting Technology Workshop (EVT 07), Boston, MA, August 2007.
- Joseph A. Calandrino, J. Alex Halderman, and Edward Felten. "Machine-assisted election auditing." In Proc. 2007 USENIX/ACCURATE Electronic Voting Technology Workshop (EVT 07), Boston, MA, August 2007.
- Joseph A. Calandrino, Ariel Feldman, J. Alex Halderman, David Wagner, Harlan Yu, and William Zeller. "Source code review of the Diebold voting system." California Secretary of State's "Top-to-Bottom" Voting Systems Review, August 2007.
- J. Alex Halderman and Edward Felten. "Lessons from the Sony CD DRM episode." In Proc. 15th USENIX Security Symposium, pages 77–92, Vancouver, BC, August 2006.
- Edward Felten and J. Alex Halderman. "Digital rights management, spyware, and security." IEEE Security and Privacy 4(1):18–23, January/February 2006.
- J. Alex Halderman, Brent Waters, and Edward Felten. "A convenient method for securely managing passwords." In Proc. 14th International World Wide Web Conference (WWW 05), pages 471–479, Chiba, Japan, May 2005.
- J. Alex Halderman, Brent Waters, and Edward Felten. "Privacy management for portable recording devices." In Proc. 2004 ACM Workshop on Privacy in the Electronic Society (WPES 04), pages 16–24, Washington, DC, October 2004.
- Brent Waters, Ari Juels, J. Alex Halderman, and Edward Felten. "New client puzzle outsourcing techniques for DoS protection." In Proc. 11th ACM Conference on Computer and Communications Security (CCS 04), pages 246–256, Washington, DC, October 2004.
- J. Alex Halderman. "Analysis of the MediaMax CD-3 copy-prevention system." Princeton University Computer Science Technical Report TR-679-03, October 2003.
- Patrick Min, J. Alex Halderman, Michael Kazhdan, and Thomas Funkhouser. "Early experiences with a 3D model search engine." In Proc. 8th International

# ELYSIUM
## DIGITAL

telephone 617-621-3100

Ten Canal Park, First Floor
Cambridge, MA 02141
www.elys.com

fax 617-621-3113

|  |  |
|---|---|
|  | Conference on 3D Web Technology (Web3D 03), pages 7–18, Saint Malo, France, March 2003. |
|  | • Thomas Funkhouser, Patrick Min, Michael Kazhdan, Joyce Chen, J. Alex Halderman, David Dobkin, and David Jacobs. "A search engine for 3D models." ACM Trans. Graph. 22(1):83–105, January 2003. |
|  | • J. Alex Halderman. "Evaluating new copy-prevention techniques for audio CDs." In Proc. 2002 ACM Workshop on Digital Rights Management (DRM 02), Washington, DC, November 2002. |
| **Press Coverage:** | • On e-voting topics: Fox News and CNN, CBS *Evening News*, *New York Times*, *LA Times*, *USA Today*, *Wall Street Journal*, *Washington Post*, *Newark Star-Ledger*, *Time*, *Fortune*, *MIT Tech Review*, *Harper's Index*, *NPR Science Friday*, *BBC World Service*, Slashdot.org, among others. |
|  | • On Digital Rights Management: MSNBC, CNBC, and MTV, *USA Today*, *New York Times*, *Washington Post*, *Boston Globe*, Reuters, *San Jose Mercury News*, *Newark Star-Ledger*, *New Scientist*, *Wired*, NPR, CNET, Slashdot.org, BoingBoing, among others. |