UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-20427-CIV-JORDAN

| | |
|---|---|
| DISNEY ENTERPRISES, INC. et al., | ) |
|     Plaintiffs | ) |
| vs. | ) |
| HOTFILE CORP. et al., | ) |
|     Defendants | ) |

**ORDER SETTING HEARING**

The Court will hold a status conference on the parties' sealed documents and stipulated protective order at 2.30 p.m. on Friday July 8, 2011, in Courtroom 10-1 of the Wilkie D. Ferguson, Jr. United States Courthouse, Miami, Florida.

DONE and ORDERED in chambers in Miami, Florida, this 23rd day of June, 2011.

_____
Adalberto Jordan
United States District Judge

Copies to:   All counsel of record