# EXHIBIT A

**http://**

Go Wayback!

## 19,546 URLs have been captured for this domain.

Show 50 entries                                                                 Filter results (i.e. '.txt'): .php

| URL ↑ | FROM | TO | CAPTURES | DUPLICATES | UNIQUES |
|---|---|---|---|---|---|
| hotfile.com/admin/actionlog.php | May 30, 2009 | May 30, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/actionlog_suspects.php | Jun 25, 2009 | Jun 25, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/cleanip.php | Jun 12, 2009 | Jun 12, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/daystats.php | Mar 29, 2009 | Mar 29, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/debts.php | Mar 28, 2009 | May 18, 2009 | 2 | 1 | 1 |
| hotfile.com/admin/delete.php | Apr 3, 2009 | Apr 3, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/downloads.php | Mar 29, 2009 | Mar 29, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/file.php | Mar 28, 2009 | Mar 28, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/files.php | Mar 28, 2009 | Mar 28, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/index.php | Mar 29, 2009 | Apr 4, 2009 | 2 | 1 | 1 |
| hotfile.com/admin/payments.php | Mar 27, 2009 | Mar 28, 2009 | 2 | 1 | 1 |
| hotfile.com/admin/premiumdownload. | Jun 11, 2009 | Jun 12, 2009 | 2 | 1 | 1 |

| URL | Date 1 | Date 2 | | | |
|---|---|---|---|---|---|
| hotfile.com/admin/premiumip.php | Jun 11, 2009 | Jun 11, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/resellers.php | Jun 21, 2009 | Jun 21, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/resellers_add.php | Jun 20, 2009 | Jun 20, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/resellers_payments.php | Jun 20, 2009 | Jun 20, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/sales.php | May 25, 2009 | May 25, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/sales_daily.php | May 25, 2009 | May 25, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/sells.php | May 25, 2009 | May 25, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/sells_daily.php | May 25, 2009 | May 25, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/serverstats.php | Mar 27, 2009 | Mar 27, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/sql/calendar.php | Apr 27, 2009 | Apr 27, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/sql/index.php | Mar 29, 2009 | Mar 29, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/stats.php | Apr 2, 2009 | Apr 12, 2009 | 2 | 1 | 1 |
| hotfile.com/admin/uploads.php | Mar 28, 2009 | May 10, 2009 | 2 | 1 | 1 |
| hotfile.com/admin/user.php | Mar 29, 2009 | May 18, 2009 | 2 | 1 | 1 |
| hotfile.com/admin/user_suspect.php | Jun 26, 2009 | Jun 26, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/user_suspected.php | Jun 26, 2009 | Jun 26, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/usercash.php | Apr 24, 2009 | Apr 24, 2009 | 1 | 0 | 1 |
| | Mar 27, 2009 | Mar 27, 2009 | 1 | 0 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| hotfile.com/admin/users.php | | | | | |
| hotfile.com/admin/users_suspect.php | Jun 26, 2009 | Jun 26, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/users_suspected.php | Jun 26, 2009 | Jun 26, 2009 | 1 | 0 | 1 |
| hotfile.com/admin/usertraffic.php | Jun 19, 2009 | Jun 19, 2009 | 1 | 0 | 1 |
| hotfile.com/captcha.php | Jun 24, 2009 | Jun 24, 2009 | 1 | 0 | 1 |
| hotfile.com/captcha.php?id=204843404&hash1=0eebf3f645eeebc07891e0d1b1f704cc89a89625 | Jan 2, 2010 | Jan 2, 2010 | 1 | 0 | 1 |
| hotfile.com/captcha.php?id=204846100&hash1=1e36ae662e3ecf00f02338f60cc53794e023d95e | Jan 2, 2010 | Jan 2, 2010 | 1 | 0 | 1 |
| hotfile.com/captcha.php?id=204846144&hash1=24706a2a67c1d9d2904557146e61baacb7b0aad9 | Jan 2, 2010 | Jan 2, 2010 | 1 | 0 | 1 |
| hotfile.com/captcha.php?id=204848542&hash1=a9917681d52bf0882c3917d0c45049e70f5bac69 | Jan 2, 2010 | Jan 2, 2010 | 1 | 0 | 1 |
| hotfile.com/captcha.php?id=204848551&hash1=a4d3fcca921d2cd04e8b8603cdbb623ba3f73721 | Jan 2, 2010 | Jan 2, 2010 | 1 | 0 | 1 |
| hotfile.com/captcha.php?id=204848567&hash1=175cf1550d3a11cb7cf542d017ae5ee5a23b02a1 | Jan 2, 2010 | Jan 2, 2010 | 1 | 0 | 1 |
| hotfile.com/captcha.php?id=204848592&hash1=543cb5583f62d8d247d4dcdc1cb989d56da78171 | Jan 2, 2010 | Jan 2, 2010 | 1 | 0 | 1 |
| hotfile.com/captcha.php?id=204848621&hash1=55742ad016ab6c66d155 | Jan 2, 2010 | Jan 2, 2010 | 1 | 0 | 1 |

| URL | | | | | |
|---|---|---|---|---|---|
| 683db5705d301b7d16ac | | | | | |
| hotfile.com/captcha.php?id=204848646&hash1=cf66a483101ed35065a644e49619425999d2c13f | Jan 2, 2010 | Jan 2, 2010 | 1 | 0 | 1 |
| hotfile.com/captcha.php?id=204848656&hash1=f66bf1da2504971af54c7a9767a0fe63d70049ae | Jan 2, 2010 | Jan 2, 2010 | 1 | 0 | 1 |
| hotfile.com/captcha.php?id=204848680&hash1=9ce6168b8ee88b7bf25da5de42bcf3440fdca3c6 | Jan 2, 2010 | Jan 2, 2010 | 1 | 0 | 1 |
| hotfile.com/captcha.php?id=204848709&hash1=f388270d393f5d7d09899afd68134baff42c0bc8 | Jan 2, 2010 | Jan 2, 2010 | 1 | 0 | 1 |
| hotfile.com/captcha.php?id=204848735&hash1=1dc0610ca40ca59bdc802d73fc9926c2d004c98b | Jan 2, 2010 | Jan 2, 2010 | 1 | 0 | 1 |
| hotfile.com/captcha.php?id=204848766&hash1=2d6218da706f1dbd5c8e0b2540df44e6e6b88fa1 | Jan 2, 2010 | Jan 2, 2010 | 1 | 0 | 1 |
| hotfile.com/captcha.php?id=204848776&hash1=0cfaf9061c85cd064307eb6bdcd70c02d01a02fb | Jan 2, 2010 | Jan 2, 2010 | 1 | 0 | 1 |
| hotfile.com/captcha.php?id=204848792&hash1=0f4b5b1e2eddda45bbcbbe26e4db14ff9978c69c | Jan 2, 2010 | Jan 2, 2010 | 1 | 0 | 1 |

Showing 1 to 50 of 320 entries (filtered from 19546 total entries)

First | Previous | 1 | 2 | 3 | 4 | 5 | Next | Last

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form.
Other projects include Open Library, nasaimages.org & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.