UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.

_____/

**PLAINTIFFS' NOTICE OF FILING REPLY DECLARATION OF DUANE C. POZZA
IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL RESPONSES TO REQUESTS
FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**

Plaintiffs hereby give notice of filing the attached Reply Declaration of Duane C. Pozza
in Support of Plaintiffs' Motion to Compel Responses to Requests for Production of Documents
and Interrogatories (DE 85).

Dated: June 24, 2011                          Respectfully submitted,

                                             By: /s/ Karen L. Stetson
                                             Karen L. Stetson
                                             GRAY-ROBINSON, P.A.
                                             1221 Brickell Avenue
                                             16th Floor
                                             Miami, Fl 33131
                                             Telephone: (305) 461-6880
                                             Facsimile:  (305) 461-6887

MOTION PICTURE ASSOCIATION
 OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone:  (818) 995-6600
Fax:  (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile:  (202) 639-6066

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th Day of June, 2011, I served the following

documents on all counsel of record on the attached service list via the Court's CM/ECF

filing system:

**Plaintiffs' Notice of Filing Reply Declaration of Duane C. Pozza in Support of Motion to Compel Responses to Requests for Production of Documents and Interrogatories**

I further certify that I am admitted to the United States Court for the Southern District of

Florida and certify that this certificate of Service was executed on this date at

Washington, D.C.

By: /s/ Karen L. Stetson
Karen L. Stetson

**SERVICE LIST**

**Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.**
**CASE NO. 11-CIV-20427-JORDAN**


FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and*
*Anton Titov*


RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and*
*Anton Titov*


BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and*
*Anton Titov*