# EXHIBIT E





**Q.** How to fetch files from other file hostings as RapidShare
**A.** Put as download URL: http://username:password@rapidshare.com/files/193082186/filename.rar Where username:password are your password to your RapidShare account

**Q.** No login, site only reloads.
**A.** Please activate the Java Script functionality of your browser.

**Q.** I uploaded files, but I can't see them?
**A.** Usually this will never happen, but in heavy rush hours there is sometimes a time lag and it can take up to dozen minutes before the file is ready for download.

**Q.** My files disappear?
**A.** Most probably we were received complain from copyright owner or other authority and thus remove your files.

**Q.** How to upload with FTP?
**A.** ftp.hotfile.com user: your hotfile username pass: your hotfile password You can upload and make folders, but cant rename,move files

**Q.** When downloading a video file, and the download button is clicked, instead of downloading the file it starts playing
**A.** Please check your media player settings and turn off auto play option.

**Q.** I try to pay with sms but have problems?
**A.** Please visit sms support page: http://service.smscoin.com/info/sms-help/

**Q.** How long does HotFile store my files?
**A.** Your files will be stored forever as long as you are a premium member. If you are a registered user without premium status, your files will be stored until at least 90 days after their last download.

**Q.** What are limitations on HotFile for the number of downloads or daily download traffic?
**A.** There aren't any limitations! All depends of the user connection speed, also there is restriction for free users: 15 minutes wait between each download

**Q.** I cannot open a downloaded file: It's corrupt or I get asked for a password, a program to open the file with, or a missing "codec"?
**A.** Please ask the person you received the file link from for details about the file format, required codecs or passwords. We have no way of finding them out for you.

**Q.** Which download managers can I use?
**A.** You may use any of the major accelerators, a few popular ones are: Speedget, Download Accelerator Plus, GetRight, FlashGet and GoZilla also try google file download manager.



**Q. I paid with Paypal but did not receive my username/password?**
A. Please check your mail, also "Junk" folder! If you can't find any mail from us - please send us your Paypal transaction ID and your email, registered with Paypal.

**Q. May I have multiple accounts on hotfile.com?**
A. We don't allow multiple accounts for one user. If we found such an accounts they will be deleted.

**Q. My account was hacked?**
A. You must keep secure your account information. Any mails about hacked accounts, changed information and so on will be ignored! It is your responsibility to keep your account information safe!

**Q. I think there is problem with downloads statistic**
A. In "My Files" we show all downloads, in "My Stats" we show only paid downloads (downloads from countries mentioned in our Affiliate section)

**Q. Important Notice**
A. All users who post links in sites / forums without following respective rules (spamming, flooding and etc) will be suspended and their accounts will be closed!

**Q. How can I rename, copy, delete, move my files?**
A. You can do this easy with our File Manager - log in to your account and go for "File Manager"

**Q. How can I create list with all files in folder?**
A. You can do it with our File Manager - for each your directory you will find "Get link" option. Click it and you will get url of page, containing all your files in this directory.

**Q. Affiliates: How do I become platinum member / raise my rank?**
A. Essentially to reach a higher status your links should sell more premium accounts. Here are few tips that may help you to obtain a higher rank and eventually reach platinum status:

- Try to post files from hotfile.com only. Using another file hosting service for the same files allows users to simultaneously download from different sites and they have less incentive to buy premium.
- Switching to different file hosting services every other day hurts your rank - that way people are less willing to buy a premium account, as they will need multiple premium accounts from different services to get all the content and that is more expensive.
- Upload files only if you intent to promote them. Used server space is also accounted when your rank is considered.
- Put more effort into bringing more visitors to download your files, rather than to upload more files. If you upload 10Gb of files everyday just to have every file downloaded just few times you are going to be stuck with Copper.
- Post only on reliable resources. Posting on sites that have popups, try to install trojans or similar stuff hurts your performance and you lose rank.

**Q. May I resell Premium accounts?**
A. Sure you can. Check out our Reseller Program for more information.

