# EXHIBIT F



# News

### Policy of Terminating Accounts - Update
2011-02-19

Hotfile.com has always maintained a policy of terminating the accounts of users found to have engaged in repeated copyright infringement.
Our Terms of Service, to which all users must agree, prohibit using Hotfile.com to share content to which users do not have intellectual property rights. Recently, we have become concerned that despite these policies, some users persist in attempting to use Hotfile.com to share materials to which they do not have the necessary rights. Therefore, we have implemented a more aggressive policy of terminating the accounts of users who are the subject of repeated complaints of infringement.

**Please ensure that you have all necessary rights to any content that you share with others using Hotfile.com.**

### New paid download country was added - CHINA
2011-02-01

Starting from today we added **China** to our paid download countries list.

For full country list and more information please visit our Affiliate page

### Promo action will be ended on 10 Jan 2011
2011-01-05

Our Christmas promo action with bonus months added **will be ended on 10 Jan 2011**, so if you want to get additional months as bonus hurry up and get/extend your premium account - http://hotfile.com/premium.html

### New paid download country were added
2011-01-03

Starting from today we added **Croatia, Hong Kong, Argentina and Israel** to our paid download countries list.

For full country list and more information please visit our Affiliate page

### Happy New 2011 Year
2011-01-01

**Happy New Year to all our users!
Wish you all the best!**

Our Christmas promo action with bonus months added **will be ended on 10 Jan 2011**, so if you want to get additional months as bonus hurry up and get/extend your premium account - http://hotfile.com/premium.html

Hotfile.com

Browse:   1 | 2 | 3 | ... | 9 | 10   Next

Home   |   Premium   |   Report Abuse   |   Imprint   |   File Checker   |   Reseller   |   Contacts

Copyright © 2008-2011 hotfile.com, All Rights Reserved.        Privacy Policy   |   Intellectual Property Policy   |   Terms of Service