UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-20427-CIV-JORDAN

| | |
|---|---|
| DISNEY ENTERPRISES, INC. et al., | ) |
| Plaintiffs | ) |
| vs. | ) |
| HOTFILE CORP. et al., | ) |
| Defendants | ) |

### ORDER

The parties' joint motion to modify the discovery deadlines [D.E. 69] is DENIED WITHOUT PREJUDICE. The parties may file a renewed motion once the case passes the pleading stage.

DONE and ORDERED in chambers in Miami, Florida, this 27th day of June, 2011.

_____
Adalberto Jordan
United States District Judge

Copies to:   All counsel of record