(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT

**Sealed**

## Southern District of Florida

Case Number: 11-20427-JORDAN

Disney Enterprises, Inc., et al.

Plaintiff

v.

Hotfile Corp., Anton Titov, and
Does 1-10

Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Karen L. Stetson, Esq.

Address: Gray-Robinson, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131

Telephone: (305) 461-6880

On behalf of (select one):  ☒ Plaintiff    ☐ Defendant

Date sealed document filed: _____

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: __68__

The matter should remain sealed until:

☐ Conclusion of Trial                    ☐ Arrest of First Defendant
☒ Case Closing                          ☐ Conclusion of Direct Appeal
☐ Other: _____
☐ Permanently. Specify the authorizing law, rule, court order: _____

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file         ☐ Destroyed

☒ Returned to the party or counsel for the party, as identified above

1. Plaintiffs' Reply Memorandum in Support of Motion to Compel Responses to Requests for Production and Interrogatories (unredacted version)

2. Exhibit I to Reply Declaration of Duane C. Pozza in Support of Plaintiffs' Motion to Compel Responses to Requests for Production and Interrogatories, consisting of documents produced by defendants in this case

_Karen L. Stetson_
Attorney for Plaintiffs