UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

   *Defendants*.
_____/

**[PROPOSED] ORDER GRANTING PLAINTIFFS' AND THE MPAA'S MOTION
TO AUTHORIZE USE OF CATEGORICAL PRIVILEGE LOGS**

Upon consideration of Plaintiffs' and the MPAA's Motion to Authorize Use of Categorical Privilege Logs, and all of the papers submitted in support thereof, Plaintiffs' motion is GRANTED. It is hereby ORDERED that Plaintiffs and the MPAA are authorized to submit their privilege log(s) in this action in the form of categories describing the documents withheld as privileged and/or as attorney work product.

IT IS SO ORDERED.


Dated _____, 2011.

_____
United States District Court Judge