UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

FILED by _____ D.C.

JUL 06 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

Sealed

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

## PLAINTIFFS' AND THE MPAA'S MOTION
## TO FILE DOCUMENTS UNDER SEAL

Plaintiffs and nonparty the Motion Picture Association of America, Inc. ("MPAA"), by and through undersigned counsel and pursuant to Local Rule 5.4, file this Motion to File Documents Under Seal as follows:

1. The documents are described as follows: 1) Plaintiffs' and the MPAA's Motion to Authorize Use of Categorical Privilege Logs and; 2) Declaration of Luke C. Platzer in Support of Plaintiffs' and the MPAA's Motion to Authorize Use of Categorical Privilege Logs.

2. The documents should remain sealed until the conclusion of this case. Upon expiration of the sealing period, the sealed documents should be returned to Plaintiffs' counsel.

3. This motion is filed pursuant to ¶ 16 of the Stipulated Protective Order entered by this court on May 19, 2011, which provides that parties filing any materials with the Court that have been designated as "Confidential" or "Highly Confidential" "shall seek to file such material

61786.1

Case 1:11-cv-20427-KMW   Document 96   Entered on FLSD Docket 07/13/2011   Page 2 of 6

under seal pursuant to Local Rule 5.4 ...." Plaintiffs' and the MPAA's Motion to Authorize Use of Categorical Privilege Logs and the Declaration of Luke C. Platzer in support thereof discloses information that has been designated Confidential by Plaintiffs and the MPAA.

4. Counsel for Plaintiffs and the MPAA have conferred with counsel for Defendants, who do not oppose this Motion. Counsel for Defendants have stated that "[w]hile Defendants do not agree that any of the redacted information is confidential, to avoid needless disputes, they do not oppose this request to file under seal."

61786.1

Dated: July 6, 2011

Respectfully submitted,

By: _____
For:
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, Fl 33131
Telephone: (305) 461-6880
Facsimile: (305) 461-6887

MOTION PICTURE ASSOCIATION
OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone: (818) 995-6600
Fax: (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for Plaintiffs*

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that, pursuant to Local Rule 7.1(a)(3), U.S. District Court for the Southern District of Florida, counsel for Plaintiffs have conferred with counsel for Defendants Hotfile Corp. and Anton Titov in a good faith effort to resolve the issues raised in this Motion, and that counsel for Defendants do not oppose this Motion, as indicated in Paragraph 4 of the Motion.

Dated: July 6, 2011

By: /s/ Karen L. Stetson

GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305-416-6880
Fax: 305-416-6887

MOTION PICTURE ASSOCIATION
OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Phone: 202-639-6000
Fax: 202-639-6066

*Attorneys for Plaintiffs*

61786.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th Day of July, 2011, I served the following documents on all counsel of record on the attached service list via their email address(es) pursuant to the parties' service agreement:

Plaintiffs' and the MPAA's Motion to File Documents Under Seal and unredacted versions of Plaintiffs' and the MPAA's Motion to Authorize Use of Categorical Privilege Logs and the Declaration of Luke C. Platzer in Support thereof.

By: _____
For: Karen L. Stetson

## SERVICE LIST

### Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
### CASE NO. 11-CIV-20427-JORDAN

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA 94104
Phone: 415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL 33134
Phone: 305-476-7101
Fax: 305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

6

61786.1