(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 11-20427-JORDAN

Disney Enterprises, Inc. et al.

Plaintiff

v.

Hotfile Corp., Anton Titov, and Does 1-10

Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Karen L. Stetson, Esq.
Address: Gray-Robinson, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131
Telephone: (305) 461-6880

On behalf of (select one): ☒ Plaintiff    ☐ Defendant

Date sealed document filed: _____

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 68

The matter should remain sealed until:

☐ Conclusion of Trial
☒ Case Closing
☐ Other: _____
☐ Permanently. Specify the authorizing law, rule, court order:
☐ Arrest of First Defendant
☐ Conclusion of Direct Appeal

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file
☒ Returned to the party or counsel for the party, as identified above
☐ Destroyed

1. Plaintiffs' and the MPAA's Motion to Authorize Use of Categorical Privilege Logs (unredacted version); and

2. Declaration of Luke C. Platzer in Support of Plaintiffs' and the MPAA's Motion to Authorize Use of Categorical Privilege Logs (unredacted version).

_____ for Karen Stetson

Phillippe Devé   Attorney for Plaintiffs
FBN 998419