Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants.*
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFFS' AND THE MPAA'S MOTION TO FILE DOCUMENTS UNDER SEAL

Upon consideration of Plaintiffs' and the MPAA's Motion to File Documents Under Seal, and all of the papers submitted in support thereof, Plaintiffs' and the MPAA's request to file documents under seal is GRANTED.

1. It is hereby ORDERED that Plaintiffs and the MPAA be permitted to file the following documents under seal and that the following documents remain under seal until the conclusion of the case:

    a. Plaintiffs' and the MPAA's Motion to Authorize Use of Categorical Privilege Logs (unredacted version); and

    b. Declaration of Luke C. Platzer in Support of Plaintiffs' and the MPAA's Motion to Authorize Use of Categorical Privilege Logs (unredacted version).

61781.1

IT IS SO ORDERED.

Dated _____, 2011.

_____
United States District Court Judge