UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 11-20427-CIV-JORDAN

| | |
|---|---|
| DISNEY ENTERPRISES, INC. et al., | ) |
| Plaintiffs | ) ) ) |
| vs. | ) ) |
| HOTFILE CORP. et al., | ) ) |
| Defendants | ) ) |

**ORDER**

The plaintiffs' motions to file documents under seal [D.E. 75, 78, 89] are GRANTED, but they shall file redacted versions in the public record as indicated at the last hearing.

DONE and ORDERED in chambers in Miami, Florida, this 13th day of July, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record