UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

## JOINT PROPOSED SCHEDULING ORDER

The parties having submitted their Fed. R. Civ. P. 26(f) and Local Rule 16.1 Report, it is hereby Ordered that:

1. This case is assigned to the Standard Track.

2. All motions to join additional parties or amend the pleadings shall be filed no later than September 15, 2011.

3. The parties will make expert disclosures under Fed. R. Civ. 26(a)(2) and Local Rule 16.1(k) by October 28, 2011.

4. The parties will exchange rebuttal expert reports by December 2, 2011.

5. The parties shall complete discovery by December 23, 2011.

6. Each party may bring a motion for summary judgment on any grounds by January 23, 2012.

7. All discovery prior to the discovery cut-off date shall be limited to discovery relevant to liability, and discovery related only to damages shall be postponed until such time as the Court has the opportunity to conduct a status conference, following the Court's ruling on all summary judgment motions on liability. The parties shall meet and confer following resolution of all motions for summary judgment on liability, and submit a joint report to the Court with their proposal(s) for proceeding within fourteen days of the Court's decision of the last such motion.

8. [Plaintiffs' proposal: Summary judgment motions on liability may be filed and resolved based on a sample of works that Plaintiffs allege to have been infringed and identified in Exhibit A to the Plaintiffs' complaint, or a smaller subset of those works as the parties stipulate. Discovery regarding all other works alleged to be infringed is deferred until after the Court has ruled on all summary judgment motions on liability.]

9. [Defendants' proposal: Each party may bring a motion for summary judgment regarding application of the DMCA "safe harbor." In accordance with S.D. Fla. L.R. 7.1.C.2, each party, may thereafter file one additional summary judgment motion on any remaining grounds by January 23, 2012.]

10. All pretrial motions shall be filed no later than _____.

11. All pretrial motions shall by resolved by the Court no later than _____..

12. A pretrial conference shall be held on _____.

13. Trial shall commence on _____.

2

CASE NO. 11-20427-JORDAN

DONE and ORDERED in Chambers, in Miami, Florida, this _____ day of _____, 2011.

_____
Hon. Adalberto Jordan
United States District Court Judge