UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 11-20427-CIV-JORDAN

| | |
|---|---|
| DISNEY ENTERPRISES, INC. et al., | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) |
| HOTFILE CORP. et al., | ) ) |
| Defendants | ) |
| _____ | ) |

### ORDER

The parties' joint motion for an extension of time for the parties to file selected motions to compel and for defendants to answer the complaint [D.E. 100] is GRANTED IN PART. The parties shall file their motions to compel on or before August 3, 2011. The defendants shall answer the complaint on or before August 22, 2011. No further extensions shall be granted.

DONE and ORDERED in chambers in Miami, Florida, this 21st day of July, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record