UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

**PLAINTIFFS' NOTICE OF FILING DECLARATION OF LUKE C. PLATZER IN SUPPORT OF PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER REGARDING PLAINTIFFS' ANTIPIRACY INVESTIGATIONS AND ENFORCEMENT PROCEDURES**

Plaintiffs hereby give notice of filing the attached Declaration of Luke C. Platzer in Support of Plaintiffs' Motion For a Protective Order Regarding Plaintiffs' Antipiracy Investigations and Enforcement Procedures.

Dated: July 22, 2011                              Respectfully submitted,

                                                  By: /s/ Karen L. Stetson
                                                  Karen L. Stetson
                                                  GRAY-ROBINSON, P.A.
                                                  1221 Brickell Avenue
                                                  16th Floor
                                                  Miami, Fl 33131
                                                  Telephone: (305) 461-6880
                                                  Facsimile:  (305) 461-6887


MOTION PICTURE ASSOCIATION                        JENNER & BLOCK LLP
 OF AMERICA, INC.                                 Steven B. Fabrizio (*Pro Hac Vice*)
Karen R. Thorland (*Pro Hac Vice*)                Duane C. Pozza (*Pro Hac Vice*)
15301 Ventura Blvd.                               Luke C. Platzer (*Pro Hac Vice*)
Building E                                        1099 New York Ave., N.W.
Sherman Oaks, CA 91403                            Suite 900
Phone:  (818) 995-6600                            Washington, DC 20001
Fax:  (818) 285-4403                              Telephone: (202) 639-6000
                                                  Facsimile:  (202) 639-6066

                                                  *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22d Day of July, 2011, I served the following documents on all counsel of record on the attached service list via the Court's CM/ECF filing system:

**Plaintiffs' Notice of Filing Declaration of Luke C. Platzer in Support of Plaintiffs' Motion For a Protective Order Regarding Plaintiffs' Antipiracy Investigations and Enforcement Procedures**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this certificate of Service was executed on this date at Miami, FL.

By: /s/ Karen L. Stetson
Karen L. Stetson

## SERVICE LIST

### Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
### CASE NO. 11-CIV-20427-JORDAN

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*