# EXHIBIT 5

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
для
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., ET AL<br>*Plaintiff*<br>v.<br>HOTFILE CORP., ET AL<br>*Defendant* | Civil Action No. 11-20427-JORDAN<br><br>(If the action is pending in another district, state where:<br>Southern District of Florida) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:
   MiMTiD Corp.
   c/o Robert Gilmore (Registered Agent), 120 Benning Drive, Suite 100, Destin, FL 32541

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
See Schedule A attached hereto and incorporated herein.

| Place:<br>Sandestin Conference Tech, 9375 US Highway 98 W, Destin, FL 32541 | Date and Time:<br>6/13/11 5:00 p.m. EDT |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

   The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: June 1, 2011

                        CLERK OF COURT
                                                OR    _____
_____                              *Attorney's signature*
*Signature of Clerk or Deputy Clerk*                   Janel Thamkul

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Hotfile Corp. & Anton Titov
_____, who issues or requests this subpoena, are:
Janel Thamkul, Esq., Farella Braun & Martel, LLP, 235 Montgomery Street, 18th Floor, San Francisco, CA 94104
Telephone: (415) 954-4400, Facsimile: (415) 954-4480, Email: jthamkul@fbm.com