EXHIBIT 6

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., ET AL <br> *Plaintiff* <br> v. <br> HOTFILE CORP., ET AL <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 11-20427-JORDAN

(If the action is pending in another district, state where:
Southern District of Florida)

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:
   BayTSP, Inc.
   Leland Woo
   c/o Osama Hussain, P.O. Box 1314, Los Gatos, CA 95031-1314

   Agent for process of service:  Osama Anwar Hussain, 131-A Albright Way, Los Gatos, CA

   ☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
See Schedule A attached hereto and incorporated herein.

| Place: <br> Bell & Myers, 2055 Junction Avenue, Suite 200, San Jose, CA 95131 | Date and Time: <br> 6/10/11 5:00 p.m. PDT |
|---|---|

   ☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

   The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: May 27, 2011

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ <br> *Signature of Clerk or Deputy Clerk* | | _____ <br> *Attorney's signature* <br> Janel Thamkul |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Hotfile Corp. & Anton Titov
_____, who issues or requests this subpoena, are:
Janel Thamkul, Esq., Farella Braun & Martel, LLP, 235 Montgomery Street, 18th Floor, San Francisco, CA 94104
Telephone:  (415) 954-4400, Facsimile:  (415) 954-4480, Email:  jthamkul@fbm.com

American LegalNet, Inc.
www.FormsWorkFlow.com