UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

   *Defendants*.
_____/

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL RESPONSES TO SUBPOENA TO THIRD PARTY LEMURIA COMMUNICATIONS, INC.

Upon consideration of Plaintiffs' Motion to Compel Responses to Subpoena to Third Party Lemuria Communications, Inc. ("Lemuria"), and all of the papers submitted in support thereof, Plaintiffs' request to compel responses is GRANTED. The Court finds that Lemuria should be ordered to produce responses to Requests Nos. 1(a), (b), and (d), 2(d) and (e), 4, 9, and 11 as requested in plaintiffs' motion, as follows.

It is hereby ORDERED that Lemuria shall produce:

a. All documents pertaining to Lemuria's relationship with the website accessible at www.hotfile.com ("Hotfile") as requested in Plaintiffs' Request No. 1, not limited to documents related to Lemuria's provision of hosting services to Hotfile, and including (1) all documents pertaining to communications with Defendants or any "Hotfile Entity" (defined to include Hotfile Corp., Hotfile, Ltd., or any other entity involved in the operation of Hotfile), (2) all documents pertaining to Lemuria's role

in operating Hotfile, and (3) all documents pertaining to any contracts, agreements, undertakings, or understandings pertaining to Defendants or Hotfile;

b. All documents pertaining to Lemuria's relationship with any Hotfile Entity as requested in Plaintiffs' Request No. 2, not limited to Lemuria's provision of hosting services to Hotfile, and including (1) all documents pertaining to any agreements, contracts, undertakings, or understandings between Lemuria and any Hotfile Entity and (2) all documents pertaining to any and all financial arrangements, revenue sharing, and accountings between Lemuria and any Hotfile Entity, including any revenue, income, funds, or other valuable consideration exchanged between Lemuria and any Hotfile Entity;

c. Documents sufficient to show each service Lemuria provides to any person other than Defendants or any Hotfile Entity, in response to Plaintiffs' Request No. 4;

d. All documents pertaining to meetings of Lemuria's board of directors or other governing body as requested in Plaintiffs' Request No. 9, not limited to Lemuria's provision of hosting services to Hotfile, and including documents sufficient to show (1) the name and title of every individual attending each meeting; (2) the agenda for each meeting; (3) the date and time of each meeting; (4) the place of each meeting; and (5) all minutes or any notes pertaining to each meeting; and

e. Documents sufficient to show all income received by Lemuria, directly or indirectly, in connection with Hotfile, Defendants, or any Hotfile Entity, in response to Plaintiffs' Request No. 11.

IT IS SO ORDERED.

Dated _____, 2011.

_____
United States District Court Judge