# EXHIBIT B

# Electronic Articles of Incorporation
# For

LEMURIA COMMUNICATIONS INC.

P09000085335
FILED
October 15, 2009
Sec. Of State
rdunlap

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
   LEMURIA COMMUNICATIONS INC.

## Article II
The principal place of business address:
   PROUCHVANE
   13D/22
   PERNIK, --. BG  2300

The mailing address of the corporation is:
   PROUCHVANE
   13D/22
   PERNIK, --. BG  2300

## Article III
The purpose for which this corporation is organized is:
   ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
   1000

## Article V
The name and Florida street address of the registered agent is:
   INCORPORATE NOW  INC.
   110 E. BROWARD BLVD.
   SUITE 1700
   FORT LAUDERDALE, FL.   33301

I certify that I am familiar with and accept the responsibilities of registered agent.

P09000085335
FILED
October 15, 2009
Sec. Of State
rdunlap

Registered Agent Signature:   CONSTANTIN LUCHIAN

## Article VI

The name and address of the incorporator is:

>CONSTANTIN LUCHIAN
>110 E. BROWARD BLVD.
>SUITE 1700
>FORT LAUDERDALE, FL 33301

Incorporator Signature:   CONSTANTIN LUCHIAN

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

>Title:   P
>ANTON  TITOV
>PROUCHVANE 13D/22
>PERNIK, --.   2300  BG

## Article VIII

The effective date for this corporation shall be:

>10/15/2009