# EXHIBIT D

# P09000085335

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



80016178396B



FILED 2009 OCT 20 AM 11:09 SECRETARY OF STATE TALLAHASSEE, FLORIDA

prin & mailing
address change
AL
10/20/09

**Ramsey, Annette**

**From:** Constantin Luchian [cl@incorporatenow.com]
**Sent:** Tuesday, October 20, 2009 9:44 AM
**To:** Ramsey, Annette
**Subject:** Address change for Lemuria Communications Inc.

Hello,

Could you please change the Principal Address and Mailing Address of Lemuria Communications Inc. (Document Number: P09000085335) to the following:

401 E. Las Olas Blvd.
Suite 130-508
Fort Lauderdale, FL 33301

Thank you,

Constantin Luchian
InCorporate Now Inc.
110 E Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
cluchian @ incorporatenow.com
Office: 954.237.3587
Fax: 954.302.2771

FILED 2009 OCT 20 AM 11:09 SECRETARY OF STATE TALLAHASSEE, FLORIDA

10/20/2009