# EXHIBIT F



| cust_first_name | cust_last_name | prmry_email_addr | busn_svc_email | busn_name | TRANS_ID | CUST_ID | TRANS_TYPE | TRANS_USD_AMT | TRANS_LOCAL_CURNCY_AMT | CURNCY_CODE | TRANS_STATUS | TRANS_CRTD_DATE | TRANS_PRCSD_DATE | bank_account_id(database key) | bank_name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 32698502291.00 | | A | | | USD | S | 11/2/2009 | 11/3/2009 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 33248643628.00 | | A | | | USD | S | 11/23/2009 | 11/24/2009 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 33483014442.00 | | A | | | USD | S | 12/1/2009 | 12/2/2009 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 33772784609.00 | | A | | | USD | S | 12/9/2009 | 12/10/2009 | | J.P. MORGAN CHASE BANK, N.A. |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 33772811373.00 | | A | | | USD | S | 12/9/2009 | 12/10/2009 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 34021405649.00 | | A | | | USD | S | 12/17/2009 | 12/18/2009 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 34388541513.00 | | A | | | USD | S | 1/1/2010 | 1/2/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 34388551802.00 | | A | | | USD | S | 1/1/2010 | 1/2/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 34388555754.00 | | A | | | USD | S | 1/1/2010 | 1/2/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 34388564769.00 | | A | | | USD | S | 1/1/2010 | 1/2/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 34671514842.00 | | A | | | USD | S | 1/12/2010 | 1/13/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 34671523135.00 | | A | | | USD | S | 1/12/2010 | 1/13/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 34671530864.00 | | A | | | USD | S | 1/12/2010 | 1/13/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 34671537800.00 | | A | | | USD | S | 1/12/2010 | 1/13/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 34928416192.00 | | A | | | USD | S | 1/21/2010 | 1/22/2010 | | J.P. MORGAN CHASE BANK, N.A. |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 35463123916.00 | | A | | | USD | S | 2/9/2010 | 2/10/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 35527043971.00 | | A | | | USD | S | 2/11/2010 | 2/12/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 35527055348.00 | | A | | | USD | S | 2/11/2010 | 2/12/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 35527063934.00 | | A | | | USD | S | 2/11/2010 | 2/12/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 35527080624.00 | | A | | | USD | S | 2/11/2010 | 2/12/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 35527097278.00 | | A | | | USD | S | 2/11/2010 | 2/12/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 35743224363.00 | | A | | | USD | S | 2/19/2010 | 2/20/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 35743231558.00 | | A | | | USD | S | 2/19/2010 | 2/20/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 35743241204.00 | | A | | | USD | S | 2/19/2010 | 2/20/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 36148229896.00 | | A | | | USD | S | 3/5/2010 | 3/6/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 36148235279.00 | | A | | | USD | S | 3/5/2010 | 3/6/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 36148240575.00 | | A | | | USD | S | 3/5/2010 | 3/6/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 36148245258.00 | | A | | | USD | S | 3/5/2010 | 3/6/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 36525039901.00 | | A | | | USD | S | 3/18/2010 | 3/19/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 36525047574.00 | | A | | | USD | S | 3/18/2010 | 3/19/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 36525054651.00 | | A | | | USD | S | 3/18/2010 | 3/19/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 36525061993.00 | | A | | | USD | S | 3/18/2010 | 3/19/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 37214836927.00 | | A | | | USD | S | 4/12/2010 | 4/13/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 37214853917.00 | | A | | | USD | S | 4/12/2010 | 4/13/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 37214863748.00 | | A | | | USD | S | 4/12/2010 | 4/13/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 37214872972.00 | | A | | | USD | S | 4/12/2010 | 4/13/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 37799698711.00 | | A | | | USD | S | 5/3/2010 | 5/4/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 37799708197.00 | | A | | | USD | S | 5/3/2010 | 5/4/2010 | | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 37799886738.00 | | A | | | USD | S | 5/3/2010 | 5/4/2010 | | Bank of America |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 37799896795.00 | ███ | A | ███ | ███ | USD | S | 5/3/2010 | 5/4/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 37799906084.00 | ███ | A | ███ | ███ | USD | S | 5/3/2010 | 5/4/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 38257460964.00 | ███ | A | ███ | ███ | USD | S | 5/19/2010 | 5/20/2010 | ███ | J.P. MORGAN CHASE BANK, N.A. |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 38257472596.00 | ███ | A | ███ | ███ | USD | S | 5/19/2010 | 5/20/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 38257478616.00 | ███ | A | ███ | ███ | USD | S | 5/19/2010 | 5/20/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 38257483929.00 | ███ | A | ███ | ███ | USD | S | 5/19/2010 | 5/20/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 38257489857.00 | ███ | A | ███ | ███ | USD | S | 5/19/2010 | 5/20/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 38603048653.00 | ███ | A | ███ | ███ | USD | S | 6/1/2010 | 6/2/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 38603069323.00 | ███ | A | ███ | ███ | USD | S | 6/1/2010 | 6/2/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 38603091658.00 | ███ | A | ███ | ███ | USD | S | 6/1/2010 | 6/2/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 38603114191.00 | ███ | A | ███ | ███ | USD | S | 6/1/2010 | 6/2/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 38603148393.00 | ███ | A | ███ | ███ | USD | S | 6/1/2010 | 6/2/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 38890581911.00 | ███ | A | ███ | ███ | USD | S | 6/11/2010 | 6/12/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 38890589044.00 | ███ | A | ███ | ███ | USD | S | 6/11/2010 | 6/12/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 38890597307.00 | ███ | A | ███ | ███ | USD | S | 6/11/2010 | 6/12/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 38890606411.00 | ███ | A | ███ | ███ | USD | S | 6/11/2010 | 6/12/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 38890613086.00 | ███ | A | ███ | ███ | USD | S | 6/11/2010 | 6/12/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 39317417781.00 | ███ | A | ███ | ███ | USD | S | 6/27/2010 | 6/28/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 39317423933.00 | ███ | A | ███ | ███ | USD | S | 6/27/2010 | 6/28/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 39317429963.00 | ███ | A | ███ | ███ | USD | S | 6/27/2010 | 6/28/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 39317435997.00 | ███ | A | ███ | ███ | USD | S | 6/27/2010 | 6/28/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 39317448226.00 | ███ | A | ███ | ███ | USD | S | 6/27/2010 | 6/28/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 39510051561.00 | ███ | A | ███ | ███ | USD | S | 7/4/2010 | 7/5/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 39510057243.00 | ███ | A | ███ | ███ | USD | S | 7/4/2010 | 7/5/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 39510064539.00 | ███ | A | ███ | ███ | USD | S | 7/4/2010 | 7/5/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 39510070327.00 | ███ | A | ███ | ███ | USD | S | 7/4/2010 | 7/5/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 39510076308.00 | ███ | A | ███ | ███ | USD | S | 7/4/2010 | 7/5/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 39694822660.00 | ███ | A | ███ | ███ | USD | S | 7/11/2010 | 7/12/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 39694828441.00 | ███ | A | ███ | ███ | USD | S | 7/11/2010 | 7/12/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 39694840054.00 | ███ | A | ███ | ███ | USD | S | 7/11/2010 | 7/12/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 39694867284.00 | ███ | A | ███ | ███ | USD | S | 7/11/2010 | 7/12/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 39694874243.00 | ███ | A | ███ | ███ | USD | S | 7/11/2010 | 7/12/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 39895898395.00 | ███ | A | ███ | ███ | USD | S | 7/18/2010 | 7/19/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 39895912380.00 | ███ | A | ███ | ███ | USD | S | 7/18/2010 | 7/19/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 39895925218.00 | ███ | A | ███ | ███ | USD | S | 7/18/2010 | 7/19/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 39895965500.00 | ███ | A | ███ | ███ | USD | S | 7/18/2010 | 7/19/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 39896000749.00 | ███ | A | ███ | ███ | USD | S | 7/18/2010 | 7/19/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40042835808.00 | ███ | A | ███ | ███ | USD | S | 7/23/2010 | 7/24/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40042848306.00 | ███ | A | ███ | ███ | USD | S | 7/23/2010 | 7/24/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40042868444.00 | ███ | A | ███ | ███ | USD | S | 7/23/2010 | 7/24/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40042877941.00 | ███ | A | ███ | ███ | USD | S | 7/23/2010 | 7/24/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40042884992.00 | ███ | A | ███ | ███ | USD | S | 7/23/2010 | 7/24/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40179068763.00 | ███ | A | ███ | ███ | USD | S | 7/28/2010 | 7/29/2010 | ███ | J.P. MORGAN CHASE BANK, N.A. |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40179080287.00 | ███ | A | ███ | ███ | USD | S | 7/28/2010 | 7/29/2010 | ███ | J.P. MORGAN CHASE BANK, N.A. |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40179091112.00 | ███ | A | ███ | ███ | USD | S | 7/28/2010 | 7/29/2010 | ███ | J.P. MORGAN CHASE BANK, N.A. |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40179104475.00 | ███ | A | ███ | ███ | USD | S | 7/28/2010 | 7/29/2010 | ███ | J.P. MORGAN CHASE BANK, N.A. |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40179116501.00 | ███ | A | ███ | ███ | USD | S | 7/28/2010 | 7/29/2010 | ███ | J.P. MORGAN CHASE BANK, N.A. |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40524351804.00 | ███ | A | ███ | ███ | USD | S | 8/9/2010 | 8/10/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40524363892.00 | ███ | A | ███ | ███ | USD | S | 8/9/2010 | 8/10/2010 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40524381829.00 | ███ | A | ███ | ███ | USD | S | 8/9/2010 | 8/10/2010 | ███ | J.P. MORGAN CHASE BANK, N.A. |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40524396531.00 | ███████ | A | ██████ | USD | S | 8/9/2010 | 8/10/2010 | ████████ | J.P. MORGAN CHASE BANK, N.A. |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40524423487.00 | ███████ | A | ██████ | USD | S | 8/9/2010 | 8/10/2010 | ████████ | J.P. MORGAN CHASE BANK, N.A. |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40610356795.00 | ███████ | A | ██████ | USD | S | 8/12/2010 | 8/13/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40610365988.00 | ███████ | A | ██████ | USD | S | 8/12/2010 | 8/13/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40610378547.00 | ███████ | A | ██████ | USD | S | 8/12/2010 | 8/13/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40610387652.00 | ███████ | A | ██████ | USD | S | 8/12/2010 | 8/13/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40610401747.00 | ███████ | A | ██████ | USD | S | 8/12/2010 | 8/13/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40718392585.00 | ███████ | A | ██████ | USD | S | 8/16/2010 | 8/17/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40718400173.00 | ███████ | A | ██████ | USD | S | 8/16/2010 | 8/17/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40718407596.00 | ███████ | A | ██████ | USD | S | 8/16/2010 | 8/17/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40718415773.00 | ███████ | A | ██████ | USD | S | 8/16/2010 | 8/17/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40718423383.00 | ███████ | A | ██████ | USD | S | 8/16/2010 | 8/17/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40854092993.00 | ███████ | A | ██████ | USD | S | 8/20/2010 | 8/21/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40854110333.00 | ███████ | A | ██████ | USD | S | 8/20/2010 | 8/21/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40854119338.00 | ███████ | A | ██████ | USD | S | 8/20/2010 | 8/21/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40854129678.00 | ███████ | A | ██████ | USD | S | 8/20/2010 | 8/21/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 40854143308.00 | ███████ | A | ██████ | USD | S | 8/20/2010 | 8/21/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 41129372290.00 | ███████ | A | ██████ | USD | S | 8/30/2010 | 8/31/2010 | ████████ | J.P. MORGAN CHASE BANK, N.A. |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 41129385291.00 | ███████ | A | ██████ | USD | S | 8/30/2010 | 8/31/2010 | ████████ | J.P. MORGAN CHASE BANK, N.A. |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 41129409152.00 | ███████ | A | ██████ | USD | S | 8/30/2010 | 8/31/2010 | ████████ | J.P. MORGAN CHASE BANK, N.A. |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 41129416458.00 | ███████ | A | ██████ | USD | S | 8/30/2010 | 8/31/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 41129424885.00 | ███████ | A | ██████ | USD | S | 8/30/2010 | 8/31/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 43088810061.00 | ███████ | A | ██████ | USD | S | 11/2/2010 | 11/3/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 43088849518.00 | ███████ | A | ██████ | USD | S | 11/2/2010 | 11/3/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 43088955946.00 | ███████ | A | ██████ | USD | S | 11/2/2010 | 11/3/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 43089225585.00 | ███████ | A | ██████ | USD | S | 11/2/2010 | 11/3/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 43089285163.00 | ███████ | A | ██████ | USD | S | 11/2/2010 | 11/3/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 43750046826.00 | ███████ | A | ██████ | USD | S | 11/21/2010 | 11/22/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 43750055129.00 | ███████ | A | ██████ | USD | S | 11/21/2010 | 11/22/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 43750062520.00 | ███████ | A | ██████ | USD | S | 11/21/2010 | 11/22/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 44595993777.00 | ███████ | A | ██████ | USD | S | 12/13/2010 | 12/14/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 44596007640.00 | ███████ | A | ██████ | USD | S | 12/13/2010 | 12/14/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 44596053702.00 | ███████ | A | ██████ | USD | S | 12/13/2010 | 12/14/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 44596068077.00 | ███████ | A | ██████ | USD | S | 12/13/2010 | 12/14/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 44596083874.00 | ███████ | A | ██████ | USD | S | 12/13/2010 | 12/14/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 44777786879.00 | ███████ | A | ██████ | USD | S | 12/17/2010 | 12/18/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 44777800795.00 | ███████ | A | ██████ | USD | S | 12/17/2010 | 12/18/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 44936520989.00 | ███████ | A | ██████ | USD | S | 12/21/2010 | 12/22/2010 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 45309447577.00 | ███████ | A | ██████ | USD | S | 1/3/2011 | 1/4/2011 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 45309463476.00 | ███████ | A | ██████ | USD | S | 1/3/2011 | 1/4/2011 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 45309475854.00 | ███████ | A | ██████ | USD | S | 1/3/2011 | 1/4/2011 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 45309488104.00 | ███████ | A | ██████ | USD | S | 1/3/2011 | 1/4/2011 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 45309499106.00 | ███████ | A | ██████ | USD | S | 1/3/2011 | 1/4/2011 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 45533228004.00 | ███████ | A | ██████ | USD | S | 1/10/2011 | 1/11/2011 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 45533244186.00 | ███████ | A | ██████ | USD | S | 1/10/2011 | 1/11/2011 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 45533260430.00 | ███████ | A | ██████ | USD | S | 1/10/2011 | 1/11/2011 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 45533286318.00 | ███████ | A | ██████ | USD | S | 1/10/2011 | 1/11/2011 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 45533344095.00 | ███████ | A | ██████ | USD | S | 1/10/2011 | 1/11/2011 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 45533369414.00 | ███████ | A | ██████ | USD | S | 1/10/2011 | 1/11/2011 | ████████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 45533450409.00 | ███████ | A | ██████ | USD | S | 1/10/2011 | 1/11/2011 | ████████ | Bank of America |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 45533482955.00 | ██████████ | A | █████ | █████ | USD | S | 1/10/2011 | 1/11/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 45533496248.00 | ██████████ | A | █████ | █████ | USD | S | 1/10/2011 | 1/11/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 45533511028.00 | ██████████ | A | █████ | █████ | USD | S | 1/10/2011 | 1/11/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46068272312.00 | ██████████ | A | █████ | █████ | USD | S | 1/25/2011 | 1/26/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46068300417.00 | ██████████ | A | █████ | █████ | USD | S | 1/25/2011 | 1/26/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46068306705.00 | ██████████ | A | █████ | █████ | USD | S | 1/25/2011 | 1/26/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46068314298.00 | ██████████ | A | █████ | █████ | USD | S | 1/25/2011 | 1/26/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46068319091.00 | ██████████ | A | █████ | █████ | USD | S | 1/25/2011 | 1/26/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46360215899.00 | ██████████ | A | █████ | █████ | USD | S | 2/3/2011 | 2/4/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46360247147.00 | ██████████ | A | █████ | █████ | USD | S | 2/3/2011 | 2/4/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46360294914.00 | ██████████ | A | █████ | █████ | USD | S | 2/3/2011 | 2/4/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46360354111.00 | ██████████ | A | █████ | █████ | USD | S | 2/3/2011 | 2/4/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46360405119.00 | ██████████ | A | █████ | █████ | USD | S | 2/3/2011 | 2/4/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46389441457.00 | ██████████ | A | █████ | █████ | USD | S | 2/3/2011 | 2/4/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46389719960.00 | ██████████ | A | █████ | █████ | USD | S | 2/3/2011 | 2/4/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46389975359.00 | ██████████ | A | █████ | █████ | USD | S | 2/3/2011 | 2/4/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46390030458.00 | ██████████ | A | █████ | █████ | USD | S | 2/3/2011 | 2/4/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46390168100.00 | ██████████ | A | █████ | █████ | USD | S | 2/3/2011 | 2/4/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46776444870.00 | ██████████ | A | █████ | █████ | USD | S | 2/14/2011 | 2/15/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46776455467.00 | ██████████ | A | █████ | █████ | USD | S | 2/14/2011 | 2/15/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46776463215.00 | ██████████ | A | █████ | █████ | USD | S | 2/14/2011 | 2/15/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46776470720.00 | ██████████ | A | █████ | █████ | USD | S | 2/14/2011 | 2/15/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46776490572.00 | ██████████ | A | █████ | █████ | USD | S | 2/14/2011 | 2/15/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46776504354.00 | ██████████ | A | █████ | █████ | USD | S | 2/14/2011 | 2/15/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46776512296.00 | ██████████ | A | █████ | █████ | USD | S | 2/14/2011 | 2/15/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46776520948.00 | ██████████ | A | █████ | █████ | USD | S | 2/14/2011 | 2/15/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46776528314.00 | ██████████ | A | █████ | █████ | USD | S | 2/14/2011 | 2/15/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46776536158.00 | ██████████ | A | █████ | █████ | USD | S | 2/14/2011 | 2/15/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46897393774.00 | ██████████ | A | █████ | █████ | USD | S | 2/18/2011 | 2/19/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46897401874.00 | ██████████ | A | █████ | █████ | USD | S | 2/18/2011 | 2/19/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46897409749.00 | ██████████ | A | █████ | █████ | USD | S | 2/18/2011 | 2/19/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46897418172.00 | ██████████ | A | █████ | █████ | USD | S | 2/18/2011 | 2/19/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46897436151.00 | ██████████ | A | █████ | █████ | USD | S | 2/18/2011 | 2/19/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46897499510.00 | ██████████ | A | █████ | █████ | USD | S | 2/18/2011 | 2/19/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46897542215.00 | ██████████ | A | █████ | █████ | USD | S | 2/18/2011 | 2/19/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46897591818.00 | ██████████ | A | █████ | █████ | USD | S | 2/18/2011 | 2/19/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46897615214.00 | ██████████ | A | █████ | █████ | USD | S | 2/18/2011 | 2/19/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 46897651849.00 | ██████████ | A | █████ | █████ | USD | S | 2/18/2011 | 2/19/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 47250727618.00 | ██████████ | A | █████ | █████ | USD | S | 2/28/2011 | 3/1/2011 | ██████ | J.P. MORGAN CHASE BANK, N.A. |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 47250768009.00 | ██████████ | A | █████ | █████ | USD | S | 2/28/2011 | 3/1/2011 | ██████ | J.P. MORGAN CHASE BANK, N.A. |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 47250784670.00 | ██████████ | A | █████ | █████ | USD | S | 2/28/2011 | 3/1/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 47250822830.00 | ██████████ | A | █████ | █████ | USD | S | 2/28/2011 | 3/1/2011 | ██████ | J.P. MORGAN CHASE BANK, N.A. |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 47250843655.00 | ██████████ | A | █████ | █████ | USD | S | 2/28/2011 | 3/1/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 47250863730.00 | ██████████ | A | █████ | █████ | USD | S | 2/28/2011 | 3/1/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 47250877222.00 | ██████████ | A | █████ | █████ | USD | S | 2/28/2011 | 3/1/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 47250889792.00 | ██████████ | A | █████ | █████ | USD | S | 2/28/2011 | 3/1/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 47250901856.00 | ██████████ | A | █████ | █████ | USD | S | 2/28/2011 | 3/1/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 47255108046.00 | ██████████ | A | █████ | █████ | USD | S | 2/28/2011 | 3/1/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 47808521193.00 | ██████████ | A | █████ | █████ | USD | S | 3/15/2011 | 3/16/2011 | ██████ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 47808527846.00 | ██████████ | A | █████ | █████ | USD | S | 3/15/2011 | 3/16/2011 | ██████ | Bank of America |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 47808537505.00 | ███ | A | ██ | ██ | USD | S | 3/15/2011 | 3/16/2011 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 47808546896.00 | ███ | A | ██ | ██ | USD | S | 3/15/2011 | 3/16/2011 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 47808568454.00 | ███ | A | ██ | ██ | USD | S | 3/15/2011 | 3/16/2011 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 47808576280.00 | ███ | A | ██ | ██ | USD | S | 3/15/2011 | 3/16/2011 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 47808594623.00 | ███ | A | ██ | ██ | USD | S | 3/15/2011 | 3/16/2011 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 47808620519.00 | ███ | A | ██ | ██ | USD | S | 3/15/2011 | 3/16/2011 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 47808628944.00 | ███ | A | ██ | ██ | USD | S | 3/15/2011 | 3/16/2011 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 47808636952.00 | ███ | A | ██ | ██ | USD | S | 3/15/2011 | 3/16/2011 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 48872197345.00 | ███ | A | ██ | ██ | USD | S | 4/13/2011 | 4/14/2011 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 48872206362.00 | ███ | A | ██ | ██ | USD | S | 4/13/2011 | 4/14/2011 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 48872472766.00 | ███ | A | ██ | ██ | USD | S | 4/13/2011 | 4/14/2011 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 48872482065.00 | ███ | A | ██ | ██ | USD | S | 4/13/2011 | 4/14/2011 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 48872491593.00 | ███ | A | ██ | ██ | USD | S | 4/13/2011 | 4/14/2011 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 48872502793.00 | ███ | A | ██ | ██ | USD | S | 4/13/2011 | 4/14/2011 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 48872515870.00 | ███ | A | ██ | ██ | USD | S | 4/13/2011 | 4/14/2011 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 48872530955.00 | ███ | A | ██ | ██ | USD | S | 4/13/2011 | 4/14/2011 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 48872541973.00 | ███ | A | ██ | ██ | USD | S | 4/13/2011 | 4/14/2011 | ███ | Bank of America |
| Anton | Titov | paypal@lemuriaco.com | support@lemuriaco.com | Lemuria Communications Inc. | 48872552831.00 | ███ | A | ██ | ██ | USD | S | 4/13/2011 | 4/14/2011 | ███ | Bank of America |