# EXHIBIT H

From: "Anton Titov" <anton@lemuriaco.com>
To:
Subject: Re: Phone call regarding Hotfile subscription cancellation.
Date: Wednesday, April 28, 2010 11:20 AM

Hello Mr

I reinstated your premium account and changed your password to
            The reason for stopping you account was that we detected
downloads from more than 10 different countries. I've seen password
changes from Pakistan and Malaysia so I believe that your password was
compromised.

Regards,
Anton

2010/4/28 Constantin Luchian    @incorporatenow.com>:
> Anton,
>
> I have received the call from:              today (4/28/2010) at 10:58AM ET
> from Canada. Person's name:                             Mr.
>    was inquiring why his account under above stated email was canceled. He
> said that he received email from Hotfile with cancelation notice and
> responded on 4/24/2010. He has not received a response since then.
>
> Since it does not seem like an urgent matter, would you like me to forward
> this type of calls to somebody else in your team?
>
> Best regards,
>
> --
>
> Constantin Luchian
>
> InCorporate Now Inc.
>
> 1007 N. Federal Hwy., Suite 240
>
> Fort Lauderdale, FL 33304
>
>    @ incorporatenow.com
>
> Phone:
>
> Fax:


--
Regards,
Anton Titov
Lemuria Communications Inc/AS7366

CONFIDENTIAL
LUCHIAN 0526

CONFIDENTIAL

LUCHIAN 0527