# EXHIBIT I

From: "Anton Titov" <anton@lemuriaco.com>
To: "Konstantin Bolotin" ██ @incorporatenow.com>; "Constantin Luchian" ██ @incorporatenow.com>
Subject: Fwd: hotfile.com - Special Rightsholder Account
Date: Wednesday, April 28, 2010 10:30 AM

Hello guys,

While this information is of no particular interest to you, after a
phone call to my US based cell phone I was able to identify the guy
that harassing you with phone calls as ████████. He is a agent for
several video content producing studios. What is typical for him is
that he is including every single email address he is able to find in
his DMCA notices (paypal, alex xe, limelight are just few of them) and
is trying to make use of "LEGAL ACTION" and similar to a great extent.

I would like to inform you that his DMCA notices were always dealt
with in a timely manner and as illustrated below from my communication
with him he is not willing to cooperate or take advantage of copyright
holder account.

Because he mentions Miami several times if you guys ever feel
threatened by him just inform me and I'll bring my lawyers into
attention.

Regards,
Anton


---------- Forwarded message ----------
From: Anton Titov <anton@lemuriaco.com>
Date: Wed, Apr 28, 2010 at 5:19 PM
Subject: Re: hotfile.com - Special Rightsholder Account
To: ████████████████████████████

Hello ████

I was unable to understand from your answer wherever you are
interested to have that kind of special account for hotfile.

Thank you for sharing information about your friends and your origin
but I find it unnecessary and of no particular interest to me.

--
Regards,
Anton Titov
Lemuria Communications Inc/AS7366
████████████


On Wed, Apr 28, 2010 at 5:09 PM, ████████████████████████ wrote:
> Anton,

CONFIDENTIAL                                                                LUCHIAN 0424

&gt;
&gt; Nobody wants trouble. But HOTFILE has no legitimate files whatsoever.
&gt;
&gt; I am from Miami. My best friend is a retired Dade County Sheriff Lt.
&gt; I am close friends with the Miami Herald special investigations.
&gt;
&gt; What gives you the right to do this?
&gt;
&gt; █
&gt;
&gt;
&gt;
&gt;
&gt; On Wed, Apr 28, 2010 at 7:45 AM, Anton Titov <anton@lemuriaco.com> wrote:
&gt;&gt; Hello █
&gt;&gt;
&gt;&gt; Are you interested in acquiring "Special Rightsholder Account" for
&gt;&gt; hotfile.com as stated in their Intellectual Property Policy
&gt;&gt; http://hotfile.com/ippolicy.html? That would ease and speed up your
&gt;&gt; work in protecting the rights of your clients.
&gt;&gt;
&gt;&gt; I'm open to discussions as long as they are dealt with proper tone.
&gt;&gt;
&gt;&gt; --
&gt;&gt; Regards,
&gt;&gt; Anton Titov
&gt;&gt; Lemuria Communications Inc/AS7366
&gt;&gt; █
&gt;&gt;
&gt;


--
Regards,
Anton Titov
Lemuria Communications Inc/AS7366
█

---------- Forwarded message ----------
From: █
Date: Wed, Apr 28, 2010 at 10:45 AM
Subject: PVT - HOTFILE/ lemuria 215
To: aupviolations@paypal.com, "Hotfile.com Abuse" <ABUSE@hotfile.com>,
anton@lemuriaco.com, euaup <euaup@paypal.de>, aup@paypal.com
Cc: █
█


RECOMMENDING LEGAL ACTION / PAYPAL INCLUDED


NOTICE of COPYRIGHT TRADEMARK INFRINGEMENT

CONFIDENTIAL                                        LUCHIAN 0425

Date: APR 28, 2010

To:
ATT:
Anton Titov



Constantine Luchian
Lemuria Communications Inc.
401 E. LAS OLAS BLVD.
SUITE 130-508
FORT LAUDERDALE
FL
33301



.................

Incorporate Now
1007 N Federal Hwy
Suite 240
Ft. Lauderdale, Fl.
33304
.................


///////////////////////////////////////////////////////////////////////////////////////////////////
Infringing URLs:


(c) PRIVATE MEDIA
Fraserside Holdings Ltd.

http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/

http://hotfile.com/ 
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/
http://hotfile.com/

//////////////////////////////////////////////////////////////////////////////////////////////////

Pursuant to the Digital Millennium Copyright Act  and the WIPO (World
Intellectual Property Organization)
(<http://lcweb.loc.gov/copyright/legislation/dmca.pdf>), this letter
serves as actual notice of infringement in the event of legal
proceedings.

▇▇▇▇▇▇ is a DMCA agent, NOT an attorney. On behalf of the owner
of  exclusive right to the  material at issue in this notice, I hereby
state that I have a good faith belief that use of the material in the
manner complained of is not authorized by the  owner, its agent, or
the law. I hereby state, under penalty of perjury under the laws of
the United States, that the information in this notification is
accurate, and under penalty of perjury, that the complaining party is
authorized to act on behalf of the owner of an exclusive right that is
being infringed as set out in this notification.

CONFIDENTIAL                                                        LUCHIAN 0427

--
Regards,
Anton Titov
Lemuria Communications Inc/AS7366

CONFIDENTIAL                              LUCHIAN 0428