# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.

_____/

# DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFFS' INTERROGATORY NO. 1

| | |
|---|---|
| PROPOUNDING PARTY: | Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment |
| RESPONDING PARTIES: | Defendants Hotfile Corporation and Anton Titov (collectively "Hotfile")[1] |
| SET NO.: | One (1) |

---

[1] The Defendants reserve their respective rights to assert all appropriate separate defenses. In particular, Mr. Titov has moved to dismiss all claims against him individually and specifically denies that he has the ability to supervise any alleged infringing activity or has a financial interest in such activity. See Motion and Memorandum Etc., filed 3/31/11, Dkt. 50 at 17. Mr. Titov is included in the shorthand term "Hotfile" along with Hotfile Corp. solely as a convenience and in light of the Parties agreement "that discovery requests served by one side on the opposing side will be equally applicable to all parties on the other side." Joint Scheduling Conference Report, filed 4/15/11, Dkt. 54 at 16. Nothing in these responses is an admission by Anton Titov or Hotfile Corp. of any particular relationship between them or any other fact.

production, it does so without waiving any right to object to any further inquiry or any effort to compel responses beyond those provided herein.  Any response provided herein is subject to, and limited by, all general and specific objections stated herein.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify each person who has been employed by, acted as the agent of, or performed work on behalf of or provided any service to (including as a contractor) the Hotfile Website and each Hotfile Entity from January 1, 2007 through the present day.  For each such person or entity, state:

a) Full name;

b) Title and/or employer during the period(s) such services or agency were provided (e.g. Hotfile Corp., Hotfile, S.A., Hotfile Ltd., or, if the person is a contractor, the third-party employer);

c) The nature of all work performed and/or the scope of the person's representation or agency (e.g. database manager, marketing manager, DMCA agent, abuse manager, etc.);

d) The length of time such person performed relevant services or representation;

e) Any Hotfile username and user identification number associated with the person; and

f) Present contact information (including current email address, physical address, and telephone number), or, if present contact information is not known to you, last known contact information.  It is not sufficient, for purposes of providing a person's contact information, to state that a person can be contacted through Defendants' counsel.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

Hotfile has conducted further investigation in response to this interrogatory and discovered additional responsive information.

Hotfile hereby supplements and amends its previous response.  This response supersedes and replaces Hotfile's previous response to this Interrogatory No. 1.

26501\2642240.1              5

**RESPONSE TO INTERROGATORY NO. 1:**

Hotfile incorporates by reference it general objections to this interrogatory. Hotfile further objects to this interrogatory as overbroad and unduly burdensome to the extent that it seeks information pertaining to any "Hotfile Entity" as that term is defined in the Definitions and Instructions. As currently defined, that term would include any entity, business venture, or organization subject to any Defendant's control (assuming any such entity, business venture or organization exists), irrespective of whether such entity has any relation or relevance to the present dispute. Hotfile further objects to this interrogatory as overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence insofar as it seeks information related to "any service" provided to Hotfile, regardless of whether such service has any relevance to the present dispute. Hotfile further objects that this interrogatory is compound.

Subject to those general and specific objections, Hotfile responds as follows:

The following individuals worked as contractors or employees of Hotfile Corp.:



CASE NO. 11-20427-JORDAN



| | |
|---|---|
| ███████ | ███████ |
| ███ | ███ |
| ███ | ███ |
| ███████ | Hotfile Email Support, DMCA Support, Email Inquiries Support, Private Contractor<br>Hotfile Username(s): n31m, reg<br>Hotfile User Identification Number(s): 2134203, 431206<br>Employed since February 2010 |
| ███████ | ███████ |

Anton Titov can be contacted at:

> Farella Braun + Martel LLP
> 235 Montgomery St.
> 17th Floor
> San Francisco, CA 94102



Relevant entities related to or doing work on behalf of Hotfile include:

| Company Name | Description |
|---|---|

CASE NO. 11-20427-JORDAN

## VERIFICATION

I, Anton Titov, am a Manager of Hotfile Corporation, a defendant in this lawsuit. I make this verification on behalf of said party and on behalf of myself as an individual. I have read the foregoing Defendants' Supplemental Response to Plaintiffs' Interrogatory No. 1 and know the contents thereof. To the best of my knowledge, information and belief, the responses set forth therein are true and correct.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Executed this 15 day of July, 2011, in Sofia, Bulgaria.

By: _____
Anton Titov