# EXHIBIT C

Highly Confidential

Sheet1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | userid | reason | date | | |
| 2 | | Repeated Copyright Infringement | 2011-05-05 04:15:36 | | |
| 3 | | Repeated Copyright Infringement | 2011-05-05 04:15:04 | | |
| 4 | | Repeated Copyright Infringement | 2011-05-05 04:15:02 | | |
| 5 | | Repeated Copyright Infringement | 2011-05-05 04:15:01 | | |
| 6 | | Repeated Copyright Infringement | 2011-05-05 02:15:04 | | |
| 7 | | Repeated Copyright Infringement | 2011-05-05 02:15:02 | | |
| 8 | | Repeated Copyright Infringement | 2011-05-05 02:15:01 | | |
| 9 | | shared/hacked | 2011-05-05 01:23:57 | | |
| 10 | | Repeated Copyright Infringement | 2011-05-04 22:15:04 | | |
| 11 | | Repeated Copyright Infringement | 2011-05-04 22:15:03 | | |
| 12 | | Repeated Copyright Infringement | 2011-05-04 22:15:02 | | |
| 13 | | Repeated Copyright Infringement | 2011-05-04 20:15:38 | | |
| 14 | | Repeated Copyright Infringement | 2011-05-04 20:15:05 | | |
| 15 | | Repeated Copyright Infringement | 2011-05-04 20:15:04 | | |
| 16 | | Repeated Copyright Infringement | 2011-05-04 20:15:03 | | |
| 17 | | Repeated Copyright Infringement | 2011-05-04 20:15:02 | | |
| 18 | | Repeated Copyright Infringement | 2011-05-04 18:15:03 | | |
| 19 | | Repeated Copyright Infringement | 2011-05-04 18:15:02 | | |
| 20 | | Repeated Copyright Infringement | 2011-05-04 18:15:01 | | |
| 21 | | Repeated Copyright Infringement | 2011-05-04 16:15:08 | | |
| 22 | | Repeated Copyright Infringement | 2011-05-04 16:15:07 | | |
| 23 | | Repeated Copyright Infringement | 2011-05-04 16:15:05 | | |
| 24 | | Repeated Copyright Infringement | 2011-05-04 16:15:03 | | |
| 25 | | Repeated Copyright Infringement | 2011-05-04 16:15:02 | | |
| 26 | | Repeated Copyright Infringement | 2011-05-04 16:15:01 | | |
| 27 | | Repeated Copyright Infringement | 2011-05-04 14:15:09 | | |
| 28 | | Repeated Copyright Infringement | 2011-05-04 14:15:08 | | |
| 29 | | Repeated Copyright Infringement | 2011-05-04 14:15:07 | | |
| 30 | | Repeated Copyright Infringement | 2011-05-04 14:15:06 | | |
| 31 | | Repeated Copyright Infringement | 2011-05-04 14:15:05 | | |
| 32 | | Repeated Copyright Infringement | 2011-05-04 14:15:03 | | |
| 33 | | Repeated Copyright Infringement | 2011-05-04 14:15:02 | | |
| 34 | | Repeated Copyright Infringement | 2011-05-04 14:15:01 | | |
| 35 | | Repeated Copyright Infringement | 2011-05-04 12:16:46 | | |
| 36 | | Repeated Copyright Infringement | 2011-05-04 12:16:45 | | |
| 37 | | Repeated Copyright Infringement | 2011-05-04 12:16:44 | | |
| 38 | | Repeated Copyright Infringement | 2011-05-04 12:16:43 | | |
| 39 | | Repeated Copyright Infringement | 2011-05-04 12:16:41 | | |
| 40 | | Repeated Copyright Infringement | 2011-05-04 12:16:40 | | |
| 41 | | Repeated Copyright Infringement | 2011-05-04 12:16:39 | | |
| 42 | | Repeated Copyright Infringement | 2011-05-04 12:16:38 | | |
| 43 | | Repeated Copyright Infringement | 2011-05-04 12:16:37 | | |
| 44 | | Repeated Copyright Infringement | 2011-05-04 12:16:36 | | |
| 45 | | Repeated Copyright Infringement | 2011-05-04 12:16:35 | | |
| 46 | | Repeated Copyright Infringement | 2011-05-04 12:16:34 | | |
| 47 | | Repeated Copyright Infringement | 2011-05-04 12:16:33 | | |
| 48 | | Repeated Copyright Infringement | 2011-05-04 12:16:32 | | |
| 49 | | Repeated Copyright Infringement | 2011-05-04 12:16:31 | | |
| 50 | | Repeated Copyright Infringement | 2011-05-04 12:16:30 | | |
| 51 | | Repeated Copyright Infringement | 2011-05-04 12:16:29 | | |
| 52 | | Repeated Copyright Infringement | 2011-05-04 12:16:28 | | |

HF00000048

Highly Confidential

Sheet1

| A | B | C | D | E |
|---|---|---|---|---|
| 12221 |  | Repeated Copyright Infridgement | 2011-02-19 04:21:04 |  |  |
| 12222 |  | Repeated Copyright Infridgement | 2011-02-19 04:21:02 |  |  |
| 12223 |  | Repeated Copyright Infridgement | 2011-02-19 04:21:01 |  |  |
| 12224 |  | Repeated Copyright Infridgement | 2011-02-19 04:21:00 |  |  |
| 12225 |  | Repeated Copyright Infridgement | 2011-02-19 04:20:59 |  |  |
| 12226 |  | cheater checks | 2011-02-19 04:09:22 |  |  |
| 12227 |  |  | 2011-02-19 03:55:46 |  |  |
| 12228 |  | cp | 2011-02-19 03:51:43 |  |  |
| 12229 |  | shared | 2011-02-19 03:51:43 |  |  |
| 12230 |  | shared | 2011-02-19 03:51:42 |  |  |
| 12231 |  | shared | 2011-02-18 02:54:47 |  |  |
| 12232 |  | refunded | 2011-02-18 02:42:17 |  |  |
| 12233 |  | shared | 2011-02-18 02:28:11 |  |  |
| 12234 |  | shared | 2011-02-18 02:28:11 |  |  |
| 12235 |  | shared | 2011-02-18 02:28:11 |  |  |
| 12236 |  | shared | 2011-02-18 02:28:11 |  |  |
| 12237 |  | shared | 2011-02-18 02:28:11 |  |  |
| 12238 |  | shared | 2011-02-18 02:28:11 |  |  |
| 12239 |  | shared | 2011-02-18 02:28:11 |  |  |
| 12240 |  | shared | 2011-02-18 02:28:11 |  |  |
| 12241 |  | shared | 2011-02-18 02:28:11 |  |  |
| 12242 |  | shared | 2011-02-18 02:28:11 |  |  |
| 12243 |  | shared | 2011-02-18 02:28:11 |  |  |
| 12244 |  | shared | 2011-02-18 02:28:11 |  |  |
| 12245 |  | shared | 2011-02-18 02:28:11 |  |  |
| 12246 |  | shared | 2011-02-18 02:28:11 |  |  |
| 12247 |  | shared | 2011-02-18 02:28:11 |  |  |
| 12248 |  | shared | 2011-02-18 02:28:11 |  |  |
| 12249 |  | shared | 2011-02-18 02:28:11 |  |  |
| 12250 |  | shared | 2011-02-18 02:28:11 |  |  |
| 12251 |  | shared | 2011-02-17 02:16:10 |  |  |
| 12252 |  | cheater | 2011-02-16 03:01:11 |  |  |
| 12253 |  | cheater | 2011-02-16 02:56:07 |  |  |
| 12254 |  | cheater | 2011-02-16 02:55:34 |  |  |
| 12255 |  | cheater | 2011-02-16 02:53:36 |  |  |
| 12256 |  | cheater | 2011-02-16 02:53:16 |  |  |
| 12257 |  | cheater | 2011-02-16 02:52:54 |  |  |
| 12258 |  | cheater | 2011-02-16 02:52:27 |  |  |
| 12259 |  | cheater | 2011-02-16 02:52:14 |  |  |
| 12260 |  | cheater | 2011-02-16 02:49:19 |  |  |
| 12261 |  | cheater | 2011-02-16 02:49:05 |  |  |
| 12262 |  | cheater | 2011-02-16 02:48:47 |  |  |
| 12263 |  | cheater | 2011-02-16 02:48:36 |  |  |
| 12264 |  | cheater | 2011-02-16 02:48:17 |  |  |
| 12265 |  | cheater | 2011-02-16 02:48:09 |  |  |
| 12266 |  | cheater | 2011-02-16 02:47:56 |  |  |
| 12267 |  | cheater | 2011-02-16 02:47:41 |  |  |
| 12268 |  | cheater | 2011-02-16 02:47:25 |  |  |
| 12269 |  | cheater | 2011-02-16 02:46:55 |  |  |
| 12270 |  | cheater | 2011-02-16 02:42:24 |  |  |
| 12271 |  | cheater | 2011-02-16 02:41:40 |  |  |
| 12272 |  | shared | 2011-02-16 02:39:47 |  |  |

HF00000283

Highly Confidential

Sheet1

| A | B | C | D | E |
|---|---|---|---|---|
| 12845 | shared | 2011-01-16 15:42:47 | | |
| 12846 | shared | 2011-01-16 15:42:47 | | |
| 12847 | shared | 2011-01-16 15:42:47 | | |
| 12848 | shared | 2011-01-16 15:42:47 | | |
| 12849 | shared | 2011-01-16 15:42:47 | | |
| 12850 | shared | 2011-01-16 15:42:47 | | |
| 12851 | shared | 2011-01-16 15:42:47 | | |
| 12852 | shared | 2011-01-16 15:42:47 | | |
| 12853 | shared | 2011-01-16 15:42:47 | | |
| 12854 | shared | 2011-01-16 15:42:47 | | |
| 12855 | shared | 2011-01-16 15:42:47 | | |
| 12856 | shared | 2011-01-16 15:42:47 | | |
| 12857 | shared | 2011-01-16 15:42:47 | | |
| 12858 | shared | 2011-01-16 15:42:47 | | |
| 12859 | shared | 2011-01-16 15:42:47 | | |
| 12860 | shared | 2011-01-16 15:42:47 | | |
| 12861 | shared | 2011-01-16 15:42:47 | | |
| 12862 | shared | 2011-01-16 15:42:47 | | |
| 12863 | shared | 2011-01-16 15:42:47 | | |
| 12864 | shared | 2011-01-16 15:42:47 | | |
| 12865 | shared | 2011-01-16 15:42:47 | | |
| 12866 | shared | 2011-01-16 15:42:47 | | |
| 12867 | shared | 2011-01-16 15:42:47 | | |
| 12868 | shared | 2011-01-16 15:42:47 | | |
| 12869 | shared | 2011-01-16 15:37:29 | | |
| 12870 | shared | 2011-01-16 15:37:05 | | |
| 12871 | shared | 2011-01-16 15:36:44 | | |
| 12872 | copyright abuse - pornguardian | 2011-01-16 15:10:02 | | |
| 12873 | cheater checks | 2011-01-16 15:02:32 | | |
| 12874 | cheater checks | 2011-01-16 15:02:06 | | |
| 12875 | shared | 2011-01-14 10:15:05 | | |
| 12876 | shared | 2011-01-14 01:49:25 | | |
| 12877 | shared | 2011-01-13 07:18:23 | | |
| 12878 | shared | 2011-01-13 07:18:23 | | |
| 12879 | shared | 2011-01-13 07:10:13 | | |
| 12880 | shared | 2011-01-13 07:09:57 | | |
| 12881 | shared | 2011-01-13 07:08:36 | | |
| 12882 | shared | 2011-01-13 07:08:14 | | |
| 12883 | shared | 2011-01-13 06:58:01 | | |
| 12884 | copyright abuse | 2011-01-13 02:26:51 | | |
| 12885 | CP | 2011-01-11 10:49:39 | | |
| 12886 | CP | 2011-01-11 10:37:26 | | |
| 12887 | CP | 2011-01-11 10:03:21 | | |
| 12888 | spam | 2011-01-11 06:31:50 | | |
| 12889 | copyright abuse | 2011-01-11 01:37:46 | | |
| 12890 | CP | 2011-01-10 08:53:20 | | |
| 12891 | shared | 2011-01-10 06:10:32 | | |
| 12892 | shared | 2011-01-10 06:09:31 | | |
| 12893 | cheater checks | 2011-01-10 05:45:39 | | |
| 12894 | cheater checks | 2011-01-10 05:42:26 | | |
| 12895 | cheater checks | 2011-01-10 05:42:12 | | |
| 12896 | cheater checks | 2011-01-10 05:41:58 | | |

HF00000295

Highly Confidential

Sheet1

| A | B | C | D | E |
|---|---|---|---|---|
| 13260 | shared | 2010-08-24 06:20:17 | | |
| 13261 | cheaters | 2010-08-23 03:14:32 | | |
| 13262 | filedownloader.net - tos violation | 2010-08-22 18:35:05 | | |
| 13263 | hacked | 2010-08-22 13:28:42 | | |
| 13264 | cheater checks | 2010-08-22 01:40:41 | | |
| 13265 | CP | 2010-08-21 05:21:49 | | |
| 13266 | CP | 2010-08-20 03:22:38 | | |
| 13267 | shared | 2010-08-20 01:36:55 | | |
| 13268 | CP | 2010-08-19 13:41:34 | | |
| 13269 | reseller ask | 2010-08-18 06:39:49 | | |
| 13270 | | 2010-08-18 06:32:27 | | |
| 13271 | cheater (reseller) | 2010-08-18 06:31:25 | | |
| 13272 | cheater (reseller) | 2010-08-18 06:30:59 | | |
| 13273 | scam | 2010-08-18 06:30:40 | | |
| 13274 | shared | 2010-08-13 23:31:02 | | |
| 13275 | msantil@pcivil.rj.gov.br | 2010-08-13 00:16:45 | | |
| 13276 | http://brycl.com copyright | 2010-08-12 00:32:42 | | |
| 13277 | CP | 2010-08-08 05:27:06 | | |
| 13278 | shared | 2010-08-07 06:24:10 | | |
| 13279 | scam | 2010-08-06 06:09:54 | | |
| 13280 | cp | 2010-08-03 07:01:58 | | |
| 13281 | traffic | 2010-07-31 01:58:17 | | |
| 13282 | scam | 2010-07-30 10:28:35 | | |
| 13283 | CP | 2010-07-27 11:30:41 | | |
| 13284 | cheater check | 2010-07-23 09:41:45 | | |
| 13285 | scam | 2010-07-23 09:05:15 | | |
| 13286 | nazi | 2010-07-22 10:12:15 | | |
| 13287 | hacked | 2010-07-22 10:05:02 | | |
| 13288 | CP | 2010-07-21 09:28:20 | | |
| 13289 | cp | 2010-07-21 00:39:18 | | |
| 13290 | scam | 2010-07-20 10:30:23 | | |
| 13291 | cp | 2010-07-20 00:22:28 | | |
| 13292 | cp | 2010-07-18 15:51:39 | | |
| 13293 | cp | 2010-07-16 01:07:08 | | |
| 13294 | CP | 2010-07-15 10:17:08 | | |
| 13295 | reseller ask | 2010-07-08 08:19:34 | | |
| 13296 | shared account | 2010-07-08 03:15:18 | | |
| 13297 | CP | 2010-07-07 02:33:50 | | |
| 13298 | scam | 2010-07-07 01:19:46 | | |
| 13299 | scam | 2010-07-06 07:49:28 | | |
| 13300 | CP | 2010-07-06 02:41:28 | | |
| 13301 | CP | 2010-07-02 02:42:43 | | |
| 13302 | CP | 2010-07-02 02:35:31 | | |
| 13303 | hacked again | 2010-07-01 01:03:52 | | |
| 13304 | hacked again | 2010-06-30 09:40:23 | | |
| 13305 | CP | 2010-06-30 06:00:38 | | |
| 13306 | traffic | 2010-06-30 02:11:19 | | |
| 13307 | traffic | 2010-06-30 02:10:12 | | |
| 13308 | cp | 2010-06-30 01:42:29 | | |
| 13309 | cp | 2010-06-29 00:31:32 | | |
| 13310 | CP | 2010-06-29 00:27:40 | | |
| 13311 | cheaters check | 2010-06-28 06:21:03 | | |

HF00000303