# EXHIBIT D



**Reply With Quote**

Jun 8th 2009 1:41 am #31

**amazoncom**
**Hand of A'dal**

Join Date: **Sep 2006**
Location: **All over the world**
Posts: **330**

Yes, still recieved payment

**Reply With Quote**

Jun 11th 2009 10:29 pm #32

**george101**
**Champion of the Naaru**

Join Date: **Nov 2008**
Posts: **192**

how to request payment? i have 21$ but dont knw how to request payment

**Reply With Quote**

Jun 11th 2009 10:36 pm #33

**KatDeluna**
**Grunt**

Join Date: **Mar 2009**
Posts: **45**

hello,

I can user popup ?

**Reply With Quote**

Nov 3rd 2009 3:40 am

**amazoncom**
**Hand of A'dal**

Join Date: **Sep 2006**
Location: **All over the world**
Posts: **330**

Hey i recieved my last payment yesterday.
I love this program.

#34

Good luck!



---

Nov 3rd 2009   10:56 pm                                                                                          #35

**GMC**                                                                       Join Date: **Nov 2008**
Grunt                                                                         Posts: **90**

> **Originally Posted by george101**
> how to request payment? i have 21$ but dont knw how to request payment

You dont request it - its automatic

just stick your paypal info in the members area

I have a question - How the hell does the gold silver bronze work - I have stopped using HF because of the confusion it caused me

One day I earn good money the next I get the same downloads and earn nothing

I would prefer an open system that we can all see and understand - currently we rely on you to tell us we are Gold, bronze or whatever.

Call me a cynic - but it is too easy to "cheat" with the current system

GMC

Reply With Quote

---

Nov 4th 2009   3:21 am                                                                                          #36

                                                                              Join Date: **Oct 2009** 551

