UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

**PLAINTIFFS' NOTICE OF FILING REDACTED VERSIONS OF DOCUMENTS
PREVIOUSLY FILED UNDER SEAL**

Per the Court's direction at the status conference held on July 8, 2011, plaintiffs are hereby filing and providing notice of redacted versions of documents previously filed under seal. Attached to this notice are redacted versions of documents filed under seal that have not previously been filed in redacted form. Plaintiffs have previously filed redacted versions of a number of under seal documents and for the Court's convenience, plaintiffs are providing the docket number for the redacted versions already on file.

The chart below provides the docket number of each under seal filing, and the location of the redacted version of the filing – either attached to this motion or the location on the docket in the public record:

| UNDER SEAL FILING | DOCKET NUMBER OF UNDER SEAL FILING | LOCATION OF REDACTED VERSION OF FILING |
|---|---|---|
| Memorandum in Support of Plaintiffs' Motion to Compel Responses to Plaintiffs' Requests for Production of Documents and Interrogatories | Dkt. No. 75 | Dkt. No. 72 |

| | | |
|---|---|---|
| Pozza Exhibit G in Support of Plaintiffs' Motion to Compel Responses to Plaintiffs' Requests for Production of Documents and Interrogatories | Dkt. No. 75 | Attachment A hereto |
| Response Memorandum in Opposition to Defendants' Motion for Special Scheduling Order Regarding the Safe Harbor Protections of the DMCA | Dkt. No. 78 | Dkt. No. 76 |
| Pozza Exhibit A in Support of Plaintiffs' Response in Opposition to Defendants' Motion for Special Scheduling Order Regarding the Safe Harbor Protections of the DMCA | Dkt. No. 79 | Attachment B hereto |
| Pozza Exhibit C in Support of Plaintiffs' Response in Opposition to Defendants' Motion for Special Scheduling Order Regarding the Safe Harbor Protections of the DMCA | Dkt. No. 79 | Dkt. No. 77 |
| Plaintiffs' Reply Memorandum in Support of Motion to Compel Responses to Requests for Production and Interrogatories | Dkt. No. 89 | Dkt. No. 85 |
| Pozza Exhibit I in Support of Plaintiffs' Reply in Support of Motion to Compel Responses to Requests for Production and Interrogatories | Dkt. No. 90 | Attachment C hereto |
| Plaintiffs' and the MPAA's Motion to Authorize Use of Categorical Privilege Logs | Dkt. No. 96 | Dkt. No. 91 |
| Platzer Declaration in Support of Plaintiffs' and the MPAA's Motion to Authorize Use of Categorical Privilege Logs | Dkt. No. 97 | Dkt. No. 92 |

Dated: August 3, 2011

Respectfully submitted,

By: /s/ Karen L. Stetson
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, Fl 33131
Telephone: (305) 461-6880
Facsimile: (305) 461-6887

MOTION PICTURE ASSOCIATION
 OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone: (818) 995-6600
Fax: (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd Day of August, 2011, I served the following documents on all counsel of record on the attached service list via the Court's CM/ECF filing system:

**Plaintiffs' Notice of Filing Redacted Versions of Documents Previously Filed Under Seal**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this certificate of Service was executed on this date.

By: /s/ Karen L. Stetson<br>Karen L. Stetson

## SERVICE LIST

### Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
### CASE NO. 11-CIV-20427-JORDAN

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*