UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
                                                                              /

### PLAINTIFFS' AND THE MPAA'S NOTICE OF WITHDRAWAL OF PLAINTIFFS' AND THE MPAA'S MOTION TO FILE DOCUMENTS UNDER SEAL

Plaintiffs and nonparty Motion Picture Association of America, Inc. ("MPAA") hereby give notice of withdrawal of Plaintiffs' and the MPAA's Motion to File Documents Under Seal (Dkt. No. 96). Plaintiffs and the MPAA have agreed to file publicly the unredacted documents that they sought to file under seal – (1) Plaintiffs' and the MPAA's Motion to Authorize Use of Categorical Privilege Logs and (2) Declaration of Luke C. Platzer in Support of Plaintiffs' and the MPAA's Motion to Authorize Use of Categorical Privilege Logs – as per the Court's guidance at the July 8, 2011 Joint Status Conference. Plaintiffs will separately file a motion to substitute the unredacted documents for the redacted versions filed in the public record (Dkt. Nos. 91 and 92-1).

Dated: August 5, 2011						Respectfully submitted,

By: /s/ Karen L. Stetson
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, Fl 33131
Telephone: (305) 461-6880
Facsimile: (305) 461-6887


MOTION PICTURE ASSOCIATION				JENNER & BLOCK LLP
 OF AMERICA, INC.						Steven B. Fabrizio (*Pro Hac Vice*)
Karen R. Thorland (*Pro Hac Vice*)				Duane C. Pozza (*Pro Hac Vice*)
15301 Ventura Blvd.						Luke C. Platzer (*Pro Hac Vice*)
Building E							1099 New York Ave., N.W.
Sherman Oaks, CA 91403					Suite 900
Phone: (818) 995-6600					Washington, DC 20001
Fax: (818) 285-4403						Telephone: (202) 639-6000
								Facsimile: (202) 639-6066

								*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th Day of August, 2011, I served the following documents on all counsel of record on the attached service list via the Court's CM/ECF filing system:

**Plaintiffs' and the MPAA's Notice of Withdrawal of Plaintiffs' and the MPAA's Motion to File Documents Under Seal**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this certificate of Service was executed on this date.

By: /s/ Karen L. Stetson
Karen L. Stetson

## SERVICE LIST

### Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
### CASE NO. 11-CIV-20427-JORDAN

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*