UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

**PLAINTIFFS' AND THE MPAA'S MOTION TO SUBSTITUTE UNREDACTED VERSIONS OF MOTION TO AUTHORIZE USE OF CATEGORICAL PRIVILEGE LOGS AND SUPPORTING DOCUMENTATION IN PLACE OF PUBLIC REDACTED VERSIONS**

Plaintiffs and nonparty the Motion Picture Association of America, Inc. ("MPAA"), by and through undersigned counsel, file this motion to substitute unredacted versions of the following documents for the public redacted versions that plaintiffs previously filed: (1) Plaintiffs' and the MPAA's Motion to Authorize Use of Categorical Privilege Logs (filed in redacted form at Dkt. No. 91), and (2) Declaration of Luke C. Platzer in Support of Plaintiffs' and the MPAA's Motion to Authorize Use of Categorical Privilege Logs (filed in redacted form at Dkt. No. 92, Attachment 1). The unredacted versions of these documents are attached hereto as Exhibits A and B, respectively.

Plaintiffs and the MPAA have agreed to publicly file these unredacted versions per the Court's guidance at the July 8, 2011 Joint Status Conference. Plaintiffs and the MPAA previously filed an unopposed motion (which they are now withdrawing) to file the unredacted versions of these documents under seal (Dkt. No. 96), and served those unredacted versions on the defendants concurrently with publicly filing and serving the redacted versions. Plaintiffs and

the MPAA therefore seek to substitute these documents for the redacted versions previously filed.  Counsel for plaintiffs and the MPAA have conferred with counsel for defendants, and defendants do not oppose this Motion.

      Therefore, plaintiffs requests that the Court grant this motion and substitute the document attached as Exhibit A for Docket No. 91, and the document attached as Exhibit B for Docket No. 92, Attachment 1.

Dated: August 5, 2011                                                     Respectfully submitted,

                                                         By: /s/ Karen L. Stetson
                                                         Karen L. Stetson
                                                         GRAY-ROBINSON, P.A.
                                                         1221 Brickell Avenue
                                                         16th Floor
                                                         Miami, Fl 33131
                                                         Telephone: (305) 461-6880
                                                         Facsimile:  (305) 461-6887

| MOTION PICTURE ASSOCIATION OF AMERICA, INC. | JENNER & BLOCK LLP |
|---|---|
| Karen R. Thorland (*Pro Hac Vice*) | Steven B. Fabrizio (*Pro Hac Vice*) |
| 15301 Ventura Blvd. | Duane C. Pozza (*Pro Hac Vice*) |
| Building E | Luke C. Platzer (*Pro Hac Vice*) |
| Sherman Oaks, CA 91403 | 1099 New York Ave., N.W. |
| Phone:  (818) 995-6600 | Suite 900 |
| Fax:  (818) 285-4403 | Washington, DC 20001 |
|  | Telephone: (202) 639-6000 |
|  | Facsimile:  (202) 639-6066 |
|  | *Attorneys for Plaintiffs* |

## CERTIFICATE OF GOOD FAITH CONFERENCE

  I HEREBY CERTIFY that, pursuant to Local Rule 7.1(a)(3), U.S. District Court for the Southern District of Florida, counsel for Plaintiffs have conferred with counsel for defendants Hotfile Corp. and Anton Titov in a good faith effort to resolve the issues raised in this Motion, and counsel for defendants has indicated that they do not oppose this Motion.

Dated:  August 5, 2011

By: /s/ Karen L. Stetson
 Karen L. Stetson

GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305-416-6880
Fax: 305-416-6887

MOTION PICTURE ASSOCIATION
OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA  91403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer  (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Phone: 202-639-6000
Fax: 202-639-6066

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th Day of August, 2011, I served the following documents on all counsel of record on the attached service list via the Court's CM/ECF filing system:

**Plaintiffs' and the MPAA's Motion to Substitute Unredacted Versions of Motion to Authorize Use of Categorical Privilege Logs and Supporting Documentation in Place of Public Redacted Versions**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this certificate of Service was executed on this date.

> By: /s/ Karen L. Stetson
> Karen L. Stetson

## SERVICE LIST

### Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
### CASE NO. 11-CIV-20427-JORDAN

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA 94104
Phone: 415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL 33134
Phone: 305-476-7101
Fax: 305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*