UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.

_____/

### [PROPOSED] ORDER GRANTING PLAINTIFFS' AND THE MPAA'S MOTION TO SUBSTITUTE UNREDACTED VERSIONS OF MOTION TO AUTHORIZE USE OF CATEGORICAL PRIVILEGE LOGS AND SUPPORTING DOCUMENTATION

Upon consideration of Plaintiffs' and the MPAA's Motion to Substitute Unredacted Versions of Motion to Authorize Use of Categorical Privilege Logs and Supporting Documentation in Place of Public Redacted Versions and the papers submitted in support thereof, Plaintiffs' and the MPAA's motion is GRANTED.

It is hereby ORDERED that the following documents shall be deemed substituted for the identified entry on the docket:

    a. Plaintiffs' and the MPAA's Motion to Authorize Use of Categorical Privilege Logs (unredacted version, attached as Exhibit A to Plaintiffs' and the MPAA's Motion) is hereby deemed substituted for Plaintiffs' and the MPAA's Motion to Authorize Use of Categorical Privilege Logs (Dkt. No. 91); and

    b. Declaration of Luke C. Platzer in Support of Plaintiffs' and the MPAA's Motion to Authorize Use of Categorical Privilege Logs (unredacted version, attached as Exhibit B to Plaintiffs' and MPAA's Motion) is hereby deemed substituted for Declaration of

Luke C. Platzer in Support of Plaintiffs' and the MPAA's Motion to Authorize Use of Categorical Privilege Logs (Dkt. No. 92, Attachment 1).

IT IS SO ORDERED.

Dated _____, 2011.

_____
United States District Court Judge