# EXHIBIT "A"

AO SSB (Rev. 06 09) Subpoena to Produce Documents, Information, or Objections or to Permit Inspection of Premises (Page 2)    WorkOrder#: 132305.003

Civil Action No. 11-20427-JORDAN

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* __BayTSP, Inc.__
was received by me on *(date)* __Tuesday, May 31, 2011__

[X] I personally served the subpoena on the individual at *(place)* __141-B Albright Way, Los Gatos, CA 95031__ on *(date)* __5-31-2011 at 3:08 pm served to Osama Hussain, Agent for Service__; or

[ ] I returned the subpoena unexecuted because _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $ __15.00__ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __6-1-11__

_____
*Server's signature*

MARIAH _____
*Printed name and title*

__20970 Warner Center Lane, Suite C, Woodland Hills, CA 91367__
*Server's address*

Additional information regarding attempted service, etc.: