# EXHIBIT "B"

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objections or to Permit Inspection of Premises (Page 2)          WorkOrder#: 132305.002

Civil Action No. 11-20427-JORDAN

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

This subpoena for (name of individual and title, if any)  **DtecNet, Inc.**
was received by me on (date) _5/3 ⅟ 11_ .

[X] I personally served the subpoena on the individual at (place)  **818 West Seventh Street, Los Angeles,**
**CA 90017**  on (date) _5/31/11_            ; or

[ ] I returned the subpoena unexecuted because _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered
to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _15_ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _5/31/11_                                                          _____
                                                                               Server's signature

                                                                          Fredrick Sarkissian
                                                                               Printed name and title

                                                                          127 N. Madison Ave.
                                                                          Pasadena, CA 91101
                                                                               Server's address

Additional information regarding attempted service, etc.: