# EXHIBIT "C"

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objections or to Permit Inspection of Premises (Page 2)    WorkOrder#: 132305.001

Civil Action No. 11-20427-JORDAN

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for (*name of individual and title, if any*) __OpSec Security Group plc__
was received by me on (*date*) __5/31/11__

Maria S.

[X] I personally served the subpoena on the individual at (*place*) __818 West Seventh Street, Los Angeles, CA 90017__ on (*date*) __5/31/11__ ; or

[ ] I returned the subpoena unexecuted because _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ __15__ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __5/31/11__

*Server's signature*

__Fredrick Sarkissian__
*Printed name and title*

__127 N. Madison Ave.__
__Pasadena, CA 91101__
*Server's address*

Additional information regarding attempted service, etc.: