# EXHIBIT "D"

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objections or to Permit Inspection of Premises (Page 2)     WorkOrder#: 132305.005

Civil Action No. 11-20427-JORDAN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* **Peer Media Technologies**
was received by me on *(date)* _5-31-11_

[X] I personally served the subpoena on the individual at *(place)* **9046 Lindblade Street, Culver City, CA 90232** on *(date)* _5-31-11_ ; or       Dimitri Vadim

[ ] I returned the subpoena unexecuted because _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _5-31-11_

_____
Server's signature

_Souren Khachikian_
Printed name and title

_3231 Ocean Park Blvd Santa Monica, CA 90405_
Server's address

Additional information regarding attempted service, etc.: