# EXHIBIT "E"

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 11-20427-JORDAN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* MiMTiD

was received by me on *(date)* 5-31-11 @ 2 pm

☒ I served the subpoena by delivering a copy to the named person as follows: ROBERT GILMORE AS REGISTERED AGENT FOR MiMTiD

on *(date)* 6-1-11 @ 4:25 pm or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 15.00

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6-1-11

_____
Server's signature

Joe G. Hurley, CPS #506
Printed name and title

P.O. Box 685
Mary Esther, FL 32569
Server's address

Additional information regarding attempted service, etc:

