# EXHIBIT "F"

| | |
|---|---|
| **From:** | MZappas@fbm.com |
| **Sent:** | Friday, May 27, 2011 7:15 PM |
| **To:** | Karen_Thorland@mpaa.org; dpozza@jenner.com; lplatzer@jenner.com; sfabrizio@jenner.com; kstetson@gray-robinson.com; Janet Munn |
| **Cc:** | JThamkul@fbm.com |
| **Subject:** | Disney Enterprises, Inc., et al. vs. Hotfile Corp., et al. |
| **Attachments:** | 2011-05-27 Subpoena For Production of Documents OpSec Security.PDF; 2011-05-27 Subpoena For Production of Documents DtecNet, Inc..PDF; 2011-05-27 Subpoena For Production of Documents BayTSP, Inc..PDF; 2011-05-27 Subpoena For Production of Documents MiMTiD.PDF; 2011-05-27 Subpoena For Production of Documents Peer Media Technologies.PDF |

Good afternoon Counsel,

Attached hereto and hereby served upon you are the various subpoenas together with Schedules A, and a copy of the protective order which will be served on each entity. Thank you.

**Maria T. Zappas**
Secretary

---

Farella Braun + Martel LLP
RUSS BUILDING
235 MONTGOMERY STREET
SAN FRANCISCO / CA 94104

---

T 415.954.3520
F 415.954.4480
www.fbm.com

<<2011-05-27 Subpoena For Production of Documents OpSec Security.PDF>> <<2011-05-27 Subpoena For Production of Documents DtecNet, Inc..PDF>> <<2011-05-27 Subpoena For Production of Documents BayTSP, Inc..PDF>> <<2011-05-27 Subpoena For Production of Documents MiMTiD.PDF>> <<2011-05-27 Subpoena For Production of Documents Peer Media Technologies.PDF>>