# EXHIBIT "G"

| | |
|---|---|
| **From:** | MZappas@fbm.com |
| **Sent:** | Wednesday, June 01, 2011 12:59 PM |
| **To:** | Karen_Thorland@mpaa.org; dpozza@jenner.com; lplatzer@jenner.com; sfabrizio@jenner.com; kstetson@gray-robinson.com; Janet Munn |
| **Cc:** | JThamkul@fbm.com; calendar@fbm.com |
| **Subject:** | Disney, et al vs. Hotfile, et al. |
| **Attachments:** | Scanned Document.PDF |

Good morning Counsel,

Attached hereto and hereby served upon you is a new subpoena for MiMTiD Corp. together with Schedule A, and a copy of the protective order. Our process server was unable to effectuate service yesterday, thus the new subpoena and production date. Thank you.


**Maria T. Zappas**
Secretary

---

**Farella Braun + Martel LLP**
RUSS BUILDING
235 MONTGOMERY STREET
SAN FRANCISCO / CA 94104

---

T 415.954.3520
F 415.954.4480
www.fbm.com