# EXHIBIT "K"

| | |
|---|---|
| **From:** | Bentkover, Michael |
| **To:** | 'andrew@hotfile.com' |
| **CC:** | Wang, Didier; Applen, Ethan; Boivin, Bret; Kaplan, David P. |
| **Sent:** | 9/15/2010 8:47:52 AM |
| **Subject:** | RE: Hotfile Special Rightholders Account |

Hi Andrew,
Thank you as always for your fast cooperation and removal of Warner Bros. property.
Both Didier Wang and Bret Boivin are employees in our International offices at Warner Bros. Entertainment Inc. and are authorized on behalf of Warner Bros. to send DMCA notices.

I will ask them to use the special rights holder account/takedown tool you've already provided us moving forward.

Please let me know if we need anything further.

Kind regards,
Michael

Michael Bentkover
Warner Bros. Entertainment Inc.
4000 Warner Boulevard
Burbank, California 91522
Phone: (818) 954-3639
Fax:    (818) 954-7898
michael.bentkover@warnerbros.com

---

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Corp
**Sent:** Wednesday, September 15, 2010 12:01 AM
**To:** Bentkover, Michael
**Subject:** Hotfile Special Rightholders Account

Hello Michael!
I'd like to ask you - we receive many take down notices coming from persons with info as follows:

>Didier WANG
>Manager, Anti-Piracy Operations
>Warner Bros. Entertainment France
>115/123 avenue Charles de Gaulle
>92200 Neuilly sur Seine
>France
>
>Phone number: +33 (0)1 72 25 10 41
>Fax number: +33 (0)1 72 25 10 00
>Cell phone: +33 (0)6 36 33 06 36
>
>E-mail address: didier.wang@warnerbros.com
>

Bret Boivin
Warner Bros Entertainment Inc.
98 Theobald's Road
London, UK
Phone: +44 207 984 6018
E-Mail: Bret.Boivin@warnerbros.com

WARNER025830

I'd like to ask - are these real persons from your organization cause we suspect false DMCA notices were sent in the name of above mentioned persons?

If you need additional Special Rightholders Account or anything else to assist - don't hesitate to contact me.

Thanks for your info,
Regards,
Andrew


--
http://www.hotfile.com - one click file hosting
----------------------------------------------------------------

WARNER025831