UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 11-20427-CIV-JORDAN

DISNEY ENTERPRISES, INC.,          .
ET AL.,                            .
                                   .
            Plaintiffs,            . Miami, Florida
                                   . July 8, 2011
            v.                     . 2:49 p.m.
                                   .
HOTFILE CORP., ET AL.,             .
                                   .
            Defendants.            .
. . . . . . . . . . . . . . . .

- - - - -

Transcript of Status Conference had

before the Honorable Adalberto Jordan,

United States District Judge.

- - - - -

Proceedings recorded by mechanical stenography, transcript
produced by computer.

```
APPEARANCES:

For the Plaintiffs:    Steven B. Fabrizio, Esq.
                       Jenner & Block, LLP
                       1099 New York Avenue, NW
                       Suite 900
                       Washington, DC  20001
                             and
                       Karen L. Stetson, Esq.
                       Gray-Robinson, P.A.
                       1221 Brickell Avenue
                       Suite 1600
                       Miami, Florida  33131


For the Defendants:    Andrew Leibnitz, Esq.
                       Farella Braun & Martel, LLP
                       Russ Building
                       235 Montgomery Street
                       San Francisco, CA  94104
                             and
                       Janet T. Munn, Esq.
                       Rasco Klock, P.A.
                       283 Catalonia Avenue
                       Coral Gables, Florida  33134-6700


Court Reporter:        Francine C. Salopek, RMR, CRR
                       Official Court Reporter
                       United States District Court
                       400 North Miami Avenue, Room 10-1
                       Miami, Florida 33128-1807
                       (305)523-5568

                           -   -   -   -   -
```

1              ***FRIDAY, JULY 8, 2011, 2:49 P.M.***

2          *(The Judge entered the courtroom)*

3              **THE COURT:**  Good afternoon.  Please be seated.

4              **MR. FABRIZIO:**  Good afternoon, your Honor.

5              **THE COURT:**  This is Case Number 11-20427, Disney

6      Enterprises, et al., vs. Hotfile Corporation, et al.  If you

7      could please announce your appearances.

8              **MR. FABRIZIO:**  Your Honor, Steve Fabrizio for the

9      plaintiffs.

10             **MS. STETSON:**  And Karen Stetson on behalf of the

11     plaintiffs, as well.

12             **THE COURT:**  Good afternoon.

13             **MS. MUNN:**  Good afternoon, your Honor.  Janet Munn on

14     behalf of defendants.

15             **THE COURT:**  Good afternoon.

16             **MR. LEIBVITZ:**  Good afternoon, your Honor.  Andrew

17     Leibnitz from Farella Braun on behalf of the defendants.

18             **THE COURT:**  Good afternoon.

19        Okay.  I asked you to come in, because, as I see it, things

20     are slowly starting to spiral out of control with regards to

21     sealed filings.

22        The plaintiffs have made a decision to file this lawsuit,

23     as is their right.  But I'm getting sealed filings with tons of

24     material and it is becoming unmanageable.  So, I want to know

25     what your intent is with regards to the future filing of sealed

1   materials, because as I see things, almost everything you're

2   going to file in this case is going to be under seal on the

3   notion that it involves trade secrets, confidential property

4   information, et cetera.

5           MR. FABRIZIO:  Your Honor, but for one filing that was

6   made, I think, yesterday, we have filed papers under seal

7   because we have been required to under the protective order

8   that defendants have designated their documents, essentially

9   all of them confidential or higher.

10           THE COURT:  Yeah, I know, but you can't do that.  The

11   mere fact that -- and I'm going to talk to them in a second --

12   the mere fact that parties designate a document as confidential

13   doesn't mean you can file it under seal.  Because it's not like

14   you're deleting an entry or a paragraph or a page out of a

15   document; everything is being filed en masse under seal.

16   That's unmanageable.

17           MR. FABRIZIO:  What we have been doing is we have also

18   been trying to immediately file public redacted versions.

19           THE COURT:  That's only happened once or twice.

20           MR. FABRIZIO:  And what I think we can do going

21   forward, your Honor, to help ease this problem is to confer

22   more with defendants before we file to see whether we can

23   dedesignate documents wholesale before we make filings, so

24   that --

25           THE COURT:  The confidentiality agreement is probably

1   broad enough to include everything under the sun, right?  If it

2   mentions anything about any company it's confidential?  Right?

3   That's the way litigation goes these days.

4           **MR. FABRIZIO:**  Yes.  And it's along those lines, your

5   Honor.

6           **THE COURT:**  Well, that procedure is not going to

7   continue here.  And if you force my hand, I'll unseal

8   everything.

9       We just can't have sealed filings on everything or almost

10  everything.  That completely negates the open nature of

11  proceedings in federal district court.

12      I understand that there are things that need to be sealed

13  for both sides.  I really do.  And I don't think I'm one of the

14  judges here who takes a negative view of sealing matters that

15  are truly proprietary and confidential.  But if you're talking

16  about -- I mean, the last couple of filings I got were about an

17  inch-and-a-half or two inches thick -- if my memory is wrong,

18  you can correct me -- but it wasn't a page or two or three --

19  it was a massive set of documents.

20      And we just can't deal with that anymore, because then the

21  public doesn't know what I'm ruling on, they have no idea what

22  the dispute is about, they have no idea whether to have any

23  confidence in the way the proceedings are being handled.  It's

24  just an impossibility.

25      And -- I mean, I'm looking at you because you're standing

```
 1   up and you started, I'm not placing the blame on you --
 2              MR. FABRIZIO:  I understand, your Honor.
 3              THE COURT:  -- but it's a question of process.
 4              MR. FABRIZIO:  And we'll figure out a process, your
 5   Honor.
 6        As I said, to date, we -- plaintiffs have been compelled by
 7   court order to file these documents under seal.  But as you
 8   point out, while there are lots of documents that maybe may
 9   genuinely need to be filed under seal, I think both sides
10   probably end up marking documents "confidential" as a
11   precautionary measure that if they are truly going to be
12   attachments to a motion, we could confer ahead of time and try
13   to get agreement that we could put them on the public record.
14   And that way, if there has to be certain documents filed under
15   seal, we could limit the number of documents under seal and
16   perhaps even limit the portions of documents by redacting
17   individual documents.
18              THE COURT:  You could also file less motions.  That
19   would eliminate part of the problem, too.
20              MR. FABRIZIO:  We'd --
21              THE COURT:  It's just a joke; I know it's a pipe
22   dream.
23              MR. FABRIZIO:  Of ours, too, your Honor.  We would
24   love to move more efficiently through this.
25              THE COURT:  Okay.  What are we going to do with regard
```

```
 1    to sealed filings in this case?

 2              MR. LEIBVITZ:  Your Honor, Hotfile has not filed

 3    anything under seal.

 4              THE COURT:  I know you haven't.  That's why I

 5    addressed them first.

 6         But I would presume that the fair number of documents that

 7    have been filed under seal were filed in that way because they

 8    were designated confidential pursuant to the parties'

 9    agreement, right?

10              MR. LEIBVITZ:  I was looking at what's been filed

11    under seal so far.  The documents that I see before you today

12    are not ours that were sealed.

13         When we file documents, we've gone to the other side and

14    redacted those that would have been under seal, so that we

15    don't have to file under seal.  That's why we have not filed

16    anything under seal.  But we certainly, certainly, we've heard

17    your Honor, we will certainly undertake to work very closely

18    with Mr. Fabrizio.  We don't want to overburden you with sealed

19    documents.

20              THE COURT:  I have a suggestion for both of you.  Why

21    don't you -- if you decide you need to attach documents that

22    fall within the ambit of the confidentiality agreement, why

23    don't you file redacted versions.  And if I need to see

24    something that's redacted, I will tell you and you can file

25    that portion of it under seal?
```

1          I mean, most of the stuff you're filing in bulk is being

2     filed for context, and so that I have everything that I need to

3     look at.  I understand that and I appreciate that.

4          But I doubt very much that if there's a 30-page document on

5     source codes or something like that, I'm gonna need to know

6     chapter and verse about every line in that 30-page document to

7     make a reasoned decision about whatever motion is being filed.

8          **MR. FABRIZIO:**  That makes good sense.  We could also,

9     if it would be easier for you, deliver courtesy copies that are

10    not redacted while filing redacted versions?

11         **THE COURT:**  The less paper for me, the better.

12         **MR. FABRIZIO:**  I understand.

13         **THE COURT:**  So, why don't we try that?  Okay?  That

14    way no side will be hurt, each side can file whatever it

15    believes it should be filing.  And if there's a redaction that

16    is going to be so massive that it is going to completely

17    obliterate the nature of the document and make it

18    incompensable, then you can explain to me.

19         But, in other words, if you have to file a document that's

20    ten pages and there are only four offending paragraphs in there

21    that are really, really confidential and proprietary, you can

22    redact them and file.

23         **MR. FABRIZIO:**  Then the parties will simply have to

24    coordinate more efficiently to identify what they are, because

25    as they stand, documents are designated in whole, but we can

```
 1    certainly do that.

 2              THE COURT:  Do you need to file all of these documents

 3    in bulk?

 4              MR. FABRIZIO:  If the Court would prefer excerpts

 5    or --

 6              THE COURT:  No, no.

 7              MR. FABRIZIO:  Or not at all?

 8              THE COURT:  I'm speaking generally, and I can't

 9    predict what sort of motions you're going to be filing in the

10    future, but there might be a happy medium somewhere where you

11    don't need to file all 40 pages of a document if the only

12    relevant pages are pages ten through 14.  So, you file the

13    initial cover page and you file the others and if no one else

14    cares about the other 37 pages, they don't need to be in the

15    system.

16              MR. FABRIZIO:  If that's acceptable to the Court, that

17    would in fact be easier for us as well.

18              THE COURT:  I don't know ahead of time.  I'm just

19    giving you a suggestion that there may be motions where no one

20    really disputes or cares about how the other 37 pages are

21    construed, interpreted, looked at, read.  The only real dispute

22    is about these two or three pages.  If that's the case and both

23    of you can agree about what the universe consists of, you can

24    eliminate attaching a lot of pages and that will, in turn,

25    lessen the problem with sealed documents, too.
```

1          **MR. FABRIZIO:**  That's, that is -- we can do that, your

2      Honor, and will.

3          **THE COURT:**  Okay.  So, what I would like you to do

4      then is to file redacted versions of everything that you have

5      filed under seal.  So -- and I'll give you a month to do that,

6      because I know there are a lot of documents in there.  Okay?

7          So, by the end of the first -- by the close of business on

8      the first Friday in August, you will have filed redacted

9      versions in the public record of everything you have filed

10     under seal.  I know you have done that with regard to some

11     filings already, but I just want you to complete that.

12         **MR. FABRIZIO:**  Yes.

13         **THE COURT:**  And I will grant your motions to file

14     under seal with regards to everything you've filed so far.  But

15     we'll have these ground rules going forward.

16         If either of you think that these ground rules aren't

17     working or they are not realistic in the way that litigation is

18     shaping up, just call chambers, and we'll get together and have

19     a hearing on it.

20         Don't waste your time or your money fighting about it on

21     paper.  Just call me and tell me you're having a disagreement,

22     or you think it's not working, and you'd like to have a status

23     conference and/or a hearing, and I'll bring you in and we can

24     air everything out there.

25         Okay?

1           **MR. LEIBVITZ:**  Very good, your Honor.

2           **MR. FABRIZIO:**  Yes, your Honor.

3           **THE COURT:**  Okay.  Thank you for coming in.  Have a

4    very good weekend.

5           **MR. FABRIZIO:**  Your Honor?

6           **THE COURT:**  Yes.

7           **MR. FABRIZIO:**  While we're here, can we raise issue

8    about an order you issued a couple days ago?

9           **THE COURT:**  Sure.

10          **MR. FABRIZIO:**  On June 27th your Honor issued an order

11   denying a joint motion that the parties had filed.  The local

12   rule requires --

13          **THE COURT:**  Which one is that?

14          **MR. FABRIZIO:**  It's --

15          **THE COURT:**  A joint motion to do what?

16          **MR. FABRIZIO:**  It was a joint motion to extend the

17   local rule 30-day deadline to file discovery motions.

18       The parties have been, despite the number of motions, the

19   parties have actually been very good about working together to

20   try to narrow disputes and to try to resolve them.  And we were

21   running up against the 30-day limit on some of our

22   negotiations.

23       So, we stipulated among ourselves and presented to the

24   Court a motion to extend that period of time to 60 days in the

25   hope that what we ended up having to file would be less and

```
 1   narrower.  And your Honor denied that motion without prejudice
 2   and said we could renew that motion after the pleading stage,
 3   which I take it we are at now.  If we could renew that motion
 4   because there were a couple of motions that were about to be
 5   filed on both sides that neither side felt we could file in
 6   light of that order.
 7           THE COURT:  So, this only has to do with discovery?  I
 8   might have misread the import of your request.
 9           MR. FABRIZIO:  This -- oh, I'm sorry, your Honor --
10   this only has to do with discovery.  I think it's Local
11   Rule 26.1(h)(1) requires that any discovery motion must be
12   filed within 30 days of the date of the occurrence of the issue
13   giving rise to the motion.  We have, I think, interpreted that
14   to mean the day the objections are lodged.
15       So, from then, we've had 30 days to get a motion on file.
16   And I can understand the reason for this rule, your Honor.  In
17   the normal course, the Court doesn't want parties being
18   dilatory in bringing these motions forward.  It also has the
19   effect when the parties are actually trying to diligently
20   trying to resolve issues, of pushing them up against that 30
21   days and forcing us to file motions that hopefully we could
22   either not file or file narrower motions.  So, we had
23   stipulated and presented to the Court a request that we would
24   have 60 days in order to file these discovery motions.
25           THE COURT:  Aren't you required to call Magistrate
```

```
 1   Judge O'Sullivan's chambers if there are any discovery disputes
 2   to begin with?
 3        MR. FABRIZIO:  This case has not been referred to a
 4   magistrate --
 5        THE COURT:  That's exactly my point.  That's why I
 6   denied the motion without prejudice, because you don't have a
 7   scheduling order in place yet.
 8      And the way that Magistrate Judge O'Sullivan handles
 9   discovery is, he does not permit any discovery motions to be
10   filed until the parties call him and tell them that they have a
11   dispute and he's unable to resolve it informally -- and by
12   "informally," I mean without having formal papers filed -- but
13   having the parties come in and having a hearing on the record
14   that is transcribed.
15      So, I don't want to put a procedure in place before there
16   is a scheduling order in place --
17        MR. FABRIZIO:  I understand.
18        THE COURT:  -- and a procedure which is going to run
19   up against the procedures that Judge O'Sullivan has set in
20   place for resolution of discovery matters.
21        MR. FABRIZIO:  I understand.  I think both sides were
22   just trying to just be cautious so we wouldn't run afoul of
23   30-day limit while we were --
24        THE COURT:  Do you have any of those that are in that
25   scenario right now?
```

```
 1          MR. FABRIZIO:  I think both sides have motions that

 2  are on deck, so to speak, that either would have been filed or

 3  would be filed soon, but for your Honor's April -- June 27

 4  order.

 5          THE COURT:  Okay.  I'll give you 14 days from today to

 6  file those.

 7          MR. FABRIZIO:  With your Honor or with Judge

 8  O'Sullivan?

 9          THE COURT:  You don't file them with anybody because

10  there's no scheduling order in place.  You file them in the

11  docket.

12          MR. FABRIZIO:  Okay.  Thank you, your Honor.

13          THE COURT:  Right?  Until there's a scheduling order

14  in place and until I've referred discovery to Magistrate Judge

15  O'Sullivan, there's no magistrate judge for you to go for or to

16  go to.

17          MR. FABRIZIO:  Yes.

18          THE COURT:  Okay?

19     So ...  By the way, the motion to dismiss, I don't know if

20  you received a copy of the order or not --

21          MR. FABRIZIO:  We have.

22          THE COURT:  -- on the order on the motion to dismiss?

23          MR. FABRIZIO:  Yes, your Honor.

24          THE COURT:  You've received it?

25          MR. FABRIZIO:  Yes, your Honor.
```

1        **THE COURT:**  So, you're going to have a scheduling

2   report due soon.  And we'll put all the discovery procedures in

3   place.

4     If you have any discovery disputes that would require the

5   filing of a motion now or close to now, you have until

6   July 22nd to file those motions.

7     And just drop a footnote to indicate that this is one of

8   those -- this is one of those motions that would have been

9   barred by the 30-day presumptive clock, but it's exempted

10  pursuant to my ruling at today's hearing.

11       **MR. FABRIZIO:**  Thank you, your Honor.

12       **THE COURT:**  Okay?

13       **MR. FABRIZIO:**  As a point of --

14       **THE COURT:**  Once you file a scheduling report, you can

15  let me know whether or not as part of that scheduling process

16  you want me to provide more breathing room to you with respect

17  to the filing of motions.  I'll confer with Judge O'Sullivan to

18  see the best way to handle that issue or that dispute and I'll

19  take care of it once I issue the scheduling order in the case.

20       **MR. FABRIZIO:**  Thank you, your Honor.

21     The parties, just for the Court's edification, have already

22  filed a joint scheduling report.

23       **THE COURT:**  Okay.

24       **MR. FABRIZIO:**  But it was --

25       **THE COURT:**  We haven't issued -- when was it filed, do

1   you know?

2          **MR. FABRIZIO:**  It was filed some time ago.  I can give

3   you the docket number.

4          **MR. LEIBVITZ:**  Docket Number 54, your Honor, filed on

5   April 15th.

6          **THE COURT:**  Okay.

7          **MR. FABRIZIO:**  I believe there may be certain dates in

8   that report that are now untimely or need to be revised.

9   Should the parties --

10         **THE COURT:**  Why don't you go ahead and file a revised

11  report by next Friday.

12         **MR. FABRIZIO:**  Thank you, your Honor.

13         **THE COURT:**  Okay?  And I'll issue a scheduling order

14  right after that.

15     I always try not to issue a scheduling order before the

16  case is going to be at issue, because, as you noted, some of

17  those deadlines may go by the wayside if I don't rule on

18  something in the time that was expected or hoped for and then

19  we have to go back to the drawing board and come up with a

20  brand new schedule.

21     So, just submit a new scheduling report by next Friday and

22  then I'll go ahead and issue a scheduling order.  And, again,

23  if you want me to give you more breathing room with regards to

24  the filing of discovery motions, just let me know when you file

25  the scheduling report.

```
 1        Okay?

 2             MR. LEIBVITZ:  To preview it for your Honor, our

 3   scheduling report, our side of it will be asking for relief

 4   from the one summary judgment rule in hopes of bringing an

 5   early summary judgment motion on the Digital Millennium

 6   Copyright Act safe harbor before your Honor.  I know it's in

 7   the April 15th joint status report.  We'll be putting that in

 8   our status report for next Friday, as well.

 9             THE COURT:  Okay.  Fair enough.

10        You can let me know your thoughts, too, when you file the

11   report with regards to that issue.

12             MR. FABRIZIO:  Thank you.

13        Defendants have filed actually a separate motion on that

14   which we have opposed and that is fully briefed and pending.

15             THE COURT:  Right.  But I'm saying in the scheduling

16   report, you can let me know your thoughts about their request

17   to be exempted from the one summary judgment motion limitation.

18             MR. FABRIZIO:  Yes, your Honor.

19             THE COURT:  Right?  You can let me know that in the

20   report.

21             MR. FABRIZIO:  Thank you.

22             THE COURT:  Okay?

23        Okay.  Have a very good weekend.

24             MR. LEIBVITZ:  Thank you, your Honor.

25             THE COURT:  Thank you for coming.
```

1        *(The Judge exited the courtroom)*

2        *(Proceedings concluded at 3:07 p.m.)*

3                               –   –   –   –   –

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19                        C E R T I F I C A T E

20     I certify that the foregoing is a correct transcript from

21     the record of proceedings in the above-entitled matter.

22

23
        /S/Francine C. Salopek                    8-5-11
24     Francine C. Salopek, RMR-CRR          Date
        Official Court Reporter

25

19

**/**

/S/Francine [1]  18/23

**1**

10-1 [1]  2/15
1099 [1]  2/3
11 [1]  18/23
11-20427-CIV-JORDAN [1]  1/4
1221 [1]  2/6
14 [2]  9/12 14/5
15th [1]  16/5
1600 [1]  2/6
1807 [1]  2/15

**2**

20001 [1]  2/4
2011 [2]  1/7 3/1
20427 [1]  3/5
22nd [1]  15/6
235 [1]  2/9
26.1 [1]  12/11
27 [1]  14/3
283 [1]  2/12
2:49 [1]  1/8
2:49 P.M [1]  3/1

**3**

30 [3]  12/12 12/15 12/20
30-day [4]
30-page [2]  8/4 8/6
305 [1]  2/16
33128-1807 [1]  2/15
33131 [1]  2/7
33134-6700 [1]  2/12
37 [2]  9/14 9/20
3:07 p.m [1]  18/2

**4**

40 [1]  9/11
400 [1]  2/15

**5**

523-5568 [1]  2/16
54 [1]  16/4
5568 [1]  2/16

**6**

60 [2]  11/24 12/24
6700 [1]  2/12

**8**

8-5-11 [1]  18/23

**9**

900 [1]  2/3
94104 [1]  2/10

**A**

above [1]  18/21
above-entitled [1]  18/21
acceptable [1]  9/16
Act [1]  17/6
Adalberto [1]  1/14
addressed [1]  7/5
afoul [1]  13/22
afternoon [7]
agree [1]  9/23
agreement [4]
air [1]  10/24

al [3]  1/6 1/9 3/6
al., [1]  3/6
almost [2]  4/1 5/9
ambit [1]  7/22
and/or [1]  10/23
Andrew [2]  2/8 3/16
announce [1]  3/7
anymore [1]  5/20
appearances [2]  2/1 3/7
appreciate [1]  8/3
April [3]  14/3 16/5 17/7
April 15th [1]  16/5
April 15th joint [1]  17/7
aren't [2]  10/16 12/25
attach [1]  7/21
attaching [1]  9/24
attachments [1]  6/12
August [1]  10/8
Avenue [4]

**B**

barred [1]  15/9
becoming [1]  3/24
begin [1]  13/2
believe [1]  16/7
believes [1]  8/15
blame [1]  6/1
Block [1]  2/2
board [1]  16/19
brand [1]  16/20
Braun [2]  2/8 3/17
breathing [2]  15/16 16/23
Brickell [1]  2/6
briefed [1]  17/14
broad [1]  5/1
Building [1]  2/9
bulk [2]  8/1 9/3
business [1]  10/7

**C**

CA [1]  2/10
call [4]
Catalonia [1]  2/12
cautious [1]  13/22
certify [1]  18/20
cetera [1]  4/4
chambers [2]  10/18 13/1
chapter [1]  8/6
CIV [1]  1/4
clock [1]  15/9
close [2]  10/7 15/5
closely [1]  7/17
codes [1]  8/5
company [1]  5/2
compelled [1]  6/6
complete [1]  10/11
computer [1]  1/25
concluded [1]  18/2
confer [3]  4/21 6/12 15/17
conference [2]  1/13 10/23
confidence [1]  5/23
confidential [8]
confidentiality [2]  4/25 7/22
consists [1]  9/23
construed [1]  9/21
context [1]  8/2
control [1]  3/20
coordinate [1]  8/24
copies [1]  8/9
copy [1]  14/20

Copyright [1]  17/6
Coral [2]  2/12
CORP [1]  1/9
Corporation [1]  3/6
court [12]
Court's [1]  15/21
courtesy [1]  8/9
courtroom [2]  3/2 18/1
cover [1]  9/13
CRR [2]  2/13 18/24

**D**

date [3]  6/6 12/12 18/24
dates [1]  16/7
DC [1]  2/4
deadline [1]  11/17
deadlines [1]  16/17
decide [1]  7/21
decision [2]  3/22 8/7
deck [1]  14/2
dedesignate [1]  4/23
defendants [7]
deleting [1]  4/14
deliver [1]  8/9
denied [2]  12/1 13/6
denying [1]  11/11
designate [1]  4/12
designated [3]  4/8 7/8 8/25
despite [1]  11/18
Digital [1]  17/5
dilatory [1]  12/18
diligently [1]  12/19
disagreement [1]  10/21
discovery [13]
dismiss [2]  14/19 14/22
DISNEY [2]  1/5 3/5
dispute [4]
disputes [4]
district [5]
DIVISION [1]  1/3
docket [3]  14/11 16/3 16/4
document [7]
documents [19]
doubt [1]  8/4
drawing [1]  16/19
dream [1]  6/22
drop [1]  15/7

**E**

early [1]  17/5
ease [1]  4/21
easier [2]  8/9 9/17
edification [1]  15/21
effect [1]  12/19
efficiently [2]  6/24 8/24
eliminate [2]  6/19 9/24
en [1]  4/15
en masse [1]  4/15
ENTERPRISES [2]  1/5 3/6
entitled [1]  18/21
entry [1]  4/14
Esq [4]
essentially [1]  4/8
et [5]
et al [1]  3/6
et al., vs. Hotfile [1]  3/6
et cetera [1]  4/4
excerpts [1]  9/4
exempted [2]  15/9 17/17
exited [1]  18/1

**E**

expected [1]  16/18
explain [1]  8/18
extend [2]  11/16 11/24

**F**

Fabrizio [3]  2/2 3/8 7/18
fact [3]  4/11 4/12 9/17
fall [1]  7/22
Farella [2]  2/8 3/17
federal [1]  5/11
fighting [1]  10/20
figure [1]  6/4
file [36]
filed [27]
filing [9]
filings [7]
FLORIDA [5]
footnote [1]  15/7
force [1]  5/7
forcing [1]  12/21
foregoing [1]  18/20
formal [1]  13/12
Francine [3]  2/13 18/23 18/24
Francisco [1]  2/10
FRIDAY [5]

**G**

Gables [1]  2/12
genuinely [1]  6/9
gonna [1]  8/5
grant [1]  10/13
Gray [1]  2/5
Gray-Robinson [1]  2/5
ground [2]  10/15 10/16

**H**

half [1]  5/17
hand [1]  5/7
handle [1]  15/18
handled [1]  5/23
handles [1]  13/8
happy [1]  9/10
harbor [1]  17/6
heard [1]  7/16
hearing [4]
help [1]  4/21
higher [1]  4/9
Honor [32]
Honor's [1]  14/3
Honorable [1]  1/14
hope [1]  11/25
hoped [1]  16/18
hopefully [1]  12/21
hopes [1]  17/4
HOTFILE [3]  1/9 3/6 7/2
hurt [1]  8/14

**I**

I'll [8]
I'm [11]
I've [1]  14/14
idea [2]  5/21 5/22
identify [1]  8/24
immediately [1]  4/18
import [1]  12/8
impossibility [1]  5/24
INC [1]  1/5
inch [1]  5/17

inch-and-a-half [1]  5/17
inches [1]  5/17
include [1]  5/1
incompensable [1]  8/18
indicate [1]  15/7
individual [1]  6/17
informally [2]  13/11 13/12
information [1]  4/4
initial [1]  9/13
intent [1]  3/25
issue [9]
issued [3]  11/8 11/10 15/25
issues [1]  12/20

**J**

Janet [2]  2/11 3/13
Jenner [1]  2/2
joint [5]
joke [1]  6/21
JORDAN [2]  1/4 1/14
judge [10]
judges [1]  5/14
judgment [3]  17/4 17/5 17/17
July [3]  1/7 3/1 15/6
July 22nd [1]  15/6
JULY 8 [1]  3/1
June [2]  11/10 14/3
June 27 [1]  14/3
June 27th your [1]  11/10

**K**

Karen [2]  2/5 3/10
Klock [1]  2/11

**L**

lawsuit [1]  3/22
Leibnitz [2]  2/8 3/17
lessen [1]  9/25
light [1]  12/6
limit [4]
limitation [1]  17/17
lines [1]  5/4
litigation [2]  5/3 10/17
LLP [2]  2/2 2/8
local [3]  11/11 11/17 12/10
lodged [1]  12/14
love [1]  6/24

**M**

magistrate [5]
marking [1]  6/10
Martel [1]  2/8
masse [1]  4/15
massive [2]  5/19 8/16
material [1]  3/24
materials [1]  4/1
matter [1]  18/21
matters [2]  5/14 13/20
mean [6]
measure [1]  6/11
mechanical [1]  1/24
medium [1]  9/10
memory [1]  5/17
mentions [1]  5/2
mere [2]  4/11 4/12
MIAMI [5]
Millennium [2]  17/5
misread [1]  12/8
money [1]  10/20
Montgomery [1]  2/9

month [1]  10/5
motion [19]
motions [17]
move [1]  6/24
Mr. [1]  7/18
Mr. Fabrizio [1]  7/18
Munn [2]  2/11 3/13

**N**

narrow [1]  11/20
narrower [2]  12/1 12/22
nature [2]  5/10 8/17
negates [1]  5/10
negative [1]  5/14
negotiations [1]  11/22
neither [1]  12/5
normal [1]  12/17
North [1]  2/15
noted [1]  16/16
notion [1]  4/3
number [6]
Number 11-20427 [1]  3/5
Number 54 [1]  16/4
NW [2]  2/3

**O**

O'Sullivan [5]
O'Sullivan's [1]  13/1
objections [1]  12/14
obliterate [1]  8/17
occurrence [1]  12/12
offending [1]  8/20
Official [2]  2/14 18/24
oh [1]  12/9
open [1]  5/10
opposed [1]  17/14
order [17]
ours [2]  6/23 7/12
overburden [1]  7/18

**P**

P.A [2]  2/5 2/11
p.m [3]  1/8 3/1 18/2
page [5]
pages [8]
paper [2]  8/11 10/21
papers [2]  4/6 13/12
paragraph [1]  4/14
paragraphs [1]  8/20
part [2]  6/19 15/15
parties [11]
parties' [1]  7/8
pending [1]  17/14
perhaps [1]  6/16
period [1]  11/24
permit [1]  13/9
pipe [1]  6/21
place [7]
plaintiffs [6]
pleading [1]  12/2
point [3]  6/8 13/5 15/13
portion [1]  7/25
portions [1]  6/16
precautionary [1]  6/11
predict [1]  9/9
prefer [1]  9/4
prejudice [2]  12/1 13/6
presented [2]  11/23 12/23
presume [1]  7/6
presumptive [1]  15/9

21

**P**

**preview [1]** 17/2
**problem [1]** 4/21 6/19 9/25
**procedure [3]** 5/6 13/15 13/18
**procedures [2]** 13/19 15/2
**proceedings [5]**
**process [3]** 6/3 6/4 15/15
**produced [1]** 1/25
**property [1]** 4/3
**proprietary [2]** 5/15 8/21
**protective [1]** 4/7
**provide [1]** 15/16
**public [4]**
**pursuant [2]** 7/8 15/10
**pushing [1]** 12/20

**Q**

**question [1]** 6/3

**R**

**raise [1]** 11/7
**Rasco [1]** 2/11
**read [1]** 9/21
**realistic [1]** 10/17
**reasoned [1]** 8/7
**received [2]** 14/20 14/24
**record [4]**
**recorded [1]** 1/24
**redact [1]** 8/22
**redacted [8]**
**redacting [1]** 6/16
**redaction [1]** 8/15
**referred [2]** 13/3 14/14
**relevant [1]** 9/12
**relief [1]** 17/3
**renew [2]** 12/2 12/3
**report [13]**
**Reporter [3]** 2/13 2/14 18/24
**request [3]** 12/8 12/23 17/16
**required [2]** 4/7 12/25
**resolution [1]** 13/20
**resolve [3]** 11/20 12/20 13/11
**revised [2]** 16/8 16/10
**rise [1]** 12/13
**RMR [2]** 2/13 18/24
**RMR-CRR [1]** 18/24
**Robinson [1]** 2/5
**room [3]** 2/15 15/16 16/23
**rule [6]**
**Rule 26.1 [1]** 12/11
**rules [2]** 10/15 10/16
**ruling [2]** 5/21 15/10
**Russ [1]** 2/9

**S**

**safe [1]** 17/6
**Salopek [3]** 2/13 18/23 18/24
**San [1]** 2/10
**scenario [1]** 13/25
**schedule [1]** 16/20
**scheduling [16]**
**seal [18]**
**sealed [9]**
**sealing [1]** 5/14
**second [1]** 4/11
**secrets [1]** 4/3
**sense [1]** 8/8
**shaping [1]** 10/18
**side [5]**

**sides [5]**
**slowly [1]** 3/20
**soon [2]** 14/3 15/2
**source [1]** 8/5
**SOUTHERN [1]** 1/2
**spiral [1]** 3/20
**stage [1]** 12/2
**stand [1]** 8/25
**standing [1]** 5/25
**starting [1]** 3/20
**STATES [3]** 1/1 1/15 2/14
**status [4]**
**stenography [1]** 1/24
**Stetson [2]** 2/5 3/10
**Steve [1]** 3/8
**Steven [1]** 2/2
**stipulated [2]** 11/23 12/23
**Street [1]** 2/9
**stuff [1]** 8/1
**submit [1]** 16/21
**suggestion [2]** 7/20 9/19
**Suite [2]** 2/3 2/6
**summary [3]** 17/4 17/5 17/17
**sun [1]** 5/1
**system [1]** 9/15

**T**

**take [2]** 12/3 15/19
**takes [1]** 5/14
**talk [1]** 4/11
**talking [1]** 5/15
**tell [3]** 7/24 10/21 13/10
**Thank [9]**
**thick [1]** 5/17
**think [10]**
**thoughts [2]** 17/10 17/16
**time [6]**
**today's [1]** 15/10
**tons [1]** 3/23
**trade [1]** 4/3
**transcribed [1]** 13/14
**transcript [3]** 1/13 1/24 18/20
**truly [2]** 5/15 6/11
**twice [1]** 4/19

**U**

**unable [1]** 13/11
**understand [7]**
**undertake [1]** 7/17
**UNITED [3]** 1/1 1/15 2/14
**universe [1]** 9/23
**unmanageable [2]** 3/24 4/16
**unseal [1]** 5/7
**untimely [1]** 16/8
**us [2]** 9/17 12/21

**V**

**verse [1]** 8/6
**versions [5]**
**view [1]** 5/14
**vs. [1]** 3/6

**W**

**Washington [1]** 2/4
**waste [1]** 10/20
**wayside [1]** 16/17
**We'd [1]** 6/20
**weekend [2]** 11/4 17/23
**wholesale [1]** 4/23
**words [1]** 8/19

**work [1]** 7/17
**working [3]** 10/17 10/22 11/19
**wrong [1]** 5/17

**Y**

**York [2]** 2/3
**you'd [1]** 10/22