# EXHIBIT A

*UNITED STATES DISTRICT COURT*

*SOUTHERN DISTRICT OF FLORIDA*

*MIAMI DIVISION*

*CASE NO. 11-20427-CIV-JORDAN*

```
DISNEY ENTERPRISES, INC.,      .
ET AL.,                        .
                               .
         Plaintiffs,           . Miami, Florida
                               . July 8, 2011
     v.                        . 2:49 p.m.
                               .
HOTFILE CORP., ET AL.,         .
                               .
         Defendants.           .
. . . . . . . . . . . . . . . .
```

- - - - -

*Transcript of Status Conference had*

*before the Honorable Adalberto Jordan,*

*United States District Judge.*

- - - - -

*Proceedings recorded by mechanical stenography, transcript produced by computer.*

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(305)523-5568

```
 1         MR. FABRIZIO:  I think both sides have motions that
 2   are on deck, so to speak, that either would have been filed or
 3   would be filed soon, but for your Honor's April -- June 27
 4   order.
 5         THE COURT:  Okay.  I'll give you 14 days from today to
 6   file those.
 7         MR. FABRIZIO:  With your Honor or with Judge
 8   O'Sullivan?
 9         THE COURT:  You don't file them with anybody because
10   there's no scheduling order in place.  You file them in the
11   docket.
12         MR. FABRIZIO:  Okay.  Thank you, your Honor.
13         THE COURT:  Right?  Until there's a scheduling order
14   in place and until I've referred discovery to Magistrate Judge
15   O'Sullivan, there's no magistrate judge for you to go for or to
16   go to.
17         MR. FABRIZIO:  Yes.
18         THE COURT:  Okay?
19      So ...  By the way, the motion to dismiss, I don't know if
20   you received a copy of the order or not --
21         MR. FABRIZIO:  We have.
22         THE COURT:  -- on the order on the motion to dismiss?
23         MR. FABRIZIO:  Yes, your Honor.
24         THE COURT:  You've received it?
25         MR. FABRIZIO:  Yes, your Honor.
```

```
 1              THE COURT:  So, you're going to have a scheduling
 2     report due soon.  And we'll put all the discovery procedures in
 3     place.
 4        If you have any discovery disputes that would require the
 5     filing of a motion now or close to now, you have until
 6     July 22nd to file those motions.
 7        And just drop a footnote to indicate that this is one of
 8     those -- this is one of those motions that would have been
 9     barred by the 30-day presumptive clock, but it's exempted
10     pursuant to my ruling at today's hearing.
11              MR. FABRIZIO:  Thank you, your Honor.
12              THE COURT:  Okay?
13              MR. FABRIZIO:  As a point of --
14              THE COURT:  Once you file a scheduling report, you can
15     let me know whether or not as part of that scheduling process
16     you want me to provide more breathing room to you with respect
17     to the filing of motions.  I'll confer with Judge O'Sullivan
18     see the best way to handle that issue or that dispute and I'll
19     take care of it once I issue the scheduling order in the case.
20              MR. FABRIZIO:  Thank you, your Honor.
21        The parties, just for the Court's edification, have already
22     filed a joint scheduling report.
23              THE COURT:  Okay.
24              MR. FABRIZIO:  But it was --
25              THE COURT:  We haven't issued -- when was it filed, do
```