UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

**JOINT MOTION AND MEMORANDUM OF LAW OF PLAINTIFFS, DEFENDANTS, AND NON-PARTY LEMURIA COMMUNICATIONS, INC. FOR EXTENSION OF TIME TO FILE RESPONSES AND REPLIES TO PENDING MOTIONS TO COMPEL (Dkt. Nos. 108, 110, 111)**

Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studio Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. (collectively "Plaintiffs"); Defendants Hotfile Corp. and Anton Titov (collectively "Defendants") (Plaintiffs and Defendants are collectively the "Parties"); and non-party Lemuria Communications, Inc. ("Lemuria"), move pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure for an extension of time for each Party and Lemuria to serve pleadings or other papers in response and reply to Plaintiffs' Motion to Compel Responses to Requests for Production of Documents and Interrogatories (Dkt. No. 110) ("Plaintiffs' Motion to Compel") and Plaintiffs' Motion to Compel Responses to Subpoena to Third Party Lemuria Communications, Inc. ("Lemuria") (Dkt. No. 108) ("Motion to Compel Against Lemuria") and Defendants' Motion to Compel Responses to Discovery from Plaintiffs (Dkt. No. 111) ("Defendants' Motion to Compel"). All of these motions were filed on August 3, 2011. The Parties and Lemuria move for an entry of Order that sets August 26, 2011 as the response

deadline for the motions and September 9, 2011 as the deadline for reply briefs. The grounds for this Joint Motion are set forth below in the accompanying memorandum of law.

## MEMORANDUM OF LAW

Under present deadlines, papers in opposition to the pending motions to compel are due on August 22, and reply papers in support of these motions are due seven days after opposition memoranda are filed. The Parties and Lemuria respectfully request that the Court extend the deadlines to file such oppositions and replies in response to the above-listed motions to the time indicated above.

This Joint Motion is not filed for purposes of delay or for any improper purpose but to provide additional time needed by counsel to prepare their respective pleadings. Neither Party, nor Lemuria, will be prejudiced by the Court granting this Joint Motion for Extension of Time. The Court has authority pursuant to Rule 6 of the Federal Rules of Civil Procedure to grant extensions of time. *See* Fed. R. Civ. P. 6(b)(1).

## CONCLUSION

On the basis of the foregoing, the Parties and Lemuria respectfully request that both Parties, as well as third-party Lemuria, be given additional time to file their pleadings or other papers in response and reply to the pending motions to compel (Dkt. Nos. 108, 110, 111) as set forth herein.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that counsel for Plaintiffs, Defendants, and third party Lemuria Communications, Inc. have met and conferred regarding the relief requested in this Joint Motion, and Karen L. Stetson, Plaintiffs' counsel who makes this joint filing on behalf of all Parties, also has authorization from counsel for Defendants and Lemuria Communications, Inc. to file the Joint Motion on behalf of Defendants and Lemuria Communications, Inc.

By: /s/ Karen L. Stetson
Karen L. Stetson

Dated: August 17, 2011                    Respectfully submitted,

By: /s/ Karen L. Stetson
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, Fl 33131
Telephone: (305) 461-6880
Facsimile:  (305) 461-6887


MOTION PICTURE ASSOCIATION          JENNER & BLOCK LLP
 OF AMERICA, INC.                   Steven B. Fabrizio (*Pro Hac Vice*)
Karen R. Thorland (*Pro Hac Vice*)  Duane C. Pozza (*Pro Hac Vice*)
15301 Ventura Blvd.                 Luke C. Platzer (*Pro Hac Vice*)
Building E                          1099 New York Ave., N.W.
Sherman Oaks, CA 91403              Suite 900
Phone:  (818) 995-6600              Washington, DC 20001
Fax:  (818) 285-4403                Telephone: (202) 639-6000
                                    Facsimile:  (202) 639-6066

                                    *Attorneys for Plaintiffs*


Dated:  August 17, 2011             Respectfully submitted,

/s/ Janet T. Munn
Janet T. Munn, Fla. Bar No. 501281
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
Telephone:  305.476.7101
Telecopy:  305.476.7102
Email: jmunn@rascoklock.com

Roderick M. Thompson (Admitted pro hac vice)
rthompson@fbm.com
Andrew Leibnitz (Admitted pro hac vice)
aleibnitz@fbm.com
Anthony P. Schoenberg (Admitted pro hac vice)
tschoenberg@fbm.com
Deepak Gupta (Admitted pro hac vice)
dgupta@fbm.com

3

Janel Thamkul (Admitted pro hac vice)
jthamkul@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.4480

*Counsel for Defendants and Lemuria Communications, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th Day of August, 2011, I served the following document via overnight delivery to Andrew Leibnitz, counsel for Lemuria Communications, Inc. at his listed address on the attached service list.

In addition, I served the following document on all counsel of record on the attached service list via the Court's CM/ECF filing system:

> **Joint Motion of Plaintiffs, Defendants, and Non-Party Lemuria Communications, Inc. for Extension of Time to File Responses and Replies to Pending Motions to Compel (Dkt. Nos. 108, 110, 111)**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this certificate of Service was executed on this date.

By: /s/ Karen L. Stetson
Karen L. Stetson

## SERVICE LIST

### Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
### CASE NO. 11-CIV-20427-JORDAN

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*