UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

### ORDER GRANTING JOINT MOTION OF PLAINTIFFS, DEFENDANTS, AND NON-PARTY LEMURIA COMMUNICATIONS, INC. FOR EXTENSION OF TIME TO FILE RESPONSES AND REPLIES TO PENDING MOTIONS TO COMPEL (Dkt. Nos. 108, 110, 111)

THIS CAUSE came before the Court upon consideration of the Joint Motion of Plaintiffs, Defendants, and Non-Party Lemuria Communications, Inc. for Extension of Time to File Responses and Replies to Pending Motions to Compel (Dkt. Nos. 108, 110, and 111) ("Joint Motion for Extension of Time"). The Court has considered the Joint Motion for Extension of Time and being otherwise duly advised herein, it is hereby

ORDERED AND ADJUDGED that the Joint Motion for Extension of Time is GRANTED as follows:

1. Opposition papers for the pending motions shall be filed and served on or before August 26, 2011; and

2. Reply papers shall be filed and served on or before September 9, 2011.

DONE AND ORDERED in chambers at Miami, Florida this 23rd day of August 2011.

*(signature)*
Adalberto Jordan
United States District Judge

cc: All Counsel of Record