UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 11-20427-CIV-JORDAN

| | |
|---|---|
| DISNEY ENTERPRISES, INC. et al., | ) |
| Plaintiffs | ) ) ) |
| vs. | ) ) |
| HOTFILE CORP. et al., | ) ) |
| Defendants | ) ) |

**ORDER ON PENDING MOTIONS**

Hotfile Corp.'s and Anton Titov's motions for a special scheduling order regarding the safe harbor protections of the Digital Millennium Copyright Act [D.E. 70] is DENIED WITHOUT PREJUDICE and motion for a hearing on this issue [D.E. 71] is DENIED AS MOOT. Hotfile and Mr. Titov may request a special scheduling order once the parties are commanded to file a scheduling report. Hotfile and Mr. Titov's request for oral argument on the plaintiffs' emergency motion for an order prohibiting spoliation [D.E. 31] is DENIED AS MOOT.

The plaintiffs' motion to substitute unredacted versions of their motion to authorize use of categorical privilege logs in place of the public redacted versions [D.E. 115] is GRANTED and motion to file documents under seal [D.E. 96] is DENIED AS MOOT.

DONE and ORDERED in chambers in Miami, Florida, this 23rd day of August, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record