UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 11-20427-CIV-JORDAN

| | |
|---|---|
| DISNEY ENTERPRISES, INC. et al., | ) |
| Plaintiffs | ) ) ) |
| vs. | ) ) |
| HOTFILE CORP., ANTON TITOV and DOES 1–10, | ) ) ) |
| Defendants | ) ) |

### ORDER

By no later than September 5, 2011, the parties shall file a joint scheduling report as required by Local Rule 16.1.

DONE and ORDERED in chambers in Miami, Florida, this 23rd day of August, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:     All counsel of record