UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 11-20427-CIV-JORDAN

| | |
|---|---|
| DISNEY ENTERPRISES, INC. et al., | ) |
| Plaintiffs | ) |
| vs. | ) |
| HOTFILE CORP., ANTON TITOV and DOES 1–10, | ) |
| Defendants | ) |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Hotfile Corp.'s motion for an enlargement of time to file a motion to compel [D.E. 120] is GRANTED. Hotfile shall serve a motion to compel with respect to "Plaintiffs' Consolidated Responses and Objections to Defendant Hofile Corp.'s Second Set of Requests for Production of Documents" on or before September 28, 2011.

Hotfile is reminded to file proposed orders for motions like this one as required by Local Rule 7.1.A.2.

DONE and ORDERED in chambers in Miami, Florida, this 23rd day of August, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record