# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants.*
_____/

### DECLARATION OF ANTON TITOV IN SUPPORT OF LEMURIA COMMUNICATIONS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

I, ANTON TITOV, declare as follows:

1. I am the founder and President of Lemuria Communications, Inc. ("Lemuria"), a non-party in this litigation. I have personal knowledge of the matters stated herein and, if called and sworn as a witness, I could and would competently testify to the facts set forth herein.

2. Lemuria was incorporated in the United States in order to obtain Internet Protocol addresses from the American Registry for Internet Numbers (ARIN) for servers located in the United States. Having compared worldwide and found servers in Texas to be the most cost-

efficient, I found that I could not obtain the necessary IP addresses without establishing a business in the United States. Lemuria resulted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26th day of August 2011, at Sofia, Bulgaria.

_____
Anton Titov