UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-cv-20427-AJ

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs*,

vs.

HOTFILE CORPORATION,
ANTON TITOV, and DOES 1-10.

    *Defendants*.

_____/

**AGREED MOTION OF PLAINTIFFS FOR ENLARGEMENT
OF TIME TO FILE RESPONSE TO COUNTERCLAIM
AND INCORPORATED MEMORANDUM OF LAW**

Plaintiffs, pursuant to Rule 6(b)(1)(A), Fed.R.Civ.P., file this Agreed Motion for a one week enlargement of time, through and including September 19, 2011, to respond to Defendant Hotfile Corporation's Counterclaim (DE 121), and in support thereof, state:

1. Plaintiffs move for a one week enlargement of time, from September 12, 2011 to September 19, 2011, to file a response to Defendant Hotfile's Counterclaim (DE 121).

2. The requested additional time is necessary due to the limited availability of certain counsel during the end of August, and the need to attend to briefing of other pending motions in this matter.

# 538815 v1

CASE NO. 11-cv-20427-AJ

3. Plaintiffs have not previously sought an enlargement of time with regard to this response and the brief enlargement of time requested is sought in good faith, not for purposes of delay, and will not prejudice any party.

4. The Court may allow the requested enlargement of time pursuant to Rule 6(b)(1)(A), Fed.R.Civ.P.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Undersigned counsel has conferred with counsel for Defendant Hotfile with regard to the requested enlargement of time and is advised that there is no objection to the requested enlargement.

Based upon all of the foregoing, Plaintiffs request the Court to enter an order enlarging the time for Plaintiffs' response to Defendant Hotfile's Counterclaim by one week, through and including September 19, 2011.

Respectfully submitted,

GrayRobinson, P.A.
*Attorneys for Plaintiffs*
1221 Brickell Avenue
16th Floor
Miami, Fl 33131
Telephone: (305) 461-6880
Facsimile: (305) 461-6887
Email: kstetson@gray-robinson.com

By: /s/ Karen L. Stetson
     Karen L. Stetson

CASE NO. 11-cv-20427-AJ

| MOTION PICTURE ASSOCIATION OF AMERICA, INC. | JENNER & BLOCK LLP |
|---|---|
| Daniel M. Mandil *(Pro Hac Vice)* | Steven B. Fabrizio *(Pro Hac Vice)* |
| Karen R. Thorland *(Pro Hac Vice)* | Duane C. Pozza *(Pro Hac Vice)* |
| 15301 Ventura Blvd. | Luke C. Platzer *(Pro Hac Vice)* |
| Building E | 1099 New York Ave., N.W. |
| Sherman Oaks, CA 91403 | Suite 900 |
| | Washington, DC 20001 |
| | Telephone: (202) 639-6000 |
| | Facsimile: (202) 639-6066 |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via U.S. District Court Electronic Filing System to: **JANET MUNN, ESQ.**, Rasco Klock, 283 Catalonia Avenue, 2nd Floor, Coral Gables, Fl 33134; **RODERICK M. THOMPSON, ESQ., ANDREW LEIBNITZ, ESQ., DEEPAK GUPTA, ESQ., and JANEL THAMKUL, ESQ.**, Farella Braun & Martel LLP, 235 Montgomery Street, San Francisco, CA 94104 on this 29th day of August, 2011.

By: /s/ Karen L. Stetson
Karen L. Stetson

# 538815 v1

3