UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-cv-20427-AJ

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs*,
vs.

HOTFILE CORPORATION,
ANTON TITOV, and DOES 1-10.

    *Defendants*.
_____/

**PROPOSED AGREED ORDER GRANTING MOTION OF PLAINTIFFS FOR
ENLARGEMENT OF TIME TO FILE RESPONSE TO COUNTERCLAIM
<u>AND INCORPORATED MEMORANDUM OF LAW</u>**

THIS CASE came before the Court upon consideration of the Plaintiffs' Agreed Motion for Enlargement of Time to File Response to Counterclaim and Incorporated Memorandum of Law. The Court has considered the Agreed Motion for Extension of Time and being otherwise duly advised herein, it is hereby

ORDERED AND ADJUDGED that the Agreed Motion for Extension of Time is GRANTED and the deadline for Plaintiffs to file their response to Defendant Hotfile's Counterclaim is hereby extended by one week, through and including September 19, 2011.

# 538822 v1

CASE NO. 11-cv-20427-AJ

DONE AND ORDERED in Chambers at Miami, Florida this ____ day of August, 2011.

_____
Adalberto Jordan
United States District Judge

cc:	All Counsel of Record