UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-CIV-JORDAN/O'SULLIVAN

DISNEY ENTERPRISES, INC., et al.,

    Plaintiffs,

v.

HOTFILE CORP., et al.,

    Defendants.
_____/

## ORDER AND NOTICE OF HEARING

THIS MATTER is before the Court on the Plaintiffs' Motion for a Protective Order Regarding Plaintiffs' Anti-Piracy Investigations and Enforcement Procedures (DE # 104, 7/22/11), the Plaintiffs' Motion to Compel Responses to Subpoena to Third Party Lemuria Communications, Inc. (DE # 108, 8/3/11), the Plaintiffs' Motion to Compel Responses to Request for Production and Interrogatories (DE # 110, 8/3/11), and the Defendants' Motion to Compel Responses to Discovery from Plaintiffs (DE # 111, 8/3/11). Accordingly, it is

ORDERED AND ADJUDGED that the Plaintiffs' Motion for a Protective Order Regarding Plaintiffs' Anti-Piracy Investigations and Enforcement Procedures (DE # 104, 7/22/11), the Plaintiffs' Motion to Compel Responses to Subpoena to Third Party Lemuria Communications, Inc. (DE # 108, 8/3/11), the Plaintiffs' Motion to Compel Responses to Request for Production and Interrogatories (DE # 110, 8/3/11), and the Defendants' Motion to Compel Responses to Discovery from Plaintiffs (DE # 111, 8/3/11) are all set for hearing before the undersigned on September 20, 2011, at 1:30

PM, in the 5th Floor Courtroom, at the United States District Court, 301 North Miami Ave, Miami, Florida.  It is further

ORDERED AND ADJUDGED that the plaintiff shall serve this Order and Notice of Hearing on the non-party Lemuria Communications, Inc.

DONE AND ORDERED in Chambers at Miami, Florida this 31st day of August, 2011.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Jordan
Counsel of Record