UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-CIV-JORDAN/O'SULLIVAN

DISNEY ENTERPRISES, INC., et al.,

    Plaintiffs,

v.

HOTFILE CORP., et al.,

    Defendants.

_____/

### ORDER

THIS MATTER is before the Court <u>sua sponte</u> following a review of the docket. It is

ORDERED AND ADJUDGED that the hearing set for September 20, 2011 before the undersigned on the Plaintiffs' Motion for a Protective Order Regarding Plaintiffs' Anti-Piracy Investigations and Enforcement Procedures (DE # 104, 7/22/11), the Plaintiffs' Motion to Compel Responses to Subpoena to Third Party Lemuria Communications, Inc. (DE # 108, 8/3/11), the Plaintiffs' Motion to Compel Responses to Request for Production and Interrogatories (DE # 110, 8/3/11) and the Defendants' Motion to Compel Responses to Discovery from Plaintiffs (DE # 111, 8/3/11) is CANCELLED. The plaintiff shall **promptly** serve this Order on the non-party Lemuria Communications, Inc. and file a notice of compliance with the Court.

DONE AND ORDERED in Chambers at Miami, Florida this 1st day of September, 2011.

                                                                       _____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Jordan
Counsel of Record