# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN/O'SULLIVAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

   *Defendants*.
                                                                    /

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY FROM PLAINTIFFS

THIS CAUSE came before the Court on Defendants' Motion To Compel Responses To Discovery From Plaintiffs, D.E. #111 ("Motion to Compel"). The Court has considered the Motion to Compel, Plaintiffs' Response in opposition and Defendants' Reply memorandum and being otherwise duly advised herein, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion to Compel is GRANTED. It is hereby ORDERED that Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. shall produce responses to Requests For Production Nos. 1, 6, 12, 14, 18, 21, 29, and 33, and Interrogatory No. 1 as requested in Defendants' motion within twenty-one days. With respect to Request For Production No. 5, Plaintiffs shall produce all database records and spreadsheets regarding takedown notices sent to Hotfile by Plaintiffs; all communications regarding takedown notices that were sent (including communications with

anti-piracy vendors regarding alleged infringement on Hotfile); all documents, including the preserved downloaded files themselves, for which takedown notices were sent or not sent; and documents regarding Plaintiffs' investigation of allegedly infringing material on Hotfile.

DONE AND ORDERED in chambers in Miami, Florida this _____ day of September 2011.

_____
Adalberto Jordan
United States District Judge

cc: All Counsel of Record