# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.

_____/

**REPLY DECLARATION OF DUANE C. POZZA IN SUPPORT OF PLAINTIFFS'
REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RESPONSES TO
SUBPOENA TO THIRD PARTY LEMURIA COMMUNICATIONS, INC.**

I, Duane C. Pozza, hereby declare as follows:

1.       I am a partner at the law firm of Jenner & Block LLP, and counsel to the plaintiffs

Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios

Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc.

("plaintiffs").  I submit this declaration in support of Plaintiffs' Motion to Compel Responses to

Subpoena to Third Party Lemuria Communications, Inc ("Lemuria").  The statements made in

this declaration are based on my personal knowledge.

2.       Attached hereto as Exhibit A is a redacted copy of an email bates labeled

Webazilla 0664, produced by Webazilla, LLC ("Webazilla").  This document has been

designated as "Confidential" according to the terms of the Protective Order entered in this case.

1

The unredacted version of the document has been designated as "Confidential" according to the terms of the Protective Order entered in this case, but counsel for Webazilla has consented to plaintiffs publicly filing this document with the indicated redactions.

3.      Attached hereto as Exhibit B is a redacted copy of a document bates labeled Webazilla 0076-77, produced by third party Webazilla.  The unredacted version of the document has been designated as "Confidential" according to the terms of the Protective Order entered in this case, but counsel for Webazilla has consented to plaintiffs publicly filing this document with the indicated redactions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 9, 2011, at Washington, D.C.

_____
Duane C. Pozza

2