# EXHIBIT A

## Imaging

**From:** ████████████████
**Sent:** Tuesday, February 16, 2010 3:12 PM
**To:** █@webazilla.com
**Cc:** anton@titov.net
**Subject:** ██████████ and other links

**Attachments:** signature.asc


signature.asc

    Hi,

The lovely people from █████ still haven't turned up the last port, I hope they get to that soon, as I'll be running out of bandwidth in the foreseable future (actually, with one of their links down I was pretty much screwed). Also, the peering links with you are hitting █████, so probably another one is in order.

Can we configure these Wednesday or Thursday?

--
Regards,
██████████
Lemuria Communications/Hotfile Corp
████████████████

1

Webazilla 0664