# EXHIBIT B

# Ticket History # 100736 Copyright Infringement



History

Sat Aug 29 04:20:57 2009   ▮ - Ticket created
**Subject:** Copyright Infringement

Sat Aug 29 04:20:57 2009   The RT System itself - Outgoing email recorded

Sat Aug 29 04:20:57 2009   The RT System itself - Outgoing email recorded

Sat Aug 29 04:21:24 2009   ▮ - Correspondence added

Dear customer

We got the e-mail below on our abuse address. We request that you undertake appropriate action within 24 hours. When there is no action taken within 24 hours, the concerning IP will be closed.

[ original message below ]

NOTICE of COPYRIGHT INFRINGEMENT

Date: AUG 27, 2009

To:

WEBAZILLA

//////////////////////////////////////////////////////////////////////////////////////////////////
Infringing URLs:

http://hotfile.com/dl/▮5277e4f/cb-hlafeettaci0819.part1.rar.html
http://hotfile.com/dl/▮1b86402/cb-hlafeettaci0819.part2.rar.html
http://hotfile.com/dl/▮37ce299/i15.rar.html

Pursuant to the Digital Millennium Copyright Act and the WIPO (World Intellectual Property Organization) (<http://lcweb.loc.gov/copyright/legislation/dmca.pdf>), this letter serves as actual notice of infringement in the event of legal proceedings.

██████████ is a DMCA agent, NOT an attorney. On behalf of the owner of exclusive right to the material at issue in this notice, I hereby state that I have a good faith belief that use of the material in the manner complained of is not authorized by the owner, its agent, or the law. I hereby state, under penalty of perjury under the laws of the United States, that the information in this notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is being infringed as set out in this notification.

| # | Sat Aug 29 04:21:25 2009 | The RT System itself - Outgoing email recorded |
| # | Sat Aug 29 04:21:25 2009 | The RT System itself - Outgoing email recorded |
| # | Sat Aug 29 04:21:25 2009 | The RT System itself - Status changed from 'new' to 'open' |
| # | Sat Aug 29 04:21:53 2009 | ███ - Dependency on ticket #100537 added |
| # | Sat Aug 29 04:21:53 2009 | ███ - Dependency on ticket #100655 added |
| # | Mon Aug 31 07:50:00 2009 | ███ - Status changed from 'open' to 'resolved' |

Confidential                                                                                                                                    Webazilla 0077