UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
District Judge Kathleen M. Williams

*Trilogy Properties LLC v. SB Hotel Associates*, Case No: 09-cv-21406-AJ

*Frazile v. EMC Mortgage Corp.*, Case No: 09-cv-21636-AJ

*Kadivar v. 2201 Collins Fee, LLC*, Case No. 10-cv-20665-AJ

*Great Lakes Reinsurance (UK) Plc v. Diaz*, Case No: 10-cv-21138-AJ

*Kokkalidou v. Carnival Corp.*, Case No: 10-cv-24352-AJ

*Cristal Yachts Ltd. v. Cantiere di Baia SpA*, Case No: 10-cv-60604-AJ

*Disney Enterprises v. Hotfile Corp.*, Case No. 11-cv-20427-AJ

*Diaz v. Coral Reef Operating LLC*, Case No: 11-cv-20537-AJ

*Burger King Corp. v. Balantzian*, Case No: 11-cv-21011-AJ

*Brown v. Carnival Corp.*, Case No: 11-cv-21268-AJ

*Weissgold v. NCL (Bahamas) Ltd.*, Case No: 11-cv-21621-AJ

*Lebowitz v. Toyota Motor Sales USA, Inc.*, Case No:11-cv-21798-AJ

*Martinez v. Buss*, Case No: 11-cv-22041-AJ

*United States v. 898017724743*, Case No: 11-cv-22134-AJ

*United States v. $51,360*, Case No: 11-cv-60301-AJ

## ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the calendars of the respective judges of the court to the calendar of the new judge of the court.

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending motions, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.00). It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the

Honorable Kathleen M. Williams as of ___9-13-11___ for all further proceedings. It is further ORDERED that all pleadings hereafter filed shall bear the assigned case number followed by the initials KMW in lieu of the present initials.

DONE and ORDERED at _Miami_, Florida, in chambers this 12th day of _September_, 2011.

_____
United States District Judge

c: All counsel of record/pro se parties