# EXHIBIT A

Attachment A

| file | dt | deleted by |
|------|-----|-----------|
| MESIMOAD.part1.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| MESIMOAD.part2.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| MESIMOAD.sfv | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| ARomper_caras.part1.rar | 2011-02-08 04:39:28 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| ARomper_caras.part2.rar | 2011-02-08 04:39:28 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| CarritosMegaChulitos.UnLink.zip | 2011-02-08 04:39:28 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Babel.zip | 2011-02-08 04:39:28 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| PajaritosEncbaritados.zip | 2011-02-08 04:39:28 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| NoSeNiQueEs.zip | 2011-02-08 04:39:28 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| SFICGuia.zip | 2011-02-08 04:39:28 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| GUIDE_THSIIII.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| GUIDE_SIIIILANI.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The_Sims_3_v1.18.9-FLTDOX.rar | 2011-02-07 10:31:00 | Warner Bros |

26501\2561664.2

| | | (Michael.Bentkover@warnerbros.com) |
|---|---|---|
| The.Sims.3-RELOADED.part01.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part02.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part03.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part04.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part05.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part06.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part07.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part08.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part09.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| VA-Push_My_Button_Vol_1.part1.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| VA-Push_My_Button_Vol_1.part2.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| VA-Push_My_Button_Vol_1.part3.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| ork.Carski_Izvor_-_Cok_Yalnizim.DVDRip.XviD.Forum | 2011-02-07 06:41:37 | Warner Bros (Michael.Bentkover@warnerb |

| | | |
|---|---|---|
| BG.Org.avi | | ros.com) |
| Tose_Proeski-The_Best_Of_2-HR-2011-IMT.rar | 2011-02-07 05:48:56 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| tp-thebestof2.rar | 2011-02-07 05:48:56 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part01.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part02.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part04.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part05.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part03.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part06.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part08.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part09.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part13.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part14.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part18.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |

| | | |
|---|---|---|
| Sims_3_PC_Full_DVD9_Pipilon.part16.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part20.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part15.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part10.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part19.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part07.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part21.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part22.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part27.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part23.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part25.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part28.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part32.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part42 | 2011-02-07 10:31:01 | Warner Bros |

| | | |
|---|---|---|
| .rar | | (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part33.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part46.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part45.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part43.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part51.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part47.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part54.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part49.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part53.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part56.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part57.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part52.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part62.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb |

| | | ros.com) |
|---|---|---|
| Sims_3_PC_Full_DVD9_Pipilon.part48.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part55.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part61.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part60.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| PES2011_Demo.part1.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| PES2011_Demo.part4.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| PES2011_Demo.part3.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| PES2011_Demo.part5.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part11.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part14.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part12.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part13.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part15.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |

| | | |
|---|---|---|
| Sim_3_multi_Full_Crack.part16.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part01.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part02.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part03.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part04.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part05.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part06.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa11_pc_demo_EU.part2.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa11_pc_demo_EU.part3.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa11_pc_demo_EU.part4.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa11_pc_demo_EU.part1.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part07.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part08.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part09.rar | 2011-02-07 10:31:01 | Warner Bros |

| | | (Michael.Bentkover@warnerbros.com) |
|---|---|---|
| Sim_3_multi_Full_Crack.part10.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.2011.DEMO.scenetube.net.part6.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.2011.DEMO.scenetube.net.part3.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.2011.DEMO.scenetube.net.part1.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.2011.DEMO.scenetube.net.part4.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.2011.DEMO.scenetube.net.part2.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r12 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r09 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r08 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r07 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r06 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r05 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r04 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb |

| | | ros.com) |
|---|---|---|
| BLES01022.r03 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r02 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r01 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r00 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r19 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r18 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r11 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r10 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r21 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r20 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r17 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r16 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |

| | | |
|---|---|---|
| BLES01022.r15 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r14 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Keygen_Fifa2011_SponneR.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_Demo_SponneR.part1.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_Demo_SponneR.part2.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_Demo_SponneR.part5.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_Demo_SponneR.part3.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_Demo_SponneR.part4.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part01.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part02.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part03.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part04.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part05.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part06.rar | 2011-02-07 10:31:01 | Warner Bros |

26501\2561664.2

| | | (Michael.Bentkover@warnerbros.com) |
|---|---|---|
| FIFA2011_SponneR.iso.part07.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part08.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part09.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part10.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part11.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part12.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part13.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part14.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part15.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part17.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part16.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA11RELO.part10.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fi11.part01.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb |

A11

| | | ros.com) |
|---|---|---|
| fi11.part09.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fi11.part02.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fi11.part10.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fi11.part03.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| rld-fi11.part01.rar | 2011-02-01 10:15:18 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fi11.part11.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fi11.part04.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fi11.part12.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| rld-fi11.part02.rar | 2011-02-01 10:15:18 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fi11.part05.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fi11.part13.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fi11.part06.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part06.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |

| | | |
|---|---|---|
| FIFA.11-RELOADED-400.part07.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part08.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part09.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part10.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part11.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part12.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part13.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part14.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part15.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part16.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part17.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| F_1_P_S_P_EU_Pipilon.part3.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| F_1_P_S_P_EU_Pipilon.part4.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| F_1_P_S_P_EU_Pipilon.part1.rar | 2011-02-07 10:31:01 | Warner Bros |

| | | (Michael.Bentkover@warnerbros.com) |
|---|---|---|
| F_1_P_S_P_EU_Pipilon.part2.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| f11.Latino.PSP.Gasolutionkorneldavid.part06.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part02.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part05.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part06.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part07.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part09.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part11.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.corn) |
| FF11footballBYspedy93.part15.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part16.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part18.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part20.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part26.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb |

| | | ros.com) |
|---|---|---|
| FF11footballBYspedy93.part27.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part29.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part31.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part01.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part08.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part10.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part14.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part04.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part03.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part13.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part19.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part17.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part12.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |

| | | |
|---|---|---|
| FF11footballBYspedy93.part22.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part24.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part25.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part23.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part21.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part28.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part32.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part30.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| 11F_www.alee12.com.part03.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| 11F_www.alee12.com.part07.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| 11F_www.alee12.com.part08.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| 11F_www.alee12.com.part11.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| 11F_www.alee12.com.part12.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| 11F_www.alee12.com.part14.rar | 2011-02-07 10:31:01 | Warner Bros |

| | | (Michael.Bentkover@warnerbros.com) |
|---|---|---|
| 11F_www.alee12.com.part15.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| 11F_www.alee12.com.part16.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| 11F_www.alee12.com.part23.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| 11F_www.alee12.com.part24.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Crack_Keygen_f11l.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part03.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part05.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part04.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part38.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part02.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part13.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part01.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part59.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb |

| | | ros.com) |
|---|---|---|
| fifa2011_www.elconclave.cl.part58.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part36.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part17.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part09.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part31.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part62.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part57.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part53.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part43.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part39.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part14.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part46.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part48.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |

| | | |
|---|---|---|
| fifa2011_www.elconclave.cl.part16.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part49.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part51.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part37.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part41.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part60.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part33.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part07.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part50.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part23.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part29.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part30.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part12.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part19.rar | 2011-02-07 10:31:01 | Warner Bros |

| | | (Michael.Bentkover@warnerbros.com) |
|---|---|---|
| fifa2011_www.elconclave.cl.part27.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part22.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part61.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part45.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part42.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part34.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part10.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part18.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part55.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part40.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part15.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part56.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part54.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb |

| | | ros.com) |
|---|---|---|
| fifa2011_www.elconclave.cl.part20.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part52.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part08.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part11.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part32.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part28.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part21.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part01.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part02.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part03.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part04.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part05.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part06.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |

| | | |
|---|---|---|
| The.Sims.3.XBOX360-GLoBAL.part07.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part08.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part09.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part10.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part11.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part12.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part13.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part14.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part15.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part16.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part17.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part19.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The_Si_ms_3_Po_Zmroku_CRA_CK__KEY_GEN_REL_OAD_ED.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| THE_SIMS_3_- | 2011-02-07 10:31:01 | Warner Bros |

A22

| | | |
|---|---|---|
| _Poznaj_nowych_bohaterow.rar | | (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part10.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part11.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part12.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part13.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part14.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part15.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The_Sims_3-Razor1911.part01.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The_Sims_3-Razor1911.part02.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The_Sims_3-Razor1911.part03.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The_Sims_3-Razor1911.part04.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The_Sims_3-Razor1911.part05.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The_Sims_3-Razor1911.part06.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The_Sims_3-Razor1911.part07.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerb |

| | | ros.com) |
|---|---|---|
| The_Sims_3-Razor1911.part08.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| zzzSims3.LN.part1.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| zzzSims3.LN.part6.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| zzzSims3.LN.part2.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| zzzSims3.LN.part3.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| zzzSims3.LN.part5.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| zzzSims3.LN.part4.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| zzzSims3.LN.part7.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |