# EXHIBIT B

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/69378859/dedd790/PES2011_Demo.part1.rar.html | Fifa 11 | 2/7/2011 16:30 |
| http://hotfile.com/dl/69378860/e270593/PES2011_Demo.part2.rar.html | Fifa 11 | 2/8/2011 10:34 |
| http://hotfile.com/dl/69378861/4ea667c/PES2011_Demo.part4.rar.html | Fifa 11 | 2/7/2011 16:30 |
| http://hotfile.com/dl/69378862/7d6ad39/PES2011_Demo.part3.rar.html | Fifa 11 | 2/7/2011 16:30 |
| http://hotfile.com/dl/69378863/4952a8f/PES2011_Demo.part5.rar.html | Fifa 11 | 2/7/2011 16:30 |
| http://hotfile.com/dl/69562819/c92921a/fifa11_pc_demo_EU.part2.rar.html | Fifa 11 | 2/7/2011 16:30 |
| http://hotfile.com/dl/69562821/5c8af33/fifa11_pc_demo_EU.part3.rar.html | Fifa 11 | 2/7/2011 16:30 |
| http://hotfile.com/dl/69562822/0caadde/fifa11_pc_demo_EU.part4.rar.html | Fifa 11 | 2/7/2011 16:30 |
| http://hotfile.com/dl/69562824/75c2f32/fifa11_pc_demo_EU.part1.rar.html | Fifa 11 | 2/7/2011 16:30 |
| http://hotfile.com/dl/72229113/c0448bd/FIFA2011_Demo_SponneR.part1.rar.html | Fifa 11 | 2/7/2011 16:30 |
| http://hotfile.com/dl/72229151/bf019ac/FIFA2011_Demo_SponneR.part2.rar.html | Fifa 11 | 2/7/2011 16:30 |
| http://hotfile.com/dl/72229158/43ef393/FIFA2011_Demo_SponneR.part5.rar.html | Fifa 11 | 2/7/2011 16:30 |
| http://hotfile.com/dl/72229219/ba044f9/FIFA2011_Demo_SponneR.part3.rar.html | Fifa 11 | 2/7/2011 16:30 |
| http://hotfile.com/dl/72229313/6ffcd88/FIFA2011_Demo_SponneR.part4.rar.html | Fifa 11 | 2/7/2011 16:30 |