# EXHIBIT C

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/102013668/80301a0/VPPthe_box_that_changed_britain.zip.html | The Box | 2/9/2011 11:40 |
| http://hotfile.com/dl/101908268/c31f518/The_Box_That_Changed_Britain.zip.html | The Box | 2/7/2011 12:14 |
| http://hotfile.com/dl/102435545/fac288d/ | The Box | 2/12/2011 21:49 |
| http://hotfile.com/dl/98724475/a2e1c6c/A.4-1.-1_.c.3-._.-.1_.n._.-.Ch.4-1_.n.5.-._.-.-._.-.N.0-th1_.n-9-.5.--.._.-.1998_._-_-.rar.html | The Box | 2/15/2011 0:59 |
| http://hotfile.com/dl/50758465/dc11532/OOTB.rar.html | The Box | 2/15/2011 1:44 |
| http://hotfile.com/dl/42445752/a4793a7/The.Box.That.Changed.Britain.WS.PDTV.XviD-FTP.part1.rar.html | The Box | 2/15/2011 1:44 |
| http://hotfile.com/dl/42445753/b3847da/The.Box.That.Changed.Britain.WS.PDTV.XviD-FTP.part2.rar.html | The Box | 2/15/2011 1:44 |
| http://hotfile.com/dl/42445766/c527258/The.Box.That.Changed.Britain.WS.PDTV.XviD-FTP.part3.rar.html | The Box | 2/15/2011 1:44 |
| http://hotfile.com/dl/39880645/2832803/Cancer_-_Step_Outside_the_Box_.part1.rar.html | The Box | 2/15/2011 1:44 |
| http://hotfile.com/dl/39880671/4850e22/Cancer_-_Step_Outside_the_Box_.part2.rar.html | The Box | 2/15/2011 1:44 |
| http://hotfile.com/dl/39880704/aa5d803/Cancer_-_Step_Outside_the_Box_.part3.rar.html | The Box | 2/15/2011 1:44 |
| http://hotfile.com/dl/39880749/b2a7680/Cancer_-_Step_Outside_the_Box_.part4.rar.html | The Box | 2/15/2011 1:44 |
| http://hotfile.com/dl/39881011/f5e0359/Cancer_-_Step_Outside_the_Box_.part5.rar.html | The Box | 2/15/2011 1:44 |
| http://hotfile.com/dl/39880864/505ec38/Cancer_-_Step_Outside_the_Box_.part6.rar.html | The Box | 2/15/2011 1:44 |
| http://hotfile.com/dl/39881016/3e485dd/Cancer_-_Step_Outside_the_Box_.part7.rar.html | The Box | 2/15/2011 1:44 |
| http://hotfile.com/dl/39881101/7bf8a1e/Cancer_-_Step_Outside_the_Box_.part8.rar.html | The Box | 2/15/2011 1:44 |
| http://hotfile.com/dl/41744057/abea031/C_Step_Outside_the_Box.rar.html | The Box | 2/18/2011 20:24 |
| http://hotfile.com/dl/100809973/2389f59/30_Seconds_to_Mars_-_Closer_to_the_Edge.mp3.html | The Closer | 2/1/2011 5:32 |
| http://hotfile.com/dl/90940589/cfac2c2/brandy.and.ray.j.a.family.affair.s02e03.dsr.xvid-omicron.avi.html | The Closer | 2/2/2011 21:13 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/99074880/9db375d/P.C.14.49Linkin_Park_-_One_Step_Closer.avi.html | The Closer | 2/3/2011 3:41 |
| http://hotfile.com/dl/9630782/e2f1b88/Robbie_Rivera_-_Closer_To_The_Sun-_BH280-0_-WEB-2009-HB.rar.html | The Closer | 2/2/2011 22:40 |
| http://hotfile.com/dl/81292142/9942477/Linkin_Park-Official_Tour_Bootlegs_Live_At_Paris.rar.html | The Closer | 2/9/2011 4:06 |
| http://hotfile.com/dl/101628886/a633a4e/VA_-_Radio_1_Classics_Vol.2-2CD-2010-MnD.rar.html | The Closer | 2/7/2011 11:57 |
| http://hotfile.com/dl/53200760/54193be/2984-CloserToTheEdge-c2dc09b7e472dc36c6251533ab4608e7.rar.html | The Closer | 2/9/2011 17:43 |
| http://hotfile.com/dl/100600369/498a0c0/OutlandishCVeins.rar.html | The Closer | 2/4/2011 20:06 |
| http://hotfile.com/dl/10018703/28c24c7/Raising.the.Bar.S02E10.HDTV.XviD-FQM.avi.html | The Closer | 2/5/2011 21:14 |
| http://hotfile.com/dl/101686910/746c117/Big_Fat_Snake-Come_Closer-2011-pLAN9.rar.html | The Closer | 2/7/2011 12:05 |
| http://hotfile.com/dl/102327131/96fc6cc/Dulha_Mil_Gaya.2010.720p.BluRay.nHD.x264.By.TuHiN.Come_A_little_Closer.mkv.html | The Closer | 2/8/2011 10:29 |
| http://hotfile.com/dl/45258623/6138aa6/Global_DJ_Broadcast_Top_15_June.rar.html | The Closer | 2/9/2011 2:44 |
| http://hotfile.com/dl/102038278/904ec82/BRIAW.zip.html | The Closer | 2/9/2011 22:44 |
| http://hotfile.com/dl/67356430/092668f/Susana_Closer__The_Extended_Versions__ARDI1736__WEB_2010.rar.html | The Closer | 2/10/2011 9:59 |
| http://hotfile.com/dl/97282839/97508f5/Lick.Library.Learn.To.Play.Foo.Fighters.DVD.TSG.part3.rar.html | The Closer | 2/10/2011 9:59 |
| http://hotfile.com/dl/97282963/bc6e0d8/Lick.Library.Learn.To.Play.Foo.Fighters.DVD.TSG.part2.rar.html | The Closer | 2/10/2011 9:59 |
| http://hotfile.com/dl/97287964/8e0db6e/Lick.Library.Learn.To.Play.Foo.Fighters.DVD.TSG.part1.rar.html | The Closer | 2/10/2011 9:59 |
| http://hotfile.com/dl/97282959/dfe4337/Lick.Library.Learn.To.Play.Foo.Fighters.DVD.TSG.part5.rar.html | The Closer | 2/10/2011 9:59 |
| http://hotfile.com/dl/97283226/4a5e1eb/Lick.Library.Learn.To.Play.Foo.Fighters.DVD.TSG.part4.rar.html | The Closer | 2/10/2011 9:59 |
| http://hotfile.com/dl/97289568/d2c3e22/Lick.Library.Learn.To.Play.Foo.Fighters.DVD.TSG.part6.rar.html | The Closer | 2/10/2011 9:59 |
| http://hotfile.com/dl/73549056/f6fc70b/VA__Electro_Assemblage_(01.1 | The Closer | 2/11/2011 5:54 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| 0.2010)_part2.rar.html | | |
| http://hotfile.com/dl/77340505/553cb03/VA__Beatbox_10-15_(2010-10-20).rar.html | The Closer | 2/11/2011 5:54 |
| http://hotfile.com/dl/103843981/c767397/Myron-One.Step.Closer.2009.rar.html | The Closer | 2/12/2011 3:34 |
| http://hotfile.com/dl/104256133/b44d3ae/Kings_of_Leon_-_Reading_Festival_(2009)_DVD5.txt.html | The Closer | 2/13/2011 13:59 |
| http://hotfile.com/dl/4376233/05b51b2/VA_-_The_Best_Love_Songs...Ever_.part1.rar.html | The Closer | 2/13/2011 14:39 |
| http://hotfile.com/dl/4376275/fc3d005/VA_-_The_Best_Love_Songs...Ever_.part2.rar.html | The Closer | 2/13/2011 14:39 |
| http://hotfile.com/dl/4376296/444621c/VA_-_The_Best_Love_Songs...Ever_.part3.rar.html | The Closer | 2/13/2011 14:39 |
| http://hotfile.com/dl/4376308/d266ce2/VA_-_The_Best_Love_Songs...Ever_.part4.rar.html | The Closer | 2/13/2011 14:39 |
| http://hotfile.com/dl/47565798/3bec9a2/Abakus_-_That_Much_Closer_To_The_Sun_2004.rar.html | The Closer | 3/21/2011 13:09 |
| http://hotfile.com/dl/91611946/0a98352/GettingCloser.pdf.html | The Closer | 7/26/2011 9:17 |
| http://hotfile.com/dl/41932945/8b7197f/7.Wonders.Treasures.Of.Seven.MULTi8-FASiSO.part1.rar.html | Seven | 3/21/2011 12:04 |
| http://hotfile.com/dl/57492946/a0c70b4/Seven_Days_2010_720p_BRRip_XviD-NOVA.part1.rar.html | Seven | 4/1/2011 13:04 |
| http://hotfile.com/dl/110754984/f8629d6/The_Seven_Gates_320k.rar.html | Seven | 4/15/2011 15:17 |
| http://hotfile.com/dl/97904403/135243f/720p.Seven.Days.in.Heaven.2010.part02.rar.html | Seven | 5/9/2011 19:19 |
| http://hotfile.com/dl/97904577/e25dc80/720p.Seven.Days.in.Heaven.2010.part01.rar.html | Seven | 5/9/2011 19:19 |
| http://hotfile.com/dl/97904797/204a330/720p.Seven.Days.in.Heaven.2010.part03.rar.html | Seven | 5/9/2011 21:19 |
| http://hotfile.com/dl/97904717/e93cf7e/720p.Seven.Days.in.Heaven.2010.part05.rar.html | Seven | 5/10/2011 1:00 |
| http://hotfile.com/dl/97904775/2e43497/720p.Seven.Days.in.Heaven.2010.part04.rar.html | Seven | 5/10/2011 1:01 |
| http://hotfile.com/dl/97904933/10ff786/720p.Seven.Days.in.Heaven.2010.part06.rar.html | Seven | 5/9/2011 22:19 |
| http://hotfile.com/dl/97905181/86dae31/720p.Seven.Days.in.Heaven.2010.part08.rar.html | Seven | 5/10/2011 1:02 |
| http://hotfile.com/dl/97905259/cfe4c35/720p.Seven.Days.in.Heaven.2010.part10.rar.html | Seven | 5/9/2011 17:28 |
| http://hotfile.com/dl/97902562/7d6a164/720p.Seven.Days.in.Heaven.2010.part12.rar.html | Seven | 5/10/2011 0:59 |
| http://hotfile.com/dl/97905093/186ccd1/720p.Seven.Days.in.Heaven.2010.part11.rar.html | Seven | 5/10/2011 1:02 |
| http://hotfile.com/dl/97905237/0f1453a/720p.Seven.Days.in.Heaven.2010.part09.rar.html | Seven | 5/10/2011 1:03 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/97912627/903d82d/720p.Seven.Days.in.Heaven.2010.part07.rar.html | Seven | 5/10/2011 1:04 |
| http://hotfile.com/dl/86789804/517be68/2211bckp.BDrip.LSD.part1.rar.html | Seven | 7/5/2011 19:21 |
| http://hotfile.com/dl/86790170/9462c71/2211bckp.BDrip.LSD.part2.rar.html | Seven | 7/5/2011 19:21 |
| http://hotfile.com/dl/86790537/c3b3e77/2211bckp.BDrip.LSD.part3.rar.html | Seven | 7/5/2011 19:21 |
| http://hotfile.com/dl/86790675/ef5e819/2211bckp.BDrip.LSD.part4.rar.html | Seven | 7/5/2011 19:21 |
| http://hotfile.com/dl/51518320/661ed6d/Seven_Remix_XP_2_0_by_farid.exe.html | Seven | 7/5/2011 19:19 |
| http://hotfile.com/dl/43953900/1ec1736/ArabSeeD.CoM.Ghost.Xp.By.Doctor007.part1.rar.html | Seven | 8/4/2011 9:17 |
| http://hotfile.com/dl/43953953/620914f/ArabSeeD.CoM.Ghost.Xp.By.Doctor007.part2.rar.html | Seven | 8/4/2011 9:17 |
| http://hotfile.com/dl/43954063/55536fb/ArabSeeD.CoM.Ghost.Xp.By.Doctor007.part3.rar.html | Seven | 8/4/2011 9:17 |
| http://hotfile.com/dl/43954187/508d766/ArabSeeD.CoM.Ghost.Xp.By.Doctor007.part4.rar.html | Seven | 8/4/2011 9:17 |
| http://hotfile.com/dl/43954219/09700dd/ArabSeeD.CoM.Ghost.Xp.By.Doctor007.part5.rar.html | Seven | 8/4/2011 9:17 |
| http://hotfile.com/dl/119064920/1774041/Marnewport.pdf.html | O.C. | 7/12/2011 15:19 |
| http://hotfile.com/dl/119053289/325f46c/Apnewport.pdf.html | O.C. | 7/15/2011 15:22 |
| http://hotfile.com/dl/113132882/c6051d7/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.001.html | Mask | 4/15/2011 15:17 |
| http://hotfile.com/dl/113132937/03de14d/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.002.html | Mask | 4/15/2011 15:17 |
| http://hotfile.com/dl/113132979/2b680ec/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.003.html | Mask | 4/15/2011 15:17 |
| http://hotfile.com/dl/113133026/96c6004/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.004.html | Mask | 4/15/2011 15:17 |
| http://hotfile.com/dl/113133100/a8d7a7c/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.005.html | Mask | 4/15/2011 15:17 |
| http://hotfile.com/dl/113133172/99a7660/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.006.html | Mask | 4/15/2011 15:17 |
| http://hotfile.com/dl/113133221/c86299a/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.007.html | Mask | 4/15/2011 15:17 |
| http://hotfile.com/dl/113133377/165eb96/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.008.html | Mask | 4/15/2011 15:17 |
| http://hotfile.com/dl/113133482/6c6a786/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.009.html | Mask | 4/15/2011 17:17 |
| http://hotfile.com/dl/113133536/c2047d3/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.010.html | Mask | 4/15/2011 15:17 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/113133589/1370074/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.011.html | Mask | 4/15/2011 15:17 |
| http://hotfile.com/dl/117249861/6f0d23a/RegCure.v3.0.0.0.Incl.Crk_LnDL.rar.html | Dirt 2 | 5/23/2011 18:17 |
| http://hotfile.com/dl/118854893/2a39a91/TK_JDownloader09581.rar.html | Red Riding Hood | 6/28/2011 16:19 |
| http://hotfile.com/dl/83888026/bae1ded/java-windows-i586-s.exe.html | Due Date | 1/31/2011 14:55 |
| http://hotfile.com/links/10501969/b876234/JDownloader_0.6.rar.html | The Sims 3 | 2/20/2011 17:34 |
| http://hotfile.com/dl/25171979/53844fa/JDownloader.exe.ompare23.rar.html | Sherlock Holmes | 2/5/2010 16:48 |
| http://hotfile.com/dl/26980528/bda3d1f/Tutorial_del_JDownloader.avi.html | Sherlock Holmes | 2/5/2010 16:48 |
| http://hotfile.com/dl/25231712/b99b376/JDownloaderSetup.exe.html] | Sherlock Holmes | 1/31/2010 14:24 |
| http://hotfile.com/dl/11436117/89f3fd3/JDownloader_0.8.zip.html | Insomnia | 10/6/2009 18:30 |
| http://hotfile.com/dl/42624810/5bb5e4f/JDownloader.rar.html | Batman: Arkham Asylum | 5/16/2010 2:10 |
| http://hotfile.com/dl/100255176/14b0829/Jdownloader_TUT.doc.html | Inception | 1/29/2011 1:05 |
| http://hotfile.com/dl/97739207/cf48cb3/Ball_Park_Music-Conquer_The_Town_Easy_As_Cake-EP-2010-OZM.rar.html | The Town | 2/3/2011 2:02 |
| http://hotfile.com/dl/100794785/4a0dd6d/Punisher_-_In_The_Blood_03_2011_GreenGiant-DCP.cbr.html | The Town | 2/1/2011 17:23 |
| http://hotfile.com/dl/101261546/5824512/Married.In.A.Year.2011.DVDRip.XviD-FiCO.avi.html | The Town | 2/7/2011 15:28 |
| http://hotfile.com/dl/101233251/5cfaf8c/detroit.1-8-7.s01e13.720p.hdtv.x264-orenji.mkv.html | The Town | 2/8/2011 16:44 |
| http://hotfile.com/dl/96148720/37f1c61/detroit.1-8-7.s01e12.720p.hdtv.x264-immerse.mkv.html | The Town | 2/8/2011 16:44 |
| http://hotfile.com/dl/104057172/010b7e3/O.Signo.da.Cidade.nacional.baixeturbo.org.AVI.html | The Town | 2/12/2011 18:19 |
| http://hotfile.com/dl/64452864/a350c4c/Little_Big_Town-The_Reason_Why-2010-2NZ.rar.html | The Town | 2/14/2011 17:29 |
| http://hotfile.com/dl/88836486/0514216/William_Kanengiser_-_Effortless_Classical_Guitar.part04.rar.html | The Town | 2/14/2011 17:29 |
| http://hotfile.com/dl/84991988/e7cbc93/Rod_Stewart_-_1976_-_A_Night_on_The_Town.rar.html | The Town | 2/21/2011 18:06 |
| http://hotfile.com/dl/97914519/50ced80/colo_sal_stik.rar.html | The Town | 2/21/2011 17:54 |
| http://hotfile.com/dl/97659187/0eadd30/CIBER_GIRL.part01.rar.html | The Town | 2/21/2011 17:54 |
| http://hotfile.com/dl/97659192/92dc794/CIBER_GIRL.part02.rar.html | The Town | 2/21/2011 17:54 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/97659197/fb956c9/CIBER_GIRL.part04.rar.html | The Town | 2/21/2011 17:54 |
| http://hotfile.com/dl/97659199/e6539a8/CIBER_GIRL.part05.rar.html | The Town | 2/21/2011 17:54 |
| http://hotfile.com/dl/97659278/9d9070f/CIBER_GIRL.part03.rar.html | The Town | 2/21/2011 17:54 |
| http://hotfile.com/dl/97659350/15c2fa8/CIBER_GIRL.part06.rar.html | The Town | 2/21/2011 17:54 |
| http://hotfile.com/dl/97659367/1c9fd70/CIBER_GIRL.part07.rar.html | The Town | 2/21/2011 17:54 |
| http://hotfile.com/dl/97659378/91b8fc4/CIBER_GIRL.part09.rar.html | The Town | 2/21/2011 17:54 |
| http://hotfile.com/dl/97659394/59af6d6/CIBER_GIRL.part10.rar.html | The Town | 2/21/2011 17:54 |
| http://hotfile.com/dl/97659407/9549046/CIBER_GIRL.part11.rar.html | The Town | 2/21/2011 17:54 |
| http://hotfile.com/dl/97667679/844fd9e/CIBER_GIRL.part08.rar.html | The Town | 2/21/2011 17:54 |
| http://hotfile.com/dl/65282633/9e1b79a/Ricky_Gervais_Politics.part1.rar.html | The Town | 2/25/2011 15:55 |
| http://hotfile.com/dl/65282820/1541ab1/Ricky_Gervais_Politics.part4.rar.html | The Town | 2/25/2011 15:55 |
| http://hotfile.com/dl/65282889/7291f13/Ricky_Gervais_Politics.part5.rar.html | The Town | 2/25/2011 15:56 |
| http://hotfile.com/dl/65282917/1501ec1/Ricky_Gervais_Politics.part6.rar.html | The Town | 2/25/2011 15:56 |
| http://hotfile.com/dl/65283021/4a57e2e/Ricky_Gervais_Politics.part7.rar.html | The Town | 2/25/2011 15:56 |
| http://hotfile.com/dl/107360654/32a6ef1/Team.America.part1.rar.html | The Town | 2/26/2011 14:22 |
| http://hotfile.com/dl/107360655/3e87460/Team.America.part2.rar.html | The Town | 2/26/2011 14:22 |
| http://hotfile.com/dl/107360662/432f28d/Team.America.part3.rar.html | The Town | 2/26/2011 14:22 |
| http://hotfile.com/dl/107360697/6b76e17/Team.America.part4.rar.html | The Town | 2/26/2011 14:23 |
| http://hotfile.com/dl/107360710/492131c/Team.America.part5.rar.html | The Town | 2/26/2011 14:23 |
| http://hotfile.com/dl/107360716/2e68f14/Team.America.part6.rar.html | The Town | 2/26/2011 14:23 |
| http://hotfile.com/dl/107360722/d6e8e90/Team.America.part7.rar.html | The Town | 2/26/2011 14:23 |
| http://hotfile.com/dl/85448808/3e4af67/NewinTwn.Br_urgrove.com.mkv.001.html | The Town | 3/24/2011 16:09 |
| http://hotfile.com/dl/112107192/331f602/HC.sgrt.dl.cb.fritto.part1.rar.html | The Town | 4/3/2011 2:50 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/112107206/04382b2/HC.sgrt.dl.cb.fritto.part2.rar.html | The Town | 4/3/2011 2:50 |
| http://hotfile.com/dl/112107189/01c6119/HC.sgrt.dl.cb.fritto.part3.rar.html | The Town | 4/3/2011 2:50 |
| http://hotfile.com/dl/16602107/6738598/AudioLibro.La.Ley.de.la.Atraccion.part1.rar.html | The Town | 5/16/2011 2:27 |
| http://hotfile.com/dl/16602118/73d7b34/AudioLibro.La.Ley.de.la.Atraccion.part2.rar.html | The Town | 5/16/2011 2:33 |
| http://hotfile.com/dl/122275773/741f84c/Jamestown-CPY.rar.html | The Town | 8/3/2011 4:17 |
| http://hotfile.com/dl/29267196/405b3de/Bible.Stories.For.Children.Moses.The.Exodus.2009.DVDRip.XviD.part1.rar.html | Chuck | 4/19/2011 23:47 |
| http://hotfile.com/dl/29269096/da0075d/Bible.Stories.For.Children.Moses.The.Exodus.2009.DVDRip.XviD.part2.rar.html | Chuck | 4/19/2011 23:47 |
| http://hotfile.com/dl/29272122/585a41c/Bible.Stories.For.Children.Moses.The.Exodus.2009.DVDRip.XviD.part3.rar.html | Chuck | 4/19/2011 23:47 |
| http://hotfile.com/dl/29273320/399545e/Bible.Stories.For.Children.Moses.The.Exodus.2009.DVDRip.XviD.part4.rar.html | Chuck | 4/19/2011 23:47 |
| http://hotfile.com/dl/108986436/9cd33ca/Alexander_Varyhanov.rar.html | Alexander | 3/13/2011 10:13 |