# EXHIBIT D

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/101792870/1bf39dd/TZOULIA.2.MAUROI.KAVALARIDES.AVI.part2.rar.html | The Rite | 2/7/2011 11:27 |
| http://hotfile.com/dl/101810250/e0a2b09/TZOULIA.2.MAUROI.KAVALARIDES.AVI.part1.rar.html | The Rite | 2/7/2011 11:28 |
| http://hotfile.com/dl/101899020/488af61/forbidjuly.rar.html | The Rite | 2/7/2011 11:33 |
| http://hotfile.com/dl/101922486/8975571/Julia-Mavroi_2oDVD.avi.html | The Rite | 2/7/2011 11:33 |
| http://hotfile.com/dl/101494577/ea5e3b7/Tose_Proeski-The_Best_Of_2-HR-2011-IMT.rar.html | The Rite | 2/7/2011 11:53 |
| http://hotfile.com/dl/101880948/9c871b3/iouliadyomayroi.part1.rar.html | The Rite | 2/7/2011 12:14 |
| http://hotfile.com/dl/101888419/c8d9a09/iouliadyomayroi.part2.rar.html | The Rite | 2/7/2011 12:14 |
| http://hotfile.com/dl/101895389/4d2c423/iouliadyomayroi.part3.rar.html | The Rite | 2/7/2011 12:14 |
| http://hotfile.com/dl/101903986/6c70258/iouliadyomayroi.part4.rar.html | The Rite | 2/7/2011 12:14 |
| http://hotfile.com/dl/101393724/75e187f/Tose_Proeski-The_Best_Of_2-HR-2011-IMT.rar.html | The Rite | 2/7/2011 14:07 |
| http://hotfile.com/dl/101394180/71152b7/tp-thebestof2.rar.html | The Rite | 2/7/2011 14:12 |
| http://hotfile.com/dl/101398700/8968820/Tose_Proeski-The_Best_Of_2-HR-2011-IMT.rar.html | The Rite | 2/7/2011 14:22 |
| http://hotfile.com/dl/101398821/3903e54/Tose.Proeski-TBO.2.crostuff.net.rar.html | The Rite | 2/7/2011 14:22 |
| http://hotfile.com/dl/101412208/8134469/Tose_Proeski-The_Best_Of_2-HR-2011-IMT.rar.html | The Rite | 2/7/2011 15:16 |