UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**In the matter of: Civil Case Transfers to
District Judge Kathleen M. Williams**

*Disney Enterprises v. Hotfile Corp.*, Case No. 11-cv-20427

_____/

### CERTIFICATION AND ORDER OF TRANSFER TO MAGISTRATE JUDGE

The above matters come before the undersigned Magistrate Judge following District Court Judge Jordan's order of transfer to District Judge Kathleen M. Williams. The undersigned certifies that the above-captioned cases presently have no referred, fully briefed pending motions and are therefore ready to be transferred to Judge Kathleen M. Williams' paired Magistrate Judge.

The Clerk of Court shall hereby transfer the Magistrate Judge assignment for this case to Judge Kathleen M. Williams' newly paired Magistrate Judge, in accordance with Administrative Order 2011-62.

DONE AND ORDERED at Miami, Florida, this 15th day of September, 2011.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Court Judge Jordan
U.S. Magistrate Judge Turnoff

All counsel of record