UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF


DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.

_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.

_____/


## JOINT MOTION AND MEMORANDUM OF LAW FOR ENLARGEMENT OF TIME TO PROVIDE DISCOVERY AND TO FILE MOTION TO AMEND COMPLAINT OR JOIN PARTIES

Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal

City Studio Productions LLLP, Columbia Pictures Industries, Inc. (collectively "Plaintiffs");

Defendants Hotfile Corp. and Anton Titov (collectively "Defendants") (Plaintiffs and

Defendants are collectively the "Parties") move pursuant to Rule 6(b)(1)(A) of the Federal Rules

of Civil Procedure for a one-week extension of time for the parties to provide discovery recently

ordered by the Court (ECF Nos. 146 - 147) and to file any motion to amend their pleadings or to join parties (*see* Scheduling Order [ECF No. 133] (setting the current deadline of October 7, 2011)).  The grounds for this Consent Motion are set forth below in the accompanying memorandum of law.

## MEMORANDUM OF LAW

Under present deadlines, the Parties must produce certain discovery by September 26, 2011, and must file any motion to amend pleadings or add parties by October 7, 2011.  To accommodate the Parties' need for additional time to complete discovery and formulate any such motions to amend, the Parties respectfully request that the Court extend each of these deadlines by one week as set forth in the proposed order filed herewith.

This Joint Motion is not filed for purposes of delay or for any improper purpose but to provide additional time needed by counsel to prepare their respective pleadings.  Neither Party will be prejudiced by the Court granting this Joint Motion for Extension of Time.  The Court has authority pursuant to Rule 6 of the Federal Rules of Civil Procedure to grant extensions of time. *See* Fed. R. Civ. P. 6(b)(1).

## CONCLUSION

On the basis of the foregoing, the Parties respectfully request that Plaintiffs be given additional time to file any motion to amend their Complaint, or to add additional parties, as set forth herein.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that counsel for Plaintiffs, Karen S. Stetson, the counsel who makes this joint filing on behalf of all Parties, has authorization from counsel for Defendants to file the Joint Motion on behalf of Defendants as well as the Plaintiffs whom she represents.

DATED:  September 22, 2011

By: /s/ Karen L. Stetson
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, FL 33131
Telephone: (305) 461-6880

Facsimile:  (305) 461-6887

MOTION PICTURE ASSOCIATION
 OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice)*
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone:  (818) 995-6600
Fax:  (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice)*
Duane C. Pozza (*Pro Hac Vice)*
Luke C. Platzer (*Pro Hac Vice)*
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile:  (202) 639-6066

*Attorneys for Plaintiffs and
Counterdefendant Warner Bros.
Entertainment Inc.*

By: _/s/ Janet T. Munn_____
     Roderick M. Thompson (admitted *pro hac vice*)
     Andrew Leibnitz (admitted *pro hac vice*)
     Anthony P. Schoenberg (*admitted pro hac vice*)
     Deepak Gupta (admitted *pro hac vice*)
     Janel Thamkul (admitted *pro hac vice*)
     FARELLA BRAUN + MARTEL LLP
     235 Montgomery St.
     San Francisco, CA  94104
     Telephone:  415.954.4400
     Telecopy: 415.954.4480

     And

     Janet T. Munn, Fla. Bar No. 501281
     Rasco Klock
     283 Catalonia Avenue, Suite 200
     Coral Gables, Fl 33134
     Telephone:  305.476.7101
     Telecopy: 305.476.7102
     Email: jmunn@rascoklock.com

     *Counsel for Defendants Hotfile Corp. and Anton
     Titov*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.

_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22d Day of September, 2011, I served the following document on all counsel of record on the attached service list via the Court's CM/ECF filing system:

**Joint Motion and Memorandum of Law For Enlargement of Time to Provide Discovery and to File Motion to Amend Complaint or Join Parties**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this certificate of Service was executed on this date.

By: /s/ Karen L. Stetson
Karen L. Stetson

4

## SERVICE LIST: CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and
Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and
Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and
Anton Titov*