UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

### [PROPOSED] ORDER GRANTING JOINT MOTION FOR ENLARGEMENT OF TIME TO PROVIDE DISCOVERY AND TO FILE MOTION TO AMEND COMPLAINT OR JOIN PARTIES

THIS CAUSE came before the Court on the Joint Motion for Enlargement of Time to Provide Discovery and to File Motion to Amend Complaint or Join Parties. The Court has considered the agreed motion and being otherwise duly advised herein, it is hereby

ORDERED AND ADJUDGED that the Joint Motion for Enlargement of Time for Plaintiffs to File Motion to Amend Complaint or Join Parties is hereby GRANTED. The Parties

shall produce all discovery previously ordered by the Court (ECF Nos. 146 - 147) no later than October 3, 2011.  The Parties shall file any motion to amend their pleadings or add parties no later than October 14, 2011.  The Scheduling Order in this case (ECF No. 133) is modified accordingly.

DONE AND ORDERED in chambers at Miami, Florida this _____ day of September 2011.

                                                                                       _____
                                                                                       William C. Turnoff
                                                                                       United States Magistrate Judge

cc:    All Counsel of Record