UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants.*

_____/

**JOINT NOTICE OF THE PARTIES IN COMPLIANCE
WITH THE COURT'S ORDER OF AUGUST 30, 2011**

Plaintiffs Disney Enterprises, Inc.; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Columbia Pictures Industries, Inc. and Warner Bros. Entertainment Inc. (collectively "Plaintiffs") and Defendants Hotfile Corporation and Anton Titov (collectively "Defendants") (Plaintiffs and Defendants are together the "Parties"), jointly file the following notice in compliance with the August 30, 2011 Order of Judge Adalberto Jordan, the district judge previously presiding over this case. The Parties hereby respectfully notify the Court that they do not consent to trial of this matter and final disposition by the Magistrate Judge.

Undersigned counsel for Defendants is authorized to make this joint filing on behalf of Plaintiffs.

Dated September ___, 2011                              Respectfully submitted,

By: s/Steven B. Fabrizio                               By s/Roderick M. Thompson
Steven B. Fabrizio, Esq. (*pro hac vice*)              Roderick M. Thompson (admitted *pro hac vice*)
Email: sfabrizio@janner.com                            Email: rthompson@fbm.com
Duane C. Pozza, Esq. (*pro hac vice*)                  Andrew Leibnitz (admitted *pro hac vice*)
Email: dpozza@jenner.com                               Email: aleibnitz@fbm.com
Luke C. Platzer, Esq. (*pro hac* vice)                 Anthony P. Schoenberg (admitted *pro hac vice*)
Email: lplatzer@jenner.com                             Email: tschoenberg@fbm.com
**JENNER AND BLOCK,** LLP                              Deepak Gupta (admitted *pro hac vice*)
1099 New York Avenue, N.W.                             Email: dgupta@fbm.com
Suite 900                                              Janel Thamkul (admitted *pro hac vice*)
Washington, D.C. 20001                                 Email: jthamkul@fbm.com
Telephone: 202.639.6000                                **FARELLA BRAUN + MARTEL LLP**
Telecopy: 202.639.6066                                 235 Montgomery St.
                                                       San Francisco, CA 94104
                                                       Telephone: 415.954.4400
                                                       Telecopy: 415.954.4480

By: s/Karen L. Stetson                                 By: s/Janet T. Munn
Karen L. Stetson, Esq.                                 Janet T. Munn
Florida Bar No. 742937                                 Florida Bar No. 501281
Email: Karen.Stetson@grayrobinson.com                  Email: jmunn@rascoklock.com
**GRAY-ROBINSON, P.A.**                                **RASCO KLOCK**
1211 Brickell Avenue                                   283 Catalonia Avenue, Suite 200
Suite 1600                                             Coral Gables, Fl 33134
Miami, FL 33131                                        Telephone: 305.476.7101
Telephone: 305.416.6880                                Telecopy: 305.476.7102
Telecopy: 305.416.6887

                                                       And

By: s/Karen R. Thorland                                By: s/Valentin Gurvits
Karen R. Thorland, Esq. (*pro hac vice*)               Valentin Gurvits (*Admitted pro hac vice*)
Email: Karen_Thorland@mpaa.org                         Email: vgurvits@bostonlawgroup.com
15301 Ventura Boulevard                                **BOSTON LAW GROUP**
Building E                                             825 Beacon Street, Suite 20
Sherman Oaks, CA 91403                                 Newton Center, MA 02459
Telephone: 818.995.6600                                Telephone: 617.928.1800
Telecopy: 818.285.4403                                 Telecopy: 617.928.1802

*Counsel for Plaintiffs*                               *Counsel for Defendants Hotfile Cororation*
                                                       *and Anton Titov*

CASE NO. 11-20427-WILLIAMS/TURNOFF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served this 22nd day of September, 2011, on all counsel of record or *pro se* parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Janet T. Munn
Janet T. Munn

Steven B. Fabrizio (*Pro Hac Vice* )
Email: sfabrizio@jenner.com
Duane C. Pozza (*Pro Hac Vice*)
Email: dpozza@jenner.com
Luke C. Platzer (*Pro Hac Vice* )
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

Karen L. Stetson, Fla. Bar No.: 742937
Email: Karen.Stetson@gray-robinson.com
GRAY-ROBINSON, P.A.
1211 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Karen R. Thorland, Esq. (*pro hac vice*)
Email: Karen_Thorland@mpaa.org
15301 Ventura Boulevard
Building E
Sherman Oaks, CA 91403
Telephone: 818.995.6600
Telecopy: 818.285.4403