# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**[PROPOSED] ORDER ON AGREED MOTION FOR VOLUNTARY
DISMISSAL OF SECOND AND THIRD COUNTS OF HOTFILE'S
FIRST AMENDED COUNTERCLAIM, FOR AMENDMENT OF
FIRST COUNT, AND FOR EXTENDING TIME TO ANSWER**

THIS CAUSE came before the Court on the Agreed Motion of Defendant and

Counterplaintiff Hotfile Corp. ("Hotfile") For Voluntary Dismissal Of Second And Third Counts

Of Hotfile's First Amended Counterclaim, For Amendment Of First Count, And For Extending

Time To Answer.  The Court has considered the agreed motion for and being otherwise duly advised herein, it is hereby

ORDERED AND ADJUDGED that Hotfile's Agreed Motion For Voluntary Dismissal Of Second And Third Counts Of Hotfile's First Amended Counterclaim, For Amendment Of First Count, And For Extending Time To Answer, is hereby GRANTED.  The Second and Third Counts of Hotfile's First Amended Counterclaim are hereby dismissed without prejudice. Hotfile shall file a Second Amended Counterclaim, as per the parties' stipulation, no later than fourteen days after the completion of one day of Hotfile's 30(b)(6) deposition of Plaintiff and Counterdefendant Warner Bros. Entertainment Inc. ("Warner").  Warner's time to answer Hotfile's counterclaim is extended from the current date of September 26, 2011 to the date ten days after Hotfile files its Second Amended Counterclaim.

DONE AND ORDERED in chambers at Miami, Florida this _____ day of September 2011.

_____
William C. Turnoff
United States Magistrate Judge

cc:   All Counsel of Record

2