UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.

_____/

**JOINT NOTICE OF THE PARTIES REGARDING MEDIATION,
IN COMPLIANCE WITH THE COURT'S ORDER OF AUGUST 30, 2011**

Plaintiffs Disney Enterprises, Inc.; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Columbia Pictures Industries, Inc. and Warner Bros. Entertainment Inc. (collectively "Plaintiffs") and Defendants Hotfile Corporation and Anton Titov (collectively "Defendants") (Plaintiffs and Defendants are together the "Parties"), jointly file the following notice in compliance with the August 30, 2011 Order of Judge Adalberto Jordan, the district judge previously presiding over this case.

The Parties hereby respectfully notify the Court that they have agreed that Judge Edward A. Infante (Retired), JAMS, Two Embarcardero Center, Suite 1500, San Francisco, CA 9411, Telephone: 415.774.2611, should serve as the mediator in this case. The Parties have agreed that the mediation shall be held at the offices of JAMS, probably at 1601 Cloverfield Blvd. Suite 370-

South Santa Monica, CA 90404 (though possibly in San Francisco, depending on the convenience of Party representatives) and will begin at 10:00 a.m. Pacific Time on January 9, 2012.  A proposed Order as required by the Court's Order of August 30, 2011, is attached hereto as Exhibit "A."  A copy of the proposed Order has been sent in Word format, via email to chambers.

Undersigned counsel for Defendants is authorized to make this joint filing on behalf of Plaintiffs.

Dated September 29, 2011                              Respectfully submitted,


By: s/Steven B. Fabrizio                              By s/Roderick M. Thompson
Steven B. Fabrizio, Esq. (*pro hac vice*)             Roderick M. Thompson (*pro hac vice*)
Email:  sfabrizio@janner.com                          Email:  rthompson@fbm.com
Duane C. Pozza, Esq. (*pro hac vice*)                 Andrew Leibnitz (*pro hac vice*)
Email:  dpozza@jenner.com                             Email:  aleibnitz@fbm.com
Luke C. Platzer, Esq. (*pro hac* vice)                Anthony P. Schoenberg (*pro hac vice*)
Email:  lplatzer@jenner.com                           Email:  tschoenberg@fbm.com
**JENNER AND BLOCK,** LLP                             Deepak Gupta (*pro hac vice*)
1099 New York Avenue, N.W.                            Email:  dgupta@fbm.com
Suite 900                                             Janel Thamkul (*pro hac vice*)
Washington, D.C.  20001                               Email:  jthamkul@fbm.com
Telephone:  202.639.6000                              **FARELLA BRAUN + MARTEL LLP**
Telecopy:  202.639.6066                               235 Montgomery St.
                                                      San Francisco, CA  94104
                                                      Telephone:  415.954.4400
                                                      Telecopy: 415.954.4480


By: s/Karen L. Stetson                                By: s/Janet T. Munn
Karen L. Stetson, Esq.                                Janet T. Munn
Florida Bar No. 742937                                Florida Bar No. 501281
Email:  Karen.Stetson@grayrobinson.com                Email:  jmunn@rascoklock.com
**GRAY-ROBINSON, P.A.**                               **RASCO KLOCK**
1211 Brickell Avenue                                  283 Catalonia Avenue, Suite 200
Suite 1600                                            Coral Gables, Fl 33134
Miami, FL  33131                                      Telephone:  305.476.7101
Telephone:  305.416.6880                              Telecopy: 305.476.7102
Telecopy:  305.416.6887

                                                      And

CASE NO. 11-20427-WILLIAMS/TURNOFF

By: s/Karen R. Thorland
Karen R. Thorland, Esq. (*pro hac vice*)
Email:  Karen_Thorland@mpaa.org
15301 Ventura Boulevard
Building E
Sherman Oaks, CA  91403
Telephone:  818.995.6600
Telecopy:  818.285.4403

*Counsel for Plaintiffs*

By: s/Valentin Gurvits
Valentin Gurvits (*pro hac vice*)
Email:  vgurvits@bostonlawgroup.com
**BOSTON LAW GROUP**
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation and Anton Titov*

CASE NO. 11-20427-WILLIAMS/TURNOFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served this 29th day of September, 2011, on all counsel of record or *pro se* parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Janet T. Munn
  Janet T. Munn

Steven B. Fabrizio (*Pro Hac Vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza (*Pro Hac Vice*)
Email: dpozza@jenner.com
Luke C. Platzer (*Pro Hac Vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

Karen L. Stetson, Fla. Bar No.: 742937
Email: Karen.Stetson@gray-robinson.com
GRAY-ROBINSON, P.A.
1211 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Karen R. Thorland, Esq. (*pro hac vice*)
Email: Karen_Thorland@mpaa.org
15301 Ventura Boulevard
Building E
Sherman Oaks, CA 91403
Telephone: 818.995.6600
Telecopy: 818.285.4403