# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Judge Edward A. Infante (Retired), JAMS, Two Embarcardero Center, Suite 1500, San Francisco, CA 9411, Telephone: 415.774.2611, on January 9, 2012, at 10:00 am Pacific Time. The mediation shall be conducted at JAMS offices, at 1601 Cloverfield Blvd. Suite 370-South Santa Monica, CA 90404, or in San Francisco if agreed by the Parties.

ENTERED this ___ day of _____, 2011.

_____
Kathleen M. Williams
United States District Judge

cc:   All Counsel of Record