UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____

## ORDER ON MOTION FOR EXTENSION OF TIME TO CONDUCT DISCOVERY

THIS MATTER is before the Court on the parties' Joint Motion for Enlargement of Time to Provide Discovery and to File Motion to Amend Complaint or Join Parties (DE 149). Having considered the record, the motion, it is hereby

ORDERED AND ADJUDGED that the Motion is **GRANTED**. All discovery previously ordered by the Court (DE 146-47) and produced by October 3, 2011 will be considered timely. The Parties shall file any motion to amend their pleadings or add parties no later than October 14, 2011.

DONE AND ORDERED in chambers in Miami, Florida, this 4th day of October, 2011.

                                              KATHLEEN M. WILLIAMS
                                              UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record