UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.
_____

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Judge Edward A. Infante (Retired), JAMS, Two Embarcardero Center, Suite 1500, San Francisco, CA 9411, Telephone: 415.774.2611, on January 9, 2012, at 10:00 am Pacific Time. The mediation shall be conducted at JAMS offices, at 1601 Cloverfield Blvd. Suite 370-South Santa Monica, CA 90404, or in San Francisco if agreed by the Parties.

DONE AND ORDERED in chambers in Miami, Florida, this 4th day of October, 2011.

                                      KATHLEEN M. WILLIAMS
                                      UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record