UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

## ORDER ON JOINT MOTION FOR VOLUNTARY DISMISSAL OF SECOND AND THIRD COUNTS OF HOTFILE'S FIRST AMENDED COUNTERCLAIM AND FOR AMENDMENT OF FIRST COUNT, AND FOR EXTENDING TIME TO ANSWER

THIS MATTER is before the Court on the parties' Joint Motion for Voluntary Dismissal of Second and Third Counts of Hotfile's First Amended Counterclaim and for Amendment of the First Count, and for Extending (DE 151). Having considered the record, the motion, and the parties' stipulation, it is hereby ORDERED AND ADJUDGED that the Motion is **GRANTED**. The Second and Third Counts of Defendant Hotfile Corporation's First Amended Counterclaim are dismissed without prejudice. Hotfile shall file a Second Amended Answer incorporating the revised Counterclaim no later than fourteen days after the completion of the first day of Hotfile's 30(b)(6) deposition of Plaintiff and Counterdefendant Warner Bros. Entertainment. Warner Bros. Entertainment's time to answer Hotfile's counterclaim is extended from the current date of September 26, 2011 to the date ten days after Hotfile serves its Second Amended Counterclaim.

DONE AND ORDERED in chambers in Miami, Florida, this 4th day of October, 2011.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record