UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.

_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.

_____/

**UNOPPOSED MOTION AND MEMORANDUM OF LAW FOR EXTENSION OF
DEADLINES SET FORTH IN THE SCHEDULING ORDER (ECF NO. 133) TO
COMPLETE EXPERT REPORTS AND EXPERT DISCOVERY**

Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal

City Studio Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros.

Entertainment, Inc. (collectively "Plaintiffs") move pursuant to Rule 6(b)(1)(A) of the Federal

Rules of Civil Procedure for an extension of time for all parties to complete expert reports and

rebuttal reports, and an extension of time to complete rebuttal expert depositions, pursuant to the

Court's Scheduling Order.  (*See* Scheduling Order [ECF No. 133] (setting deadlines for

discovery)).  Defendants do not oppose the limited extensions of time requested here.  The grounds for this Unopposed Motion are set forth below in the accompanying memorandum of law.

## MEMORANDUM OF LAW

Under present deadlines, the parties must exchange expert witness summaries and reports by October 28, 2011, and rebuttal expert witness summaries and reports by December 2, 2011, with all expert discovery to be completed by December 23, 2011.  (ECF No. 133).  Plaintiffs are still in the process of receiving certain of Defendants' electronic files that Plaintiffs must analyze to complete their expert summaries and reports.  To accommodate the need for additional time to complete expert reports, Plaintiffs respectfully request that the Court extend the deadlines as follows:

| | |
|---|---|
| November 18, 2011 | Parties exchange expert witness summaries and reports required by Local Rule 16.1.K. |
| December 23, 2011 | Parties exchange rebuttal expert witness summaries and reports required by Local Rule 16.1.K. |
| January 17, 2012 | Rebuttal expert depositions are completed. |

The Unopposed Motion is not filed for the purposes of delay or for any improper purpose but to provide additional time needed to prepare expert reports and to complete expert discovery. The granting of this Unopposed Motion will not affect the deadlines for the completion of fact discovery or pretrial motions as set forth in this Court's Scheduling Order (ECF No. 133), nor will either party be prejudiced by the Court granting this Unopposed Motion for Extension of Time.  The Court has authority pursuant to Rule 6 of the Federal Rules of Civil Procedure to grant extensions of time.  *See* Fed. R. Civ. P. 6(b)(1).  Defendants do not oppose the extensions proposed herein.

CASE NO. 11-20427-WILLIAMS/TURNOFF

## CONCLUSION

On the basis of the foregoing, the Plaintiffs respectfully requests that the Court grant the Unopposed Motion for Extension of Deadlines Set Forth in The Scheduling Order (ECF No. 133) to Complete Expert Reports and Expert Discovery. A proposed Order is attached hereto.

### CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that Plaintiffs' counsel conferred with Defendants' counsel in a good faith effort to resolve the issues, and Defendants' counsel has agreed to the relief sought in this motion.

DATED: October 20, 2011

By: /s/ Karen L. Stetson
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, FL 33131
Telephone: (305) 461-6880
Facsimile: (305) 461-6887

MOTION PICTURE ASSOCIATION
 OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice)*
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone: (818) 995-6600
Fax: (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice)*
Duane C. Pozza (*Pro Hac Vice)*
Luke C. Platzer (*Pro Hac Vice)*
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for Plaintiffs*

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF


DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.

_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.

_____/

### CERTIFICATE OF SERVICE

        I HEREBY CERTIFY on this 20th day of October, 2011, I served the following

document on all counsel of record on the attached service list via the Court's CM/ECF filing

system:

**Unopposed Motion and Memorandum of Law for Extension of Deadlines Set Forth in The
Scheduling Order (ECF No. 133) to Complete Expert Reports and Expert Discovery**

I further certify that I am admitted to the United States Court for the Southern District of Florida

and certify that this Certificate of Service was executed on this date.

                                        By: /s/ Karen L. Stetson
                                              Karen L. Stetson

4

**SERVICE LIST**

**Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.**
**CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF**


FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*