UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINES SET FORTH IN THE SCHEDULING ORDER (ECF NO. 133) TO COMPLETE EXPERT REPORTS AND EXPERT DISCOVERY

THIS CAUSE came before the court on Plaintiffs' Unopposed Motion for Extension of Deadlines Set Forth in the Scheduling Order (ECF No. 133) to Complete Expert Reports and Expert Discovery.  This Court has considered the agreed motion and being otherwise duly advised here, it is hereby:

ORDERED AND ADJUDGED that the Unopposed Motion for Extension of Deadlines to Complete Expert Reports and Expert Discovery is hereby GRANTED.  The Parties shall

exchange expert witness summaries and reports required by Local Rule 16.1.K no later than November 18, 2011, and rebuttal expert witness summaries and reports required by Local Rule 16.1.K no later than December 23, 2011.  Any rebuttal expert depositions shall be completed by January 17, 2012.  The Scheduling Order in this case (ECF No. 133) is modified accordingly.

DONE AND ORDERED in chambers at Miami, Florida this ____ day of _____ 2011.

                                                                                           _____
                                                                                           William C. Turnoff
                                                                                           United States Magistrate Judge

cc:     All Counsel of Record