UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

### ORDER ON MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion for Extension of Deadlines (DE 156). Having considered the record and the motion, which is unopposed, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The parties shall exchange expert witness summaries and reports required by Local Rule 16.1.K no later than November 18, 2011, and rebuttal expert witness summaries and reports required by Local Rule 16.1.K no later than December 23, 2011. Any rebuttal expert depositions shall be completed by January 17, 2012. The Scheduling Order in this case (ECF No. 133) is modified accordingly.

**DONE AND ORDERED** in chambers in Miami, Florida, this 21st day of October, 2011.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record