# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

    *Defendants*.                                             /

### [PROPOSED] ORDER GRANTING MOTION OF DEFENDANT HOTFILE CORPORATION FOR TWO-DAY ENLARGEMENT OF TIME TO AMEND COUNTERCLAIM

THIS CAUSE came before the Court on the Motion Of Defendant Hotfile Corporation For Two-Day Enlargement Of Time To Amend Counterclaim. This Court has considered the motion and being otherwise duly advised here, it is hereby:

ORDERED AND ADJUDGED that the Motion Of Defendant Hotfile Corporation For Two-Day Enlargement Of Time To Amend Counterclaim is hereby GRANTED. Hotfile Corporation shall have up to and including October 28, 2011 to file and serve its Second Amended Answer, Affirmative Defenses, And Counterclaims Of Defendant Hotfile Corporation To Plaintiffs' Complaint.

DONE AND ORDERED in chambers at Miami, Florida this _____ day of October 2011.

                                                  _____
                                                Hon. Kathleen M. Williams
                                                United States District Judge

cc:    All Counsel of Record