# EXHIBIT C

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/102013668/80301a0/VPPthe_box_that_changed_britain.zip.html | The Box | 2/9/11 11:40 AM |
| http://hotfile.com/dl/101908268/c31f518/The_Box_That_Changed_Britain.zip.html | The Box | 2/7/11 12:14 PM |
| http://hotfile.com/dl/102435545/fac288d/ | The Box | 2/12/11 9:49 PM |
| http://hotfile.com/dl/98724475/a2e1c6c/A.4-1.-1_.c.3-._.-.1_.n._.-.Ch.4-1_.n.5.-._.-.-._.-.N.0-th1_.n-9-.5.--.._.-.1998_.-_-.rar.html | The Box | 2/15/11 12:59 AM |
| http://hotfile.com/dl/50758465/dc11532/OOTB.rar.html | The Box | 2/15/11 1:44 AM |
| http://hotfile.com/dl/42445752/a4793a7/The.Box.That.Changed.Britain.WS.PDTV.XviD-FTP.part1.rar.html | The Box | 2/15/11 1:44 AM |
| http://hotfile.com/dl/42445753/b3847da/The.Box.That.Changed.Britain.WS.PDTV.XviD-FTP.part2.rar.html | The Box | 2/15/11 1:44 AM |
| http://hotfile.com/dl/42445766/c527258/The.Box.That.Changed.Britain.WS.PDTV.XviD-FTP.part3.rar.html | The Box | 2/15/11 1:44 AM |
| http://hotfile.com/dl/39880645/2832803/Cancer_-_Step_Outside_the_Box_.part1.rar.html | The Box | 2/15/11 1:44 AM |
| http://hotfile.com/dl/39880671/4850e22/Cancer_-_Step_Outside_the_Box_.part2.rar.html | The Box | 2/15/11 1:44 AM |
| http://hotfile.com/dl/39880704/aa5d803/Cancer_-_Step_Outside_the_Box_.part3.rar.html | The Box | 2/15/11 1:44 AM |
| http://hotfile.com/dl/39880749/b2a7680/Cancer_-_Step_Outside_the_Box_.part4.rar.html | The Box | 2/15/11 1:44 AM |
| http://hotfile.com/dl/39881011/f5e0359/Cancer_-_Step_Outside_the_Box_.part5.rar.html | The Box | 2/15/11 1:44 AM |
| http://hotfile.com/dl/39880864/505ec38/Cancer_-_Step_Outside_the_Box_.part6.rar.html | The Box | 2/15/11 1:44 AM |
| http://hotfile.com/dl/39881016/3e485dd/Cancer_-_Step_Outside_the_Box_.part7.rar.html | The Box | 2/15/11 1:44 AM |
| http://hotfile.com/dl/39881101/7bf8a1e/Cancer_-_Step_Outside_the_Box_.part8.rar.html | The Box | 2/15/11 1:44 AM |
| http://hotfile.com/dl/41744057/abea031/C_Step_Outside_the_Box.rar.html | The Box | 2/18/11 8:24 PM |
| http://hotfile.com/dl/100809973/2389f59/30_Seconds_to_Mars_-_Closer_to_the_Edge.mp3.html | The Closer | 2/1/11 5:32 AM |
| http://hotfile.com/dl/90940589/cfac2c2/brandy.and.ray.j.a.family.affair.s02e03.dsr.xvid-omicron.avi.html | The Closer | 2/2/11 9:13 PM |
| http://hotfile.com/dl/99074880/9db375d/P.C.14.49Linkin_Park_-_One_Step_Closer.avi.html | The Closer | 2/3/11 3:41 AM |
| http://hotfile.com/dl/9630782/e2f1b88/Robbie_Rivera_-_Closer_To_The_Sun-_BH280-0_-WEB-2009-HB.rar.html | The Closer | 2/2/11 10:40 PM |
| http://hotfile.com/dl/81292142/9942477/Linkin_Park-Official_Tour_Bootlegs_Live_At_Paris.rar.html | The Closer | 2/9/11 4:06 AM |
| http://hotfile.com/dl/101628886/a633a4e/VA_-_Radio_1_Classics_Vol.2-2CD-2010-MnD.rar.html | The Closer | 2/7/11 11:57 AM |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/53200760/54193be/2984-CloserToTheEdge-c2dc09b7e472dc36c6251533ab4608e7.rar.html | The Closer | 2/9/11 5:43 PM |
| http://hotfile.com/dl/100600369/498a0c0/OutlandishCVeins.rar.html | The Closer | 2/4/11 8:06 PM |
| http://hotfile.com/dl/10018703/28c24c7/Raising.the.Bar.S02E10.HDTV.XviD-FQM.avi.html | The Closer | 2/5/11 9:14 PM |
| http://hotfile.com/dl/101686910/746c117/Big_Fat_Snake-Come_Closer-2011-pLAN9.rar.html | The Closer | 2/7/11 12:05 PM |
| http://hotfile.com/dl/102327131/96fc6cc/Dulha_Mil_Gaya.2010.720p.BluRay.nHD.x264.By.TuHiN.Come_A_little_Closer.mkv.html | The Closer | 2/8/11 10:29 AM |
| http://hotfile.com/dl/45258623/6138aa6/Global_DJ_Broadcast_Top_15_June.rar.html | The Closer | 2/9/11 2:44 AM |
| http://hotfile.com/dl/102038278/904ec82/BRIAW.zip.html | The Closer | 2/9/11 10:44 PM |
| http://hotfile.com/dl/67356430/092668f/Susana_Closer__The_Extended_Versions__ARDI1736__WEB_2010.rar.html | The Closer | 2/10/11 9:59 AM |
| http://hotfile.com/dl/97282839/97508f5/Lick.Library.Learn.To.Play.Foo.Fighters.DVD.TSG.part3.rar.html | The Closer | 2/10/11 9:59 AM |
| http://hotfile.com/dl/97282963/bc6e0d8/Lick.Library.Learn.To.Play.Foo.Fighters.DVD.TSG.part2.rar.html | The Closer | 2/10/11 9:59 AM |
| http://hotfile.com/dl/97287964/8e0db6e/Lick.Library.Learn.To.Play.Foo.Fighters.DVD.TSG.part1.rar.html | The Closer | 2/10/11 9:59 AM |
| http://hotfile.com/dl/97282959/dfe4337/Lick.Library.Learn.To.Play.Foo.Fighters.DVD.TSG.part5.rar.html | The Closer | 2/10/11 9:59 AM |
| http://hotfile.com/dl/97283226/4a5e1eb/Lick.Library.Learn.To.Play.Foo.Fighters.DVD.TSG.part4.rar.html | The Closer | 2/10/11 9:59 AM |
| http://hotfile.com/dl/97289568/d2c3e22/Lick.Library.Learn.To.Play.Foo.Fighters.DVD.TSG.part6.rar.html | The Closer | 2/10/11 9:59 AM |
| http://hotfile.com/dl/73549056/f6fc70b/VA__Electro_Assemblage_(01.10.2010)_part2.rar.html | The Closer | 2/11/11 5:54 AM |
| http://hotfile.com/dl/77340505/553cb03/VA__Beatbox_10-15_(2010-10-20).rar.html | The Closer | 2/11/11 5:54 AM |
| http://hotfile.com/dl/103843981/c767397/Myron-One.Step.Closer.2009.rar.html | The Closer | 2/12/11 3:34 AM |
| http://hotfile.com/dl/104256133/b44d3ae/Kings_of_Leon_-_Reading_Festival_(2009)_DVD5.txt.html | The Closer | 2/13/11 1:59 PM |
| http://hotfile.com/dl/47565798/3bec9a2/Abakus_-_That_Much_Closer_To_The_Sun_2004.rar.html | The Closer | 3/21/11 1:09 PM |
| http://hotfile.com/dl/91611946/0a98352/GettingCloser.pdf.html | The Closer | 7/26/11 9:17 AM |
| http://hotfile.com/dl/41932945/8b7197f/7.Wonders.Treasures.Of.Seven.MULTi8-FASiSO.part1.rar.html | Seven | 3/21/11 12:04 PM |
| http://hotfile.com/dl/57492946/a0c70b4/Seven_Days_2010_720p_BRRip_XviD-NOVA.part1.rar.html | Seven | 4/1/11 1:04 PM |
| http://hotfile.com/dl/110754984/f8629d6/The_Seven_Gates_320k.rar.html | Seven | 4/15/11 3:17 PM |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/97904403/135243f/720p.Seven.Days.in.Heaven.2010.part02.rar.html | Seven | 5/9/11 7:19 PM |
| http://hotfile.com/dl/97904577/e25dc80/720p.Seven.Days.in.Heaven.2010.part01.rar.html | Seven | 5/9/11 7:19 PM |
| http://hotfile.com/dl/97904797/204a330/720p.Seven.Days.in.Heaven.2010.part03.rar.html | Seven | 5/9/11 9:19 PM |
| http://hotfile.com/dl/97904717/e93cf7e/720p.Seven.Days.in.Heaven.2010.part05.rar.html | Seven | 5/10/11 1:00 AM |
| http://hotfile.com/dl/97904775/2e43497/720p.Seven.Days.in.Heaven.2010.part04.rar.html | Seven | 5/10/11 1:01 AM |
| http://hotfile.com/dl/97904933/10ff786/720p.Seven.Days.in.Heaven.2010.part06.rar.html | Seven | 5/9/11 10:19 PM |
| http://hotfile.com/dl/97905181/86dae31/720p.Seven.Days.in.Heaven.2010.part08.rar.html | Seven | 5/10/11 1:02 AM |
| http://hotfile.com/dl/97905259/cfe4c35/720p.Seven.Days.in.Heaven.2010.part10.rar.html | Seven | 5/9/11 5:28 PM |
| http://hotfile.com/dl/97902562/7d6a164/720p.Seven.Days.in.Heaven.2010.part12.rar.html | Seven | 5/10/11 12:59 AM |
| http://hotfile.com/dl/97905093/186ccd1/720p.Seven.Days.in.Heaven.2010.part11.rar.html | Seven | 5/10/11 1:02 AM |
| http://hotfile.com/dl/97905237/0f1453a/720p.Seven.Days.in.Heaven.2010.part09.rar.html | Seven | 5/10/11 1:03 AM |
| http://hotfile.com/dl/97912627/903d82d/720p.Seven.Days.in.Heaven.2010.part07.rar.html | Seven | 5/10/11 1:04 AM |
| http://hotfile.com/dl/86789804/517be68/2211bckp.BDrip.LSD.part1.rar.html | Seven | 7/5/11 7:21 PM |
| http://hotfile.com/dl/86790170/9462c71/2211bckp.BDrip.LSD.part2.rar.html | Seven | 7/5/11 7:21 PM |
| http://hotfile.com/dl/86790537/c3b3e77/2211bckp.BDrip.LSD.part3.rar.html | Seven | 7/5/11 7:21 PM |
| http://hotfile.com/dl/86790675/ef5e819/2211bckp.BDrip.LSD.part4.rar.html | Seven | 7/5/11 7:21 PM |
| http://hotfile.com/dl/51518320/661ed6d/Seven_Remix_XP_2_0_by_farid.exe.html | Seven | 7/5/11 7:19 PM |
| http://hotfile.com/dl/43953900/1ec1736/ArabSeeD.CoM.Ghost.Xp.By.Doctor007.part1.rar.html | Seven | 8/4/11 9:17 AM |
| http://hotfile.com/dl/43953953/620914f/ArabSeeD.CoM.Ghost.Xp.By.Doctor007.part2.rar.html | Seven | 8/4/11 9:17 AM |
| http://hotfile.com/dl/43954063/55536fb/ArabSeeD.CoM.Ghost.Xp.By.Doctor007.part3.rar.html | Seven | 8/4/11 9:17 AM |
| http://hotfile.com/dl/43954187/508d766/ArabSeeD.CoM.Ghost.Xp.By.Doctor007.part4.rar.html | Seven | 8/4/11 9:17 AM |
| http://hotfile.com/dl/43954219/09700dd/ArabSeeD.CoM.Ghost.Xp.By.Doctor007.part5.rar.html | Seven | 8/4/11 9:17 AM |
| http://hotfile.com/dl/119064920/1774041/Marnewport.pdf.html | O.C. | 7/12/11 3:19 PM |
| http://hotfile.com/dl/119053289/325f46c/Apnewport.pdf.html | O.C. | 7/15/11 3:22 PM |
| http://hotfile.com/dl/113132882/c6051d7/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.001.html | Mask | 4/15/11 3:17 PM |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/113132937/03de14d/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.002.html | Mask | 4/15/11 3:17 PM |
| http://hotfile.com/dl/113132979/2b680ec/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.003.html | Mask | 4/15/11 3:17 PM |
| http://hotfile.com/dl/113133026/96c6004/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.004.html | Mask | 4/15/11 3:17 PM |
| http://hotfile.com/dl/113133100/a8d7a7c/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.005.html | Mask | 4/15/11 3:17 PM |
| http://hotfile.com/dl/113133172/99a7660/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.006.html | Mask | 4/15/11 3:17 PM |
| http://hotfile.com/dl/113133221/c86299a/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.007.html | Mask | 4/15/11 3:17 PM |
| http://hotfile.com/dl/113133377/165eb96/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.008.html | Mask | 4/15/11 3:17 PM |
| http://hotfile.com/dl/113133482/6c6a786/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.009.html | Mask | 4/15/11 5:17 PM |
| http://hotfile.com/dl/113133536/c2047d3/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.010.html | Mask | 4/15/11 3:17 PM |
| http://hotfile.com/dl/113133589/1370074/JAPAN_PICTURES_GLOSSMEN_NM48_no_mask.avi.011.html | Mask | 4/15/11 3:17 PM |
| http://hotfile.com/dl/118854893/2a39a91/TK_JDownloader09581.rar.html | Red Riding Hood | 6/28/11 4:19 PM |
| http://hotfile.com/dl/83888026/bae1ded/java-windows-i586-s.exe.html | Due Date | 1/31/11 2:55 PM |
| http://hotfile.com/dl/25171979/53844fa/JDownloader.exe.ompare23.rar.html | Sherlock Holmes | 2/5/10 4:48 PM |
| http://hotfile.com/dl/26980528/bda3d1f/Tutorial_del_JDownloader.avi.html | Sherlock Holmes | 2/5/10 4:48 PM |
| http://hotfile.com/dl/25231712/b99b376/JDownloaderSetup.exe.html] | Sherlock Holmes | 1/31/10 2:24 PM |
| http://hotfile.com/dl/11436117/89f3fd3/JDownloader_0.8.zip.html | Insomnia | 10/6/09 6:30 PM |
| http://hotfile.com/dl/42624810/5bb5e4f/JDownloader.rar.html | Batman: Arkham Asylum | 5/16/10 2:10 AM |
| http://hotfile.com/dl/100255176/14b0829/Jdownloader_TUT.doc.html | Inception | 1/29/11 1:05 AM |
| http://hotfile.com/dl/97739207/cf48cb3/Ball_Park_Music-Conquer_The_Town_Easy_As_Cake-EP-2010-OZM.rar.html | The Town | 2/3/11 2:02 AM |
| http://hotfile.com/dl/100794785/4a0dd6d/Punisher_-_In_The_Blood_03_2011_GreenGiant-DCP.cbr.html | The Town | 2/1/11 5:23 PM |
| http://hotfile.com/dl/101261546/5824512/Married.In.A.Year.2011.DVDRip.XviD-FiCO.avi.html | The Town | 2/7/11 3:28 PM |
| http://hotfile.com/dl/101233251/5cfaf8c/detroit.1-8-7.s01e13.720p.hdtv.x264-orenji.mkv.html | The Town | 2/8/11 4:44 PM |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/96148720/37f1c61/detroit.1-8-7.s01e12.720p.hdtv.x264-immerse.mkv.html | The Town | 2/8/11 4:44 PM |
| http://hotfile.com/dl/104057172/010b7e3/O.Signo.da.Cidade.nacional.baixeturbo.org.AVI.html | The Town | 2/12/11 6:19 PM |
| http://hotfile.com/dl/64452864/a350c4c/Little_Big_Town-The_Reason_Why-2010-2NZ.rar.html | The Town | 2/14/11 5:29 PM |
| http://hotfile.com/dl/88836486/0514216/William_Kanengiser_-_Effortless_Classical_Guitar.part04.rar.html | The Town | 2/14/11 5:29 PM |
| http://hotfile.com/dl/84991988/e7cbc93/Rod_Stewart_-_1976_-_A_Night_on_The_Town.rar.html | The Town | 2/21/11 6:06 PM |
| http://hotfile.com/dl/97914519/50ced80/colo_sal_stik.rar.html | The Town | 2/21/11 5:54 PM |
| http://hotfile.com/dl/97659187/0eadd30/CIBER_GIRL.part01.rar.html | The Town | 2/21/11 5:54 PM |
| http://hotfile.com/dl/97659192/92dc794/CIBER_GIRL.part02.rar.html | The Town | 2/21/11 5:54 PM |
| http://hotfile.com/dl/97659197/fb956c9/CIBER_GIRL.part04.rar.html | The Town | 2/21/11 5:54 PM |
| http://hotfile.com/dl/97659199/e6539a8/CIBER_GIRL.part05.rar.html | The Town | 2/21/11 5:54 PM |
| http://hotfile.com/dl/97659278/9d9070f/CIBER_GIRL.part03.rar.html | The Town | 2/21/11 5:54 PM |
| http://hotfile.com/dl/97659350/15c2fa8/CIBER_GIRL.part06.rar.html | The Town | 2/21/11 5:54 PM |
| http://hotfile.com/dl/97659367/1c9fd70/CIBER_GIRL.part07.rar.html | The Town | 2/21/11 5:54 PM |
| http://hotfile.com/dl/97659378/91b8fc4/CIBER_GIRL.part09.rar.html | The Town | 2/21/11 5:54 PM |
| http://hotfile.com/dl/97659394/59af6d6/CIBER_GIRL.part10.rar.html | The Town | 2/21/11 5:54 PM |
| http://hotfile.com/dl/97659407/9549046/CIBER_GIRL.part11.rar.html | The Town | 2/21/11 5:54 PM |
| http://hotfile.com/dl/97667679/844fd9e/CIBER_GIRL.part08.rar.html | The Town | 2/21/11 5:54 PM |
| http://hotfile.com/dl/65282633/9e1b79a/Ricky_Gervais_Politics.part1.rar.html | The Town | 2/25/11 3:55 PM |
| http://hotfile.com/dl/65282820/1541ab1/Ricky_Gervais_Politics.part4.rar.html | The Town | 2/25/11 3:55 PM |
| http://hotfile.com/dl/65282889/7291f13/Ricky_Gervais_Politics.part5.rar.html | The Town | 2/25/11 3:56 PM |
| http://hotfile.com/dl/65282917/1501ec1/Ricky_Gervais_Politics.part6.rar.html | The Town | 2/25/11 3:56 PM |
| http://hotfile.com/dl/65283021/4a57e2e/Ricky_Gervais_Politics.part7.rar.html | The Town | 2/25/11 3:56 PM |
| http://hotfile.com/dl/107360654/32a6ef1/Team.America.part1.rar.html | The Town | 2/26/11 2:22 PM |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/107360655/3e87460/Team.America.part2.rar.html | The Town | 2/26/11 2:22 PM |
| http://hotfile.com/dl/107360662/432f28d/Team.America.part3.rar.html | The Town | 2/26/11 2:22 PM |
| http://hotfile.com/dl/107360697/6b76e17/Team.America.part4.rar.html | The Town | 2/26/11 2:23 PM |
| http://hotfile.com/dl/107360710/492131c/Team.America.part5.rar.html | The Town | 2/26/11 2:23 PM |
| http://hotfile.com/dl/107360716/2e68f14/Team.America.part6.rar.html | The Town | 2/26/11 2:23 PM |
| http://hotfile.com/dl/107360722/d6e8e90/Team.America.part7.rar.html | The Town | 2/26/11 2:23 PM |
| http://hotfile.com/dl/85448808/3e4af67/NewinTwn.Br_urgrove.com.mkv.001.html | The Town | 3/24/11 4:09 PM |
| http://hotfile.com/dl/112107192/331f602/HC.sgrt.dl.cb.fritto.part1.rar.html | The Town | 4/3/11 2:50 AM |
| http://hotfile.com/dl/112107206/04382b2/HC.sgrt.dl.cb.fritto.part2.rar.html | The Town | 4/3/11 2:50 AM |
| http://hotfile.com/dl/112107189/01c6119/HC.sgrt.dl.cb.fritto.part3.rar.html | The Town | 4/3/11 2:50 AM |
| http://hotfile.com/dl/16602107/6738598/AudioLibro.La.Ley.de.la.Atraccion.part1.rar.html | The Town | 5/16/11 2:27 AM |
| http://hotfile.com/dl/16602118/73d7b34/AudioLibro.La.Ley.de.la.Atraccion.part2.rar.html | The Town | 5/16/11 2:33 AM |
| http://hotfile.com/dl/122275773/741f84c/Jamestown-CPY.rar.html | The Town | 8/3/11 4:17 AM |
| http://hotfile.com/dl/29267196/405b3de/Bible.Stories.For.Children.Moses.The.Exodus.2009.DVDRip.XviD.part1.rar.html | Chuck | 4/19/11 11:47 PM |
| http://hotfile.com/dl/29269096/da0075d/Bible.Stories.For.Children.Moses.The.Exodus.2009.DVDRip.XviD.part2.rar.html | Chuck | 4/19/11 11:47 PM |
| http://hotfile.com/dl/29272122/585a41c/Bible.Stories.For.Children.Moses.The.Exodus.2009.DVDRip.XviD.part3.rar.html | Chuck | 4/19/11 11:47 PM |
| http://hotfile.com/dl/29273320/399545e/Bible.Stories.For.Children.Moses.The.Exodus.2009.DVDRip.XviD.part4.rar.html | Chuck | 4/19/11 11:47 PM |
| http://hotfile.com/dl/108986436/9cd33ca/Alexander_Varyhanov.rar.html | Alexander | 3/13/11 10:13 AM |
| http://hotfile.com/dl/118867663/89a1309/Calzada.avi.html | Shorts | 8/5/11 10:17 AM |
| http://hotfile.com/dl/96883976/75a30a2/CamelToe.mp4.html | Shorts | 8/5/11 11:17 AM |
| http://hotfile.com/dl/87486171/e439049/LaCalza.mpg.html | Shorts | 8/5/11 10:17 AM |
| http://hotfile.com/dl/113651451/1bd8d1f/dLBoX.orG__-___Hot_Girls_In_Shorts_HD_Wallpapers_Widescreen.rar.html | Shorts | 5/14/11 8:18 PM |
| http://hotfile.com/dl/41526034/9255d99/Candice-StuffMyShortsHere.zip.html | Shorts | 6/8/11 5:17 PM |
| http://hotfile.com/dl/91611720/6c6a3b5/mex10333.wmv.html | Shorts | 8/5/11 10:17 AM |
| http://hotfile.com/dl/114479972/0112075/SharpPlus.Sqlite.Developer.v3.8.4.500-BEAN.rar.html | Lope | 4/15/11 11:49 AM |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/118554870/686e466/Zombitech_Encyclopedia_Of_History_of_World_Volume_1_To_7.rar.html | Lope | 5/24/11 4:17 PM |
| http://hotfile.com/dl/98834461/9f9a7da/Prima.zip.html | Primos | 2/11/11 4:34 PM |
| http://hotfile.com/dl/92784457/2e20b1a/Incidente_entre_primos.rar.html | Primos | 2/11/11 4:34 PM |
| http://hotfile.com/dl/104508693/b3fe3f7/Primos.Mastering.part1.rar.html | Primos | 2/22/11 3:44 AM |
| http://hotfile.com/dl/104508520/177065c/Primos.Mastering.part2.rar.html | Primos | 2/22/11 3:44 AM |
| http://hotfile.com/dl/104509761/d48d342/Primos.Mastering.part4.rar.html | Primos | 2/22/11 3:44 AM |
| http://hotfile.com/dl/104510221/df72160/Primos.Mastering.part3.rar.html | Primos | 2/22/11 3:44 AM |
| http://hotfile.com/dl/104508643/066a1af/Primos.Mastering.part6.rar.html | Primos | 2/22/11 3:44 AM |
| http://hotfile.com/dl/104508726/d8360c5/Primos.Mastering.part5.rar.html | Primos | 2/22/11 3:44 AM |
| http://hotfile.com/dl/104509776/d137567/Primos.Mastering.part8.rar.html | Primos | 2/22/11 3:44 AM |
| http://hotfile.com/dl/104510354/5a16094/Primos.Mastering.part7.rar.html | Primos | 2/22/11 3:44 AM |
| http://hotfile.com/dl/65318516/34e2bf0/LaPrima.rar.html | Primos | 3/17/11 9:05 PM |
| http://hotfile.com/dl/78150639/67b392b/Mi_Prima_De_Tezontepec.rar.html | Primos | 3/17/11 9:30 PM |
| http://hotfile.com/dl/15963281/96a0627/XT_Env09_ESP.part01.rar.html | Primos | 3/17/11 10:03 PM |
| http://hotfile.com/dl/15963648/71ea3ff/XT_Env09_ESP.part02.rar.html | Primos | 3/17/11 10:03 PM |
| http://hotfile.com/dl/15964140/32918f8/XT_Env09_ESP.part03.rar.html | Primos | 3/17/11 10:03 PM |
| http://hotfile.com/dl/15964759/0a93d91/XT_Env09_ESP.part04.rar.html | Primos | 3/17/11 10:04 PM |
| http://hotfile.com/dl/15965380/1dd5ae6/XT_Env09_ESP.part05.rar.html | Primos | 3/17/11 10:04 PM |
| http://hotfile.com/dl/15965599/ec2588b/XT_Env09_ESP.part06.rar.html | Primos | 3/17/11 10:04 PM |
| http://hotfile.com/dl/15966036/07bdd8d/XT_Env09_ESP.part07.rar.html | Primos | 3/17/11 10:04 PM |
| http://hotfile.com/dl/15966545/25bb0b4/XT_Env09_ESP.part08.rar.html | Primos | 3/17/11 10:05 PM |
| http://hotfile.com/dl/15966949/88a30be/XT_Env09_ESP.part09.rar.html | Primos | 3/17/11 10:05 PM |
| http://hotfile.com/dl/15967435/373ad38/XT_Env09_ESP.part10.rar.html | Primos | 3/17/11 10:05 PM |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/103805447/9f95257/Incesto---Primos.rar.html | Primos | 3/20/11 10:30 AM |
| http://hotfile.com/dl/115604313/a27d531/Life.After.People.S01.04of10.Heavy.Metal.XviD.AC3.MVGroup.part1.rar.html | V | 6/3/11 10:18 AM |
| http://hotfile.com/dl/115604325/e9176bc/Life.After.People.S01.04of10.Heavy.Metal.XviD.AC3.MVGroup.part2.rar.html | V | 6/3/11 10:18 AM |
| http://hotfile.com/dl/115604338/71e89b3/Life.After.People.S01.04of10.Heavy.Metal.XviD.AC3.MVGroup.part3.rar.html | V | 6/3/11 10:18 AM |
| http://hotfile.com/dl/115604293/ae88a8a/Life.After.People.S01.03of10.The.Capital.Threat.XviD.AC3.MVGroup.part1.rar.html | V | 6/3/11 10:18 AM |
| http://hotfile.com/dl/115604296/270394a/Life.After.People.S01.03of10.The.Capital.Threat.XviD.AC3.MVGroup.part2.rar.html | V | 6/3/11 10:18 AM |
| http://hotfile.com/dl/115604303/dc6c952/Life.After.People.S01.03of10.The.Capital.Threat.XviD.AC3.MVGroup.part3.rar.html | V | 6/3/11 10:18 AM |
| http://hotfile.com/dl/115604200/fbdecf8/Life.After.People.S01.02of10.Outbreak.XviD.AC3.MVGroup.part2.rar.html | V | 6/3/11 10:18 AM |
| http://hotfile.com/dl/115604201/32e0b77/Life.After.People.S01.02of10.Outbreak.XviD.AC3.MVGroup.part1.rar.html | V | 6/3/11 10:18 AM |
| http://hotfile.com/dl/115604278/d6a20f6/Life.After.People.S01.02of10.Outbreak.XviD.AC3.MVGroup.part3.rar.html | V | 6/3/11 10:18 AM |
| http://hotfile.com/dl/115405900/e9112a2/Britains.Best.Drives.S01E05.part1.rar.html | V | 6/3/11 10:34 AM |
| http://hotfile.com/dl/115405905/f48b639/Britains.Best.Drives.S01E05.part2.rar.html | V | 6/3/11 10:37 AM |
| http://hotfile.com/dl/115405915/cb50e08/Britains.Best.Drives.S01E05.part3.rar.html | V | 6/3/11 10:39 AM |
| http://hotfile.com/dl/115405878/39581dc/Britains.Best.Drives.S01E04.part1.rar.html | V | 6/3/11 10:28 AM |
| http://hotfile.com/dl/115405887/8d24867/Britains.Best.Drives.S01E04.part2.rar.html | V | 6/3/11 10:30 AM |
| http://hotfile.com/dl/115405890/79f3b6c/Britains.Best.Drives.S01E04.part3.rar.html | V | 6/3/11 10:32 AM |
| http://hotfile.com/dl/115131477/c2eb38e/The.Trials.of.Robert.Oppenheimer.part1.rar.html | V | 6/3/11 10:04 AM |
| http://hotfile.com/dl/115131489/41a340a/The.Trials.of.Robert.Oppenheimer.part2.rar.html | V | 6/3/11 10:06 AM |
| http://hotfile.com/dl/115131505/521f5aa/The.Trials.of.Robert.Oppenheimer.part3.rar.html | V | 6/3/11 10:09 AM |
| http://hotfile.com/dl/115131536/62794ad/The.Trials.of.Robert.Oppenheimer.part4.rar.html | V | 6/3/11 10:11 AM |
| http://hotfile.com/dl/115131539/735d5d2/The.Trials.of.Robert.Oppenheimer.part5.rar.html | V | 6/3/11 10:13 AM |
| http://hotfile.com/dl/115131543/168dc01/The.Trials.of.Robert.Oppenheimer.part6.rar.html | V | 6/3/11 10:15 AM |
| http://hotfile.com/dl/115131555/f7e599e/The.Trials.of.Robert.Oppenheimer.part7.rar.html | V | 6/3/11 10:17 AM |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/115131573/cec8bd4/Time.Life.The.lost.civilisations.01.Mesopotamia.part1.rar.html | V | 6/3/11 10:19 AM |
| http://hotfile.com/dl/115131595/a7b8589/Time.Life.The.lost.civilisations.01.Mesopotamia.part2.rar.html | V | 6/3/11 10:22 AM |
| http://hotfile.com/dl/115131599/7c95d58/Time.Life.The.lost.civilisations.01.Mesopotamia.part3.rar.html | V | 6/3/11 10:23 AM |
| http://hotfile.com/dl/115131603/8fedc79/Time.Life.The.lost.civilisations.01.Mesopotamia.part4.rar.html | V | 6/3/11 10:26 AM |
| http://hotfile.com/dl/115131305/15e7ed4/south.pacific.s01e06.part1.rar.html | V | 6/3/11 9:50 AM |
| http://hotfile.com/dl/115131330/b36dea0/south.pacific.s01e06.part2.rar.html | V | 6/3/11 9:52 AM |
| http://hotfile.com/dl/115131338/4333946/south.pacific.s01e06.part3.rar.html | V | 6/3/11 9:55 AM |
| http://hotfile.com/dl/115131370/627fe2b/south.pacific.s01e06.part4.rar.html | V | 6/3/11 9:57 AM |
| http://hotfile.com/dl/115131375/1038c0e/south.pacific.s01e06.part5.rar.html | V | 6/3/11 9:59 AM |
| http://hotfile.com/dl/115131382/4b9f9bc/south.pacific.s01e06.part6.rar.html | V | 6/3/11 10:02 AM |
| http://hotfile.com/dl/119230125/c84774b/Known.Universe.2of3.WS-PDTV.XviD.Ekolb.part1.rar.html | V | 6/3/11 10:49 AM |
| http://hotfile.com/dl/119230191/259c17f/Known.Universe.2of3.WS-PDTV.XviD.Ekolb.part2.rar.html | V | 6/3/11 10:51 AM |
| http://hotfile.com/dl/119230209/29c6520/Known.Universe.2of3.WS-PDTV.XviD.Ekolb.part3.rar.html | V | 6/3/11 10:53 AM |
| http://hotfile.com/dl/119230218/62ffcde/Known.Universe.2of3.WS-PDTV.XviD.Ekolb.part4.rar.html | V | 6/3/11 10:55 AM |
| http://hotfile.com/dl/119230221/676d47b/Known.Universe.2of3.WS-PDTV.XviD.Ekolb.part5.rar.html | V | 6/3/11 10:57 AM |
| http://hotfile.com/dl/119230058/91da67c/Known.Universe.1of3.Ekolb.part1.rar.html | V | 6/3/11 10:45 AM |
| http://hotfile.com/dl/119230076/3c64de8/Known.Universe.1of3.Ekolb.part2.rar.html | V | 6/3/11 10:47 AM |
| http://hotfile.com/dl/99557692/a96dccd/SweetJamaicaMr.Vegas.Shaggy.Josey_Walesdjcreator.net.mp3.html | Friends | 2/19/11 7:29 AM |
| http://hotfile.com/dl/9409049/fcfdd29/Way_Back_Into_Love_-_Music_And_Lyrics.mp3.html | Music and Lyrics | 4/17/11 8:31 AM |
| http://hotfile.com/dl/63234906/ba80f93/Don_Omar_Ft_Lucenzo_-_Danza_Kuduro_(Meet_The_Orphans).mp3.html | The Orphan | 4/15/11 5:18 PM |
| http://hotfile.com/dl/114978659/2d7add5/Empire_Of_The_Sun___We_Are_The_People_-Wawa_Remix-.mp3.html | Empire of the Sun | 5/20/11 9:17 PM |
| http://hotfile.com/dl/86512852/c343332/2_Best_UFOs_ETs_Evidence_Dr_Roger_Leir_Bud_Hopkins_Art_Bell.mp3.html | Contact | 8/7/11 4:17 AM |