# EXHIBIT D

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/101792870/1bf39dd/TZOULIA.2.MAUROI.KAVALARIDES.AVI.part2.rar.html | The Rite | 2/7/2011 11:27 |
| http://hotfile.com/dl/101810250/e0a2b09/TZOULIA.2.MAUROI.KAVALARIDES.AVI.part1.rar.html | The Rite | 2/7/2011 11:28 |
| http://hotfile.com/dl/101899020/488af61/forbidjuly.rar.html | The Rite | 2/7/2011 11:33 |
| http://hotfile.com/dl/101922486/8975571/Julia-Mavroi_2oDVD.avi.html | The Rite | 2/7/2011 11:33 |
| http://hotfile.com/dl/101494577/ea5e3b7/Tose_Proeski-The_Best_Of_2-HR-2011-IMT.rar.html | The Rite | 2/7/2011 11:53 |
| http://hotfile.com/dl/101880948/9c871b3/iouliadyomayroi.part1.rar.html | The Rite | 2/7/2011 12:14 |
| http://hotfile.com/dl/101888419/c8d9a09/iouliadyomayroi.part2.rar.html | The Rite | 2/7/2011 12:14 |
| http://hotfile.com/dl/101895389/4d2c423/iouliadyomayroi.part3.rar.html | The Rite | 2/7/2011 12:14 |
| http://hotfile.com/dl/101903986/6c70258/iouliadyomayroi.part4.rar.html | The Rite | 2/7/2011 12:14 |
| http://hotfile.com/dl/101393724/75e187f/Tose_Proeski-The_Best_Of_2-HR-2011-IMT.rar.html | The Rite | 2/7/2011 14:07 |
| http://hotfile.com/dl/101394180/71152b7/tp-thebestof2.rar.html | The Rite | 2/7/2011 14:12 |
| http://hotfile.com/dl/101398700/8968820/Tose_Proeski-The_Best_Of_2-HR-2011-IMT.rar.html | The Rite | 2/7/2011 14:22 |
| http://hotfile.com/dl/101398821/3903e54/Tose.Proeski-TBO.2.crostuff.net.rar.html | The Rite | 2/7/2011 14:22 |
| http://hotfile.com/dl/101412208/8134469/Tose_Proeski-The_Best_Of_2-HR-2011-IMT.rar.html | The Rite | 2/7/2011 15:16 |
| http://hotfile.com/dl/34163551/267e64d/Playboy.html | Halo Legends | 8/4/2011 18:17 |
| http://hotfile.com/dl/34162846/c0c0de2/PBV202010-02_03.rar.html | Halo Legends | 8/4/2011 18:17 |
| http://hotfile.com/dl/34163864/cadc66b/PBV.html | Halo Legends | 8/4/2011 18:17 |
| http://hotfile.com/dl/34514655/1fe0503/Martyrs.2008.dvdrip.part1.rar.html | Halo Legends | 8/4/2011 18:17 |
| http://hotfile.com/dl/34754125/569eead/The.Sweet.S.And.Love.part1.rar.html | Halo Legends | 8/4/2011 19:36 |
| http://hotfile.com/dl/34754164/9985e44/The.Sweet.S.And.Love.part2.rar.html | Halo Legends | 8/4/2011 18:17 |
| http://hotfile.com/dl/34754197/1cc09d4/The.Sweet.S.And.Love.part3.rar.html | Halo Legends | 8/4/2011 18:17 |
| http://hotfile.com/dl/34754233/c01ee3a/The.Sweet.S.And.Love.part4.rar.html | Halo Legends | 8/4/2011 18:17 |
| http://hotfile.com/dl/34163199/5f2c795/PBL-2010-04-05.pdf.html | Halo Legends | 8/4/2011 19:36 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/89618609/0beb3a4/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/89618572/4a952f2/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/89618926/54dfa06/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/89619880/ac6b0da/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/89620519/231b49e/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/89621102/be01fee/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/89622222/d345763/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/89621729/82412ab/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/46082760/240347c/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/89621952/9608236/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/46082841/fcb2bf7/ | The Blind Side | 8/2/2011 17:17 |
| http://hotfile.com/dl/46082952/a649c86/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/46083061/c5b81e5/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/46083172/74b2b1c/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/46083295/3741cef/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/46083382/544b6da/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/46083490/d3df05c/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/46083588/b5cccd8/ | The Blind Side | 8/2/2011 17:17 |
| http://hotfile.com/dl/46083658/efe5799/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/46083678/842415e/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/90483300/0d9b7f0/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/90483616/4f448f5/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/90483954/c275102/ | The Blind Side | 8/2/2011 16:17 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/90517507/b5bae3d/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/90517807/a3bb11f/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/90518221/d8f97b7/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/90518429/5ec01e5/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/90518778/f345220/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/90519197/6e3b009/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/90519381/3ec16ff/ | The Blind Side | 8/2/2011 16:17 |
| http://hotfile.com/dl/97118127/eef155f/STOP_smoking.rar.html | Sucker Punch | 7/25/2011 7:17 |
| http://hotfile.com/dl/124544873/69640f9/Toukou-Ura-king_No.0004_kana.part1.rar.html | The Bachelor the Videogame | 7/21/2011 11:18 |
| http://hotfile.com/dl/124544899/d2d7eec/Toukou-Ura-king_No.0004_kana.part2.rar.html | The Bachelor the Videogame | 7/21/2011 11:18 |
| http://hotfile.com/dl/124544901/f4d095c/Toukou-Ura-king_No.0004_kana.part3.rar.html | The Bachelor the Videogame | 7/21/2011 11:18 |
| http://hotfile.com/dl/118547640/f0e8fb1/ZR_RO_159.rar.html | In the Land of Women | 7/14/2011 21:18 |
| http://hotfile.com/dl/5837023/e17e170/mslug.zip.html | Mortal Kombat | 7/11/2011 1:18 |
| http://hotfile.com/dl/5837331/d9430ee/mslug5.zip.html | Mortal Kombat | 7/11/2011 1:18 |
| http://hotfile.com/dl/5837338/31667ae/winkawaks159.rar.html | Mortal Kombat | 7/11/2011 4:18 |
| http://hotfile.com/dl/37638025/906aec8/meslcoll.rar.html | Mortal Kombat | 7/11/2011 1:18 |
| http://hotfile.com/dl/123108133/9802344/HorribleSubs_One_Piece_-_505_360p.mkv.html | Watchmen | 7/5/2011 18:18 |
| http://hotfile.com/dl/122601183/7d65a8a/Planete_des_Arbres_Mameya.avi.html | Hall Pass | 7/1/2011 13:11 |
| http://hotfile.com/dl/122505141/f68d66c/Planeta_Derevev._Orexovoe_derevo.avi.html | Hall Pass | 7/1/2011 13:03 |
| http://hotfile.com/dl/39215539/a391679/guyfawkesmask.zip.html | V for Vendetta | 6/30/2011 7:17 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/19538005/79b569d/Cuerpo_Humano_Al_Lmite_-_01_La_Vista.avi.html | Edge of Darkness | 6/29/2011 6:18 |
| http://hotfile.com/dl/19538005/79b569d/Cuerpo_Humano_Al_Lmite_-_01_La_Vista.avi.html | Edge of Darkness | 6/29/2011 6:18 |
| http://hotfile.com/dl/19537227/019a5b9/Cuerpo_Humano_Al_Lmite_-_04_El_Cerebro.avi.html | Edge of Darkness | 6/29/2011 6:18 |
| http://hotfile.com/dl/19538067/8d260ca/Cuerpo_Humano_Al_Lmite_-_03_El_Sistema_Nervioso.avi.html | Edge of Darkness | 6/29/2011 6:18 |
| http://hotfile.com/dl/122067970/020d8bd/Fruit.html | Green Lantern: Rise Of The Manhunters | 6/28/2011 8:17 |
| http://hotfile.com/dl/122069458/a6bdc82/Dont.html | Green Lantern: Rise Of The Manhunters | 6/28/2011 8:17 |
| http://hotfile.com/dl/122069292/5742b1e/Gravity.html | Green Lantern: Rise Of The Manhunters | 6/28/2011 8:17 |
| http://hotfile.com/dl/122069104/9fafde0/BOMBERMAN.html | Green Lantern: Rise Of The Manhunters | 6/28/2011 8:17 |
| http://hotfile.com/dl/122069530/231704a/Powerslide.html | Green Lantern: Rise Of The Manhunters | 6/28/2011 8:17 |
| http://hotfile.com/dl/122069714/fdd05fa/ZW-v1.2.ipa.html | Green Lantern: Rise Of The Manhunters | 6/28/2011 8:17 |
| http://hotfile.com/dl/64764337/f920e21/26_August_BangbrosPornprosRK_And_More_Passes.rar.html | Hall Pass | 6/23/2011 17:18 |
| http://hotfile.com/dl/47583866/301599a/TF1_HD_Le_Monde_dAvatar_en_Vrai.avi.html | Inception | 6/8/2011 11:35 |
| http://hotfile.com/dl/66563616/40d9a92/Lonely.Planet.New.York.City.Guide.part1.rar.html | Third Watch | 6/3/2011 15:42 |
| http://hotfile.com/dl/66563617/9335a03/Lonely.Planet.New.York.City.Guide.part2.rar.html | Third Watch | 6/3/2011 15:42 |
| http://hotfile.com/dl/66563739/11e4302/Lonely.Planet.New.York.City.Guide.part3.rar.html | Third Watch | 6/3/2011 15:43 |
| http://hotfile.com/dl/66563741/b8645de/Lonely.Planet.New.York.City.Guide.part4.rar.html | Third Watch | 6/3/2011 15:43 |
| http://hotfile.com/dl/66563816/e969067/Lonely.Planet.New.York.City.Guide.part5.rar.html | Third Watch | 6/3/2011 15:43 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/66563832/f06b76e/Lonely.Planet.New.York.City.Guide.part6.rar.html | Third Watch | 6/3/2011 15:44 |
| http://hotfile.com/dl/66563923/493c67d/Lonely.Planet.New.York.City.Guide.part7.rar.html | Third Watch | 6/3/2011 15:44 |
| http://hotfile.com/dl/113848843/51c0387/National.Geographic.TVCap.Megacities.2of8.NewYork.DivX.mp3..part1.rar.html | Third Watch | 6/3/2011 15:23 |
| http://hotfile.com/dl/113848854/78fdcb3/National.Geographic.TVCap.Megacities.2of8.NewYork.DivX.mp3..part2.rar.html | Third Watch | 6/3/2011 15:24 |
| http://hotfile.com/dl/113848859/bd784f9/National.Geographic.TVCap.Megacities.2of8.NewYork.DivX.mp3..part3.rar.html | Third Watch | 6/3/2011 15:24 |
| http://hotfile.com/dl/113848865/431bc3c/National.Geographic.TVCap.Megacities.2of8.NewYork.DivX.mp3..part4.rar.html | Third Watch | 6/3/2011 15:24 |
| http://hotfile.com/dl/113849086/b97800d/National.Geographic.TVCap.Megacities.2of8.NewYork.DivX.mp3..part5.rar.html | Third Watch | 6/3/2011 15:25 |
| http://hotfile.com/dl/113849055/758d05f/National.Geographic.TVCap.Megacities.2of8.NewYork.DivX.mp3..part6.rar.html | Third Watch | 6/3/2011 15:25 |
| http://hotfile.com/dl/113849136/4d709a8/National.Geographic.TVCap.Megacities.2of8.NewYork.DivX.mp3..part7.rar.html | Third Watch | 6/3/2011 15:25 |
| http://hotfile.com/dl/110810004/83f759a/quiero_otra_vez_mass.3gp.html | Yes Man | 5/14/2011 7:17 |
| http://hotfile.com/list/1708083/56ab4f7 | The Middle | 5/10/2011 22:19 |
| http://hotfile.com/list/1675594/a802506 | The Middle | 5/10/2011 22:18 |
| http://hotfile.com/list/1675568/a03d64f | The Middle | 5/13/2011 16:31 |
| http://hotfile.com/dl/117249861/6f0d23a/RegCure.v3.0.0.0.Incl.Crk_LnDL.rar.html | Dirt 2 | 5/23/2011 18:17 |
| http://hotfile.com/dl/117735500/9086917/Direct_Link_maker.exe.html | Legend of the Guardians: The Owl's of Ga'Hoole | 5/16/2011 13:17 |
| http://hotfile.com/dl/115758000/e3eb37a/WebInstaller.exe.html | Better With You | 4/26/2011 17:23 |
| http://hotfile.com/dl/115757975/de46943/Mipony-Installer.exe.html | Better With You | 4/26/2011 17:22 |
| http://hotfile.com/dl/115340021/01b34a1/Internet_Download_Manager_6.05_Build_12_Final.rar.html | Arthur 2011 | 4/26/2011 11:17 |
| http://hotfile.com/dl/114668326/e2413df/wiitools.rar.html | Paul Reiser Show | 4/20/2011 23:17 |
| http://hotfile.com/dl/61348074/8d5b5a7/028-Amateur_Videos_-_SEXO_CON_DESCONOCIDOS_EN_LA_PLAYA.avi.html | Unknown | 4/15/2011 12:01 |
| http://hotfile.com/dl/114391841/0e1b51f/ddddthanks_noncopyright_materials_inside.rar.html | Better With You | 4/15/2011 5:17 |
| http://hotfile.com/dl/113653482/561722a/ddddthanks.rar.html | The | 4/11/2011 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| | Mentalist | 9:17 |
| http://hotfile.com/dl/111748268/d709153/LeMon110325.zip.html | Batman | 4/5/2011 17:02 |
| http://hotfile.com/dl/110811053/9b37ba5/New_Scientist_March_19_2011.pdf.html | Clash of the Titans | 3/21/2011 14:24 |
| http://hotfile.com/dl/84745962/80947f4/Canadian.Living2009-2010.part1.rar.html | Clash of the Titans | 3/21/2011 14:24 |
| http://hotfile.com/dl/84746071/6787821/Canadian.Living2009-2010.part2.rar.html | Clash of the Titans | 3/21/2011 14:24 |
| http://hotfile.com/dl/84746446/6edbf9e/Canadian.Living2009-2010.part3.rar.html | Clash of the Titans | 3/21/2011 14:24 |
| http://hotfile.com/dl/84746585/a56b8d7/Canadian.Living2009-2010.part4.rar.html | Clash of the Titans | 3/21/2011 14:24 |
| http://hotfile.com/dl/96259093/e6b6208/Lucie.html | Heat | 3/13/2011 9:35 |
| http://hotfile.com/dl/96977872/817e2ef/Lucie.html | Heat | 3/14/2011 8:48 |
| http://hotfile.com/dl/97480325/26c970c/Lacie_Heart_-_Boogie_Burger_Waitress.wmv.html | Heat | 3/12/2011 0:34 |
| http://hotfile.com/dl/93808733/8aa6c37/BustingTheBabysitter_CD1.avi.001.html | Heat | 3/12/2011 0:34 |
| http://hotfile.com/dl/93808824/5953240/BustingTheBabysitter_CD1.avi.002.html | Heat | 3/13/2011 9:30 |
| http://hotfile.com/dl/93808880/57c07d6/BustingTheBabysitter_CD1.avi.003.html | Heat | 3/13/2011 9:30 |
| http://hotfile.com/dl/93808932/15896f0/BustingTheBabysitter_CD1.avi.004.html | Heat | 3/13/2011 9:30 |
| http://hotfile.com/dl/93809010/600c42f/BustingTheBabysitter_CD2.avi.001.html | Heat | 3/13/2011 9:30 |
| http://hotfile.com/dl/93809053/0f16a32/BustingTheBabysitter_CD2.avi.002.html | Heat | 3/13/2011 9:30 |
| http://hotfile.com/dl/93809121/40ab515/BustingTheBabysitter_CD2.avi.003.html | Heat | 3/13/2011 9:30 |
| http://hotfile.com/dl/94105832/0c95217/Cleopatra.html | Heat | 3/13/2011 9:33 |
| http://hotfile.com/dl/94105972/902a19e/Cleopatra.html | Heat | 3/13/2011 9:33 |
| http://hotfile.com/dl/94106112/19a38bf/Cleopatra.html | Heat | 3/13/2011 9:33 |
| http://hotfile.com/dl/94106259/001a21c/Cleopatra.html | Heat | 3/13/2011 9:33 |
| http://hotfile.com/dl/93809202/21a99f9/BustingTheBabysitter_CD2.avi.004.html | Heat | 3/13/2011 9:31 |
| http://hotfile.com/dl/94053592/0885a2f/This.html | Heat | 3/14/2011 8:46 |
| http://hotfile.com/dl/94187160/a97ec13/tzx.en.avi.001.html | Heat | 3/13/2011 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| | | 9:33 |
| http://hotfile.com/dl/94187277/1ec0ee2/tzx.en.avi.002.html | Heat | 3/14/2011 8:46 |
| http://hotfile.com/dl/94187582/e00938f/tzx.en.avi.003.html | Heat | 3/14/2011 8:46 |
| http://hotfile.com/dl/94187702/59f8660/tzx.en.avi.004.html | Heat | 3/13/2011 9:33 |
| http://hotfile.com/dl/94187816/35f72fd/tzx.en.avi.005.html | Heat | 3/14/2011 8:46 |
| http://hotfile.com/dl/94187927/5d5fb8f/tzx.en.avi.006.html | Heat | 3/13/2011 9:34 |
| http://hotfile.com/dl/94188015/d0f0ddd/tzx.en.avi.007.html | Heat | 3/14/2011 8:46 |
| http://hotfile.com/dl/94188101/d00b0f0/tzx.en.avi.008.html | Heat | 3/13/2011 9:34 |
| http://hotfile.com/dl/94331677/84b625a/Teachers.CD1.avi.001.html | Heat | 3/13/2011 9:34 |
| http://hotfile.com/dl/94331734/3632099/Teachers.CD1.avi.002.html | Heat | 3/13/2011 9:34 |
| http://hotfile.com/dl/94331768/309a577/Teachers.CD1.avi.003.html | Heat | 3/12/2011 0:34 |
| http://hotfile.com/dl/94331817/7d78368/Teachers.CD1.avi.004.html | Heat | 3/12/2011 0:34 |
| http://hotfile.com/dl/94331838/324773d/Teachers.CD1.avi.005.html | Heat | 3/14/2011 8:47 |
| http://hotfile.com/dl/94331867/75f1593/Teachers.CD1.avi.006.html | Heat | 3/13/2011 9:34 |
| http://hotfile.com/dl/94331900/609a232/Teachers.CD1.avi.007.html | Heat | 3/13/2011 9:34 |
| http://hotfile.com/dl/94331901/8f2e3ea/Teachers.CD1.avi.008.html | Heat | 3/14/2011 8:47 |
| http://hotfile.com/dl/94331933/5fd3507/Teachers.CD2.avi.001.html | Heat | 3/14/2011 8:48 |
| http://hotfile.com/dl/94331975/2bad763/Teachers.CD2.avi.002.html | Heat | 3/13/2011 9:34 |
| http://hotfile.com/dl/94332011/257418b/Teachers.CD2.avi.003.html | Heat | 3/13/2011 9:34 |
| http://hotfile.com/dl/94332056/b98c723/Teachers.CD2.avi.004.html | Heat | 3/13/2011 9:34 |
| http://hotfile.com/dl/94332105/61d7bd8/Teachers.CD2.avi.005.html | Heat | 3/14/2011 8:48 |
| http://hotfile.com/dl/94332148/8b8f3a9/Teachers.CD2.avi.006.html | Heat | 3/13/2011 9:34 |
| http://hotfile.com/dl/94332207/a843218/Teachers.CD2.avi.007.html | Heat | 3/12/2011 0:34 |
| http://hotfile.com/dl/94332209/ca0f688/Teachers.CD2.avi.008.html | Heat | 3/13/2011 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| | | 9:35 |
| http://hotfile.com/dl/93805131/280abb3/After.Party.avi.001.html | Heat | 3/12/2011 0:00 |
| http://hotfile.com/dl/93805203/3695302/After.Party.avi.002.html | Heat | 3/13/2011 9:28 |
| http://hotfile.com/dl/93805260/8bb4396/After.Party.avi.003.html | Heat | 3/13/2011 9:28 |
| http://hotfile.com/dl/93805313/9d8f10b/After.Party.avi.004.html | Heat | 3/13/2011 9:28 |
| http://hotfile.com/dl/108254668/bdfa419/downsexDVD2.part02.rar.html | F.E.A.R. 2 Project Origin | 3/11/2011 11:00 |
| http://hotfile.com/dl/108254921/a703d18/downsexDVD2.part06.rar.html | F.E.A.R. 2 Project Origin | 3/11/2011 12:39 |
| http://hotfile.com/dl/108254939/bbd5112/downsexDVD2.part05.rar.html | F.E.A.R. 2 Project Origin | 3/13/2011 9:09 |
| http://hotfile.com/dl/108580914/1851473/downsexDVD2.part09.rar.html | F.E.A.R. 2 Project Origin | 3/11/2011 11:04 |
| http://hotfile.com/dl/108581117/73d6642/downsexDVD2.part10.rar.html | F.E.A.R. 2 Project Origin | 3/11/2011 11:04 |
| http://hotfile.com/dl/108252876/ff3828b/downsexDVD3.part02.rar.html | F.E.A.R. 2 Project Origin | 3/11/2011 11:04 |
| http://hotfile.com/dl/108252889/3546133/downsexDVD3.part01.rar.html | F.E.A.R. 2 Project Origin | 3/11/2011 11:04 |
| http://hotfile.com/dl/108252973/9e1742e/downsexDVD3.part03.rar.html | F.E.A.R. 2 Project Origin | 3/13/2011 9:09 |
| http://hotfile.com/dl/108514627/beb0966/downsexDVD2.part18.rar.html | F.E.A.R. 2 Project Origin | 3/11/2011 11:04 |
| http://hotfile.com/dl/108514633/5049d1f/downsexDVD2.part20.rar.html | F.E.A.R. 2 Project Origin | 3/11/2011 11:04 |
| http://hotfile.com/dl/108514647/1f6d5aa/downsexDVD2.part17.rar.html | F.E.A.R. 2 Project Origin | 3/11/2011 11:40 |
| http://hotfile.com/dl/108253031/1a02d4e/downsexDVD3.part04.rar.html | F.E.A.R. 2 Project Origin | 3/11/2011 10:57 |
| http://hotfile.com/dl/108253195/0b6cf2b/downsexDVD3.part06.rar.html | F.E.A.R. 2 | 3/11/2011 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| | Project Origin | 11:04 |
| http://hotfile.com/dl/108253207/c86a5bd/downsexDVD3.part07.rar.html | F.E.A.R. 2 Project Origin | 3/13/2011 9:09 |
| http://hotfile.com/dl/108253209/ef38220/downsexDVD3.part05.rar.html | F.E.A.R. 2 Project Origin | 3/13/2011 9:09 |
| http://hotfile.com/dl/108253367/4eea4ed/downsexDVD3.part08.rar.html | F.E.A.R. 2 Project Origin | 3/13/2011 9:09 |
| http://hotfile.com/dl/108253473/5316756/downsexDVD3.part09.rar.html | F.E.A.R. 2 Project Origin | 3/13/2011 9:09 |
| http://hotfile.com/dl/108254306/c3a08d6/downsexDVD3.part17.rar.html | F.E.A.R. 2 Project Origin | 3/11/2011 11:40 |
| http://hotfile.com/dl/108254315/2a3a243/downsexDVD3.part18.rar.html | F.E.A.R. 2 Project Origin | 3/13/2011 9:09 |
| http://hotfile.com/dl/99536853/517b1dc/Naughty20Bookworms20E2809320Alexa20Jordan.wmv.html | Sex and the City | 3/11/2011 9:59 |
| http://hotfile.com/dl/99516851/7e4c28b/PRI_025_AngiePink.wmv.part1.rar.html | Sex and the City | 3/11/2011 9:59 |
| http://hotfile.com/dl/99517051/a449e23/PRI_025_AngiePink.wmv.part2.rar.html | Sex and the City | 3/11/2011 9:59 |
| http://hotfile.com/dl/99517121/b9abc16/PRI_025_AngiePink.wmv.part3.rar.html | Sex and the City | 3/11/2011 9:59 |
| http://hotfile.com/dl/99517172/4d28a97/PRI_025_AngiePink.wmv.part4.rar.html | Sex and the City | 3/11/2011 11:04 |
| http://hotfile.com/dl/99517201/e79f512/PRI_025_AngiePink.wmv.part5.rar.html | Sex and the City | 3/11/2011 11:40 |
| http://hotfile.com/dl/59004023/6a4d54d/Sports_vector.rar.html | Jonah Hex | 3/7/2011 17:44 |
| http://hotfile.com/dl/108898189/82f0126/Amateur_couple_motel_fuck.rar.html | Inception | 3/7/2011 17:41 |
| http://hotfile.com/dl/98227912/f01e6ce/Dark.rar.html | Inception | 3/7/2011 17:44 |
| http://hotfile.com/dl/33225046/3b7793e/SP.People.Eating.rar.html | Inception | 3/7/2011 17:39 |
| http://hotfile.com/dl/98082101/5192419/pw_virusscan_Fun_App_Dis_Mat.rar.html | Due Date | 3/7/2011 17:24 |
| http://hotfile.com/dl/67341557/ffaf743/XTM.JingWeiTianDi.JswSky.us.01.mkv.html | Due Date | 3/7/2011 17:24 |
| http://hotfile.com/dl/82417407/c913130/Anti_capcha.rar.html | Unknown | 3/4/2011 22:50 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/108163693/ac638dc/Computer.rar.html | The Forgotten | 3/1/2011 20:54 |
| http://hotfile.com/dl/108161003/ffff699/Tuning_Cars_01.03.2011.rar.html | The Forgotten | 3/1/2011 20:54 |
| http://hotfile.com/dl/108132525/54e689f/sexy_face.rar.html | The Forgotten | 3/1/2011 20:54 |
| http://hotfile.com/dl/106223984/d829295/Premium_Link_Generator.rar.html | Due Date | 3/2/2011 15:23 |
| http://hotfile.com/dl/107667413/bbc4cb4/Blank_File.rar | Big Bang Theory | 2/27/2011 1:19 |
| http://hotfile.com/dl/94752446/130bd3c/TheProfessionalTheme.zip.html | Due Date | 2/25/2011 17:44 |
| http://hotfile.com/links/10501969/b876234/JDownloader_0.6.rar.html | The Sims 3 | 2/20/2011 17:34 |
| http://hotfile.com/dl/98124331/4020dad/Analyticssxx.720P.part03.rar.html | Analyze This | 2/20/2011 14:39 |
| http://hotfile.com/dl/98124350/0101b51/Analyticssxx.720P.part02.rar.html | Analyze This | 2/20/2011 14:39 |
| http://hotfile.com/dl/98124379/1b82e6a/Analyticssxx.720P.part01.rar.html | Analyze This | 2/20/2011 14:39 |
| http://hotfile.com/dl/98124360/70b3c1d/Analyticssxx.720P.part05.rar.html | Analyze This | 2/20/2011 14:39 |
| http://hotfile.com/dl/98124362/6bbdd58/Analyticssxx.720P.part06.rar.html | Analyze This | 2/20/2011 14:39 |
| http://hotfile.com/dl/98124378/e3d97a2/Analyticssxx.720P.part04.rar.html | Analyze This | 2/20/2011 14:39 |
| http://hotfile.com/dl/98124381/36de1f9/Analyticssxx.720P.part07.rar.html | Analyze This | 2/20/2011 14:39 |
| http://hotfile.com/dl/98124345/90e1539/Analyticssxx.720P.part09.rar.html | Analyze This | 2/20/2011 14:39 |
| http://hotfile.com/dl/98124361/cbfb1e4/Analyticssxx.720P.part08.rar.html | Analyze This | 2/20/2011 14:39 |
| http://hotfile.com/dl/98124384/f9d22d6/Analyticssxx.720P.part10.rar.html | Analyze This | 2/20/2011 14:39 |
| http://hotfile.com/dl/98125292/ec80848/Analyticssxx.720P.part11.rar.html | Analyze This | 2/20/2011 14:39 |
| http://hotfile.com/dl/98125329/ccec21b/Analyticssxx.720P.part12.rar.html | Analyze This | 2/20/2011 14:39 |
| http://hotfile.com/dl/98125350/61de93e/Analyticssxx.720P.part13.rar.html | Analyze This | 2/20/2011 14:39 |
| http://hotfile.com/dl/98125372/d0c3f32/Analyticssxx.720P.part14.rar.html | Analyze This | 2/20/2011 14:39 |
| http://hotfile.com/dl/98125399/0f8176c/Analyticssxx.720P.part15.rar.html | Analyze This | 2/20/2011 14:39 |
| http://hotfile.com/dl/98125458/38c186a/Analyticssxx.720P.part16.rar.html | Analyze This | 2/20/2011 14:39 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/98125494/665ea24/Analyticssxx.720P.part17.rar.html | Analyze This | 2/20/2011 15:04 |
| http://hotfile.com/dl/98125537/f3b7f2b/Analyticssxx.720P.part18.rar.html | Analyze This | 2/20/2011 14:39 |
| http://hotfile.com/dl/98125559/71ec962/Analyticssxx.720P.part19.rar.html | Analyze This | 2/20/2011 14:39 |
| http://hotfile.com/dl/98125642/2dac5bb/Analyticssxx.720P.part20.rar.html | Analyze This | 2/20/2011 14:39 |
| http://hotfile.com/dl/98125950/58be3e7/Analyticssxx.720P.part21.rar.html | Analyze This | 2/20/2011 14:39 |
| http://hotfile.com/dl/99793887/6dfa46b/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part01.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99793892/dd35d73/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part02.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99793893/aba1a2d/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part03.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99793900/0ca32a3/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part04.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99793901/8d67d8b/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part05.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99793902/3062e0e/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part06.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99793918/dd520b2/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part07.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99794153/c4182c9/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part08.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99794159/ce6cc70/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part09.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99794174/522bb47/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part10.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99794228/003f531/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part11.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99794229/a9c7713/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part12.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99794231/e699e78/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part13.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/101253369/ce2536e/Optical_Flares_v1.2.123_Pro.part1.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99794235/d9f75af/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part14.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99794250/7bbd3fb/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part15.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99794253/139bd0c/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part16.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99794257/09c9ec0/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part17.rar.html | Sherlock Holmes | 2/18/2011 16:14 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/99794482/4a8045f/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part18.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99794489/38ba0b1/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part19.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99794504/3d88c43/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part20.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99794594/d468a88/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part21.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99794602/856085d/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part22.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/99794603/b336457/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part23.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89925519/2fc2d32/shareislove_PHPVideoTuts.part01.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89925687/feb778c/shareislove_PHPVideoTuts.part02.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89925890/dd97271/shareislove_PHPVideoTuts.part03.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/101253388/4316ee9/Optical_Flares_v1.2.123_Pro.part2.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/101253413/25942f8/Optical_Flares_v1.2.123_Pro.part3.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/101253446/f165f56/Optical_Flares_v1.2.123_Pro.part4.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/101253449/41f676b/Optical_Flares_v1.2.123_Pro.part5.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89926197/4c0c048/shareislove_PHPVideoTuts.part04.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89926409/7dfcc96/shareislove_PHPVideoTuts.part05.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89926624/a9d46c6/shareislove_PHPVideoTuts.part06.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89926897/5225810/shareislove_PHPVideoTuts.part07.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89927184/5f26b82/shareislove_PHPVideoTuts.part08.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89927407/c843dd5/shareislove_PHPVideoTuts.part09.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89927593/d7e2837/shareislove_PHPVideoTuts.part10.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89929914/384be23/shareislove_PHPVideoTuts.part11.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89930036/75c4515/shareislove_PHPVideoTuts.part19.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89930212/a6a309f/shareislove_PHPVideoTuts.part12.rar.html | Sherlock Holmes | 2/18/2011 16:14 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/89930297/c67c57e/shareislove_PHPVideoTuts.part20.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89930441/9cca7a6/shareislove_PHPVideoTuts.part13.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89930526/93391c3/shareislove_PHPVideoTuts.part21.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89930672/ed9f563/shareislove_PHPVideoTuts.part14.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89930725/379fe5a/shareislove_PHPVideoTuts.part22.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89930949/8e16ece/shareislove_PHPVideoTuts.part23.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89930967/b4865cf/shareislove_PHPVideoTuts.part15.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89931266/8f8120a/shareislove_PHPVideoTuts.part24.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89931272/c32c810/shareislove_PHPVideoTuts.part16.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89931534/152a132/shareislove_PHPVideoTuts.part17.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89931568/013439f/shareislove_PHPVideoTuts.part25.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89931759/c1b398c/shareislove_PHPVideoTuts.part26.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89931804/8f0f571/shareislove_PHPVideoTuts.part18.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89931972/f1f928a/shareislove_PHPVideoTuts.part27.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89932147/2e75ae6/shareislove_PHPVideoTuts.part28.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89933266/cab9a30/shareislove_PHPVideoTuts.part29.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89933283/1a251f0/shareislove_PHPVideoTuts.part36.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89933428/c46a53c/shareislove_PHPVideoTuts.part37.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89933519/5625b35/shareislove_PHPVideoTuts.part30.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89933594/012140a/shareislove_PHPVideoTuts.part38.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89933608/73c8c66/shareislove_PHPVideoTuts.part39.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89933700/f52ef1e/shareislove_PHPVideoTuts.part31.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89933943/1cc18e7/shareislove_PHPVideoTuts.part32.rar.html | Sherlock Holmes | 2/18/2011 16:14 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/88540445/e68405d/Recycling_Project.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89934185/13ec179/shareislove_PHPVideoTuts.part33.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89934432/a82472c/shareislove_PHPVideoTuts.part34.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/89934600/60fb7b3/shareislove_PHPVideoTuts.part35.rar.html | Sherlock Holmes | 2/18/2011 16:14 |
| http://hotfile.com/dl/88425633/57bdb2e/Moroznyj_risunok.rar.html | Sex and the City 2 | 2/18/2011 16:14 |
| http://hotfile.com/dl/10340311/0bb2476/FreeRapid-0.82_By_EL_YUCA.rar.html | Wanted: Weapons of Fate | 2/18/2011 10:19 |
| http://hotfile.com/dl/67051375/46623df/VA.Amazing.Dancefloor.(2010).rar.html | Shining | 2/17/2011 20:19 |
| http://hotfile.com/dl/47309241/7ac5e5a/Ultra_Video_Splitter_5.01___DVD___VCD_Cutter____Key.rar.html | True Blood | 2/17/2011 18:34 |
| http://hotfile.com/dl/62827364/da7413c/AoneZlarm.Ex.S.9.3.014.000.rar_shytex.com.html | True Blood | 2/17/2011 18:34 |
| http://hotfile.com/dl/46912760/beb4a1d/TechSmith_Camtasia_Studio_7.0.0.rar.html | True Blood | 2/17/2011 18:29 |
| http://hotfile.com/dl/83299439/9427154/HDRI_image_04.rar.html | Sex and the City 2 | 2/17/2011 15:29 |
| http://hotfile.com/dl/17298907/636e500/This_Is_Funk.part1.rar.html | Fuel | 2/17/2011 6:39 |
| http://hotfile.com/dl/17299179/291376e/This_Is_Funk.part2.rar.html | Fuel | 2/17/2011 6:39 |
| http://hotfile.com/dl/17299336/c91cc5f/This_Is_Funk.part3.rar.html | Fuel | 2/17/2011 6:39 |
| http://hotfile.com/dl/105134816/c83e5de/Kumbierou.rar.html | Friday the 13th | 2/17/2011 1:55 |
| http://hotfile.com/dl/103113937/4fcdc05/Insider_Tales_BETA.7z.html | Due Date | 2/15/2011 18:04 |
| http://hotfile.com/dl/43140794/3bad36b/Computer_Networks_-_Andrew_S_1_._Tanenbaum..RzW.rar.html | Cop Out | 2/16/2011 8:43 |
| http://hotfile.com/dl/58899839/ba5822e/Blender_Basics_New_Version.rar.html | Clash of the Titans | 2/15/2011 17:59 |
| http://hotfile.com/dl/84812825/cecad26/CitroenConcept.rar.html | Jonah Hex | 2/14/2011 17:29 |
| http://hotfile.com/dl/4376233/05b51b2/VA_-_The_Best_Love_Songs...Ever_.part1.rar.html | The Closer | 2/13/2011 14:39 |
| http://hotfile.com/dl/4376275/fc3d005/VA_-_The_Best_Love_Songs...Ever_.part2.rar.html | The Closer | 2/13/2011 14:39 |
| http://hotfile.com/dl/4376296/444621c/VA_-_The_Best_Love_Songs...Ever_.part3.rar.html | The Closer | 2/13/2011 14:39 |
| http://hotfile.com/dl/4376308/d266ce2/VA_- | The Closer | 2/13/2011 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| _The_Best_Love_Songs...Ever_.part4.rar.html | | 14:39 |
| http://hotfile.com/dl/103585272/0581bb7/ExplosivamenteKumbiambero.rar.html | Friday the 13th | 2/11/2011 20:29 |
| http://hotfile.com/dl/103741461/ad78545/Alternative.exe.html | Due Date | 2/11/2011 19:55 |
| http://hotfile.com/dl/94409144/ccceeec/Color_Schemer_v3.1.rar.html | Inception | 2/9/2011 16:49 |
| http://hotfile.com/dl/102316399/74d1b45/G_dSync8.6.1.1.rar.html | Contact | 2/10/2011 0:15 |
| http://hotfile.com/dl/102810888/b38b122/eewwqer4.rar.html | Lego Harry Potter : Years 1 - 4 | 2/11/2011 17:09 |
| http://hotfile.com/dl/102804903/be91eab/Boris_Vallejo.rar.html | Lego Harry Potter : Years 1 - 4 | 2/11/2011 17:09 |
| http://hotfile.com/dl/102801715/f0dd50f/2qerqwr.rar.html | Lego Harry Potter : Years 1 - 4 | 2/11/2011 17:09 |
| http://hotfile.com/dl/102804149/dccc159/333gggs.rar.html | Lego Harry Potter : Years 1 - 4 | 2/11/2011 17:09 |
| http://hotfile.com/dl/102767245/5a1ecd6/Collection_Of_Erotic_Wallpapers_Girls.html | Lego Harry Potter : Years 1 - 4 | 2/11/2011 17:09 |
| http://hotfile.com/dl/102766654/fd464af/Very_Best_Collection_Of_Wallpapers.rar.html | Lego Harry Potter : Years 1 - 4 | 2/11/2011 17:09 |
| http://hotfile.com/dl/102726136/7cfcb61/Mix_Wallpapers_1920x1080.html | Lego Harry Potter : Years 1 - 4 | 2/11/2011 17:09 |
| http://hotfile.com/dl/102736519/ab306ce/Krasivyje_oboi_na_rabochij_stol__19.rar.html | Lego Harry Potter : Years 1 - 4 | 2/11/2011 17:09 |
| http://hotfile.com/dl/102767577/5cedd3b/Beautiful_Wallpaper_Collection_Of_High_Quality.html | Lego Harry Potter : Years 1 - 4 | 2/11/2011 17:09 |
| http://hotfile.com/dl/29177719/94c921a/100-CD3.rar.html | Cop Out | 2/9/2011 16:39 |
| http://hotfile.com/dl/86470818/c9f787f/wedding_couple.rar.html | Cop Out | 2/9/2011 16:39 |
| http://hotfile.com/dl/90035564/e96427c/Beautiful_snow-capped.rar.html | Cop Out | 2/9/2011 16:39 |
| http://hotfile.com/dl/87968397/4ffdd46/christmas_background_with.rar.html | Cop Out | 2/9/2011 16:39 |
| http://hotfile.com/dl/86419795/4a069b2/Christmas_cakes_collection.rar.html | Cop Out | 2/9/2011 16:39 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/76728913/1c87e52/ImTOO_MP3_Encoder_6.1.2.0827.rar.html | Cop Out | 2/9/2011 16:39 |
| http://hotfile.com/dl/91378375/83180e1/beautiful_girl_in_the_suit_of_snow.rar.html | Cop Out | 2/9/2011 16:39 |
| http://hotfile.com/dl/87727457/a408134/Christmas_background_with_snowflakes.rar.html | Cop Out | 2/9/2011 16:39 |
| http://hotfile.com/dl/90956137/0461467/romantic_floral_card_with_vintage_flowers.rar.html | Cop Out | 2/9/2011 16:39 |
| http://hotfile.com/dl/86673351/8b7f4e0/Chocolates_and_cherry_in_a_vector.rar.html | Cop Out | 2/9/2011 16:39 |
| http://hotfile.com/dl/89584512/23ffeab/Spheres_and_snowflakes_background.rar.html | Cop Out | 2/9/2011 16:39 |
| http://hotfile.com/dl/89584287/fc19bd2/snowflakes_and_stars_descending_on_background.rar.html | Cop Out | 2/9/2011 16:39 |
| http://hotfile.com/dl/102716031/90cb752/I_Love_new.hotfile.com.rar.html | Dirt 2 | 2/8/2011 18:04 |
| http://hotfile.com/dl/27072994/712a8d8/ARomper_caras.part1.rar.html | The Sims 3 | 2/8/2011 10:39 |
| http://hotfile.com/dl/27073645/b15addc/ARomper_caras.part2.rar.html | The Sims 3 | 2/8/2011 10:39 |
| http://hotfile.com/dl/27586305/38213f5/CarritosMegaChulitos.UnLink.zip.html | The Sims 3 | 2/8/2011 10:39 |
| http://hotfile.com/dl/102360959/988d3a5/WebSite-Watcher.11.0.rar.html | Inception | 2/7/2011 17:49 |
| http://hotfile.com/dl/30214563/79ebcb9/SP.Shopping.Carts.rar.html | Lego Harry Potter : Years 1 - 4 | 2/7/2011 17:49 |
| http://hotfile.com/dl/86549102/45b6371/Flash.Creator.Pro.1.37.rar.html | Harry Potter and the Deathly Hallows Part 1 | 2/7/2011 17:49 |
| http://hotfile.com/dl/101762510/a6e4194/Cargo_Delivery_theta_vivo9002.rar.html | Dirt 2 | 2/7/2011 12:11 |
| http://hotfile.com/dl/101832277/f869655/Crazy_Chicken_-_Sky_Botz_vivo9002.rar.html | Dirt 2 | 2/7/2011 12:12 |
| http://hotfile.com/dl/100879580/ea04606/euflor_portable_vivo9002.rar.html | Dirt 2 | 2/6/2011 18:36 |
| http://hotfile.com/dl/86933942/81a37c7/Eufloria.v2.06.multi8.full-THETA_dla_EXSite.rar.html | Dirt 2 | 2/7/2011 16:30 |
| http://hotfile.com/dl/101048759/f331272/Excruciating.Guitar.Voyage_outlaws_vivo9002.part1.rar.html | Dirt 2 | 2/6/2011 18:47 |
| http://hotfile.com/dl/101058868/b98fb68/Excruciating.Guitar.Voyage_outlaws_vivo9002.part2.rar.html | Dirt 2 | 2/6/2011 18:48 |
| http://hotfile.com/dl/89440014/eea4c72/Space_Hack.part2.rar.html | Sex and the City 2 | 2/9/2011 20:29 |

| URL | TITLE | ACTIONTIME |
|---|---|---|
| http://hotfile.com/dl/89440016/3aa4d4f/Space_Hack.part1.rar.html | Sex and the City 2 | 2/9/2011 20:30 |
| http://hotfile.com/dl/94896735/569f515/VA-Push_My_Button_Vol_1.part1.rar.html | The Sims 3 | 2/7/2011 16:29 |
| http://hotfile.com/dl/94896738/393d27f/VA-Push_My_Button_Vol_1.part2.rar.html | The Sims 3 | 2/7/2011 16:29 |
| http://hotfile.com/dl/94896742/b263e51/VA-Push_My_Button_Vol_1.part3.rar.html | The Sims 3 | 2/7/2011 16:29 |
| http://hotfile.com/dl/115758000/e3eb37a/WebInstaller.exe.html | Better With You | 4/26/2011 17:23 |
| http://hotfile.com/dl/115757975/de46943/Mipony-Installer.exe.html | Better With You | 4/26/2011 17:22 |
| http://hotfile.com/dl/100963657/aef5eaf/Emma_Mae_-_Foot_Fetish_Daily_4.avi.html | Cop Out | |
| http://hotfile.com/dl/101504757/9bb2b05/teklinkindir.rar.html | Lego Harry Potter : Years 1 - 4 | |
| http://hotfile.com/dl/115445125/62f22b9/indir.rar.html | Red Riding Hood | 5/10/2011 15:02 |
| http://hotfile.com/dl/48577479/10ee578/FuchoNoMuertos.zip.html | The Sims 3 | 2/8/2011 10:39 |
| http://hotfile.com/dl/43674006/f82178f/NinjaMataFruta.zip.html | The Sims 3 | 2/8/2011 10:39 |
| http://hotfile.com/dl/43517595/910be13/CarreritasMatonas.zip.html | The Sims 3 | 2/8/2011 10:39 |