UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A CASE MANAGEMENT ORDER DEFERRING DAMAGES DISCOVERY

THIS CAUSE came before the court on Plaintiffs' Motion for a Case Management Order Deferring Damages Discovery. This Court has considered Plaintiffs' Motion and being otherwise duly advised here, it is hereby:

ORDERED AND ADJUDGED that Plaintiffs' Motion for a Case Management Order Deferring Damages Discovery is hereby GRANTED. Discovery in this case shall proceed in two stages: (1) liability discovery and (2) damages discovery. The discovery deadline of December 23, 2011, set forth in the Court's Order Setting Schedule (ECF No. 133) applies only

to liability-related discovery based on the subset of Plaintiffs' copyrighted works identified in the Complaint.  If necessary, discovery related exclusively to damages, including discovery into the total number of works identified by Plaintiffs as infringing and the amount of damages recoverable, if any, shall be deferred until after the Court rules on the parties' cross-motions for summary judgment on liability.  Upon the Court's issuing a ruling on the summary judgment motions, the parties shall have fourteen days to consult and propose to the Court a procedure and schedule, if necessary, for conducting discovery on the total number of infringements and damages.  The Scheduling Order in this case (ECF No. 133) is modified accordingly.

DONE AND ORDERED in chambers at Miami, Florida this ____ day of _____ 2011.

_____
Kathleen M. Williams
United States District Judge

cc:     All Counsel of Record