# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
                                                                    /

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counter-Defendant*.
                                                            /

**ORDER GRANTING MOTION OF DEFENDANT AND COUNTER-CLAIMANT
HOTFILE CORPORATION TO COMPEL DISCOVERY FROM PLAINTIFF AND
<u>COUNTER-DEFENDANT WARNER BROS. ENTERTAINMENT INC.</u>**

THIS CAUSE came before the Court on the Motion of Defendant/Counter-Claimant Hotfile Corporation ("Hotfile") to Compel Responses To Discovery From Plaintiff/Counter-Defendant Warner Bros. Entertainment Inc. ("Motion to Compel Responses").  The Court has considered the Motion to Compel Responses and being otherwise duly advised herein, it is hereby

CASE NO. 11-20427-WILLIAMS

ORDERED AND ADJUDGED that Hotfile's Motion to Compel Responses is GRANTED. It is hereby ORDERED that Plaintiff/Counter-Defendant Warner Bros. Entertainment Inc. shall produce documents responsive to Request For Production No. 52 as requested in Defendants' motion by _____.

DONE AND ORDERED in chambers in Miami, Florida this \_\_\_\_\_day of _____ 2011.

_____
WILLIAM C. TURNOFF
United States Magistrate Judge

cc:   All Counsel of Record