UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ONE ADDITIONAL EXAMINATION DAY FOR THE RULE 30(b)(6) DEPOSITION OF DEFENDANT HOTFILE CORPORATION

THIS CAUSE came before the court on Plaintiffs' Motion for One Additional Examination Day for the Rule 30(b)(6) Deposition of Hotfile Corporation. This Court has considered Plaintiffs' Motion and related pleadings, and for good cause shown, it is hereby:

ORDERED AND ADJUDGED that Plaintiffs' Motion for One Additional Examination Day for the Rule 30(b)(6) Deposition of Hotfile Corporation is hereby GRANTED. Plaintiffs shall be entitled to a total of two days of seven hours each in order to examine Defendant Hotfile

Corporation on Plaintiffs' affirmative copyright claims and Hotfile Corporation's defenses to those claims. Separately, Counterclaim Defendant Warner Bros. Entertainment Inc. is entitled to a one-day deposition examination of Hotfile Corporation on issues relating to Hotfile Corporation's counterclaims against Warner Bros. Entertainment Inc. The above-mentioned depositions of Hotfile Corporation shall not limit the time to which Plaintiffs are entitled for the deposition examination of Defendant Anton Titov in his individual capacity.

DONE AND ORDERED in chambers at Miami, Florida this ____ day of _____ 2011.

_____
William C. Turnoff
United States Magistrate Judge

cc:     All Counsel of Record