## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

      Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

      Defendants.

_____

## ORDER REFERRING MOTIONS TO MAGISTRATE

**THIS MATTER** is before the Court on Defendant's Motion to Compel Discovery (DE 164) and Plaintiffs' Motion for One Additional Examination Day for the Rule 30(b)(6) Deposition of Defendant Hotfile Corporation (DE 165). Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Court hereby **REFERS** the motions to United States Magistrate Judge William C. Turnoff for appropriate disposition.

**DONE AND ORDERED** in chambers in Miami, Florida, this 18th day of November, 2011.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record