# EXHIBIT A

JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
dpozza@jenner.com

601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br><br>Plaintiffs,<br><br>v.<br><br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10<br><br>Defendants. | Case No. **CV-06-1093 FMC (JCx)**<br><br>[ ] **ORDER REGARDING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER AMENDING SCHEDULING ORDER** |

LA1632259.1
203351-10010

Case No. CV 06-1093 FMC (JCx)
[PROPOSED] ORDER REGARDING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER AMENDING SCHEDULING ORDER

    Plaintiffs' Ex Parte Application for Order Amending Scheduling Order, having come before the Court, the Court has considered the application. Based on the application, the opposition to that application, and all matters of record in this action, IT IS HEREBY ORDERED THAT:

1. The schedule ordered by the Court on July 25, 2006, and modified on January 22, 2007, is modified as follows:

    a. The Cut-Off Date for Joining Parties for Amending Pleadings is continued to July 23, 2007.

    b. The Discovery Cut-Off is continued to August 2, 2007. The Expert Discovery Cut-Off is continued to September 10, 2007.

    c. Summary judgment motions shall be filed no later October 8, 2007; oppositions shall be filed no later than October 29, 2007; and replies shall be filed no later than November 12, 2007.

    d. The Cut-Off Date for Hearing Motions is continued to November 19, 2007.

    e. The Final Pre-Trial Conference is continued to January 28, 2008, at 9:30 a.m.

    f. The Trial Date is continued to March 4, 2008, at 9:00 a.m.

2. The above discovery deadlines do not apply to discovery on the issues of the total number of infringing works and damages, discovery on which shall be deferred until after the Court rules on the parties' motions for summary judgment on the core issue of defendants' secondary copyright liability. The parties shall file summary judgment motions on the issue of liability in accordance with the dates established above. Upon the Court's issuing a ruling on the parties' summary judgment motions, the parties shall have fourteen days to consult and propose to the Court a procedure for conducting discovery and proceedings on the issue of the total

1  number of infringements and damages, including addressing whether such discovery
2  and proceedings is necessary in light of the Court's ruling.
3
4
5  Dated: *April 12*, 2007
6  Hon. Florence-Marie Cooper
   United States District Judge

# PROOF OF SERVICE

I, Olivia Johnson, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On April 6, 2007, I served a true copy of the **[PROPOSED] ORDER REGARDING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER AMENDING SCHEDULING ORDER** on the parties in this cause as follows:

[X] (VIA OVERNIGHT DELIVERY) by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then causing said envelope to be deposited for collection and overnight delivery via Federal Express, in accordance with Loeb & Loeb LLP's ordinary business practices.

[X] (VIA EMAIL) I caused the transmission of the above named document to the email address set forth below.

Ira P. Rothken
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA 94949
Email: ira@techfirm.com

[X] (VIA EMAIL) I caused the transmission of the above named document to the email address set forth below.

[X] (VIA HAND DELIVERY) in a sealed envelope I caused each such envelope to be delivered by hand to the offices of each interested party as set forth below.

Kirk J. Retz, Esq.
Retz & Hopkins LLP
21535 Hawthorne Blvd. Ste. 200
Torrance, CA 90503
Email: kretz@retzhopkins.com

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA1632262.1
203351-10010

4

Case No. CV 06-1093 FMC (JCx)
[PROPOSED] ORDER REGARDING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER AMENDING SCHEDULING ORDER

1 correspondence with the United States Postal Service and/or Overnight Delivery
2 Service the same day it is collected and processed.
3 I certify that I am employed in the office of a member of the bar of this Court
4 at whose direction the service was made.
5 I declare under penalty of perjury that the foregoing is true and correct.
6 Executed on April 6, 2007, at Los Angeles, California.

*Olivia Johnson* (signature)
Olivia Johnson

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA1632262.1
203351-10010

5

Case No. CV 06-1093 FMC (JCx)
[PROPOSED] ORDER REGARDING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER AMENDING SCHEDULING ORDER