# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    *Defendants.*
    _____/

HOTFILE CORP.,

    *Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*
    _____/

## ORDER ON PLAINTIFFS' MOTION TO DEFER DAMAGES DISCOVERY

    **THIS CAUSE** came before the Court on the Motion of Plaintiffs to Defer Damages Discovery. The Court has considered the motion and being otherwise duly advised herein, it is hereby

CASE NO. 11-20427-WILLIAMS-TURNOFF

**ORDERED AND ADJUDGED** as follows: _____

_____.

**DONE AND ORDERED** in chambers at Miami, Florida this \_\_\_\_\_day of November, 2011.

_____
KATHLEEN M. WILLIAMS
United States District Judge

cc:    All Counsel of Record

2