# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

       *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

       *Defendants.*

_____/

HOTFILE CORP.,

       *Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

       *Counter-Defendant.*

_____/

**ORDER ON UNOPPOSED MOTION OF COUNTER-CLAIMANT
HOTFILE CORPORATION FOR THE NOVEMBER 30, 2011 HEARING
TO BE CONDUCTED TELEPHONICALLY RATHER THAN IN PERSON**

       **THIS CAUSE** came before the Court on the Unopposed Motion of Counter-

claimant Hotfile Corporation ("Hotfile"), for the November 30, 2011 Hearing on

Hotfile's Motion to Compel Discovery from Counter-Defendant Warner Bros.

CASE NO. 11-20427-WILLIAMS-TURNOFF

Entertainment Inc. ("Warner") and Warner's Motion for One Additional Examination Day for the Rule 30(b)(6) Deposition of Hotfile Corporation, to be Conducted Telephonically Rather Than In Person ("Unopposed Motion").  The Court has considered the Unopposed Motion and being otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that the Unopposed Motion is hereby Granted. The November 30, 2011 hearing shall be conducted as a telephonic hearing with all counsel to appear telephonically rather than in person.

**DONE AND ORDERED** in chambers at Miami, Florida this _____day of November, 2011.

_____
WILLIAM C. TURNOFF
United States Magistrate Judge

cc:     All Counsel of Record