# EXHIBIT 6

Highly Confidential

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF FLORIDA
 3           CASE NO. 11-20427-WILLIAMS/TURNOFF
 4
     DISNEY ENTERPRISES,           )
 5   INC., TWENTIETH CENTURY       )
     FOX FILM CORPORATION,         )
 6   UNIVERSAL CITY STUDIOS        )
     PRODUCTIONS LLLP,             )
 7   COLUMBIA PICTURES             )
     INDUSTRIES, INC., and         )
 8   WARNER BROS.                  )
     ENTERTAINMENT, INC.,          )
 9                                 )
              Plaintiffs,          )
10                                 )
        v.                         )
11                                 )
     HOTFILE CORP., ANTON          )
12   TITOV, and DOES 1-10          )
                                   )
13           Defendants.           )
     _____)
14
15
16         H I G H L Y   C O N F I D E N T I A L
17     (Pursuant to protective order, the following
       transcript has been designated highly confidential)
18
19          30(B)(6) DEPOSITION OF ANTON TITOV
20              LOS ANGELES, CALIFORNIA
21             THURSDAY, NOVEMBER 17, 2011
22
23
     REPORTED BY:
24   Alejandria E. Kate
     CSR NO. 11897, HI 448, RPR, CLR
25   JOB NO.: 44003
```

Highly Confidential

Page 22

| | | |
|---|---|---|
| 1 | it's not on the record. I'm sorry. | 07:33 |
| 2 | MR. FABRIZIO: It's all right. We'll just try | 07:33 |
| 3 | again. | 07:33 |
| 4 | MR. THOMPSON: Mr. Fabrizio, how about the | 07:33 |
| 5 | reporter reads back what she got so Mr. Titov can then | 07:33 |
| 6 | fill in. | 07:33 |
| 7 | MR. FABRIZIO: That makes sense. | 07:33 |
| 8 | (Record read.) | 07:33 |
| 9 | THE WITNESS: Okay. First, is the second word | 07:33 |
| 10 | "started"? Because I believe I said "studied" or | 07:33 |
| 11 | "discussed" or something like that, not "started." | 07:33 |
| 12 | MR. FABRIZIO: I think he did. | 07:34 |
| 13 | THE WITNESS: And there's some pretty big | 07:34 |
| 14 | organizations and you -- encounter that will just use a | 07:34 |
| 15 | couple IP of addresses to -- the users will -- | 07:34 |
| 16 | (Reporter clarification.) | 07:34 |
| 17 | THE COURT REPORTER: Okay. I'm sorry -- | 07:34 |
| 18 | MR. FABRIZIO: Hold it. Okay. A couple of IP | 07:34 |
| 19 | addresses. | 07:34 |
| 20 | THE COURT REPORTER: I can't keep doing this | 07:34 |
| 21 | because it's going to be so choppy, it's not going to -- | 07:34 |
| 22 | it's making it difficult. If we use the interpreter -- | 07:34 |
| 23 | MR. FABRIZIO: No. | 07:34 |
| 24 | THE COURT REPORTER: -- it would be so much | 07:34 |
| 25 | cleaner. | 07:34 |