# EXHIBIT 9

## Leibnitz, Andrew (21) x4932

| | |
|---|---|
| **From:** | Pozza, Duane [DPozza@jenner.com] |
| **Sent:** | Thursday, September 29, 2011 8:57 PM |
| **To:** | Thompson, Rod (27) x4445; Leibnitz, Andrew (21) x4932; Schoenberg, Tony (28) x4963; Gupta, Deepak (22) x4419; Thamkul, Janel (28) x4467; Janet Munn; vgurvits@bostonlawgroup.com |
| **Cc:** | Fabrizio, Steven B; Platzer, Luke C |
| **Subject:** | Disney Enterprises, Inc. v. Hotfile Corp. -- Plaintiffs' Notice of Depositions |
| **Attachments:** | Plaintiffs' Notice of Deposition of Andrei Ianakov.pdf; Plaintiffs' Notice of Deposition of Atanas Vangelov.pdf; Plaintiffs' Notice of Deposition of Deian Chuburov.pdf; Plaintiffs' Notice of Deposition of Rumen Stoyanov.pdf; Plaintiffs' Notice of Deposition of Stanislav Manov.pdf |

Counsel,

Please see the attached notices of deposition. We have specified dates here as required by the Federal Rules, but we are willing to work with the witnesses' schedules to find other dates if these are not convenient. That said, until we can reach agreement on alternative dates, these dates should be considered operative. Please do advise us immediately if defendant Hotfile Corp. does not intend to voluntarily produce any of these witnesses in Miami for any reason, and if so, the bases on which they will not be produced, so that we can file any motion to compel as appropriate.

Regards,
Duane

---

**Duane Pozza**
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Tel (202) 639-6027
Fax (202) 661-4962
DPozza@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

1