# EXHIBIT 13



Американско Консулство
Отдел неимигрантски визи
София, България

Дата: 18 October 2011

Уважаеми кандидат за виза,

Със съжаление Ви съобщаваме, че не можем да Ви издадем виза въз основа на член 221(г) на американския закон за имиграция, който забранява издаването на виза на кандидат, неуспял да представи всички необходими документи. Ако в рамките на една година успеете да се явите в консулството с изисканите по-долу документи, вашият случай ще бъде преразгледан, без да заплащате отново таксата от 100 долара и без да попълвате наново формуляри, освен ако не е упоменато по-долу.

____ Моля, явете се на допълнително ИНТЕРВЮ всеки работен ден до **11 часа**, като носите всички необходими документи.

____ Документите може да подадете чрез системата ДРОП БОКС, всеки работен ден между **11:30 и 13 часа**. Готовите документи ще Ви бъдат изпратени по DHL след два работни дни.

При следващото си явяване в консулството носете документите, които са отбелязани:

____ Снимки

____ Документи, удостоверяващи Вашето семейно положение

____ Удостоверения за раждане на децата Ви

____ Документ, удостоверяващ легалния статут на канещата страна

____ Документ, показващ финансовото състояние на канещата страна

____ Попълнете нови формуляри, като внимавате на всеки въпрос да бъде отговорено и формулярите да бъдат подписани

____ Нов паспорт, поради недостатъчна валидност на настоящия

____ Документи, удостоверяващи Вашето имущество в България

____ Документи, удостоверяващи Вашето финансово състояние

____ Документи, удостоверяващи удължения Ви престой в САЩ

 X  Други: Applicant's passport is full - app needs to bring a new passport in order to issue the visa.

С уважение:

Консул/ Вице-консул на САЩ

**ANDREW BAKER**
VICE CONSUL
OF THE UNITED STATES OF AMERICA

Моля, при следващото явяване на интервю носете това писмо.