# EXHIBIT 14

Обмен загранпаспортов граждан, постоянно проживающих за рубежом  Page 1 of 2

CLOSE X

Loading Image..

|  | Главная | Новости | Ссылки | Контакты |

HOME PAGE

ABOUT RUSSIA

EMBASSY

RUSSIA BULGARIA

CONSULAR MATTERS

VISA MATTERS

ГЕНКОНСУЛЬСТВО В РУСЕ

ГЕНКОНСУЛЬСТВО В ВАРНЕ

REPRESENTATIVES

EDUCATION

FORUM

SITE MAP

### Обмен загранпаспортов граждан, постоянно проживающих за рубежом

В связи с внесением изменений в действующее законодательство Российской Федерации срок оформления общегражданских заграничных паспортов постоянно проживающих за пределами территории РФ граждан увеличен до 3 месяцев. Упомянутые изменения вступили в силу 1 апреля 2009 г.

В связи с внесением изменений в действующее законодательство Российской Федерации срок оформления общегражданских заграничных паспортов постоянно проживающих за пределами территории РФ граждан увеличен до 3 месяцев. Упомянутые изменения вступили в силу 1 апреля 2009 г.

Для рассмотрения вопроса о выдаче нового ОЗП необходимо представить следующие документы:

Заявление на имя зав.Консульским отделом Посольства РФ (Генерального консула РФ);

Анкету-заявление о выдаче ОЗП в отпечатанном виде (2 экз.) с четким заполнением без сокращений и пропусков всех пунктов. В п.1 анкеты-заявления указываются и другие фамилии, имена, отчества, если ранее их имели. В п. 15 указываются сведения о трудовой деятельности за последние 10 лет, в том числе за пределами России: месяц и год поступления на работу и ухода с нее, должность, место работы с указанием министерства/ведомства (без сокращений) и его адреса. Если вы не работали в какой-либо период времени из данных 10 лет, то следует писать: "временно не работал", "проходил службу в Вооруженных Силах, в.ч. N __" или "домохозяйка" (с указанием периода времени и адреса, где проживали в тот момент). Указываются также данные об учебе (включая учебные заведения страны пребывания);

Учетную карточку (2 экз.) владельца ОЗП в отпечатанном виде;

Требование о проверке (на каждую фамилию отдельною);

5 идентичных фотографий паспортного размера (фотографии анфас), подписанных с обратной стороны карандашом.

БЛАНКИ И ПРИМЕРЫ ЗАПОЛНЕНИЯ

Для заполнения бланков на компьютере необходимо предварительно установить **Adobe Acrobat Reader 7** или выше.

Курс валют ЦБ РФ

на 25.11.2011

| Болгарский лев | 21,5127 |
| Доллар США | 31,4365 |
| Евро | 42,0337 |



Официальный сайт проекта





Быстрый поиск

search...

Get ADOBE READER

Вышеуказанные документы подаются заявителем только при личном обращении в консульский отдел Посольства (Генерального консульство) РФ.