```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3

 4    DISNEY ENTERPRISES, INC.,        )
      TWENTIETH CENTURY FOX FILM       )
 5    CORPORATION, UNIVERSAL CITY      )
      STUDIOS PRODUCTIONS LLP,         )
 6    COLUMBIA PICTURES INDUSTRIES,    )
      INC., AND WARNER BROS.           )
 7    ENTERTAINMENT, INC.,             )
                                       )
 8                   Plaintiffs,       )
                                       )
 9         vs.                         )No. 11-20427-Jordan
                                       )
10    HOTFILE CORP., ANTON TITOV,      )
      AND DOES 1-10,                   )
11                                     )
                     Defendants.       )
12                                     )

13

14              HIGHLY CONFIDENTIAL

15       30(b)(6) Deposition of Warner Bros.

16              Entertainment, Inc.

17         by and through DAVID KAPLAN

18         WEDNESDAY, OCTOBER 12, 2011

19            LOS ANGELES, CALIFORNIA

20

21    ATKINSON-BAKER, INC.
      COURT REPORTERS
22    (800) 288-3376
      www.depo.com
23
      REPORTED BY:  JEANINE CURCIONE
24              CSR NO. 10223, RPR

25    FILE NO.: A505CAB
```

1          Deposition of DAVID KAPLAN, taken on

2     behalf of Defendant, at 9:37 A.M., Wednesday,

3     October 12, 2011, at 633 West Fifth Street, Suite

4     3500, Los Angeles, California, before Jeanine

5     Curcione, C.S.R. No. 10223, RPR, pursuant to

6     notice.

7

8     APPEARANCES OF COUNSEL:

9     FOR THE PLAINTIFFS:

10          JENNER & BLOCK, LLP
            BY:  STEVEN FABRIZIO, ESQ.
11          633 West Fifth Street
            Suite 3500
12          Los Angeles, California 90071

13               AND

14          MOTION PICTURE ASSOCIATION OF AMERICA, INC.
            BY:  KRISTA S. COONS, ESQ.
15          15301 Ventura Boulevard
            Building E
16          Sherman Oaks, California 91403

17     FOR THE DEFENDANTS:

18          FARELLA BRAUN & MARTEL, LLP
            BY:  RODERICK M. THOMPSON, ESQ.
19          235 Montgomery Street
            17th Floor Russ Building
20          San Francisco, California 94104

21     ALSO PRESENT:

22          EVAN M. ENGSTROM, ESQ.

23          DAN ACKLEY, VIDEOGRAPHER

24

25

85

```
1    ████████████████              ████████
     ███████████████████████████████   ████████
     ████████████████████████████████  ████████
     ████████████  ██████████████████  ████████
     █████████████████████████████████ ████████
     ████████████████████████          ████████
     ███████████████████████           ████████
     █████████████████████████████████ ████████
     █████████████████████████████████ ████████
     █████████                         ████████
     ██ █████████████████████████      ████████
     ████████████████████████████████  ████████
     ████████████████ ████████████████ ████████
     ██████████████████████████        ████████
     ████████████████████████          ████████
     ███████████████████               ████████
```

17        MR. FABRIZIO:  Objection.  Asked and          11:35:15

18   answered.  Mischaracterizes the answer.            11:35:15

19        Q.  BY MR. THOMPSON:  I just want the         11:35:18

20   record to be clear.  I think I'm repeating what    11:35:19

21   you just said?                                     11:35:21

22        A.  The notice sending -- the results of      11:35:22

23   the notice sending are continually checked to see  11:35:23

24   what kind of errors if any are coming up.  So      11:35:27

25   that -- that process has gone on from the very     11:35:32



87

```
1    going to be reviewed after the fact, but the        11:36:33
2    process includes looking at generally every -- the  11:36:35
3    whole -- of the many links that are sent out or --  11:36:38
4    well, links [and/or actions and hosting files       11:36:43
5    taken down on a daily basis, the results are        11:36:48
6    looked at and have always been looked at to         11:36:51
7    determine whether or not errors are being made,     11:36:54
8    and I would add that probably -- well, it was       11:36:55
9    really -- really because of the -- this litigation  11:36:58
10   that we continued to -- well, I should say the      11:37:01
11   information in the notices of deposition that were  11:37:06
12   provided that help us kind of further refine our    11:37:08
13   process and so we now have a daily audit that's     11:37:13
14   very specific in terms of the protocol it follows   11:37:20
15   to do the after -- to do the result checking.       11:37:23
16        Q.  Before you received Exhibit 3, which is    11:37:28
17   the April deposition notice, was there any audit    11:37:31
18   process in place?                                    11:37:35
19        A.  Yes.                                        11:37:36
20        Q.  What was that audit process?               11:37:36
21        A.  That process was that the -- people in     11:37:38
22   my department would look at the daily results of    11:37:43
23   links actioned by title, by site, and see whether   11:37:48
24   anything looked strange to them in terms of things  11:37:54
25   that were broken, for example, or titles that       11:38:00
```

88

| | | |
|---|---|---|
| 1 | looked like, they should -- they popped up higher | 11:38:02 |
| 2 | in the results or lower in the results than you | 11:38:04 |
| 3 | would have expected them to appear based on their | 11:38:06 |
| 4 | popularity. | 11:38:09 |
| 5 | Q.  Before April when you look -- when your | 11:38:12 |
| 6 | people looked at the results, did they keep a | 11:38:16 |
| 7 | record of false positives? | 11:38:18 |
| 8 | MR. FABRIZIO:  Objection.  Vague as to | 11:38:20 |
| 9 | false positive. | 11:38:22 |
| 10 | Q.  BY MR. THOMPSON:  False positive is a | 11:38:24 |
| 11 | term you use; correct? | 11:38:26 |
| 12 | A.  Well, it's used in -- it's used in some | 11:38:27 |
| 13 | of these documents, yes.  Some of the documents | 11:38:28 |
| 14 | that were produced in the case, yes. | 11:38:30 |
| 15 | Q.  You understand what it means? | 11:38:32 |
| 16 | A.  Although we might have a slightly | 11:38:34 |
| 17 | different definition so I want to make sure that | 11:38:36 |
| 18 | we understand, when -- when -- that we're talking | 11:38:38 |
| 19 | about the same thing. | 11:38:41 |
| 20 | Q.  Why don't you tell us what false | 11:38:41 |
| 21 | positives mean? | 11:38:43 |
| 22 | A.  When we say false positive we mean -- | 11:38:44 |
| 23 | in -- within our department that the thing that | 11:38:47 |
| 24 | was returned doesn't look exactly like the thing | 11:38:49 |
| 25 | that was being searched for.  So for example, | 11:38:52 |

90

| | | |
|---|---|---|
| 1 | in this case? | 11:40:00 |
| 2 | A. Yes. | 11:40:01 |
| 3 | Q. Aside from documents that use the term | 11:40:01 |
| 4 | false positive, is there any other systematic | 11:40:03 |
| 5 | record of false positives maintained by Warner | 11:40:07 |
| 6 | before April? | 11:40:10 |
| 7 | MR. FABRIZIO:  Objection.  Lacks | 11:40:10 |
| 8 | foundation. | 11:40:11 |
| 9 | THE WITNESS:  I'm not exactly sure what you | 11:40:13 |
| 10 | mean by systematic record.  There's no summary | 11:40:14 |
| 11 | anywhere of -- of false positives. | 11:40:17 |
| 12 | Q.  BY MR. THOMPSON:  Okay.  As a result of | 11:40:20 |
| 13 | receiving the April deposition notice, is it true | 11:40:25 |
| 14 | that Warner changed its procedure and instituted a | 11:40:31 |
| 15 | daily audit? | 11:40:33 |
| 16 | A.  I would use the word improved.  I mean, | 11:40:35 |
| 17 | like anything, not just after this deposition but | 11:40:37 |
| 18 | through the whole process.  Any time we got | 11:40:42 |
| 19 | additional information that we thought we could | 11:40:44 |
| 20 | use to improve the process, we used it.  So when | 11:40:46 |
| 21 | we got information in this case through that | 11:40:49 |
| 22 | deposition notice, we used it to improve the | 11:40:51 |
| 23 | process as well. | 11:40:53 |
| 24 | MR. FABRIZIO:  Which deposition notice did | 11:40:54 |
| 25 | you refer to? | 11:40:55 |

92

| | | |
|---|---|---|
| 1 | THE WITNESS:  That's correct.  We did not | 11:42:13 |
| 2 | download the content. | 11:42:15 |
| 3 | Q.  BY MR. THOMPSON:  Before April when you | 11:42:19 |
| 4 | received that deposition notice, did Warner | 11:42:24 |
| 5 | implement any steps specifically designed to | 11:42:25 |
| 6 | reduce the instances of false positives? | 11:42:30 |
| 7 | A.  Yes. | 11:42:33 |
| 8 | Q.  What did you do? | 11:42:35 |
| 9 | A.  Well, every time we -- we had any issue | 11:42:36 |
| 10 | we -- if there was an error that looked like | 11:42:40 |
| 11 | something wasn't working the way it was supposed | 11:42:44 |
| 12 | to we tried to figure out how to fix it so it | 11:42:46 |
| 13 | could have been situations where we shut off a | 11:42:50 |
| 14 | robot so we could figure out why it wasn't working | 11:42:52 |
| 15 | the right way. | 11:42:55 |
| 16 | Now, I'm giving you examples as opposed | 11:42:56 |
| 17 | to specific -- like I know that on this date we | 11:42:58 |
| 18 | did something or something else.  I'm giving you | 11:43:01 |
| 19 | examples of the kinds of things that we did, if | 11:43:04 |
| 20 | that's okay, because I don't -- probably -- | 11:43:06 |
| 21 | without looking at documents I wouldn't be able to | 11:43:07 |
| 22 | tell you on a given day what was done with respect | 11:43:09 |
| 23 | to a specific situation. | 11:43:12 |
| 24 | Q.  We can come back to this when we get | 11:43:15 |
| 25 | into specific documents. | 11:43:17 |

| | | |
|---|---|---|
| 1 | foundation. | 12:04:46 |
| 2 | THE WITNESS:  Well, I think I would put it | 12:04:48 |
| 3 | this way.  The -- the statement is based on our | 12:04:49 |
| 4 | faith of the overall system that we developed. | 12:04:54 |
| 5 | Errors are made in any system that's being | 12:04:58 |
| 6 | developed.  The fact that we took any errors that | 12:05:00 |
| 7 | we discovered and used them to improve the system | 12:05:03 |
| 8 | I think further gave us confidence that the system | 12:05:06 |
| 9 | was one that was the best one that we could | 12:05:08 |
| 10 | create. | 12:05:10 |
| 11 | So our good faith belief comes from our | 12:05:11 |
| 12 | faith in the system, not that we understood that | 12:05:15 |
| 13 | we were creating a system that would be error free | 12:05:18 |
| 14 | because I think we believed that any system | 12:05:21 |
| 15 | whether it's robotic or whether it has humans | 12:05:22 |
| 16 | involved reviewing things is prone to have errors. | 12:05:27 |
| 17 | Q.  BY MR. THOMPSON:  Isn't it true, | 12:05:35 |
| 18 | Mr. Kaplan, that the statement made by Warner in | 12:05:35 |
| 19 | using the SRA was not accurate with respect to | 12:05:39 |
| 20 | each of the URLs listed in Attachment A to Exhibit | 12:05:42 |
| 21 | 2? | 12:05:48 |
| 22 | MR. FABRIZIO:  Objection.  Asked and | 12:05:48 |
| 23 | answered and continues to lack a foundation.  You | 12:05:50 |
| 24 | can answer. | 12:05:59 |
| 25 | THE WITNESS:  On these I have not seen or | 12:06:01 |

112

```
 1          Q.  Mr. Bentkover in the e-mail below that    12:19:30

 2     had written to Mr. Fronda, "Thanks, but we can't   12:19:33

 3     have a system where we take down items we          12:19:38

 4     shouldn't -- which shouldn't be removed."  Is that 12:19:44

 5     Warner's position?                                 12:19:45

 6          A.  I would modify that to say we know that   12:19:54

 7     any system is going to result in some errors.      12:19:56

 8     That's just the nature of doing antipiracy work at 12:20:00

 9     scale, but our goal should always be to reduce     12:20:02

10     those errors and any time we find that there's an  12:20:04

11     error take action to correct it.                   12:20:07

12          Q.  Did Warner always take action to          12:20:10

13     correct errors?                                    12:20:13

14          A.  Yes.                                       12:20:13

15          Q.  Even before the April deposition           12:20:14

16     notice?                                             12:20:16

17          A.  Yes.                                       12:20:17

18          Q.  Let me go back to your testimony about    12:20:53

19     Warner, what Warner does do with respect to        12:21:00

20     checking the results of the robot, and I think you 12:21:05

21     referred to particularly that the results of the   12:21:14

22     notice sending robot are checked.                  12:21:17

23          A.  Yes.                                       12:21:23

24          Q.  And you referred to daily audits; is      12:21:23

25     that right?                                         12:21:27
```

140

```
1     the context of this e-mail acceptable to Warner?     13:47:26
2          MR. FABRIZIO:  Objection.  Overbroad.           13:47:32
3     Lacks foundation.                                    13:47:33
4          THE WITNESS:  We wouldn't be happy -- it        13:47:34
5     depends on the time you're talking about and         13:47:36
6     whether there was a possibility to further reduce    13:47:39
7     that level based on additional steps we could        13:47:44
8     take.                                                13:47:48
9          Q.  BY MR. THOMPSON:  And Warner was            13:47:51
10    satisfied that over time you were successful in      13:47:52
11    reducing the level of false positives?               13:47:53
12         A.  I am confident that we developed a          13:47:56
13    system that would allow us over time to continue     13:47:58
14    to reduce the false positive level in response to    13:48:01
15    errors that we discovered or were pointed out to     13:48:04
16    us by others.                                        13:48:06
17         Q.  And it's true that you could reduce the     13:48:20
18    false positive level even more if you took the       13:48:22
19    time to download and review each file?               13:48:25
20         MR. FABRIZIO:  Objection.  Lacks                13:48:30
21    foundation.                                          13:48:30
22         THE WITNESS:  Yeah.  And I don't                13:48:31
23    necessarily agree with that.  One, the -- that       13:48:33
24    process would never work for a system at -- at       13:48:41
25    scale to be effective.                               13:48:45
```

```
 1    STATE OF CALIFORNIA          )
                                   )    ss.
 2    COUNTY OF LOS ANGELES        )

 3

 4         I, DAVID KAPLAN, hereby certify under

 5    penalty of perjury under the laws of the State of

 6    California that the foregoing is true and correct.

 7         Executed this _____day of

 8    _____, 2011, at

 9    _____, California.

10

11

12              _____
                DAVID KAPLAN
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    REPORTER'S CERTIFICATE

 2

 3     I, JEANINE CURCIONE, C.S.R. NO. 10223, RPR, in and

 4     for the State of California, do hereby certify:

 5          That prior to being examined, the witness

 6     named in the foregoing deposition was by me duly

 7     sworn to testify the truth, the whole truth and

 8     nothing but the truth.

 9          That said deposition was taken down by me

10     in shorthand at the time and place therein named,

11     and thereafter reduced to typewriting under my

12     direction, and the same is a true, correct and

13     complete transcript of said proceedings.

14          That the witness, before examination, was

15     by me duly sworn to testify the truth, the whole

16     truth, and nothing but the truth, and that the

17     witness reserved the right of signature;

18          I further certify that I am not interested

19     in the event of the action.

20          Witness my hand this 26th day of October,

21     2011.

22

23              ----------------------------

24                        Certified Shorthand
                          Reporter for the
25                        State of California
```