# EXHIBIT 13



**Американско Консулство**
**Отдел неимигрантски визи**
**София, България**

Дата: 18 October 2011

Уважаеми кандидат за виза,

Със съжаление Ви съобщаваме, че не можем да Ви издадем виза въз основа на член 221(г) на американския закон за имиграция, който забранява издаването на виза на кандидат, неуспял да представи всички необходими документи. Ако в рамките на една година успеете да се явите в консулството с изисканите по-долу документи, вашият случай ще бъде преразгледан, без да заплащате отново таксата от 100 долара и без да попълвате наново формуляри, освен ако не е упоменато по-долу.

_____ Моля, явете се на допълнително ИНТЕРВЮ всеки работен ден до 11 часа, като носите всички необходими документи.

_____ Документите може да подадете чрез системата ДРОП БОКС, вески работен ден между 11:30 и 13 часа. Готовите документи ще Ви бъдат изпратени по DHL след два работни дни.

При следващото си явяване в консулството носете документите, които са отбелязани:

_____ Снимки

_____ Документи, удостоверяващи Вашето семейно положение

_____ Удостоверения за раждане на децата Ви

_____ Документ, удостоверяващ легалния статут на канещата страна

_____ Документ, показващ финансовото състояние на канещата страна

_____ Попълнете нови формуляри, като внимавате на всеки въпрос да бъде отговорено и формулярите да бъдат подписани

_____ Нов паспорт, поради недостатъчна валидност на настоящия

_____ Документи, удостоверяващи Вашето имущество в България

_____ Документи, удостоверяващи Вашето финансово състояние

_____ Документи, удостоверяващи удължения Ви престой в САЩ

☒ Други: Applicant's Passport is Full - app needs to bring a new passport in order to issue the visa.

С уважение:

Консул/ Вице-консул на САЩ

**ANDREW BAKER**
VICE CONSUL
OF THE UNITED STATES OF AMERICA

Моля, при следващото явяване на интервю носете това писмо.