# EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

     *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

     *Defendants.*                       /

**ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO DEPOSE
HOTFILE THROUGH ANTON TITOV FOR THREE DAYS AND
SEPARATELY DEPOSE MR. TITOV FOR ONE ADDITIONAL
DAY AND ON DEFENDANTS' CROSS-MOTION FOR
PROTECTIVE ORDER LIMITING THE DEPOSITIONS
OF HOTFILE WITNESSES INCLUDING MR. TITOV**

THIS CAUSE came before the Court on the Motion of Plaintiffs' for Leave to Depose Hotfile Through Anton Titov for Three Days and Separately Depose Mr. Titov For One Additional Day ("Plaintiffs' Motion") and Hotfile's and Anton Titov's ("Mr. Titov"), Motion for Protective Order Setting Time Limits for Deposition of Hotfile's Witnesses And Motion To Compel Production Of Translated Documents ("Defendants' Cross-Motion").   The Court has considered the Plaintiffs' Motion and the Defendants' Cross-Motion and being otherwise duly advised herein, it is hereby

ORDERED AND ADJUDGED that the Plaintiffs' Motion is Denied and Defendants'

-1-

CASE NO. 11-20427-WILLIAMS/TURNOFF

Cross-Motion is Granted.  Plaintiffs are limited to the following depositions of Hotfile witnesses, whether testifying individually or as Hotfile's corporate designee pursuant to Rule 30(b)(6):  (1) the deposition of Anton Titov on November 17 for two hours and on December 5-6 for no more than seven hours each day; (2) the deposition of Hotfile Shareholder 1 for no more than 10½ hours on December 7-8; and (3) the deposition of Hotfile Shareholder 2 for no more than 10½ hours on December 8-9.  Plaintiffs are further ordered to immediately produce their existing English translations or summaries of Bulgarian documents produced in this case or intended to be used in deposition of Hotfile's witnesses.

DONE AND ORDERED in chambers at Miami, Florida this ____day of November 2011.

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record

2