UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-20427-CV-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
et al.,
    Plaintiff,
vs.

HOTFILE CORP, et al.,

    Defendants,
_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant/Counter-Claimant Hotfile Corp.'s ("Hotfile") Motion to Compel Discovery from Plaintiffs/Counter-Defendant Warner Bros. re: Warner's Takedown Investigations **[DE164]** and Plaintiffs' Motion for an Additional Examination Day for the Rule 30(b)(6) Deposition of Defendant/Counter-Claimant Hotfile **[DE165]**. A hearing on these Motions **[DE164, 165]** took place before the undersigned on Wednesday, November 30, 2011.

Upon review of the Motions, the Responses, the court file, hearing argument from counsel, and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows: Defendant/Counter-Claimant Hotfile's Motion to Compel **[DE164]** is **DENIED** *without prejudice*. It is **FURTHER ORDERED AND ADJUDGED** that Plaintiffs' Motion for one Additional Examination Day for the Rule 30(b)(6) Deposition of Defendant/Counter-Claimant Hotfile **[DE165]** is **GRANTED**. Consistent with the Court's instructions, a total of four (4) deposition days shall be permitted.

**DONE AND ORDERED** in Chambers at Miami, Florida on this ___ day of December 2011.

                                                        WILLIAM C. TURNOFF
                                                        UNITED STATES MAGISTRATE JUDGE

cc:    Hon. Kathleen M. Williams
        Counsel of Record