UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**[PROPOSED] ORDER GRANTING WARNER' MOTION TO COMPEL THE PRODUCTION OF TITOV DEPOSITION EXHIBIT 27**

THIS CAUSE came before the Court on Warner's Motion To Compel the Production of Titov Deposition Exhibit 27. The Court has considered the motion for and being otherwise duly advised herein, it is hereby

ORDERED AND ADJUDGED that Warner's Motion To Compel the Production of Titov Deposition Exhibit 27 is hereby GRANTED.

DONE AND ORDERED in chambers at Miami, Florida this _____ day of _____ 2011.

_____
William C. Turnoff
United States Magistrate Judge

cc:	All Counsel of Record