UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

Sealed

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

FILED by ATS D.C.
DEC 12 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## COUNTERDEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL

Counterdefendant Warner Bros. Entertainment Inc., by and through undersigned counsel and pursuant to Local Rule 5.4, files this Motion to File Documents Under Seal as follows:

1.  The documents are described as follows: 1) Warner's Motion and Memorandum of Law to Compel the Production of Titov Deposition Exhibit 27 (unredacted version); 2) Exhibit A to the Declaration of Luke C. Platzer in Support of Warner's Motion and Memorandum of Law to Compel the Production of Titov Deposition Exhibit 27, consisting of

excerpts from the "rough" transcript of the December 5-8 deposition of Anton Titov, the 30(b)(6) representative for Hotfile in this action; 3) Exhibit C to the Declaration of Luke C. Platzer in Support of Warner's Motion and Memorandum of Law to Compel the Production of Titov Deposition Exhibit 27, consisting of Titov Deposition Exhibit 27 bearing the Bates number HF02866338.

2. The documents should remain sealed until the conclusion of this case. Upon expiration of the sealing period, the sealed documents should be returned to Counterdefendant's counsel.

3. This motion is filed pursuant to ¶ 20 of the Stipulated Protective Order entered by this court on May 19, 2011, which states that a party challenging a clawback of a purportedly privileged document may "present the document to the Court under seal."

4. The Motion and Memorandum discloses information that has been claimed as privileged by Defendants, the relevant portions of the "rough" transcript of the December 5-8 deposition of Anton Titov attached as Exhibit A, has been claimed as privileged by Defendants, and the document attached as Exhibit C, Titov Deposition Exhibit 27, has been claimed as privileged by Defendants.

5. Warner is mindful of the Court's direction that the Parties should make efforts to avoid unnecessary under seal filings in this case. However, in this instance, extenuating circumstances apply. Because the motion concerns documents and testimony that Defendants have claimed as privileged, an under seal filing is required both for the Court to evaluate Defendants' claim of privilege and by Paragraph 20 of the Protective Order. Moreover, since Paragraph 20 of the protective order requires Plaintiffs to destroy their own copies of the documents claimed as privileged as Defendants, Plaintiffs lack any alternative (other than an

under seal filing) for bringing this dispute before the Court. An under seal filing, therefore, could not be reasonably avoided in this instance.

Dated: December 12, 2011

Respectfully submitted,

By: /s/ *Karen L. Stetson*
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, Fl 33131
Telephone: (305) 461-6880
Facsimile: (305) 461-6887

MOTION PICTURE ASSOCIATION
 OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone: (818) 995-6600
Fax: (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for Plaintiffs*

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY pursuant to Local Rule 7.1(a)(3), U.S. District Court for the Southern District of Florida, that an individual conference with counsel is not necessary for a motion to file documents designated by Defendants as Confidential or Highly Confidential under seal, pursuant to the Stipulated Protective Order entered by this court on May 19, 2011, which states that "[i]f a pleading contains information designated Confidential or Highly Confidential by another party, the designating party will be deemed to have consented to a motion to file the pleading under seal." I therefore certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to resolve the issues.

Dated: December 12, 2011

By: /s/ Karen Stetson
Karen L. Stetson

GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305-416-6880
Fax: 305-416-6887

MOTION PICTURE ASSOCIATION
OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Phone: 202-639-6000
Fax: 202-639-6066
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December, 2011, I served the following documents on all counsel of record on the attached service list via their email address(es) pursuant to the parties' service agreement:

**Counterdefendant's Motion to File Documents Under Seal**

By: /s/ _Karen L. Stetson_
Karen L. Stetson

## SERVICE LIST

### Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
### CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA 94104
Phone: 415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL 33134
Phone: 305-476-7101
Fax: 305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*