(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 11-20427-WILLIAMS/TURNOFF

Disney Enterprises, Inc. et al.

Sealed

**Plaintiff**

v.

Hotfile Corp. et al.

**Defendant**

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Karen L. Stetson, Esq.
Address: Gray-Robinson, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131
Telephone: (305) 461-6880

On behalf of (select one):   ☒ Plaintiff   ☐ Defendant

Date sealed document filed: 12/12/2011

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 68

The matter should remain sealed until:

☐ Conclusion of Trial                    ☐ Arrest of First Defendant
☒ Case Closing                           ☐ Conclusion of Direct Appeal
☐ Other: _____
☐ Permanently. Specify the authorizing law, rule, court order:

---

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file        ☐ Destroyed
☒ Returned to the party or counsel for the party, as identified above

a. Warner's Motion and Memorandum of Law to Compel the Production of Titov Deposition Exhibit 27 (unredacted version)
b. Exhibit A to the Declaration of Luke C. Platzer in Support of Warner's Motion and Memorandum of Law to Compel the Production of Titov Deposition Exhibit 27
c. Exhibit C to the Declaration of Luke C. Platzer in Support of Warner's Motion and Memorandum of Law to Compel the Production of Titov Deposition Exhibit 27

_/s/ Karen L. Stetson_
**Attorney for:**