UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

Sealed

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## [PROPOSED] ORDER GRANTING COUNTERDEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL

Upon consideration of Counterdefendant's Motion to File Documents Under Seal, and all of the papers submitted in support thereof, Counterdefendant's request to file documents under seal is GRANTED.

1.  It is hereby ORDERED that Counterdefendant be permitted to file the following documents under seal and that the following documents remain under seal until the conclusion of the case:

    a. Warner's Motion and Memorandum of Law to Compel the Production of Titov Deposition Exhibit 27 (unredacted version);

    b. Exhibit A to the Declaration of Luke C. Platzer in Support of Warner's Motion and Memorandum of Law to Compel the Production of Titov Deposition Exhibit 27, consisting of excerpts from the "rough" transcript of the December 5-8 deposition of Anton Titov, the 30(b)(6) representative for Hotfile in this action;

    c. Exhibit C to the Declaration of Luke C. Platzer in Support of Warner's Motion and Memorandum of Law to Compel the Production of Titov Deposition Exhibit 27, consisting of Titov Deposition Exhibit 27 bearing the Bates number HF02866338.

IT IS SO ORDERED.

Dated _____, 2011.

_____
United States District Court Judge