# EXHIBIT A

Rough Transcript

Page 1

| | | |
|---|---|---|
| 1 | 08:11 | VIDEOGRAPHER: This is the beginning of tape number 1 in |
| 2 | 08:36 | videotaped deposition of Mr. Anton Titov, taken in the |
| 3 | 08:36 | matter of Disney Enterprises et al versus Hotfile Corp, |
| 4 | 08:37 | Anton Titov and Does 1 through 10, being heard in the |
| 5 | 08:37 | United States District Court, Southern District of |
| 6 | 08:37 | Florida, case number 11-20427-Williams/turnoff. |
| 7 | 08:37 | The deposition is being held at the Radisson Blu |
| 8 | 08:37 | hotel in Sofia, Bulgaria and the date is 5 December |
| 9 | 08:37 | 2011, the time is 9:38 am. |
| 10 | 08:37 | My name is Simon Rutson, I am the legal video |
| 11 | 08:37 | specialist from TSG Reporting Inc, headquartered at 747 |
| 12 | 08:37 | Third Avenue, New York. The court reporter is Fiona |
| 13 | 08:37 | Farson in association with TSG Reporting. |
| 14 | 08:37 | Will counsel please introduce yourself. |
| 15 | 08:37 | MR. FABRIZIO: Steven Fabrizio from Jenner & Block on behalf |
| 16 | 08:37 | of all plaintiffs, and counterclaim defendant Warner |
| 17 | 08:37 | Brothers Entertainment. |
| 18 | 08:38 | MR. THOMPSON: I'm Roderick Thompson for olive Ron |
| 19 | 08:38 | and Martel, we represent Mr. Titov as well as Hotfile |
| 20 | 08:38 | Corporation, the defendants,. |
| 21 | 08:38 | NEW SPEAKER: ,al greuf Boston representing to the and the |
| 22 | 08:38 | Hotfile group. |
| 23 | 08:38 | VIDEOGRAPHER: Would the court reporter like to swear in the |
| 24 | 08:38 | interpreter and then to swear in the deponent, please. |
| 25 | 08:38 | Interpreter sworn |

Rough Transcript

Page 148

```
1    16:12 Q.   Is it true, is it not that Hotfile began looking for
2    16:12      a basis for a counterclaim almost immediately upon being
3    16:13      sued by plaintiffs?
4    16:13 MR. THOMPSON:  Objection, assumes facts.
5    16:13 A.   Yes, I think so.
6    16:13 MR. FABRIZIO:  And prior to the filing of the come paint in
7    16:13      this action, Hotfile never investigated any Warner take
8    16:13      down notices before that.
9    16:13 MR. THOMPSON:  Objection, overbroad and vague.
10   16:13 A.   Not aware of such an investigation.
11   16:13 BY MR. FABRIZIO:
12   16:14 Q.   , I don't believe this needs to be marked since it's
13   16:14      pleading in the case but I just want to make sure the
14   16:14      witness has in front of him the second amended answer
15   16:14      and counterclaim.
16   16:14        Do you believe it needs to be marked, I'm happy to
17   16:14      do whatever you like.
18   16:14 MR. THOMPSON:  Alongside you represent, and indeed on every
19   16:14      page to make it easier it's got the court's ECF filing,
20   16:14      so I'm just going to hands you Hotfile's second amended
21   16:14      answer account cake ^^(ch) to and it bears a docket
22   16:14      number 161 and indicates that it was entered into
23   16:15      on October 27, 2011 ^ch doc).
24   16:15 Q.   Will you find the counterclaim and in particular the
25   16:15      exhibit A through did the N back I am not going to --
```

Rough Transcript

Page 155

```
1   16:30 A.   Yes, I do.
2   16:30 Q.   Okay, did Hotfile bring claims against any of those
3   16:30      other companies that had made mistakes?
4   16:30 A.   No, they did not.
5   16:30 Q.   And Hotfile had identified what it believed to have been
6   16:31      mistakes in the notices by Warner
7   16:31      throughout February, March, April and even May of 2001,
8   16:31      is that not correct?
9   16:31 MR. THOMPSON:  I'm going to object to the extents that it
10  16:31      calls for work product information which commenced after
11  16:31      the date of early March 2011, to the extents you can
12  16:31      answer without revealing work product information, you
13  16:31      can do so.
14  16:31 A.   I don't think I can answer.
15  16:31 BY MR. FABRIZIO:
16  16:31 Q.   Okay, well you identified what you believed to have been
17  16:31      mistakes made by Warner prior to early March 2001, is
18  16:31      that not correct?
19  16:31 A.   Yeah, I believe so.
20  16:31 Q.   Okay, did you ever bring those mistakes to the attention
21  16:32      of Warner prior to filing your counterclaim?
22  16:32 A.   Not directly, no.
23  16:32 Q.   Indirectly?
24  16:32 A.   It is my belief that at some point our counsel
25  16:32      communicated with Warner, who knew.
```

```
1    16:33 MR. FABRIZIO:  Let me ask the court reporter to mark as
2    16:33       Titov exhibit 28 a document bearing the Bates number
3    16:33       HF02866338 through 369.
4    16:33            (Exhibit marked for identification.)
5    16:34 BY MR. FABRIZIO:
6    16:34 Q.   I'm not going to ask you about each individual entry,
7    16:34       could I just ask you if this is a true and correct copy
8    16:34       of an email and attachment that you received on or
9    16:34       about March 102011?
10   16:34 A.   I don't reason to believe -- I don't have reasons to
11   16:34       believe that it's not.
12   16:34 Q.   And this is part of your early investigation of what you
13   16:34       perceive to be mistakes made by Warner in sending
14   16:34       takedown notices?
15   16:35 A.   This is some list that might container reinforce, yes.
16   16:35 Q.   Okay.  Just turn to the first page, which is the first
17   16:35       page of the exhibit , this was -- just look at -- look
18   16:35       at entry number 36, just to take one, and if you look
19   16:35       under the column F under the heading "copyright, it
20   16:35       says:
21   16:35            "Copyright not Warner ."
22   16:35            Do you see that?
23   16:35 A.   Yes, I do.
24   16:35 Q.   Okay.  And does that reflect that the author of this
25   16:35       exhibit concluded that that file while not containing
```

| | | |
|---|---|---|
| 1 | 16:36 | a property likely owned by Warner, nonetheless contained |
| 2 | 16:36 | copied content? |
| 3 | 16:36 | MR. THOMPSON: Objection, calls for speculation, misstates |
| 4 | 16:36 | the document. |
| 5 | 16:36 A. | I am not aware of the exact method of research the |
| 6 | 16:36 | author of the document used, and from what I see, my |
| 7 | 16:36 | interpretation would be that that is at least very early |
| 8 | 16:36 | draft of list just to get examples. |
| 9 | 16:36 Q. | But your understanding when you received this document |
| 10 | 16:36 | was that the notation "copyright not Warner" meant that |
| 11 | 16:36 | the file was copyrighted but not owned by Warner? |
| 12 | 16:37 | MR. THOMPSON: Objection, calls for a legal conclusion, and |
| 13 | 16:37 | speculation? |
| 14 | 16:37 A. | Yeah the where this is a the author of the document -- |
| 15 | 16:37 | I don't know my performing some kinds of analysis |
| 16 | 16:37 | concluded that probably it's copyright but not by |
| 17 | 16:37 | Warner. |
| 18 | 16:37 Q. | ^^(ch). |
| 19 | 16:37 Q. | Okay, and you were one of the people that supervised |
| 20 | 16:37 | this investigation, were you not? |
| 21 | 16:37 | MR. THOMPSON: Objection, vague. |
| 22 | 16:37 A. | That I participated in the investigation. |
| 23 | 16:37 | BY MR. FABRIZIO: |
| 24 | 16:37 Q. | Okay, the from says Hotfile dot mailbox at G mail dotcom |
| 25 | 16:38 | do you see that? |

Page 158

| | | |
|---|---|---|
| 1 | 16:38 A. | Yes. |
| 2 | 16:38 Q. | Who uses that email address? |
| 3 | 16:38 MR. THOMPSON: | You're referring to the first page now. |
| 4 | 16:38 MR. FABRIZIO: | Yes, I am. |
| 5 | 16:38 A. | My belief is bought and the both Andre Ianakov and |
| 6 | 16:38 | Mr. Manov. |
| 7 | 16:38 Q. | Mr and drey and Mr. Manov? |
| 8 | 16:38 A. | Yes. |
| 9 | 16:38 Q. | Was Mr. Manov still employed by Blue Ant in March of |
| 10 | 16:38 | 2011 in this timeframe? |
| 11 | 16:38 A. | I'm not sure if Mr. Manov were ever employed by Blue |
| 12 | 16:39 | Ant. |
| 13 | 16:39 Q. | What was your understanding of his relationship with |
| 14 | 16:39 | Blue Ant? |
| 15 | 16:39 A. | I'm not aware of any relationship he had with Blue Ant. |
| 16 | 16:39 Q. | Okay. What was Mr. Manov's relationship with Hotfile? |
| 17 | 16:39 A. | I think it's fair to say that Mr. Manov was |
| 18 | 16:39 | an independent contractor. |
| 19 | 16:39 Q. | Retained by what entity? |
| 20 | 16:39 A. | I think Hotfile Corp. |
| 21 | 16:39 Q. | Okay, directly? |
| 22 | 16:40 A. | Yes he was working for Hotfile Corp. |
| 23 | 16:40 Q. | Okay. Do you know who the author of the exhibit to |
| 24 | 16:40 | Titov exhibit 27 was? |
| 25 | 16:40 A. | I don't know for a fact. |

Page 159

```
1   16:40 Q.    Who do you believe it was?
2   16:40 MR.   THOMPSON:  Objection, calls for speculation.
3   16:40 A.    I don't know.
4   16:40 Q.    Okay, when you received exhibit 27, did the -- did you
5   16:40       have discussions with -- strike that, when you received
6   16:40       what's been marked as exhibit 27, did you discuss the
7   16:41       attachment with anyone at Hotfile?
8   16:41 A.    I don't know.
9   16:41 Q.    Did you discuss it with Mr. Ianakov?
10  16:41 A.    I don't remember.
11  16:41 Q.    With Mr. Manov?
12  16:41 A.    I don't think so.
13  16:41 Q.    With Mr. Stoyanov?
14  16:41 A.    I don't have any memory of discussing this particular
15  16:41       development.
16  16:41 Q.    With Mr. Kolev?
17  16:41 A.    I don't remember.
18  16:41 Q.    Mr. Vangelov?
19  16:41 A.    I don't know.
20  16:41 Q.    There's an email in the CC list that says "no one knows
21  16:42       dot me AG mail dotcom, who is no one knows me.
22  16:42 Q.    I think you misspoke his email address, right I'm sorry,
23  16:42       you?
24  16:42 MR.   THOMPSON:  You said email I think you meant email
25  16:42       address at the beginning of your question I'll qualify,
```

Rough Transcript

Page 160

| | | |
|---|---|---|
| 1 | 16:42 | who use of email address no one knows me? |
| 2 | 16:42 A. | That would be dean Chubarov. |
| 3 | 16:42 Q. | Can you spell that? |
| 4 | 16:42 A. | He spelled it earlier this morning? |
| 5 | 16:42 A. | DIYANCHUBUROV. |
| 6 | 16:42 BY MR. FABRIZIO: | |
| 7 | 16:42 Q. | Okay, I I vaguely remember something like that. What |
| 8 | 16:42 | role does diian play at Hotfile, if any? |
| 9 | 16:42 MR. THOMPSON: | Objection, asked and answered. |
| 10 | 16:43 A. | Most generally speaking he's programmer. |
| 11 | 16:43 BY MR. FABRIZIO: | |
| 12 | 16:43 Q. | Okay and did you have discuss was him about what we've |
| 13 | 16:43 | marked as exhibit 27? |
| 14 | 16:43 A. | I don't remember. |
| 15 | 16:43 Q. | Okay, so you have no recollection of talking to anybody |
| 16 | 16:43 | about this exhibit ? |
| 17 | 16:43 A. | No, I don't. |
| 18 | 16:43 Q. | Okay, so you never told anyone that you thought any of |
| 19 | 16:43 | the result contained in the exhibit were inaccurate, is |
| 20 | 16:43 | that correct? |
| 21 | 16:43 MR. THOMPSON: | Objection, overbroad and vague. |
| 22 | 16:43 A. | I don't recall saying anything about this exhibit . |
| 23 | 16:43 BY MR. FABRIZIO: | |
| 24 | 16:43 Q. | Okay. After the filing of the complaint in this action |
| 25 | 16:44 | did Hotfile have a falloff in user traffic? |