UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL THE DEPOSITION OF ▇▇▇▇▇▇▇▇

THIS CAUSE came before the court on Plaintiffs' Motion to Compel the Deposition of ▇▇▇▇▇▇▇▇. This Court has considered Plaintiffs' Motion and related pleadings, and for good cause shown, it is hereby:

ORDERED AND ADJUDGED that Plaintiffs' Motion to Compel the Deposition of ▇▇▇▇▇▇▇▇ is hereby GRANTED. Defendants shall produce ▇▇▇▇▇▇▇▇ for deposition by videoconference pursuant to Plaintiffs' notice of deposition.

DONE AND ORDERED in chambers at Miami, Florida this \_\_\_\_ day of _____ 2011.

_____
William C. Turnoff
United States Magistrate Judge

cc: All Counsel of Record