"

"

"

"

"

"

"

# GZJ KDKV'G"

EXHIBIT FILED UNDER SEAL