(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 11-20427-WILLIAMS/TURNOFF

Disney Enterprises, Inc. et al.

Plaintiff

v.

Hotfile Corp., Anton Titov, and Does 1-10

Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Karen L. Stetson, Esq.
Address: Gray-Robinson, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131
Telephone: (305) 416-6880

On behalf of (select one):   ☒ Plaintiff     ☐ Defendant

Date sealed document filed: _____

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 68

The matter should remain sealed until:

☐ Conclusion of Trial                    ☐ Arrest of First Defendant
☒ Case Closing                           ☐ Conclusion of Direct Appeal
☐ Other: _____
☐ Permanently. Specify the authorizing law, rule, court order:

---

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file        ☐ Destroyed

☒ Returned to the party or counsel for the party, as identified above
  1. Plaintiffs' Motion and Memorandum of Law to Compel the Deposition of Andrei Ianakov (unredacted version);
  2. Exhibit A to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov;
  3. Exhibit B to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andei Ianakov;
  4. Exhibit C to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov;
  5. Exhibit D to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov;
  6. Exhibit E to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov; and
  7. Exhibit F to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov.

_/s/ Karen L. Stetson_

**Attorney for: Plaintiffs**