# EXHIBIT A

Rough Transcript

Page 1

| # | Time | |
|---|---|---|
| 1 | 08:11 | VIDEOGRAPHER: This is the beginning of tape number 1 in |
| 2 | 08:36 | videotaped deposition of Mr. Anton Titov, taken in the |
| 3 | 08:36 | matter of Disney Enterprises et al versus Hotfile Corp, |
| 4 | 08:37 | Anton Titov and Does 1 through 10, being heard in the |
| 5 | 08:37 | United States District Court, Southern District of |
| 6 | 08:37 | Florida, case number 11-20427-Williams/turnoff. |
| 7 | 08:37 | The deposition is being held at the Radisson Blu |
| 8 | 08:37 | hotel in Sofia, Bulgaria and the date is 5 December |
| 9 | 08:37 | 2011, the time is 9:38 am. |
| 10 | 08:37 | My name is Simon Rutson, I am the legal video |
| 11 | 08:37 | specialist from TSG Reporting Inc, headquartered at 747 |
| 12 | 08:37 | Third Avenue, New York. The court reporter is Fiona |
| 13 | 08:37 | Farson in association with TSG Reporting. |
| 14 | 08:37 | Will counsel please introduce yourself. |
| 15 | 08:37 | MR. FABRIZIO: Steven Fabrizio from Jenner & Block on behalf |
| 16 | 08:37 | of all plaintiffs, and counterclaim defendant Warner |
| 17 | 08:37 | Brothers Entertainment. |
| 18 | 08:38 | MR. THOMPSON: I'm Roderick Thompson for olive Ron |
| 19 | 08:38 | and Martel, we represent Mr. Titov as well as Hotfile |
| 20 | 08:38 | Corporation, the defendants,. |
| 21 | 08:38 | NEW SPEAKER: ,al greuf Boston representing to the and the |
| 22 | 08:38 | Hotfile group. |
| 23 | 08:38 | VIDEOGRAPHER: Would the court reporter like to swear in the |
| 24 | 08:38 | interpreter and then to swear in the deponent, please. |
| 25 | 08:38 | Interpreter sworn |

Rough Transcript

Page 26

| | | | |
|---|---|---|---|
| 1 | 09:32 | | area? |
| 2 | 09:32 | A. | Yes. |
| 3 | 09:32 | Q. | Who were the people that worked on the general |
| 4 | 09:32 | | operations of the Hotfile system. |
| 5 | 09:32 | Q. | Do you mean currently or from the beginning ^speaker? |
| 6 | 09:32 | Q. | |
| 7 | 09:32 | Q. | Is there a difference? |
| 8 | 09:32 | A. | I would say so, yes. |
| 9 | 09:32 | Q. | So let's start at the beginning and then work forward to |
| 10 | 09:32 | | currently. |
| 11 | 09:32 | A. | First I would like to mention that in my understanding, |
| 12 | 09:33 | | general operations begin when the site becomes public |
| 13 | 09:33 | | but before that I would consider everything velt, does |
| 14 | 09:33 | | that sound reasonable. |
| 15 | 09:33 | Q. | I am not sure I understand what you just said, so why |
| 16 | 09:33 | | don't you say it again. |
| 17 | 09:33 | A. | General operations would be -- begin once the site |
| 18 | 09:33 | | starts operating, every everything else before that is |
| 19 | 09:33 | | development in my understanding. |
| 20 | 09:33 | Q. | Okay? |
| 21 | 09:33 | A. | Do you agree. |
| 22 | 09:33 | Q. | That's fair enough.  So, from the beginning or almost |
| 23 | 09:33 | | from the beginning Andre Yanakov would be responsible |
| 24 | 09:33 | | ^ch name for communications with users, and handling |
| 25 | 09:34 | | DMCA take down notices. |

Rough Transcript

Page 27

| | | | |
|---|---|---|---|
| 1 | 09:34 | Q. | Is Mr.Ianakov is manager? |
| 2 | 09:34 | MR. THOMPSON: | Objection, vague calls for a legal |
| 3 | 09:34 | | conclusion. |
| 4 | 09:34 | Q. | |
| 5 | 09:34 | Q. | Let me ask it this way, does Mr.Ianakov have a title at |
| 6 | 09:34 | | Hotfile? |
| 7 | 09:34 | A. | I don't think anybody at Hotfile really has a title. |
| 8 | 09:34 | Q. | Is Mr.Ianakov employed by Hotfile Corporation? |
| 9 | 09:34 | A. | He's employed by Blue Ant elemented but works for |
| 10 | 09:35 | | Hotfile Corporation. |
| 11 | 09:35 | Q. | To your knowledge does he perform work for any other |
| 12 | 09:35 | | company? |
| 13 | 09:35 | A. | I am not aware of any, and you say communications users |
| 14 | 09:35 | | and DMCA take down notice the, does Mr. Ianakov have any |
| 15 | 09:35 | | other general operations responsibilities ^? |
| 16 | 09:35 | A. | I don't think anything else would be -- could be define |
| 17 | 09:35 | | as his responsibility. |
| 18 | 09:35 | MR. THOMPSON: | Mr. Fabrizio perhaps you should get the |
| 19 | 09:35 | | spelling put in the record I thinker a pronouncing it. |
| 20 | 09:35 | MR. FABRIZIO: | Okay I have the pelling for IANAKOV? |
| 21 | 09:35 | A. | That's one of the valid spellings. |
| 22 | 09:36 | Q. | Does anybody else have responsibility for general |
| 23 | 09:36 | | operations of Hotfile? |
| 24 | 09:36 | A. | At a certain point, gStanislav Marnov. |
| 25 | 09:36 | Q. | And that's STANISLAVMANOV? |

Rough Transcript

Page 28

| | | |
|---|---|---|
| 1 | 09:36 A. | Exactly. |
| 2 | 09:36 Q. | When did Mr. Marnov assume responsibilities for general |
| 3 | 09:36 | operations? |
| 4 | 09:36 A. | He started helping Andre Yanakov in spring ten, |
| 5 | 09:37 | I believe. |
| 6 | 09:37 Q. | So prior to spring of 2010 it was just Mr. Ianakov |
| 7 | 09:37 | handling operations? |
| 8 | 09:37 A. | I'm not sure of what your definition of operations is, |
| 9 | 09:37 | he was handling communications with users and, again |
| 10 | 09:37 | DMCA take down notice the. |
| 11 | 09:37 Q. | Did Mr. Ianakov report to anybody else? |
| 12 | 09:37 MR. | THOMPSON: Objection, vague. |
| 13 | 09:37 A. | I don't think he -- we have strictly defined reporting |
| 14 | 09:37 | structure, but it is my impression that he would |
| 15 | 09:37 | normally report to Rumen Stoyanov and of course |
| 16 | 09:38 | technical problems would be reported to me. |
| 17 | 09:38 Q. | Professionally, you were Mr. Ianakov's superior? |
| 18 | 09:38 MR. | THOMPSON: Objection, vague and ambiguous. |
| 19 | 09:38 A. | I consider myself superior to him, Mr. Ianakov, if you |
| 20 | 09:38 | gave him instructions about things to do with Hotfile, |
| 21 | 09:38 | you would expect him to carry them out because you told |
| 22 | 09:38 | him to, correct. |
| 23 | 09:38 MR. | THOMPSON: Objection, overbroad. |
| 24 | 09:39 A. | I would expect so but to the extent if he thinks that |
| 25 | 09:39 | instruction I'm giving him he's considering unimportant, |

Page 29

| | | |
|---|---|---|
| 1 | 09:39 | he show choice, he would probably ask if I conferred |
| 2 | 09:39 | with Rumen and probably Atanas.  (Atanas). |
| 3 | 09:39 Q. | Okay, ocean Mr. Ianakov and eventually Mr. Marnov has |
| 4 | 09:40 | anybody else worked on the general operations of |
| 5 | 09:40 | Hotfile? |
| 6 | 09:40 MR. | THOMPSON:  Objection, vague. |
| 7 | 09:40 A. | It really depends how you define general operations. |
| 8 | 09:40 Q. | Well, how do you define general operations? |
| 9 | 09:40 A. | This is my first time defining general operations but |
| 10 | 09:40 | I would say things that had to be done day-to-day. |
| 11 | 09:40 Q. | Okay, with that definition, other than Mr. Ianakov |
| 12 | 09:41 | and Marnov, was there anybody else? |
| 13 | 09:41 A. | To the extent that Hotfile servers require and required |
| 14 | 09:41 | maintenance and that we would be needing off on |
| 15 | 09:41 | provisioning of new servers at first, I was dealing with |
| 16 | 09:41 | this task and and since Vasil Kolev started working for |
| 17 | 09:41 | Hotfile Corp, and the more he started performing most of |
| 18 | 09:41 | the these duties. |
| 19 | 09:42 Q. | Okay? |
| 20 | 09:42 A. | And. |
| 21 | 09:42 Q. | Go ahead? |
| 22 | 09:42 A. | And we realised or on the date -- relied on the data |
| 23 | 09:42 | center support or external contractor to perform actual |
| 24 | 09:42 | physical server movements, mounting, replacement, hard |
| 25 | 09:42 | drive replacement and so on. |