# EXHIBIT B

Rough Transcript

Page 1

| | | |
|---|---|---|
| 1 | 07:45 | (9.05 am) volume 2, deposition of Anton Titov: |
| 2 | 08:10 | VIDEOGRAPHER: This is the beginning of tape 1, volume 2 and |
| 3 | 08:10 | a continuation in the deposition of Mr. Anton Titov on |
| 4 | 08:10 | the record, 9.10. |
| 5 | 08:10 | MR. THOMPSON: Mr. Fabrizio, as we've been discussing offed |
| 6 | 08:10 | off the record, the defendants have informed you and now |
| 7 | 08:10 | inform the court reporter that exhibits 26 and 27 were |
| 8 | 08:10 | in addition veer at any timely produced documents that |
| 9 | 08:10 | contain work product information and we ask for their |
| 10 | 08:10 | return, I would also ask for you to work with me after |
| 11 | 08:10 | the deposition to strike the testimony that was given |
| 12 | 08:10 | about those documents yesterday, we'll not do that now, |
| 13 | 08:10 | I won't take your time. |
| 14 | 08:10 | The reason for pulling them back is that beginning |
| 15 | 08:10 | on March 232011 Hotfile undertook work product |
| 16 | 08:11 | investigation of its potential counterclaim against |
| 17 | 08:11 | Warner brothers, these documents were both generated |
| 18 | 08:11 | after that date? |
| 19 | 08:11 | A. We provided you a list on Saturday, I recognized you |
| 20 | 08:11 | were in transit and may not have seen it, exhibit 26 was |
| 21 | 08:11 | among the documents that were on that list, exhibit 27 |
| 22 | 08:11 | was not, but on further investigation it's dated March |
| 23 | 08:11 | 10 and is also protected work product, I'd like to work |
| 24 | 08:11 | with you going forwarded to to the extent that you have |
| 25 | 08:11 | documents you want to use this this witness date |

```
1   12:49 Q.   And prior to the filing of this lawsuit, Hotfile did not
2   12:49       have a strike system?
3   12:49 MR. THOMPSON:   Objection, vague.
4   12:49 A.   No it did not dispm go 4 a system that would
5   12:49       automatically assign and count strikes.
6   12:49 Q.   Did Hotfile have a systematic process to identify repeat
7   12:49       copyright infringers prior to this litigation?
8   12:49 MR. THOMPSON:   Objection, vague.
9   12:49 A.   Not basis on a computer decision, if that is what you
10  12:49       mean by systematic.
11  12:49 MR. FABRIZIO:
12  12:49 Q.   Well, that's one thing, what I mean by systematic but
13  12:49       was there a regular practice of identifying copy
14  12:49       infringers and tracking copyright infringers so that
15  12:50       Hotfile would identify repeat copy infringers?
16  12:50 MR. THOMPSON:   Objection, vague.
17  12:50 A.   The practice was to terminate repeat infringers after
18  12:50       a complaint from the owner of a copyright, and -- or
19  12:50       even just an indication from copyright owner that he has
20  12:50       a certain problem with the user and there might be other
21  12:50       ways to -- I mean the general idea was that it was by
22  12:50       discretion.
23  12:50 Q.   By discretion of who?
24  12:51 A.   Most of the time it was by Ianakov and March love.
25  12:51 Q.   Did you or any of the other shareholders to your
```

```
1   12:51        knowledge give Mr.ian could have or Manov instructions
2   12:51        a to when they should terminate copyright infringers?
3   12:51 MR. THOMPSON:  Objection, overbroad, vague as to time.
4   12:51 BY MR. FABRIZIO:  For the current time all my questions
5   12:51        concern the period of time prior to the filing of this
6   12:51        action when we're shifting to the post complaint period
7   12:51        of time I'll let you know 6789?
8   12:51 A.     Okay.
9   12:51 Q.     So so did you or to your knowledge any of of the other
10  12:51        Hotfile shareholders give Mr. Ianakov or Mr. Manov
11  12:52        instructions with regarding terminating copyright
12  12:52        infringers?
13  12:52 MR. THOMPSON:  Objection, overbroad.
14  12:52 A.     I believe so.
15  12:52 Q.     What instructions did you give them?
16  12:52 A.     I don't remember any specifics but I think that the
17  12:52        outline of the instructions was to terminate on request
18  12:52        and to try to help the complaining party.
19  12:52 Q.     Prior to the filing of this complaint, when Hotfile
20  12:52        received a DMCA notice from a copyright owner, did
21  12:52        Hotfile attempt to identify the user who had uploaded
22  12:52        the offending file?
23  12:53 MR. THOMPSON:  Objection, overbroad.
24  12:53 A.     I don't believe that would be the case most of the time
25  12:53        but again on discretion employees could investigate
```

Page 82

| | | |
|---|---|---|
| 1 | 12:53 | further. |
| 2 | 12:53 Q. | When you say on occasion, do you mean when a copyright |
| 3 | 12:53 | owner insisted? |
| 4 | 12:53 MR. | THOMPSON:  Objection, vague, misstates testimony. |
| 5 | 12:53 BY MR. FABRIZIO: | |
| 6 | 12:53 Q. | Well let me rephrase that. |
| 7 | 12:53 | Absent a request, is specific request by a copyright |
| 8 | 12:53 | owner, prior to the filing of this action, did Hotfile |
| 9 | 12:53 | have a practice of identifying the user who had uploaded |
| 10 | 12:54 | files identified as infringing in DMCA notices. |
| 11 | 12:54 MR. | THOMPSON:  Objection, overbroad and asked and answered. |
| 12 | 12:54 A. | I won't say specific request, but if a copyright holder |
| 13 | 12:54 | would raise some kind of concern that I think can be -- |
| 14 | 12:54 | can be summarised, again, a discretion, identification |
| 15 | 12:54 | could be made. |
| 16 | 12:54 BY MR. FABRIZIO: | |
| 17 | 12:54 Q. | Okay, so my question is though without a request from |
| 18 | 12:54 | a copyright owner, when Hotfile received a DMCA notice |
| 19 | 12:54 | did Hotfile as a matter of practice identify the user |
| 20 | 12:55 | who had uploaded the offending file? |
| 21 | 12:55 MR. | THOMPSON:  Objection, asked and answered. |
| 22 | 12:55 A. | I don't believe so. |
| 23 | 12:55 BY MR. FABRIZIO: | |
| 24 | 12:55 Q. | Is there any written document formal or informal through |
| 25 | 12:55 | which Hotfile communicated with Mr. Ianakov or Manov |

```
 1   13:05        consideration to adopting a repeat infringers policy
 2   13:05        along the lines of the sentences I read into the record?
 3   13:05 MR. THOMPSON:   Objection, vague.
 4   13:05 A.   I don't have any memory.
 5   13:06 MR. FABRIZIO:   We've marked as Titov exhibit 33 a one-page
 6   13:06        document Bates numbered HF02830667.  I figured out a
 7   13:06        system to get it closer to you. (Pause.)
 8   13:06             (Titov exhibit 33 marked for identification.)
 9   13:06 BY MR. FABRIZIO:
10   13:07 Q.   What is exhibit 33, Mr. Titov?
11   13:07 MR. THOMPSON:   Objection, vague?
12   13:07 A.   A printout of an email.
13   13:07 Q.   From?
14   13:07 A.   Hotfile dot mailbox dock.
15   13:07 Q.   And in brackets it says Andrew, do you recognize that
16   13:07        email address.
17   13:07 Q.   As host?
18   13:08 A.   Andre Ianakov and he had responsibility for interfacing
19   13:08        with copyright owners and their ^ on infringement
20   13:08        matters?
21   13:08 A.   He does.
22   13:08 Q.   Do you have any reason to belief that is no an authentic
23   13:08        copy of an email sent by Mr. Ianakov on or
24   13:08        around December 5, 2010?
25   13:08 MR. THOMPSON:   Objection, calls for a legal conclusion.
```

```
                                                              Page 89
 1    13:10       else.
 2    13:10 Q.    Do you know whether he was?
 3    13:10 A.    No, I don't know.
 4    13:11 MR.   FABRIZIO:  We've marked as Titov exhibit 34 a document
 5    13:11       produced by Hotfile Bates numbered HF00000048 through
 6    13:11       315, the version we have marked as exhibit 34 is an
 7    13:11       excerpt of that document that omits the pages between
 8    13:11       HF49 through HF284, and those pages reflect dates after
 9    13:12       the filing of this complaint and we were focusing on
10    13:12       dates prior to the filing of this complaint.
11    13:12          Mr. Tom, this is the document I sent you some days
12    13:12       ago and asked you if Mr. Titov would read and affirm
13    13:12       whether the entries highlighted in yellow represented
14    13:12       the only instances prior to the filing of this complaint
15    13:12       that Hotfile had terminated a user for reasons related
16    13:12       to copyright infringement.
17    13:13          (Titov exhibit 34    marked for identification.)
18    13:16 BY MR. FABRIZIO:
19    13:16 Q.    Mr. Titov have you had an oop tun to rewhat we've marked
20    13:16       as exhibit 34 prior to today?
21    13:16 A.    Didn't -- I didn't review it before.
22    13:17 Q.    Okay, and did you look at the yellow entries and
23    13:17       consider the question we had posed through your
24    13:17       counsel?, and that is whether the entries highlighted in
25    13:17       yellow represent the only instances prior to the
```

```
1   13:17       following of -- filing of this complaint with Hotfile
2   13:17       terminate a user for reasons of copyright infringement?
3   13:17 A.    I spoke with Andrew on this matter, and since at the
4   13:17       beginning we didn't have the functionality of as you say
5   13:17       spending the user rather than we only had functionality
6   13:17       of deleting the user which managed information about it
7   13:17       from the database, he thinks that at least some users
8   13:18       were terminated by deletion.
9   13:18 MR. THOMPSON:  I'm not sure if every got the -- vanished the
10  13:18       information.  ^^(ch).
11  13:18 BY MR. FABRIZIO:
12  13:18 Q.    Does Hotfile have any records of any other users being
13  13:18       terminated for reasons related to copyright
14  13:18       infringement?
15  13:18 MR. THOMPSON:  Objection, overbroad.
16  13:18 A.    I don't think Hotfile has any records that they have not
17  13:18       produced.
18  13:18 Q.    And do you presently have any knowledge of any user
19  13:18       being terminate for reasons of copyright infringement
20  13:18       prior to the filing of this complaint beyond those
21  13:19       highlighted on exhibit 34?
22  13:19 A.    It personally doesn't apply to information I haven't
23  13:19       been told, then no.
24  13:19 Q.    Okay, and in this case personally means information of
25  13:19       which you have personal knowledge, do you personally
```

```
                                                               Page 91
 1   13:19       have any information as to users terminated for reasons
 2   13:19       relate to copyright infringement before this case began
 3   13:20       other than those highlighted in yellow in exhibit 34?
 4   13:20 A.    I don't think so.
 5   13:20 MR.   FABRIZIO:  Counsel, if Hotfile is going to rely on some
 6   13:20       vague assertion by Mr. Ianakov that there may have been
 7   13:20       others of -- and this corporate designee doesn't have
 8   13:20       any information beyond that, Hotfile needs to produce
 9   13:20       Mr. Ianakov as a 30(b)(6) designee so.
10   13:20 MR.   THOMPSON:
11   13:20            Fabrizio, as we mentioned before you are not judge
12   13:20       if you want to make requests, but we're not making
13   13:20       rulings in the middle of the deposition.
14   13:20 MR.   FABRIZIO:  I wasn't making a rulings I was simply
15   13:20       pointed ow this witness cannot employ evidence to
16   13:20       a topic that is trillion central to the issue of the
17   13:20       case and that we sent a document in advance to consider
18   13:21       and other than saying he had a qufertion someone who
19   13:21       said there may have been why been something else, has no
20   13:21       further knowledge on the topic.
21   13:21 MR.   THOMPSON:  Mr. Titov investigated the question you
22   13:21       asked, I don't think your summary of his testimony is
23   13:21       accurate, he also mentioned that there were documents
24   13:21       produced in the case, which he had, obviously.
25   13:21 Q.    Right but we are requesting while we are here in
```

Rough Transcript

```
                                                              Page 92
 1   13:21      Bulgaria, that Hotfile produce Andre Ianakov as
 2   13:21      a 30(b)(6) designee on this topic?
 3   13:21 MR. THOMPSON:  You are your request will be considered,
 4   13:21      I can tell you you e we don't have the time during this
 5   13:21      trip for my nor depositions.
 6   13:21 MR. THOMPSON:  Well,.
 7   13:21 MR. FABRIZIO:  Well, it would be harts of the part of the
 8   13:21      Hotfile 30(b)(6) so it would come out of of 30(b)(6) so
 9   13:21      I am in the looking to add time to the deposition
10   13:22      schedule.
11   13:22 MR. THOMPSON:  Mr. Fabrizio, you can't dictate who the
12   13:22      30(b)(6) witness is, Mr. Titov is prepared to testify,
13   13:22      so I suggest you ask him questions.
14   13:22 MR. FABRIZIO:  I wasn't trying to dictate, a making
15   13:22      a request and clarifying the question.
16   13:22 MR. THOMPSON:  Let's not argue, I understand the question
17   13:22      ^^(ch).
18   13:22 BY MR. FABRIZIO:
19   13:22 Q.   Mr. Titov, please tell us every -- everything Hotfile
20   13:22      Corporation knows about the termination of users for
21   13:22      reasons relate to copyright infringement other than the
22   13:22      users highlighted in yellow in exhibit 34?
23   13:22 MR. THOMPSON:  Objection, overbroad unintelligible.
24   13:23 A.   Since this would cover a period of time that is quite
25   13:23      back in the time, I don't think anybody had any clear
```