# EXHIBIT C

Rough Transcript

Page 1

| | | |
|---|---|---|
| 1 | 07:54 | Volume 3 of the deposition of Anton Titov |
| 2 | 08:08 | (9.08 am) |
| 3 | 08:09 | VIDEOGRAPHER:  This is the beginning of tape 1, volume 3 and |
| 4 | 08:09 | a continuation in the deposition of Mr. Anton Titov, on |
| 5 | 08:09 | the record, 9.09. |
| 6 | 08:10 | BY MR. FABRIZIO: |
| 7 | 08:10 Q. | Good morning, Mr. Titov, how are you? |
| 8 | 08:10 A. | Good morning. |
| 9 | 08:10 Q. | You understand that you're at this time under oath? |
| 10 | 08:10 A. | I do. |
| 11 | 08:10 Q. | (still ), before we began I marked two exhibit as Titov |
| 12 | 08:10 | exhibit 49, a two page document that is a screenshot of |
| 13 | 08:10 | the Hotfile contact us page, the second page is simply |
| 14 | 08:10 | the details of -- of the URL and the date it was printed |
| 15 | 08:10 | out, just so you and the record could have it, and the |
| 16 | 08:10 | second page is an example of a what I believe to be but |
| 17 | 08:10 | I will ask you, a user communication to Hotfile through |
| 18 | 08:10 | the contact us page that is exhibit 49, so exhibit 49 is |
| 19 | 08:10 | the contact us page, exhibit 50 is an ex Sam popular |
| 20 | 08:10 | user communication user date August 29, 2010, numbered |
| 21 | 08:11 | HF410, have you had a chance wile we were off record to |
| 22 | 08:11 | take a look at this? |
| 23 | 08:11 A. | Yes, I have. |
| 24 | 08:11 Q. | Can you confirm for us that exhibit 49 is a true and |
| 25 | 08:11 | correct copy of the Hotfile contact us page with the |

Rough Transcript

```
                                                              Page 4
 1   08:14       to the best of my knowledge at the time he was working
 2   08:14       for Hotfile.
 3   08:14  Q.   So has Mr. Ianakov been -- strike that.
 4   08:14            Has reviewing and responding to user communications
 5   08:14       been part of Mr. Ianakov's responsibilities from the
 6   08:14       launch of Hotfile through the present.
 7   08:14  MR. THOMPSON:  Objection, overbroad?
 8   08:14  A.   I believe so.
 9   08:14  Q.   Okay, and what are Mr. Ianakov's and while he was doing
10   08:14       it Mr. Manov's responsibilities with regard to user
11   08:14       correspondence?
12   08:14  MR. THOMPSON:  Objection, overbroad.
13   08:14  A.   Generally to address users' problems and to try to help
14   08:14       them.
15   08:14  BY MR. FABRIZIO:
16   08:14  Q.   Okay do you supervise Mr. Ianakov and/or Mr. Manov while
17   08:14       he was there with regard to user communications?
18   08:15  MR. THOMPSON:  Objection, vague.
19   08:15  A.   I won't say it's fair to say that I do supervise them,
20   08:15       to the ex stenlt that a user may have a technical
21   08:15       problem, they may contact me if they think that it's
22   08:15       a problem I can help them with.
23   08:15  Q.   Okay, does somebody have a responsibility for
24   08:15       supervising Mr. Manov and Ianakov in responding to user
25   08:15       communications?
```

1   08:15 MR. THOMPSON:  Same objection.
2   08:16 A.  Well it's not strictly written anywhere or anything else
3   08:16    and my understanding is that to a certain extent Rumen
4   08:16    Stoyanov is supervising them.
5   08:16 Q.  Maybe I should put it this way, while he was there,
6   08:16    Mr. Manov and through the the period, Mr. Ianakov, were
7   08:16    they empowered by Hotfile to exercise their direction
8   08:16    discretion in answering user correspondence?
9   08:16 MR. THOMPSON:  Objection, vague and calls for a legal
10  08:16    conclusion.
11  08:16 A.  I would say to a certain extent.
12  08:16 BY MR. FABRIZIO:
13  08:16 Q.  To a certain extent?  What do that mean?
14  08:16 MR. THOMPSON:  Objection, vague.
15  08:17 A.  Probably there would be problems that they will address
16  08:17    to Rumen or to me and if they want me to tell them how
17  08:17    to solve this problem, they would generally get the idea
18  08:17    that this is the way that these problems should be
19  08:17    solved.
20  08:17 Q.  Okay, how is it determined which problems they bring to
21  08:17    you or Mr. Ish let me get his name?
22  08:17 MR. THOMPSON:  Stoyanov.
23  08:17 BY MR. FABRIZIO:
24  08:17 Q.  Stoyanov, let me repeat that -- strike that, how is
25  08:17    Mr. Ianakov supposed to determine which problems he

```
                                                           Page 6
 1   08:17       brings to you or Mr. Stoyanov?
 2   08:17 MR. THOMPSON:  Objection, lacks foundation, calls for
 3   08:17       speculation?
 4   08:18 A.    I don't know how he decides.
 5   08:18 BY MR. FABRIZIO:
 6   08:18 Q.    Okay, so he uses his discretion to decide his?
 7   08:18 A.    Will help him to solve the problem, I guess.
 8   08:18 Q.    If a user communication and comes in and Mr. Ianakov and
 9   08:18       Mr. Manov believe that they can respond to it because it
10   08:18       doesn't create a problem are they allowed to respond to
11   08:18       it without somebody else from Hotfile reviewing it?
12   08:18 MR. THOMPSON:  Objection, overbroad and vague.
13   08:18 A.    I think so.
14   08:18 Q.    Okay now the user communication that is come in through
15   08:18       the contact us, is there a record of those
16   08:18       communications created automatically in some Hotfile
17   08:19       database?
18   08:19 A.    No they are being sent to an email.
19   08:19 Q.    They get sent to an email account?
20   08:19 A.    Yes.
21   08:19 Q.    Okay.  And they are sent automatically to that email
22   08:19       account in the ordinary course of business?
23   08:19 A.    Yes --
24   08:19 MR. THOMPSON:  Objection, calls for a legal conclusion?
25   08:19 A.    I believe so.
```

Rough Transcript

Page 13

| | | | |
|---|---|---|---|
| 1 | 08:30 | | the user sent the communication, correct? |
| 2 | 08:30 | A. | Correct. |
| 3 | 08:30 | Q. | Below that, under the to line it says general at |
| 4 | 08:30 | | hotfile.com" is that a Hotfile mailbox. |
| 5 | 08:30 | A. | No, there is no my knowledge no Hotfile mailbox, all |
| 6 | 08:30 | | emails of forwarded to G mail at. |
| 7 | 08:30 | Q. | Okay, do you have any understanding as to why this says |
| 8 | 08:30 | | general at hotfile.com? |
| 9 | 08:30 | A. | Because it's normal practice for email to contain into |
| 10 | 08:30 | | the destination to which the email was sent and not the |
| 11 | 08:30 | | actual place where it ended up. |
| 12 | 08:31 | Q. | Okay, so is it correct to say that all email or or user |
| 13 | 08:31 | | communications sent to the contact us page are routed to |
| 14 | 08:31 | | a single mailbox which is a gmail account, I am not sure |
| 15 | 08:31 | | about single but generally, yes. |
| 16 | 08:31 | Q. | Okay and maybe more than one mailbox? |
| 17 | 08:31 | A. | Yeah, there might be. |
| 18 | 08:31 | Q. | What gmail accounts are user to receive communications |
| 19 | 08:31 | | from users through the contact us page? |
| 20 | 08:31 | A. | I believe one is Hotfile.general. |
| 21 | 08:31 | Q. | @ gmail dotcom? |
| 22 | 08:32 | A. | Yes. |
| 23 | 08:32 | Q. | Are there others that are used to receive contact us |
| 24 | 08:32 | | page communications from users? |
| 25 | 08:32 | A. | I think there is one called Hotfile.mailbox -- I don't |

TSG Reporting - Worldwide    (877) 702-9580

```
                                                         Page 14
 1   08:32      know them all, there might be more.

 2   08:32 Q.   Okay and is Mr. Ianakov responsible for reviewing all of

 3   08:32      those mailboxes?

 4   08:32 A.   Yes, he is.

 5   08:32 Q.   Okay, have you ever yourself gone into those gmail

 6   08:32      accounts and reviewed user communications?

 7   08:32 MR. THOMPSON:  Objection, overbroad and vague.

 8   08:32 A.   Yeah, I think so.

 9   08:32 BY MR. FABRIZIO:

10   08:32 Q.   Okay, below the to line, there is a subject line and it

11   08:33      says "automatic renewal:  Hotfile (KRILTHA and then an

12   08:33      email address which is the same email address as the

13   08:33      from line; is the subject line automatically generated

14   08:33      by Hotfile or is it user input?

15   08:33 A.   I don't know for a fact.

16   08:33 Q.   What do you believe to be the case?

17   08:33 MR. THOMPSON:  Objection, calls for speculation?

18   08:33 A.   I believe it to be generated by Hotfile.

19   08:33 Q.   Okay.  We've already discussed reason and then

20   08:33      underneath that there is a field that says "user name

21   08:33      and in this case it ace krill that, and then in

22   08:33      parentheses there is a number, 2302433, is krill that

23   08:34      the user name of the user sending this communication?

24   08:34 A.   I believe so.

25   08:34 Q.   And is the number in parentheses the user's -- strike
```

```
                                                              Page 60

1    11:14 MR. THOMPSON:  Objection, vague.

2    11:14 A.   I don't have any reason to belief they're not.

3    11:14 Q.   Okay.  And are they true and correct copies of user

4    11:15      communications to Hotfile, in the February at one time

5    11:15      frame?

6    11:15 MR. THOMPSON:  Objection, compound.

7    11:15 A.   2011?

8    11:15 BY MR. FABRIZIO:

9    11:15 Q.   I sated 2011, yes?

10   11:15 A.   I don't have any reason to belief that it's not.

11   11:15 Q.   Okay and look at exhibit 146, please?

12   11:15 A.   Yes.

13   11:15 Q.   This use says that they're no longer able to download T

14   11:15      strvment -- strike that.

15   11:15         The user says that he is no longer able to download

16   11:15      TV seer ease and then says:

17   11:15         "If you no longer support that feted tour then

18   11:15      I would like a refund as your every is of no use as it

19   11:16      can not be accent ."

20   11:16         Was that a premium user?

21   11:16 A.   From what it says in the email, he was, yes.

22   11:16 Q.   And the email reflects that this user last visited

23   11:16      a page concerning two and a half men?

24   11:16 MR. THOMPSON:  Objection,, dots the document speaks for

25   11:16      itself and miss states its content?
```

Rough Transcript

Page 61

```
1   11:16 A.   Yes, there is a URL with two and a half men in a the
2   11:16      subject.
3   11:16 Q.   And to your knowledge about Hotfile respond to there
4   11:16      user?
5   11:16 A.   I don't know.
6   11:16 Q.   In the period of time after the filing of this lawsuit,
7   11:17      did other users ask Hotfile for refunds because some of
8   11:17      the files they wanted to get were no longer available?
9   11:17 MR. THOMPSON:  Objection, overbroad, calls for speculation.
10  11:17 A.   I don't know.
11  11:17 BY MR. FABRIZIO:
12  11:17 Q.   Who at Hotfile would handle requests for refunds?
13  11:17 A.   That would be Andre.
14  11:17 Q.   Okay, of the shareholders of Hotfile, is there one of
15  11:17      a shareholder that would have more responsibility for
16  11:17      dealing with issues of user requests for refunds?
17  11:18 A.   I I don't believe so, I think the poil is to issue the
18  11:18      funds when requested -- issue refunds when requested.
19  11:18 Q.   Is Mr. Ianakov an owner of Hotfile Corporation?
20  11:18 A.   No, he is not to does he have any ownership interests in
21  11:18      Hotfile Corporation?
22  11:18 A.   No, he does not.
23  11:18 Q.   Does he have an ownership interest in Hotfile Ltd?
24  11:18 A.   No.
25  11:18 Q.   E, he does not.
```

TSG Reporting - Worldwide    (877) 702-9580

| | | | |
|---|---|---|---|
| 1 | 14:32 | Q. | Do you consider Mr. Vangelov a technologist? |
| 2 | 14:32 | A. | I won't say so. |
| 3 | 14:32 | Q. | Do you consider Mr. Stoyanov a technologist? |
| 4 | 14:33 | A. | To a certain extent. |
| 5 | 14:33 | Q. | And does he write computer code? |
| 6 | 14:33 | A. | To my best knowledge, he used to, like 20 years ago. |
| 7 | 14:33 | Q. | Excuse me, did he write any of the code for Hotfile? |
| 8 | 14:33 | A. | No, he did not. |
| 9 | 14:33 | Q. | Did Mr. Vangelov? |
| 10 | 14:33 | A. | No, he did not. |
| 11 | 14:33 | Q. | Other than you and Mr. Chubarov, did anybody else write |
| 12 | 14:33 | | the code for Hotfile? |
| 13 | 14:33 | A. | Vasil Kolev can write a code but most of the time he |
| 14 | 14:33 | | doesn't enjoy the process so if it's very necessary to |
| 15 | 14:34 | | do some fix, he might do it but it's not his general |
| 16 | 14:34 | | practice to do so. |
| 17 | 14:34 | Q. | What about Mr. Ianakov? |
| 18 | 14:34 | A. | No, I don't think he writes any code. |
| 19 | 14:34 | Q. | In addition to his responsibilities in communicating |
| 20 | 14:34 | | with users, did Mr. Ianakov promote Hotfile through |
| 21 | 14:34 | | internet forums and the like? |
| 22 | 14:34 | MR. THOMPSON: | Objection, vague. |
| 23 | 14:35 | A. | Knot since the beginning. |
| 24 | 14:35 | BY MR. FABRIZIO: | |
| 25 | 14:35 | Q. | But in the gling he did? |

Rough Transcript

Page 105

```
1   14:35 A.   I believe so.
2   14:35 Q.   And you knew he was doing at the at the beginning?
3   14:35 A.   I think so.
4   14:35 Q.   And you approved of him doing it at the beginning?
5   14:35 A.   I guess I didn't say anything so ...
6   14:35 Q.   You understood he was trying to help Hotfile become more
7   14:35      well-known and gain users, correct?
8   14:35 A.   I think it was my understanding, yes.
9   14:35 Q.   So you considered his activities good for Hotfile?
10  14:35 MR.  THOMPSON:  Objection, vague.
11  14:36 A.   I don't know about all his activity but generally, yes.
12  14:36 Q.   Do you know any of the forums on which Mr. Ianakov
13  14:36      promoted Hotfile?
14  14:36 MR.  THOMPSON:  Objection, assumes facts?
15  14:36 A.   Nothing that I can remember now that were in
16  14:36      interrogatory response.
17  14:36 Q.   Sorry for that shorted die grex, I want to go back to
18  14:36      the remote upload feature for a minute, and to help fry
19  14:36      and place the timing of what 9 feature ceased to
20  14:36      exist, -- well, let me did ask you this -- strike that,
21  14:36      I'd asked you what led to the termination of the feature
22  14:36      but let me just ask the question slightly differently;
23  14:36      why did Hotfile stop this feature?
24  14:37 A.   I don't know for a fact, but -- or remember anything
25  14:37      particular.
```