# EXHIBIT D

Rough Transcript

Page 1

| | | |
|---|---|---|
| 1 | 07:45 | Thursday, 8th December, 2011 |
| 2 | 08:10 | VIDEOGRAPHER: This is the beginning of tape 1 volume 4 and |
| 3 | 08:10 | a continuation in the deposition of Mr and on Titov on |
| 4 | 08:10 | the record at 9.10. |
| 5 | 08:10 | Examination by Mr. Fabrizio, continued. |
| 6 | 08:11 | BY MR. FABRIZIO: |
| 7 | 08:11 Q. | Good morning, Mr. Titov, how are you? |
| 8 | 08:11 A. | Good morning, I'm good. |
| 9 | 08:11 Q. | Do you understand you're still under oath? |
| 10 | 08:11 A. | I do. |
| 11 | 08:11 Q. | S object maybe it was the day before, the days run |
| 12 | 08:11 | together, you mentioned that Hotfile used to have a -- |
| 13 | 08:11 | you mentioned that Hotfile using to have advertising on |
| 14 | 08:11 | the site, do you recall that? |
| 15 | 08:11 A. | Yes, I recall that. |
| 16 | 08:11 Q. | Okay. Where on the site did the ads appear? |
| 17 | 08:12 A. | I think it was on the download pages. |
| 18 | 08:12 Q. | On each download page? |
| 19 | 08:12 A. | I'm not sure. |
| 20 | 08:12 Q. | Well, I gress were there specific download pages on |
| 21 | 08:12 | which ads appear or did they generally appear on most |
| 22 | 08:12 | download pages? |
| 23 | 08:12 | MR. THOMPSON: Objection, vague. |
| 24 | 08:12 A. | Maybe on all pages, I'm not sure. |
| 25 | 08:12 Q. | Maybe on all pages? |

Rough Transcript

Page 73

| | | |
|---|---|---|
| 1 | 11:13 | in words or substance, were you referring to the fact |
| 2 | 11:13 | that Rapidshare's discontinuation of its affiliate |
| 3 | 11:13 | program might help explain why Hotfile's profits had |
| 4 | 11:13 | been increasing so rapidly? |
| 5 | 11:13 | MR. THOMPSON:  Objection, vague and ambiguous, and misstates |
| 6 | 11:13 | the document? |
| 7 | 11:14 | A.  I don't remember for a fact, but it makes sense. |
| 8 | 11:14 | BY MR. FABRIZIO: |
| 9 | 11:14 | Q.  Why would Rapidshare ties tinge its affiliate program |
| 10 | 11:14 | affect Hotfile's profits and cause them to increase? |
| 11 | 11:14 | MR. THOMPSON:  Objection, calls for speculation. |
| 12 | 11:14 | A.  Because I would say that we are competing companies in |
| 13 | 11:14 | the same industry and if users would withdraw from one |
| 14 | 11:15 | company, they will go to another. |
| 15 | 11:15 | Q.  And Rapidshare's termination of its affiliate program in |
| 16 | 11:15 | your view would cause its users to leave and go to |
| 17 | 11:15 | another service? |
| 18 | 11:15 | MR. THOMPSON:  Objection, calls for speculation and opinion? |
| 19 | 11:15 | A.  That could be the case. |
| 20 | 11:15 | Q.  Does Hotfile have a Twitter account? |
| 21 | 11:15 | A.  I believe so. |
| 22 | 11:15 | Q.  Okay, what's the Twitter account name, what's the |
| 23 | 11:15 | handle? |
| 24 | 11:16 | A.  -- maybe I can help you it's not a memory game is it |
| 25 | 11:16 | Hotfile unscore site? |

TSG Reporting - Worldwide    800-702-9580

Rough Transcript

Page 74

```
1    11:16 A.    Maybe, a can't remember.
2    11:16 Q.    And who tweets through that Hotfile Twitter account --
3    11:16 MR. THOMPSON:  Objection, vague.
4    11:16 MR. FABRIZIO:  May be to you but undoubtedly not to him.
5    11:16 A.    That would be Mr. Ianakov.
6    11:16 Q.    Anybody else?
7    11:16 A.    I don't belief so.
8    11:16 Q.    And is he -- is that part of -- is that something he's
9    11:16       permit to do as part of his job responsibility for
10   11:16       Hotfile?
11   11:16 MR. THOMPSON:  Objection assumes facts?
12   11:17 A.    I have imfor example that Mr. Stoyanov allowed him to do
13   11:17       so, yes.
14   11:17 MR. FABRIZIO:  I'm going to mark as Titov 164 a four-page
15   11:17       document that is a printout from the Hotfile Twitter
16   11:17       account, first, if you could just confirm that that is
17   11:17       in fact the Hotfile Twitter account?
18   11:17 A.    Yes, I believe so.
19   11:17 Q.    Okay, and as best you can tell, there's true and
20   11:18       accurate copy of the -- some of Hotfile tweets?
21   11:18 MR. THOMPSON:  Objection, lacks foundation, vague and
22   11:18       ambiguous.
23   11:18 A.    I don't know for a fact, but I don't have any reason to
24   11:18       doubt it.
25   11:18 BY MR. FABRIZIO:
```

```
                                                              Page 109
 1   14:00      an earlier time, so Oh, there we go, so is this a true
 2   14:00      and correct copy of the Hotfile FAQ page as it appeared
 3   14:01      on the Hotfile website in the July 2010 timeframe.
 4   14:01 MR. THOMPSON:   Objection, calls for a legal conclusion, and
 5   14:01      assume you mean excluding the court stamps and the like.
 6   14:01 MR. FABRIZIO:   Yes.
 7   14:01 A.   I don't have any reasons to believe it is not.
 8   14:01 BY MR. FABRIZIO:
 9   14:01 Q.   Okay, are you aware that the -- strike that, did the
10   14:01      fact that the page changed -- did the FAQ page change
11   14:01      between July 2010 and February of 2011 screw objection,
12   14:01      overbroad and vague?
13   14:01 A.   I don't know.
14   14:01 BY MR. FABRIZIO:
15   14:01 Q.   Okay, if you look at the third page of the exhibit , tea
16   14:01      the one in the upper right page 4 of 5 there, under the
17   14:01      question -- well, first of all, who wrote the yes, sir
18   14:01      and answer to the Hotfile fact?
19   14:01 A.   I believe it would be Andre Ianakov.
20   14:02 Q.   Did you review them?
21   14:02 A.   No, I did not.
22   14:02 Q.   Okay.
23   14:02 Q.   Did you have to approve them?
24   14:02 A.   No.
25   14:02 Q.   He was perfectly within his rights to write these and
```

Rough Transcript

Page 110

```
1   14:02        put them up on the website?
2   14:02 MR. THOMPSON:  Objection, vague and ambiguous, calls for
3   14:02        a legal conclusion?
4   14:02 A.     You mean since ease the one who is responds to go this
5   14:02        email, he's really the person who would know what
6   14:02        frequently questions are in reality, so I think he was
7   14:02        being given this task.
8   14:02 Q.     Okay, and you see under the question "affiliates" how do
9   14:03        I become platinum at the bottom/raise my rank" do you
10  14:03        see that?
11  14:03 A.     I see that.
12  14:03 Q.     And then in the third bullet, explaining that Hotfile
13  14:03        says:
14  14:03           "Up load files only if you intent to promote them
15  14:03        ^(ch doc)."
16  14:03           Have you ever heard Hotfile express that sentiment
17  14:03        other than on its FAG page.
18  14:03 MR. THOMPSON:  Objection -- r -- execution me were you fin
19  14:03        issued initialled nob that users wants to to upgrade
20  14:03        their rang should up load files e files only if they
21  14:03        intend to promote them.
22  14:04 MR. THOMPSON:  Objection, vague and ambition ^^(ch)?
23  14:04 A.     I don't know.
24  14:04 BY MR. FABRIZIO:
25  14:04 Q.     In words or substance, maybe not those exact words.
```