# EXHIBIT E



Log Out  |  Help  |  Security Center

# PayPal

| My Account | Send Payment | Request Money | Merchant Services | Products & Services |

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Manage users

Back to My Profile

These users have access to your PayPal account. 2 have the ability to move money. If you need more than 20 users with money-moving privileges, please contact us.

| User | Action required  What's this? |

**Andrey Yanakov**
User ID: ANDREYYANAKOV
Privileges: Send Money, Request Money, Add Funds, Refunds, Withdraw Funds, Cancel Payments, Mass Payments, Recurring Payments, Handle authorizations & settlements, View Balance, View Profile, Discuss account with Customer Service

Edit  |  Change Password  |  Remove

**Rumen Stoyanov**
User ID: RUMENSTOYANOV
Privileges: Refunds, Cancel Payments, Handle authorizations & settlements, View Balance, View Profile

Edit  |  Change Password  |  Remove

Add User

Mass Pay | Referrals | About Us | Account Types | Fees | Privacy | Security Center | Contact Us |
Legal Agreements | Gift Certificates |

Copyright © 1999-2011 PayPal. All rights reserved.