# EXHIBIT F

Page 1

1

2          ***ROUGH DRAFT TRANSCRIPT***

3

4                    -   -   -

5    CASE NAME:  Disney Enterprises Incorporated et al,

6    plaintiffs, versus Hotfile Corporation, Anton Titov

7    and Does 1 through 10, defendants

8    WITNESS NAME:  RUMEN STOYANOV

9    DATE OF DEPOSITION:  December 8th, 2011

10

11

12                    -   -   -

13

14   This is an unedited, unproofread, uncertified

15   transcript for attorneys' information only.  This

16   transcript may NOT be cited or quoted in documents

17   or used for examination purposes.

18              This raw transcript may contain the

19   following:

20

21

22              1.  Conflicts - an apparently wrong

23   word that has the same stenotype stroke as a

24   les-used word.  Conflicts are remedied by the

25   reporter in editing.

Rough Transcript

Page 28

1      A     No.

2      Q     Does Hotfile Limited also hold any

3  accounts with payment processing services?

4      A     Would you consider PayPal one of

5  these is this.

6      Q     I would, yes.

7      A     So yes we do have a PayPal account.

8      Q     Any others?

9      A     I don't think so.

10     Q     And who has authority to access and

11  make transfers from the PayPal account?

12     A     Anton Titov, Andrei Ianakov, and

13  myself.  I'm not sure however whether I am able to

14  make transfers from that account but I can access

15  it.

16     Q     Does Hotfile Limited hold only one

17  PayPal account or does it have several?

18     A     One.

19     Q     Does Hotfile Limited hold any

20  financial assets other than its Bulgarian bank

21  account and its PayPal account?

22     A     No.

23     Q     Do any persons who perform work for

24  Hotfile Limited hold any financial assets on

25  Hotfile Limited's account?