# EXHIBIT A

**REDACTED**

```
 8    09:34 Q.   Is Mr.Ianakov employed by Hotfile Corporation?
 9    09:34 A.   He's employed by Blue Ant elemented but works for
10    09:35      Hotfile Corporation.
```

**REDACTED**

```
22    09:36 Q.   Does anybody else have responsibility for general
23    09:36      operations of Hotfile?
24    09:36 A.   At a certain point, gStanislav Marnov.
25    09:36 Q.   And that's STANISLAVMANOV?
```

```
1    09:36 A.   Exactly.
2    09:36 Q.   When did Mr. Marnov assume responsibilities for general
3    09:36      operations?
4    09:36 A.   He started helping Andre Yanakov in spring ten,
5    09:37      I believe.
6    09:37 Q.   So prior to spring of 2010 it was just Mr. Ianakov
7    09:37      handling operations?
8    09:37 A.   I'm not sure of what your definition of operations is,
9    09:37      he was handling communications with users and, again
10   09:37      DMCA take down notice the.
```

**REDACTED**

REDACTED

```
14   14:14 Q.   As between Chubarov, Kolev and Ianakov, do you consider
15   14:14      any of them managers in that they supervise the others?
16   14:15 MR. THOMPSON:   Objection, vague.
17   14:15 A.   I don't think so.
```

REDACTED

**REDACTED**

| | | | |
|---|---|---|---|
| 11 | 15:01 | Q. | Does Mr. Stoyanov supervise Mr. Chubarov, Mr. Kolev and |
| 12 | 15:01 | | Mr. Ianakov as well? |
| 13 | 15:01 | A. | Chubarov Kolev and Ianakov, yes. |
| 14 | 15:01 | Q. | And Mr. Stoyanov supervises those gentlemen? |
| 15 | 15:01 | A. | Yes, he does. |

**REDACTED**