# EXHIBIT B

**REDACTED**

```
 5    08:16 Q.   Maybe I should put it this way, while he was there,
 6    08:16      Mr. Manov and through the the period, Mr. Ianakov, were
 7    08:16      they empowered by Hotfile to exercise their direction
 8    08:16      discretion in answering user correspondence?
 9    08:16 MR. THOMPSON:  Objection, vague and calls for a legal
10    08:16      conclusion.
11    08:16 A.   I would say to a certain extent.
12    08:16 BY MR. FABRIZIO:
13    08:16 Q.   To a certain extent?  What do that mean?
14    08:16 MR. THOMPSON:  Objection, vague.
15    08:17 A.   Probably there would be problems that they will address
16    08:17      to Rumen or to me and if they want me to tell them how
17    08:17      to solve this problem, they would generally get the idea
18    08:17      that this is the way that these problems should be
19    08:17      solved.
```

**REDACTED**

**REDACTED**

| | | | |
|---|---|---|---|
| 20 | 11:18 | A. | No, he is not to does he have any ownership interests in |
| 21 | 11:18 | | Hotfile Corporation? |
| 22 | 11:18 | A. | No, he does not. |
| 23 | 11:18 | Q. | Does he have an ownership interest in Hotfile Ltd? |
| 24 | 11:18 | A. | No. |
| 25 | 11:18 | Q. | E, he does not. |

REDACTED

| | | | |
|---|---|---|---|
| 18 | 11:19 | Q. | Does Mr. Ianakov receive any portion or percentage of |
| 19 | 11:19 | | Hotfile profits? |
| 20 | 11:19 | MR. THOMPSON: | Same objection. |
| 21 | 11:20 | A. | I don't know for a fact, but I don't believe so. |

REDACTED

REDACTED

| | | | |
|---|---|---|---|
| 18 | 16:48 | Q. | Is Mr. Ianakov vested with authority to set policy for |
| 19 | 16:48 | | Hotfile? |
| 20 | 16:48 | MR. THOMPSON: | Objection, vague. |
| 21 | 16:48 | A. | No, he's not. |



REDACTED