# EXHIBIT C

```
2   08:42 Q.   Well my question was not do you know whether he did
3   08:42      enlist other people, my question was whether he was
4   08:42      authorized by Hotfile to do so if he thought that was in
5   08:42      the best interests of Hotfile?
6   08:42 MR. THOMPSON:  Same objections and now asked and answered.
7   08:43 Q.   I am not aware if Hotfile permit him to do so.
```


REDACTED

REDACTED

```
 9   10:28 Q.   Could those four gentlemen Mrs. Chubarov Kolev Ianakov
10   10:28        or Manov have changed the price at a Hotfile charges for
11   10:28        prev subsubscription services without consulting with
12   10:28        the shareholders?
13   10:28 MR. THOMPSON:  Same objections.
14   10:28 A.   No really but I was talking about if there is a currency
15   10:29        conversion bug or something, they might fix it, but not
16   10:29        change the price.
17   10:29 BY MR. FABRIZIO:
18   10:29 Q.   Okay, could they change the benefits that Hotfile offers
19   10:29        to premium subscribers has opposed to free subscribers
20   10:29        without consulting with the shareholders?
21   10:29 MR. THOMPSON:  General, object, calling for speculation,
22   10:29        overbroad and compound.
23   10:29 A.   I don't believe so.
```

REDACTED