# EXHIBIT D

From: HotFile Corp <andrew@hotfile.com>
Date: 2011/12/13
Subject: Re: Важно - Andrei Ianakov Deposition Notice
To: Nasko **REDACTED**

Здравей Наско,

Прочетох писмото ти и съм много притеснен, че трябва да бъда разпитван от чужди адвокати, при условие, че съм служител в БлуАнт ООД и съм отговарял на имейли, свързани със съпорт на сайта хотфайл.ком.
Притеснявам се, че трябва да давам показания, свързани с дейноста на компанията Hotfile Corp, нямам нужното юридическо образование или познания и се притеснявам да бъда разпитван от чужди адвокати.
Събитията свързани с делото срещу хотфайл за които научавам ми причиняват силно психо-емоционално безпокойство, принасящо се в личен, здравословен и семеен план.
Обмисляйки тези неща реших да напусна фирмата БлуАнт.
Настоящето писмо нека да се счита за решението ми да напусна фирмата, считано от 15.12.2012.
Моля да получа обратно трудовата си книжка и свързаните с трудовия ми стаж документи.

13.12.2012
Андрей Янъков

2011/12/13 Nasko **REDACTED**
>
> Здравей Андрей,
>
> На deposition-ите по делото на филмовите студия срещу Hotfile, които
> минаха миналата седмица за първи път научихме информация за неща
> относно твоето поведение и действия към copyright въпроси.
> Много сме обезпокоени и може да имаме големи неприятности от нещата
> които научихме.
>
> Това поведение е накарало студиата да ни изпратят искане за твоя
> deposition (показания под клетва) на 23и Декември чрез видео
> конференция.
> Филмовите студия са казали, че ще търсят от съда във Флорида да издаде
> нареждане за твоето явяване.
> Нашите Hotfile Corp адвокати са казали на адвокатите на филмовите
> студия, че ти не си managing agent на Hotfile и не би трябвало да си
> обект на подобен рекуест за deposition към Hotfile.
> Въпреки това, моля те потвърди, че ще можеш и ще се явиш на депозишъна
> на 23и Декември и ще дадеш показания ако съдът във Флорида нареди.
>
> Поздрави,