**EXHIBIT "2"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV,
and DOES 1-10.

*Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

**[PROPOSED] ORDER DENYING DEFENDANTS'
<u>MOTION TO COMPEL DEPOSITION OF ANDREI IANAKOV</u>**

**THIS CAUSE** came before the Court on the Motion of Plaintiffs to Compel the Deposition of Andrei Ianakov ("Plaintiffs' Motion"). The Court has considered the Plaintiffs' Motion and being otherwise duly advised herein, it is hereby

CASE NO. 11-20427-WILLIAMS/TURNOFF

**ORDERED AND ADJUDGED** that the Plaintiffs' Motion is Denied.

**DONE AND ORDERED** in chambers at Miami, Florida this _____ day of December 2011.

                                                WILLIAM C. TURNOFF
                                                UNITED STATES MAGISTRATE JUDGE

cc:    All Counsel of Record