**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 11-20427-CV-WILLIAMS**

DISNEY ENTERPRISES, INC., *et al.*,

      Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

      Defendants.

_____

<u>ORDER</u>

**THIS MATTER** is before the Court on the Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings of Jennifer V. Yeh (DE 188).  Local Rule 4(b) provides that "[a] certification that the applicant has studied the Local Rules shall accompany the application . . . ."  Although Plaintiffs have properly submitted such motions (*see, e.g.,* DE 10 at 4), the instant motion lacks such a certification.  Accordingly, the motion is **DENIED** with leave to re-file.

**DONE AND ORDERED** in chambers in Miami, Florida, this 19th day of December, 2011.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record