Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

Upon consideration of Plaintiffs' Motion to File Documents Under Seal, and all of the papers submitted in support thereof, Plaintiffs' request to file documents under seal is GRANTED.

1. It is hereby ORDERED that Plaintiffs be permitted to file the following documents under seal and that the following documents remain under seal until the conclusion of the case:

    a. Plaintiffs' Motion and Memorandum of Law to Compel the Deposition of Andrei Ianakov (unredacted version);

    b. Exhibit A to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov;

    c. Exhibit B to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov;

    d. Exhibit C to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov;

    e. Exhibit D to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov;

    f. Exhibit E to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov; and

    g. Exhibit F to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov.

DONE AND ORDERED in chambers at Miami, Florida this 19 day of DEC, 2011.

William C. Turnoff
United States Magistrate Judge

cc: All Counsel of Record