FILING FEE

PAID _75.00_

pro hac
vice _304 35_

Steven M. Larimore, Clerk

FILED by _CBR_ D.C.

DEC 2 0 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants.*

_____/

HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*

_____/

## MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and

Practice of Attorneys of the United States District Court for the Southern District of Florida, the

undersigned respectfully moves for the admission of Jennifer V. Yeh, Esq., of the law firm of

Jenner & Block, 1099 New York Avenue, N.W., Suite 900, Washington D.C., telephone (202)

639-6097, for purposes of limited appearance as counsel on behalf of Plaintiffs, Disney

1

Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc., in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Jennifer V. Yeh, to receive electronic filings in this case, and in support thereof states as follows:

     1.    Jennifer V. Yeh is not admitted to practice in the Southern District of Florida and is a member of good standing of the Washington, D.C. Bar and Court of Appeals for the District of Columbia.

     2.    Movant, Karen L. Stetson, Esquire, of the law firm of GrayRobinson, 1221 Brickell Avenue, Suite 1650, Miami, Florida 33131, telephone: (305) 416-6880, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communication regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

     3.    In accordance with the local rules of this Court, Jennifer V. Yeh has made payment of this Court's $75 admission fee.  A certificate in accordance with Rule 4B is attached hereto.

2

4.      Jennifer V. Yeh, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jennifer V. Yeh, Esq. at email address: jyeh@jenner.com.

WHEREFORE, Karen L. Stetson moves this Court to enter an Order permitting Jennifer V. Yeh to appear before this Court on behalf of Plaintiffs, Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jennifer V. Yeh.

Respectfully submitted,

GRAY-ROBINSON, P.A.
1221 Brickell Avenue, 16th Floor
Miami, FL 33131
Telephone: (305) 416-6880
Facsimile:  (305) 416-6887

By:  _Kar L Stet_
     Karen L. Stetson
     Florida Bar No. 742937
     Karen.stetson@gray-robinson.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

   *Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 20th day of December, 2011, I served the following document on all counsel of record on the attached service list via the Court's CM/ECF filing system:

> **Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this Certificate of Service was executed on this date.

By: *Kar L Stetson*

Karen L. Stetson

1

**SERVICE LIST**

**Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.**
**CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF**

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and
Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and
Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and
Anton Titov*

2



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, *JULIO A. CASTILLO,* Clerk of the District of Columbia Court of

Appeals, do hereby certify that

### JENNIFER YEH

was on the _____ 10TH day of _____ SEPTEMBER, 2010 _____

duly qualified and admitted as an attorney and counselor entitled to

practice before this Court and is, on the date indicated below, an

active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my
name and affixed the seal of
this Court at the City of
Washington, D.C., on
December 13, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## CERTIFICATE OF JENNIFER V. YEH

Jennifer V. Yeh, Esq., pursuant to Rule 4(b) of the Special Rules Governing the

Admission and Practice of Attorneys, hereby certify that (1) I have studied the Local Rules of the

United States District Court for the Southern District of Florida; and (2) I am a member in good

standing of the Washington, D.C. Bar and Court of Appeals for the District of Columbia.

Jennifer V. Yeh

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

   *Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

**[PROPOSED] ORDER GRANTING MOTION FOR LIMITED APPEARANCE
OF JENNIFER V. YEH, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE having come before the Court on the Motion for Limited Appearance of

Jennifer V. Yeh and Consent to Designation, requesting, pursuant to Rule 4B of the Special

Rules Governing the Admission and Practice of Attorneys in the United States District Court for

the Southern District of Florida, permission for a limited appearance of Jennifer V. Yeh in this

matter and request to electronically receive notice of electronic filings.  This Court having considered the motion and all other relevant factors, it is hereby

      ORDERS and ADJUDGED that:

      The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED.  Jennifer V. Yeh is granted to appear and participate in this action on behalf of Plaintiffs, Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc.  The Clerk shall provide electronic notification of all electronic filings to Jennifer V. Yeh at jyeh@jenner.com.

      DONE AND ORDERED in Chambers at _____, Florida this _____ day of December 2011.


                                       _____
                                       William C. Turnoff
                                     United States Magistrate Judge


cc:    All Counsel of Record