# ATTACHMENT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
 _____/

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL THE DEPOSITION OF ANDREI IANAKOV

THIS CAUSE came before the court on Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov.  This Court has considered Plaintiffs' Motion and related pleadings, and for good cause shown, it is hereby:

ORDERED AND ADJUDGED that Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov is hereby GRANTED.  Defendants shall produce Andrei Ianakov for deposition by videoconference pursuant to Plaintiffs' notice of deposition.

DONE AND ORDERED in chambers at Miami, Florida this ____ day of _____ 2011.

_____\
William C. Turnoff
United States Magistrate Judge

cc: All Counsel of Record