# ATTACHMENT D

# EXHIBIT A

Highly Confidential

Page 1

1               UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
2            CASE NO. 11-20427-WILLIAMS/TURNOFF
3    - - - - - - - - - - - - - - - - - - - - - - - - -
     DISNEY ENTERPRISES,
4    INC., TWENTIETH CENTURY
     FOX FILM CORPORATION,
5    UNIVERSAL CITY STUDIOS
     PRODUCTIONS LLLP,
6    COLUMBIA PICTURES
     INDUSTRIES, INC., and
7    WARNER BROS.
     ENTERTAINMENT, INC.,
8
9              Plaintiff,
10   v.
11   HOTFILE CORP., ANTON
     TITOV, and DOES 1-10,
12
13             Defendants.
14
15   HOTFILE CORP.,
16             Counterclaimant,
17   v.
18   WARNER BROS ENTERTAINMENT
     INC.,
19             Counterdefendant.
20   - - - - - - - - - - - - - - - - - - - - - - - - -
                         VOLUME I
21            H I G H L Y   C O N F I D E N T I A L
             (Pursuant to protective order, the following
22       transcript has been designated highly confidential)
23              30(b)(6) DEPOSITION OF ANTON TITOV
                       Radisson Blu Hotel
24                       Sofia, Bulgaria
                   Monday, December 5, 2011
25                    Job Number: 44174

Highly Confidential

Page 33

1            ████████████████████████

2   A.   General operations would be -- begin once the site

3        starts operating.  Everything else before that is

4        development, in my understanding.

5   Q.   Okay.

6   A.   Do you agree?

7   Q.   That's fair enough.

8   A.   So, from the beginning or almost from the beginning,

9        Andre Ianakov would be responsible for communications

10       with users, and handling DMCA takedown notices.

11  Q.   Is Mr. Ianakov a manager?

12  MR. THOMPSON:  Objection, vague.  Calls for a legal

13       conclusion.

14  BY MR. FABRIZIO:

15  Q.   Let me ask it this way:  Does Mr. Ianakov have a title

16       at Hotfile?

17  A.   I don't think anybody at Hotfile really has a title.

18  Q.   Is Mr. Ianakov employed by Hotfile Corporation?

19  A.   He's employed by ████████████ but works -- he does

20       work for Hotfile Corporation, yes.

21  Q.   To your knowledge, does he perform work for any other

22       company?

23  A.   I am not aware of any.

24  Q.   And you said communicates with users and DMCA takedown

25       notices.  Does Mr. Ianakov have any other general

Highly Confidential

Page 34

```
1        operations responsibilities?
2    A.  I don't think anything else would be -- could be defined
3        as his responsibility.
4    ████████  ████████████████████████████████████████████
     █    ████████████████████     ███████████████████████████
     █    ███████████████████████████████
     █    ██████████  ██  █████████████████████████████████
     █    █████████████
     █  █ █████████████████████████
     █ ███████████
     █ █ █████████████████████████████████████
     █ █ ███████████████████████
     █ █ ███████████████████████████
     █ █ ██████████████████████████████
     █ █ ██████████
16   Q.  When did Mr. ████ assume responsibilities for general
17       operations?
18   A.  He started helping Andre Ianakov in spring 2010,
19       I believe.
20   Q.  So prior to spring of 2010, it was just Mr. Ianakov
21       handling operations?
22   A.  I'm not sure of what your definition of "operations" is.
23       He was handling communications with users and, again,
24       DMCA takedown notices.
25   Q.  Did Mr. Ianakov report to anybody else?
```

Highly Confidential

Page 35

1   MR. THOMPSON:  Objection, vague.

2   A.  I don't think he -- we have strictly defined reporting

3       structure, but it is my impression that he would

4       normally report to ▮▮▮▮▮▮▮▮.  And of course

5       technical problems would be reported to me.

6   BY MR. FABRIZIO:

7   Q.  Professionally, you were Mr. Ianakov's superior?

8   MR. THOMPSON:  Objection, vague and ambiguous.

9   A.  I consider myself superior to Mr. Ianakov.

10  BY MR. FABRIZIO:

11  Q.  If you gave him instructions about things to do with

12      Hotfile, you would expect him to carry them out because

13      you told him to, correct?

14  MR. THOMPSON:  Objection, overbroad.

15  A.  I would expect so.  But to the extent if he thinks that

16      instruction I'm giving him he's considering unimportant,

17      he show choice, he would probably ask if I conferred

18      with ▮▮▮ and probably ▮▮▮.

19  BY MR. FABRIZIO:

20  Q.  Okay.  Other than Mr. Ianakov and eventually Mr. ▮▮▮,

21      has anybody else worked on the general operations of

22      Hotfile?

23  MR. THOMPSON:  Objection, vague.

24  A.  It really depends what you -- how you define "general

25      operations."

Page 36

1  BY MR. FABRIZIO:
2  Q. Well, how do you define "general operations"?
3  A. This is my first time defining general operations, but
4     I would say things that had to be done day to day.
5  Q. All right. With that definition, other than Mr. Ianakov
6     and ████, was there anybody else?
7  A. To the extent that Hotfile servers require and required
8     maintenance, and that we would be needing off on
9     provisioning of new servers at first, I was dealing with
10    these tasks. And since ████████ started working for
11    Hotfile Corp., and the more he -- he started performing
12    most of the these duties.