# ATTACHMENT F

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - -

DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, COLUMBIA PICTURES INDUSTRIES, INC., and WARNER BROS. ENTERTAINMENT, INC.,

Plaintiff,

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10,

Defendants.

HOTFILE CORP.,

Counterclaimant,

v.

WARNER BROS ENTERTAINMENT INC.,

Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - -

VOLUME III

H I G H L Y C O N F I D E N T I A L

(Pursuant to protective order, the following transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV

Radisson Blu Hotel
Sofia, Bulgaria
Wednesday, December 7, 2011
AT: 9:09 a.m.

Job # 44429





Q. So has Mr. Ianakov been -- strike that.

Has reviewing and responding to user communications been part of Mr. Ianakov's responsibilities from the launch of Hotfile through to the present?

MR. THOMPSON: Objection, overbroad.

A. I believe so.

BY MR. FABRIZIO:

Q. Okay. And what are Mr. Ianakov's and, while he was doing it, Mr. [REDACTED] responsibilities with regard to user correspondence?

MR. THOMPSON: Objection, overbroad.

A. Generally to address users' problems and to try to help them.

BY MR. FABRIZIO:

Q. Okay. Did you supervise Mr. Ianakov and/or Mr. [REDACTED], when he was there, with regard to user communications?

MR. THOMPSON: Objection, vague.

A. I won't say it's fair to say that I do supervise them. To the extent that a user may have a technical problem, they may contact me, if they think that it's a problem I can help them with.

BY MR. FABRIZIO:

Q. Okay. Does somebody have a responsibility for supervising Mr. [REDACTED] and Ianakov in responding to user communications?

MR. THOMPSON: Same objection.

A. Well, it's not strictly written anywhere or anything else, and my understanding is that, to a certain extent, [REDACTED] is supervising them.

BY MR. FABRIZIO:

Q. Well, maybe I should put it this way; while he was there Mr. [REDACTED] and throughout the period, Mr. Ianakov, were they empowered by Hotfile to exercise their discretion in answering user correspondence?

MR. THOMPSON: Objection. Vague and calls for a legal conclusion.

A. I would say to a certain extent.

BY MR. FABRIZIO:

Q. "To a certain extent"? What does that mean?

MR. THOMPSON: Objection, vague.

A. Probably there would be problems that they will address to [REDACTED] or to me, and if they want me to tell them how

to solve this problem, they would generally get the idea that this is the way that these problems should be solved.

BY MR. FABRIZIO:

Q. Okay. How is it determined which problems they bring to you or Mr. -- let me just get his name.

MR. THOMPSON: [redacted]

MR. FABRIZIO: [redacted]

MR. THOMPSON: [redacted]

BY MR. FABRIZIO:

Q. [redacted] Let me repeat that. How does -- how do they -- strike that.

How is Mr. Ianakov supposed to determine which problems he brings to you or Mr. [redacted]?

MR. THOMPSON: Objection, lacks foundation, calls for speculation.

A. I don't know how he decides.

BY MR. FABRIZIO:

Q. Okay. So he uses his discretion to decide this?

A. I will help him to solve the problem, I guess.

Q. If a user communication and comes in and Mr. Ianakov and Mr. [redacted] believe that they can respond to it without -- because it doesn't create a problem, are they allowed to respond to it without somebody else from Hotfile reviewing it?





MR. THOMPSON: Objection, overbroad and vague.

A. I think so.



Q. Okay. So is it correct to say that all email -- or all user communications sent to the Contact us page are routed to a single mailbox, which is a gmail account?

A. I'm not sure about "single," but generally, yes.
Q. Okay. And maybe more than one mailbox?
A. Yeah, there might be.
Q. What gmail accounts are used to receive communications from users through the Contact us page?
A. I believe one is hotfile.general.
Q. @gmail.com?
A. Yes.
Q. Are there others that are used to receive Contact us page communications from users?
A. I think there is one called hotfile.mailbox. I don't know them all. There might be more.
Q. Okay. And is Mr. Ianakov responsible for reviewing all of those mailboxes?
A. Yes, he is.
Q. Okay. Have you ever yourself gone into those gmail accounts and reviewed user communications?
MR. THOMPSON: Objection, overbroad and vague.
A. Yeah, I think so.
[redacted]

[redacted]

Q. Okay. And look at exhibit 146, please.
A. Yes.
Q. This user says that they're no longer able to download TV serial -- strike that.
The user says that he is no longer able to download TV series and then says:
"If you no longer support this feature, then I would like a refund as your service is of no use as it cannot be accessed."
Do you see that?
A. I do see that.
Q. Was this user a premium subscriber?
A. From what it says in the email, yes, he was.
Q. Okay. And the email reflects that this user last visited a page concerning Two and a Half Men?
MR. THOMPSON: Objection, the document speaks for itself, and misstates its content.
A. Yes, there is a URL with Two and a Half Men in the subject.
BY MR. FABRIZIO:
Q. And, to your knowledge, did Hotfile respond to this user?

A. I don't know.

Q. In the period of time after the filing of this lawsuit, did other users ask Hotfile for refunds because some of the files they wanted to get were no longer available?

MR. THOMPSON: Objection, overbroad, calls for speculation.

A. I don't know.

BY MR. FABRIZIO:

Q. Who at Hotfile would handle requests for refunds?

A. That would be Andre.

[redacted]



Q. In addition to his responsibilities in communicating with users, did Mr. Ianakov promote Hotfile through internet forums and the like?

MR. THOMPSON: Objection, vague.

A. Not since the beginning.

BY MR. FABRIZIO:
Q. But in the beginning he did?
A. I believe so.
Q. Okay. And you knew he was doing it at the beginning?
A. I think so.
Q. And you approved of him doing it at the beginning?
A. I guess I didn't say anything, so ...
Q. You understood he was trying to help Hotfile become more well-known and gain users, correct?
A. I think it was my understanding, yes.
Q. So you considered his activities good for Hotfile?
MR. THOMPSON: Objection, vague.
A. I don't know about all his activities but, generally, yes.
BY MR. FABRIZIO:
Q. Do you know any of the forums on which Mr. Ianakov promoted Hotfile?
MR. THOMPSON: Objection, assumes facts.
A. Nothing that I can remember now, they were in interrogatory response.
[redacted]