# ATTACHMENT G

# EXHIBIT D

HIGHLY CONFIDENTIAL

Page 555

1                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
2             CASE NO. 11-20427-WILLIAMS/TURNOFF
3      - - - - - - - - - - - - - - - - - - - - - - - - - -
       DISNEY ENTERPRISES,
4      INC., TWENTIETH CENTURY
       FOX FILM CORPORATION,
5      UNIVERSAL CITY STUDIOS
       PRODUCTIONS LLLP,
6      COLUMBIA PICTURES
       INDUSTRIES, INC., and
7      WARNER BROS.
       ENTERTAINMENT, INC.,
8
9               Plaintiff,
10     v.
11     HOTFILE CORP., ANTON
       TITOV, and DOES 1-10,
12
13              Defendants.
14
15     HOTFILE CORP.,
16              Counterclaimant,
17     v.
18     WARNER BROS ENTERTAINMENT
       INC.,
19              Counterdefendant.
20     - - - - - - - - - - - - - - - - - - - - - - - - - -
                         VOLUME IV
21          H I G H L Y   C O N F I D E N T I A L
            (Pursuant to protective order, the following
22     transcript has been designated highly confidential)
23             30(b)(6) DEPOSITION OF ANTON TITOV
                      Radisson Blu Hotel
24                    Sofia, Bulgaria
                 Thursday, December 8, 2011
25     Job #44430           AT:  9:10 a.m.

H I G H L Y   C O N F I D E N T I A L

Page 637

■   ■   ████████████████████████

■   ██████████████████

3   Q.   Does Hotfile have a Twitter account?

4   A.   I believe so.

5   Q.   Okay.  What's the Twitter account name?  What's the

6        handle?

7            Maybe I can help you, it's not a memory game.  Is it

8        "hotfile_site"?

9   A.   Maybe.  I can't remember.

10  Q.   And who tweets through that Hotfile Twitter account?

11  MR. THOMPSON:  Objection, vague.

12  MR. FABRIZIO:  Maybe to you, but undoubtedly not to him.

13  A.   That would be Mr. Ianakov.

14  BY MR. FABRIZIO:

15  Q.   Anybody else?

16  A.   I don't believe so.

17  Q.   Okay.  And is he -- is that part of -- is that something

18       he's permitted to do as part of his job responsibility

19       for Hotfile?

20  MR. THOMPSON:  Objection, assumes facts.

21  A.   I have impression that Mr. ██████ allowed him to do

22       so, yes.

■   ████████████   ████████████████████████

■   ████████████████████████████████

■   ██████████

H I G H L Y   C O N F I D E N T I A L

Page 674

10   Q.   Oh.  Oh, there we go.  So this is a true and correct

11        copy of the Hotfile FAQ page as it appeared on the

12        Hotfile website in the July 2010 timeframe?

13   MR. THOMPSON:  Objection, calls for a legal conclusion, and

14        I assume you mean excluding the court stamps and the

15        like?

16   MR. FABRIZIO:  Yes.

17   A.   I don't have any reasons to believe it is not.

18   BY MR. FABRIZIO:

19   Q.   Okay.  Are you aware that the -- strike that.

20        Did the FAQ page change between July of 2010

21        and February of 2011?

22   MR. THOMPSON:  Objection, overbroad and vague.

23   A.   I don't know.

24   BY MR. FABRIZIO:

25   Q.   Okay.  If you look at the third page of the exhibit,

HIGHLY CONFIDENTIAL

Page 675

1    it's the one in the upper right marked "Page 4 of 5"

2    there, under the question -- well, first of all, who

3    wrote the questions and answers to the Hotfile FAQ?

4  A.  I believe it would be Andre Ianakov.

5  Q.  Did you review them?

6  A.  No, I did not.

7  Q.  Okay.  Did you have to approve them?

8  A.  No.

9  Q.  He was perfectly within his rights to write these and

10    put them up on the website?

11  MR. THOMPSON:  Objection, vague and ambiguous, calls for

12    a legal conclusion.

13  A.  You mean since he's the one who is responding to the

14    query in the email, he's really the person who would

15    know what frequently questions are in reality, so

16    I think he was being given this task.

