# ATTACHMENT H

# EXHIBIT E



Confidential                                                                                                                                                       HF02855404