# ATTACHMENT I

# EXHIBIT F

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2           CASE NO. 11-20427-WILLIAMS/TURNOFF
 3    DISNEY ENTERPRISES, INC.,             )
      TWENTIETH CENTURY FOX FILM            )
 4    CORPORATION, UNIVERSAL CITY           )
      STUDIOS PRODUCTIONS LLLP,             )
 5    COLUMBIA PICTURES INDUSTRIES          )
      INC., and WARNER BROS.                )
 6    ENTERTAINMENT INC.,                   )
                                            )
 7              Plaintiffs,                 )
                                            )
 8    -vs-                                  )
                                            )
 9    HOTFILE CORP., ANTON TITOV,           )
      and DOES 1-10,                        )
10                                          )
                Defendants.                 )
11    _____  )
                                            )
12    HOTFILE CORP.,                        )
                                            )
13              Counterclaimant,            )
                                            )
14       -vs-                               )
                                            )
15    WARNER BROS. ENTERTAINMENT, INC.,     )
                                            )
16              Counterdefendant.           )
                                            )
17
           VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
18
                              OF
19

20
                     HIGHLY CONFIDENTIAL
21
             on Thursday, December 8, 2011
22              commencing at 9:10 a.m.
                      Taken at:
23              The Raddison Blu Hotel
                   Sofia, Bulgaria
24    Job Number:   43401
25    Reported by:  Thelma Harries, MBIVR, ACR
```

```
 1      █     █  ████████
 2      █     █  ██████████████████
 3      █     █  ███
 4           Q    Does Hotfile Limited also hold any
 5   accounts with payment processing services?
 6           A    Would you consider PayPal one of
 7   these?
 8           Q    I would, yes.
 9           A    So, yes, we do have a PayPal account.
10           Q    Any others?
11           A    I don't think so.
12           Q    And who has authority to access and
13   make transfers from the PayPal account?
14           A    Anton Titov, Andrei Ianakov and
15   myself.  I'm not sure, however, whether I am able
16   to make transfers from that account but I can
17   access it.
```