UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____ /

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____ /

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SUBSTITUTE NEWLY REDACTED VERSIONS OF MOTION TO COMPEL THE DEPOSITION OF ANDREI IANAKOV AND SUPPORTING DOCUMENTATION**

Upon consideration of Plaintiffs' Motion to Substitute Newly Redacted Versions of the Motion to Compel the Deposition of Andrei Ianakov and Supporting Documentation in Place of Publicly Filed Versions and the papers submitted in support thereof, Plaintiffs' motion is GRANTED.

It is hereby ORDERED that the following documents shall be deemed substituted for the identified entry on the docket:

| Attachment to Motion | To Be Substituted As |
|---|---|
| A – Plaintiffs' Motion and Memorandum of Law to Compel the Deposition of Andrei Ianakov and Request for Expedited Briefing | Docket No. 184 |
| B – Proposed Order Granting Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov | Docket No. 184-1 |
| C – Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov | Docket No. 185-1 |
| D – Exhibit A to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov | Docket No. 185-2 |
| E – Exhibit B to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov | Docket No. 185-3 |
| F – Exhibit C to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov | Docket No. 185-4 |
| G – Exhibit D to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov | Docket No. 185-5 |
| H – Exhibit E to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov | Docket No. 186-6 |
| I – Exhibit F to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov | Docket No. 185-7 |

IT IS SO ORDERED.

Dated _____, 2011.

_____
Kathleen M. Williams
United States District Judge

cc: All counsel of record