UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL (Dkt. No. 186)

Plaintiffs hereby give notice of withdrawal of Plaintiffs' Motion to File Documents Under Seal (Dkt. No. 186). Defendants have agreed that the previously redacted material based on defendants' confidentiality designation may now be publicly disclosed. Accordingly, plaintiffs are now filing publicly the documents that they sought to file under seal: (1) Plaintiffs' Motion and Memorandum of Law to Compel the Deposition of Andrei Ianakov; (2) Exhibit A to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov; (3) Exhibit B to the Declaration of Luke C. Platzer in Support of Plaintiffs'

Motion to Compel the Deposition of Andrei Ianakov; (4) Exhibit C to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov; (5) Exhibit D to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov; (6) Exhibit E to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov; and (7) Exhibit F to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov.  Plaintiffs will separately file a motion to substitute newly redacted documents for the versions filed in the public record (Dkt. Nos. 185 and 186).

Dated: December 22, 2011

Respectfully submitted,

By: /s/ Karen L. Stetson
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, FL 33131
Telephone: (305) 416-6880
Facsimile:  (305) 416-6887

MOTION PICTURE ASSOCIATION
 OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone:  (818) 995-6600
Fax:  (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile:  (202) 639-6066

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd Day of December, 2011, I served the following documents on all counsel of record on the attached service list via the Court's CM/ECF filing system:

**Plaintiffs' Notice of Withdrawal of Plaintiffs' Motion to File Documents Under Seal**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this certificate of Service was executed on this date.

> By: /s/ Karen L. Stetson
> Karen L. Stetson

## SERVICE LIST

### Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
### CASE NO. 11-CIV-20427-JORDAN

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*