UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.

_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.

_____/

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF
DEADLINES SET FORTH IN THE COURT'S SCHEDULING ORDER (DKT # 133)
AND ORDER ON MOTION FOR EXTENSION OF TIME (DKT # 157)**

THIS CAUSE came before the court on the Parties' Joint Motion for Extension of
Deadlines Set Forth in the Scheduling Order (Dkt # 133), as modified by the Court's Order on
Motion for Extension of Time (Dkt # 157), to Complete Rebuttal Expert Reports and Expert
Discovery, respond to discovery motions, and file motions for summary judgment.  This Court
has considered the agreed motion and being otherwise duly advised here, it is hereby:

ORDERED AND ADJUDGED that the Joint Motion for Extension of Deadlines to is hereby GRANTED.  The Scheduling Order in this case (Dkt # 133) is modified as follows:

| | |
|---|---|
| January 6, 2012 | Parties exchange rebuttal expert witness summaries and reports required by Local Rule 16.1.K. |
| January 20, 2012 | Rebuttal expert depositions are completed. |
| February 3, 2012 | Motions for Summary Judgment on Hotfile Corp.'s Counterclaim against Warner Bros. Entertainment, Inc. ("Counterclaim") are filed. |
| February 10, 2012 | All other Motions for Summary Judgment unrelated to the Counterclaim are filed. |
| February 24, 2012 | Oppositions to Motions for Summary Judgment on the Counterclaim are filed. |
| March 2, 2012 | Oppositions to Motions for Summary Judgment unrelated to the Counterclaim are filed. |
| March 9, 2012 | Replies in Support of Motions for Summary Judgment on the Counterclaim are filed. |
| March 16, 2012 | Replies in Support of Motions for Summary Judgment unrelated to the Counterclaim are filed. |

In addition, the following schedule sets forth the deadlines for filing responses to the Parties' discovery motions.

| | |
|---|---|
| January 5, 2012 | Oppositions to any discovery motions filed on December 23, 2011. |
| | Replies in support of Plaintiffs' Motion to Compel the Production of Titov Deposition Exhibit 27 (Dkt # 180) and Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov (Dkt # 184). |
| January 10, 2012 | Replies in support of any discovery motions filed on December 23, 2011. |

If Plaintiffs so choose, Plaintiffs may combine their motion for summary judgment on Anton Titov's liability with their motion for summary judgment on Hotfile Corp.'s liability, with any memorandum in support of such a consolidated motion not to exceed 40 pages.  Defendants' opposition to such a consolidated motion shall not exceed 40 pages, and the reply memorandum in support of such a motion not to exceed 20 pages.

DONE AND ORDERED in chambers at Miami, Florida this _____ day of _____ 2011.

_____
Kathleen M. Williams
United States District Judge

cc:     All Counsel of Record