UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
                                                                        /

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
                                                                        /

### [PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED MOTION AND MEMORANDUM OF LAW TO COMPEL PRODUCTION OF DOCUMENTS FROM LEMURIA COMMUNICATIONS, INC.

Upon consideration of Plaintiffs' Renewed Motion to Compel Production of Documents From Lemuria Communications, Inc. ("Lemuria"), and all of the papers submitted in support thereof, Plaintiffs' Motion is GRANTED.  The Court finds that Lemuria should be ordered to produce documents responsive to Requests Nos. 1(a), (b), and (d), and 2(d) of the subpoena, to the extent those documents relate to Hotfile's operations, as follows:

1

2

It is hereby ORDERED that Lemuria shall produce:

a. All documents pertaining to Lemuria's relationship with the website accessible at www.hotfile.com ("Hotfile"), in particular: (1) all documents pertaining to communications with Defendants or any "Hotfile Entity" (defined to include Hotfile Corp., Hotfile, Ltd., or any other entity involved in the operation of Hotfile, including Blue Ant), that relate to the operations of Hotfile, (2) all documents pertaining to Lemuria's role in operating Hotfile, and (3) all documents pertaining to any contracts, agreements, undertakings, or understandings pertaining to Defendants or Hotfile that relate to the operations of Hotfile;

b. All documents documents pertaining to any agreements, contracts, undertakings, or understandings between Lemuria and any Hotfile Entity that relate to the operations of Hotfile.

IT IS SO ORDERED.

Dated _____, 2011.

_____
United States District Court Judge