UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

### [PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED MOTION AND MEMORANDUM OF LAW TO COMPEL PRODUCTION OF PARTICULAR SOURCE CODE

Upon consideration of Plaintiffs' Renewed Motion to Compel Production of Documents of Particular Source Code, and all of the papers submitted in support thereof, Plaintiffs' Motion is GRANTED.

It is hereby ORDERED that defendants shall produce any and all portions of Hotfile's source code files (including in-file programmer comments), source code revision history, or source code management system check-in comments that refer to, relate to, or are used for

1

Hotfile's processes for disabling files or URL links in response to takedown notices, or its processes for using "hash" information to prevent or block specific subsequently uploaded files from being available for download.

IT IS SO ORDERED.

Dated _____, 2011.

_____
United States District Court Judge