UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**'] ORDER GRANTING PLAINTIFFS' MOTION TO SUBSTITUTE NEWLY REDACTED VERSIONS OF MOTION TO COMPEL THE DEPOSITION OF ANDREI IANAKOV AND SUPPORTING DOCUMENTATION**

Upon consideration of Plaintiffs' Motion to Substitute Newly Redacted Versions of the Motion to Compel the Deposition of Andrei Ianakov and Supporting Documentation in Place of Publicly Filed Versions [DE 95] and the papers submitted in support thereof, Plaintiffs' motion is GRANTED.

It is hereby ORDERED that the following documents shall be deemed substituted for the identified entry on the docket:

| Attachment to Motion | To Be Substituted As |
|---|---|
| A – Plaintiffs' Motion and Memorandum of Law to Compel the Deposition of Andrei Ianakov and Request for Expedited Briefing | Docket No. 184 |
| B – Proposed Order Granting Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov | Docket No. 184-1 |
| C – Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov | Docket No. 185-1 |
| D – Exhibit A to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov | Docket No. 185-2 |
| E – Exhibit B to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov | Docket No. 185-3 |
| F – Exhibit C to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov | Docket No. 185-4 |
| G – Exhibit D to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov | Docket No. 185-5 |
| H – Exhibit E to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov | Docket No. 186-6 |
| I – Exhibit F to the Declaration of Luke C. Platzer in Support of Plaintiffs' Motion to Compel the Deposition of Andrei Ianakov | Docket No. 185-7 |

IT IS SO ORDERED.

Dated 12/27, 2011.

William C. Turnoff
United States Magistrate Judge

cc: All counsel of record