UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF



DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiffs, by and through undersigned counsel and pursuant to Local Rule 5.4, file this Motion to File Documents Under Seal as follows:

1. The documents are described as follows: 1) Plaintiffs' Renewed Motion and Memorandum of Law to Compel Production of Documents from Lemuria Communications, Inc. (unredacted version); and 2) Exhibit A to the Declaration of Duane C. Pozza in Support of Plaintiffs' Renewed Motion and Memorandum of Law to Compel Production of Documents

from Lemuria, Communications, Inc., consisting of excerpts from the final transcript of the deposition testimony of Anton Titov.

2. The documents should remain sealed until the conclusion of this case. Upon expiration of the sealing period, the sealed documents should be returned to Plaintiffs' counsel.

3. This motion is filed pursuant to ¶ 16 of the Stipulated Protective Order entered by this court on May 19, 2011 (Dkt # 68), which states that "[i]f a pleading contains information designated Confidential or Highly Confidential by another party, the designating party will be deemed to have consented to a motion to file the pleading under seal."

4. The Motion and Memorandum and deposition transcript disclose information that has been designated as Confidential and Highly Confidential by Defendants.

5. Plaintiffs are mindful of the Court's instructions to avoid unnecessary filings under seal. The materials cited in and attached to this Motion, however, are necessary to the Court's ability to evaluate the matters presented, and cannot be usefully described in the Motion without revealing substantially the same information that Defendants designated Confidential or Highly Confidential in the underlying exhibits. In an effort to avoid the filing of this Motion under seal unnecessarily, Plaintiffs sought the consent of Defendants to file publicly the materials cited within and attached to the Motion to Compel. However, as of the time of filing, Defendants did not consent to the public filing or propose any alternative means of presenting the issues to the Court absent an under seal filing.

Dated: December 23, 2011

Respectfully submitted,
By: /s/ Karen L. Stetson
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor

Miami, Fl 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

MOTION PICTURE ASSOCIATION
 OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone: (818) 995-6600
Fax: (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for Plaintiffs*

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY pursuant to Local Rule 7.1(a)(3), U.S. District Court for the Southern District of Florida, that an individual conference with counsel is not necessary for this motion, pursuant to the Stipulated Protective Order entered by this court on May 19, 2011, which states that "[i]f a pleading contains information designated Confidential or Highly Confidential by another party, the designating party will be deemed to have consented to a motion to file the pleading under seal." Notwithstanding such deemed consent under the Protective Order, counsel for Plaintiffs requested Defendants' consent to file publicly the accompanying Motion to Compel and exhibits cited therein, but Defendants' counsel did not grant consent to the public filing.

Dated: December 23, 2011

By: /s/ Karen L. Stetson
Karen L. Stetson

GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305-416-6880
Fax: 305-416-6887

MOTION PICTURE ASSOCIATION
OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Phone: 202-639-6000
Fax: 202-639-6066

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd Day of December, 2011, I served the following document via overnight delivery and by email to N. Andrew Leibnitz, counsel for Lemuria Communications, Inc. at his listed address on the attached service list.

In addition, I served the following document on all counsel of record on the attached service list via their email address(es) pursuant to the parties' service agreement:

**Plaintiffs' Motion to File Documents Under Seal**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this Certificate of Service was executed on this date.

By: /s/ Karen L. Stetson
Karen L. Stetson

## SERVICE LIST

### Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
### CASE NO. 11-CIV-20427-JORDAN

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA 94104
Phone: 415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL 33134
Phone: 305-476-7101
Fax: 305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*