# EXHIBIT A

Highly Confidential

Page 1

1              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
2            CASE NO. 11-20427-WILLIAMS/TURNOFF
3    - - - - - - - - - - - - - - - - - - - - - - - -
     DISNEY ENTERPRISES,
4    INC., TWENTIETH CENTURY
     FOX FILM CORPORATION,
5    UNIVERSAL CITY STUDIOS
     PRODUCTIONS LLLP,
6    COLUMBIA PICTURES
     INDUSTRIES, INC., and
7    WARNER BROS.
     ENTERTAINMENT, INC.,
8
9              Plaintiff,
10   v.
11   HOTFILE CORP., ANTON
     TITOV, and DOES 1-10,
12
13             Defendants.
14
15   HOTFILE CORP.,
16             Counterclaimant,
17   v.
18   WARNER BROS ENTERTAINMENT
     INC.,
19             Counterdefendant.
20   - - - - - - - - - - - - - - - - - - - - - - - -
                    VOLUME I
21        H I G H L Y   C O N F I D E N T I A L
          (Pursuant to protective order, the following
22     transcript has been designated highly confidential)
23         30(b)(6) DEPOSITION OF ANTON TITOV
                  Radisson Blu Hotel
24                 Sofia, Bulgaria
              Monday, December 5, 2011
25              Job Number: 44174

TSG Reporting - Worldwide   800-702-9580

Highly Confidential

Page 15



16   Q.   Can I -- before we move on, what were the years that you

17         worked for Blue Ant?

18   A.   Approximately through 2003, 2005, maybe.

19   Q.   And for host.bg?

20   A.   They overlapped slightly, so 2004 or 2005 up until early

21         2010.

22   Q.   And after host.bg?

23   A.   After host.bg, I would be part of the team that

24         developed the hotfile.com website.

25   Q.   At the time you worked for Blue Ant, who was Blue Ant

Highly Confidential

Page 16

1      owned by?

2  A.  To my best knowledge it was Rumen Stoyanov and Atanas

3      Vangelov.

4  Q.  Anybody else?

5  A.  Nobody I'm aware of.

6  Q.  And to your knowledge, do Messrs. Stoyanov and Vangelov

7      continue to own Blue Ant?

8  A.  Yeah, last time I checked, they were still owning it.

9  Q.  And to your knowledge, does anybody else own Blue Ant in

10     addition to them today?

11 A.  No.

Highly Confidential

Page 52



8    BY MR. FABRIZIO:

9    Q.   So your answer was that there is no written contract

10        with either Hotfile Ltd. or Hotfile Corp. on the one

11        hand and Lemuria on the other hand?

12   A.   Yes, that was my answer.

13   Q.   Does Lemuria have any written contract with any Hotfile

14        entity or any person with regard to the services it

15        performs for Hotfile?

16   MR. THOMPSON:   Objection.   Compound and vague.

17   A.   Yes.

18   BY MR. FABRIZIO:

19   Q.   What contract is that?

20   A.   Lemuria does have a contract between -- with Blue Ant.

21   Q.   And for what is that contract with Blue Ant?

22   A.   I would say most basically it's for software development

23        and system software and server administration.

24   Q.   So Blue Ant develops software for Lemuria?

25   A.   And also for Hotfile.   And also for Hotfile.

Highly Confidential

Page 57

1   Q.   Does software development continue today?

2   A.   I would say that currently the state would be probably

3        better described as maintenance, rather than

4        development.

5   Q.   Okay, let me ask it this way, I guess:  If Hotfile

6        needed new software developed for the website, would

7        that software be developed pursuant to the Lemuria/Blue

8        Ant contract?

9   MR. THOMPSON:  Objection.  Calls for speculation.

10  A.   It could be.

11  BY MR. FABRIZIO:

12  Q.   Okay.  So Lemuria contracts with Blue Ant for software

13       development for Hotfile, correct?

14  MR. THOMPSON:  Objection, vague.

15  A.   Yeah, correct.

16  BY MR. FABRIZIO:

17  Q.   Does Lemuria perform any other services for Hotfile

18       website or any Hotfile entity?

19  A.   Providing the actual IP addresses -- no, everything

20       connected with networking, administering routers, making

21       traffic flow -- I would say that it's fair to say that

22       services that Lemuria provides to Hotfile can be

23       qualified as managed costing.

24  Q.   Now, are those last services you just identified, the IP

25       addresses, networking, administration of routers and

Highly Confidential

Page 84



17   Q.   Okay, put it another way:  What percentage of Hotfile

18        Corporation do you own?

19   A.   Currently it's my understanding that I own 26 percent of

20        the shares through another company.

21   Q.   What is that other company?

22   A.   The name is Battele Holdings SA.

23   Q.   And that's B-A-T-T-E-L-E?

24   A.   Yes.

25   Q.   What percentage of Hotfile Corporation does Mr. Vangelov

Page 85

1    own, directly or through a holding company?

2  A.  Currently it's my understanding that he owns indirectly

3    37 percent.

4  Q.  And what about Mr. Stoyanov?

5  A.  It is also my understanding that he owns 37 percent

6    indirectly.



Page 87

1   A.   Yeah, I believe so.

2   Q.   What about Hotfile Limited?  What percentage of -- who

3        were the owners of Hotfile Limited?

4   A.   Hotfile Corp.

5   Q.   So Hotfile Limited is owned 100 per cent by Hotfile

6        Corporation?

7   A.   That's correct, to my knowledge.

8   Q.   Who were the board of directors of Hotfile Limited?

9   A.   It doesn't have a board of directors.

10  Q.   Does Hotfile Limited have officers?

11  MR. THOMPSON:  Objection, vague.

12  A.   It does have a manager.

13  BY MR. FABRIZIO:

14  Q.   Who is that manager?

15  A.   That would be me.

16  Q.   Is your title of Hotfile Limited managing director?

17  A.   I'm not sure how exactly it translates to English.

18  MR. FABRIZIO:  I'm going to have the court reporter mark as

19       exhibit Titov 19 a document Bates numbered HF02855371

20       through 376.

21            (Titov exhibit 19 marked for identification.)

22                              (Pause.)

23  BY MR. FABRIZIO:

24  Q.   Mr. Titov, you can obviously read as much of this as you

25       like; I just wanted to let you know that I'm only going

Highly Confidential

Page 88

1     to be asking you questions about the first page.

2        If you could turn to the last page, is that your

3     signature?

4  A.  Yes.

5  Q.  And is that your signature under -- above "Anton Titov"?

6  A.  Yeah, I believe so.

7  Q.  Okay.  And is this a true and correct copy of

8     a management contract between you and Hotfile Limited?

9  MR. THOMPSON:  Objection, calls for a legal conclusion.

10 A.  It seems like.

11 BY MR. FABRIZIO:

12 Q.  To your knowledge, does Hotfile Limited have management

13    contracts with either Mr. Stoyanov or Mr. Vangelov?

14 A.  No, it does not.

15 Q.  And you see in paragraph 2, it says you are referred to

16    as the managing director?

17 A.  Yes, that's what is -- what it says in the English

18    version.

19 Q.  Okay.  So is it accurate to refer to you as the managing

20    director of Hotfile Limited?

21 A.  I think so, yeah.

22 Q.  Okay.  And in paragraph 1.2 at the bottom of the page,

23    it says:

24       "The MANAGING DIRECTOR shall assume the

25    responsibility, control and management of the overall

Highly Confidential

Page 95

██

2   Q.  And what's the relationship between Lemuria expenses and

3      how much Hotfile would be paying?

4   A.  The understanding is that Hotfile would be paying

5      something around expenses, or a bit more.

6   Q.  Which Hotfile entity pays Lemuria?

7   A.  Hotfile Ltd. pays Lemuria on behalf of Hotfile Corp.

8   Q.  Hotfile Limited on behalf of -- on behalf of Hotfile

9      Corporation?  And is the -- so the agreement is that

10     Hotfile Ltd. will pay Lemuria its expenses plus a little

11     more?

12  A.  I will say that is a fair statement.

13  Q.  How much is "a little more"?

14  MR. THOMPSON:  Objection, vague.

15  A.  I don't, specifically.

Highly Confidential

Page 111

1   Q.   Okay -- ah, I got it.  Okay.

2        What revenues from the operation of hotfile.com does

3        Hotfile Limited collect?

4   A.   Hotfile Limited operates a PayPal account on behalf of

5        Hotfile Corp. that will collect payments of users paying

6        for premium subscription with PayPal.

7   Q.   Okay.  Is that the only payment-processing account that

8        Hotfile Limited operates?

9   A.   Yeah, I think so.

10  Q.   Okay.  Does Hotfile accept other types of payments for

11       premium subscriptions?

12  A.   Yes, it does.

13  Q.   What are some of those?

14  A.   At certain -- at certain point, Hotfile accepted credit

15       cards through SecPay and other processors; I am not sure

16       if we do now.  Generally for different countries, there

17       are different means of payment.

18  Q.   Okay.  And does Hotfile Corporation receive those funds

19       from those other payment means directly?

20  A.   Yes, I think so.

21  Q.   Okay.  You said that one of the reasons for starting

22       Hotfile Limited was because PayPal did not allow for

23       Panamanian companies to be account holders?

24  MR. THOMPSON:  Objection, misstates testimony.

25  A.   I said that at the time we start -- the Hotfile account

Highly Confidential

Page 112

1        started operating Panamanian account, was not able to

2        receive payments from PayPal users.

3    BY MR. FABRIZIO:

4    Q.  Okay.

5    A.  Yeah, that's it.

6    Q.  To your knowledge, has PayPal's policy in that regard

7        changed?

8    A.  Yes.

9    Q.  Why do you still have Hotfile Limited as the PayPal

10       account holder?

11   A.  We actually -- this policy changed -- my memories are

12       not very clear, but maybe towards the end of 2010.  And

13       there was an idea, and we were actively researching and

14       maybe communicating with PayPal about creating a PayPal

15       account for -- for the parent company.  But then this

16       litigation came through, and we didn't want to change

17       anything during it.

18   Q.  Does Hotfile Corporation have some understanding with

19       Hotfile Limited as to the funds that Hotfile Limited

20       collects through the PayPal account?

21   MR. THOMPSON:  Objection, vague.

22   A.  I would say that in this case, even has a written

23       contract.

24   BY MR. FABRIZIO:

25   Q.  It does have a written contract?

Highly Confidential

Page 128

6    Q.   Does Lemuria pay any other companies for services it

7         provides Hotfile?

8    MR. THOMPSON:   Objection.   Asked and answered.

9    A.   As I said, Lemuria also pays the legal bills of Hotfile.

10        Yes.

11   BY MR. FABRIZIO:

12   Q.   Other than that?

13   MR. THOMPSON:   Same objection.   Asked and answered.

14   A.   As of today, I can't think of anything else.

15   BY MR. FABRIZIO:

16   Q.   In the past --

17   A.   And that is tradition the Blue Ant contract is to

18        enforce.

19   Q.   Is Lemuria paying Blue Ant approximately $70,000

20        a month?

21   A.   No.

22   Q.   Approximately how much is Lemuria paying Blue Ant?

23   A.   I think it's $250,000 per month.

24   Q.   250, 2-5-0?

25   A.   2-5-0.

Highly Confidential

Page 133

12   BY MR. FABRIZIO:

13   Q.  Why does Lemuria not offer hosting services to other

14       businesses or entities?

15   MR. THOMPSON:  Objection, assumes facts.

16   A.  There is no real reason not to.

17   BY MR. FABRIZIO:

18   Q.  Do you know a company called FinArt Limited, or FinArt

19       Limited, F-I-N-A-R-T Limited?

20   A.  Yes, I do.

21   Q.  What is FinArt Limited?

22   A.  It is -- it's -- it's a company.

23   Q.  What kind of company?

24   A.  Frankly, Rumen would be the most knowledgeable person

25       about FinArt Limited, but I think it's a company

Highly Confidential

Page 134

1       provided -- providing financial services.

2    Q.  It provides financial services, you say?

3    A.  Yes.

4    Q.  Does it provide any services for Hotfile?

5    MR. THOMPSON:  Objection.  Lacks foundation, calls for

6        speculation.

7    A.  Yes, probably it did.

8    BY MR. FABRIZIO:

9    Q.  Probably it did, or it does?

10   A.  I'm not aware of currently.

11   Q.  Okay.  What services did it perform for Hotfile?

12   A.  Again, I am not the most knowledgeable person on the

13       subject, and I don't really know the full extent.

14   Q.  Well, I just want what you know.

15   MR. THOMPSON:  Objection.  Overbroad, and vague.

16   A.  I know that it's a company operated by a friend of

17       Rumen, and I think that's about it.

18   BY MR. FABRIZIO:

19   Q.  That's all you know?

20   A.  As I can recall.

21   Q.  Okay.  It's a financial services company that is

22       operated by a friend of Mr. Stoyanov's?

23   A.  Correct.

24   Q.  And you don't know anything further?

25   A.  I mean, ask me something specific.

Highly Confidential

Page 135

1   Q.  Well, do you know anything else about the business of

2       FinArt other than what you've testified?

3   MR. THOMPSON:  Objection.  Overbroad, and vague.

4   A.  Nothing that I can think of currently.

5   BY MR. FABRIZIO:

6   Q.  Does FinArt Limited perform any services for Lemuria?

7   A.  No services, no.

8   Q.  Does it do any business with Lemuria?

9   A.  Yes, it did.

10  Q.  What business does FinArt do with Lemuria?

11  A.  I remember some time ago Lemuria giving some money to

12      FinArt.

13  Q.  How much money?

14  A.  I don't know for a fact.

15  Q.  In what order of magnitude?

16  MR. THOMPSON:  Objection, vague.

17  A.  Maybe half a million US dollars.

18  BY MR. FABRIZIO:

19  Q.  And as the owner and manager of Lemuria, you authorized

20      that payment?

21  A.  Yes, I did.

22  Q.  Okay.  What was that payment for?

23  A.  In my understanding it was some kind of loan.

24  Q.  A loan between -- strike that.

25      Lemuria loaned money to FinArt?

Highly Confidential

Page 136

1    A.   Yes.

2    Q.   Is there a document reflecting that loan?

3    A.   No, there is not.

4    Q.   Has FinArt repaid the roughly half a million dollars?

5    A.   To my understanding, yes, but for -- for many reasons

6         that I don't -- that Rumen might know better, FinArt

7         actually paid back to Hotfile Corp., and Hotfile Ltd.

8         paid Lemuria.

9    Q.   Okay, so let me just make sure I have this right.

10        I realize that the number is an approximation.

11   A.   Yes.

12   Q.   But Lemuria made a loan to FinArt of approximately a

13        half a million dollars.  That's not documented.  FinArt

14        repaid that loan to Hotfile Corporation, and Hotfile

15        Limited repaid Lemuria for that loan?

16   MR. THOMPSON:  Object to the beginning of the question,

17        misstating his testimony, and argumentative.

18   BY MR. FABRIZIO:

19   Q.   Have I stated it correctly?

20   MR. THOMPSON:  Also compound.

21   A.   May I ask you to read --

22   BY MR. FABRIZIO:

23   Q.   I'll do it, I'll do it, to avoid your counsel's

24        objection.  I want to make sure I understand this

25        transaction.

Highly Confidential

Page 137

1      Again, I'm going to use the term "500,000," because

2    you said approximately; but we understand that that's

3    approximate.  So Lemuria made a loan to FinArt of

4    approximately $500,000, correct?

5  A.  Correct.

6  Q.  And your understanding is that FinArt repaid that loan

7    by making a payment of approximately $500,000 to Hotfile

8    Corporation?

9  A.  Yes, that's my understanding.

10  Q.  And it is your understanding that Hotfile Limited repaid

11    Lemuria by transferring back to Lemuria approximately

12    $500,000?

13  A.  That is my understanding, yes.

14  Q.  Okay.  Did you personally negotiate the terms of the

15    loan with FinArt?

16  A.  No.

17  Q.  Who did?

18  A.  Rumen Stoyanov.

19  Q.  Did you ever speak with anybody at FinArt?

20  A.  Not about this particular transaction, no.

21  Q.  Have you ever spoken with anybody at FinArt?

Highly Confidential

Page 143

████  █████████████  ███████████████
████  █████████████  ██████████████████████
████  ████████████  ███
████  █████████████  █████████
████  ██  █████████████████████████████
████  █████████████████████████████

7   BY MR. FABRIZIO:

8   Q.  Okay.  So insofar as -- we're talking about that first

9       paragraph, those two sentences; the English version does

10      represent a true and correct copy of an English

11      translation of an email you got from Mr. Stoyanovich

12      on July 4, 2010?

13  MR. THOMPSON:  Same objection.

14  A.  Stoyanov, not Stoyanovich.  But yes.

15  BY MR. FABRIZIO:

16  Q.  I'm sorry, I mispronounced his name.  My apologies.

17      The last paragraph, the English says:

18      "Concerning the funds:  I suggest you transfer

19      $500,000 each week from PayPal to Lemuria.  Then,

20      transfer $180,000 each week from Lemuria to FinArt Ltd.

21      for hosting, servers, etc."

22      Does that accurately reflect what was contained in

23      the Bulgarian original?

24  MR. THOMPSON:  Same objection, plus it's compound.

25  A.  The substance is right.

Highly Confidential

Page 144

1    BY MR. FABRIZIO:

2    Q.   In Titov exhibit 24, it says that the $180,000 each week

3         to FinArt would be for hosting and servers, et cetera.

4         It doesn't say it's a loan.  Which is correct?

5    MR. THOMPSON:  Objection, vague and argumentative.

6    A.   FinArt Ltd. never provided hosting or servers to

7         Lemuria.

8    BY MR. FABRIZIO:

9    Q.   Do you have any understanding as to why Mr. Stoyanov

10        suggested that it be reflected as payments for hosting

11        and servers?

12   MR. THOMPSON:  Objection, calls for speculation.

13   A.   No.

14   BY MR. FABRIZIO:

15   Q.   Did you anywhere on the books and records of Lemuria

16        record that payment as being for hosting and servers?

17   A.   I don't believe so.

18   Q.   Did you anywhere on the books and records of Lemuria

19        record the payments from Lemuria to FinArt?

20   A.   I don't know.  I need to check.

21   Q.   Where would you check?

22   A.   First, the bank account.

23   Q.   You mean to see whether the bank statements actually

24        reflect the payments?

25   A.   Yes.

Highly Confidential

Page 151



16   Q.   Does Lemuria have any written contract with any Hotfile

17        entity?

18   MR. THOMPSON:   Objection.   Overbroad and vague.

19   A.   I don't think it has a written contract with either

20        Hotfile or -- Hotfile Corp.

21   BY MR. FABRIZIO:

22   Q.   Or Hotfile SA?

23   A.   No, not as far as I know.

HIGHLY CONFIDENTIAL

Page 374

1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
2          CASE NO. 11-20427-WILLIAMS/TURNOFF
3    - - - - - - - - - - - - - - - - - - - - - - - -
     DISNEY ENTERPRISES,
4    INC., TWENTIETH CENTURY
     FOX FILM CORPORATION,
5    UNIVERSAL CITY STUDIOS
     PRODUCTIONS LLLP,
6    COLUMBIA PICTURES
     INDUSTRIES, INC., and
7    WARNER BROS.
     ENTERTAINMENT, INC.,
8              Plaintiff,
9    v.
10   HOTFILE CORP., ANTON
     TITOV, and DOES 1-10,
11
12             Defendants.
13
14   HOTFILE CORP.,
15             Counterclaimant,
16   v.
17   WARNER BROS ENTERTAINMENT
     INC.,
18             Counterdefendant.
19   - - - - - - - - - - - - - - - - - - - - - - - -
                     VOLUME III
20        H I G H L Y   C O N F I D E N T I A L
          (Pursuant to protective order, the following
21    transcript has been designated highly confidential)
22          30(b)(6) DEPOSITION OF ANTON TITOV
                 Radisson Blu Hotel
23                  Sofia, Bulgaria
             Wednesday, December 7, 2011
24               AT:  9:09 a.m.
25   Job # 44429

HIGHLY CONFIDENTIAL

Page 515



23    BY MR. FABRIZIO:

24    Q.   When did Hotfile begin using the Vobile Mediawise

25         technology on the live Hotfile site?

HIGHLY CONFIDENTIAL

Page 516

1     A.   I think it was July or June -- July or August this year,

2          but, again, the records that we've produced will give

3          a more correct date.

4     Q.   Is the contract -- strike that.

5               Is the contract with Vobile between Vobile and one

6          of the Hotfile entities?

7     A.   I believe it is actually between Vobile and Lemuria.

8     Q.   Why is the contract for Mediawise technology that is

9          deployed in Hotfile -- well, strike that.

10              Why is it that Lemuria entered into the contract

11         with Vobile for technology that is deployed in Hotfile?

12    A.   Because it's normal for Lemuria to provide hosting and

13         other services to Hotfile and sometime to pay --

14         sometimes to pay Hotfile's bills, so that seems --

15         seemed like a right choice.