Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

Upon consideration of Plaintiffs' Motion to File Documents Under Seal, and all of the papers submitted in support thereof, Plaintiffs' request to file documents under seal is GRANTED.

1.  It is hereby ORDERED that Plaintiffs be permitted to file the following documents under seal and that the following documents remain under seal until the conclusion of the case:

    a.  Plaintiffs' Renewed Motion and Memorandum of Law to Compel the Production of Particular Source Code (unredacted version); and

    b.  Exhibit A to the Declaration of Duane C. Pozza in Support of Plaintiffs' Renewed Motion and Memorandum of Law to Compel the Production of Particular Source Code.

DONE AND ORDERED in chambers at Miami, Florida this ____ day of _____ 2011.

_____
Kathleen M. Williams
United States District Judge

cc:   All Counsel of Record