# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - -

DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, COLUMBIA PICTURES INDUSTRIES, INC., and WARNER BROS. ENTERTAINMENT, INC.,

Plaintiff,

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10,

Defendants.

HOTFILE CORP.,

Counterclaimant,

v.

WARNER BROS ENTERTAINMENT INC.,

Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - -

VOLUME II

H I G H L Y C O N F I D E N T I A L

(Pursuant to protective order, the following transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Tuesday, December 6, 2011
AT: 9:10 a.m.
Job No: 44175

Q. Okay. In the past, has there ever been a time where in response to a notice identifying a file, Hotfile did not block the hash but instead disabled the particular URL?

MR. THOMPSON: Objection, overbroad.

A. Yes, I believe so.

BY MR. FABRIZIO:

Q. When was that?

A. In the very beginning.

Well, let me ask it this way: Do you know when that changed?

A. I believe that shortly after introducing SRA accounts, SRA accounts started to block hashes.

Q. And when did Hotfile introduce the SRA accounts?

A. I'm not sure about the time, but maybe August 2009.

Q. Okay. So prior to that time, if ten different Hotfile users had uploaded a file that had the identical hash, Hotfile would store a single hash master, and each of those users would get a distinct URL, each pointing to that same single hash master. Correct?

A. That is correct.

Q. Okay. And again, prior to the time this changed, in August 2009 or thereabouts, if Hotfile got a notice from a copyright owner identifying one of those URLs that pointed to the single hash master, Hotfile would not block the master but instead would simply disable the particular URL identified in the notice?

Highly Confidential

Page 341

MR. THOMPSON: Objection. Asked and answered.

A. Yeah, for the particular URL will be disabled.

TSG Reporting - Worldwide (877) 702-9580

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - -

DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, COLUMBIA PICTURES INDUSTRIES, INC., and WARNER BROS. ENTERTAINMENT, INC.,

Plaintiff,

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10,

Defendants.

HOTFILE CORP.,

Counterclaimant,

v.

WARNER BROS ENTERTAINMENT INC.,

Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - - -

VOLUME III

H I G H L Y C O N F I D E N T I A L

(Pursuant to protective order, the following transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV

Radisson Blu Hotel
Sofia, Bulgaria
Wednesday, December 7, 2011
AT: 9:09 a.m.

Job # 44429

Q. Okay. Yesterday we spoke about a point in time that I believe -- but I believe you said it was prior to August of 2009, when Hotfile received a DMCA notice identifying a particular URL, it would disable the particular URL, but would not delete the hash master from its system, do you recall that?
A. That is correct.
Q. Okay. So during that same period of time, if Hotfile received a DMCA notice that identified the URL for a child file, Hotfile would delete or would disable that particular URL?
MR. THOMPSON: Objection, vague.
A. That is correct.
BY MR. FABRIZIO:
Q. But Hotfile would not delete the hash master of that file?
A. I believe so.
Q. Okay. So the -- in the example that we used, where there was a single parent and four child files, if Hotfile disabled the URL for one of the children, the URLs for the parent and the three remaining children files -- files would still be operable?
MR. FABRIZIO: Objection, vague as to time, in the period.
BY MR. FABRIZIO:

Q. August 2009 and earlier period.

A. I believe so.

MR. THOMPSON: Because of the objection, let me just make sure we have a clear answer. Let me just see this.

Let me ask it again.

BY MR. FABRIZIO:

Q. In the case of a user who uploaded a file, which we'll refer to as the parent, and then used the file copy feature to make four copies, each of which we'll refer to as a child file, is it the case that in the period prior to August 2009, when Hotfile received a DMCA notice that identified a URL for one of the child files, Hotfile would disable that particular URL, but not disable the URLs for the three other children files or for the parent file?

A. I think so.

Q. And subsequent to Hotfile disabling the URL for the one child file, users would still be able to use the URL for the parent and the URLs for the three other children to download that content file?

MR. THOMPSON: Objection, overbroad and vague.

A. I believe so.

be a child file, why didn't Hotfile disable the URLs for the parent file and all other child files?

MR. THOMPSON: Objection, vague as to time.

BY MR. FABRIZIO:

Q. In this period prior to August of 2009.

A. I don't know.

Q. In the same period, why didn't Hotfile disable the single hash master reflected by those URLs?

A. We didn't still realize it is necessary.

Q. So, again, in this period of August 2009 and earlier, if an uploading user had made four copies using the Hotfile file copy feature, and a copyright owner wanted to give Hotfile notice to prevent the infringement of that file, the copyright owner would have to identify and send notices for five different URLs?

MR. THOMPSON: Objection, vague and complex, assumes facts.

A. In case five URLs are used, it could be the case.

BY MR. FABRIZIO:

Q. What is the source of your information that this changed and hash blocking began in the August of 2009 timeframe?

A. General discussions with others, and trying to remember when it started.

Q. Is there any way to look at any database to make a more definitive determination?

MR. THOMPSON: Objection, calls for speculation, overbroad.

A. I can't think of any.

BY MR. FABRIZIO:

Q. The hash blocking functionality, that's implemented through source code, correct?

A. Correct.

Q. What's the name of the source code file that implements hash blocking?

A. There is no source code name for blocking, just in any place where a block should be enforced, there is an SQL update statement that will say "blocked field to 1."

Q. There is a -- what type of statement?

A. SQL.

Q. What does that stand for?

A. Um --

Q. Oh, SQL?

A. Yes, query language. I am a bit cooked. Can I... ?

MR. THOMPSON: Take a break.

A. Take a break?

BY MR. FABRIZIO:

Q. Let me just --

A. Mm-hmm.

Q. And you said it would say "blocked field"?

A. It will say "blocked field 1" like the document on here.

Q. And just lastly, before we take our break, the source code history would show revision dates when that code

HIGHLY CONFIDENTIAL

was added, correct?

MR. THOMPSON: Objection, overbroad and calls for speculation.

A. Sorry, can you repeat the question?

BY MR. FABRIZIO:

Q. Sure. Your -- the source code revision history would reflect the date in which the blocked hash source code was added, would it not?

MR. THOMPSON: Same objection.

A. Yes, it would.

BY MR. FABRIZIO:

Q. Okay. So the precise date when Hotfile began hash blocking could be determined by looking at the source code revision history, correct?

A. If there is one, yes.

Q. Okay. And Hotfile maintains source code revisions, doesn't it?

MR. THOMPSON: Objection, vague.

A. No, it does not -- I mean currently, yes.

BY MR. FABRIZIO:

Q. But back in the 2009 period, it did not?

A. No, it did not.