UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV,
and DOES 1-10.

*Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

## REQUEST OF DEFENDANT/COUNTERCLAIMANT HOTFILE CORP.'S FOR HEARING OR ORAL ARGUMENT ON WARNER BROS. ENTERTAINMENT INC.'S MOTION TO COMPEL TITOV DEPOSITION EXHIBIT 27

Pursuant to Local Rule 7.1(b), Defendant/Counterclaimant, Hotfile Corp. ("Hotfile") hereby respectfully requests that the Court conduct oral argument or a hearing on Plaintiff/Counterdefendant Warner Bros. Entertainment, Inc.'s ("Warner") Motion to Compel Titov Deposition Exhibit 27 ("Motion"). Hotfile believes that, given the apparent violations of

the Protective Order entered in this case [D.E. # 68] implicated by Warner's Motion, the Court would benefit by having oral argument on Warner's motion to be fully informed. Specifically, Hotfile would like the opportunity to further explain these serious issues and answer any questions the Court may have. As there is already a Status Conference on pending motions set for January 13, 2012 [D.E. # 189], Hotfile believes that the hearing on Warner's Motion could be conducted at that time. Hotfile suggests that fifteen minutes should be sufficient for the hearing or oral argument.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that Defendant/Counterclaimant's counsel conferred with all parties or non-parties who may be affected by the relief sought in this request, including Plaintiff/Counterdefendant's counsel, in a good faith effort to resolve the issues and Plaintiff/Counterdefendant's counsel did not respond in time for filing the request.

DATED: December 27, 2011                By: /s/ Roderick M. Thompson

DATED: December 27, 2011                By: /s/ Roderick M. Thompson
    Roderick M. Thompson (admitted *pro hac vice*)
    Email: rthompson@fbm.com
    Andrew Leibnitz (admitted *pro hac vice*)
    Email: aleibnitz@fbm.com
    Anthony P. Schoenberg (*admitted pro hac vice*)
    Email: tschoenberg@fbm.com
    Deepak Gupta (admitted *pro hac vice*)
    Email: dgupta@fbm.com
    Janel Thamkul (admitted *pro hac vice*)
    Email: jthamkul@fbm.com
    FARELLA BRAUN + MARTEL LLP
    235 Montgomery St.
    San Francisco, CA 94104
    Telephone: 415.954.4400
    Telecopy: 415.954.4480

    And

    /s/ Janet T. Munn
    Janet T. Munn, Fla. Bar No. 501281
    Email: jmunn@rascoklock.com
    Rasco Klock
    283 Catalonia Avenue, Suite 200
    Coral Gables, Fl 33134
    Telephone: 305.476.7101
    Telecopy: 305.476.7102

    And

    s/Valentin Gurvits
    Valentin Gurvits *(Admitted pro hac vice)*
    Email: vgurvits@bostonlawgroup.com
    BOSTON LAW GROUP
    825 Beacon Street, Suite 20
    Newton Center, MA 02459
    Telephone: 617.928.1800
    Telecopy: 617.928.1802

    *Counsel for Defendants Hotfile Corporation and Anton Titov*

CASE NO. 11-20427-WILLIAMS/TURNOFF

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2011, the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/Janet T. Munn
      Janet T. Munn

Karen L. Stetson, Fla. Bar No.: 742937
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1211 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Steven B. Fabrizio (*Pro Hac Vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza (*Pro Hac Vice*)
Email: dpozza@jenner.com
Luke C. Platzer (*Pro Hac Vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

Karen R. Thorland, Esq. *(Pro Hac Vice)*
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard Building E
Sherman Oaks, CA
Telephone: 818.935.5812