UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

   *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

### NOTICE OF FILING "STIPULATION AND NOTICE OF WITHDRAWAL REGARDING PLAINTIFFS' MOTION TO COMPEL THE DEPOSITION OF ANDREI IANAKOV" AND PROPOSED ORDER ADOPTING SAME

Plaintiffs hereby give notice of filing the following:

1. The parties jointly executed "Stipulation and Notice Of Withdrawal Regarding Plaintiffs' Motion To Compel The Deposition Of Adndrei Ianakov." (Exhibit A, attached hereto)

2. Proposed Order Adopting Stipulation. (Text of Proposed Order, attached hereto)

# 645153 v1
# 645164 v1

1

|  |  |
|---|---|
| DATED:  January 4, 2012 | By: /s/ Karen L. Stetson<br>Karen L. Stetson<br><br>GRAY-ROBINSON, P.A.<br>1221 Brickell Avenue, 16th Floor<br>Miami, FL 33131<br>Telephone: (305) 416-6880<br>Facsimile:  (305) 416-6887 |
| MOTION PICTURE ASSOCIATION<br>OF AMERICA, INC.<br>Karen R. Thorland (*Pro Hac Vice*)<br>15301 Ventura Blvd.<br>Building E<br>Sherman Oaks, CA 91403<br>Phone:  (818) 995-6600<br>Fax:  (818) 285-4403 | JENNER & BLOCK LLP<br>Steven B. Fabrizio (*Pro Hac Vice*)<br>Duane C. Pozza (*Pro Hac Vice*)<br>Luke C. Platzer (*Pro Hac Vice*)<br>1099 New York Ave., N.W.<br>Suite 900<br>Washington, DC 20001<br>Telephone: (202) 639-6000<br>Facsimile:  (202) 639-6066<br><br>*Attorneys for Plaintiffs* |

1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 4th day of January, 2012, I served the following document on all counsel of record on the attached service list via the Court's ECF System:

**Notice of Filing "Stipulation and Notice of Withdrawal Regarding Plaintiffs' Motion To Compel The Deposition Of Andrei Ianakov" and Proposed Order Adopting Same**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this Certificate of Service was executed on this date.

By: /s/ Karen L. Stetson
Karen L. Stetson

## SERVICE LIST

**Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF**

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*


BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*