UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
                                                              /

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
                                                              /

**STIPULATION AND NOTICE OF WITHDRAWAL REGARDING PLAINTIFFS' MOTION TO COMPEL THE DEPOSITION OF ANDREI IANAKOV**

Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studio Productions LLLP, Columbia Pictures Industries, Inc., Warner Bros. Entertainment, Inc. (collectively, "Plaintiffs"); and Defendants Hotfile Corp. and Anton Titov (collectively "Defendants") agree, by and through their undersigned counsel, to be bound by the following stipulations:

# 645162 v1

1. Plaintiffs hereby withdraw the Motion to Compel the Deposition of Andrei Ianakov filed with the Court on December 13, 2011 (Dkt. No. 184).

2. Defendants shall not seek to offer any testimony from Andrei Ianakov in this action, including at trial or in support of or in opposition to any motion for summary judgment. Nothing in this stipulation shall affect the admissibility of any testimony by any other witness.

3. Each side shall bear its own attorneys' fees and costs in relation to the Motion to Compel the Deposition of Andrei Ianakov.

IT IS SO STIPULATED.

DATED: January 4, 2012.

By: /s/ Steven B. Fabrizio, Esq. *(pro hac vice)*
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. *(pro hac vice)*
Email: dpozza@jenner.com
Luke C. Platzer, Esq. *(pro hac vice)*
Email: lplatzer@jenner.com
**JENNER & BLOCK, LLP**
1099 New York Avenue, N.W.
Suite 900
Washington, D.C.  20001
Telephone: (202) 639-6000
Facsimile:  (202) 639-6066

By: /s/ Karen L. Stetson
Email: kstetson@gray-robinson.com
**GRAYROBINSON, P.A.**
1221 Brickell Avenue, 16th Floor
Miami, FL  33131
Telephone: (305) 416-6880
Facsimile:  (305) 416-6887

*Attorneys for Plaintiff*

By: /s/ Andrew Leibnitz
Roderick M. Thompson (admitted *pro hac vice*)
Email: rthompson@fbm.com
Andrew Leibnitz (admitted *pro hac vice*)
Email: aleibnitz@fbm.com
Anthony P. Schoenberg (admitted *pro hac vice*)
Email: tschoenberg@fbm.com

# 645162  v1 2

Deepak Gupta (admitted *pro hac vice*)
Email:  dgupta@fbm.com
Janel Thamkul (admitted *pro hac vice*)
Email:  jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA  94104
Telephone:  415.954.4400
Telecopy: 415.954.4480

And

/s/ Janet T. Munn
Janet T. Munn, Fla. Bar No. 501281
Email: jmunn@rascoklock.com
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone:  305.476.7101
Telecopy: 305.476.7102

And

/s/Valentin Gurvits
Valentin Gurvits *(Admitted pro hac vice)*
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation and Anton Titov*