UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**[PROPOSED]**
**ORDER ADOPTING STIPULATION AND NOTICE OF WITHDRAWAL REGARDING PLAINTIFFS' MOTION TO COMPEL THE DEPOSITION OF ANDREI IANAKOV**

Upon consideration of the parties' jointly executed Stipulation and Notice of Withdrawal Regarding Plaintiffs' Motion To Compel The Deposition Of Andrei Ianakov, the Court adopts the Stipulation as an order of the Court as follows:

1. Plaintiffs have withdrawn the Motion to Compel the Deposition of Andrei Ianakov filed with the Court on December 13, 2011 (Dkt. No. 184).

# 645171 v1

      2.      Defendants shall not seek to offer any testimony from Andrei Ianakov in this action, including at trial or in support of or in opposition to any motion for summary judgment. Nothing in this order shall affect the admissibility of any testimony by any other witness.

      3.      Each side shall bear its own attorneys' fees and costs in relation to the Motion to Compel the Deposition of Andrei Ianakov.

DONE AND ORDERED in chambers at Miami, Florida this ____ day of _____ 2012.

_____
William C. Turnoff
United States Magistrate Judge

cc:      All Counsel of Record

# 645171 v1