# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

     Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

     Defendants.

_____

## <u>ORDER SETTING STATUS CONFERENCE</u>

This matter is hereby set for a status conference before the Honorable Kathleen Williams at the United States District Court, 400 North Miami Avenue, Room 11-3, Miami, Florida on January 13, 2012 at 1:00 p.m. The parties should be prepared to discuss the pending motions regarding damages discovery (DE 162) and litigation deadlines (DE 198).

**DONE AND ORDERED** in chambers in Miami, Florida, this 5th day of January, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record