# EXHIBIT "A"

HIGHLY CONFIDENTIAL

Page 374

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - - -

DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,
      Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,

      Defendants.


HOTFILE CORP.,

      Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,
      Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -

VOLUME III
HIGHLY CONFIDENTIAL
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Wednesday, December 7, 2011
AT: 9:09 a.m.

Job # 44429

HIGHLY CONFIDENTIAL

Page 497

**REDACTED**

```
18    BY MR. FABRIZIO:
19    Q.   Okay.  Currently you said Hotfile uses a source code
20         version control system?
21    A.   Yes, it does.
22    Q.   What source code version control system does Hotfile
23         currently use?
24    A.   I believe it's Subversion.
25    Q.   When did Hotfile begin using Subversion?
```

HIGHLY CONFIDENTIAL

Page 498

1   A.   When plaintiffs indicated to our counsel that we should
2        start.
3   Q.   The plaintiffs in this action?
4   A.   Yes, correct.
5   Q.   So it was only after the filing of this lawsuit that you
6        began using Subversion?
7   A.   Yes, that's correct.
8   Q.   Did Hotfile use any version control system prior to
9        that?
10  A.   I don't believe so.

**REDACTED**

HIGHLY CONFIDENTIAL

Page 501

**REDACTED**

| | |
|---|---|
| 6 | MR. FABRIZIO: Okay. Again, Rod, there are two instances |
| 7 | now where dates have become important and apparently the |
| 8 | only possibility of having a definitive determination of |
| 9 | the date is a -- is a review of source code versions |
| 10 | that may or may not exist. |
| 11 | Can I ask that Hotfile make a -- an inquiry or |
| 12 | an investigation as to whether the relevant source code |
| 13 | versions do exist, and, if so, at a minimum, have |
| 14 | Mr. Titov prepare to look at it and see if that can |
| 15 | refresh his memory, or give him an indication of these |
| 16 | dates that we've been discussing. |
| 17 | MR. THOMPSON: We'll take your request under advisement. |
| 18 | I can only say that Mr. Titov has now testified for |
| 19 | three days and we've given you an extraordinary amount |
| 20 | of information already, including a special |
| 21 | videoconference so you and your colleague on Skype here |
| 22 | could have asked all the questions you wanted to ask |
| 23 | early on, but, again, I'll take your request under |
| 24 | advisement. |
| 25 | MR. FABRIZIO: All right. |

TSG Reporting - Worldwide