# EXHIBIT "E"

Leibnitz, Andrew (21) x4932
___

| | |
|---|---|
| From: | Fabrizio, Steven B [SFabrizio@jenner.com] |
| Sent: | Saturday, January 07, 2012 12:32 PM |
| To: | Leibnitz, Andrew (21) x4932; Pozza, Duane; Thompson, Rod (27) x4445; Schoenberg, Tony (28) x4963; Gupta, Deepak (22) x4419; Thamkul, Janel (28) x4467; Janet Munn; vgurvits@bostonlawgroup.com |
| Cc: | Platzer, Luke C; Yeh, Jennifer V.; Lundy, Rochelle P. |
| Subject: | Re: Disney Enterprises, Inc. v. Hotfile Corp. - expert rebuttal disclosures |

Andy - As you like. You misinterpret the Waterman testimony. He said had no reason to believe that the earlier months or user populations would be any different. You kept hypothesizing to him events that could change that - events he said he had not considered. He ultimately said, given the possibility of the events you hypothesized and which he had not considered, that his conclusion was strongest for the actual dataset he used. However, he said several times that absent events to suggest different circumstances, he saw no reason why the results would not extrapolate. To be clear, Dr. Waterman's initial report was not limited to one month or any user population - nor will his final testimony be so limited. He has now reviewed data and information that absolutely confirm the broader opinion he expressed in his initial report. He is not broadening his opinion from his initial report at all. He has simply reviewed the data and information to convince himself that the hypotheses you presented at his deposition were either not true or do not create sufficient changed circumstances to change his opinion (and, in fact, as I believe he says in his rebuttal, have convinced him that, in anything, his opinion as expressed in his initial report is conservative). I do not think we were required to submit a report, but since it was such a focused part of your deposition examination, we opted to give you the benefit of knowing the additional materials he reviewed that confirmed the opinion in his initial report.

So, if you do not want to consider his rebuttal report on that issue, that is your call. You do not need to depose him again — and in fact a second deposition is not necessary or reasonable, as his rebuttal report (in addition to rebutting Boyle) simply explains that, based on his review of further data and information, the broader opinion expressed in his initial report is absolutely correct and even conservative.

Dr. Waterman would be giving the exact same testimony in this case with or without the rebuttal report (other than the specific Boyle rebuttal points). Your threatened motion will be frivolous.

I am preparing for the mediation. We can call you on Monday. We also have no intention of trying to cram yet another issue into the various hearings set for next week. You can file your motion and, absent Court order, we will respond in the normal course. You can take or decline to take Dr. Waterman's deposition as you like (and at your own peril).

SBF

From: Andrew Leibnitz <aleibnitz@fbm.com<mailto:aleibnitz@fbm.com>>
Date: Sat, 7 Jan 2012 13:49:49 -0600
To: Duane Pozza <DPozza@jenner.com<mailto:DPozza@jenner.com>>, "Roderick M. Thompson" <rthompson@fbm.com<mailto:rthompson@fbm.com>>, "Anthony P. Schoenberg" <tschoenberg@fbm.com<mailto:tschoenberg@fbm.com>>, Deepak Gupta <dgupta@fbm.com<mailto:dgupta@fbm.com>>, Janel Thamkul <jthamkul@fbm.com<mailto:jthamkul@fbm.com>>, Janet Munn <jmunn@rascoklock.com<mailto:jmunn@rascoklock.com>>, "vgurvits@bostonlawgroup.com<mailto:vgurvits@bostonlawgroup.com>" <vgurvits@bostonlawgroup.com<mailto:vgurvits@bostonlawgroup.com>>

1

Cc: Steven Fabrizio <sfabrizio@jenner.com<mailto:sfabrizio@jenner.com>>, Luke Platzer <LPlatzer@jenner.com<mailto:LPlatzer@jenner.com>>, Jennifer Yeh <JYeh@jenner.com<mailto:JYeh@jenner.com>>, Rochelle Lundy <RLundy@jenner.com<mailto:RLundy@jenner.com>>
Subject: RE: Disney Enterprises, Inc. v. Hotfile Corp. - expert rebuttal disclosures

Counsel:

Reports which you have identified as "rebuttal" reports do not respond to testimony from our experts. For example, Dr. Waterman seeks in his "rebuttal" report to broaden his original statistical analysis beyond the one month previously studied (January 2011) to include twenty-two additional months – a position he repeatedly and explicitly refused to take in his report and hisdeposition. E.g., Waterman Report at 4. In the six pages of Dr. Waterman's "rebuttal" report, he nowhere mentions theexpert to whom he supposedly responds (Prof. Boyle) except in passing in the second paragraph: indeed, Dr. Waterman drafts his new statistics opinion in supposed rejoinder to a paragraph of Prof. Boyle stating that he does not analyze any "representative statistical sample."

At our earliest convenience, we anticipate moving to strike such testimony as not "intended solely tocontradict or rebut evidence on the same subject matter identified by another party." Fed. R. Civ. P. 26(a)(2)C)(ii). We anticipate filing this motion as early as Monday given the Court hearing later this week and the fact that any rebuttal expert depositions must conclude in the next thirteen days. Please call me immediately to discuss; otherwise, we will have no choice but to proceed as soon as we can reasonably finalize the motion.

Regards,
Andy
N. Andrew Leibnitz
Attorney at Law
Farella Braun + Martel LLP
415.954.4932


From: Pozza, Duane [mailto:DPozza@jenner.com]
Sent: Friday, January 06, 2012 8:55 PM
To: Thompson, Rod (27) x4445; Leibnitz, Andrew (21) x4932; Schoenberg, Tony (28) x4963; Gupta, Deepak (22) x4419; Thamkul, Janel (28) x4467; jmunn@rascoklock.com<mailto:jmunn@rascoklock.com>; vgurvits@bostonlawgroup.com<mailto:vgurvits@bostonlawgroup.com>

Cc: Fabrizio, Steven B; Platzer, Luke C; Yeh, Jennifer V.; Lundy, Rochelle P.
Subject: Disney Enterprises, Inc. v. Hotfile Corp. - expert rebuttal disclosures

Counsel,
Plaintiffs hereby disclose Dr. Richard Waterman, Dr. Ian Foster, Dr. Erling Wold, and Scott A. Zebrak pursuant to Fed. R. Civ. P. 26(a)(2)(B) for purposes of providing expert rebuttal testimony. I amattaching each of their reports here, though note that Mr. Zebrak's exhibits will follow in a separate email. The reports of Dr. Foster and Dr. Waterman, as well as the exhibits for Mr. Zebrak, are designated highlyconfidential based on defendants' confidentiality designations. I am also attaching Plaintiffs' Fed. R. Civ. P. 26(a)(3) disclosure.

Materials considered by these individuals have been produced at the following FTP:

username:jbftp010312
password:4K6eC622

url: ftp://208.83.10.27

Regards,
Duane


---

Duane Pozza
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Tel (202) 639-6027
Fax (202) 661-4962
DPozza@jenner.com<mailto:DPozza@jenner.com>
www.jenner.com<http://www.jenner.com/>


CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

---

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.
Farella Braun + Martel LLP