**EXHIBIT "G"**

<u>Other Documents Considered by Dr. Waterman for his Rebuttal Report</u>
(in addition to those being produced)

Portions of deposition testimony of Anton Titov from this litigation.

Defendants' Amended Supplemental Response to Plaintiffs' Interrogatory No. 2, dated June 2, 2011.

Expert Report of Professor James Boyle, served November 18, 2011.