# EXHIBIT "J"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.
_____/

**ORDER GRANTING MOTION OF DEFENDANTS HOTFILE
CORPORATION AND ANTON TITOV FOR EXPEDITED
BRIEFING AND FOR HEARING DURING THE JANUARY
13, 2012 STATUS CONFERENCE ON DEFENDANTS'
MOTION TO STRIKE PLAINTIFFS' "REBUTTAL"
<u>EXPERT REPORT OF DR. RICHARD WATERMAN</u>**

**THIS CAUSE** came before the Court on the Motion of Defendants, Hotfile Corporation and Anton Titov (collectively "Defendants"), for expedited briefing and for hearing on January 13, 2012 at the Court's previously scheduled status conference, of Defendants' Motion to Strike Plaintiffs' "Rebuttal" Expert Report of Dr. Richard Waterman ("Defendants' Motion for Expedited Briefing and for Hearing").  The Court has considered the Motion for Expedited Briefing and for Hearing and being otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion for Expedited Briefing and for Hearing be and the same, is **Granted** as follows**:**

CASE NO. 11-20427-WILLIAMS-TURNOFF

1. Plaintiffs shall file and serve their response to Defendants' Motion to Strike Plaintiffs' "Rebuttal" Expert Report of Dr. Richard Waterman by Wednesday, January 11, 2012;

2. Defendants shall file their reply, if any, by January 12, 2012; and

3. The Court will hear Defendants' Motion to Strike Plaintiff's "Rebuttal" Expert Report of Dr. Richard Waterman at the previously scheduled status conference at January 13, 2012, which is set to commence at 2:00 p.m.

**DONE AND ORDERED** in chambers at Miami, Florida this ____ day of January 2012.

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record