# EXHIBIT "K"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.
_____/

### ORDER GRANTING MOTION OF DEFENDANTS HOTFILE CORPORATION AND ANTON TITOV TO STRIKE PLAINTIFFS' "REBUTTAL" EXPERT REPORT OF DR. RICHARD WATERMAN

**THIS CAUSE** came before the Court on the Motion of Defendants, Hotfile Corporation and Anton Titov (collectively "Defendants"), to Strike Plaintiffs' "Rebuttal" Expert Report of Dr. Richard Waterman ("Motion to Strike"). The Court has considered the Motion to Strike and otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that the Emergency Motion to Strike be and the same is **Granted.**

**DONE AND ORDERED** in chambers at Miami, Florida this _____ day of January 2012.

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of Record