UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV,
and DOES 1-10.

*Defendants.*
_____/

**REQUEST OF DEFENDANTS HOTFILE CORPORATION AND
ANTON TITOV FOR HEARING ON JANUARY 13, 2012
AT THE UPCOMING STATUS CONFERENCE OF DEFENDANTS'
MOTION TO STRIKE PLAINTIFFS' PUTATIVE "REBUTTAL"
EXPERT REPORT OF DR. RICHARD WATERMAN BEFORE
THE CLOSE OF EXPERT DISCOVERY ON JANUARY 17, 2012**

Pursuant to Local Rule 7.1(b), Defendants Hotfile Corporation and Anton Titov (collectively "Defendants"), hereby respectfully request that the Court conduct oral argument or a hearing on Defendants' Motion to Strike Plaintiffs' Putative "Rebuttal" Expert Report of Dr. Richard Waterman Before the Close of Expert Discovery on January 17, 2012. Defendants believe that the Court (and the parties), will benefit by the Court including this motion in those matters to be heard, at the previously set January 13, 2012 status hearing. The matters raised in Defendants' motion concern issues regarding expert discovery, which is set to close on **January**

**17, 2012.** Defendants' anticipate that the Court could hear this motion along with other motions that the Court may wish to hear during the time that already has been set aside for the January 13, 2012 status hearing and that approximately twenty (20) minutes would be needed to hear this motion.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that Defendants' counsel, Andrew Leibnitz, conferred with all parties or non-parties who may be affected by the relief sought in this request, including Plaintiffs' counsel, in a good faith effort to resolve the issues and Plaintiffs' counsel did not agree to Defendants' request for hearing.

DATED:  January 9, 2012                By: s/Andrew Leibnitz

CASE NO. 11-20427-WILLIAMS/TURNOFF

DATED:  January 9, 2012	By: /s/  Andrew Leibnitz
Roderick M. Thompson (admitted *pro hac vice*)
Email:  rthompson@fbm.com
Andrew Leibnitz (admitted *pro hac vice*)
Email:  aleibnitz@fbm.com
Anthony P. Schoenberg (*admitted pro hac vice*)
Email:  tschoenberg@fbm.com
Deepak Gupta (admitted *pro hac vice*)
Email:  dgupta@fbm.com
Janel Thamkul (admitted *pro hac vice*)
Email:  jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA  94104
Telephone:  415.954.4400
Telecopy: 415.954.4480

/s/ Janet T. Munn
Janet T. Munn, Fla. Bar No. 501281
Email: jmunn@rascoklock.com
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone:  305.476.7101
Telecopy: 305.476.7102

And

s/Valentin Gurvits
Valentin Gurvits *(Admitted pro hac vice)*
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation and Anton Titov*

CASE NO. 11-20427-WILLIAMS/TURNOFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2012, the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/Janet T. Munn
    Janet T. Munn

Karen L. Stetson, Fla. Bar No.: 742937
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1211 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Steven B. Fabrizio (*Pro Hac Vice* )
Email: sfabrizio@jenner.com
Duane C. Pozza (*Pro Hac Vice* )
Email: dpozza@jenner.com
Luke C. Platzer (*Pro Hac Vice* )
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

Karen R. Thorland, Esq. *(Pro Hac Vice)*
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard Building E
Sherman Oaks, CA
Telephone: 818.935.5812

4829-8371-2526, v. 1