UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV,
and DOES 1-10.

*Defendants.*
_____/

**NOTICE OF DEFENDANTS HOTFILE CORPORATION AND ANTON TITOV OF A SCRIVENER'S ERROR IN DEFENDANTS' MOTION AND MEMORANDUM OF LAW TO STRIKE PLAINTIFFS' PUTATIVE "REBUTTAL" REPORT OF DR. RICHARD WATERMAN BEFORE THE CLOSE OF EXPERT DISCOVERY ON JANUARY 17, 2012 AND MOTION FOR EXPEDITED BRIEFING AND HEARING AT THE UPCOMING STATUS CONFERENCE ON JANUARY 13, 2012 [D.E. # 217]**

Defendants, Hotfile Corporation and Anton Titov (collectively "Defendants"), hereby give notice of a scrivener's error in footnote five, page 9 of their Motion and Memorandum of Law of Defendants Hotfile Corporation and Anton Titov to Strike Plaintiffs' Putative "Rebuttal" Report of Dr. Richard Waterman Before the Close of Expert Discovery on January 17, 2012 and Motion for Expedited Briefing and Hearing at the Upcoming Status Conference on January 13, 2012, [D.E.#217], filed January 9, 2012. The word "asinine" should have been "inane." Undersigned counsel apologizes for the scrivener's error.

CASE NO. 11-20427-WILLIAMS/TURNOFF

DATED:  January 9, 2012

By: s/Andrew Leibnitz
Roderick M. Thompson (admitted *pro hac vice*)
Email:  rthompson@fbm.com
Andrew Leibnitz (admitted *pro hac vice*)
Email:  aleibnitz@fbm.com
Anthony P. Schoenberg (*admitted pro hac vice*)
Email:  tschoenberg@fbm.com
Deepak Gupta (admitted *pro hac vice*)
Email:  dgupta@fbm.com
Janel Thamkul (admitted *pro hac vice*)
Email:  jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA  94104
Telephone:  415.954.4400
Telecopy: 415.954.4480

s/ Janet T. Munn
Janet T. Munn, Fla. Bar No. 501281
Email: jmunn@rascoklock.com
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone:  305.476.7101
Telecopy: 305.476.7102

And

s/Valentin Gurvits
Valentin Gurvits *(Admitted pro hac vice)*
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation and Anton Titov*

2

CASE NO. 11-20427-WILLIAMS/TURNOFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2012, the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Janet T. Munn
Janet T. Munn

Karen L. Stetson, Fla. Bar No.: 742937
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1211 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Steven B. Fabrizio (*Pro Hac Vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza (*Pro Hac Vice*)
Email: dpozza@jenner.com
Luke C. Platzer (*Pro Hac Vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

Karen R. Thorland, Esq. *(Pro Hac Vice)*
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard Building E
Sherman Oaks, CA
Telephone: 818.935.5812