# MEDIATION REPORT

TO: United States District Court, Southern District of Florida
FROM: Edward A. Infante, Mediator, JAMS
DATE: January 11, 2012
RE: Disney Enterprises, Inc., et al. v. Hotfile Corp and Anton Titov, and Related Counterclaim;
Case No.: 11-20427-Williams/Turnoff

Pursuant to Rule 16.2(f) (Court Annexed Mediation), I conducted a mediation in the above-entitled case on January 10, 2012 at the JAMS Resolution Center in Santa Monica, California. The following parties and persons were present:

Steve Fabrizio of Jenner & Block for Plaintiffs
Gordon Goldsmith, in house counsel for Disney Enterprises, Inc.
Elizabeth Valentina, V.P., Content Protection Litigation, for Fox Entertainment Group
Karen Garver, Senior Counsel, Anti-Piracy Legal Affairs for NBC Universal
Steve Kang, V.P. & Senior Counsel, Anti-Piracy Legal Affairs for Universal Studios
Maggie Heim, Senior Vice President, Legal Department for Sony Pictures (and Columbia Pictures)
David Kaplan, in house counsel for Warner Brothers Entertainment Inc.
Karen Thorland, V.P. and Senior Content Protection Counsel for non-party, Motion Picture Association
 of America, Inc.
Roderick M. Thompson and Deepak Gupta of Farella Braun & Martel for Hotfile Corp and
 Anton Titov, Defendants/Counterclaimants
Val Gurvits, Attorney, Boston Law Group for Defendants
Anton Titov, Defendant and a principal, Hotfile
Mr. Vangelov, a principal, Hotfile
Mr. Stoyanov, a principanl, Hotfile

The mediation session commenced at 9:00 a.m. and concluded at approximately 3:30 p.m. Settlement proposals were exchanged and discussed by the parties. There were impediments to resolution which were not overcome. A settlement was not achieved.

_____
Edward A. Infante
Mediator



USMS INSPECTED RECEIVED

Attn: Clerk's Office
United States District Court, Southern
District of Florida
400 N. Miami Avenue
8th Fl.
Miami, FL 33128

JAMS
THE RESOLUTION EXPERTS®