UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____

## ORDER

**THIS MATTER** is before the Court *sua sponte*. In light of the parties' agreement and the oral rulings made at the status conference held on January 13, 2012, it is hereby **ORDERED AND ADJUDGED** as follows:

(1)   Plaintiffs' Motion for a Case Management Order Deferring Damages Discovery (DE 162) is **DENIED AS MOOT**.

(2)   The parties' Joint Motion for Extension of Time (DE 198) is **GRANTED IN PART**. The parties shall re-submit jointly proposed deadlines on or before January 18, 2012.

**DONE AND ORDERED** in chambers in Miami, Florida, this 13th day of January, 2012.

                              KATHLEEN M. WILLIAMS
                              UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record