UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-20427-CV-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
et al.,
    Plaintiff,
vs.

HOTFILE CORP, et al.,

    Defendants,
_____/

## OMNIBUS ORDER

**THIS CAUSE** is before the Court upon Plaintiff/Counter-Defendant Warner Bros. Entertainment, Inc.'s ("Warner") Motion to Compel the Production of Titov Deposition Exhibit No. 27 **[DE180]**, Warner's **SEALED** Motion to Compel the Production of Titov Deposition Exhibit No. 27 **[DE183]**, Plaintiff Disney Enterprises, Inc.'s ("Disney") **SEALED** Motion to Compel the Deposition of Andrei Ianakov and for Expedited Briefing **[DE187]**, Plaintiffs' Renewed Motion to Compel Production of Documents from Lemuria Communications **[DE199]**, Plaintiffs' Renewed Motion to Compel Particular Source Code **[DE200]**, Plaintiffs' **SEALED** Motion to File Motion to File Documents Under Seal **[DE202]**, Plaintiffs' **SEALED** Renewed Motion to Compel Production of Documents from Lemuria Communications. **[DE203]**, Plaintiff's **SEALED** Motion to File Motion to File Documents Under Seal **[DE204]**, Plaintiffs' Renewed Motion to Compel Particular Source Code **[DE205]**, Hotfile's Request for Hearing or Oral Argument on Warner's Motion to Compel Titov Depo Ex. No. 27 **[DE207]**, and Plaintiff's Motion to File Documents Under Seal. **[DE215]**.

    A hearing on these Motions took place before the undersigned United States Magistrate Judge on Friday, January 13, 2012. Upon review of the Motions, the Responses, the Replies, hearing argument from counsel, and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows.

1. Consistent with the Court's instructions, as stated in open court, Plaintiff/Counter-Defendant Warner Bros. Entertainment, Inc.'s ("Warner") Motion to Compel the Production of Titov Deposition Exhibit No. 27 **[DE180]** is **GRANTED-IN-PART** and **DEFERRED-IN-PART**. Hotfile shall file a true and correct copy of the document in question under seal. Any party seeking to use said document shall file the appropriate pleading, e.g., a motion in limine for use at trial.

2. It is **FURTHER ORDERED AND ADJUDGED** that Warner's **SEALED** Motion to Compel the Production of Titov Deposition Exhibit No. 27 **[DE183]** is hereby **DEEMED MOOT.**

3. Plaintiff Disney Enterprises, Inc.'s ("Disney") **SEALED** Motion to Compel the Deposition of Andrei Ianakov and for Expedited Briefing **[DE187]** is **WITHDRAWN** by stipulation.

4. Plaintiffs' Renewed Motion to Compel Production of Documents from Lemuria Communications **[DE199]** is **DENIED.**

5. Plaintiffs' Renewed Motion to Compel Particular Source Code **[DE200]** is **GRANTED**. Consistent with the Court's instructions, same shall be subject to an appropriate confidentiality order.

6. Plaintiffs' **SEALED** Motion to File Motion to File Documents Under Seal **[DE202]** is **GRANTED** *nunc pro tunc.*

7. Plaintiffs' **SEALED** Renewed Motion to Compel Production of Documents from Lemuria Communications **[DE203]** is hereby **DEEMED MOOT.**

8. Plaintiff's **SEALED** Motion to File Documents Under Seal **[DE204]** is **GRANTED** *nunc pro tunc.*

9. Plaintiffs' Renewed Motion to Compel Particular Source Code **[DE205]** is **DEEMED MOOT.**

10. Hotfile's Request for Hearing or Oral Argument on Warner's Motion to Compel Titov Deposition Ex. No. 27 **[DE207]** is **GRANTED.**

11. Plaintiff's Motion to File Documents Under Seal **[DE215]** is **GRANTED**.

It is **FURTHER ORDERED AND ADJUDGED** that compliance shall take place within fourteen (14) days of Monday, January 16, 2012.

**DONE AND ORDERED** in Chambers at Miami, Florida on this ___ day of January 2012.

**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

cc: Hon. Kathleen M. Williams
Counsel of Record