UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV,
and DOES 1-10.

*Defendants.*
_____/

### DEFENDANTS' UNOPPOSED MOTION TO UNSEAL THE RECORDING OF THE HEARING HELD BEFORE UNITED STATES MAGISTRATE JUDGE WILLIAM C. TURNOFF ON JANUARY 13, 2012 AND TO PERMIT TRANSCRIPTION OF A WRITTEN TRANSCRIPT

Defendants Hotfile Corp. and Anton Titov ("Defendants"), move for an order of this Court to unseal the transcript of the hearing held before United States Magistrate Judge William C. Turnoff on January 13, 2012 and to allow the U.S. District Court's court reporter to prepare a written transcript of the hearing.

1. On January 13, 2012, a status conference and hearing on various discovery motions was held before United States Magistrate Judge William C. Turnoff.

2. Counsel for Defendants has been informed by the court reporter's office that because some of the motions were filed under seal, Magistrate Judge Turnoff's chambers has

CASE NO. 11-20427-WILLIAMS/TURNOFF

instructed the court reporter not to prepare a written transcript of the hearing without an order from the Court permitting such transcription.

3. Counsel for Defendants needs to review the written transcript of the hearing in order to evaluate whether Defendants should file objections to any of the rulings by the Court.

4. A proposed Order granting Defendants' unopposed motion to unseal the tapes for the purpose of permitting the court reporter to prepare a written transcript of the hearing is attached hereto as Exhibit "A".

## CONCLUSION

On the basis of the foregoing, Defendants respectfully request that this Court grant Defendants' unopposed motion to unseal the recording of the hearing held on January 13, 2012, before United States Magistrate Judge William C. Turnoff, in order to allow the court reporter to transcribe the recording of the hearing and create a written transcript of the hearing.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for the movant, Janet T. Munn, Esq., conferred with all parties or non-parties who may be affected by the relief sought in this motion, including Plaintiffs' counsel, Karen Stetson, Esq., in a good faith effort to resolve the issues and Plaintiffs' counsel has advised that Plaintiffs do not oppose the motion.

/s/ Janet T. Munn
Janet T. Munn

CASE NO. 11-20427-WILLIAMS/TURNOFF

DATED: January 18, 2012

By: /s/ Roderick M. Thompson
Roderick M. Thompson (admitted *pro hac vice*)
Email:  rthompson@fbm.com
Andrew Leibnitz (admitted *pro hac vice*)
Email:  aleibnitz@fbm.com
Anthony P. Schoenberg (*admitted pro hac vice*)
Email:  tschoenberg@fbm.com
Deepak Gupta (admitted *pro hac vice*)
Email:  dgupta@fbm.com
Janel Thamkul (admitted *pro hac vice*)
Email:  jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA  94104
Telephone:  415.954.4400
Telecopy: 415.954.4480

And

/s/ Janet T. Munn
Janet T. Munn, Fla. Bar No. 501281
Email: jmunn@rascoklock.com
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone:  305.476.7101
Telecopy: 305.476.7102

And

/s/Valentin Gurvits
Valentin Gurvits *(*admitted *pro hac vice)*
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation
and Anton Titov*

3

CASE NO. 11-20427-WILLIAMS/TURNOFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2012, the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/Janet T. Munn
     Janet T. Munn

Karen L. Stetson, Fla. Bar No.: 742937
GRAY-ROBINSON, P.A.
Email: karen.stetson@gray-robinson.com
1211 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Steven B. Fabrizio (*Pro Hac Vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza (*Pro Hac Vice*)
Email: dpozza@jenner.com
Luke C. Platzer (*Pro Hac Vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

Karen R. Thorland, Esq. *(Pro Hac Vice)*
Senior Content Protection Counsel
Motion Picture Association of America, Inc.
15301 Ventura Boulevard Building E
Sherman Oaks, CA
Telephone: 818.935.5812
Email: Karen_Thorland@mpaa.org