UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**JOINT MOTION FOR EXTENSION OF SUMMARY JUDGMENT BRIEFING
DEADLINES SET FORTH IN THE COURT'S SCHEDULING ORDER (DKT # 133)
AND ORDER ON MOTION FOR EXTENSION OF TIME (DKT # 157)**

Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studio Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment, Inc. (collectively "Plaintiffs"); and Defendants Hotfile Corp. and Anton Titov (collectively "Defendants") (Plaintiffs and Defendants are collectively the "Parties") move pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure for an extension of time to

file summary judgment motions, pursuant to the Court's Scheduling Order (Dkt # 133), as modified by this Court's Order on Motion for Extension of Time (Dkt #157).

The Parties respectfully request that the Court extend the deadlines as follows:

| | |
|---|---|
| February 10, 2012 | Motions for Summary Judgment on Hotfile Corp.'s Counterclaim against Warner Bros. Entertainment, Inc. ("Counterclaim") are filed. |
| February 17, 2012 | All other Motions for Summary Judgment unrelated to the Counterclaim are filed.[1] |
| February 27, 2012 | Oppositions to Motions for Summary Judgment on the Counterclaim are filed. |
| March 7, 2012 | Oppositions to Motions for Summary Judgment unrelated to the Counterclaim are filed. |
| March 12, 2012 | Replies in Support of Motions for Summary Judgment on the Counterclaim are filed. |
| March 19, 2012 | Replies in Support of Motions for Summary Judgment unrelated to the Counterclaim are filed. |

Neither Party will be prejudiced by the Court granting this Joint Motion for Extension of Time. The Court has authority pursuant to Rule 6 of the Federal Rules of Civil Procedure to grant extensions of time. *See* Fed. R. Civ. P. 6(b)(1). At the hearing on January 13, 2012, the Court indicated its approval of these proposed schedule and briefing modifications, subject to the parties submitting this renewed joint motion.

---

[1] Defendant Anton Titov has indicated that he will be filing a separate motion for summary judgment. Plaintiffs similarly intend to file a motion for summary judgment on Mr. Titov's liability. The parties would like the option of combining the motion for summary judgment on Mr. Titov's liability with the motion for summary judgment against Hotfile Corp. To the extent they combine the two motions, the parties request an enlargement of the page limitation allowed under the Local Rules to 40 pages, with oppositions of equal length, and replies of no more than 20 pages.

## CONCLUSION

On the basis of the foregoing, the Parties respectfully requests that the Court grant the Joint Motion for Extension of Summary Judgment Briefing Deadlines Set Forth in The Court's Scheduling Order (Dkt # 133) and Order On Motion for Extension of Time (Dkt # 157). A proposed Order is attached hereto.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that counsel for Plaintiffs, Karen L. Stetson, the counsel who makes this joint filing on behalf of all Parties, has authorization from counsel for Defendants to file the Joint Motion on behalf of Defendants as well as the Plaintiffs whom she represents.

DATED: January 18, 2012

By: /s/ Karen L. Stetson
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, FL 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

MOTION PICTURE ASSOCIATION
OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone: (818) 995-6600
Fax: (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for Plaintiffs*

CASE NO. 11-20427-WILLIAMS/TURNOFF

By: /s/Roderick M. Thompson
Roderick M. Thompson (admitted *pro hac vice*)
Andrew Leibnitz (admitted *pro hac vice*)
Anthony P. Schoenberg (admitted *pro hac vice*)
Deepak Gupta (admitted *pro hac vice*)
Janel Thamkul (admitted *pro hac vice*)
**FARELLA BRAUN + MARTEL LLP**
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.448

Janet T. Munn, Florida Bar No. 501281
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102
Email: jmunn@rascoklock.com

Valentin Gurvits
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804
vgurvits@bostonlawgroup.com

*Counsel for Defendants Hotfile Corp. and Anton Titov*

CASE NO. 11-20427-WILLIAMS/TURNOFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 18th day of January, 2012, I served the following document on all counsel of record on the attached service list via the Court's CM/ECF filing system:

**Joint Motion for Extension of Summary Judgment Briefing Deadlines Set Forth in The Court's Scheduling Order (Dkt # 133) and Order On Motion for Extension of Time (Dkt # 157)**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this Certificate of Service was executed on this date.

By: /s/ Karen L. Stetson<br>
Karen L. Stetson

CASE NO. 11-20427-WILLIAMS/TURNOFF

# SERVICE LIST

**Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.**
**CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF**

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA 94104
Phone: 415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL 33134
Phone: 305-476-7101
Fax: 305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*