UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

### [PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF SUMMARY JUDGMENT BRIEFING DEADLINES SET FORTH IN THE COURT'S SCHEDULING ORDER (DKT # 133) AND ORDER ON MOTION FOR EXTENSION OF TIME (DKT # 157)

THIS CAUSE came before the court on the Parties' Joint Motion for Extension of Summary Judgment Briefing Deadlines Set Forth in the Scheduling Order (Dkt # 133), as modified by the Court's Order on Motion for Extension of Time (Dkt # 157). This Court has considered the agreed motion, has heard from the parties at a hearing on January 13, 2012, and being otherwise duly advised here, it is hereby:

ORDERED AND ADJUDGED that the Joint Motion for Extension of Summary Judgment Briefing Deadlines to is hereby GRANTED. The Scheduling Order in this case (Dkt # 133) is modified as follows:

| | |
|---|---|
| February 10, 2012 | Motions for Summary Judgment on Hotfile Corp.'s Counterclaim against Warner Bros. Entertainment, Inc. ("Counterclaim") are filed. |
| February 17, 2012 | All other Motions for Summary Judgment unrelated to the Counterclaim are filed. |
| February 27, 2012 | Oppositions to Motions for Summary Judgment on the Counterclaim are filed. |
| March 7, 2012 | Oppositions to Motions for Summary Judgment unrelated to the Counterclaim are filed. |
| March 12, 2012 | Replies in Support of Motions for Summary Judgment on the Counterclaim are filed. |
| March 19, 2012 | Replies in Support of Motions for Summary Judgment unrelated to the Counterclaim are filed. |

As either Plaintiffs or Defendants may choose, the parties may combine their motion for summary judgment on Anton Titov's liability with their motion for summary judgment on Hotfile Corp.'s liability, with any memorandum in support of such a consolidated motion not to exceed 40 pages. Opposition to such a consolidated motion shall not exceed 40 pages, and the reply memorandum in support of such a motion shall not exceed 20 pages.

DONE AND ORDERED in chambers at Miami, Florida this ____ day of _____ 2012.

_____
Kathleen M. Williams
United States District Judge

cc:    All Counsel of Record