UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

    *Defendants*.
_____/

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO UNSEAL THE RECORDING OF THE HEARING HELD BEFORE UNITED STATES MAGISTRATE JUDGE WILLIAM C. TURNOFF ON JANUARY 13, 2012 AND TO PERMIT TRANSCRIPTION OF A WRITTEN TRANSCRIPT

**THIS CAUSE** came before the Court on the Unopposed Motion of Defendants, Hotfile Corporation and Anton Titov (collectively "Defendants"), to unseal the recording of the hearing held before United States Magistrate Judge William C. Turnoff on January 13, 2012 and to permit the transcription of a written transcript ("Unopposed Motion to Unseal the Transcript"). The Court has considered the Unopposed Motion to Unseal the Transcript and being otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Unopposed Motion to Unseal the Transcript of the hearing held Before United States Magistrate Judge William C. Turnoff on January 13, 2012, be and the same, is **GRANTED** as follows:

CASE NO. 11-20427-WILLIAMS-TURNOFF

1. The recording of the hearing is hereby unsealed so that the Court Reporter can transcribe and prepare a written transcript of the hearing and provide it to counsel for Defendants and counsel for Plaintiffs.

2. After preparation of the written transcript by the court reporter, both the transcript and the tape recording of the hearing are to remain sealed. If the parties wish to file the written transcript of the January 13, 2012 hearing with the Court, they may do so under seal in accordance with Local Rule 5.4.

**DONE AND ORDERED** in chambers at Miami, Florida this 19 day of January, 2012.

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record