UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____

## ORDER

**THIS MATTER** is before the Court on the parties' Joint Motion for Extension of Summary Judgment Briefing Deadlines (DE 229). Upon review of the record and the motion, which is unopposed, it is hereby **ORDERED AND ADJUDGED** that the parties' motion is **GRANTED**. The Scheduling Order in this case (DE 133) is amended as follows:

| Date | Event |
|---|---|
| February 10, 2012 | Motions for Summary Judgment on Hotfile Corp.'s Counterclaim against Warner Bros. Entertainment, Inc. ("Counterclaim") are filed. |
| February 17, 2012 | All other Motions for Summary Judgment unrelated to the Counterclaim are filed. |
| February 27, 2012 | Oppositions to Motions for Summary Judgment on the Counterclaim are filed. |
| March 7, 2012 | Oppositions to Motions for Summary Judgment unrelated to the Counterclaim are filed. |
| March 12, 2012 | Replies in Support of Motions for Summary Judgment on the Counterclaim |

|  |  |
|---|---|
|  | are filed. |
| March 19, 2012 | Replies in Support of Motions for Summary Judgment unrelated to the Counterclaim are filed. |

As either Plaintiffs or Defendants may choose, the parties may combine their motion for summary judgment on Anton Titov's liability with their motion for summary judgment on Hotfile Corp.'s liability, with any memorandum in support of such a consolidated motion not to exceed 40 pages. Opposition to such a consolidated motion shall not exceed 40 pages, and the reply memorandum in support of such a motion shall not exceed 20 pages.

**DONE AND ORDERED** in chambers in Miami, Florida, this 20th day of January, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record