Sealed

# FILED UNDER SEAL



FILED by ___ D.C.

JAN 25 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., et al.,

      Plaintiffs,

v.

HOTFILE CORP., et al.,

      Defendants.
_____/

**NOTICE OF FILING UNDER SEAL BY DEFENDANTS HOTFILE CORPORATION AND ANTON TITOV OF A TRUE AND CORRECT COPY OF THE DOCUMENT THAT WAS REFERRED TO IN THE NUMBERED PARAGRAPH "1" TO THE COURT'S SEALED OMNIBUS ORDER OF JANUARY 17, 2012 [D.E. # 227]**

Defendants, Hotfile Corporation and Anton Titov (collectively "Defendants"), pursuant to the Court's Sealed Omnibus Order, dated January 17, 2012, [D.E. # 227] ("Sealed Omnibus Order"), hereby give notice of filing *under seal*, in compliance with the Court's Sealed Omnibus Order, a true and correct copy of the document that was referred to in the numbered paragraph "1" of the Sealed Omnibus Order. The document that is attached to this Notice of Filing as Exhibit "A,"[1] is being filed under seal, as directed by the Court in its Sealed Omnibus Order. Pursuant to the Court's directive at the hearing, Exhibit "A' is not being provided to counsel for Plaintiffs, but is being

---

[1]    Exhibit "A" has been stamped with production numbers HF02866338 through HF02866635.

**FILED UNDER SEAL**  CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

submitted solely to the Court. *See* page 33 of the Transcript of the January 13, 2012 hearing before United States Magistrate Judge William C. Turnoff.

Respectfully submitted,

DATED: January 25, 2012

*/s/ Janet T. Munn*
Janet T. Munn, Esq. Fla. Bar No. 501281
Email: jmunn@rascoklock.com
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102

And

Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email: rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email: aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email: tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email: dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email: jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.4480

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone: 617.928.1800
Telecopy: 617.928.1802

*Counsel for Defendants Hotfile Corporation and Anton Titov*

2

FILED UNDER SEAL                    CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2012, the foregoing Notice of Filing, without Exhibit "A" to the Notice of Filing, was served on all counsel of record identified below via e-mail and by First Class U.S. Mail.

By: /s/ Janet T. Munn
Janet T. Munn

Karen L. Stetson, Esq., Fla. Bar No.: 742937
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1211 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA 91403-5885
Telephone: 818.935.5812

4845-1490-3310, v. 1