(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, et al.,

    Plaintiff

v.

HOTFILE CORP., et al.

    Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Janet T. Munn, Esq., on behalf of Defendants Hotfile and Anton Titov

Address: Rasco Klock, 283 Catalonia Ave., 2nd Floor, Coral Gables, FL 33134

Telephone: 305.460.7101

On behalf of (select one):  ☐ Plaintiff   ☒ Defendant

Date sealed document filed: 1/25/2012

If sealed pursuant to statute, cite statute: _Sealed Order_

If sealed pursuant to previously entered protective order, date of order and docket entry number: 01-17-12 [DE #227]

The matter should remain sealed until:

☐ Conclusion of Trial     ☐ Arrest of First Defendant
☐ Case Closing     ☐ Conclusion of Direct Appeal
☒ Other: Until further order of the Court ordering that the filings be unsealed.
☐ Permanently. Specify the authorizing law, rule, court order:

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file     ☐ Destroyed
☒ Returned to the party or counsel for the party, as identified above

_/s/ Janet T. Munn_

Attorney for: Defendants