Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., et al.,

    *Plaintiffs,*

v.

HOTFILE CORP., et al.,

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant,*

v.
WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*    /

### ORDER ON DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' OBJECTIONS TO THE SEALED OMNIBUS ORDER OF MAGISTRATE JUDGE TURNOFF DATED JANUARY 17, 2012 [D.E. # 227] AND EXHIBITS TO THE OBJECTIONS

THIS CAUSE came before the Court on the Unopposed Motion of Defendants Hotfile Corporation and Anton Titov (collectively "Defendants"), for leave to file under seal Defendants' Objections to the Sealed Omnibus Order of Magistrate Judge Turnoff Dated January 18, 2012 [D.E. #227] and the Exhibits to the Objections. The Court has considered the Motion for Leave to File Under Seal and being otherwise duly advised herein, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion for Leave to File Under Seal is Granted and that the following documents shall remain under seal until the conclusion of this case, including all appeals:

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

    a.    Defendants' Objections to the Magistrate Judge's Order On Warner's Motion To Compel Titov Deposition Ex. 27;

    b.    The Declaration of Roderick Thompson In Support of Defendants' Objections to the Magistrate Judge's Order on Warner's Motion To Compel Titov Deposition Ex. 27 and

    c.    Any further exhibits to the Objections that have been designed "Confidential" or "Highly Confidential" under the Stipulated Protective Order in this case [D.E. # 68].

DONE AND ORDERED in chambers at Miami, Florida this ____ day of _____ 2012.

                                                                         _____
                                                                         Kathleen M. Williams
                                                                         United States District Judge

cc:    All Counsel of Record