# EXHIBIT "1"

| From: | Anton Titov [anton@titov.net] |
|---|---|
| Sent: | Thursday, March 10, 2011 11:13 AM |
| To: | Vasil Kolev; HotFile Corp; Rumen Stoyanov; dido@hotfile.com; Val Gurvits |
| Subject: | Attorney Work Product - Prepared at the Direction of Counsel - Warner bros account misuse |

Привет Валентин,

ты тут на копии чтоб мейл не подлежал discovery, обсуждаем файлы, которые Warner Bros удаляли, не имея на это право и которые вероятно можно распространять свободно. Извиняюсь за болгарский ниже.

Здравейте останалите,

успях да изровя по-долу доста файлове, изтрити от warner bros, които е силно вероятно да са за свободно разпространение.

Василе, можеш ли да ги изтеглиш някъде по сървърите и да дадеш достъп на останалите. Даже ако ги качиш на сървър който не е на хотфайл - най-добре. После който има Windows не е лошо да прегледа софтуерите.

Мисля, че все нещо ще изпадне, за което да можем да ги натиснем.

Антон

```
+----------+---------------------------------------+
| id       | filename                              |
+----------+---------------------------------------+
| 72299566 | 11 PC DEMO Tweaker 0.2.exe            |
| 72229313 | FIFA2011_Demo_SponneR.part4.rar       |
| 72229219 | FIFA2011_Demo_SponneR.part3.rar       |
| 72229158 | FIFA2011_Demo_SponneR.part5.rar       |
| 72229151 | FIFA2011_Demo_SponneR.part2.rar       |
| 72229113 | FIFA2011_Demo_SponneR.part1.rar       |
| 70332862 | FIFA.2011.DEMO.part6.rar              |
| 70332666 | FIFA.2011.DEMO.part4.rar              |
| 70332665 | FIFA.2011.DEMO.part3.rar              |
| 69796435 | FIFA11.PC.DEMO.part7.rar              |
| 69746748 | FIFA.2011.DEMO.By.Dardann.-.part2.rar |
| 69746707 | FIFA.2011.DEMO.By.Dardann.-.part5.rar |
| 69746706 | FIFA.2011.DEMO.By.Dardann.-.part4.rar |
| 69746704 | FIFA.2011.DEMO.By.Dardann.-.part3.rar |
| 69746702 | FIFA.2011.DEMO.By.Dardann.-.part6.rar | 69746700 |
| FIFA.2011.DEMO.By.Dardann.-.part7.rar |
| 69693461 | FiFa2011_Demo_Wersja PL_by_up_adi.part4.rar |
| 69688182 | FiFa2011_Demo_Wersja PL_by_up_adi.part3.rar |
| 69688173 | FiFa2011_Demo_Wersja PL_by_up_adi.part2.rar |
| 69688146 | FiFa2011_Demo_Wersja PL_by_up_adi.part1.rar |
| 69660638 | FIFA.2011.DEMO.part6.rar              |
| 69660636 | FIFA.2011.DEMO.part5.rar              |
| 69660596 | FIFA.2011.DEMO.part4.rar              |
| 69660594 | FIFA.2011.DEMO.part3.rar              |
| 69660564 | FIFA.2011.DEMO.part2.rar              |
```

1

CONFIDENTIAL                                                                HF02159110

```
| 69660453 | FIFA.2011.DEMO.part1.rar |
+----------+--------------------------+


+-----------+--------------------+
| id        | filename           |
+-----------+--------------------+
| 100255176 | Jdownloader_TUT.doc |
+-----------+--------------------+


+-----------+-------------------------------------------------------------------
---+
| id        | filename |
+-----------+-------------------------------------------------------------------
---+
| 108898189 | Amateur_couple_motel_fuck.rar |
| 96830505  | Amateur From Poland.rar |
| 88327909  | Monica Lion - Amateur Creampies.wmv |
| 65181042  |
EMRH_LTWYL.28.08.2010.inception.iphone.alba.perry.eminem.psp.3gp.xvid.amateur.zip
|
| 63831796  | 380 - Amateur Night.rar |
| 56740053  | Lebnon_Amateur_Couple_in_Vacant..wmv |
| 48674276  | Pakistani_Amateur_Uploaded_Jun_01_2010.part2.rar |
| 48674221  | Pakistani_Amateur_Uploaded_Jun_01_2010.part1.rar |
| 37687574  | Amateur_Desi_girl_Shower.avi |
| 30555689  | Amateur girl Andrea speaking while having using DILDO on
camm.zip |
| 30550821  | Amateur Beautiful Blond Sucks Cock In A Carr.zip |
| 25694238  |
2009-11-26-Amateur-Teen-Indian-Fingering--milf-.avi.flv%3Fstart%3D0 |
| 20223846  | Desi_amateur_Cam.rar |
| 20223831  | Making_of_an_amateur_Desi_Porn_film.rar |
| 18259096  | RealAmateurWife.rar |
| 18003904  | British_fuck_young_indian_amateur_in_hotel.avi |
| 17845714  | Amateur_Girl_Doggy.wmv |
| 17221406  | BlondeAmateur.wmv |
| 16359574  |
India+Beautiful+young+indian+Amateur+F.u.c.k.e.d+in+P.a.n.t.y.flv |
| 15571973  | Brigitte amateur mature big ass blonde chubby.part1.rar |
| 15506272  | Very hot Amateurs would loving it by showing body.rar |
| 15497832  | Brigitte amateur mature big ass blonde chubby.part2.rar |
| 15496392  | Beautiful Amateur Pragnant girl amazing + teenagers.rar |
| 15162559  | Nude pics of Pantyhose Amateur very hot enjoyable.rar |
| 15155001  | Extremely hot amateur girl Nylon Michelle nude show.rar |
| 15153775  | Amazing stuff having hottest nude pix of amateurs.rar |
| 15151510  | Alot of amateur teens enjoyed by everyone.rar |
| 14724713  | PUre amateur girls are making fun over all places.part2.rar
|
| 14723927  | PUre amateur girls are making fun over all places.part1.rar
|
| 14722614  | Porn pics of amateur Kira the little redhead - as Maid and
Cheer.rar |
+-----------+-------------------------------------------------------------------
---+


+-----------+-------------------------------------------------------------+
| id        | filename |
```

2

CONFIDENTIAL                                                          HF02159111

```
+----------+-------------------------------------------------------------+
| 79467644 | Hot babe Naina Exposing and dancing on webcam nude.wmv |
| 72309073 | Desi_Couple_ Mariya_And_Ramesh_Enjoying_on_Webcam.avi |
| 72308680 | Very_Very_Hot_New_Marid_Desi_Couple_Enjoying_on_Webcam.avi
|  |
| 67177593 | Webcam.Desi.Hotel.Threesome.Fun.Unseen.flv |
| 64825636 | My friend SUhail Shah and her wife rohana sex on webcam.zip
|  |
| 63370065 | Best.Desi.Bhabhi.Webcam.Bestest.Ever.avi |
| 62525756 | Desi.Hot.And.Sexy.Couple.On.WebCam.avi |
| 62523989 | Newly.Married.Bangalore.Couple.Webcam.Capture.avi |
| 50461101 | Pakistani floor sex is captured on webcam very intense
sex.zip |
| 46942458 | Round Round and very beautiful boobs exposing on Webcam.zip
|  |
| 43618513 | Raveena Hide her face, Fitted Webcam and showing full
body.zip |
| 43139187 | Hot and Sour Indian Chick With A Dildo On Webcam.zip |
| 43132238 | Desi Hottest aunty with videshi... Enjoying fully webcam
sex on bed.zip |
| 41818415 | First Time a glasses Boy is masterbating on Webcam.zip |
| 40394127 | Arathi_bhabi_webcam.avi |
| 37833264 | Both agreed couple fixed Webcam and Making hottest Sexual
clip.zip |
| 37687781 | Desi_Girl_fingering_on_webcam_wearing_gstring.flv |
| 34988927 | churidaarbluehusbandcplwebcam2.wmv | 34988910 |
| churidaarbluehusbandcplwebcam1.wmv |
| 32062966 | White Bra Dirty desi girl exposing full on Webcam.zip |
| 31258988 | Blasting beauty on webcam shwing cuttest bodyyyy.zip |
| 31110614 | Very clear Webcam Fitted Full Fuck on bed this time.zip |
| 30952185 | Sweet pink dress desi girl smiling and showing on
webcam.zip |
| 30564475 | Crazy Couple using dildo plus full sex on webcam.zip |
| 30040462 | Bluet shirt booby aunty showing body on webcam .zip |
| 29452357 | Hot Desi Model Shalni Webcam with boyfriend amazing.zip |
| 28631455 | Black dress cuttest sexy desi grl showin butt on webcam.zip
|  |
| 28630082 | Bangla Indian couple is making full sex on webcam .zip |
| 28414716 | Desi naughty white bra Stripping on webcam.zip |
| 22116791 | Extremely amazing couple enjoying on webcam new.zip |
+----------+-------------------------------------------------------------+


+-----------+---------------------------------------------------------------
---+
| id | filename |
+-----------+---------------------------------------------------------------
---+
| 106379409 | iPhone.Life.Magazine.March-April.2011.zip |
| 102927249 | Trenches.v1.9.2.iPhone.iPod.Touch.iPad-ARBiTRAGEPDA.rar |
| 46241825 | 060310.MAG.Guide.iPhone.2010.rar |
| 45757013 | Shabnam aunty is calling on phone and bf enjoying with
boobs.zip |
| 41340864 | Tamil girl calling on phone and bf start enjoying by
stripping her.zip |
| 34837397 | Tamil girl is talking on phone and her boyfriend is playing
with him.zip |
| 33535080 | cellphonemmsfckdoggysmiling.wmv |
```

3

CONFIDENTIAL

HF02159112

```
| 27569238 | Desi girl calling on phone and amuzing sex.zip |
| 26225722 |
Chennai_Call_Girl_Give_BJ_And_Talk_On_Phone_www.amaderforum.com.3gp |
+----------+-----------------------------------------------------------------
---+


+----------+--------------------+
| id       | filename           |
+----------+--------------------+
| 58981114 | EGYPTION_HoTEL.avi |
| 19574393 | egyptfamily.rar    |
| 19574302 | egypt_lesbians.rar |
+----------+--------------------+


+-----------+-------------------------------------------------------------+
| id        | filename                                                    |
+-----------+-------------------------------------------------------------+
| 109488410 | Whiteout_setup.exe                                          |
| 103741461 | Alternative.exe                                             |
| 103281450 | ME2_AltAppearance2.exe                                      |
|  98548583 | KryjówkaHandlarzaCieniPL-instalator.exe                     |
|  83888026 | java-windows-i586-s.exe                                     |
+-----------+-------------------------------------------------------------+
```

4

CONFIDENTIAL                                                                              HF02159113