# EXHIBIT "2"

## Engstrom, Evan (27) x4945

| | |
|---|---|
| **From:** | Leibnitz, Andrew (21) x4932 |
| **Sent:** | Thursday, January 19, 2012 9:09 AM |
| **To:** | 'SFabrizio@jenner.com' |
| **Cc:** | Thompson, Rod (27) x4445; Gupta, Deepak (22) x4419; Thamkul, Janel (28) x4467; 'jmunn@rascoklock.com'; 'vgurvits@bostonlawgroup.com'; 'DPozza@jenner.com'; 'LPlatzer@jenner.com' |
| **Subject:** | Re: Disney Enterprises Inc. et al. v. Hotfile Corp. et al. |

Steve:
In what way does it provide value to your clients to accuse me of "astonishing" hypocrisy, nonsense, frivolousness, and oversensitivity?  Attempting to berate me (as opposed to simply providing the basis for your position, which I have repeatedly asked for) is not particularly helpful.
I also remain baffled as to why you will not agree to meet and confer with me.  Plaintiffs bear the burden of proving substantial justification and harmlessness of their belated disclosures, so you (or someone on your team) must already know Plaintiffs' position.  I have told you repeatedly that I'm available anytime this week to confer. When are you available?
Regards,
Andy

----- Original Message -----
From: Fabrizio, Steven B [mailto:SFabrizio@jenner.com]
Sent: Thursday, January 19, 2012 07:57 AM
To: Leibnitz, Andrew (21) x4932
Cc: Thompson, Rod (27) x4445; Gupta, Deepak (22) x4419; Thamkul, Janel (28) x4467; Janet Munn <jmunn@rascoklock.com>; vgurvits@bostonlawgroup.com <vgurvits@bostonlawgroup.com>; Pozza, Duane <DPozza@jenner.com>; Platzer, Luke C <LPlatzer@jenner.com>
Subject: Re: Disney Enterprises Inc. et al. v. Hotfile Corp. et al.

Andy – I am not available today to meet and confer.  Nor is anyone on our team – because of depositions in this case.  Does Hotfile intend to move to exclude?  Rod and Tony "objected" and "reserved the right" to object.  You are the only one suggesting (without any facts) that Hotfile intends to make a motion.  That is what is reflexive in this case.  You are scheduled to take Dr. Foster's deposition tomorrow.  Take the deposition.  Ask your questions.  If after having information Hotfile still plans to proceed with a motion, then we can meet and confer.

It is astonishing the hypocrisy you display.  My email says that it is irresponsible for you to be threatening a motion without having the facts (which you will have tomorrow after Dr. Foster's deposition) from which you can decide whether you have a non-frivolous basis for the motion.  We do not think that you do.  You interpret that as a threat.  Clearly, you are oversensitive.

By contrast, you accused me of multiple violations of a protective order and my ethical obligations in the clawback motion - repeatedly.  Charges that the court dismissed as without basis.  The court did not even give them the time of day - because they were wrong.  So you continue to include whatever you want in your motions.  The court has seen through your nonsense.

SBF

From: Andrew Leibnitz <aleibnitz@fbm.com<mailto:aleibnitz@fbm.com>>
Date: Thu, 19 Jan 2012 09:47:29 -0600
To: Steven Fabrizio <sfabrizio@jenner.com<mailto:sfabrizio@jenner.com>>

1

Cc: "Anthony P. Schoenberg" <tschoenberg@fbm.com<mailto:tschoenberg@fbm.com>>, Jennifer Yeh
<JYeh@jenner.com<mailto:JYeh@jenner.com>>, "Roderick M. Thompson"
<rthompson@fbm.com<mailto:rthompson@fbm.com>>, Deepak Gupta
<dgupta@fbm.com<mailto:dgupta@fbm.com>>, Janel Thamkul
<jthamkul@fbm.com<mailto:jthamkul@fbm.com>>, Janet Munn
<jmunn@rascoklock.com<mailto:jmunn@rascoklock.com>>,
"vgurvits@bostonlawgroup.com<mailto:vgurvits@bostonlawgroup.com>"
<vgurvits@bostonlawgroup.com<mailto:vgurvits@bostonlawgroup.com>>, Duane Pozza
<DPozza@jenner.com<mailto:DPozza@jenner.com>>, Luke Platzer
<LPlatzer@jenner.com<mailto:LPlatzer@jenner.com>>, Rochelle Lundy
<RLundy@jenner.com<mailto:RLundy@jenner.com>>
Subject: Re: Disney Enterprises Inc. et al. v. Hotfile Corp. et al.

Steve:

As you know from our prior motion on this subject, Plaintiffs bear the burden of proving
substantial justification and harmlessness to their belated disclosures. All I can do is ask
for your complete basis. If you will not provide your basis for thinking your disclosures
proper, I cannot make you do so.

Regarding the meet and confer, you appear to ignore my email. I am available any time to
discuss. Shall we say 10a my time (1 pm your time)?

I note again your threat regarding sanctions. We will expect to put your accusation, which
appears to be a reflexive threat for you, into any motion we file.

Andrew Leibnitz
Farella Braun + Martel LLP

On Jan 19, 2012, at 7:29 AM, "Fabrizio, Steven B"
<SFabrizio@jenner.com<mailto:SFabrizio@jenner.com>> wrote:


You can make threats and "understand" what you like – but you will be wrong (as has all-too-
often proven to be the case).  I do not have time to recite everything.  You will have the
witness to ask.  But, to be clear, yes, Titov's testimony came before rebuttal reports.  But
his testimony appears to have misrepresented the meaning of certain file statuses.  Through
painstaking analysis, we were able to ascertain the correct meaning of the statuses.  Hence
the corrections.  You can (and I assume will) question Prof. Foster about the changes.  The
changes do not affect Mr. Zebrak's fields.  To my understanding, they affect only the Hash
Noticed and Title Noticed fields in each exhibit.  Since that is simply Hotfile's data, and
not opinion, I fail to see how Hotfile can complain or claim prejudice.

And, for the record, this brief and incomplete email exchange is not a substitute for a
required meet-and-confer.  If you intend to waste everyone's time with a motion, then you may
so inform us and we will be prepared to confer.  However, it seems irresponsible for you to
have already decided, without any information, that you have a non-frivolous basis for a
motion.

SBF

From: Andrew Leibnitz
<aleibnitz@fbm.com<mailto:aleibnitz@fbm.com><<mailto:aleibnitz@fbm.com>mailto:aleibnitz@fbm.c
om>>
Date: Thu, 19 Jan 2012 09:08:27 -0600

2

To: Steven Fabrizio
<sfabrizio@jenner.com<mailto:sfabrizio@jenner.com><<mailto:sfabrizio@jenner.com>mailto:sfabri
zio@jenner.com>>
Cc: "Anthony P. Schoenberg"
<tschoenberg@fbm.com<mailto:tschoenberg@fbm.com><<mailto:tschoenberg@fbm.com>mailto:tschoenbe
rg@fbm.com>>, Jennifer Yeh
<JYeh@jenner.com<mailto:JYeh@jenner.com><<mailto:JYeh@jenner.com>mailto:JYeh@jenner.com>>,
"Roderick M. Thompson"
<rthompson@fbm.com<mailto:rthompson@fbm.com><<mailto:rthompson@fbm.com>mailto:rthompson@fbm.c
om>>, Deepak Gupta
<dgupta@fbm.com<mailto:dgupta@fbm.com><<mailto:dgupta@fbm.com>mailto:dgupta@fbm.com>>, Janel
Thamkul
<jthamkul@fbm.com<mailto:jthamkul@fbm.com><<mailto:jthamkul@fbm.com>mailto:jthamkul@fbm.com>>
, Janet Munn
<jmunn@rascoklock.com<mailto:jmunn@rascoklock.com><<mailto:jmunn@rascoklock.com>mailto:jmunn@
rascoklock.com>>,
"vgurvits@bostonlawgroup.com<mailto:vgurvits@bostonlawgroup.com><<mailto:vgurvits@bostonlawgr
oup.com>mailto:vgurvits@bostonlawgroup.com>"
<vgurvits@bostonlawgroup.com<mailto:vgurvits@bostonlawgroup.com><<mailto:vgurvits@bostonlawgr
oup.com>mailto:vgurvits@bostonlawgroup.com>>, Duane Pozza
<DPozza@jenner.com<mailto:DPozza@jenner.com><<mailto:DPozza@jenner.com>mailto:DPozza@jenner.c
om>>, Luke Platzer
<LPlatzer@jenner.com<mailto:LPlatzer@jenner.com><<mailto:LPlatzer@jenner.com>mailto:LPlatzer@
jenner.com>>, Rochelle Lundy
<RLundy@jenner.com<mailto:RLundy@jenner.com><<mailto:RLundy@jenner.com>mailto:RLundy@jenner.c
om>>
Subject: Re: Disney Enterprises Inc. et al. v. Hotfile Corp. et al.

Steve:

Anton Titov's deposition concluded six weeks ago -- long before the deadline for production
of rebuttal reports.  What justification do Plaintiffs have for producing documents -- yet
again -- in the final hours before deposition?  To what "misstatements" of Mr. Titov exactly
do you refer?

We will understand your response to be a complete recitation of Plaintiffs' basis for
believing that their serial violation of Rule 26 is "substantially justified" and
"harmless.".  I am available any time the remainder of the week to meet and confer.

Regards,

Andrew Leibnitz
Farella Braun + Martel LLP

On Jan 19, 2012, at 6:33 AM, "Fabrizio, Steven B"
<SFabrizio@jenner.com<mailto:SFabrizio@jenner.com><<mailto:SFabrizio@jenner.com>mailto:SFabri
zio@jenner.com>> wrote:

Tony — I don't know if Luke is online, so let me respond.  The productions of the various
charts have been necessitated to correct data issues — issues that have been caused by
Titov's apparent misstatements, under oath, at his deposition, as to what certain datasets
include.  We have wasted tens of thousands of dollars because Hotfile refused to provide its
source code, forcing us to rely on the testimony of Titov, who by design or otherwise,
appears to have misstated relevant facts about certain datasets.

To the best of our knowledge, you know have the final exhibits.  If through our own deduction
or review of newly produced materials we learn of additional material inaccuracies in Titov's

3

sworn testimony about the data, then our experts will issue further updated/corrected reports.

You can obviously reserve any "rights" you think you have.  We of course also reserve our right to seek all of Hotfile's source code to confirm that Titov has not made further misrepresentations under oath, and to seek the appropriate remedy (in the form of our wasted attorneys' and experts' fees) for the harm Titov's misstatements have caused plaintiffs.

I will also note that Rod produced documents the night before (and at) the Lynde deposition – and also produced (very late the night before) a revised damages model from Lynde.  In contrast to our corrected exhibits, those late Lynde productions were not caused by any fault of ours.  Yet, we didn't complain.  We took the deposition and asked about the changes.  You are free to do the same.

SBF

From:
TSchoenberg@fbm.com<mailto:TSchoenberg@fbm.com><<mailto:TSchoenberg@fbm.com>mailto:TSchoenberg@fbm.com> [<mailto:TSchoenberg@fbm.com>mailto:TSchoenberg@fbm.com]
Sent: Thursday, January 19, 2012 9:17 AM
To: Yeh, Jennifer V.;
RThompson@fbm.com<mailto:RThompson@fbm.com><<mailto:RThompson@fbm.com>mailto:RThompson@fbm.com>;
ALeibnitz@fbm.com<mailto:ALeibnitz@fbm.com><<mailto:ALeibnitz@fbm.com>mailto:ALeibnitz@fbm.com>; DGupta@fbm.com<mailto:DGupta@fbm.com><<mailto:DGupta@fbm.com>mailto:DGupta@fbm.com>;
JThamkul@fbm.com<mailto:JThamkul@fbm.com><<mailto:JThamkul@fbm.com>mailto:JThamkul@fbm.com>;
jmunn@rascoklock.com<mailto:jmunn@rascoklock.com><<mailto:jmunn@rascoklock.com>mailto:jmunn@rascoklock.com>; <<mailto:vgurvits@bostonlawgroup.com>mailto:vgurvits@bostonlawgroup.com>
vgurvits@bostonlawgroup.com<mailto:vgurvits@bostonlawgroup.com><<mailto:vgurvits@bostonlawgroup.com>mailto:vgurvits@bostonlawgroup.com>
Cc: Fabrizio, Steven B; Pozza, Duane; Platzer, Luke C; Lundy, Rochelle P.
Subject: RE: Disney Enterprises Inc. et al. v. Hotfile Corp. et al.

Luke, et al:  How many additional productions and revisions will there be before tomorrow's depositions?  This is not appropriate, and we obviously reserve all rights to seek exclusion of any opinions or documents that were not timely disclosed and/or produced.

Regards,
Tony

From: Yeh, Jennifer V. [<mailto:JYeh@jenner.com>mailto:JYeh@jenner.com]
Sent: Thursday, January 19, 2012 3:40 AM
To: Thompson, Rod (27) x4445; Leibnitz, Andrew (21) x4932; Schoenberg, Tony (28) x4963; Gupta, Deepak (22) x4419; Thamkul, Janel (28) x4467;
jmunn@rascoklock.com<mailto:jmunn@rascoklock.com><<mailto:jmunn@rascoklock.com>mailto:jmunn@rascoklock.com>; <<mailto:vgurvits@bostonlawgroup.com>mailto:vgurvits@bostonlawgroup.com>
vgurvits@bostonlawgroup.com<mailto:vgurvits@bostonlawgroup.com><<mailto:vgurvits@bostonlawgroup.com>mailto:vgurvits@bostonlawgroup.com>
Cc: Fabrizio, Steven B; Pozza, Duane; Platzer, Luke C; Lundy, Rochelle P.
Subject: Disney Enterprises Inc. et al. v. Hotfile Corp. et al.

Counsel:

As a supplemental response to Defendants' subpoenas, please see (uploaded to the FTP site below) further disclosures and updated exhibits.  Dr. Foster has updated data extracted from Hotfile's produced data sets and provided to Mr. Zebrak; he is providing an explanation of

4

the additional information in updated paragraphs Paragraphs 20 & 22 of his report and the additional information is reflected in the updated exhibits.

The login information remains as before:

username:jbftp010312
password:4K6eC622

url: <<ftp://208.83.10.27>ftp://208.83.10.27> <ftp://208.83.10.27> ftp://208.83.10.27


Regards,
Jennifer


_____

Jennifer V. Yeh
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Tel (202) 639-6097
Fax (202) 661-4900
JYeh@jenner.com<mailto:JYeh@jenner.com><<mailto:JYeh@jenner.com>mailto:JYeh@jenner.com>
<<http://www.jenner.com/>http://www.jenner.com/>www.jenner.com<<http://www.jenner.com>http://
www.jenner.com>


CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.


_____