

Sealed

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

Counterclaimant,

v.

WARNER BROS. ENTERTAINMENT INC.,

Counter-Defendant.
_____/

### DECLARATION OF RODERICK M. THOMPSON IN SUPPORT OF HOTFILE OBJECTIONS TO MAGISTRATE JUDGE'S ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF TITOV DEPOSITION EX. 27

I, Roderick Thompson, declare as follows:

1. I am a partner with the law firm Farella Braun + Martel LLP, counsel for Defendant and Counterclaimant Hotfile Corporation ("Hotfile") and Defendant Anton Titov. I

FILED UNDER SEAL				CASE NO. 11-20427-WILLIAMS/TURNOFF

have personal knowledge of the matters stated herein and, if called and sworn as a witness, I could and would competently testify to the facts set forth herein.

2.	On July 28, 2011, counsel for Warner sent an email to counsel for Hotfile stating that Hotfile had inadvertently produced a document bearing the Bates number HF02159110. The following morning, Hotfile sent an email to counsel for Warner asking for the return of the document pursuant to paragraph 20 of the Protective Order. Attached hereto as Exhibit 1 is a true and correct copy of HF02159110.

3.	Attached hereto as Exhibit 2 is a true and correct copy of an email dated January 19, 2012, sent from sent Steven Fabrizio (an attorney of record for Warner) to Andrew Leibnitz (my partner at Farella Braun + Martel LLP, and an attorney of record for Hotfile) regarding, in part, the Magistrate Judge's ruling on Warner's motion to compel Titov Depo. Ex. 27.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of January 2011, at San Francisco, California.

_____
Roderick Thompson

2

26501\2939218.1