# Exhibit L

Page 1

1                  UNITED STATES DISTRICT COURT

2                  SOUTHERN DISTRICT OF FLORIDA

3                    CASE NO. 11-20427-WILLIAMS

4

5    DISNEY ENTERPRISES, INC.,     )
     TWENTIETH CENTURY FOX FILM    )
6    CORPORATION, UNIVERSAL CITY   )
     STUDIOS PRODUCTIONS LLLP,     )
7    COLUMBIA PICTURES             )
     INDUSTRIES, INC., and         )
8    WARNER BROS. ENTERTAINMENT    )
     INC.,                         )
9                                  )
                                   )
10   Plaintiffs,                   )
                                   )
11                                 )
     v.                            )
12                                 )
     HOTFILE CORP., ANTON TITOV    )
13   and DOES 1-10,                )
                                   )
14   Defendants.                   )

15

16

17                  Deposition of JAMES BOYLE

18                  (Taken by the Plaintiffs)

19                  Raleigh, North Carolina

20                    December 21, 2011

21

22

23   Reported by:    Marisa Munoz-Vourakis -
                      RMR, CRR and Notary Public
24   TSg Job # 44315

25

Page 13

1    that you asked, because it's an example of changing the

2    line between the realm of the protected and the realm

3    of the unprotected in the hope of generating more

4    innovation.

5        Q.    In the course of your research, do you have

6    any experience designing statistical studies?

7            MR. GUPTA:  Objection, vague and

8        ambiguous.

9        A.    No, I do not.

10       Q.    Are you trained in statistics?

11       A.    No, I am not.

12       Q.    In the course of your research, do you have

13   any experience analyzing large data sets?

14           MR. GUPTA:  Objection, vague and

15       ambiguous.

16       A.    No, I would say that I do not have the

17   experience as a statistician analyzing large data sets.

18   As an academic, I have to consider large amounts of

19   data all of the time and try and draw conclusions from

20   it, so it depends exactly what you mean by large data

21   sets.

22       Q.    In your research, do you have any

23   experience analyzing on line networks?

24           MR. GUPTA:  Objection, vague and

25       ambiguous.

Page 26

```
 1    businesses in a variety of ways, and so it is hard to

 2    characterize them as merely one thing precisely because

 3    users are using them for different purposes.

 4         Q.    Do you know how many files have been

 5    uploaded to Hotfile?

 6              MR. GUPTA:  Objection, vague and

 7          ambiguous, calls for speculation.  It's

 8          outside the scope of his report.

 9    A.        No, I do not.

10         Q.    Do you know how many total downloads of

11    files there have been for Hotfile?

12              MR. GUPTA:  Same objection.

13    A.        No, I do not.

14         Q.    Are you familiar with a report in this

15    litigation by Professor Richard Waterman?

16         A.    Yes, I am.

17         Q.    Have you reviewed it?

18         A.    Yes, I have.

19         Q.    Are you aware of his conclusions?

20         A.    Yes, I am.

21         Q.    Have you been asked to offer an opinion on

22    his conclusions?

23              MR. GUPTA:  Objection, seeks work

24          product.  I think that that's covered by

25          Rule 26, and you'll have an answer soon
```

Page 54

1    A.    No, I did not.  I was asked to look at

2  examples of noninfringing uses.

3        In addition, I am not a statistician, as I

4  made clear on paragraph seven.  This does not purport

5  to be a representative statistical sample.

6    Q.    Getting to the summary of opinions,

7  paragraph nine, let's start with conclusion one, little

8  i, I guess.  I'll just read it:  First, there was a

9  high volume of usage of the Hotfile system for

10  activities that were either clearly noninfringing or

11  highly likely to be noninfringing.

12        Do you see that?

13    A.    I do.

14    Q.    What do you mean by a high volume of usage?

15    A.    I mean that there was a large number of

16  downloads of material of that type.

17    Q.    What is a large number of downloads?

18    A.    Are you asking me in philosophical sense?

19    Q.    How would you quantify what a large number

20  of downloads would be?

21    A.    I found there were 1.7 million downloads.

22  That seemed to be a high number to me.

23    Q.    If it was 10,000 downloads, would that be a

24  high number?

25        MR. GUPTA:  Objection, incomplete

Page 55

```
 1        hypothetical.

 2        A.     It would depend very much on the facts and

 3    why one was asking the question.

 4        Q.     Does it depend on the total number of

 5    downloads from Hotfile overall?

 6             MR. GUPTA:  Objection, that's vague

 7          and it lacks foundation.

 8        A.     I was attempting to give the court

 9    information which would be useful in a determination of

10    whether or not there was substantial noninfringing uses

11    of the Hotfile service, and whether or not there were

12    uses of Hotfile which tended to militate against

13    inducement liability under the theory of Grokster.

14    Since that was the question I was attempting to answer,

15    I looked at the kinds of things that seem relevant in

16    answering that question.

17             Since the court in Sony stressed a number

18    of different factors in talking about noninfringing

19    uses, and the courts since Sony have stressed a number

20    of different factors in talking about the capabilities

21    of system for noninfringing uses, I tried to look,

22    where possible, at the types of usages of the Hotfile

23    system which seemed to fall within those categories.

24             So high volume here for me is --

25    1.7 million seems to me to be a large number, and
```

1    that's a large number of downloads of a particular

2    piece of software.  In this case, a great many people

3    are acquiring this piece of software.  I think a court

4    looking at that, looking at the distribution of

5    copyrighted material, looking at the incentivization of

6    creativity would say that the provision of copyrighted

7    content to 1.7 million people is a very substantial

8    use.

9                 That would be a substantial use, regardless

10   of the total number of downloads from the Hotfile

11   service, but that was not what I was looking at.

12        Q.      So the total number of downloads does not

13   matter in determining whether or not there is what you

14   characterize a high volume of usage?

15                MR. GUPTA:  Objection, that

16        mischaracterizes the testimony.  It's vague.

17        It lacks foundation.  It calls for

18        speculation and it's asked and answered.

19        A.      I think I did answer that question

20   previously, but I shall try and answer it again

21   slightly more tersely.

22                I think there are a number of factors that

23   one would look at in terms of volume.  In this case, I

24   think one key feature is looking at substantial

25   noninfringing uses is to look at whether or not a

Page 57

1    system allows for a particular kind of creativity or

2    cultural sharing and whether or not it allows a

3    relatively large number of people to profit from that.

4    That is one and only one of many factors that one might

5    consider in considering substantial noninfringing uses.

6              If one thinks, for example, of a book or a

7    movie, and I were able to tell you that this book or

8    movie was distributed to 1.7 million people, I think I

9    would say that is a high volume.  I, as an author,

10   would be delighted were my books to be read by

11   1.7 million people.  I imagine that the creators of

12   this software felt that that was a high volume.

13             So relative to that question, I think, yes,

14   that is indeed a high volume.

15        Q.    Going down a bit, you say, and I'll just

16   read this to be precise:  Using the Hotfile system to

17   share noninfringing software files was also a popular

18   usage of the system in relative and absolute terms.

19             Do you see that?

20        A.    Yes, I do.

21        Q.    How was it a popular usage in absolute

22   terms?

23        A.    Because there were 1.7 million downloads of

24   those files.

25        Q.    And how was it a popular usage in relative

Page 58

1    terms?

2         A.      Because the two most commonly downloaded

3    files were files of that type, that is to say,

4    noninfringing files.

5         Q.      When you say commonly downloaded, what do

6    you mean?

7              MR. GUPTA:   Objection, calls for

8         speculation.

9         A.      The two files that were listed at the top

10   of the most downloaded files on the database as --

11   which I believe the plaintiffs also have, and that was

12   determined by Elysium Digital.

13             MR. GUPTA:   I would just like to lodge

14        and objection.  It may be helpful for

15        counsel, if you want more specifics on these

16        numbers, to actually direct the witness to

17        the different tables and other numbers in

18        the report.

19        A.      The details are provided in the attached

20   documents.

21        Q.      So you say the top two most downloaded

22   files on Hotfile were open source programs, correct?

23        A.      Yes.

24        Q.      You're looking at specific files, right?

25        A.      Yes, I am, but let me qualify that

Page 203

1                    C E R T I F I C A T E

2          I, Marisa Munoz-Vourakis, RMR, CRR and Notary Public,

3     the officer before whom the foregoing proceeding was

4     conducted, do hereby certify that the witness(es) whose

5     testimony appears in the foregoing proceeding were duly

6     sworn by me; that the testimony of said witness(es) were

7     taken by me to the best of my ability and thereafter

8     transcribed under my supervision; and that the foregoing

9     pages, inclusive, constitute a true and accurate

10    transcription of the testimony of the witness(es).

11         I do further certify that I am neither counsel for,

12    related to, nor employed by any of the parties to this

13    action in which this proceeding was conducted, and

14    further, that I am not a relative or employee of any

15    attorney or counsel employed by the parties thereof, nor

16    financially or otherwise interested in the outcome of the

17    action.

18    IN WITNESS WHEREOF, I have hereunto subscribed my name

19    this 27th of December, 2011.

20                              _____
                                MARISA MUNOZ-VOURAKIS

21    Notary #20032900127

22

23

24

25

TSG Reporting - Worldwide         877-702-9580