# Exhibit M

## Timeline

| 2009 | February | Hotfile Launch |
|---|---|---|
|  | April | Email address for notices posted on website |
|  | August | Special Rightsholder Accounts; claimed blocking of files based on hash |
|  | December | Registered DMCA agent with Copyright Office |
| 2010 | January | Termination of certain users following Liberty Media litigation |
|  | May | DMCA policy with name of registered agent posted on website |
|  | September | Perfect 10 files complaint against Hotfile |
| 2011 | February | Plaintiffs file complaint against Hotfile; implementation of strike system for repeat infringers |