UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PERMIT USE AT TRIAL OR SUMMARY JUDGMENT OF TITOV EX. 27 IN ITS ENTIRETY

Upon consideration of Plaintiffs' Motion to Permit Use at trial or Summary Judgment of Titov Ex. 27 in its Entirety, and all of the papers submitted in support thereof, Plaintiffs' motion is GRANTED.

1.      It is hereby ORDERED that Defendants produce a copy of the full 297-page document that is the subject of Warner's Motion to Plaintiffs, no later than _____, 2012; and

2.     It is furthered ORDERED that Plaintiffs be permitted to use such document in its entirety at summary judgment or at trial.

DONE AND ORDERED in chambers at Miami, Florida this _____ day of _____ 2012.

_____
Kathleen M. Williams
United States District Judge

cc:     All Counsel of Record