Page 1 of 2

Sealed

Sea led

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

### [ ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

Upon consideration of Plaintiffs' Motion to File Documents Under Seal, and all of the

papers submitted in support thereof, Plaintiffs' request to file documents under seal is

GRANTED.

1.      It is hereby ORDERED that Plaintiffs be permitted to file the following

documents under seal and that the following documents remain under seal until the conclusion of

the case:

  a.  Motion and Memorandum of Law to Permit Use at Trial or Summary Judgment of

      Titov Ex. 27 in its Entirety and accompanying Exhibit A, consisting of excerpts from

      the transcript of the hearing before Magistrate Judge William C. Turnoff on January

      13, 2012.

DONE AND ORDERED in chambers at Miami, Florida this _____ day of _____ 2012.

William C. Turnoff
United States Magistrate Judge

cc:      All Counsel of Record