UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.

_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.

_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMITATION FOR STATEMENT OF MATERIAL FACTS

Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studio Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment, Inc. (collectively "Plaintiffs") move for an enlargement of the page limitation to 20 pages for any consolidated Statement of Material Facts filed in support of or in opposition to a consolidated Motion for Summary Judgment regarding the liability of Defendants Anton Titov and Hotfile Corp.

Pursuant to this Court's January 20, 2012 Order Granting the Parties' Joint Motion for Extension of Summary Judgment Briefing (DE 231), the parties have been authorized to combine their motion for summary judgment on Anton Titov's liability with their motion for summary judgment on Hotfile Corp.'s liability for a consolidated motion not to exceed 40 pages. *Id*. at 2.  Consistent with this consolidation of motions and enlargement of page limitation for summary judgment briefing, Plaintiffs respectfully request an enlargement of the page limitation allowed under the Local Rules to 20 pages for any Statement of Material Facts filed in support of or opposition to a consolidated Motion for Summary Judgment regarding Anton Titov and Hotfile Corp.  *See* Local Rule 56.1(a).  Under the Local Rules, the parties will otherwise be able to file separate statements of facts in support of separate motions regarding Anton Titov's and Hotfile Corp.'s liability, each not to exceed 10 pages, and the parties will be able to present the facts more efficiently by filing one 20-page statement of facts if they choose to file a consolidated liability motion.  Plaintiffs expect to file a single consolidated motion for summary judgment against Anton Titov and Hotfile Corp., and expect that the additional pages will be required to fully and efficiently present the factual record to the Court.  Neither party will be prejudiced by the Court granting this enlargement of page limitation, and Defendants have indicated that they do not oppose this enlargement.

## CONCLUSION

On the basis of the foregoing, Plaintiffs respectfully request that the Court grant Plaintiffs' Unopposed Motion for Enlargement of Page Limitation for Statement of Material Facts.  A proposed Order is attached hereto.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that, pursuant to Local Rule 7.1(a)(3), U.S. District Court for the Southern District of Florida, counsel for Plaintiffs have conferred with counsel for defendants Hotfile Corp. and Anton Titov in a good faith effort to resolve the issues raised in this Motion, and counsel for defendants has indicated that they do not oppose this Motion.

CASE NO. 11-20427-WILLIAMS/TURNOFF

DATED: February 7, 2012

By: /s/ Karen L. Stetson
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, FL 33131
Telephone: (305) 416-6880
Facsimile:  (305) 416-6887

MOTION PICTURE ASSOCIATION
 OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone:  (818) 995-6600
Fax:  (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile:  (202) 639-6066

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 7th day of February, 2012, I served the following document on all counsel of record on the attached service list via the Court's CM/ECF filing system:

**Plaintiffs' Unopposed Motion for Enlargement of Page Limitation for Statement of Material Facts**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this Certificate of Service was executed on this date.

By: /s/ Karen L. Stetson
Karen L. Stetson

## SERVICE LIST

**Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.**
**CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF**

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and*
*Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and*
*Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and*
*Anton Titov*