UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

### [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMITATION FOR STATEMENT OF MATERIAL FACTS

THIS CAUSE came before the court on the Plaintiffs' Unopposed Motion for Enlargement of Page Limitation for Statement of Material Facts. This Court has considered the unopposed motion, and being otherwise duly advised here, it is hereby:

ORDERED AND ADJUDGED that Plaintiffs' Unopposed Motion for Enlargement of Page Limitation for Statement of Material Facts is hereby GRANTED. If either Plaintiffs or Defendants elect to file a consolidated motion for summary judgment regarding Hotfile Corp.

and Anton Titov, the accompanying Statement of Material Facts in support of or opposition to any such consolidated motion shall not exceed 20 pages.

DONE AND ORDERED in chambers at Miami, Florida this ____ day of _____ 2012.

                                                                  _____
                                                                  Kathleen M. Williams
                                                                  United States District Judge

cc:       All Counsel of Record