Sealed

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., et al.,

    Plaintiffs,

vs.

HOTFILE CORP., et al.,

    Defendants.

## ORDER

**THIS MATTER** is before the Court on Defendant Hotfile Corp's Objections to Magistrate Judge's Order Regarding Plaintiff's Motion to Compel Titov Deposition Exhibit 27 (DE 235). In light of Magistrate Judge Turnoff's deferral of aspects of the underlying motion to compel that are presented in Plaintiff's recent motion (DE 241), it is hereby **ORDERED AND ADJUDGED** as follows:

(1) Defendant Hotfile Corp's Objections to Magistrate Judge's Order Regarding Plaintiff's Motion to Compel Titov Deposition Exhibit 27 (DE 235) are **OVERRULED** without prejudice as premature.

(2) Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Court hereby **REFERS** Plaintiff Warner Bros. Entertainment Inc.'s Motion to Permit Use at Trial or Summary Judgment of Titov Ex. 27 in its Entirety (DE 241) to United States Magistrate Judge William C. Turnoff for appropriate disposition.

**DONE AND ORDERED** in chambers in Miami, Florida, this 7th day of February, 2012.

                                                                                       _____
                                                                                       KATHLEEN M. WILLIAMS
                                                                                       UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record