UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion for Enlargement of Page Limitations for Statement of Material Facts (DE 247). Upon review of the record and the motion, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's motion is **GRANTED**. If either Plaintiffs or Defendants elect to file a consolidated motion for summary judgment regarding Hotfile Corp. and Anton Titov's liability, the accompanying statement of material facts in support of or in opposition to any such consolidated motion shall not exceed 20 pages.

**DONE AND ORDERED** in chambers in Miami, Florida, this 8th day of February, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record