(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 11-20427-WILLIAMS/TURNOFF

Disney Enterprises, Inc. et al.

Plaintiff

v.

Hotfile Corp. et al.

Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Karen L. Stetson, Esq.
Address: Gray-Robinson, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131
Telephone: (305) 416-6880

On behalf of (select one):  ☒ Plaintiff   ☐ Defendant

Date sealed document filed: 2/10/2012

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: Dkt. 227 (1/17/2012)

The matter should remain sealed until:

☐ Conclusion of Trial
☒ Case Closing
☐ Other: _____
☐ Permanently. Specify the authorizing law, rule, court order:
☐ Arrest of First Defendant
☐ Conclusion of Direct Appeal

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file    ☐ Destroyed
☒ Returned to the party or counsel for the party, as identified above

a. Warner's Responses to Hotfile's Objections to Magistrate Judge's Order Regarding Warner's Motion to Compel Titov Deposition Exhibit 27; and
b. Declaration of Duane C. Pozza in Support of Warner's Responses to Hotfile's Objections to Magistrate Judge's Order Regarding Warner's Motion to Compel Titov Deposition Exhibit 27 and accompanying Exhibits A, B, and C. Exhibits A & B consist of emails between the parties' counsel on January 15, 2012 and December 5, 2011, respectively. Exhibit C is a true and correct copy of excerpts from the transcript of the sealed hearing held before Magistrate Judge Turnoff on January 13, 2012.

*/s/ Karen L. Stetson*

Attorney for: Plaintiff