# EXHIBIT A

**Platzer, Luke C**

| | |
|---|---|
| From: | Fabrizio, Steven B |
| Sent: | Sunday, January 15, 2012 2:09 PM |
| To: | 'rthompson@fbm.com'; Pozza, Duane; 'tschoenberg@fbm.com' |
| Cc: | Platzer, Luke C; 'aleibnitz@fbm.com'; 'jmunn@rascoklock.com' |
| Subject: | Re: Source code production |

With all respect re Titov 27, Judge Turnoff was explicit that his rulings take effect immediately. We cannot delay working with the document - and the Court said we could. On the source code, I do believe your memory is correct. But the court left it to the parties to work out what makes sense. Since we spent days negotiating the source code provisions of the PO, that seems to make sense. But obviously that requires your agreement.

SBF
------------------------
Sent from Blackberry

**From**: RThompson@fbm.com [mailto:RThompson@fbm.com]
**Sent**: Sunday, January 15, 2012 12:54 PM
**To**: Pozza, Duane; TSchoenberg@fbm.com <TSchoenberg@fbm.com>
**Cc**: Fabrizio, Steven B; Platzer, Luke C; ALeibnitz@fbm.com <ALeibnitz@fbm.com>; jmunn@rascoklock.com <jmunn@rascoklock.com>
**Subject**: RE: Source code production

Duane, we will take a look at the provisions in the protective order and see if they are adequate. We ordered a transcript so we can all see what Judge Turnoff said on the subject—for example I think he said several times disclosure must be limited to 1 lawyer and 1 expert.

On a related subject, please make no use of Exhibit 27 and the related deposition testimony. We are considering filing an objection to that order and will make a decision once we have the opportunity to evaluate the written ruling. (We have 14 days from receipt of the ruling to file objections.) Thanks.

Rod

**From**: Pozza, Duane [mailto:DPozza@jenner.com]
**Sent**: Sunday, January 15, 2012 10:04 AM
**To**: Thompson, Rod (27) x4445; Schoenberg, Tony (28) x4963
**Cc**: Fabrizio, Steven B; Platzer, Luke C
**Subject**: Source code production

Rod,
As Tony can attest, we spend quite a bit of time negotiating the rather detailed source code production provisions in the Protective Order (paragraph 12). Those were negotiated with an eye toward a situation like the one we are in now – defendants were clear that they would oppose production of source code and the Protective Order provisions would apply only if the Court ordered its production. Rather than revisit the protocol anew, I suggest that we follow the Protective Order provisions as already entered. This seems to be the most fair and efficient way of proceeding. Let us know if this is fine.

1

Regards,
Duane

**Duane Pozza**
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Tel (202) 639-6027
Fax (202) 661-4962
DPozza@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.