# EXHIBIT G

Highly Confidential

Page 1

1            UNITED STATES DISTRICT COURT
2            SOUTHERN DISTRICT OF FLORIDA
3          CASE NO. 11-20427-WILLIAMS/TURNOFF
4

    DISNEY ENTERPRISES,          )
5   INC., TWENTIETH CENTURY      )
    FOX FILM CORPORATION,        )
6   UNIVERSAL CITY STUDIOS       )
    PRODUCTIONS LLLP,            )
7   COLUMBIA PICTURES            )
    INDUSTRIES, INC., and        )
8   WARNER BROS.                 )
    ENTERTAINMENT, INC.,         )
9                                )
            Plaintiffs,          )
10                               )
     v.                          )
11                               )
    HOTFILE CORP., ANTON         )
12  TITOV, and DOES 1-10         )
                                 )
13          Defendants.          )
    _____     )
14
15
16       H I G H L Y   C O N F I D E N T I A L
17       (Pursuant to protective order, the following
      transcript has been designated highly confidential)
18
19       30(B)(6) DEPOSITION OF ANTON TITOV
20            LOS ANGELES, CALIFORNIA
21          THURSDAY, NOVEMBER 17, 2011
22
23

    REPORTED BY:
24  Alejandria E. Kate
    CSR NO. 11897, HI 448, RPR, CLR
25  JOB NO.:  44003

Highly Confidential

Page 2

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF FLORIDA
 3             CASE NO. 11-20427-WILLIAMS/TURNOFF
 4

    DISNEY ENTERPRISES,          )
 5  INC., TWENTIETH CENTURY      )
    FOX FILM CORPORATION,        )
 6  UNIVERSAL CITY STUDIOS       )
    PRODUCTIONS LLLP,            )
 7  COLUMBIA PICTURES            )
    INDUSTRIES, INC., and        )
 8  WARNER BROS.                 )
    ENTERTAINMENT, INC.,         )
 9                               )
            Plaintiffs,          )
10                               )
     v.                          )
11                               )
    HOTFILE CORP., ANTON         )
12  TITOV, and DOES 1-10         )
                                 )
13       Defendants.             )
    _____)
14                               )
    HOTFILE CORP.,               )
15                               )
            Counterclaimant,     )
16                               )
    v.                           )
17                               )
    WARNER BROS ENTERTAINMENT    )
18  INC.,                        )
                                 )
19          Counterdefendant.    )
    _____)
20
21
22
23
24
25
```

Highly Confidential

Page 3

1

2

3

4

5          NOVEMBER 17, 2011

6             7:08 A.M.

7

8

9          Videotaped deposition of ANTON TITOV, held at

10         the offices of JENNER & BLOCK, LLP,

11         633 West 5th Street, Suite 3600, Los Angeles,

12         California, before Alejandria E. Kate, a

13         Registered Professional Reporter and

14         Certified Shorthand Reporter of the State of

15         California.

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 4

```
 1    A P P E A R A N C E S:
 2
 3       ATTORNEY FOR THE PLAINTIFFS:
 4            JENNER & BLOCK, LLP
              BY:  STEVEN B. FABRIZIO, ESQ.
 5            1099 New York Avenue, NW
              Suite 900
 6            Washington, DC  20001
              202.639.6040
 7            sfabrizio@jenner.com
 8
 9       ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
         AND ANTON TITOV:
10
              FARELLA, BRAUN & MARTEL, LLP
11            BY:  RODERICK M. THOMPSON, ESQ.
                  (APPEARING VIA VIDEO CONFERENCE)
12            235 Montgomery Street, 17th Floor
              San Francisco, California  94104
13            415.954.4400
              rthompson@fbm.com
14
15
         ATTORNEY FOR THE DEFENDANT ANTON TITOV:
16
              PENKOV, MARKOV & PARTNERS
17            BY:  SVETOSLAV DIMITROV, ESQ.
                  NIKOLAY CVETANOV, ESQ.
18                (APPEARING VIA VIDEO CONFERENCE)
              Iztok Dstr., Bl. 22, Entr. A
19            1113 Sofia
              Bulgaria
20            359-2-9713935
              lawyers@penkov-markov.eu
21
22
         ALSO PRESENT:
23
              KELLY TRUELOVE, consultant for the plaintiffs
24
              GUEORGUI MATVEER, standby Bulgarian interpreter
25            (appearing via video conference)
```

Page 54

| | | |
|---|---|---|
| 1 | The Status 7, repeat infringer, was that a | 08:43 |
| 2 | status that Hotfile added after this litigation began? | 08:43 |
| 3 | A.   Yes, I believe so. | 08:43 |
| 4 | Q.   Prior to this litigation, was there a status | 08:43 |
| 5 | field or -- strike that. | 08:43 |
| 6 | Was there a status or a field of data that | 08:43 |
| 7 | would indicate whether a user was a repeat infringer? | 08:43 |
| 8 | MR. THOMPSON:  Objection.  Vague. | 08:43 |
| 9 | THE WITNESS:  No.  I believe there was not. | 08:43 |
| 10 | BY MR. FABRIZIO: | 08:43 |
| 11 | Q.   Prior to this litigation, did Hotfile assign | 08:43 |
| 12 | strikes to users based on the criteria you have | 08:43 |
| 13 | identified in your testimony today? | 08:43 |
| 14 | A.   Not automatically, no. | 08:44 |
| 15 | Q.   Prior to this litigation, did Hotfile -- well, | 08:44 |
| 16 | strike that. | 08:44 |
| 17 | You said "not automatically."  Did you do it in | 08:44 |
| 18 | some way that was not automatic? | 08:44 |
| 19 | MR. THOMPSON:  Objection.  Vague and ambiguous. | 08:44 |
| 20 | THE WITNESS:  Not really.  I mean it's -- it -- | 08:44 |
| 21 | it wasn't like that with strikes and counting. | 08:44 |
| 22 | BY MR. FABRIZIO: | 08:44 |
| 23 | Q.   Okay.  So prior to this litigation, you didn't | 08:44 |
| 24 | have a system of strikes and tallying strikes; correct? | 08:44 |
| 25 | MR. THOMPSON:  Objection.  Vague and outside | 08:45 |

Highly Confidential

Page 55

| | | |
|---|---|---|
| 1 | the scope -- | 08:45 |
| 2 | (Speaking simultaneously.) | 08:45 |
| 3 | THE WITNESS: (Inaudible.) | 08:45 |
| 4 | BY MR. FABRIZIO: | 08:45 |
| 5 | Q. Go ahead, Mr. Titov. | 08:45 |
| 6 | MR. THOMPSON: Well, excuse me. Let make me | 08:45 |
| 7 | make my objection, Mr. Fabrizio. | 08:45 |
| 8 | This -- this last line of inquiries is outside | 08:45 |
| 9 | the scope of the deposition notice. We're coming up to | 08:45 |
| 10 | two hours, and you're going far afield. I'll let a few | 08:45 |
| 11 | more questions go before I cut this off. | 08:45 |
| 12 | MR. FABRIZIO: Okay. I understand. | 08:45 |
| 13 | Q. Mr. Titov? | 08:45 |
| 14 | MR. THOMPSON: Perhaps you can repeat the | 08:45 |
| 15 | question. | 08:45 |
| 16 | MR. FABRIZIO: I'm going to. | 08:45 |
| 17 | Q. Prior to this litigation, Mr. Titov, did | 08:45 |
| 18 | Hotfile assign strikes to users based on the criteria | 08:45 |
| 19 | you've identified, whether automatically or manually? | 08:46 |
| 20 | MR. THOMPSON: Objection. Vague. | 08:46 |
| 21 | THE WITNESS: It was not automatic counting of | 08:46 |
| 22 | strikes and manually, if there was something that was | 08:46 |
| 23 | subjective to somebody. | 08:46 |
| 24 | BY MR. FABRIZIO: | 08:46 |
| 25 | Q. Was there any place, any data field or location | 08:46 |

Highly Confidential

Page 56

| | | |
|---|---|---|
| 1 | where, prior to this litigation, Hotfile kept track of | 08:46 |
| 2 | how many strikes a user had? | 08:46 |
| 3 | A.   Nothing that I'm aware of. | 08:46 |
| 4 | Q.   In the normal course, prior to this litigation, | 08:46 |
| 5 | when Hotfile received a DMCA takedown notice, did | 08:46 |
| 6 | Hotfile identify the user who had uploaded the file | 08:46 |
| 7 | identified in that takedown notice? | 08:47 |
| 8 | MR. THOMPSON:  Objection.  Vague and ambiguous. | 08:47 |
| 9 | THE WITNESS:  By "Hotfile," if you mean the | 08:47 |
| 10 | servers of Hotfile would -- who would process the | 08:47 |
| 11 | notice, I can't really speak of what it means for a | 08:47 |
| 12 | computer to identify something. | 08:47 |
| 13 | BY MR. FABRIZIO: | 08:47 |
| 14 | Q.   Well, prior to this -- | 08:47 |
| 15 | A.   For a person -- | 08:47 |
| 16 | (Speaking simultaneously.) | 08:47 |
| 17 | BY MR. FABRIZIO: | 08:47 |
| 18 | Q.   I'm sorry.  Please continue. | 08:47 |
| 19 | A.   And for a person who would review a DMCA | 08:47 |
| 20 | notice, he might or may not go through the process of | 08:48 |
| 21 | identifying whose file it is. | 08:48 |
| 22 | Q.   Prior to this litigation, did Hotfile have an | 08:48 |
| 23 | established policy that its personnel reviewing DMCA | 08:48 |
| 24 | takedown notices were supposed to identify the user who | 08:48 |
| 25 | had uploaded the noticed files? | 08:48 |

Highly Confidential

Page 57

| | | |
|---|---|---|
| 1 | MR. THOMPSON:  Objection.  Outside the scope of | 08:48 |
| 2 | the Rule 30(b)(6) deposition.  Steve, you're asking a | 08:48 |
| 3 | lot of questions that are not here. | 08:48 |
| 4 | BY MR. FABRIZIO: | 08:48 |
| 5 | Q.   Go ahead, Mr. Titov. | 08:48 |
| 6 | A.   Not -- | 08:48 |
| 7 | Q.   Go ahead, Mr. Titov. | 08:48 |
| 8 | (Speaking simultaneously.) | 16:25 |
| 9 | BY MR. FABRIZIO: | 16:25 |
| 10 | Q.   Go ahead, Mr. Titov. | |
| 11 | A.   Not anything that I can -- that I can recall. | 08:48 |
| 12 | MR. FABRIZIO:  Going back to Exhibit Titov 7. | 08:49 |
| 13 | (Plaintiffs' Exhibit 7 was marked.) | 08:49 |
| 14 | BY MR. FABRIZIO: | 08:49 |
| 15 | Q.   Are users with a status of 7, repeat infringer, | 08:49 |
| 16 | ever reinstated by Hotfile so they have an active | 08:49 |
| 17 | status? | 08:49 |
| 18 | MR. THOMPSON:  Objection.  Overbroad and vague. | 08:49 |
| 19 | THE WITNESS:  Actually, we are talking about | 08:49 |
| 20 | statuses of an upload, not about statuses of a user, so | 08:50 |
| 21 | I -- the question doesn't really make sense to me. | 08:50 |
| 22 | BY MR. FABRIZIO: | 08:50 |
| 23 | Q.   Fair enough.  I realized that after I'd asked | 08:50 |
| 24 | it. | 08:50 |
| 25 | If -- all right.  There are circumstances when | 08:50 |

Highly Confidential

Page 76

1                    C E R T I F I C A T E

2

3       STATE OF CALIFORNIA    )

                               ) ss.

4       COUNTY OF LOS ANGELES  )

5

6

7

8              I, ALEJANDRIA E. KATE, a Registered

9       Professional Reporter and Certified

10      Shorthand Reporter within and for the

11      State of California, do hereby certify:

12             That the foregoing record of

13      proceedings is a full and correct

14      transcript of the stenographic notes

15      taken by me therein.

16             In witness whereof, I have hereunto

17      set my hand this 22nd day of November,

18      2011.

19

20

21      _____

22      ALEJANDRIA E. KATE, RPR, CSR 11897

23

24

25

Highly Confidential

Page 80

1          ERRATA SHEET

2

3     NAME OF CASE: "DISNEY ENTERPRISES VS. HOTFILE  CORP."

4     DATE OF DEPOSITION:  NOVEMBER 17, 2011

5     NAME OF WITNESS:  ANTON TITOV

6     Reason Codes:

7          1.  To clarify the record.

           2.  To conform to the facts.

8          3.  To correct transcription errors.

9

10    Page __6__     Line __20-21__  Reason __1_____

11    From __with the Dallas time__  to __with Daylight Saving Times__
      which is the Daylight Saving Times,

12    Page __9__     Line __17__     Reason __1_____

13    From __a transaction ID schedule,__ to __a transaction ID,__

14    Page __15__    Line __3-4__    Reason __1_____

15    From __for millions of years__  to __for many years__

16    Page __15__    Line __4__      Reason __1_____

17    From __a user for--__           to __a user for short period__

18    Page __16__    Line __8__      Reason __3_____

19    From __Vazell__                 to __Vasil__

20    Page __16__    Line __20__     Reason __3_____

21    From __Vazell is Vazell Kolef__ to __Vasil is Vasil Kolev__

22    Page __17__    Line __6-7__    Reason __2_____

23    From __main file__             to __admin panel__

24                                   _____

25                               ANTON TITOV

Highly Confidential

Page 80

1                                ERRATA SHEET

2

3      NAME OF CASE:  "DISNEY ENTERPRISES VS. HOTFILE  CORP."

4      DATE OF DEPOSITION:  NOVEMBER 17, 2011

5      NAME OF WITNESS:  ANTON TITOV

6      Reason Codes:

7          1.  To clarify the record.

           2.  To conform to the facts.

8          3.  To correct transcription errors.

9

10     Page __20__    Line ___13___    Reason __3_____

11     From then we'll_____    to _that will_____

12     Page_21___    Line __14___    Reason _3_____

13     From _wipe_____        to _whitelist_____

14     Page_26___    Line _20___    Reason 3_____

15     From Andre_____    to _Andrey_____

16     Page_33___    Line _1____    Reason _3_____

17     From _bullet_____    to uploaded_____

18     Page _33___    Line __12___    Reason ___3_____

19     From _my scale_____    to  ~~MySQL~~ MySQL_____

20     Page _33___    Line __12___    Reason 3_____

21     From _our increments___    to _auto increment___

22     Page _34___    Line _6____    Reason _3_____

23     From _of this_____    to __manual_____

24                              _____

25                              ANTON TITOV

Highly Confidential

Page 80

1                           ERRATA SHEET

2

3     NAME OF CASE:  "DISNEY ENTERPRISES VS. HOTFILE  CORP."

4     DATE OF DEPOSITION:  NOVEMBER 17, 2011

5     NAME OF WITNESS:  ANTON TITOV

6     Reason Codes:

7          1.  To clarify the record.

           2.  To conform to the facts.

8          3.  To correct transcription errors.

9

10    Page __38__     Line __15__     Reason _3_____

11    From match_____     to _mention_____

12    Page_39_____     Line _1_____     Reason _3_____

13    From _coordinate_____     to _concatenate____

14    Page_40_____     Line _2_____     Reason _3_____

15    From image indicator_____     to _identifier____

16    Page_42_____     Line _4_____     Reason _3_____

17    From _false_____     to uploads_____

18    Page __45____     Line __7____     Reason ___3_____

19    From _bot_____     to ___--_____

20    Page _46_____     Line _15____     Reason _3_____

21    From _escrow_____     to ~~SQL~~  SQL_____

22    Page _51_____     Line _3_____     Reason _3_____

23    From _19_____     to _90_____

24

25                              ANTON TITOV

TSG Reporting - Worldwide   800-702-9580

Highly Confidential

Page 80

1                              ERRATA SHEET

2

3       NAME OF CASE:  "DISNEY ENTERPRISES VS. HOTFILE  CORP."

4       DATE OF DEPOSITION:  NOVEMBER 17, 2011

5       NAME OF WITNESS:  ANTON TITOV

6       Reason Codes:

7           1.  To clarify the record.

            2.  To conform to the facts.

8           3.  To correct transcription errors.

9

10      Page __52__     Line ___9___     Reason __3_____

11      From pile_____    to _panel_____

12      Page__61____    Line __11-12__   Reason __3_____

13      From _block...block_____   to _last...last_____

14      Page _62____    Line _8-9____    Reason _3_____

15      From late block...block downloads to  last....uploaddownloads

16      Page _69____    Line __3_____    Reason __3_____

17      From _date_____   to data_____

18      Page __72___    Line __13____    Reason __3_____

19      From _mainly_____   to ___many_____

20      Page _____    Line _____    Reason _____

21      From _____   to _____

22      Page _____    Line _____    Reason _____

23      From _____   to _____

24                              _____

25                              ANTON TITOV