# EXHIBIT K

Hotfile: Account Termination - WJunction                    http://www.wjunction.com/showthread.php?t=69356



Hotfile: Account Termination - WJunction                    http://www.wjunction.com/showthread.php?t=69356



18th Feb 2011, 04:16 PM                                                                                              #4

**cvrle77**
Member

Join Date: Aug 2009
Posts: 390

repeated means u uploaded same files over and over and over...I got 16 rapidshare accounts down, u think HF sux? lol 4 of them were in same month

QUOTE   MULTI-QUOTE

18th Feb 2011, 04:18 PM                                                                                              #5

**ThumperTM**
Member

Use filesonic

*Cheap Adspot on ThumperDC.com*

Website(s):
ThumperDC.com
Join Date: Jan 2011
Location: Heaven
Posts: 55

QUOTE   MULTI-QUOTE

18th Feb 2011, 04:18 PM                                                                                              #6

**NightMare**
Member

Website(s):
devilsdivine.org
Join Date: Oct 2010
Posts: 431

well , at least RS used to give good resons !

QUOTE   MULTI-QUOTE

18th Feb 2011, 04:18 PM                                                                                              #7

**infernohuman**
Member

Join Date: Aug 2010
Posts: 313

so you ask why does any1 use hotfile...
why did u use it until your account got terminated?
i guess all others will stop when they get same mail as you...

so you got enlighted, good for you...

QUOTE   MULTI-QUOTE

18th Feb 2011, 04:20 PM                                                                                              #8

**petertouch**
Member

Join Date: Aug 2010
Posts: 137

Shouldn't violate TOS.

QUOTE   MULTI-QUOTE

2 of 3                                                                              02/25/2011 03:19 PM

Hotfile: Account Termination - WJunction                    http://www.wjunction.com/showthread.php?t=69356



18th Feb 2011, 04:24 PM                                                                                      #9

**JJJ**
Member

Website(s):
IMGKeep.com
mk3.ca

Join Date: Aug 2009
Location: Canada
Posts: 2,711

You're an idiot for making this thread the way you phrased everything. Read the damn TOS first. Find a file host (large and facing lawsuits at the moment) that would not do this with all the pressure they are facing. Do you think they would risk closing to satisfy your needs? Open a new account and refrain for clicking New Thread.

**Free, Unlimited, Stable Image Hosting**
*Unlimited Bandwidth - Unlimited Space - Image Tracking - Direct Linking*
**NEW FireFox Image Uploader Add-on!**

18th Feb 2011, 04:24 PM                                                                                      #10

**NightMare**
Member

Website(s):
devilsdivine.org

Join Date: Oct 2010
Posts: 431

does they remove all ur files when they ban the acc ?

POST REPLY                                          1 2 3 11 51 > Last »

« Previous Thread | Next Thread »

**Currently Active Users Viewing This Thread: 1** (1 members and 0 guests)

bruce

Posting Rules

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Rules                                          Forum Jump
                                                     File Hosts          Go

| Similar Threads | | | | |
|---|---|---|---|---|
| Thread | Thread Starter | Forum | Replies | Last Post |
| hotfile account help | kamrandahir | Technical Help Desk Support | 1 | 28th May 2010 10:17 AM |
| HotFile Account | Santocool | General Discussion | 10 | 1st May 2010 01:11 AM |
| [Buying] Want to trade a hotfile account, for a WebHosting account. | Angelx | Marketplace (Buy, Sell and Trade) | 10 | 16th Dec 2009 01:18 PM |
| 1 hotfile account for $2 | thianpa | Marketplace (Buy, Sell and Trade) | 7 | 8th Sep 2009 07:20 AM |

All times are GMT -6. The time now is 03:18 PM.

Advertising · Contact Us · Archive · Top

Powered by vBulletin®
Copyright ©2000 - 2011, Jelsoft Enterprises Ltd. (Time: 0.5246s)