# EXHIBIT L

HOTFILE IS BECOMING A SCAM : STAY AWAY                    http://forums.digitalpoint.com/showthread.php?t=2098208



HOTFILE IS BECOMING A SCAM : STAY AWAY                    http://forums.digitalpoint.com/showthread.php?t=2098208



Feb 19th 2011, 4:34 am                                                                                    #5

**xcollection** ◇                                                                    Join Date: **Apr 2010**
Champion of the Naaru                                                                 Posts: **210**

is it true?????

                                                                                      🔁 Reply With Quote

Feb 19th 2011, 5:06 am                                                                                    #6

**wadibahl** ◇                                                                       Join Date: **Aug 2008**
Grunt                                                                                 Posts: **41**

    ❝ Originally Posted by **xcollection** ▣
    is it true?????

See this link this is true news
http://hotfile.com/news.html

                                                                                      🔁 Reply With Quote

Feb 19th 2011, 5:38 am                                                                                    #7

**xcollection** ◇                                                                    Join Date: **Apr 2010**
Champion of the Naaru                                                                 Posts: **210**

    policy of terminating accounts - update
    2011-02-19
    hotfile.com has always maintained a policy of terminating the accounts of users found to have engaged in repeated copyright infringement.
    Our terms of service, to which all users must agree, prohibit using hotfile.com to share content to which users do not have intellectual property rights. Recently, we have become
    concerned that despite these policies, some users persist in attempting to use hotfile.com to share materials to which they do not have the necessary rights. Therefore, we have
    implemented a more aggressive policy of terminating the accounts of users who are the subject of repeated complaints of infringement.

    Please ensure that you have all necessary rights to any content that you
    share with others using hotfile.com.

it's time to say bye bye to hot file...

                                                                                      🔁 Reply With Quote

Feb 19th 2011, 5:40 am                                                                                    #8

**karsh** ◇                                                                          Join Date: **Jan 2011**
Grunt                                                                                 Posts: **34**

They terminated my account too. FVCK THEM!

                                                                                      🔁 Reply With Quote

Feb 19th 2011, 5:42 am                                                                                    #9

**jackqs** ◇                                                                         Join Date: **Mar 2010**
Banned                                                                               Posts: **1,234**

How much did you earn from there network before they banned you?

                                                                                      🔁 Reply With Quote

Feb 19th 2011, 6:14 am                                                                                   #10

**Doctor007** ◇                                                                      Join Date: **Oct 2010**
Peon                                                                                 Posts: **22**

**Seems Many People have the same problem
Damn hotfile**

                                                                                      🔁 Reply With Quote

Feb 19th 2011, 7:24 am                                                                                   #11

**downsex.org** ◇                                                                    Join Date: **Feb 2011**
Grunt                                                                                Posts: **53**

I thing HF don;t pay more to banned account
I lost many for HF
F

                                                                                      🔁 Reply With Quote

Feb 21st 2011, 1:19 pm                                                                                   #12

**edguico** ◇                                                                        Join Date: **Feb 2011**
Peon                                                                                 Posts: **15**

happened to me just now 😞

the sad part is they terminated my account sunday and monday is the payout 😞 😞

                                                                                      🔁 Reply With Quote

HOTFILE IS BECOMING A SCAM : STAY AWAY

http://forums.digitalpoint.com/showthread.php?t=2098208



■ Feb 21st 2011,  1:27 pm                                                                              #13

**karsh** ○                                                                         Join Date: **Jan 2011**
Grunt                                                                                          Posts: **34**
▯

> ⟨⟨ Originally Posted by **edguico** ▣
> *happened to me just now* 😄
>
> *the sad part is they terminated my account sunday and monday is the payout* 😄 😄

You thought they would pay first and then terminate your account? 🤭

Hotfile owner is getting rich at our expenses. Bastard.

▯                                                                           🗨 Reply With Quote

■ Feb 21st 2011,  1:39 pm                                                                              #14

**bingos** ○                                                                      Join Date: **Aug 2010**
Champion of the Naaru                                           Location: **http://www.techfoxin.com**
▯                                                                                             Posts: **146**

Yeah. Time to use other hosting.

▯                                                                           🗨 Reply With Quote

■ Feb 21st 2011,  3:20 pm                                                                              #15

**Mogggy** ○                                                                      Join Date: **May 2010**
Champion of the Naaru                                                                          Posts: **211**
▯

No problems here, not banned and just got paid 😄

▯                                                                           🗨 Reply With Quote

■ Mar 4th 2011,  5:25 pm                                                                               #16

**xferitx** ○                                                                     Join Date: **Nov 2010**
Peon                                                                                           Posts: **23**
▯

yes same..my premium account suspended 😄

▯                                                                           🗨 Reply With Quote

■ Mar 4th 2011,  9:45 pm                                                                               #17

**br3adman** ○                                                                    Join Date: **Feb 2008**
of the Nightfall                                                                Location: **Louisiana**
Recent Blog: Email Soldiers | How to email a soldier or other military personnel       Posts: **1,839**

I use http://www.mediafire.com/ they are better in my eyes

▯                                                                           🗨 Reply With Quote

■ Mar 5th 2011,  2:44 pm                                                                               #18

**CheapRDP** ○                                                                    Join Date: **Mar 2011**
Peon                                                                                           Posts: **14**
▯

They suspended also my account lol 😄

▯                                                                           🗨 Reply With Quote

■ Mar 14th 2011,  4:30 am                                                                              #19

**Black Earth** ○                                                                 Join Date: **Feb 2011**
Peon                                                                                           Posts: **26**
▯

I read a number of post regarding this account suspension. Hotfile is very much popular and the reason was copyright violation then i think in near future Filesonic users will face this same problem(just my opinion).

▯                                                                           🗨 Reply With Quote

■ Mar 15th 2011,  10:45 am                                                                             #20

HOTFILE IS BECOMING A SCAM : STAY AWAY

http://forums.digitalpoint.com/showthread.php?t=2098208



**djohan** ◇
Peon
▪

Join Date: Mar 2011
Posts: 14

my filesonic account is banned yesterday because got 2 sales and told me I used my own Paypal account for it which the fact <u>affiliate</u> names are different from my Paypal account

▪                                                                                   💬 Reply With Quote

**+ Reply to Thread**                                              ▼ Page 1 of 2 ☐  2  ▶  Last ▶▶

« Previous Thread | Next Thread »

**Similar Threads**

| | |
|---|---|
| bringvisitor.com is a big SCAM, stay away from them!<br>By knidith in forum General Marketing | Replies: 7<br>Last Post: Sep 13th 2010, 9:55 pm |
| cpanation is big scam stay away from them<br>By ekhra in forum Affiliate Programs | Replies: 4<br>Last Post: Aug 2nd 2010, 11:44 pm |
| netklix.com is a Scam Stay Away from Them Dont PAY Us<br>By wap321 in forum General Marketing | Replies: 0<br>Last Post: Mar 10th 2009, 8:58 am |
| Convert Equalizer is SCAM!! Stay Away from it!!<br>By Sxperm in forum General Chat | Replies: 2<br>Last Post: Sep 5th 2007, 5:29 am |
| Stay Away From Scam Site Jensleypay.com !!!<br>By heatherez in forum Payment Processing | Replies: 9<br>Last Post: Feb 18th 2007, 5:35 pm |

**Tags for this Thread**

hotfile is dead, hotfile scam, hotfile stealing, hotfile suck
View Tag Cloud

**Posting Permissions**                                                                         ◱

You may not post new threads                    **BB code** is On
You may not post replies                         **Smilies** are On
You may not post attachments                     **[IMG]** code is On
You may not edit your posts                       HTML code is Off

                                                 **Forum Rules**

Advertising                              Contact Us ◖ Twitter  Digital Point Solutions  Privacy  Top

All times are GMT -8. The time now is 5:09 pm.

Digital Point modules: CSS, Sphinx-based search