# EXHIBIT N

Case 1:11-cv-20427-KMW   Document 257-14   Entered on FLSD Docket 02/13/2012   Page 2 of 2

