# EXHIBIT O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, COLUMBIA PICTURES INDUSTRIES, INC., and WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

*Defendants*.

_____________________________________/

**DEFENDANTS' SUPPLEMENTAL RESPONSES TO PLAINTIFFS' INTERROGATORY NOS. 6 AND 9**

| | |
|---|---|
| PROPOUNDING PARTY: | Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment |
| RESPONDING PARTIES: | Defendants Hotfile Corporation and Anton Titov (collectively "Hotfile")[1] |
| SET NO.: | One (1) |

**GENERAL OBJECTIONS**

1. Hotfile has not completed its investigation of facts, witnesses or documents

[1] The Defendants reserve their respective rights to assert all appropriate separate defenses. Mr. Titov is included in the shorthand term "Hotfile" along with Hotfile Corp. solely as a convenience and in light of the Parties agreement "that discovery requests served by one side on the opposing side will be equally applicable to all parties on the other side." Joint Scheduling Conference Report, filed 4/15/11, Dkt. 54 at 16. Nothing in these responses is an admission by Anton Titov or Hotfile Corp. of any particular relationship between them or any other fact.

production, it does so without waiving any right to object to any further inquiry or any effort to compel responses beyond those provided herein. Any response provided herein is subject to, and limited by, all general and specific objections stated herein.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 6:**

State the gross revenues, net revenues, and profits received by each Hotfile Entity since January 1, 2007.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:**

Hotfile has conducted further investigation in response to this interrogatory and discovered additional responsive information.

Hotfile hereby supplements and amends its previous response. This response supersedes and replaces Hotfile's previous response to this Interrogatory No. 6.

**RESPONSE TO INTERROGATORY NO. 6:**

Hotfile incorporates by reference it general objections to this interrogatory. Hotfile further objects to this interrogatory as overbroad and unduly burdensome to the extent that it seeks information pertaining to any "Hotfile Entity" as that term is defined in the Definitions and Instructions. As currently defined, that term would include any entity, business venture, or organization subject to any Defendant's control (assuming any such entity, business venture or organization exists), irrespective of whether such entity has any relation or relevance to the present dispute. Hotfile further objects to this interrogatory on the grounds that it seeks information not reasonably calculated to lead to the discovery admissible evidence, particularly in its request for private business or financial information regarding Hotfile or other persons or entities unrelated to the present litigation and insofar as it seeks information about revenues and profits that are not related to the claims of infringement in this litigation. Hotfile further objects to this interrogatory on the grounds that it seeks private and/or confidential financial information.

Subject to those general and specific objections, Hotfile responds as follows:

Hotfile does not maintain regular financial accounting records, nor does Hotfile maintain or track its profits or profitability. The chart below reflects to the best of Hotfile's ability income, expenses and net revenues per month related to the operation of the Hotfile website since March 2009.

The expenses for the months from March 2009 through September 2009 reflected below are known to be incomplete and therefore understated but reflect the information that Hotfile has in its possession, custody or control.

As of September 1, 2011, Hotfile calculated that its users should be credited for prepaid subscriptions in the total amount of $8,272,702 (one month subscriptions totaling $1,027,547, six month subscriptions totaling $1,057,159, and 12 month subscriptions totaling $6,187,996). Therefore, that unearned revenue should be deducted from the Net Revenue figures below to more accurately estimate the amount of currently earned revenue.

| | Income | Expense | Net_Revenue |
|---|---|---|---|
| March, 2009 | 4,367.00 | .00 | 4,367.00 |
| April, 2009 | 24,371.00 | .00 | 24,371.00 |
| May, 2009 | 106,588.00 | 161.00 | 106,427.00 |
| June, 2009 | 249,042.00 | 191.00 | 248,851.00 |
| July, 2009 | 322,227.00 | 31,125.00 | 291,102.00 |
| August, 2009 | 346,194.00 | 33,853.00 | 312,341.00 |
| September, 2009 | 484,082.00 | 58,946.00 | 425,136.00 |
| October, 2009 | 633,924.00 | 579,474.00 | 54,450.00 |
| November, 2009 | 839,045.00 | 533,466.00 | 305,579.00 |
| December, 2009 | 1,264,194.00 | 783,537.00 | 480,657.00 |
| January, 2010 | 1,464,468.00 | 1,421,942.00 | 42,526.00 |
| February, 2010 | 1,442,003.00 | 1,232,311.00 | 209,692.00 |
| March, 2010 | 1,893,697.00 | 1,399,199.00 | 494,498.00 |
| April, 2010 | 1,981,994.00 | 859,115.00 | 1,122,879.00 |
| May, 2010 | 2,258,999.00 | 1,713,189.00 | 545,810.00 |
| June, 2010 | 2,192,535.00 | 2,148,332.00 | 44,203.00 |

| | | | |
|---|---|---|---|
| July, 2010 | 3,536,936.00 | 3,371,986.00 | 164,950.00 |
| August, 2010 | 4,164,909.00 | 3,844,440.00 | 320,469.00 |
| September, 2010 | 4,333,157.00 | 809,293.00 | 3,523,864.00 |
| October, 2010 | 4,394,786.00 | 1,078,709.00 | 3,316,077.00 |
| November, 2010 | 4,233,423.00 | 1,872,096.00 | 2,361,327.00 |
| December, 2010 | 4,745,586.00 | 1,590,272.00 | 3,155,314.00 |
| January, 2011 | 4,662,485.00 | 3,292,329.00 | 1,370,156.00 |
| February, 2011 | 3,922,297.00 | 4,788,083.00 | -865,786.00 |
| March, 2011 | 3,161,909.00 | 1,365,273.00 | 1,796,636.00 |
| April, 2011 | 2,112,427.00 | 1,790,272.00 | 322,155.00 |
| May, 2011 | 1,759,334.00 | 1,247,043.00 | 512,291.00 |
| June, 2011 | 1,508,895.00 | 1,176,790.00 | 332,105.00 |
| July, 2011 | 1,297,525.00 | 1,144,868.00 | 152,657.00 |
| August, 2011 | 1,241,070.00 | 1,158,235.00 | 82,835.00 |
| Total: | 60,582,469.00 | 39,324,530.00 | 21,257,939.00 |

Anton Titov's monthly Hotfile related income is as follows:

| Month | Hotfile related income |
|---|---|
| January, 2010[2] | 15,460 |
| February, 2010 | 15,460 |
| March, 2010 | 15,460 |
| April, 2010 | 15,460 |
| May, 2010 | 15,460 |
| June, 2010 | 15,460 |
| July, 2010 | 15,985 |
| August, 2010 | 32,508 |
| September, 2010 | 34,601 |
| October, 2010 | 32,183 |
| November, 2010 | 40,066 |
| December, 2010 | 35,885 |
| January, 2011 | 48,011 |

[2] Anton Titov had no Hotfile related income before 2010.

| | |
|---|---|
| February, 2011 | 26,203 |
| March, 2011 | 20,460 |
| April, 2011 | 20,460 |
| May, 2011 | 20,460 |
| June, 2011 | 20,460 |
| July, 2011 | 20,460 |
| August, 2011 | 20,460 |

**INTERROGATORY NO. 9:**

Identify the 500 participants in the Hotfile "Affiliate" programs to whom any Defendant or Hotfile Entity has remitted, directly or indirectly, the largest cumulative payments during the history of Hotfile, and the cumulative amounts of such payments.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 9:**

Hotfile has conducted further investigation in response to this interrogatory and discovered additional responsive information.

Hotfile hereby supplements and amends its previous response. This response supersedes and replaces Hotfile's previous response to this Interrogatory No. 9.

**RESPONSE TO INTERROGATORY NO. 9:**

Hotfile incorporates by reference it general objections to this interrogatory. Hotfile further objects to this interrogatory as overbroad and unduly burdensome to the extent that it seeks information pertaining to any "Hotfile Entity" as that term is defined in the Definitions and Instructions. As currently defined, that term would include any entity, business venture, or organization subject to any Defendant's control (assuming any such entity, business venture or organization exists), irrespective of whether such entity has any relation or relevance to the present dispute. Hotfile further objects to this interrogatory on the grounds that it is overbroad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence, including and insofar as it seeks information not related to the claims of infringement in this litigation. Hotfile further objects to this interrogatory on the grounds that it seeks private,

**VERIFICATION**

I, Anton Titov, am a Manager of Hotfile Corporation, a defendant in this lawsuit. I make this verification on behalf of said party and on behalf of myself as an individual. I have read the foregoing Defendants' Supplemental Responses To Plaintiffs' Interrogatory Nos. 6 And 9 and know the contents thereof. To the best of my knowledge, information and belief, the responses set forth therein are true and correct.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Executed this 12th day of September, 2011, in Sofia, Bulgaria.

By: ______________________
Anton Titov