# Schedule A

**Schedule A to Hopkins Declaration**

| Counterclaim Ex. | URL | Title |
|---|---|---|
| A | http://hotfile.com/dl/72369701/f3bbb2d/FIFA.11-RELOADED-400.part16.rar.html | FIFA 2011 |
| A | http://hotfile.com/dl/72378588/3ae2c62/FIFA.11-RELOADED-400.part17.rar.html | |
| A | http://hotfile.com/dl/72465453/7b2f6ce/F_1_P_S_P_EU_Pipilon.part3.rar.html | FIFA 2011 |
| A | http://hotfile.com/dl/72465454/c936e8f/F_1_P_S_P_EU_Pipilon.part4.rar.html | |
| A | http://hotfile.com/dl/72465455/836675c/F_1_P_S_P_EU_Pipilon.part1.rar.html | |
| A | http://hotfile.com/dl/72466378/334a7a7/F_1_P_S_P_EU_Pipilon.part2.rar.html | |
| A | http://hotfile.com/dl/72793492/08bbabf/f11.Latino.PSP.Gasolutionkorneldavid.part06.rar.html | FIFA 2011 |
| A | http://hotfile.com/dl/74476213/17dd546/FF11footballBYspedy93.part02.rar.html | |
| A | http://hotfile.com/dl/74476796/2fe8b17/FF11footballBYspedy93.part05.rar.html | |
| A | http://hotfile.com/dl/74478270/0727c3f/FF11footballBYspedy93.part06.rar.html | |
| A | http://hotfile.com/dl/74478837/0e53b13/FF11footballBYspedy93.part07.rar.html | |
| A | http://hotfile.com/dl/74479330/dd59352/FF11footballBYspedy93.part09.rar.html | |
| A | http://hotfile.com/dl/74480505/58fe6b7/FF11footballBYspedy93.part11.rar.html | |
| A | http://hotfile.com/dl/74481571/674e9ec/FF11footballBYspedy93.part15.rar.html | |
| A | http://hotfile.com/dl/74483018/0eb7f09/FF11footballBYspedy93.part16.rar.html | |
| A | http://hotfile.com/dl/74484162/bb5b5e8/FF11footballBYspedy93.part18.rar.html | |
| A | http://hotfile.com/dl/74485814/4ff9d3b/FF11footballBYspedy93.part20.rar.html | |
| A | http://hotfile.com/dl/74486660/7bb3119/FF11footballBYspedy93.part26.rar.html | |
| A | http://hotfile.com/dl/74487236/9ea7136/FF11footballBYspedy93.part27.rar.html | |
| A | http://hotfile.com/dl/74487800/2662037/FF11footballBYspedy93.part29.rar.html | |
| A | http://hotfile.com/dl/74488320/ffb9efc/FF11footballBYspedy93.part31.rar.html | |
| A | http://hotfile.com/dl/74493041/3cf4a31/FF11footballBYspedy93.part01.rar.html | |
| A | http://hotfile.com/dl/74494130/0303b58/FF11footballBYspedy93.part08.rar.html | |
| A | http://hotfile.com/dl/74495093/6a9f7cd/FF11footballBYspedy93.part10.rar.html | |
| A | http://hotfile.com/dl/74496007/099a6cd/FF11footballBYspedy93.part14.rar.html | |
| A | http://hotfile.com/dl/74527768/8ef2723/FF11footballBYspedy93.part04.rar.html | |
| A | http://hotfile.com/dl/74535235/519addb/FF11footballBYspedy93.part03.rar.html | |
| A | http://hotfile.com/dl/74714482/797aad2/FF11footballBYspedy93.part13.rar.html | |

**Schedule A to Hopkins Declaration**

| Counterclaim Ex. | URL | Title |
|---|---|---|
| A | http://hotfile.com/dl/74715387/f116602/FF11footballBYspedy93.part19.rar.html | |
| A | http://hotfile.com/dl/74716826/9aeae34/FF11footballBYspedy93.part17.rar.html | |
| A | http://hotfile.com/dl/74721165/dbfcf48/FF11footballBYspedy93.part12.rar.html | |
| A | http://hotfile.com/dl/74722562/f44256d/FF11footballBYspedy93.part22.rar.html | |
| A | http://hotfile.com/dl/74723058/7127d97/FF11footballBYspedy93.part24.rar.html | |
| A | http://hotfile.com/dl/74723579/10bf9f2/FF11footballBYspedy93.part25.rar.html | |
| A | http://hotfile.com/dl/74724650/2cbb917/FF11footballBYspedy93.part23.rar.html | |
| A | http://hotfile.com/dl/74726163/32e4299/FF11footballBYspedy93.part21.rar.html | |
| A | http://hotfile.com/dl/74727572/d8b519b/FF11footballBYspedy93.part28.rar.html | |
| A | http://hotfile.com/dl/74727796/2a43cfd/FF11footballBYspedy93.part32.rar.html | |
| A | http://hotfile.com/dl/74730138/e3e0497/FF11footballBYspedy93.part30.rar.html | |
| A | http://hotfile.com/dl/75006283/48133fa/11F_www.alee12.com.part03.rar.html | FIFA 2011 |
| A | http://hotfile.com/dl/75006444/5d7b012/11F_www.alee12.com.part07.rar.html | |
| A | http://hotfile.com/dl/75006452/be2d84c/11F_www.alee12.com.part08.rar.html | |
| A | http://hotfile.com/dl/75006584/b9f6e26/11F_www.alee12.com.part11.rar.html | |
| A | http://hotfile.com/dl/75006601/75c1cef/11F_www.alee12.com.part12.rar.html | |
| A | http://hotfile.com/dl/75006750/739ba61/11F_www.alee12.com.part14.rar.html | |
| A | http://hotfile.com/dl/75006752/4752d77/11F_www.alee12.com.part15.rar.html | |
| A | http://hotfile.com/dl/75006777/87b4b4f/11F_www.alee12.com.part16.rar.html | |
| A | http://hotfile.com/dl/75007093/46d7378/11F_www.alee12.com.part23.rar.html | |
| A | http://hotfile.com/dl/75007100/d4f2de3/11F_www.alee12.com.part24.rar.html | |
| A | http://hotfile.com/dl/76381471/8a4d947/Crack_Keygen_f11.rar.html | FIFA 2011 |
| A | http://hotfile.com/dl/76589099/7275595/fifa2011_www.elconclave.cl.part03.rar.html | FIFA 2011 |
| A | http://hotfile.com/dl/76589104/4e36059/fifa2011_www.elconclave.cl.part05.rar.html | |
| A | http://hotfile.com/dl/76589478/1b8e3c5/fifa2011_www.elconclave.cl.part04.rar.html | |
| A | http://hotfile.com/dl/76589730/9d0a44d/fifa2011_www.elconclave.cl.part38.rar.html | |
| A | http://hotfile.com/dl/76590188/36ab73f/fifa2011_www.elconclave.cl.part02.rar.html | |
| A | http://hotfile.com/dl/76590204/3a6d4a7/fifa2011_www.elconclave.cl.part13.rar.html | |

**Schedule A to Hopkins Declaration**

| Counterclaim Ex. | URL | Title |
|---|---|---|
| A | http://hotfile.com/dl/76590267/8dda455/fifa2011_www.elconclave.cl.part01.rar.html | |
| A | http://hotfile.com/dl/76590437/27a9449/fifa2011_www.elconclave.cl.part59.rar.html | |
| A | http://hotfile.com/dl/76590521/28845e4/fifa2011_www.elconclave.cl.part58.rar.html | |
| A | http://hotfile.com/dl/76590532/9ae9b6e/fifa2011_www.elconclave.cl.part36.rar.html | |
| A | http://hotfile.com/dl/76590728/369ce8e/fifa2011_www.elconclave.cl.part17.rar.html | |
| A | http://hotfile.com/dl/76590741/1da6311/fifa2011_www.elconclave.cl.part09.rar.html | |
| A | http://hotfile.com/dl/76590744/96834f0/fifa2011_www.elconclave.cl.part31.rar.html | |
| A | http://hotfile.com/dl/76590780/9cdcab3/fifa2011_www.elconclave.cl.part62.rar.html | |
| A | http://hotfile.com/dl/76590801/a70ed8a/fifa2011_www.elconclave.cl.part57.rar.html | |
| A | http://hotfile.com/dl/76590957/f4bdabb/fifa2011_www.elconclave.cl.part53.rar.html | |
| A | http://hotfile.com/dl/76591017/51cf787/fifa2011_www.elconclave.cl.part43.rar.html | |
| A | http://hotfile.com/dl/76591277/257b8de/fifa2011_www.elconclave.cl.part39.rar.html | |
| A | http://hotfile.com/dl/76591408/9e656da/fifa2011_www.elconclave.cl.part14.rar.html | |
| A | http://hotfile.com/dl/76591575/4a96193/fifa2011_www.elconclave.cl.part46.rar.html | |
| A | http://hotfile.com/dl/76591582/535661d/fifa2011_www.elconclave.cl.part48.rar.html | |
| A | http://hotfile.com/dl/76591772/77db935/fifa2011_www.elconclave.cl.part16.rar.html | |
| A | http://hotfile.com/dl/76591801/7756414/fifa2011_www.elconclave.cl.part49.rar.html | |
| A | http://hotfile.com/dl/76591814/58e4636/fifa2011_www.elconclave.cl.part51.rar.html | |
| A | http://hotfile.com/dl/76591956/f32dffe/fifa2011_www.elconclave.cl.part37.rar.html | |
| A | http://hotfile.com/dl/76592013/1bd8746/fifa2011_www.elconclave.cl.part41.rar.html | |
| A | http://hotfile.com/dl/76592137/88d3db7/fifa2011_www.elconclave.cl.part60.rar.html | |
| A | http://hotfile.com/dl/76592283/a67713b/fifa2011_www.elconclave.cl.part33.rar.html | |
| A | http://hotfile.com/dl/76592334/f6ef00b/fifa2011_www.elconclave.cl.part07.rar.html | |
| A | http://hotfile.com/dl/76592373/08a5758/fifa2011_www.elconclave.cl.part50.rar.html | |
| A | http://hotfile.com/dl/76592402/c636440/fifa2011_www.elconclave.cl.part23.rar.html | |
| A | http://hotfile.com/dl/76592533/a1385c5/fifa2011_www.elconclave.cl.part29.rar.html | |
| A | http://hotfile.com/dl/76592555/c941382/fifa2011_www.elconclave.cl.part30.rar.html | |
| A | http://hotfile.com/dl/76592679/cae32a3/fifa2011_www.elconclave.cl.part12.rar.html | |

**Schedule A to Hopkins Declaration**

| Counterclaim Ex. | URL | Title |
|---|---|---|
| A | http://hotfile.com/dl/76592721/f92ffbc/fifa2011_www.elconclave.cl.part19.rar.html | |
| A | http://hotfile.com/dl/76592809/5046733/fifa2011_www.elconclave.cl.part27.rar.html | |
| A | http://hotfile.com/dl/76593093/614f154/fifa2011_www.elconclave.cl.part22.rar.html | |
| A | http://hotfile.com/dl/76593125/1be268a/fifa2011_www.elconclave.cl.part61.rar.html | |
| A | http://hotfile.com/dl/76593194/4f80516/fifa2011_www.elconclave.cl.part45.rar.html | |
| A | http://hotfile.com/dl/76593246/64f691b/fifa2011_www.elconclave.cl.part42.rar.html | |
| A | http://hotfile.com/dl/76593273/860f964/fifa2011_www.elconclave.cl.part34.rar.html | |
| A | http://hotfile.com/dl/76593278/f2b374b/fifa2011_www.elconclave.cl.part10.rar.html | |
| A | http://hotfile.com/dl/76593448/007a217/fifa2011_www.elconclave.cl.part18.rar.html | |
| A | http://hotfile.com/dl/76593525/fcedcc5/fifa2011_www.elconclave.cl.part55.rar.html | |
| A | http://hotfile.com/dl/76593618/5a9f2e5/fifa2011_www.elconclave.cl.part40.rar.html | |
| A | http://hotfile.com/dl/76593781/e29725b/fifa2011_www.elconclave.cl.part15.rar.html | |
| A | http://hotfile.com/dl/76593857/c44050f/fifa2011_www.elconclave.cl.part56.rar.html | |
| A | http://hotfile.com/dl/76593952/3bb9040/fifa2011_www.elconclave.cl.part54.rar.html | |
| A | http://hotfile.com/dl/76594114/3b6ee85/fifa2011_www.elconclave.cl.part20.rar.html | |
| A | http://hotfile.com/dl/76594142/1fe6199/fifa2011_www.elconclave.cl.part52.rar.html | |
| A | http://hotfile.com/dl/76594166/e85959b/fifa2011_www.elconclave.cl.part08.rar.html | |
| A | http://hotfile.com/dl/76594357/29be527/fifa2011_www.elconclave.cl.part11.rar.html | |
| A | http://hotfile.com/dl/76594386/c70b427/fifa2011_www.elconclave.cl.part32.rar.html | |
| A | http://hotfile.com/dl/76594633/ae86578/fifa2011_www.elconclave.cl.part28.rar.html | |
| A | http://hotfile.com/dl/76594719/c6223cd/fifa2011_www.elconclave.cl.part21.rar.html | |
| B | http://hotfile.com/dl/69562819/c92921a/fifa11_pc_demo_EU.part2.rar.html | FIFA 2011 |
| B | http://hotfile.com/dl/69562821/5c8af33/fifa11_pc_demo_EU.part3.rar.html | |
| B | http://hotfile.com/dl/69562822/0caadde/fifa11_pc_demo_EU.part4.rar.html | |
| B | http://hotfile.com/dl/69562824/75c2f32/fifa11_pc_demo_EU.part1.rar.html | |
| B | http://hotfile.com/dl/72229113/c0448bd/FIFA2011_Demo_SponneR.part1.rar.html | FIFA 2011 |
| B | http://hotfile.com/dl/72229151/bf019ac/FIFA2011_Demo_SponneR.part2.rar.html | |
| B | http://hotfile.com/dl/72229158/43ef393/FIFA2011_Demo_SponneR.part5.rar.html | |

**Schedule A to Hopkins Declaration**

| Counterclaim Ex. | URL | Title |
|---|---|---|
| B | http://hotfile.com/dl/72229219/ba044f9/FIFA2011_Demo_SponneR.part3.rar.html | |
| B | http://hotfile.com/dl/72229313/6ffcd88/FIFA2011_Demo_SponneR.part4.rar.html | |
| A | http://hotfile.com/dl/25734118/7527d82/MESIMOAD.part1.rar.html | Mass Effect 2 Addons Dlc Xbox360 |
| A | http://hotfile.com/dl/25734352/c15663c/MESIMOAD.part2.rar.html | |
| A | http://hotfile.com/dl/25734353/a04fae2/MESIMOAD.sfv.html | Mass Effect 2 Addons Dlc Xbox360 |
| A | http://hotfile.com/dl/44216576/c292986/Sims_3_PC_Full_DVD9_Pipilon.part01.rar.html | The Sims 3 |
| A | http://hotfile.com/dl/44217201/24456ae/Sims_3_PC_Full_DVD9_Pipilon.part02.rar.html | |
| A | http://hotfile.com/dl/44217245/ce3b0af/Sims_3_PC_Full_DVD9_Pipilon.part04.rar.html | |
| A | http://hotfile.com/dl/44217256/1abbe0d/Sims_3_PC_Full_DVD9_Pipilon.part05.rar.html | |
| A | http://hotfile.com/dl/44217270/9b32437/Sims_3_PC_Full_DVD9_Pipilon.part03.rar.html | |
| A | http://hotfile.com/dl/44217283/7ac395c/Sims_3_PC_Full_DVD9_Pipilon.part06.rar.html | |
| A | http://hotfile.com/dl/44224465/494c1d1/Sims_3_PC_Full_DVD9_Pipilon.part08.rar.html | |
| A | http://hotfile.com/dl/44224478/76f32e6/Sims_3_PC_Full_DVD9_Pipilon.part09.rar.html | |
| A | http://hotfile.com/dl/44224556/483ad57/Sims_3_PC_Full_DVD9_Pipilon.part13.rar.html | |
| A | http://hotfile.com/dl/44224581/14e678a/Sims_3_PC_Full_DVD9_Pipilon.part14.rar.html | |
| A | http://hotfile.com/dl/44224642/7e12741/Sims_3_PC_Full_DVD9_Pipilon.part18.rar.html | |
| A | http://hotfile.com/dl/44224645/9bc7d14/Sims_3_PC_Full_DVD9_Pipilon.part16.rar.html | |
| A | http://hotfile.com/dl/44224710/c49edb0/Sims_3_PC_Full_DVD9_Pipilon.part20.rar.html | |
| A | http://hotfile.com/dl/44224719/37346db/Sims_3_PC_Full_DVD9_Pipilon.part15.rar.html | |
| A | http://hotfile.com/dl/44224723/162f313/Sims_3_PC_Full_DVD9_Pipilon.part10.rar.html | |
| A | http://hotfile.com/dl/44224726/a490b6b/Sims_3_PC_Full_DVD9_Pipilon.part19.rar.html | |
| A | http://hotfile.com/dl/44224736/abfeaaf/Sims_3_PC_Full_DVD9_Pipilon.part07.rar.html | |
| A | http://hotfile.com/dl/44224763/ff493ea/Sims_3_PC_Full_DVD9_Pipilon.part21.rar.html | |
| A | http://hotfile.com/dl/44224803/3940f17/Sims_3_PC_Full_DVD9_Pipilon.part22.rar.html | |
| A | http://hotfile.com/dl/44224881/9266e06/Sims_3_PC_Full_DVD9_Pipilon.part27.rar.html | |

**Schedule A to Hopkins Declaration**

| Counterclaim Ex. | URL | Title |
|---|---|---|
| A | http://hotfile.com/dl/44224912/89263bc/Sims_3_PC_Full_DVD9_Pipilon.part23.rar.html | |
| A | http://hotfile.com/dl/44224926/382da21/Sims_3_PC_Full_DVD9_Pipilon.part25.rar.html | |
| A | http://hotfile.com/dl/44224942/aa1d684/Sims_3_PC_Full_DVD9_Pipilon.part28.rar.html | |
| A | http://hotfile.com/dl/44224953/5c10506/Sims_3_PC_Full_DVD9_Pipilon.part32.rar.html | |
| A | http://hotfile.com/dl/44225203/e2ca6ca/Sims_3_PC_Full_DVD9_Pipilon.part42.rar.html | |
| A | http://hotfile.com/dl/44225225/e3cc957/Sims_3_PC_Full_DVD9_Pipilon.part33.rar.html | |
| A | http://hotfile.com/dl/44225323/f67acb/Sims_3_PC_Full_DVD9_Pipilon.part46.rar.html | |
| A | http://hotfile.com/dl/44225333/4bec033/Sims_3_PC_Full_DVD9_Pipilon.part45.rar.html | |
| A | http://hotfile.com/dl/44225398/0f583b6/Sims_3_PC_Full_DVD9_Pipilon.part43.rar.html | |
| A | http://hotfile.com/dl/44225414/1d962b7/Sims_3_PC_Full_DVD9_Pipilon.part51.rar.html | |
| A | http://hotfile.com/dl/44225425/528dc21/Sims_3_PC_Full_DVD9_Pipilon.part47.rar.html | |
| A | http://hotfile.com/dl/44225429/85f4a77/Sims_3_PC_Full_DVD9_Pipilon.part54.rar.html | |
| A | http://hotfile.com/dl/44225443/0d3f393/Sims_3_PC_Full_DVD9_Pipilon.part49.rar.html | |
| A | http://hotfile.com/dl/44225450/a672170/Sims_3_PC_Full_DVD9_Pipilon.part53.rar.html | |
| A | http://hotfile.com/dl/44225463/da14c68/Sims_3_PC_Full_DVD9_Pipilon.part56.rar.html | |
| A | http://hotfile.com/dl/44225488/dea5f15/Sims_3_PC_Full_DVD9_Pipilon.part57.rar.html | |
| A | http://hotfile.com/dl/44225510/a00458d/Sims_3_PC_Full_DVD9_Pipilon.part52.rar.html | |
| A | http://hotfile.com/dl/44225543/c115d2c/Sims_3_PC_Full_DVD9_Pipilon.part62.rar.html | |
| A | http://hotfile.com/dl/44225583/4e6d4b1/Sims_3_PC_Full_DVD9_Pipilon.part48.rar.html | |
| A | http://hotfile.com/dl/44225590/2b01877/Sims_3_PC_Full_DVD9_Pipilon.part55.rar.html | |
| A | http://hotfile.com/dl/44225605/2ce9eec/Sims_3_PC_Full_DVD9_Pipilon.part61.rar.html | |
| A | http://hotfile.com/dl/44225645/3a0c2e9/Sims_3_PC_Full_DVD9_Pipilon.part60.rar.html | |
| A | http://hotfile.com/dl/69449076/7c52e77/Sim_3_multi_Full_Crack.part11.rar.html | The Sims 3 |
| A | http://hotfile.com/dl/69449391/ae4f67b/Sim_3_multi_Full_Crack.part14.rar.html | |
| A | http://hotfile.com/dl/69449400/43c9c6c/Sim_3_multi_Full_Crack.part12.rar.html | |
| A | http://hotfile.com/dl/69449785/d6e79bb/Sim_3_multi_Full_Crack.part13.rar.html | |
| A | http://hotfile.com/dl/69523663/01f3092/Sim_3_multi_Full_Crack.part15.rar.html | |
| A | http://hotfile.com/dl/69532411/ca29861/Sim_3_multi_Full_Crack.part16.rar.html | |

## Schedule A to Hopkins Declaration

| Counterclaim Ex. | URL | Title |
|---|---|---|
| A | http://hotfile.com/dl/69532543/375ad84/Sim_3_multi_Full_Crack.part01.rar.html | |
| A | http://hotfile.com/dl/69533047/52e2405/Sim_3_multi_Full_Crack.part02.rar.html | |
| A | http://hotfile.com/dl/69544706/b903019/Sim_3_multi_Full_Crack.part03.rar.html | |
| A | http://hotfile.com/dl/69549402/6d21851/Sim_3_multi_Full_Crack.part04.rar.html | |
| A | http://hotfile.com/dl/69553514/fe1d2d4/Sim_3_multi_Full_Crack.part05.rar.html | |
| A | http://hotfile.com/dl/69554653/3928200/Sim_3_multi_Full_Crack.part06.rar.html | |
| A | http://hotfile.com/dl/69565897/b888726/Sim_3_multi_Full_Crack.part07.rar.html | |
| A | http://hotfile.com/dl/69570098/9c7ef41/Sim_3_multi_Full_Crack.part08.rar.html | |
| A | http://hotfile.com/dl/69574546/8181ead/Sim_3_multi_Full_Crack.part09.rar.html | |
| A | http://hotfile.com/dl/69575052/9fe0d73/Sim_3_multi_Full_Crack.part10.rar.html | |
| A | http://hotfile.com/dl/78299868/512a327/The.Sims:3.XBOX360-GLoBAL.part01.rar.html | The Sims 3 |
| A | http://hotfile.com/dl/78299886/e57cd21/The.Sims:3.XBOX360-GLoBAL.part02.rar.html | |
| A | http://hotfile.com/dl/78300387/ee3714b/The.Sims:3.XBOX360-GLoBAL.part03.rar.html | |
| A | http://hotfile.com/dl/78300862/11b83d7/The.Sims:3.XBOX360-GLoBAL.part04.rar.html | |
| A | http://hotfile.com/dl/78302099/0d9212a/The.Sims:3.XBOX360-GLoBAL.part05.rar.html | |
| A | http://hotfile.com/dl/78302112/5907c37/The.Sims:3.XBOX360-GLoBAL.part06.rar.html | |
| A | http://hotfile.com/dl/78302816/fd340b4/The.Sims:3.XBOX360-GLoBAL.part07.rar.html | |
| A | http://hotfile.com/dl/78303200/c434945/The.Sims:3.XBOX360-GLoBAL.part08.rar.html | |
| A | http://hotfile.com/dl/78305165/7fc87ce/The.Sims:3.XBOX360-GLoBAL.part09.rar.html | |
| A | http://hotfile.com/dl/78305476/bf74f1b/The.Sims:3.XBOX360-GLoBAL.part10.rar.html | |
| A | http://hotfile.com/dl/78306055/5fa549d/The.Sims:3.XBOX360-GLoBAL.part11.rar.html | |
| A | http://hotfile.com/dl/78306305/5929d0d/The.Sims:3.XBOX360-GLoBAL.part12.rar.html | |
| A | http://hotfile.com/dl/78308317/ef8a827/The.Sims:3.XBOX360-GLoBAL.part13.rar.html | |
| A | http://hotfile.com/dl/78308382/56f46cd/The.Sims:3.XBOX360-GLoBAL.part14.rar.html | |
| A | http://hotfile.com/dl/78309166/39320ac/The.Sims:3.XBOX360-GLoBAL.part15.rar.html | |
| A | http://hotfile.com/dl/78309305/452df46/The.Sims:3.XBOX360-GLoBAL.part16.rar.html | |
| A | http://hotfile.com/dl/78310727/83b380e/The.Sims:3.XBOX360-GLoBAL.part17.rar.html | |
| A | http://hotfile.com/dl/78311303/066cfac/The.Sims:3.XBOX360-GLoBAL.part19.rar.html | |

## Schedule A to Hopkins Declaration

| Counterclaim Ex. | URL | Title |
|---|---|---|
| A | http://hotfile.com/dl/90691231/5a65d3f/The.Sims.3-RELOADED.part10.rar.html | The Sims 3 |
| A | http://hotfile.com/dl/90701835/2f21091/The.Sims.3-RELOADED.part11.rar.html | |
| A | http://hotfile.com/dl/90712392/2a6b8cb/The.Sims.3-RELOADED.part12.rar.html | |
| A | http://hotfile.com/dl/90722815/ea784e8/The.Sims.3-RELOADED.part13.rar.html | |
| A | http://hotfile.com/dl/90733970/666e68f/The.Sims.3-RELOADED.part14.rar.html | |
| A | http://hotfile.com/dl/90745372/8fa441f/The.Sims.3-RELOADED.part15.rar.html | |
| A | http://hotfile.com/dl/99566521/1d99ed7/The_Sims_3-Razor1911.part01.rar.html | The Sims 3 |
| A | http://hotfile.com/dl/99566546/198e8fb/The_Sims_3-Razor1911.part02.rar.html | |
| A | http://hotfile.com/dl/99566600/3ceb58e/The_Sims_3-Razor1911.part03.rar.html | |
| A | http://hotfile.com/dl/99566621/2b72985/The_Sims_3-Razor1911.part04.rar.html | |
| A | http://hotfile.com/dl/99566646/fa67eb5/The_Sims_3-Razor1911.part05.rar.html | |
| A | http://hotfile.com/dl/99566673/cfc91bf/The_Sims_3-Razor1911.part06.rar.html | |
| A | http://hotfile.com/dl/99566695/bc3f674/The_Sims_3-Razor1911.part07.rar.html | |
| A | http://hotfile.com/dl/99566761/315d4ce/The_Sims_3-Razor1911.part08.rar.html | |
| A | http://hotfile.com/dl/87413614/f3f3448/The_Sims_3_v1.18.9-FLTDOX.rar.html | The Sims 3 |
| A | http://hotfile.com/dl/99940066/f6b8260/zzzSims3.LN.part1.rar.html | The Sims 3 – Late Night |
| A | http://hotfile.com/dl/99940672/07e5853/zzzSims3.LN.part6.rar.html | |
| A | http://hotfile.com/dl/99959972/0b531c3/zzzSims3.LN.part2.rar.html | |
| A | http://hotfile.com/dl/99963639/51aea0a/zzzSims3.LN.part3.rar.html | |
| A | http://hotfile.com/dl/99976889/ae94326/zzzSims3.LN.part5.rar.html | |
| A | http://hotfile.com/dl/99982329/af09947/zzzSims3.LN.part4.rar.html | |
| A | http://hotfile.com/dl/99997018/b13c764/zzzSims3.LN.part7.rar.html | |
| A | http://hotfile.com/dl/90497694/a2ce769/The.Sims.3-RELOADED.part01.rar.html | The Sims 3 - Reloaded |
| A | http://hotfile.com/dl/90540191/0459bb2/The.Sims.3-RELOADED.part02.rar.html | |
| A | http://hotfile.com/dl/90628025/831e4e4/The.Sims.3-RELOADED.part03.rar.html | |
| A | http://hotfile.com/dl/90638374/f721108/The.Sims.3-RELOADED.part04.rar.html | |
| A | http://hotfile.com/dl/90647653/db9022f/The.Sims.3-RELOADED.part05.rar.html | |
| A | http://hotfile.com/dl/90656665/5f39363/The.Sims.3-RELOADED.part06.rar.html | |

## Schedule A to Hopkins Declaration

| Counterclaim Ex. | URL | Title |
|---|---|---|
| A | http://hotfile.com/dl/90664896/1fccf13/The.Sims.3-RELOADED.part07.rar.html | |
| A | http://hotfile.com/dl/90673179/d11ad74/The.Sims.3-RELOADED.part08.rar.html | |
| A | http://hotfile.com/dl/90681671/9348e1c/The.Sims.3-RELOADED.part09.rar.html | |