UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES
1-10.

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant,*

v.
WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*    /

**ORDER GRANTING UNOPPOSED MOTION AND MEMORANDUM OF LAW
OF DEFENDANTS HOTFILE CORPORATION AND ANTON TITOV,
FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' MEMORANDUM
OF LAW AND EXHIBITS THERETO IN OPPOSITION TO PLAINTIFF
WARNER'S MOTION TO "USE" TITOV EX. 27 IN ITS ENTIRETY
AT TRIAL OR ON SUMMARY JUDGMENT**

**THIS CAUSE** came before the Court on the Unopposed Motion of Defendants for Leave to File Under Seal the Memorandum of Law of Defendants and the Exhibits Thereto in Opposition to Plaintiff Warner's Motion to "Use" Titov Ex. 27 in its Entirety at Trial or on Summary Judgment ("Unopposed Motion to File Under Seal"). The Court

2

has considered the Unopposed Motion to File Under Seal and being otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that the Unopposed Motion to File Under Seal is hereby Granted. Defendants' Memorandum of Law in Opposition to Plaintiff Warner's Motion to "Use" Titov Ex. 27 in its Entirety at Trial or on Summary Judgment" and all Exhibits to Defendants' Memorandum of Law in opposition, shall be filed and maintained under seal.

**DONE AND ORDERED** chambers at Miami, Florida this _____ day of February 2012.

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc:     All Counsel of Record

4822-4113-9982, v. 1