# EXHIBIT A

**Leibnitz, Andrew (21) x4932**

| | |
|---|---|
| **From:** | Thompson, Rod (27) x4445 |
| **Sent:** | Tuesday, October 11, 2011 9:43 PM |
| **To:** | Thompson, Rod (27) x4445; Platzer, Luke C; Leibnitz, Andrew (21) x4932; Gupta, Deepak (22) x4419; Schoenberg, Tony (28) x4963 |
| **Cc:** | Fabrizio, Steven B; Pozza, Duane; Yeh, Jennifer V. |
| **Subject:** | RE: Warner Production - Replacement of Images Containing Login Information |

Steve and Luke, since the replacement CD apparently arrived in SF after we had already left for LA, we have only the earlier version of documents with us for use at the deposition tomorrow.

To make things easier, I suggest you have multiple copies of all newly redacted documents at the deposition so you can have the redacted version marked as the exhibit. (Our working copies are un-redacted as of now, but I have no plans to ask about passwords.) Alternatively, we can agree that you can substitute pages after the fact as the Bates numbers are not changed.

What I don't want to happen is to waste time on this issue tomorrow. Thanks.

Rod

---

**From:** Thompson, Rod (27) x4445
**Sent:** Monday, October 10, 2011 6:33 PM
**To:** 'Platzer, Luke C'; Leibnitz, Andrew (21) x4932; Gupta, Deepak (22) x4419; Schoenberg, Tony (28) x4963
**Cc:** Fabrizio, Steven B; Pozza, Duane; Yeh, Jennifer V.
**Subject:** RE: Warner Production - Replacement of Images Containing Login Information

Luke, we have not quarrel with redactions of current password information.

With respect to redactions, and not agreeing that a November 2009 email showing high level thresholds and server capacity should be redacted, it appears that WARNER072964 may have been inadvertently produced in unredacted form since the same information was apparently redacted WARNER072902.

Steve, this is in part why we must question the justification for any redactions; would you really argue that two years information is a trade secret? Again, to repeat my earlier request please provide a privilege log for each redaction made on the basis of privilege. Thanks.

Rod

---

**From:** Platzer, Luke C [mailto:LPlatzer@jenner.com]
**Sent:** Monday, October 10, 2011 5:13 PM
**To:** Thompson, Rod (27) x4445; Leibnitz, Andrew (21) x4932; Gupta, Deepak (22) x4419; Schoenberg, Tony (28) x4963

1

**Cc:** Fabrizio, Steven B; Pozza, Duane; Yeh, Jennifer V.
**Subject:** Warner Production - Replacement of Images Containing Login Information

Rod:

Given the speed at which Warner rushed to get Defendants a production related to the counterclaims on an expedited schedule, there were a few documents (one word document and five email chains) that were inadvertently produced containing login and password information for servers/accounts other than Warner's accounts with Hotfile. While the relevant documents were designated "Highly Confidential," the security concerns associated with login information require us to replace those documents with versions that redact it. While I understand that the parties disagree concerning the scope of unrelated redactions in Warner's production, redaction of login information should be noncontroversial given the irrelevance of specific password/login information to any claims or issues in the case.

Warner will be producing tomorrow a revised production that formally corrects this issue (including both corrected images and a corrected load file). Can Defendants please (1) confirm (after receiving Warner's corrected production) that they have destroyed their previous copies of the attached documents as well as the associated data from which the text in the documents can be reconstructed, and (2) please let us know if anyone outside of your firm has been supplied with copies of Warner's production of last Wednesday? We are attaching copies of the replacement images to this email in the event Defendants want to make use of them in advance of Warner's formal corrected production.

- Luke

---

**Luke C. Platzer**
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Tel (202) 639-6094
Fax (202) 661-4813
LPlatzer@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.