EXHIBIT B

**Leibnitz, Andrew (21) x4932**

| | |
|---|---|
| From: | Platzer, Luke C [LPlatzer@jenner.com] |
| Sent: | Friday, February 10, 2012 3:42 PM |
| To: | Leibnitz, Andrew (21) x4932; Fabrizio, Steven B; Pozza, Duane; Schoenberg, Tony (28) x4963; Thompson, Rod (27) x4445; Gupta, Deepak (22) x4419; Thamkul, Janel (28) x4467; jmunn@rascoklock.com; vgurvits@bostonlawgroup.com |
| Cc: | Yeh, Jennifer V. |
| Subject: | RE: Disney Enterprises, Inc v. Hotfile Corp. - further Warner clawback? |

Andy:

In investigating the issue raised by your email below, it appears that the metadata for the following additional documents was also impacted by the metadata redaction issue:

UNIVERSAL032440
UNIVERSAL000069
UNIVERSAL000078
WARNER072834

As with the documents identified in your email yesterday, you are free to continue to work with the produced images of these documents. However, the unredacted metadata was produced inadvertently. Universal and Warner will be replacing the production with a revised production that corrects the metadata redaction next week. Please consider the metadata for these documents clawed back in accordance with Paragraph 20 of the protective order.

- Luke

---

**Luke C. Platzer**
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Tel (202) 639-6094
Fax (202) 661-4813
LPlatzer@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

    -----Original Message-----

    From: Platzer, Luke C
    Sent: Thursday, February 09, 2012 9:12 PM
    To: 'ALeibnitz@fbm.com'; Fabrizio, Steven B; Pozza, Duane; TSchoenberg@fbm.com;
    RThompson@fbm.com; DGupta@fbm.com; JThamkul@fbm.com; jmunn@rascoklock.com;
    vgurvits@bostonlawgroup.com
    Cc: Yeh, Jennifer V.
    Subject: RE: Disney Enterprises, Inc v. Hotfile Corp. - further Warner clawback?

1

Andy:

It appears, as you note below, that our vendor may have failed to redact metadata for some of Warner's redacted documents in some productions that we completed on an expedited basis in advance of Mr. Kaplan's deposition. (Some of the documents you list below contain redactions for privilege or attorney work product; in several other cases the redaction instead protects personally identifying and/or highly sensitive information such as account passwords and IP addresses).

We are working on a replacement production that fixes this issue with the metadata, but any production of the metadata of redacted documents in unredacted form was inadvertent. You are free to continue to work with the redacted TIFF images of the documents in your list below as produced. However, to the extent the metadata contains unredacted information, Warner claws back the metadata for the documents listed below pursuant to Paragraph 20 of the protective order, and will endeavor to get you a replacement production in which the metadata is appropriately redacted.

Regards,
Luke

-----Original Message-----
From: ALeibnitz@fbm.com [mailto:ALeibnitz@fbm.com]
Sent: Thursday, February 09, 2012 1:41 PM
To: Fabrizio, Steven B; Pozza, Duane; TSchoenberg@fbm.com; RThompson@fbm.com; DGupta@fbm.com; JThamkul@fbm.com; jmunn@rascoklock.com; vgurvits@bostonlawgroup.com
Cc: Platzer, Luke C; Yeh, Jennifer V.
Subject: Disney Enterprises, Inc v. Hotfile Corp. - further Warner clawback?

Steve-

In reviewing documents to prepare for the upcoming MSJ motions, we noticed that some documents in Warner's production were improperly redacted. The TIFF images of the documents contain the redactions, but the underlying metadata do not, so the text that is supposed to be redacted is visible in the metadata viewer. The following documents are affected:

WARNER072100
WARNER072101
WARNER072102
WARNER072103
WARNER072104
WARNER072207
WARNER072300
WARNER072361
WARNER072383
WARNER072395
WARNER072476
WARNER072477
WARNER072836
WARNER072902
WARNER073227

We cannot be certain that this is a complete list of all the documents containing improper redactions, but the list represents all that we have come across so far. Please let us know this week if you would like to

2

claw back these documents or replace them.

Regards,
ANDY

N. Andrew Leibnitz
aleibnitz@fbm.com
415.954.4932

---

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you. Farella Braun + Martel LLP