# EXHIBIT C

**Leibnitz, Andrew (21) x4932**

| | |
|---|---|
| From: | Pozza, Duane [DPozza@jenner.com] |
| Sent: | Thursday, August 11, 2011 12:07 PM |
| To: | Thompson, Rod (27) x4445 |
| Cc: | Leibnitz, Andrew (21) x4932; Schoenberg, Tony (28) x4963; Fabrizio, Steven B; Platzer, Luke C |
| Subject: | RE: Hotfile - content filtering |

Rod, we received only three documents on that CD – the three identified in the letter. None of those appear to contain any Warner takedown data. (I've been emailing with Andy to get more information about these documents, but in any event, they do not appear to include takedown data.) If you believe the Warner data has been produced, please provide a Bates number for reference. Thanks,
Duane

---

**From:** RThompson@fbm.com [mailto:RThompson@fbm.com]
**Sent:** Thursday, August 11, 2011 2:42 PM
**To:** Pozza, Duane
**Cc:** ALeibnitz@fbm.com; TSchoenberg@fbm.com; Fabrizio, Steven B; Platzer, Luke C
**Subject:** RE: Hotfile - content filtering

Duane, attached is a copy of the July 22 transmittal letter with the Warner deletions data (the file was produced in native format). Let us know if you did not receive it.

> -----Original Message-----
> **From:** Pozza, Duane [mailto:DPozza@jenner.com]
> **Sent:** Thursday, August 11, 2011 9:05 AM
> **To:** Thompson, Rod (27) x4445
> **Cc:** Leibnitz, Andrew (21) x4932; Schoenberg, Tony (28) x4963; Fabrizio, Steven B; Platzer, Luke C
> **Subject:** RE: Hotfile - content filtering
>
> Rod, Steve is responding separately on the Vobile issue.
>
> As for Warner, we discussed the additional data we need to fully conduct our investigation a month ago. See my attached 7/6 email and Steve's email immediately below outlining the data we need. As of July 8, we were waiting for confirmation of when all the data would be produced (see the 7/8 email attached). We did not receive an update from you, nor have we ever received a complete set of SRA data (including the data fields we identified) as we requested. We appear to have received fragments of data about takedowns purportedly from Warner, but those are not substitutes for a full set of data – which clearly can be produced given that Hotfile appears to have run a number of reports from this data set. There is no reason for further delay on this. This data could be extracted with a database query and produced in native form tomorrow.
>
> Your request for an immediate explanation puts the cart before the horse. Without a full data production, as we have explained, we cannot complete a forensic investigation and provide any further answer as to what occurred. (Rather than again reiterate our discussion, I'm attaching Steve's 7/6 email on this.) Your email also states that some sort of abuse "appears to be ongoing" yet we certainly have received no further information from you on that. Please confirm you will provide the remaining data, and confirm whether you have provided or when you expect to provide all documents related to any allegedly abusive takedowns by Warner.
>
> Thanks,
> Duane

1

**From:** RThompson@fbm.com [mailto:RThompson@fbm.com]
**Sent:** Thursday, August 11, 2011 1:07 AM
**To:** Pozza, Duane
**Cc:** ALeibnitz@fbm.com; TSchoenberg@fbm.com; Fabrizio, Steven B; Platzer, Luke C
**Subject:** RE: Hotfile - content filtering

Steve and Duane:

While I appreciate where you are coming from in the litigation context, it has to be one or the other--discovery or settlement. As you can imagine Hotfile will approach its response differently depending on the context. We can approach this issue regarding Vobile either way, but not both ways at the same time. I do not want to discuss something with Steve in the settlement context, only to have Duane pursue discovery the next day based on what we discussed in the settlement context. (To be fair, Steve made no promises on this issue, but you can imagine that this will have a chilling effect on Hotfile's willingness to adopt--or even discuss--any filtering required by the Studios as part of a potential settlement.)

If your clients want to discourage filtering by Hotfile you will pursue Duane's rather aggressive approach to discovery. FYI, Hotfile and Vobile entered into a contract effective 8/1/11, which will be produced in due course. There is no urgency, however, to your requested discovery on this filtering issue. When did the Studios last provide any update in discovery as to their activities that are responsive to filtering (as they apparently know more about what is included in the Vobile package than Vobile is willing to share with Hotfile) or any other outstanding discovery? In contrast Hotfile is entitled to much more expedited, updated discovery from the Studios, and Warner in particular.

Specifically, Hotfile is entitled to any explanation that Warner has to offer for the thousands of files it deleted apparently without authorization via its SRA. Hotfile has an upcoming deadline for our answer and counterclaims but have received no update on Warner's internal investigation on this issue. Without any explanation, we can only assume that there is no justification for this abuse (which appears to be ongoing despite our alerting Warner to the issue in detail in April). Please let us know promptly and sufficiently before our response date of August 22 if Warner (or Mr. Bentkover) has any additional explanation it cares to offer. Thanks.

Rod

-----Original Message-----
-----Original Message-----
**From:** Pozza, Duane [mailto:DPozza@jenner.com]
**Sent:** Wednesday, August 10, 2011 11:44 AM
**To:** Thompson, Rod (27) x4445
**Cc:** Leibnitz, Andrew (21) x4932; Schoenberg, Tony (28) x4963; Fabrizio, Steven B; Platzer, Luke C
**Subject:** Hotfile - content filtering

Rod,
Plaintiffs' Requests Nos. 23 and 24 seek documents regarding (among other things) Hotfile's efforts to filter or block content, including by use of services such as Vobile. We are hereby requesting that you

2

expedite production of documents responsive to these requests regarding Hotfile's apparent recent implementation of content filtering, including using Vobile. That would include production of related communications, analyses of implementation of any filtering, and data showing any file blocking. Please confirm that such documents will be provided expeditiously.

Regards,
Duane


**Duane Pozza**
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Tel (202) 639-6027
Fax (202) 661-4962
DPozza@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

## Leibnitz, Andrew (21) x4932

| | |
|---|---|
| From: | Pozza, Duane [DPozza@jenner.com] |
| Sent: | Tuesday, July 26, 2011 12:55 PM |
| To: | Schoenberg, Tony (28) x4963 |
| Cc: | Leibnitz, Andrew (21) x4932 |
| Subject: | RE: Hotfile -- Discovery M&C and Warner Bros. documents |

Tony,

We've received your latest production, bates HF02831973-75 and the supplemental response to Interrogatory No. 1. A few follow-up questions. First, can you let me know the requests to which HF02831973 and 74 are responsive? Also, when can we expect the remaining data to be produced?

On Interrogatory No. 1, we still don't have contact information for Mr. Stallings – you had agreed to either provide that or indicate that you were representing him for service of a subpoena, but neither is indicated here. Please separately provide that. Also, I take it from your response that you continue to object to listing all individuals or entities that performed work on behalf of or provided any service to any Hotfile Entity and/or the Hotfile Website, but let me know if I am mistaken in interpreting your response. In any event, can you confirm whether the employer listed for each individual has been the employer for the duration of the time period listed in the response?

Finally, please confirm whether defendants are producing or withholding communications with subpoena recipients in this litigation. I've asked multiple times and received no response, so we need to meet and confer on that topic if you are withholding such documents in response to our requests.

Regards,
Duane

---

**Duane Pozza**
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Tel (202) 639-6027
Fax (202) 661-4962
DPozza@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** TSchoenberg@fbm.com [mailto:TSchoenberg@fbm.com]
**Sent:** Thursday, July 21, 2011 2:22 PM
**To:** Pozza, Duane; ALeibnitz@fbm.com
**Cc:** Platzer, Luke C; RThompson@fbm.com; DGupta@fbm.com; jmunn@rascoklock.com; Fabrizio, Steven B
**Subject:** RE: Hotfile -- Discovery M&C and Warner Bros. documents

1

Duane -- We are working to produce documents as expeditiously as possible and will continue to produce documents on a rolling basis, as you are doing. Barring technical glitches, an additional production will go out tomorrow that will include additional categories of documents. Thanks for the information about Universal.

Regards,
Tony

-----Original Message-----
**From:** Pozza, Duane [mailto:DPozza@jenner.com]
**Sent:** Thursday, July 21, 2011 11:03 AM
**To:** Schoenberg, Tony (28) x4963; Leibnitz, Andrew (21) x4932
**Cc:** Platzer, Luke C; Thompson, Rod (27) x4445; Gupta, Deepak (22) x4419; jmunn@rascoklock.com; Fabrizio, Steven B
**Subject:** RE: Hotfile -- Discovery M&C and Warner Bros. documents

> Tony, on defendants' production, there's no point in comparing numbers of pages. Hotfile facilitated so much infringement that it apparently received takedowns on what appears to be millions of links. Producing all those notices and some user communications from one or two email boxes does not mean that Hotfile is expeditiously or fully complying with its production obligations. These kinds of documents are the most straightforward to produce, because they do not even require a privilege review. And plaintiffs are obviously not going to have the same volume of documents – for one thing, they sent only a portion of the takedowns Hotfile received.
>
> Have defendants even been reviewing other categories of documents to produce? I have been pushing for a production of these documents for over a month now. Under your original proposed summary judgment schedule, we would be <u>done</u> with DMCA summary judgment briefing by now, and yet plaintiffs would not have any data about Hotfile's affiliates, for example. It is inconceivable that defendants continue to push the Court for leave to file an early summary judgment motion while their responses to so many of the discovery requests remain outstanding.
>
> As for additional Universal documents – which I believe you've raised for the first time here – rest assured that an additional production is in processing, and barring technical glitches, will be out Monday.
>
> -Duane

2