**EXHIBIT E**

Highly Confidential

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - -

DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,

       Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,

       Defendants.


HOTFILE CORP.,

       Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,

       Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - - -

VOLUME I
H I G H L Y  C O N F I D E N T I A L
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Monday, December 5, 2011
Job Number: 44174

TSG Reporting - Worldwide     800-702-9580

Highly Confidential

Page 167

```
 1   A.   No, they did not.
 2   Q.   Hotfile had identified what it believed to have been
 3        mistakes in the notices by Warner throughout
 4        February, March, April and even May of 2001; is that not
 5        correct?
 6   MR. THOMPSON:  I'm going to object to the extent that it
 7        calls for work product information which commenced after
 8        the date of early March 2011.
 9             To the extent you can answer without revealing work
10        product information, you can do so.
11   A.   I don't think I can answer.
12   BY MR. FABRIZIO:
13   Q.   Okay.  Well, you identified what you believed to have
14        been mistakes made by Warner prior to early March 2001;
15        is that not correct?
16   A.   Yeah, I believe so.
17   Q.   Okay.  Did you ever bring those mistakes to the
18        attention of Warner prior to filing your counterclaim?
19   A.   Not directly, no.
20   Q.   Indirectly?
21   A.   It is my belief that at some point our counsel
22        communicated with Warner, who knew.
23   MR. FABRIZIO:  Let me ask the court reporter to mark as
24        Titov exhibit 27 a document bearing the Bates number
25        HF02866338 through 369.
```

Highly Confidential

Page 168

```
1         (Titov exhibit 27 marked for identification.)
2    BY MR. FABRIZIO:
3    Q.  I'm not going to ask you about each individual entry.
4        Could I just ask you if this is a true and correct copy
5        of an email and attachment that you received on or
6        about March 10, 2011?
7    A.  I don't reason to believe -- I don't have reasons to
8        believe that it's not.
9    Q.  And this is part of your early investigation of what you
10       perceived to be mistakes made by Warner in sending
11       takedown notices?
12   A.  This is some list that might contain errors, yes.
13   Q.  Okay.  Just turn to the first page, which is the first
14       page of the exhibit.  This was -- just look at -- look
15       at entry number 36, just to take one, and if you look
16       under the column F, under the heading "Copyright:" it
17       says:
18          "Copyright not Warner."
19          Do you see that?
20   A.  Yes, I do.
21   Q.  Okay.  And does that reflect that the author of this
22       exhibit concluded that that file, while not containing
23       a property likely owned by Warner, nonetheless contained
24       copyrighted content?
25   MR. THOMPSON:  Objection.  Calls for speculation, misstates
```