**EXHIBIT F**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

## DECLARATION OF ANTHONY P. SCHOENBERG IN SUPPORT OF DEFENDANTS' OPPOSITION TO WARNER'S MOTION TO "USE" TITOV EXHIBIT 27

I, ANTHONY P. SCHOENBERG, hereby declare as follows:

1. I am a partner at the law firm of Farella Braun + Martel LLP and counsel to Defendants Hotfile Corporation and Anton Titov in this action ("Defendants"). The statements made in this declaration are based on my personal knowledge.

2. Shortly after Hotfile clawed back the document subject to the instant motion (the "WB Links" document) on work product grounds, Duane Pozza called me. Mr. Pozza expressly represented that Plaintiffs – including Warner – accepted the claw-back and intended to comply with the Court's Order to destroy the clawed-back documents, including the "WB Links" document. Mr. Pozza simply requested an additional week to destroy the clawed-back documents. I agreed. Mr. Pozza did *not* ask for permission to use Hotfile's work product documents in the interim, including at the deposition of Hotfile in Bulgaria that took place in the days following the call with Mr. Pozza. I did not provide such permission, and indeed I would not have provided such permission. Hotfile would not have agreed to permit Plaintiffs to use

26501\2958366.1

CASE NO. 11-20427-CIV-JORDAN

Hotfile's work product under any circumstances. During the call, Mr. Pozza gave no indication that Warner intended to use any portion of the "WB Links" document in the deposition of Hotfile only days later.

3. During the call, Mr. Pozza did not raise or indicate any ambiguity or question about identification of the 'WB Links" document, which was identified by Bates number in my November 28, 2011 e-mail. He did not request any additional identifying information. He did not complain about the number of documents clawed back, nor did he suggest that there had been any "sandbagging" by Hotfile. He did not contend or suggest that the "WB Links" document was not work product. Instead, Mr. Pozza represented to me that Plaintiffs agreed to accept the claw-back.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of February in San Francisco, California.

Anthony P. Schoenberg

2