Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## SEALED CIVIL MINUTES

**Judge: William C. Turnoff**  Courtroom: Atkins Bldg. 11th Floor

Case No: 11-20427-CV-WILLIAMS  Date: 2/15/12

Time: 2:00  ☐ a.m. ☑ p.m.  End: 2:42  ☐ a.m. ☑ p.m.

Clerk: LaKeshia A. Williams  DAR: (Sealed 14:08:49)

Court Reporter: N/A

Case Title: 11-20427-CV-WILLIAMS

P. Attorney(s): Steven Fabrizio, Esq.

D. Attorney(s): Janet Munn, Esq.

Reason for Hearing:
*SEALED* MOTION and Memorandum of Law To Permit Use At Trial of Summary Judgment of Titov Ex. 27 [241]

Result of Hearing:
Motion Addressed. Oral Arguments Heard.
Court reserves ruling. *SEALED* Motion [241] taken under advisement.

Case continued to: _____  Time: _____

For: _____

Misc.: _____