UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

FILED by _RAL_ D.C.

FEB 1 6 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

     *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

     *Defendants.*            /

HOTFILE CORP.,

     *Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

     *Counter-Defendant.*     /

**UNOPPOSED MOTION AND MEMORANDUM OF
LAW OF DEFENDANTS FOR LEAVE TO FILE UNDER SEAL
DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS'
OBJECTIONS TO THE SEALED OMNIBUS ORDER OF THE
MAGISTRATE JUDGE OF JANUARY 18, 2012 [D.E. # 227]**

Defendants Hotfile Corp. ("Hotfile") and Anton Titov ("Titov") (collectively

"Defendants") , file this Unopposed Motion to File Documents Under Seal pursuant to Local

Rule 5.4, as set forth below in the accompanying memorandum of law.

## MEMORANDUM OF LAW

The document to be filed under seal is Defendants' Reply in support of Defendants' Objections to the Sealed Omnibus Order of the Magistrate Judge of January 18, 2010 [D.E. # 227], on Warner's Motion to Compel Titov Deposition Ex. 27.  Defendants request that this filing remain under seal until the conclusion of this case.  Upon expiration of the sealing period, the sealed documents are requested to be returned to Defendants' counsel.

This motion is filed pursuant to the Magistrate Judge's Sealed Omnibus Order [D.E. # 227] entered by the Court on January 18, 2012, and pursuant to ¶16 of the Stipulated Protective Order [D.E. # 68] entered by the Court on May 19, 2011, which states that "[in] the event that any Discovery Materials designated under this Protective Order is described, characterized, excerpted or referenced in, or attached to, any Court proceeding or submission in connection with this litigation...the filing party shall seek to file such material under seal pursuant to Local Rule 5.4."

The Reply to Plaintiffs' Response to Defendants' Objections relate to a sealed order entered by the Magistrate Judge, and furthermore, the Reply discloses information that has been designated as Confidential, Highly Confidential, and/or protected work product under the Protective Order.  Further, the Magistrate Judge sealed the transcript of the January 13, 2012 hearing on the motions, that are the subject of the Magistrate Judge's Sealed Omnibus Order to which Defendants have lodged objections to the ruling and therefore, by necessity, Defendants need to refer in their reply to matters that are under seal by the Court.

The Court has authority to grant motions for leave to file under seal pursuant to Local Rule 5.4, when as here prior orders of the Court require submission of the filings under seal.

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## CONCLUSION

On the basis of the foregoing, Defendants respectfully request that the Court grant their agreed motion for leave to file under seal and permit the sealed filing of Defendants' Reply in Support of Defendants' Objections to the Magistrate Judge's Order of January 18, 2012 [D.E. # 227]. A proposed Order is attached hereto as Exhibit "A."

## CERTIFICATE OF GOOD FAITH ATTEMP TO RESOLVE

I hereby certify that pursuant to Local Rule 7.1(a)(3), prior to filing this motion, Andrew Leibnitz, counsel for Defendants, communicated with counsel for the Plaintiffs, Steven B. Fabrizio, Esq., by e-mail in a good faith attempt to resolve by agreement the matters raised in this motion and that Plaintiffs had no objection to this motion for leave to file under seal.

_Andrew Leibnitz by Janet T. Munn_
Andrew Leibnitz

DATED: February 16, 2012

Respectfully submitted,

_Janet T. Munn_
Janet T. Munn, Esq. Fla. Bar No. 501281
Email: jmunn@rascoklock.com
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102

And

Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email:  rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email:  aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email:  tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email:  dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email:  jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA  94104
Telephone:  415.954.4400
Telecopy: 415.954.4480

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation*
 *and Anton Titov*

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2012, a true and correct copy of the foregoing document, was served on all counsel of record identified below via e-mail and by First Class U.S. Mail.

Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA 91403-5885
Telephone: 818.935.5812

By: _____
Janet T. Munn

4812-3975-1950, v. 1