(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 11-20427-CIV-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC., et al.,

    Plaintiff

v.

HOTFILE CORP., ANTON TITOV,

    Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Janet T. Munn, Esq., on behalf of Defendants Hotfile Corp. & Anton Titov
Address: Rasco Klock, 283 Catalonia Ave., Suite 200, Coral Gables, FL 33134
Telephone: 305.476.7101

On behalf of (select one): ☐ Plaintiff ☒ Defendant

Date sealed document filed: 2/16/2012

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 01-17-12 [DE #227]
05-19-11 [DE #68]

The matter should remain sealed until:

☐ Conclusion of Trial     ☐ Arrest of First Defendant
☐ Case Closing     ☒ Conclusion of Direct Appeal
☐ Other: _____
☐ Permanently. Specify the authorizing law, rule, court order:

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file     ☐ Destroyed
☒ Returned to the party or counsel for the party, as identified above

    Hotfile's Reply In Support of Objections to Magistrate Judge's Order Regarding Plaintiffs' Motion to Compel Titov Deposition Exhibit 27

*/s/ Janet T. Munn*
Attorney for: