UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., et al.,

    *Plaintiffs,*

v.

HOTFILE CORP., et al.,

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant,*

v.
WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*    /

### ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' OBJECTIONS TO THE SEALED OMNIBUS ORDER OF THE MAGISTRATE JUDGE OF JANUARY 18, 2012 [D.E. # 227]

THIS CAUSE came before the Court on the Unopposed Motion of Defendants Hotfile Corporation and Anton Titov (collectively "Defendants"), for leave to file under seal Defendants' Reply in Support of Defendants' Objections to the Sealed Omnibus Order of the Magistrate Judge of January 18, 2012 [D.E. #227] ("Motion for Leave to File Under Seal"). The Court has considered the Motion for Leave to File Under Seal and being otherwise duly advised herein, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion for Leave to File Under Seal is Granted and that the following documents shall remain under seal until the conclusion of this

case, including all appeals: Defendants' Reply in Support of Defendants' Objections to the Magistrate Judge's Order of January 18, 2012 [D.E. # 227].

DONE AND ORDERED in chambers at Miami, Florida this ____ day of February 2012.

_____
Kathleen M. Williams
United States District Judge

cc:     All Counsel of Record