UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## DECLARATION OF DAVID KAPLAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS AGAINST DEFENDANTS HOTFILE CORP. AND ANTON TITOV

I, DAVID KAPLAN, hereby declare as follows:

1. I hold the position of Senior Vice President, Intellectual Property Counsel, Worldwide Antipiracy Operations at Warner Bros. Entertainment Inc. ("Warner"), one of the plaintiffs in this action. I make this declaration in support of Plaintiffs' Motion for Summary Judgment against Defendants Hotfile Corp. and Anton Titov. The facts contained herein are

based on my personal knowledge, including my review of Warner's books and records and on information provided to me in my capacity as Senior Vice President, Intellectual Property Counsel, Worldwide Antipiracy Operations at Warner Bros. Entertainment Inc. If called and sworn as a witness, I could competently testify as follows.

2. Warner and its affiliates are engaged in the creation, distribution, licensing, and marketing of theatrical motion pictures, television programming, video/DVDs and other products.

3. At a minimum, Warner is the owner of the copyright and/or the exclusive online reproduction and distribution rights in the United States for the works listed in Exhibit A.

4. Warner and its affiliates have not licensed to any of the defendants the right to distribute or reproduce, or to authorize others to distribute or reproduce (including by downloading), copies of any of its motion pictures or television programs or other works, including those works in Exhibit A hereto. In addition, Warner and its affiliates have not authorized the free and unrestricted distribution or downloading of copies of Warner's full length motion pictures or television programs listed in Exhibit A, through defendants' website at www.hotfile.com or on the internet in general.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in the State of California this 14th day of February, 2012.

David Kaplan

# EXHIBIT A

Kaplan Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Warner Bros. Entertainment Inc. | A Clockwork Orange | RE0000810505 |
| Warner Bros. Entertainment Inc. | Animatrix | PA0001223192 |
| Warner Bros. Entertainment Inc. | Assassination of Jesse James by the Coward Robert Ford | PA0001590837 |
| Warner Bros. Entertainment Inc. | Assassins | PA0000762637 |
| Warner Bros. Entertainment Inc. | August Rush | PA0001593195 |
| Warner Bros. Entertainment Inc. | Batman | PA0000417162 |
| Warner Bros. Entertainment Inc. | Batman Begins | PA0001271539 |
| Warner Bros. Entertainment Inc. | Batman Forever | PA0000720192 |
| Warner Bros. Entertainment Inc. | Batman Returns | PA0000569651 |
| Warner Bros. Entertainment Inc. | Beerfest | PA0001342690 |
| Warner Bros. Entertainment Inc. | Beetlejuice | PA0000371966 |
| Warner Bros. Entertainment Inc. | Big Bang Theory - Season 2, Episode 3 | PA0001696734 |
| Warner Bros. Entertainment Inc. | Big Bang Theory - Season 2, Episode 8 | PA0001696755 |
| Warner Bros. Entertainment Inc. | Big Bang Theory - Season 2, Episode 19 | PA0001696751 |
| Warner Bros. Entertainment Inc. | Big Bang Theory - Season 2, Episode 22 | PA0001696746 |
| Warner Bros. Entertainment Inc. | Body of Lies | PA0001614795 |
| Warner Bros. Entertainment Inc. | Bodyguard | PA0000599029 |
| Warner Bros. Entertainment Inc. | Book of Eli | PA0001659118 |
| Warner Bros. Entertainment Inc. | Brave One | PA0001589879 |
| Warner Bros. Entertainment Inc. | Bucket List | PA0001594788 |
| Warner Bros. Entertainment Inc. | Casablanca | R479239 |
| Warner Bros. Entertainment Inc. | Catwoman | PA0001220570 |
| Warner Bros. Entertainment Inc. | Charlie and the Chocolate Factory | PA0001283982 |
| Warner Bros. Entertainment Inc. | Chuck - Season 1, Episode 1 | PA0001653786 |
| Warner Bros. Entertainment Inc. | Chuck - Season 1, Episode 2 | PA0001653784 |
| Warner Bros. Entertainment Inc. | Chuck - Season 1, Episode 3 | PA0001653794 |
| Warner Bros. Entertainment Inc. | Chuck - Season 1, Episode 4 | PA0001653782 |
| Warner Bros. Entertainment Inc. | Chuck - Season 1, Episode 5 | PA0001653792 |
| Warner Bros. Entertainment Inc. | Chuck - Season 1, Episode 6 | PA0001653790 |
| Warner Bros. Entertainment Inc. | Chuck - Season 1, Episode 7 | PA0001653801 |
| Warner Bros. Entertainment Inc. | Chuck - Season 1, Episode 8 | PA0001653798 |
| Warner Bros. Entertainment Inc. | Chuck - Season 1, Episode 9 | PA0001653789 |
| Warner Bros. Entertainment Inc. | Chuck - Season 1, Episode 10 | PA0001653797 |
| Warner Bros. Entertainment Inc. | Chuck - Season 1, Episode 11 | PA0001653788 |
| Warner Bros. Entertainment Inc. | Chuck - Season 1, Episode 12 | PA0001653795 |
| Warner Bros. Entertainment Inc. | Chuck - Season 1, Episode 13 | PA0001653787 |
| Warner Bros. Entertainment Inc. | City Heat | PA0000241500 |
| Warner Bros. Entertainment Inc. | Clash of the Titans | PA0001698015 |
| Warner Bros. Entertainment Inc. | Cobra | PA0000291702 |
| Warner Bros. Entertainment Inc. | Cold Case - Season 6, Episode 20 | PA0001682407 |
| Warner Bros. Entertainment Inc. | Conspiracy Theory | PA0000862513 |
| Warner Bros. Entertainment Inc. | Constantine | PA0001250719 |
| Warner Bros. Entertainment Inc. | Contact | PA0000876480 |
| Warner Bros. Entertainment Inc. | Cradle 2 the Grave | PA0001127414 |
| Warner Bros. Entertainment Inc. | Dead Calm | PA0000418618 |
| Warner Bros. Entertainment Inc. | Dead Pool | PA0000377512 |
| Warner Bros. Entertainment Inc. | Deep Blue Sea | PA0001014909 |
| Warner Bros. Entertainment Inc. | Departed | PA0001341312 |
| Warner Bros. Entertainment Inc. | Dog Day Afternoon | RE0000891622 |
| Warner Bros. Entertainment Inc. | Due Date | PA0001723450 |

Kaplan Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 1 | PA0001193075 |
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 2 | PA0001193123 |
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 3 | PA0001193124 |
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 4 | PA0001193125 |
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 5 | PA0001193126 |
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 6 | PA0001193127 |
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 7 | PA0001193128 |
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 8 | PA0001193129 |
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 9 | PA0001193130 |
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 10 | PA0001193131 |
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 11 | PA0001193132 |
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 12 | PA0001193133 |
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 13 | PA0001193134 |
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 14 | PA0001193135 |
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 15 | PA0001193136 |
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 16 | PA0001193137 |
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 17 | PA0001193138 |
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 18 | PA0001193139 |
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 19 | PA0001193140 |
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 20 | PA0001193141 |
| Warner Bros. Entertainment Inc. | Everwood - Season 1, Episode 22 | PA0001193143 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 1 | PA0001280275 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 2 | PA0001280277 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 3 | PA0001280278 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 4 | PA0001280276 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 5 | PA0001280279 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 6 | PA0001280274 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 7 | PA0001280297 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 8 | PA0001280290 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 9 | PA0001280294 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 10 | PA0001280293 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 11 | PA0001280292 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 12 | PA0001280298 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 13 | PA0001280296 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 14 | PA0001280300 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 15 | PA0001280301 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 16 | PA0001280291 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 17 | PA0001280295 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 18 | PA0001280299 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 19 | PA0001280280 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 20 | PA0001280302 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 21 | PA0001280303 |
| Warner Bros. Entertainment Inc. | Everwood - Season 2, Episode 22 | PA0001280304 |
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 1 | PA0001694082 |
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 2 | PA0001694090 |
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 3 | PA0001694085 |
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 4 | PA0001694088 |
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 5 | PA0001687922 |
| Warner Bros. Entertainment Inc. | Docurwood - Season 3, Episode 6 | PA0001692634 |
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 7 | PA0001692621 |

| Plaintiff | Title | Registration |
|---|---|---|
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 8 | PA0001692618 |
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 9 | PA0001692617 |
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 10 | PA0001692622 |
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 11 | PA0001760596 |
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 12 | PA0001694404 |
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 13 | PA0001692626 |
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 14 | PA0001692635 |
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 15 | PA0001692619 |
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 16 | PA0001692620 |
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 17 | PA0001692629 |
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 18 | PA0001692646 |
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 19 | PA0001692647 |
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 20 | PA0001692640 |
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 21 | PA0001692638 |
| Warner Bros. Entertainment Inc. | Everwood - Season 3, Episode 22 | PA0001692644 |
| Warner Bros. Entertainment Inc. | Excalibur | PA0000106607 |
| Warner Bros. Entertainment Inc. | Exorcist | PA0001003762 |
| Warner Bros. Entertainment Inc. | Flipped | PA0001739549 |
| Warner Bros. Entertainment Inc. | Frantic | PA0000360068 |
| Warner Bros. Entertainment Inc. | Fred Claus | PA0001592290 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 1 | PA0000741695 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 2 | PA0000741697 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 3 | PA0000741696 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 5 | PA0000741698 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 6 | PA0000741700 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 7 | PA0000741701 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 8 | PA0000741702 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 9 | PA0000741704 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 10 | PA0000741706 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 11 | PA0000741705 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 12 | PA0000741703 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 13 | PA0000741709 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 14 | PA0000741712 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 15 | PA0000741708 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 18 | PA0000741707 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 19 | PA0000741713 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 20 | PA0000741714 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 21 | PA0000750485 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 22 | PA0000750486 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 23 | PA0000750484 |
| Warner Bros. Entertainment Inc. | Friends - Season 1, Episode 24 | PA0000750483 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 1 | PA0000789111 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 2 | PA0000775415 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 3 | PA0000775416 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 4 | PA0000775418 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 5 | PA0000775417 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 6 | PA0000775419 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 7 | PA0000775420 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 8 | PA0000775421 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 9 | PA0000775422 |

Kaplan Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 10 | PA0000775424 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 11 | PA0000775425 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 12 | PA0000775432 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 14 | PA0000775423 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 15 | PA0000775426 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 16 | PA0000775427 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 17 | PA0000775428 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 18 | PA0000775429 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 19 | PA0000775430 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 20 | PA0000775431 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 21 | PA0000775836 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 22 | PA0000775837 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 23 | PA0000775839 |
| Warner Bros. Entertainment Inc. | Friends - Season 2, Episode 24 | PA0000775838 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 1 | PA0000805681 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 2 | PA0000805680 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 3 | PA0000805679 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 4 | PA0000805678 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 5 | PA0000806033 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 6 | PA0000806034 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 7 | PA0000806035 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 8 | PA0000806036 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 9 | PA0000806037 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 10 | PA0000823904 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 11 | PA0000824339 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 12 | PA0000824338 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 13 | PA0000824340 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 14 | PA0000824354 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 15 | PA0000824353 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 16 | PA0000824355 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 17 | PA0000824357 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 18 | PA0000824356 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 19 | PA0000824621 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 21 | PA0000824623 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 22 | PA0000838151 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 23 | PA0000838153 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 24 | PA0000838152 |
| Warner Bros. Entertainment Inc. | Friends - Season 3, Episode 25 | PA0000838154 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 1 | PA0000853984 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 2 | PA0000853985 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 3 | PA0000853986 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 4 | PA0000853987 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 5 | PA0000854172 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 6 | PA0000854173 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 7 | PA0000854174 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 8 | PA0000854175 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 9 | PA0000854250 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 10 | PA0000854249 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 11 | PA0000872595 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 12 | PA0000872596 |

Kaplan Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 13 | PA0000872597 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 14 | PA0000872647 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 15 | PA0000872648 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 16 | PA0000873051 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 17 | PA0000873052 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 18 | PA0000873119 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 19 | PA0000873118 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 20 | PA0000873120 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 21 | PA0000886940 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 22 | PA0000886941 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 23 | PA0000886942 |
| Warner Bros. Entertainment Inc. | Friends - Season 4, Episode 24 | PA0000906712 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 1 | PA0000903501 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 2 | PA0000903502 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 3 | PA0000903503 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 4 | PA0000903504 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 5 | PA0000903929 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 6 | PA0000903932 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 7 | PA0000903931 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 8 | PA0000903930 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 9 | PA0000918650 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 10 | PA0000918651 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 11 | PA0000918340 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 12 | PA0000918341 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 13 | PA0000918547 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 14 | PA0000918548 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 16 | PA0000918550 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 17 | PA0000929814 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 18 | PA0000929884 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 19 | PA0000929885 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 20 | PA0000929886 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 21 | PA0000936661 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 22 | PA0000936662 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 23 | PA0000936663 |
| Warner Bros. Entertainment Inc. | Friends - Season 5, Episode 24 | PA0000936663 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 1 | PA0000947241 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 2 | PA0000947240 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 3 | PA0000947239 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 4 | PA0000958084 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 5 | PA0000977638 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 6 | PA0000958087 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 7 | PA0000958086 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 8 | PA0000958085 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 9 | PA0000971093 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 10 | PA0000971094 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 11 | PA0000981598 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 12 | PA0000971095 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 13 | PA0000982983 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 14 | PA0000982985 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 15 | PA0000982984 |

Kaplan Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 16 | PA0000982984 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 17 | PA0000971096 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 18 | PA0000971097 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 19 | PA0000971427 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 20 | PA0000982601 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 21 | PA0000982988 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 22 | PA0000982987 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 23 | PA0000982986 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 24 | PA0000983070 |
| Warner Bros. Entertainment Inc. | Friends - Season 6, Episode 25 | PA0000983070 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 1 | PA0000999614 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 2 | PA0000999615 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 3 | PA0000999617 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 4 | PA0000999616 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 5 | PA0001033420 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 6 | PA0001033419 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 7 | PA0001033418 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 8 | PA0001033421 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 9 | PA0001048077 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 10 | PA0001048078 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 11 | PA0001021721 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 12 | PA0001021722 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 13 | PA0001021723 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 14 | PA0001021724 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 15 | PA0001021726 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 16 | PA0001021727 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 17 | PA0001021728 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 18 | PA0001021729 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 19 | PA0001041435 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 20 | PA0001041436 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 21 | PA0001036645 |
| Warner Bros. Entertainment Inc. | Friends - Season 7, Episode 22 | PA0001036646 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 1 | PA0001048079 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 2 | PA0001048195 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 3 | PA0001048196 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 4 | PA0001048198 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 5 | PA0001048197 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 6 | PA0001064551 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 7 | PA0001064552 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 8 | PA0001064572 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 9 | PA0001064573 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 10 | PA0001068676 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 11 | PA0001068677 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 12 | PA0001068613 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 13 | PA0001068614 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 14 | PA0001068942 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 15 | PA0001068943 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 16 | PA0001079280 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 17 | PA0001079423 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 18 | PA0001078820 |

| Plaintiff | Title | Registration |
|---|---|---|
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 19 | PA0001092616 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 20 | PA0001078890 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 21 | PA0001078891 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 22 | PA0001078889 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 23 | PA0001096096 |
| Warner Bros. Entertainment Inc. | Friends - Season 8, Episode 24 | PA0001096093 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 1 | PA0001097335 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 2 | PA0001097336 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 3 | PA0001097338 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 4 | PA0001097337 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 5 | PA0001097339 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 6 | PA0001097340 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 7 | PA0001110496 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 8 | PA0001110495 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 10 | PA0001110494 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 11 | PA0001127950 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 13 | PA0001127951 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 14 | PA0001127954 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 15 | PA0001127953 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 16 | PA0001127952 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 17 | PA0001198853 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 18 | PA0001198849 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 19 | PA0001198852 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 20 | PA0001198863 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 21 | PA0001198862 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 22 | PA0001197156 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 23 | PA0001148756 |
| Warner Bros. Entertainment Inc. | Friends - Season 9, Episode 24 | PA0001148756 |
| Warner Bros. Entertainment Inc. | Friends - Season 10, Episode 1 | PA0001193101 |
| Warner Bros. Entertainment Inc. | Friends - Season 10, Episode 2 | PA0001193099 |
| Warner Bros. Entertainment Inc. | Friends - Season 10, Episode 3 | PA0001193100 |
| Warner Bros. Entertainment Inc. | Friends - Season 10, Episode 4 | PA0001206395 |
| Warner Bros. Entertainment Inc. | Friends - Season 10, Episode 5 | PA0001206396 |
| Warner Bros. Entertainment Inc. | Friends - Season 10, Episode 6 | PA0001206397 |
| Warner Bros. Entertainment Inc. | Friends - Season 10, Episode 7 | PA0001206398 |
| Warner Bros. Entertainment Inc. | Friends - Season 10, Episode 8 | PA0001206399 |
| Warner Bros. Entertainment Inc. | Friends - Season 10, Episode 9 | PA0001206440 |
| Warner Bros. Entertainment Inc. | Friends - Season 10, Episode 10 | PA0001206441 |
| Warner Bros. Entertainment Inc. | Friends - Season 10, Episode 11 | PA0001214056 |
| Warner Bros. Entertainment Inc. | Friends - Season 10, Episode 12 | PA0001214053 |
| Warner Bros. Entertainment Inc. | Friends - Season 10, Episode 14 | PA0001213061 |
| Warner Bros. Entertainment Inc. | Friends - Season 10, Episode 15 | PA0001210936 |
| Warner Bros. Entertainment Inc. | Friends - Season 10, Episode 16 | PA0001210937 |
| Warner Bros. Entertainment Inc. | Friends - Season 10, Episode 17 | PA0001221640 |
| Warner Bros. Entertainment Inc. | Friends - Season 10, Episode 18 | PA0001221640 |
| Warner Bros. Entertainment Inc. | Fringe - Season 1, Episode 1 | PA0001704792 |
| Warner Bros. Entertainment Inc. | Fringe - Season 1, Episode 6 | PA0001704718 |
| Warner Bros. Entertainment Inc. | Fringe - Season 1, Episode 8 | PA0001704716 |
| Warner Bros. Entertainment Inc. | Fringe - Season 1, Episode 9 | PA0001704712 |
| Warner Bros. Entertainment Inc. | Fringe - Season 1, Episode 10 | PA0001704709 |

Kaplan Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Warner Bros. Entertainment Inc. | Fringe - Season 1, Episode 11 | PA0001704727 |
| Warner Bros. Entertainment Inc. | Fringe - Season 1, Episode 14 | PA0001704698 |
| Warner Bros. Entertainment Inc. | Fringe - Season 1, Episode 16 | PA0001704688 |
| Warner Bros. Entertainment Inc. | Fugitive | PA0000659535 |
| Warner Bros. Entertainment Inc. | Full Metal Jacket | PA0000333647 |
| Warner Bros. Entertainment Inc. | Funny Farm | PA0000392722 |
| Warner Bros. Entertainment Inc. | Gone with the Wind | R 399-224 |
| Warner Bros. Entertainment Inc. | Good Night and Good Luck | PA0001276500 |
| Warner Bros. Entertainment Inc. | Goonies | PA0000262378 |
| Warner Bros. Entertainment Inc. | Gran Torino | PA0001620936 |
| Warner Bros. Entertainment Inc. | Hangover | PA0001643119 |
| Warner Bros. Entertainment Inc. | Harry Potter and the Deathly Hallows Part I | PA0001721904 |
| Warner Bros. Entertainment Inc. | Harry Potter and the Goblet of Fire | PA0001279121 |
| Warner Bros. Entertainment Inc. | Harry Potter and the Half-Blood Prince | PA0001647906 |
| Warner Bros. Entertainment Inc. | Harry Potter and the Order of the Phoenix | PA0001355547 |
| Warner Bros. Entertainment Inc. | Harry Potter and the Prisoner of Azkaban | PA0001222542 |
| Warner Bros. Entertainment Inc. | I am Legend | PA0001590883 |
| Warner Bros. Entertainment Inc. | IN THE LAND OF WOMEN | PA0001333917 |
| Warner Bros. Entertainment Inc. | Inception | PA0001715030 |
| Warner Bros. Entertainment Inc. | Informant | PA0001661444 |
| Warner Bros. Entertainment Inc. | Insomnia | PA0001089516 |
| Warner Bros. Entertainment Inc. | Jamie Foxx Show - Season 4, Episode 23 | PA0001036505 |
| Warner Bros. Entertainment Inc. | Jamie Foxx Show - Season 4, Episode 24 | PA0001036506 |
| Warner Bros. Entertainment Inc. | Joe Versus The Volcano | PA0000465748 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 1 | PA0001294621 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 2 | PA0001294630 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 3 | PA0001294622 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 4 | PA0001294626 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 5 | PA0001294625 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 6 | PA0001294623 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 7 | PA0001294631 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 8 | PA0001294627 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 9 | PA0001294628 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 10 | PA0001294653 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 11 | PA0001294654 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 12 | PA0001294634 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 13 | PA0001294632 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 14 | PA0001294648 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 15 | PA0001294624 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 16 | PA0001294652 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 17 | PA0001294633 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 19 | PA0001294629 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 20 | PA0001294635 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 22 | PA0001294637 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 23 | PA0001294639 |
| Warner Bros. Entertainment Inc. | Joey - Season 1, Episode 24 | PA0001294638 |
| Warner Bros. Entertainment Inc. | Jonah Hex | PA0001735016 |
| Warner Bros. Entertainment Inc. | Kiss Kiss Bang Bang | PA0001267436 |
| Warner Bros. Entertainment Inc. | Lady in the Water | PA0001337655 |
| Warner Bros. Entertainment Inc. | Lake House | PA0001327436 |

| Plaintiff | Title | Registration |
|---|---|---|
| Warner Bros. Entertainment Inc. | Last Samurai | PA0001195970 |
| Warner Bros. Entertainment Inc. | Legend Of The Guardians: The Owls of Ga'Hoole | PA0001709858 |
| Warner Bros. Entertainment Inc. | Lethal Weapon 3 | PA0000568254 |
| Warner Bros. Entertainment Inc. | Letters from Iwo Jima | PA0001366631 |
| Warner Bros. Entertainment Inc. | Life As We Know It | PA0001709859 |
| Warner Bros. Entertainment Inc. | Little Shop Of Horrors (1986) | PA0000353065 |
| Warner Bros. Entertainment Inc. | Lois and Clark: The New Adventures of Superman - Season 2, Episode 22 | PA0000775236 |
| Warner Bros. Entertainment Inc. | Lois and Clark: The New Adventures of Superman - Season 4, Episode 22 | PA0000854435 |
| Warner Bros. Entertainment Inc. | Lost Boys | PA0000368567 |
| Warner Bros. Entertainment Inc. | Lucky You | PA0001383167 |
| Warner Bros. Entertainment Inc. | March of the Penguins | PA0001267180 |
| Warner Bros. Entertainment Inc. | Mars Attacks! | PA0000834109 |
| Warner Bros. Entertainment Inc. | Matrix | PA0000949615 |
| Warner Bros. Entertainment Inc. | Matrix Reloaded | PA0001121348 |
| Warner Bros. Entertainment Inc. | Maverick | PA0000713300 |
| Warner Bros. Entertainment Inc. | MICHAEL CLAYTON | PA0001590848 |
| Warner Bros. Entertainment Inc. | Midnight In The Garden Of Good And Evil | PA0000875562 |
| Warner Bros. Entertainment Inc. | Million Dollar Baby | PA0001250671 |
| Warner Bros. Entertainment Inc. | Miss Congeniality | PA0001033447 |
| Warner Bros. Entertainment Inc. | Moonlight - Season 1, Episode 10 | PA0001685100 |
| Warner Bros. Entertainment Inc. | National Lampoon's Vacation | PA0000192966 |
| Warner Bros. Entertainment Inc. | New York Minute | PA0001227927 |
| Warner Bros. Entertainment Inc. | O.C., The - Season 1, Episode 1 | PA0001231664 |
| Warner Bros. Entertainment Inc. | Ocean's Eleven | PA0001067333 |
| Warner Bros. Entertainment Inc. | One Tree Hill - Season 1, Episode 6 | PA0001301178 |
| Warner Bros. Entertainment Inc. | Out For Justice | PA0000526653 |
| Warner Bros. Entertainment Inc. | Outsiders | PA0000175734 |
| Warner Bros. Entertainment Inc. | P.S. I Love You | PA0001594097 |
| Warner Bros. Entertainment Inc. | Pale Rider | PA0000276858 |
| Warner Bros. Entertainment Inc. | Pee Wee's Big Adventure | PA0000270030 |
| Warner Bros. Entertainment Inc. | Pelican Brief | PA0000688626 |
| Warner Bros. Entertainment Inc. | Perfect Strangers - Season 2, Episode 21 | PA0000320293 |
| Warner Bros. Entertainment Inc. | Perfect Strangers - Season 2, Episode 22 | PA0000330155 |
| Warner Bros. Entertainment Inc. | Player | PA0000581584 |
| Warner Bros. Entertainment Inc. | Point Of No Return | PA0000618004 |
| Warner Bros. Entertainment Inc. | Polar Express | PA0001250537 |
| Warner Bros. Entertainment Inc. | Police Academy VI-City Under Siege | PA0000416543 |
| Warner Bros. Entertainment Inc. | Practical Magic | PA0000922932 |
| Warner Bros. Entertainment Inc. | Pretty Little Liars - Season 1, Episode 19 | PA0001749560 |
| Warner Bros. Entertainment Inc. | Pretty Little Liars - Season 1, Episode 21 | PA0001744415 |
| Warner Bros. Entertainment Inc. | Pretty Little Liars - Season 1, Episode 22 | PA0001744563 |
| Warner Bros. Entertainment Inc. | Pushing Daisies - Season 1, Episode 9 | PA0001659300 |
| Warner Bros. Entertainment Inc. | Pushing Daisies - Season 2, Episode 1 | PA0001708972 |
| Warner Bros. Entertainment Inc. | Queen Of The Damned | PA0001075853 |
| Warner Bros. Entertainment Inc. | Rebel without a Cause | RE0000163869 |
| Warner Bros. Entertainment Inc. | Red Planet | PA0001011078 |
| Warner Bros. Entertainment Inc. | Red Riding Hood | PRE000004370 |

Kaplan Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Warner Bros. Entertainment Inc. | Right Stuff | PA0000201452 |
| Warner Bros. Entertainment Inc. | RocknRolla | PA0001649065 |
| Warner Bros. Entertainment Inc. | Scooby-Doo | PA0001086943 |
| Warner Bros. Entertainment Inc. | Shining | PA0000077409 |
| Warner Bros. Entertainment Inc. | Sleepers | PA0000834921 |
| Warner Bros. Entertainment Inc. | Smallville - Season 1, Episode 1 | PA0001110422 |
| Warner Bros. Entertainment Inc. | Smallville - Season 1, Episode 3 | PA0001110433 |
| Warner Bros. Entertainment Inc. | Smallville - Season 1, Episode 4 | PA0001110437 |
| Warner Bros. Entertainment Inc. | Smallville - Season 1, Episode 5 | PA0001110436 |
| Warner Bros. Entertainment Inc. | Smallville - Season 1, Episode 6 | PA0001110423 |
| Warner Bros. Entertainment Inc. | Smallville - Season 1, Episode 8 | PA0001110431 |
| Warner Bros. Entertainment Inc. | Smallville - Season 1, Episode 10 | PA0001110432 |
| Warner Bros. Entertainment Inc. | Smallville - Season 1, Episode 11 | PA0001110428 |
| Warner Bros. Entertainment Inc. | Smallville - Season 1, Episode 14 | PA0001110438 |
| Warner Bros. Entertainment Inc. | Smallville - Season 1, Episode 15 | PA0001110425 |
| Warner Bros. Entertainment Inc. | Smallville - Season 1, Episode 16 | PA0001110426 |
| Warner Bros. Entertainment Inc. | Smallville - Season 1, Episode 17 | PA0001110439 |
| Warner Bros. Entertainment Inc. | Smallville - Season 1, Episode 18 | PA0001110440 |
| Warner Bros. Entertainment Inc. | Smallville - Season 1, Episode 19 | PA0001110441 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 1 | PA0001193076 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 2 | PA0001193077 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 3 | PA0001193078 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 4 | PA0001193079 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 5 | PA0001193080 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 6 | PA0001193098 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 7 | PA0001193081 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 8 | PA0001193082 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 9 | PA0001193083 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 10 | PA0001193084 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 11 | PA0001193085 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 12 | PA0001193087 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 13 | PA0001193086 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 14 | PA0001193088 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 15 | PA0001193089 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 16 | PA0001193090 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 17 | PA0001193091 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 18 | PA0001193092 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 19 | PA0001193093 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 20 | PA0001193094 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 21 | PA0001193095 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 22 | PA0001193096 |
| Warner Bros. Entertainment Inc. | Smallville - Season 2, Episode 23 | PA0001193097 |
| Warner Bros. Entertainment Inc. | Smallville - Season 3, Episode 1 | PA0001267611 |
| Warner Bros. Entertainment Inc. | Smallville - Season 3, Episode 2 | PA0001267610 |
| Warner Bros. Entertainment Inc. | Smallville - Season 3, Episode 3 | PA0001267613 |
| Warner Bros. Entertainment Inc. | Smallville - Season 3, Episode 5 | PA0001267616 |
| Warner Bros. Entertainment Inc. | Smallville - Season 3, Episode 7 | PA0001267614 |
| Warner Bros. Entertainment Inc. | Smallville - Season 3, Episode 8 | PA0001267609 |
| Warner Bros. Entertainment Inc. | Smallville - Season 3, Episode 9 | PA0001267608 |
| Warner Bros. Entertainment Inc. | Smallville - Season 3, Episode 13 | PA0001267598 |

| Plaintiff | Title | Registration |
|---|---|---|
| Warner Bros. Entertainment Inc. | Smallville - Season 3, Episode 15 | PA0001267599 |
| Warner Bros. Entertainment Inc. | Smallville - Season 3, Episode 16 | PA0001267600 |
| Warner Bros. Entertainment Inc. | Smallville - Season 3, Episode 17 | PA0001267601 |
| Warner Bros. Entertainment Inc. | Smallville - Season 3, Episode 18 | PA0001267602 |
| Warner Bros. Entertainment Inc. | Smallville - Season 3, Episode 19 | PA0001267603 |
| Warner Bros. Entertainment Inc. | Smallville - Season 3, Episode 20 | PA0001267604 |
| Warner Bros. Entertainment Inc. | Smallville - Season 3, Episode 21 | PA0001267605 |
| Warner Bros. Entertainment Inc. | Smallville - Season 3, Episode 22 | PA0001267606 |
| Warner Bros. Entertainment Inc. | Smallville - Season 4, Episode 1 | PA0001324964 |
| Warner Bros. Entertainment Inc. | Smallville - Season 4, Episode 2 | PA0001325010 |
| Warner Bros. Entertainment Inc. | Smallville - Season 4, Episode 3 | PA0001325012 |
| Warner Bros. Entertainment Inc. | Smallville - Season 4, Episode 4 | PA0001325011 |
| Warner Bros. Entertainment Inc. | Smallville - Season 4, Episode 5 | PA0001325013 |
| Warner Bros. Entertainment Inc. | Smallville - Season 4, Episode 6 | PA0001325014 |
| Warner Bros. Entertainment Inc. | Smallville - Season 4, Episode 7 | PA0001325015 |
| Warner Bros. Entertainment Inc. | Smallville - Season 4, Episode 8 | PA0001325016 |
| Warner Bros. Entertainment Inc. | Smallville - Season 4, Episode 9 | PA0001346766 |
| Warner Bros. Entertainment Inc. | Smallville - Season 4, Episode 10 | PA0001325018 |
| Warner Bros. Entertainment Inc. | Smallville - Season 4, Episode 12 | PA0001325020 |
| Warner Bros. Entertainment Inc. | Smallville - Season 4, Episode 13 | PA0001325021 |
| Warner Bros. Entertainment Inc. | Smallville - Season 4, Episode 14 | PA0001325022 |
| Warner Bros. Entertainment Inc. | Smallville - Season 4, Episode 15 | PA0001325023 |
| Warner Bros. Entertainment Inc. | Smallville - Season 4, Episode 16 | PA0001325024 |
| Warner Bros. Entertainment Inc. | Smallville - Season 4, Episode 18 | PA0001325026 |
| Warner Bros. Entertainment Inc. | Smallville - Season 4, Episode 19 | PA0001267455 |
| Warner Bros. Entertainment Inc. | Smallville - Season 4, Episode 20 | PA0001325027 |
| Warner Bros. Entertainment Inc. | Smallville - Season 4, Episode 21 | PA0001325028 |
| Warner Bros. Entertainment Inc. | Smallville - Season 4, Episode 22 | PA0001325029 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 1 | PA0001651857 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 2 | PA0001651860 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 3 | PA0001651861 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 4 | PA0001651872 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 5 | PA0001651863 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 6 | PA0001651864 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 7 | PA0001651867 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 8 | PA0001651870 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 9 | PA0001651868 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 10 | PA0001651865 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 11 | PA0001651858 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 12 | PA0001651847 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 13 | PA0001651849 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 14 | PA0001651852 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 15 | PA0001651844 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 16 | PA0001651855 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 17 | PA0001651842 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 18 | PA0001651848 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 19 | PA0001651853 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 20 | PA0001651845 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 21 | PA0001651856 |
| Warner Bros. Entertainment Inc. | Smallville - Season 5, Episode 22 | PA0001651871 |

| Plaintiff | Title | Registration |
|---|---|---|
| Warner Bros. Entertainment Inc. | Smallville - Season 6, Episode 5 | PA0001634164 |
| Warner Bros. Entertainment Inc. | Smallville - Season 6, Episode 6 | PA0001634163 |
| Warner Bros. Entertainment Inc. | Smallville - Season 6, Episode 7 | PA0001634162 |
| Warner Bros. Entertainment Inc. | Smallville - Season 6, Episode 8 | PA0001634161 |
| Warner Bros. Entertainment Inc. | Smallville - Season 6, Episode 9 | PA0001634166 |
| Warner Bros. Entertainment Inc. | Smallville - Season 6, Episode 10 | PA0001634160 |
| Warner Bros. Entertainment Inc. | Smallville - Season 6, Episode 11 | PA0001634159 |
| Warner Bros. Entertainment Inc. | Smallville - Season 6, Episode 12 | PA0001634158 |
| Warner Bros. Entertainment Inc. | Smallville - Season 6, Episode 13 | PA0001634157 |
| Warner Bros. Entertainment Inc. | Smallville - Season 6, Episode 14 | PA0001634156 |
| Warner Bros. Entertainment Inc. | Smallville - Season 6, Episode 15 | PA0001634155 |
| Warner Bros. Entertainment Inc. | Smallville - Season 6, Episode 16 | PA0001634154 |
| Warner Bros. Entertainment Inc. | Smallville - Season 6, Episode 17 | PA0001634153 |
| Warner Bros. Entertainment Inc. | Smallville - Season 6, Episode 18 | PA0001634152 |
| Warner Bros. Entertainment Inc. | Smallville - Season 6, Episode 19 | PA0001634151 |
| Warner Bros. Entertainment Inc. | Smallville - Season 6, Episode 20 | PA0001634149 |
| Warner Bros. Entertainment Inc. | Smallville - Season 6, Episode 21 | PA0001634150 |
| Warner Bros. Entertainment Inc. | Smallville - Season 6, Episode 22 | PA0001634174 |
| Warner Bros. Entertainment Inc. | Smallville - Season 7, Episode 1 | PA0001653321 |
| Warner Bros. Entertainment Inc. | Smallville - Season 7, Episode 2 | PA0001653322 |
| Warner Bros. Entertainment Inc. | Smallville - Season 7, Episode 3 | PA0001653323 |
| Warner Bros. Entertainment Inc. | Smallville - Season 7, Episode 4 | PA0001653320 |
| Warner Bros. Entertainment Inc. | Smallville - Season 7, Episode 5 | PA0001653326 |
| Warner Bros. Entertainment Inc. | Smallville - Season 7, Episode 6 | PA0001653324 |
| Warner Bros. Entertainment Inc. | Smallville - Season 7, Episode 7 | PA0001653318 |
| Warner Bros. Entertainment Inc. | Smallville - Season 7, Episode 8 | PA0001653296 |
| Warner Bros. Entertainment Inc. | Smallville - Season 7, Episode 9 | PA0001653293 |
| Warner Bros. Entertainment Inc. | Smallville - Season 7, Episode 10 | PA0001653287 |
| Warner Bros. Entertainment Inc. | Smallville - Season 7, Episode 11 | PA0001653314 |
| Warner Bros. Entertainment Inc. | Smallville - Season 7, Episode 12 | PA0001653313 |
| Warner Bros. Entertainment Inc. | Smallville - Season 7, Episode 13 | PA0001653308 |
| Warner Bros. Entertainment Inc. | Smallville - Season 7, Episode 15 | PA0001653304 |
| Warner Bros. Entertainment Inc. | Smallville - Season 7, Episode 16 | PA0001653303 |
| Warner Bros. Entertainment Inc. | Smallville - Season 7, Episode 17 | PA0001611553 |
| Warner Bros. Entertainment Inc. | Smallville - Season 7, Episode 18 | PA0001653300 |
| Warner Bros. Entertainment Inc. | Smallville - Season 7, Episode 19 | PA0001653327 |
| Warner Bros. Entertainment Inc. | Smallville - Season 7, Episode 20 | PA0001653316 |
| Warner Bros. Entertainment Inc. | Space Cowboys | PA0001000110 |
| Warner Bros. Entertainment Inc. | Specialist | PA0000735980 |
| Warner Bros. Entertainment Inc. | Speed Racer | PA0001600216 |
| Warner Bros. Entertainment Inc. | Sphere | PA0000879775 |
| Warner Bros. Entertainment Inc. | Sucker Punch | PA0001735984 |
| Warner Bros. Entertainment Inc. | Swordfish | PA0001039064 |
| Warner Bros. Entertainment Inc. | Syriana | PA0001279010 |
| Warner Bros. Entertainment Inc. | Taking Lives | PA0001222771 |
| Warner Bros. Entertainment Inc. | Tequila Sunrise | PA0000409355 |
| Warner Bros. Entertainment Inc. | Terminator: The Sarah Connor Chronicles - Season 1, Episode 8 | PA0001653359 |
| Warner Bros. Entertainment Inc. | Terminator: The Sarah Connor Chronicles - Season 1, Episode 9 | PA0001653361 |

Kaplan Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Warner Bros. Entertainment Inc. | Third Watch - Season 2, Episode 5 | PA0001063892 |
| Warner Bros. Entertainment Inc. | Third Watch - Season 2, Episode 22 | PA0001063908 |
| Warner Bros. Entertainment Inc. | Three Kings | PA0000970356 |
| Warner Bros. Entertainment Inc. | Time Machine | PA0001075793; PA0001147581 |
| Warner Bros. Entertainment Inc. | Town, The | PA0001722187 |
| Warner Bros. Entertainment Inc. | Training Day | PA0001061353 |
| Warner Bros. Entertainment Inc. | Troy | PA0001220571 |
| Warner Bros. Entertainment Inc. | Two and a Half Men - Season 1, Episode 2 | PA0001612145 |
| Warner Bros. Entertainment Inc. | Two and a Half Men - Season 1, Episode 5 | PA0001612131 |
| Warner Bros. Entertainment Inc. | Two and a Half Men - Season 1, Episode 7 | PA0001612133 |
| Warner Bros. Entertainment Inc. | Two and a Half Men - Season 1, Episode 8 | PA0001612124 |
| Warner Bros. Entertainment Inc. | Two and a Half Men - Season 1, Episode 12 | PA0001612157 |
| Warner Bros. Entertainment Inc. | Two and a Half Men - Season 1, Episode 13 | PA0001612149 |
| Warner Bros. Entertainment Inc. | Two and a Half Men - Season 1, Episode 14 | PA0001612150 |
| Warner Bros. Entertainment Inc. | Two and a Half Men - Season 1, Episode 15 | PA0001612153 |
| Warner Bros. Entertainment Inc. | Two and a Half Men - Season 1, Episode 20 | PA0001612127 |
| Warner Bros. Entertainment Inc. | Two and a Half Men - Season 1, Episode 23 | PA0001612160 |
| Warner Bros. Entertainment Inc. | Two and a Half Men - Season 3, Episode 4 | PA0001621847 |
| Warner Bros. Entertainment Inc. | Two and a Half Men - Season 3, Episode 6 | PA0001621853 |
| Warner Bros. Entertainment Inc. | Two and a Half Men - Season 3, Episode 10 | PA0001621848 |
| Warner Bros. Entertainment Inc. | Two and a Half Men - Season 3, Episode 12 | PA0001621800 |
| Warner Bros. Entertainment Inc. | Two and a Half Men - Season 3, Episode 18 | PA0001621809 |
| Warner Bros. Entertainment Inc. | Two and a Half Men - Season 3, Episode 19 | PA0001621811 |
| Warner Bros. Entertainment Inc. | Two and a Half Men - Season 3, Episode 20 | PA0001621790 |
| Warner Bros. Entertainment Inc. | Two and a Half Men - Season 3, Episode 23 | PA0001621854 |
| Warner Bros. Entertainment Inc. | Two Weeks Notice | PA0001129484 |
| Warner Bros. Entertainment Inc. | U.S. Marshals | PA0000879253 |
| Warner Bros. Entertainment Inc. | Under The Sea 3D | PA0001627628 |
| Warner Bros. Entertainment Inc. | Unforgiven | PA0000588504 |
| Warner Bros. Entertainment Inc. | Watchmen | PA0001630904 |
| Warner Bros. Entertainment Inc. | Welcome To Collinwood | PA0001127413 |
| Warner Bros. Entertainment Inc. | WEST WING - Season 1, Episode 15 | PA0001008121 |
| Warner Bros. Entertainment Inc. | WEST WING - Season 1, Episode 16 | PA0000999318 |
| Warner Bros. Entertainment Inc. | WEST WING - Season 1, Episode 17 | PA0000999317 |
| Warner Bros. Entertainment Inc. | WEST WING - Season 1, Episode 18 | PA0000999325 |
| Warner Bros. Entertainment Inc. | WEST WING - Season 1, Episode 19 | PA0000999326 |
| Warner Bros. Entertainment Inc. | WEST WING - Season 4, Episode 1 | PA0001148943 |
| Warner Bros. Entertainment Inc. | WEST WING - Season 4, Episode 2 | PA0001148944 |
| Warner Bros. Entertainment Inc. | WEST WING - Season 4, Episode 6 | PA0001148948 |
| Warner Bros. Entertainment Inc. | WEST WING - Season 4, Episode 11 | PA0001148953 |
| Warner Bros. Entertainment Inc. | WEST WING - Season 5, Episode 20 | PA0001291091 |
| Warner Bros. Entertainment Inc. | WEST WING - Season 5, Episode 21 | PA0001291089 |
| Warner Bros. Entertainment Inc. | Whole Ten Yards | PA0001242530 |
| Warner Bros. Entertainment Inc. | Wild Wild West | PA0000956286 |
| Warner Bros. Entertainment Inc. | Witches Of Eastwick | PA0000334850 |
| Warner Bros. Entertainment Inc. | Wyatt Earp | PA0000769262 |
| Warner Bros. Entertainment Inc. | Yogi Bear | PRE000004120 |
| Warner Bros. Entertainment Inc. | You've Got Mail | PA0000922937 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## DECLARATION OF DAVID KAPLAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS AGAINST DEFENDANTS HOTFILE CORP. AND ANTON TITOV

    I, DAVID KAPLAN, hereby declare as follows:

    1.    I hold the position of Senior Vice President, Intellectual Property Counsel, Worldwide Antipiracy Operations at Warner Bros. Entertainment Inc. ("Warner"), one of the plaintiffs in this action. I make this declaration in support of Plaintiffs' Motion for Summary Judgment against Defendants Hotfile Corp. and Anton Titov. The facts contained herein are

based on my personal knowledge, including my review of Warner's books and records and on information provided to me in my capacity as Senior Vice President, Intellectual Property Counsel, Worldwide Antipiracy Operations at Warner Bros. Entertainment Inc. If called and sworn as a witness, I could competently testify as follows.

2. Warner and its affiliates are engaged in the creation, distribution, licensing, and marketing of theatrical motion pictures, television programming, video/DVDs and other products.

3. At a minimum, Warner is the owner of the copyright and/or the exclusive online reproduction and distribution rights in the United States for the works listed in Exhibit A.

4. Warner and its affiliates have not licensed to any of the defendants the right to distribute or reproduce, or to authorize others to distribute or reproduce (including by downloading), copies of any of its motion pictures or television programs or other works, including those works in Exhibit A hereto. In addition, Warner and its affiliates have not authorized the free and unrestricted distribution or downloading of copies of Warner's full length motion pictures or television programs listed in Exhibit A, through defendants' website at www.hotfile.com or on the internet in general.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in the State of California this 14th day of February, 2012.

David Kaplan