UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

### DECLARATION OF CARLY SEABROOK IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS AGAINST DEFENDANTS HOTFILE CORP. AND ANTON TITOV

I, Carly Seabrook, hereby declare as follows:

1.      I hold the position of Director, Copyright Administration at NBC Universal, the parent company of Universal City Studios Productions LLLP ("Universal"), one of the plaintiffs in this action. I make this declaration in support of Plaintiffs' Motion for Summary Judgment against Defendants Hotfile Corp. and Anton Titov. The facts contained herein are based on my

personal knowledge, including my review of Universal's books and records and on information provided to me in my capacity as Director, Copyright Administration. If called and sworn as a witness, I could competently testify as follows.

2. Universal and its affiliates are engaged in the creation, distribution, licensing, and marketing of theatrical motion pictures, television programming, video/DVDs and other products.

3. Universal is the owner of the copyright or the exclusive online reproduction and distribution rights in the United States for the works listed in Exhibit A.

4. Universal and its affiliates have not licensed to any of the defendants the right to distribute or reproduce, or to authorize others to distribute or reproduce (including by downloading), copies of any of its motion pictures or television programs or other works, including those works in Exhibit A hereto. In addition, Universal and its affiliates have not authorized the free and unrestricted distribution or downloading of copies of Universal's full length motion pictures or television programs listed in Exhibit A, through defendants' website at www.hotfile.com or on the internet in general.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in the State of California this 16 day of February, 2012.

_____
Carly Seabrook

# EXHIBIT A

Seabrook Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Universal City Studios Productions LLLP | 21 Grams | PA0001205915 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 1 | PA0001354360 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 2 | PA0001346901 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 3 | PA0001346777 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 4 | PA0001346900 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 5 | PA0001350549 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 6 | PA0001354359 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 7 | PA0001350552 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 8 | PA0001353316 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 9 | PA0001353317 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 10 | PA0001353314 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 11 | PA0001353309 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 12 | PA0001368217 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 13 | PA0001368206 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 14 | PA0001368204 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 15 | PA0001369104 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 16 | PA0001369105 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 17 | PA0001369101 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 18 | PA0001370043 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 19 | PA0001375287 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 20 | PA0001374891 |
| Universal City Studios Productions LLLP | 30 Rock - Season 1, Episode 21 | PA0001375359 |
| Universal City Studios Productions LLLP | 30 Rock - Season 2, Episode 1 | PA0001593645 |
| Universal City Studios Productions LLLP | 30 Rock - Season 2, Episode 2 | PA0001593644 |
| Universal City Studios Productions LLLP | 30 Rock - Season 2, Episode 3 | PA0001600994 |
| Universal City Studios Productions LLLP | 30 Rock - Season 2, Episode 4 | PA0001603312 |
| Universal City Studios Productions LLLP | 30 Rock - Season 2, Episode 5 | PA0001603311 |
| Universal City Studios Productions LLLP | 30 Rock - Season 2, Episode 6 | PA0001604063 |
| Universal City Studios Productions LLLP | 30 Rock - Season 2, Episode 7 | PA0001604986 |
| Universal City Studios Productions LLLP | 30 Rock - Season 2, Episode 8 | PA0001606447 |
| Universal City Studios Productions LLLP | 30 Rock - Season 2, Episode 9 | PA0001611969 |
| Universal City Studios Productions LLLP | 30 Rock - Season 2, Episode 10 | PA0001607724 |
| Universal City Studios Productions LLLP | 30 Rock - Season 2, Episode 11 | PA0001627262 |
| Universal City Studios Productions LLLP | 30 Rock - Season 2, Episode 12 | PA0001627266 |
| Universal City Studios Productions LLLP | 30 Rock - Season 2, Episode 13 | PA0001627265 |
| Universal City Studios Productions LLLP | 30 Rock - Season 2, Episode 14 | PA0001635605 |
| Universal City Studios Productions LLLP | 30 Rock - Season 2, Episode 15 | PA0001635604 |
| Universal City Studios Productions LLLP | 30 Rock - Season 3, Episode 1 | PA0001617691 |
| Universal City Studios Productions LLLP | 30 Rock - Season 3, Episode 2 | PA0001617575 |
| Universal City Studios Productions LLLP | 30 Rock - Season 3, Episode 3 | PA0001619881 |
| Universal City Studios Productions LLLP | 30 Rock - Season 3, Episode 4 | PA0001619886 |
| Universal City Studios Productions LLLP | 30 Rock - Season 3, Episode 5 | PA0001620340 |
| Universal City Studios Productions LLLP | 30 Rock - Season 3, Episode 6 | PA0001626202 |
| Universal City Studios Productions LLLP | 30 Rock - Season 3, Episode 7 | PA0001624523 |
| Universal City Studios Productions LLLP | 30 Rock - Season 3, Episode 8 | PA0001626183 |
| Universal City Studios Productions LLLP | 30 Rock - Season 3, Episode 9 | PA0001626184 |
| Universal City Studios Productions LLLP | 30 Rock - Season 3, Episode 10 | PA0001627020 |
| Universal City Studios Productions LLLP | 30 Rock - Season 3, Episode 11 | PA0001627011 |
| Universal City Studios Productions LLLP | 30 Rock - Season 3, Episode 12 | PA0001628959 |
| Universal City Studios Productions LLLP | 30 Rock - Season 3, Episode 13 | PA0001628913 |

Seabrook Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Universal City Studios Productions LLLP | 30 Rock - Season 3, Episode 14 | PA0001628910 |
| Universal City Studios Productions LLLP | 30 Rock - Season 3, Episode 15 | PA0001629131 |
| Universal City Studios Productions LLLP | 30 Rock - Season 3, Episode 16 | PA0001629510 |
| Universal City Studios Productions LLLP | 30 Rock - Season 3, Episode 17 | PA0001629583 |
| Universal City Studios Productions LLLP | 30 Rock - Season 3, Episode 18 | PA0001631547 |
| Universal City Studios Productions LLLP | 30 Rock - Season 3, Episode 20 | PA0001631523 |
| Universal City Studios Productions LLLP | 40 Year Old Virgin | PA0001297356 |
| Universal City Studios Productions LLLP | Airwolf - Season 1, Episode 1 | PA0000219837 |
| Universal City Studios Productions LLLP | Airwolf - Season 1, Episode 3 | PA0000219838 |
| Universal City Studios Productions LLLP | Airwolf - Season 1, Episode 4 | PA0000219839 |
| Universal City Studios Productions LLLP | Airwolf - Season 1, Episode 5 | PA0000219841 |
| Universal City Studios Productions LLLP | Airwolf - Season 1, Episode 6 | PA0000219843 |
| Universal City Studios Productions LLLP | Airwolf - Season 1, Episode 7 | PA0000219846 |
| Universal City Studios Productions LLLP | Airwolf - Season 1, Episode 8 | PA0000219844 |
| Universal City Studios Productions LLLP | Airwolf - Season 1, Episode 9 | PA0000219845 |
| Universal City Studios Productions LLLP | Airwolf - Season 1, Episode 10 | PA0000230211 |
| Universal City Studios Productions LLLP | Airwolf - Season 1, Episode 11 | PA0000219842 |
| Universal City Studios Productions LLLP | Amazing Stories - Season 1, Episode 1 | PA0000274456 |
| Universal City Studios Productions LLLP | American Gangster | PA0001589020 |
| Universal City Studios Productions LLLP | American Gothic - Season 1, Episode 8 | PA0000811849 |
| Universal City Studios Productions LLLP | American Gothic - Season 1, Episode 18 | PA0000811849 |
| Universal City Studios Productions LLLP | American Gothic - Season 1, Episode 21 | PA0000811851 |
| Universal City Studios Productions LLLP | American Pie | PA0000948125 |
| Universal City Studios Productions LLLP | American Pie 2 | PA0001046797 |
| Universal City Studios Productions LLLP | Atonement | PA0001588644 |
| Universal City Studios Productions LLLP | Babe | PA0000771811 |
| Universal City Studios Productions LLLP | Baby Mama | PA0001597649 |
| Universal City Studios Productions LLLP | Baseketball | PA0000898159 |
| Universal City Studios Productions LLLP | Battlestar Galactica (2004) - Season 3, Episode 16 | PA0001369059 |
| Universal City Studios Productions LLLP | Battlestar Galactica: Razor | PA0001604309 |
| Universal City Studios Productions LLLP | Being John Malkovich | PA0001235257 |
| Universal City Studios Productions LLLP | Billy Elliot | PA0001056655 |
| Universal City Studios Productions LLLP | Black Donnellys, The - Season 1, Episode 1 | PA0001350833 |
| Universal City Studios Productions LLLP | Bourne Identity | PA0001127929 |
| Universal City Studios Productions LLLP | Bowfinger | PA0000948123 |
| Universal City Studios Productions LLLP | Breach | PA0001365146 |
| Universal City Studios Productions LLLP | Break-Up | PA0001343576 |
| Universal City Studios Productions LLLP | Bruce Almighty | PA0001133904 |
| Universal City Studios Productions LLLP | Bulletproof | PA0000810819 |
| Universal City Studios Productions LLLP | Burn After Reading | PA0001608095 |
| Universal City Studios Productions LLLP | Captain Corelli's Mandolin | PA0001065833 |
| Universal City Studios Productions LLLP | Charlie St. Cloud | PA0001690720 |
| Universal City Studios Productions LLLP | Charlie Wilson's War | PA0001591563 |
| Universal City Studios Productions LLLP | Children of Men | PA0001352423 |
| Universal City Studios Productions LLLP | Chronicles of Riddick | PA0001225471 |
| Universal City Studios Productions LLLP | Couples Retreat | PA0001647805 |
| Universal City Studios Productions LLLP | Dead Silence | PA0001366629 |
| Universal City Studios Productions LLLP | Death Race | PA0001608661 |
| Universal City Studios Productions LLLP | Dragonheart | PA0000794658 |
| Universal City Studios Productions LLLP | Duplicity | PA0001623741 |

Seabrook Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Universal City Studios Productions LLLP | Eternal Sunshine of the Spotless Mind | PA0001219491 |
| Universal City Studios Productions LLLP | Eureka - Season 1, Episode 1 | PA0001261537 |
| Universal City Studios Productions LLLP | Eureka - Season 3, Episode 1 | PA0001644155 |
| Universal City Studios Productions LLLP | Eureka - Season 3, Episode 11 | PA0001655104 |
| Universal City Studios Productions LLLP | Eureka - Season 3, Episode 13 | PA0001655116 |
| Universal City Studios Productions LLLP | Eureka - Season 3, Episode 16 | PA0001655115 |
| Universal City Studios Productions LLLP | Eureka - Season 3, Episode 18 | PA0001655112 |
| Universal City Studios Productions LLLP | Far From Heaven | PA0001143870 |
| Universal City Studios Productions LLLP | Fast and the Furious | PA0001039060 |
| Universal City Studios Productions LLLP | Fast Five | PA0001739490 |
| Universal City Studios Productions LLLP | Fear and Loathing in Las Vegas | PA0000884397 |
| Universal City Studios Productions LLLP | Flintstones In Viva Rock Vegas | PA0000981487 |
| Universal City Studios Productions LLLP | Flipper | PA0000792766 |
| Universal City Studios Productions LLLP | Forgetting Sarah Marshall | PA0001597647 |
| Universal City Studios Productions LLLP | Friday Night Lights - Season 4, Episode 12 | PA0001668551 |
| Universal City Studios Productions LLLP | Funny People | PA0001637342 |
| Universal City Studios Productions LLLP | Get Him to the Greek | PA0001685051 |
| Universal City Studios Productions LLLP | Gladiator | PA0000986134 |
| Universal City Studios Productions LLLP | Guru | PA0001148309 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 1 | PA0001261637 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 2 | PA0001261636 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 3 | PA0001261635 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 4 | PA0001346727 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 5 | PA0001346726 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 6 | PA0001346728 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 7 | PA0001346725 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 8 | PA0001346720 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 9 | PA0001350987 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 10 | PA0001350986 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 11 | PA0001350979 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 12 | PA0001363887 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 13 | PA0001369111 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 14 | PA0001369110 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 15 | PA0001368208 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 16 | PA0001369099 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 17 | PA0001369064 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 18 | PA0001369096 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 19 | PA0001374894 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 20 | PA0001375360 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 21 | PA0001379580 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 22 | PA0001365791 |
| Universal City Studios Productions LLLP | Heroes - Season 1, Episode 23 | PA0001598380 |
| Universal City Studios Productions LLLP | Heroes - Season 2, Episode 1 | PA0001599126 |
| Universal City Studios Productions LLLP | Heroes - Season 2, Episode 2 | PA0001601653 |
| Universal City Studios Productions LLLP | Heroes - Season 2, Episode 3 | PA0001600607 |
| Universal City Studios Productions LLLP | Heroes - Season 2, Episode 4 | PA0001601002 |
| Universal City Studios Productions LLLP | Heroes - Season 2, Episode 5 | PA0001601004 |
| Universal City Studios Productions LLLP | Heroes - Season 2, Episode 6 | PA0001603298 |
| Universal City Studios Productions LLLP | Heroes - Season 2, Episode 7 | PA0001603299 |
| Universal City Studios Productions LLLP | Heroes - Season 2, Episode 8 | PA0001604012 |

Seabrook Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Universal City Studios Productions LLLP | Heroes - Season 2, Episode 9 | PA0001604004 |
| Universal City Studios Productions LLLP | Heroes - Season 2, Episode 10 | PA0001604905 |
| Universal City Studios Productions LLLP | Heroes - Season 2, Episode 11 | PA0001604450 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 1 | PA0001654037 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 2 | PA0001654044 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 3 | PA0001650918 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 4 | PA0001610571 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 5 | PA0001610565 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 6 | PA0001618380 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 7 | PA0001613849 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 8 | PA0001619882 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 9 | PA0001619885 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 10 | PA0001620375 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 11 | PA0001620376 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 12 | PA0001620555 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 13 | PA0001623814 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 14 | PA0001627028 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 15 | PA0001627027 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 16 | PA0001627025 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 17 | PA0001627207 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 18 | PA0001628920 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 19 | PA0001628923 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 20 | PA0001629516 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 21 | PA0001629514 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 22 | PA0001629582 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 23 | PA0001629581 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 24 | PA0001631553 |
| Universal City Studios Productions LLLP | Heroes - Season 3, Episode 25 | PA0001631557 |
| Universal City Studios Productions LLLP | Heroes - Season 4, Episode 2 | PA0001653585 |
| Universal City Studios Productions LLLP | Heroes - Season 4, Episode 4 | PA0001653577 |
| Universal City Studios Productions LLLP | Heroes - Season 4, Episode 5 | PA0001657508 |
| Universal City Studios Productions LLLP | Heroes - Season 4, Episode 6 | PA0001657539 |
| Universal City Studios Productions LLLP | Heroes - Season 4, Episode 7 | PA0001657506 |
| Universal City Studios Productions LLLP | Heroes - Season 4, Episode 8 | PA0001656896 |
| Universal City Studios Productions LLLP | Heroes - Season 4, Episode 9 | PA0001656873 |
| Universal City Studios Productions LLLP | Heroes - Season 4, Episode 10 | PA0001656906 |
| Universal City Studios Productions LLLP | Heroes - Season 4, Episode 12 | PA0001653585 |
| Universal City Studios Productions LLLP | Heroes - Season 4, Episode 13 | PA0001662524 |
| Universal City Studios Productions LLLP | Heroes - Season 4, Episode 14 | PA0001662525 |
| Universal City Studios Productions LLLP | Heroes - Season 4, Episode 15 | PA0001668122 |
| Universal City Studios Productions LLLP | Heroes - Season 4, Episode 16 | PA0001668121 |
| Universal City Studios Productions LLLP | Heroes - Season 4, Episode 17 | PA0001668120 |
| Universal City Studios Productions LLLP | Heroes - Season 4, Episode 18 | PA0001668547 |
| Universal City Studios Productions LLLP | Hot Fuzz | PA0001367904 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 1 | PA0001275050 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 2 | PA0001272344 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 3 | PA0001270443 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 4 | PA0001272507 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 5 | PA0001272346 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 6 | PA0001272509 |

Seabrook Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Universal City Studios Productions LLLP | House - Season 1, Episode 7 | PA0001272345 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 8 | PA0001270441 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 9 | PA0001270447 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 10 | PA0001275052 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 11 | PA0001275053 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 12 | PA0001275051 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 13 | PA0001275054 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 14 | PA0001275055 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 15 | PA0001275197 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 16 | PA0001275198 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 17 | PA0001286031 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 18 | PA0001286032 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 19 | PA0001275164 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 20 | PA0001280579 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 21 | PA0001275199 |
| Universal City Studios Productions LLLP | House - Season 1, Episode 22 | PA0001275200 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 1 | PA0001280579 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 2 | PA0001275199 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 3 | PA0001275200 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 4 | PA0001259810 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 5 | PA0001259699 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 6 | PA0001259696 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 7 | PA0001259700 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 8 | PA0001259698 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 9 | PA0001259814 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 10 | PA0001259697 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 12 | PA0001313487 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 13 | PA0001320071 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 14 | PA0001303894 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 15 | PA0001318146 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 16 | PA0001318143 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 17 | PA0001318144 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 18 | PA0001318145 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 19 | PA0001318142 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 20 | PA0001325945 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 21 | PA0001325946 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 22 | PA0001318147 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 23 | PA0001335610 |
| Universal City Studios Productions LLLP | House - Season 2, Episode 24 | PA0001340811 |
| Universal City Studios Productions LLLP | House - Season 3, Episode 1 | PA0001342245 |
| Universal City Studios Productions LLLP | House - Season 3, Episode 2 | PA0001342244 |
| Universal City Studios Productions LLLP | House - Season 3, Episode 3 | PA0001342243 |
| Universal City Studios Productions LLLP | House - Season 3, Episode 4 | PA0001342246 |
| Universal City Studios Productions LLLP | House - Season 3, Episode 5 | PA0001328854 |
| Universal City Studios Productions LLLP | House - Season 3, Episode 6 | PA0001328856 |
| Universal City Studios Productions LLLP | House - Season 3, Episode 7 | PA0001328855 |
| Universal City Studios Productions LLLP | House - Season 3, Episode 8 | PA0001350978 |
| Universal City Studios Productions LLLP | House - Season 3, Episode 9 | PA0001350977 |
| Universal City Studios Productions LLLP | House - Season 3, Episode 10 | PA0001350976 |
| Universal City Studios Productions LLLP | House - Season 3, Episode 11 | PA0001366398 |

Seabrook Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Universal City Studios Productions LLLP | House - Season 3, Episode 12 | PA0001354317 |
| Universal City Studios Productions LLLP | House - Season 3, Episode 14 | PA0001354318 |
| Universal City Studios Productions LLLP | House - Season 3, Episode 15 | PA0001369496 |
| Universal City Studios Productions LLLP | House - Season 3, Episode 16 | PA0001371672 |
| Universal City Studios Productions LLLP | House - Season 3, Episode 17 | PA0001370053 |
| Universal City Studios Productions LLLP | House - Season 3, Episode 19 | PA0001375356 |
| Universal City Studios Productions LLLP | House - Season 3, Episode 20 | PA0001375364 |
| Universal City Studios Productions LLLP | House - Season 3, Episode 21 | PA0001375365 |
| Universal City Studios Productions LLLP | House - Season 3, Episode 22 | PA0001379569 |
| Universal City Studios Productions LLLP | House - Season 3, Episode 24 | PA0001594908 |
| Universal City Studios Productions LLLP | House - Season 4, Episode 1 | PA0001597089 |
| Universal City Studios Productions LLLP | House - Season 4, Episode 2 | PA0001597088 |
| Universal City Studios Productions LLLP | House - Season 4, Episode 3 | PA0001600604 |
| Universal City Studios Productions LLLP | House - Season 4, Episode 4 | PA0001600844 |
| Universal City Studios Productions LLLP | House - Season 4, Episode 5 | PA0001603342 |
| Universal City Studios Productions LLLP | House - Season 4, Episode 6 | PA0001603346 |
| Universal City Studios Productions LLLP | House - Season 4, Episode 7 | PA0001603995 |
| Universal City Studios Productions LLLP | House - Season 4, Episode 10 | PA0001612018 |
| Universal City Studios Productions LLLP | House - Season 4, Episode 11 | PA0001612013 |
| Universal City Studios Productions LLLP | House - Season 4, Episode 12 | PA0001612009 |
| Universal City Studios Productions LLLP | House - Season 4, Episode 13 | PA0001635588 |
| Universal City Studios Productions LLLP | House - Season 4, Episode 14 | PA0001635589 |
| Universal City Studios Productions LLLP | House - Season 4, Episode 15 | PA0001635585 |
| Universal City Studios Productions LLLP | House - Season 4, Episode 16 | PA0001626838 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 1 | PA0001645384 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 2 | PA0001654045 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 3 | PA0001650921 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 4 | PA0001712668 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 5 | PA0001749153 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 6 | PA0001613954 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 7 | PA0001619895 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 8 | PA0001619893 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 9 | PA0001620378 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 10 | PA0001620379 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 11 | PA0001620556 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 12 | PA0001626195 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 13 | PA0001624494 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 14 | PA0001626137 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 15 | PA0001628741 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 16 | PA0001627217 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 17 | PA0001628964 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 18 | PA0001629128 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 19 | PA0001629513 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 20 | PA0001629512 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 21 | PA0001629575 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 22 | PA0001631545 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 23 | PA0001631534 |
| Universal City Studios Productions LLLP | House - Season 5, Episode 24 | PA0001631535 |
| Universal City Studios Productions LLLP | House - Season 6, Episode 14 | PA0001674553 |
| Universal City Studios Productions LLLP | House - Season 7, Episode 1 | PA0001699038 |

Seabrook Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Universal City Studios Productions LLLP | House - Season 7, Episode 2 | PA0001708034 |
| Universal City Studios Productions LLLP | House - Season 7, Episode 4 | PA0001703610 |
| Universal City Studios Productions LLLP | House - Season 7, Episode 5 | PA0001707085 |
| Universal City Studios Productions LLLP | Housesitter | PA0000599605 |
| Universal City Studios Productions LLLP | Hulk | PA0001121436 |
| Universal City Studios Productions LLLP | Hunted | PA0001127415 |
| Universal City Studios Productions LLLP | Hurricane | PA0000988017 |
| Universal City Studios Productions LLLP | I Now Pronounce You Chuck and Larry | PA0001382659 |
| Universal City Studios Productions LLLP | Inside Man | PA0001324050 |
| Universal City Studios Productions LLLP | Intolerable Cruelty | PA0001151090 |
| Universal City Studios Productions LLLP | Jurassic Park III | PA0001039874 |
| Universal City Studios Productions LLLP | Knocked Up | PA0001375523 |
| Universal City Studios Productions LLLP | Kojak (1973) - Season 3, Episode 1 | LP0000047965 (RE0000887006) |
| Universal City Studios Productions LLLP | Kojak (1973) - Season 3, Episode 8 | LP0000047957 (RE0000886998) |
| Universal City Studios Productions LLLP | Las Vegas - Season 3, Episode 2 | PA0001259633 |
| Universal City Studios Productions LLLP | Las Vegas - Season 3, Episode 9 | PA0001259639 |
| Universal City Studios Productions LLLP | Las Vegas - Season 3, Episode 10 | PA0001303790 |
| Universal City Studios Productions LLLP | Las Vegas - Season 3, Episode 11 | PA0001303791 |
| Universal City Studios Productions LLLP | Las Vegas - Season 3, Episode 12 | PA0001303789 |
| Universal City Studios Productions LLLP | Las Vegas - Season 3, Episode 13 | PA0001303809 |
| Universal City Studios Productions LLLP | Las Vegas - Season 3, Episode 15 | PA0001321064 |
| Universal City Studios Productions LLLP | Las Vegas - Season 3, Episode 16 | PA0001303893 |
| Universal City Studios Productions LLLP | Las Vegas - Season 3, Episode 17 | PA0001324176 |
| Universal City Studios Productions LLLP | Las Vegas - Season 3, Episode 19 | PA0001324177 |
| Universal City Studios Productions LLLP | Las Vegas - Season 3, Episode 20 | PA0001324188 |
| Universal City Studios Productions LLLP | Las Vegas - Season 3, Episode 21 | PA0001326418 |
| Universal City Studios Productions LLLP | Las Vegas - Season 3, Episode 22 | PA0001326409 |
| Universal City Studios Productions LLLP | Las Vegas - Season 3, Episode 23 | PA0001335880 |
| Universal City Studios Productions LLLP | Las Vegas - Season 4, Episode 1 | PA0001342297 |
| Universal City Studios Productions LLLP | Las Vegas - Season 4, Episode 2 | PA0001342291 |
| Universal City Studios Productions LLLP | Las Vegas - Season 4, Episode 3 | PA0001342294 |
| Universal City Studios Productions LLLP | Las Vegas - Season 4, Episode 4 | PA0001350985 |
| Universal City Studios Productions LLLP | Las Vegas - Season 4, Episode 7 | PA0001328972 |
| Universal City Studios Productions LLLP | Las Vegas - Season 4, Episode 9 | PA0001328971 |
| Universal City Studios Productions LLLP | Las Vegas - Season 4, Episode 10 | PA0001328970 |
| Universal City Studios Productions LLLP | Las Vegas - Season 4, Episode 11 | PA0001328984 |
| Universal City Studios Productions LLLP | Las Vegas - Season 4, Episode 12 | PA0001368211 |
| Universal City Studios Productions LLLP | Las Vegas - Season 4, Episode 13 | PA0001368212 |
| Universal City Studios Productions LLLP | Las Vegas - Season 4, Episode 14 | PA0001369107 |
| Universal City Studios Productions LLLP | Las Vegas - Season 4, Episode 15 | PA0001369108 |
| Universal City Studios Productions LLLP | Las Vegas - Season 4, Episode 16 | PA0001369065 |
| Universal City Studios Productions LLLP | Las Vegas - Season 5, Episode 5 | PA0001600995 |
| Universal City Studios Productions LLLP | Las Vegas - Season 5, Episode 6 | PA0001603659 |
| Universal City Studios Productions LLLP | Las Vegas - Season 5, Episode 11 | PA0001604907 |
| Universal City Studios Productions LLLP | Las Vegas - Season 5, Episode 12 | PA0001606445 |
| Universal City Studios Productions LLLP | Las Vegas - Season 5, Episode 14 | PA0001601893 |
| Universal City Studios Productions LLLP | Leap Year | PA0001663519 |
| Universal City Studios Productions LLLP | Leave It To Beaver - Season 3, Episode 1 | RE 343832 |

Seabrook Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Universal City Studios Productions LLLP | Limits of Control | PA0001628543 |
| Universal City Studios Productions LLLP | Little Fockers | PA0001712480 |
| Universal City Studios Productions LLLP | Lost In Translation | PA0001207853 |
| Universal City Studios Productions LLLP | Magnum, P.I. - Season 5, Episode 17 | PA0000255070 |
| Universal City Studios Productions LLLP | Miami Vice 2006 | PA0001335515 |
| Universal City Studios Productions LLLP | Milk | PAu003401667 |
| Universal City Studios Productions LLLP | Monk - Season 1, Episode 1 | PA0001127919 |
| Universal City Studios Productions LLLP | Monk - Season 1, Episode 2 | PA0001127919 |
| Universal City Studios Productions LLLP | Monk - Season 1, Episode 3 | PA0001127915 |
| Universal City Studios Productions LLLP | Monk - Season 2, Episode 1 | PA0001640565 |
| Universal City Studios Productions LLLP | Monk - Season 2, Episode 2 | PA0001640599 |
| Universal City Studios Productions LLLP | Monk - Season 2, Episode 3 | PA0001640600 |
| Universal City Studios Productions LLLP | Monk - Season 2, Episode 4 | PA0001640598 |
| Universal City Studios Productions LLLP | Monk - Season 2, Episode 5 | PA0001640597 |
| Universal City Studios Productions LLLP | Monk - Season 2, Episode 6 | PA0001640595 |
| Universal City Studios Productions LLLP | Monk - Season 2, Episode 7 | PA0001640594 |
| Universal City Studios Productions LLLP | Monk - Season 2, Episode 8 | PA0001640593 |
| Universal City Studios Productions LLLP | Monk - Season 2, Episode 9 | PA0001640541 |
| Universal City Studios Productions LLLP | Monk - Season 2, Episode 10 | PA0001646437 |
| Universal City Studios Productions LLLP | Monk - Season 2, Episode 11 | PA0001640545 |
| Universal City Studios Productions LLLP | Monk - Season 2, Episode 13 | PA0001640540 |
| Universal City Studios Productions LLLP | Monk - Season 2, Episode 14 | PA0001640536 |
| Universal City Studios Productions LLLP | Monk - Season 2, Episode 15 | PA0001640591 |
| Universal City Studios Productions LLLP | Monk - Season 3, Episode 2 | PA0001640548 |
| Universal City Studios Productions LLLP | Monk - Season 3, Episode 3 | PA0001640546 |
| Universal City Studios Productions LLLP | Monk - Season 3, Episode 4 | PA0001640534 |
| Universal City Studios Productions LLLP | Monk - Season 3, Episode 6 | PA0001640564 |
| Universal City Studios Productions LLLP | Monk - Season 3, Episode 7 | PA0001640563 |
| Universal City Studios Productions LLLP | Monk - Season 3, Episode 8 | PA0001640562 |
| Universal City Studios Productions LLLP | Monk - Season 3, Episode 9 | PA0001640535 |
| Universal City Studios Productions LLLP | Monk - Season 3, Episode 10 | PA0001257155 |
| Universal City Studios Productions LLLP | Monk - Season 3, Episode 11 | PA0001257096 |
| Universal City Studios Productions LLLP | Monk - Season 3, Episode 12 | PA0001257154 |
| Universal City Studios Productions LLLP | Monk - Season 3, Episode 13 | PA0001257153 |
| Universal City Studios Productions LLLP | Monk - Season 3, Episode 14 | PA0001257097 |
| Universal City Studios Productions LLLP | Monk - Season 3, Episode 15 | PA0001257152 |
| Universal City Studios Productions LLLP | Monk - Season 4, Episode 4 | PA0001290558 |
| Universal City Studios Productions LLLP | Monk - Season 4, Episode 5 | PA0001290559 |
| Universal City Studios Productions LLLP | Monk - Season 4, Episode 6 | PA0001258566 |
| Universal City Studios Productions LLLP | Monk - Season 4, Episode 7 | PA0001258561 |
| Universal City Studios Productions LLLP | Monk - Season 4, Episode 8 | PA0001258565 |
| Universal City Studios Productions LLLP | Monk - Season 4, Episode 9 | PA0001313473 |
| Universal City Studios Productions LLLP | Monk - Season 4, Episode 10 | PA0001313495 |
| Universal City Studios Productions LLLP | Monk - Season 4, Episode 11 | PA0001313471 |
| Universal City Studios Productions LLLP | Monk - Season 4, Episode 12 | PA0001313475 |
| Universal City Studios Productions LLLP | Monk - Season 4, Episode 13 | PA0001313476 |
| Universal City Studios Productions LLLP | Monk - Season 4, Episode 14 | PA0001313474 |
| Universal City Studios Productions LLLP | Monk - Season 4, Episode 15 | PA0001320116 |
| Universal City Studios Productions LLLP | Monk - Season 4, Episode 16 | PA0001392443; PA0001324321 |

Seabrook Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Universal City Studios Productions LLLP | Monk - Season 5, Episode 11 | PA0001366415 |
| Universal City Studios Productions LLLP | Monk - Season 5, Episode 12 | PA0001369170 |
| Universal City Studios Productions LLLP | Monk - Season 5, Episode 13 | PA0001369172 |
| Universal City Studios Productions LLLP | Monk - Season 6, Episode 1 | PA0001590114 |
| Universal City Studios Productions LLLP | Monk - Season 6, Episode 2 | PA0001588481 |
| Universal City Studios Productions LLLP | Monk - Season 6, Episode 3 | PA0001588540 |
| Universal City Studios Productions LLLP | Monk - Season 6, Episode 4 | PA0001588557 |
| Universal City Studios Productions LLLP | Monk - Season 6, Episode 5 | PA0001590579 |
| Universal City Studios Productions LLLP | Monk - Season 6, Episode 6 | PA0001590582 |
| Universal City Studios Productions LLLP | Monk - Season 6, Episode 7 | PA0001590580 |
| Universal City Studios Productions LLLP | Monk - Season 6, Episode 8 | PA0001590581 |
| Universal City Studios Productions LLLP | Monk - Season 6, Episode 10 | PA0001604295 |
| Universal City Studios Productions LLLP | Monk - Season 6, Episode 11 | PA0001607716 |
| Universal City Studios Productions LLLP | Monk - Season 6, Episode 12 | PA0001607982 |
| Universal City Studios Productions LLLP | Monk - Season 6, Episode 13 | PA0001607973 |
| Universal City Studios Productions LLLP | Monk - Season 6, Episode 14 | PA0001611308 |
| Universal City Studios Productions LLLP | Monk - Season 6, Episode 15 | PA0001619520 |
| Universal City Studios Productions LLLP | Monk - Season 6, Episode 16 | PA0001619521 |
| Universal City Studios Productions LLLP | Monk - Season 7, Episode 1 | PA0001640572 |
| Universal City Studios Productions LLLP | Monk - Season 7, Episode 4 | PA0001643493 |
| Universal City Studios Productions LLLP | Monk - Season 7, Episode 5 | PA0001641238 |
| Universal City Studios Productions LLLP | Monk - Season 7, Episode 12 | PA0001620760 |
| Universal City Studios Productions LLLP | Monk - Season 7, Episode 13 | PA0001626125 |
| Universal City Studios Productions LLLP | Monk - Season 7, Episode 15 | PA0001629130 |
| Universal City Studios Productions LLLP | Monk - Season 7, Episode 16 | PA0001629129 |
| Universal City Studios Productions LLLP | Mummy 1999 | PA0000933218 |
| Universal City Studios Productions LLLP | Mummy Returns | PA0001033456 |
| Universal City Studios Productions LLLP | Murder, She Wrote - Season 2, Episode 19 | PA0000303026 |
| Universal City Studios Productions LLLP | Mystery Men | PA0000948126 |
| Universal City Studios Productions LLLP | Northern Exposure - Season 1, Episode 4 | PA0000515861 |
| Universal City Studios Productions LLLP | Northern Exposure - Season 3, Episode 22 | PA0000574444 |
| Universal City Studios Productions LLLP | Northern Exposure - Season 4, Episode 5 | PA0000610265 |
| Universal City Studios Productions LLLP | Northern Exposure - Season 5, Episode 6 | PA0000694626 |
| Universal City Studios Productions LLLP | Northern Exposure - Season 6, Episode 9 | PA0000757924 |
| Universal City Studios Productions LLLP | Northern Exposure - Season 6, Episode 17 | PA0000757931 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 1 | PA0001346951 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 2 | PA0001346950 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 3 | PA0001346948 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 4 | PA0001325249 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 5 | PA0001325251 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 6 | PA0001325250 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 7 | PA0001325252 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 8 | PA0001328863 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 9 | PA0001328864 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 10 | PA0001366399 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 11 | PA0001366396 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 12 | PA0001366395 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 13 | PA0001366397 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 14 | PA0001379038 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 15 | PA0001379036 |

| Plaintiff | Title | Registration |
|---|---|---|
| Universal City Studios Productions LLLP | Office - Season 3, Episode 17 | PA0001369103 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 18 | PA0001370042 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 19 | PA0001375288 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 20 | PA0001375355 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 21 | PA0001379581 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 22 | PA0001365792 |
| Universal City Studios Productions LLLP | Office - Season 3, Episode 23 | PA0001598381 |
| Universal City Studios Productions LLLP | Office - Season 4, Episode 1 | PA0001599276 |
| Universal City Studios Productions LLLP | Office - Season 4, Episode 2 | PA0001600609 |
| Universal City Studios Productions LLLP | Office - Season 4, Episode 3 | PA0001600608 |
| Universal City Studios Productions LLLP | Office - Season 4, Episode 4 | PA0001600852 |
| Universal City Studios Productions LLLP | Office - Season 4, Episode 5 | PA0001603926 |
| Universal City Studios Productions LLLP | Office - Season 4, Episode 6 | PA0001603924 |
| Universal City Studios Productions LLLP | Office - Season 4, Episode 7 | PA0001603922 |
| Universal City Studios Productions LLLP | Office - Season 4, Episode 8 | PA0001603967 |
| Universal City Studios Productions LLLP | Office - Season 4, Episode 9 | PA0001627229 |
| Universal City Studios Productions LLLP | Office - Season 4, Episode 10 | PA0001627232 |
| Universal City Studios Productions LLLP | Office - Season 4, Episode 11 | PA0001627226 |
| Universal City Studios Productions LLLP | Office - Season 4, Episode 12 | PA0001635601 |
| Universal City Studios Productions LLLP | Office - Season 4, Episode 13 | PA0001635598 |
| Universal City Studios Productions LLLP | Office - Season 4, Episode 14 | PA0001635962 |
| Universal City Studios Productions LLLP | Office - Season 6, Episode 2 | PA0001654012 |
| Universal City Studios Productions LLLP | Office - Season 6, Episode 3 | PA0001653733 |
| Universal City Studios Productions LLLP | Office - Season 6, Episode 4 | PA0001653756 |
| Universal City Studios Productions LLLP | Office - Season 6, Episode 5 | PA0001657573 |
| Universal City Studios Productions LLLP | Office - Season 6, Episode 6 | PA0001657576 |
| Universal City Studios Productions LLLP | Office - Season 6, Episode 7 | PA0001658906 |
| Universal City Studios Productions LLLP | Office - Season 6, Episode 8 | PA0001657464 |
| Universal City Studios Productions LLLP | Office - Season 6, Episode 9 | PA0001656708 |
| Universal City Studios Productions LLLP | Office - Season 6, Episode 10 | PA0001656700 |
| Universal City Studios Productions LLLP | Office - Season 6, Episode 12 | PA0001661227 |
| Universal City Studios Productions LLLP | Office - Season 6, Episode 13 | PA0001668116 |
| Universal City Studios Productions LLLP | Office - Season 6, Episode 14 | PA0001671152 |
| Universal City Studios Productions LLLP | Office - Season 6, Episode 15 | PA0001671254 |
| Universal City Studios Productions LLLP | Office - Season 6, Episode 16 | PA0001673745 |
| Universal City Studios Productions LLLP | Office - Season 6, Episode 18 | PA0001673717 |
| Universal City Studios Productions LLLP | Office - Season 6, Episode 19 | PA0001675221 |
| Universal City Studios Productions LLLP | Office - Season 6, Episode 20 | PA0001675222 |
| Universal City Studios Productions LLLP | Office - Season 6, Episode 21 | PA0001677061 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 1 | PA0001702971 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 2 | PA0001702959 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 3 | PA0001702939 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 4 | PA0001703716 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 5 | PA0001707056 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 6 | PA0001707057 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 7 | PA0001710502 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 8 | PA0001710500 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 10 | PA0001712680 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 11 | PA0001714363 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 12 | PA0001716974 |

Seabrook Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Universal City Studios Productions LLLP | Office - Season 7, Episode 13 | PA0001719478 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 15 | PA0001720474 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 16 | PA0001722502 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 17 | PA0001725549 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 18 | PA0001729531 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 19 | PA0001736364 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 20 | PA0001734356 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 21 | PA0001734080 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 22 | PA0001735348 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 23 | PA0001737712 |
| Universal City Studios Productions LLLP | Office - Season 7, Episode 24 | PA0001737748 |
| Universal City Studios Productions LLLP | Paul | PA0001722428 |
| Universal City Studios Productions LLLP | Pitch Black | PA0001002185 |
| Universal City Studios Productions LLLP | Psych - Season 1, Episode 7 | PA0001346718 |
| Universal City Studios Productions LLLP | Psych - Season 1, Episode 11 | PA0001368197 |
| Universal City Studios Productions LLLP | Psych - Season 1, Episode 15 | PA0001371692 |
| Universal City Studios Productions LLLP | Psych - Season 2, Episode 10 | PA0001604290 |
| Universal City Studios Productions LLLP | Psych - Season 2, Episode 13 | PA0001607950 |
| Universal City Studios Productions LLLP | Psych - Season 2, Episode 15 | PA0001611307 |
| Universal City Studios Productions LLLP | Psych - Season 3, Episode 1 | PA0001640571 |
| Universal City Studios Productions LLLP | Psych - Season 3, Episode 3 | PA0001642974 |
| Universal City Studios Productions LLLP | Psych - Season 3, Episode 5 | PA0001641236 |
| Universal City Studios Productions LLLP | Psych - Season 3, Episode 6 | PA0001644180 |
| Universal City Studios Productions LLLP | Psych - Season 3, Episode 7 | PA0001640659 |
| Universal City Studios Productions LLLP | Psych - Season 3, Episode 10 | PA0001624615 |
| Universal City Studios Productions LLLP | Psych - Season 3, Episode 11 | PA0001653389 |
| Universal City Studios Productions LLLP | Psych - Season 3, Episode 12 | PA0001624487 |
| Universal City Studios Productions LLLP | Psych - Season 3, Episode 13 | PA0001628698 |
| Universal City Studios Productions LLLP | Psych - Season 3, Episode 14 | PA0001653420 |
| Universal City Studios Productions LLLP | Psych - Season 3, Episode 15 | PA0001628853 |
| Universal City Studios Productions LLLP | Psych - Season 4, Episode 1 | PA0001643750 |
| Universal City Studios Productions LLLP | Psych - Season 4, Episode 4 | PA0001655256 |
| Universal City Studios Productions LLLP | Psych - Season 4, Episode 7 | PA0001653498 |
| Universal City Studios Productions LLLP | Psych - Season 4, Episode 11 | PA0001670449 |
| Universal City Studios Productions LLLP | Psych - Season 5, Episode 1 | PA0001687898 |
| Universal City Studios Productions LLLP | Psych - Season 5, Episode 2 | PA0001690372 |
| Universal City Studios Productions LLLP | Psych - Season 5, Episode 4 | PA0001695924 |
| Universal City Studios Productions LLLP | Psych - Season 5, Episode 5 | PA0001695929 |
| Universal City Studios Productions LLLP | Psych - Season 5, Episode 6 | PA0001696845 |
| Universal City Studios Productions LLLP | Psych - Season 5, Episode 9 | PA0001699004 |
| Universal City Studios Productions LLLP | Psych - Season 5, Episode 10 | PA0001709458 |
| Universal City Studios Productions LLLP | Psych - Season 5, Episode 11 | PA0001709460 |
| Universal City Studios Productions LLLP | Psych - Season 5, Episode 12 | PA0001712601 |
| Universal City Studios Productions LLLP | Psych - Season 5, Episode 14 | PA0001726319 |
| Universal City Studios Productions LLLP | Psych - Season 5, Episode 15 | PA0001719352 |
| Universal City Studios Productions LLLP | Psych - Season 5, Episode 16 | PA0001719364 |
| Universal City Studios Productions LLLP | Red Dragon | PA0001105891 |
| Universal City Studios Productions LLLP | Robin Hood | PA0001685053 |
| Universal City Studios Productions LLLP | Rockford Files, The - Season 1, Episode 22 | LP0000045574 (RE0000886843) |

Seabrook Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Universal City Studios Productions LLLP | Royal Pains - Season 1, Episode 1 | PA0001636090 |
| Universal City Studios Productions LLLP | Royal Pains - Season 1, Episode 2 | PA0001636087 |
| Universal City Studios Productions LLLP | Royal Pains - Season 1, Episode 4 | PA0001650528 |
| Universal City Studios Productions LLLP | Royal Pains - Season 1, Episode 5 | PA0001642627 |
| Universal City Studios Productions LLLP | Royal Pains - Season 1, Episode 6 | PA0001642621 |
| Universal City Studios Productions LLLP | Royal Pains - Season 1, Episode 7 | PA0001640008 |
| Universal City Studios Productions LLLP | Royal Pains - Season 1, Episode 8 | PA0001642663 |
| Universal City Studios Productions LLLP | Royal Pains - Season 1, Episode 9 | PA0001644530 |
| Universal City Studios Productions LLLP | Royal Pains - Season 1, Episode 10 | PA0001644528 |
| Universal City Studios Productions LLLP | Royal Pains - Season 1, Episode 11 | PA0001644529 |
| Universal City Studios Productions LLLP | Royal Pains - Season 1, Episode 12 | PA0001655250 |
| Universal City Studios Productions LLLP | Royal Pains - Season 2, Episode 1 | PA0001683951 |
| Universal City Studios Productions LLLP | Royal Pains - Season 2, Episode 2 | PA0001686435 |
| Universal City Studios Productions LLLP | Royal Pains - Season 2, Episode 3 | PA0001686437 |
| Universal City Studios Productions LLLP | Royal Pains - Season 2, Episode 4 | PA0001687887 |
| Universal City Studios Productions LLLP | Royal Pains - Season 2, Episode 5 | PA0001687888 |
| Universal City Studios Productions LLLP | Royal Pains - Season 2, Episode 6 | PA0001687897 |
| Universal City Studios Productions LLLP | Royal Pains - Season 2, Episode 7 | PA0001690365 |
| Universal City Studios Productions LLLP | Royal Pains - Season 2, Episode 8 | PA0001695950 |
| Universal City Studios Productions LLLP | Royal Pains - Season 2, Episode 9 | PA0001695951 |
| Universal City Studios Productions LLLP | Royal Pains - Season 2, Episode 10 | PA0001695952 |
| Universal City Studios Productions LLLP | Royal Pains - Season 2, Episode 11 | PA0001696831 |
| Universal City Studios Productions LLLP | Royal Pains - Season 2, Episode 12 | PA0001696843 |
| Universal City Studios Productions LLLP | Royal Pains - Season 2, Episode 15 | PA0001720484 |
| Universal City Studios Productions LLLP | Royal Pains - Season 2, Episode 16 | PA0001720483 |
| Universal City Studios Productions LLLP | Royal Pains - Season 2, Episode 17 | PA0001722634 |
| Universal City Studios Productions LLLP | Royal Pains - Season 2, Episode 18 | PA0001725584 |
| Universal City Studios Productions LLLP | Saturday Night Live - Season 35, Episode 15 | PA0001674989 |
| Universal City Studios Productions LLLP | Saturday Night Live - Season 35, Episode 20 | PA0001681975 |
| Universal City Studios Productions LLLP | Scott Pilgrim vs. The World | PA0001692200 |
| Universal City Studios Productions LLLP | seaQuest DSV - Season 1, Episode 1 | PA0000661565 |
| Universal City Studios Productions LLLP | seaQuest DSV - Season 1, Episode 2 | PA0000661563 |
| Universal City Studios Productions LLLP | Serenity | PA0001291336 |
| Universal City Studios Productions LLLP | Shaun of the Dead | PA0001376081 |
| Universal City Studios Productions LLLP | Sliders - Season 2, Episode 1 | PA0000803724 |
| Universal City Studios Productions LLLP | Sliders - Season 2, Episode 2 | PA0000805602 |
| Universal City Studios Productions LLLP | Sliders - Season 2, Episode 3 | PA0000775882 |
| Universal City Studios Productions LLLP | Sliders - Season 2, Episode 4 | PA0000805603 |
| Universal City Studios Productions LLLP | Sliders - Season 2, Episode 5 | PA0000805601 |
| Universal City Studios Productions LLLP | Sliders - Season 2, Episode 7 | PA0000805520 |
| Universal City Studios Productions LLLP | Sliders - Season 2, Episode 8 | PA0000827180 |
| Universal City Studios Productions LLLP | Sliders - Season 2, Episode 11 | PA0000827181 |
| Universal City Studios Productions LLLP | Sliders - Season 2, Episode 12 | PA0000805519 |
| Universal City Studios Productions LLLP | Sliders - Season 2, Episode 13 | PA0000805517 |
| Universal City Studios Productions LLLP | State of Play | PA0001624758 |
| Universal City Studios Productions LLLP | Sting | RE0000849971 |
| Universal City Studios Productions LLLP | Strangers | PA0001605819 |
| Universal City Studios Productions LLLP | Van Helsing | PA0001222766 |
| Universal City Studios Productions LLLP | Wanted | PA0001601248 |
| Universal City Studios Productions LLLP | Welcome Home Roscoe Jenkins | PA0001593188 |

| Plaintiff | Title | Registration |
|---|---|---|
| Universal City Studios Productions LLLP | Wolfman, The (2010) | PA0001690564 |

Case 1:11-cv-20427-KMW   Document 270-3   Entered on FLSD Docket 02/17/2012   Page 16 of 16

Seabrook Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Universal City Studios Productions LLLP | Wolfman, The (2010) | PA0001690564 |