UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## DECLARATION OF VICKI R. SOLMON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS AGAINST DEFENDANTS HOTFILE CORP. AND ANTON TITOV

I, Vicki R. Solmon, hereby declare as follows:

1. I hold the position of Senior Vice President of Anti Digital Theft & Theatrical Distribution at Sony Pictures Entertainment Inc., the parent company of Columbia Pictures Industries, Inc. ("Columbia"), one of the plaintiffs in this action. I make this declaration in support of Plaintiffs' Motion for Summary Judgment against Defendants Hotfile Corp. and

Anton Titov. The facts contained herein are based on my personal knowledge, including my review of Columbia's books and records and on information provided to me in my capacity as Senior Vice President of Anti Digital Theft & Theatrical Distribution. If called and sworn as a witness, I could competently testify as follows.

2. Columbia and its affiliates are engaged in the creation, distribution, licensing, and marketing of theatrical motion pictures, television programming, video/DVDs and other products.

3. Columbia is the owner of the copyright or the exclusive online reproduction and distribution rights in the United States for the works listed in Exhibit A.

4. Columbia and its affiliates have not licensed to any of the defendants the right to distribute or reproduce, or to authorize others to distribute or reproduce (including by downloading), copies of any of its motion pictures or television programs or other works, including those works in Exhibit A hereto. In addition, Columbia and its affiliates have not authorized the free and unrestricted distribution or downloading of copies of Columbia's full length motion pictures listed in Exhibit A, through defendants' website at www.hotfile.com or on the internet in general.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in the State of California this 14th day of February, 2012.

_____
Vicki R. Solmon

# EXHIBIT A

Solmon Exhibit A

| Plaintiff | Title | Registration |
|---|---|---|
| Columbia Pictures Industries, Inc. | 2012 | PA0001649916 |
| Columbia Pictures Industries, Inc. | 50 First Dates | PA0001202550 |
| Columbia Pictures Industries, Inc. | Adam Sandler's Eight Crazy Nights | PA0001060735 |
| Columbia Pictures Industries, Inc. | ANACONDA | PA0000837191 |
| Columbia Pictures Industries, Inc. | Angels & Demons | PA0001627570 |
| Columbia Pictures Industries, Inc. | BAD BOYS | PA0000699273 |
| Columbia Pictures Industries, Inc. | Bad Boys II | PA0001143878 |
| Columbia Pictures Industries, Inc. | BAD TEACHER | PA0001737569 |
| Columbia Pictures Industries, Inc. | BATTLE LOS ANGELES | PA0001723415 |
| Columbia Pictures Industries, Inc. | Bewitched | PA0001271563 |
| Columbia Pictures Industries, Inc. | BIG DADDY | PA0000944737 |
| Columbia Pictures Industries, Inc. | Big Fish | PA0000195955 |
| Columbia Pictures Industries, Inc. | Bounty Hunter/Ex Wife Project | PA0001667359 |
| Columbia Pictures Industries, Inc. | Bridge on the River Kwai | RE0000227794 |
| Columbia Pictures Industries, Inc. | BUDDY | PA0000851113 |
| Columbia Pictures Industries, Inc. | CABLE GUY | PA0000799999 |
| Columbia Pictures Industries, Inc. | Charlie's Angels: Full Throttle | PA0001137757 |
| Columbia Pictures Industries, Inc. | Close Encounters Of The Third Kind | LP 50006 |
| Columbia Pictures Industries, Inc. | Closer | PA0001247527 |
| Columbia Pictures Industries, Inc. | Da Vinci Code | PA0001317631 |
| Columbia Pictures Industries, Inc. | DESPERADO | PA0000705573 |
| Columbia Pictures Industries, Inc. | Did You Hear About the Morgans? | PA0001654171 |
| Columbia Pictures Industries, Inc. | Flatliners | PA0000479397 |
| Columbia Pictures Industries, Inc. | Fun with Dick and Jane | PA0001267459 |
| Columbia Pictures Industries, Inc. | GATTACA | PA0000864843 |
| Columbia Pictures Industries, Inc. | Ghost Rider | PA0001349986 |
| Columbia Pictures Industries, Inc. | Gilda | R550256; LP252 |
| Columbia Pictures Industries, Inc. | GREEN HORNET | PA0001714358 |
| Columbia Pictures Industries, Inc. | GRIDIRON GANG 2006 | PA0001333093 |
| Columbia Pictures Industries, Inc. | Grown Ups | PA0001682702 |
| Columbia Pictures Industries, Inc. | Grudge | PA0001241927 |
| Columbia Pictures Industries, Inc. | Hancock | PA0001599934; PA0001395109 |
| Columbia Pictures Industries, Inc. | HITCH | PA0001250718 |
| Columbia Pictures Industries, Inc. | Hollow Man | PA0000997657 |
| Columbia Pictures Industries, Inc. | House Bunny, The | PA0001604128 |
| Columbia Pictures Industries, Inc. | I Know Who Killed Me | PAu003146221 |
| Columbia Pictures Industries, Inc. | I STILL KNOW WHAT YOU DID LAST SUMMER | PA0000915441 |
| Columbia Pictures Industries, Inc. | INTERNATIONAL | PA0001617951 |
| Columbia Pictures Industries, Inc. | JUMP 2009 | PAu003454591 |
| Columbia Pictures Industries, Inc. | Karate Kid (2010) | PA0001680527 |
| Columbia Pictures Industries, Inc. | Karate Kid 1984 | PA0000216986 |
| Columbia Pictures Industries, Inc. | Knight's Tale, A | PA0001036163 |
| Columbia Pictures Industries, Inc. | Layer Cake | PA0001266169 |
| Columbia Pictures Industries, Inc. | Legend of Zorro | PA0001267256 |
| Columbia Pictures Industries, Inc. | Lords of Dogtown | PA0001271471 |
| Columbia Pictures Industries, Inc. | Memoirs of a Geisha | PA0001267439 |
| Columbia Pictures Industries, Inc. | Men In Black | PA0000845156 |
| Columbia Pictures Industries, Inc. | Men In Black II | PA0001089930 |
| Columbia Pictures Industries, Inc. | Messengers | PA0001347823 |
| Columbia Pictures Industries, Inc. | MONEY TRAIN | PA0000720606 |

| Plaintiff | Title | Registration |
|---|---|---|
| Columbia Pictures Industries, Inc. | Monster House | PA0001322810; PA0001394220 |
| Columbia Pictures Industries, Inc. | Mouse That Roared | RE0000329908 |
| Columbia Pictures Industries, Inc. | Mr. Deeds | PA0001094197 |
| Columbia Pictures Industries, Inc. | Mr. Smith Goes to Washington | R417061; LP9164 |
| Columbia Pictures Industries, Inc. | National Security | PA0001122282 |
| Columbia Pictures Industries, Inc. | Not Another Teen Movie | PA0001067336 |
| Columbia Pictures Industries, Inc. | OTHER GUYS | PA0001689167 |
| Columbia Pictures Industries, Inc. | PASSENGERS | PA0001609312 |
| Columbia Pictures Industries, Inc. | PEOPLE VS. LARRY FLYNT | PA0000814026 |
| Columbia Pictures Industries, Inc. | Pineapple Express | PA0001603113 |
| Columbia Pictures Industries, Inc. | Pursuit Of Happyness | PA0001341153 |
| Columbia Pictures Industries, Inc. | Reign Over Me | PA0001366381 |
| Columbia Pictures Industries, Inc. | SALT | PA0001687265 |
| Columbia Pictures Industries, Inc. | Secret Window | PA0001204652 |
| Columbia Pictures Industries, Inc. | SMURFS | PA0001743057 |
| Columbia Pictures Industries, Inc. | Snatch | PA0001008685 |
| Columbia Pictures Industries, Inc. | SOCIAL NETWORK | PA0001698016 |
| Columbia Pictures Industries, Inc. | Something's Gotta Give | PA0001195867 |
| Columbia Pictures Industries, Inc. | Spanglish | PA0001248151 |
| Columbia Pictures Industries, Inc. | Spider-Man 2 | PA0001222519 |
| Columbia Pictures Industries, Inc. | Spider-Man 3 | PA0001332103 |
| Columbia Pictures Industries, Inc. | Stealth | PA0001283797 |
| Columbia Pictures Industries, Inc. | Step Brothers | PA0001602121 |
| Columbia Pictures Industries, Inc. | Stranger Than Fiction 2006 | PA0001340652 |
| Columbia Pictures Industries, Inc. | SUPERBAD | PA0001591859 |
| Columbia Pictures Industries, Inc. | Sweetest Thing, The | PA0001086938 |
| Columbia Pictures Industries, Inc. | Tailor Of Panama | PA0001036168 |
| Columbia Pictures Industries, Inc. | TAKING OF PELHAM 1 2 3 2009 | PA0001630811 |
| Columbia Pictures Industries, Inc. | Taxi Driver | RE0000898179 |
| Columbia Pictures Industries, Inc. | THIRTEENTH FLOOR | PA0000944870 |
| Columbia Pictures Industries, Inc. | Ugly Truth | PA0001635947 |
| Columbia Pictures Industries, Inc. | Vantage Point | PA0001592994 |
| Columbia Pictures Industries, Inc. | Vertical Limit | PA0001017106 |
| Columbia Pictures Industries, Inc. | Wolf 1994 | PA0000719418 |
| Columbia Pictures Industries, Inc. | YEAR ONE | PA0001632002 |
| Columbia Pictures Industries, Inc. | Zathura: A Space Adventure | PA0001267325 |
| Columbia Pictures Industries, Inc. | Zombieland | PA0001645201 |