UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**PLAINTIFFS' NOTICE OF ERRATA REGARDING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS HOTFILE CORP. AND ANTON TITOV AND STATEMENT OF UNCONTROVERTED MATERIAL FACTS IN SUPPORT THEREOF**

Plaintiffs hereby submit this Notice of Errata regarding plaintiffs' Motion for Summary Judgment Against Hotfile Corp. and Anton Titov, and Plaintiffs' Statement of Uncontroverted Material Facts in support thereof, both filed under seal on February 17, 2012. Plaintiffs provide the corrected record citations listed below, indicated by the page and line number of the document in which the record citation appears. Plaintiffs will serve the defendants today with corrected versions of the Motion and Statement. Plaintiffs are also providing the Court with

courtesy copies of the corrected versions, and will correct these record citations in the public versions of these documents to be filed pursuant to paragraph 16 of the Protective Order.

**Plaintiffs' Motion for Summary Judgment Against Defendants Hotfile Corp. and Anton Titov**

| Page & Line | Citation | | Correction |
|---|---|---|---|
| 4:11 | SUF 20(a)(v) | → | SUF 16(a)(v) |
| 5:26 | SUF 20(a)(i) | → | SUF 16(a)(i)-(iii) |
| 7:25 | SUF 10(d) | → | SUF 10(d)(iii) |
| 8:24 | SUF 20(a)(iv) | → | SUF 16 (a)(iv) |
| 11:26 | SUF 5(a)(i) | → | SUF 5(a) |
| 12:19 | SUF 20(b) | → | SUF 16(b) |
| 13:8 | SUF 16(b)(v) | → | SUF 10(h) |
| 15:27 | SUF 20(h) | → | SUF 16(h) |
| 30:10 | SUF 20(a)(viii) | → | SUF 16(a)(viii) |
| 30:20 | SUF 16(b)(v) | → | SUF 10(h) |
| 31:5 | SUF 10, 20(d) | → | SUF 10, 16(d) |
| 32:26 | SUF 20(j) | → | SUF 16(j) |
| 33:31 | SUF 22 | → | SUF 18 |
| 35:8 | SUF 24 | → | SUF 20 |
| 35:29 | SUF 21(a)(ii) | → | SUF 21(a)(i) |
| 35:30 | SUF 21(a)(ii) | → | SUF 21(b) |
| 36:2 | SUF 21(a)(ii) | → | SUF 22(d)(i) |
| 37:18 | SUF 21(c)(iv) | → | SUF 21(c)(iv)-(vi) |
| 38:25 | SUF 22(a)(ii) | → | SUF 22(c) |

**Plaintiffs' Statement of Uncontroverted Material Facts in Support of Summary Judgment Against Defendants Hotfile Corp. and Anton Titov**

| Page & Line | Citation | | Correction |
|---|---|---|---|
| 10:26 | SUF 16(a)(iv) | → | SUF 16(a)(iv)-(v) |
| 12:16 | SUF 20(a)(ii)-(v) | → | SUF 16(a)(ii)-(v) |
| 13:22 | SUF 20(a) | → | SUF 16(a) |
| 15:14 | Yeh Ex. 27 ¶ 5 | → | Yeh Ex. 9 ¶ 5 |
| 15:26 | SUF 20(a) & 20(e) | → | SUF 16(a) & 16(e) |

| | | | |
|---|---|---|---|
| 19:20 | SUF 21, 22(c), & (e) | → | SUF 21, 22(d), & (e) |

Dated: February 20, 2012                    Respectfully submitted,

By: /s/ Karen L. Stetson

Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, Fl 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

MOTION PICTURE ASSOCIATION
  OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone: (818) 995-6600
Fax: (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Facsimile: (202) 639-6066

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th Day of February, 2012, I served the following documents on all counsel of record on the attached service list via their email address(es) pursuant to the parties' service agreement:

**PLAINTIFFS' NOTICE OF ERRATA REGARDING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS HOTFILE CORP. AND ANTON TITOV AND STATEMENT OF UNCONTROVERTED MATERIAL FACTS IN SUPPORT THEREOF**

By: /s/ Karen L. Stetson
Karen L. Stetson

65292.1

# SERVICE LIST

### Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
### CASE NO. 11-CIV-20427-JORDAN

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

65292.1