UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES
1-10.

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant,*

v.
WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*    /

**ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS
HOTFILE CORPORATION AND ANTON TITOV, FOR LEAVE
TO FILE UNDER SEAL DEFENDANTS' MOTIONS FOR
SUMMARY JUDGMENT, STATEMENT OF UNDISPUTED FACTS
AND EXHIBITS TO MOTIONS AND STATEMENTS OF FACTS**

**THIS CAUSE** came before the Court on the Unopposed Motion of Defendants Hotfile Corporation ("Hotfile") and Anton Titov ("Titov"), for Leave to File Under Seal the following:

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

    a.    Hotfile's Motion and Memorandum of Law for Partial Summary Judgment Based on the Digital Millennium Copyright Act (Hotfile's Motion for Partial Summary Judgment") and all exhibits thereto;

    b.    Hotfile's Statement of Undisputed Facts in Support of Hotfile's Motion for Partial Summary Judgment and all exhibits thereto;

    c.    Declaration of Deepak Gupta ("Mr. Gupta"), in Support of Hotfile's Motion for Partial Summary Judgment and all exhibits thereto;

    d.    Mr. Titov's Motion and Memorandum of Law in Support of Titov's Motion for Summary Judgment ("Mr. Titov's Motion for Summary Judgment") and all exhibits thereto;

    e.    Mr. Titov's Statement of Undisputed Facts in Support of Hotfile's Motion for Summary Judgment and all exhibits thereto;

    f.    Declaration of Anthony P. Schoenberg ("Mr. Schoenberg"), in Support of Mr. Titov's Motion for Summary Judgment and all exhibits thereto; and

    g.    Declaration of Mr. Titov in Support of Hotfile's and Mr. Titov's Motions for Summary Judgment and all exhibits thereto ("Unopposed Motion to File Under Seal"). The Court has considered the Unopposed Motion to File Under Seal and being otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that the Unopposed Motion to File Under Seal is hereby Granted. The filings set forth above in paragraphs "a" through "g," shall be filed

2

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

and maintained under seal.

**DONE AND ORDERED** chambers at Miami, Florida this _____ day of February 2012.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record

4818-4222-4398, v. 1