# EXHIBIT B

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants.*                                    /
_____

HOTFILE CORP.,

     *Counterclaimant,*

v.
WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*                     /
_____

## DECLARATION OF ANTON TITOV
## IN SUPPORT OF
## MOTIONS FOR SUMMARY JUDGMENT

I, ANTON TITOV, declare as follows:

1.    I am a founder, minority shareholder, and technologist for defendant Hotfile Corporation and a defendant in this action. This declaration is based on personal knowledge unless indicated otherwise and all statements contained in this declaration are true and correct to the best of my knowledge. If called as a witness, I could and would testify to the facts set forth in this declaration.

26501\2963590.1

**FILED UNDER SEAL**                    CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

### Background on Hotfile

2.      Since its launch in early 2009, Hotfile has offered premium file-hosting that enables its global user base to reliably store, use and share digital files.  It works with literally any type of computer file.  Hotfile is particularly well-suited to host large file types that are the future of the Internet.  Hotfile has hosted over 100 million digital files on its high-performance networking and storage infrastructure.  Hotfile hosts software, video, audio and virtually every other  type of digital file that someone wants to store or share.

3.      When a person first signs up with Hotfile or uploads a file they have always had to agree to Terms of Service and an Intellectual Property Policy which prohibit copyright infringement.  Upon uploading, they receive a private URL link that is known only to them.  Hotfile's Privacy Policy assures its customers that they can feel comfortable storing personal material in this way.  Users can keep these links private for their own "personal cloud storage."  Registered users can store files for three months without paying for premium service and if they want perpetual storage they must then upgrade to a premium account.

4.      Hotfile also offers an efficient method of sharing files that may be too large to be sent via email.  Users may wish to give access to their files to co-workers, friends and family.  They could, for example, share work documents with colleagues, or transfer weekend photos to family, or upload an HD video of their softball game and share it with members of their team.  This is effectively a more advanced and convenient form of "FTP"  or "File Transfer Protocol" which has existed on the Internet for decades.  Similarly, Hotfile can be used to "space-shift" content so that a user can himself use documents on different devices in different places.

### Likely Non-Infringing Content As Revealed Through Counter-Notifications

5.      As a provider of storage and hosting service, Hotfile does not in the ordinary course of business review the files it stores.  Hotfile does not monitor what its users upload to its servers.  Hotfile also does not index its content files for keyword searching.  However, through occasional communications with its users Hotfile was generally aware that various video files, music files, software programs and graphical content on Hotfile.com were subject to DMCA counter-notifications, and appeared likely to have been uploaded by or with authorization of the content owner.  The following email exchanges contain some examples:

2

**FILED UNDER SEAL**                    CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

      a.     A true and correct copy of an email string involving the Hotfile Abuse Department, Jimmy Lee of DtecNet and Danny Sorresteijn of SamFirmware.com dated June 13 and 14 of 2011 is attached hereto as Exhibit 1 (DtecNet withdrawing takedown request).

      b.     A true and correct copy of an email string involving the Hotfile Abuse Department, Crystal Sawyer and others dating from June of 2011 is attached hereto as Exhibit 2 (architectual drawings) (LeakID withdrawing request).

      c.     A true and correct copy of an email string between the Hotfile Abuse Department and Herve Lemaire of LeakId dating from June of this year is attached hereto as Exhibit 3 (counter-notification from music group).

      d.     A true and correct copy of an email string between the Hotfile Abuse Department and Herve Lemaire of LeakId dating from August of 2011 is attached hereto as Exhibit 4.

      e.     A true and correct copy of an email string involving the Hotfile Abuse Department, AH.FM and the IFPI dating from November of 2011 is attached hereto as Exhibits 5 and 6 (counternotification from music site followed by withdrawal of notice by IFPI).

    6.     Hotfile had no knowledge that the file-in-suit were infringing apart from notifications Hotfile may have received from the Studios regarding these alleged infringements. Hotfile does not in the ordinary course of business review the millions of files its users upload. Independent of copyright owner reports and the occasional report from a third-party, Hotfile does not come to know of specific files that are alleged to be infringing and Hotfile cannot independently review the 100 million+ files its users are hosting; we focus on tuning and optimizing our servers and networking infrastructure to provide a reliable hosting facility. Also, because Hotfile respects its user privacy we do not monitor their content.

<u>**Features of Hotfile's Business Model**</u>

    7.     The three founders of Hotfile decided upon a "freemium" business model, similar to the one used by Rapidshare. Under that model, users can store files for a limited time and get downloads at limited speeds for free. Hotfile's revenues come when users upgrade to "premium" subscriptions. Premium users pay up to $9 per month for faster downloads, permanent file storage, and other benefits. This fixed fee does not vary based on what or how much use is made of Hotfile.com—they could be using Hotfile for personal cloud storage, downloading open source software, or streaming video. The fee compensates Hotfile for its

<div align="center">3</div>

FILED UNDER SEAL        CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

substantial investments in building out its state-of-the-art server and networking infrastructure. Hotfile does not have any advertising on its site. Hotfile earns all of its revenues from "premium" subscriptions.

8.      Hotfile offers an "affiliate program" that historically has distributed a portion of its revenue to users whose actions generate more premium subscribers—in proportion to how much downloading their uploaded files stimulate and other factors. Hotfile's affiliate program allows the authors of copyrighted works to upload their content and be paid for their distribution on the Internet. Hotfile's Affiliate program – like many others on the market – distributes a portion of its revenue to users whose actions generate more premium subscribers. Hotfile's Affiliate program applies equally to all forms of digital files, regardless of whether they are video, software or anything else.

9.      Some copyright owners, including Jdownloader, voluntarily upload their content on Hotfile. Hotfile first learned about Jdownloader only when it was contacted by the author of this software. Jdownloader is an open source software package. It is among Hotfile's most frequently downloaded files and its authors are members of Hotfile's affiliate program.

10.     In the ordinary course of its business, Hotfile maintains a database that records and stores information about the files that Hotfile's users upload to its servers. I am the primary designer of Hotfile's database. Hotfile's database procedures have evolved and improved over time. When a user uploads a file to Hotfile's servers, Hotfile's database automatically records information that is used to create the URL for the file and the date and time the file was uploaded. The database stores information regarding DMCA takedown notices directed at files, and information related to the date on which the files are deleted or deactivated (including when a copyright owner deletes or blocks a file using an SRA). Hotfile also stores information associated with the termination of a user.

11.     Hotfile users convert to premium accounts to obtain allegedly "non-infringing" content at a rate five times higher than for content the Studios' expert stated is "confirmed" infringing. This is shown in Exhibit 7, which is a true and correct copy of an Exhibit prepared by Elysium Digital and included in an expert report of Prof. Boyle. I have verified the data in this report by performing my own independent lookups of Hotfile's data and believe it is accurate.

4

**FILED UNDER SEAL**                    CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

<u>Hotfile's Policies to Combat Copyright Infringement</u>

12.     Hotfile's original February 2009 Terms of Service expressly forbade copyright infringement:

> **Ownership of information and copyrights…**Services of Hotfile can be used in legitimate objectives.  Transmission, distribution, or storage of any materials that violate laws is forbidden.  This includes without restriction patented materials, copyright laws, trademarks, commercial secrets and other intellectual property rights.…

Hotfile also informed repeat infringers that they were subject to termination.  *Id.*  ("Hotfile reserve[d] the right to immediately suspend or delete the account of a client, which, in the opinion of Hotfile, offends the present agreement or laws or decisions [including] offend[ing] copyrights…")  A true and correct copy of the Terms of Service on the Hotfile website as of February 23, 2009, obtained from the Internet Archive Wayback Machine, is attached hereto as Exhibit 8.  To the best of my recollection, this is how the Terms of Service appeared on the Hotfile website in the February 2009 time frame.

13.     The first version of Hotfile's website had a "report abuse" form for providing notice of suspected infringing links.  Users would input an allegedly infringing URL into this form.  This generated a message to Hotfile's abuse department.  In response, Hotfile took down the links.  A true and correct copy of the "report abuse" form on the Hotfile website as of March 2, 2009, obtained from the Internet Archive Wayback Machine, is attached hereto as Exhibit 9.  To the best of my recollection, this is how the "report abuse" form appeared on the Hotfile website in the March 2009 time frame.  Hotfile has continuously made the abuse@hotfile.com email address available on its website since its outset to the present.

14.     Content owners – including the Studios and their agents -- have had no difficulty contacting Hotfile's abuse department.   Attached hereto are examples of takedown notices sent by the Studios in the early months of the Hotfile website (which began operations in February 2009).  Though in its earliest days Hotfile did not have a policy of sending an email confirming that works identified in a DMCA takedown notice were taken down, and thus no such emails are attached, I have supervised the review of Hotfile's database to confirm that the files identified in these early notices from the Studios were taken down soon after the notices were received.  A review of the last download date for each of the identified files shows that these files had their "last upload" no later than soon after Hotfile received the DMCA notices:

**FILED UNDER SEAL**                    CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

    a.    A true and correct copy of a takedown notice from Warner dated April 29, 2009 is attached hereto as Exhibit 10.  I supervised the review of Hotfile's database for the last download date for the files in this notice and it appears there were no downloads after April 29, 2009.

    b.    A true and correct copy of a takedown notice from Sony (i.e. Columbia) dated May 29, 2009 is attached hereto as Exhibit 11.  I supervised the review of the last download date for the files in this notice and it appears there were no downloads after May 29, 2009.

    c.    A true and correct copy of a takedown notice from Fox dated April 25, 2009 is attached hereto as Exhibit 12.  I supervised the review of the last download date for the files in this notice and it appears there were no downloads after April 25, 2009.

    d.    A true and correct copy of a takedown notice from Disney dated June 17, 2009 is attached hereto as Exhibit 13.  I supervised the review of the last download date for the files in this notice and it appears there were no downloads after June 17, 2009.

    e.    A true and correct copy of a takedown notice from Universal dated October 3, 2009 is attached hereto as Exhibit 14.  I supervised the review of the last download date for the files in this notice and it appears there were no downloads after October 4, 2009.

    15.    In April 2009, within months of its launch, Hotfile expanded the policy statement on its website to state, "Hotfile (www.hotfile.com) is an Online Service Provider under Title II of the Digital Millennium Copyright Act, 17 U.S.C. Section 512 ..." (*Id.*)  That policy identified Hotfile's designated agent for DMCA notices by the abuse@hotfile.com email address:

> To exercise your DMCA rights, your Proper DMCA Notice must be sent to Designated Agent of hotfile.com to email: abuse@hotfile.com. . .  When a Proper DMCA notification is received by Designated Agent, or when hotfile.com becomes otherwise aware that copyright rights are infringed, it will remove or disable access to infringing materials as soon as possible.

A true and correct copy of the DMCA policy statement on the Hotfile website as of April 27, 2009, obtained from the Internet Archive Wayback Machine, is attached hereto as Exhibit 15. To the best of my recollection, this is how the DMCA policy statement appeared on the Hotfile website in the April 2009 time frame.

26501\2963590.1

**FILED UNDER SEAL**             CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

     16.    In December 2009, Hotfile formally registered a Designated DMCA Agent with the U.S. Copyright Office along with the abuse@hotfile.com email address.  A true and correct copy of Hotfile's Designated Agent registration is attached hereto as Exhibit 16.

     17.    In approximately May 2010, Hotfile updated the Intellectual Property Policy on its website.  That policy included Hotfile's designated agent's name and address and states:

> (1) accommodate and not interfere with standard technical measures (as defined by the DMCA) used to identify and protect copyrighted works; (2) disable access to or remove content that it believes in good faith may infringe the copyrights of third parties; and (3) discontinue service to users who repeatedly make such content available or otherwise violate HotFile's Terms of Service. Please do not abuse the HotFile service by using it to distribute materials to which you do not have the rights.

A true and correct copy of a printout from Archive.org dated May 2010 is attached hereto as Exhibit 17.  A  To the best of my recollection, this is how the DMCA policy statement appeared on the Hotfile website in the May 2010 time frame.  The pertinent information has remained in place through the present time.

     18.    A true and correct copy of the Hotfile Terms of Service as of April 2011 is attached hereto as Exhibit 18.  A true and correct copy of the April 2011 Hotfile Intellectual Property Policy is attached hereto as Exhibit 19.  A true and correct copy of the April 2011 Hotfile Privacy Policy is attached hereto as Exhibit 20.  When a person signs up for Hotfile or uploads a file, s/he agrees to be bound by these terms and policies.

     19.    Based on my experience with and knowledge of Hotfile's takedown processes, it is my belief that at least 95% of files in a DMCA takedown notice are deleted or deactivated within 48 hours of receipt of the notice.

<div align="center"><strong><u>Hotfile's Special Rightsholder Accounts ("SRAs")</u></strong></div>

     20.    In late April 2009, a representative of Plaintiff Warner Brothers requested a "takedown tool" to more quickly remove infringing content "rather than sending an official takedown abuse notice every time URL's are identified."  A true and correct copy of an email chain containing this April 29, 2009 request from Michael Bentkover of Warner Brothers to the Hotfile abuse email box is attached hereto as Exhibit 21.

     21.    Based on this idea, Hotfile engineered and offered SRAs to eligible content owners.  SRAs streamline the conventional DMCA notice-and-takedown procedure.  With SRAs, rightsholders, who attest under the DMCA that they have authority of the copyright

<div align="center">7</div>

**FILED UNDER SEAL**          CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

owner, can enter a list of URLs for files on Hotfile's systems, and those files are automatically taken down; no further action by Hotfile is required. With SRAs, any verified copyright holder can directly and instantly command Hotfile's servers to block any file. It is the ultimate form of notice-and-takedown. A true and correct copy of a print-out of the user interface for this system is attached hereto as Exhibit 22.

22.     SRAs became available in the summer of 2009. A true and correct copy of an email chain where Warner stated SRAs would be "ideal," and Hotfile offered an SRA to Warner is attached hereto as Exhibit 23.

23.     Hotfile reached out to the Studios to encourage adoption of SRAs. Many content owners and their content-protection agents have adopted SRAs. A true and correct copy of an email offering an SRA to NBC Universal dated June 16, 2010 is attached hereto as Exhibit 24. A true and correct copy of an email offering an SRA to Columbia/Sony dated October 16, 2010 is attached hereto as Exhibit 25.

24.     Many content owners and their content-protection agents have adopted SRAs. PeerMediaTechnologies, DtectNet, OpSec, and BayTsp, contractors that assist Warner Brothers, HBO, Paramount, and others to enforce their copyrights, are among those who have opened such accounts.

   a.     A true and correct copy an email string between the Hotfile Abuse Department and Jimmy Lee of DtecNet dated February 1, 2010 is attached hereto as Exhibit 26.

   b.     A true and correct copy an email string between the Hotfile Abuse Department and Sebastian Franz of OpSec from February and March of this year is attached hereto as Exhibit 27.

   c.     A true and correct copy an email string between the Hotfile Abuse Department and Natasha Lakeman of Bay TSP dated April 2, 2010 is attached hereto as Exhibit 28.

   d.     A true and correct copy an email string between the Hotfile Abuse Department and Dave Worth of PeerMediaTech dated September 20-22, 2010 is attached hereto as Exhibit 29.

25.     Content owners, including these Studios, have used Hotfile SRAs extensively and effectively. Today, there are approximately one hundred such accounts in active use.

**FILED UNDER SEAL**                    CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

26.     Hotfile has received positive feedback from content owners, including some of the plaintiffs in this case and their representatives, regarding the SRAs. Some of those emails are attached below.

a.      True and correct copies of emails between the Hotfile Abuse Department and Michael Bentkover of Warner Brothers September 1-3, 2009 and September 15, 2010 are attached hereto as Exhibits 30 and 31.

b.      A true and correct copy an email string between Michael Bentkover of Warner Brothers and the Hotfile Abuse Department dated April 14, 2010 is attached hereto as Exhibit 32.

c.      A true and correct copy an email string between Natasha Lakeman of BayTSP and the Hotfile Abuse Department dated April 13-15, 2010 is attached hereto as Exhibit 33.

### Use of MD5 Hashing

27.     Soon after launching SRAs, Hotfile implemented hashing technology so that once a file was deleted (by SRA or DMCA takedown notice) all identical copies were removed from the system and copies of the same file were prevented from being downloaded in the future, even under a different name and even if uploaded by a different user. This was accomplished by generating an MD5 hash for each file.

### Warner Business Partnership

28.     In 2010, Warner proposed a business partnership to use Hotfile as a distribution platform by including links on Hotfile to ecommerce sites where Warner Bros content is hosted. As part of those discussions, Warner suggested that links from Hotfile would go to "iTunes, Amazon [and] WBShop" so that Hotfile could obtain "affiliate commissions." A true and correct copy an email string reflecting this offer is attached hereto as Exhibit 34.

### This Lawsuit

29.     Until the filing of this Complaint, Hotfile believed that its content protection policies were satisfactory to the Studios. The filing of this lawsuit on February 8, 2011 therefore came as a surprise.

30.     I have reviewed the files-in-suit identified by the Studios in response to Hotfile's Interrogatory Number 1. These files constitute less than 1% of the files that Hotfile has hosted. Hotfile took down every single file-in-suit for which an SRA request or DMCA takedown notice

9

**FILED UNDER SEAL**                    CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

was received after February 18, 2011 within 48 hours of Hotfile's receiving the notice of infringement.

<div align="center">

**Repeat Infringer Termination Policy**

</div>

31.     Since its outset, Hotfile has exercised its discretion to terminate users for repeat copyright infringement. Attached hereto as Exhibit 35 is spreadsheet HF00000048 reflecting some of the users (shown by Hotfile user number) who Hotfile has terminated since the Hotfile website began operations in February 2009, through the production date of this spreadsheet. I requested that this information be obtained from Hotfile's database. This spreadsheet shows terminations of 2,469 accounts in the pre-Complaint time period of which over 40 were for copyright infringement. I have highlighted the rows of the spreadsheet to show the recorded terminations prior to the filing of this lawsuit which were for repeat copyright infringement. Hotfile did not track all terminations in its earliest months of its operations and did not always record reasons and dates for termination so the number of pre-Complaint terminations for repeat copyright infringement were in fact higher.

32.     The Studios did not once before filing the Complaint in this action ask Hotfile to strengthen the repeat infringer policy by affirmatively seeking out infringers. Upon reviewing the Complaint, Hotfile learned for the first time that the Studios were purportedly dissatisfied with its repeat infringer policy. To address this concern, in February 2011, Hotfile proactively instituted a "three-strikes" policy.

33.     Hotfile's post-February 18, 2011 "three-strikes" policy terminates and blacklists users who receive three DMCA notices of claimed infringement or SRA requests. Under its three-strikes policy, Hotfile tracks how many times it receives notices of claimed infringement for a user under the DMCA or by SRA. Once a user receives three strikes, all their files are suspended, their account is permanently terminated and their email address is blacklisted. All notices generally count as a strike, except that if a single user receives two takedown notices from the same SRA within a two hour period, these are counted as a single strike. Since February 18, 2011, Hotfile has terminated thousands of users pursuant to this strengthened repeat infringer policy as shown on Exhibit 35.

<div align="center">

**Implementation of Vobile Fingerprinting**

</div>

34.     In the summer of 2011, Hotfile supplemented its hash fingerprinting technology by adopting Vobile MediaWise. Vobile is a commercial fingerprinting system that identifies

<div align="center">

10

</div>

**FILED UNDER SEAL**                      CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

potentially infringing content uploaded to Hotfile's servers by its users. See www.vobileinc.com. The Vobile technology utilizes advanced digital fingerprinting to identify files that match copyrighted works contained in Vobile's reference fingerprint database, which Hotfile understands includes works owned by the Studios. Attached hereto as Exhibit 36 is a true and correct copy of the contract that Hotfile entered into with Vobile for MediaWise.

35.     More recently, Hotfile has implemented vCloud9. vCloud9 is a recently released fingerprinting technology from Vobile that works with storage and cloud services like Hotfile. Attached hereto as Exhibit 37 is a true and correct copy of the contract that Hotfile signed with Vobile for vCloud9. vCloud9 identifies less than 5% of audio/video content uploaded to Hotfile to be a match for reference fingerprints in Vobile's database, which includes whatever copyrighted content each of the studios chooses to protect. Attached hereto as Exhibit 38 is a true and correct copy of a Vobile vCloud9 screenshot showing a less than 5% match rate for audio/video content hosted at Hotfile. Hotfile blocks files that return matches when checked by vCloud9.

### Recent Policy Changes

36.     Hotfile recently modified its Affiliate Program in response to market shifts so it no longer counts encrypted files for affiliate credit, no longer offers a site referral affiliate program, and counts credits only based on premium conversions (not download counts). Hotfile now requires users to attend an online "copyright school" on their first strike. On a users' second strike they are disqualified from the affiliate program, and on their third strike they are terminated from Hotfile.

### Hotfile and Blue Ant

37.     I do not have, and have never had, any ownership interest in Blue Ant.

38.     Other than myself and the other two founders, the personnel who work on the operations of Hotfile are and have always been Blue Ant employees who report to Messrs. Stoyanov and Vangelov and not to me. There was, however, for a time one individual performing work for Hotfile as an independent contractor. He also reported to Messrs. Stoyanov and Vangelov.

### Duties and Responsibilities at Hotfile

39.     I do not have the authority to make unilateral decisions affecting important aspects of Hotfile or its business or operations. Likewise, I am not authorized to establish

26501\2963590.1

**FILED UNDER SEAL**                    CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

general policy or to make decisions regarding substantial aspects of the operations of Hotfile without the approval and vote of the other shareholders.

I have not – nor has Hotfile -- implemented any technical features for the purpose of frustrating copyright owner enforcement. Hotfile accommodates and does not interfere with measures that are used by copyright owners to identify or protect copyrighted works.

40. At the inception of Hotfile's operations, we learned that PayPal imposed substantial limitations on transactions involving Panamanian accounts. Because Hotfile Corp. is a Panamanian corporation, this meant that Hotfile had to find a different method for conducting PayPal transactions with its customers. The solution we arrived at was to form Hotfile Ltd., a Bulgarian corporation owned by Hotfile and managed by me, to operate a PayPal account on behalf of Hotfile. This took some time to implement, and Hotfile Ltd could not make payments to Hotfile Affiliates until it was legally established. As a result, for a brief period of time in 2009 while we were waiting for the formation of Hotfile Ltd. to be completed, Hotfile's payments to Affiliates were made via a PayPal account issued to me. These payments were made on behalf of Hotfile Corp., using exclusively Hotfile Corp. funds. Before using this account to conduct any transactions on Behalf of Hotfile Corp., I first removed all of my own funds from the PayPal account and opened a second, separate account for my personal use. As soon as Hotfile Ltd. was formed (in approximately May 2009), title to the PayPal account was transferred from my name to Hotfile Ltd., and Hotfile Ltd. has made all payments to Affiliates ever since. It is my understanding that PayPal expressly permits such person-to-business account transfers in order to allow start-up companies to get their operations off the ground. The PayPal account was never used simultaneously for both Hotfile business and for my personal use; my money was never used to pay a Hotfile user; and at no time did I receive any money from any Hotfile user.

### Webazilla Relationship

41. The Hotfile website commenced operations in February 2009. In approximately May of 2009, we began to experience dissatisfaction with our Internet connectivity service provider, Webazilla, and the following month we communicated to Webazilla that we were going to terminate Webazilla's services. Shortly thereafter, we began deploying all new servers to be used with a new Internet connectivity provider, Limelight. The termination of the relationship with Webazilla took several months, as it required many hardware changes and reconnections, including the relocation of 30-40 servers between two different data centers

26501\2963590.1

**FILED UNDER SEAL**                    CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

several miles apart.  In order to avoid these problems in the future, I offered to incorporate a new entity, Lemuria Communications, Inc. ("Lemuria"), to deliver Internet connectivity (and other related services) to Hotfile going forward.  Thus, in October 2009, I incorporated Lemuria, a Florida corporation of which I am the sole owner, manager and director, and which pays me a monthly salary.  Lemuria thereafter commenced providing Hotfile with its Internet connectivity utilizing a variety of bandwidth sources (including Limelight).   Lemuria's operations have begun to expand beyond providing services to Hotfile, as it now provides colocation and connectivity services to an unrelated company called Neterra, which is in the streaming television business.

42.     Throughout this litigation, the Studios have claimed that the decision to form Lemuria and sever the relationship with Webazilla was a response to Webazilla receiving a subpoena related to Hotfile.  That is not true.  We terminated Webazilla because we were dissatisfied with the service we were receiving from Webazilla due to issues with the quality of the bandwidth providers Webazilla worked with and resulting problems with connectivity.  Forming Lemuria and terminating Webazilla was a way to ensure that Hotfile would have a reliable connectivity provider and avoid future connectivity problems, which is very important for a company like Hotfile that operates a web-based business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17 day of February 2012, at Sofia, Bulgaria.

_____
Anton Titov

13

# EXHIBIT 1



HotFile Corp <hotfile.mailbox@gmail.com>

# Counter notification for deleted files

4 messages

**HotFile Corp <andrew@hotfile.com>**                                           Tue, Jun 14, 2011 at 3:10 PM
To: jle@dtecnet.com

Hello,
We received counter notification for deleted by you file:
http://hotfile.com/dl/120313261/aeb6a12/I9000XXJVP.rar.html

Please respond according DMCA regulations within appropriate term.

Regards,

> ---------- Forwarded message ----------
> From: Samsung-Firmware Samsung-Firmware
> Date: Mon, Jun 13, 2011 at 2:16 PM
> Subject: Hotfile remove my files because of no reason.
> To: abuse@hotfile.com
>
>
> Hello
> I', Danny Dorresteijn from www.SamFirmware.com
>
> We use hotfile for I think 6 months now.
> Its a great host for all my files.
> We have almost 300.000 site members.
> We send hotfile.com already a email about that, we are most of the time
> always the first one with our files.I
> If someone send you guys a abuse about us, this could be FAKE.
>
> SamFirmware is the only website who is using hotfile.com
> If someone email you about us.
> This is for 100% FAKE.
>
> We are not happy that you guys show fakers real answers!
> You should aks us first.
>
> We are a big website all over the world.
>
> Today we got a email from hotfile.com
>
> *This mail is to notify you that the access to the following links was
> disabled
> as a result of received complaint of copyright holders of the files. If you
> believe
> that access to this files were disabled by mistake, please follow the
> instructions
> In our Intelectual Property Policy
> (**http://hotfile.com/ippolicy.html*
> *) for submitting
> counter-notification.
>
> **http://hotfile.com/dl/120313261/aeb6a12/I9000XXJVP.rar.html* (samfirmware)
> *
> --

Confidential

HF02835682

https://mail.google.com/mail/?ui=2&ik=bbe6b49378&view=pt&q=vaz...

> Hotfile.com abuse team
>
>
> *We Reupload the file already!
> We are using Hotfile.com for over 6 months now someone emailed you about us
> and talk bad and hotfile.com removed our file.
> This is not the normal way because it is never happening before.
> Please ask us to!
>
> We do nothing wrong.
> We have contacts with Samsung!
> Samsugn told us everything is alright what we are doing!
> So the boss "Samsung" tell us its safe and now some hater is sayin its
> wrong...
> We are a Samsung website with a contact person of Samsung Benelux.
>
> Please don't remove any other files please ask us first if something is
> wrong.
>
> This is the work of people who don't like us!
>
> Thanks. Danny Dorresteijn.
> www.SamFirmware.com

---

**Jimmy Lee <jle@dtecnet.com>**                                    **Tue, Jun 14, 2011 at 8:45 PM**
To: HotFile Corp <andrew@hotfile.com>

Dear Hotfile,

We would like to retract the request for takedown of the link mentioned below.

Best,
Jimmy

---

**From:** HotFile Corp <andrew@hotfile.com>
**Date:** Tue, 14 Jun 2011 07:10:15 -0500
**To:** Jimmy Lee <jle@dtecnet.com>
**Subject:** Counter notification for deleted files

Hello,
We received counter notification for deleted by you file:
http://hotfile.com/dl/120313261/aeb6a12/I9000XXJVP.rar.html

Please respond according DMCA regulations within appropriate term.

Regards,


> ---------- Forwarded message ----------
> From: Samsung-Firmware Samsung-Firmware
> Date: Mon, Jun 13, 2011 at 2:16 PM
> Subject: Hotfile remove my files because of no reason.
> To: abuse@hotfile.com
>
>
> Hello
> I', Danny Dorresteijn from www.SamFirmware.com
>
> We use hotfile for i think 6 months now.

Confidential

6.7.2011 г. 15:54 ч.
HF02835683

https://mail.google.com/mail/?ui=2&ik=bbe6b49378&view=pt&q=vaz...

> Its a great host for all my files.
> We have almost 300.000 site members.
> We send hotfile.com already a email about that, we are most of the time
> always the first one with our files.!
> If someone send you guys a abuse about us, this could be FAKE.
>
> SamFirmware is the only website who is using hotfile.com
> If someone email you about us.
> This is for 100% FAKE.
>
> We are not happy that you guys show fakers real answers!
> You should aks us first.
>
> We are a big website all over the world.
>
> Today we got a email from hotfile.com
>
> *This mail is to notify you that the access to the following links was
> disabled
> as a result of received complaint of copyright holders of the files. If you
> believe
> that access to this files were disabled by mistake, please follow the
> instructions
> in our Intelectual Property Policy
> (**http://hotfile.com/ippolicy.html*
> *) for submitting
> counter-notification.
>
> **http://hotfile.com/dl/120313261/aeb6a12/I9000XXJVP.rar.html* (samfirmware)
> *
> --
> Hotfile.com abuse team
>
>
> *We Reupload the file already!
> We are using Hotfile.com for over 6 months now someone emailed you about us
> and talk bad and hotfile.com removed our file.
> This is not the normal way because it is never happening before.
> Please ask us to!
>
> We do nothing wrong.
> We have contacts with Samsung!
> Samsugn told us everything is alright what we are doing!
> So the boss "Samsung" tell us its safe and now some hater is sayin its
> wrong...
> We are a Samsung website with a contact person of Samsung Benelux.
>
> Please don't remove any other files please ask us first if something is
> wrong.
>
> This is the work of people who don't like us!
>
> Thanks. Danny Dorresteijn.
> www.SamFirmware.com

---

**HotFile Corp <andrew@hotfile.com>**                                    **Tue, Jun 14, 2011 at 10:48 PM**
To: Vasil Kolev <vasil@ludost.net>

Confidential

6.7.2011 г. 15:54 ч.
HF02835684

Gmail - Counter notification for deleted files                    https://mail.google.com/mail/?ui=2&ik=bbe6b49378&view=pt&q=vaz...

Vazstanovi file-a I user accounta ako e suspednat...
http://hotfile.com/dl/120313261/aeb6a12/I9000XXJVP.rar.html
---------- Forwarded message ----------
From: **Jimmy Lee** <jle@dtecnet.com>
Date: Tue, Jun 14, 2011 at 8:45 PM
Subject: Re: Counter notification for deleted files
To: HotFile Corp <andrew@hotfile.com>


Dear Hotfile,

We would like to retract the request for takedown of the link mentioned below.

Best,
Jimmy

_____

**From:** HotFile Corp <andrew@hotfile.com>
**Date:** Tue, 14 Jun 2011 07:10:15 -0500
**To:** Jimmy Lee <jle@dtecnet.com>
**Subject:** Counter notification for deleted files

Hello,
We received counter notification for deleted by you file:
http://hotfile.com/dl/120313261/aeb6a12/I9000XXJVP.rar.html

Please respond according DMCA regulations within appropriate term.

Regards,


> ---------- Forwarded message ----------
> From: Samsung-Firmware Samsung-Firmware
> Date: Mon, Jun 13, 2011 at 2:16 PM
> Subject: Hotfile remove my files because of no reason.
> To: abuse@hotfile.com
>
>
> Hello
> I', Danny Dorresteijn from www.SamFirmware.com
>
> We use hotfile for I think 6 months now.
> Its a great host for all my files.
> We have almost 300.000 site members.
> We send hotfile.com     already a email about that, we are most of the time
> always the first one with our files.I
> If someone send you guys a abuse about us, this could be FAKE.
>
> SamFirmware is the only website who is using hotfile.com
> If someone email you about us.
> This is for 100% FAKE.
>
> We are not happy that you guys show fakers real answers!
> You should aks us first.
>
> We are a big website all over the world.
>
> Today we got a email from hotfile.com
>

> *This mail is to notify you that the access to the following links was
> disabled
> as a result of received complaint of copyright holders of the files. If you
> believe
> that access to this files were disabled by mistake, please follow the
> instructions
> in our Intelectual Property Policy
> (**http://hotfile.com/ippolicy.html*
> *) for submitting
> counter-notification.
>
> **http://hotfile.com/dl/120313261/aeb6a12/I9000XXJVP.rar.html*      (samfirmware)
> *
> --
> Hotfile.com abuse team
>
>
> *We Reupload the file already!
> We are using Hotfile.com for over 6 months now someone emailed you about us
> and talk bad and hotfile.com    removed our file.
> This is not the normal way because it is never happening before.
> Please ask us to!
>
> We do nothing wrong.
> We have contacts with Samsung!
> Samsugn told us everything is alright what we are doiing!
> So the boss "Samsung" tell us its safe and now some hater is sayin its
> wrong...
> We are a Samsung website with a contact person of Samsung Benelux.
>
> Please don't remove any other files please ask us first if something is
> wrong.
>
> This is the work of people who don't like us!
>
> Thanks. Danny Dorresteijn.
> www.SamFirmware.com

---

**Vasil Kolev <vasil@ludost.net>**                                          **Tue, Jun 14, 2011 at 11:52 PM**
To: HotFile Corp <andrew@hotfile.com>

Готово.


В 22:48 +0300 на 14.06.2011 (вт), HotFile Corp написа:
> Vazstanovi file-a i user accounta ako e suspednat...
> http://hotfile.com/dl/120313261/aeb6a12/I9000XXJVP.rar.html
> --------- Forwarded message ---------
> From: Jimmy Lee <jle@dtecnet.com>
> Date: Tue, Jun 14, 2011 at 8:45 PM
> Subject: Re: Counter notification for deleted files
> To: HotFile Corp <andrew@hotfile.com>
>
>
> Dear Hotfile,
>
> We would like to retract the request for takedown of the link mentioned
> below.

>
> Best,
> Jimmy
>
> From: HotFile Corp <andrew@hotfile.com>
> Date: Tue, 14 Jun 2011 07:10:15 -0500
> To: Jimmy Lee <jle@dtecnet.com>
> Subject: Counter notification for deleted files
>
> Hello,
> We received counter notification for deleted by you file:
> http://hotfile.com/dl/120313261/aeb6a12/I9000XXJVP.rar.html
>
> Please respond according DMCA regulations within appropriate term.
>
> Regards,
>
>
> > --------- Forwarded message ---------
> > From: Samsung-Firmware Samsung-Firmware
> > Date: Mon, Jun 13, 2011 at 2:16 PM
> > Subject: Hotfile remove my files because of no reason.
> > To: abuse@hotfile.com
> >
> >
> > Hello
> > I', Danny Dorresteijn from www.SamFirmware.com
> >
> > We use hotfile for i think 6 months now.
> > Its a great host for all my files.
> > We have almost 300.000 site members.
> > We send hotfile.com already a email about that, we are most of the time
> > always the first one with our files.!
> > If someone send you guys an abuse about us, this could be FAKE.
> >
> > SamFirmware is the only website who is using hotfile.com
> > If someone email you about us.
> > This is for 100% FAKE.
> >
> > We are not happy that you guys show fakers real answers!
> > You should aks us first.
> >
> > We are a big website all over the world.
> >
> > Today we got a email from hotfile.com
> >
> > *This mail is to notify you that the access to the following links was
> > disabled
> > as a result of received complaint of copyright holders of the files. If
> you
> > believe
> > that access to this files were disabled by mistake, please follow the
> > instructions
> > in our Intelectual Property Policy
> > (**http://hotfile.com/ippolicy.html*
> > *) for submitting
> > counter-notification.
> >
> > **http://hotfile.com/dl/120313261/aeb6a12/I9000XXJVP.rar.html*(samfirmware)
> > *
> > --
> > Hotfile.com abuse team

https://mail.google.com/mail/?ui=2&ik=bbe6b49378&view=pt&q=vaz...

> >
> >
> > *We Reupload the file already!
> > We are using Hotfile.com for over 6 months now someone emailed you about
> us
> > and talk bad and hotfile.com removed our file.
> > This is not the normal way because it is never happening before.
> > Please ask us to!
> >
> > We do nothing wrong.
> > We have contacts with Samsung!
> > Samsugn told us everything is alright what we are doiing!
> > So the boss "Samsung" tell us its safe and now some hater is sayin its
> > wrong...
> > We are a Samsung website with a contact person of Samsung Benelux.
> >
> > Please don't remove any other files please ask us first if something is
> > wrong.
> >
> > This is the work of people who don't like us!
> >
> > Thanks. Danny Dorresteijn.
> > www.SamFirmware.com


--
Regards,
Vasil Kolev

--------------------------------------------------------------------

    signature.asc
    1K

Confidential

HF02835688

# EXHIBIT 2



HotFile Corp <hotfile.mailbox@gmail.com>

# Fwd: Counter-Notification Disputing Removal or Blocking of Content

4 messages

---

**Hotfile Abuse <abuse@hotfile.com>**                                    **Fri, Jun 3, 2011 at 12:08 PM**
To: andrew@hotfile.com

--------- Forwarded message ---------
From: **Crystal Sawyer** <shangriladreams@gmail.com>
Date: Thu, Jun 2, 2011 at 8:39 PM
Subject: Counter-Notification Disputing Removal or Blocking of Content
To: abuse@hotfile.com


To Whom it May Concern:

The content that has been removed mistakenly is the following:
http://hotfile.com/dl/95741768/0643dcf/21_ARCHITECTURAL_GRAPHICS.rar.html

This is a zipped folder containing architectural graphics for one of my clients, Greenplan. We are utilizing these graphics in order to maintain the section of his website which can be found here:

http://greenplan.ca/architecturalgraphics.htm

In good faith I believe the material was removed or disabled as a result of mistake, or as a result of misidentification of the material to be removed or disabled.

My name is Crystal Sawyer
Address Apt 403-75 Gorge Rd West
Phone: 1-604-617-7004
Email: shangriladreams@gmail.com

I consent to the jurisdiction of the Federal District Court in the judicial district in Northern District of California, and I will accept service of process from the person who provided notification of the alleged infringement or from an agent of such person.


Regards,
Crystal Sawyer




--------- Forwarded message ---------
From: **Hotfile.com Abuse** <abuse@hotfile.com>
Date: 2 June 2011 08:14
Subject: Deleted files on hotfile.com
To: shangriladreams@gmail.com


This mail is to notify you that the access to the following links was disabled
as a result of received complaint of copyright holders of the files. If you believe
that access to this files were disabled by mistake, please follow the instructions

---

Confidential

HF02835689

In our Intelectual Property Policy (http://hotfile.com/ippolicy.html) for submitting counter-notification.

http://hotfile.com/dl/95741768/0643dcf/21_ARCHITECTURAL_GRAPHICS.rar.html

--

Hotfile.com abuse team


--

Skype: crystal.sawyer

---

**HotFile Corp <andrew@hotfile.com>**                          Sat, Jun 4, 2011 at 10:03 AM
To: remedies@attributor.com

Hello,
User started counter-notice and you should respond ASAP.

Regards,
[Quoted text hidden]

---

**HotFile Corp <andrew@hotfile.com>**                          Sun, Jun 12, 2011 at 10:19 AM
To: Vasil Kolev <vasil@ludost.net>

Vazstanovi file/user, niama otgovor na counter notice-a....

---------- Forwarded message ----------
From: **Hotfile Abuse <abuse@hotfile.com>**
Date: Fri, Jun 3, 2011 at 12:08 PM
[Quoted text hidden]

---

**Vasil Kolev <vasil@ludost.net>**                            Sun, Jun 12, 2011 at 1:49 PM
To: HotFile Corp <andrew@hotfile.com>

Възстанових.

В 10:19 +0300 на 12.06.2011 (нд), HotFile Corp написа:
> Vazstanovi file/user, niama otgovor na counter notice-a....
>
> ---------- Forwarded message ----------
> From: Hotfile Abuse <abuse@hotfile.com>
> Date: Fri, Jun 3, 2011 at 12:08 PM
> Subject: Fwd: Counter-Notification Disputing Removal or Blocking of Content
> To: andrew@hotfile.com
>
>
>
>
> ---------- Forwarded message ----------
> From: Crystal Sawyer <shangriladreams@gmail.com>
> Date: Thu, Jun 2, 2011 at 8:39 PM
> Subject: Counter-Notification Disputing Removal or Blocking of Content
> To: abuse@hotfile.com
>
>
> To Whom it May Concern:

>
> The content that has been removed mistakenly is the following:
> http://hotfile.com/dl/95741768/0643dcf/21_ARCHITECTURAL_GRAPHICS.rar.<http://hotfile.com/dl/95741768/0643dcf/21_ARCHITECTURAL_GRAPHICS.rar.html>
> html<http://hotfile.com/dl/95741768/0643dcf/21_ARCHITECTURAL_GRAPHICS.rar.html>

[Quoted text hidden]

Regards,
Vasil Kolev

signature.asc
1K

Confidential

6.7.2011 г. 16:07 ч.
HF02835691

# EXHIBIT 3



HotFile Corp <hotfile.mailbox@gmail.com>

# Counter notice for wrong deleted file

4 messages

**HotFile Corp <support@hotfile.com>**                                          Sat, Jun 25, 2011 at 2:18 PM
To: herve.lemaire@leakid.com

Please respond ASAP!
You deleted file mentioned below for which we received counter notice:

> Hello,
>
> our account cryptloadUpload has been terminated but we have the copyright
> for the abused files because we are the developer of the software (
> http://cryptload.info).
>
> The mentioned file
> http://hotfile.com/dl/117253666/d0f1170/cryptload118.rar.html (cryptloadUpload) is our
> software wich we offer users through your service.
>
> Please reactivate my account and dont abuse our software on your system.
>
> My Data:
> Kamill Skupien
> Finkenweg 20
> 94419 Reisbach
> Germany
>
> 0049 176 32365415

> --
> ----------------------------------------
> Hotfile.com
>
> Support:http://hotfile.com/contacts.html
> Help/FAQ:http://hotfile.com/help.html

**herve lemaire <herve.lemaire@leakid.com>**                                    Sat, Jun 25, 2011 at 2:32 PM
To: HotFile Corp <support@hotfile.com>

Yes its a mistake

**De :** hotfile.mailbox@gmail.com [mailto:hotfile.mailbox@gmail.com] **De la part de** HotFile Corp
**Envoyé :** samedi 25 juin 2011 13:18
**À :** herve.lemaire@leakid.com
**Objet :** Counter notice for wrong deleted file

Confidential

HF02835692

https://mail.google.com/mail/?ui=2&ik=bbe6b49378&view=pt&q=her...

[Quoted text hidden]

---

**HotFile Corp <support@hotfile.com>**                                    **Sun, Jun 26, 2011 at 7:55 AM**
To: Vasil Kolev <vasil@ludost.net>

Restore file/user

[Quoted text hidden]

---

**HotFile Corp <support@hotfile.com>**                                    **Sun, Jun 26, 2011 at 7:56 AM**
To: herve lemaire <herve.lemaire@leakid.com>

OK, but we suspended user who is our customer since one year and he now quit using our service because of this?
How exactly you decided to delete this file?

[Quoted text hidden]

---

Confidential

6.7.2011 г. 15:56 ч.
HF02835693

# EXHIBIT 4

Redacted

-------- Original Message --------
**Subject:** Fwd: Counter-Notification
  **Date:** Tue, 23 Aug 2011 09:14:59 +0300
  **From:** Hotfile Abuse <abuse@hotfile.com>
    **To:** Herve Lemaire <herve.lemaire@leakid.com>
    **CC:** anton@titov.net

Hello,
Please respond ASAP, we deleted user's file/account due your report....

---------- Forwarded message ----------
From: **Marjan Mijic** <marjan_mijic@yahoo.com>
Date: Tue, Aug 23, 2011 at 1:35 AM
Subject: Counter-Notification
To: "abuse@hotfile.com" <abuse@hotfile.com>

This file is the album of MY band, and it's not abuse since My album is free and I can distribute it however I want!

http://hotfile.com/dl/113643491/7c7ae9a/Tiarah_-_Extinction_Ceremony_-_FREE_2011_MP3_320kbps_SKiN.rar.html

My name is Marjan Mijic and I am the vocalist and owner of all the rights of the recorded material and the writer, producer and tehnician of this material.
If someone reported this link I would like to know who.

This album is free, and not signed to any label!!!
You can check it!

Marjan Mijic                .
www.tiarah.com
www.chainroom.com
marjanmijic.blogspot.com
   Karadjordjeva 3
24400
Senta
Serbia
+38163335003

--
http://hotfile.com/reportabuse.html
http://hotfile.com/ippolicy.html

8/26/2011

HF02868355

# EXHIBIT 5



Redacted

-------- Original Message --------
**Subject:**Fwd: Account Suspended Counter Claim
**Date:**Thu, 10 Nov 2011 09:13:14 +0200
**From:**Hotfile Abuse <abuse@hotfile.com>
**To:**anton@titov.net

---------- Forwarded message ----------
From: **Dan - AH.FM** <dan@afterhours.fm>
Date: Wed, Nov 9, 2011 at 1:13 PM
Subject: Account Suspended Counter Claim
To: abuse@hotfile.com

Hello it has come to my attention that account ahfm (mscice@gmail.com) has been suspended.

I would like to say that we run a online radio station thats well respected on the www. We have over 200 artists that upload their special works to us on daily basis, we have permission by them to share their works online.

Our full legal regulatory is: www.ah.fm/legal.html
**DJ's/Composers/Producers/Agencies**
Afterhours.FM uses your mixed shows to be aired on the radio also for download as a promotional pack using 3rd party hosting websites. Afterhours.FM does not sell these mixed shows, and are for promotional use only. You acknowledge that you have the rights to and consent to (by uploading your scheduled show) share the works by being broadcasted by Afterhours.FM. You also acknowledge that Afterhours.FM does not assume nor will be held accountable for any legal infringements you may cause due to not having the permission of composers to upload their works, and that you can be responsible for damages that may occur due to infringement. Any complaints due to infringements mailed to admins of Afterhours.FM will be taken seriously, upon proof of infringement that particular show will be canceled & removed from the station, contact information will be shared upon discretion of the parties involved.

So any 3rd party wanting us NOT to upload artists works online they need to contact us and we will be happy to remove those artists from being shared online...

Please ublock our account as many artists depend on hotfile links as for promotion, if not we will try to look for alternative place to host our permission given works.

Best Regards

1

HF02868356

--
**Dan**
Founder/Owner
<u>Afterhours.FM</u>, Inc.
Leading Trance Radio

**Web:** <u>http://www.ah.fm</u>
**Facebook:** <u>http://www.facebook.com/Afterhoursfm</u>
**Twitter:** <u>http://twitter.com/Afterhoursfm</u>
**Mobile:** <u>http://www.ah.fm/apps</u>


--
<u>http://hotfile.com/reportabuse.html</u>
<u>http://hotfile.com/ippolicy.html</u>

2

HF02868357

# EXHIBIT 6



---------- Forwarded message ----------
From: **Notices** <Notices@ifpi.org>
Date: Thu, Nov 10, 2011 at 1:57 PM
Subject: RE: Counter Claim
To: Hotfile Abuse Department <abuse@hotfile.com>


Dear Sir/Madam

We are writing regarding the claim we asserted against the following file:

http://hotfile.com/dl/115379401/78283d5/Orkidea_-_Radio_Unity_028_on_AH.FM_20-04-2011.mp3.zip.html

Despite our earlier good faith belief, we have become aware that this file was removed in error and they are not in fact infringing our member or represented company's rights:

We would therefore like to withdraw our claim in relation to these files.


Yours faithfully
IFPI


-----Original Message-----
From: Hotfile Abuse Department [mailto:abuse@hotfile.com]
Sent: None
To: Notices
Subject: Counter Claim

Message-Id: <20111109183541.6E412622F4@a1.hotfile.com>
Date: Wed,  9 Nov 2011 12:35:41 -0600 (CST)
Return-Path: lighttpd@a1.hotfile.com
X-OriginalArrivalTime: 09 Nov 2011 18:35:47.0499 (UTC) FILETIME=[65E867B0:01CC9F0E]

Constantin Luchian
1007 N. Federal Highway, Suite 240
Fort Lauderdale, Florida, 33304
United States of America
Fax: +1 954 414 0865

1

HF02868358

November 09, 2011

RE: Mistaken Removal

Dear Constantin Luchain;

    Please find attached to this letter a list of material removed by you pursuant to 17 U.S.C. Section 512.  I have a good faith belief that this material was removed or disabled in error as a result of mistake or misidentification of the material.  I declare that this is true and accurate under penalty of perjury under the laws of the United States of America.

    For the purposes of this matter, I consent to the jurisdiction of the Federal District Court for the judicial district in which the service provider may be found. I also consent to service of process by the person providing notification under  Section 512(c)(1)(C) or that personâ€™s agent. However, by this letter, I do not waive any other rights, including the ability to pursue an action for the removal or disabling of access to this material, if wrongful.

    Having complied with the requirements of Section 512(g)(3), I remind you that you must now replace the blocked or removed material and cease disabling access to it within fourteen business days of your receipt of this notice.  Please notify me when this has been done.

    I appreciate your prompt attention to this matter.  If you have any questions about this notice, please do not hesitate to contact me.
Sincerely,

_____

dan k (AH.FM)
mscice@gmail.com
48510652789
toronto, ontario

Enclosure

File List:
http://hotfile.com/dl/115379401/78283d5/Orkidea_-_Radio_Unity_028_on_AH.FM_20-04-2011.mp3.zip.html


--
http://hotfile.com/reportabuse.html
http://hotfile.com/ippolicy.html


--
http://hotfile.com/reportabuse.html
http://hotfile.com/ippolicy.html

2

HF02868359

# EXHIBIT 7

This chart shows the number of premium conversions (the *paidfor* field of the *dailydownload* table) for the files in each category of Zebrak's list.

| Zebrak Category | Sum of *paidfor* | Dailydownload Total | Conversion Rate |
|---|---|---|---|
| Confirmed Infringing | 44 | 215302 | 0.0204% |
| Highly Likely Infringing | 1245 | 2123933 | 0.0586% |
| Noninfringing | 699 | 650727 | 0.1074% |
| Unknowable | 116 | 316235 | 0.0367% |

# EXHIBIT 8

Hotfile.com: One click filehosting                                          Page 1 of 3



# Terms of Service

### Services of Hotfile.

Hotfile offers the Client services provided the Client completely and unconditionally undertakes to comply with the present Agreement. In this Agreement, it is agreed that: · The client (if you, or the user, or the subscriber) means a private person or an organization, including its employees that uses or intends to use the Services of Hotfile; · Services of Hotfile mean the electronic or interactive services rendered by Hotfile.

Hotfile reserves the right to change or stop all of the rendered Services at any time.

### The rights to use the Services of Hotfile.

Our Services are rendered to private persons or organizations that have the corresponding legal status that enables the conclusion of legally binding arrangements in accordance with legislation. Accepting this agreement, the User confirms the fact that he or she has the license of economic activity (to be the consumer of services) in accordance with the law (during a period of validity in the present Agreement), he or she is not a business rival of Hotfile, and also declares that in accepting the present Agreement, the Client is at least 18 years of age and has the right to conclude the contracts, which have a binding force, as the Client.

### Account of the Client. Rights of the client. Responsibilities of the client.

The client undertakes to give to Hotfile the true, exact, and full information about him or herself for all of the questions that are requested on the registration form. The client agrees the update and support information to be true, exact, and in a full state. Otherwise, Hotfile has the right to suspend or cancel your account and present Agreement.

The client is the unique legal owner for the data of the account (the login, password and all attendant data). The client has full responsibility for all and any (successful or unsuccessful) attempts to access the Services or use of Services (including all actions and transactions) with the use of the account of Client, except for cases when access or the utilization of Services is a direct result of negligence of Hotfile.

The client agrees that the voluntary transfer of login and password of its privileged account (GOLD-account) to third parties leads to the automatic lifting of the privileged status of the account, and notes that a violation of the user's agreement used.

The client is completely responsible for the preservation of the confidentiality of the information of access to his or her account, as well as has full responsibility for the actions that occur by way of his or her account.

The client undertakes to notify Hotfile immediately in case of nascence of the circumstances indicating that his or her account or information was used unauthorized. These cases are (but not limited): reception by the Client of confirmation his or her orders of services, made on his or her account that the Client didn't order; occurrence in client's account of data regarding actions (downloading or uploading files) that the client didn't do or other similar inconsistent actions.

### Client's data. Ordering information. Changing the information about the client.

The client has exclusive obligations and full responsibility for the information, which he or she saved on the servers of Hotfile. The client supervises his or her own files through the unique reference generated for him or her. The client has full responsibility for the data and exclusive obligation for any lost and unreduced information. The client agrees to contain the information according to legal responsibilities. The client agrees to reception on the e-mail address of news of service, the information on new services and actions of service Hotfile. Hotfile undertakes to delete the client's information after completing a period of validity in the present Agreement. Hotfile reserves the right to keep the client's information in the archives after his or her deletion, and has not any obligation to the Client for such information.

In using our service IP address your browser will be identified and brought into the databases of our servers. This IP address is saved by the servers of Hotfile only for our internal utilization (calculation of visiting, optimum usage of downloading files, etc.). Hotfile uses cookies to save the options of the users' browsers, in the case that users provide their consent. Utilization of cookies doesn't permit one to find out confidential information about a client - e-mail address, postal address, numbers on a credit card, etc.

Our service calculates the e-mail addresses of users of Hotfile with the purpose of registration and the enumeration of users. Hotfile does not sell and does not share your personal information with any companies.

### Ownership of information and copyrights.

You recognize that all materials (except the users' uploading), submitted on the present Web page, switching the information, documentation, goods, trademarks, drawings, sounds, GUI, software, and services (further called Materials), rendered by Hotfile or third parties - authors, developers, suppliers (in generally called Intermediaries), belong to Hotfile and/or to Intermediaries. Elements of Web pages are protected by legislation on a set of various nonfunctional elements of the goods or services and other legislation and cannot be copied or reproduced in part or whole. Hotfile, trademark of Hotfile and other goods mentioned in the present agreement, are trademark of Hotfile. Other names of goods, names of companies, marks, trademarks, and symbols are trademarks of corresponding organizations.

Services of Hotfile can be used in legitimate objectives. Transmission, distribution, or storage of any materials that violate laws are

Confidential                                                                                    HF02835694

forbidden. This includes without restriction patented materials, copyright laws, trademarks, commercial secrets and other intellectual property rights. The client is obliged to receive the author's preliminary agreement in the case of the use of his or her materials. In using the Services, you declare and guarantee that you are the author and owner of the copyrights and/or have due licenses for the represented information, you also declare and guarantee that your information does not offend trademarks and other rights of third parties. Hotfile reserves the right to immediately suspend or delete the account of a client, which, in the opinion of Hotfile, offends the present agreement or laws or decisions.

Attention In case of using Hotfile Service for distribution of the files containing materials which appear to involve child exploitation, the account of the user who placed such files will be immediately deleted and all neccesary information will be passed on to the National Center for Missing & Exploited Children as well as to the administrative tribunals and/or members of the ISP.

### You agree to not use the services of Hotfile

for the purpose of: Loading, accommodation, sending by way of e-mail, transmission or publication by other means of information distributing for terrorist propagation, propagandizing of kindling interethnic, racial or religious break a set, representing violence or death;

Causing of harm to minors, including any form of child pornography; in the case that we shall regard this as sufficiently serious, it will be transferred to the corresponding administrative tribunals and/or members of the ISP;

Loading, accommodation, sending by way of e-mail, transmission or publication by other means of information, which offends the rights of some party on all patents, trademarks, commercial secrets, copyrights, or other property rights.

You undertake to not place information containing illegal materials, as well as other forms of the transmission of illegal or obscene contents and information prompting illegal actions inducing gaming, illegal sales of the weapons, advertising, or the publication of materials that violate legislation regarding the distribution of pornography and racism. You also undertake to not place discrediting information concerning some person, without the consent or intentionally rendering such to someone as mental cruelty.

In the case of the non-observance of the present requirements, **Hotfile reserves the right to immediately suspend or delete, without preliminary prevention, your account or the transaction** violating the present agreement.

Illegal actions also include intrusions or attempts of intrusion into the information system of Hotfile, or attempts to affect the ability of Hotfile to render Services.

These are (but not limited to the following actions):

Unauthorized access to the Services of Hotfile, which includes attempts to probe, test systems for availability, to try to break down the system of information protection of the website without permission from Hotfile;

Intervention in the process of rendering Services to any client or users' network for example avalanche routing or intentional attempts to overload system;

There are many other actions that can destroy the infrastructure of Hotfile, which are strictly prohibited and are the subject of criminal and civil liability.

Lawfully or not, Hotfile reserves the right to decide for the fate of the activity of Hotfile and its Clients.

Attentions please, in such a case if it will be detected that an account or transmitted information violates any of those rules, Hotfile reserves the right to delete the account or stop the transfer of information. If it is necessary, Hotfile will send claims to the corresponding legal instances. In this case, Hotfile will actively cooperate with administrative tribunals in the investigation and criminal prosecution of similar actions, which means the disclosure of the data of the Client's account.

**Attention! In case of using Hotfile Service for distribution of the files containing materials which appear to involve child exploitation, the account of the user who placed such files will be immediately deleted and all neccesary information will be passed on to the National Center for Missing & Exploited Children as well as to the administrative tribunals and/or members of the ISP.**

Complaints of the persons, breaking our Rules, are accepted here. Each complaint will be considered, and depending on the results, can lead to the deletion of the Client's account without preliminary prevention.

### Absence of guarantees. Responsibility.

You express understanding and agreement with the following:

You use these services at your own risk.

Services of Hotfile are rendered "as is" and "as far as possible". Hotfile and its representatives, within the limits allowed by legislation, haven't the responsibility for the any guarantees, for example, the guarantee of conformity of the user's purpose, guarantee of commercial suitability, and guarantee of absence of violation of third parties rights. Hotfile and its representatives do not guarantee accuracy, reliability, completeness, timeliness of Services, software or other information content;

We don't guarantee that Services will correspond to your requirements, Services will be rendered continuously, quickly, reliably, and without mistakes, Results which can be received through the utilization of services, will be exact and reliable, Quality of some product, service, information, or other materials, which you received through the utilization of Services, will correspond to your expectations. Some materials, which you loaded or otherwise received through the utilization of Services, are used by you at your own discretion and at your own risk, and only you have exclusive responsibility for any data that is lost or damaged, which can also damage your computer system or as the result of loading these materials;

Any consultation or information, written or oral, received by you through the utilization of Services, doesn't represent a guarantee, except for direct guarantees in the present Agreement.

You agree to recover damages, including reasonably the necessary payment of legal services, and to release Hotfile, its affiliated organizations, and branches, management, employees, agents from responsibility for any claims and requirements based on your utilization of Services; or violation of the present Agreement or other rules and conditions of Hotfile.

Confidential                                                                                              HF02835695

You use the services of Hotfile at your own risk. If you are not satisfied with our Services or present user agreement, or any other rules, you have the right to stop the utilization of Services. You agree that Hotfile is not responsible for any sheer, indirect, collateral, or penal losses as such as lucrum cessans, lost of reputation, data that is lost or other non-material losses, taken place for reasons of utilization or impossibility of utilization of services; necessities to pay anew the unremunerative goods or services purchased through the utilization of Services; unauthorized access or modification in transmitted information or data; statements or actions of any third party within the framework of services; any other event concerning the Services.

### Modification of the Agreements and Rules for extension of Services.

We reserve the right at any time to modify the present agreement for the extension of Services. We also reserve the right at any time to modify or stop all Services, with the prior notification or without, for a specified time or without a time limit.

You agree that Hotfile does not have any obligations to you, nor to any third party for any modification, suspension, or termination of Services. You recognize that we can establish the general rules and restrictions of using Services, including the maximal disk space allotted to you on the servers of Hotfile, the maximal number of look-up, (and their time of duration) to Services for the specified time.

In addition, you recognize that Hotfile has the right, without preliminary prevention, to change tariffs for the utilization of Services. Modification of tariffs for the utilization of Services inures after the termination of the validity of an existing subscription of the Client.

· Hotfile has the immediate right to prevent, suspend, (without a time limit or temporarily) to close access and to stop the extension of Services to the client, or to delete the account of the Client, and also to refuse to render service to the client further in the case of: Hotfile is justified to believe that the Client has broken or has not executed any aspect of the present Agreement or other contracts or instructions of Hotfile, Client hasn't paid for services or any others indebtednesses to Hotfile, Hotfile cannot establish authenticity of the information given by the Client, Hotfile is justified to believe that actions of the Client can entail the legal responsibility of the Client, other Clients of Hotfile or Hotfile. Hotfile reserves the right at their own discretion at any time to stop Services or their part, with the prior notification or without such. You agree that the termination of access to Services on any item of present user's agreement can inure without prior notification, and also agree that Hotfile has the immediate right to deactivate, archive, or delete your account and their parts: information, data and-or refuse to access in the further to those data or Services. Furthermore, you agree that Hotfile is not responsible to you or any third party for the termination of your access to Services.

After the cancellation of the present Agreement by the Client or Hotfile, all privileges of the Client stipulated in the Agreement, and obligations of Hotfile extension of Services, are immediately cancelled.

Incapacity of Hotfile to undertake actions concerning violations performed by theClient or other persons, does not deprive the right of Hotfile to take measures concerning subsequent or similar violations.

Any requirement or claim raised by the Client for any items of the present Agreement should be given within twelve months from the moment of occurrence of the requirement or the claim's basis.

The client and Hotfile are independent contractors. The present Agreement does not provide and does not create such forms of legal relationship with the Client as an establishment, company, joint venture, labor relations, trading relations.

For the conditions of the present Agreement, the Client has not the right to transfer any rights or to assign other persons duties. Any attempts of transfer those rights have not validity.

Our activity for the extension of Services can be broken by various factors, which we can't control. We have not the responsibility for any delays, or the incapacity to render Service as a result of reasons, which do not depend on us.

If any clause of the present Agreement is declared invalid, that clause should be bypassed, with the least damage of interests of the parties, and other clauses of the Agreement continue to be in effect. Headings of items of the Agreement serve only for convenience, and in any degree do not determine, limit, interpret, or describe a spectrum or a measure of an item of agreement.

Accepting this agreement, you declare and guarantee to Hotfile company, that you are not a competitor of Hotfile and you undertake to not use the information received through the utilization of the website of Hotfile and Services of Hotfile for being in a competition to the last.

### Excepting agreements and conditions that are published on the website, the present Agreement regulates full understanding and agreement between the parties concerning the discussed subject.

Department of the fight against abuse: Click here

Counterfeit files will be immediately deleted after the reception of your proven confirmation. In the case of the detection of such files, we will take advantage of this form and send a full reference on such a file.

Copyright © 2008, 2009 hotfile.com, All Rights Reserved.
Home | Premium | Privacy Policy | Terms of Service | Report Abuse | Contacts

Confidential                                                                                HF02835696

# EXHIBIT 9

Hotfile.com: One click filehosting                                    Page 1 of 1

INTERNET ARCHIVE
WaybackMachine

http://hotfile.com/contacts.html?subject=Hotfile:Abuse

**2 captures**
2 Mar 09 - 15 Apr 09

GO

FEB **MAR** APR
◄ **2** ►
2008 **2009** 2010

Close

Help

hotfile

Upload   Premium   FAQ   Contacts   Sign up

Username:

Password: _____

Forgot Password        [ Login ]

Your E-Mail Address:

Subject:            Hotfile:Abuse

Url:

Message:

[ Contact Us ]

Copyright © 2008, 2009 hotfile.com, All Rights Reserved.
Home | Premium | Privacy Policy | Terms of Service | Report Abuse | Contacts

Confidential                                                        HF02835697

# EXHIBIT 10

| From: | DtecNet AntiPiracy |
|---|---|
| To: | abuse@hotfile.com |
| Sent: | 4/29/2009 11:14:30 AM |
| Subject: | Unauthorized Use of Warner Bros. Property |

Dear Abuse Manager,

I am writing this letter on behalf of Warner Bros. Entertainment Inc. ("Warner Bros."), in response to the discovery of copyrighted works from Warner Bros.' located at hotfile.com. Specifically, we note the unauthorized use therein of images and content from the following motion pictures and/or television programs in which Warner Bros. owns copyright and/or exclusive distribution rights:

Title: 17 Again
Infringement Source: N/A
Initial Infringement Timestamp: N/A
Infringing URLs:
http://hotfile.com/dl/296547/103154d/17again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17again-THS.part4.rar.html
http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/319699/e5c60ba/17A.CAM.XViD-CAMERAx.part2.rar.html
http://hotfile.com/dl/320007/967bb60/17A.CAM.XViD-CAMERAx.part1.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331061/afa7720/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331092/3e6aa97/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331115/c403d1e/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/331128/4038457/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17Again.CAM.XVID-STGx.part1.rar.html
http://hotfile.com/dl/295252/16b8892/17.Again.2009.CaM.XviD-THS.part4.rar.html
http://hotfile.com/dl/295289/be8bd7c/17.Again.2009.CaM.XviD-THS.part3.rar.html
http://hotfile.com/dl/295331/0e90328/17.Again.2009.CaM.XviD-THS.part2.rar.html
http://hotfile.com/dl/295356/d830c95/17.Again.2009.CaM.XviD-THS.part1.rar.html
http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html
http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html
http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html
http://hotfile.com/dl/437492/d6bcd28/17A.Rapid-Serbia.com.part1.rar.html
http://hotfile.com/dl/437502/344166b/17A.Rapid-Serbia.com.part2.rar.html
http://hotfile.com/dl/437507/78e96ca/17A.Rapid-Serbia.com.part3.rar.html
http://hotfile.com/dl/307321/926b9e6/17.Again.CAM.XViD-CAMERA.part1.rar
http://hotfile.com/dl/307404/e5f76a0/17.Again.CAM.XViD-CAMERA.part2.rar
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WWW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/437507/78e96ca/17A.Rapid-Serbia.com.part3.rar.html
http://hotfile.com/dl/780126/cc18cab/osgabugbjkbaiiufaufaih.part1.rar.html
http://hotfile.com/dl/780140/bb0866a/osgabugbjkbaiiufaufaih.part2.rar.html
http://hotfile.com/dl/780151/34ad7aa/osgabugbjkbaiiufaufaih.part3.rar.html
http://hotfile.com/dl/780153/7f4ce07/osgabugbjkbaiiufaufaih.part4.rar.html
http://hotfile.com/dl/295213/b417438/17.Again.2009.CaM.XviD-THS.avi.part4.rar.html
http://hotfile.com/dl/295215/a588448/17.Again.2009.CaM.XviD-THS.avi.part1.rar.html

WARNER000831

http://hotfile.com/dl/295223/e3ad9a4/17.Again.2009.CaM.XviD-THS.avi.part2.rar.html
http://hotfile.com/dl/295227/37131b1/17.Again.2009.CaM.XviD-THS.avi.part3.rar.html

I have a good faith belief that such content is not authorized by Warner Bros., its agent, or the law and therefore infringe Warner Bros.� rights. This material is infringing and should be removed or access to it disabled.

The copyrighted materials described above on the allegedly infringing web pages is not authorized by the copyright owner, its agent, or the law. The information in the notification is accurate, and under penalty of perjury, I declare that I am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Please disable access to all such unauthorized Warner Bros. materials and cease display and distribution immediately, via all means, of all proprietary Warner Bros. materials. Your failure to respond to this matter as requested and/or any further unauthorized use of Warner Bros.' copyrighted materials may compel Warner Bros. to pursue more formal channels to protect its rights.

Please note that nothing contained in this letter nor any act or omission to act by Warner Bros., its parents, subsidiaries and affiliates is intended or should be deemed to be a waiver or modification of any rights or remedies which Warner Bros., its parents, subsidiaries and affiliates may have, and all such rights.

I look forward to your prompt response to this matter.

Sincerely,
/dk

David Kaplan
Senior Vice President, Intellectual Property Counsel
Warner Bros. Entertainment Inc.
4000 Warner Boulevard
Burbank, California 91522
Phone: (818) 954-3091
david.p.kaplan@warnerbros.com


sent on behalf of Warner Bros. Entertainment Inc. by


DtecNet

WARNER000832

# EXHIBIT 11

| From: | sony-pictures-no-reply@copyright-compliance.com |
|-------|--------------------------------------------------|
| To: | support@hotfile.com <support@hotfile.com> |
| Sent: | 5/29/2009 11:32:05 AM |
| Subject: | Unauthorized Use of Columbia Pictures Industries, Inc. Property |

Unauthorized Use of Columbia Pictures Industries, Inc. Property
Notice ID: 8-4391636
Notice Date: 29 May 2009 23:28:34 GMT

Dear Sir or Madam:


"Columbia Pictures Industries, Inc.", and its affiliated companies are the exclusive owners of
copyrights in motion pictures and television, including the property listed below.

It has come to our attention that your website is hosting and facilitating the streaming and
downloading of the Columbia Pictures Industries, Inc. movie in which Columbia Pictures
Industries, Inc. is the owner in copyright and/or the owner of exclusive rights. These
properties (listed below) are currently available on your website located at hotfile.com (the
"Website") which is available worldwide. No one is authorized to exhibit, reproduce, transmit,
or otherwise distribute the Columbia Pictures Industries, Inc. Properties without the express
written permission of Columbia Pictures Industries, Inc., which permission Columbia Pictures
Industries, Inc. has not granted to you.

This unauthorized streaming and distribution constitutes copyright infringement under Section
106 of the U.S. Copyright Act. Depending upon the type of service hotfile.com is, it may have
legal and/or equitable liability if it does not expeditiously remove or disable access to the
(property)(s) listed below, or if it fails to implement a policy that provides for termination
of subscribers who are repeat infringers (see, 17 U.S.C. 512).

Despite the above, Columbia Pictures Industries, Inc. believes that the entire Internet
community benefits when these matters are resolved cooperatively. We urge you to take
immediate action to stop this infringing activity and inform us of the results of your
actions. We appreciate your efforts toward this common goal.

The undersigned has a good faith belief that use of the (property)(s) in the manner described
herein is not authorized by Columbia Pictures Industries, Inc., its agent or the law. The
information contained in this notification is accurate. Under penalty of perjury, the
undersigned is authorized to act on behalf of Columbia Pictures Industries, Inc. with respect
to this matter.

Please be advised that this letter is not and is not intended to be a complete statement of
the facts or law as they may pertain to this matter or of Columbia Pictures Industries, Inc.'s
positions, rights or remedies, legal or equitable, all of which are specifically reserved.

Please direct all correspondence to:
http://webreply.baytsp.com/webreply.jsp?customerid=8&
commhash=d363fc60d80fb814080cdda99637a80f8

Please direct any further questions or comments to:
mailto:sony-pictures@copyright-compliance.com?subject=RE
%3A%20Unauthorized%20Use%20of%20Columbia%20Pictures%20Industries%2C%20Inc%2E%20Property

Regards,

Mark Ishikawa
BayTSP, Inc.
PO Box 1314
Los Gatos, CA 95031


v: 408-341-2300
f: 408-341-2399

*pgp public key is available on the key server at http://pgp.mit.edu

SONY008449

Note: The information transmitted in this Notice is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, reproduction, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from all computers.

Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 28 May 2009 00:03:33 GMT
Recent Infringement Timestamp: 29 May 2009 15:17:50 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson.2008.720p.BluRay.x264-AVS720
Infringing File Size: 296940812
Bay ID: hotfile_296940812|296940812
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/210641/9374d88/avs720-tyson.part08.rar.html http://hotfile.com /dl/210632/03e2603/avs720-tyson.part02.rar.html http://hotfile.com/dl/210638/57cb352/avs720-tyson.part10.rar.html http://hotfile.com/dl/210636/8fc81a5/avs720-tyson.part03.rar.html http://hotfile.com/dl/210642/67c1b03/avs720-tyson.part09.rar.html http://hotfile.com/dl/210640 /96cd24f/avs720-tyson.part04.rar.html http://hotfile.com/dl/210619/8f45225/avs720-tyson.part12.rar.html http://hotfile.com/dl/210639/a20b98a/avs720-tyson.part11.rar.html http://hotfile.com/dl/210629/0f4ec1b/avs720-tyson.part01.rar.html http://hotfile.com/dl/210634 /a6921ea/avs720-tyson.part07.rar.html http://hotfile.com/dl/210630/382de93/avs720-tyson.part05.rar.html http://hotfile.com/dl/210637/04b7a1b/avs720-tyson.part06.rar.html
Infringer's User Name:

Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 28 May 2009 00:07:00 GMT
Recent Infringement Timestamp: 29 May 2009 15:17:50 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson (2009/DVDRip)
Infringing File Size: 300918743
Bay ID: hotfile_300918743|300918743
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/189681/82ba5f0/Tysn.2009.DvdRip.Xvid.MegaGunn1.part2.rar.html http://hotfile.com/dl/189678/a17a4bc/Tysn.2009.DvdRip.Xvid.MegaGunn1.part1.rar.html
Infringer's User Name:

Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 28 May 2009 00:15:33 GMT
Recent Infringement Timestamp: 29 May 2009 15:17:50 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson 2009 DVD Rip
Infringing File Size: 296284313
Bay ID: hotfile_296284313|296284313
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/137788/a29541a/yson.2009.part3.rar.html http://hotfile.com /dl/137790/c8f2f01/yson.2009.part4.rar.html http://hotfile.com/dl/137782/1c1f5af /yson.2009.part2.rar.html http://hotfile.com/dl/137775/ca9d9ad/yson.2009.part1.rar.html
Infringer's User Name:

SONY008450

Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 28 May 2009 01:59:15 GMT
Recent Infringement Timestamp: 29 May 2009 23:35:18 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson (2009)
Infringing File Size: 296882765
Bay ID: hotfile_296882765|296882765
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/182579/b97e354/Tyson.2009.coolhead.part2.rar.html
http://hotfile.com/dl/182584/b788c38/Tyson.2009.coolhead.part4.rar.html http://hotfile.com
/dl/182574/37f286d/Tyson.2009.coolhead.part1.rar.html http://hotfile.com/dl/182581/bd60745
/Tyson.2009.coolhead.part3.rar.html
Infringer's User Name:


Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 28 May 2009 01:59:15 GMT
Recent Infringement Timestamp: 29 May 2009 23:35:18 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson.2008.BDRip.XviD.AC3-DEViSE
Infringing File Size: 300759399
Bay ID: hotfile_300759399|300759399
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/441804/6b9c42f/Tyson.uploaded.by.POK.part5.rar.html
http://hotfile.com/dl/441453/a1663lc/Tyson.uploaded.by.POK.part3.rar.html http://hotfile.com
/dl/441387/bffd9d6/Tyson.uploaded.by.POK.part1.rar.html http://hotfile.com/dl/441491/3e2fcf1
/Tyson.uploaded.by.POK.part6.rar.html http://hotfile.com/dl/441417/d6eb9a9
/Tyson.uploaded.by.POK.part2.rar.html http://hotfile.com/dl/441478/db56c72
/Tyson.uploaded.by.POK.part4.rar.html
Infringer's User Name:


Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 28 May 2009 01:59:15 GMT
Recent Infringement Timestamp: 29 May 2009 23:35:18 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson.2009.DVDRip.XviD-ELiXER
Infringing File Size: 296886135
Bay ID: hotfile_296886135|296886135
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/192699/4ee81cd/elixer-tyson.part2.rar.html http://hotfile.com
/dl/192704/2e8d018/elixer-tyson.part1.rar.html
Infringer's User Name:


Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 28 May 2009 02:20:25 GMT
Recent Infringement Timestamp: 29 May 2009 23:45:31 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson (2009) DVDRip
Infringing File Size: 298641118
Bay ID: hotfile_298641118|298641118
Port ID: 80

SONY008451

Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/964497/b889f01/N.O.S.Y.T.2008.part5.rar.html http://hotfile.com
/dl/964432/ac19f4a/N.O.S.Y.T.2008.part3.rar.html http://hotfile.com/dl/964514/79610f2
/N.O.S.Y.T.2008.part6.rar.html http://hotfile.com/dl/964382/d92db5e
/N.O.S.Y.T.2008.part2.rar.html http://hotfile.com/dl/964472/3107b92
/N.O.S.Y.T.2008.part4.rar.html http://hotfile.com/dl/964367/737c021
/N.O.S.Y.T.2008.part1.rar.html http://hotfile.com/dl/964536/2f421b6
/N.O.S.Y.T.2008.part7.rar.html http://hotfile.com/dl/964541/cf94ab7
/N.O.S.Y.T.2008.part8.rar.html
Infringer's User Name:


Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 28 May 2009 04:28:02 GMT
Recent Infringement Timestamp: 29 May 2009 22:44:13 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson 2009 DvdRip Xvid MegaGun
Infringing File Size: 296327497
Bay ID: hotfile_296327497|296327497
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/137788/a29541a/yson.2009.part3.rar.html http://hotfile.com
/dl/137790/c8f2f01/yson.2009.part4.rar.html http://hotfile.com/dl/137782/1c1f5af
/yson.2009.part2.rar.html http://hotfile.com/dl/137775/ca9d9ad/yson.2009.part1.rar.html
Infringer's User Name:


Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 28 May 2009 05:05:24 GMT
Recent Infringement Timestamp: 29 May 2009 19:31:40 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson (2008)
Infringing File Size: 297178262
Bay ID: hotfile_297178262|297178262
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/137788/a29541a/yson.2009.part3.rar.html http://hotfile.com
/dl/137790/c8f2f01/yson.2009.part4.rar.html http://hotfile.com/dl/137782/1c1f5af
/yson.2009.part2.rar.html http://hotfile.com/dl/137775/ca9d9ad/yson.2009.part1.rar.html
Infringer's User Name:


Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 28 May 2009 05:28:42 GMT
Recent Infringement Timestamp: 29 May 2009 23:35:18 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson (2008)
Infringing File Size: 300743339
Bay ID: hotfile_300743339|300743339
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/3769245/2d7afc5/Tyson.2008.DVDrip.XviD.RAF19.part4.rar.html
http://hotfile.com/dl/3769224/6c358c8/Tyson.2008.DVDrip.XviD.RAF19.part3.rar.html
http://hotfile.com/dl/3769275/d6b814a/Tyson.2008.DVDrip.XviD.RAF19.part5.rar.html
http://hotfile.com/dl/3769292/b3233ab/Tyson.2008.DVDrip.XviD.RAF19.part7.rar.html
http://hotfile.com/dl/3769283/401e5cf/Tyson.2008.DVDrip.XviD.RAF19.part6.rar.html
http://hotfile.com/dl/3769215/eae4db4/Tyson.2008.DVDrip.XviD.RAF19.part2.rar.html
http://hotfile.com/dl/3769202/73a0c26/Tyson.2008.DVDrip.XviD.RAF19.part1.rar.html
http://hotfile.com/dl/3769300/483a9dd/Tyson.2008.DVDrip.XviD.RAF19.part8.rar.html

SONY008452

Infringer's User Name:

Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 29 May 2009 03:16:08 GMT
Recent Infringement Timestamp: 29 May 2009 21:33:04 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson (2008) DVDrip XviD
Infringing File Size: 301116230
Bay ID: hotfile_301116230|301116230
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/2306618/30b7077/Tyson.2009.DvdRip.Xvid.iNDIA.part3.rar.html
http://hotfile.com/dl/2306674/98ed265/Tyson.2009.DvdRip.Xvid.iNDIA.part1.rar.html
http://hotfile.com/dl/2306643/1a06fdb/Tyson.2009.DvdRip.Xvid.iNDIA.part2.rar.html
http://hotfile.com/dl/2306594/08e9607/Tyson.2009.DvdRip.Xvid.iNDIA.part4.rar.html
Infringer's User Name:

Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 29 May 2009 03:16:08 GMT
Recent Infringement Timestamp: 29 May 2009 21:33:04 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson (2008) DVDrip XviD
Infringing File Size: 301120636
Bay ID: hotfile_301120636|301120636
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/2306618/30b7077/Tyson.2009.DvdRip.Xvid.iNDIA.part3.rar.html
http://hotfile.com/dl/2306674/98ed265/Tyson.2009.DvdRip.Xvid.iNDIA.part1.rar.html
http://hotfile.com/dl/2306643/1a06fdb/Tyson.2009.DvdRip.Xvid.iNDIA.part2.rar.html
http://hotfile.com/dl/2306594/08e9607/Tyson.2009.DvdRip.Xvid.iNDIA.part4.rar.html
Infringer's User Name:

Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 29 May 2009 03:16:08 GMT
Recent Infringement Timestamp: 29 May 2009 21:33:04 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson (2008) DVDrip XviD
Infringing File Size: 301113964
Bay ID: hotfile_301113964|301113964
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/2306618/30b7077/Tyson.2009.DvdRip.Xvid.iNDIA.part3.rar.html
http://hotfile.com/dl/2306674/98ed265/Tyson.2009.DvdRip.Xvid.iNDIA.part1.rar.html
http://hotfile.com/dl/2306643/1a06fdb/Tyson.2009.DvdRip.Xvid.iNDIA.part2.rar.html
http://hotfile.com/dl/2306594/08e9607/Tyson.2009.DvdRip.Xvid.iNDIA.part4.rar.html
Infringer's User Name:

Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 29 May 2009 03:16:08 GMT
Recent Infringement Timestamp: 29 May 2009 21:33:04 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson (2008) DVDrip XviD

SONY008453

```
Infringing File Size: 301117172
Bay ID: hotfile_301117172|301117172
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/2306618/30b7077/Tyson.2009.DvdRip.Xvid.iNDIA.part3.rar.html
http://hotfile.com/dl/2306674/98ed2c65/Tyson.2009.DvdRip.Xvid.iNDIA.part1.rar.html
http://hotfile.com/dl/2306643/1a06fdb/Tyson.2009.DvdRip.Xvid.iNDIA.part2.rar.html
http://hotfile.com/dl/2306594/08e9607/Tyson.2009.DvdRip.Xvid.iNDIA.part4.rar.html
Infringer's User Name:


---Start ACNS XML
<?xml version="1.0" encoding="iso-8859-1"?>

<Infringement xmlns:xsi="http://www.w3.org/2001/XMLSchema-instance"
xsi:noNamespaceSchemaLocation="http://mpto.unistudios.com/xml/Infringement_schema.xsd">
<Case>
<ID>4391636</ID>
<Status>Open</Status>
</Case>
<Complainant>
<Entity>BayTSP</Entity>
<Contact>Compliance Team, Compliance Administrator</Contact>
<Address>P.O. Box 1314, Los Gatos, California 95031 </Address>
<Phone>(408) 341-2300,(408) 341-2399</Phone>
<Email>sony-pictures@copyright-compliance.com</Email>
</Complainant>
<Service_Provider>
<Entity>hotfile.com</Entity>
<Address></Address>
<Email>support@hotfile.com</Email>
</Service_Provider>
<Source>
<TimeStamp>2009-05-29T23:45:31.000Z</TimeStamp>
<IP_Address>208.88.227.68</IP_Address>
<Port>80</Port>
<DNS_Name>w1.hotfile.com</DNS_Name>
<Type>Cyberlocker</Type>
<UserName></UserName>
<Number_Files>14</Number_Files>
<Deja_Vu>No</Deja_Vu>
</Source>
<Content>
<Item>
<Title>Tyson</Title>
<FileName>Tyson (2008)</FileName>
<FileSize>300743339</FileSize>
<URL>http://hotfile.com/dl/3769245/2d7afc5/Tyson.2008.DVDrip.XviD.RAF19.part4.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson (2008)</FileName>
<FileSize>297178262</FileSize>
<URL>http://hotfile.com/dl/137788/a29541a/yson.2009.part3.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson 2009 DvdRip Xvid MegaGun</FileName>
<FileSize>296327497</FileSize>
<URL>http://hotfile.com/dl/137788/a29541a/yson.2009.part3.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson (2008) DVDrip XviD</FileName>
<FileSize>301116230</FileSize>
<URL>http://hotfile.com/dl/2306618/30b7077/Tyson.2009.DvdRip.Xvid.iNDIA.part3.rar.html</URL>
</Item>
```

SONY008454

```
<Item>
<Title>Tyson</Title>
<FileName>Tyson (2008) DVDrip XviD</FileName>
<FileSize>301117172</FileSize>
<URL>http://hotfile.com/dl/2306618/30b7077/Tyson.2009.DvdRip.Xvid.iNDIA.part3.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson (2008) DVDrip XviD</FileName>
<FileSize>301113964</FileSize>
<URL>http://hotfile.com/dl/2306618/30b7077/Tyson.2009.DvdRip.Xvid.iNDIA.part3.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson (2008) DVDrip XviD</FileName>
<FileSize>301120636</FileSize>
<URL>http://hotfile.com/dl/2306618/30b7077/Tyson.2009.DvdRip.Xvid.iNDIA.part3.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson 2009 DVD Rip</FileName>
<FileSize>296284313</FileSize>
<URL>http://hotfile.com/dl/137788/a29541a/yson.2009.part3.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson (2009/DVDRip)</FileName>
<FileSize>300918743</FileSize>
<URL>http://hotfile.com/dl/189681/82ba5f0/Tysn.2009.DvdRip.Xvid.MegaGunn1.part2.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson.2008.720p.BluRay.x264-AVS720</FileName>
<FileSize>296940812</FileSize>
<URL>http://hotfile.com/dl/210641/9374d88/avs720-tyson.part08.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson (2009)</FileName>
<FileSize>296882765</FileSize>
<URL>http://hotfile.com/dl/182579/b97e354/Tyson.2009.coolhead.part2.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson (2009) DVDRip</FileName>
<FileSize>298641118</FileSize>
<URL>http://hotfile.com/dl/964497/b889f01/N.O.S.Y.T.2008.part5.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson.2009.DVDRip.XviD-ELiXER</FileName>
<FileSize>296886135</FileSize>
<URL>http://hotfile.com/dl/192699/4ee81cd/elixer-tyson.part2.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson.2008.BDRip.XviD.AC3-DEViSE</FileName>
<FileSize>300759399</FileSize>
<URL>http://hotfile.com/dl/441804/6b9c42f/Tyson.uploaded.by.POK.part5.rar.html</URL>
</Item>
</Content>
</Infringement>
---End ACNS XML
```

SONY008455

# EXHIBIT 12

From:        DtecNet AntiPiracy
To:          abuse@hotfile.com
Sent:        4/25/2009 11:38:08 AM
Subject:     Infringement of Fox copyright - X-man Origins: Wolverine


Digital Milennium Copyright Notice

SUBJECT: Infringement of Fox copyright - X-man Origins: Wolverine


Notice of Infringement via Email

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com <mailto:webenforcement@fox.com>


04/25/2009

hotfile.com
http://www.hotfile.com


Dear hotfile.com:

I, the undersigned, confirm that I am an authorized agent of Twentieth Century Fox Film
Corporation and/or its subsidiaries and affiliated companies ("Fox") and am authorized to act
on Fox's behalf in this matter.

I am writing to notify you of the infringement of Fox's intellectual property rights on your
site as identified below and demand that you take immediate action to permanently stop the
infringing conduct.

I have a good faith belief that the links / files identified in the attached addendum are not
authorized by Fox, any of its agents or the law, and therefore infringe Fox's rights. On
behalf of Fox, I demand that you immediately remove and disable these links / files.

I may be contacted at:

Email: antipiracy@dtecnet.com

Sincerely,

DtecNet


Addendum to Notice of Infringement
X-man Origins: Wolverine - List of Allegedly Infringing Links:
http://hotfile.com/dl/429747/574a84d/XMOW.09.coolhead.part1.rar.html
http://hotfile.com/dl/429752/c701798/XMOW.09.coolhead.part2.rar.html
http://hotfile.com/dl/429758/5feadab/XMOW.09.coolhead.part3.rar.html
http://hotfile.com/dl/429759/4ba9a8e/XMOW.09.coolhead.part4.rar.html
http://hotfile.com/dl/336910/871e326/XmenOrigins.zip.html
http://hotfile.com/dl/377502/573beb9/backup.XmenOrigins.part1.rar.html
http://hotfile.com/dl/377520/3d627ec/backup.XmenOrigins.part2.rar.html
http://hotfile.com/dl/377532/ba2927f/backup.XmenOrigins.part3.rar.html
http://hotfile.com/dl/377534/214a2e1/backup.XmenOrigins.part4.rar.html
http://hotfile.com/dl/277178/5570e7d/18Apr1300mb.part1.rar.html
http://hotfile.com/dl/277195/19c7ff7/18Apr1300mb.part2.rar.html
http://hotfile.com/dl/277209/4a9fcde/18Apr1300mb.part3.rar.html
http://hotfile.com/dl/277234/ab4dd0f/18Apr1300mb.part4.rar.html
http://hotfile.com/dl/277254/829ffe9/18Apr1300mb.part5.rar.html
http://hotfile.com/dl/277267/a7cbfd9/18Apr1300mb.part6.rar.html
http://hotfile.com/dl/277300/6ba6ce6/18Apr1300mb.part7.rar.html

FOX020834

```
http://hotfile.com/dl/277307/9e8e4f2/13Apr1300mb.part8.rar.html
http://hotfile.com/dl/198332/cd6d3b0/XORWol.part1.rar.html
http://hotfile.com/dl/198190/d6b554a/XORWol.part2.rar.html
http://hotfile.com/dl/196263/645340a/XORWol.part3.rar.html
http://hotfile.com/dl/198227/b157f23/XORWol.part4.rar.html
http://hotfile.com/dl/180488/e5ff776/X-MeN-Origins.Volverine.2009.Mstr-SeCo.part1.rar.html
http://hotfile.com/dl/180493/f42da0e/X-MeN-Origins.Volverine.2009.Mstr-SeCo.part2.rar.html
```

FOX020835

# EXHIBIT 13