| From: | Disney MyTeam International on behalf of Internet Enforcement |
|---|---|
| To: | abuse@hotfile.com |
| Sent: | 9/18/2009 11:01:29 AM |
| Subject: | URGENT: Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 1248] (TMS) |

Friday, September 18, 2009

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:1248 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Flash Forward*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/12689030/6d27cb5/a2b4b7314be367dac758822f88d94484-1253112180.flv.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 9/17/2009 3:56:10 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

DISNEY002835

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/12689030/6d27cb5/a2b4b7314be367dac758822f88d94484-1253112180.flv.html

--------------------

DISNEY002836

# EXHIBIT 14

| | |
|---|---|
| **From:** | Anti Piracy (NBC Universal) |
| **To:** | 'abuse@hotfile.com' |
| **Sent:** | 10/3/2009 9:29:13 PM |
| **Subject:** | Notice of Copyright Infringement |

Dear Sir/Madam:

Please be advised that NBC Universal and/or its subsidiary and affiliated companies (collectively, NBC Universal) are the owners of intellectual property rights in numerous television shows and motion pictures.  NBC Universal diligently enforces such intellectual property rights.

Hotfile is and has been infringing NBC Universal's intellectual property rights in numerous properties including, but not limited to, the title(s) listed at the bottom of this letter.  By way of example, we are providing with this letter a non-exhaustive list of NBC Universal properties infringed by Hotfile, along with the URL corresponding to each listed infringement. NBC Universal demands that Hotfile immediately remove or otherwise disable access to the links identified in this letter, and cease and desist from any further infringement of NBC Universal properties.

The undersigned has a good faith belief that Hotfile's use of NBC Universal property as referenced herein infringes NBC Universal's rights and is not authorized by NBC Universal, its agent or the law.  The information contained in this notification is accurate.  Under penalty of perjury, the undersigned is authorized to act on behalf of NBC Universal with respect to this matter.

Please be advised that this letter is not a complete statement of the facts or law as it may pertain to this matter, or of NBC Universal's positions, rights or remedies, legal or equitable, all of which are specifically reserved.

Very truly yours

Anti-Piracy Technical Operations
100 Universal City Plaza
Universal City, CA 91608
tel.  (818) 777-4876
fax  (818) 866-2155


Love Happens - http://hotfile.com/dl/14046645/aafef2d/Love.Happens.CAM.XviD-FUSiON.part1.rar.html
Love Happens - http://hotfile.com/dl/14046789/c7e6b70/Love.Happens.CAM.XviD-FUSiON.part2.rar.html
Love Happens - http://hotfile.com/dl/14046931/75133ea/Love.Happens.CAM.XviD-FUSiON.part3.rar.html
Love Happens - http://hotfile.com/dl/14046980/54a980c/Love.Happens.CAM.XviD-FUSiON.part4.rar.html
Love Happens - http://hotfile.com/dl/14051226/49ae2e4/Love.Happens.2009.CAM.XviD-FUSiON.part1.rar.html
Love Happens - http://hotfile.com/dl/14051275/53bc46d/Love.Happens.2009.CAM.XviD-FUSiON.part2.rar.html
Love Happens - http://hotfile.com/dl/14051298/dd05e69/Love.Happens.2009.CAM.XviD-FUSiON.part3.rar.html
Love Happens - http://hotfile.com/dl/14051321/bc8a425/Love.Happens.2009.CAM.XviD-FUSiON.part4.rar.html
Love Happens - http://hotfile.com/dl/14051354/0b241f8/Love.Happens.2009.CAM.XviD-FUSiON.part5.rar.html
Love Happens - http://hotfile.com/dl/14051369/02c580a/Love.Happens.2009.CAM.XviD-FUSiON.part6.rar.html
Love Happens - http://hotfile.com/dl/14051383/8f53012/Love.Happens.2009.CAM.XviD-FUSiON.part7.rar.html
Love Happens - http://hotfile.com/dl/14051387/e90bba4/Love.Happens.2009.CAM.XviD-FUSiON.part8.rar.html
Love Happens - http://hotfile.com/dl/14051869/27db8cc/fusion-lovehappens-cam.part1.rar.html
Love Happens - http://hotfile.com/dl/14052371/47628d4/fusion-lovehappens-cam.part2.rar.html
Love Happens - http://hotfile.com/dl/14052457/9a38555/fusion-lovehappens-cam.part3.rar.html
Love Happens - http://hotfile.com/dl/14051931/13b1e9f/fusion-lovehappens-cam.part4.rar.html
Love Happens - http://hotfile.com/dl/14052548/cefceea/fusion-lovehappens-cam.part5.rar.html

UNIVERSAL003045

# EXHIBIT 15

Hotfile.com: One click file hosting

http://hotfile.com/reportabuse.html

🇬🇧 **English** | 🇷🇺 **Russian**

Upload   Premium   Affiliate   FAQ   Contacts   Sign up

Username:

Password:

Forgot Password

HotFile (www.hotfile.com) is an Online Service Provider under Title II of the Digital Millennium Copyright Act, 17 U.S.C. Section 512 ("DMCA"). This document outlines the policy that hotfile.com have introduced in order to implement notice and takedown policy as required by DMCA. This document guides copyright owners interested in utilizing this procedure, as well as service users interested in restoring access to material mistakenly taken down.

## Writing and sending Proper Notification

The DMCA provides a legal procedure by which you can request any Online Service Provider to disable access to a website where your copyrighted work(s) are appearing without your permission. The legal procedure consists of two parts: (1) Writing a Proper DMCA Notice, and (2) Sending the Proper DMCA Notice to hotfile.com Designated Agent.

### To write a Proper DMCA Notice, state the following information:

* Identify yourself as an owner of copyrighted work or exclusive rights that you believe were infringed, or a person acting on behalf of such owner.

* State your contact information, including your name, street address, phone number, and email address.

* Identify the copyrighted work that you believe is being infringed, or if a large number of works are being infringed, a representative list of the works.

* Identify the location of materials that allegedly are infringing your copyrighted work, by providing Web URLs on hotfile.com site that contain these materials.

* State that you have "a good faith belief that use of the aforementioned material is not authorized by the copyright owner, its agents, or the law".

* State that the information in the notice is accurate, under penalty of perjury.

Your notice **must be signed with a physical signature** (when it is in paper form) or **electronic signature** (when it is in electronic form).

To exercise your DMCA rights, your Proper DMCA Notice must be sent to Designated Agent of hotfile.com to email: **abuse@hotfile.com**

## Notice and takedown procedure

HotFile.com will follow the procedures provided in the DCMA to properly enforce rights of copyright holders. When a Proper DMCA notification is received by Designated Agent, or when hotfile.com becomes otherwise aware that copyright rights are infringed, it will remove or disable access to infringing materials as soon as possible. You don't need to wait confirmation from us about this action.

If users submitting or downloading materials believe that their use of materials was lawful, they have the right of sending a Proper Counter-notification in order to restore access to these materials. Hotfile.com will comply with the appropriate provisions of the DMCA in the event a counter notification is received by its Designated Agent.
Thank you for your understanding!

Copyright © 2008, 2009 hotfile.com, All Rights Reserved.
Home | Premium | Privacy Policy | Terms of Service | Report Abuse | Contacts

Confidential

HF02835698

# EXHIBIT 16



# Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** Hotfile Corp.

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** Hotfile.com

Address of Service Provider: 43-20 Calle 34, Panama 5, Republic of Panama

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location):
1007 N. Federal Hwy., Suite 240, Fort Lauderdale, FL 33304

**Telephone Number of Designated Agent:** (954) 773 8743

**Facsimile Number of Designated Agent:** (954) 414 0865

**Email Address of Designated Agent:** abuse@hotfile.com, support@hotfile.com

Signature of Officer or Representative of the Designating Service Provider:
Date: 12/08/2009

Typed or Printed Name and Title: Anton Titov, Manager

SCANNED  1  21-2010

**Note: This Interim Designation Must be Accompanied by a Filing Fee\***
**Made Payable to the Register of Copyrights.**
**\*Note: Current and adjusted fees are available on the Copyright website at**
**www.copyright.gov/docs/fees.html**

Mail the form to:
**Copyright GC/I&R**
**P.O. Box 70400**
**Washington, DC 20024**



162864185



RECEIVED
DEC 24 2009
COPYRIGHT OFFICE

Confidential

HF02835677

# EXHIBIT 17

# Hot File

- **Login / Sign up**

  Username: [_____]

  Password: [_____]

  Forgot Password [Login]

  Free Sign Up
- **English**
    - Russian
    - Spanish
    - Français
    - Arabic
    - Bulgarian
    - Italian
    - Deutsch
    - Portuguese
    - Turkish
    - Dutch
    - Japanese
    - Hungarian
    - Romanian
    - 简体字
    - 繁體字
    - Serbian
    - Polish
    - Czech

- News
- Upload
- Premium
- Affiliate
- FAQ
- Contacts

## HOTFILE INTELLECTUAL PROPERTY POLICY

### HOTFILE COPYRIGHT AND DMCA POLICY

HotFile is a service provider under the Digital Millennium Copyright Act, 17 U.S.C. section 512 ("DMCA"). HotFile has adopted the following policy concerning copyright infringement in accordance with the DMCA and copyright law. Hotfile will respond promptly to claims of copyright infringement reported to its designated copyright agent. It is Hotfile's policy to: (1) accommodate and not interfere with standard technical measures (as defined by the DMCA) used to identify and protect copyrighted works; (2) disable access to or remove content that it believes in good faith may infringe the copyrights of third parties; and (3) discontinue service to users who repeatedly make such content available or otherwise violate HotFile's Terms of Service. Please do not abuse the HotFile service by using it to distribute

HF02868372



**How to Report Infringement**

If you are the owner of any exclusive right under copyright laws, or are authorized to act on behalf of such an owner, and you believe that a copyrighted work is being used or provided through the HotFile service in a manner that constitutes copyright infringement, please send the following information to HotFile's designated agent:

1.  Identification of the copyrighted works claimed to have been infringed or, if multiple copyrighted works are covered by a single notification, a complete or representative list of such works.

2.  Identification of the material claimed to be infringing, or to be the subject of infringing activity, and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit HotFile to locate the material. (Requests will be processed most quickly if we are provided with a list of the HotFile URLS or links associated with the material, rather than images or copies of files.)

3.  Contact information for the person providing notice, such as an address, telephone number and, if available, an e-mail address.

4.  A statement that the person providing notice has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, the copyright owner's agent, or the law. (Please note that under the DMCA, any person who knowingly and materially misrepresents that content is infringing may be subject to liability.)

5.  A statement that the information in the notice is accurate, and a statement, under penalty of perjury, that the notifying party is authorized to act on behalf of the owner of the copyright that is allegedly infringed.

6.  The physical or electronic signature of a person authorized to act on behalf of the owner of the copyright that has been allegedly infringed.

To submit your notice, click here to send it to HotFile's designated agent, or send it by postal delivery to:

Constantin Luchian
1007 N. Federal Highway, Suite 240
Fort Lauderdale, Florida, 33304
United States of America

If HotFile's designated agent receives proper notification, or if HotFile comes to believe in good faith that content available through the HotFile service may infringe copyrights, it will remove or disable access to the potentially infringing materials as soon as reasonably possible. HotFile will also promptly notify the member or user who made the content available through the HotFile service that the content has been removed or access to it has been disabled.

**Special Rightsholder Account**

If you are the owner of copyrights in works that have been made available through the HotFile service without your permission, or the authorized representative of such a copyright owner, and you have given or may be required to give repeated notifications under the DMCA with respect to such material, you may request a Special Rightsholder Account.

Using a Special Rightsholder Account, you may remove or disable access to materials made available through the HotFile service by submitting the URLs for those materials through your account. If you use this process, you are not required to report infringement as specified above. Submitting the URLs will result in prompt removal of or disabling of access to the content associated with those URLs.

By submitting a URL using your Special Rightsholder Account, you will be representing that you have a good faith belief that the material associated with the URL infringes the copyrights in that material, and that you own the copyrights in that material or are authorized to represent the owner of the copyrights. (Please note that under the DMCA any person who knowingly and materially misrepresents that material is infringing may be subject to liability.)

When you submit URLs using your Special Rightsholder Account, a notice will be sent to the user who uploaded the affected material, and

HF02868373



INTERNET ARCHIVE      http://hotfile.com/ippolicy.html      Go      APR MAY JUN Clos
WayBackMachine        5 captures                                        ◄  3  ►
                      18 Apr 10 - 22 Jul 11                           2008 2010 2011

Constantin Luchian
1007 N. Federal Highway, Suite 240
Fort Lauderdale, Florida, 33304
United States of America

Include in the subject line of your e-mail or your postal correspondence the phrase "Special Rightsholder Account."

## How to Submit a Counter-Notification if You Dispute Removal or Blocking of Content

If material is removed from the HotFile service, or if access to material is disabled, and you believe that (1) the material is not infringing, or (2) that you have the right to use or distribute the material as the copyright owner, the copyright owner's agent or licensee, or pursuant to the law, you may submit a counter-notification to HotFile. Please note that in order to be ensured of receiving notice that material has been removed or access to it has been disabled, you must provide an e-mail address to HotFile when you upload material.

Please send any counter-notification to HotFile's designated agent, with the following information:

1. Identification of the content that has been removed or to which access has been disabled, and the location at which the material appeared before it was removed or access was disabled.
2. A statement, under penalty of perjury, that you have a good faith belief that the material was removed or disabled as a result of mistake, or as a result of misidentification of the material to be removed or disabled.
3. Your name, address, telephone number, and, if available, e-mail address.
4. A statement that you consent to the jurisdiction of the Federal District Court in the judicial district in the United States in which your address is located, or if your address is outside the United States, in Northern District of California, and that you will accept service of process from the person who provided notification of the alleged infringement or from an agent of such person.
5. Your physical or electronic signature.

If a proper counter-notification is received by HotFile's designated agent, HotFile may send a copy of the counter-notification to the original complaining party. The counter-notification may be accompanied by notice that HotFile will replace or restore access to the content within 15 days of date the notice is sent, unless a legal action is brought against the member or user who provided the counter-notification, seeking a court order regarding the ownership and/or use of the content, and HotFile is provided with proof of the commencement of the action. If such an action is not commenced and proof of commencement provided to HotFile, then the content that is the subject of the counter-notification will be replaced or access to it restored unless HotFile determines, in its sole discretion, that doing so would be contrary to Hotfile's Terms of Service, including but not limited to this Intellectual Property Policy.

To submit a counter-notification, click here to send it to HotFile's designated agent, or send it by postal delivery to:

Constantin Luchian
1007 N. Federal Highway, Suite 240
Fort Lauderdale, Florida, 33304
United States of America

## HOTFILE TRADEMARK POLICY

When materials are uploaded to the HotFile service, a URL that links to that material is automatically generated. HotFile does not knowingly incorporate third party trademarks into the URLs generated when material is uploaded. Furthermore, HotFile does not provide an index of materials available through the HotFile service. Therefore, except with respect to any advertising that HotFile may provide pursuant to agreements with advertisers, third party trademarks will not normally appear on Hotfile's website.

HF02868374

If you believe the HotFile service is being used in a manner that violates your trademark rights, you may, as the trademark holder or its agent, submit a notification to HotFile. Use the process described above for submitting a notification of copyright infringement ("How to Report Infringement"), but specify that your notification pertains to trademark infringement by including the phrase "Trademark Notice" in the subject line of your e-mail message or letter. In addition to the information identifying the trademarked materials and their location, include the following: (1) a statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the trademark owner, the trademark owner's agent, or the law; (2) a statement that you are the owner or are authorized to act on behalf of the owner of the trademark that you believe is being infringed; (3) an assurance that the information being provided is accurate; and (4) your physical or electronic signature.

Following receipt of a proper notification, HotFile will promptly disable access to or remove content that it believes in good faith may infringe the trademark rights of third parties.

Home
Premium
Report Abuse
Imprint
File Checker
Reseller
ICRA labelled
Contacts

Copyright © 2008, 2009 hotfile.com, All Rights Reserved.
Privacy Policy    Intellectual Propery Policy Terms of Service

HF02868375

# EXHIBIT 18

Hotfile.com: One click file hosting



# Terms of Service

## Our Agreement

Hotfile provides an online file hosting service (the "Service"). Our Service allows you to store and access files of all kinds online. You may also share your files with others, by providing them with a unique Internet address (a URL) that is automatically created for every file you store using the Service. These Terms of Service are an agreement between you and Hotfile regarding your use of the Hotfile Service. Hotfile provides the Service subject to these Terms of Service. These Terms of Service may be revised from time to time. By using the Service, you agree to be bound and to abide by the most recent version of these Terms of Service. The Terms of Service were last updated on 19th day of July, year 2010. Some Hotfile services and accounts have additional terms and conditions ("Additional Terms"). Where Additional Terms apply to a service or account, we will make them available for you to read through your use of that service or account. By using the services or account, you agree to be bound and to abide by the most recent version of Additional Terms. As used in these Terms of Service, "Hotfile" means Hotfile Corporation, and "user" means any user of the Hotfile Service, including but not limited to any "Premium" account holder, "Affiliate" , or "Reseller." We explain these terms in more detail below.

## The Hotfile Service

Hotfile offers access to the main components of the Service free of charge. Hotfile also provides certain Premium services, for which a subscription fee is charged. In addition, Hotfile provides certain support services to Affiliates and Resellers. Hotfile may change the Service at any time, with or without notice. Changes may result in the addition, elimination, or modification of any feature of the Service. Hotfile may also stop providing the Service at any time. Hotfile may, in its discretion, refuse to provide the Service to anyone for any legally permissible reason. Hotfile may terminate any user's account or access to the Service for: (1) violating these Terms of Service, the Hotfile Intellectual Property and Rights Policy, Privacy Policy, or any other Hotfile policies, terms or conditions; (2) failure to pay for services or to discharge any other debt or obligation to Hotfile; (3) if Hotfile cannot establish authenticity of the information given by a user; (4) Hotfile reasonably believes that actions of a user may result in legal liability for that user, other users of Hotfile, or Hotfile; or (5) for any other legally permissible reason. You agree that, except as otherwise be provided herein, Hotfile is not responsible to you or any third party for the termination of your account or your access to the Service. You understand and agree that the Service is provided to you on an "as is" and "as available" basis. You understand and agree that Hotfile will have no liability for the availability, timeliness, or reliability of the Service.

## Conditions On Use of the Service

Hotfile grants you permission to access and use the Service as set forth in these Terms of Service, and in exchange you agree as follows:

1. You will abide by these Terms of Service, as well as Hotfile's Intellectual Property and Rights Policy and Privacy Policy.
2. You will not use the Service for any illegal purpose, in any manner that is illegal, or in any other manner that could damage, disable, overburden or impair the Service;
3. You will not defeat or interfere with any security feature of the Service;
4. You will not alter or modify any content uploaded or stored using the Service, other than content you have uploaded;
5. You will not use any automated system, software, or device to index, compile, collect or copy any content residing on servers used by the Service;
6. You will not collect or harvest any personally identifiable information, including without limitation account names or e-mail addresses, from the Service; and
7. You will not upload, store, share links to, or make available through the Service any material that contains software viruses or any other computer code designed to interfere with the functioning of any computer software or hardware or telecommunications equipment.

You understand and agree that Hotfile may immediately terminate the account of, or suspend or terminate access to the Service by, a

HF00000014

user that violates any of these prohibitions.

## Your Use of the Service

You acknowledge and agree that you are solely responsible for the content that you upload, store or share with others using the Service (collectively "User Content"), and for the consequences of uploading, storing or sharing any User Content. You agree that you will not use the Service to upload, store, or share User Content that you did not create or that you do not have permission to upload, store, and share. You promise that you have all intellectual property rights (including without limitation copyright and trademark rights), licenses, and permissions that may be needed to upload, store, or share your User Content. By uploading, storing, or sharing any User Content, you promise that doing so does not infringe any intellectual property rights of another person. You agree that you will not use the Service or the Site to post, transmit, or share child pornography. The use of the Service or the Site to publish or transmit child pornography will not be tolerated. If identified, it will be reported to law enforcement authorities, and will result in termination of your account. You agree that you will not use the Service or the Site to post, transmit, or share User Content that is any of the following:

- obscene;
- defamatory
- invasive of the privacy of another person
- graphically violent or likely to incite imminent violence
- advocating or promoting terrorism
- offering or facilitating illegal sales of weapons
- racist
- physically threatening or intimidating
- intended for any illegal purpose

By uploading, storing, or sharing User Content, you promise that it does not fall into any of these prohibited categories. You understand and agree that Hotfile may immediately suspend access to, terminate or remove, without notice, any account or content that violates any of these prohibitions. You agree that you will comply with all applicable terms, conditions, and rules regarding the use of any website, forum, or service in or through which any link to content uploaded and stored using the Service is posted or distributed. You understand and agree that failure to do so may result in the suspension or termination of your account or of access to the Service. You understand that Hotfile does not promise that User Content you upload, store, or share using the Service will be maintained by Hotfile. You are solely responsible for creating backup copies of and replacing any and all User Content, at your own cost and expense. You agree that Hotfile has no responsibility or liability for the deletion of, or the failure to store or to transmit, any User Content. Hotfile retains the right to create and revise limits on use, storage, upload and download speeds, sharing, maximum number and duration of look-ups or downloads, and any other aspect of the Service, at its sole discretion and at any time, with or without notice.

## Registration and Account Information

As part of the Hotfile Service, you may choose to register with Hotfile. To register, you must submit a valid e-mail address and create a user name and password. Registering allows you to upload using your account, and to delete uploads without having to save the deletion links generated for each upload. Registered users have access to our file manager feature, which allows you to organize your files into folders, and generate links to folders that contain multiple files. Registered users also have access to other special features of the Service, such as our FTP uploading and remote uploading. You will be required to register with Hotfile in order to become an Affiliate. To become an Affiliate, you will also need to provide information necessary to permit Hotfile to deliver payments to you. You will also be required to register with Hotfile in order to become a Reseller. When you sign up for a Premium account on the Hotfile website, you will need to submit payment information and a valid e-mail address to PayPal. (Other payment services can be used if you sign up through a Reseller.) Your e-mail address will be provided to Hotfile, which will send a user name and password to your e-mail address. (You can change the user name and password later, if you want.) You promise that the information you provide in registering with Hotfile or signing up as a Premium user, Affiliate, or Reseller will be accurate and complete. You agree to update that information as necessary to ensure that it remains accurate and complete at all times. If you register, you will have an account with Hotfile. As a user, your account will provide you with information regarding your use of the Service, and with the access to special features of the Service (as mentioned above). As an Affiliate or a Reseller, your account will provide you with access to information concerning your Affiliate or Reseller activities. In particular, Affiliates have access to statistics regarding the number of downloads of their files, and the earnings resulting from their participation in our Affiliate program. Affiliates who have referred other Affiliates to the Service have access to a list of referred Affiliates (usernames only), and the funds earned from referred Affiliates. You will also have the ability to revise your account information (specifically, your user name,

HF00000015

Hotfile.com: One click file hosting

e-mail, and payment information). You understand that permitting others to have access to your Hotfile account may result in the disclosure of your personal information, and of information provided to you by Hotfile. It may also result in another person having the ability to alter your account information. This could result, for example, in the unauthorized use of your account for uploading, storing, or sharing content, or in the redirection of payments. You therefore agree that you will keep the information used to access your Hotfile account confidential. You understand and agree that you will be responsible for any and all consequences of your disclosure of the information used to access your Hotfile account, and that Hotfile will have no liability for such consequences. You also agree that any disclosure of the information used to access your Hotfile account to any third party, without the express, written consent of Hotfile, may result in the suspension or termination of your account and of your access to the Service, with or without notice. You promise to notify Hotfile immediately in the event of any disclosure to a third party of the information used to access your Hotfile account, of any unauthorized use of your account, or if you become aware of circumstances indicating any unauthorized use of your account. You may provide notice by sending an e-mail to **abuse@hotfile.com**. Hotfile does not allow multiple accounts for one user. You agree not to register multiple accounts as a single user. You understand and agree that if Hotfile determines that a single user has multiple accounts, those accounts may be terminated. Hotfile does not allow sharing of Premium accounts (multiple users accessing or using a single Premium account). You agree not to share any Premium account. You understand and agree that if Hotfile determines that a single Premium account is being accessed or used by multiple users, the account may be terminated and the users may be denied access to the Service.

## Rights to Content, Software and Other Materials

Except for User Content, all content and components of the Service, including without limitation, the software, graphics, interactive features, trademarks, service marks, logos, and other content ("Hotfile Materials") are owned by or licensed to Hotfile. Hotfile reserves all rights to the Hotfile Materials not expressly granted to you by these Terms of Service. You may access and use the Hotfile Materials as necessary to upload, store, or provide links to your User Content. You may not otherwise use, reproduce, distribute, or display any Hotfile Materials. You may not alter or modify any Hotfile Materials. By uploading, storing, or providing links to any file using the Hotfile Service, you give Hotfile permission to maintain that file on servers used by the Service, to permit access to the file to anyone using a link to it, and to make copies of the file as Hotfile deems necessary to facilitate the Service. You retain any and all other rights to your User Content. Hotfile will not reproduce, distribute, display or exploit any User Content except at your direction as part of the Service, or as Hotfile otherwise deems necessary to comply with any legal obligation.

## Objectionable or Inappropriate Content

Hotfile will not routinely screen, monitor, review or revise User Content uploaded, stored, or shared using the Service. However, Hotfile may review any such content, and Hotfile reserves the right to refuse to accept, store, or permit the sharing of any User Content, to remove any User Content from the Service, and to prevent the uploading, storage, or sharing of any User Content. Hotfile does not endorse or support any User Content. Hotfile does not guarantee the accuracy or reliability of any User Content. Hotfile does not guarantee that User Content does not infringe third party rights, including intellectual property rights. Hotfile does not guarantee that User Content will not be harmful or offensive. Hotfile does not guarantee that User Content will comply with these Terms of Service. You acknowledge that any use of or reliance on User Content obtained through the Service will be at your own risk. If you become aware of any User Content that you believe violates these Terms of Service, or that is otherwise objectionable, you may inform Hotfile. If you believe that User Content violates copyright or trademark law, please submit a notice in accordance with Hotfile's Intellectual Property and Rights Policy. If you believe that User Content is otherwise objectionable, submit your notice by clicking here, or send it by e-mail to **abuse@hotfile.com**. Hotfile may remove or disable access to the User Content if, in Hotfile's judgment, it is appropriate to do so. However, please understand that deciding whether User Content is objectionable often requires the exercise of judgment, and that Hotfile is not legally responsible for content that it does not originate. Hotfile reserves the right to access, review, preserve, and disclose any User Content, as it reasonably believes is necessary to do any of the following: (1) satisfy any applicable law, regulation, legal process or governmental request; (2) enforce these Terms of Service; (3) detect, prevent, or otherwise address fraud, security or technical issues; (4) respond to user support requests; or (5) protect the rights, property or safety of Hotfile, its users and the public. You agree that Hotfile will not be liable for exercising or failing to exercise any of these rights.

## Premium Account Service

If you sign up for a Premium account, you will receive certain benefits not provided to users of Hotfile's free service. Those benefits are described on Hotfile's website. Hotfile charges a fee for providing a Premium account. The fees may vary depending on the duration of the account, the benefits provided, and other factors. You agree that Hotfile has the right to revise the benefits provided to Premium account holders and the fees charged for any type of Premium account, with or without prior notice. However, Hotfile will not substantially reduce the benefits provided nor change the fees charged to any user during the period for which that user has previously signed up and paid for a Premium account. Hotfile may also begin charging fees for services currently provided for free, at any time, with or without prior notice.

HF00000016

## Affiliates

Affiliates who establish accounts with Hotfile will be paid in accordance with Hotfile's Affiliate Terms and Conditions. By becoming an Affiliate, you also agree to comply with Hotfile's Intellectual Property and Rights Policy and Privacy Policy.

## Resellers

Resellers who establish accounts with Hotfile will be offered Premium accounts for resale in accordance with Hotfile's Reseller Terms and Conditions. By becoming a Reseller, you also agree to comply with Hotfile's Intellectual Property and Rights Policy and Privacy Policy.

## Advertising

Advertising served by Hotfile itself or by Hotfile in cooperation with a third party ("Hotfile Advertising") may appear on the Hotfile website or in communications sent by Hotfile. You understand and agree that all revenue resulting from Hotfile Advertising will be paid exclusively to Hotfile, and that you have no right to or interest in any such revenue. You understand that Hotfile is not responsible for the textual, visual, or technological features or the content of advertisements that appear on the Hotfile website or in Hotfile communications, other than advertisements created and served directly by Hotfile (if any). By using the Service, you agree that Hotfile will not be liable for any Hotfile Advertising that it does not create and serve.

## Limitation of Warranties or Guarantees and Limitation of Liability

YOU UNDERSTAND AND AGREE THAT YOUR USE OF THE SERVICE IS AT YOUR RISK. THE SERVICE IS PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. HOTFILE EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. HOTFILE DOES NOT GUARANTEE THE ACCURACY, RELIABILITY, COMPLETENESS, OR TIMELINESS OF THE SERVICE OR OF ANY CONTENT MADE AVAILABLE THROUGH THE SERVICE. In particular, and without limitation, Hotfile gives no warranty or guarantee that: (1) the Service will meet your requirements; (2) the Service will be uninterrupted, timely, secure, or error-free; (3) the results that may be obtained from the use of the Service will be accurate or reliable; (4) the quality of any products, services, information, or other material obtained by you through the Service will meet your expectations; (5) any errors in the components or contents of the Service will be corrected; or (6) that the Service is free of viruses or other harmful components. YOU UNDERSTAND AND AGREE THAT HOTFILE WILL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, PUNITIVE OR EXEMPLARY DAMAGES, INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, INTEREST OR APPRECIATION, LOSS OF GOODWILL, OR HARM TO REPUTATION, OR FOR ANY INTANGIBLE LOSSES RESULTING FROM THE USE OF OR THE INABILITY TO USE THE SERVICE OR ANY DATA UPLOADED, STORED OR MADE AVAILABLE THROUGH THE SERVICE, WHETHER OR NOT HOTFILE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN ANY EVENT, YOU UNDERSTAND AND AGREE THAT THE MAXIMUM LIABILITY OF HOTFILE ARISING FROM OR RELATING TO YOUR USE OF THE SERVICE WILL NOT EXCEED THE AMOUNT PAID BY YOU TO HOTFILE, OR OWED BY HOTFILE TO YOU, PURSUANT TO THESE TERMS OF SERVICE AND THE OTHER TERMS AND CONDITIONS THEY INCORPORATE. Some jurisdictions do not allow the exclusion of certain warranties or the limitation or exclusion of liability for incidental or consequential damages. Accordingly, some of the limitations on liability and damages set forth above may not apply to you.

## Indemnification

You agree to hold harmless and indemnify Hotfile, and its affiliates, officers, directors, employees, agents, and affiliates, from and against any third-party claim arising from or in any way related to your use of the Service, including any liability or expense arising from any claims, losses, damages (actual and consequential), suits, judgments, litigation costs and attorneys' fees, or other liabilities of any kind. Hotfile will make reasonable efforts to provide you with written notice of any such claim, suit or action, but the failure of Hotfile to provide such notice will not relieve you of these obligations.

## General Terms and Conditions

Choice of Law. The agreement created by these Terms of Service, and any dispute arising from or relating to these Terms of Service or the provision or use of the Service, will be governed by the laws of the State of California and the United States of America, without giving effect to their conflict of laws provisions. Arbitration. The parties agree to submit to binding arbitration any action, proceeding, claim or counterclaim brought by either of the parties against the other arising out of or related to these terms of service or the provision or use of the service ("Claim"). THE PARTIES EXPRESSLY WAIVE THE RIGHT TO PROCEED IN ANY COURT OR OTHER GOVERNMENT

HF00000017

Hotfile.com: One click file hosting

TRIBUNAL AND THE RIGHT TO A TRIAL BY JURY IN CONNECTION WITH ANY CLAIM. The arbitration will be conducted in
accordance with the Arbitration Rules of the United Nations Commission on International Trade Law ("UNCITRAL Rules") in effect at the
time of the arbitration. In the event of any conflict between this Agreement and the UNCITRAL Rules, this Agreement will control. There
will be a single arbitrator. The arbitrator will be selected as follows: (1) each party will propose three potential arbitrators; (2) the parties
will confer with each other in a good faith effort to agree on an arbitrator selected from one or both of the parties' lists; (3) if an arbitrator is
not selected by the parties within thirty days, the International Centre for Dispute Resolution ("ICDR") shall make the selection from its list
of available neutrals. The language of the mediation and any arbitration will be English. The award in any arbitration shall be rendered
within twelve months of the commencement of the arbitration, unless the parties agree to a longer period of time for the arbitration. The
parties will, at a minimum, exchange all documents upon which they intend to rely in the arbitration, within sixty days of commencement of
the arbitration. The arbitrator will have the power to require either party to provide the other with additional documents, as reasonably
necessary for either party to assert its claims or defenses in the arbitration. The arbitrator will award costs and expenses, including
reasonable attorneys' fees, to the prevailing party, if any. Prior to any award of costs and expenses by the arbitrator, all costs and
expenses of the arbitrator or of the ICDR shall be borne by the parties equally, and each party shall bear the costs and expenses
(including of its own counsel, experts and witnesses) involved in preparing and presenting its case. Limitation on Untimely Claims Against
Hotfile. Any claim based on the provision of, access or denial of access to, or suspension or termination of the Service or of any account
offered by Hotfile must be given within twelve months from the occurrence of the events on which the claim is based. You understand and
agree that, by using the Service, you waive any claim notice of which is not provided in accordance with these Terms of Service, to the
maximum extent permitted by the law. No Waiver. The failure or inability of Hotfile to exercise or enforce any right or provision of these
Terms of Service will not constitute a waiver of such right or provision. The failure or inability of Hotfile to take action to address any
violation of these Terms of Service will not deprive Hotfile of the right to take measures to address any subsequent or similar violations.
Relationship of Hotfile and its Users. Hotfile and its users are independent contractors. Neither the provision or use of the Service nor
these Terms of Service create any other legal relationship. Assignment. Hotfile may assign its rights and obligations under these Terms of
Service to any third party that acquires an interest in Hotfile, and may delegate obligations under these Terms of Service to third parties
retained by Hotfile. No user may transfer or assign any rights or duties under these Terms of Service to any other person or entity, and
any purported transfer or assignment of such rights or duties shall be void. Severability. If any provision of these Terms of Service is found
invalid or unenforceable, that provision will be enforced to the maximum extent permissible and all other provisions of these Terms of
Service will remain in effect. Non-Competition. By access or using the Service, you represent that you are not a competitor of Hotfile, and
you promise to not use the information received through the use of the Service for the purpose of competing with Hotfile. Entire
Agreement. These Terms of Service, together with Hotfile's Intellectual Property and Rights Policy and Privacy Policy, and, to the extent
applicable, Hotfile's Affiliate Terms and Conditions and/or Reseller Terms and Conditions, constitute the entire agreement between you
and Hotfile and govern your use of the Service, superseding any prior discussions or agreements between you and Hotfile.

## AFFILIATE TERMS & CONDITIONS

By becoming a Hotfile Affiliate, you agree to the Terms of Service and the following additional terms and conditions ("Affiliate Terms"):

1. Premium Referrals: You will be paid five percent (5%) of the total price of the first Premium account purchased by anyone who
   comes to Hotfile from your website. In order to be consider as having come from your website, users must follow a clickable link that
   leads directly to content stored using the Hotfile Service.

2. Affiliate Referrals: You will be paid twenty percent (20%) of the income received by Affiliates who sign up as Hotfile Affiliates as the
   result of clicking a referral link generated using the "My Referrals" page in your Hotfile Affiliate Account.

3. Downloads: You may be paid for downloads of files that you have uploaded and stored using the Hotfile Service. Whether you
   receive payment and the amount of payment you receive will depend on your Affiliate status (Copper, Bronze, Silver, Gold,
   Platinum), the number of downloads, and the amount of data downloaded. Your Affiliate status depends mainly on your conversion
   ratio, which includes (1) the ratio of the number of users that downloaded your files to the number of those users that sign up for
   Premium accounts, and (2) the ratio of the number of uploaded files to the number of downloads. Payment will be made in
   accordance with the "Earnings Table" on the Hotfile Affiliates Page.

4. Downloads are counted only if initiated by users in the following countries: Australia, Austria, Bahrain, Belgium, Brazil, Bulgaria,
   Canada, Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Gibraltar, Greece, Ireland, Italy, Hungary, Japan,
   Kuwait, Latvia, Liechtenstein, Lithuania, Luxembourg, Malaysia, Malta, Mexico, New Zealand, Norway, Portugal, Netherlands, Oman,
   Poland, Qatar, Romania, Russia, Saudi Arabia, Singapore, Slovakia, Slovenia, Spain, South Africa, Sweden, Switzerland, Turkey,
   United Arab Emirates, United Kingdom, or United States.

5. Hotfile will count every successfully completed download, but if a Premium account holder downloads a file more than once, that will
   be counted as a single download. This doesn't apply for free users' downloads—their downloads are counted without limitations (i.e.,
   multiple downloads for a file from same IP address are counted).

HF00000018

6. File copies and different download links are supported. After you upload a file you will be able to create and store copies of it. Automated backup is provided for all uploads, so that files won't be lost.

7. Maximum download speeds are as follows: 128KB/S for users of Hotfile's free service, and effectively unlimited download speed for Premium account holders.

8. Amounts due to affiliates are paid every Monday. Minimum payment amount is US $15. If less than US $15 is due on any Monday, payment will not be made until the amount due is at least US $15. Payments are sent automatically. (You don't need to do anything.)

9. Statistics of downloads and revenues are provided through your Affiliate Account.

10. Hotfile may suspend or terminate an Affiliate Account for any violation of the Hotfile Terms of Service. Hotfile may also terminate an Affiliate Account for any other reason that Hotfile determines, in its discretion, warrants termination. On the second Monday following termination of an Affiliate Account, Hotfile will pay all amounts still owed to the Affiliate, unless payment would be inconsistent with any applicable law or regulation.

From time to time, we may change these Affiliate Terms. If we change these Affiliate Terms, we will inform you by posting the revised Affiliate Terms on the Hotfile Service. Those changes will go into effect on the Revision Date shown in the revised Affiliate Terms. By continuing to use the Hotfile Service, you agree to the revised Affiliate Terms. The Affiliate Terms were last updated on 19th day of July, year 2010.

## RESELLER TERMS AND CONDITIONS

By becoming a Hotfile Reseller, you agree to the Terms of Service and the following additional terms and conditions ("Reseller Terms"): Upon establishing a Hotfile Reseller account, you can buy Premium accounts from Hotfile at a discount, and sell them for a price that you determine will be good for you and your customers. The initial discount for all our Resellers is twenty percent (20%). In other words, we will sell a Premium account to you at twenty percent less than the price of that account as advertised on Hotfile's website. Payment to Hotfile for Premium accounts must be made through one of our approved payment services (Paypal, Webmoney, or Epassporte). Resellers may then sell Premium accounts via any billing methods they are entitled to use. In order to establish a Hotfile Reseller account, you will need to load your Reseller account with at least $100. To establish a Hotfile Reseller account and become a Reseller, send an e-mail to **reseller@hotfile.com** including the following information:

1. Your name;

2. Your country of origin;

3. Country or countries where you plan to sell our accounts;

4. What kind of payment methods you can accept;

5. How many accounts you think you can sell weekly;

6. Your username at Hotfile.com (if you don't have one, register a free account); and

7. URL of the site where you plan to sell our accounts.

Please note that if you have a website, you can be listed as a Reseller on Hotfile's Reseller Page. If you provide your website and the country or countries you serve, and if you are approved as a Reseller, Hotfile will list you on the Reseller Page unless you ask not to be listed. If you're approved as a reseller, you will receive an e-mail confirmation with additional information. From time to time, we may change these Reseller Terms. If we change these Reseller Terms, we will inform you by posting the revised Reseller Terms on the Hotfile Service. Those changes will go into effect on the Revision Date shown in the revised Reseller Terms. By continuing to use the Hotfile Service, you agree to the revised Reseller Terms. The Reseller Terms were last updated on 19th day of July, year 2010.

Home | Premium | Report Abuse | Imprint | File Checker | Reseller | Contacts

HF00000019

# EXHIBIT 19

Hotfile.com: One click file hosting



Login / Sign up      Language:  ▾ English

News    Upload    Premium    Hotlink    Affiliate    FAQ

# HOTFILE INTELLECTUAL PROPERTY POLICY

## HOTFILE COPYRIGHT AND DMCA POLICY

HotFile is a service provider under the Digital Millennium Copyright Act, 17 U.S.C. section 512 ("DMCA"). HotFile has adopted the following policy concerning copyright infringement in accordance with the DMCA and copyright law. Hotfile will respond promptly to claims of copyright infringement reported to its designated copyright agent. It is Hotfile's policy to: (1) accommodate and not interfere with standard technical measures (as defined by the DMCA) used to identify and protect copyrighted works; (2) disable access to or remove content that it believes in good faith may infringe the copyrights of third parties; and (3) discontinue service to users who repeatedly make such content available or otherwise violate HotFile's Terms of Service. Please do not abuse the HotFile service by using it to distribute materials to which you do not have the rights.

### How to Report Infringement

If you are the owner of any exclusive right under copyright laws, or are authorized to act on behalf of such an owner, and you believe that a copyrighted work is being used or provided through the HotFile service in a manner that constitutes copyright infringement, please send the following information to HotFile's designated agent:

1. Identification of the copyrighted works claimed to have been infringed or, if multiple copyrighted works are covered by a single notification, a complete or representative list of such works.
2. Identification of the material claimed to be infringing, or to be the subject of infringing activity, and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit HotFile to locate the material. (Requests will be processed most quickly if we are provided with a list of the HotFile URLS or links associated with the material, rather than images or copies of files.)
3. Contact information for the person providing notice, such as an address, telephone number and, if available, an e-mail address.
4. A statement that the person providing notice has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, the copyright owner's agent, or the law. (Please note that under the DMCA, any person who knowingly and materially misrepresents that content is infringing may be subject to liability.)
5. A statement that the information in the notice is accurate, and a statement, under penalty of perjury, that the notifying party is authorized to act on behalf of the owner of the copyright that is allegedly infringed.
6. The physical or electronic signature of a person authorized to act on behalf of the owner of the copyright that has been allegedly infringed.

To submit your notice, click here to send it to HotFile's designated agent, or send it by postal delivery to:

Constantin Luchian
1007 N. Federal Highway, Suite 240
Fort Lauderdale, Florida, 33304
United States of America
Fax: +1 954 414 0865

If HotFile's designated agent receives proper notification, or if HotFile comes to believe in good faith that content available through the HotFile service may infringe copyrights, it will remove or disable access to the potentially infringing materials as soon as reasonably possible. HotFile will also promptly notify the member or user who made the content available through the HotFile service that the content has been removed or access to it has been disabled.

HF00000011

Hotfile.com: One click file hosting

## Special Rightsholder Account

If you are the owner of copyrights in works that have been made available through the HotFile service without your permission, or the authorized representative of such a copyright owner, and you have given or may be required to give repeated notifications under the DMCA with respect to such material, you may request a Special Rightsholder Account.

Using a Special Rightsholder Account, you may remove or disable access to materials made available through the HotFile service by submitting the URLs for those materials through your account. If you use this process, you are not required to report infringement as specified above. Submitting the URLs will result in prompt removal of or disabling of access to the content associated with those URLs.

By submitting a URL using your Special Rightsholder Account, you will be representing that you have a good faith belief that the material associated with the URL infringes the copyrights in that material, and that you own the copyrights in that material or are authorized to represent the owner of the copyrights. (Please note that under the DMCA any person who knowingly and materially misrepresents that material is infringing may be subject to liability.)

When you submit URLs using your Special Rightsholder Account, a notice will be sent to the user who uploaded the affected material, and that user may submit a counter-notification, as provided for by the DMCA and this policy.

To request a Special Rightsholder Account, please send an e-mail HotFile's designated agent at abuse@hotfile.com, or by postal delivery to:

Constantin Luchian
1007 N. Federal Highway, Suite 240
Fort Lauderdale, Florida, 33304
United States of America
Fax: +1 954 414 0865

Include in the subject line of your e-mail or your postal correspondence the phrase "Special Rightsholder Account."

## How to Submit a Counter-Notification if You Dispute Removal or Blocking of Content

If material is removed from the HotFile service, or if access to material is disabled, and you believe that (1) the material is not infringing, or (2) that you have the right to use or distribute the material as the copyright owner, the copyright owner's agent or licensee, or pursuant to the law, you may submit a counter-notification to HotFile. Please note that in order to be ensured of receiving notice that material has been removed or access to it has been disabled, you must provide an e-mail address to HotFile when you upload material.

Hotfile must receive any counter-notification within ten business days of giving notice that material has been removed or access to it disabled. If your counter-notification is not received within that time, the material will be permanently disabled.

Please send any counter-notification to HotFile's designated agent, with the following information:

1. Identification of the content that has been removed or to which access has been disabled, and the location at which the material appeared before it was removed or access was disabled.
2. A statement, under penalty of perjury, that you have a good faith belief that the material was removed or disabled as a result of mistake, or as a result of misidentification of the material to be removed or disabled.
3. Your name, address, telephone number, and, if available, e-mail address.
4. A statement that you consent to the jurisdiction of the Federal District Court in the judicial district in the United States in which your address is located, or if your address is outside the United States, in Northern District of California, and that you will accept service of process from the person who provided notification of the alleged infringement or from an agent of such person.
5. Your physical or electronic signature.

If a proper counter-notification is received by HotFile's designated agent, HotFile may send a copy of the counter-notification to the original complaining party. The counter-notification may be accompanied by notice that HotFile will replace or restore

HF00000012

Hotfile.com: One click file hosting

access to the content within 15 days of date the notice is sent, unless a legal action is brought against the member or user who provided the counter-notification, seeking a court order regarding the ownership and/or use of the content, and HotFile is provided with proof of the commencement of the action. If such an action is not commenced and proof of commencement provided to HotFile, then the content that is the subject of the counter-notification will be replaced or access to it restored unless Hotfile determines, in its sole discretion, that doing so would be contrary to Hotfile's Terms of Service, including but not limited to this Intellectual Property Policy.

To submit a counter-notification, <u>click here</u> to send it to HotFile's designated agent, or send it by postal delivery to:

Constantin Luchian
1007 N. Federal Highway, Suite 240
Fort Lauderdale, Florida, 33304
United States of America
Fax: +1 954 414 0865

## HOTFILE TRADEMARK POLICY

When materials are uploaded to the HotFile service, a URL that links to that material is automatically generated. HotFile does not knowingly incorporate third party trademarks into the URLs generated when material is uploaded. Furthermore, HotFile does not provide an index of materials available through the HotFile service. Therefore, except with respect to any advertising that HotFile may provide pursuant to agreements with advertisers, third party trademarks will not normally appear on Hotfile's website.

If you believe that the HotFile service is being used to distribute products or services using your trademark in a manner that violates your rights as a trademark holder, you may submit a notification to HotFile. Use the process described above for submitting a notification of copyright infringement ("How to Report Infringement"), but specify that your notification pertains to trademark infringement by including the phrase "Trademark Notice" in the subject line of your e-mail message or letter. In addition to the information identifying the trademarked materials and their location, include the following: (1) a statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the trademark owner, the trademark owner's agent, or the law; (2) a statement that you are the owner or are authorized to act on behalf of the owner of the trademark that you believe is being infringed; (3) an assurance that the information being provided is accurate; and (4) your physical or electronic signature.

Following receipt of a proper notification, HotFile will promptly disable access to or remove content that it believes in good faith may infringe the trademark rights of third parties.

<u>Home</u>   |   <u>Premium</u>   |   <u>Report Abuse</u>   |   <u>Imprint</u>   |   <u>File Checker</u>   |   <u>Reseller</u>   |   <u>Contacts</u>

HF00000013

Hotfile.com: One click file hosting



HotFile (www.hotfile.com) is an Online Service Provider under Title II of the Digital Millennium Copyright Act, 17 U.S.C. Section 512 ("DMCA"). This document outlines the policy that hotfile.com have introduced in order to implement notice and takedown policy as required by DMCA. This document guides copyright owners interested in utilizing this procedure, as well as service users interested in restoring access to material mistakenly taken down.

**Writing and sending Proper Notification**

The DMCA provides a legal procedure by which you can request any Online Service Provider to disable access to a website where your copyrighted work(s) are appearing without your permission. The legal procedure consists of two parts: (1) Writing a Proper DMCA Notice, and (2) Sending the Proper DMCA Notice to hotfile.com Designated Agent.

**To write a Proper DMCA Notice, state the following information:**

1. Identify yourself as an owner of copyrighted work or exclusive rights that you believe were infringed, or a person acting on behalf of such owner.

2. State your contact information, including your name, street address, phone number, and email address.

3. Identify the copyrighted work that you believe is being infringed, or if a large number of works are being infringed, a representative list of the works.

4. Identify the location of materials that allegedly are infringing your copyrighted work, by providing Web URLs on **hotfile.com** site that contain these materials. Please **don't send attached images, pdf** or other file formats files, but only **list with hotfile.com web urls**.

5. State that you have "a good faith belief that use of the aforementioned material is not authorized by the copyright owner, its agents, or the law".

6. State that the information in the notice is accurate, under penalty of perjury.

7. Your notice **must be signed with a physical signature** (when it is in paper form) or **electronic signature** (when it is in electronic form).

8. To exercise your DMCA rights, your Proper DMCA Notice must be sent to Designated Agent of hotfile.com to email: **abuse@hotfile.com**

**Notice and takedown procedure**

HotFile.com will follow the procedures provided in the DCMA to properly enforce rights of copyright holders. When a Proper DMCA notification is received by Designated Agent, or when hotfile.com becomes otherwise aware that copyright rights are infringed, it will remove or disable access to infringing materials as soon as possible. You don't need to wait confirmation from us about this action.

If users submitting or downloading materials believe that their use of materials was lawful, they have the right of sending a Proper Counter-notification in order to restore access to these materials. Hotfile.com will comply with the appropriate provisions of the DMCA in the event a counter notification is received by its Designated Agent.

Thank you for your understanding!

Home   |   Premium   |   Report Abuse   |   Imprint   |   File Checker   |   Reseller   |   Contacts

HF00000003

# EXHIBIT 20



Hotfile.com: One click file hosting

**Login / Sign up**   Language:   English

News   Upload   Premium   Hotlink   Affiliate   FAQ

# Hotfile Privacy Policy

Your privacy is important to us. We have prepared this Privacy Policy to explain how we collect, use, protect, and disclose Personal Information and Usage Data when you use the Hotfile online file hosting service ("Service"). This Privacy Policy also explains your choices for managing your information and your preferences.

This Privacy Policy may be revised from time to time. By using the Service, you agree to be bound and to abide by the most recent version of this Privacy Policy. This Privacy Policy was last updated on 04/04/2009.

## Managing Your Information Preferences

You can review, correct, update, or change your Personal Information, or opt out of any direct marketing in which we may engage, by changing the relevant setting in your Hotfile profile or account (if you have one), or by e-mailing us at support@hotfile.com. If you have questions or concerns regarding this Privacy Policy, please e-mail us at support@hotfile.com.

## Information We Collect and How We Collect It

**Personal Information.** You can use certain features of the Service without providing us with any information that identifies or may be used to directly identify you ("Personal Information"). We collect certain Personal Information when you register with Hotfile, including your username, e-mail address, and payment information (i.e., a third party payment processor identifier). We may collect other Personal Information if you become an Affiliate or Reseller or use certain features of the Service. We collect Personal Information only if you choose to share it with us. The decision to provide this information is optional. However, if you choose not provide the requested information, you may not be able to use certain features of the Service.

**Usage Data.** We automatically collect usage information that does not directly identify an individual user ("Usage Data"). For example, each time you use the Service we may automatically collect the type of Web browser you use, your operating system, your Internet Service Provider, your IP address, the links you use, and the time and duration of your use of the Service. We use this Usage Data to help us understand how people use the Service, and to enhance the services we offer. None of this information can be used to directly identify you, and we will not use it for the purpose of attempting to identify you. Please be aware, however, that we may be required to disclose information such as your IP address (a unique numerical identifier for your computer that may or may not change over time) which could be used by others to attempt to identify you.

**Cookies and Web Beacons.** We use cookies (a small text file placed on your computer to identify your computer and Web browser when you use the Service). We may also use Web beacons (an electronic file placed on a website that monitors usage). We do not use cookies or Web beacons to collect Personal Information. We use cookies and Web beacons to improve the quality of the Service. Most Web browsers are initially set up to accept cookies. You can reset your Web browser to refuse all cookies or to indicate when a cookie is being sent. However, certain features of the Service may not work if you delete or disable cookies. Some of our Service Providers, as discussed below, may use their own cookies or Web beacons in connection with the services they perform on our behalf.

**Storage of Information.** The information Hotfile collects about you and your usage of the Service will be transmitted to and stored by Hotfile on servers in the United States. More information about the steps we take to protect this information is provided below ("Security").

## How We Use Information and When We May Share Information

**Generally.** We generally use Personal Information only for purposes of providing and communicating with you about the Service, including responding to your requests, making payments, notifying you of new products or services, and otherwise communicating with you about the Service. We will not disclose Personal Information to third parties without your consent, except as explained in this Privacy Policy.

**Affiliates.** Please note that our "Affiliates" (users who provide popular content and refer other users to the Service in accordance with our Affiliate Program) have access to usernames of the users they refer who also become Affiliates (username only) and certain usage

HF00000008

Hotfile.com: One click file hosting

statistics, such as funds earned from each referred Affiliate.

**Service Providers.** From time to time, we may establish a business relationship with other businesses whom we believe trustworthy and who have confirmed that their privacy practices are consistent with ours ("Service Providers"). For example, we may contract with Service Providers to provide services such as payment processing, maintenance and support, data storage and management, advertising, and marketing. We provide our Service Providers with only the information necessary for them to perform these services on our behalf. Each Service Provider must agree to use reasonable security procedures and practices, appropriate to the nature of the information involved, in order to protect your Personal Information from unauthorized access, use, or disclosure. Service Providers are prohibited from using Personal Information other than as specified by Hotfile.

Please note that when you make payments to Hotfile, the information you provide is submitted to a third-party payment provider. It is not received or maintained by Hotfile, except that your e-mail address will automatically be provided to us when you first pay for a Premium account, so that we can establish your account and provide you with the special features offered to Premium account holders.

Ad Networks. We may work with third-party advertising and marketing companies ("Ad Networks"). These companies may collect and use information about your use of the Service in order to provide advertisements about goods and services that may be of interest to you. Advertisements may be shown via the Services, or third-party websites. These companies may place or recognize a unique cookie on your computer or use other technologies such as Web beacons to collect information about your use of the Service and of other Internet services and websites. Our Privacy Policy does not cover any collection or use of information about you by any Ad Network. It also does not cover any information that you may choose to provide to an Ad Network or to an advertiser whose goods or services are advertised through the Service. For more information about collection and use of information by Ad Networks, and to opt-out of certain advertising, please visit http://www.networkadvertising.org/managing/opt_out.asp.

**Google Analytics.** We also uses Google Analytics, a web analytics service provided by Google, Inc. ("Google"). Google Analytics uses "cookies," which are text files placed on your computer, to help Hotfile analyze how users use our Service. We use this information to help us understand how people use the Service, and to enhance the services we offer. The information generated by the cookie about your use of the Service (including your IP address) will be transmitted to and stored by Google on servers in the United States. Google will use this information for the purpose of evaluating your use of the Service, compiling reports on Service activity for us, and providing other services relating to Service activity and Internet usage. Google may also transfer this information to third parties where required to do so by law, or if such third parties process the information on Google's behalf. Google will not associate your IP address with any other data held by Google. As noted, you may refuse the use of cookies by selecting the appropriate settings on your Web browser, but please note that if you do this you may not be able to use the full functionality of the Service. By using the Service, you consent to the processing of data about you by Google in the manner and for the purposes set out above. For more information, please visit http://www.google.com/analytics/en-GB/tos.html.

**Standard Analytics Information.** We may use, and disclose to third parties, certain Usage Data regarding the Service. However, such information does not identify you individually.

**Other Transfers.** We may share Personal Information and Usage Data with businesses controlling, controlled by, or under common control with Hotfile. If Hotfile is merged, acquired, or sold, or in the event of a transfer of some or all of our assets, we may disclose or transfer Personal Information and Usage Data in connection with such transaction. You will have the opportunity to opt-out of any such transfer if we determine, in our discretion, that the new entity plans to handle your information in a way that differs materially from this Privacy Policy.

**Data Retention.** We will hold your Personal Information on our systems for as long as is necessary for the relevant activity. If you cancel your registration and your account is deleted Hotfile will no longer use the Personal Information, but for administration purposes it will stay on our system for a period of one year before being deleted.

**Compliance with Laws and Law Enforcement.** Hotfile cooperates with government and law enforcement officials and private parties to enforce and comply with the law. We may disclose Personal Information and any other information about you to government or law enforcement officials or private parties if, in our discretion, we believe it is necessary or appropriate for any of the following reasons: to respond to legal requests (including court orders and subpoenas); to protect the safety, property, or rights of Hotfile, any Hotfile user, or any third party; to prevent or stop any illegal, unethical, or legally actionable activity; or to comply with the law.

## Be Careful When You Share Information

HF00000009

Hotfile.com: One click file hosting

Please be aware that whenever you share information in an uploaded file via the Service, that information may be accessed by the recipient. That means that anyone with access to the shared file can potentially use it for any purpose, including potentially uploading, storing, or sharing files, sending unsolicited communications, or redirecting payments.

## Security

Hotfile is very concerned about safeguarding the confidentiality of your Personal Information. We employ reasonable physical and electronic measures designed to protect your information from unauthorized access. However, no data transmission over the Internet or other network can be guaranteed to be 100% secure. As a result, while we strive to protect information transmitted on or through the Service, we cannot and do not guarantee the security of any information you upload, store, share, transmit, or provide on or through the Service, and you do so at your own risk.

## Links To Content and to Other Websites

Our Service permits users to share links to materials stored on servers owned by or operated on behalf of Hotfile. Our Service may also contain links to other websites, or allow others to send you such links. The use of the Service to provide a link to material on Hotfile servers or to a third party's website does not mean that we endorse it or that we are affiliated with it. We do not exercise control over the content uploaded and shared using the Service (except that we may remove or disable access to it upon receipt of proper notice under our Intellectual Property and Rights Policy). We also do not exercise control over third-party websites. You access such content or third-party websites at your own risk. You should always read the privacy policy of a third-party website before providing any information to the operator of the website.

## Children's Privacy

We do not knowingly collect Personal Information from children under the age of 13. By using our Services, you promise that you are at least 13 years old. If we become aware that a user is under the age of 13, we will terminate any account that user may have with Hotfile. If we become aware that we have inadvertently received Personal Information from a child under the age of 13, we will delete such information from our records.

HF00000010

# EXHIBIT 21

| | |
|---|---|
| **From:** | Bentkover, Michael |
| **To:** | 'Hotfile Corp' |
| **CC:** | Applen, Ethan; Kaplan, David P.; Sommer, Christian; Boivin, Bret; Blaut, Michael |
| **Sent:** | 8/26/2009 11:32:38 AM |
| **Subject:** | Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM |

Dear Hotfile,
I wanted to follow-up and find out if Hotfile is ready for Warner Bros. to use a rapid takedown tool which you have been working on establishing.
We have been sending many takedown notices (including thousands of infringing links) and we appreciate how fast you've been removing files, but unfortunately the files are reposted immediately and having a takedown tool would be ideal in order to curb piracy.

Kind regards,
Michael Bentkover
Warner Bros. Entertainment Inc.

Michael Bentkover
Warner Bros. Entertainment Inc.
4000 Warner Boulevard
Bridge Building 156 South, # 5333
Burbank, California 91522
Phone: (818) 954-3639
Fax:    (818) 954-7898
michael.bentkover@warnerbros.com

**From:** Hotfile Corp [mailto:hotfile.com@gmail.com]
**Sent:** Wednesday, April 29, 2009 11:28 PM
**To:** Bentkover, Michael
**Subject:** Re: Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM

Hello!
We are developing such a tool and will give you access to delete all your materials.
So far we tried to delete as fast as it possible all reported links and we believe you're satisfied with our fast reaction.
Also we can do it every your mail with reported abuse to be processed automatically and all reported files to be deleted immediately without checking and reading your mail by our abuse agent.

Tell me which way you prefer?

I suggest to give me your emails from which reports are comming and we will add these emails to our dbase and all will be processed in auto mode.

Regards,

On Thu, Apr 30, 2009 at 2:36 AM, Bentkover, Michael <Michael.Bentkover@warnerbros.com> wrote:

**VIA ELECTRONIC MAIL**


RE:    Unauthorized Use of Warner Bros.' Property


Dear Abuse Manager,

WARNER025866

I was wondering if you have any type of takedown tool that could assist us in removing content from HOTFILE that infringes Warner Bros. Entertainment Inc. rights, rather than sending an official takedown abuse notice every time URL's are identified. As you know, we recently requested over 1000 URL's which were hosted on HOTFILE that infringed Warner Bros. Entertainment Inc. rights and we would like to request a directly way to remove links as fast as possible.

Other sites have provided Warner Bros. Entertainment Inc. with a take down tool that allows us to log in and remove the infringing URL's immediately and hence more efficiently curb spread of piracy of Warner Bros. content.

This takedown tool will also require less work from HOTFILE and Warner Bros. Entertainment Inc. staff to process our requests.

I swear, under penalty of perjury, that the information in the notification is accurate.

I may be contacted at:

Michael Bentkover

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Bridge Building 156 South, # 5333

Burbank, California 91522

Phone: (818) 954-3639

Fax:     (818) 954-7898

michael.bentkover@warnerbros.com

Truthfully,

/mb/

**Example of files already reported for removal and have been removed:**

17 Again

http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html

WARNER025867

http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/207900/503eb2f/Thank.you.html
http://hotfile.com/dl/296547/103154d/17 Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17 Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17 Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17 Again-THS.part4.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/330078/aa2e4b2/GoLeech.org-17.Again.400.part1.rar.html
http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/326648/a1c9469/WWW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WWW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WWW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WWW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html

WARNER025868

http://hotfile.com/dl/296547/103154d/17 Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17 Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17 Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17 Again-THS.part4.rar.html
http://hotfile.com/dl/319796/929ca01/17A.part1.rar.html
http://hotfile.com/dl/319826/4573b92/17A.part2.rar.html
http://hotfile.com/dl/319849/36548ac/17A.part3.rar.html
http://hotfile.com/dl/319866/6b3cddf/17A.part4.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/296547/103154d/17 Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17 Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17 Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17 Again-THS.part4.rar.html
http://hotfile.com/dl/296547/103154d/17 Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17 Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17 Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17 Again-THS.part4.rar.html
http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.bv.flippy07.part1.rar.html
http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.bv.flippy07.part2.rar.html
http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.bv.flippy07.part3.rar.html
http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.bv.flippy07.part4.rar.html
http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.bv.flippy07.part5.rar.html
http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html
http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html
http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.flippy07.part8.rar.html
http://hotfile.com/dl/319699/e5c60ba/17A.CAM.XViD-CAMERAx.part2.rar.html
http://hotfile.com/dl/320007/967bb60/17A.CAM.XViD-CAMERAx.part1.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html

WARNER025869

http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/324599/ad0ddae/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/324606/51b1304/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/324607/f1c02eb/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/324609/320ccf5/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331873/f782e12/17.Again.CAM.XVID-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17.Again.CAM.XVID-STGx.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.ra�
http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.rar.html
http://hotfile.com/dl/296547/103154d/17 Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17 Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17 Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17 Again-THS.part4.rar.html
http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.by.flippy07.part1.rar.html
http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.by.flippy07.part2.rar.html
http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.by.flippy07.part3.rar.html
http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.by.flippy07.part4.rar.html

WARNER025870

http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.by.flippy07.part5.rar.html

http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html

http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html

http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.flippy07.part8.rar.html

http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html

http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html

http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html

http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html

http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.by.flippy07.part1.rar.html

http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.by.flippy07.part2.rar.html

http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.by.flippy07.part3.rar.html

http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.by.flippy07.part4.rar.html

http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.by.flippy07.part5.rar.html

http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html

http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html

http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.flippy07.part8.rar.html

WARNER025871

http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/293643/8c8d287/17.Again.2009.CaM.XviD_THS.part1.rar.html
http://hotfile.com/dl/293652/540376d/17.Again.2009.CaM.XviD_THS.part2.rar.html
http://hotfile.com/dl/293668/6cd5e22/17.Again.2009.CaM.XviD_THS.part3.rar.html
http://hotfile.com/dl/293681/4dd26a9/17.Again.2009.CaM.XviD_THS.part4.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html

<span style="font-size:9.0pt;font-family:Arial;color:black
...

[Message clipped]

WARNER025872

# EXHIBIT 22

Page 1 of 1

Quota: 100 files

**Report files:**

I certify under penalty of perjury that I am owner or an authorized legal representative of the owner of the copyrights to this material. I have a good faith belief that use of this material is not authorized by the copyright owner, the copyright owner's agent, or the law. The foregoing information is accurate as to this material.

Additionally, you can upload a batch file with links in it:

Choose File | No file chosen

File must be plain text (txt file created by notepad and NOT a word/wordpad/pdf file).

Delete

file://C:\Documents and Settings\dgupta\My Documents\Hotfile\SRA.bmp

Confidential

8/11/2011
HF02835678

# EXHIBIT 23

| From: | hotfile.com@gmail.com on behalf of Hotfile Support |
|---|---|
| To: | Bentkover, Michael |
| Sent: | 8/29/2009 9:24:33 AM |
| Subject: | Re: Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM |

Hello!
We created account for you.
Please open our main site and login with this data:

Username: Michael.Bentkover
Password: pgmxzn

You will notice "Copyright Tools" (http://hotfile.com/copyright/)

You can paste here all links, which violate your copyrights.
They will be deleted and also will be included in black list database, so same files can't be uploaded again.

If you have any questions don't hesitate to contact us.

Regards,

On Wed, Aug 26, 2009 at 9:32 PM, Bentkover, Michael <Michael.Bentkover@warnerbros.com> wrote:

Dear Hotfile,

I wanted to follow-up and find out if Hotfile is ready for Warner Bros. to use a rapid takedown tool which you have been working on establishing.

We have been sending many takedown notices (including thousands of infringing links) and we appreciate how fast you've been removing files, but unfortunately the files are reposted immediately and having a takedown tool would be ideal in order to curb piracy.


Kind regards,

Michael Bentkover

Warner Bros. Entertainment Inc.


Michael Bentkover

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Bridge Building 156 South. # 5333

Burbank, California 91522

Phone: (818) 954-3639

Fax:    (818) 954-7898

michael.bentkover@warnerbros.com

WARNER025890

# EXHIBIT 24

| From: | hotfile.abuse@gmail.com on behalf of Hotfile Abuse |
|---|---|
| To: | Anti Piracy (NBC Universal); abuse@flamingorecordings.net; eseidler@fastgirlfilms.com; mailbox@ruprotect.com; dmca-ve1@degban.com; dwilson@kmwlaw.com; nate@takedownpiracy.com; konstantin@webkontrol.ru; jagxj6@sbcglobal.net; webmaster_mike@spanked-in-uniform.com; support@flavaworks.com |
| Sent: | 6/16/2010 4:12:46 AM |
| Subject: | Special Rightsholder Account |

Dear Sir/Madame,

We're writing to inform you that we want to create you a Special Rightsholder Account. Please read our   Intellectual Property Policy and send us the needed information for the creation. Thank you for the cooperation.


Best Regards,
Abuse Department
Hotfile.com

Universal EXHIBIT **46**
for identification
LORI SCINTA, CSR #4911   12·6·11
Date:
Witness: Perkins

UNIVERSAL000110

# EXHIBIT 25

Page 1

Document ID:02-12-1347-12

| | |
|---|---|
| From: | hotfile.com@gmail.com<br><hotfile.com@gmail.com> on belhaf of Hotfile Corp<br><andrew@hotfile.com> |
| To: | Jessup, Melissa </o=sony/ou=exchange<br>administrative group<br>(fydibohf23spdlt)/cn=recipients/cn=62775d01-7801090f-88257478-6<br>0a109> |
| Cc: | |
| Bcc: | |
| Subject: | Re: DMCA 10.15.10 Notices of Infringement re hotfile.com |
| Date: | Sat Oct 16 2010 02:01:17 PDT |
| Attachments: | |



EXHIBIT
LORI SONTA for identification
Solmon CSR #1811
Solmon -1  12.9.11

Hello,
Attached link was removed immediately.
If you are interested we could provide Special Rightholders Account as it was described here: http:
//hotfile.com/lppolicy.html

Regards,


On Sat, Oct 16, 2010 at 2:31 AM, Jessup, Melissa <Melissa_Jessup@spe.sony.com> wrote:


This email is sent on behalf of Vicki Solmon.


Internet Email Confidentiality: Privileged/Confidential Information may be contained in this message. If
you are not the addressee indicated (or designated as responsible for delivery of this message to such
person), you may not copy or deliver this to anyone else. In such case, you should destroy this
message, and notify me immediately.   Thank you.



__
http://www.hotfile.com - one click file hosting
_____

SONY008610

# EXHIBIT 26



Hotfile Corp <hotfile.com@gmail.com>

# Request for access to Hotfile takedown tool

2 messages

---

**Jimmy Lee <jle@dtecnet.com>**                              **Mon, Feb 1, 2010 at 9:39 AM**
To: "support@hotfile.com" <support@hotfile.com>

---

Dear Hotfile,


I currently work with rights holders that consistently find their content illegally made available for download on your site. I'm aware that you have a takedown tool that would allow us to bypass link submission through the abuse portal and remove/disable content my rightfully owned by my clients immediately.

Please forward to me any documentation necessary to complete so that we may gain access to your tool quickly.

Kind regards,
Jimmy Lee
Strategic Account Manager for North America

jle@dtecnet.com

This is an e-mail from DtecNet Software. The information contained in or attached to this e-mail is intended only for the use of the stated addressee(s). If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to and must not disclose, copy, distribute, or retain this message or any part of it. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system immediately. The views expressed in this email are not necessarily the views of DtecNet Software, and the company, its directors, officers or employees make no representation or accept any liability for its accuracy or completeness unless expressly stated to the contrary.

---

**Hotfile Support <support@hotfile.com>**                     **Mon, Feb 1, 2010 at 10:58 AM**
To: Jimmy Lee <jle@dtecnet.com>

Hello Jimmy ,
Yes we developed copyright tool.
I made account for you:

    Username: dtecnet.com
    Password: jzizrwrfrgtAqs


Please, open http://hotfile.com
Login with above mentioned user/pass and notice link "Copyright Tools".
Here you can paste all infringement URLs.

---

Confidential
HF02868294

All will be deleted immediately and in addition MD5 hash of each file will be added in black list so same file can't be re-upload again!

I hope this will help your organization.

If you have any questions don't hesitate to contact us.

Regards,
Andrew

[Quoted text hidden]

--

http://www.hotfile.com

Confidential

HF02868295

# EXHIBIT 27

Case 1:11-cv-20427-KMW  Document 275-10  Entered on FLSD Docket 02/21/2012  Page 50 of 72
Gmail - OpSec Hotfile Account Termination                                    https://mail.google.com/mail/?ui=2&ik=bbe6b49378&view=pt&cat=a...



HotFile Corp <hotfile.mailbox@gmail.com>

## OpSec Hotfile Account Termination

9 messages

---

**Sebastian Franz <s.franz@opsecsecurity.de>**                              Wed, Feb 23, 2011 at 6:33 PM
To: "hotfile.com@gmail.com" <hotfile.com@gmail.com>, "abuse@hotfile.com" <abuse@hotfile.com>
Cc: "Hotfile.com" <suspended@hotfile.com>

Dear Hotfile,

I have received a message that our account has been suspended due to copyright violation.

We use this account only to report copyright infringements on behalf of our clients (Paramount, 20th Century Fox, etc). Therefore you have given us a login to a removal tool (see e-mail attached).

Please reinstate our account immediately. We have never uploaded any files with this login.

Best regards,
Sebastian Franz

——Ursprüngliche Nachricht——
Von: Hotfile.com [mailto:suspended@hotfile.com]
Gesendet: Mittwoch, 23. Februar 2011 17:17
An: Sebastian Franz
Betreff: Hotfile: Account Termination

Message-Id: <20110223161638.3B0221631A7@a1.hotfile.com>
Date: Wed, 23 Feb 2011 10:16:38 -0600 (CST)

Account Termination Notice: Your account has been terminated due to repeated alleged copyright violations.
If you believe that any claim that your account has been used for infringing content is not accurate, you may submit a counter-notification.
See our Intellectual Property Policy (http://hotfile.com/ippolicy.html).

————— Forwarded message —————
From: HotFile Abuse <abuse@hotfile.com>
To: Sebastian Franz <s.franz@opsecsecurity.de>
Date: Mon, 15 Feb 2010 16:28:44 +0100
Subject: Hotfile copyright tool
Hello Sebastian,

Yes we developed copyright tool.
I made account for you:

 Username: s.franz
 Password: ofmqph

Please, open http://hotfile.com
Login with above mentioned user/pass and notice link "Copyright Tools".
Here you can paste all infringement URLs.
All will be deleted immediately and in addition MD5 hash of each file will be added in black list so same file can't be re-upload again!
I hope this will helps your organization.
If you have any questions don't hesitate to contact us.

Regards,
Andrew

---

**HotFile Corp <hotfile.mailbox+canned.response@gmail.com>**                 Wed, Feb 23, 2011 at 6:34 PM
To: s.franz@opsecsecurity.de

## Your account has been terminated due to repeated alleged copyright violations

Policy of Terminating Accounts - Update
2011-02-19

Confidential
8.6.2011 г. 10:49 ч.
HF02868296

Hotfile.com has always maintained a policy of terminating the accounts of users found to have engaged in repeated copyright infringement. Our Terms of Service, to which all users must agree, prohibit using Hotfile.com to share content to which users do not have intellectual property rights. Recently, we have become concerned that despite these policies, some users persist in attempting to use Hotfile.com to share materials to which they do not have the necessary rights. Therefore, we have implemented a more aggressive policy of terminating the accounts of users who are the subject of repeated complaints of infringement.

—————————————

*Please do not reply to this email. This mailbox is not monitored and you will not receive a response.*

_____

**Hotfile Corp <hotfile.com@gmail.com>**                              **Mon, Mar 7, 2011 at 11:57 AM**
To: Andrei <andrew@hotfile.com>

Hello,
We have repeat offender policy and delete accounts, which files have been reported/deleted through copyright tool.
You did exactly this and since are strictly follow our Repeat Offender policy your own account was deleted.
I restored your account.
Please don't upload any files to your account and most important - don't delete them.

Regards,
Andrew

On Wed, Mar 2, 2011 at 9:10 PM, Sebastian Franz <s.franz@opsecsecurity.de> wrote:

Hello!

We have found out that our IT developer has done some testing with the takedown tool. He uploaded a few dummy files that are not infringing any copyrights, and then deleted them via the takedown tool

After that, our account got suspended.

Could you please reinstate it so that we can continue our work for Paramount and other content owners.

Thanks,
Sebastian

——-Ursprüngliche Nachricht——-
Von: Sebastian Franz
Gesendet: Donnerstag, 24. Februar 2011 09:40
An: 'hotfile.com@gmail.com'; 'abuse@hotfile.com'
Betreff: AW: OpSec Hotfile Account Termination

Hi Andrew,

Why do you claim that we have pursued copyright infringement with our account?

We have only used it to report infringements on behalf of our clients, which are Fox, Paramount and many others.

Please reinstated the access.

Thanks,
Sebastian

——-Ursprüngliche Nachricht——-
Von: Sebastian Franz
Gesendet: Mittwoch, 23. Februar 2011 17:34
An: 'hotfile.com@gmail.com'; 'abuse@hotfile.com'
Cc: 'Hotfile.com'
Betreff: OpSec Hotfile Account Termination
Wichtigkeit: Hoch

Dear Hotfile,

I have received a message that our account has been suspended due to copyright violation.

We use this account only to report copyright infringements on behalf of our clients (Paramount, 20th Century Fox, etc). Therefore you have given us a login to a removal tool (see e-mail attached).

Please reinstate our account immediately. We have never uploaded any files with this login.

Best regards,
Sebastian Franz

——-Ursprüngliche Nachricht——-
Von: Hotfile.com [mailto:suspended@hotfile.com]

Confidential

Gesendet: Mittwoch, 23. Februar 2011 17:17
An: Sebastian Franz
Betreff: Hotfile: Account Termination

Message-Id: <20110223161638.3B0221631A7@a1.hotfile.com>
Date: Wed, 23 Feb 2011 10:16:38 -0600 (CST)

Account Termination Notice: Your account has been terminated due to repeated alleged copyright violations.
If you believe that any claim that your account has been used for infringing content is not accurate, you may submit a counter-notification.
See our Intellectual Property Policy (http://hotfile.com/ippolicy.html).


--
http://www.hotfile.com - one click file hosting

---

| HotFile Corp <hotfile.mailbox+canned.response@gmail.com> | Mon, Mar 7, 2011 at 12:24 PM |
|---|---|

To: hotfile.com@gmail.com

## Your account has been terminated due to repeated alleged copyright violations

[Quoted text hidden]

---

| HotFile Corp <andrew@hotfile.com> | Mon, Mar 7, 2011 at 10:06 PM |
|---|---|

To: Sebastian Franz <s.franz@opsecsecurity.de>

Hello,
We have repeat offender policy and delete accounts, which files have been reported/deleted through copyright tool.
You did exactly this and since are strictly follow our Repeat Offender policy your own account was deleted.
I restored your account.
Please don't upload any files to your account and most important - don't delete them.

Regards,
Andrew


[Quoted text hidden]

[Quoted text hidden]
——— Forwarded message ———
From: Hotfile Abuse <abuse@hotfile.com>
To: Sebastian Franz <s.franz@opsecsecurity.de>
Date: Mon, 15 Feb 2010 16:28:44 +0100
Subject: Hotfile copyright tool
Hello Sebastian,

Yes we developed copyright tool.
I made account for you:

Username: s.franz

Password: ofmqph

Please, open http://hotfile.com
Login with above mentioned user/pass and notice link "Copyright Tools".
Here you can paste all infringement URLs.
All will be deleted immediately and in addition MD5 hash of each file will be added in black list so same file can't be re-upload again!
I hope this will helps your organization.
If you have any questions don't hesitate to contact us.

Regards,
Andrew

---

| Sebastian Franz <s.franz@opsecsecurity.de> | Mon, Mar 7, 2011 at 10:54 PM |
|---|---|

To: HotFile Corp <andrew@hotfile.com>

Thank you Andrew! Appreciate that you reinstated the account. It was a stupid mistake of our IT developers while testing the tool.

---

Confidential

HF02868298

Sebastian Franz
Account Manager Anti-Piracy

OpSec Security GmbH

--- Ursprüngliche Nachricht ---
Von: "HotFile Corp" <andrew@hotfile.com>
Betreff: Re: OpSec Hotfile Account Termination
Datum: 7. März 2011
Uhrzeit: 21:7:43


[Quoted text hidden]

---

**HotFile Corp <hotfile.mailbox+canned.response@gmail.com>**                    Mon, Mar 7, 2011 at 10:56 PM
To: s.franz@opsecsecurity.de

### Your account has been terminated due to repeated alleged copyright violations

[Quoted text hidden]

---

**HotFile Corp <andrew@hotfile.com>**                    Wed, Jun 8, 2011 at 10:49 AM
To: andrew@hotfile.com

[Quoted text hidden]

---

**HotFile Corp <hotfile.mailbox+canned.response@gmail.com>**                    Wed, Jun 8, 2011 at 10:49 AM
To: hotfile.mailbox@gmail.com

### Your account has been terminated due to repeated alleged copyright violations

[Quoted text hidden]

---

Confidential
8.6.2011 г. 10:49 ч.
HF02868299

# EXHIBIT 28



Hotfile Corp <hotfile.com@gmail.com>

# BayTSP - Additional Login Request

3 messages

---

**Natasha Lakeman <natashas@baytsp.com>**                          Fri, Apr 2, 2010 at 1:33 AM
To: Hotfile Corp <hotfile.com@gmail.com>, support@hotfile.com
Cc: Copyright-Compliance <Copyright-Compliance@baytsp.com>

**Dear Andrew and Hotfile Abuse Department,**

We would like to request an additional login for your takedown tool - one that would be specific to our client Paramount Pictures Corporation and the email address paramount-video@copyright-compliance.com. Please let us know if you need any additional information from us to set this up.

Thank you kindly, once again, for your time and cooperation. We look forward to your response.

Kind regards,

**Natasha Lakeman**

COMPLIANCE ADMINISTRATOR

**BAY TSP, INC.**

*******

(408) 341-2305 ~ Main

(408) 341-2342 ~ Direct

*******

Compliance Department Email ~ Copyright-compliance@baytsp.com

*******

Company Website ~ www.baytsp.com

*******

**Attorney Client Privileged Work Product** The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

---

**Hotfile Support <support@hotfile.com>**                          Fri, Apr 2, 2010 at 11:18 AM
To: Natasha Lakeman <natashas@baytsp.com>

Hello Natasha,
No problem at all - here is required account:

Confidential
HF02868300

Username: paramount-video

Password: bkcknu

Email:      paramount-video@copyright-compliance.com

Have a nice day!

Regards,
Andrew

[Quoted text hidden]

--
http://www.hotfile.com

---

**Natasha Lakeman <natashas@baytsp.com>**                              **Fri, Apr 2, 2010 at 5:54 PM**
To: Hotfile Support <support@hotfile.com>

Thank you Andrew! Hope you have a nice day too!

--------------------------------------------------------------------------------------

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Support
**Sent:** Friday, April 02, 2010 1:18 AM
**To:** Natasha Lakeman
**Subject:** Re: BayTSP - Additional Login Request

[Quoted text hidden]

---

Confidential
HF02868301

# EXHIBIT 29



Hotfile Corp <hotfile.com@gmail.com>

# Fwd: Special Rightsholder Account

11 messages

---

**Hotfile Abuse <abuse@hotfile.com>**                                **Mon, Sep 20, 2010 at 11:08 PM**
To: andrew@hotfile.com

---------- Forwarded message ----------
From: **Dave Worth <dworth@peermediatech.com>**
Date: Mon, Sep 20, 2010 at 7:56 PM
Subject: Special Rightsholder Account
To: abuse@hotfile.com

Hello – we are sending DMCA notices on behalf of many copyright holders.

Please provide us with a Special Rightsholder Account.


Regards,

Dave Worth

VP R&D

PeerMedia Technologies, Inc.

---

**Hotfile Corp <andrew@hotfile.com>**                                **Tue, Sep 21, 2010 at 11:49 AM**
Reply-To: andrew@hotfile.com
To: dworth@peermediatech.com

Hello,

Your Special Rightholders Account is ready.
Please open http://hotfile.com and login with this data:


Username: peermediatech.com
Password: yatkot
Email:      dworth@peermediatech.com

You will notice link "Copyright" at the top menu.
Here you can paste all yours infringement URLs and they will be deleted immediately.
In addition MD5 hash of file will be added in our black list to prevent re-upload of the same file again.

If you have questions don't hesitate to contact me,

Regards,

---

**PM-WB000115**

Confidential                                HF02835751

Andrew

----------------------------
[Quoted text hidden]

--
http://www.hotfile.com - one click file hosting
------------------------------------------------------------

---

**Dave Worth <dworth@peermediatech.com>**                    **Tue, Sep 21, 2010 at 4:44 PM**
To: andrew@hotfile.com

Thank you for your fast reply.

How can we increase the quota?

We could be covering 100's of titles at any time and need to be able to remove many more links in a day.

Regards,

Dave

---

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Corp
**Sent:** Tuesday, September 21, 2010 4:50 AM
**To:** dworth@peermediatech.com
**Subject:** Re: Special Rightsholder Account

[Quoted text hidden]

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.851 / Virus Database: 271.1.1/3146 - Release Date: 09/20/10 02:35:00

---

**Hotfile Corp <andrew@hotfile.com>**                    **Wed, Sep 22, 2010 at 9:26 AM**
Reply-To: andrew@hotfile.com
To: Dave Worth <dworth@peermediatech.com>

How much you need?
I made it 1000, is that enough for you?
[Quoted text hidden]

---

**dworth@peermediatech.com <dworth@peermediatech.com>**                    **Wed, Sep 22, 2010 at 2:13 PM**
Reply-To: dworth@peermediatech.com
To: andrew@hotfile.com

10000 should be good for now.

Thanks for your help.

**From:** Hotfile Corp <andrew@hotfile.com>
**Sender:** hotfile.com@gmail.com
**Date:** Wed, 22 Sep 2010 09:26:41 +0300
**To:** Dave Worth<dworth@peermediatech.com>
**ReplyTo:** andrew@hotfile.com

**PM-WB000116**

Confidential

HF02835752

[Quoted text hidden]

---

**Hotfile Corp <andrew@hotfile.com>**                         **Wed, Sep 22, 2010 at 3:21 PM**
Reply-To: andrew@hotfile.com
To: dworth@peermediatech.com

Sorry, but even Microsoft and other big players don't have such a DAILY limit?!?!?
I can't believe 10000 links with your content are uploaded EVERY day.
[Quoted text hidden]

---

**Dave Worth <dworth@peermediatech.com>**                     **Wed, Sep 22, 2010 at 4:15 PM**
To: andrew@hotfile.com

True – not every day -- but some days there will be.  Remember we're representing most of the major Hollywood studios, gaming companies, music labels, and book publishers.

Whenever we start work on a batch of titles - we could easily get 10's of thousands of links in the first few days.

Gradually, it will decrease, but for those days obviously getting them removed as fast as possible is the goal.

So, whatever you think you can do is fine – then we'll send emails if we exceed the limit.

Thanks for your help.

Dave

---

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Corp
**Sent:** Wednesday, September 22, 2010 8:22 AM
[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

Version: 9.0.851 / Virus Database: 271.1.1/3150 - Release Date: 09/21/10 14:34:00

---

**Hotfile Corp <andrew@hotfile.com>**                         **Wed, Sep 22, 2010 at 5:54 PM**
Reply-To: andrew@hotfile.com
To: Dave Worth <dworth@peermediatech.com>

OK, unfortunately we are working directly with most of copyright owners such a WarnerBross and etc. I'd like to send us what exactly companies you represent and to provide some documents as proof?
[Quoted text hidden]

---

**Dave Worth <dworth@peermediatech.com>**                     **Wed, Sep 22, 2010 at 6:08 PM**
To: andrew@hotfile.com

See attached for WarnerBros.

I'll send others as we get them.
We don't have documents like this for all our customers.

14.2.2011 г. 14:45 ч.

**PM-WB000117**

Confidential

HF02835753

Others include Christopher Little (Book publisher) .

Disney, NBC Universal, and Paramount are coming soon...

---

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Corp
**Sent:** Wednesday, September 22, 2010 10:55 AM
**To:** Dave Worth

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

Version: 9.0.851 / Virus Database: 271.1.1/3150 - Release Date: 09/22/10 02:34:00

---

**WB LOA.PDF**
21K

---

**Hotfile Corp <andrew@hotfile.com>**                         Wed, Sep 22, 2010 at 6:17 PM
Reply-To: andrew@hotfile.com
To: Dave Worth <dworth@peermediatech.com>

OK, thanks for info, I'll add this info in our dbase.
About WarnerBros we work together with Michael long time ago.
[Quoted text hidden]

---

**Dave Worth <dworth@peermediatech.com>**                     Wed, Sep 22, 2010 at 6:19 PM
To: andrew@hotfile.com

Thanks for your help.

---

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Corp
**Sent:** Wednesday, September 22, 2010 11:17 AM
[Quoted text hidden]

[Quoted text hidden]

---

4 of 4

14.2.2011 г. 14:45 ч.

**PM-WB000118**

Confidential                                                                           HF02835754

# EXHIBIT 30

Gmail - RE: Automated Takedown tool - Unauthorized Use of Warner Bros...   https://mail.google.com/mail/?ui=2&ik=4df4b28ff8&view=pt&q=bentko...



**abuse hotfile <abuse.hotfile@gmail.com>**

# RE: Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM

1 message

**Bentkover, Michael <Michael.Bentkover@warnerbros.com>**

**Thu, Sep 3, 2009 at 12:15 PM**

To: Hotfile Support <support@hotfile.com>

Thanks – we appreciate your fast response and help.

Michael Bentkover

Manager, Anti-Piracy Internet Operations, Forensics

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Bridge Building 156 South, # 5333

Burbank, California 91522

Phone: (818) 954-3639

Fax:    (818) 954-7898

michael.bentkover@warnerbros.com

_____

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Support
**Sent:** Thursday, September 03, 2009 12:11 PM
**To:** Bentkover, Michael
**Subject:** Re: Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM

Hello!
I increased your daily delete quota to 2000 files.

Regards,
Andrew

On Thu, Sep 3, 2009 at 6:59 PM, Bentkover, Michael <Michael.Bentkover@warnerbros.com> wrote:

Hello again,

I just wanted to thank you again for the removal tool and increasing our limit to 1000 per day for Warner Bros. removals.  Warner Bros. has  several large (tentpole) titles releasing soon (The Informant, Where the Wild Things Are, Ninja Assassin, Invictus, and Sherlock Holmes).  I'm worried that when these releases

Confidential

HF02835643

Gmail - RE: Automated Takedown tool - Unauthorized Use of Warner Bros...      https://mail.google.com/mail/?ui=2&ik=4df4b28ff8&view=pt&q=bentko...

happen we will have up to 2,000 removals per day – which is quiet usual for us around the release of our titles.

Can you increase our limit to 2,000 just to be on the safe side which will ensure we don't have to email you for your prompt action?

Kind regards,

Michael

---

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Support
**Sent:** Wednesday, September 02, 2009 12:09 PM

**To:** Bentkover, Michael
**Subject:** Re: Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM

Hello!
It's 24:00 CDT (server time)

On Wed, Sep 2, 2009 at 6:34 PM, Bentkover, Michael <Michael.Bentkover@warnerbros.com> wrote:

Thank you for increasing our limit to 1000 per day.

Can you advise what time the file quota is reset so I can plan deletions accordingly??

Thanks,

Michael

Michael Bentkover

Manager, Anti-Piracy Internet Operations, Forensics

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Bridge Building 156 South, # 5333

Burbank, California 91522

Phone: (818) 954-3639

Fax:    (818) 954-7898

michael.bentkover@warnerbros.com

Confidential

9/20/2011 5:50 PM

HF02835644

Gmail - RE: Automated Takedown tool - Unauthorized Use of Warner Bros...   https://mail.google.com/mail/?ui=2&ik=4df4b28ff8&view=pt&q=bentko...

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Support
**Sent:** Tuesday, September 01, 2009 4:06 AM
**To:** Bentkover, Michael
**Subject:** Re: Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM

Hello!
Yes, limit will be increased.
Just forwarded this task to our tech department.

--
http://www.hotfile.com

Confidential

9/20/2011 5:50 PM
HF02835645

# EXHIBIT 31

| | |
|---|---|
| **From:** | Bentkover, Michael |
| **To:** | 'andrew@hotfile.com' |
| **CC:** | Wang, Didier; Applen, Ethan; Boivin, Bret; Kaplan, David P. |
| **Sent:** | 9/15/2010 8:47:52 AM |
| **Subject:** | RE: Hotfile Special Rightholders Account |

Hi Andrew,
Thank you as always for your fast cooperation and removal of Warner Bros. property.
Both Didier Wang and Bret Boivin are employees in our International offices at Warner Bros. Entertainment Inc. and are authorized on behalf of Warner Bros. to send DMCA notices.

I will ask them to use the special rights holder account/takedown tool you've already provided us moving forward.

Please let me know if we need anything further.

Kind regards,
Michael

Michael Bentkover
Warner Bros. Entertainment Inc.
4000 Warner Boulevard
Burbank, California 91522
Phone: (818) 954-3639
Fax:    (818) 954-7898
michael.bentkover@warnerbros.com

---

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Corp
**Sent:** Wednesday, September 15, 2010 12:01 AM
**To:** Bentkover, Michael
**Subject:** Hotfile Special Rightholders Account

Hello Michael!
I'd like to ask you - we receive many take down notices coming from persons with info as follows:

>Didier WANG
>Manager, Anti-Piracy Operations
>Warner Bros. Entertainment France
>115/123 avenue Charles de Gaulle
>92200 Neuilly sur Seine
>France
>
>Phone number: +33 (0)1 72 25 10 41
>Fax number: +33 (0)1 72 25 10 00
>Cell phone: +33 (0)6 36 33 06 36
>
>E-mail address: didier.wang@warnerbros.com
>

Bret Boivin
Warner Bros Entertainment Inc.
98 Theobald's Road
London, UK
Phone: +44 207 984 6018
E-Mail: Bret.Boivin@warnerbros.com

WARNER025830

# EXHIBIT 32



Hotfile Corp <hotfile.com@gmail.com>

# HBO/ Warner Bros. Entertainment Inc. Takedown tool - Hotfile

3 messages

---

**Bentkover, Michael <Michael.Bentkover@warnerbros.com>**        Wed, Apr 14, 2010 at 1:11 AM

To: Hotfile Support <support@hotfile.com>
Cc: "Rosenthal, Steven (HBO)" <Steven.Rosenthal@hbo.com>

Dear Hotfile,

As you may know, our affiliated company Home Box Office, Inc. ("HBO") has been sending DMCA takedown notices with links to free downloads of copyright protected materials.  I was wondering if it was possible to setup a DMCA Hotfile takedown removal tool similar to the Warner Bros. takedown tool?

We really appreciate any assistance or tool you could provide us, because a faster way to remove the infringing links is required in solving this problem for HBO.

You can call myself at the number below or Steven Rosenthal directly at 212-512-1780 if you have any further questions.  I've also circled Steven into this email message.

Steven S. Rosenthal
Director, Legal Department
Home Box Office
1100 Avenue of the Americas
New York, NY 10036-6737
Tel 212-512-1780
Fax 212-512-5854

Steven.Rosenthal@hbo.com

Kind regards,

Michael Bentkover

Manager, Anti-Piracy Internet Operations, Forensics

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Bridge Building 156 South, # 5333

Burbank, California 91522

Phone: (818) 954-3639

Fax:     (818) 954-7898

Confidential

14.2.2011 г. 14:48 ч.
HF02835679

michael.bentkover@warnerbros.com

---

**Hotfile Support <support@hotfile.com>**                                      **Wed, Apr 14, 2010 at 9:04 AM**
To: "Bentkover, Michael" <Michael.Bentkover@warnerbros.com>

Hello Michael!

Here is additional login for our takedown removal tool:

Username: HBO.WarnerBros
Password: uzbwth
Email:       hbo@copyright-compliance.com

Please let me know if you need anything else.

Regards,
Andrew
[Quoted text hidden]
--
http://www.hotfile.com

---

**Bentkover, Michael <Michael.Bentkover@warnerbros.com>**                      **Wed, Apr 14, 2010 at 5:46 PM**
To: Hotfile Support <support@hotfile.com>

Many thanks for the your cooperation.


Michael Bentkover

Manager, Anti-Piracy Internet Operations, Forensics

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Bridge Building 156 South, # 5333

Burbank, California 91522

Phone: (818) 954-3639

Fax:     (818) 954-7898

michael.bentkover@warnerbros.com


-------------------------------------------------------------------------------
**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Support
**Sent:** Tuesday, April 13, 2010 11:04 PM
**To:** Bentkover, Michael
**Subject:** Re: HBO/ Warner Bros. Entertainment Inc. Takedown tool - Hotfile

[Quoted text hidden]

---

Confidential

HF02835680

# EXHIBIT 33



Hotfile Corp <hotfile.com@gmail.com>

# BayTSP - Additional Login Request

3 messages

---

**Natasha Lakeman <natashas@baytsp.com>**           Tue, Apr 13, 2010 at 8:39 PM
To: hotfile.com@gmail.com, support@hotfile.com
Cc: copyright@softlayer.com

**Dear Andrew and Hotfile Abuse Department,**

We would like to request an additional login for your takedown tool - one that would be specific to our client Home Box Office (HBO) and the email address hbo@copyright-compliance.com. Please let us know if you need any additional information from us to set this up.

Thank you kindly, once again, for your time and cooperation. We look forward to your response.

Kind regards,

**Natasha Lakeman**

COMPLIANCE ADMINISTRATOR

**BAY TSP, INC.**

*******

(408) 341-2305 ~ Main

(408) 341-2342 ~ Direct

*******

Compliance Department Email ~ Copyright-compliance@baytsp.com

*******

Company Website ~ www.baytsp.com

*******

**Attorney Client Privileged Work Product** The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

---

**Hotfile Support <support@hotfile.com>**           Wed, Apr 14, 2010 at 9:03 AM
To: Natasha Lakeman <natashas@baytsp.com>

Hello Natasha,

Here is additional login you requested:

HF02868376