# EXHIBIT 1

Highly Confidential

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - -
DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,

       Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,

       Defendants.


HOTFILE CORP.,

       Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,
       Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - -
VOLUME I
H I G H L Y   C O N F I D E N T I A L
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Monday, December 5, 2011
Job Number: 44174

Highly Confidential

```
1                    A P P E A R A N C E S

2    ATTORNEY FOR THE PLAINTIFFS:

3              JENNER & BLOCK
               BY:  STEVEN B. FABRIZIO, ESQ.
4              1099 New York Avenue, NW
               Washington, DC  20001
5

6

7

8
     ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
9    AND ANTON TITOV:
               FARELLA, BRAUN & MARTEL
10             BY:  RODERICK M. THOMPSON, ESQ.
               235 Montgomery Street
11             San Francisco, California  94104

12

13
               BOSTON LAW GROUP
14             VALENTIN GURVITS
               825 Beacon Street
15             Newton Center, MA 02459

16

17

18

19

20

21

22

23

24

25
```

Highly Confidential

Page 3

1    Also present:

2    Court reporter:

3            Fiona Farson
             TSG Reporting
4

5    Videographer:

6            Simon Rutson
             TSG Reporting
7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 14

```
 1        here in the event that you need one.  I understand that
 2        he is certified to translate both Russian and Bulgarian,
 3        so if and as you require translations to either
 4        understand one of my questions or to more fully express
 5        one of your answers, will you use the translator?
 6   A.   I will.
 7   Q.   Okay.  Do you have any questions before we begin?
 8   A.   No, I don't think so.
 9   Q.   Okay.
10        Can you briefly tell us your educational background?
11   A.   I graduated a technical high school in Sofia.
12   Q.   Do you have any further education beyond that?
13   A.   No, I don't.
14   Q.   And can you describe for us your professional work
15        background, up until the time you began working with
16        Hotfile?
17   A.   My first company I worked -- first company I worked for
18        was called Eitinerum --
19   Q.   How do you --
20   A.   -- E-I-T-I-N-E-R-U-M.  And I was a junior programmer
21        there, and we were developing Internet system that was
22        to be sold with the hardware for calendar notes,
23        standards of instant messaging.  We had other projects
24        in this company, all in shelves (?), et cetera.
25   Q.   And during what years did you work for that company?
```

Highly Confidential

 1  A.  I would say 2001 to 2003.

 2  Q.  Okay.  Continue, please.

 3  A.  After that, I worked for a company called Blue Ant.

 4      I was doing programming and search engine optimization

 5      there, and probably some server administration.

 6  Q.  Anything else?

 7  A.  After that, a friend of mine and I created a webcasting

 8      company called host.bg.  And I was one of the acting

 9      managers over there, but my duties would generally fall

10      within -- within the technical part of the webcasting.

11  Q.  You said it was host dot ... ?

12  A.  BG.

13  INTERPRETER:  BG.

14  MR. THOMPSON:  Bulgaria, BG.

15  MR. FABRIZIO:  Oh, BG.  Thank you.

16  Q.  Can I -- before we move on, what were the years that you

17      worked for Blue Ant?

18  A.  Approximately through 2003, 2005, maybe.

19  Q.  And for host.bg?

20  A.  They overlapped slightly, so 2004 or 2005 up until early

21      2010.

22  Q.  And after host.bg?

23  A.  After host.bg, I would be part of the team that

24      developed the hotfile.com website.

25  Q.  At the time you worked for Blue Ant, who was Blue Ant

Highly Confidential

1         owned by?

2    A.   To my best knowledge it was Rumen Stoyanov and Atanas

3         Vangelov.

4    Q.   Anybody else?

5    A.   Nobody I'm aware of.

6    Q.   And to your knowledge, do Messrs. Stoyanov and Vangelov

7         continue to own Blue Ant?

8    A.   Yeah, last time I checked, they were still owning it.

9    Q.   And to your knowledge, does anybody else own Blue Ant in

10        addition to them today?

11   A.   No.

12   Q.   Are you currently employed by Blue Ant?

13   A.   No, I'm not.

14   Q.   And when did you begin work on the hotfile.com website?

15   A.   Approximately August 2008.

16   Q.   When did hotfile.com website become available for use by

17        the public?

18   A.   I think February or March 2009.

19   Q.   And what was the nature of the work you did for the

20        Hotfile website between August of 2008 and February

21        or March of 2009?

22   MR. THOMPSON:   Objection, vague.

23   A.   I was developing software and administrating servers.

24   BY MR. FABRIZIO:

25   Q.   And administrating the servers?

Highly Confidential

Page 22

1      Securax, something.

2   Q.  Could you spell that?

3   A.  S-E-C-U-R-A-X.  And they normally deal with

4       voice-over-IP communications, to my best knowledge.

5   Q.  Have there been any other people that have worked on the

6       development side of the Hotfile website?

7   A.  If you include the web design, then yes.

8   Q.  I was going to go back to those, since you separate that

9       as different area.

10  A.  So if you rule out the web design, I don't think that

11      anybody else would make any significant or noticeable

12      contributions.

13  Q.  And was Mr. Chuburov involved as early as August 2008?

14  MR. THOMPSON:   Objection, asked and answered.

15  A.  Yes, he was.  He was already employed by Blue Ant.

16  BY MR. FABRIZIO:

17  Q.  And working on the Hotfile website as of that date?

18  A.  Approximately, yes.

19  Q.  Okay.  So the three people that were responsible for the

20      development of the Hotfile website were yourself,

21      Mr. Chuburov, and Mr. Kolev; is that correct?

22  A.  Yes, that's correct.

23  Q.  Were one of you considered the lead developer?

24  A.  Yes, I think that would be me.

25  Q.  Do either of Messrs. Chuburov or Kolev have any

Highly Confidential

Page 23

 1      ownership interest in the Hotfile website, directly or
 2      indirectly?
 3  MR. THOMPSON:  Objection, vague.
 4  A.  No, I don't think so.
 5  BY MR. FABRIZIO:
 6  Q.  What activities do you consider to be part of the
 7      development of the Hotfile website?
 8  A.  I would generally say writing a program code and
 9      designing the database.
10  Q.  Anything else?
11  A.  Not if you stay apart from the web design.
12  Q.  Okay.  You identified designing the functionality as
13      a separate area.  Did you yourself participate in
14      designing the functionality for the Hotfile website?
15  A.  To some extent, yes.
16  Q.  Was anybody else involved in designing the functionality
17      for the website?
18  A.  Yes.
19  Q.  Who?
20  A.  Rumen Stoyanov.
21  Q.  Did you say Rumen Stoyanov?
22  A.  Yes.
23      Atanas Vangelov will do some part in that.  And of
24      course Diyan Chuburov would be able to suggest, to do
25      suggestions.

Highly Confidential

Page 24

```
 1   Q.  Of course -- what did you say?

 2   A.  Diyan Chuburov was able to make suggestions.

 3   Q.  Okay.  And what was your role in designing the

 4       functionality of the website?

 5   A.  I part -- generally I would -- my normal responsibility

 6       would be to give an opinion wherever something is

 7       technically feasible and implementable, and of course

 8       I -- anybody would listen to any suggestions that

 9       I would make.

10   Q.  Did you make suggestions as to functionality for the

11       system?

12   A.  Nothing specific.  Nothing specific that I can remember

13       right now.

14   Q.  Okay.  And what was Mr. Stoyanov's role in designing the

15       functionality for the system?

16   A.  Well, again, the roles was not strictly implemented.  He

17       would normally give opinion whether a certain business

18       model or certain numbers would work, and of course many

19       other things.  It's hard to think of something specific.

20   Q.  And what about Mr. Vangelov?  What was his role?

21   A.  I would say that he would have generally more of the

22       control in terms of inventing things.  He would

23       participate in taking important decisions, business

24       decisions.

25   Q.  What was Mr. Chuburov's role?
```

Highly Confidential

Page 25

1   A.   He would normally implement things for functionality and

2        give small suggestions or similar things.

3   Q.   Were you and Mr. Stoyanov the principal people who

4        handled the functionality design for the Hotfile system?

5   MR. THOMPSON:   Objection, vague.

6   A.   To the extent that functionality was not something very

7        different from what was already on the market, I think

8        it's fair to say that.

9   BY MR. FABRIZIO:

10  Q.   What functionality was already on the market at the time

11       you were designing the functionality of the Hotfile

12       system?

13  MR. THOMPSON:   Objection, overbroad.

14  BY MR. FABRIZIO:

15  Q.   Let me rephrase it.   You identified functionality that

16       was already on the market, in your previous answer,

17       correct?

18  A.   Mm-hmm.

19  Q.   What did you mean by that?

20  A.   The ideas of storing files that would be accessible by

21       links, the idea of the affiliate program, and there may

22       be others.

23                  (Reporter clarification.)

24       And there may be others, for the affiliate program.

25                  (Reporter clarification.)

Highly Confidential

Page 26

1    MR. FABRIZIO:  He said, "And there may be others."

2    BY MR. FABRIZIO:

3    Q.  Can you think of any others?

4    MR. THOMPSON:  Objection, vague.

5    A.  I don't think I can go to any others without going --

6        any specific details, getting into specific details.

7    BY MR. FABRIZIO:

8    Q.  Are there other functionalities that you can identify at

9        a general level that you considered that were already on

10       the market?

11   MR. THOMPSON:  Objection, vague and overbroad.

12   A.  Probably that's what I can think of, any specific, you

13       can ask later if we go on to the details.

14   BY MR. FABRIZIO:

15   Q.  Sure.  If you think of any, you can just identify them

16       for us as we go.

17           Were there particular companies that were on the

18       market that had the functionality of storing files

19       accessible by links or the affiliate program that you in

20       particular looked to in designing the Hotfile

21       functionality?

22   A.  Yes.

23   Q.  What were those companies?

24   A.  It was generally -- we would generally look at

25       functionality of RapidShare, that kind, when we were

Highly Confidential

1        developing hotfile.com.

2    Q.   Any other companies, beyond RapidShare?

3    A.   RapidShare was market leader, and we would normally

4        compare to them, ourselves to them, but I believe we

5        looked at others too.

6    Q.   What were the others?

7    A.   I think MediaFire.

8    Q.   Did you say MediaFire?

9    A.   MediaFire.

10   Q.   Any others?

11   A.   It's very hard to judge in the time when you've seen

12       anything.

13   Q.   Sure.  Let me -- let me suggest a couple of names and

14       you can tell me.  Megaupload?

15   MR. THOMPSON:  Just so the question is clear, is there

16       a time?

17   MR. FABRIZIO:  This is in the time they were developing the

18       functionality for Hotfile.

19   A.   We were probably aware of Megaupload, but I don't think

20       we were really looking at Megaupload as an example of

21       functionality or anything else.

22   BY MR. FABRIZIO:

23   Q.   Okay.  So is it fair to say that you principally looked

24       to RapidShare to get ideas for functionality for

25       Hotfile?

Highly Confidential

Page 28

```
 1   A.   Yes, pretty fair to say that, yes.

 2   Q.   Was there somebody that had responsibility for analyzing

 3        the RapidShare functionalities to determine whether some

 4        of them might be appropriate for Hotfile?

 5   A.   Well, I don't think that anybody was officially given

 6        or -- this task, or -- but I would say that Rumen

 7        Stoyanov would normally look at the competition.

 8   Q.   And what about yourself?

 9   MR. THOMPSON:   Objection, vague.

10   A.   Probably, yes, I would.

11   BY MR. FABRIZIO:

12   Q.   Other than the people you've already identified, is

13        there anybody else that worked with you on Hotfile

14        functionality design?

15   A.   No, I won't say so.

16   Q.   Okay.  Turning to another area you identified, which was

17        website design.

18   A.   Yes.

19   Q.   Did you work -- did you personally work on the website

20        design?

21   A.   I'm not a designer.  I might fix some small visual

22        things, but I won't say that I'm working on the design.

23   Q.   Okay.  Who worked on the design of the Hotfile website?

24   A.   The initial Hotfile design was pretty simple, and

25        I would say that only the logo was developed by an
```

Highly Confidential

Page 29

```
1        actual designer; that would be an external contractor.
2        And the rest, to the extent there was design, was done
3        by Diyan, and maybe --
4   Q.   Mr. Chuburov?
5   A.   Yes.  And there could be my help there, but I won't say
6        it would be substantial.
7   Q.   Who was the outside contractor that designed the logo,
8        the initial logo?
9   A.   A friend of mine.  His name is Nikolai Tenev.
10  Q.   Can you spell, please?
11  A.   N-I-K-O-L-A-I, T-E-N-E-V.
12  Q.   Was Mr. Tenev a designer by trade?
13  A.   Sorry?
14  Q.   Was his business designing things like logos?
15  A.   Yes.  He's a web designer.
16  Q.   Okay.  You said the initial design was pretty simple.
17       Did there come a time when the site was redesigned?
18  A.   Yes, there was a time.
19  Q.   When was that?
20  A.   I'm afraid that my memories are not very clear in time,
21       but I would say somewhere in the beginning 2010.
22  Q.   Why was the site redesigned?
23  A.   I can't think of a particular reason besides that we
24       wanted to make it looking more professional or
25       attractive and better, generally better.
```

Highly Confidential

Page 30

1    Q.   And you said "we"; who is the "we" in your sentence?

2         Did that include you?

3    MR. THOMPSON:   Objection, compound.

4    BY MR. FABRIZIO:

5    Q.   Well, let me ask the question this way:   Who

6         participated in the decision to redesign the Hotfile

7         website in the beginning of 2010?

8    A.   It was probably me, Rumen Stoyanov and Atanas Vangelov.

9    Q.   Do you, Mr. Stoyanov, and Mr. Vangelov have an

10        understanding as to which responsibilities each of you

11        will take primary -- let me rephrase the question.

12            Did you, Mr. Stoyanov, and Mr. Vangelov have an

13        allocation of responsibilities among yourselves with

14        regard to the Hotfile system?

15   MR. THOMPSON:   Objection, vague and overbroad.

16   A.   There are some principal understandings, but they're not

17        really hardly defined.

18   BY MR. FABRIZIO:

19   Q.   What are those understandings?

20   A.   I would generally cover everything that goes on the

21        technical part.   Rumen would be normally responsible for

22        finances, and I would say that he's a bit more involved

23        in day-to-day operations.   And Atanas Vangelov would be

24        generally -- would generally deal with potential

25        investors, advertising on the site, to the extent we

Highly Confidential

1      have it, and some communication, just -- some external

2      contractors, people.

3  Q.  But you said the roles are not particularly -- are not

4      strictly defined?  Is that correct?

5  MR. THOMPSON:  Objection, vague.

6  A.  I won't say that they are strictly defined, yes.

7  BY MR. FABRIZIO:

8  Q.  Do you have any role in the day-to-day operations of the

9      Hotfile website?

10  MR. THOMPSON:  Objection.  Overbroad, vague.

11  A.  I wouldn't say day to day, because days can pass --

12      a lot of days can pass without me doing anything.  But

13      I have some, I would say, recurring duties.

14  BY MR. FABRIZIO:

15  Q.  What are your recurring duties?

16  A.  I am responsible for making the payments to the

17      affiliates every Monday.

18  Q.  Who's paying the affiliates today, as you sit here?

19  MR. THOMPSON:  Objection, assumes facts.

20  A.  Today is a long day.

21  BY MR. FABRIZIO:

22  Q.  Understand.  What other responsibilities do you have

23      that are recurring?

24  A.  I wouldn't say that there is anything.  It really

25      depends if I -- I have certain duties to oversee, the

Highly Confidential

Page 32

1       technical part.  If I manage to do it in a way that

2       nobody bothers me for a month, it's okay.  If something

3       breaks down, I can work every day, but I won't say

4       recurring every day.

5   Q.  Okay.  Was there anybody else that works on the web

6       design of the Hotfile site, other than the people you've

7       identified?

8   A.  No.

9   Q.  Okay.  You identified general operations as another

10      general area.

11  A.  Yes.

12  Q.  Who were the people that worked on the general

13      operations of the Hotfile system?

14  MR. THOMPSON:  Do you mean currently, or from the beginning?

15  BY MR. FABRIZIO:

16  Q.  Is there a difference?

17  A.  I would say so, yes.

18  BY MR. FABRIZIO:

19  Q.  Okay.  So let's start at the beginning and then work

20      forward to currently.

21  A.  First I would like to mention that in my understanding,

22      general operations begin when the site becomes public.

23      But before that, I would consider everything

24      development.  Does that sound reasonable?

25  Q.  I'm not sure I understood what you just said, so why

Highly Confidential

Page 33

1        don't you say it again.

2   A.   General operations would be -- begin once the site

3        starts operating.   Everything else before that is

4        development, in my understanding.

5   Q.   Okay.

6   A.   Do you agree?

7   Q.   That's fair enough.

8   A.   So, from the beginning or almost from the beginning,

9        Andre Ianakov would be responsible for communications

10       with users, and handling DMCA takedown notices.

11  Q.   Is Mr. Ianakov a manager?

12  MR. THOMPSON:   Objection, vague.   Calls for a legal

13       conclusion.

14  BY MR. FABRIZIO:

15  Q.   Let me ask it this way:   Does Mr. Ianakov have a title

16       at Hotfile?

17  A.   I don't think anybody at Hotfile really has a title.

18  Q.   Is Mr. Ianakov employed by Hotfile Corporation?

19  A.   He's employed by Blue Ant Ltd., but works -- he does

20       work for Hotfile Corporation, yes.

21  Q.   To your knowledge, does he perform work for any other

22       company?

23  A.   I am not aware of any.

24  Q.   And you said communicates with users and DMCA takedown

25       notices.   Does Mr. Ianakov have any other general

Highly Confidential

Page 34

```
 1      operations responsibilities?

 2  A.  I don't think anything else would be -- could be defined

 3      as his responsibility.

 4  MR. THOMPSON:  Mr. Fabrizio, perhaps you should get the

 5      spelling, for the record.  I think you're pronouncing it

 6      a little differently than the witness is.

 7  MR. FABRIZIO:  Okay.  I have the spelling for Ianakov as

 8      I-A-N-A-K-O-V.

 9  A.  That's one of the valid spellings.

10  BY MR. FABRIZIO:

11  Q.  Does anybody else have responsibility for general

12      operations of Hotfile?

13  A.  At a certain point, Stanislav Manov.

14  Q.  And that's S-T-A-N-I-S-L-A-V, M-A-N-O-V?

15  A.  Exactly.

16  Q.  When did Mr. Manov assume responsibilities for general

17      operations?

18  A.  He started helping Andre Ianakov in spring 2010,

19      I believe.

20  Q.  So prior to spring of 2010, it was just Mr. Ianakov

21      handling operations?

22  A.  I'm not sure of what your definition of "operations" is.

23      He was handling communications with users and, again,

24      DMCA takedown notices.

25  Q.  Did Mr. Ianakov report to anybody else?
```

Highly Confidential

Page 35

1   MR. THOMPSON:  Objection, vague.

2   A.  I don't think he -- we have strictly defined reporting

3       structure, but it is my impression that he would

4       normally report to Rumen Stoyanov.  And of course

5       technical problems would be reported to me.

6   BY MR. FABRIZIO:

7   Q.  Professionally, you were Mr. Ianakov's superior?

8   MR. THOMPSON:  Objection, vague and ambiguous.

9   A.  I consider myself superior to Mr. Ianakov.

10  BY MR. FABRIZIO:

11  Q.  If you gave him instructions about things to do with

12      Hotfile, you would expect him to carry them out because

13      you told him to, correct?

14  MR. THOMPSON:  Objection, overbroad.

15  A.  I would expect so.  But to the extent if he thinks that

16      instruction I'm giving him he's considering unimportant,

17      he show choice, he would probably ask if I conferred

18      with Rumen and probably Atanas.

19  BY MR. FABRIZIO:

20  Q.  Okay.  Other than Mr. Ianakov and eventually Mr. Manov,

21      has anybody else worked on the general operations of

22      Hotfile?

23  MR. THOMPSON:  Objection, vague.

24  A.  It really depends what you -- how you define "general

25      operations."

Highly Confidential

Page 41

```
 1   MR. THOMPSON:  Thank you.

 2   VIDEOGRAPHER:  Off the record, 10:52.

 3                    (A break was taken.)

 4   VIDEOGRAPHER:  Back on the record, 11:08.

 5   BY MR. FABRIZIO:

 6   Q.  Mr. Titov, we were just going to go through the

 7       bandwidth providers for Hotfile.  And what I will do is

 8       ask you to start from the beginning, start from

 9       Hotfile's inception, and identify for me the actual

10       bandwidth provider and then who Hotfile contracted with

11       for that bandwidth.  Do you understand?

12   A.  Yes.

13   Q.  Okay.  So at the inception of Hotfile, who was the

14       bandwidth provider?

15   A.  It was a company called Webzilla.  And back in the time,

16       we didn't have control with the actual bandwidth

17       provider.  We were using their IP space, and it was

18       their decision what traffic to which provider goes.

19   Q.  So your contract was with Webzilla?

20   A.  Yes.

21   Q.  Okay.  And when did you -- when did Hotfile cease using

22       Webzilla?

23   A.  I can't really say for sure, but I would say September

24       or October 2009.

25   Q.  And from that point -- at that point, who provided
```

Highly Confidential

Page 42

1       bandwidth for Hotfile?

2   A.  It's actually worth mentioning that we started working

3       with another provider before terminating services with

4       Webzilla, and new provider was Limelight Networks.

5   Q.  And was Hotfile's contract also with Limelight Networks?

6   A.  Yes.

7   Q.  Okay.  And for how long did Limelight Network provide

8       bandwidth for Hotfile?

9   A.  I think in October or November 2009, the contract with

10      Limelight was restructured to be taken by Lemuria.

11  Q.  So as of October or November 2009, Hotfile's contract

12      for bandwidth was with Lemuria?

13  A.  Yes, I would say so.

14  Q.  At that time, was Lemuria actually providing the

15      bandwidth?

16  MR. THOMPSON:  Objection, vague.

17  A.  At the time, Hotfile already have -- had multiple racks,

18      switches.  We were implementing our router setup, so

19      I don't want to say that there was some point that there

20      is a switch flipped, because it's a slow process

21      involving reconnecting cables, optic cables and so on.

22      But the process started around that time, and I'm not

23      sure how much time it did take.

24  BY MR. FABRIZIO:

25  Q.  Okay, fair enough.  You drew a distinction earlier in

Highly Confidential

Page 54

1      website?

2    MR. THOMPSON:   Objection, vague.

3    A.   It's fair to say that that is in part true.

4    BY MR. FABRIZIO:

5    Q.   Okay.  Why did Blue Ant contract with Lemuria to develop

6         software for Hotfile?

7    A.   I'm not aware of all the reasons or criterias, but there

8         might be tax reasons or other things, and it just seemed

9         like a good idea.

10   Q.   Okay.  Do you personally own Lemuria?

11   A.   Yes, I do.

12   Q.   Through a -- as an individual, or through another

13        company that you own?

14   A.   As an individual.

15   Q.   Okay.  Do you own 100 per cent of Lemuria?

16   A.   Yes, I do.

17   Q.   Okay.  Are you -- do you have a title with Lemuria?   For

18        instance, president, CEO?

19   A.   I don't have a favorite title but I would say manager.

20   Q.   Do you receive a salary from Lemuria?

21   A.   Yes, I do.

22   Q.   Okay.  What is that salary?

23   A.   It's currently $20,000 per month.

24   Q.   Do you also receive a salary from any of the Hotfile

25        entities?

Highly Confidential

Page 55

1    A.   Yes, I do.

2    Q.   And what is that salary?

3    A.   Around 600 Bulgarian lev.

4    Q.   600 Bulgarian ... ?

5    A.   Lev.  Bulgarian currency.

6    Q.   A week, a month, a day?

7    A.   A month.

8    Q.   Which Hotfile entity pays you?

9    A.   Hotfile Ltd.

10   Q.   And do you receive a salary from Blue Ant?

11   A.   No, I don't.

12   Q.   Do you receive any other salary related to the Hotfile

13        website?

14   A.   No, I don't receive.

15   Q.   So let's again turn back to Lemuria and identify all of

16        the services that Lemuria performs for any of the

17        Hotfile entities or for the Hotfile website.  And if

18        I can go through the ones that I'm aware of, and then

19        we'll ask if there are others.  Okay?

20   A.   Okay.

21   Q.   Lemuria contracts for co-location facilities, correct?

22   A.   Correct.

23   Q.   With Equinix, if I'm saying that right?

24   A.   Yes.

25   Q.   But Lemuria does not itself provide the co-location

Highly Confidential

Page 61

1       matter.

2   Q.  Okay.  And Hotfile has business dealings with other

3       companies; who handles those business dealings?

4   MR. THOMPSON:  Objection, vague.

5   A.  It really depends on what are business dealings; depends

6       how -- how major the decision is; depends ...

7   BY MR. FABRIZIO:

8   Q.  Well, who handles major decisions?

9   A.  Major decisions will generally be discussed and maybe

10      voted, but I would say that's too formal a word for our

11      environment.  But between the shareholders of Hotfile.

12      That would include me, of course.

13  Q.  Okay.  And does Hotfile have a -- or any of the Hotfile

14      entities have a physical office here in Bulgaria?

15  A.  Vlad has a physical office in Bulgaria.

16  Q.  But do any of the Hotfile entities -- does Hotfile

17      Limited have an office, a physical office?

18  MR. THOMPSON:  Objection, vague.

19  A.  Not an office it would use for operations.

20  BY MR. FABRIZIO:

21  Q.  Well, let me try and ask it clearly:  Does Hotfile

22      Limited have a physical office space here in Bulgaria or

23      anywhere?

24  A.  No, no physical space.

25  Q.  Does Hotfile Corporation have physical office space here

Highly Confidential

Page 69

1      personally?

2   A.  To a certain extent, yes.

3   Q.  Well, what do you mean, "to a certain extent"?

4   A.  No -- yes.

5   Q.  For Hotfile Corporation, did you personally ask

6       Incorporate Now to serve as the DMCA agent for Hotfile?

7   A.  I performed the actual act of asking Incorporate Now of

8       being DMCA agent after I was authorized by other

9       shareholders.

10  Q.  Okay.  What other shareholders?  Or should I say, was it

11      both Mr. Vangelov and Mr. Stoyanov who authorized you?

12  A.  I don't remember completely.  It was a general

13      understanding that if two of the shareholders are on the

14      same page about some decision, not always consent of the

15      third is needed, because frankly his vote could be

16      meaningless.

17  Q.  Okay.  Did you need consent from the other shareholders,

18      in your mind, to retain Incorporate Now to act as a DMCA

19      agent?

20  A.  Yes, I did.

21  Q.  And you would not have felt authorized to do that

22      without the consent of at least one other shareholder?

23  MR. THOMPSON:  Objection, calls for speculation.

24  A.  I wouldn't feel authorized, but it's not impossible for

25      me to make a decision alone when I'm almost 99 per cent

Highly Confidential

1    A.   Yes, that's my understanding.

2    BY MR. FABRIZIO:

3    Q.   Okay.  And you can see it's dated September 30, 2008.

4         Do you see that?

5    A.   Yes, I do.

6    Q.   Okay.  Were you aware that this document existed in and

7         around that timeframe?

8    MR. THOMPSON:   Objection, vague.

9    A.   Probably after.

10   BY MR. FABRIZIO:

11   Q.   Well, I notice that -- I don't see a spot where you

12        signed this document, correct?

13   A.   No, I didn't sign.

14   Q.   Okay.  But you understood you were getting power of

15        attorney for Hotfile Corporation, correct?

16   A.   Yes, I understood that.

17   Q.   Okay.  Do either of the other shareholders, Mr. Vangelov

18        or Mr. Stoyanov, have comparable powers of attorney for

19        Hotfile Corporation?

20   A.   Yes, to my best knowledge, both of them have comparable

21        power of attorneys.

22   Q.   To your knowledge, does anybody else?

23   A.   Not aware of any other copies, or similar documents.

24   Q.   Okay.  Mr. Titov, who are the directors of Hotfile

25        Corporation?

Highly Confidential

Page 81

```
 1   A.   Panamanian citizens, to my best knowledge.

 2   Q.   Say again?

 3   A.   To my best knowledge, they're Panamanian citizens.

 4   Q.   What are their names?

 5   A.   I don't know that for sure, but I believe it's Javier,

 6        Javier Fernandes.  He's the president of the company.

 7   Q.   Is he also a director?

 8   A.   I'm not sure.

 9   Q.   As you sit here today, can you identify by name any of

10        the directors of Hotfile Corporation?

11   A.   I'm not sure that I can identify all the foreign names

12        of each individual, but I generally know the names.

13   Q.   You generally know the names.  How many directors are

14        there of Hotfile Corporation?

15   A.   I think three.

16   Q.   Okay, and what are their names?

17   A.   I think that one is Javier, that I just mentioned.  And

18        the other one would be Morales, again, that's to my best

19        knowledge, and, if there is a third name, I can't

20        remember.

21   Q.   Are you a member of the board of directors of Hotfile

22        Corporation?

23   A.   No, I'm not.

24   Q.   Are you an officer of Hotfile Corporation?

25   MR. THOMPSON:   Objection, calls -- excuse me -- to the
```

TSG Reporting - Worldwide      800-702-9580

Highly Confidential

Page 82

1       extent it calls for a legal conclusion.

2   A.  Yeah, to the extent it -- "officer" is a legal term.

3       I can't say, but my personal opinion is I'm not.

4   BY MR. FABRIZIO:

5   Q.  Other than as a shareholder, do you perceive that you

6       have any official title or role at Hotfile Corporation?

7   MR. THOMPSON:  Objection, vague and calls for a legal

8       conclusion.

9   A.  I can't repeat the title; it's not something that we

10      would use often.  But it's my understanding that I can

11      act as a manager of the company when these acts are

12      authorized by the other shareholders.

13  BY MR. FABRIZIO:

14  Q.  Does Hotfile Corporation have any officers?

15  MR. THOMPSON:  Objection, calls for a legal conclusion.

16  A.  I don't know.

17  BY MR. FABRIZIO:

18  Q.  When was the last time the board of directors of Hotfile

19      Corporation met?

20  A.  I don't know.

21  Q.  To your knowledge, has the board of directors of Hotfile

22      Corporation ever met?

23  A.  I think so.

24  Q.  You think so?  When do you think the board of directors

25      met?

Highly Confidential

Page 85

```
 1       own, directly or through a holding company?

 2   A.  Currently it's my understanding that he owns indirectly

 3       37 percent.

 4   Q.  And what about Mr. Stoyanov?

 5   A.  It is also my understanding that he owns 37 percent

 6       indirectly.

 7   Q.  Why is your percentage lower than theirs?

 8   MR. THOMPSON:  Objection, vague.

 9   A.  Should there be a reason?  That was the --

10   BY MR. FABRIZIO:

11   Q.  Is there --

12   A.  That was our initial agreement.

13   Q.  Well, is that the reason, that it was just decided

14       initially that you would have 26 percent?

15   A.  Actually, initially I had 20.

16   Q.  Okay, and that changed to 26 percent at some point?

17   A.  Yes, it did.

18   Q.  At what point?

19   A.  I don't know the exact date, but I would say towards the

20       end of summer 2010, probably.

21   Q.  Why did your percentage go from 20 to 26 percent?

22   MR. THOMPSON:  Objection, vague.

23   A.  I don't really know.

24   BY MR. FABRIZIO:

25   Q.  Who decided -- who decided that you would be given an
```

TSG Reporting - Worldwide     800-702-9580

Highly Confidential

```
1        additional -- additional ownership in Hotfile
2        Corporation?
3   A.   My memory is that I've been informed by Rumen that they
4        decided to add another -- I've been given additional six
5        shares, and I don't remember opposing this issue.
6   Q.   Did you have any understanding as to why you were
7        getting additional shares?
8   A.   Not really.
9   Q.   Had you done something good that they said they were
10       rewarding you by giving you extra shares?
11  A.   I had general understanding that their -- they
12       appreciated the work I'm performing for them -- for the
13       team, for the website.
14  Q.   Okay.  Had you asked for additional shares of stock of
15       Hotfile Corporation?
16  A.   No, I did not.
17  Q.   Did you know, prior to being told by them, that you were
18       going to receive additional shares of stock?
19  A.   No, I did not.
20  Q.   Is there a document reflecting the additional shares of
21       stock you received?
22  A.   I remember that we signed some documents that will
23       indicate share transfers.
24  Q.   That moved -- that -- documents that moved you from
25       20 percent to 26 percent ownership?
```

Highly Confidential

1      that it should be around 30th of September 2008.

2   MR. THOMPSON:  For the record, the witness is referring to

3      exhibit 18.

4   BY MR. FABRIZIO:

5   Q.  When was Hotfile Limited incorporated?

6   A.  I don't know for a fact.

7   Q.  What year was it incorporated?

8   A.  2009.

9   Q.  And when was Hotfile SA incorporated?

10  A.  I don't know.

11  Q.  Okay.  Leaving aside Hotfile SA for a second, what was

12     the reason for incorporating Hotfile Limited?

13  MR. THOMPSON:  Objection, assumes facts.

14  A.  The reason to incorporate Hotfile Limited was to operate

15     a PayPal account.

16  BY MR. FABRIZIO:

17  Q.  Any other reasons?

18  A.  I don't remember any other reasons.

19  Q.  Was there a reason Hotfile Corporation couldn't operate

20     a PayPal account?

21  A.  Yes.

22  Q.  What was that reason?

23  A.  Back in the time, it was PayPal's policy not to allow

24     Panamanian accounts to receive money.

25  Q.  What activities does Hotfile Limited perform?

Highly Confidential

Page 91

```
 1   A.   It operates the PayPal account on behalf of Hotfile

 2        Corp.

 3   Q.   Anything else?

 4   A.   Nothing that I can think of.

 5   Q.   Did -- was it Hotfile Limited that contracted with

 6        Lemuria on behalf of Hotfile Corporation?

 7   MR. THOMPSON:  Objection, vague.

 8   A.   I think it was your intent not to use the word

 9        "contracted" for the agreements that we have.

10   MR. THOMPSON:  Mr. Fabrizio, perhaps you can rephrase the

11        question.

12   MR. FABRIZIO:  Well, let me -- let him use his own words.

13        Can we mark as Titov exhibit 20 a document captioned

14        "Declaration of Anton Titov in Support of Lemuria

15        Communications Inc.'s Motion to Dismiss," in the case of

16        Perfect 10 v. Hotfile Corp., 10-CV-2031.

17        (Titov exhibit 20 marked for identification.)

18   BY MR. FABRIZIO:

19   Q.   Mr. Titov, I assume you've seen this document before?

20   A.   Not recently.

21   Q.   I just want to refer you to paragraph 5.  It says:

22        "Lemuria has a contract with Hotfile, Ltd. to

23        provide web hosting services for Hotfile.com."

24   A.   It does.

25   Q.   Okay.  So does that refresh your recollection that the
```

Highly Confidential

Page 98

1        function.

2    BY MR. FABRIZIO:

3    Q.   Okay.  Who came up with the idea for the Hotfile

4         website?

5    A.   It's hard to say the actual idea, where this came from.

6         But my belief is that it was through Mr. Stoyanov who

7         came with the idea.

8    Q.   Can you say that again?  I'm sorry, I didn't hear you.

9    A.   It is my belief that to the extent that it just popped

10        out of somewhere, it was through Mr. Stoyanov who came

11        with the idea.

12   Q.   And how did he inform you of this idea?

13   A.   I don't remember.

14   Q.   You were working at host.bg at the time?

15   A.   Yes, I was.

16   Q.   And who owns host.bg?

17   MR. THOMPSON:   Objection, vague as to time.

18   BY MR. FABRIZIO:

19   Q.   In the 2009/2010 timeframe, who owned host.bg?

20   A.   To my best recollection and knowledge, it's --

21        85 percent of host.bg was owned by a company called

22        Netinfo, and 15 percent of the shares were -- were, and

23        are still, owned by me.

24   Q.   By you?

25   A.   Yeah.

Highly Confidential

1    Q.  In that same timeframe, who owned Netinfo?

2    A.  I don't know.

3    Q.  Who were the representatives of Netinfo that you dealt

4        with?

5    A.  Back in the time?

6    Q.  Excuse me?

7    A.  Back in the time --

8    Q.  Back in the 2009/2010 timeframe.

9    A.  It's slightly hard to say, because I dealt with three

10       representatives, but I think this time it was Viktor

11       Panek.

12   Q.  Did Mr. Stoyanov have any interest at all in Netinfo, to

13       your knowledge?

14   MR. THOMPSON:  Objection, vague.

15   A.  I don't believe so.

16   BY MR. FABRIZIO:

17   Q.  Dr. Mr. Stoyanov ask you to get involved with the idea

18       for Hotfile?

19   MR. THOMPSON:  Objection, vague.

20   A.  Yes, he did.

21   BY MR. FABRIZIO:

22   Q.  Okay.  And what did he tell you?

23   A.  I don't remember any specifics.

24   Q.  How soon after Mr. Stoyanov asked you to get involved

25       with Hotfile did you leave your job at host.bg?

Highly Confidential

Page 100

1    MR. THOMPSON:  Objection, vague and assumes facts.

2    A.  I don't think it's a fair assumption to -- to do

3        something, you need to quit your previous job.  And as

4        I informed you previously, I was last employed by

5        host.bg as late as early 2010.

6    BY MR. FABRIZIO:

7    Q.  Okay.  Who provided the initial capital for the Hotfile

8        website?

9    MR. THOMPSON:  Objection, assumes facts.

10   A.  It was a company.

11   Q.  I'm sorry, did you say it was a company?

12   A.  Yes.

13   Q.  What company?

14   A.  The name was Elonex Corp.

15   Q.  Can you spell that, please.

16   A.  E-L-O-N-E-X.

17   Q.  And what is Elonex Corp.?

18   MR. THOMPSON:  Objection, vague as to time.

19   A.  A Panamanian corporation.  A Panamanian corporation.

20   BY MR. FABRIZIO:

21   Q.  And what is its business?

22   MR. THOMPSON:  Objection, vague as to time.

23   A.  I don't know about all business activities of Elonex

24       Corp.

25   BY MR. FABRIZIO:

TSG Reporting - Worldwide      800-702-9580

Highly Confidential

1   Q.   Who owns Elonex Corp?

2   MR. THOMPSON:  Same objection.

3   A.   To my best knowledge, back in the time, it was owned by

4        Atanas Vangelov and Rumen Stoyanov.

5   BY MR. FABRIZIO:

6   Q.   Is it currently owned by Messrs. Vangelov and Stoyanov?

7   MR. THOMPSON:  Objection, lacks foundation.

8   A.   I don't really know.

9   BY MR. FABRIZIO:

10  Q.   Do you currently have any interest in Elonex

11       Corporation?

12  MR. THOMPSON:  Objection, vague.

13  A.   No.

14  BY MR. FABRIZIO:

15  Q.   No?

16  A.   No.

17  Q.   Do you know whether Elonex Corporation today has any

18       owners other than Mr. Vangelov and Mr. Stoyanov?

19  A.   No, I don't know.

20  Q.   Did Webzilla provide any initial capital for Hotfile?

21  A.   No, I don't believe so.

22  Q.   Did anyone else other than Elonex provide additional

23       capital for Hotfile?

24  A.   I don't think so.

25  Q.   Do you know where Mr. Vangelov -- strike that.

Highly Confidential

1    MR. THOMPSON:   The record should reflect the witness

2       referred to exhibit 23.

3    A.   I don't remember any other discussions.

4    BY MR. FABRIZIO:

5    Q.   Did you meet with them in person?

6    A.   No, did I not.

7    Q.   Did you talk to him on the telephone?

8    A.   I had many discussions with them on the -- on the phone,

9       but I -- I don't remember on -- on this particular

10      matter whether we did or did not talk on the phone.

11   BY MR. FABRIZIO:

12   Q.   When was Lemuria incorporated?

13   A.   If I'm not mistaken, it would be October 2009.

14   Q.   And are you the sole director of Lemuria?

15   A.   Yes, I manage Lemuria Communications.

16   Q.   Let me just make sure that's clear.  You own Lemuria 100

17      percent, correct?

18   A.   Yes, I do.

19   Q.   And you manage Lemuria?

20   A.   Yes, I do.

21   Q.   Does anybody manage Lemuria with you?

22   A.   No.

23   Q.   Okay.  And are you on the board of directors of Lemuria?

24   A.   Yeah, I think I am the only director of Lemuria.

25   Q.   Is anybody else on the board of directors with you?

Highly Confidential

Page 122

1    A.   No.

2    Q.   Are you an employee of Lemuria?

3    MR. THOMPSON:   Objection, calls for a legal conclusion.

4    BY MR. FABRIZIO:

5    Q.   Well, strike that.

6         You said previously that you received a salary from

7         Lemuria, correct?

8    A.   Yes, I do.

9    Q.   Okay.  Do you have a title at Lemuria?

10   A.   To the extent that -- again, I don't really assign or we

11        don't really assign, in our team, titles.  But I would

12        say that I am manager of Lemuria.

13   Q.   Okay.  Is there anybody more senior than you at Lemuria?

14   A.   No.

15   Q.   And Lemuria provides hosting services and the other

16        services we've described for Hotfile, correct?

17   A.   That is correct.

18   Q.   Does it provide services for any other company?

19   A.   Yes, it does.

20   Q.   Okay, for what other company?

21   A.   The company name is Neterra.

22   Q.   Can you spell that?

23   A.   N-E-T-E-R-A [sic].

24   Q.   Okay.  What services does Lemuria provide for Neterra?

25   A.   They have two servers with Lemuria.

Highly Confidential

Page 123

1   Q.   Do they host a website?  Does Lemuria host a website for

2        Neterra?

3   A.   Lemuria provides colocation and connectivity for

4        Neterra, and doesn't have access to the servers.

5   Q.   Who owns Neterra?

6   A.   I don't know.

7   Q.   Do any of -- do Mr Vangelov or Mr. Stoyanov have an

8        interest in Neterra, to your knowledge?

9   A.   I don't think so.

10  Q.   How did Neterra become a customer of Lemuria?

11  A.   I know the manager of Neterra, it's a Bulgarian company,

12       from my previous experience with host.bg.

13  Q.   Who's the manager of Neterra?

14  A.   Neven Dilkov.  D-I-L-K-O-V.

15  Q.   What is the business of Neterra?

16  A.   Lemuria provides server collocation, connectivity for

17       Neterra.

18  Q.   Sure.  And you said you know Mr. Dilkov --

19  A.   Yeah.

20  Q.   -- from your previous employment at host.bg.  I'm asking

21       you, do you know what the business of Neterra is?

22  A.   I do know some aspects of the business.

23  Q.   What do you know about the business of Neterra?

24  A.   I would say they're -- they're major collocation

25       provider in Bulgaria, and also they have a backbone of

Highly Confidential

Page 124

1      optical cables around Bulgaria.  And I think that they

2      also deal with television and especially broadcasting TV

3      channels to satellites.

4   Q.  Do you have any information as to what Neterra does with

5      the two servers that are collocated by Lemuria?

6   A.  Yes, I believe they stream some television from there.

7   Q.  Is there a website associated with the streaming of

8      television?

9   MR. THOMPSON:  Objection.  Vague, lacks foundation.

10  A.  I don't know.

11  BY MR. FABRIZIO:

12  Q.  You don't know the name of the television -- of the

13     website that they operate?

14  A.  I have general knowledge that there is a website called

15     Neterra.tv.  I don't know if any part of this -- this

16     website is operated out of those servers.

17  Q.  But you understand that they stream television from the

18     two servers that are collocated by Lemuria?

19  A.  Yes.

20  Q.  What type of television is it?  Bulgarian television?

21  A.  I don't know.

22  Q.  Do they broadcast -- do they stream American television

23     to Bulgaria?

24  MR. THOMPSON:  Objection.  Lacks foundation, calls for

25     speculation.

Highly Confidential

Page 130

1   A.  Yes, it is.

2   Q.  Is any part of that $250,000 a month allocated to

3       anything other than the services of those three

4       gentlemen?

5   A.  I would say that you are missing Vangelov and Stoyanov

6       for a second time and I don't see any reason to not

7       include them in this list.  But with them, I think the

8       list would be complete.

9   Q.  Okay.  So Mr. Vangelov and Mr. Stoyanov perform services

10      for Hotfile as employees of Blue Ant, and Blue Ant is

11      compensated for that through the Lemuria payment?

12  MR. THOMPSON:  Objection, calls for a legal conclusion.

13  A.  Mr. Stoyanov and Mr. Vangelov are managers of Blue Ant,

14      therefore they're supervising their employees.

15  BY MR. FABRIZIO:

16  Q.  They're supervising their employees as their employees

17      perform services for Hotfile, correct?

18  A.  Correct.

19  Q.  Okay.  Maybe you should then explain exactly what

20      Mr. Vangelov does for Hotfile.

21  MR. THOMPSON:  Objection, vague, and asked and answered.

22  A.  He would be participating in taking decisions; he would

23      be responsible for contacting -- or contacts with

24      potential investors, and other types of external

25      communication.

Highly Confidential

Page 131

1    BY MR. FABRIZIO:

2    Q.  Does he also supervise Messrs. Chubarov, Kolev and

3        Ianakov?

4    A.  He certainly can, yeah.

5    Q.  What about Mr. Stoyanov?

6    MR. THOMPSON:  What's the question?

7    BY MR. FABRIZIO:

8    Q.  What exactly does he do for Hotfile?

9    A.  Again, he participates in important business decisions;

10       he would be responsible for financial side of the

11       operations.  There might be others, but we don't have

12       really --

13   Q.  Does Mr. Stoyanov supervise Mr. Chubarov, Mr. Kolev and

14       Mr. Ianakov as well?

15   A.  Chubarov, Kolev and Ianakov, yes.

16   Q.  And Mr. Stoyanov supervises those gentlemen?

17   A.  Yes, he does.

18   Q.  You testified earlier that you get a $20,000-a-month

19       salary from Lemuria?

20   A.  Yes, I did.

21   Q.  Is part of that payment to you for your activities that

22       you perform for Hotfile?

23   MR. THOMPSON:  Objection.  Vague, and calls for a legal

24       conclusion.

25   A.  Lemuria does provide services to Hotfile, so yes.

Highly Confidential

Page 132

1    BY MR. FABRIZIO:

2    Q.  Do you perform services for Hotfile in your personal

3         capacity as opposed to Lemuria performing them?

4    MR. THOMPSON:  Objection.  Vague, calls for a legal

5         conclusion.

6    A.  I think so, yes.

7    BY MR. FABRIZIO:

8    Q.  What activities do you perform for Hotfile in your

9         personal capacity and not through Lemuria?

10   A.  I would say participating in making decisions is an

11        activity that I would perform in my personal capacity as

12        a shareholder of Hotfile Corp.

13   Q.  Do you also supervise Chubarov, Kolev and Ianakov?

14   MR. THOMPSON:  Objection, vague.

15   A.  To the term "supervise," I'm not sure that I do in fact

16        supervise them, but to -- to the extent they need some

17        guidance and understanding of the technical parts of

18        the -- of our system, yes, we do communicate, and --

19        yes, I would say that I have certain authority over

20        them.

21   BY MR. FABRIZIO:

22   Q.  So is it your understanding that part of your Lemuria

23        salary is compensation for the work you do for Hotfile

24        in your individual capacity?

25   MR. THOMPSON:  Objection.  Asked and answered.

Highly Confidential

Page 188

1                    HIGHLY CONFIDENTIAL
                     CERTIFICATE OF DEPONENT
2

3
       I, ANTON TITOV, hereby certify that I have read the
4  foregoing pages of my deposition of testimony taken in these
   proceedings on Monday, December 5, 2011, and, with the
5  exception of the changes listed on the next page and/or
   corrections, if any, find them to be a true and accurate
6  transcription thereof.

7

8

9

10
   Signed:  ...............................
11
   Name:    ANTON TITOV
12
   Date:    1/29/2012 ....................
13

14

15

16

17

18

19

20

21

22

23

24

25

TSG Reporting - Worldwide      800-702-9580

Highly Confidential

Page 190

1                     HIGHLY CONFIDENTIAL

2

3                        E R R A T A

3               Deposition of ANTON TITOV

4

    Page/Line No.        Description        Reason for change
5     14:18        Eitinerum --> Itinerum      Correct transcription

6     14:20        EITINERUM --> ITINERUM      Correct transcription

7     14:21          internet --> intranet      Correct transcription

8     14:24    all in shelves --> online shops   Correct transcription

9     15:7      webcasting --> webhosting        Correct transcription

10    15:10     webcasting --> webhosting        Correct transcription

11    18:6          Ilan --> Elan               Correct transcription

12    20:9  Manix: M-A-N-I-X -> Maniax: M-A-N-I-A-X  Correct trans.

13    35:16     unimportant --> important        Correct transcription

14    35:17    he show choice --> he may choose  Clarify record

15    37:6     Stillinqs --> Stallings          Correct transcription

16    37:8    S-T-I-L-L-I-N-G-S --> S-T-A-L-L-I-N-G-S  Correct trans.

17    38:3    qualification --> collocation      Correct transcription

18    39:2   Equinix bandwith --> Equinix, bandwith  Clarify record

19

20  Signed:   ....................

21  Name:   ANTON TITOV

22  Date:   ....................

23

24

25

Highly Confidential

Page 190

1                    HIGHLY CONFIDENTIAL

2

3                       E R R A T A

                  Deposition of ANTON TITOV
4

5       Page/Line No.        Description            Reason for change

6        44:1           IT --> IP              Correct transcription

7        46:16    with the grade, --> would degrade  Correct trans.

8        46:17  the traffic flows into there from --> when the traffic

9             flows into their network from      Correct transcription

10       47:3 We can say any old --> We cannot say we want  Correct trans.

11       57:23    costing --> hosting          Correct transcription

12       61:15    Vlad --> Blue Ant            Correct transcription

13       65:24   Konstantin Lucyan --> Constantin Luchian  Correct trans.

14       77:11    lemur --> Lima               Correct transcription

15       89:6     SA --> Yes                   Correct transcription

16       89:21    I know what --> I don't know what    Correct trans.

17       99:11    Panek --> Penev              Correct transcription

18       109:23   Chubarov --> Chuburov        Correct transcription

19

20    Signed:  .....................

21    Name:  ANTON TITOV

22    Date:  .....................

23

24

25

TSG Reporting - Worldwide      800-702-9580

Highly Confidential

```
                                                    Page 190

 1                    HIGHLY CONFIDENTIAL

 2                         E R R A T A

 3              Deposition of ANTON TITOV

 4    Page/Line No.        Description         Reason for change
 5    110:1 Mr. Ianakov manages --> Mr. Stoyanov and Mr. Vangelov manage
 6                                             Conform to facts

 7    111:15    SecPay --> SegPay             Correct transcription

 8    119:5     Limewire --> Limelight        Correct transcription

 9    119:13    Limewire --> Limelight        Correct transcription

10    126:10    I was there --> I checked     Correct transcription

11    128:17    And that is tradition the Blue Ant contract is to -->

12         And the Blue Ant contract is still     Correct transcription

13    128:18    enforce --> in force          Correct transcription

14    138:8     Ignitov --> Ignatov          Correct transcription

15    138:10    I-G-N-I-T-O-V --> I-G-N-A-T-O-V   Correct transcription

16    65:24, 66:3, 66:8, 67:4, 68:3, Lucyan --> Luchian   Correct trans.
      68:16, 70:13, 70:19, 70:21,
17    71:13, 71:18, 72:3, 72:7, 72:9,                "

18    74:3, 75:10, 75:18, 76:4, 76:5, 76:8            "

19    72:17     Lucyan's --> Luchian's        Correct transcription

20    Signed:    ...................

21    Name:    ANTON TITOV

22    Date:    1/20/2012

23

24

25
```

TSG Reporting - Worldwide      800-702-9580

Highly Confidential

Page 189

1                    HIGHLY CONFIDENTIAL
              CERTIFICATE OF COURT REPORTER
2

3
     I, Fiona Farson, with TSG Reporting, hereby certify that the
4    testimony of the witness Anton Titov in the foregoing
     transcript, taken on Monday, December 5, 2011 was reported
5    by me in machine shorthand and was thereafter transcribed by
     me; and that the foregoing transcript is a true and accurate
6    verbatim record of the said testimony.

7
     I further certify that I am not a relative, employee,
8    counsel or financially involved with any of the parties to
     the within cause, nor am I an employee or relative of any
9    counsel for the parties, nor am I in any way interested in
     the outcome of the within cause.
10

11

12

13

14
     Signed:   ......................
15
     Fiona Farson
16
     Dated:    December 15th, 2011
17

18

19

20

21

22

23

24

25

Highly Confidential

Page 191

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - -

DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,

       Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,

       Defendants.


HOTFILE CORP.,

       Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,
       Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - -
VOLUME II
H I G H L Y   C O N F I D E N T I A L
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Tuesday, December 6, 2011
AT:  9:10 a.m.
Job No: 44175

Highly Confidential

```
 1                    A P P E A R A N C E S

 2   ATTORNEY FOR THE PLAINTIFFS:

 3            JENNER & BLOCK
             BY:  STEVEN B. FABRIZIO, ESQ.
 4           1099 New York Avenue, NW

 5           Washington, DC  20001

 6

 7

 8
     ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
 9   AND ANTON TITOV:
             FARELLA, BRAUN & MARTEL
10           BY:  RODERICK M. THOMPSON, ESQ.
             235 Montgomery Street
11           San Francisco, California  94104

12

13           BOSTON LAW GROUP
             VALENTIN GURVITS
14           825 Beacon Street
             Newton Center, MA 02459
15

16

17

18

19

20

21

22

23

24

25
```

Highly Confidential

Page 193

1    Also present:

2    Court reporter:

3            Fiona Farson
             TSG Reporting
4

5    Videographer:

6            Simon Rutson
             TSG Reporting
7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11   Technical expert:

12           Kelly Truelove

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 273

```
 1        in the same company.

 2   Q.   IP Transit?

 3   A.   Yes.

 4   Q.   And did  know both of those gentlemen before they began

 5        working with IP Transit?

 6   A.   Yes.

 7   Q.   Where do you know them from?

 8   A.   They are also working for Webzilla.

 9   Q.   Do they work for Webzilla and IP Transit at the same

10        time, to your knowledge?

11   MR. THOMPSON:  Objection.  Calls for speculation.

12   A.   I believe so.

13   BY MR. FABRIZIO:

14   Q.   And do you understand -- strike that.

15           Do you understand those two gentlemen to be

16        cofounders of Webzilla?

17   A.   I don't have any factual knowledge.

18   Q.   Okay.  Webzilla was Hotfile's first ISP?

19   A.   Correct.

20   Q.   Why did Hotfile leave Webzilla to go to Limewire?

21   MR. THOMPSON:  Objection.  Assumes facts.

22   A.   Back in the time, Hotfile was not happy with the

23        services Webzilla was providing.

24   BY MR. FABRIZIO:

25   Q.   In what way?
```

Highly Confidential

Page 274

1    A.   They had problems with connectivity as a result of
2         low-quality bandwidth providers they were working with,
3         and as a result had degraded connectivity with Deutsche
4         Telecom and France Telecom.  That was the -- was the
5         technical reason that I remember.
6    BY MR. FABRIZIO:
7    Q.   Okay.  Were there any other reasons?
8    A.   No, I don't believe so.
9    Q.   And now you're with -- now Hotfile uses IP Transit for
10        at least one of its ISPs, correct?
11   A.   That is correct.
12   Q.   From having had technical problems with Webzilla, why
13        did you go to another ISP run by the two Webzilla
14        gentlemen?
15   A.   Partly because of Hotfile leaving, they reconsidered
16        their strategy and decided to work with Internet
17        providers that would provide better quality and
18        connectivity, and Hotfile decided that it would be
19        a good idea for Hotfile to work with them.
20   BY MR. FABRIZIO:
21   Q.   Do any of the Hotfile shareholders have an interest,
22        directly or indirectly, in IP Transit?
23   MR. THOMPSON:  Objection.  Calls for speculation, vague.
24   A.   Not to my knowledge.
25   BY MR. FABRIZIO:

Highly Confidential

```
                                                      Page 371
 1                    HIGHLY CONFIDENTIAL
                    CERTIFICATE OF DEPONENT
 2

 3
         I, ANTON TITOV, hereby certify that I have read the
 4   foregoing pages of my deposition of testimony taken in these
     proceedings on Tuesday, December 6, 2011, and, with the
 5   exception of the changes listed on the next page and/or
     corrections, if any, find them to be a true and accurate
 6   transcription thereof.

 7

 8

 9

10
     Signed:  ...................................
11
     Name:    ANTON TITOV
12
     Date:    1/20/2012.............
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Highly Confidential

```
                                                    Page 373
 1               HIGHLY CONFIDENTIAL

 2
                      E R R A T A
 3
             Deposition of ANTON TITOV
 4
     Page/Line No.        Description        Reason for change
 5

 6    225:25    Remind me. --> There might be.   Correct transcription

 7    234:20    Presentation --> representation  Correct transcription

 8    234:20    cost of the --> concept of       Correct transcription

 9    261:2     As --> That's                    Correct transcription

10    273:20    Limewire --> Limelight           Correct transcription

11    279:3     is --> would                     Correct transcription

12    293:11    following --> logging            Correct transcription

13    306:5     calls --> holds                  Correct transcription

14    306:6   service at hotfile.com --> to abuse@hotfile.com Correct trans.

15    321:6     would decide it --> with this ID  Correct transcription

16    333:20    brought --> blocked             Correct transcription

17    337:7     file --> file ID                 Correct transcription

18   Signed:   ....................

19   Name:   ANTON TITOV

20   Date:   ....................

21

22

23

24

25
```

Highly Confidential

Page 373

1                    HIGHLY CONFIDENTIAL

2                         E R R A T A

3              Deposition of ANTON TITOV

4      Page/Line No.        Description              Reason for change

5

6      361:25          state --> table              Correct transcription

7      368:7  users stay on our uploads --> users_cowner_upload  Correct trans

8

9

10

11

12

13

14

15

16

17

18     Signed:    ........./...........

19     Name:   ANTON TITOV

20     Date:    1/20/2012

21

22

23

24

25

Highly Confidential

Page 372

1                    HIGHLY CONFIDENTIAL
                CERTIFICATE OF COURT REPORTER
2

3

   I, Fiona Farson, with TSG Reporting, hereby certify that the
4  testimony of the witness Anton Titov in the foregoing
   transcript, taken on Tuesday, December 6, 2011 was reported
5  by me in machine shorthand and was thereafter transcribed by
   me; and that the foregoing transcript is a true and accurate
6  verbatim record of the said testimony.

7

   I further certify that I am not a relative, employee,
8  counsel or financially involved with any of the parties to
   the within cause, nor am I an employee or relative of any
9  counsel for the parties, nor am I in any way interested in
   the outcome of the within cause.

10

11

12

13

14

   Signed:  ........................
15
   Fiona Farson
16
   Dated: 12/17/2011
17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 374

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - -
DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,
            Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,


            Defendants.


HOTFILE CORP.,

            Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,
            Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - - -
VOLUME III
H I G H L Y   C O N F I D E N T I A L
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Wednesday, December 7, 2011
AT:  9:09 a.m.

Job # 44429

H I G H L Y   C O N F I D E N T I A L

Page 375

1    A P P E A R A N C E S

2        ATTORNEY FOR THE PLAINTIFFS:
                        JENNER & BLOCK, LLP
3                       BY:  STEVEN FABRIZIO, ESQ.
                        1099 New York Avenue, NW
4                       Washington, DC  20001

5

6

7

         ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
8        AND ANTON TITOV:
                        FARELLA, BRAUN & MARTEL, LLP
9                       BY:  RODERICK THOMPSON, ESQ.
                        235 Montgomery Street
10                      San Francisco, California  94104

11

12                      BOSTON LAW GROUP
                        BY:  VALENTIN GURVITS
13                      825 Beacon Street
                        Newton Center, MA 02459

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 376

1    Also present:

2    Court reporter:

3            Fiona Farson
             TSG Reporting
4

5    Videographer:

6            Simon Rutson
             TSG Reporting
7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10           Elena Alexieva

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 442

1        the users, or he won't have money to buy your service or

2        whatever.

3    BY MR. FABRIZIO:

4    Q.  And why would that lead -- strike that.

5        Why did that lead Hotfile to cease carrying

6        advertising on its website?

7    A.  It was just not impressed with the financial result of

8        the advertising.

9    Q.  Did you participate in the decision to stop carrying

10       advertising?

11   A.  I don't remember.

12   Q.  Who made the decision to stop carrying advertising?

13   A.  I don't have any clear memories, but it was maybe Rumen

14       Stoyanov.

15   Q.  Okay.  So -- but since the time Hotfile stopped carrying

16       advertising, Hotfile's only source of revenues was the

17       sale of premium subscriptions, correct?

18   A.  That is correct.

19   Q.  Okay.  And one of the advantages or benefits that

20       Hotfile advertises about its premium service is faster

21       downloads?

22   A.  That is correct, that's one of the advantages.

23   Q.  And another is no waiting time in order to download?

24   A.  I believe so.

25   Q.  So Hotfile clearly understands that users will be

H I G H L Y   C O N F I D E N T I A L

Page 552

HIGHLY CONFIDENTIAL
CERTIFICATE OF DEPONENT

I, ANTON TITOV, hereby certify that I have read the
foregoing pages of my deposition of testimony taken in these
proceedings on Wednesday, December 7, 2011, and, with the
exception of the changes listed on the next page and/or
corrections, if any, find them to be a true and accurate
transcription thereof.


Signed: _____

Name:     ANTON TITOV

Date:     1/20/2012

H I G H L Y   C O N F I D E N T I A L

Page 554

1               HIGHLY CONFIDENTIAL

2    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

3    DATE OF DEPOSITION: 12-7-2011

4    NAME OF WITNESS: ANTON TITOV

5    Reason Codes:

6         1.  To clarify the record.

7         2.  To conform to the facts.

8            3.  To correct transcription errors.

9    Page  396   Line  16   Reason  3

10   From  no                to     to

11   Page  402   Line  13   Reason  3

12   From  Googles           to    cookies

13   Page  402   Line  15   Reason  3

14   From  Googles           to    cookies

15   Page  418   Line  5    Reason  3

16   From  user field field   to   user input field

17   Page  439   Line  24   Reason  3

18   From  Lucyan            to    Luchian

19   Page  458   Line  5    Reason  5

20   From  only the          to    only if the

21   Page  483   Line  19   Reason  3

22   From to upload down the file from   to   will pull down the file from

23

24                        _____

25                        ANTON TITOV

H I G H L Y   C O N F I D E N T I A L

Page 554

1                    HIGHLY CONFIDENTIAL

2     NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

3     DATE OF DEPOSITION: 12-7-2011

4     NAME OF WITNESS: ANTON TITOV

5     Reason Codes:

6          1.  To clarify the record.

7          2.  To conform to the facts.

8              3.  To correct transcription errors.

9     Page  436   Line   18   Reason   3

10    From  Lucyan          to    Luchian

11    Page  436   Line   23   Reason   3

12    From  Lucyan          to    Luchian

13    Page  439   Line   24   Reason   3

14    From  Lucyan          to    Luchian

15    Page  439   Line   2    Reason   3

16    From  Lucyan's        to    Luchian's

17    Page        Line        Reason

18    From                   to

19    Page        Line        Reason

20    From                   to

21    Page        Line        Reason

22    From                   to

23

24    _____

25              ANTON TITOV

H I G H L Y   C O N F I D E N T I A L

Page 553

1                    HIGHLY CONFIDENTIAL
              CERTIFICATE OF COURT REPORTER
2

3
       I, Fiona Farson, with TSG Reporting, hereby certify that the
4      testimony of the witness Anton Titov in the foregoing
       transcript, taken on Wednesday, December 7, 2011 was
5      reported by me in machine shorthand and was thereafter
       transcribed by me; and that the foregoing transcript is a
6      true and accurate verbatim record of the said testimony.

7
       I further certify that I am not a relative, employee,
8      counsel or financially involved with any of the parties to
       the within cause, nor am I an employee or relative of any
9      counsel for the parties, nor am I in any way interested in
       the outcome of the within cause.
10

11

12

13

14
       Signed: _____
15
       Fiona Farson
16
       Dated: 12-19-2011
17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 555

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - -

DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,

       Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,

       Defendants.


HOTFILE CORP.,

       Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,
       Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - - -
VOLUME IV
H I G H L Y   C O N F I D E N T I A L
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Thursday, December 8, 2011
Job #44430      AT:  9:10 a.m.

H I G H L Y   C O N F I D E N T I A L

Page 556

```
 1                    A P P E A R A N C E S

 2     ATTORNEY FOR THE PLAINTIFFS:

 3               JENNER & BLOCK
                 BY:  STEVEN FABRIZIO, ESQ.
 4               1099 New York Avenue, NW
                 Washington, DC  20001
 5

 6

 7

 8
       ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
 9     AND ANTON TITOV:
                 FARELLA, BRAUN & MARTEL
10               BY:  RODERICK THOMPSON, ESQ.
                 235 Montgomery Street
11               San Francisco, CA 94104

12

13               BOSTON LAW GROUP
                 By: VALENTIN GURVITS, ESQ.
14               825 Beacon Street
                 Newton Center, MA 02459
15

16

17

18

19

20

21

22

23

24

25
```

H I G H L Y   C O N F I D E N T I A L

Page 557

1    Also present:

2    Court reporter:

3            Fiona Farson
             TSG Reporting
4

5    Videographer:

6            Simon Rutson
             TSG Reporting
7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 596

1      Vasil Kolev.

2  Q.  Okay.  And for the parts of the Hotfile system that you

3      didn't personally code yourself, did you give

4      instructions to the people who coded those parts?

5  MR. THOMPSON:  Objection, overbroad and vague, assumes

6      facts.

7  A.  Obviously there were some instances of me giving

8      instructions like the previous exhibit has shown us, but

9      for the most part, I don't believe so.

10  BY MR. FABRIZIO:

11  Q.  Okay.  What role did you have in the website design?

12  MR. THOMPSON:  Objection, overbroad and vague.

13  A.  When you say "design," do you say -- do you mean the

14      look of the website or something --

15  BY MR. FABRIZIO:

16  Q.  The user interface.

17  A.  I don't really know.  I don't know.

18  Q.  Okay.  You had input into the design of the affiliate

19      programs, correct?

20  MR. THOMPSON:  Objection, vague.

21  A.  To the extent it concerns database design and where --

22      what to store, I think I had some input.

23  BY MR. FABRIZIO:

24  Q.  Okay.  What about the business terms of the affiliate

25      program?  Did you have any input into that?

H I G H L Y   C O N F I D E N T I A L

Page 597

1    MR. THOMPSON:  Objection, vague, overbroad.

2    A.  I don't recall having any specific input into that.

3        I don't know.

4    BY MR. FABRIZIO:

5    Q.  Would you and the other shareholders generally talk

6        about issues of that level of significance?

7    MR. THOMPSON:  Objection, vague and ambiguous, and

8        overbroad.

9    A.  Probably, yes.

10   BY MR. FABRIZIO:

11   Q.  Is it fair to say that on major issues like that, the

12       three shareholders tried to reach a consensus as to how

13       to proceed?

14   MR. THOMPSON:  Same objections.

15   A.  I'm not sure that a consensus was needed, but I think

16       it's fair to say that probably there was some

17       discussion.

18   BY MR. FABRIZIO:

19   Q.  When you say consensus wasn't needed, why is that?  Was

20       there some other protocol that the shareholders used to

21       make decisions?

22   MR. THOMPSON:  Objection, vague.

23   A.  I would say that general approach would be without

24       taking opportunity of anybody to explain his position,

25       but in situations where the shareholders will want to do

H I G H L Y   C O N F I D E N T I A L

Page 598

1          something, I think this thing will pass.

2     BY MR. FABRIZIO:

3     Q.   So if you and one other shareholder wanted to do

4          something, generally that would pass?

5     MR. THOMPSON:   Objection, overbroad.

6     A.   It depends on seriousness of the issue, but could be.

7     BY MR. FABRIZIO:

8     Q.   Did one of the shareholders have more authority than the

9          others?

10    MR. THOMPSON:   Objection, overbroad and vague, asked and

11         answered.

12    A.   I mean to the extent that different shareholders have

13         different areas of expertise, it's known for others to

14         trust more their opinion in certain levels of -- you

15         know, certain categories of decisions.

16              Also there are other things that are maybe

17         subjective, like age.  For me, personally, it doesn't

18         make sense to oppose Rumen, he has more experience --

19                   (Reporter clarification.)

20              Oppose Rumen, he has more experience of all areas of

21         business, but I would say the general approach would be

22         some kind of vote.

23    BY MR. FABRIZIO:

24    Q.   You spoke of certain areas of expertise.  Mr. Stoyanov

25         you considered to have particular expertise with regard

H I G H L Y   C O N F I D E N T I A L

Page 599

 1       to business matters and finance?

 2    A.   Yes, I do.

 3    Q.   And Mr. Vangelov, you considered him to have expertise

 4         in terms of more the communications side of the

 5         business?

 6    MR. THOMPSON:   Objection, vague, and asked and answered on

 7         the first day.

 8    A.   And, as I mentioned to you yesterday, certain areas of

 9         legal compliance.

10    BY MR. FABRIZIO:

11    Q.   Okay.  And I take it you considered yourself to have

12         certain expertise in the areas of technology?

13    A.   That's correct.

14    Q.   Okay.  So in the areas of communications and certain

15         legal compliance, Mr. Vangelov would tend to have more

16         authority as a practical matter, because people would

17         defer to him?

18    MR. THOMPSON:   Objection, vague.

19    A.   Yeah, I would say that it's fair to say so.

20    BY MR. FABRIZIO:

21    Q.   And in business matters, Mr. Stoyanov would tend to have

22         more authority as a practical matter, because you and

23         Mr. Vangelov would tend to defer to him on those

24         matters?

25    MR. THOMPSON:   Same objection.

HIGHLY CONFIDENTIAL

Page 600

1    A.   To a certain extent, yes, it's fair to say so.

2    BY MR. FABRIZIO:

3    Q.   And on matters relating to technology, you would tend to

4         have more authority as a practical matter because

5         Mr. Stoyanov and Mr. Vangelov would tend to defer to you

6         on those sorts of matters?

7    MR. THOMPSON:  Same objection, and also calls for

8         speculation.

9    A.   As long as the technology is not so expensive as that

10        Mr. Stoyanov will not approve it, I would say yes.

11   BY MR. FABRIZIO:

12   Q.   But as I understand what you said, regardless, you

13        tended to take votes on matters of consequence?

14   MR. THOMPSON:  Objection, vague.

15   A.   I think it's fair to say that, yes.

16   BY MR. FABRIZIO:

17   Q.   Okay.  Can you recall an instance in which you voted

18        against something that Messrs. Vangelov and Stoyanov

19        wanted to do?

20   A.   I can't recall any particular situation.

21   Q.   Okay.  Can you recall instances when either Mr. Vangelov

22        or Mr. Stoyanov voted against something that you wanted

23        to do?

24   A.   I can't think of any particular instance.

25   Q.   So is it fair to say that, as a general matter, the

H I G H L Y   C O N F I D E N T I A L

Page 729

1

CERTIFICATE OF DEPONENT

2

3

    I, ANTON TITOV, hereby certify that I have read the

4   foregoing pages of my deposition of testimony taken in these
proceedings on Thursday, December 8, 2011, and, with the

5   exception of the changes listed on the next page and/or
corrections, if any, find them to be a true and accurate

6   transcription thereof.

7

8

9

10

Signed:  ...... ................

11

Name:   ANTON TITOV

12

Date:   1 / 28 / 2012 ............

13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5         1.  To clarify the record.

6         2.  To conform to the facts.

7         3.  To correct transcription errors.

8    Page _581_  Line _8_  Reason _3_

9    From _make it to the_  to _make it to_

10   Page _581_  Line _9_  Reason _3_

11   From _log, the_  to _log the_

12   Page _582_  Line _17_  Reason _3_

13   From _cannot exist_  to _can notice if_

14   Page _582_  Line _20_  Reason _1_

15   From _accounts hacking, limitation_  to _accounts to prevent hacking is a limitation_

16   Page _582_  Line _22_  Reason _3_

17   From _force on_  to _force hacking on_

18   Page _586_  Line _16_  Reason _3_

19   From _or_  to _of_

20   Page _586_  Line _17_  Reason _3_

21   From _servers of_  to _service_

22

23   _____

24                    ANTON TITOV

25

TSG Reporting - Worldwide

HIGHLY CONFIDENTIAL

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5         1.  To clarify the record.

6         2.  To conform to the facts.

7         3.  To correct transcription errors.

8    Page  587  Line  3   Reason  3

9    From  all product  to  will protect

10   Page  587  Line  5   Reason  3

11   From  stage  to  limitation

12   Page  589  Line  24  Reason  3

13   From  it's correct  to  it isn't a correct

14   Page  592  Line  25  Reason  1

15   From  it  to  we would

16   Page  597  Line  25  Reason  3

17   From  the shareholders  to  two shareholders

18   Page  611  Line  22  Reason  3

19   From  Lucyan  to  Luchian

20   Page  612  Line  8   Reason  3

21   From  Lucyan  to  Luchian

22

23   _____

24                    ANTON TITOV

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1   NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2   DATE OF DEPOSITION: 12-8-2011

3   NAME OF WITNESS: ANTON TITOV

4   Reason Codes:

5        1.  To clarify the record.

6        2.  To conform to the facts.

7        3.  To correct transcription errors.

8   Page  612   Line  15    Reason   3

9   From   Lucyan            to    Luchian

10  Page  612   Line  17    Reason   3

11  From   Lucyan            to    Luchian

12  Page  616   Line  8     Reason   3

13  From  FABRIZIO           to      THOMPSON

14  Page  616   Line  13    Reason   3

15  From    man              to     him

16  Page  620   Line  4     Reason  3

17  From Lemuria paid        to    Lemuria ever paid

18  Page  620   Line  4     Reason   3

19  From other               to      any

20  Page  620   Line  5     Reason   3
         and if there is still other   and the answer is still no, and
21  From  shareholders       to    other shareholders, no.

22

23                                _____

24                                ANTON TITOV

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1   NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2   DATE OF DEPOSITION: 12-8-2011

3   NAME OF WITNESS: ANTON TITOV

4   Reason Codes:

5       1.  To clarify the record.

6       2.  To conform to the facts.

7       3.  To correct transcription errors.

8   Page  626   Line  22   Reason  3

9   From  financial election   to   FinArt transaction

10  Page  632   Line  25   Reason  3

11  From  a port tool   to   upload tool

12  Page  649   Line  25   Reason  3

13  From  paid to the   to  paid through the

14  Page  675   Line  13   Reason  3

15  From  responding to the   to  responding to user

16  Page  675   Line  14   Reason  3

17  From query in   to  inquiries via

18  Page  675   Line  15   Reason  1

19  From frequently questions   to frequently asked questions

20  Page  701   Line  11   Reason  3

21  From   ask him the question to   ask him a new question

22

23                              _____

24                              ANTON TITOV

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1     NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2     DATE OF DEPOSITION: 12-8-2011

3     NAME OF WITNESS: ANTON TITOV

4     Reason Codes:

5         1.  To clarify the record.

6         2.  To conform to the facts.

7         3.  To correct transcription errors.

8     Page __723__ Line __16__ Reason __3__

9     From ____hosted____ to ____posted____

               726:25-727:1

10    Page _____ Line _____ Reason __3__

11    From __our court file__ to ____Hotfile____

12    Page __611__ Line __22__ Reason __3__

13    From __Lucyan__ to ____Luchian____

14    Page __612__ Line __8__ Reason __3__

15    From __Lucyan__ to ____Luchian____

16    Page __612__ Line __12__ Reason __3__

17    From __Lucyan__ to ____Luchian____

18    Page __612__ Line __15__ Reason __3__

19    From __Lucyan__ to ____Luchian____

20    Page __612__ Line __17__ Reason __3__

21    From __Lucyan__ to ____Luchian____

22

23                     _____

24                          ANTON TITOV

25

HIGHLY CONFIDENTIAL

Page 730

1          HIGHLY CONFIDENTIAL
         CERTIFICATE OF COURT REPORTER
2

3
    I, Fiona Farson, with TSG Reporting, hereby certify that the
4   testimony of the witness Anton Titov in the foregoing
    transcript, taken on Thursday, December 8, 2011 was reported
5   by me in machine shorthand and was thereafter transcribed by
    me; and that the foregoing transcript is a true and accurate
6   verbatim record of the said testimony.

7
    I further certify that I am not a relative, employee,
8   counsel or financially involved with any of the parties to
    the within cause, nor am I an employee or relative of any
9   counsel for the parties, nor am I in any way interested in
    the outcome of the within cause.
10

11

12

13

14
    Signed:  ......................
15
    Fiona Farson
16
    Dated: 12-20-2011
17

18

19

20

21

22

23

24

25

TSG Reporting – Worldwide