# EXHIBIT 2

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., )
TWENTIETH CENTURY FOX FILM )
CORPORATION, UNIVERSAL CITY )
STUDIOS PRODUCTIONS LLLP, )
COLUMBIA PICTURES INDUSTRIES )
INC., and WARNER BROS. )
ENTERTAINMENT INC., )
 )
       Plaintiffs, )
 )
-vs- )
 )
HOTFILE CORP., ANTON TITOV, )
and DOES 1-10, )
 )
       Defendants. )
_____ )
 )
HOTFILE CORP., )
 )
       Counterclaimant, )
 )
  -vs- )
 )
WARNER BROS. ENTERTAINMENT, INC., )
 )
       Counterdefendant. )
 )

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF

RUMEN STOYANOV

HIGHLY CONFIDENTIAL

on Thursday, December 8, 2011
commencing at 9:10 a.m.
Taken at:
The Raddison Blu Hotel
Sofia, Bulgaria
Job Number:   43401
Reported by:  Thelma Harries, MBIVR, ACR

Page 2

```
 1                    A P P E A R A N C E S

 2    On behalf of the Plaintiffs
         JENNER & BLOCK
 3       10909 New York Avenue, NW
         Washington, DC 20001
 4
              BY:  LUKE C. PLATZER, SQ.
 5

 6

 7    On behalf of the Defendant HOTFILE CORP.
         FARELLA BRAUN + MARTEL LLP
 8       Russ Building
         235 Montgomery Street
 9       San Francisco, CA 94104

10            BY:  ANDREW LEIBNITZ, ESQ.

11

12    In attendance:

13    INTERPRETER:
         GEORGE M. MATVEEV
14       GO Ltd.
         15, Krusheva Gradina Str.
15       Sofia 1415
         Bulgaria
16

17    VIDEOGRAPHER:
         SIMON ADDINSELL
18       TSG Court Reporting

19

20

21

22

23

24

25
```

Page 17

```
 1        A     No.
 2        Q     Do you have signing authority on any
 3   bank accounts with American banks?
 4        A     No.
 5        Q     Now, one of your companies is a
 6   company by the name of Blue Ant, correct?
 7        A     Yes.  But by my company, you need to
 8   know that it's not 100 per cent owned by me.
 9        Q     You own a 15(sic) per cent share?
10        A     Yes.
11        Q     And just for the record here, I see
12   the transcript says 15 per cent --
13        A     Fifty;  5-0.
14        Q     5-0.
15        A     5-0.
16        Q     The other 50 per cent is held by
17   Mr Vangelov?
18        A     Yes.
19        Q     Did the two of you found the company
20   together?
21        A     Yes.
22        Q     Had you done business with
23   Mr Vangelov before?
24        A     No.
25        Q     How did you meet him?
```

```
 1          A     I sold him my old car.
 2          Q     Whose idea was it to found the web?
 3          A     Probably both, both of us.  I wanted
 4    to get involved in the Internet business.  He
 5    mentioned that he also has a similar interest, so
 6    we set up a company.
 7          Q     And that was around 2003?
 8          A     Yes.
 9          Q     Prior to the launch of Hotfile, what
10    services did Blue Ant provide?
11          A     We had two main lines of business.
12    The first one was developing real estate websites,
13    and the second one was websites for adults.
14          Q     Were those 3pic and 8tube?
15          A     tube8, yes.
16          Q     Any others?
17          A     Best Bulgarian Real Estate, Bansko
18    Rent.
19          Q     Is that also a real estate website?
20          A     Yes.  There are some others.  Cheap
21    Bulgarian Houses, but I don't recall whether it was
22    .bg or .com.
23          Q     And at some point, you, Mr Vangelov
24    and Mr Titov decided to found a company called
25    Hotfile, correct?
```

Page 19

1   A   Yes.
2   Q   Was that sometime in 2008?
3   A   Yes.
4   Q   Whose idea was it?
5   A   Mine.
6   Q   Where did you get the idea?
7   A   I heard from friends that, when they
8   work as a team and they need to perform different
9   tasks, they have difficulties coordinating
10  different tasks between different members, so it
11  would be good if they have a webspace where they
12  can upload their materials so everyone will be able
13  to check on the progress of the others and download
14  whatever all the others have uploaded. And then --
15  and then, when they meet, all of them can know
16  where have the others gone, vis-à-vis the
17  development of the respective project, rather than
18  exchange all the e-mails for all the progress.
19  Q   At the time, were you familiar with
20  a website by the name of RapidShare?
21  A   At the time, no.
22  Q   Were you aware at the time of
23  a website by the name of MediaFire?
24  A   No.
25  Q   Were you aware of a website called

Page 20

```
 1   MegaUpload?
 2        A    No.
 3        Q    At the time you founded Hotfile, were
 4   you aware of any other file sharing services?
 5        A    Yes.
 6        Q    Which ones?
 7        A    All of these you just listed.
 8        Q    I'm a little confused.  I thought you
 9   had just testified that you were not aware of those
10   sites at the time?
11        A    So, to clarify.  At the time of the
12   initial discussion with my friends that they do
13   need a webspace where they can upload all their
14   files, no, I was not aware of the existence of all
15   these others which you mentioned.
16        Q    But at the time that you actually
17   founded the company, you were aware of them?
18        A    Yes.
19        Q    Thank you for the clarification.
20             Around when -- around when was this
21   initial conversation with your friend that you just
22   testified to?
23        A    I can't say for sure.  It must have
24   been in the summer of 2008.
25        Q    Okay, so a couple of months before
```

```
 1   Hotfile was founded?
 2           A     Yes.
 3           Q     Hotfile, of course, has an affiliate
 4   programme where it pays people who upload files
 5   that are subsequently downloaded, correct?
 6           A     Yes.
 7           Q     Was that programme part of the site
 8   from the beginning?
 9           A     I don't remember.
10           Q     Whose idea was that programme?
11           A     Mine.
12           Q     Where did you get that idea?
13           A     From the competition.
14           Q     Did RapidShare have a programme like
15   that at the time?
16           A     I think so, yes.
17           Q     Are you aware of any other
18   competitors that had programmes like that at the
19   time?
20           A     Yes.
21           Q     Can you list those for me, please?
22           A     I can't say at this moment which of
23   the competitors had which particular programme at
24   the time.  For example, the affiliate system is
25   being used common, for example, in Amazon.  It's
```

1  not some kind of a discovery.
2       Q    But I'm asking more narrowly about
3  a programme that pays users in order to upload
4  files that have been downloaded.
5            Are you -- were you aware, at the
6  time that you came up with the idea for the
7  affiliate programme, of any competitors other than
8  RapidShare who had a programme of that nature?
9       A    Yes.
10      Q    And can you please list those for me?
11      A    I can't recall the names now.  Some
12  of them might not be in operation any longer.
13      Q    But sitting here today the only one
14  you can name is RapidShare?
15      A    Currently I can think of a large
16  website on the market, but I don't recall whether
17  at the time they had an affiliate system or not.
18      Q    And which website is that?
19      A    In addition to RapidShare, MegaUpload
20  of MediaFire.
21           MR LEIBNITZ:  And MediaFire?
22           THE INTERPRETER:  And MediaFire.
23  BY MR PLATZER:
24      Q    You testified earlier that your
25  initial idea for Hotfile was as a way for people

Page 25

1    incentive to use our hosting website because that,
2    in a way, generates additional interest for them to
3    use our site.
4    BY MR PLATZER:
5        Q    When you came up with the idea for
6    the affiliate programme, was it your purpose to
7    attract users who wanted people to download their
8    files frequently?
9        A    The original idea was to attract more
10   users because it is my belief that the larger the
11   website is the better for the business it will be.
12       Q    Well, how did you intend for the
13   affiliate programme to attract users?
14       A    So whenever someone wants to share
15   a file, they have a number of different options
16   whether they would use e-mail, us, or a competitive
17   hosting service.  So the affiliate system will
18   assistant the decision-making process and will
19   incentivise people to use our services.
20       Q    So you would agree, then, that the
21   affiliate programme is designed to attract users
22   who want to share their files with a lot of people?
23            MR LEIBNITZ:  Objection to the extent
24   it attempts to mischaracterise prior testimony.
25            THE WITNESS:  The affiliate system

Page 26

```
 1   was designed to attract more users notwithstanding
 2   the amount of sharing of their files.
 3   BY MR PLATZER:
 4        Q    Well, what is the minimum number of
 5   downloads of a user's file that need to be
 6   completed before the affiliate programme pays the
 7   user?
 8        A    The affiliate programme will start
 9   working even with one download.
10        Q    But does the user receive payment
11   from the affiliate programme if their file is only
12   downloaded one time?
13        A    Theoretically, yes, but in practical
14   terms, no, because the amount will be extremely
15   small.
16        Q    In practical terms, a user's file
17   needs to be downloaded thousands of times before
18   they start receiving payment, correct?
19             MR LEIBNITZ:  Objection.
20   Argumentative.
21             THE WITNESS:  No, that is not really
22   the case.
23             During the different periods of the
24   operation of the site the affiliate programme has
25   different forms of remuneration.  The affiliate
```


Page 88

1   A    No.

2   Q    Do you remember why Hotfile stopped
3   running ads for other companies?

4   A    Yes. We decided that it would be
5   better not to have ads because that would make the
6   site cleaner, easier to use and better-looking.

7   Q    And had the ads previously appeared
8   on the download pages of Hotfile?

9            MR LEIBNITZ: Objection. Lacks
10  foundation.

11           THE WITNESS: I think so, yes.

12           MR PLATZER: Andy, I'm not sure how
13  much I have. Why don't we take a break and then
14  I'll see how much more I have?

15           VIDEOGRAPHER: Going off the record
16  at 2:31.

17           (A short recess at 2:31 p.m.)

18           (Resumed at 2:37 p.m.)

19           VIDEOGRAPHER: We're back on the
20  record at 2:38.

21  BY MR PLATZER:

22  Q    Mr Stoyanov, were you the one who
23  designed the payment criteria for the affiliate
24  programme?

25  A    Yes.

Page 89

1   Q    And is it correct that, under the
2   affiliate programme, one of the criteria that it
3   looked to to determine payments to affiliates are
4   the sizes of the files that are downloaded?
5   A    Yes.
6   Q    So one of those ranges is between
7   5 and 50 megabytes?
8   A    I think so, yes.
9   Q    And the next range is from 50
10  megabytes to 100 megabytes?
11  A    I'm not absolutely sure but, if you
12  say so, most likely, because that was designed
13  quite a long time ago and we haven't changed them
14  recently.
15  Q    And the third range is from 100
16  megabytes to 2 terabytes -- sorry, to 2 gigabytes?
17            MR LEIBNITZ:  Object to form.  Lacks
18  foundation.
19            THE WITNESS:  I don't remember the
20  exact numbers.
21  BY MR PLATZER:
22  Q    But you were the one who decided what
23  the numbers were going to be?
24  A    Yes.
25  Q    And users were paid more for

ACKNOWLEDGEMENT

The witness and the within and foregoing deposition of the aforementioned witness was taken before THELMA HARRIES, MBIVR, ACR, at the place, date and time aforementioned.

There were present during the taking of the deposition the previously named counsel. The said witness was first duly sworn and was then examined upon oral interrogatories; the questions and answers were taken down in shorthand by the undersigned, acting as stenographer; and the within and foregoing is a true, accurate and complete record of all of the questions asked of and answers made by the aforementioned witness at the time and place hereinabove referred to.

The signature of the witness was not waived, and the deposition was submitted and the undersigned is not interested in the within case, nor of kin or counsel to any of the parties.

I, RUMEN STOYANOV, being first duly sworn, on oath say that I am the deponent in the aforesaid deposition taken on December 8th, 2011; that I have read the foregoing transcript of my deposition, consisting of pages 1 through 92 inclusive, and affix my signature to same.

_____
RUMEN STOYANOV

Subscribed and sworn to before me this _16_ day of _January_, 2011.

Page 93

1                    CERTIFICATE

2      I, THELMA HARRIES, MBIVR, ACR, do hereby

3   certify:

4      That RUMEN STOYANOV, the witness whose

5   examination is hereinbefore set forth, was duly

6   sworn by me and the within transcript is a true

7   record of the testimony given by such witness.

8      I further certify that I am not related to any

9   of the parties of this action nor in any way

10  interested in the outcome of this matter.

11

12

13  THELMA HARRIES, MBIVR, ACR
    Certified Court Reporter
14  Dated: December 20th, 2011

15

16

17

18

19

20

21

22

23

24

25