# EXHIBIT 3

HIGHLY CONFIDENTIAL

Page 1

1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
2            CASE NO. 11-20427-WILLIAMS/TURNOFF
3

   DISNEY ENTERPRISES, INC.,              )
4  TWENTIETH CENTURY FOX FILM             )
   CORPORATION, UNIVERSAL CITY            )
5  STUDIOS PRODUCTIONS LLLP,              )
   COLUMBIA PICTURES INDUSTRIES           )
6  INC., and WARNER BROS.                 )
   ENTERTAINMENT INC.,                    )
7                                         )
                Plaintiffs,               )
8                                         )
      -vs-                                )
9                                         )
   HOTFILE CORP., ANTON TITOV,            )
10 and DOES 1-10,                         )
                                          )
11              Defendants.               )
   _____    )
12                                        )
   HOTFILE CORP.,                         )
13                                        )
                Counterclaimant,          )
14                                        )
       -vs-                               )
15                                        )
   WARNER BROS. ENTERTAINMENT, INC.,      )
16                                        )
                Counterdefendant.         )
17                                        )
18       VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
19                          OF
20                    ATANAS VANGELOV
21                  HIGHLY CONFIDENTIAL
22            on Wednesday, December 7, 2011
                 commencing at 9:10 a.m.
23 Reported by:
                      Taken at the offices of
24 Thelma Harrie         RADDISON BLU HOTEL
                         SOFIA, BULGARIA
25 Job# 43403

HIGHLY CONFIDENTIAL

Page 2

```
 1              A P P E A R A N C E S
 2    On behalf of the Plaintiffs
           JENNER & BLOCK LLP
 3         1099 New York Avenue, NW
           Washington, DC 20001
 4              BY:  LUKE PLATZER, ESQ.
 5
 6
 7    On behalf of the Defendant HOTFILE CORP.
           FARELLA BRAUN & MARTEL LLP
 8         Russ Building
           235 Montgomery Street
 9         San Francisco, CA 94104
                BY:  ANDREW LEIBNITZ, ESQ.
10
11
12    In attendance:
13    INTERPRETER:
           GEORGE M. MATVEEV
14         GO Ltd.
           15, Krusheva Gradina Str.
15         Sofia 1415
           Bulgaria
16         Tel. +359 888 13 50 62
17    VIDEOGRAPHER:
           SIMON ADDINSELL
18         TSG Court Reporting
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 25

1        A       I know him because he's a partner of

2    mine in Blue Ant Ltd.

3        Q       Did the two of you found Blue Ant Ltd

4    together?

5        A       Yes.

6        Q       How do you know Mr Anton Titov?

7        A       For some period of time he was an

8    employee of Blue Ant.

9        Q       During what period of time was he an

10   employee of Blue Ant?

11       A       I do not re -- I do not recall the

12   exact time.

13       Q       Can you give me an estimate?

14       A       It will be speculation.  I have --

15               MR LEIBNITZ:  Don't speculate.  He's

16   entitled to your factual knowledge, and I think

17   he'll instruct you the same;  not to --

18               MR PLATZER:  Andy, come on, enough of

19   coaching.  You can object to form, but this is

20   getting a little bad now.

21               MR LEIBNITZ:  Counsel, you're not

22   asking him to speculate, I'm sure of that.

23               THE WITNESS:  I think it was, maybe,

24   around 2005/2006, but I cannot say for sure.  It

25   was years ago.  It was not recent.

HIGHLY CONFIDENTIAL

Page 26

1   BY MR PLATZER:

2        Q      And is that approximation, of

3   2005/2006, when he started?  Or is that your

4   approximation of the entirety of the period that he

5   worked for Blue Ant?

6        A      I think that my question would refer

7   to both.

8        Q      Okay.  So your estimate is that he

9   worked for Blue Ant between 2005 and 2006?

10       A      I cannot say that for sure.  As

11  I told you before, I don't remember the exact time

12  period and the exact year of -- of this.

13       Q      What did Mr Titov do for Blue Ant

14  when you employed him?

15       A      He was doing some programming,

16  generally.

17       Q      Okay.  Was he doing programming for

18  any particular clients?

19       A      I -- I do not recall any particular

20  client that he was performing work for.

21       Q      What, if anything, do you remember

22  about the work that Mr Titov did for Blue Ant?

23       A      He was a very good programmer doing

24  scripts, and he was very good at search engine

25  optimisation.

HIGHLY CONFIDENTIAL

Page 27

1        Q      Now, you testified earlier that you,

2    Mr Stoyanov and Mr Titov, were the three founders

3    of Hotfile.  Was founding the company your idea?

4        A      I think that the idea of the

5    foundation of the -- is that correct?  Foundation?

6        Q      Foundation.

7        A      -- foundation of the company came

8    from Mr Stoyanov, and then we all decided to -- to

9    establish it.

10       Q      When did Mr Stoyanov have the idea to

11   found Hotfile?

12       A      I think that it was in 2008.

13       Q      And did Mr Stoyanov explain how he

14   got the idea for the business?

15       A      As far as I remember, because it was

16   a long time ago, he was -- I think that a friend of

17   him gave -- I don't remember exactly, but it was

18   a friend of him who -- who told him that he would

19   need something like that, and he did some research

20   on the Internet and -- and came with the ideas and

21   suggested that it would be an interesting business

22   that we could develop.

23       Q      And how did you come to be involved

24   in starting this company?

25       A      As I told you before, me and

HIGHLY CONFIDENTIAL

1    Mr Stoyanov we were partners for a long time, and,

2    when he came with the idea, I -- I told that it's

3    -- it's a good idea of a business that can be on --

4    in the Internet.  So that's how I -- I got

5    involved.

6            Q     What was Mr -- how did Mr Titov

7    become involved?

8            A     We were -- we knew that he's

9    a specialist in the hostings.  At the time he was

10   -- he owned -- that's -- as I say, that's my

11   knowledge, from my knowledge, he own a hosting

12   company here in Bulgaria.  So a hosting project

13   like Hotfile, he was the person that was needed for

14   a project like this.

15           Q     But he was not employed by Blue Ant

16   at the time?

17           A     Yes, that is correct.

18           Q     Who reached out to Mr Titov to get

19   him involved in Hotfile?  Was it you or

20   Mr Stoyanov?

21           A     I -- I don't remember these facts.

22           Q     Now, you testified that you founded

23   Blue Ant with Mr Stoyanov in 2003?

24           A     Yes, that is correct.

25           Q     Are you and Mr Stoyanov the only

HIGHLY CONFIDENTIAL

Page 29

1    owners of Blue Ant?

2           A    Yes.  Yes, we are.

3           Q    What --what share do you have in the

4    company?

5           A    We have 50/50.

6           Q    How many persons does Blue Ant

7    employ?

8           A    I think that there are eight.

9           Q    And can you name them for me, please?

10          A    Atanas Vangelov, Rumen Stoyanov,

11   Andrei Ianakov, Deyan Chuburov, Vassil Kolev,

12   Gergana Stoyanova, Natalia Mihailova, I think, and

13   Galina Vangelova.

14          Q    Do all of those employees that you've

15   just named do work for Hotfile?

16          A    All of these employees work for

17   Blue Ant.

18          Q    But -- yes.  But, in their capacity

19   as Blue Ant employees, do all of those employees

20   perform work for Hotfile?

21          A    No, not all of them.

22          Q    Which ones do not provide work for

23   Hotfile?

24          A    There would be Gergana Stoyanova,

25   Natalia Mihailova and Galina Vangelova.

HIGHLY CONFIDENTIAL

Page 37

1   BY MR PLATZER:

2         Q      Okay.  Why don't I reformulate my

3   question to address your lawyer's -- your lawyer's

4   objection?

5                Do Hotfile users send e-mails to

6   Hotfile requesting assistance with uploading or

7   downloading files to Hotfile?

8         A      They probably do.

9         Q      Is it Mr Ianakov's responsibility to

10  answer those types of questions?

11        A      Yes, I think so.

12        Q      Does Mr Ianakov report to anyone?

13        A      Yes, he does.

14        Q      Is that to you, Mr Stoyanov and

15  Mr Titov?

16        A      Yes.

17        Q      Okay.  So any of the three of you are

18  responsible for him?

19        A      No, I would not say so.  As you said

20  it, he -- if he has anything, he consult with me or

21  Rumen Stoyanov.  But, if there is a technical thing

22  about Hotfile, he may also consult with Anton

23  Titov.  But he reports as a Blue Ant employee to me

24  and Mr Stoyanov.

25        Q      So if Mr Titov gives Mr Ianakov

HIGHLY CONFIDENTIAL

Page 41

1      Q      Okay, so just for my own

2   understanding, so those weren't websites that you

3   owned personally?  Those were websites that

4   Blue Ant owned?

5      A      No.  They were -- they were owned by

6   another company, who were our shareholder.

7      Q      What was the name of that company?

8      A      The name of the company was Elonex

9   Corporation.

10     Q      Elonex?

11     A      Elonex Corporation.

12     Q      So you were a shareholder in Elonex

13  Corporation?  And did you sell Elonex Corporation

14  or did you sell the websites?

15     A      The company sold its assets.

16     Q      So Elonex --

17     A      Assets of it.

18     Q      Elonex Corporation sold its assets?

19     A      Sold assets of it, yes.

20     Q      And those assets included the

21  websites?

22     A      Yes.

23     Q      To whom did it sell them?

24            MR LEIBNITZ:  We're back to where we

25  were, counsel.  I'm not sure I see the relevance of

HIGHLY CONFIDENTIAL

1          MR PLATZER:  Sorry, sorry.

2          MR LEIBNITZ:  It's Mr Vangelov.

3          MR PLATZER:  I apologise for using

4    your first name.

5          MR LEIBNITZ:  He's not a translator.

6    He's already answered the question.

7          THE WITNESS:  I'm not -- it's -- it's

8    something that I'm not sure that I can express the

9    meaning of the Bulgarian in English;  of the

10   Bulgarian word in English.  But, in my opinion,

11   it's not entirely correct.

12         MR PLATZER:  All right.  You can put

13   that document away.

14   BY MR PLATZER:

15        Q     I'd like to discuss, generally, what

16   your responsibilities were with respect to Hotfile.

17              Did you have a formal title with

18   respect to the work that you did for Hotfile?

19        A     No, I didn't.

20        Q     Can you tell me what your

21   responsibilities were?

22        A     Well, I had a few responsibilities.

23   One of it was if and when there was an investor

24   interested in investing in any way in Hotfile,

25   I was the one to respond to this.

HIGHLY CONFIDENTIAL

Page 101

1            I was also dealing with the

2    advertisers that would want to advertise on

3    Hotfile.

4            I was doing the communication with --

5    with our law firms and, if there was some special

6    enquiry, I will have -- and it was addressed to me,

7    I would have responded as well.

8        Q    Okay.  So communications with

9    potential investors, communications with potential

10   advertisers, communications with lawyers, and

11   special enquiries addressed to you.

12           Did you have any -- well, did you

13   have any responsibilities in addition to those four

14   areas?

15       A    These four, and there may -- there

16   might be -- there may be more, but I cannot think

17   of as I'm sitting here.

18       Q    What about Mr Titov?  What were his

19   responsibilities at Hotfile?

20       A    He was the technical person.  He was

21   -- his responsibility was for the -- all technical

22   matters and software, hardware, for the site to go

23   smoothly.

24       Q    Did he have a formal title?

25       A    At Hotfile?

HIGHLY CONFIDENTIAL

Page 106

1      at 12:22.

2                  (A short recess at 12:22 p.m.)

3                  (Resumed at 1:32 p.m.)

4                  VIDEOGRAPHER:  Back on the record at

5      1:32.

6      BY MR PLATZER:

7           Q      Before we broke for lunch, we were

8      discussing the different responsibilities of the

9      people who performed work for Hotfile, and we had

10     previously discussed Mr Titov's role and your role.

11                 Can you tell me what Mr Stoyanov's

12     responsibilities at Hotfile were?

13          A      Mr Stoyanov's responsibility were

14     dealing with the employees of Lemuria, and also he

15     was also dealing with the affiliate programme of

16     the site.

17          Q      Okay, so Mr Stoyanov was responsible

18     for the affiliate programme?

19          A      In some parts, yes.

20          Q      Who designed the affiliate programme

21     for Hotfile?

22          A      It was -- I wouldn't say that it was

23     designed.  It was adopted.

24          Q      Adopted from where?

25          A      From Internet.  From how the Internet

HIGHLY CONFIDENTIAL

Page 107

1      works.

2              Q      Were there other companies that had

3      affiliate programmes upon which Hotfile modelled

4      its affiliate programme?

5              A      Yes, I think -- I think so.  Some of

6      our competitors.

7              Q      Was RapidShare an affiliate

8      programme?

9              A      Yes.

10             Q      Something upon which Hotfile modelled

11     its affiliate programme?

12             A      I wouldn't say that we modelled by

13     RapidShare affiliate.  But, yes, RapidShare had

14     affiliate programme at that time, too.

15                    And I do not recall each and every

16     site, but it was common practice for all hosting

17     sites to -- cloud sites, to have affiliate

18     programme.

19                    In my opinion, every Internet

20     business, out there successful, have affiliate

21     programme, or at least most of them.

22             Q      Does RapidShare have an affiliate

23     programme today?

24             A      I don't know.

25             Q      Do you know whether RapidShare

HIGHLY CONFIDENTIAL

Page 122

1          Q     And how much money did Elonex realise

2     from that sale?

3                MR LEIBNITZ:  Objection.  What could

4     be the possible relevance of that?

5                MR PLATZER:  That Mr Titov testified

6     yesterday about the start-up capital and the means

7     to fund Hotfile.

8                MR LEIBNITZ:  So what possible

9     bearing does the magnitude -- you're asking for the

10    specific dollar figure.  How is that relevant?

11               MR PLATZER:  I don't have to explain

12    the relevance of my questions to you.

13               MR LEIBNITZ:  Okay.  Then I'm going

14    to instruct the witness not to answer.

15               You've not explained the relevance,

16    or even attempted to do so.  It's violative of

17    Mr Vangelov's privacy, as well as the privacy for

18    the companies involved.  It's subject to

19    contractual confidentiality designations that have

20    not been waived.  No court has addressed or removed

21    the confidentiality of that transaction, so I'll

22    instruct the witness not to answer.

23    BY MR PLATZER:

24         Q     Let me ask this.  Did Elonex

25    Corporation provide capital to Hotfile Corp.?

HIGHLY CONFIDENTIAL

Page 123

1          A     Yes, that is correct.

2          Q     Approximately how much in start-up

3    funding did Elonex provide to Hotfile?

4                MR LEIBNITZ:  So what's this

5    question?

6                (To the court reporter)  Could you

7    repeat the question?

8                COURT REPORTER:  Yes.

9                "Q.  Approximately how much in

10   start-up funds did Elonex provide to Hotfile?"

11               THE WITNESS:  I do not remember the

12   exact number.

13   BY MR PLATZER:

14         Q     Can you approximate for me how much

15   it was?

16               MR LEIBNITZ:  Objection.  By its very

17   terms, this question calls for speculation.

18               MR PLATZER:  "Approximate" is not

19   spec -- not speculation, Andy.  You know that

20   perfectly well.

21               THE WITNESS:  I guess that maybe it

22   was a matter of a few hundred of thousands.

23   BY MR PLATZER:

24         Q     And were those few hundred

25   thousands -- was the origin of that money the sale

HIGHLY CONFIDENTIAL

Page 159

1    didn't have it -- if they had it in the first

2    place, it was not mentioned on their website at

3    that time.

4    BY MR PLATZER:

5         Q     What about Mega Upload?  Did they

6    have a tool like that at the time?

7         A     I'm not sure.

8         Q     Do you know whether, at the time, any

9    of Hotfile competitors had a similar tool?

10        A     I'm not aware of any competitor that

11   was offering similar tools.

12        Q     Before Hotfile created the tool, did

13   it do any research to see whether its competitors

14   already had similar tools?

15        A     I -- I don't recall doing that.

16        Q     Whose decision was it to create the

17   SRA?

18        A     It was my decision.

19        Q     Do you know whether Hotfile's

20   competitors today have the same feature?

21        A     I believe that after we created and

22   issued in the public the special right holder

23   accounts, our competitors adopted such -- such

24   accounts.

25        Q     So do you think Hotfile was the first

HIGHLY CONFIDENTIAL

Page 162

1    accounts today?

2          A     I'm -- I'm not sure.

3          Q     More than fifty?

4          A     I'm not sure, but it could be.  Or --

5    ten, fifty.  I cannot say for sure.

6          Q     About, approximately, how many

7    take-down requests does Hotfile receive every day

8    through special rights holder accounts?

9          A     I have no idea.

10         Q     Who's responsible for implementing

11   take-down requests that come in through the special

12   rights holder account?

13               MR LEIBNITZ:  I'll object.  It's

14   vague, ambiguous and unintelligible.

15               THE WITNESS:  I believe that it is an

16   automated process.

17   BY MR PLATZER:

18         Q     Who actually designed the special

19   rights holder account?  Who wrote the code?

20         A     I do not recall at the moment, but it

21   is either Anton Titov or Deyan Chuburov.

22         Q     Okay.  So you made the decision to

23   create the tool yourself and then someone else went

24   and wrote it?

25         A     That is correct.

HIGHLY CONFIDENTIAL

Page 164

1    Mr Stoyanov or the company had in Hotfile

2    Corporation?

3           A     Yes, he'd have the same percentage as

4    me.

5           Q     Which was what, again?

6           A     It was 37 per cent, from my

7    knowledge, if he holds the same percentage as I do.

8           Q     And has that always been the case or

9    have the percentages changed over time?

10          A     The percentages have changed over

11   time.

12          Q     What were the percentages, initially?

13          A     When we started the website of

14   Hotfile, the percentages were 40 per cent for me,

15   40 per cent for Mr Stoyanov, and 20 per cent for

16   Mr Titov;  40, 40, 20.

17          Q     And today is it 37, 37, 26?

18          A     Yes, I think so.

19          Q     When was it changed?

20          A     I do not remember the exact date.

21          Q     Why was it changed?

22          A     Me and Mr Stoyanov decided to give

23   some percentages of ours to Mr Titov because we

24   thought, and still thinking, that he's a very

25   valuable partner of ours, that he's a very

HIGHLY CONFIDENTIAL

Page 165

1   knowledgeable person with amazing skills of

2   technologic -- amazing technological skills, and

3   knowledge that is very, very important for us.  So

4   we decided just to give him these percentages.

5           Q     That was a decision that you and

6   Mr Stoyanov made together?

7           A     Yes, I think so.

8                 MR PLATZER:  Why don't we take

9   a break now, and I'll see if I have anything left.

10                VIDEOGRAPHER:  Going off the record

11  at 3:31.

12                   (A short recess at 3:32 p.m.)

13                   (Resumed at 3:44 p.m.)

14                VIDEOGRAPHER:  Back on the record at

15  3:44.

16                MR PLATZER:  I have nothing further

17  on direct.

18                Andy, of course, I reserve my right

19  to redirect in case you have further questions that

20  you want to ask the witness.

21                MR LEIBNITZ:  I've no questions.

22                MR PLATZER:  All right.

23  ///

24  ///

25  ///

HIGHLY CONFIDENTIAL

Page 166

1    VIDEOGRAPHER:  This is the end of

2       tape 3 in volume 1 of the deposition of Antanas

3       Vangelov.  We're going off the record at 3:44.

4

5

6

7

8    (Deposition concluded at 3:44 p.m.)

9

10

11

12   _____

13   ATANAS VANGELOV

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 169

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-7-2011

3    NAME OF WITNESS: ATANAS VANGELOV

4    Reason Codes:

5         1.   To clarify the record.

6         2.   To conform to the facts.

7         3.   To correct transcription errors.

8    Page  11  Line  16  Reason  1

9    From UNIVERSITY FOR ECONOMY  to UNIVERSITY OF NATIONAL AND WORLD

10   Page  106  Line  14  Reason  3                    ECONOMY

11   From LEMURIA          to  BLUE ANT

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22

23

24                              _____

25                              ATANAS VANGELOV

HIGHLY CONFIDENTIAL

Page 167

1                          CERTIFICATE

2          I, THELMA HARRIES, MBIVR, ACR, do hereby

3     certify:

4          That ATANAS VANGELOV, the witness whose

5     examination is hereinbefore set forth, was duly

6     sworn by me and the within transcript is a true

7     record of the testimony given by such witness.

8          I further certify that I am not related to any

9     of the parties of this action nor in any way

10    interested in the outcome of this matter.

11

12

_____

13    THELMA HARRIES, MBIVR, ACR

      Certified Court Reporter

14

15

16    Subscribed and sworn to

17    before me this 19th day

18    of December, 2011.

19

20

21

22

23

24

25