# EXHIBIT 4

09-MC-61349-DIMITROULEAS/SNOW

Case 0:09-mc-61349-WPD Document 1 Entered on FLSD Docket 08/28/2009 Page 1 of 54

FILED by GM D.C.
ELECTRONIC

August 28, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Corbin Fisher: The identification of )
John Does 1-500 Pursuant to the Digital )
Millennium Copyright Act of 1998 )



EXHIBIT
TiTor 22
12-05-11

### APPLICATION AND DECLARATION

Pursuant to the Digital Millennium Copyright Act of 1998, 17 U.S.C. § 512(h), Liberty Media Holdings, Inc. d/b/a Corbin Fisher, respectfully requests that the Clerk for the United States District Court for the Southern District of Florida issue the attached subpoena to Webazilla, LLC, and that the Clerk please open a file with the case style above, or in a form of the Court's preference.

As required by 17 U.S.C. § 512(h)(2)(A), a copy of the notification sent to the service provider is attached hereto.

Pursuant to 17 U.S.C. § 512(h)(2)(C), I, Marc J. Randazza, attorney for Corbin Fisher, hereby swears that the purpose for which Corbin Fisher seeks the requested subpoena is to obtain the identity of alleged copyright infringers, and that such information will only be used for the purpose of protecting Corbin Fisher's intellectual property rights.

Executed this the 25th day of August under penalty of perjury.

Marc John Randazza
Florida Bar 625566
Massachusetts Bar 651477

Cat/dlv 820/FTL
Case # 09mc61349-
Judge WPD  Mag Snow
Motn Ifp ___ Fee pd $ 39.00
Receipt # 1002369
08/28/09

1 of 55

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

)
In re: Corbin Fisher: The identification of )
John Does 1-500 Pursuant to the Digital )
Millennium Copyright Act of 1998 )
)
_____ )

Exhibit A to Subpoena Served on Webazilla, LLC

Items and information requested pursuant to this subpoena:

1. Any and all information in your possession pertaining to the identity of the individuals who own and operate Hotfile.com including, but not limited to:

    a. The individual's name
    b. The individual's address
    c. The individual's email address
    d. Billing information for hotfile.com's web hosting account
    e. The physical address and phone number of Hotfile's business
    f. The physical address and phone numbers for any Hotfile employees or principals
    g. Your entire file on Hotfile, commencing with Hotfile's initial request to subscribe to your services, ending with any communications they have had with you regarding this particular action
    h. Copies of any and all DMCA notices provided to you due to infringements by Hotfile or its users

2. Documents pertaining to your "repeat infringer policy", or any similar policy, namely,
    a. A copy of your repeat infringer policy
    b. A listing of which prior customers were terminated pursuant to this policy

3. Any and all information in your possession pertaining to the identity of the individuals who uploaded each and every file listed below, all of which were hosted on your servers. This shall include the ip addresses of these users and any other information in your possession about them.

http://hotfile.com/dl/662953/1fb1391/ACS0001-1500kbps.wmv.html
http://hotfile.com/dl/663101/60501b6/ACS0002-1500kbps.wmv.html
http://hotfile.com/dl/663164/a25c45a/ACS0003-1500kbps.wmv.html
http://hotfile.com/dl/663437/ee6b2db/ACS0004-1500kbps.wmv.html
http://hotfile.com/dl/663499/2a677711/ACS0005-1500kbps.wmv.html
http://hotfile.com/dl/663549/7aa1b8b/ACS0006-1500kbps.wmv.html