(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 11-20427-WILLIAMS/TURNOFF

Disney Enterprises, Inc. et al.

                Plaintiff

v.

Hotfile Corp. et al.

                Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Karen L. Stetson, Esq.

Address: Gray-Robinson, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131

Telephone: (305) 416-6880

On behalf of (select one):   ☒ Plaintiff   ☐ Defendant

Date sealed document filed: 2/17/2012

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 68

The matter should remain sealed until:

☐ Conclusion of Trial   ☐ Arrest of First Defendant
☒ Case Closing   ☐ Conclusion of Direct Appeal
☐ Other: _____
☐ Permanently. Specify the authorizing law, rule, court order:

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file   ☐ Destroyed
☒ Returned to the party or counsel for the party, as identified above

    See attached list of documents filed under seal.

*[signature: Karen L. Stetson]*

Attorney for: Plaintiffs

Documents Filed Under Seal:

(1) Plaintiffs' Motion and Memorandum of Law in Support of Summary Judgment Against Defendants Hotfile Corp. and Anton Titov;

(2) Plaintiffs' Statement of Uncontroverted Material Facts in Support of Motion for Summary Judgment Against Defendants Hotfile Corp. and Anton Titov;

(3) Declaration of Scott Zebrak in Support of Plaintiffs' Motion for Summary Judgment Against Defendants Hotfile Corp. and Anton Titov, and accompanying exhibits;

(4) Declaration of Dr. Richard Waterman in Support of Plaintiffs' Motion for Summary Judgment Against Defendants Hotfile Corp. and Anton Titov, and accompanying exhibits;

(5) Declaration of Thomas Sehested in Support of Plaintiffs' Motion for Summary Judgment Against Defendants Hotfile Corp. and Anton Titov, and accompanying exhibits;

(6) Declaration of Steve Thomas Kang in Support of Plaintiffs' Motion for Summary Judgment Against Defendants Hotfile Corp. and Anton Titov, and accompanying exhibit;

(7) Declaration of Dr. Ian Foster in Support of Plaintiffs' Motion for Summary Judgment Against Defendants Hotfile Corp. and Anton Titov, and accompanying exhibits.