# Exhibit D – User Uploads

| UserID | URL | Title |
|---|---|---|
| 28852 | http://hotfile.com/dl/73822417/c52c997/kav11.0.1.400en.exe.html | Kaspersky Anti-Virus 2011 |
| 88317 | http://hotfile.com/dl/31569210/7574c48/MStR.part01.rar.html | Madonna- Something to Remember |
| 146176 | http://hotfile.com/dl/8435923/a0f7a50/duplicity.part8.rar.html | Duplicity 2009 |
| 323073 | http://hotfile.com/dl/23055177/ae63abb/Szkola.Uczuc.DVDRip.LektorPL.part1.rar.html | A Walk to Remember |
| 998616 | http://hotfile.com/dl/129083009/af4df3f/Kensoh Ogawa - Gullible Pussies (Hi-Res).rar.html | Gullible Pussies |
| 1012494 | http://hotfile.com/dl/82501667/d56a2e0/lindzeeLeigh_richboy_III.wmv.html | Rich Boy's Nuts Crushed by Lindzee Lee |
| 1475238 | http://hotfile.com/dl/31047985/a4c14c7/Olivia Olovely (Book Club).wmv.html | Olivia Olovely (Book club) |
| 1767918 | http://hotfile.com/dl/100688210/c63e035/Jesse.Jane.The.Roommate.XXX.BDRip.www.myporndl.com.part4.rar.html | Jesse Jane: The Roomate |
| 1862317 | http://hotfile.com/dl/98255326/69960f0/Ghetto-Kids - 2002 [German] [No Subs].avi.html | Ghetto Kids |
| 1995587 | http://hotfile.com/dl/45042421/7fad1f3/A Day To Remember - Attack Of The Killer B-Sides.zip.html | Attack of the killer b sides (a day to remember) |
| 2034424 | http://hotfile.com/dl/63296368/2fcb9f5/Psycho-Thrillers - Hostile Rental.part1.rar.html | Hostile Rental |
| 2256242 | http://hotfile.com/dl/67303855/a574e8d/Baslangic_2010_Divx.part1.rar.html | Inception |
| 2539779 | http://hotfile.com/dl/79435740/a50f09e/boreas-linux-elektronik-linux.part1.rar.html | Elektor Magazine |
| 3329531 | http://hotfile.com/dl/74330301/5165def/Saddle the Wind (1958).part1.rar.html | Saddle the Wind |
| 3333192 | http://hotfile.com/dl/75577596/427ffa0/The Foreign Exchange - Authenticity (2010).rar.html | The Foreign Exchange (Authenticity) |
| 3494179 | http://hotfile.com/dl/76969614/201dd7b/Willow Smith - Whip My Hair.avi.html | Willow Smith (Whip My Hair) |
| 3596288 | http://hotfile.com/dl/107636885/a071364/BrazilianFacials-barbara.wmv.html | Brazilian Facials - Barbara |

| UserID | URL | Title |
|---|---|---|
| 3627134 | http://hotfile.com/dl/81428538/fdea59b/Unstoppable.2010.DVDRip.XviD.part01.rar.html | Unstoppable |
| 3754418 | http://hotfile.com/dl/123200843/61f0206/P_J-B_T_C_Vol_1_Cap_1.avi.html | Between the Cheekz Vol. 1 |
| 3965825 | http://hotfile.com/dl/91689625/3b2cd9e/Megan_Fox-Jennifers_Body_1080p.avi.html | Jennifer's Body |
| 4121730 | http://hotfile.com/dl/93440599/92b05bb/Roller Coaster Tycoon.rar.html | Roller Coaster Tycoon |
| 15219 | http://hotfile.com/dl/8628178/7441a4d/ArabStreetHoookersJordan.part1.rar.html | Jordan Part 1 |
| 397965 | http://hotfile.com/dl/17874213/bd976a7/Vomit_Enema_Ecstasy_X_AVGL-130.part1.rar.html | Vomit Enema Ecstasy X |
| 1178284 | http://hotfile.com/dl/34321447/7a87e23/Ninjanin.Intikami.2009.DVDRiP.TRDUB.XviD-GANi.part1.rar.html | Ninja Assassin |
| 1234508 | http://hotfile.com/dl/24528351/ea12038/AssBandits-vid.part1.rar.html | Ass Bandits |
| 1395724 | http://hotfile.com/dl/98581080/f5b470e/G-Suite - WAV-Acid.part1.rar.html | G-Suite |
| 1923688 | http://hotfile.com/dl/79625375/9b580fb/Complete Rock Collection 4CD Set.part1.rar.html | Whole lotta Rosie by AC/DC, others |
| 2663616 | http://hotfile.com/dl/88513281/e29a321/Zeitgeist Addendum.rar.html | Zeitgeist Addendum |
| 2682138 | http://hotfile.com/dl/109477059/44b8071/colbert_2011.03.08.rar.html | Colbert Report |
| 3201547 | http://hotfile.com/dl/80350165/6d8f976/Le_Prisonnier_03_A,B&C_rabo ukak_wawamania .avi.html | The Prisoner |
| 3239018 | http://hotfile.com/dl/95323854/6a0c260/Kaspersky PURE ate 2016.rar.html | Kaspersky PURE |
| 3524357 | http://hotfile.com/dl/118413857/814b830/Kaspersky Antivirus 11.0.1.400 PL.rar.html | Kaspersky Antivirus |
| 3830774 | http://hotfile.com/dl/96825938/7a037de/Liseli-Resim-Schoolgirl-Picture-Innocent-Girl-Picture-Virgin-Picture-Bakire-Resim-Preteen-Picture-Metart-Picture-Set17.rar.html | Liseli Resim Picture |
| 3918231 | http://hotfile.com/dl/99030151/a906a7a/mlib_phoenix_shyla-sd169.part1.rar.html | Milfs Like it Big |
| 3999824 | http://hotfile.com/dl/105457814/86c3b9b/Trance_World_Vol._12.zip.html | Trance World Vol. 12 |
| 4077162 | http://hotfile.com/dl/124171379/4275872/Dancing Bear - Plate of Cum Party.rar.html | Plate of Cum Party |