# EXHIBIT B

**Exhibit B**

**Further Details of Testimony**
**Richard Waterman, Ph.D.**
**February 2012**

- *Arista Records LLC, et al. v. Lime Group LLC, et al.*, No. 06-Civ. 05936, Judge Kimba M. Wood (S.D.N.Y). Copyright infringement analysis. Written and deposition testimony.

- *Columbia Pictures Industries, Inc. et al. v. Gary Fung*, No. 06-CV-5578, Judge Stephen V. Wilson (C.D. Cal.). Copyright infringement analysis. Written and deposition testimony.

- *Arista Records LLC, et al. v. Usenet.com, Inc.,* No. 07-CV-08822, Judge Harold Baer (S.D.N.Y.) Copyright infringement analysis. Written testimony.

- *Blehm v. Albert Jacobs et al,* 1:09-cv-02865-RPM, Judge Richard P. Matsch (D. Colorado). Copyright infringement analysis. Written report.

- *Schappell v. GEICO Corporation*, No. 1333 S2001 (Pa. Commw. Ct.). Insurance claims analysis. Written and deposition testimony.

- *Freedom Medical Supply, Inc. v. PMA Capital Ins. Co*., No. 003988 (Pa. Commw. Ct.). Insurance claims analysis. Written testimony.