# EXHIBIT D

**Exhibit D**
**Summary of Infringement Determinations by Day**

| Date | Classification | Number of Files |
|------|----------------|-----------------|
| 2011/01/01 | Infringing | 226 |
| 2011/01/01 | Noninfringing | 11 |
| 2011/01/01 | Unknowable | 12 |
| 2011/01/01 | Illegal | 1 |
| 2011/01/05 | Infringing | 228 |
| 2011/01/05 | Noninfringing | 7 |
| 2011/01/05 | Unknowable | 12 |
| 2011/01/05 | Illegal | 3 |
| 2011/01/11 | Infringing | 230 |
| 2011/01/11 | Noninfringing | 12 |
| 2011/01/11 | Unknowable | 7 |
| 2011/01/11 | Illegal | 1 |
| 2011/01/20 | Infringing | 225 |
| 2011/01/20 | Noninfringing | 11 |
| 2011/01/20 | Unknowable | 14 |
| 2011/01/21 | Infringing | 220 |
| 2011/01/21 | Noninfringing | 13 |
| 2011/01/21 | Unknowable | 15 |
| 2011/01/21 | Illegal | 2 |
| 2011/01/24 | Infringing | 220 |
| 2011/01/24 | Noninfringing | 17 |
| 2011/01/24 | Unknowable | 11 |
| 2011/01/24 | Illegal | 2 |
| 2011/01/30 | Infringing | 229 |
| 2011/01/30 | Noninfringing | 13 |
| 2011/01/30 | Unknowable | 8 |