| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 1632012 | fastddl.hellospace.net |
| 15651 | ferasdownloads.com.br |
| 2009859 | http://alpha-warez.net |
| 809162 | 3gpnetindir.blogspot.com |
| 654641 | blurayfilmindir.com |
| 809162 | cosmoleech.com |
| 2192295 | cosmoleech.ucoz.com |
| 56983 | divxfaresi.com |
| 56983 | divxfilmindir.tk |
| 4595810 | hotfilepreminyum.blogspot.com |
| 56983 | indirebir.blogcu.com |
| 585609 | indirelim.com |
| 1987072 | indirsene.be |
| 1326655 | profosyoneldivx.com |
| 3918231 | ripturk.com |
| 805676 | setindir.blogcu.com |
| 805676 | setindir.com |
| 51129 | frmindir.com |
| 633737 | jav-hotfile.blogspot.com |
| 1597896 | dizivefilmindir.com |
| 1597896 | dlenewsadder.coolpage.biz |
| 446362 | internationaldvds.blogspot.com |
| 2100117 | internationalvideos.blogspot.com |
| 1248065 | duckdownloads.net |
| 3490305 | magazinvideo.com |
| 14225 | oppa-download.fr |
| 2371115 | mkvfilm.net |
| 142574 | goleech.org |
| 969190 | byfull.com |
| 1246874 | downloadzone.altervista.org |
| 213262 | gamesaddict4u.blogspot.com |
| 213262 | seven7down.com |
| 213262 | cinemawix.blogspot.com |
| 213262 | hadiindir.info |
| 218947 | tudofreedownloads.blogspot.com |
| 191108 | hdmoviedb.com |
| 1777400 | megaestrenosdivx.blogspot.com |
| 185577 | warezleech.net |
| 1777400 | earning-on-hotfile.cz.cc |
| 1777400 | filespc.ru |
| 185577 | filimindirsene.com |
| 185577 | sharing-zone.org |
| 185577 | smart-uploads.com |

HIGHLY CONFIDENTIAL

| Exhibit F | |
| Hotfile Affiliate Sites | |
| userid | domain |
| 3874896 | uniquewarez.info |
| 185577 | warez-007.blogspot.com |
| 185577 | zarabianie-na-hotfile.pl |
| 634020 | zonefiles.ru |
| 2455535 | gameuploader.tk |
| 824935 | http://hiphopdownloadz.com |
| 2455535 | downcg.com |
| 765489 | fulldowntr.com |
| 2805288 | fulldowntr.org |
| 23114 | leechgames.com |
| 4371270 | mp3muzikindir.net |
| 33693 | warezpk.info |
| 38888 | xvidshare.com |
| 31989 | /totally-free-downloads.info |
| 489485 | http://dl-ebook.blogspot.com |
| 2577511 | http://dl-softwares.blogspot.com |
| 1707396 | indirdur.net |
| 307533 | max-share.org |
| 307533 | scenewarez.info |
| 1411419 | vozwarez.net |
| 938392 | WWW.1CLICKMOVIEZ.INFO |
| 454220 | download-hotfile.com |
| 454220 | megaupload-download.net |
| 454220 | satriadownload9.blogspot.com |
| 454220 | software.beck007.com |
| 1753687 | dl2you.com |
| 454220 | ffdlz.com |
| 3790279 | http://metallic-downloadz.blogspot.com |
| 2081028 | i-share.ws |
| 55619 | midnitefilms.com |
| 1540609 | uploadjockey.com |
| 2081028 | divxmadeni.com |
| 2081028 | grand-designs-tv.blogspot.com |
| 2081028 | propcindir.com |
| 1767645 | tugacinema.net |
| 3490852 | uploadspictures.com |
| 1938931 | divxsalonu.com |
| 548828 | xvidsalonu.com |
| 2005949 | 0daydownload.com |
| 550577 | ddlbook.com |
| 1744900 | hotfile.dbv.pl |
| 126575 | hotfileserveforum.com |
| 17371 | onlydl.com |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 1829692 | scene-uploads.com |
| 691832 | sdownloads.net |
| 15171 | software.ateiviai.lt |
| 918962 | spaceddl.com |
| 2169739 | warezit.org |
| 315749 | wrz.forumlari.net |
| 15171 | http://showdelatv.blogspot.com |
| 460034 | mediafiredownload.org |
| 422616 | metin2hilesiindir.com |
| 94614 | shazi-softwarez.blogspot.com |
| 1332207 | teradl.blogspot.com |
| 38982 | qkshare.com |
| 1761397 | rapidshare-links.org |
| 1418646 | sodownload.net |
| 1231451 | the-ddl.org |
| 1331887 | sharkwarez.info |
| 1818164 | warez.4biz.com.ua |
| 4033264 | colombianwarez.com |
| 3148811 | ddl.crackedsoftwares.com |
| 1133191 | ebookload.org |
| 150440 | hq-share.com |
| 303283 | lawarez.ucoz.com |
| 2148755 | tcdownload.net |
| 1296205 | tcdownload.org |
| 414739 | wiigratis.webcindario.com |
| 975697 | dl4everything.com |
| 1482199 | fullxno.net |
| 579527 | xtremedownloading.co.cc |
| 235575 | down.pant.su |
| 276857 | downserv.com |
| 1706314 | indirdownload.gen.tr |
| 111840 | downall.info |
| 541502 | k-share.net |
| 1135439 | megatvfans.blogspot.com |
| 2417127 | sharetera.com |
| 1135439 | teklinkfilm.tk |
| 2019713 | divxciyiz.com |
| 1346630 | kuranikerimindir.com |
| 2003014 | xvidportu.com |
| 308969 | zarabiajzhotfile.pl |
| 2351763 | desidownloads.org |
| 1436160 | dlporn.org |
| 163451 | downloadplatform.net |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 163451 | eshare.cc |
| 163451 | filelink.info |
| 2841811 | http://359down.com |
| 19128 | mediafiremovie.org |
| 19128 | tinyddl.blogspot.com |
| 19128 | wrzdown.net |
| 19128 | bamddl.com |
| 51653 | dailyfiles.info |
| 4216344 | fastrapidshare.com |
| 3237794 | hotfile.04live.com |
| 3237794 | http://bayapirata.altervista.org |
| 644230 | http://e-bayadelpirata.forumattivo.com |
| 1833604 | revistasfree.com |
| 93423 | robowarez.ru |
| 429108 | roxdownload.net |
| 115909 | zeesoftwares.com |
| 115909 | alldownloadlinks.com |
| 212711 | balkanwarez.org |
| 1833604 | depositfilesonic.com |
| 622962 | downloadnow.cc |
| 21605 | fastdownload.co |
| 1657059 | leech4pro.com |
| 233961 | rapidshare-links.com |
| 31645 | veryebooks.com |
| 3227749 | 7download.info |
| 13222 | divxin.net |
| 1241287 | knightindir.com |
| 3276926 | paradisewarez.net |
| 2942306 | wFiles.info |
| 2831896 | xvideopoint.blogspot.com |
| 3346498 | zarabiajnauploadzie.pl |
| 103705 | brosharefiles.co.uk |
| 3346498 | freshupload.org |
| 593789 | hdddl.info |
| 157522 | hddownloadz.info |
| 840313 | http://cometwarez.clan.su |
| 208796 | megauploadforum.info |
| 305467 | rapidleech.cz |
| 1400253 | sparkshare.info |
| 2562159 | divxm.com |
| 2156227 | be-share.com |
| 2591247 | besthotfile.com |
| 33864 | downprog.com |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 89743 | downprog.net |
| 3067138 | get-magazine.blogspot.com |
| 3067138 | get-magazine.com |
| 89743 | hotfile-zone.net |
| 3572020 | hotfilebooks.com |
| 28874 | hotfilemagazines.com |
| 3579785 | mk-download.com |
| 89743 | mk-download.tk |
| 593760 | ps3oyunindir.com |
| 2301911 | shareminator.org |
| 137319 | upload-earnmoney.blogspot.com |
| 33864 | videomaker1.blogspot.com |
| 1414990 | crackedsoftwares.com |
| 2307410 | hotfileparadise.net |
| 468703 | movies.vungocanh.com |
| 2307410 | share2many.com |
| 2026948 | cjshare.com |
| 138889 | download123.in |
| 2420606 | hdtvceleb.com |
| 803398 | images.download123.in |
| 174293 | landofthefreeish.com |
| 2420606 | pasafilm.com |
| 2420606 | softwaresfree.net |
| 3434154 | uploadearn.info |
| 1884999 | bajatelos-gratis.lmbastias.com |
| 2804120 | clickpaisa.tk/Uploading-link.html |
| 2804120 | downloadrshf.uphero.com |
| 1884999 | gamezine.info |
| 2804120 | hotfile-world.uphero.com |
| 2448745 | hotfiles.biz |
| 2804120 | http://dailyfilm.biz |
| 2804120 | http://trddl.blogspot.com |
| 466727 | movieloo.info |
| 505594 | rsebook.com |
| 80166 | shareyourstuff.netau.net |
| 746315 | depositfilesonic.net |
| 1332836 | hotfileservedl.com |
| 344050 | instawarez.net |
| 344050 | mondofreeshare.altervista.org |
| 1414601 | samples-share.com |
| 1332836 | vietuploaders.com |
| 144647 | csunyafilm.blogspot.com |
| 1483279 | divxci.net |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 48432 | ebooktm.com |
| 2903761 | webfilesfree.com |
| 746315 | wowdls.com |
| 508774 | filesonic123.com |
| 2225120 | freescam.blogspot.com |
| 2592042 | hotfilef.zzl.org |
| 1784032 | hotfilepremium.info |
| 282557 | maxidownloads.blogspot.com |
| 166306 | pink.searchdl.net |
| 15946 | searchdl.net |
| 166306 | bestleech.com |
| 84111 | dl-z0ne.com |
| 776523 | filmindiriyorum.com |
| 2809094 | fullprogramindir.org |
| 166306 | hdtvaudio.blogspot.com |
| 372821 | hotfileweblinks.blogspot.com |
| 1874942 | hotrip.ru |
| 578331 | leechersbay.com |
| 2537915 | medleaks.net |
| 124266 | snowangel-freegames.blogspot.com |
| 130659 | universodivx.net |
| 2788618 | video.loimon.com |
| 2788618 | 07download.com |
| 578331 | file2files.com |
| 256215 | filmseruveni.tr.gg |
| 2699335 | hotfile.khikhicuoi.us |
| 709675 | mkvindir.com |
| 715109 | warezzi.com |
| 571280 | 4youshare.blogspot.com |
| 742592 | happy-hdmovies.com |
| 218582 | hotfile.wpadnij.info |
| 30638 | new2down.com |
| 142613 | premium-links.net |
| 13772 | rohanzshare.blogspot.com |
| 715109 | rohanzwarez.blogspot.com |
| 520778 | yazilimindir.com |
| 2287135 | divxacil.com |
| 2985421 | dvd3x.com |
| 2277629 | http://khmer2share.com |
| 809136 | http://khmerddl.info |
| 107137 | port-warez.ru |
| 4164521 | filehostcentral.blogspot.com |
| 3553923 | pirat-buxta.tk |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userId** | **domain** |
| 249332 | wardown.org |
| 2835467 | filme-mobil.blogspot.com |
| 2519569 | hot-sharing.com |
| 2519569 | megauploads.org |
| 4047030 | muzikindirin.blogspot.com |
| 391643 | rknfilmes.blogspot.com |
| 233309 | video-box.org |
| 3069335 | dl.zammm.com |
| 3069335 | downloadercenter.com |
| 3069335 | ebookcu.com |
| 3069335 | filmindirr.com |
| 1399760 | http://hotfile.byethost7.com |
| 233309 | makemoneywith2upload.blogspot.com |
| 1399760 | subedlc.com |
| 20344 | 80stvseries.com |
| 2263926 | domacifilmovi.atspace.biz |
| 1981905 | http://tvycineretro.blogspot.com |
| 1223530 | leechwarez.net |
| 34790 | markuss.rapidleechhost.com |
| 918805 | multiupload.eu |
| 4821947 | musictvshow.blogspot.com |
| 4900776 | videostune.com |
| 1772609 | wislavideo.cjc.pl |
| 918805 | 12ddl.com |
| 35960 | bat.batwarez.pl |
| 158444 | batwarez.pl |
| 2175141 | bbearmovie.blogspot.com |
| 215597 | ddgratis.info |
| 156571 | dlbuzz.com |
| 1338913 | downpc.net |
| 4461689 | dvdriprl.net |
| 449973 | gravuredownloads.com |
| 18160 | gravuredownloads.net |
| 89150 | rshare.org |
| 2051800 | scenedowns.com |
| 4662028 | spwarez.info |
| 1469319 | topdownvn.biz |
| 28202 | turkindir.net |
| 994886 | allnewwarez.info |
| 159895 | azshare.info |
| 2049024 | dleviet.com |
| 2531021 | downloadlist.org |
| 370312 | extremesharez.ucoz.org |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 822434 | getandshare.org |
| 159895 | hotfileforum.net |
| 2864905 | http://okladki-dvd.tk |
| 3328341 | indirbb.com |
| 388055 | power-bestdownloads.blogspot.com |
| 736037 | share3x.com |
| 1734759 | superfreedownloads.net |
| 2181806 | tripkolic.com |
| 4235998 | zeefiles.com |
| 4235998 | zzmovies.info |
| 2585327 | cafeddl.com |
| 195024 | downfive.com |
| 2181806 | downloadsama.blogspot.com |
| 16341 | efsanedivx.net |
| 2964591 | jogostorrent.com |
| 13669 | mp3asi.com |
| 13669 | mp3asi.info |
| 2837522 | mp3asi.net |
| 2837522 | mp3asi.org |
| 49003 | quick-downloads.com |
| 145145 | tekpartindir.com |
| 145145 | uploadsite.ceb.im |
| 40027 | bluewarez.pl |
| 17659 | divxall.com |
| 4814641 | downmafia.net |
| 999789 | ebooksdl.com |
| 4814641 | filesdl.net |
| 4814641 | filesnet.pl |
| 1940620 | gencdivx.com |
| 375933 | hotfile-earnings.blogspot.com |
| 3438565 | http://ebooks.50gigs.net |
| 948464 | http://ebooks.designbyraro.com |
| 1870832 | life-wrz.co.cc |
| 1374986 | maxdown.info |
| 179152 | serbian-warez.net |
| 3580969 | torrentbucket.com |
| 375933 | cinema-dir4u.org |
| 986582 | Eufree.net |
| 87604 | fulloyunindir.net |
| 50556 | godofwarez.info |
| 1765025 | hotfileompare23.wordpress.com |
| 553861 | http://downloadinggame.blogspot.com |
| 1695152 | latestwarez.com |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 410309 | marswarez.com |
| 1695152 | cinevin.org |
| 1976883 | dasmartshare.com |
| 32360 | docsontv.com |
| 1991926 | download.mixing.hu |
| 128459 | fastwarez.org |
| 2244014 | freecito.blogspot.com |
| 147231 | ipshare.weebly.com |
| 1423990 | movietainer.com |
| 1497738 | nanorip.info |
| 1497738 | Topmp3.000a.biz |
| 1497738 | 0daydl.com |
| 2791777 | 0movies.net |
| 689930 | black-warez.ru |
| 872197 | catalogfiles.ucoz.ru |
| 4483230 | divxfix.net |
| 4483230 | dizi-indirin.blogcu.com |
| 202271 | filmlerimnet.blogcu.com |
| 40048 | gerilimkorkufilmleri.blogspot.com |
| 3080559 | javddl.org |
| 3282423 | megadlz.com |
| 34685 | mordivx.com |
| 2594743 | pinoywarez.net |
| 1632782 | romantikgenclikfilmleri.blogspot.com |
| 1526903 | romantikkomedifilmler.blogspot.com |
| 34685 | videomaniya.net |
| 2594743 | yerliyapimifilmler.blogspot.com |
| 20966 | directddl.ws |
| 2492897 | down-loads.hit.bg |
| 2113116 | downeu.com |
| 1851541 | downlive.org |
| 1684981 | ebook113.com |
| 3496843 | euploading.com |
| 2318816 | ezelbolumindir.com |
| 14451 | ffilmler.com |
| 999133 | hhlinks.blogspot.com |
| 389970 | hotfilepaylas.com |
| 246793 | hqdownloads.net |
| 260262 | katzdown.com |
| 551913 | kurtlarvadisipusuindir.com |
| 1374660 | rapidleech2day.blogspot.com |
| 1051509 | http://downloadingmovie.blogspot.com |
| 30669 | latestwarez.com |

HIGHLY CONFIDENTIAL

| Exhibit F | |
| --- | --- |
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 1921291 | marswarez.com |
| 1115722 | dvdfilmindir.org |
| 285499 | fastwarez.org |
| 1961829 | mkvmovies-dvdrips.blogspot.com |
| 1238981 | warez-bg.net |
| 1474603 | warez.freei.me |
| 1725899 | wazaa-bb.com |
| 260627 | black-warez.ru |
| 475359 | pinoywarez.net |
| 434517 | walt-disney.ucoz.com |
| 14219 | watchflicksonline.com |
| 41841 | freefryou.narod.ru |
| 564667 | lewwarez.boo.pl |
| 379909 | moviestvseriesbucket.blogspot.com |
| 4539692 | rapidsharezone.net |
| 3395153 | triniwarez.com |
| 312210 | http://clipstwoshare.blogspot.com |
| 234913 | in-warez.com |
| 774953 | loudwarez.pl |
| 460105 | new-movies4u.blogspot.com |
| 364080 | Smartwarez.org |
| 30537 | smartwarezworld.com |
| 449926 | warez-vietnam.org |
| 22932 | warez32.com |
| 143855 | warezcc.org |
| 1982908 | warezdeck.com |
| 30537 | warezgalaxy.org |
| 2775297 | yerlidivx.com |
| 3515456 | bookshared.com |
| 4306314 | childrenincinema-clips.blogspot.com |
| 3360281 | descargas-tiburon.blogspot.com |
| 3515456 | dlall4free.com |
| 3757681 | downloading-now.blogspot.com |
| 3757681 | filmlerimiz.co.tv |
| 1940548 | free-onlinestorage.com |
| 2478581 | fulldownloadzone.org |
| 89524 | hflinks.com |
| 1640418 | http://hotfilemoney.vgh.pl |
| 413893 | http://top-softwares-download.blogspot.com |
| 2845341 | livingshare.com |
| 22590 | netwarez.net |
| 2127033 | onelinkmovie.net |
| 270203 | scwarez.com |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 1645149 | warezmania.info |
| 22590 | worldgamesdownload.com |
| 22590 | ws-films.ws |
| 253557 | asianhorrordvd.blogspot.com |
| 253557 | ebookmagnate.blogspot.com |
| 4486166 | filmindirt.org |
| 4486166 | fullmp3indir.org |
| 3104367 | ghostwarez.com |
| 1512331 | ingyenfilmekitt.5mp.eu |
| 253557 | moviestvseries.com |
| 24453 | tv-dizisi.net |
| 253557 | tvmagnate.blogspot.com |
| 1475530 | warez-4ever.org |
| 1351506 | xxx-moviesblog.blogspot.com |
| 1897133 | anti4warez.com |
| 325503 | bdwarezfreak.info |
| 13464 | bewarez.org |
| 148931 | blog.dreamnshare.org |
| 1910175 | divxmekani.net |
| 34986 | downloadfreemoviez.info |
| 303569 | downloadult.blogspot.com |
| 4200470 | film-indir.org |
| 1897133 | forum.anti4warez.com |
| 34986 | free-ebook-download.net |
| 540485 | freeapplestore.net |
| 1206251 | freepornmovies4all.blogbugs.org |
| 325503 | hq-videos4u.blogspot.com |
| 1777180 | http://download300.info |
| 24935 | http://megadownloadworld.blogspot.com |
| 610353 | javdownloader.blogspot.com |
| 13464 | lostwarez.com |
| 2165857 | moresharing.com |
| 13464 | rswarez.net |
| 13464 | rswarez.org |
| 3223927 | sixtailjavmovies.com |
| 1597862 | wowfilmler.com |
| 3659245 | captain-amarica-2011.blogspot.com |
| 3659245 | downloadingisfree.blogspot.com |
| 3659245 | downloadingisfree.com |
| 3659245 | downloadingisfreexxx.blogspot.com |
| 1216817 | dvdripindir.com |
| 53919 | filmcool.ru |
| 2226211 | filmdir.ucoz.net |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 501938 | filmstvshows.blogspot.com |
| 4528296 | filmx5.com |
| 34431 | hotfile-forum.net |
| 230466 | hotfile.linkstoanything.com |
| 759400 | hotfileheaven.blogspot.com |
| 1216085 | hotfileporn.info |
| 38486 | hotfileprotect.com |
| 759400 | hotfiletv.blogspot.com |
| 461011 | iv.katzfree.com |
| 461011 | jav.katzfree.com |
| 1216817 | kalitelidivx.com |
| 461011 | katzfree.com |
| 1434178 | kosdownloads.com |
| 4528296 | mp3-film-indirme.konusu.net |
| 3241549 | pinoywarez.ph |
| 2200055 | rapidshare-porn.com |
| 213504 | simplewarez.info |
| 2255495 | tvbsharing.blogspot.com |
| 495370 | warezdesign.com |
| 495370 | warezone.biz |
| 213504 | warezrocker.info |
| 1782013 | warezslavez.tk |
| 511424 | xtorquemadax.blogspot.com |
| 230466 | xxx.linkstoanything.com |
| 1534284 | 3rabwarez.com |
| 1084357 | deathwarez.org |
| 24415 | e-softwarez.co.cc |
| 1461309 | freeall.donkiehost.com |
| 122425 | freeero.info |
| 2165251 | freemp3albumsdownload.com |
| 34144 | hotfile.200u.com |
| 114158 | hotfilefactory.net |
| 75702 | hotfileserve.ws |
| 124778 | http://freepspapplications.blogspot.com |
| 124778 | http://freethemesctf.blogspot.com |
| 124778 | http://pspfreemovies.blogspot.com |
| 1797684 | macedonianwarez.com |
| 3830497 | maxicompu.jimdo.com |
| 3830497 | mexicanas.jimdo.com |
| 1168385 | moviesweekends.blogspot.com |
| 178659 | ninjawarez.org |
| 2165251 | onlinefiledownload.com |
| 1685369 | oscardivx.com |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 1064662 | packettracerdownload.com |
| 1461309 | todo-4u.blogspot.com |
| 178659 | warez-witch.com |
| 178659 | warezbitch.net |
| 75702 | warezchick.com |
| 1954278 | warezio.hitowy.pl |
| 75702 | wareznova.com |
| 178659 | warezphantom.com |
| 114158 | warezsource.org |
| 2344569 | warezturkish.com |
| 178659 | warezwitch.com |
| 3397014 | wowwarez.com |
| 2811207 | acessedownload.blogspot.com |
| 664442 | all-in-one-download.blogspot.com |
| 1210242 | blurayindir.com |
| 2370318 | celty31.free.fr |
| 1245872 | downloadpresent.com |
| 512276 | estrenosdivx-tuportal-p2p.blogspot.com |
| 512276 | estrenosdivx.mihost.us |
| 2370318 | jaffrelot.tyoine.free.fr |
| 492254 | kalitelifilmvebelgesel.com |
| 447389 | myavshare.tk |
| 1163675 | myebook2share.blogspot.com |
| 113179 | papashare.info |
| 1320151 | ptinfodownloads.com |
| 1316425 | tcdownload.us |
| 110978 | thewarezbay.org |
| 1558926 | warezprivate.net |
| 2961291 | allmoviespack.com |
| 281509 | candysharez.com |
| 2175064 | cz-download.blogspot.com |
| 2175064 | download-worlddj-videoclip.blogspot.com |
| 1716346 | dwshare.com |
| 58228 | fastfreedownload.info |
| 4006923 | filmekostenlosansehen.de |
| 2303215 | filmy-programy.blogspot.com |
| 144527 | freehotfile.com |
| 1370079 | hiroshimamovies.blogspot.com |
| 146296 | hotfile-town.blogspot.com |
| 1946336 | hotfile9.com |
| 1946336 | hotfilelab.com |
| 1659200 | hotfileyukle.com |
| 43011 | idownloader.net |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 146347 | ifilmme.com |
| 208347 | scenedownload.com |
| 79313 | sea-of-freedom.ucoz.com |
| 79313 | seaoffreedom.ucoz.com |
| 14764 | sharedbb.com |
| 43011 | war3zunlimit3d.com |
| 788129 | warezbeat.com |
| 915683 | warezdeluxe.net |
| 281509 | warezsuperkings.com |
| 2079361 | warzem.net |
| 2079361 | warzex.net |
| 79903 | zmovie4u.com |
| 461338 | byelerki.free.fr |
| 3417610 | divxsaati.com |
| 2776102 | download.serienjunkies.org |
| 90851 | download4arab.blogspot.com |
| 37999 | downloadrepertoir.info |
| 13369 | freedowns.net |
| 3699626 | hdownload.org |
| 353998 | http://b-share.com |
| 150524 | http://triniwarez.com |
| 2597321 | impulsewarez.com |
| 2263073 | luckywarez.info |
| 2263073 | nicewarez.info |
| 1915100 | warez-town.info |
| 1492242 | warez2000.ru |
| 871726 | 1clickmovies.net |
| 1465177 | 3gpdizifilmindir.tr.gg |
| 135276 | carmenmovies.com |
| 2656548 | clubwarez.ws |
| 3041270 | divxmovie.us |
| 3041604 | dvdfanatic.pl |
| 2309693 | freebus.info |
| 1780136 | freedownloadmusicblog.com |
| 602348 | freewallpapers.ucoz.net |
| 508170 | http://freshwarez.org |
| 990379 | javfreeus.com |
| 1879592 | madwarez.pl |
| 149548 | mafiawarez.com |
| 2526989 | mp3indirdownload.blogspot.com |
| 149548 | otherwarez.com |
| 1915022 | warez-tv.org |
| 1041837 | warez.shraf.net |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 1998815 | warezipp.us |
| 4202385 | warezs.net |
| 3210026 | warezsitesi.com |
| 328930 | websharebb.blogspot.com |
| 2278797 | xvid-asd.blogspot.com |
| 2562800 | 9share.org |
| 598898 | divxmerkezi.org |
| 2972118 | downfile.webfreehosting.net |
| 50031 | download300mbmovies.com |
| 2719412 | dvd.vesporn.com |
| 3012698 | ebookdown.info |
| 1096218 | filmizar.com |
| 1870228 | free-livres.blogspot.com |
| 1004739 | freegaydar.blogspot.com |
| 1895658 | freeonlineguide.info |
| 580892 | freesoft32.net |
| 2034795 | hd4share.com |
| 69052 | http://omniafree.net |
| 621893 | mkvmovie.tk |
| 208706 | nicemoviesdvd.blogspot.com |
| 248697 | riskysmovies.com |
| 2904179 | rubikfilm.com |
| 153192 | shared4u.freehostia.com |
| 153192 | shared4u.org |
| 580892 | softwarez.50gigs.net |
| 408313 | summerfreedom.yoyo.pl |
| 81940 | warez-nt.pl |
| 21645 | world-of-warez.ru |
| 490157 | arafilms.net |
| 414531 | avmdownload.com |
| 369961 | beyondwarez.com |
| 2648690 | bpviddownload.blogspot.com |
| 2010720 | crazy2shares.com |
| 443192 | divxyurdu.net |
| 2805741 | download4all.freetzi.com |
| 2509460 | ebook4share.info |
| 111966 | enlacewarez.com |
| 119236 | filesonicdownload.com |
| 1609434 | forumdownload.biz |
| 1248917 | free-mixed-porn.thumblogger.com |
| 14887 | free-teenz.com |
| 2914773 | freeanime.dtiblog.com |
| 4074402 | freejx.com |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 515760 | freexxx.clan.su |
| 697326 | full-version-softwarez.blogspot.com |
| 253031 | giwarez.blogspot.com |
| 15133 | hotfiledownloader.info |
| 15133 | hotfilemovies.info |
| 2010720 | http://crazysharescom.blogspot.com |
| 131086 | http://hdflix.org |
| 712369 | http://hotfile4rum.net |
| 712369 | http://hotfileforum.info |
| 153232 | http://movieforfree.info |
| 81811 | kingwarez.pl |
| 3661526 | latestuploads.wordpress.com |
| 490157 | movies.arafilms.net |
| 1827793 | musicfreedown.com |
| 744347 | nekmovies.com |
| 1662297 | plztodownload.com |
| 2762014 | seventorrents.com |
| 1353613 | sharedvn.net |
| 4553964 | tofree.net |
| 119236 | ugotfiledownload.com |
| 680690 | ugotmovie.co.cc |
| 119236 | warezhotfile.com |
| 397170 | warezqueens.com |
| 3659035 | yougirl.tk |
| 463406 | adultfilmsitesi.com |
| 93242 | advertising-thingstoshare.blogsp |
| 703293 | all-downloads-full.blogspot.com |
| 22148 | all-greys-anatomy.blogspot.com |
| 2197527 | audioclipse.com |
| 3093853 | aydownload.net |
| 504571 | divxportu.com |
| 139207 | download4free.us |
| 4223674 | easy-rewards.blogspot.com |
| 670493 | ex-warez.com |
| 2236616 | extreme.punk-warez.com |
| 435417 | filmindir.tk |
| 3314017 | filmletoltes.co.tv |
| 995937 | free-for-desktop.blogspot.com |
| 139207 | freealldownload.us |
| 424013 | freebookdd.blogspot.com |
| 139207 | freedownload-directory.blogspot.com |
| 995937 | freefromdragon.blogspot.com |
| 2197527 | freefullporndownloads.com |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 139207 | freemoviesdownload.us |
| 1299492 | freemovieshare.org |
| 2673506 | freetu.com |
| 15601 | freshdownloads.org |
| 2197527 | fsdwarez.org |
| 2362854 | goldshare.net |
| 2791089 | heart-hackerz.webs.com |
| 1784245 | hitfilmler.com |
| 875847 | hitzwarez.com |
| 875847 | hitzwarez.net |
| 139207 | hotfilemoviedownload.blogspot.com |
| 1937768 | http://adrixddl.free.fr |
| 2164427 | http://freecultureblog.altervista.org |
| 535373 | http://gassi.free.fr |
| 842733 | http://gaymovies.byethost16.com |
| 139207 | http://hotfilemoviedownload.blogspot.com |
| 2431915 | http://hotpornfiles.thumblogger.com |
| 214879 | http://hotwarez.us |
| 369397 | imperia-of-hentai.biz |
| 369397 | imperia-of-hentai.net |
| 369397 | imperia-of-hentai.ru |
| 1804177 | latestmoviez.net |
| 3580873 | leordeni-sharezone.forumhit.ro |
| 2625546 | lydownload.com.br |
| 2072311 | movie-releases.net |
| 2208168 | moviemaniax.dtiblog.com |
| 139207 | multilinkdownload.blogspot.com |
| 3575152 | pkshare.com |
| 570960 | porndown.info |
| 368441 | pornopicha.blogspot.com |
| 2144224 | pornrage.net |
| 4200265 | pornvideodll.com |
| 25366 | project-warez.org |
| 2431915 | promiscuousteens.com |
| 142246 | prvporn.com |
| 92366 | pspwarez.cz.cc |
| 1638495 | rambutan4share.blogspot.com |
| 1475238 | seks-filmi.com |
| 119213 | semprom.seo-battle.com |
| 1475238 | sexspaceship.com |
| 139207 | share4free.us |
| 204528 | thedownloadserver.blogspot.com |
| 578544 | toxic-warez.net |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 3979190 | warez7.com |
| 27149 | warezdemons.com |
| 2641264 | warezeffect.com |
| 94530 | wareznxt.info |
| 27149 | warezpoets.com |
| 4924082 | warezpt.com |
| 327603 | wareztunnel.com |
| 350514 | ashlynnbrookehotfile.blogspot.com |
| 304992 | bestialityboard.blogspot.com |
| 304992 | bestialitytube.blogspot.com |
| 1208795 | dasamovies.com |
| 67856 | descargadirecta-warez.blogspot.com |
| 513656 | divxen.net |
| 3637869 | divxvadisi.com |
| 1135630 | divxvadisi.net |
| 372297 | dmzwarez.info |
| 1471502 | download34.com |
| 2074795 | downs-tube.blogspot.com |
| 414165 | free3dstuff.net |
| 125474 | freefilen.com |
| 1826858 | freeloads.org |
| 1309927 | freeprongallery.blogspot.com |
| 2124916 | freexpasswords.blogspot.com |
| 350514 | freexxxhotfilemovies.blogspot.com |
| 4153306 | freshwarez.org |
| 91446 | fuckgirlmovies.com |
| 4204978 | fullpornoindir.com |
| 4204978 | fullpornoindir.net |
| 326248 | funcluptv.blogspot.com |
| 216469 | go2share.info |
| 825230 | gotwarez.org |
| 835549 | hitfilmindir.com |
| 394365 | http://allwarezs.3dn.ru |
| 106617 | http://download-movies-4free.blogspot.com |
| 30502 | http://hentai-share.info |
| 132204 | http://latinofiles.blogspot.com |
| 1224234 | http://software2downloads.blogspot.com |
| 39337 | http://superfilm.in.ua |
| 30502 | http://warez2u.info |
| 3372936 | kalitefilm.org |
| 132204 | latinofiles.blogspot.com |
| 25663 | leecherporn.com |
| 196015 | lordadmin.freehostia.com |

HIGHLY CONFIDENTIAL

| Exhibit F | |
| Hotfile Affiliate Sites | |
| userid | domain |
| 469663 | megamovie.us |
| 44382 | mostiwarez.com |
| 2136037 | movies.where-to-donate.com |
| 91446 | moviessexscenes.com |
| 799680 | moviezriplatino.blogspot.com |
| 263079 | nitrowarez.com |
| 263079 | nonamewarez.com |
| 44382 | perfectwarez.com |
| 30079 | program-bahcesi.blogspot.com |
| 39272 | rlswarez.com |
| 93050 | seriesfree.biz |
| 113620 | seznam-filmu.cz |
| 2607713 | shareandplay.pl |
| 4570655 | shared4u.me |
| 2557554 | tambay-warez.blogspot.com |
| 806240 | teklinkfilmindir.org |
| 65612 | toxicdownloads.net |
| 556929 | tvseries.me |
| 2535669 | uploadyapparakazan.com |
| 153781 | warez-website.com |
| 153781 | warezinc.com |
| 23919 | xvidshared.com |
| 2932428 | xxx-pornonplate.serbianforum.info |
| 2716262 | allmyporn.blogspot.com |
| 2690862 | amateurpornvideosonline.com |
| 304756 | bestfreesexporn.com |
| 275541 | cinematecaweb.blogspot.com |
| 3314261 | dailysoftwarez.net |
| 2576420 | divxdepo.com |
| 2576420 | divxdepo.org |
| 1640030 | divxdunyam.com |
| 617577 | divxkolik.net |
| 548336 | divxmax.net |
| 3699946 | downloadanything.info |
| 621211 | downloadcheapmovies.net |
| 1339326 | downloadhaven.net |
| 2815405 | downmovies.info |
| 1448160 | dvdfullgratis.blogspot.com |
| 43666 | extrawarez.pl |
| 1450194 | filesfree.info |
| 2890167 | filmekingyen.com |
| 486585 | filmresponse.com |
| 4376717 | filmsvijay.blogspot.com |

HIGHLY CONFIDENTIAL

| Exhibit F | |
| --- | --- |
| **Hotfile Affiliate Sites** | |
| userid | domain |
| 4446643 | free4you.look.in |
| 1299191 | freeamateursexvideos.net |
| 2974135 | freeanimemusic2012.blogspot.com |
| 2974135 | freebook2012.blogspot.com |
| 1450194 | freesexs.info |
| 2574143 | freestuff.ucoz.com |
| 128180 | gutomuploads-movies.blogspot.com |
| 366541 | hf-rs-nl-movies.blogspot.com |
| 1658228 | hongchen.unsidewarez.com |
| 386750 | hotfile888.blogspot.com |
| 1252742 | hotfilecom.boo.pl |
| 3491224 | hotfilecom.ugu.pl |
| 91630 | hotfilelinks.net |
| 1339326 | hotfilez.net |
| 2547695 | http://dl4all.movie-4share.com |
| 839050 | http://downloadfree-sarker.blogspot.com |
| 1884757 | http://hotfile-documentaries.blogspot.com |
| 1406560 | http://hotfile-zone.blogspot.com |
| 1339326 | http://hotfilemoney.tk |
| 606822 | http://warezgang.com |
| 596868 | ihotfile.info |
| 2116310 | interestingfree.byethost13.com |
| 304756 | justfreesex.blogbugs.org |
| 194966 | lacomunidad.multiprogramagratis.com |
| 421747 | latestporn.net |
| 1257177 | leechlist.freemoviezdl.com |
| 4446142 | megafile.blog28.fc2.com |
| 2547695 | movie-4share.com |
| 58367 | moviesafe.net |
| 61115 | moviewarez.org |
| 38296 | netshared.net |
| 2915274 | photoshopdesign.freeiz.com |
| 2206619 | pinoy-warez.com |
| 100798 | pornomag.blogspot.com |
| 92430 | royalwarez.org |
| 621211 | seenthismovie.com |
| 1592893 | stevexxxmovies.blog.hu |
| 1925758 | stickamdownload.co.cc |
| 1250400 | team-share.info |
| 2061683 | topmoviex.com |
| 1421550 | warez-legend.com |
| 3735787 | warez-place.com |
| 45445 | warez4u.pl |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 3740403 | warezer.com |
| 3740403 | warezer.paralaksa.biz |
| 3001154 | warezforum.biz |
| 3069236 | warezjunky.com |
| 3069236 | warezkillerz.com |
| 1250400 | warezmy.net |
| 3813374 | warezraged.com |
| 284911 | warezshot.com |
| 93341 | warezunion.org |
| 2987041 | world-film.net |
| 2594908 | 24hshared.com |
| 439380 | 300mbmovies.info |
| 500922 | 300mbmovies.org |
| 439380 | 300mbmoviez.info |
| 41719 | aswarez.com |
| 2207290 | av-freedownload.blogspot.com |
| 31939 | azmovie.net |
| 290915 | babaaz.justfree.com |
| 1577104 | bananashare.org |
| 2100280 | bestfreewareprograms.blogspot.com |
| 2539654 | blog.xvidivx.com |
| 3298797 | centraldowgratis.blogspot.com |
| 3271547 | cpcmovie.blogspot.com |
| 2045270 | d-movies.net |
| 541649 | depositfileshare.com |
| 4648654 | digratisps3.blogspot.com |
| 3036969 | divx-indir.net |
| 3061700 | divxindir.us |
| 1549211 | divxodasi.com |
| 630937 | downloadlinkers.blogspot.com |
| 4735113 | downloadturk.net |
| 3271585 | e4downloads.com |
| 467738 | exploze4.free.fr |
| 3057309 | filesonicwarez.net |
| 1906612 | film-birodalom.blogspot.com |
| 3271585 | filmesemhd.com |
| 3670676 | filmindirsenee.blogcu.com |
| 206885 | filmonl.com |
| 1554121 | filmtakimi.com |
| 56505 | forumshares.com |
| 15172 | free-itunes-us.blogspot.com |
| 1351721 | freeeasymoneyebooks.blogspot.com |
| 4423801 | fulldownload1.tr.gg |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 611775 | gay-pornoxx1.blogspot.com |
| 2106099 | grannysexfree.info |
| 2903683 | hdbluraymovie.com |
| 4225207 | hentaifree.dtiblog.com |
| 186565 | hotfiledwarez.org |
| 2380832 | http://download208.mediafire.com/jmnwjqs91k0g/w5qyzyfrhwd/Resett |
| 670195 | http://downthemfree.blogspot.com |
| 91530 | http://free-soft-games.blogspot.com |
| 2474287 | http://free4downloads.over-blog.com |
| 1476182 | http://freegame4mobile.com |
| 1690756 | http://warezposts.com |
| 703434 | ilovewarez.com |
| 817523 | ingyen-film-letoltes.blogspot.com |
| 77351 | kinofilmfree.com |
| 1479239 | leechsource.com |
| 787948 | lightdownload.com |
| 2179671 | mediamovie.net |
| 2085857 | mxmictlan.orgfree.com |
| 598799 | myfilmindir.com |
| 549501 | myworld4free.co.cc |
| 307097 | osawarez.pl |
| 598623 | pcoyuncy.freei.me |
| 2495222 | pdl.webfreehosting.net |
| 153215 | perfectwarez.info |
| 13569 | pirat-zona.com |
| 13569 | piratxxx.net |
| 68960 | relaxindir.com |
| 356244 | rsdownload.net |
| 3112170 | sende-indir.allyogame.com |
| 298219 | singlewarez.com |
| 4507679 | softfreevn.com |
| 468900 | softs-games.com |
| 366797 | softspyder.ru |
| 2140901 | softwaresandotherutilities.blogspot.com |
| 491091 | softwaresandutilities.blogspot.com |
| 1125344 | thefreemenu.com |
| 82068 | tudofreemolduras.blogspot.com |
| 3298797 | tv2leech.com |
| 249328 | tvalemi.blogspot.com |
| 3598327 | universo-warez.net |
| 1988035 | urbanwarez.net |
| 3173536 | usawarez.net |
| 4710662 | uzvideo.in |

HIGHLY CONFIDENTIAL

| Exhibit F | |
| Hotfile Affiliate Sites | |
| userid | domain |
| 4710662 | uzvideo.uz |
| 4710662 | videosgratisbr.com |
| 2473423 | warezs.ipp.lt |
| 300878 | web-hax.freehostia.com |
| 2028388 | wicked-warez.com |
| 94799 | wrzdls.org |
| 94799 | wrzfrm.com |
| 227284 | x264Rips.com |
| 499308 | xdfilmes.com |
| 1499219 | yenifilmindir.com |
| 3271585 | z-warez.com |
| 2539102 | 1linkmovies.com |
| 1515086 | 3gpindir.net |
| 3748122 | a-vids-a.blogspot.com |
| 2127351 | addhotfile.co.cc |
| 51225 | alienwarez.my3gb.com |
| 2558965 | alsofts.org |
| 505797 | arabdivx.com |
| 2803174 | ausbook.info |
| 56182 | bangmovie.net |
| 206601 | bbindir.net |
| 271970 | bigbangvn.com |
| 2062265 | buzzwarez.org |
| 2455404 | cdotfree.com |
| 564958 | cinereview1.blogspot.com |
| 1479428 | clickdownz.com.br |
| 1240703 | d0wnloading.com |
| 1336057 | damedescargas.com |
| 65318 | danielwarez.info |
| 1378070 | darmowe-dvd.eu |
| 3523557 | descarga-directa.webcindario.com |
| 2581899 | descargar.ws |
| 2210099 | devilwarez.pl |
| 20257 | divxalem.com |
| 4084840 | divxcanavari.phpnet.us |
| 2803174 | divxfan.com |
| 906010 | dl-pro.com |
| 2717957 | dla4you.com |
| 446380 | dlbox.ws |
| 4879224 | dload4all.0fees.net |
| 4634117 | dlsdownload.com |
| 4189873 | downbay.net |
| 602901 | download4it.com |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 3848797 | downmagaz.com |
| 1244558 | downtronica.blogspot.com |
| 424712 | downtugablog.blogspot.com |
| 14131 | drvtorrent.com |
| 569532 | extreme-warez.com |
| 1856355 | film-ok.net |
| 2514821 | film4all.us |
| 475565 | film4down.com |
| 562085 | filmarsivim.com |
| 712304 | filmarsivim.org |
| 3596288 | filminizle.com |
| 3041906 | fixdownloads.com |
| 1378070 | forum1.warez-ir.com |
| 759180 | free4soft.webs.com |
| 446380 | fullfreedownloads.info |
| 1894918 | fullrshare.com |
| 3851491 | game2online.com |
| 1702056 | gameandsoftwaredownloads.blogspot.com |
| 712304 | gamebazaar.info |
| 1276690 | gamefree.ru |
| 36810 | gamewarezden.com |
| 2636332 | gearsofthewebv2.blogspot.com |
| 20539 | geldeindir.com |
| 3579813 | getallgames.tk |
| 486127 | ghostbustersgame.info |
| 3427072 | gigabitwarez.com |
| 2818235 | grandsoft.org |
| 1299628 | gratis-series.com.ar |
| 1363684 | gratisemua.com |
| 13204 | hemmenindir.org |
| 69854 | hitfilmsmovies44.webs.com |
| 69854 | holjvafilm.biz |
| 31950 | hotfile-bb.com |
| 1801553 | hotfile.com.ro.usefullinks.9zeci.ro |
| 2660965 | hotfiledenparakazan.tr.gg |
| 147631 | hotfilelinks.info |
| 533713 | hotsector.info |
| 1184373 | hq-download.com |
| 838152 | hqwarez.com |
| 1842412 | http://bestsoft.zapto.org |
| 3676255 | http://booksoft.info |
| 3268457 | http://favourite-download.blogspot.com |
| 415091 | http://left4warez.com |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| Hotfile Affiliate Sites | |
| userid | domain |
| 475565 | http://music4alldjs.blogspot.com |
| 1617207 | http://planetatuga.com |
| 326344 | http://pspgamecrazy.com |
| 116449 | http://share-films.net |
| 1653582 | http://web-tv.web-rpg.org |
| 106911 | indirbabam.blogcu.com |
| 227291 | indirbook.blogspot.com |
| 2291536 | indirci.forumup.com |
| 219269 | indirdim.forumup.com |
| 2350219 | indirsek.web.tr |
| 1456410 | indirteam.com |
| 114650 | indirvizyon.com |
| 2202715 | intercambiowarez.org |
| 4287961 | javfree4u.com |
| 1492569 | javreleases.com |
| 4975590 | jocurifilme.com |
| 48372 | keltzmovies.blogspot.com |
| 2647920 | latestpcsoftware.blogspot.com |
| 2201910 | leaderwarez.com |
| 4883756 | linkuj.warforyou.cz |
| 454998 | livefootballtvs.com |
| 333906 | livetvs.net |
| 953775 | loswarezos.com |
| 3759971 | maridownload.com |
| 2329886 | mcgrhill-warez.com |
| 475565 | mixdownx.com |
| 69854 | mobi-movies.org |
| 2062265 | mobirip.net |
| 1100324 | moviehot.org |
| 57632 | movies.5-ab.com |
| 3975209 | movies247.mobie.in |
| 2062265 | moviesndhacks.blogspot.com |
| 1912358 | mp3free-download.hit.bg |
| 1968301 | mtvbillboard.blogspot.com |
| 2294104 | music4you.hu |
| 2208597 | musicok.ru |
| 602901 | muzicvault.blogspot.com |
| 406870 | my-downloads.eu |
| 4055980 | mydescargadirecta.es |
| 906010 | mydigitalstuffs.blogspot.com |
| 2757299 | myepltv.com |
| 1260389 | najnowsze-filmy.blogspot.com |
| 1540340 | oneclickmovies.info |

HIGHLY CONFIDENTIAL

| Exhibit F | |
| --- | --- |
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 43099 | piratatugafilmes.com |
| 2803174 | pirateclub.hu |
| 50842 | piratehome.co.cc |
| 15499 | populartvshows.org |
| 253882 | rowarez.org |
| 581829 | scarypirata.com |
| 68092 | scenedown.net |
| 70813 | servedown.com |
| 1050373 | servedown.info |
| 1755230 | sexnwarez.com |
| 370868 | shalomfilm.com |
| 1165306 | share.phpzilla.net |
| 14893 | share247.biz |
| 2277524 | sharefactory.ws |
| 360485 | sharejojo.com |
| 2560121 | sharemania.ws |
| 279987 | shareonl.com |
| 478684 | sharex.tk |
| 478684 | sharpebooks.blogspot.com |
| 3289841 | sinemafilmtek.com |
| 512734 | soft-block.ru |
| 3275298 | soft-catalog.net |
| 2095496 | soft.alldownload.org |
| 886051 | strtv.it |
| 21051 | tafreehpk.com |
| 2143061 | teklinkfilmindir.medianewsonline.com |
| 1335650 | temaindir.org |
| 478684 | terabitwarez.ws |
| 2062265 | the-big-bang-theory2011.blogspot.com |
| 2062265 | the-moovies.blogspot.com |
| 3596288 | tinyrip.net |
| 2698179 | tinyrips.com |
| 468460 | topdvdmovie.net |
| 36810 | topmovies-imdb.blogspot.com |
| 720533 | transformers-3-dark-of-the-moon-2011.blogspot.com |
| 3257604 | tv-box.org |
| 4844068 | tv-island.org |
| 822845 | ugotbooks.blogspot.com |
| 1421297 | unlimitedtvseriesandmovies.blogspot.com |
| 1306365 | urbanwarezforum.com |
| 145693 | videocook.info |
| 4741943 | web-tv.xooit.fr |
| 33676 | websitetemplateforfree.com |

HIGHLY CONFIDENTIAL

| Exhibit F | |
| --- | --- |
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 5064324 | wolwarez.info |
| 625454 | wolwarez.isgreat.org |
| 219269 | wots-tv.com |
| 4844068 | wp.mixdownx.com |
| 17179 | wreleases.com |
| 419074 | wrz.im |
| 82989 | wrzaddiction.com |
| 2803174 | 1click-movies.com |
| 1525025 | 300mb-hot-file-movie.blogspot.com |
| 2803174 | 33gamers.blogspot.com |
| 4055980 | 3rbsoftware.com |
| 490137 | abwarez.xp3.biz |
| 2242090 | albnetwarez.net |
| 1052384 | allfree-downloads.webs.com |
| 3975970 | allweb-soft.com |
| 1042171 | android-full.blogspot.com |
| 2003846 | appmovie.tistory.com |
| 26082 | arabic.download96.com |
| 1404997 | area51warez.info |
| 3986076 | arenawarez.com |
| 2905402 | audiowarez.net |
| 3138886 | baywarez.com |
| 225859 | beanmovie.brinkster.net |
| 4735430 | bestvideorap.com |
| 1106067 | bhtdownloads.com |
| 1257313 | bigwarez.net |
| 190486 | blog.thedownload.us |
| 13107 | blogt-downs.blogspot.com |
| 3225972 | bokep-dvd.blogspot.com |
| 664912 | book-zone.ucoz.ru |
| 4770511 | bookmp3.net |
| 34859 | books4freedownload.info |
| 1728735 | bookv.ru |
| 2141771 | brwmovies.blogspot.com |
| 27705 | casadodownload.com |
| 44608 | cddvdal.com |
| 393895 | chillwarez.com |
| 4907481 | chomikowywarez.pl |
| 3100886 | cizgi-filmler.com |
| 957657 | claydvd.com.ar |
| 570891 | clickpcgame.com |
| 4871924 | compartewarez.com |
| 140987 | coolsoftsite.ru |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 2046630 | coolsoftsite.ucoz.ru |
| 4060708 | currentmoviesnowplaying.com |
| 107653 | da-warez.com |
| 155931 | depowarez.com |
| 3621791 | dicaspcdownloads.blogspot.com |
| 3370617 | directoriosoft.net |
| 107628 | discovideo.downloadings.biz |
| 3504276 | divxfrm.net |
| 4253018 | divxkenti.net |
| 3548089 | divxkurdu.net |
| 520804 | divxlite.com |
| 27705 | divxturka.blogcu.com |
| 3328247 | dizi-film-mp3.blogspot.com |
| 2165040 | diziylefilm.com |
| 4479759 | dl4net.com |
| 21940 | dlsfree4all.ucoz.com |
| 3072743 | doujin-games88.blogspot.com |
| 2885630 | downbb.net |
| 4147578 | downgold.com |
| 2185889 | downl0adz.co.cc |
| 2104952 | download-anime.to.pl |
| 313157 | download-filmes-gratis.site90.net |
| 3121016 | download4all.org.ua |
| 867295 | download4v.com |
| 529212 | download96.com |
| 1904666 | downloadall.info |
| 739500 | downloadcuyuz.blogspot.com |
| 117239 | downloaddesi.com |
| 72608 | downloadgamessite.info |
| 183396 | downloadrevistas.net |
| 140855 | downloads5227.blogspot.com |
| 390953 | downloadsharelink.blogspot.com |
| 2006932 | downloady.lifeme.net |
| 4392076 | downloadzunlimited.com |
| 1445414 | ebook-world.xaa.pl |
| 1969351 | ebook.nurulhady.org |
| 933036 | ebooks-library.comze.com |
| 293347 | ebooks.redirectionne-moi.fr |
| 293347 | ebooksofts.com |
| 319809 | eng-download.blogspot.com |
| 2181394 | exclusivepirate.com |
| 2914166 | fanansoft.com |
| 4920761 | fantasia-game.com |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 3056808 | felonygames.com |
| 78865 | filedownloadsite.com |
| 3550659 | filimindircem.com |
| 3678495 | film-download-tr.blogspot.com |
| 4519369 | film-koliq.blogspot.com |
| 1874387 | film.furkanpasalioglu.com |
| 1874387 | filmemuzicagratis.webnode.com |
| 3418662 | filmesdepitas.blogspot.com |
| 1542581 | filmindir.eu |
| 1412129 | filmydhamal.com |
| 520804 | flimindir.com |
| 2934365 | fordivx.com |
| 4275275 | free-movie4all.blogspot.com |
| 3137484 | free-softina.at.ua |
| 1955321 | free4share.us |
| 192644 | freebiez4all.org |
| 1428351 | freedailyclip.com |
| 2887920 | freeforall-blog.us |
| 1800934 | freegame-dayanand.blogspot.com |
| 2223537 | freejav4u.com |
| 14863 | freeshareall.com |
| 2311155 | fresharchive.net |
| 4507398 | fxprodvdcourse.com |
| 1595730 | getcoolebook.com |
| 1731571 | getitnowdlds.blogspot.com |
| 3274500 | getsoft.ucoz.net |
| 2515151 | global-download.ru |
| 3199725 | globalwarez.ru |
| 2495673 | guruproductsfreedownload.blogspot.com |
| 2426696 | hfwarez.org |
| 107653 | hitdivxclup.com |
| 2628261 | hizlifilmindir.com |
| 339321 | hotddl.com |
| 2326594 | hotjav4you.com |
| 100659 | hotreleases.net |
| 2654459 | http://anime-movie-film.blogspot.com |
| 4714206 | http://downloadterus.weebly.com |
| 1168861 | http://film--download.blogspot.com |
| 3363359 | http://filmovi-crtani-sinkro-filmovi.blogspot.com |
| 361787 | http://free-writing.com |
| 192644 | http://freebooksarcade.com |
| 3216036 | http://freepcwarez.isgreat.org |
| 313654 | http://full-downloads-4-free.blogspot.com |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 690690 | http://i-watchmovie.webs.com |
| 2394266 | http://indirmeportali.com |
| 13555 | http://magiafilmului.do.am |
| 2803296 | http://medicalbooksfree.com |
| 96230 | http://movie-pl.blogspot.com |
| 799654 | http://moviesno1.com |
| 306904 | http://moviexlife.blogspot.com |
| 3785223 | http://musicdl.orgfree.com |
| 4263006 | http://newbollywoodhollywoodmovies.blogspot.com |
| 1303168 | http://protowarez.com |
| 298506 | http://rmvbmoviescollection.blogspot.com |
| 1931481 | http://skrzydlanowosci.orgfree.com |
| 831067 | http://theaudiobookvault.com/vault/index.php |
| 549637 | idownloads4u.com |
| 2413930 | ilegalsoftware.blogspot.com |
| 44075 | indirda.com |
| 411884 | ingyenfilmletoltesek.blog.hu |
| 1737745 | islammedia.free.fr |
| 127090 | isoft7.com |
| 592287 | jazzwarez.net |
| 179772 | jestfilm.com |
| 851624 | jpavfree.blogspot.com |
| 2889949 | kalitefilm.blogcu.com |
| 3966297 | latest-download.blogspot.com |
| 378231 | leakwarez.com |
| 2594086 | link2warez.info |
| 2165040 | linkovi-download.co.cc |
| 2318724 | lotfilm.com |
| 22640 | magbooks.org |
| 2165040 | mainwarez.com |
| 1138465 | makwarez.net |
| 1303168 | mega-films.blogspot.com |
| 3811212 | metalwarez.com |
| 2904008 | mobiwarez.ru |
| 2587447 | morethanebooks.blogspot.com |
| 1036915 | movie.hetche.com |
| 3506802 | movie2clip.info |
| 5021323 | movieandtv.blogbus.com |
| 4187998 | moviejav.com |
| 285020 | moviemonster.orgfree.com |
| 2221388 | movies-games.blogcu.com |
| 2221388 | movies3xhd.com |
| 2221388 | moviesbooth.com |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| Hotfile Affiliate Sites | |
| userid | domain |
| 4637454 | movievn.co |
| 3236411 | moviz-land.com |
| 2654459 | muza.freehostia.com |
| 2801323 | mydownsite.com |
| 3100886 | mysoft-portal.ru |
| 2065772 | nd-warez.info |
| 1436343 | nintendods.gamescolor.com |
| 3118559 | olhodosfilmes.co.cc |
| 1474924 | OneClickSeriez.Com |
| 21678 | only4soft.com |
| 706952 | oopsvideotv.com |
| 3183748 | ownerwarez.us |
| 2144050 | partindir.com |
| 102492 | pc-warez.ucoz.com |
| 2008030 | peliculas-divx.info |
| 1957467 | Portugaldownload.freetzi.com |
| 1753793 | preindir.tk |
| 1303168 | pro-download.ugu.pl |
| 1734961 | profilmes.net |
| 4773296 | programfullindir.blogspot.com |
| 2012538 | programmindir.com |
| 15498 | qdvd.net |
| 549716 | qrip.org |
| 1670597 | rarewarez.net |
| 240227 | recordertv81.com |
| 3524950 | ripmovies.net |
| 222462 | rmvb-zone.blogspot.com |
| 13487 | rmvbindir.com |
| 1623823 | senddown.com |
| 2175704 | shalomfilm.ru |
| 3228831 | share-247.com |
| 2553090 | share4m.com |
| 604315 | share4x.com |
| 4622483 | sharingarena.org |
| 3417004 | smartmovies.us |
| 1062781 | soft4all.org |
| 198031 | softcity.ucoz.com |
| 198031 | softff.com |
| 1867088 | softwarecollections.net |
| 849487 | speed-downloads.com |
| 1535550 | starwarez.net |
| 79480 | supwarez.com |
| 2523872 | teamwarez.freei.me |

HIGHLY CONFIDENTIAL

| Exhibit F | |
| Hotfile Affiliate Sites | |
| userid | domain |
| 1337871 | tehwarez.com |
| 5069276 | teklinkfilmler.net |
| 105194 | the7down.com |
| 3211982 | thegoldwarez.com |
| 4581860 | tnetsofts.com |
| 1380260 | top-ddl.info |
| 844642 | total-soft.net |
| 200060 | tr-warez.net |
| 1143099 | tuga-downloads.com |
| 3152718 | tv-weed.co.cc |
| 2065036 | tvrip.info |
| 1872219 | ultimatewarezportal.com |
| 3096675 | universal-gamers.info |
| 558830 | universewarez.info |
| 3172481 | upfile.downloadall.info |
| 495399 | uppusldown.org |
| 3106282 | url.soft4all.org |
| 3662767 | urthangfree.com |
| 4186201 | videos-dvdrip.blogspot.com |
| 3716888 | virtuadownload.com |
| 921394 | vivalawarez.com |
| 2971001 | vnsoft4you.com |
| 336151 | watch-moviex.com |
| 3632327 | watrez.com |
| 3449682 | webloaderindir.blogspot.com |
| 3468652 | whichwarez.info |
| 1468855 | wrzz.info |
| 132685 | x.filmeonlines.com |
| 3686292 | xstreamdownload.com |
| 4090123 | zoomwarez.com |
| 1642370 | warezbolivia.com |
| 4361224 | warezbull.ws |
| 3161011 | warezfullpro.com |
| 4308021 | warezfun.com |
| 179772 | warezgods.info |
| 2644746 | warezholicari.com |
| 1533133 | warezik.ubf.pl |
| 1143395 | warezlegacy.com |
| 198031 | warezlegend.org |
| 1241432 | warezltd.com |
| 986862 | warezmi.com |
| 234607 | warezn.com |
| 322144 | warezshares.com |

HIGHLY CONFIDENTIAL

| Exhibit F | |
| --- | --- |
| **Hotfile Affiliate Sites** | |
| userid | domain |
| 3277464 | warezshark.com |
| 908686 | warezsl.org |
| 908686 | warezsl.ws |
| 1995545 | warezslavez.com |
| 854747 | warezspeed.org |
| 18437 | wareztown.org |
| 68765 | warezua.org.ua |
| 68765 | warezua.ru |
| 469141 | warezyukle.com |
| 92961 | whichwarez.info |
| 3958230 | zoomwarez.com |
| 81415 | allyoulike.com |
| 93050 | seriesfree.biz |
| 134757 | hotfiletv.org |
| 230062 | audiowarez.net |
| 242532 | newalbumreleases.net |
| 183201 | books.hotfileindex.com |
| 183201 | hotfileindex.com |
| 15348 | ebook-free-download.net |
| 15348 | magazinesdownload.com |
| 115007 | mp3dload.com |
| 115007 | mp3dloads.com |
| 144527 | xhotfile.com |
| 13048 | 1albums.com |
| 13048 | 1charts.com |
| 13048 | 1lyrics1.com |
| 13048 | 1soundtracks.com |
| 13048 | free-albums.net |
| 13048 | full-albums.net |
| 13048 | full-mp3-albums.com |
| 13048 | hotfile-files.com |
| 13048 | maxalbums.com |
| 13048 | mp3-soundtracks.com |
| 13048 | mp3albums.us |
| 13048 | online-television.tv |
| 13636 | hotfilewarez.blogspot.com |
| 13636 | uktop40chart.blogspot.com |
| 15160 | share-films.net |
| 875794 | dl.hotfile.info |
| 875794 | hotfile.info |
| 182035 | hotfiledown.com |
| 123671 | movizdb.com |
| 30893 | ugotbooks.blogspot.com |

HIGHLY CONFIDENTIAL

| Exhibit F | |
|---|---|
| **Hotfile Affiliate Sites** | |
| **userid** | **domain** |
| 398662 | albumarchive.net |
| 41495 | warezshare.com |
| 42580 | netbks.info |
| 2062265 | biowindows7.com |
| 2058492 | audiobooksgratis.net |
| 1525785 | mostlyseries.com |
| 1525785 | mostlyserieshf.blogspot.com |
| 1597896 | downmoviesfree.com |
| 805577 | netbks.org |
| 996170 | http://freebooksarcade.com |
| 996170 | http://medicalbooksfree.com |
| 33242 | 0daysoftwarereleases.blogspot.com |
| 18860 | audiobookvault.com |
| 18860 | audiobookvault.ws |
| 18860 | theaudiobookvault.ws |
| 578378 | ware-z.net |
| 578378 | ware-z.org |
| 51129 | appzplanet.com |
| 51129 | appzworld.com |
| 288556 | easewarez.com |
| 288556 | http://waredownload.net |
| 1766442 | imp4movies.com |

HIGHLY CONFIDENTIAL