(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 11-20427-WILLIAMS/TURNOFF

Disney Enterprises, Inc. et al.

           Plaintiff

v.

Hotfile Corp. et al.

           Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Karen L. Stetson, Esq.
Address: Gray-Robinson, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131
Telephone: (305) 416-6880

On behalf of (select one): ☒ Plaintiff    ☐ Defendant

Date sealed document filed: 2/17/2012

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 68

The matter should remain sealed until:

- ☐ Conclusion of Trial
- ☒ Case Closing
- ☐ Other: _____
- ☐ Arrest of First Defendant
- ☐ Conclusion of Direct Appeal
- ☐ Permanently. Specify the authorizing law, rule, court order: _____

The moving party requests that when the sealing period expires, the filed matter should be (select one):

- ☐ Unsealed and placed in the public portion of the court file    ☐ Destroyed
- ☒ Returned to the party or counsel for the party, as identified above

    See attached list of documents filed under seal.

*[signature: Karen L. Stetson]*

Attorney for: Plaintiffs

Documents Filed Under Seal:

 (1) Declaration of Jennifer V. Yeh in Support of Plaintiffs' Motion for Summary Judgment Against Defendants Hotfile Corp. and Anton Titov, and accompanying exhibits;