# Yeh Exhibit 1

Highly Confidential

Page 1

1                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
2                  CASE NO. 11-20427-WILLIAMS/TURNOFF
3      - - - - - - - - - - - - - - - - - - - - - - - -
       DISNEY ENTERPRISES,
4      INC., TWENTIETH CENTURY
       FOX FILM CORPORATION,
5      UNIVERSAL CITY STUDIOS
       PRODUCTIONS LLLP,
6      COLUMBIA PICTURES
       INDUSTRIES, INC., and
7      WARNER BROS.
       ENTERTAINMENT, INC.,
8
9              Plaintiff,
10    v.
11    HOTFILE CORP., ANTON
      TITOV, and DOES 1-10,
12
13             Defendants.
14
15    HOTFILE CORP.,
16             Counterclaimant,
17    v.
18    WARNER BROS ENTERTAINMENT
      INC.,
19             Counterdefendant.
20    - - - - - - - - - - - - - - - - - - - - - - - -
                        VOLUME I
21           H I G H L Y   C O N F I D E N T I A L
          (Pursuant to protective order, the following
22      transcript has been designated highly confidential)
23          30(b)(6) DEPOSITION OF ANTON TITOV
                     Radisson Blu Hotel
24                    Sofia, Bulgaria
                 Monday, December 5, 2011
25                 Job Number: 44174

Highly Confidential

Page 2

1                    A P P E A R A N C E S

2    ATTORNEY FOR THE PLAINTIFFS:

3                   JENNER & BLOCK
                    BY:  STEVEN B. FABRIZIO, ESQ.
4                   1099 New York Avenue, NW
                    Washington, DC  20001

5

6

7

8

     ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
9    AND ANTON TITOV:

                    FARELLA, BRAUN & MARTEL
10                  BY:  RODERICK M. THOMPSON, ESQ.
                    235 Montgomery Street
11                  San Francisco, California  94104

12

13

                    BOSTON LAW GROUP
14                  VALENTIN GURVITS
                    825 Beacon Street
15                  Newton Center, MA 02459

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 3

 1    Also present:

 2    Court reporter:

 3            Fiona Farson

              TSG Reporting

 4

 5    Videographer:

 6            Simon Rutson

              TSG Reporting

 7

 8    Interpreter:

 9            Assist. Prof. Boris Naimushin, Ph.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 102

1           Do you know where Elonex Corporation got the money

2      that it -- that it used for the startup capital for

3      Hotfile?

4   MR. THOMPSON:  Objection, vague.

5   A.   Yeah, I know.

6   BY MR. FABRIZIO:

7   Q.   Where?

8   A.   From operation of other websites.

9   Q.   What other websites?

10  MR. THOMPSON:   Objection, lacks foundation.

11  A.   Tube8.com.

12  BY MR. FABRIZIO:

13  Q.   Can you say that again?

14  A.   Tube, like T-U-B-E 8.com.

15  Q.   Any others?

16  A.   Probably 3pic -- P-I-C -- dot com.

17  Q.   3P as in Peter, I-C?

18  A.   "P" like Papa, "I" like India, "C" like Charlie.

19  Q.   3pic; okay.  Any others?

20  A.   I don't really know, and I never knew exactly which

21      sites, but Elonex brings them the money.

22  Q.   Tube8.com and 3pic.com are adult content sites?

23  A.   Exactly.

24  Q.   Other than Elonex Corporation -- well, strike that.

25           Does Elonex Corporation own any part of Hotfile?

Highly Confidential

Page 15

1    A.   I would say 2001 to 2003.

2    Q.   Okay.  Continue, please.

3    A.   After that, I worked for a company called Blue Ant.

4         I was doing programming and search engine optimization

5         there, and probably some server administration.

6    Q.   Anything else?

7    A.   After that, a friend of mine and I created a webcasting

8         company called host.bg.  And I was one of the acting

9         managers over there, but my duties would generally fall

10        within -- within the technical part of the webcasting.

11   Q.   You said it was host dot ... ?

12   A.   BG.

13   INTERPRETER:  BG.

14   MR. THOMPSON:  Bulgaria, BG.

15   MR. FABRIZIO:  Oh, BG.  Thank you.

16   Q.   Can I -- before we move on, what were the years that you

17        worked for Blue Ant?

18   A.   Approximately through 2003, 2005, maybe.

19   Q.   And for host.bg?

20   A.   They overlapped slightly, so 2004 or 2005 up until early

21        2010.

22   Q.   And after host.bg?

23   A.   After host.bg, I would be part of the team that

24        developed the hotfile.com website.

25   Q.   At the time you worked for Blue Ant, who was Blue Ant

Page 16

1    owned by?

2    A.   To my best knowledge it was Rumen Stoyanov and Atanas

3         Vangelov.

4    Q.   Anybody else?

5    A.   Nobody I'm aware of.

6    Q.   And to your knowledge, do Messrs. Stoyanov and Vangelov

7         continue to own Blue Ant?

8    A.   Yeah, last time I checked, they were still owning it.

9    Q.   And to your knowledge, does anybody else own Blue Ant in

10        addition to them today?

11   A.   No.

12   Q.   Are you currently employed by Blue Ant?

13   A.   No, I'm not.

14   Q.   And when did you begin work on the hotfile.com website?

15   A.   Approximately August 2008.

16   Q.   When did hotfile.com website become available for use by

17        the public?

18   A.   I think February or March 2009.

19   Q.   And what was the nature of the work you did for the

20        Hotfile website between August of 2008 and February

21        or March of 2009?

22   MR. THOMPSON:   Objection, vague.

23   A.   I was developing software and administrating servers.

24   BY MR. FABRIZIO:

25   Q.   And administrating the servers?

Highly Confidential

Page 22

1    Securax, something.

2    Q.  Could you spell that?

3    A.  S-E-C-U-R-A-X.  And they normally deal with

4        voice-over-IP communications, to my best knowledge.

5    Q.  Have there been any other people that have worked on the

6        development side of the Hotfile website?

7    A.  If you include the web design, then yes.

8    Q.  I was going to go back to those, since you separate that

9        as different area.

10   A.  So if you rule out the web design, I don't think that

11       anybody else would make any significant or noticeable

12       contributions.

13   Q.  And was Mr. Chuburov involved as early as August 2008?

14   MR. THOMPSON:  Objection, asked and answered.

15   A.  Yes, he was.  He was already employed by Blue Ant.

16   BY MR. FABRIZIO:

17   Q.  And working on the Hotfile website as of that date?

18   A.  Approximately, yes.

19   Q.  Okay.  So the three people that were responsible for the

20       development of the Hotfile website were yourself,

21       Mr. Chuburov, and Mr. Kolev; is that correct?

22   A.  Yes, that's correct.

23   Q.  Were one of you considered the lead developer?

24   A.  Yes, I think that would be me.

25   Q.  Do either of Messrs. Chuburov or Kolev have any

Highly Confidential

Page 23

1       ownership interest in the Hotfile website, directly or

2       indirectly?

3   MR. THOMPSON:   Objection, vague.

4   A.  No, I don't think so.

5   BY MR. FABRIZIO:

6   Q.  What activities do you consider to be part of the

7       development of the Hotfile website?

8   A.  I would generally say writing a program code and

9       designing the database.

10  Q.  Anything else?

11  A.  Not if you stay apart from the web design.

12  Q.  Okay.  You identified designing the functionality as

13      a separate area.  Did you yourself participate in

14      designing the functionality for the Hotfile website?

15  A.  To some extent, yes.

16  Q.  Was anybody else involved in designing the functionality

17      for the website?

18  A.  Yes.

19  Q.  Who?

20  A.  Rumen Stoyanov.

21  Q.  Did you say Rumen Stoyanov?

22  A.  Yes.

23          Atanas Vangelov will do some part in that.  And of

24      course Diyan Chuburov would be able to suggest, to do

25      suggestions.

Highly Confidential

Page 24

1    Q.  Of course -- what did you say?

2    A.  Diyan Chuburov was able to make suggestions.

3    Q.  Okay.  And what was your role in designing the

4        functionality of the website?

5    A.  I part -- generally I would -- my normal responsibility

6        would be to give an opinion wherever something is

7        technically feasible and implementable, and of course

8        I -- anybody would listen to any suggestions that

9        I would make.

10   Q.  Did you make suggestions as to functionality for the

11       system?

12   A.  Nothing specific.  Nothing specific that I can remember

13       right now.

14   Q.  Okay.  And what was Mr. Stoyanov's role in designing the

15       functionality for the system?

16   A.  Well, again, the roles was not strictly implemented.  He

17       would normally give opinion whether a certain business

18       model or certain numbers would work, and of course many

19       other things.  It's hard to think of something specific.

20   Q.  And what about Mr. Vangelov?  What was his role?

21   A.  I would say that he would have generally more of the

22       control in terms of inventing things.  He would

23       participate in taking important decisions, business

24       decisions.

25   Q.  What was Mr. Chuburov's role?

Highly Confidential

Page 30

1   Q.  And you said "we"; who is the "we" in your sentence?

2       Did that include you?

3   MR. THOMPSON:  Objection, compound.

4   BY MR. FABRIZIO:

5   Q.  Well, let me ask the question this way:  Who

6       participated in the decision to redesign the Hotfile

7       website in the beginning of 2010?

8   A.  It was probably me, Rumen Stoyanov and Atanas Vangelov.

9   Q.  Do you, Mr. Stoyanov, and Mr. Vangelov have an

10      understanding as to which responsibilities each of you

11      will take primary -- let me rephrase the question.

12          Did you, Mr. Stoyanov, and Mr. Vangelov have an

13      allocation of responsibilities among yourselves with

14      regard to the Hotfile system?

15  MR. THOMPSON:  Objection, vague and overbroad.

16  A.  There are some principal understandings, but they're not

17      really hardly defined.

18  BY MR. FABRIZIO:

19  Q.  What are those understandings?

20  A.  I would generally cover everything that goes on the

21      technical part.  Rumen would be normally responsible for

22      finances, and I would say that he's a bit more involved

23      in day-to-day operations.  And Atanas Vangelov would be

24      generally -- would generally deal with potential

25      investors, advertising on the site, to the extent we

Highly Confidential

Page 31

1       have it, and some communication, just -- some external

2       contractors, people.

3   Q.  But you said the roles are not particularly -- are not

4       strictly defined?  Is that correct?

5   MR. THOMPSON:  Objection, vague.

6   A.  I won't say that they are strictly defined, yes.

7   BY MR. FABRIZIO:

8   Q.  Do you have any role in the day-to-day operations of the

9       Hotfile website?

10  MR. THOMPSON:  Objection.  Overbroad, vague.

11  A.  I wouldn't say day to day, because days can pass --

12      a lot of days can pass without me doing anything.  But

13      I have some, I would say, recurring duties.

14  BY MR. FABRIZIO:

15  Q.  What are your recurring duties?

16  A.  I am responsible for making the payments to the

17      affiliates every Monday.

18  Q.  Who's paying the affiliates today, as you sit here?

19  MR. THOMPSON:  Objection, assumes facts.

20  A.  Today is a long day.

21  BY MR. FABRIZIO:

22  Q.  Understand.  What other responsibilities do you have

23      that are recurring?

24  A.  I wouldn't say that there is anything.  It really

25      depends if I -- I have certain duties to oversee, the

Highly Confidential

Page 37

1    BY MR. FABRIZIO:

2    Q.   Okay.

3    A.   -- somewhere to say, and at some point Hotfile Corp.

4         hired external contractor to do this job.

5    Q.   What was the external contractor's name?

6    A.   Jami Stillings.

7    Q.   Can you spell, please.

8    A.   J-A-M-I, S-T-I-L-L-I-N-G-S.

9    Q.   And does Mr. Stillings work in Texas?

10   A.   Yes, he does.

11   Q.   And when you say "the data center," what do you mean by

12        "the data center"?

13   A.   I would mean a building with a room full of cabinets and

14        servers, in Dallas, Texas.

15   Q.   Okay.  Is there a name for it?

16   A.   Name changed over time because company merged, but it's

17        Equinix.

18   Q.   Can you spell, please?

19   A.   E-Q-U-I-N-I-X.

20   Q.   And are all servers that constitute the Hotfile system

21        maintained at the data center owned by Equinix?

22   A.   Yes.  All working servers are currently there.

23   Q.   And that is in Dallas, Texas?

24   A.   Yes, that is in Dallas, Texas.

25   Q.   Do you know who owns Equinix?

Highly Confidential

Page 38

1    A.   No, I don't.

2    Q.   What services does Equinix provide for Hotfile?

3    A.   I would think that a normal qualification provider would

4         provide normally server space and a rack, power,

5         cooling, cabling, and occasionally support.  There might

6         be others.

7    Q.   Who owns the Hotfile computer servers, or who owns the

8         servers that operate the Hotfile system?

9    A.   Servers in the majority part are purchased by Lemuria.

10   Q.   You said in their majority part; what does that mean?

11   A.   That would mean that they are part of the servers that

12        were purchased directly by Hotfile Corp.  That would be

13        before Lemuria formation.

14   Q.   Since the formation of Lemuria, all of the servers that

15        constitute the Hotfile system have been purchased by

16        Lemuria?

17   A.   It is my belief, yes.

18   Q.   Okay.  And are there any other services that Lemuria

19        provides for Hotfile?

20   MR. THOMPSON:  Objection, vague.

21   A.   Other than purchasing servers, Lemuria would purchase

22        other things for Hotfile, including paying bills to

23        Equinix and other bills.

24   BY MR. FABRIZIO:

25   Q.   So Lemuria pays for Equinix on behalf of Hotfile?

Highly Confidential

Page 39

1    MR. THOMPSON:  Objection, vague.

2    A.  Yeah, Lemuria pays for Equinix bandwidth bills and

3        others.

4    BY MR. FABRIZIO:

5    Q.  What are the other bills that Lemuria pays for Hotfile?

6    MR. THOMPSON:  Hotfile Corp.?

7        Objection, vague.

8    BY MR. FABRIZIO:

9    Q.  Well, let me make sure I get it.  There is Hotfile

10       Corporation, correct?

11   A.  Correct.

12   Q.  And then there's Hotfile Limited, correct?

13   A.  Correct.

14   Q.  And there's another entity, Hotfile SA, correct?

15   A.  Correct.

16   Q.  Are there any other Hotfile-related entities?

17   A.  None that I'm aware of.

18   Q.  Can I just refer to them as "Hotfile entities," to

19       include all of them?

20   A.  If it -- if it works for you.

21   Q.  Okay.  What other bills does Lemuria pay for any other

22       Hotfile entity?

23   A.  I'd say legal bills.

24   Q.  Any others?

25   A.  Servers, colocation, bandwidth, legal.  I think that

Highly Confidential

Page 40

1          would be the majority, but there might be very small

2          other bills.

3     Q.   Okay.  And the -- who provides the bandwidth for the

4          Hotfile website, Equinix or Lemuria?

5     MR. THOMPSON:  Objection, assumes facts.

6     A.   It's definitely not Equinix, but Lemuria is a closer

7          answer.  But Lemuria doesn't produce bandwidth to

8          provide it, so ...

9     BY MR. FABRIZIO:

10    Q.   Fair enough.

11    A.   Can I actually take a break?

12    Q.   Could we just finish this one question?  Then we'll take

13         a break.

14            What entity or entities provides bandwidth for the

15         Hotfile website?

16    A.   That's a complicated question.  The answer changes in

17         time, and there is sometimes a difference between who

18         you pay to for bandwidth and who you get the bandwidth

19         from.  So can you be more specific?  Are you more

20         interested --

21    Q.   Sure.  Let's start from the beginning, and we'll start

22         with who's actually providing the bandwidth.

23    MR. THOMPSON:  Mr. Fabrizio, since he asked for a break, can

24         we take the break before we get into the details?

25    MR. FABRIZIO:  Sure, I'm fine with that.

Highly Confidential

Page 47

1    A.   No.   IP addresses are kind of precious resource, so we

2         generally apply for this resource with -- within

3         a reasonable time.  We can say any old IP addresses that

4         we use the next ten years, normally they will be

5         assigned IP addresses that you can prove you will need

6         in the next 6 to 12 months.

7    Q.   Okay.  And somebody looking up Hotfile's ISP would

8         identify Lemuria as Hotfile's ISP?

9    MR. THOMPSON:  Objection, vague.

10   A.   That is correct.

11   BY MR. FABRIZIO:

12   Q.   So let me now understand the full scope of services that

13        Lemuria provides for Hotfile.  Hotfile contracts with

14        Lemuria for its bandwidth, correct?

15   A.   Correct.

16   Q.   But Lemuria contracts out to purchase that bandwidth

17        from IP Transit and Comcast, correct?  Currently?

18   A.   Correct.

19   Q.   And Hotfile contracts with Lemuria for the co-location

20        facilities?

21   A.   I have a general understanding, Hotfile contracts with

22        Lemuria for co-location facilities.

23   Q.   I guess I should ask, does Hotfile contract with --

24        well, who has the contract with Equinix for co-location

25        facilities?

Highly Confidential

Page 48

1   A.  Currently it is Lemuria.

2   Q.  Has it always been Lemuria since Lemuria's been in

3       operations?

4   A.  I'm not sure about the timeline, at what exact point the

5       contract was changed from Hotfile to Lemuria, but my

6       belief is at a certain point after Lemuria began

7       operating, it was reassigned this way.

8   Q.  And you said the servers are owned by Lemuria, at least

9       in large part, since Lemuria being came into being.

10      Correct?

11  A.  I said that in large part the servers are purchased by

12      Lemuria.

13  Q.  Okay.  And who owns the servers?

14  MR. THOMPSON:  Objection, compound.

15  A.  I don't know to what extent that's legal opinion or my

16      understanding, but it is my understanding that servers

17      are owned by Lemuria.

18  MR. THOMPSON:  Let me add an objection that it calls for

19      a legal conclusion.

20  BY MR. FABRIZIO:  Mr. Titov already made that objection.

21  MR. THOMPSON:  He did.

22  BY MR. FABRIZIO:

23  Q.  Does a Hotfile entity have a contract with Lemuria for

24      the purchase of servers?

25  MR. THOMPSON:  Objection, vague.  And calls for a legal

Highly Confidential

Page 49

1      conclusion.

2  A.  It does have mutual understanding of a written contract.

3  BY MR. FABRIZIO:

4  Q.  And what is that understanding?

5  A.  The understanding is that Lemuria is buying servers that

6      are to be operated, and they would perform work for

7      Hotfile, to the extent servers perform work.

8  Q.  Okay.  For Hotfile, are you the person that orders or

9      that directs Lemuria to buy more servers?

10 MR. THOMPSON:  Objection.  Assumes facts, and vague.

11 BY MR. FABRIZIO:

12 Q.  Well, let me -- let me just back up and ask you how this

13     works.

14     When it's determined that Hotfile needs additional

15     servers, what is the process, from decision-making at

16     Hotfile to actual purchase of servers?

17 A.  Normally the -- the need of servers would be observed by

18     Vasil currently, and since he started working.  And he

19     would inform me.  I will use my judgment wherever it is

20     needed or not, and I would normally inform Rumen about

21     the fact and about approximate price of the expected

22     purchase.  And most of the time I will go and make the

23     purchase.

24 Q.  And when you make the purchase, you purchase those

25     servers through Lemuria?

Page 50

1    A.  Yes, I do.

2    Q.  Okay.  Who pays for the servers?

3    MR. THOMPSON:  Objection.  Vague, calls for a legal

4        conclusion.

5    A.  Lemuria pays the money to the company that assembles and

6        provides the servers are transferred from Lemuria's bank

7        account.

8    BY MR. FABRIZIO:

9    Q.  Okay.  Does any Hotfile entity reimburse Lemuria for the

10       cost of the servers?

11   A.  Yes, it does.

12   Q.  In what way?

13   A.  By paying Lemuria.

14   Q.  Is it on a server-by-server basis?  For instance, does

15       Lemuria say, "I just bought ten servers, and here's what

16       they cost; transfer me that amount of money?"

17   MR. THOMPSON:  Objection, vague.

18   BY MR. FABRIZIO:

19   Q.  All right, let me ask it this way:  Does Lemuria issue

20       an invoice or a bill to any Hotfile entity for the cost

21       of the servers that Lemuria has purchased for Hotfile?

22   MR. THOMPSON:  Objection, vague and overbroad.

23   A.  I wouldn't say that it goes servers -- server by server.

24       It would be more like a general invoice for one month of

25       services that will deal with bandwidth servers

Highly Confidential

Page 51

1      co-location, and other things.

2   BY MR. FABRIZIO:

3   Q.  Does Lemuria -- so, does Hotfile -- excuse me, let me

4      just -- which Hotfile entity has the arrangement with

5      Lemuria?

6   A.  It's my understanding that that would be Hotfile Corp.,

7      but the actual payment would be -- to Lemuria would be

8      performed by Hotfile to the -- on behalf of Hotfile

9      Corp.

10  Q.  Okay.  So let me just -- I'll just refer to

11     that "Hotfile"?

12  A.  Okay.

13  Q.  Does Hotfile pay Lemuria monthly for the services that

14     Lemuria provides Hotfile?

15  A.  I wouldn't say that it's strictly monthly, but -- but

16     generally, we try to do it that way.

17  Q.  Well, there is a contract between Hotfile and Lemuria,

18     correct?

19  MR. THOMPSON:  Objection.  Vague and compound.

20  A.  Previously I said it's more like a verbal mutual

21     understanding.  You can -- whatever is the contract, up

22     to you.

23  BY MR. FABRIZIO:

24  Q.  I guess -- fair enough; I misunderstood.

25       Is there a written document that expresses the

Highly Confidential

Page 52

```
1        terms, the business terms, of the relationship between
2        the Hotfile entities and Lemuria?
3    MR. THOMPSON:  Objection.  Vague and overbroad.
4    A.  There is no written contract with either Hotfile Ltd.,
5        Hotfile Corp., and Lemuria.
6    MR. THOMPSON:  Just so the record is clear, I think the
7        witness said "Hotfile Ltd.," as well as Hotfile Corp.
8    BY MR. FABRIZIO:
9    Q.  So your answer was that there is no written contract
10       with either Hotfile Ltd. or Hotfile Corp. on the one
11       hand and Lemuria on the other hand?
12   A.  Yes, that was my answer.
13   Q.  Does Lemuria have any written contract with any Hotfile
14       entity or any person with regard to the services it
15       performs for Hotfile?
16   MR. THOMPSON:  Objection.  Compound and vague.
17   A.  Yes.
18   BY MR. FABRIZIO:
19   Q.  What contract is that?
20   A.  Lemuria does have a contract between -- with Blue Ant.
21   Q.  And for what is that contract with Blue Ant?
22   A.  I would say most basically it's for software development
23       and system software and server administration.
24   Q.  So Blue Ant develops software for Lemuria?
25   A.  And also for Hotfile.  And also for Hotfile.
```

Highly Confidential

Page 53

1    Q.   Okay, let me -- let me focus exclusively on the contract

2         between Lemuria and Blue Ant.  Under that contract, does

3         Blue Ant develop software for Lemuria?

4    A.   I don't really know the -- all the details in the

5         contract, but most basically it's for software

6         development, support and administration.

7    Q.   What I'm trying to understand, is the beneficiary of

8         that software development support and administration

9         Lemuria or Hotfile?

10   MR. THOMPSON:  Objection.  Vague.

11   A.   I don't think the contract specifies Hotfile, but

12        Lemuria would use this software provided to Hotfile.

13   BY MR. FABRIZIO:

14   Q.   Okay.  What is the software that Blue Ant developed for

15        Lemuria?

16   A.   Generally employees that operate or develop the website,

17        or -- Blue Ant, that would be.

18                    (Reporter clarification.)

19   BY MR. FABRIZIO:

20   Q.   The question was, what is the software that Blue Ant

21        developed for Lemuria?  You need to keep your voice up

22        when you -- when you answer.

23   A.   The software was generally the Hotfile website and the

24        work around the website.

25   Q.   Okay.  So Blue Ant did the development for the Hotfile

Highly Confidential

Page 54

1    website?

2    MR. THOMPSON:  Objection, vague.

3    A.  It's fair to say that that is in part true.

4    BY MR. FABRIZIO:

5    Q.  Okay.  Why did Blue Ant contract with Lemuria to develop

6        software for Hotfile?

7    A.  I'm not aware of all the reasons or criterias, but there

8        might be tax reasons or other things, and it just seemed

9        like a good idea.

10   Q.  Okay.  Do you personally own Lemuria?

11   A.  Yes, I do.

12   Q.  Through a -- as an individual, or through another

13       company that you own?

14   A.  As an individual.

15   Q.  Okay.  Do you own 100 per cent of Lemuria?

16   A.  Yes, I do.

17   Q.  Okay.  Are you -- do you have a title with Lemuria?  For

18       instance, president, CEO?

19   A.  I don't have a favorite title but I would say manager.

20   Q.  Do you receive a salary from Lemuria?

21   A.  Yes, I do.

22   Q.  Okay.  What is that salary?

23   A.  It's currently $20,000 per month.

24   Q.  Do you also receive a salary from any of the Hotfile

25       entities?

Highly Confidential

Page 55

1   A.   Yes, I do.

2   Q.   And what is that salary?

3   A.   Around 600 Bulgarian lev.

4   Q.   600 Bulgarian ...?

5   A.   Lev.  Bulgarian currency.

6   Q.   A week, a month, a day?

7   A.   A month.

8   Q.   Which Hotfile entity pays you?

9   A.   Hotfile Ltd.

10  Q.   And do you receive a salary from Blue Ant?

11  A.   No, I don't.

12  Q.   Do you receive any other salary related to the Hotfile

13       website?

14  A.   No, I don't receive.

15  Q.   So let's again turn back to Lemuria and identify all of

16       the services that Lemuria performs for any of the

17       Hotfile entities or for the Hotfile website.  And if

18       I can go through the ones that I'm aware of, and then

19       we'll ask if there are others.  Okay?

20  A.   Okay.

21  Q.   Lemuria contracts for co-location facilities, correct?

22  A.   Correct.

23  Q.   With Equinix, if I'm saying that right?

24  A.   Yes.

25  Q.   But Lemuria does not itself provide the co-location

Page 56

1    facilities, correct?

2    MR. THOMPSON:  Objection.  Vague, calls for a legal

3        conclusion.

4    A.  Yeah, Lemuria is basically reselling the same

5        co-location facility it contracts with Equinix, if

6        that's what's you're asking.

7    BY MR. FABRIZIO:

8    Q.  And Lemuria contracts with IP Transit and Comcast for

9        bandwidth facilities, correct?

10   A.  To the extent that they use -- the word "facility," in

11       my mind, doesn't go with the bandwidth, but that's

12       correct.

13   Q.  Okay.  Lemuria contracts with IP Transit and Comcast for

14       bandwidth for Hotfile?

15   A.  Correct.

16   Q.  Lemuria purchases servers for Hotfile as Hotfile needs

17       additional servers, correct?

18   A.  Correct.

19   MR. THOMPSON:  I didn't have a chance to object, as vague.

20   BY MR. FABRIZIO:

21   Q.  Are there any other services that Lemuria performs for

22       Hotfile or for any of the Hotfile entities?

23   A.  As we just mentioned shortly before, Lemuria has

24       a contract with Blue Ant, so the software development

25       goes through Lemuria to Hotfile.

Highly Confidential

Page 57

1    Q.   Does software development continue today?

2    A.   I would say that currently the state would be probably

3         better described as maintenance, rather than

4         development.

5    Q.   Okay, let me ask it this way, I guess:  If Hotfile

6         needed new software developed for the website, would

7         that software be developed pursuant to the Lemuria/Blue

8         Ant contract?

9    MR. THOMPSON:  Objection.  Calls for speculation.

10   A.   It could be.

11   BY MR. FABRIZIO:

12   Q.   Okay.  So Lemuria contracts with Blue Ant for software

13        development for Hotfile, correct?

14   MR. THOMPSON:  Objection, vague.

15   A.   Yeah, correct.

16   BY MR. FABRIZIO:

17   Q.   Does Lemuria perform any other services for Hotfile

18        website or any Hotfile entity?

19   A.   Providing the actual IP addresses -- no, everything

20        connected with networking, administering routers, making

21        traffic flow -- I would say that it's fair to say that

22        services that Lemuria provides to Hotfile can be

23        qualified as managed costing.

24   Q.   Now, are those last services you just identified, the IP

25        addresses, networking, administration of routers and

Highly Confidential

Page 61

1       matter.

2    Q.  Okay.  And Hotfile has business dealings with other

3        companies; who handles those business dealings?

4    MR. THOMPSON:  Objection, vague.

5    A.  It really depends on what are business dealings; depends

6        how -- how major the decision is; depends ...

7    BY MR. FABRIZIO:

8    Q.  Well, who handles major decisions?

9    A.  Major decisions will generally be discussed and maybe

10       voted, but I would say that's too formal a word for our

11       environment.  But between the shareholders of Hotfile.

12       That would include me, of course.

13   Q.  Okay.  And does Hotfile have a -- or any of the Hotfile

14       entities have a physical office here in Bulgaria?

15   A.  Vlad has a physical office in Bulgaria.

16   Q.  But do any of the Hotfile entities -- does Hotfile

17       Limited have an office, a physical office?

18   MR. THOMPSON:  Objection, vague.

19   A.  Not an office it would use for operations.

20   BY MR. FABRIZIO:

21   Q.  Well, let me try and ask it clearly:  Does Hotfile

22       Limited have a physical office space here in Bulgaria or

23       anywhere?

24   A.  No, no physical space.

25   Q.  Does Hotfile Corporation have physical office space here

Highly Confidential

Page 62

1     in Bulgaria or anywhere?

2  A.  Hotfile Corporation, to the best of my knowledge,

3     doesn't own or rent any physical office space.

4  Q.  Does Hotfile SA have any physical office space anywhere?

5  A.  It tends to have limited knowledge about Hotfile SA.  It

6     would be Atanas who would move things forward there.

7     But I think answering this question would need to go

8     through almost legal conclusions.

9  Q.  Well, to your knowledge, does Hotfile SA have physical

10    office space anywhere?

11 MR. THOMPSON:  Objection.  Calls for a legal conclusion.

12         Mr. Titov, you can answer if you understand, if you

13    understand the question.

14 A.  I do understand the question.

15         Hotfile SA doesn't rent or own any office for the

16    company, but it was general understanding that the

17    manager of Hotfile SA would use his office for

18    operations of the company, and he would actually do some

19    of the operations of the company.  And again, I am not

20    the most knowledgeable person on the matter.

21 BY MR. FABRIZIO:

22 Q.  And who is the managing officer of Hotfile SA?

23 MR. THOMPSON:  Objection.  Calls for a legal conclusion.

24 A.  If I'm not mistaken, his name is Kaloyan Stoyanov.

25 BY MR. FABRIZIO:

Highly Confidential

Page 67

1   A.   Social reasons.  It's just more fun to be able to talk

2        to somebody.

3   BY MR. FABRIZIO:

4   Q.   And Mr. Lucyan is the DMCA agent for the Hotfile

5        website?

6   A.   Yes, he is.

7   Q.   Is he an employee of any of the Hotfile entities?

8   A.   No, he's not.

9   Q.   Is he an employee of Blue Ant?

10  A.   No, he's not.

11  Q.   Is he an employee of Lemuria?

12  A.   No, he is not.

13  Q.   Does he get paid for being the DMCA agent for the

14       Hotfile website?

15  A.   The company he works for is being paid for this.  What

16       is his personal share, I'm not aware of.

17  Q.   What is the company that he works for?

18  A.   Incorporate Now.

19  Q.   What is the business of Incorporate Now?

20  MR. THOMPSON:  Objection.  Calls for speculation.

21  A.   For what I'm aware of, incorporating companies, being

22       agent for them, and providing DMCA agent services.  And

23       there might be others as part of those.

24  BY MR. FABRIZIO:

25  Q.   Okay.  Did Incorporate Now help incorporate Lemuria?

Highly Confidential

Page 69

1      personally?

2   A.  To a certain extent, yes.

3   Q.  Well, what do you mean, "to a certain extent"?

4   A.  No -- yes.

5   Q.  For Hotfile Corporation, did you personally ask

6       Incorporate Now to serve as the DMCA agent for Hotfile?

7   A.  I performed the actual act of asking Incorporate Now of

8       being DMCA agent after I was authorized by other

9       shareholders.

10  Q.  Okay.  What other shareholders?  Or should I say, was it

11      both Mr. Vangelov and Mr. Stoyanov who authorized you?

12  A.  I don't remember completely.  It was a general

13      understanding that if two of the shareholders are on the

14      same page about some decision, not always consent of the

15      third is needed, because frankly his vote could be

16      meaningless.

17  Q.  Okay.  Did you need consent from the other shareholders,

18      in your mind, to retain Incorporate Now to act as a DMCA

19      agent?

20  A.  Yes, I did.

21  Q.  And you would not have felt authorized to do that

22      without the consent of at least one other shareholder?

23  MR. THOMPSON:  Objection, calls for speculation.

24  A.  I wouldn't feel authorized, but it's not impossible for

25      me to make a decision alone when I'm almost 99 per cent

Highly Confidential

Page 70

1       sure that I will be able to convince somebody to back me

2       up.  But that wasn't the case anyway.

3  BY MR. FABRIZIO:

4  Q.   But that wasn't the case what?

5  A.   That wasn't the case.  I think I -- I talked with at

6       least Rumen about acquiring the DMCA agent.

7  Q.   Okay.  Earlier we talked about discussing major

8       decisions with the other shareholders, correct?

9  A.   Correct.

10 Q.   And did you consider this a major decision?

11 A.   To a certain extent, yes.

12 Q.   Does Incorporate Now have any other employees other than

13      Mr. Lucyan?

14 MR. THOMPSON:  Objection, calls for speculation.

15 A.   I don't know.

16 BY MR. FABRIZIO:

17 Q.   To your knowledge, have you -- well, strike that.

18      Have you dealt with anyone else other than

19      Mr. Lucyan who you -- well, let me start it this way --

20      strike that.

21      Are you aware of anyone else other than Mr. Lucyan

22      who works for Incorporate Now?

23 A.   Yeah, I think so.

24 Q.   You think you are aware of other people?

25 A.   Yeah.

Highly Confidential

Page 72

1    BY MR. FABRIZIO:

2    Q.   And how much does Lemuria pay Incorporate Now to have

3         Mr. Lucyan serve as its DMCA agent?

4    A.   I don't have the impression that the amount is

5         different, so approximation would be, again, slightly

6         above $1,000.

7    Q.   Is Mr. Lucyan -- strike that.

8             Is Incorporate Now paid separately by Hotfile

9         Corporation and Lemuria to have Mr. Lucyan serve as the

10        DMCA agents for Hotfile and Lemuria?

11   MR. THOMPSON:   Objection, vague.

12   A.   I believe so.

13   BY MR. FABRIZIO:

14   Q.   You believe that it is paid -- that Incorporate Now is

15        paid separately?

16   A.   Separate invoices are being issued and paid.

17   Q.   What are Mr. Lucyan's responsibilities as DMCA agent for

18        Hotfile Corporation or for the Hotfile website?

19   A.   He would normally receive the email -- or not email --

20        regular mail, communication and notifications.  He would

21        also receive fax communication, and he would forward to

22        Hotfile Corp.  And there may be others.  I don't

23        remember now.

24   Q.   Okay.  And you said he receives regular mail and fax

25        communications, so does that mean he receives DMCA

Highly Confidential

Page 73

1    notices that are sent by regular mail and by fax?

2 A. Yes, he does.

3 Q. Okay.  Does he receive DMCA notices that are sent to

4    Hotfile by email?

5 A. He doesn't receive them, but I'm not sure if he has

6    access to them.  He might have.

7 Q. Okay.  Those email notices are received directly by

8    Hotfile?

9 A. Correct.

10 Q. And the special rights holder account, does he have

11    access to notices sent to the special rights holder

12    account?

13 MR. THOMPSON:  Objection, overbroad.

14 A. No, I believe he doesn't.  But to the extent of special

15    rights holder account, he might have such an account if

16    for some reason he needs to react very fast to

17    a takedown, but that's -- I don't know it for a fact;

18    just something I remember discussing.  But ...

19 BY MR. FABRIZIO:

20 Q. Well, that was going to be one of my questions.  You say

21    he receives notices by regular mail and fax and forwards

22    them to Hotfile Corporation.  To who at Hotfile does he

23    forward them?

24 A. He would normally forward them to abuse@hotfile.com.

25 Q. So he would scan them and forward them by PDF to

Highly Confidential

Page 74

1      abuse@hotfile.com?

2   A.   I believe so, yes.

3   Q.   Does Mr. Lucyan have any administrative access to

4        Hotfile computer servers?

5   MR. THOMPSON:   Objection, vague.

6   A.   No, I don't believe so.

7   BY MR. FABRIZIO:

8   Q.   Is he authorized to act on DMCA notices he receives by

9        disabling access to any files identified in the notice?

10  MR. THOMPSON:   Objection, vague, calls for a legal

11       conclusion.

12  A.   I think he is.

13  BY MR. FABRIZIO:

14  Q.   And how would he act on those DMCA notices?

15  A.   I don't really remember.  He might have his own

16       specialized account, but I don't know it for a fact.

17  Q.   Okay.  If he doesn't have an SRA account, if he doesn't

18       have a special rights holder account, does he have any

19       technical means to disable files?.

20  MR. THOMPSON:   Objection, calls for speculation.

21  A.   I don't know.

22  BY MR. FABRIZIO:

23  Q.   You don't know, or no?

24  A.   I don't know.

25  Q.   Okay.  Do you consider it part of his job as the DMCA

Highly Confidential

Page 76

1    considered a log.  "Log" is your term, but it's

2    appropriate to call it that way.

3    Q.  You said you called Constantin Bolotin?

4    A.  No, I said I called Constantin Lucyan.

5    Q.  Oh, Lucyan; I'm sorry.

6    A.  Yeah.

7    Q.  Thank you.  Sorry.

8        Does Mr. Lucyan have a means to look up the user who

9    uploaded the files and notices he receives?

10   A.  I don't think so.

11   MR. THOMPSON:  Steve, we're heading towards 12:30, so

12   whenever's a good time for you.

13   MR. FABRIZIO:  It may be very close.  Let me just clean up

14   a couple of things; maybe take five minutes.

15   Q.  Vasil Kolev:  Does he go by any other names?

16   A.  I think we covered this question already.  It is the guy

17   I said goes like Maniax and the Green Crocodile.

18   Q.  Oh, the Green Crocodile.  Okay.  That's right.

19       Andre Ianakov:  Does he go by any other names?

20   A.  The one I am aware of is Butcher Boy.

21   Q.  Any others?

22   A.  Not that I can think of.

23   Q.  Okay.  And Butcher Boy is the screen name that

24   Mr. Ianakov uses, generally speaking?

25   MR. THOMPSON:  Objection.  Lacks foundation, calls for

Highly Confidential

Page 77

1      speculation.

2   A.  I've seen him using on several occasions, but I don't

3       know if it's one that he will use all the time, so ...

4   BY MR. FABRIZIO:

5   Q.  What about Stanislav Manov:  Does he have any other

6       names?

7   A.  Yes.

8   Q.  What are they?

9   A.  N3LM.

10  Q.  Can you say that again?

11  A.  N, like November; 3, like the number 3; L, like lemur;

12      M, like Mike.

13  Q.  N3LM?

14  A.  I believe it could be read like NELM.

15  Q.  Any others?

16  A.  I'm not aware of any.

17  Q.  What about yourself?  Do you go by any other names?

18  A.  I would use "Virus" or "Virco," V-I-R-C-O.

19  Q.  And for what purposes do you use Virus and Virco?

20  A.  I don't know.  Different purposes.  That's how people

21      actually call me once in a while, so ...

22  Q.  Do you use them, for instance, in -- for online screen

23      names?

24  A.  Yeah, I would say so, sometimes.

25  Q.  Do you ever post on forums or message boards using those

Highly Confidential

Page 78

1        names?

2    A.  Could be.

3    Q.  Are you aware of a screen name Campolar,

4        C-A-M-P-O-L-A-R?

5    A.  No, I'm not.

6    Q.  You've never heard that before?

7    A.  It doesn't sound familiar.

8    Q.  Okay.  Atanas Vangelov:  Does he go by any other names?

9    A.  Except of "Nasko," which is typical nickname for

10       "Atanas" in Bulgaria, I'm not aware of that.

11   Q.  Nasko, N-A-S-K-O?

12   A.  Yes.

13   Q.  Does he also go by Nasko Beluchi, B-E-L-U-C-H-I?

14   A.  Yeah, sometimes he does.

15   Q.  Do you know why he uses an alternative name, Nasko

16       Beluchi?

17   MR. THOMPSON:  Objection, misstates testimony.

18   A.  No, I'm not aware of any reason.

19   BY MR. FABRIZIO:

20   Q.  Okay.  Rumen Stoyanov:  Does he go by any other names?

21   A.  Not that I'm aware of.

22   MR. FABRIZIO:  Is everybody ready to break for lunch?

23   VIDEOGRAPHER:  Going off the record at 12:31.

24                      (Lunch break taken.)

25   VIDEOGRAPHER:  Back on the record, 1:52.

Highly Confidential

Page 79

1    MR. FABRIZIO:  I'm going to ask the court reporter to mark

2        as Titov exhibit 18 -- all right, sorry about that, the

3        mic incident.

4            I've asked the court reporter to mark as Titov

5        exhibit 18 a one-page document titled -- untitled; it's

6        Bates numbered HF02855366.  And for the record, we're

7        just going to pick up with the deposition Titov

8        exhibit numbers that we left off with after the ESI

9        deposition last week.

10           (Titov exhibit 18 marked for identification.)

11   BY MR. FABRIZIO:

12   Q.  And just so you know, Mr. Titov, I'm not going to ask

13       you detailed questions about this document; I just want

14       to know what it is.

15   MR. THOMPSON:  Do you want to repeat the question?

16   A.  That wasn't a question.

17   MR. FABRIZIO:  There wasn't.

18   Q.  Mr. Titov, what is exhibit 18?

19   A.  In my understanding, which is -- again, it's not a legal

20       opinion -- I would qualify this as general power of

21       attorney.

22   Q.  Power of attorney -- strike that.

23           This gives you power of attorney for Hotfile

24       Corporation?

25   MR. THOMPSON:  Objection, calls for a legal conclusion.

Highly Confidential

Page 80

1   A.   Yes, that's my understanding.

2   BY MR. FABRIZIO:

3   Q.   Okay.  And you can see it's dated September 30, 2008.

4        Do you see that?

5   A.   Yes, I do.

6   Q.   Okay.  Were you aware that this document existed in and

7        around that timeframe?

8   MR. THOMPSON:  Objection, vague.

9   A.   Probably after.

10  BY MR. FABRIZIO:

11  Q.   Well, I notice that -- I don't see a spot where you

12       signed this document, correct?

13  A.   No, I didn't sign.

14  Q.   Okay.  But you understood you were getting power of

15       attorney for Hotfile Corporation, correct?

16  A.   Yes, I understood that.

17  Q.   Okay.  Do either of the other shareholders, Mr. Vangelov

18       or Mr. Stoyanov, have comparable powers of attorney for

19       Hotfile Corporation?

20  A.   Yes, to my best knowledge, both of them have comparable

21       power of attorneys.

22  Q.   To your knowledge, does anybody else?

23  A.   Not aware of any other copies, or similar documents.

24  Q.   Okay.  Mr. Titov, who are the directors of Hotfile

25       Corporation?

Highly Confidential

Page 81

1    A.   Panamanian citizens, to my best knowledge.

2    Q.   Say again?

3    A.   To my best knowledge, they're Panamanian citizens.

4    Q.   What are their names?

5    A.   I don't know that for sure, but I believe it's Javier,

6         Javier Fernandes.  He's the president of the company.

7    Q.   Is he also a director?

8    A.   I'm not sure.

9    Q.   As you sit here today, can you identify by name any of

10        the directors of Hotfile Corporation?

11   A.   I'm not sure that I can identify all the foreign names

12        of each individual, but I generally know the names.

13   Q.   You generally know the names.  How many directors are

14        there of Hotfile Corporation?

15   A.   I think three.

16   Q.   Okay, and what are their names?

17   A.   I think that one is Javier, that I just mentioned.  And

18        the other one would be Morales, again, that's to my best

19        knowledge, and, if there is a third name, I can't

20        remember.

21   Q.   Are you a member of the board of directors of Hotfile

22        Corporation?

23   A.   No, I'm not.

24   Q.   Are you an officer of Hotfile Corporation?

25   MR. THOMPSON:  Objection, calls -- excuse me -- to the

Highly Confidential

Page 82

1      extent it calls for a legal conclusion.

2  A.  Yeah, to the extent it -- "officer" is a legal term.

3      I can't say, but my personal opinion is I'm not.

4  BY MR. FABRIZIO:

5  Q.  Other than as a shareholder, do you perceive that you

6      have any official title or role at Hotfile Corporation?

7  MR. THOMPSON:  Objection, vague and calls for a legal

8      conclusion.

9  A.  I can't repeat the title; it's not something that we

10     would use often.  But it's my understanding that I can

11     act as a manager of the company when these acts are

12     authorized by the other shareholders.

13 BY MR. FABRIZIO:

14 Q.  Does Hotfile Corporation have any officers?

15 MR. THOMPSON:  Objection, calls for a legal conclusion.

16 A.  I don't know.

17 BY MR. FABRIZIO:

18 Q.  When was the last time the board of directors of Hotfile

19     Corporation met?

20 A.  I don't know.

21 Q.  To your knowledge, has the board of directors of Hotfile

22     Corporation ever met?

23 A.  I think so.

24 Q.  You think so?  When do you think the board of directors

25     met?

Highly Confidential

Page 84

1   A.   It's my understanding that he would perform activities

2        on specific instructions of the shareholders.

3   Q.   Does he have any recurring duties for Hotfile

4        Corporation?

5   MR. THOMPSON:   Objection, vague, calls for a legal

6        conclusion.

7   A.   I don't believe so.

8   BY MR. FABRIZIO:

9   Q.   Okay.  And have the shareholders of Hotfile Corporation

10       called upon Mr. Fernandes to perform any activities for

11       Hotfile Corporation?

12  A.   I'm not aware of any direct contacts with this -- this

13       individual.

14  Q.   How many shares of stock does Hotfile Corporation have

15       issued?

16  A.   I'm not sure.

17  Q.   Okay, put it another way:  What percentage of Hotfile

18       Corporation do you own?

19  A.   Currently it's my understanding that I own 26 percent of

20       the shares through another company.

21  Q.   What is that other company?

22  A.   The name is Battele Holdings SA.

23  Q.   And that's B-A-T-T-E-L-E?

24  A.   Yes.

25  Q.   What percentage of Hotfile Corporation does Mr. Vangelov

Highly Confidential

Page 85

1       own, directly or through a holding company?

2   A.  Currently it's my understanding that he owns indirectly

3       37 percent.

4   Q.  And what about Mr. Stoyanov?

5   A.  It is also my understanding that he owns 37 percent

6       indirectly.

7   Q.  Why is your percentage lower than theirs?

8   MR. THOMPSON:  Objection, vague.

9   A.  Should there be a reason?  That was the --

10  BY MR. FABRIZIO:

11  Q.  Is there --

12  A.  That was our initial agreement.

13  Q.  Well, is that the reason, that it was just decided

14      initially that you would have 26 percent?

15  A.  Actually, initially I had 20.

16  Q.  Okay, and that changed to 26 percent at some point?

17  A.  Yes, it did.

18  Q.  At what point?

19  A.  I don't know the exact date, but I would say towards the

20      end of summer 2010, probably.

21  Q.  Why did your percentage go from 20 to 26 percent?

22  MR. THOMPSON:  Objection, vague.

23  A.  I don't really know.

24  BY MR. FABRIZIO:

25  Q.  Who decided -- who decided that you would be given an

Highly Confidential

Page 87

1    A.   Yeah, I believe so.

2    Q.   What about Hotfile Limited?  What percentage of -- who

3         were the owners of Hotfile Limited?

4    A.   Hotfile Corp.

5    Q.   So Hotfile Limited is owned 100 per cent by Hotfile

6         Corporation?

7    A.   That's correct, to my knowledge.

8    Q.   Who were the board of directors of Hotfile Limited?

9    A.   It doesn't have a board of directors.

10   Q.   Does Hotfile Limited have officers?

11   MR. THOMPSON:  Objection, vague.

12   A.   It does have a manager.

13   BY MR. FABRIZIO:

14   Q.   Who is that manager?

15   A.   That would be me.

16   Q.   Is your title of Hotfile Limited managing director?

17   A.   I'm not sure how exactly it translates to English.

18   MR. FABRIZIO:  I'm going to have the court reporter mark as

19        exhibit Titov 19 a document Bates numbered HF02855371

20        through 376.

21          (Titov exhibit 19 marked for identification.)

22                              (Pause.)

23   BY MR. FABRIZIO:

24   Q.   Mr. Titov, you can obviously read as much of this as you

25        like; I just wanted to let you know that I'm only going

Highly Confidential

Page 88

1        to be asking you questions about the first page.

2            If you could turn to the last page, is that your

3        signature?

4    A.  Yes.

5    Q.  And is that your signature under -- above "Anton Titov"?

6    A.  Yeah, I believe so.

7    Q.  Okay.  And is this a true and correct copy of

8        a management contract between you and Hotfile Limited?

9    MR. THOMPSON:  Objection, calls for a legal conclusion.

10   A.  It seems like.

11   BY MR. FABRIZIO:

12   Q.  To your knowledge, does Hotfile Limited have management

13       contracts with either Mr. Stoyanov or Mr. Vangelov?

14   A.  No, it does not.

15   Q.  And you see in paragraph 2, it says you are referred to

16       as the managing director?

17   A.  Yes, that's what is -- what it says in the English

18       version.

19   Q.  Okay.  So is it accurate to refer to you as the managing

20       director of Hotfile Limited?

21   A.  I think so, yeah.

22   Q.  Okay.  And in paragraph 1.2 at the bottom of the page,

23       it says:

24           "The MANAGING DIRECTOR shall assume the

25       responsibility, control and management of the overall

Highly Confidential

Page 89

1      activities of the company in all its aspects... "

2          Do you see that?

3    A.   Mm-hmm.

4    Q.   And the company there is Hotfile Limited, of course,

5         right?

6    A.   SA.

7    Q.   And have you fulfilled your obligations as set forth in

8         paragraph 1.2?

9    MR. THOMPSON:  Objection.  You'd need to read the entire

10        paragraph.  And calls for a legal conclusion.

11   A.   I don't know.

12   BY MR. FABRIZIO:

13   Q.   Have you, to the best of your ability, managed the

14        overall activities of Hotfile Limited in all its

15        aspects?

16   MR. THOMPSON:  Same objection.

17   A.   I believe so.

18   BY MR. FABRIZIO:

19   Q.   When was Hotfile Corporation started?

20   MR. THOMPSON:  Objection, vague.

21   A.   I know what the word "started" means when you refer

22        to --

23   BY MR. FABRIZIO:

24   Q.   When was it -- when was it incorporated?

25   A.   Now, as I see this document, I have reasons to believe

Highly Confidential

Page 90

1          that it should be around 30th of September 2008.

2     MR. THOMPSON:  For the record, the witness is referring to

3          exhibit 18.

4     BY MR. FABRIZIO:

5     Q.   When was Hotfile Limited incorporated?

6     A.   I don't know for a fact.

7     Q.   What year was it incorporated?

8     A.   2009.

9     Q.   And when was Hotfile SA incorporated?

10    A.   I don't know.

11    Q.   Okay.  Leaving aside Hotfile SA for a second, what was

12         the reason for incorporating Hotfile Limited?

13    MR. THOMPSON:  Objection, assumes facts.

14    A.   The reason to incorporate Hotfile Limited was to operate

15         a PayPal account.

16    BY MR. FABRIZIO:

17    Q.   Any other reasons?

18    A.   I don't remember any other reasons.

19    Q.   Was there a reason Hotfile Corporation couldn't operate

20         a PayPal account?

21    A.   Yes.

22    Q.   What was that reason?

23    A.   Back in the time, it was PayPal's policy not to allow

24         Panamanian accounts to receive money.

25    Q.   What activities does Hotfile Limited perform?

Highly Confidential

Page 91

1    A.  It operates the PayPal account on behalf of Hotfile

2        Corp.

3    Q.  Anything else?

4    A.  Nothing that I can think of.

5    Q.  Did -- was it Hotfile Limited that contracted with

6        Lemuria on behalf of Hotfile Corporation?

7    MR. THOMPSON:  Objection, vague.

8    A.  I think it was your intent not to use the word

9        "contracted" for the agreements that we have.

10   MR. THOMPSON:  Mr. Fabrizio, perhaps you can rephrase the

11       question.

12   MR. FABRIZIO:  Well, let me -- let him use his own words.

13       Can we mark as Titov exhibit 20 a document captioned

14       "Declaration of Anton Titov in Support of Lemuria

15       Communications Inc.'s Motion to Dismiss," in the case of

16       Perfect 10 v. Hotfile Corp., 10-CV-2031.

17       (Titov exhibit 20 marked for identification.)

18   BY MR. FABRIZIO:

19   Q.  Mr. Titov, I assume you've seen this document before?

20   A.  Not recently.

21   Q.  I just want to refer you to paragraph 5.  It says:

22       "Lemuria has a contract with Hotfile, Ltd. to

23       provide web hosting services for Hotfile.com."

24   A.  It does.

25   Q.  Okay.  So does that refresh your recollection that the

Highly Confidential

Page 92

1       contract is with Hotfile Limited?

2   MR. THOMPSON:  Objection, vague.

3   BY MR. FABRIZIO:

4   Q.  Well, let me ask it this way:  Was that an accurate

5       statement, when you made it?

6   A.  It is.  It was.

7   Q.  Okay.  And is it accurate today?

8   A.  It is.

9   Q.  So Lemuria has a contract with Hotfile Limited to

10      provide web hosting services for the Hotfile website,

11      correct?

12  A.  Lemuria has a contract with Hotfile Limited to the

13      extent that Hotfile Limited -- to the extent that

14      Hotfile Limited is acting on behalf of Hotfile Corp.

15              (Reporter clarification.)

16  MR. THOMPSON:  "... acting on behalf of Hotfile Corp."

17  BY MR. FABRIZIO:

18  Q.  And in paragraph 5, what did you mean by a "contract"?

19  MR. THOMPSON:  I object to calling for a legal conclusion.

20  MR. FABRIZIO:  Well, the witness is -- every time I use the

21      term "contract," he expresses a misunderstanding of what

22      I mean.  So I want to just get a common understanding.

23  MR. THOMPSON:  Same objection.

24          You can answer if you understand the question.

25  A.  I understand the question, and beyond the fact that

Highly Confidential

Page 93

1        there is no written contract, I think that -- my

2        understanding was that verbal or other kind of

3        understanding is still a contract.

4    BY MR. FABRIZIO:

5    Q.  Okay, I just want to confirm:  So there is no written

6        contract between Lemuria and Hotfile Limited?

7    A.  I don't know anything about any such contract.

8    Q.  Okay.  Did Lemuria and Hotfile Limited reach an

9        agreement under the terms as to which Lemuria would

10       provide web hosting services to Hotfile?

11   MR. THOMPSON:  Objection, vague, calls for a legal

12       conclusion.

13   A.  Since the two companies are doing business, I think it's

14       fair to say that they have reached an agreement.

15   BY MR. FABRIZIO:

16   Q.  Well, I guess what I'm trying to get at is, was there

17       a point in time when Hotfile Limited and Lemuria sat

18       down and said, "Here's what our agreement is," and

19       specified the terms of their agreement?

20   MR. THOMPSON:  Objection, vague.

21   A.  It was more like Hotfile Corp defining the terms of

22       agreement and then Hotfile implementing them with their

23       contract with Lemuria.

24   BY MR. FABRIZIO:

25   Q.  I'm not quite sure I understood your answer.

Highly Confidential

Page 94

1    MR. THOMPSON:  Maybe we should make sure that we got the

2       right "Hotfile."  The second use of "Hotfile" in the

3       last answer doesn't have anything after it.

4    MR. FABRIZIO:  I didn't think he said anything after it.

5       I think that was what confused everybody.

6    MR. THOMPSON:  Perhaps you can clarify.

7    MR. FABRIZIO:  Maybe I can just ask the question again.

8    Q.  Was there a point in time when Hotfile Limited and

9       Lemuria reached a specific agreement as to the terms of

10      Lemuria's contract?

11   MR. THOMPSON:  Objection, vague.

12   A.  I don't know.

13   BY MR. FABRIZIO:

14   Q.  What are the terms of the agreement between Lemuria and

15      Hotfile Limited for web hosting services for the Hotfile

16      website?

17   A.  I don't think I can reproduce that all now.

18   Q.  All right.  Well, tell us what you can.

19   A.  One obvious thing is that Lemuria will provide web

20      hosting services to Hotfile, and Hotfile will pay for

21      it.

22   Q.  How much will Hotfile pay?  Or -- strike that.  How much

23      does -- let me ask it this way:  What was the agreement

24      as to how much Hotfile would pay?

25   A.  It was generally in our understanding that that will

Highly Confidential

Page 95

1        depend on the expenses Lemuria is making.
2   Q.   And what's the relationship between Lemuria expenses and
3        how much Hotfile would be paying?
4   A.   The understanding is that Hotfile would be paying
5        something around expenses, or a bit more.
6   Q.   Which Hotfile entity pays Lemuria?
7   A.   Hotfile Ltd. pays Lemuria on behalf of Hotfile Corp.
8   Q.   Hotfile Limited on behalf of -- on behalf of Hotfile
9        Corporation?  And is the -- so the agreement is that
10       Hotfile Ltd. will pay Lemuria its expenses plus a little
11       more?
12  A.   I will say that is a fair statement.
13  Q.   How much is "a little more"?
14  MR. THOMPSON:  Objection, vague.
15  A.   I don't, specifically.
16  BY MR. FABRIZIO:
17  Q.   Does Hotfile -- strike that.
18          Does Lemuria send Hotfile Limited invoices for the
19       services it performs?
20  A.   It keeps track of records and money movement, but not
21       each time a document is created.
22  Q.   Well, how does Hotfile Limited know how much to pay
23       Lemuria at any given time?
24  A.   That would be by Hotfile -- by Hotfile Corp. and Lemuria
25       agreeing on special terms on payments, and then it's

Highly Confidential

Page 96

1      given to them.

2  Q.  So Hotfile and Lemuria reach an agreement as to how much

3      Hotfile will pay Lemuria each time Hotfile pays Lemuria?

4  MR. THOMPSON:  Objection, vague in the use of "Hotfile."

5  BY MR. FABRIZIO:

6  Q.  Well, let me correct -- let me clarify that.

7          Has Hotfile Corporation ever made a payment to

8      Lemuria?

9  A.  Not directly, I believe, no.

10 Q.  Has any company other than Hotfile Limited ever made

11     a payment to Lemuria?

12 A.  I don't know.

13 Q.  You can't recall, or you don't know?

14 MR. THOMPSON:  Objection, vague.

15 A.  I can't recall.

16 BY MR. FABRIZIO:

17 Q.  So speaking of Hotfile Limited, how does Hotfile Limited

18     -- well, strike that.

19         How do Lemuria and Hotfile Limited decide how much

20     Hotfile Limited is going to be paying Lemuria from time

21     to time?

22 MR. THOMPSON:  Objection, asked and answered.

23 MR. FABRIZIO:  Well, it's half right.

24 A.  It will be by Lemuria and Hotfile Corp. deciding the

25     terms, and Hotfile to be implementing them.

Highly Confidential

Page 97

1   BY MR. FABRIZIO:

2   Q.   And does Lemuria issue an invoice or a written receipt

3        for the money it is requesting of Hotfile Limited?

4   MR. THOMPSON:   Objection, asked and answered.

5   A.   I would say that there is certain track of documents,

6        but not a document that is created every time.

7   BY MR. FABRIZIO:

8   Q.   When you say there are certain trapping of documents,

9        what exactly -- what documents exist?

10  A.   A document that will reflect all the payments made.

11  Q.   And what is the nature of this document?

12  A.   A file.

13  Q.   So Lemuria has a file that reflects all the payments it

14       has ever received from Hotfile Limited?

15  A.   It does.

16  Q.   Okay.  Does Hotfile Limited have a document reflecting

17       all the payments it has made to Lemuria?

18  A.   I think it's fair to say that it does.

19  Q.   So in terms of what Hotfile Limited does, you've said

20       that it operates the PayPal account, and we understand

21       now that it has a contract with Lemuria?

22  A.   Mm-hmm.

23  Q.   Does Hotfile Limited perform any other functions?

24  MR. THOMPSON:   Objection, vague.

25  A.   I think I answered already that I can't think of another

Highly Confidential

Page 105

1    A.   I'm not sure.  It's probably sometime during the summer.

2         I think Mr. Stoyanov will have more correct -- a better

3         estimation.

4    BY MR. FABRIZIO:

5    Q.   Okay.  To your knowledge, is Mr. Manov still employed by

6         Blue Ant?

7    A.   To my knowledge, Mr. Manov is not employed by Blue Ant.

8    MR. FABRIZIO:  I'd like to ask the court reporter to mark as

9         Titov exhibit 21 a document Bates numbered HF02855310

10        through 323.

11        (Titov exhibit 21 marked for identification.)

12   BY MR. FABRIZIO:

13   Q.   Mr. Titov, I'm not going to ask you any detailed

14        questions about this document.  I just want to

15        understand, is this the agreement between Lemuria and --

16        well, actually -- strike that.  Strike that.

17        Why don't you go ahead and take a quick look at

18        this, and I'll ask you a question.

19   MR. THOMPSON:  Mr. Titov, take -- take whatever time you

20        want to review it.

21   BY MR. FABRIZIO:

22   Q.   If I could just ask you to turn to page 11, which is

23        5320, Bates number.

24   A.   Yeah.

25   Q.   Is that your signature?

Highly Confidential

Page 106

1    A.   Yes, it is.

2    Q.   And is this a true and correct copy of the contract

3         between Lemuria Communications and Blue Ant that you

4         referred to earlier in your testimony?

5    A.   Yeah, it looks like.

6    Q.   I want you to look at paragraph -- or Article 1,

7         paragraph 2 on -- this is on page 2 of the contract,

8         under the paragraph that has the "1" next to it.

9    A.   Mm-hmm.

10   Q.   Sub1.  It says "development of SQL [sequel] database

11        management software."  What is that software?

12   MR. THOMPSON:  Objection, vague.

13   A.   This would be a general description of the parts of

14        Hotfile website.

15   BY MR. FABRIZIO:

16   Q.   A general description of what?

17   A.   Parts of -- of the hotfile.com website.

18   Q.   Okay.  So is that the -- the Hotfile website has several

19        databases that it uses, correct?

20   A.   It really depends on what you refer to that way, but --

21        I think fair to say, yes.

22   Q.   Okay, and is this -- does this contract refer to some of

23        those databases?

24   MR. THOMPSON:  Objection.  The document speaks for itself.

25   A.   This is initial contract that was signed between Blue

Highly Confidential

Page 107

1      Ant and Lemuria.

2   BY MR. FABRIZIO:

3   Q.   And did Blue Ant develop database management software

4        pursuant to this contract?

5   A.   To the degree that the contract is for development of

6        software and support of software, Blue Ant fulfilled and

7        is fulfilling its contractual relations that were

8        modified over time.

9   Q.   Well, what I'm just trying to get of sense of, did Blue

10       Ant deliver software pursuant to this contract that is

11       being used with the Hotfile website?

12  A.   Yes.

13  Q.   Okay.

14  A.   It is.

15  Q.   If you could turn to section 3, the financial

16       conditions, on page 5 of the document.

17            Did Lemuria pay Blue Ant $420,000 initially and --

18       I'll stop there -- under this contract?

19  MR. THOMPSON:  Are you referring him to a specific

20       paragraph?

21  MR. FABRIZIO:  Yes, section 3, article 8.

22  Q.   And the question is:  Did Lemuria pay Blue Ant

23       US$420,000 initially under this contract?

24  A.   Can you give me a page number, please?

25  Q.   Page 5.

Highly Confidential

Page 108

1    A.  Oh, page 5.

2    Q.  Which -- the Bates number is 5314.

3    MR. THOMPSON:  Object to the question as vague.

4    BY MR. FABRIZIO:

5    Q.  Do you see, Mr. Titov, under article 8, paragraph 1?

6    A.  Yes, I see it.

7    Q.  The question is:  Did Lemuria pay the US$420,000 as

8        referred to there?

9    A.  I can't answer the question without checking.

10   Q.  Okay.  In the next paragraph, Lemuria -- well, strike

11       that.

12           It says Lemuria will be paying Blue Ant US$70,000

13       a month.  Has Lemuria been paying Blue Ant US$70,000

14       a month?

15   A.  Well, it -- at least for some time it was.

16   Q.  Okay.  Does Lemuria consider the software that was

17       provided under this contract to be the property of

18       Lemuria?

19   MR. THOMPSON:  Objection, calls for speculation.

20   A.  No, it does not.

21   BY MR. FABRIZIO:

22   Q.  Whose property is it?

23   MR. THOMPSON:  Objection, calls for a legal conclusion.

24   A.  My understanding of it is that it would be property of

25       Hotfile Corp.

Highly Confidential

Page 109

1    BY MR. FABRIZIO:

2    Q.  And where is that understanding reflected?

3    A.  It's not reflected in this document.

4    Q.  Is it reflected in any document?

5    MR. THOMPSON:  Objection, vague.

6    A.  I don't think it is.

7         If -- may I ask if when we finish with the document,

8    to take a break?

9    MR. FABRIZIO:  We're finished with the document, and we can

10   take a break.

11   VIDEOGRAPHER:  Going off the record at 3 o'clock.  This is

12   the end of tape 2, volume I, of Anton Titov's

13   deposition.

14                    (A break was taken.)

15   VIDEOGRAPHER:  This is the beginning of tape 3, volume I,

16   and a continuation of the deposition of Mr. Anton Titov.

17   On the record, 3:14.

18   BY MR. FABRIZIO:

19   Q.  You've identified Mr. Chubarov, Kolev and Ianakov -- did

20   I get that wrong?  But you know who I'm talking about?

21   Andre Ianakov -- as Blue Ant employees who were doing

22   work for Hotfile, correct?

23   A.  Chubarov, Ianakov and Kolev, yes.

24   Q.  Yes.  Are there any other Blue Ant employees doing work

25   for Hotfile currently?

Highly Confidential

Page 110

1   A.  To the extent that Mr. Ianakov manages -- manages Blue

2       Ant and they are also employed then it would be fair to

3       put them too.

4   Q.  Okay.  Other than them?

5   A.  No, I don't think so.

6   Q.  As between Chubarov, Kolev and Ianakov, do you consider

7       any of them managers, in that they supervise the others?

8   MR. THOMPSON:  Objection, vague.

9   A.  I don't think so.

10  BY MR. FABRIZIO:

11  Q.  Who owns -- strike that.

12      Which company owns the hotfile.com website?

13  MR. THOMPSON:  Objection.  Calls for a legal conclusion,

14      vague.

15  A.  It was always the understanding of the shareholders of

16      Hotfile Corp. that Hotfile Corp. owns the website

17      hotfile.com.

18  BY MR. FABRIZIO:

19  Q.  And Hotfile Limited collects all the money or all

20      revenue from the operation of the Hotfile website; is

21      that correct?

22  A.  No.

23  Q.  Hotfile Limited doesn't collect the money from the

24      operation of the Hotfile website?

25  A.  It doesn't collect all the revenue.

Page 111

1    Q.   Okay -- ah, I got it.  Okay.

2         What revenues from the operation of hotfile.com does

3    Hotfile Limited collect?

4    A.   Hotfile Limited operates a PayPal account on behalf of

5    Hotfile Corp. that will collect payments of users paying

6    for premium subscription with PayPal.

7    Q.   Okay.  Is that the only payment-processing account that

8    Hotfile Limited operates?

9    A.   Yeah, I think so.

10   Q.   Okay.  Does Hotfile accept other types of payments for

11   premium subscriptions?

12   A.   Yes, it does.

13   Q.   What are some of those?

14   A.   At certain -- at certain point, Hotfile accepted credit

15   cards through SecPay and other processors; I am not sure

16   if we do now.  Generally for different countries, there

17   are different means of payment.

18   Q.   Okay.  And does Hotfile Corporation receive those funds

19   from those other payment means directly?

20   A.   Yes, I think so.

21   Q.   Okay.  You said that one of the reasons for starting

22   Hotfile Limited was because PayPal did not allow for

23   Panamanian companies to be account holders?

24   MR. THOMPSON:  Objection, misstates testimony.

25   A.   I said that at the time we start -- the Hotfile account

Highly Confidential

Page 112

1        started operating Panamanian account, was not able to

2        receive payments from PayPal users.

3    BY MR. FABRIZIO:

4    Q.  Okay.

5    A.  Yeah, that's it.

6    Q.  To your knowledge, has PayPal's policy in that regard

7        changed?

8    A.  Yes.

9    Q.  Why do you still have Hotfile Limited as the PayPal

10       account holder?

11   A.  We actually -- this policy changed -- my memories are

12       not very clear, but maybe towards the end of 2010.  And

13       there was an idea, and we were actively researching and

14       maybe communicating with PayPal about creating a PayPal

15       account for -- for the parent company.  But then this

16       litigation came through, and we didn't want to change

17       anything during it.

18   Q.  Does Hotfile Corporation have some understanding with

19       Hotfile Limited as to the funds that Hotfile Limited

20       collects through the PayPal account?

21   MR. THOMPSON:  Objection, vague.

22   A.  I would say that in this case, even has a written

23       contract.

24   BY MR. FABRIZIO:

25   Q.  It does have a written contract?

Highly Confidential

Page 113

1   A.   I believe so.

2   Q.   Okay.  And what does that contract provide?

3   A.   I'm not familiar with all the terms.

4   Q.   What are the terms you're familiar with?

5   A.   My basic understanding of the contract is that Hotfile

6        Ltd. operates the account on behalf of Hotfile Corp.

7   Q.   Does Hotfile Corp. consider the monies collected by

8        Hotfile Limited to belong to Hotfile Corp.?

9   MR. THOMPSON:  Objection, calls for a legal conclusion.

10  A.   Yeah, I think Hotfile Corp. considers.

11  BY MR. FABRIZIO:

12  Q.   Okay.  Does Hotfile Limited pay those collected monies

13       to Hotfile Corporation on a regular basis?

14  MR. THOMPSON:  Objection, vague.

15  A.   No, it does not.

16  BY MR. FABRIZIO:

17  Q.   Does Hotfile Limited maintain those funds in its own

18       bank account?

19  A.   No, it does not.  I mean, to the -- to the point that

20       PayPal -- I mean, it is in the PayPal -- it maintains

21       there in the PayPal account, and I don't want to state

22       whether that was a bank account or not.

23  Q.   Does Hotfile Limited have a bank account, other than the

24       PayPal account?

25  A.   Yes, it does.

Highly Confidential

Page 114

1   Q.  So does Hotfile Limited transfer money from the PayPal

2       account to its own bank account?

3   A.  Generally it does not.

4   Q.  Where does Hotfile Limited transfer money when it

5       transfers it out of the PayPal account?

6   MR. THOMPSON:  Objection, overbroad.

7   A.  I can currently think of two ways for money to go out.

8       One is to be transferred to Lemuria, and another is to

9       be paying affiliates.

10  BY MR. FABRIZIO:

11  Q.  Okay.  Does -- to your knowledge, has Hotfile Ltd ever

12      transferred money to any of the Hotfile Corporation

13      shareholders, including yourself?

14  A.  Yes, it did.

15  Q.  How many times?

16  A.  I don't know.  I don't know.

17  Q.  When was the last time?

18  A.  I don't know.

19  Q.  What was the circumstance in which Hotfile Limited

20      transferred money to the shareholders?

21  A.  Hotfile Ltd. transferred money to me, and it was on

22      terms of a loan from the company.

23  Q.  In terms -- excuse me; it was a loan from Hotfile

24      Limited to you personally?

25  A.  From Hotfile Corp. to me personally.

Highly Confidential

Page 117

1    MR. THOMPSON:  I didn't know if you were excluding that or

2       not.

3    MR. FABRIZIO:  That was already testified about..

4    BY MR. FABRIZIO:

5    Q.  You still have your interest in host.bg?

6    A.  Yes, I do.

7    MR. FABRIZIO:  I am going to ask the court reporter to mark

8       as Titov exhibit 22 an application for a DMCA subpoena

9       in the matter of Corbin Fisher, dated August 28, 2009.

10          (Titov exhibit 22 marked for identification.)

11   BY MR. FABRIZIO:

12   Q.  Mr. Titov, this is a long document.  The only question

13      that I want to ask you is:  Were you aware in the August

14      2009 timeframe that -- that the operators or that the

15      owners of Corbin Fisher had served a subpoena on

16      Webzilla for Webzilla to identify the operators of

17      Hotfile?

18   A.  I don't know about the timeframe, but yeah, I believe

19      that's Webzilla for Hotfile did -- about this.

20   Q.  And Webzilla informed Hotfile about the subpoena roughly

21      contemporaneous with the subpoena?

22   MR. THOMPSON:  Objection.  Lacks foundation, calls for

23      speculation.

24   A.  Sorry, can you rephrase?  I don't --

25   BY MR. FABRIZIO:

Page 118

1   Q.   Sure.  Did you learn about the subpoena roughly at the

2        time the subpoena was issued?

3   A.   Probably it was some time after.  A matter of days,

4        probably.  I don't know.

5   Q.   Was Hotfile still a customer of Webzilla at the time you

6        learned about this subpoena?

7   A.   Yes, I believe so, or at least partly.

8   Q.   Okay.  And Corbin Fisher, do you understand that the

9        owners of the Corbin Fisher works are Liberty Media?

10  A.   I understand that.

11  MR. FABRIZIO:  Okay.  Let me mark as Titov exhibit 23

12       a two-page document Bates numbered HF02832110 through

13       11.

14       (Titov exhibit 23 marked for identification.)

15  BY MR. FABRIZIO:

16  Q.   Is Titov 18 a true and correct copy of an email thread

17       that you participated in in the September 29, 2009,

18       timeframe?

19  MR. THOMPSON:  Objection, calls for a legal conclusion.

20  A.   This looks like.

21  Q.   No reason to doubt the authenticity of this email?

22  A.   No, I don't.

23  Q.   Okay.  And at this point in time, September 29, 2009,

24       Hotfile was using Limelight as a bandwidth provider?

25  A.   Yes, it was.

Highly Confidential

Page 119

1    Q.   Okay.  And you were in that timeframe in discussions

2         with Limelight about the volume of bandwidth that you

3         were -- that Hotfile was going to need?

4    A.   Yes, I think so.

5    Q.   And in that context, did Limewire tell you that the

6         volume of the complaints that it was receiving from

7         content owners was more than it typically saw?

8    MR. THOMPSON:  Objection.  Vague.  The document speaks for

9         itself.

10   A.   Basically that's one of the things the document says,

11        yes.

12   BY MR. FABRIZIO:

13   Q.   Well, do you remember Limewire telling you that they

14        were seeing more complaints from copyright owners about

15        Hotfile than they normally see?

16   MR. THOMPSON:  Objection, vague.

17   A.   I don't remember this actual language, and -- I mean,

18        I remember the general discussion.

19   BY MR. FABRIZIO:

20   Q.   What do you remember?

21   A.   That we had some discussion with Limelight on this

22        topic.  I mean, don't expect me to remember a sentence

23        from an email written.

24   Q.   No, I'm just trying to make sure we're both talking

25        about the same thing.

Highly Confidential

Page 120

1    A.   Yeah.

2    Q.   After you received this email from Limelight, did you

3         have further discussions with them about -- about the

4         complaints from content owners that they said they were

5         receiving?

6    A.   I believe so, yes.

7    Q.   And what were those discussions?

8    A.   I don't remember the exact nature and wording of the

9         discussions, but the fact is that Limelight reconsidered

10        their opinion, and we continued working and increased

11        our business together.

12   Q.   Is there any documentation from Limelight whereby --

13        reflecting that you increased your bandwidth from them?

14   A.   Probably, yes.  I believe that the contract in question

15        that we took in the -- here was all actually signed.

16   Q.   Was actually signed?

17   A.   Yes.

18   MR. FABRIZIO:  Okay, I'm not sure, Rod, that we've seen

19        that.

20   MR. THOMPSON:  Why don't you send me an email and remind me,

21        and we can look.

22   BY MR. FABRIZIO:

23   Q.   Who at Limelight did you speak with?

24   MR. THOMPSON:  Objection, assumes facts.

25   A.   I would normally communicate with Dan Heydenfeldt.

Page 121

```
 1   MR. THOMPSON:  The record should reflect the witness

 2       referred to exhibit 23.

 3   A.  I don't remember any other discussions.

 4   BY MR. FABRIZIO:

 5   Q.  Did you meet with them in person?

 6   A.  No, did I not.

 7   Q.  Did you talk to him on the telephone?

 8   A.  I had many discussions with them on the -- on the phone,

 9       but I -- I don't remember on -- on this particular

10       matter whether we did or did not talk on the phone.

11   BY MR. FABRIZIO:

12   Q.  When was Lemuria incorporated?

13   A.  If I'm not mistaken, it would be October 2009.

14   Q.  And are you the sole director of Lemuria?

15   A.  Yes, I manage Lemuria Communications.

16   Q.  Let me just make sure that's clear.  You own Lemuria 100

17       percent, correct?

18   A.  Yes, I do.

19   Q.  And you manage Lemuria?

20   A.  Yes, I do.

21   Q.  Does anybody manage Lemuria with you?

22   A.  No.

23   Q.  Okay.  And are you on the board of directors of Lemuria?

24   A.  Yeah, I think I am the only director of Lemuria.

25   Q.  Is anybody else on the board of directors with you?
```

Highly Confidential

Page 122

1    A.  No.

2    Q.  Are you an employee of Lemuria?

3    MR. THOMPSON:  Objection, calls for a legal conclusion.

4    BY MR. FABRIZIO:

5    Q.  Well, strike that.

6        You said previously that you received a salary from

7        Lemuria, correct?

8    A.  Yes, I do.

9    Q.  Okay.  Do you have a title at Lemuria?

10   A.  To the extent that -- again, I don't really assign or we

11       don't really assign, in our team, titles.  But I would

12       say that I am manager of Lemuria.

13   Q.  Okay.  Is there anybody more senior than you at Lemuria?

14   A.  No.

15   Q.  And Lemuria provides hosting services and the other

16       services we've described for Hotfile, correct?

17   A.  That is correct.

18   Q.  Does it provide services for any other company?

19   A.  Yes, it does.

20   Q.  Okay, for what other company?

21   A.  The company name is Neterra.

22   Q.  Can you spell that?

23   A.  N-E-T-E-R-A [sic].

24   Q.  Okay.  What services does Lemuria provide for Neterra?

25   A.  They have two servers with Lemuria.

Highly Confidential

Page 126

1      for that.  And once the system was already set up, the

2      plaintiffs already bring the litigation, and I didn't

3      really have time to negotiate with Mr. Dilkov anymore.

4    Q.  But is that -- are those servers up and running?

5    A.  Yes.

6    Q.  Are they streaming?

7    A.  I don't know for a fact.

8    Q.  Excuse me?

9    A.  I don't know for a fact what they are doing.  Last time

10     I was there they were generating some bandwidth.

11   Q.  Do you have a contract -- strike that.

12          Does Lemuria have a contract with Neterra?

13   A.  No, it does not.

14   Q.  I meant a written agreement.

15   A.  Mmm?

16   Q.  A written agreement of any kind.

17   A.  No written agreement of any kind.

18   Q.  Other than Neterra, does Lemuria provide services for

19     any other company or person?

20   A.  No, I don't think so.

21   Q.  Are the payments Lemuria receives from Hotfile the only

22     revenues Lemuria has?

23   A.  I believe so.

24   Q.  Does Lemuria pay Equinix?

25   A.  I think you already asked that question, and the answer

Highly Confidential

Page 127

1    is yes.

2    Q.   How much does Lemuria pay Equinix?

3    A.   I think that for the last month, the bill would be

4         normally $100,000 per month, or around that.

5    Q.   Has it been approximately $100,000 a month through --

6         through 2010 and 2011?

7    A.   I think in 2011 it was more or less constantly 2,000 --

8         100,000.  And for 2010, I don't know for a fact, but my

9         bet would be that it was increasing to reach that

10        number.

11   Q.   And Lemuria pays Comcast as well?

12   A.   Yes, it does.

13   Q.   How much does it pay Comcast?

14   A.   I think it is $12,000 per month.

15   Q.   And was it approximately $12,000 a month through all of

16        2011?

17   A.   Yes.

18   Q.   And 2010?

19   A.   Yes, it was, but I think the contract was signed

20        sometimes at 2010, sometime.

21   Q.   And Lemuria pays IP Transit?

22   A.   Yes, it does.

23   Q.   Approximately how much?

24   A.   As of today, I don't know.

25   Q.   Well, approximately how much per month has it been

Highly Confidential

Page 128

1    paying?

2    A.   Between two and three hundred thousand, I think.  That's

3         an approximation.

4    Q.   Per month?

5    A.   Yes.

6    Q.   Does Lemuria pay any other companies for services it

7         provides Hotfile?

8    MR. THOMPSON:  Objection.  Asked and answered.

9    A.   As I said, Lemuria also pays the legal bills of Hotfile.

10        Yes.

11   BY MR. FABRIZIO:

12   Q.   Other than that?

13   MR. THOMPSON:  Same objection.  Asked and answered.

14   A.   As of today, I can't think of anything else.

15   BY MR. FABRIZIO:

16   Q.   In the past --

17   A.   And that is tradition the Blue Ant contract is to

18        enforce.

19   Q.   Is Lemuria paying Blue Ant approximately $70,000

20        a month?

21   A.   No.

22   Q.   Approximately how much is Lemuria paying Blue Ant?

23   A.   I think it's $250,000 per month.

24   Q.   250, 2-5-0?

25   A.   2-5-0.

Highly Confidential

Page 129

1   Q.   And I believe you said that at this point there was just

2        maintenance work that Blue Ant was doing?

3   A.   Yes.

4   Q.   Does Hotfile Corporation or Hotfile Limited pay Blue Ant

5        for the use of their employees?

6   MR. THOMPSON:   Objection.   Compound, vague and ambiguous.

7   A.   Not that -- not directly, no.

8   BY MR. FABRIZIO:

9   Q.   Let me ask it a different way:   Do either Hotfile

10       entities pay Blue Ant for the services of Mr. Chubarov,

11       Kolev or Ianakov?

12  A.   It is our understanding that these services go through

13       the Lemuria contract it has with Blue Ant.

14  Q.   So can you answer my question?   Neither Hotfile entity

15       pays Blue Ant for the services of the Blue Ant

16       employees?

17  MR. THOMPSON:   Objection, asked and answered.

18  A.   Neither Hotfile Corp. or Hotfile Ltd. pays directly to

19       Blue Ant.

20  Q.   Your understanding is that Lemuria pays Blue Ant for the

21       services that Messrs. Chubarov, Kolev and Ianakov

22       perform for Hotfile?

23  A.   Yes, it is.

24  Q.   And is that part of the $250,000 a month that Lemuria

25       pays Blue Ant?

Highly Confidential

Page 130

1   A.   Yes, it is.

2   Q.   Is any part of that $250,000 a month allocated to

3        anything other than the services of those three

4        gentlemen?

5   A.   I would say that you are missing Vangelov and Stoyanov

6        for a second time and I don't see any reason to not

7        include them in this list.  But with them, I think the

8        list would be complete.

9   Q.   Okay.  So Mr. Vangelov and Mr. Stoyanov perform services

10       for Hotfile as employees of Blue Ant, and Blue Ant is

11       compensated for that through the Lemuria payment?

12   MR. THOMPSON:  Objection, calls for a legal conclusion.

13   A.   Mr. Stoyanov and Mr. Vangelov are managers of Blue Ant,

14       therefore they're supervising their employees.

15   BY MR. FABRIZIO:

16   Q.   They're supervising their employees as their employees

17       perform services for Hotfile, correct?

18   A.   Correct.

19   Q.   Okay.  Maybe you should then explain exactly what

20       Mr. Vangelov does for Hotfile.

21   MR. THOMPSON:  Objection, vague, and asked and answered.

22   A.   He would be participating in taking decisions; he would

23       be responsible for contacting -- or contacts with

24       potential investors, and other types of external

25       communication.

Highly Confidential

Page 132

1    BY MR. FABRIZIO:

2    Q.   Do you perform services for Hotfile in your personal

3         capacity as opposed to Lemuria performing them?

4    MR. THOMPSON:   Objection.  Vague, calls for a legal

5         conclusion.

6    A.   I think so, yes.

7    BY MR. FABRIZIO:

8    Q.   What activities do you perform for Hotfile in your

9         personal capacity and not through Lemuria?

10   A.   I would say participating in making decisions is an

11        activity that I would perform in my personal capacity as

12        a shareholder of Hotfile Corp.

13   Q.   Do you also supervise Chubarov, Kolev and Ianakov?

14   MR. THOMPSON:   Objection, vague.

15   A.   To the term "supervise," I'm not sure that I do in fact

16        supervise them, but to -- to the extent they need some

17        guidance and understanding of the technical parts of

18        the -- of our system, yes, we do communicate, and --

19        yes, I would say that I have certain authority over

20        them.

21   BY MR. FABRIZIO:

22   Q.   So is it your understanding that part of your Lemuria

23        salary is compensation for the work you do for Hotfile

24        in your individual capacity?

25   MR. THOMPSON:   Objection.  Asked and answered.

Highly Confidential

Page 135

1    Q.  Well, do you know anything else about the business of

2        FinArt other than what you've testified?

3    MR. THOMPSON:  Objection.  Overbroad, and vague.

4    A.  Nothing that I can think of currently.

5    BY MR. FABRIZIO:

6    Q.  Does FinArt Limited perform any services for Lemuria?

7    A.  No services, no.

8    Q.  Does it do any business with Lemuria?

9    A.  Yes, it did.

10   Q.  What business does FinArt do with Lemuria?

11   A.  I remember some time ago Lemuria giving some money to

12       FinArt.

13   Q.  How much money?

14   A.  I don't know for a fact.

15   Q.  In what order of magnitude?

16   MR. THOMPSON:  Objection, vague.

17   A.  Maybe half a million US dollars.

18   BY MR. FABRIZIO:

19   Q.  And as the owner and manager of Lemuria, you authorized

20       that payment?

21   A.  Yes, I did.

22   Q.  Okay.  What was that payment for?

23   A.  In my understanding it was some kind of loan.

24   Q.  A loan between -- strike that.

25           Lemuria loaned money to FinArt?

Page 136

1    A.   Yes.

2    Q.   Is there a document reflecting that loan?

3    A.   No, there is not.

4    Q.   Has FinArt repaid the roughly half a million dollars?

5    A.   To my understanding, yes, but for -- for many reasons

6         that I don't -- that Rumen might know better, FinArt

7         actually paid back to Hotfile Corp., and Hotfile Ltd.

8         paid Lemuria.

9    Q.   Okay, so let me just make sure I have this right.

10        I realize that the number is an approximation.

11   A.   Yes.

12   Q.   But Lemuria made a loan to FinArt of approximately a

13        half a million dollars.  That's not documented.  FinArt

14        repaid that loan to Hotfile Corporation, and Hotfile

15        Limited repaid Lemuria for that loan?

16   MR. THOMPSON:  Object to the beginning of the question,

17        misstating his testimony, and argumentative.

18   BY MR. FABRIZIO:

19   Q.   Have I stated it correctly?

20   MR. THOMPSON:  Also compound.

21   A.   May I ask you to read --

22   BY MR. FABRIZIO:

23   Q.   I'll do it, I'll do it, to avoid your counsel's

24        objection.  I want to make sure I understand this

25        transaction.

Highly Confidential

Page 137

1            Again, I'm going to use the term "500,000," because

2       you said approximately; but we understand that that's

3       approximate.  So Lemuria made a loan to FinArt of

4       approximately $500,000, correct?

5   A.   Correct.

6   Q.   And your understanding is that FinArt repaid that loan

7       by making a payment of approximately $500,000 to Hotfile

8       Corporation?

9   A.   Yes, that's my understanding.

10  Q.   And it is your understanding that Hotfile Limited repaid

11      Lemuria by transferring back to Lemuria approximately

12      $500,000?

13  A.   That is my understanding, yes.

14  Q.   Okay.  Did you personally negotiate the terms of the

15      loan with FinArt?

16  A.   No.

17  Q.   Who did?

18  A.   Rumen Stoyanov.

19  Q.   Did you ever speak with anybody at FinArt?

20  A.   Not about this particular transaction, no.

21  Q.   Have you ever spoken with anybody at FinArt?

22  A.   Yes, I know the -- in person, the -- the person

23      responsible for the company.

24  Q.   The friend of Mr. Stoyanov -- Stoyanov's?

25  A.   Correct.

Highly Confidential

Page 138

1   Q.   What is that person's name?

2   A.   Asen.

3   Q.   Can you spell it?

4   A.   A-S-E-N.   You can type it double S.

5   Q.   Is that the person's first name or last name?

6   A.   First.

7   Q.   And what is that person's last name?

8   A.   Ignitov.

9   Q.   Please spell that.

10  A.   I-G-N-I-T-O-V.

11  Q.   Has Lemuria made any loans similar to that to anybody

12       else?

13  A.   Not that I can recall.

14  Q.   Okay.  Did Mr. Stoyanov ask you -- strike that.

15            Did Mr. Stoyanov ask Lemuria to make the loan to

16       FinArt?

17  A.   Yes.  I trust Mr. Stoyanov, so ...

18  Q.   Did you feel you were able to say no?

19  MR. THOMPSON:  Objection.  Vague, argumentative.

20  A.   I don't remember my exact feelings back then.

21  MR. FABRIZIO:  I'm going to ask the court reporter to mark

22       as -- okay, well, actually our first translated

23       document, so I'm going to ask the court reporter to mark

24       as exhibit 24, Titov 24, a one-page document bearing

25       Bates number HF02868293.

Highly Confidential

Page 142

1       translation that I'm asking him about.

2   MR. THOMPSON:  Well, we can go off the record and take the

3       time to let him read and compare word for word.

4           Why don't you focus on what you care about in the

5       document, and let him see if he has any problem with

6       that.

7   MR. FABRIZIO:  Okay.

8   Q.  Will you look at the first sentence of the English

9       translation of exhibit 24:

10          "What an unexpected gift we have from RapidShare

11      [smiley face]."

12  A.  Yes.

13  Q.  Does that accurately reflect what was in the Bulgarian

14      original?

15  MR. THOMPSON:  I object that it's -- he's not an expert in

16      translation.

17          But you can answer, Mr. Titov.

18  A.  Yeah, it's correct.

19  BY MR. FABRIZIO:

20  Q.  The next sentence of the English says:

21          "The bad thing is that they clean up their image

22      while we become the flagship of non-licensed content."

23          Does that accurately reflect what's in the Bulgarian

24      original?

25  MR. THOMPSON:  Same objection.

Highly Confidential

Page 143

1    MR. FABRIZIO:  Noted throughout.

2    MR. THOMPSON:  So I may have a running objection?

3    MR. FABRIZIO:  Yes.

4    MR. THOMPSON:  Thank you.

5    A.  I read the translation -- I'm not saying that it's

6        perfect, but that's what the original document says.

7    BY MR. FABRIZIO:

8    Q.  Okay.  So insofar as -- we're talking about that first

9        paragraph, those two sentences; the English version does

10       represent a true and correct copy of an English

11       translation of an email you got from Mr. Stoyanovich

12       on July 4, 2010?

13   MR. THOMPSON:  Same objection.

14   A.  Stoyanov, not Stoyanovich.  But yes.

15   BY MR. FABRIZIO:

16   Q.  I'm sorry, I mispronounced his name.  My apologies.

17           The last paragraph, the English says:

18           "Concerning the funds:  I suggest you transfer

19       $500,000 each week from PayPal to Lemuria.  Then,

20       transfer $180,000 each week from Lemuria to FinArt Ltd.

21       for hosting, servers, etc."

22           Does that accurately reflect what was contained in

23       the Bulgarian original?

24   MR. THOMPSON:  Same objection, plus it's compound.

25   A.  The substance is right.

Highly Confidential

Page 144

1    BY MR. FABRIZIO:

2    Q.   In Titov exhibit 24, it says that the $180,000 each week

3         to FinArt would be for hosting and servers, et cetera.

4         It doesn't say it's a loan.  Which is correct?

5    MR. THOMPSON:  Objection, vague and argumentative.

6    A.   FinArt Ltd. never provided hosting or servers to

7         Lemuria.

8    BY MR. FABRIZIO:

9    Q.   Do you have any understanding as to why Mr. Stoyanov

10        suggested that it be reflected as payments for hosting

11        and servers?

12   MR. THOMPSON:  Objection, calls for speculation.

13   A.   No.

14   BY MR. FABRIZIO:

15   Q.   Did you anywhere on the books and records of Lemuria

16        record that payment as being for hosting and servers?

17   A.   I don't believe so.

18   Q.   Did you anywhere on the books and records of Lemuria

19        record the payments from Lemuria to FinArt?

20   A.   I don't know.  I need to check.

21   Q.   Where would you check?

22   A.   First, the bank account.

23   Q.   You mean to see whether the bank statements actually

24        reflect the payments?

25   A.   Yes.

Highly Confidential

Page 145

1    Q.   Other than bank statements or wire transfers actually

2         reflecting the payment, are there any accounting records

3         that would reflect the payment to Lemuria?

4    MR. THOMPSON:  Objection, vague.

5    A.   No.  Not anything that I can recall.

6    BY MR. FABRIZIO:

7    Q.   Any documents that Lemuria itself created, as opposed to

8         its banks, that would reflect the payment?

9    MR. THOMPSON:  Same objection.

10   A.   I don't know.

11   BY MR. FABRIZIO:

12   Q.   You don't know?

13   A.   No, I don't.

14   Q.   How would you go about finding out?

15   A.   I don't know how to find out.

16   Q.   In the sentence before that, Mr. Stoyanov suggests you

17        transfer $500,000 each week from PayPal to Lemuria.

18        What was -- first of all, did you make that -- those

19        payments?

20   A.   I don't know.

21   Q.   I should ask:  Did you make the $180,000 payments to

22        FinArt in a series of weekly payments, as indicated by

23        Mr. Stoyanov?

24   MR. THOMPSON:  Objection, compound.

25   A.   I don't know if I made them in amounts of 180.  I don't

Highly Confidential

Page 150

1    MR. THOMPSON:  Objection.  Vague and ambiguous and compound.

2    A.   I don't think that there are any understandings, but for

3         the interest part, of course everybody at Hotfile Corp.

4         were interested in Lemuria doing its job and providing

5         hosting services.

6    BY MR. FABRIZIO:

7    Q.   Sure.  And let me do this by way of analogy.  You've

8         testified that there's an understanding among the

9         Hotfile shareholders that the money that is received by

10        Hotfile Limited is being received on behalf of Hotfile

11        Corporation.  That's correct, right?

12   A.   I testified that there is a written contract saying so.

13   Q.   Oh, that's right.  You said there was a written contract

14        on that one.

15            In terms of Lemuria -- Lemuria providing services

16        for the Hotfile website, you've testified that there was

17        an understanding as to the terms of that contract, even

18        though it's not written; is there any comparable

19        understanding about the ownership of Lemuria?

20   MR. THOMPSON:  Objection.  Vague and ambiguous, and complex.

21   A.   No, the -- I don't think there is any understanding

22        about the ownership of Lemuria.

23   BY MR. FABRIZIO:

24   Q.   Okay and also by way of just -- and also just by way of

25        analogy, you testified that the database software that

Highly Confidential

Page 151

1       Blue Ant was developing pursuant to the contract with

2       Lemuria, that there was an understanding that that

3       database software was really owned by Hotfile

4       Corporation, correct?

5    A.  Correct.

6    Q.  Although that's not written -- that's not written down

7       anywhere?

8    MR. THOMPSON:  Objection, vague.

9    A.  I don't think it is written down anywhere.

10   BY MR. FABRIZIO:

11   Q.  Okay.  There's no understanding of that sort about the

12      ownership of Lemuria, is there?

13   MR. THOMPSON:  Objection, vague.

14   A.  No, I don't think so.

15   BY MR. FABRIZIO:

16   Q.  Does Lemuria have any written contract with any Hotfile

17      entity?

18   MR. THOMPSON:  Objection.  Overbroad and vague.

19   A.  I don't think it has a written contract with either

20      Hotfile or -- Hotfile Corp.

21   BY MR. FABRIZIO:

22   Q.  Or Hotfile SA?

23   A.  No, not as far as I know.

24   Q.  Does Lemuria have any written contracts with

25      Mr. Stoyanov or Mr. Vangelov?

Highly Confidential

Page 188

1                    HIGHLY CONFIDENTIAL
                   CERTIFICATE OF DEPONENT

2

3

     I, ANTON TITOV, hereby certify that I have read the
4    foregoing pages of my deposition of testimony taken in these
     proceedings on Monday, December 5, 2011, and, with the
5    exception of the changes listed on the next page and/or
     corrections, if any, find them to be a true and accurate
6    transcription thereof.

7

8

9

10
     Signed: ....../............
11
     Name:    ANTON TITOV
12
     Date:    1/29/2012
13

14

15

16

17

18

19

20

21

22

23

24

25