Highly Confidential

Page 152

1    A.   No.

2    Q.   Or their holding companies?

3    A.   No.

4    Q.   Okay.

5    MR. FABRIZIO:   I'm going to ask the court reporter to mark

6         as Titov exhibit 25 a two-page document bearing Bates

7         numbers HF02863219-20.   But as with the previous

8         exhibit, the actual exhibit consists of five pages:   The

9         two-page original in Bulgarian, a two-page English

10        translation, and a one-page affidavit of accuracy from

11        the translator.

12             (Exhibit Titov 25 marked for identification.)

13                  (Discussion off the record.)

14   BY MR. FABRIZIO:

15   Q.   Mr. Titov, speaking of the Bulgarian -- it is Bulgarian,

16        is it, the original?

17   A.   It is.

18   Q.   Speaking of the Bulgarian original, is that a true and

19        correct copy of an email thread that you participated in

20        in and around December 18, 2009?

21   A.   I don't have --

22   MR. THOMPSON:   Excuse me.   Objection, vague and compound.

23             You can answer.

24   A.   I don't have any reason to believe that it's not.

25   BY MR. FABRIZIO:

Highly Confidential

Page 190

1                    HIGHLY CONFIDENTIAL

2

3                      E R R A T A

                  Deposition of ANTON TITOV

4

   Page/Line No.        Description         Reason for change

5     14:18        Eitinerum --> Itinerum    Correct transcription

6     14:20        EITINERUM --> ITINERUM    Correct transcription

7     14:21        internet --> intranet     Correct transcription

8     14:24     all in shelves --> online shops   Correct transcription

9     15:7       webcasting --> webhosting    Correct transcription

10    15:10      webcasting --> webhosting    Correct transcription

11    18:6          Ilan --> Elan            Correct transcription

12   20:9 Manix: M-A-N-I-X -> Maniax: M-A-N-I-A-X  Correct trans.

13    35:16      unimportant --> important    Correct transcription

14    35:17    he show choice --> he may choose  Clarify record

15    37:6       Stillings --> Stallings      Correct transcription

16    37:8    S-T-I-L-L-I-N-G-S --> S-T-A-L-L-I-N-G-S Correct trans.

17    38:3      qualification --> collocation  Correct transcription

18    39:2    Equinix bandwith --> Equinix, bandwith  Clarify record

19

20   Signed:    ...................

21   Name:    ANTON TITOV

22   Date:    ...................

23

24

25

TSG Reporting - Worldwide     800-702-9580

Highly Confidential

Page 190

1                      HIGHLY CONFIDENTIAL

2                          E R R A T A

3                  Deposition of ANTON TITOV

4        Page/Line No.        Description              Reason for change

5        ───────────────────────────────────────────────────────────

6         44:1              IT --> IP            Correct transcription

7         46:16      with the grade, --> would degrade  Correct trans.

8         46:17  the traffic flows into there from --> when the traffic

9                 flows into their network from      Correct transcription

10        47:3 We can say any old --> We cannot say we want  Correct trans.

11        57:23       costing --> hosting         Correct transcription

12        61:15       Vlad --> Blue Ant           Correct transcription

13        65:24   Konstantin Lucyan --> Constantin Luchian  Correct trans.

14        77:11      lemur --> Lima              Correct transcription

15        89:6       SA --> Yes                  Correct transcription

16        89:21     I know what --> I don't know what   Correct trans.

17        99:11      Panek --> Penev             Correct transcription

18        109:23    Chubarov --> Chuburov        Correct transcription

19

20     Signed:   ....................

21     Name:   ANTON TITOV

22     Date:   ....................

23

24

25

TSG Reporting - Worldwide      800-702-9580

Highly Confidential

Page 190

1          HIGHLY CONFIDENTIAL

2

3                E R R A T A

3          Deposition of ANTON TITOV

4

     Page/Line No.      Description          Reason for change
5    110:1 Mr. Ianakov manages --> Mr. Stoyanov and Mr. Vangelov manage

6                                        Conform to facts

7    111:15    SecPay --> SegPay         Correct transcription

8    119:5     Limewire --> Limelight    Correct transcription

9    119:13    Limewire --> Limelight    Correct transcription

10   126:10    I was there --> I checked    Correct transcription

11   128:17    And that is tradition the Blue Ant contract is to -->

12        And the Blue Ant contract is still    Correct transcription

13   128:18    enforce --> in force      Correct transcription

14   138:8     Ignitov --> Ignatov       Correct transcription

15   138:10    I-G-N-I-T-O-V --> I-G-N-A-T-O-V    Correct transcription

16   65:24, 66:3, 66:8, 67:4, 68:3, Lucyan --> Luchian    Correct trans.
     68:16, 70:13, 70:19, 70:21,
17   71:13, 71:18, 72:3, 72:7, 72:9,              "
18   74:3, 75:10, 75:18, 76:4, 76:5, 76:8        "

19   72:17     Lucyan's --> Luchian's    Correct transcription

20   Signed: ..................

21   Name:  ANTON TITOV

22   Date:  1/19/2012

23

24

25

TSG Reporting - Worldwide       800-702-9580

Highly Confidential

Page 189

1                HIGHLY CONFIDENTIAL
              CERTIFICATE OF COURT REPORTER
2

3

    I, Fiona Farson, with TSG Reporting, hereby certify that the
4   testimony of the witness Anton Titov in the foregoing
    transcript, taken on Monday, December 5, 2011 was reported
5   by me in machine shorthand and was thereafter transcribed by
    me; and that the foregoing transcript is a true and accurate
6   verbatim record of the said testimony.
7

    I further certify that I am not a relative, employee,
8   counsel or financially involved with any of the parties to
    the within cause, nor am I an employee or relative of any
9   counsel for the parties, nor am I in any way interested in
    the outcome of the within cause.
10

11

12

13

14

    Signed:  ........................
15

    Fiona Farson
16

    Dated:   December 15th, 2011
17

18

19

20

21

22

23

24

25

Highly Confidential

Page 191

1                 UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
2            CASE NO. 11-20427-WILLIAMS/TURNOFF
3    - - - - - - - - - - - - - - - - - - - - - - - - -
     DISNEY ENTERPRISES,
4    INC., TWENTIETH CENTURY
     FOX FILM CORPORATION,
5    UNIVERSAL CITY STUDIOS
     PRODUCTIONS LLLP,
6    COLUMBIA PICTURES
     INDUSTRIES, INC., and
7    WARNER BROS.
     ENTERTAINMENT, INC.,
8
9              Plaintiff,
10   v.
11   HOTFILE CORP., ANTON
     TITOV, and DOES 1-10,
12
13             Defendants.
14
     HOTFILE CORP.,
15
               Counterclaimant,
16
     v.
17
     WARNER BROS ENTERTAINMENT
18   INC.,
               Counterdefendant.
19
     - - - - - - - - - - - - - - - - - - - - - - - - -
20                      VOLUME II
         H I G H L Y   C O N F I D E N T I A L
21      (Pursuant to protective order, the following
        transcript has been designated highly confidential)
22
             30(b)(6) DEPOSITION OF ANTON TITOV
23                 Radisson Blu Hotel
                    Sofia, Bulgaria
24           Tuesday, December 6, 2011
                   AT:  9:10 a.m.
25            Job No: 44175

Highly Confidential

Page 192

1                    A P P E A R A N C E S

2  ATTORNEY FOR THE PLAINTIFFS:

3           JENNER & BLOCK
            BY:  STEVEN B. FABRIZIO, ESQ.

4           1099 New York Avenue, NW

5           Washington, DC  20001

6

7

8

   ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,

9  AND ANTON TITOV:

            FARELLA, BRAUN & MARTEL

10          BY:  RODERICK M. THOMPSON, ESQ.

            235 Montgomery Street

11          San Francisco, California  94104

12

13          BOSTON LAW GROUP
            VALENTIN GURVITS

14          825 Beacon Street
            Newton Center, MA 02459

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 193

1    Also present:

2    Court reporter:

3            Fiona Farson

             TSG Reporting

4

5    Videographer:

6            Simon Rutson

             TSG Reporting

7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11   Technical expert:

12           Kelly Truelove

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 209

1    MR. FABRIZIO:  Well, he can answer "yes" or "no", either

2        way.

3    MR. THOMPSON:  Let -- the instruction stands, Mr. Fabrizio.

4    MR. FABRIZIO:  All right.  Well, let me ask the question so

5        it's clear.

6    Q.  At this point, just "yes" or "no":  Did Hotfile look to

7        see whether any of the files on exhibits A through D of

8        the counterclaim resulted in any users being terminated

9        by Hotfile?

10   MR. THOMPSON:  Same objection and same instruction.

11   A.  I don't believe that Hotfile checked for their own

12       knowledge, ever.

13   BY MR. FABRIZIO:

14   Q.  Checked for their what?

15   MR. THOMPSON:  "Own knowledge."

16   BY MR. FABRIZIO:

17   Q.  Why not?

18   MR. THOMPSON:  Objection.  Vague.

19   A.  Other than the obvious fact that it's easier not to do

20       something than to do something, I don't know.

21   BY MR. FABRIZIO:

22   Q.  Fair enough.

23          I believe you testified during the ESI deposition

24       that currently Hotfile terminates users who receive

25       three strikes based on Hotfile's receipt of DMCA

Highly Confidential

Page 210

1       notices; is that correct?

2    MR. THOMPSON:  Objection, vague.  Just so -- are you asking

3       him if that's what he said, or if that's the policy?

4    BY MR. FABRIZIO:

5    Q.  Is it the case that currently Hotfile terminates users

6       who have received three strikes based on Hotfile's

7       receipt of DMCA notices?

8    A.  That is correct, to my knowledge, yes.

9    Q.  Okay.  If a user is rightly terminated because that user

10       had received three or more strikes for uploading

11       infringing content, does the termination of that user

12       still negatively effect Hotfile's revenues?

13    MR. THOMPSON:  Objection.  Incomplete, hypothetical, calls

14       for speculation.

15    A.  I don't know.

16    BY MR. FABRIZIO:

17    Q.  You don't know?

18    A.  It's a very broad topic.  I don't have any factual

19       information.

20    Q.  Okay.  Let me ask it this way:  Does Hotfile consider

21       itself entitled to revenue from users who are repeat

22       copyright infringers by Hotfile's own standard?

23    MR. THOMPSON:  Objection.  Vague and ambiguous, calls for

24       a legal conclusion, and argumentative.

25    A.  I don't think so.

Highly Confidential

Page 247

1      holders account tool?

2   A.  Again, I don't know for a fact.

3   Q.  Was Hotfile developing the special rights holders

4       account tool prior to the request by Warner for such

5       a tool?

6   A.  I don't know for a fact.

7   Q.  Okay.  Take a look at exhibit 29.  And first starting

8       with the Bulgarian, is this a true and correct copy of

9       an email exchange that you participated in in and

10      around February 24, 2010?

11  A.  May I just take a look?

12  Q.  You had not read exhibit 29?

13  A.  I didn't read it all.

14  MR. THOMPSON:  So you should let him read it, please.

15  MR. FABRIZIO:  Okay, sure.

16          While you're reading it, why don't we change the

17      tape.

18  VIDEOGRAPHER:  Off the record.  11:18.  This is the end of

19      tape 1, volume II, of Anton Titov's deposition.

20                       (Videotape changed.)

21  VIDEOGRAPHER:  This is the beginning of tape 2, volume II,

22      a continuation in the deposition of Mr. Anton Titov.  On

23      the record at 11:20.

24  BY MR. FABRIZIO:

25  Q.  Have you had a chance to look at exhibit --

Highly Confidential

Page 248

1    A.  Yes, I did.

2    Q.  -- 29?  Okay.  So again, looking first at the Bulgarian

3        original, is this a true and correct copy of an email

4        exchange you participated in on February 24, 2010?

5    MR. THOMPSON:  Objection -- excuse me.  You're referring to

6        the last two pages of the exhibit?

7    MR. FABRIZIO:  Yes, I said the Bulgarian original.

8    MR. THOMPSON:  Well, I wanted to make clear what you were

9        referring to.  Objection, as it calls for a legal

10       conclusion.

11   A.  I don't have any reasons to believe that it's not.

12   BY MR. FABRIZIO:

13   Q.  Turning to the -- just turning to the English version,

14       in the bottom email, from  Ethan Applen at Warner

15       Brothers, dated February 24, 2010, he writes:

16           "I wanted to see if we could arrange a time to talk

17       about potentially including links on Hotfile to

18       ecommerce sites where Warner Bros content is hosted

19       (iTunes, Amazon, WBShop, etc)."

20           Do you see that?

21   A.  I see that.

22   Q.  What did you understand Mr. Applen to be proposing?

23   A.  Some kind of business arrangement.

24   Q.  Okay.  And in the email above it, from Hotfile Corp. to

25       Nasko Beluchi, who is Nasko Beluchi again?

Highly Confidential

Page 249

1   A.  Atanas Vangelov.

2   Q.  Andre says, "with regard to Warner, we don't have any

3       problems for now and we work normally."  What does that

4       refer to?

5   MR. THOMPSON:  Objection, calls for speculation.

6   A.  I don't know what it refers to.

7   BY MR. FABRIZIO:

8   Q.  In the top email, the Wednesday, February 24, from Nasko

9       to you and Mr. Stoyanov, Mr. Nasko writes:

10          "If we do this with them we would be able to first,

11      show a legitimate use of the service ..."

12          And then it goes on, close quote.  Is the part that

13      I read an accurate translation of the Bulgarian

14      original?

15  MR. THOMPSON:  Objection.  Calls for speculation.  He's not

16      a translator.  He also didn't write the document.

17  A.  It seems like the substance is right.

18  BY MR. FABRIZIO:

19  Q.  Okay.  Did you have further discussions with the other

20      shareholders who were on this email about trying to show

21      a legitimate use of the Hotfile service?

22  MR. THOMPSON:  Objection.  Misstates the document, assumes

23      facts.

24  A.  I don't remember any communication.

25  BY MR. FABRIZIO:

Highly Confidential

Page 252

1    about.

2    MR. FABRIZIO:  I'll ask him about the other one as well.

3    MR. THOMPSON:  Presumably the same words have the same

4        meanings if it's the same email, but go ahead.

5    BY MR. FABRIZIO:

6    Q.  Have you had a chance to read exhibit 30?

7    A.  Yes, I did.

8    Q.  Let me first go to the Bulgarian original and ask

9        whether this is a true and correct copy of an email

10       exchange between you and your other shareholders in

11       the February 2010 timeframe.

12   MR. THOMPSON:  Objection.  Calls for a legal conclusion.

13       There are also other emails he's not involved in.

14   A.  I don't have any reason to believe it's not.

15   BY MR. FABRIZIO:

16   Q.  Okay.  So let's go to the -- to the sentence that your

17       counsel was talking about.  There is a February 24,

18       2010, at 5:25 p.m. email from Nasko, and that is the --

19       that was part of which I read into the record at the

20       English version earlier, when I said if we do this with

21       them, we would be able to first show a legitimate use of

22       the service.

23           Do you see that?  Do you remember that?

24   A.  Yes, I remember that.

25   Q.  Okay.  And the English translation of the -- exhibit 30,

Highly Confidential

Page 259

1   MR. THOMPSON:  Oh, come on.  Let's not argue anymore.

2       Please proceed, and please respect the witness.  And

3       he's not a translator.

4   MR. FABRIZIO:  I have been very respectful to the witness,

5       and I'm not treating him as a translator; I just wanted

6       to make sure I understood what he understood that

7       sentence to mean.

8   Q.  Thank you, Mr. Titov.

9       Now, above that email, there is an email from you

10      dated February 24 at 5:28 p.m.  Do you see that?

11  A.  I do.

12  Q.  Okay.  And the English of that translates as:

13      "As far as I can see, their idea is to promote them,

14      not to upload their content on our site.  I don't see

15      why we should do it."

16      Does that accurately reflect what you wrote to your

17      coshareholders on February 24, 2010?

18  MR. THOMPSON:  Same objections regarding translation.

19  A.  The substance, I believe, is correct.

20  BY MR. FABRIZIO:

21  Q.  And then there is a further email from Mr. Stoyanov

22      on February 24, 2010.  It says:

23      "Despite all, I think it's good to contact them and

24      hopefully we will start working together (to sell their

25      legal things ..."

Highly Confidential

Page 260

1          And then it goes on, close quote.  Does that

2     accurately reflect the Bulgarian original?

3     MR. THOMPSON:  Objection.  Calls for translation.  Also

4     stops the sentence in mid-stream and sort of takes it

5     out of context, and calls for speculation as to what

6     someone else meant.

7     A.  Yes, to the extent that you -- you don't read it fully,

8     the substance is correct.

9     BY MR. FABRIZIO:

10    Q.  All right, I'll read the whole thing.  I don't want to

11    -- I was just trying to save time, but I'll read the

12    whole thing.

13         So Mr. Stoyanov writes:

14         "Despite all, I think it's good to contact them and

15    hopefully we will start working together to sell their

16    legal things, to give us trailers and maybe other things

17    we cannot think of now)."

18         Close quotes.  Does that accurately reflect the

19    Bulgarian original?

20    MR. THOMPSON:  Same objections.

21    A.  The substance is correct.

22    BY MR. FABRIZIO:

23    Q.  Okay.  And I've read the whole sentence in context?

24    A.  Hmm?

25    Q.  And I've read the whole sentence in context; I didn't

Highly Confidential

Page 261

1      leave anything out?

2   A.  As the full email.

3   Q.  Okay.  Did Hotfile ever do a deal with Warner along the

4       lines as discussed in exhibits 29 and 30?

5   MR. THOMPSON:  Objection, vague.

6   A.  I don't believe so.

7   BY MR. FABRIZIO:

8   Q.  Why not?

9   A.  I don't know for a fact.

10  Q.  Well, what information do you have as to why not?

11  A.  It is my impression that communication with them and

12      regarding their proposal was started and went forward,

13      and I don't know where it ended.

14  Q.  But it's a fact, is it not, that Warner sent at least

15      a couple of followup emails to try and get a response on

16      their proposal?

17  MR. THOMPSON:  Objection.  Calls for speculation.  The

18      documents speak for themselves.

19  A.  It is my belief that Warner sent -- sent a followup

20      email, but I'm not aware of wherever anything left

21      unanswered, where the communication ended.

22  BY MR. FABRIZIO:

23  Q.  Thank you.  Do you have any information at all as to why

24      Warner and Hotfile did not engage in a transaction of

25      the sort contemplated in exhibits 29 and 30?

Highly Confidential

Page 279

1    you believe Hotfile informs its users of a policy to

2    terminate repeat copyright infringers?

3  A.  I'm not aware of any other place where Hotfile is

4    informed about this except in the terms of service.

5  Q.  Okay.  Now we talked about the fact that after this

6    complaint was filed, Hotfile modified its practice with

7    regard to repeat infringers, right?

8  A.  Correct.

9  Q.  And Hotfile now has a strike system?

10  A.  Correct.

11  Q.  And prior to the filing of this lawsuit, Hotfile did not

12    have a strike system?

13  MR. THOMPSON:  Objection, vague.

14  A.  No, it did not ...

15                    (Reporter clarification.)

16  A.  ... have a system that would automatically assign and

17    count strikes.

18  BY MR. FABRIZIO:

19  Q.  Did Hotfile have any systematic process to identify

20    repeat copyright infringers prior to this litigation?

21  MR. THOMPSON:  Objection, vague.

22  A.  Not based on a computer decision, if that is what you

23    mean by "systematic."

24  BY MR. FABRIZIO:

25  Q.  Well, that's one thing that I mean by "systematic."  But

Page 280

1    was there a regular practice of identifying copyright

2    infringers and tracking copyright infringers so that

3    Hotfile could identify repeat copyright infringers?

4    MR. THOMPSON:  Objection, vague.

5    A.  The practice was to terminate repeat infringers after

6        a complaint from owner of a copyright, and -- or even

7        just an indication from copyright owner that he has

8        a certain problem with the user.  And there might be

9        other ways to -- I mean, the general idea was that it

10       was by discretion.

11   BY MR. FABRIZIO:

12   Q.  By discretion of who?

13   A.  Most of the time it was by Ianakov and Manov.

14   Q.  Did you or any of the other shareholders, to your

15       knowledge, give Mr. Ianakov or Manov instructions as to

16       when they should terminate copyright infringers?

17   MR. THOMPSON:  Objection.  Overbroad, vague as to time.

18   BY MR. FABRIZIO:

19   Q.  For the current time, all my questions concern the

20       period of time prior to the filing of this action.  When

21       we're shifting to the post complaint period of time,

22       I'll let you know.  Okay?

23   A.  Yes.

24   Q.  So did you -- or, to your knowledge, any of the other

25       Hotfile shareholders -- ever give Mr. Ianakov or

Highly Confidential

Page 281

1       Mr. Manov instructions with regard to terminating

2       copyright infringers?

3   MR. THOMPSON:  Objection, overbroad.

4   A.  I believe so.

5   BY MR. FABRIZIO:

6   Q.  What instructions did you give them?

7   A.  I don't remember any specifics, but I think that the

8       outline of the instructions was to terminate on request

9       and to try to help the complaining party.

10  Q.  Prior to the filing of this complaint, when Hotfile

11      received a DMCA notice from a copyright owner, did

12      Hotfile attempt to identify the user who had uploaded

13      the offending file?

14  MR. THOMPSON:  Objection, overbroad.

15  A.  I don't believe that would be the case most of the time.

16      But again, on discretion, employees could investigate

17      further.

18  BY MR. FABRIZIO:

19  Q.  When you say "on occasion," [sic] do you mean when

20      a copyright owner insisted?

21  MR. THOMPSON:  Objection.  Vague, misstates testimony.

22  BY MR. FABRIZIO:

23  Q.  Well, let me -- let me rephrase that.

24      Absent a request, a specific request by a copyright

25      owner, prior to the filing of this action, did Hotfile

Highly Confidential

Page 282

1    have a practice of identifying the user who had uploaded

2    files identified as infringing in DMCA notices?

3    MR. THOMPSON:  Objection.  Overbroad, and asked and

4    answered.

5    A.  I won't say "specific request," but if a copyright

6    holder would raise some kind of concern that I -- I

7    think can be -- can be summarized, again, a discretion,

8    identification could be made.

9    BY MR. FABRIZIO:

10   Q.  Okay.  My question, though, is without a request from

11   a copyright owner, when Hotfile received a DMCA notice,

12   did Hotfile, as a matter of practice, identify the user

13   who had uploaded the offending file?

14   MR. THOMPSON:  Objection.  Asked and answered.

15   A.  I don't believe so.

16   BY MR. FABRIZIO:

17   Q.  Is there any written document, formal or informal,

18   through which Hotfile communicated with Mr. Ianakov or

19   Manov whether and how they should terminate copyright

20   infringers?

21   A.  I'm not aware of any.

22   Q.  Did you personally give either of those gentlemen

23   instructions as to how to treat copyright infringers?

24   MR. THOMPSON:  Objection.  Overbroad and vague.

25   A.  I don't remember.

Highly Confidential

Page 283

1    BY MR. FABRIZIO:

2    Q.   Are you aware that either of the other shareholders

3         specifically instructed Mr. Ianakov or Manov as to how

4         they should deal with repeat copyright infringers?

5    A.   I don't have any clear memories of what happened in

6         2009.

7    Q.   Do you have any memory at all?

8    MR. THOMPSON:   Objection.   Overbroad and vague.

9    A.   I remember some discussions on the topic, but not

10        specifically the time, or --

11   BY MR. FABRIZIO:

12   Q.   What do you --

13   A.   -- who said what.

14   Q.   What do you remember?

15   A.   I remember Andrew raising some concerns, or asking

16        questions, and somebody telling him to terminate users

17        that are -- users that are reported by a copyright owner

18        to be repeat infringers.

19   Q.   Was that in regard to a specific user, or as a general

20        policy?

21   MR. THOMPSON:   Objection, vague.

22   A.   I don't remember.

23   BY MR. FABRIZIO:

24   Q.   Prior to the filing of this complaint, did Hotfile have

25        a system that in some way flagged users that had

Highly Confidential

Page 284

1      numerous complaints about copyright infringement?

2   MR. THOMPSON:  Objection.  Vague and ambiguous, asked and

3      answered.

4   A.  No, I don't believe so.

5   BY MR. FABRIZIO:

6   Q.  Prior to the filing of this complaint, did Hotfile have

7      a determined policy as to how many copyright owner

8      complaints it would take before Hotfile would terminate

9      a user?

10  MR. THOMPSON:  Objection.  Vague and ambiguous, overbroad.

11  A.  I don't believe Hotfile had any policy of how many DMCA

12     notices it would take to terminate --

13              (Reporter clarification.)

14  A.  -- DMCA notices it would take to terminate

15     a user, repeat infringer.

16  MR. FABRIZIO:  We've marked as Titov exhibit 32 a one-page

17     document Bates numbered HF02832020.

18     (Titov exhibit 32 marked for identification.)

19  BY MR. FABRIZIO:

20  Q.  Mr. Titov, although exhibit 32 does not show you as

21     a recipient, you have seen this document before, have

22     you not?

23  A.  May I confer with my lawyer on matters of privilege?

24  MR. THOMPSON:  Of course you can.

25  MR. FABRIZIO:  It's a matter of privilege from July 19,

Highly Confidential

Page 285

1       2009?

2    MR. THOMPSON:  Well, counsel, the answer is yes, he can

3       confer about a matter of privilege.

4    BY MR. FABRIZIO:

5    Q.  Yes, you can confer as a matter of privilege.  Is

6       there a --

7    MR. THOMPSON:  So let's go off the record, and --

8    MR. FABRIZIO:  No, hold on a second; I'm not done.

9    Q.  Is it a matter of privilege with regard to this exhibit?

10   A.  Yes.

11   MR. FABRIZIO:  Okay.  We'll go off the record.

12   VIDEOGRAPHER:  Off the record, 2:02.

13                   (A break was taken.)

14   VIDEOGRAPHER:  Back on the record, 2.03.

15   BY MR. FABRIZIO:

16   Q.  Have you had a chance to confer with your counsel?

17   A.  Yes, I did.

18   Q.  Are you prepared to go forward with questions on this

19      document?

20   A.  Yes.

21   Q.  My question was, is -- simply as a starter, you have

22      seen this document before, have you not?

23   A.  I've seen it recently.

24   Q.  Okay.  When have you seen it?

25   A.  Days ago.

Highly Confidential

Page 286

1    Q.  In preparation for your deposition?

2    A.  Yes.

3    Q.  Okay.  Didn't you see this document in the July 2009

4        timeframe when you were asked for comments on it?

5    A.  I don't remember.

6    Q.  Let me just refer you to the second paragraph.  The last

7        two sentences read:

8            "We also have [a] system in place that flags the

9        users the has numerous infringing complains.  We

10       manually review those accounts and they are being

11       deleted and their funds from our affiliate program

12       seized."

13           Do you see that?

14   A.  I do.

15   Q.  Okay.  Was that an accurate statement of Hotfile's

16       policy at the time?

17   MR. THOMPSON:  Objection.  Overbroad and vague.

18   A.  I don't believe so.

19   BY MR. FABRIZIO:

20   Q.  What was this email?

21   MR. THOMPSON:  Objection.  Lacks foundation, calls for

22       speculation.

23   A.  I don't know for a fact.

24   BY MR. FABRIZIO:

25   Q.  In the July 2009 timeframe, did Hotfile give

Highly Confidential

Page 287

1       consideration to adopting a repeat infringer policy

2       along the lines of the sentences I read into the record?

3    MR. THOMPSON:  Objection, vague.

4    A.  I don't have any memory.

5    MR. FABRIZIO:  We've marked as Titov exhibit 33 a one-page

6       document Bates numbered HF02830667.

7           I figured out a system to get it closer to you.

8       (Pause.)

9           (Titov exhibit 33 marked for identification.)

10   BY MR. FABRIZIO:

11   Q.  What is exhibit 33, Mr. Titov?

12   MR. THOMPSON:  Objection.  Vague.

13   A.  A printout of an email.

14   BY MR. FABRIZIO:

15   Q.  From?

16   A.  Hotfile.mailbox.

17   Q.  And in brackets, it says "andrew@Hotfile."  Do you

18       recognize that email address?

19   A.  Yes, I do.

20   Q.  As who?

21   A.  Andre Ianakov.

22   Q.  And he had responsibility for interfacing with copyright

23       owners and their agents on infringement matters?

24   A.  He does.

25   Q.  Do you have any reason to belief this is not an

Highly Confidential

Page 288

1    authentic copy of an email sent by Mr. Ianakov on or

2    around December 5th, 2010?

3  MR. THOMPSON:  Objection.  Calls for a legal conclusion.

4  A.  I don't have any reason to believe that it's not true.

5  BY MR. FABRIZIO:

6  Q.  In the second sentence of -- actually, before we go

7    there, in the bottom email, it says

8    "dominic@pornguardian.com".  Do you see that?

9  A.  I can see that.

10  Q.  What is pornguardian.com?

11  MR. THOMPSON:  Objection.  Lacks foundation.

12  A.  I don't know for a fact.

13  BY MR. FABRIZIO:

14  Q.  Do you have any understanding of what Porn Guardian is?

15  A.  I think it is an agency enforcing copyrights of adult

16    content.

17  Q.  So in the second sentence, Mr. Ianakov writes to Porn

18    Guardian:

19      "Every user received 3 DMCA reports will lead to

20    mark account as repeat offender and we suspend it."

21      Do you see that?

22  A.  I do.

23  Q.  In this timeframe, December of 2010, is that an accurate

24    statement of Hotfile's policy?

25  MR. THOMPSON:  Objection.  Vague and overbroad.

Highly Confidential

Page 289

1    A.   It's not accurate in the fact that he's suggesting that

2         something automatic is happening, and it may be at his

3         discretion who's monitoring, Porn Guardian or somebody

4         else.

5    BY MR. FABRIZIO:

6    Q.   Do you know whether he was?

7    A.   No, I don't know.

8    MR. FABRIZIO:   We've marked as Titov exhibit 34 a document

9         produced by Hotfile, Bates numbered HF00000048 through

10        315.  The version we have marked as exhibit 34 is an

11        excerpt of that document that omits the pages between

12        HF49 through HF284.  Those pages reflect dates after the

13        filing of this complaint, and we were focusing on dates

14        prior to the filing of this complaint.

15             Mr. Thompson, this is the document I sent you some

16        days ago and asked you if Mr. Titov would read and

17        affirm whether the entries highlighted in yellow

18        represented the only instances, prior to the filing of

19        this complaint, that Hotfile had terminated a user for

20        reasons related to copyright infringement.

21             (Titov exhibit 34 marked for identification.)

22    BY MR. FABRIZIO:

23    Q.   Mr. Titov, have you had an opportunity to review what

24        we've marked as exhibit 34 prior to today?

25    A.   I didn't review it before, no.

Highly Confidential

Page 290

1    Q.   And did you look at the yellow entries and consider the

2         question we had posed through your counsel?  And that is

3         whether the entries highlighted in yellow represent the

4         only instances prior to the filing of this complaint

5         where Hotfile terminated a user for reasons of copyright

6         infringement?

7    A.   I spoke with Andrew on this matter, and since at the

8         beginning we didn't have the functionality of suspending

9         the user rather than -- we only had functionality of

10        deleting the user, which would vanish all information

11        about it from the database.  He thinks that at least

12        some users were terminated by deletion.

13   MR. THOMPSON:  I'm not sure everyone got the -- "vanished

14        the information."

15   BY MR. FABRIZIO:

16   Q.   Does Hotfile have any records of any other users being

17        terminated for reasons related to copyright

18        infringement?

19   MR. THOMPSON:  Objection, overbroad.

20   A.   I don't think Hotfile has any records that are not

21        produced.

22   BY MR. FABRIZIO:

23   Q.   And do you personally have any knowledge of any user

24        being terminated for reasons of copyright infringement,

25        prior to the filing of this complaint, beyond those

Highly Confidential

Page 291

1    highlighted on exhibit 34?

2    A.   If "personally" doesn't apply to information I haven't

3         been told, then no.

4    Q.   In this case "personally" means information of which you

5         have personal knowledge.  Do you personally have any

6         information as to users terminated for reasons related

7         to copyright infringement before this case began, other

8         than those highlighted in yellow in exhibit 34?

9    A.   I don't think so.

10   MR. FABRIZIO:  Counsel, if Hotfile is going to rely on some

11        vague assertion by Mr. Ianakov that there may have been

12        others of -- and this corporate designee doesn't have

13        any information beyond that, Hotfile needs to produce

14        Mr. Ianakov as a 30(b)(6) designee.

15   MR. THOMPSON:  Mr. Fabrizio, as we mentioned this morning,

16        you're not the judge; if you want to make requests of us

17        in discovery, that's fine.  But we're not making rulings

18        in the middle of the deposition.

19   MR. FABRIZIO:  I wasn't making a ruling.  I was simply

20        pointing out that this witness can't provide evidence to

21        a topic that is obviously of central relevance to the

22        case, and that we sent you a document in advance to

23        consider, and other than saying he had a conversation

24        with someone who said there may have been something

25        else, has no further knowledge on the subject.

Highly Confidential

Page 295

1    A.   2009.

2    Q.   What does that mean?

3    A.   I mean it probably happened in 2009.   I assumed it

4         happened a long time ago.

5    Q.   And you assumed he wouldn't remember?

6    A.   Yeah, I think so.

7    Q.   In the early 2009 timeframe, did Hotfile keep backup

8         archives of its data?

9    MR. THOMPSON:   Objection.   Overbroad.

10   A.   No, I don't believe so.

11   BY MR. FABRIZIO:

12   Q.   So no backups on some remote server somewhere, or on

13        tape somewhere?

14   A.   No.

15   Q.   Is there any way for Hotfile to determine whether they

16        in fact terminated anyone for reasons related to

17        copyright infringement prior to the first date on

18        exhibit 34?

19   A.   I don't believe so.

20   Q.   Okay.   Other than what Mr. Ianakov believed may have

21        happened prior to the first date on exhibit 34, is

22        Hotfile aware of any user terminated for reasons related

23        to copyright infringement, before the filing of this

24        complaint, other than the users highlighted in yellow on

25        exhibit 34?

Highly Confidential

Page 296

1    MR. THOMPSON:  Objection.  Vague and ambiguous, and

2       self-contradictory as in the date that you mentioned.

3    MR. FABRIZIO:  Mmm?

4    MR. THOMPSON:  The first date on exhibit 34 is May, on the

5       first page.

6    MR. FABRIZIO:  Actually the first date on exhibit 34

7       is August of 2009 on the last page, but let me -- let me

8       rephrase.

9    MR. THOMPSON:  So you don't think there was --

10   MR. FABRIZIO:  Let me rephrase.

11   Q.  Okay, let me put it this way:  Mr. Ianakov couldn't

12       identify a specific user terminated, correct?

13   A.  Correct.

14   Q.  Okay.  Prior to this complaint, can Hotfile identify any

15       specific user who was terminated for copyright

16       infringement, or reasons related to copyright

17       infringement, other than the users highlighted in yellow

18       on exhibit 34?

19   MR. THOMPSON:  Objection.  Overbroad and vague.

20   A.  I don't know.

21   BY MR. FABRIZIO:

22   Q.  It's kind of a "yes" or "no" there.  Let me ask it

23       again.

24          Prior to the filing of this complaint, can Hotfile

25       identify any specific user who was terminated for

Highly Confidential

Page 299

1       manipulate it in any way?

2   A.  I don't understand the question.

3   Q.  To the best of Hotfile's ability, did it in fact produce

4       to plaintiffs a list of users, an exhaustive list of

5       users, who had been terminated by Hotfile?

6   A.  Yes, it did.  What I was trying to say is not the way it

7       starts in the database and -- you know, extracting it

8       and modifying it.  Yes, that's what we were able to

9       extract from the database, without modifying.

10  Q.  Okay.  Could you look at page -- the page with the Bates

11      number 313, and also 312.

12          What is Corbin Fisher?

13  MR. THOMPSON:  Objection.  Lacks foundation.

14  A.  I don't remember if it's a product or a trademark by

15      Liberty Media.

16  BY MR. FABRIZIO:

17  Q.  So when "Corbin Fisher" is in the column headed "B,"

18      which is the "Reason" column, that refers to a deletion

19      or a termination by reason of a complaint by Liberty

20      Media?

21  MR. THOMPSON:  Objection, overbroad.

22  A.  If the column is Corbin Fisher, it means that user is

23      terminated because it's sharing -- or was found to be

24      sharing Corbin Fisher content.

25  BY MR. FABRIZIO:

Highly Confidential

Page 300

1   Q.  And immediately prior to the first termination, which is

2       on page 313 and -- well, let me ask you this:  The

3       column headed -- is column C, headed "Date," the date of

4       the termination?

5   A.  Correct.

6   Q.  And column A, headed "User ID," that's the user ID of

7       the user terminated?

8   A.  I believe so.

9   Q.  Okay.  And column B, headed "Reason," that's the reason

10      for the termination?

11  A.  Yes.

12  Q.  Okay.  So looking at page 313, the first Corbin Fisher

13      termination occurred on January 21, 2010.  Do you see

14      that?

15  A.  Yes, I see that.

16  Q.  Okay.  Had Hotfile -- had Hotfile been served with a TRO

17      granted in favor of Liberty Media immediately preceding

18      that termination?

19  MR. THOMPSON:  Objection.  Lacks foundation.

20  BY MR. FABRIZIO:

21  Q.  And by "TRO," I mean temporary restraining order, issued

22      by a federal judge.

23  A.  I know about -- I don't know about the exact timeline,

24      but I'm sure that there was a TRO around that time.

25  MR. FABRIZIO:  Let me mark as Titov 35 a one-page email

Highly Confidential

Page 301

1      Bates numbered HF276041 from Mark Randazza to

2      abuse@hotfile.

3          And why don't we change the tape while the witness

4      reviews the document.

5          (Titov Exhibit 35 marked for identification.)

6   VIDEOGRAPHER:  Off the record, 2:39.  This is the end of

7      tape 2, volume II, of Anton Titov's deposition.

8                  (A break was taken.)

9   VIDEOGRAPHER:  This is the beginning of tape 3, volume II,

10     and a continuation in the deposition of Mr. Anton Titov.

11     On the record, 2:41.

12  BY MR. FABRIZIO:

13  Q.  Mr. Titov, does the email from -- actually, could I see

14     that exhibit one more time?

15  MR. FABRIZIO:  Wrong document.  Let's just leave it as

16     exhibit 35.  But that wasn't the document I intended to

17     mark.

18     (Titov exhibit 36 marked for identification.)

19  MR. FABRIZIO:  Let me mark as Titov exhibit 36 a one-page

20     email numbered HF210875 to Hotfile abuse and others.

21  Q.  Do you see the subject line, Mr. Titov, is "Liberty

22     Media Holdings v Hotfile.com"?

23  A.  I see that.

24  Q.  Does this document refresh your memory that Hotfile was

25     served with a TRO in favor of Liberty Media on January

Highly Confidential

Page 302

1      20th, 2010?

2    A.   Yeah, I believe so.

3    Q.   Okay.  So looking back at exhibit 34, the terminations

4         of users based on infringement of Liberty Media content

5         did not begin until after Liberty Media sued Hotfile and

6         obtained a temporary restraining order against Hotfile,

7         correct?

8    MR. THOMPSON:  Objection.  Overbroad.

9    A.   That is correct.

10   BY MR. FABRIZIO:

11   Q.   Can we look at exhibit 34, page 302, Bates number 302.

12           Do you see that?

13   A.   I do.

14   Q.   Okay.  Now, do you see that there is another highlighted

15        Corbin Fisher entry?

16   A.   Yes, there is.

17   Q.   Reflecting a user terminated on September 2nd, 2010,

18        correct?

19   A.   Correct.

20   Q.   And is it not a fact that on September 1st, 2010, Corbin

21        Fisher or Liberty Media served a subpoena on Hotfile

22        regarding a copyright infringer?

23   MR. THOMPSON:  Objection.  Assumes facts.

24   A.   I don't -- I don't know.  I mean, I don't remember any

25        specifics.

Highly Confidential

Page 303

1    MR. FABRIZIO:  We've marked as Titov exhibit 37 a one-page

2        email number HF106926.  One portion of the email had

3        some Bulgarian, so the exhibit will be three pages:  The

4        English translation on top, the affidavit of accuracy

5        behind that, and then the original with the Bulgarian

6        behind that.

7            (Titov exhibit 37 marked for identification.)

8    MR. FABRIZIO:  In fact, the Bulgarian part is not relevant

9        here, or at least not to my questioning.

10   Q.  Looking at the bottom half of the first page of

11       exhibit 37, we see that the email from Liberty Media

12       Holdings, Mr. Gapp, is addressed abuse@hotfile.com, and

13       anton@hotfile.com and anton@titov.net.  Are the last two

14       email addresses yours?

15   A.  Yes, they are.

16   Q.  So is this an email that you received on or

17       about September 1st, 2010?

18   A.  I don't have any reasons to believe that it isn't.

19   Q.  And does it refresh your recollection that Liberty Media

20       served a subpoena on Hotfile on September 1st, 2010?

21   A.  Yes, it does.

22   Q.  So the termination of another Liberty -- of a user for

23       infringing Liberty Media content, on September 2nd,

24       occurred only after Liberty Media served a DMCA subpoena

25       on Hotfile, correct?

Highly Confidential

Page 304

1    MR. THOMPSON:  Objection.  Lacks foundation and calls for

2        speculation.

3    A.  Sitting here, I don't have any information to connect

4        these events for sure.  It could be the case.

5    BY MR. FABRIZIO:

6    Q.  Well, you got the subpoena on September 1st, correct?

7    A.  Yes.

8    Q.  And you terminated the user for violating Corbin Fisher

9        or Liberty Media content on September 2nd, correct?

10   A.  Correct.

11   Q.  Would you go back to exhibit 34 and turn to page 306.

12       We see there are two user terminations highlighted in

13       yellow, and they both say, under "Reason," "repeated

14       infringer of DSH Productions and DallasSpanksHard.com."

15   A.  That's correct.

16   Q.  What is DallasSpanksHard.com?

17   MR. THOMPSON:  Objection.  Lacks foundation, calls for

18       speculation.

19   A.  I don't know for a fact.

20   BY MR. FABRIZIO:

21   Q.  What do you believe it to be?

22   MR. THOMPSON:  Same objection.

23   A.  Probably some adult-related website.

24   BY MR. FABRIZIO:

25   Q.  Some what?

Highly Confidential

Page 305

1    A.  Adult-related website.

2    MR.  FABRIZIO:  We're marking as Titov exhibit 38 an email

3        numbered HF236482 through 487.  This one is dated April

4        14, 2010, and it is to abuse@lemuriaco.com.   My

5        questions only reference the first page, but feel free

6        to skim the rest.  (Pause.)

7            (Titov exhibit 38 marked for identification.)

8    BY MR. FABRIZIO:

9    Q.  Mr. Titov, do you see emails going to

10       abuse@lemuriaco.com?

11   MR. THOMPSON:  Objection, overbroad.

12   A.  I do.

13   BY MR. FABRIZIO:

14   Q.  And is this an email you received on or about April 14,

15       2010?

16   A.  I mean to say I have access to them.  They're also

17       getting forwarded to abuse@hotfile.com.

18   Q.  So any e-mail sent to abuse@lemuriaco.com automatically

19       gets forwarded to abuse@hotfile.com?

20   A.  I believe so.

21   Q.  Why is that?

22   A.  I guess we didn't want -- don't want to miss any

23       takedown notices.

24   Q.  Okay.  Do you have any reason to doubt that this is an

25       email that Lemuria received on April 14, 2010?

Highly Confidential

Page 306

1   A.   No reason to doubt that.

2   Q.   And are emails sent to abuse@lemuriaco.com maintained in

3        the ordinary course of business by Lemuria?

4   MR. THOMPSON:   Objection.   Calls for a legal conclusion.

5   A.   There is a separate mailbox that calls them as addition

6        to provide -- that is providing them service at

7        hotfile.com.

8   BY MR. FABRIZIO:

9   Q.   So there's an automatic process pursuant to which these

10       get stored and maintained by lemuriaco?

11  A.   Correct.

12  Q.   You see in the second sentence, the author of this email

13       says:

14            "I have sent 13 official DMCA takedown notices to

15       Hotfile.com.   You are hosting them.   They have

16       systematically taken weeks to get back to me.   They have

17       out of 13 DMCA takedown notices only responded a few

18       times."

19            And then, in the next paragraph, he writes:

20            "I will refer this to my attorney Frank Capwell if

21       I am not satisfied with the outcome of this matter.

22       I have a family and bills like all others."

23            And the last paragraph says:

24            "This represents a huge loss to my company" -- "to

25       my companyS.one you will be liable for."

Highly Confidential

Page 307

1           Did you understand this person to be threatening

2      legal action against Lemuria?

3   MR. THOMPSON:  Objection.  Assumes facts, vague as to time.

4   A.  Yes, it could be.

5   BY MR. FABRIZIO:

6   Q.  Okay.  And it was only after Lemuria received exhibit 38

7      that Hotfile terminated the two users for infringing

8      content of DSH Productions and DallasSpanksHard.com,

9      correct?

10  A.  That is correct.

11  Q.  If you could turn back to exhibit 34 and look at page

12     303, there is a single highlighted termination that's

13     numbered -- the row number, 13276, and under under the

14     reason, it just says "http://bryci.com copyright."

15          Do you see that?

16  A.  Yes, I do.

17  Q.  And do you know what BRYCI.com is?

18  A.  Only recently, by reviewing this list.

19  Q.  Okay.  What is your understanding of what BRYCI means?

20  A.  It's -- It was an adult-related website.

21  Q.  And isn't it a fact that Hotfile got repeated emails

22     from the content owner just before you terminated this

23     particular user?

24  A.  I don't know.

25  MR. THOMPSON:  Mr. Titov would like to take a break when you

Highly Confidential

Page 308

1      have a chance.

2   MR. FABRIZIO:  Why don't we take a break now, and I'll mark

3      things while we're off the record.

4   VIDEOGRAPHER:  Off the record, 3 o'clock.

5                          (A break was taken.)

6      (Titov exhibits 39 and 40 marked for identification.)

7   VIDEOGRAPHER:  Back on the record, 3:12.

8   MR. FABRIZIO:  For the record, we've put in front of the

9      witness two documents we marked when we were off the

10     record, Titov exhibit 39, which is a two-page email

11     numbered HF792378-79, and Titov exhibit 40, it's an

12     email thread numbered HF792668-69.  (Pause.)

13  Q.  Have you had a chance to review exhibit 39 and

14     exhibit 40?

15  A.  Oh, 39.

16  Q.  Why don't you review 40, too.  They go together.

17     (Pause.)

18        Okay.  Exhibit 39 is dated August 11, 2010.  Do you

19     see that?

20  A.  Yes, I do.

21  Q.  And it's addressed to Hotfile.com abuse --

22     abuse@lemuriaco.com and support@hotfile.com.  And it's

23     from GND Media, and it says from the legal department of

24     GND media.  Do you see that?

25  A.  I see that.

Highly Confidential

Page 309

1    Q.   And you see the exhibit 40 is dated later that same day,

2         addressed the same way?

3    A.   Yes, I do.

4    Q.   Okay.  And the copyright owner in these two documents is

5         complaining about contents on bryci.com?

6    A.   Correct.

7    Q.   Do you have any doubt that Hotfile and Lemuria received

8         exhibit 39 and exhibit 40 on or around August 11, 2010?

9    A.   I do not.

10   Q.   And you see that in exhibit 39, the copyright owner says

11        that it was their second request.  And I think that's

12        in -- four paragraphs down, in all capitals:  "REMOVE

13        OUR CONTENT PLEASE.  SECOND REQUEST!"

14   A.   Correct.

15   Q.   And then more urgently, in exhibit 40, in the first

16        paragraph, the content owner says:

17             "By allowing this to happen, you are enabling them

18        legally as such, you put your company at risk of

19        litigation."

20             Do you see that?

21   A.   I actually -- oh.  I see that.

22   Q.   Okay.  So does that refresh your recollection that you

23        had received multiple emails from the content owner

24        threatening litigation prior to the time you deleted the

25        user reflected on page 3 of 3 of exhibit 34?

Highly Confidential

Page 310

1    A.  I personally didn't see these emails, but yes, probably
2        there is a connection.
3    Q.  Do you have any idea how many of the files uploaded by
4        that user, user ID 286330, how many files uploaded by
5        that user had been deleted by Hotfile prior to the time
6        Hotfile finally deleted the terminated user?
7    MR. THOMPSON:  Objection.  Assumes facts.
8    A.  I don't know.
9    Q.  Would it surprise you to learn that it was over 3,900
10       separate files?
11   MR. THOMPSON:  Same objection.
12   A.  I don't know.
13   BY MR. FABRIZIO:
14   Q.  Do you think it's reasonable -- do you think it's a
15       reasonable policy for Hotfile to require copyright
16       owners to call for the deletion of 3,900 separate files
17       before you terminate a user?
18   MR. THOMPSON:  Objection.  Assumes facts not in evidence,
19       argumentative.
20   A.  I don't know.
21   BY MR. FABRIZIO:
22   Q.  As a general matter, do copyright owners have a means to
23       learn the identity of the users uploading files to
24       Hotfile?
25   MR. THOMPSON:  Objection.  Overbroad and vague.

Highly Confidential

Page 311

1   A.  Not without asking, no.

2   BY MR. FABRIZIO:

3   Q.  So if Hotfile doesn't identify infringers from the

4       notices copyright owners send them, how are copyright

5       owners supposed to identify infringers who are repeat

6       infringers?

7   MR. THOMPSON:  Objection, vague.

8   A.  I guess they have their ways, since they are doing so

9       once in a while.

10  BY MR. FABRIZIO:

11  Q.  Once in while?

12  A.  Mmm.

13  Q.  But in general, is there a way for them to do it?

14  MR. THOMPSON:  Objection.  Asked and answered, vague.

15  A.  Not without asking, yeah.

16  BY MR. FABRIZIO:

17  Q.  Right.  Could you turn back to exhibit 34 and look at

18      pages 295 through 297.  Do you see there are -- there

19      are some highlighted users terminated where the reason

20      was given, Porn Guardian:  Do you see those?

21  A.  I do.

22  Q.  Do you recall the circumstances of those user

23      terminations?

24  A.  No, I do not.

25          (Titov exhibit 41 marked for identification.)

Highly Confidential

Page 312

1    MR. FABRIZIO:  I'm marking as Titov exhibit 41 a two-page

2        email numbered HF1990729-30.  Parts of the original of

3        this email were in Bulgarian, so the exhibit consists of

4        the two-page English translation on top, the

5        certification of accuracy by the translator, and

6        two-page original which again contains some Bulgarian,

7        I believe, in the back, Mr. Titov.  (Pause.)

8            Do you have your own translator, Rod?

9    MR. THOMPSON:  He makes do.  (Pause.)

10   BY MR. FABRIZIO:

11   Q.  Are you ready, Mr. Titov?

12   A.  Yes.

13   Q.  Do you see the first email in time, which is the one at

14       the bottom, is from dominic@pornguardian?

15   A.  Yes.

16   Q.  And he's writing to abuse@hotfile.com on December 20,

17       2010?

18   A.  I would say that the first email is dated December 19th.

19   Q.  Okay, it refers to matters dated December 19th; all

20       right.  And actually there's an email from

21       dominic@pornguardian on both December 19th and December

22       20th; do you see those?

23   A.  Yes, I do.

24   Q.  And then above that there is an email written

25       on December 20th, 2010 from Hotfile abuse.  Do you

Highly Confidential

Page 313

1      recognize that email address, abuse@hotfile.com?

2   A.  Yes, I do.

3   Q.  And then above that, an email written from

4       andrew@hotfile.com to abuse@hotfile.com?  Do you see

5       that?

6   A.  I do.

7   Q.  Also on December 20th.

8          And do you recognize the andrew@hotfile.com to be

9       Andrew Ianakov?

10  A.  I do.

11  Q.  And do you have any -- any reason to doubt that this is

12      a true and correct copy of an email exchange on or

13      around December 20th and December 19th, 2010?

14  A.  Yes, I recognize -- I mean -- sorry, what --

15  Q.  Do you have any -- have you seen this document before?

16  A.  No, I did not seen this.

17  Q.  But do you have any reason to doubt that it's an

18      authentic email exchange between andrew@hotfile.com and

19      dominic@pornguardian, in this timeframe?

20  MR. THOMPSON:  Objection.  Misstates the document.

21  A.  I don't have any reason to doubt the authenticity of

22      this document.

23  BY MR. FABRIZIO:

24  Q.  I'm going to focus you on the English translation of the

25      email dated December 20th from abuse@hotfile.com.

Highly Confidential

Page 314

1          By the way, do you have any information as to who

2      was operating abuse@hotfile.com in this timeframe?  Was

3      it Mr. Manov?

4   A.  I would suppose that it was Mr. Manov, since before it

5      was Andre Ianakov.

6   Q.  That's what I thought as well.  Okay.

7          Mr. Manov writes:

8          "There [are] files from different users; those files

9      that he has sent are located on logitech115 and octav"

10      -- O-C-T-A-V -- "which have quite a long list.  I saw

11      the files on logitech115 and I would say that they have

12      all kind of things...; how shall we entirely block it?

13      Take a look at them yourself."

14          Do you see that?

15  A.  I do.

16  Q.  Okay.  And does that reasonably accurately reflect what

17      is written in Bulgarian on the original?

18  MR. THOMPSON:  Objection; he's not a professional

19      translator.  It's also compound, because of multiple

20      sentences.

21  A.  The substance correct -- the substance is correct, while

22      I wouldn't say it's perfect.

23  BY MR. FABRIZIO:

24  Q.  Okay.  Let me -- he identifies two different users,

25      Logitec115 and Octav; is that correct?

Highly Confidential

Page 315

1   A.   I would believe --

2   MR. THOMPSON:   Objection.   The document speaks for itself.

3        You can answer.

4   A.   I believe so.

5   BY MR. FABRIZIO:

6   Q.   And he says they have a long list of files.   Is that

7        part correct?

8   MR. THOMPSON:   So the question is, is the translation

9        correct?

10  MR. FABRIZIO:   Well, he said it's -- he said it's in

11       substance correct, but -- you know, maybe he had

12       quarrels with words, so I just want to make sure that

13       the parts I'm going to focus him on --

14  MR. THOMPSON:   Okay.   I just want to make sure your

15       question, when you said "is that correct," is the

16       translation, not the substance of the --

17  MR. FABRIZIO:   Oh, okay.   I'm sorry.   I'm sorry.   Yes.

18  Q.   Is it correct that he writes that they both have quite

19       a long list of files?

20  A.   I don't see the words -- the words "of files" in the

21       sentence, but yes.

22  Q.   Okay.   And what does Mr. Ianakov write back, at the very

23       top?

24  A.   It says do not write anything to him.

25            (Titov exhibit 42 marked for identification.)

Highly Confidential

Page 316

1    MR. FABRIZIO:  Okay.  I've marked as exhibit 42 a two-page

2        email numbered HF550222-23.  It's an email thread with

3        the most recent email from dominic@pornguardian.com,

4        dated December 23, 2010, to hotfile.com abuse with the

5        same "Re" line as exhibit 41, which is "Blocking

6        a user."

7            (Titov exhibit 42 marked for identification.)

8    BY MR. FABRIZIO:

9    Q.  Mr. Titov, do you see that dominic@pornguardian writes

10       in the first sentence:

11           "I've still not heard back from you about blocking

12       this user.  What is your policy for this?"

13   A.  I see that.

14   Q.  Okay.  And do you have any reason to doubt that this is

15       an authentic email received from Porn Guardian on or

16       about December 23, 2010?

17   A.  No, I don't.

18   Q.  Okay.  Did you see this email, exhibit 42?

19   A.  I don't believe so.

20   Q.  What?

21   A.  I don't believe I've ever seen this document.

22   Q.  But it seems to reflect that three days later, Porn

23       Guardian is complaining that no action has been taken

24       yet against that user, correct?

25   MR. THOMPSON:  Objection.  Calls for speculation.

Highly Confidential

Page 317

```
1    A.   It's fair to assume so.

2    MR. FABRIZIO:   I'm going to mark as exhibit Titov 43

3         a two-page email numbered HF2134652-53.   And portions of

4         this document were in Bulgarian, so as we have in the

5         past, this document, the exhibit will actually consist

6         of five pages, the top two pages being the English

7         translation, the next page being the affidavit of

8         accuracy by the -- by the translator, and the last two

9         pages being the version with the original Bulgarian.

10        (Pause.)

11           (Titov exhibit 43 marked for identification.)

12   BY MR. FABRIZIO:

13   Q.   Are you ready, Mr. Titov?

14   A.   Yes, I am.

15   Q.   Okay.   You see in the most recent email, dated December

16        24, 2010, which was the day after the email we looked at

17        in exhibit 42, this document, exhibit 43, is shown as

18        being forwarded to you by andrew@hotfile.com.   Do you

19        see that?

20   A.   Can you repeat what you said?

21   Q.   Sure.   Looking at the most recent email, which is the

22        one at the very top of the first page of exhibit 43,

23        that is an email from andrew@hotfile.com to you

24        forwarding the remaining email thread, correct?

25   A.   Yes.
```

Highly Confidential

Page 318

1   Q. So is this an accurate, true and correct copy of an

2       email you received on or about December 24, 2010?

3   A. I don't have any reason to believe it's not.

4   Q. Okay.  And the oldest email in line, which is the one at

5       the bottom, is from Porn Guardian again?

6   A. Yes, it is.

7   Q. Okay.  And you see on Thursday, December 23, at

8       8:44 p.m., there is an email from andrew@hotfile.  Do

9       you see that?

10  A. Yes, I see that.

11  Q. And below something in Bulgarian, there is the URL that

12      ends with a number, 1633993.  Do you see that?

13  A. Yes, I do.

14  Q. Okay.  ID=1633993; that refers to a user ID?

15  A. Yes, it does.

16  Q. Well, I can represent to you -- you don't have to accept

17      it, but I can represent to you that that user ID

18      corresponds to a user that goes by the screen name

19      Logitec115, the same user we saw in exhibit 41 and 42.

20          Oddly, here, the -- our translator missed the

21      sentence right above that URL.  So could you do us the

22      courtesy of just telling us what Mr. Ianakov is writing

23      to you?

24  A. He's writing --

25  MR. THOMPSON:  Go ahead.

Highly Confidential

Page 319

1    A.  He's writing, "What shall we do," the user is.

2    BY MR. FABRIZIO:

3    Q.  Okay.  And then above that, you write him back, and our

4        translation says:

5            "Well, stop him.  Be more strict in stopping these

6        days, because during the court trial of Perfect 10, we

7        may be asked how many accounts we have been stopped."

8            Do you see that?

9    A.  I do.

10   Q.  Does that accurately reflect what you wrote back to

11       Mr. Ianakov on December 24th, 2010?

12   MR. THOMPSON:  Objection, to the extent you're calling for

13       him to be a translator.

14           You can answer.

15   A.  I wouldn't say that "the court trial" is the correct

16       term.

17   BY MR. FABRIZIO:

18   Q.  What would you -- why don't you just tell us what you

19       wrote back?

20   A.  Except that I think the substance is correct, it will be

21       more like just "case," or "lawsuit."

22   Q.  So you would be more comfortable if it said, "Well, stop

23       him.  Be more strict in stopping these days, because the

24       case or lawsuit of Perfect 10, we may be asked how many

25       accounts we have been stopped."

Highly Confidential

Page 320

```
 1          Would that be accurate in your mind?
 2   A.   Correct.
 3   Q.   And this is dated December 24, 2010.  Hotfile had been
 4        sued by an adult-content company named Perfect 10 prior
 5        to that date?
 6   A.   Correct.
 7   Q.   Okay.  And from exhibit 41, where they talked about
 8        Logitec115 and Octav, should both of those users have
 9        been terminated?
10   MR. THOMPSON:  Objection.  Vague and ambiguous.
11   A.   I don't know.  I have no knowledge on that matter --
12        I don't know any knowledge on that matter.
13   BY MR. FABRIZIO:
14   Q.   Okay.  Do you know whether Logitec115 was terminated?
15   MR. THOMPSON:  You want him to testify from memory and
16        not -- not check on your chart?
17   MR. FABRIZIO:  Since he was in discussions with Mr. Ianakov,
18        I'm wondering if he had a memory of it.
19   MR. THOMPSON:  Okay, so you don't want him to look at the
20        chart.  I just wanted to clarify what you wanted him to
21        do.
22   MR. FABRIZIO:  Just answer the question.
23   MR. THOMPSON:  Without looking at the documents, just answer
24        the question?
25   A.   I don't know.
```

Highly Confidential

Page 321

1    BY MR. FABRIZIO:

2    Q.   Okay.  Does looking at page 297 of exhibit -- of exhibit

3         34, give you the answer?  Is the highlighted entry --

4    A.   Yes.  It --

5    Q.   Does that -- I'm sorry.  You go ahead.

6    A.   It seems that the user would decide it was terminated,

7         yes.

8    Q.   And that termination came only after your -- your email,

9         correct?

10   A.   That is correct.

11   Q.   And the other Porn Guardian terminations, on page 296

12        and 295, also only came after your admonition that you

13        have to be more strict because in the Perfect 10 case,

14        you may be asked how many accounts you've terminated,

15        correct?

16   MR. THOMPSON:  Objection.  Calls for speculation.  If you're

17        just asking dates, that's fine.

18   A.   To the extent the pages show that they're further in

19        time after this email, then yes..

20   BY MR. FABRIZIO:

21   Q.   Okay.  And not to put too fine a point on it, but the

22        highlighted entries on page 296 and 295 are later in

23        time, correct?

24   A.   Sorry, I didn't understand.

25   Q.   I said the highlighted Porn Guardian -- Porn Guardian

Highly Confidential

Page 322

1    entries on page 296 and 295 are in fact later in time,

2    correct?

3    A.  Yes, they are.

4    Q.  Okay.  And I can represent to you that on page 296, the

5        user with ID number 308101 is the user Octav.  Do you

6        have any explanation for why Octav wasn't terminated for

7        another two weeks after Logitec115?

8    A.  No, I don't.

9    Q.  Will you turn back to exhibit 34, page 302.  Do you see

10       towards the bottom in the page, in row number 13250,

11       there is an entry for the reason why, and it says "Gay

12       copyrights."  Do you see that?

13   A.  I do.

14   Q.  Does that also refer to a termination on account of

15       infringement of Liberty Media content?

16   MR. THOMPSON:  Objection.  Calls for speculation.

17   A.  I don't know.

18   BY MR. FABRIZIO:

19   Q.  You understand Liberty Media to produce gay adult

20       content?

21   A.  I do.

22   Q.  It's reasonable --

23   A.  Well, I mean, I don't know for a fact.

24   Q.  Okay.  Do you have any information at all as to why that

25       user, number 17411, was terminated?

Highly Confidential

Page 325

1   MR. THOMPSON:  Objection, argumentative.

2   A.  I don't know.

3   BY MR. FABRIZIO:

4   Q.  Do you want to take a quick break now, or do you want to

5      go on for a little bit?

6   A.  A quick break would be nice.

7   MR. FABRIZIO:  Let's take a quick break.

8   VIDEOGRAPHER:  Off the record at 3:53.

9               (A break was taken.)

10  VIDEOGRAPHER:  Back on the record, 4:04.

11  BY MR. FABRIZIO:

12  Q.  Mr. Titov, I now want to talk about the strike system

13     for repeat infringers that Hotfile put in place after

14     the filing of this action, okay?

15  A.  After.

16  Q.  What constitutes a strike under Hotfile's current

17     policy?

18  A.  Email DMCA notice or takedown by SRA account.

19  Q.  Anything else?

20  A.  And -- yeah, the -- the internal tool I mentioned in the

21     previous deposition.

22  Q.  Anything else?

23  A.  I can't think of anything else.

24  Q.  Okay.  Will the receipt of a notice through any means

25     for a single file result in the user who uploaded that

Highly Confidential

Page 326

1      file getting a strike?

2    MR. THOMPSON:  Objection, vague.

3    A.  I believe so, yes.

4    BY MR. FABRIZIO:

5    Q.  Okay.  If there are multiple files uploaded by the same

6        user in a single notice, does the user receive as many

7        strikes as there are files in the notice, or does that

8        user just receive one strike for that notice?

9    MR. THOMPSON:  Objection.  Vague and overbroad.

10   A.  My belief is the user will receive one strike for it,

11       the DMCA notice.

12   BY MR. FABRIZIO:

13   Q.  Let me just put it into an illustration to make sure we

14       got it:  If Hotfile receives a single notice that

15       contains two files identified as infringing and both

16       were uploaded by the same user, under Hotfile's current

17       policy, that user would get one strike, because there

18       was one notice.  Correct?

19   A.  I believe so, yes.

20   Q.  You understand -- I think we actually talked about it

21       earlier -- that some works or entire pieces of content

22       may be uploaded in multiple different files, correct?

23   MR. THOMPSON:  Objection, vague.

24   BY MR. FABRIZIO:

25   Q.  Do you understand what I mean?

Highly Confidential

Page 332

1    Q.   Is that in -- is that the same as suspend the user?

2    A.   Yes, suspend the user.

3    Q.   Okay.  Does the user -- strike that.

4         Does Hotfile give the user notice that the user has

5    been suspended?

6    A.   I don't know for a fact.

7    Q.   Okay.  If that user -- well, strike that.

8         What is that -- what information is presented to

9    that user if the user tries to log into the Hotfile

10   website with their username and password after a third

11   strike?

12   A.   I don't know for a fact.

13   Q.   Can a user log in with their username and password after

14   they have been suspended because of a third strike?

15   A.   No, I don't believe so.

16   Q.   Can a user still upload files to Hotfile after they've

17   been suspended because they received a third strike?

18   MR. THOMPSON:  Objection, incomplete hypothetical.

19   A.   I would say mostly no.

20   BY MR. FABRIZIO:

21   Q.   Mostly no?  Does -- sorry, reminds me of a line in

22   a movie.

23   MR. THOMPSON:  Let Mr. Fabrizio ask a question.

24   BY MR. FABRIZIO:

25   Q.   I think -- I think I know where we're going on this.

Highly Confidential

Page 333

1              If a user has been suspected for getting three

2        strikes, can that user still upload files as an

3        unregistered user of Hotfile?

4    MR. THOMPSON:   Objection.   Calls for speculation, incomplete

5        hypothetical.

6    A.   To the extent -- to the extent that every user can do

7        whatever they want, yes, every person -- to the extent

8        that every person can do whatever they want, it's

9        possible.

10   BY MR. FABRIZIO:

11   Q.   Does Hotfile do anything to prevent a user who's been

12       terminated for getting three strikes from continuing to

13       upload content to Hotfile as an unregistered user?

14   A.   I don't think so.

15   Q.   Does Hotfile do anything to prevent a user who has been

16       terminated for getting three strikes from registering

17       a new account with Hotfile under a different username

18       and email address?

19   A.   I believe that affiliate payment info is also being

20       brought.

21   Q.   Okay.   So I guess I should ask it this way:   For users

22       that have been terminated for getting three strikes,

23       does Hotfile do anything to prevent that user from

24       reregistering with Hotfile if the user uses a different

25       username, email address, and affiliate payment

Highly Confidential

Page 334

1       information?

2   A.  I don't think so.

3   Q.  So an otherwise terminated user could reregister with

4       Hotfile by using a different screen name, a different

5       email address and different affiliate payment

6       information, correct?

7   A.  Correct.

8   Q.  Does Hotfile do anything to prevent a user who has been

9       terminated for three strikes from downloading content

10      from Hotfile as an unregistered user?

11  A.  No, it does not, I believe.

12  Q.  Does Hotfile use a terminated user's IP address in an

13      effort to prevent that user from continuing to upload

14      and download to and from Hotfile?

15  MR. THOMPSON:  Objection.  Overbroad, incomplete

16      hypothetical.

17  MR. FABRIZIO:  Why don't I break it up; it confused me

18      a little bit too.

19  Q.  Does Hotfile use a terminated user's Internet protocol

20      address to prevent that user from continuing to upload

21      files to hotfile.com?

22  MR. THOMPSON:  Objection, assumes facts.

23  A.  No, it does not.

24  BY MR. FABRIZIO:

25  Q.  Does Hotfile use a terminated user's Internet protocol

Highly Confidential

Page 335

1          address to prevent that user from continuing to download

2          files from hotfile.com?

3     MR. THOMPSON:  Same objection.

4     A.  No, it does not.

5     BY MR. FABRIZIO:

6     Q.  All right.  At what specific point in the processing of

7          a notice, whether it's an email notice or an SRA notice,

8          is a strike recorded?

9     A.  When the notice is processed.

10    Q.  Is the strike recorded when the processing begins, or

11         only when the processing has completed?

12    A.  I would say completed.

13    Q.  Completed?

14    A.  Yes.

15    Q.  And forgive me, we may have covered this last time,

16         but -- I know it was following the filing of this

17         action, but when after the filing of this action did

18         Hotfile adopt the strike system?

19    A.  I think it was towards the end of February.

20    Q.  If a user uploads an item that is -- that has already

21         been blocked -- well, strike that.

22              Currently, if Hotfile gets a notice about a file, in

23         addition to deleting the file, Hotfile take the MB5 hash

24         and prevents -- prevents other users from uploading

25         files containing the identical MB5 hash?  Is that

Highly Confidential

Page 336

1        correct.

2    MR. THOMPSON:  Objection, overbroad.

3    A.  I think so.

4    BY MR. FABRIZIO:

5    Q.  Okay.  So is a strike assigned if a user uploads a file

6        whose MD5 hash has already been blocked by Hotfile?

7    A.  No, it does not.

8    Q.  Why not?

9    MR. THOMPSON:  Objection, vague.

10   A.  Because we have no information whether our user is

11       intending to distribute that file.

12   BY MR. FABRIZIO:

13   Q.  If a file uploaded by a user is taken down because of

14       a copyright owner notice, does Hotfile disable identical

15       hash files that are already stored on the Hotfile

16       system?

17   A.  When a hash is being blocked, it's being blocked for all

18       copies of the file for the system.

19   Q.  So when a hash is being blocked because of a copyright

20       owner notice, the particular URL copy that has been

21       noticed is blocked, and future uploads of that identical

22       hash are blocked.  Correct?

23   A.  Correct.

24   Q.  Okay.  Now, what if there are already copies of that

25       file with the identical hash that had been previously

Highly Confidential

Page 337

1      uploaded by other users, and they're still being stored

2      on Hotfile?  Are those identical hash copies blocked as

3      well?

4  A.  We -- we have a single place in our database where

5      a hash is stored.  It's unique, so there's no way for

6      two files in the system, either in the future or in the

7      past, to be assigned to a different file.  So yes,

8      basically.

9  Q.  Okay.  Let me just make sure I understand that.  If two

10     users, at completely separate times, upload the same

11     file that has the same identical hash, Hotfile only

12     stores one instance of that file?

13 A.  It is a single entry in the file table that will be

14     stored.  Number of copies of the file might be greater

15     for -- for other reasons.

16 Q.  Yeah, there may be backup copies; there may be copies in

17     transit because of server management issues.  But

18     Hotfile only makes a single entry for that one hash,

19     regardless of how many users have uploaded files

20     containing that hash?

21 A.  That is correct.

22 Q.  All right.  So if Hotfile gets a notice about a file,

23     and it already has the hash of that file on its system,

24     and on its system it reflects that three other users had

25     uploaded the identical hash, and those versions that

Highly Confidential

Page 338

1      those users had uploaded had each been distributed many

2      times, does Hotfile assign each of those other three

3      users a strike?

4  A.  I don't think so.

5  Q.  Why not?

6  MR. THOMPSON:  Objection, vague.

7  A.  I don't know.

8  BY MR. FABRIZIO:

9  Q.  Well, in the example, the illustration I posited,

10     Hotfile knows that the other users have been

11     distributing the file, correct?

12 MR. THOMPSON:  Objection.  Vague as to "knows."

13 A.  Yeah, I think it's fair to say so.

14 BY MR. FABRIZIO:

15 Q.  Has Hotfile's system in terms of -- well, strike that.

16     The concept of only storing one instance of a hash

17     of a file, are you comfortable if I refer to that as

18     a single hash master?

19 A.  Okay, I can live with that.

20 Q.  I just want to -- otherwise it's hard to talk about it.

21     Okay.

22     Has the system architecture where Hotfile uses

23     a single hash master, has that been the architecture

24     since the very beginning?

25 MR. THOMPSON:  Objection.  Vague.

Highly Confidential

Page 339

1    A.  I believe so.

2    BY MR. FABRIZIO:

3    Q.  And has it been the case since the very beginning that

4        when Hotfile received a -- well, strike that.

5            Under that architecture, multiple different users

6        could have uploaded files with the same hash, correct?

7    A.  That is correct.

8    Q.  And each of those users would have gotten their own

9        distinct URLs that would result in the downloading of

10       that single hash faster, correct?

11   A.  That is correct.

12   Q.  And currently, if Hotfile gets a notice identifying

13       a file with a particular hash, Hotfile blocks any

14       further downloading of that hash, correct?

15   A.  I think so.

16   Q.  So regardless of which URL someone tries to use to

17       download that hash, Hotfile blocks the download,

18       correct?

19   A.  I believe so, yes.

20   Q.  Okay.  In the past, has there ever been a time where in

21       response to a notice identifying a file, Hotfile did not

22       block the hash but instead disabled the particular URL?

23   MR. THOMPSON:  Objection, overbroad.

24   A.  Yes, I believe so.

25   BY MR. FABRIZIO:

Highly Confidential

Page 340

1    Q.   When was that?

2    A.   In the very beginning.

3    Q.   February, March 2009?

4    A.   Yes, I believe so.

5    Q.   What about April 2009?

6    A.   Yes.

7    Q.   May 2009?

8         Well, let me ask it this way:  Do you know when that

9         changed?

10   A.   I believe that shortly after introducing SRA accounts,

11        SRA accounts started to block hashes.

12   Q.   And when did Hotfile introduce the SRA accounts?

13   A.   I'm not sure about the time, but maybe August 2009.

14   Q.   Okay.  So prior to that time, if ten different Hotfile

15        users had uploaded a file that had the identical hash,

16        Hotfile would store a single hash master, and each of

17        those users would get a distinct URL, each pointing to

18        that same single hash master.  Correct?

19   A.   That is correct.

20   Q.   Okay.  And again, prior to the time this changed,

21        in August 2009 or thereabouts, if Hotfile got a notice

22        from a copyright owner identifying one of those URLs

23        that pointed to the single hash master, Hotfile would

24        not block the master but instead would simply disable

25        the particular URL identified in the notice?

Highly Confidential

Page 341

1    MR. THOMPSON:  Objection.  Asked and answered.

2    A.  Yeah, for the particular URL will be disabled.

3    BY MR. FABRIZIO:

4    Q.  And after disabling that particular URL, would the URLs

5        for the other nine users in my illustration still be

6        able to download that file through the single hash

7        master?

8    A.  Probably, yes.

9    Q.  Currently -- just wait one second; I kind of feel like

10       it's dial-an-expert.  It's kind of like he's here.

11   MR. THOMPSON:  We can't hear what he's saying, though.

12   MR. FABRIZIO:  You can't hear what he's saying; I can.

13       I feel like a newscaster.

14   MR. THOMPSON:  That's right.  Maybe a puppet, huh?

15   BY MR. FABRIZIO:

16   Q.  Okay.  Sorry, my editor was talking.

17           Currently, Hotfile receives DMCA notices by regular

18       mail, correct?

19   A.  Correct.

20   Q.  By facsimile, correct?

21   A.  Correct.

22   Q.  By email, correct?

23   A.  Correct.

24   Q.  And by special rights holder account, correct?

25   A.  Correct.

Highly Confidential

```
                                                        Page 371
 1                      HIGHLY CONFIDENTIAL
                      CERTIFICATE OF DEPONENT
 2

 3
        I, ANTON TITOV, hereby certify that I have read the
 4    foregoing pages of my deposition of testimony taken in these
      proceedings on Tuesday, December 6, 2011, and, with the
 5    exception of the changes listed on the next page and/or
      corrections, if any, find them to be a true and accurate
 6    transcription thereof.

 7

 8

 9

10    Signed:  ...................................

11
      Name:    ANTON TITOV
12
      Date:   .1/ 20/ 20 12...................
13

14

15

16

17

18

19

20

21

22

23

24

25
```

TSG Reporting - Worldwide     (877) 702-9580

Highly Confidential

Page 373

1                    HIGHLY CONFIDENTIAL

2

3                         E R R A T A

                    Deposition of ANTON TITOV
4

        Page/Line No.        Description          Reason for change
5

6     225:25     Remind me. --> There might be.   Correct transcription

7     234:20     Presentation --> representation  Correct transcription

8     234:20     cost of the --> concept of       Correct transcription

9     261:2      As --> That's                    Correct transcription

10    273:20     Limewire --> Limelight           Correct transcription

11    279:3      is --> would                     Correct transcription

12    293:11     following --> logging            Correct transcription

13    306:5      calls --> holds                  Correct transcription

14    306:6   service at hotfile.com --> to abuse@hotfile.com Correct trans.

15    321:6      would decide it --> with this ID  Correct transcription

16    333:20     brought --> blocked              Correct transcription

17    337:7      file --> file ID                 Correct transcription

18    Signed:    ....................

19    Name:    ANTON TITOV

20    Date:    ....................

21

22

23

24

25

TSG Reporting - Worldwide      (877) 702-9580

Highly Confidential

```
                                                      Page 373
 1                      HIGHLY CONFIDENTIAL

 2                          E R R A T A

 3              Deposition of ANTON TITOV

 4      Page/Line No.        Description           Reason for change

 5

 6      361:25          state --> table           Correct transcription

 7      368:7  users stay on our uploads --> users_cowner_upload  Correct trans

 8

 9

10

11

12

13

14

15

16

17

18      Signed:   .........../..........

19      Name:   ANTON TITOV

20      Date:   1/20/2012...........

21

22

23

24

25
```

Highly Confidential

Page 372

1                    HIGHLY CONFIDENTIAL
                CERTIFICATE OF COURT REPORTER
2

3

     I, Fiona Farson, with TSG Reporting, hereby certify that the
4    testimony of the witness Anton Titov in the foregoing
     transcript, taken on Tuesday, December 6, 2011 was reported
5    by me in machine shorthand and was thereafter transcribed by
     me; and that the foregoing transcript is a true and accurate
6    verbatim record of the said testimony.
7

     I further certify that I am not a relative, employee,
8    counsel or financially involved with any of the parties to
     the within cause, nor am I an employee or relative of any
9    counsel for the parties, nor am I in any way interested in
     the outcome of the within cause.
10

11

12

13

14

     Signed:  ......................
15

     Fiona Farson
16

     Dated: 12/17/2011
17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 374

1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2                CASE NO. 11-20427-WILLIAMS/TURNOFF
3      - - - - - - - - - - - - - - - - - - - - - - - - -
       DISNEY ENTERPRISES,
4      INC., TWENTIETH CENTURY
       FOX FILM CORPORATION,
5      UNIVERSAL CITY STUDIOS
       PRODUCTIONS LLLP,
6      COLUMBIA PICTURES
       INDUSTRIES, INC., and
7      WARNER BROS.
       ENTERTAINMENT, INC.,
8                    Plaintiff,
9      v.
10     HOTFILE CORP., ANTON
       TITOV, and DOES 1-10,
11
12                   Defendants.
13
14     HOTFILE CORP.,
15                   Counterclaimant,
16     v.
17     WARNER BROS ENTERTAINMENT
       INC.,
18                   Counterdefendant.
19     - - - - - - - - - - - - - - - - - - - - - - - - -
                         VOLUME III
20         H I G H L Y   C O N F I D E N T I A L
             (Pursuant to protective order, the following
21     transcript has been designated highly confidential)
22             30(b)(6) DEPOSITION OF ANTON TITOV
                      Radisson Blu Hotel
23                     Sofia, Bulgaria
               Wednesday, December 7, 2011
24                    AT:  9:09 a.m.
25     Job # 44429

HIGHLY CONFIDENTIAL

Page 375

1   A P P E A R A N C E S

2           ATTORNEY FOR THE PLAINTIFFS:

                    JENNER & BLOCK, LLP
3                   BY:  STEVEN FABRIZIO, ESQ.

                    1099 New York Avenue, NW
4                   Washington, DC  20001

5

6

7

            ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
8           AND ANTON TITOV:

                    FARELLA, BRAUN & MARTEL, LLP
9                   BY:  RODERICK THOMPSON, ESQ.

                    235 Montgomery Street
10                  San Francisco, California  94104

11

12                  BOSTON LAW GROUP

                    BY:  VALENTIN GURVITS
13                  825 Beacon Street

                    Newton Center, MA 02459

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 376

1    Also present:

2    Court reporter:

3           Fiona Farson

            TSG Reporting

4

5    Videographer:

6           Simon Rutson

            TSG Reporting

7

8    Interpreter:

9           Assist. Prof. Boris Naimushin, Ph.D.

10          Elena Alexieva

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 400

1    MR. THOMPSON:  Objection, calls for speculation.

2    A.  I believe it would indicate if a user's premium status

3        was recently revoked.

4    BY MR. FABRIZIO:

5    Q.  Revoked or -- or canceled by the user?

6    A.  Revoked by the system.

7    Q.  What are the circumstances under which the system would

8        revoke a user's premium status?

9    A.  All I can think of is using a single premium account in

10       more than ten countries in certain timeframe.

11                   (Reporter clarification.)

12           More than ten countries.  I'm not sure about the

13       number.  It might be more than five.

14   Q.  Okay.  And below that there is a field that says

15       "lastdl," L-A-S-T-D-L, does that stand for "last

16       download"?

17   A.  It does.

18   Q.  Okay.  And then there is a URL address following that,

19       is that the Hotfile URL for a particular file?

20   A.  It is a Hotfile URL.

21   Q.  Okay.  And does that entry represent the last Hotfile

22       file that this particular user had downloaded?

23   A.  No.

24   Q.  What does it represent?

25   A.  I would say it would represent Hotfile's belief of the

HIGHLY CONFIDENTIAL

Page 401

1       last download page opened by the user.

2    Q.  Okay.  So the lastdl field is -- represents the last

3        download page visited by the user, but not necessarily

4        the last file downloaded by the user?

5    A.  I believe so.

6    Q.  And below that, there is a field that says "ip," and

7        does that stand for "internet protocol address"?

8    A.  It does.

9    Q.  Okay.  And in this case there is what appears to be

10       an IP address beginning 88.232, what does that

11       represent?

12   A.  In my belief it is -- that is the IP address from which

13       the user is submitting the form at Hotfile website.

14   Q.  Okay.  And after this IP address, there are the initials

15       or the letters "TR," do you see that?

16   A.  Yes, I do.

17   Q.  What does that mean?

18   A.  I believe that to be a country code.

19   Q.  Do you know what country TR represents in the Hotfile

20       system?

21   MR. THOMPSON:  Objection, assumes facts.

22   A.  I do.

23   BY MR. FABRIZIO:

24   Q.  What is it?

25   A.  It's Turkey.

HIGHLY CONFIDENTIAL

Page 402

1    Q.   And is the country -- can I call the TR a country code?

2    A.   Yes, you can.

3    Q.   Is the country code determined by Hotfile?

4    A.   Yes, it is.

5    Q.   Based on the IP address?

6    A.   Yes.

7    Q.   Using some form of geolocation software?

8    A.   Correct.

9    Q.   And I think I forgot to ask, is the lastdl field -- is

10        that a field that's automatically generated by Hotfile?

11   A.   From the perspective of submitting this form it's not

12        provided by the user by typing, but it is extracted from

13        the user's Googles and then just sent to the email, so

14        it -- Hotfile extracts this information from user's

15        Googles.  I don't know what is correct to say.

16        Provides --

17   Q.   That -- that answers the question.  And the IP address,

18        is that -- is that also information that Hotfile

19        extracts from the user's computer and inserts in that

20        field?

21   MR. THOMPSON:  Objection, vague.

22   BY MR. FABRIZIO:

23   Q.   I can ask it another way; how is the IP address

24        determined?

25   A.   It's extracted from the property of the connection that

HIGHLY CONFIDENTIAL

Page 404

1    MR. THOMPSON:  Objection, vague, lacks foundation.

2    A.  I don't know.

3    BY MR. FABRIZIO:

4    Q.  Well, maybe we'll see some.  Below that there appears to

5        be a message, and in this case it begins:

6            "Hi,

7            I didn't choose any automatic renewal option but you

8        renew my account ... "

9            And then it goes on.  Do you see that?

10   A.  Yes, I see that.

11   Q.  Okay.  What does that represent?

12   A.  I believe that is what the user typed in the message

13       box.

14   Q.  Okay.  Why does Hotfile -- well, strike that.  When

15       Mr. Ianakov or whoever is looking at the actual emails

16       in the email box, reviews a user email, does it -- is he

17       able to view the information that we see on exhibit 50?

18   MR. THOMPSON:  Objection, overbroad.

19   A.  I believe so.

20   BY MR. FABRIZIO:

21   Q.  Okay.  Why does Hotfile add all of the information that

22       we discussed as either automatically generated or input

23       by Hotfile?

24   A.  I don't know for a fact.

25   Q.  What do you believe?

HIGHLY CONFIDENTIAL

Page 405

1    MR. THOMPSON:  Objection, calls for speculation.

2    A.  I believe that this information, that may make his work

3        more efficient.

4    BY MR. FABRIZIO:

5    Q.  In what way?

6    A.  Provide him more input about the user.

7    Q.  Who decided what information would be presented on these

8        user communications?

9    A.  I don't know for a fact.

10   Q.  Well, somebody wrote code to make this happen, correct?

11   MR. THOMPSON:  Objection, vague.

12   A.  Correct.

13   BY MR. FABRIZIO:

14   Q.  Did you write the code?

15   A.  No, I did not.

16   Q.  Who wrote that code?

17   A.  I believe that to be Diyan Chuburov.

18   Q.  All right.  What I'm going to do now, hopefully, is

19       I have a series of user communications through the

20       Contact us page that were produced to us by Hotfile, and

21       I'm going to give you a whole stack of them that I've

22       premarked, give you an opportunity to review them, and

23       then, generally speaking, what I intend to do is simply

24       to confirm that these are authentic copies of user

25       communications through the Contact us page, and in some

HIGHLY CONFIDENTIAL

Page 415

1    A.   Yes, I had an opportunity to review them.

2    Q.   Okay.  Are Titov exhibits 51 through 142 a true and

3         correct copy of user communications with Hotfile and, in

4         some cases, Hotfile's responses to those users?

5    MR. THOMPSON:  Objection.  Overbroad and compound for 91

6         separate exhibits.  And Mr. Titov has certainly had

7         a chance to scan them, but obviously not read every

8         word.

9    A.   I don't have reasons to believe that they're not.

10   BY MR. FABRIZIO:

11   Q.   Okay.  Did you -- do you recognize the format of the

12        communications being similar to the format that we

13        discussed at some length with regard to Titov

14        exhibit 50?

15   A.   Yes, I do.

16   Q.   Okay.  And were Titov exhibits 51 through 142 roughly in

17        that same format?

18   MR. THOMPSON:  Objection.  Vague.

19   A.   I can't say about all of them, but definitely most of

20        them, yes.

21   BY MR. FABRIZIO:

22   Q.   Okay.  Do you have any reason to believe that Titov

23        exhibits 151 [sic] through 142 are not true and correct

24        copies of user communications to and from Hotfile?

25   MR. THOMPSON:  I think you misstated on 51.

HIGHLY CONFIDENTIAL

Page 416

1   MR. FABRIZIO:  Titov exhibits 51 through --

2   MR. THOMPSON:  You said "151."  Okay.  I'm sorry.  She

3       corrected it for you.

4   BY MR. FABRIZIO:

5   Q.  Let me just state it again.

6       Do you have any reason to believe that Titov

7       exhibits 51 through 142 are not true and correct copies

8       of user communications to and from Hotfile Corporation?

9   MR. THOMPSON:  Objection.  Compound.

10  A.  No, I don't.

11  MR. FABRIZIO:  Okay.  Why don't we take that break now so

12      you can --

13  VIDEOGRAPHER:  Off the record, 10:24.

14                  (A break was taken.)

15  VIDEOGRAPHER:  Back on the record, 10:45.

16  BY MR. FABRIZIO:

17  Q.  All right, as promised, I'm only going to ask you

18      questions about a few of these, so let me just start by

19      turning to exhibit 51, which is the one right on top for

20      you.

21      The top part of exhibit 51, it says "From:  ...

22      hotfile.general@gmail.com," when Hotfile responded to

23      users' -- user communications, would those responses

24      sometimes come from the hotfile.general@gmail.com

25      account?

HIGHLY CONFIDENTIAL

Page 418

1        downloaded?

2    MR. THOMPSON:  Objection, vague, calls for speculation.

3    A.  My belief is that, as I said previously, lastdl would

4        indicate the last download page the user opened, and the

5        URL would represent the user field field.

6    BY MR. FABRIZIO:

7    Q.  The user input field?

8    A.  Yes.

9    Q.  And -- all right, so if the user pasted that -- that URL

10       into this field, what does the field call for?  What is

11       the user being asked to input into that field?

12            In other words, what information does that

13       represent?

14   MR. THOMPSON:  Objection, compound.

15   A.  A URL.

16   BY MR. FABRIZIO:

17   Q.  A URL of what?

18   MR. THOMPSON:  Objection, vague.

19   A.  I believe that the form just says "URL."

20   BY MR. FABRIZIO:

21   Q.  Okay.  You'll notice in the email the user in exhibit 52

22       says, "I'm a premium user" -- I'm going to paraphrase --

23       "and I'm trying to download from the link below," and

24       then there is a link below that, do you see that?

25   A.  I see that.

HIGHLY CONFIDENTIAL

Page 434

1    Q.  Mr. Titov, is this a true and correct copy of an email

2        you sent to the other Hotfile shareholders on January

3        23, 2010?

4    A.  I believe so.

5    Q.  Okay.  And -- and the first line says:  "We are here

6        dated December 24th"?

7    A.  It does.  It does.

8    Q.  Okay.  And the links on the page, are those to the --

9        the Copyright Office DMCA registration form?

10   A.  I believe so.

11   Q.  And is December 4, 2009 the first time Hotfile had

12       registered a DMCA agent with the United States Copyright

13       Office?

14   MR. THOMPSON:  Objection, vague.

15   A.  Based on this information, I believe so.

16   MR. FABRIZIO:  Let me mark as Titov exhibit 145 -- Titov

17       exhibit 145, a one-page document titled, "Interim

18       Designation of Agent to Receive Notification of Claimed

19       Infringement," which is a Copyright Office document, and

20       it is marked, "Received" on December 24, 2009.

21          (Titiv exhibit 145 marked for identification.)

22   BY MR. FABRIZIO:

23   Q.  Is exhibit 145 Hotfile's registration of a DMCA agent

24       with the United States Copyright Office?

25   A.  I believe so.

HIGHLY CONFIDENTIAL

Page 435

1    Q.   Is this the first time Hotfile registered a DMCA agent

2         with the United States Copyright Office?

3    A.   Yes, this is the first time.

4    Q.   Why didn't Hotfile register a DMCA agent with the

5         Copyright Office prior to December 24, 2009?

6    A.   Hotfile believed that an email address posted on the

7         website is enough to have a DMCA agent.

8    Q.   Okay.  So prior to December 24, 2009, Hotfile was aware

9         of the obligation to register a DMCA agent, is that

10        correct?

11   MR. THOMPSON:  Objection, misstates testimony.

12   A.   Hotfile was aware of the obligation to have a DMCA

13        agent.

14   BY MR. FABRIZIO:

15   Q.   Okay.  Prior to December 24, 2009, correct?

16   A.   Correct.

17   Q.   And as early as February of 2009, correct?

18   A.   Correct.

19   Q.   Was there an event that led Hotfile to file

20        a registration with the US Copyright Office for the DMCA

21        agent?

22   MR. THOMPSON:  Mr. Titov, don't reveal any attorney/client

23        information.  You can answer.

24   A.   Yes, there was.

25   BY MR. FABRIZIO:

HIGHLY CONFIDENTIAL

Page 438

1    Q.  Had you ever read the DMCA prior to the time Hotfile

2        registered an agent with the Copyright Office?

3    MR. THOMPSON:  Objection, overbroad and vague.

4    A.  Are you asking me personally?

5    BY MR. FABRIZIO:

6    Q.  Right now I am asking you personally.

7    A.  I don't know.  I don't remember.

8    Q.  To your knowledge had anyone at Hotfile reviewed the

9        DMCA prior to December 24, 2009?

10   MR. THOMPSON:  Objection, vague.

11   A.  I don't know.

12   BY MR. FABRIZIO:

13   Q.  Is there somebody at Hotfile that has responsibility for

14       the DMCA or other legal matters?

15   MR. THOMPSON:  Objection, compound.

16   A.  I wouldn't say that it's a strictly defined

17       responsibility, but I would say that it's Atanas

18       Vangelov.

19   BY MR. FABRIZIO:

20   Q.  If you take a look at exhibit 145, in the section that

21       says, "Full Address of Designated Agent... " there's an

22       address that's 1007 North Federal Highway, Suite 240,

23       Fort Lauderdale, Florida, do you see that?

24   A.  I do see that.

25   Q.  Okay.  That wasn't the address you gave me at the

HIGHLY CONFIDENTIAL

Page 439

1          beginning of the deposition as either Hotfile's or as

2          either Lemuria's Florida address or as Lucyan's Florida

3          address, is it?

4      MR. THOMPSON:  Objection, misstates testimony.

5      A.  No, it is not.

6      BY MR. FABRIZIO:

7      Q.  Okay.  What is 1007 North Federal Highway?

8      A.  I don't know for a fact.

9      Q.  Is it a mail service, a PO box?

10     A.  I don't know for a fact.

11     Q.  Have you ever been to 1007 North Federal Highway?

12     A.  I don't believe so.

13     Q.  Okay.  What do you understand it to be?

14     A.  I don't know what it is.

15     Q.  Have you ever been told that 1007 North Federal Highway

16         in Fort Lauderdale is a UPS store?

17     A.  I don't believe so.

18     Q.  Okay.  So you have no idea what is at the address

19         1007 North Federal Highway, is that your testimony?

20     MR. THOMPSON:  Objection, argumentative.

21     A.  No, I don't know what is there.

22     BY MR. FABRIZIO:

23     Q.  Okay.  Who filled out Hotfile's DMCA registration form?

24     A.  I believe it was Mr. Lucyan.

25     Q.  And did you or somebody else at Hotfile direct him to do

HIGHLY CONFIDENTIAL

Page 441

1    A.   I don't think so.

2    BY MR. FABRIZIO:

3    Q.   Does Hotfile have any other source of revenue, other

4         than premium subscriptions?

5    MR. THOMPSON:   Objection, overbroad and vague.

6    A.   Currently, no.

7    BY MR. FABRIZIO:   Has Hotfile ever had a source of revenue,

8         other than premium subscriptions?

9    A.   I believe that at the very beginning there was some

10        advertising on the website.

11   Q.   How long did that last?

12   A.   I don't know for sure, but maybe until July 2009.

13   Q.   Why did Hotfile stop having advertising on its website?

14   A.   I don't know for a fact.

15   Q.   What do you believe?

16   A.   I believe that the advertising revenue wasn't -- wasn't

17        something that we wanted to consider the possibility

18        that someone is stealing clients, I would say.

19   Q.   What do you mean by consider the possibility that

20        somebody is stealing clients?

21   MR. THOMPSON:   Objection, vague.

22   A.   Again, I am reminded of just my belief about something

23        that happened a long time ago, and I don't remember any

24        factual information, but when you sell service, somebody

25        else advertising on your website may sell something to

HIGHLY CONFIDENTIAL

Page 442

1    the users, or he won't have money to buy your service or

2    whatever.

3  BY MR. FABRIZIO:

4  Q.  And why would that lead -- strike that.

5       Why did that lead Hotfile to cease carrying

6    advertising on its website?

7  A.  It was just not impressed with the financial result of

8    the advertising.

9  Q.  Did you participate in the decision to stop carrying

10   advertising?

11 A.  I don't remember.

12 Q.  Who made the decision to stop carrying advertising?

13 A.  I don't have any clear memories, but it was maybe Rumen

14   Stoyanov.

15 Q.  Okay.  So -- but since the time Hotfile stopped carrying

16   advertising, Hotfile's only source of revenues was the

17   sale of premium subscriptions, correct?

18 A.  That is correct.

19 Q.  Okay.  And one of the advantages or benefits that

20   Hotfile advertises about its premium service is faster

21   downloads?

22 A.  That is correct, that's one of the advantages.

23 Q.  And another is no waiting time in order to download?

24 A.  I believe so.

25 Q.  So Hotfile clearly understands that users will be

HIGHLY CONFIDENTIAL

Page 444

1        server for non-premium users as well?

2   A.   Sometimes, I believe.

3   Q.   Under what circumstances does it do so?

4   A.   I'm not sure about the numbers but it's after a few

5        downloads of the file.

6   Q.   So, I go back to Hotfile clearly understands that

7        users -- well, strike that.

8            Clearly an important part of Hotfile's business

9        model is that users will be downloading files from

10       Hotfile, is that not correct?

11  MR. THOMPSON:  Objection, vague.

12  A.   It's fair to say that.

13  BY MR. FABRIZIO:

14  Q.   Yeah, and in order to download files, users have to be

15       able to locate those files and know they're hosted on

16       Hotfile, correct?

17  MR. THOMPSON:  Objection, compound.

18  A.   Either locate or some -- or some reason they receive

19       a link from somebody, then yes.

20  BY MR. FABRIZIO:

21  Q.   And a search function on the Hotfile website would aid

22       users in locating files stored on Hotfile, correct?

23  MR. THOMPSON:  Objection, vague and ambiguous.

24  A.   Yeah, search files is a search function, it will be able

25       to search.

HIGHLY CONFIDENTIAL

Page 445

1    BY MR. FABRIZIO:

2    Q.   Okay.  And it would not be difficult from a technical

3         matter to have a search function that only would locate

4         files that users have designated for public

5         distribution, correct?

6    MR. THOMPSON:  Objection, vague and overbroad.

7    A.   It's possible, yes.

8    BY MR. FABRIZIO:

9    Q.   Okay.  So I ask again, why does Hotfile not have such

10        a search function on its website?

11   MR. THOMPSON:  Objection, asked and answered.

12   A.   It just doesn't.

13   BY MR. FABRIZIO:

14   Q.   Well, my question, sir, is; why?

15   MR. THOMPSON:  Objection, asked and answered, now twice.

16   A.   The same reasons I said before.

17   BY MR. FABRIZIO:

18   Q.   And before you said that Hotfile was effectively for

19        storage, and I believe now we've established that it's

20        for downloading as well, so, with that new context, I'd

21        like to understand as best you can tell us why Hotfile

22        doesn't have a search function on its website?

23   MR. THOMPSON:  Objection to the preamble as argumentative,

24        misstating testimony.  The question has been asked and

25        answered three times.

HIGHLY CONFIDENTIAL

Page 446

1           If you have any more -- any more to add, go ahead.

2    A.   Well, you are correct that downloading is part of the

3         process, all the Hotfile idea is for the user to choose

4         who would be downloading his files and not to publish

5         them to the whole word.

6    MR. FABRIZIO:   Okay.  We'll leave it there.

7           I'm going to mark as Titov exhibit 146 a document

8         numbered HF34459, marked as 147 is a document numbered

9         HF34686, and as Titov exhibit 148, a document numbered

10        HF34587.

11   (Titov exhibits 146, 147 and 148 marked for identification.)

12   BY MR. FABRIZIO:

13   Q.   Have you had a chance to look at exhibits 146, 147 and

14        148, Mr. Titov?

15   A.   Yes, I did.

16   Q.   Are these further examples of user communications to

17        Hotfile through the Contact us page?

18   MR. THOMPSON:   Objection, vague.

19   A.   I don't have any reason to believe they're not.

20   BY MR. FABRIZIO:

21   Q.   Okay.  And are they true and correct copies of user

22        communications to Hotfile in the February 2001 [sic]

23        timeframe?

24   MR. THOMPSON:   Objection, compound.

25   A.   2011?

HIGHLY CONFIDENTIAL

Page 447

1    BY MR. FABRIZIO:

2    Q.  I said 2011, yes.

3    A.  I don't have any reason to believe that it's not.

4    Q.  Okay.  And look at exhibit 146, please.

5    A.  Yes.

6    Q.  This user says that they're no longer able to download

7        TV serial -- strike that.

8           The user says that he is no longer able to download

9        TV series and then says:

10          "If you no longer support this feature, then I would

11       like a refund as your service is of no use as it cannot

12       be accessed."

13          Do you see that?

14   A.  I do see that.

15   Q.  Was this user a premium subscriber?

16   A.  From what it says in the email, yes, he was.

17   Q.  Okay.  And the email reflects that this user last

18       visited a page concerning Two and a Half Men?

19   MR. THOMPSON:  Objection, the document speaks for itself,

20       and misstates its content.

21   A.  Yes, there is a URL with Two and a Half Men in the

22       subject.

23   BY MR. FABRIZIO:

24   Q.  And, to your knowledge, did Hotfile respond to this

25       user?

HIGHLY CONFIDENTIAL

Page 448

1    A.   I don't know.

2    Q.   In the period of time after the filing of this lawsuit,

3         did other users ask Hotfile for refunds because some of

4         the files they wanted to get were no longer available?

5    MR. THOMPSON:   Objection, overbroad, calls for speculation.

6    A.   I don't know.

7    BY MR. FABRIZIO:

8    Q.   Who at Hotfile would handle requests for refunds?

9    A.   That would be Andre.

10   Q.   Okay.  Did -- of the shareholders of Hotfile, is there

11        one of the shareholders that would have more

12        responsibility for dealing with issues of user requests

13        for refunds?

14   A.   I don't believe so.  I think that the policy is to issue

15        refunds when requested.

16   Q.   Is Mr. Ianakov an owner of Hotfile Corporation?

17   A.   No, he is not.

18   Q.   Does he have any ownership interests in Hotfile

19        Corporation?

20   A.   No, he does not.

21   Q.   Does he have an ownership interest in Hotfile Ltd?

22   A.   No, he does not.

23   Q.   Does he have an ownership interest in Lemuria?

24   A.   No, he does not.

25   Q.   How is he compensated?

HIGHLY CONFIDENTIAL

Page 468

1       blocked, and, therefore, the file would not be allowed

2       to download?

3   A.  That is correct.

4   Q.  Does the new uploaded file show a delete date?

5   MR. THOMPSON:  Objection, vague.

6   A.  I think there are conditions to this.

7   BY MR. FABRIZIO:

8   Q.  What are the conditions?

9   A.  I don't think that initially after the upload a delete

10      date would be shown, but since I would say it's

11      impossible for this file ever to be downloaded, it will

12      be probably timed out, it may be the case that the

13      script that looks for files that haven't been downloaded

14      would pretend that he deletes the file and it will put

15      a deletion date.

16  Q.  Okay.  If the upload was a premium user, it wouldn't

17      time out, would it?

18  A.  No, it would not.

19  Q.  So would -- if the upload was a premium user, would

20      there be a circumstance where a file got a delete date?

21  A.  I can't think of any, but I don't know.

22  Q.  Hotfile enables registered users to create I think what

23      it refers to as file copies, correct?

24  A.  That is correct.

25  Q.  So a registered user who uploads a file once can make

HIGHLY CONFIDENTIAL

Page 469

1          five additional copies of that file on the Hotfile

2          server?

3     MR. THOMPSON:  Objection, overbroad.

4     A.  I'm not sure if five total copies or five new copies

5          would...

6     BY MR. FABRIZIO:

7     Q.  Okay.  Actually, that's what I was trying to figure out.

8          It's either total copies or five additional copies, so

9          total six?

10    A.  Yes.

11    Q.  Okay.  When this feature is used and let -- and a user

12         makes additional copies, do those additional copies get

13         a new upload ID?

14    A.  Yes, they do.

15    MR. FABRIZIO:  Bear with me, I'm looking for an exhibit from

16         the ESI deposition that I think we used yesterday.

17    A.  Mm-hmm.

18    MR. THOMPSON:  What's the number?

19    MR. FABRIZIO:  Seven and 15.

20         So I'm going to put in front of you exhibits that

21         were marked during the ESI deposition, Titov exhibit 7

22         and Titov exhibit 15.  I think you already have that --

23         7 you already have, Rod?  That's 15.

24    BY MR. FABRIZIO:

25    Q.  Look at exhibit 7, and column C, the child field?

HIGHLY CONFIDENTIAL

Page 471

```
 1        I should -- there's only one parent file, let me strike

 2        that.

 3            Is the file ID for the parent and children the same?

 4   A.   Yes, it is.

 5   Q.   Is the file system identifier of the parent and children

 6        the same?

 7   A.   Yes.

 8   Q.   So that means that -- but that means that the -- that

 9        there is a single hash master, to use the term we used

10        yesterday, for both the parent and each of the children?

11   A.   That is correct.

12   Q.   In what way then are there additional copies?  Does the

13        parent/child feature simply mean that there are

14        different URLs pointing to the same?

15   MR. THOMPSON:  Objection, compound.

16   BY MR. FABRIZIO:

17   Q.   Let me strike that.

18            If the parent and the children have the same hash on

19        the Hotfile system, in what way are there multiple

20        copies of that file?

21   A.   In a way that they might reside in different

22        directories, they have separate download accounts, and

23        everything else that I can think of that goes with

24        different upload IDs.

25   Q.   Okay.  So, to make sure I understand, the user who
```

HIGHLY CONFIDENTIAL

Page 472

1          uploaded a file and then made four copies of that file,

2          so one parent and four children, does that user get five

3          different URLs for that file?

4    A.   That's correct.

5    Q.   One associated with the parent and one each associated

6          with each of the children?

7    A.   Correct.

8    Q.   And there are four entries that will reflect

9          downloads -- well, strike that.

10              There are -- there are five entries for that file in

11         the Hotfile system, it's treated as a separate file in

12         the Hotfile system?

13   MR. THOMPSON:  Objection, vague and compound.

14   A.   That's five entries in the upload table, so it's like

15         everything that goes out on this stays.

16              I'm not sure what you mean by "file."

17   BY MR. FABRIZIO:

18   Q.   Well, sure, that's perfectly fair.  I'll try and clarify

19         it.

20              Five separate entries for that file would be

21         included in the uploads table, that's Titov exhibit 7,

22         correct?

23   A.   That's correct, yes.

24   Q.   Okay.  And as far as the upload table is concerned,

25         they're treated as separate files?

HIGHLY CONFIDENTIAL

Page 473

1    A.   That is correct.

2    Q.   Okay.  Yesterday we spoke about a point in time that

3         I believe -- but I believe you said it was prior

4         to August of 2009, when Hotfile received a DMCA notice

5         identifying a particular URL, it would disable the

6         particular URL, but would not delete the hash master

7         from its system, do you recall that?

8    A.   That is correct.

9    Q.   Okay.  So during that same period of time, if Hotfile

10        received a DMCA notice that identified the URL for

11        a child file, Hotfile would delete or would disable that

12        particular URL?

13   MR. THOMPSON:  Objection, vague.

14   A.   That is correct.

15   BY MR. FABRIZIO:

16   Q.   But Hotfile would not delete the hash master of that

17        file?

18   A.   I believe so.

19   Q.   Okay.  So the -- in the example that we used, where

20        there was a single parent and four child files, if

21        Hotfile disabled the URL for one of the children, the

22        URLs for the parent and the three remaining children

23        files -- files would still be operable?

24   MR. FABRIZIO:  Objection, vague as to time, in the period.

25   BY MR. FABRIZIO:

HIGHLY CONFIDENTIAL

Page 474

1    Q.  August 2009 and earlier period.

2    A.  I believe so.

3    MR. THOMPSON:  Because of the objection, let me just make

4         sure we have a clear answer.  Let me just see this.

5             Let me ask it again.

6    BY MR. FABRIZIO:

7    Q.  In the case of a user who uploaded a file, which we'll

8         refer to as the parent, and then used the file copy

9         feature to make four copies, each of which we'll refer

10        to as a child file, is it the case that in the period

11        prior to August 2009, when Hotfile received a DMCA

12        notice that identified a URL for one of the child files,

13        Hotfile would disable that particular URL, but not

14        disable the URLs for the three other children files or

15        for the parent file?

16   A.  I think so.

17   Q.  And subsequent to Hotfile disabling the URL for the one

18        child file, users would still be able to use the URL for

19        the parent and the URLs for the three other children to

20        download that content file?

21   MR. THOMPSON:  Objection, overbroad and vague.

22   A.  I believe so.

23   BY MR. FABRIZIO:

24   Q.  Why didn't Hotfile block the -- strike that.

25            When Hotfile got a notice for a URL that it knew to

HIGHLY CONFIDENTIAL

Page 475

1         be a child file, why didn't Hotfile disable the URLs for

2         the parent file and all other child files?

3    MR. THOMPSON:  Objection, vague as to time.

4    BY MR. FABRIZIO:

5    Q.   In this period prior to August of 2009.

6    A.   I don't know.

7    Q.   In the same period, why didn't Hotfile disable the

8         single hash master reflected by those URLs?

9    A.   We didn't still realize it is necessary.

10   Q.   So, again, in this period of August 2009 and earlier, if

11        an uploading user had made four copies using the Hotfile

12        file copy feature, and a copyright owner wanted to give

13        Hotfile notice to prevent the infringement of that file,

14        the copyright owner would have to identify and send

15        notices for five different URLs?

16   MR. THOMPSON:  Objection, vague and complex, assumes facts.

17   A.   In case five URLs are used, it could be the case.

18   BY MR. FABRIZIO:

19   Q.   What is the source of your information that this changed

20        and hash blocking began in the August of 2009 timeframe?

21   A.   General discussions with others, and trying to remember

22        when it started.

23   Q.   Is there any way to look at any database to make a more

24        definitive determination?

25   MR. THOMPSON:  Objection, calls for speculation, overbroad.

HIGHLY CONFIDENTIAL

Page 493

1    Q.   You consider yourself a technologist, do you not?

2    A.   Yeah, I do.

3    Q.   Do you consider Mr. Vangelov a technologist?

4    A.   I won't say so.

5    Q.   Do you consider Mr. Stoyanov a technologist?

6    A.   To a certain extent.

7    Q.   And does he write computer code?

8    A.   To my best knowledge, he used to, like 20 years ago.

9    Q.   Excuse me -- did he write any of the code for Hotfile?

10   A.   No, he did not.

11   Q.   Did Mr. Vangelov?

12   A.   No, he did not.

13   Q.   Other than you and Mr. Chuburov, did anybody else write

14        the code for Hotfile?

15   A.   Vasil Kolev can write a code, but most of the time he

16        doesn't enjoy the process, so, if it's very necessary to

17        do some fix, he might do it, but it's not his general

18        practice to do so.

19   Q.   What about Mr. Ianakov?

20   A.   No, I don't think he writes any code.

21   Q.   In addition to his responsibilities in communicating

22        with users, did Mr. Ianakov promote Hotfile through

23        internet forums and the like?

24   MR. THOMPSON:   Objection, vague.

25   A.   Not since the beginning.

HIGHLY CONFIDENTIAL

Page 494

1    BY MR. FABRIZIO:

2    Q.  But in the beginning he did?

3    A.  I believe so.

4    Q.  Okay.  And you knew he was doing it at the beginning?

5    A.  I think so.

6    Q.  And you approved of him doing it at the beginning?

7    A.  I guess I didn't say anything, so ...

8    Q.  You understood he was trying to help Hotfile become more

9        well-known and gain users, correct?

10   A.  I think it was my understanding, yes.

11   Q.  So you considered his activities good for Hotfile?

12   MR. THOMPSON:  Objection, vague.

13   A.  I don't know about all his activities but, generally,

14       yes.

15   BY MR. FABRIZIO:

16   Q.  Do you know any of the forums on which Mr. Ianakov

17       promoted Hotfile?

18   MR. THOMPSON:  Objection, assumes facts.

19   A.  Nothing that I can remember now, they were in

20       interrogatory response.

21   BY MR. FABRIZIO:

22   Q.  Sorry for that short digression.  I want to go back to

23       the remote upload feature for a minute, and to help try

24       and place the timing of when the feature ceased to exist

25       -- well, let me ask you this -- strike that.

HIGHLY CONFIDENTIAL

Page 496

1      a gap in data from September 16, '09 to September 2010?

2   A.  Was that in the DMCA notice table?

3   Q.  I think, yes, it was in the DMCA notice table.

4   A.  Yes, I think so.

5   Q.  Do you recall whether it was before the beginning of

6       that gap in data, does that help at all?

7   A.  No, it does not.  I don't think I can think of a reason

8       for the gap have anything to do.

9   Q.  I'm not suggesting that it did.  I'm just doing what

10      I can to help refresh.

11  MR. THOMPSON:  The ham sandwich approach.

12  MR. FABRIZIO:  Got a ham sandwich?

13  BY MR. FABRIZIO:

14  Q.  In the initial coding of the Hotfile system, what parts

15      did you code?

16  A.  The web server that actually serves the files on the

17      media servers is written from scratch from me, it means

18      that it doesn't use any other existing software,

19      I designed from -- yeah, from scratch.

20  Q.  Anything else?

21  A.  Then it will be processes that will handle upload files,

22      distribute them to storages, and a lot of things

23      connected with moving files between storages for various

24      reasons, code that will balance traffic --

25                  (Reporter clarification.)

HIGHLY CONFIDENTIAL

Page 497

```
1              Code that will balance the traffic between different

2         servers, different switches and so on.  So that was it.

3    Q.   If you could ballpark it, what percentage of Hotfile

4         code initially did you write?  Half, three quarters,

5         almost all, in that -- in that order of magnitude?

6    MR. THOMPSON:  Objection, it's vague.

7    A.   It's hard to say, but a very rough estimate would be

8         between 50 and 70 per cent.

9    BY MR. FABRIZIO:

10   Q.   And was there some code that went into the Hotfile

11        system that was pre-existing or open source that you

12        incorporated?

13   MR. THOMPSON:  Objection, compound.

14   A.   Yes, actually the web server that I based on to, I wrote

15        it five years ago, or started developing like five years

16        ago, and, actually, if you remove that, maybe my

17        percentage will drop.

18   BY MR. FABRIZIO:

19   Q.   Okay.  Currently you said Hotfile uses a source code

20        version control system?

21   A.   Yes, it does.

22   Q.   What source code version control system does Hotfile

23        currently use?

24   A.   I believe it's Subversion.

25   Q.   When did Hotfile begin using Subversion?
```

HIGHLY CONFIDENTIAL

Page 506

1    A.  I would check the database.

2    Q.  What in the database would you check?

3    A.  For any fields or -- I don't know, statuses, or ...

4    Q.  You would look for a table discussing user statuses?

5    A.  Probably, yes, or -- and field table.  I don't know.

6        I'll just look around.

7    MR. FABRIZIO:  Okay.  Why don't we take that break.

8    VIDEOGRAPHER:  Off the record, 3:57.

9                       (A break was taken.)

10   VIDEOGRAPHER:  Back on the record, 4:13.

11   BY MR. FABRIZIO:

12   Q.  Has Hotfile implemented some form of copyright filtering

13       since the institution of this lawsuit?

14   A.  Ask you asking about overall?

15   Q.  Well, I was asking any form of copyright filtering.

16   A.  Do you consider this?

17   Q.  Yeah, I do consider it -- well, let me put it this way;

18       since the institution of this lawsuit, has Hotfile

19       implemented any form of content identification

20       technology?

21   A.  Yes, we started using Vobile.

22   Q.  Anything else?

23   A.  No, I don't think so.

24   Q.  Okay.  And for the record, what is Vobile?

25   MR. THOMPSON:  Objection, vague.

HIGHLY CONFIDENTIAL

Page 507

1    A.   Vobile is a company that will provide technology for

2         fingerprinting, taking fingerprints from videos --

3         videos, and they -- then they have service for

4         presenting these fingerprints to them, and they will

5         respond if this video matches any video in their

6         database.

7    BY MR. FABRIZIO:

8    Q.   And when they respond, because a finger -- they have

9         a fingerprint match, do they provide information about

10        the copyright owner and instructions from a copyright

11        owner with regard to a particular file?

12   MR. THOMPSON:   Objection, compound and vague.

13   A.   I know for sure that they provide the copyright owner,

14        but I'm not sure about the instructions.

15   BY MR. FABRIZIO:

16   Q.   Okay.  Well, let me put it this way, if there's a -- if

17        upon submission of a fingerprint to Vobile there's

18        a fingerprint match, Vobile sends information back to

19        you?

20   A.   It's more like we are supposed to connect and to check

21        if the submission is processed, but basically that's the

22        idea.

23   Q.   Okay.  And when Hotfile connects in to check, what

24        information does Vobile make available to Hotfile about

25        the file that it was checking?

HIGHLY CONFIDENTIAL

Page 508

```
1    A.   It would be an XML file that will either say that there

2         is no match, or a response that will indicate

3         a copyrighted work name, maybe the producer of the

4         copyrighted work, and I believe the offset in the video

5         where the fingerprint starts the partial match.

6    Q.   Does -- anything else?

7    A.   That is what I can think of.

8    Q.   Does the Vobile data indicate whether the file should be

9         allowed for distribution or blocked?

10   A.   Since you are mentioning a certain time, I assume that

11        it does, but I don't have clear memory of it doing so.

12   Q.   Okay.

13   MR. THOMPSON:  Again, Mr. Titov, I know Mr. Fabrizio knows

14        a lot about this, but you should just testify to what

15        you know.

16   MR. FABRIZIO:  Don't give me too much credit.

17   BY MR. FABRIZIO:

18   Q.   Did Hotfile consider using -- well, strike that.

19            If I refer to Vobile's technology as "video

20        fingerprinting technology," will you understand what I'm

21        referring to?

22   A.   Yes, I will.

23   Q.   Is that how you refer to it as well?

24   A.   Let's say yes.

25   Q.   Okay.  Did Hotfile consider using video fingerprinting
```

HIGHLY CONFIDENTIAL

Page 509

1           technology prior to the institution of this lawsuit?

2     MR. THOMPSON:  Objection, vague.

3     A.  No, I don't think so.

4     BY MR. FABRIZIO:

5     Q.  Did you have any discussions with your co-shareholders

6           about using any form of video fingerprinting?

7     A.  I don't recall any such discussion.

8     Q.  And, again, I'm talking about video fingerprinting

9           technology, whether it's offered by Vobile or some other

10          supplier, or even developed on your own, I'm speaking of

11          the technology itself; do you understand that?

12    A.  Yes, I understand that.

13    Q.  So, with that clarification, did Hotfile consider

14          deploying video fingerprinting technology in its system

15          prior to the institution of this litigation?

16    A.  I don't remember any such discussion.

17    Q.  Did Hotfile consider using any form of content

18          recognition technology in order to prevent copyrighted

19          content from being uploaded to Hotfile prior to this

20          litigation?

21    MR. THOMPSON:  Objection, vague, to some extent asked and

22          answered.

23    A.  No, I don't remember anything like that.

24    BY MR. FABRIZIO:

25    Q.  Why, after the commencement of this litigation, did

HIGHLY CONFIDENTIAL

Page 525

1          file, meaning that the uploading user can download it,

2          but users without the uploading user's credentials will

3          not be able to download it?

4     A.   That's correct.

5     Q.   Once Hotfile determines through the Vobile technology

6          that a file is to be blocked, does Hotfile -- does

7          Hotfile have to send subsequent hash identical files to

8          Vobile for fingerprinting?

9               That may not have been the clearest question in the

10         world.  I'll try it again --

11    A.   I understood.  You're asking if we are sending

12         subsequent files with the same hash to Vobile.

13    Q.   Yes.  I guess what I'm trying to figure out is, once

14         you've identified a file in your -- in your database as

15         identified as being blocked by Vobile, do you identify

16         subsequent files based on their hash, or do you continue

17         to fingerprint subsequent video files?

18    A.   I'm not actually sure, but either of these will work on

19         the file.

20    Q.   And has Hotfile -- strike that.

21              Has the use of the Vobile technology negatively

22         impacted the technical performance of the Hotfile

23         system?

24    A.   In the current implementation, besides the fact that we

25         have -- I don't know actually how many, maybe two

HIGHLY CONFIDENTIAL

Page 526

```
1              servers dedicated for this, I don't think so.
2       Q.   Does Hotfile keep logs of -- strike that.
3              Does Hotfile keep records in any way of the Vobile
4            responses for files Hotfile sends for fingerprinting;
5            so, in other words, is there a place where there are
6            records that a file was sent for fingerprinting and no
7            match was found?
8       A.   I'm not sure, but you have all the produced data
9            actually taken.
10      Q.   Have you formed a personal opinion as to the
11           effectiveness of the Vobile technology in identifying
12           copyrighted video content?
13      MR. THOMPSON:  Objection, calls for opinion.  You can
14           answer.
15      A.   No, I don't think I did.
16      BY MR. FABRIZIO:
17      Q.   Either way -- well, strike that.
18             Have you formed an opinion -- well, strike that.
19             Have you personally given any consideration to
20           whether the Vobile technology is effective in
21           identifying copyrighted video content?
22      A.   No, I don't think so.
23      Q.   Has Hotfile been receiving fewer DMCA notices from video
24           content owners since it began using the Vobile
25           technology?
```

HIGHLY CONFIDENTIAL

Page 531

1          I guess what we're really getting at is Hotfile

2      maintains and uses the data as part of its normal

3      operations?

4   A.  That is correct -- one answer for all this?

5   MR. FABRIZIO:  I was going to say, I wish I could tell you

6      that those answers resulted in five or six pages of

7      striking but, no, that was the whole -- the whole

8      filtering thing.

9          I'm going to mark as Titov exhibit 154 a two-page

10      document.  The second page is a screenshot from the

11      Hotfile website which I believe to be the home page, the

12      first page is the URL and date that was captured, and

13      I'll mark as Titov exhibit 155 a two-page document.  The

14      second page is another screenshot from the Hotfile

15      website captioned "Link Checker," and the first page is

16      the URL and date.

17    (Titov exhibits 154 and 155 marked for identification.)

18   BY MR. FABRIZIO:

19   Q.  As to exhibit 154, I simply want to confirm that at the

20      very bottom, there is a -- well, not the very bottom,

21      the very bottom in the white border, there is a link to

22      "File Checker," do you see that?

23   A.  Yes, I do.

24   Q.  And that appears on every page of the Hotfile website?

25   A.  I think so.

HIGHLY CONFIDENTIAL

Page 532

1    Q.   Okay.  And that link leads to the web page that we've

2         marked as Titov exhibit 155?

3    A.   I believe so.

4    Q.   Okay.  Looking at Titov 155, can you tell us what this

5         is?

6    A.   It's a functionality of the website that will allow

7         a user to check if any link or number of links are

8         valid, or if they're working.

9    Q.   How does it work?

10   A.   If Hotfile still has the file we're handling for

11        download.

12   Q.   Okay.  So a user inputs the URL or cut and pastes the

13        URL into the box we see on exhibit 155, clicks the Check

14        URLs button, and if the file is still available for

15        download, Hotfile returns some information to the user

16        telling the user that?

17   A.   That's what I believe, how it works.

18   Q.   Do you know what Hotfile returns to the user to indicate

19        the file is still available?

20   A.   No, I don't know how the results are achieved.

21   Q.   If a file is blocked through the hash blocking mechanism

22        we've talked about, but the file is still on the Hotfile

23        server, does Hotfile advise the user that the file is

24        still available, or does it indicate that the file is

25        unavailable?

HIGHLY CONFIDENTIAL

Page 535

1        Hotfile has the website name or the website URL for

2    every website that is registered through its affiliate

3    program, correct?

4    A.  The domain, yes.

5    Q.  And every time a user clicks a Hotfile link from

6        a website on the internet and visits a Hotfile download

7        page as a result, Hotfile's servers receive information

8        on the refer domain for that user?

9    A.  That's correct.

10   Q.  So, at that point in time, when a user has just come to

11       Hotfile to -- strike that.

12           From that point in time when a user lands on

13       a Hotfile download page, Hotfile has information about

14       the refer domain and the URL that the user can download

15       from that web page?

16   A.  It's safe to say that.

17   Q.  Does Hotfile keep track of the refer domains by the file

18       URLs?

19   MR. THOMPSON:  Objection, overbroad and vague.

20   A.  Not really.  The only place we keep domain names is if

21       the users later upgrades to a premium account.

22   BY MR. FABRIZIO:

23   Q.  Okay.  Which Hotfile does, based on a cookie on the

24       user's computer?

25   A.  Yes.

HIGHLY CONFIDENTIAL

Page 538

1          responsible for sending a user who downloaded that file,

2          correct?

3     MR. THOMPSON:  Objection, overbroad.

4     A.  It's possible, but burdensome, as you can imagine,

5          I guess.

6     BY MR. FABRIZIO:

7     Q.  Not really.  Why would it be burdensome?

8     MR. THOMPSON:  Objection, compound.

9     A.  I would imagine this to be a big database.

10    BY MR. FABRIZIO:

11    Q.  Isn't Hotfile a big database?

12    MR. THOMPSON:  Objection, vague and argumentative.

13    A.  It's almost the maximum size that it can be.

14    BY MR. FABRIZIO:

15    Q.  Well, Hotfile -- for each URL, Hotfile could keep a list

16         of the domains that referred users who download the

17         file, and just keep a counter for how many times a user

18         being referred by that domain has downloaded the file,

19         correct?

20    MR. THOMPSON:  Objection, vague.

21    A.  Correct.

22    BY MR. FABRIZIO:

23    Q.  But Hotfile doesn't do that?

24    A.  No, it doesn't.

25    Q.  But if Hotfile -- if Hotfile did do that, then, when it

HIGHLY CONFIDENTIAL

Page 539

1      received a DMCA copyright notice, it would be able to

2      know which refer domains were repeatedly referring users

3      to download infringing content, correct?

4   MR. THOMPSON:  Objection, assumes a legal conclusion,

5      overbroad.

6   BY MR. FABRIZIO:

7   Q.  Let me --

8   A.  I understood, and you're correct.

9   MR. FABRIZIO:  I would like to address your counsel's

10      objection, just for the record.  It will be the same

11      question as you understand it, but in a different form.

12   BY MR. FABRIZIO:

13   Q.  If Hotfile maintained the refer domain information as

14      we've discussed, then, when Hotfile received a DMCA

15      copyright notice, Hotfile would be able to know which

16      refer domains were repeatedly referring users to

17      download content identified in those copyright notices,

18      isn't that correct?

19   A.  Yes, that would be possible.

20   Q.  And if Hotfile kept that information, then Hotfile would

21      have the ability to terminate from its affiliate program

22      refer domains that were repeatedly referring to Hotfile

23      users who were downloading files identified in DMCA

24      copyright notices, isn't that correct?

25   A.  Yes, that would be correct.

HIGHLY CONFIDENTIAL

Page 540

1    Q.   But Hotfile does not do that?

2    A.   Hotfile does not do that.

3    Q.   Has Hotfile ever terminated a refer domain or a website

4         represented by a refer domain from its affiliate

5         program?

6    MR. THOMPSON:   Objection, compound.

7    BY MR. FABRIZIO:

8    Q.   Let me change the question slightly.   It's actually not

9         intelligible, given the way you do things.

10        Has Hotfile ever terminated a user from its

11        affiliate program because a website registered by that

12        user repeatedly referred users to Hotfile to download

13        content identified in DMCA notices?

14   A.   If you are referring to any ultimate process, the answer

15        would be probably no.

16   Q.   Okay.  So the strike system we've talked about, where

17        Hotfile terminates users for repeat copyright

18        infringement, it doesn't have a policy or a system

19        comparable for terminating websites that are refer

20        domains, correct?

21   MR. THOMPSON:   Objection, vague.

22   A.   That's correct.

23   BY MR. FABRIZIO:

24   Q.   And has Hotfile ever terminated a user because a website

25        registered by the user was referring users who

HIGHLY CONFIDENTIAL

Page 542

1     A.   I think the only answer is that I don't know.

2     BY MR. FABRIZIO:

3     Q.   Okay.   Does Hotfile have an established policy to

4          terminate users because websites the users have

5          registered have turned out to be repeat copyright

6          infringers?

7     MR. THOMPSON:   Objection, calls for a legal conclusion,

8          vague and ambiguous.

9     A.   My understanding is that if Hotfile would be informed

10         about particular website, the user would be terminated,

11         or could be terminated.

12    BY MR. FABRIZIO:

13    Q.   You say that's your understanding, but is that

14         an established policy that Hotfile has?

15    MR. THOMPSON:   Objection, vague.

16    A.   The difference -- I don't know for a fact.

17    BY MR. FABRIZIO:

18    Q.   I'm trying to draw a distinction between your

19         understandings and Hotfile policies.

20              I take it not all of your understandings are

21         official Hotfile policy, correct?

22    MR. THOMPSON:   Objection, overbroad, vague.

23    A.   Yeah, I think so.

24    BY MR. FABRIZIO:

25    Q.   Okay.   So does Hotfile have an official policy to

HIGHLY CONFIDENTIAL

Page 543

1          terminate users because the websites those users have

2          registered turn out to be repeat copyright infringers?

3     MR. THOMPSON:   Objection, calls for a legal conclusion,

4          vague and ambiguous.

5     A.   I don't know.

6     BY MR. FABRIZIO:

7     Q.   If you don't know, who would know?

8     A.   I think that would be Andre Ianakov.

9     Q.   Did you say Mr. Ianakov?

10    A.   Correct.

11    Q.   Is Mr. Ianakov vested with authority to set policy for

12         Hotfile?

13    MR. THOMPSON:   Objection, vague.

14    A.   No, he's not.

15    BY MR. FABRIZIO:

16    Q.   Is there a place you could look to see whether such

17         a policy was written down?

18    A.   No, I don't think so.

19    Q.   Is there a place -- let me -- has Hotfile ever published

20         on its website a policy that informs users that they

21         will be terminated if the websites they've registered

22         turn out to be repeat copyright infringers?

23    A.   I don't believe so.

24    Q.   Does Hotfile maintain a Google Analytics account?

25    A.   Yes, Hotfile does.

HIGHLY CONFIDENTIAL

Page 549

1    MR. FABRIZIO:  You always have a choice.  It's the

2        consequences that matter.  You can just talk -- okay.

3                    (Discussion off the record.)

4        Let me mark as Titov exhibit 156 an excerpt from

5        Hotfile tables RAF sites and AFF pay.

6        (Titov exhibit 156 marked for identification.)

7    BY MR. FABRIZIO:

8    Q.  First, for the record, Mr. Titov, what is the RAF sites

9        table?

10   A.  I believe it's the table that would store the sites for

11       the affiliates.

12   Q.  Okay.  And what is the AFF pay table?

13   A.  I think it's payments to affiliates.

14   Q.  Okay.  So by user ID, if we pulled the domain field and

15       the payment field from those two tables into a chart, it

16       would produce what we have marked as Titov exhibit 156,

17       correct?

18   MR. THOMPSON:  Objection, calls for speculation.

19   A.  It is possible to create such a table.  I don't know if

20       what you need -- what I'm seeing is the actual result.

21   BY MR. FABRIZIO:

22   Q.  Fine.  I appreciate that.  What I'm really asking is --

23   A.  Is it possible?

24   Q.  -- from the domain field in the RAF sites and the sum

25       field in the AFF pay tables, if we called those fields

HIGHLY CONFIDENTIAL

Page 550

1       by user ID, we would get data reflecting the user ID,

2       the domains that user has -- has registered in the

3       affiliate program and the total sum of money that

4       Hotfile has paid that affiliate, correct?

5   A.  That's correct.

6   Q.  Okay.  So, again, I'm just simply asking I just want to

7       get the format right, I'm not asking you to say that we

8       did it right, but if that is what we did, correctly,

9       that would reflect, for instance, that looking at the

10      first row here, that user ID number 1926356 had

11      registered the domain "audiovideo4free.blog spot.com" in

12      the Hotfile affiliates program, and that Hotfile had

13      paid that user $39,941.84, correct?

14  MR. THOMPSON:  Objection, the question is compound and

15      complex, calls for a hypothetical.

16  A.  This is what the document says.

17  BY MR. FABRIZIO:

18  Q.  Okay.  And have you ever looked at the RAF sites table

19      personally?

20  A.  I don't remember doing so.

21  Q.  Okay.  But it's accessible to you as it is to anyone at

22      Hotfile that has access to the database, correct?

23  A.  It is.

24  MR. FABRIZIO:  Why don't we break there.

25  VIDEOGRAPHER:  Off the record, 6:05, end of tape 4,

H I G H L Y   C O N F I D E N T I A L

Page 552

1        HIGHLY CONFIDENTIAL
         CERTIFICATE OF DEPONENT
2

3
    I, ANTON TITOV, hereby certify that I have read the
4   foregoing pages of my deposition of testimony taken in these
    proceedings on Wednesday, December 7, 2011, and, with the
5   exception of the changes listed on the next page and/or
    corrections, if any, find them to be a true and accurate
6   transcription thereof.

7

8

9

10
    Signed: _____
11
    Name:    ANTON TITOV
12
    Date:    1/20/2012
13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 554

1                    HIGHLY CONFIDENTIAL

2       NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

3       DATE OF DEPOSITION: 12-7-2011

4       NAME OF WITNESS: ANTON TITOV

5       Reason Codes:

6            1.  To clarify the record.

7            2.  To conform to the facts.

8               3.  To correct transcription errors.

9       Page _396_  Line _16_  Reason _3_

10      From _no_____ to ___to_____

11      Page _402_  Line _13_  Reason _3_

12      From _Googles_____ to ___cookies____

13      Page _402_  Line _15_  Reason _3_

14      From _Googles_____ to ___cookies____

15      Page _418_  Line _5_  Reason _3_

16      From _user field field___ to _user input field__

17      Page _439_  Line _24_  Reason _3_

18      From _Lucyan_____ to ___Luchian_____

19      Page _458_  Line _5_  Reason _5_

20      From _only the_____ to ___only if the___

21      Page _483_  Line _19_  Reason _3_

22      From _to upload down the file from___ to _will pull down the file from_

23

24                          _____

25                                ANTON TITOV

H I G H L Y   C O N F I D E N T I A L

Page 554

1                     HIGHLY CONFIDENTIAL

2    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

3    DATE OF DEPOSITION: 12-7-2011

4    NAME OF WITNESS: ANTON TITOV

5    Reason Codes:

6         1.  To clarify the record.

7         2.  To conform to the facts.

8           3.  To correct transcription errors.

9    Page  436   Line   18   Reason    3

10   From   Lucyan          to     Luchian

11   Page  436   Line   23   Reason    3

12   From   Lucyan          to     Luchian

13   Page  439   Line   24   Reason    3

14   From   Lucyan          to     Luchian

15   Page  439   Line   2    Reason    3

16   From  Lucyan's         to    Luchian's

17   Page _____ Line _____ Reason _____

18   From _____ to _____

19   Page _____ Line _____ Reason _____

20   From _____ to _____

21   Page _____ Line _____ Reason _____

22   From _____ to _____

23

24

25                              ANTON TITOV

HIGHLY CONFIDENTIAL

Page 553

1                    HIGHLY CONFIDENTIAL
                CERTIFICATE OF COURT REPORTER

2

3

        I, Fiona Farson, with TSG Reporting, hereby certify that the
4      testimony of the witness Anton Titov in the foregoing
       transcript, taken on Wednesday, December 7, 2011 was
5      reported by me in machine shorthand and was thereafter
       transcribed by me; and that the foregoing transcript is a
6      true and accurate verbatim record of the said testimony.

7

       I further certify that I am not a relative, employee,
8      counsel or financially involved with any of the parties to
       the within cause, nor am I an employee or relative of any
9      counsel for the parties, nor am I in any way interested in
       the outcome of the within cause.

10

11

12

13

14

       Signed: _____
15
       Fiona Farson
16
       Dated: 12-19-2011
17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 555

1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
2          CASE NO. 11-20427-WILLIAMS/TURNOFF
3     - - - - - - - - - - - - - - - - - - - - - - - - -
      DISNEY ENTERPRISES,
4     INC., TWENTIETH CENTURY
      FOX FILM CORPORATION,
5     UNIVERSAL CITY STUDIOS
      PRODUCTIONS LLLP,
6     COLUMBIA PICTURES
      INDUSTRIES, INC., and
7     WARNER BROS.
      ENTERTAINMENT, INC.,
8
9               Plaintiff,
10    v.
11    HOTFILE CORP., ANTON
      TITOV, and DOES 1-10,
12
13              Defendants.
14
15    HOTFILE CORP.,
16              Counterclaimant,
17    v.
18    WARNER BROS ENTERTAINMENT
      INC.,
19              Counterdefendant.
20    - - - - - - - - - - - - - - - - - - -.- - - - -
                         VOLUME IV
21          H I G H L Y   C O N F I D E N T I A L
           (Pursuant to protective order, the following
22     transcript has been designated highly confidential)
23            30(b)(6) DEPOSITION OF ANTON TITOV
                    Radisson Blu Hotel
24                  Sofia, Bulgaria
              Thursday, December 8, 2011
25    Job #44430          AT:  9:10 a.m.

HIGHLY CONFIDENTIAL

Page 556

```
 1               A P P E A R A N C E S
 2     ATTORNEY FOR THE PLAINTIFFS:
 3            JENNER & BLOCK
              BY:  STEVEN FABRIZIO, ESQ.
 4            1099 New York Avenue, NW
              Washington, DC  20001
 5

 6

 7

 8

       ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
 9     AND ANTON TITOV:
              FARELLA, BRAUN & MARTEL
10            BY:  RODERICK THOMPSON, ESQ.
              235 Montgomery Street
11            San Francisco, CA 94104
12
13            BOSTON LAW GROUP
              By: VALENTIN GURVITS, ESQ.
14            825 Beacon Street
              Newton Center, MA 02459
15
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 557

```
1     Also present:
2     Court reporter:
3             Fiona Farson
              TSG Reporting
4

5     Videographer:
6             Simon Rutson
              TSG Reporting
7

8     Interpreter:
9             Assist. Prof. Boris Naimushin, Ph.D.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```