HIGHLY CONFIDENTIAL

Page 570

1    MR. THOMPSON:  Objection, calls for speculation, lacks

2         foundation, irrelevant to any issue in the case, and

3         harassing.

4              You can answer, Mr. Titov.

5    A.  I believe that all the companies are reporting the money

6         they are receiving if they are required to do so.

7    BY MR. FABRIZIO:

8    Q.  But only the money they are receiving?

9    MR. THOMPSON:  Objection, vague and ambiguous, and compound.

10   A.  That is my belief.

11   BY MR. FABRIZIO:

12   Q.  Okay.  Hotfile -- and in this case I'm referring to

13        Hotfile Ltd and Hotfile Corporation, okay -- Hotfile

14        receives subscription revenues when users purchase

15        premium accounts, correct?

16   A.  Correct.

17   Q.  And users pay through PayPal or through payment

18        processors that are not PayPal, correct?

19   A.  Correct.

20   Q.  Okay.  I'm going to refer to that as the Hotfile

21        subscription revenues, is that understandable to you,

22        the total of all that?

23   A.  Understandable.

24   Q.  Okay.  To your knowledge, are taxes paid directly on the

25        Hotfile subscription revenues in any country?

HIGHLY CONFIDENTIAL

Page 571

1    MR. THOMPSON:  Objection, asked and answered twice, vague

2        and ambiguous, harassing and not relevant to any issue.

3            Steve, you're not a tax collector.  This is

4        a copyright case.  I'll allow one more question.

5    MR. FABRIZIO:  You can instruct any time you want and take

6        your chances.

7    MR. THOMPSON:  You can take your chances too, sir, and the

8        sarcasm in your face is not helpful.  Treat the witness

9        with respect, please.

10   MR. FABRIZIO:  I am treating the witness with respect.  I'd

11       like a little more respect from you.

12   MR. THOMPSON:  You get what deserve, sir.

13           Can we have the question, read back, please?

14                   (Record read.)

15   A.  To my knowledge, I don't think so.

16   BY MR. FABRIZIO:

17   Q.  Switching topics -- and for the record, the sarcasm on

18       my face, the expression on my face was not directed

19       towards you, Mr. Titov, it was directed towards your

20       counsel, since you know darn well why all that was

21       relevant.

22   MR. THOMPSON:  Let the record reflect that I disagree with

23       that statement, both about your face and about what's

24       relevant, but let's move on.

25   BY MR. FABRIZIO:

HIGHLY CONFIDENTIAL

Page 593

1    user.

2    BY MR. FABRIZIO:

3    Q.   Did Hotfile have sort of set ratios to download to web

4         page openings that would automatically result in

5         blocking the user?

6    A.   Not automatically I don't believe.

7    Q.   Okay.  So these were decisions that were made on

8         an individual file-by-file basis?

9    MR. THOMPSON:  Objection, vague.

10   A.   I would say user-by-user basis.

11   MR. FABRIZIO:  Okay.

12   MR. THOMPSON:  Time for the break?

13   MR. FABRIZIO:  Yeah, go ahead.

14   VIDEOGRAPHER:  Off the record, 10:23.

15                       (A break was taken.)

16      (Titov exhibit 159 marked for identification.)

17   VIDEOGRAPHER:  Back on the record at 10:42.

18   BY MR. FABRIZIO:

19   Q.   When we were off the record, Mr. Titov, I marked Titov

20        exhibit 159, which is a one-page document numbered

21        HF2832023.  The exhibit is three pages, because there is

22        a Bulgarian original and an affidavit of accuracy, but

23        I will note that the original appears to contain only

24        two words of Bulgarian at the very top in an email

25        written by you.

HIGHLY CONFIDENTIAL

Page 594

1    MR. THOMPSON:  Also there's the subject line.

2    MR. FABRIZIO:  Ah, yes, I didn't notice that, the subject

3        line as well.

4    BY MR. FABRIZIO:

5    Q.  Mr. Titov, you recall we looked at an exhibit similar to

6        159 yesterday, the difference being it didn't have the

7        email from you responding to Nasko, do you recall?

8    A.  I recall something, yes.

9    Q.  Okay.  I believe -- and this is just for a foundation,

10       I'm not asking you to accept it -- but I believe you

11       testified that you couldn't remember whether you

12       responded or approved the text of what's in Nasko's

13       email, but, seeing 159, does this refresh your

14       recollection that you in fact were asked for your views

15       and you responded that you thought that that text was

16       great?

17   MR. THOMPSON:  Objection, the document speaks for itself.

18   A.  It seems so from the document, but I don't know myself,

19       I don't remember it myself.

20   BY MR. FABRIZIO:

21   Q.  Do you have any reason to doubt the authenticity of

22       exhibit 159?

23   MR. THOMPSON:  Objection, calls for a legal conclusion, also

24       the translation -- object that the translation has not

25       been disclosed to us.

HIGHLY CONFIDENTIAL

Page 595

1   A.  No, I don't.

2   BY MR. FABRIZIO:

3   Q.  Okay.  And in the light of your counsel's objection,

4       the -- the two words that you wrote back to Mr. Nasko

5       on July 17, 2009, is the English translation, "It's

6       great" accurate?

7   MR. THOMPSON:  Objection, he's not a translator.

8   A.  I would say that the substance is correct.

9   BY MR. FABRIZIO:

10  Q.  Yesterday we talked about parts of the Hotfile system

11      that you personally coded, wrote the source code for,

12      correct?

13  A.  Yes, we did.

14  Q.  Okay.  But that was initially.  Over time, have you

15      continued to write parts of the source codes for the

16      Hotfile website and service?

17  MR. THOMPSON:  Objection, vague and compound.

18  A.  To the extent it deals with the functionality

19      I mentioned of moving files, balancing files and so on,

20      I did, and probably some other small changes or small

21      things.

22  BY MR. FABRIZIO:

23  Q.  I believe you said you also personally implemented the

24      Vobile technology?

25  A.  Yes, I said so, and I believe I said with help with

HIGHLY CONFIDENTIAL

Page 596

1      Vasil Kolev.

2   Q.  Okay.  And for the parts of the Hotfile system that you

3       didn't personally code yourself, did you give

4       instructions to the people who coded those parts?

5   MR. THOMPSON:  Objection, overbroad and vague, assumes

6       facts.

7   A.  Obviously there were some instances of me giving

8       instructions like the previous exhibit has shown us, but

9       for the most part, I don't believe so.

10  BY MR. FABRIZIO:

11  Q.  Okay.  What role did you have in the website design?

12  MR. THOMPSON:  Objection, overbroad and vague.

13  A.  When you say "design," do you say -- do you mean the

14      look of the website or something --

15  BY MR. FABRIZIO:

16  Q.  The user interface.

17  A.  I don't really know.  I don't know.

18  Q.  Okay.  You had input into the design of the affiliate

19      programs, correct?

20  MR. THOMPSON:  Objection, vague.

21  A.  To the extent it concerns database design and where --

22      what to store, I think I had some input.

23  BY MR. FABRIZIO:

24  Q.  Okay.  What about the business terms of the affiliate

25      program?  Did you have any input into that?

HIGHLY CONFIDENTIAL

Page 597

1    MR. THOMPSON:  Objection, vague, overbroad.

2    A.  I don't recall having any specific input into that.

3        I don't know.

4    BY MR. FABRIZIO:

5    Q.  Would you and the other shareholders generally talk

6        about issues of that level of significance?

7    MR. THOMPSON:  Objection, vague and ambiguous, and

8        overbroad.

9    A.  Probably, yes.

10   BY MR. FABRIZIO:

11   Q.  Is it fair to say that on major issues like that, the

12       three shareholders tried to reach a consensus as to how

13       to proceed?

14   MR. THOMPSON:  Same objections.

15   A.  I'm not sure that a consensus was needed, but I think

16       it's fair to say that probably there was some

17       discussion.

18   BY MR. FABRIZIO:

19   Q.  When you say consensus wasn't needed, why is that?  Was

20       there some other protocol that the shareholders used to

21       make decisions?

22   MR. THOMPSON:  Objection, vague.

23   A.  I would say that general approach would be without

24       taking opportunity of anybody to explain his position,

25       but in situations where the shareholders will want to do

HIGHLY CONFIDENTIAL

Page 598

1        something, I think this thing will pass.

2   BY MR. FABRIZIO:

3   Q.  So if you and one other shareholder wanted to do

4        something, generally that would pass?

5   MR. THOMPSON:  Objection, overbroad.

6   A.  It depends on seriousness of the issue, but could be.

7   BY MR. FABRIZIO:

8   Q.  Did one of the shareholders have more authority than the

9        others?

10  MR. THOMPSON:  Objection, overbroad and vague, asked and

11       answered.

12  A.  I mean to the extent that different shareholders have

13       different areas of expertise, it's known for others to

14       trust more their opinion in certain levels of -- you

15       know, certain categories of decisions.

16            Also there are other things that are maybe

17       subjective, like age.  For me, personally, it doesn't

18       make sense to oppose Rumen, he has more experience --

19                 (Reporter clarification.)

20            Oppose Rumen, he has more experience of all areas of

21       business, but I would say the general approach would be

22       some kind of vote.

23  BY MR. FABRIZIO:

24  Q.  You spoke of certain areas of expertise.  Mr. Stoyanov

25       you considered to have particular expertise with regard

HIGHLY CONFIDENTIAL

Page 601

1      three shareholders tended to agree on matters of

2      consequence related to Hotfile?

3   MR. THOMPSON:  Objection, overbroad, vague and ambiguous.

4   A.  I don't know if it's fair to say that.

5   BY MR. FABRIZIO:

6   Q.  Well, can you think of instances where the shareholders

7      didn't agree on matters of consequence for Hotfile?

8   MR. THOMPSON:  Objection, asked and answered.

9   A.  Not about anything particular.

10  BY MR. FABRIZIO:

11  Q.  Let me go through a couple.

12      Obviously Hotfile decided on a design for its

13      website; did you disagree personally as to the direction

14      Hotfile chose for the design of its website?

15  MR. THOMPSON:  Objection, vague and ambiguous as to time,

16      and vague generally.

17  A.  I don't remember disagreement.

18  BY MR. FABRIZIO:

19  Q.  Okay.  Did you disagree with Hotfile's decision to have

20      an affiliate program?

21  A.  I don't remember disagreeing with this decision.

22  Q.  Did you disagree with Hotfile's decision to structure

23      the affiliate program so that users were compensated

24      based on whether the files they uploaded were frequently

25      downloaded by other users?

HIGHLY CONFIDENTIAL

Page 602

1    MR. THOMPSON:  Objection, assumes facts.

2    A.  I don't remember disagreeing with the affiliate program

3        the way it is.

4    BY MR. FABRIZIO:

5    Q.  Okay -- well, wait -- at some points during Hotfile's

6        payment of users through the affiliate program, did you

7        pay affiliates through your personal PayPal account?

8    A.  That's not really how it happened.

9    Q.  Well, first, let's start with the facts; were there

10       instances in which Hotfile affiliates were paid from

11       an Anton Titov PayPal account?

12   MR. THOMPSON:  Objection, vague.

13   A.  Yes, there were instances where users were paid by

14       an account opened on my name.

15   BY MR. FABRIZIO:

16   Q.  Okay.  Yesterday we spoke of a point in time when

17       Hotfile began hash blocking, do you recall that?

18   A.  Yes, I recall that.

19   Q.  And so there was a period of time when Hotfile wasn't

20       hash blocking we talked about, correct?

21   A.  Correct.

22   Q.  Okay.  Did you disagree with Hotfile's decision not to

23       do hash blocking in the earlier period?

24   MR. THOMPSON:  Objection, assumes facts not in evidence.

25   A.  I don't think there was a decision not to do hash

HIGHLY CONFIDENTIAL

Page 603

1      blocking.

2    BY MR. FABRIZIO:

3    Q.  Hotfile knew it was not hash blocking in that earlier

4        period, correct?

5    MR. THOMPSON:  Objection, vague and ambiguous.

6    A.  That is correct.

7    BY MR. FABRIZIO:

8    Q.  Okay.  And you knew Hotfile was not hash blocking in

9        that earlier period, correct?

10   A.  Correct.

11   Q.  Okay.  And in that earlier period, did you approve of

12       the fact that Hotfile was not hash blocking?

13   MR. THOMPSON:  Objection, assumes facts.

14   A.  I don't know.

15   BY MR. FABRIZIO:

16   Q.  Okay.  We talked yesterday about parent and child files,

17       correct?

18   A.  Correct.

19   Q.  And in some earlier period, when Hotfile received a DMCA

20       notice for a child file, it would disable the URL only

21       for that child file and not for the parent file or any

22       other child files -- do you recall that?

23   A.  I do recall that.

24   MR. THOMPSON:  Excuse me, for the record, objection to the

25       extent that it misconstrues prior testimony.

HIGHLY CONFIDENTIAL

Page 604

1    BY MR. FABRIZIO:

2    Q.   Did you make the decision on the technology side that

3         Hotfile would disable only the specifically noticed URL?

4    MR. THOMPSON:   Objection, vague, assumes facts.

5    A.   I don't believe so.

6    BY MR. FABRIZIO:

7    Q.   Who did?

8    MR. THOMPSON:   Objection, assumes facts.

9    A.   I don't know.

10   BY MR. FABRIZIO:

11   Q.   Okay.   Did you disagree with the practice of disabling

12        only the specifically noticed child file?

13   A.   I don't remember.

14   Q.   We spoke yesterday about the remote uploader

15        functionality, do you recall?

16   A.   Yes, I do.

17   Q.   And there was a point where, unbeknownst to Hotfile, the

18        remote uploader functionality allowed users to make

19        Hotfile to Hotfile copies, correct?

20   A.   Correct.

21   Q.   And then, at some point, Hotfile understood what was

22        happening and modified the remote uploader in order to

23        perform the same function in a technically more

24        efficient manner, correct?

25   A.   Correct.

HIGHLY CONFIDENTIAL

Page 605

1    Q.   Okay.  Did you make the decision to modify the remote

2         uploader function in order to perform the same function

3         in a more technically efficient manner?

4    MR. THOMPSON:  Objection, vague and ambiguous, and

5         misconstrues prior testimony.

6    A.   I don't really remember.

7    BY MR. FABRIZIO:

8    Q.   As you sit here, are you able to deny that you made that

9         decision?

10   MR. THOMPSON:  Objection, argumentative, and vague.

11   A.   I guess no, since I don't remember.

12   BY MR. FABRIZIO:

13   Q.   And we spoke yesterday or the day before about Hotfile's

14        policies and practices prior to the filing of this

15        complaint with regard to repeat copyright infringers,

16        correct?

17   A.   That's correct.

18   Q.   Okay.  Did you personally disagree with Hotfile's policy

19        or practices with regard to repeat infringers prior to

20        the filing of this complaint?

21   MR. THOMPSON:  Objection, overbroad, vague as to time.

22   BY MR. FABRIZIO:

23   Q.   Well, let me rephrase that.  In the time period prior to

24        the filing of this complaint, did you disagree with

25        Hotfile's policies with regard to repeat infringers?

HIGHLY CONFIDENTIAL

Page 606

1    MR. THOMPSON:  Same objection, also compound.

2    A.  I don't remember disagreeing.  I never considered it

3        part of my job to make an opinion in this matter.

4    BY MR. FABRIZIO:

5    Q.  In the time period prior to the filing of this

6        complaint, did you disagree with Hotfile's practice from

7        a technological standpoint of dealing with repeat

8        infringers?

9    MR. THOMPSON:  Objection, vague and ambiguous, and

10       unintelligible.

11   MR. FABRIZIO:  Is "unintelligible" a subset of vague or

12       ambiguous?

13   MR. THOMPSON:  It's extreme vague and ambiguous.

14   MR. FABRIZIO:  Got it.

15   MR. THOMPSON:  I can tell you why, if you like.

16   MR. FABRIZIO:  No.

17   A.  I don't remember doing so.

18   BY MR. FABRIZIO:

19   Q.  If you had disagreed, you would have had the ability to

20       raise your objections with your co-shareholders,

21       correct?

22   A.  I think that's correct, yes.

23   Q.  Okay.  And if one other of your co-shareholders agreed

24       with you, you could have changed the practice, correct?

25   MR. THOMPSON:  Objection, overbroad and vague, also calls

HIGHLY CONFIDENTIAL

Page 607

1        for speculation.

2    A.  I don't know if that would happen, I can't say what

3        would happen.   Something.

4    BY MR. FABRIZIO:

5    Q.  We talked yesterday about the fact that Hotfile doesn't

6        have a policy about terminating refer domains for repeat

7        infringement, correct?

8    A.  Correct.

9    Q.  Do you agree with Hotfile's policy not to terminate

10       refer domains for repeat infringement?

11   MR. THOMPSON:  Objection, overbroad, and object to the

12       extent it misconstrues prior testimony.

13   A.  I don't have an opinion on this matter.

14   BY MR. FABRIZIO:

15   Q.  Following the filing of this -- strike that.

16           Following the filing of this complaint, Hotfile

17       altered its repeat infringer practices, correct?

18   A.  Correct.

19   Q.  Did you personally participate in the decision to alter

20       the post-complaint repeat infringer practices?

21   MR. THOMPSON:  Let me caution Mr. Titov not to reveal any

22       attorney/client communications.

23           You can answer the question as phrased.

24   A.  Yes, I participate.

25   BY MR. FABRIZIO:

HIGHLY CONFIDENTIAL

Page 608

1   Q.   What was the nature of your participation?

2   MR. THOMPSON:  The same caution.

3   A.   I participated in discussions about.

4   BY MR. FABRIZIO:

5   Q.   Did you disagree with the revisions to the repeat

6        infringer practices adopted post-complaint?

7   MR. THOMPSON:  Same caution to Mr. Titov.

8   A.   I don't remember doing so.

9   BY MR. FABRIZIO:

10  Q.   Okay.  We spoke yesterday about the fact that, prior to

11       the filing of this complaint, Hotfile had not

12       investigated or considered content identification

13       technologies, correct?

14  A.   Correct.

15  MR. THOMPSON:  Excuse me, for the record, I object that it

16       misconstrues prior testimony and was also compound.

17  BY MR. FABRIZIO:

18  Q.   Did you disagree with Hotfile's decision not to consider

19       content protection technologies -- well, strike that.

20           Did you disagree with Hotfile's decision not to

21       consider content identification technologies prior to

22       the filing of this complaint?

23  MR. THOMPSON:  Objection, assumes facts not in evidence.

24  A.   I don't think such a decision was ever made.

25  BY MR. FABRIZIO:

HIGHLY CONFIDENTIAL

Page 609

1   Q.   Prior to the complaint you understood that content

2        identification technologies existed, did you not?

3   MR. THOMPSON:   Objection, overbroad and vague.

4   A.   Not really in a way that they exist.  I think I knew

5        that YouTube would be doing something, but I think my

6        general belief is that it's something that they

7        developed in-house.

8   BY MR. FABRIZIO:

9   Q.   Did you take any steps to investigate what YouTube was

10       doing?

11  A.   I don't remember doing so.

12  Q.   Did you take steps to determine whether YouTube was

13       licensing their technology to be used by third party

14       sites?

15  A.   I don't remember doing so.

16  Q.   Okay.  In talking about the Vobile implementation,

17       you -- you said that the original uploading, even if

18       a file was identified as a block, the original uploading

19       user is permitted to download it, correct?

20  A.   Correct.

21  Q.   And the means that that user is permitted to download it

22       is by having a combination of the URL and the user's

23       screen name and password credentials, correct?

24  MR. THOMPSON:   Objection, vague.

25  A.   That's correct.

HIGHLY CONFIDENTIAL

Page 613

1          excluding Mr. Vangelov and Mr. Stoyanov.

2     A.   Mm-hmm.

3     Q.   Speaking specifically of Mr. Chubarov, Mr. Kolev,

4          Mr. Ianakov, and although I don't think he was a Blue

5          Ant employee, Mr. Manov, did those four gentlemen have

6          the authority to make major decisions for Hotfile

7          without consulting with the shareholders?

8     MR. THOMPSON:  Objection, overbroad and vague, calls for

9          a legal conclusion.

10    A.   It really depends what is major decisions but my

11         understanding is they are not really.

12    BY MR. FABRIZIO:

13    Q.   Okay.  What do you consider a major decision?

14    MR. THOMPSON:  Objection, lacks context.

15    A.   I don't know.  I can't think of one now.

16    BY MR. FABRIZIO:

17    Q.   All right.  Could those four have implemented copyright

18         filtering without consulting with the shareholders?

19    MR. THOMPSON:  Objection, calls for speculation.

20    A.   I don't believe so.

21    BY MR. FABRIZIO:

22    Q.   Could they have changed Hotfile's repeat infringer

23         policies or practices without consulting with the

24         shareholders?

25    MR. THOMPSON:  Again, calls for speculation.

HIGHLY CONFIDENTIAL

Page 614

1   A.  I don't believe that they could change the general

2       policy.

3   BY MR. FABRIZIO:

4   Q.  Could they have changed Hotfile's policies or practices

5       for responding to DMCA notices without conferring with

6       the shareholders?

7   MR. THOMPSON:  Objection, calls for speculation.

8   A.  Not policies, but I don't know what you include in

9       "practices."

10  BY MR. FABRIZIO:

11  Q.  They couldn't decide for instance that Hotfile was no

12      longer going to respond to DMCA notices?

13  MR. THOMPSON:  Objection, calls for speculation.

14  A.  No, I don't believe they could.

15  BY MR. FABRIZIO:

16  Q.  Could those four gentlemen have changed Hotfile's

17      affiliate programs without consulting with the

18      shareholders?

19  MR. THOMPSON:  Objection, calls for speculation.

20  A.  In general I don't believe, but to the extent that they

21      might find functionality that is not working as

22      intended, I think it's fair to say that every programmer

23      is free to fix bugs he introduced.

24  BY MR. FABRIZIO:

25  Q.  Sure.  I'm not talking about bugs or anything.

HIGHLY CONFIDENTIAL

Page 615

1          Could they decide to cancel Hotfile's affiliate

2      program without consulting with the shareholders?

3   A.  I don't believe so.

4   Q.  Could they decide to change the business terms of

5      Hotfile's affiliate programs without consulting with the

6      shareholders?

7   MR. THOMPSON:  Objection, calls for speculation, and vague

8      and ambiguous, and overbroad.

9   A.  I don't believe so.

10  BY MR. FABRIZIO:

11  Q.  Could they have decided to begin a practice of

12     terminating refer domains who were repeat copyright

13     infringers without consulting with the shareholders?

14  MR. THOMPSON:  Same objections.

15  A.  I don't believe so.

16  BY MR. FABRIZIO:

17  Q.  Could they change Hotfile's DMCA agent without

18     consulting with the shareholders?

19  MR. THOMPSON:  Same objection, and also compound.

20  A.  I do not believe so.

21  BY MR. FABRIZIO:

22  Q.  Could the -- could they change the price that Hotfile

23     charges for subscription to premium accounts without

24     consulting with the shareholders?

25  MR. THOMPSON:  Same objections.

HIGHLY CONFIDENTIAL

Page 616

1    A.  Not really the price.  Maybe, again, in an area of

2        fixing bugs it might happen, but not --

3    BY MR. FABRIZIO:

4    Q.  But my question was not about bugs.  My question was;

5        could they change the price that Hotfile charges for

6        premium subscription without consulting with the

7        shareholders?

8    MR. FABRIZIO:  Mr Fabrizio, you interrupted and I ask you to

9        let him finish his question -- or his answer, before you

10       start the next question.

11   BY MR. FABRIZIO:

12   Q.  Can you answer my question, please?

13   MR. THOMPSON:  Mr. Fabrizio, give the -- give man a chance

14       to finish his answer --

15   MR. FABRIZIO:  I just asked another question.

16   MR. THOMPSON:  In the middle of his answer.  Have you

17       withdrawn the prior question?

18   MR. FABRIZIO:  Sure, I'll withdraw it.

19   MR. THOMPSON:  Why don't you reask the question?

20   BY MR. FABRIZIO:

21   Q.  Could those four gentlemen, Messrs. Chubarov, Kolev

22       Ianakov or Manov, have changed the price that Hotfile

23       charges for premium subscription services without

24       consulting with the shareholders?

25   MR. THOMPSON:  Same objections.

HIGHLY CONFIDENTIAL

Page 617

1    A.  Not really, but I was talking about if there is

2         a currency conversion bug or something, they might fix

3         it, but not change the price.

4    BY MR. FABRIZIO:

5    Q.  Okay.  Could they change the benefits that Hotfile

6         offers to premium subscribers, as opposed to free

7         subscribers, without consulting with the shareholders?

8    MR. THOMPSON:  Again, object, calling for speculation,

9         overbroad and compound.

10   A.  I don't believe so.

11   MR. FABRIZIO:  Do you want to change the tape?

12   VIDEOGRAPHER:  Going off the record at 11:29.  This is the

13        end of tape 1, volume IV, deposition of Mr. Anton Titov.

14                    (A break was taken.)

15        (Titov exhibit 160 marked for identification.)

16   VIDEOGRAPHER:  This is the beginning of tape 2, volume IV

17        and a continuation in the deposition of Anton Titov.  On

18        the record at 11:37.

19   BY MR. FABRIZIO:

20   Q.  Mr. Titov, while we were off the record, we marked as

21        Titov exhibit 160 a document produced in this litigation

22        by PayPal.  It does not bear production numbers, but it

23        is a one, two, three, four, five-page spreadsheet, the

24        bottom is marked "CONFIDENTIAL PayPal Production - May

25        17, 2011," and it is -- it is according to PayPal,

HIGHLY CONFIDENTIAL

Page 628

1           that's a particularly long document, I don't plan on

2           asking you any questions on it.

3      MR. THOMPSON:  Is Mr. Titov involved in that communication?

4      MR. FABRIZIO:  Not that I see, but he is the corporate

5           representative.

6      MR. THOMPSON:  That's a question that I object to, that it

7           calls for a legal conclusion.

8      MR. FABRIZIO:  That wasn't a question --

9      MR. THOMPSON:  Okay.

10     MR. FABRIZIO:  I was just letting him know, in case it would

11          help him, I didn't want him to feel he needed to read it

12          at a level to be prepared to answer detailed questions.

13     MR. THOMPSON:  I understand.

14     MR. FABRIZIO:  The same with 163.

15     BY MR. FABRIZIO:

16     Q.  Okay.  Mr. Titov, let's just start with 162 and 163 --

17          and we'll start with 163 first, and you see you are

18          a recipient of this email.  Is this a true and correct

19          copy of an email that you received on or about December

20          4, 2009?

21     MR. THOMPSON:  Objection, calls for a legal conclusion.

22          It's also -- just for the record it's a translation and

23          an email combined into one.

24     MR. FABRIZIO:  At your request.

25     MR. THOMPSON:  Well, I would just suggest, if you want to

HIGHLY CONFIDENTIAL

Page 629

1        authenticate the original, that's something, but I don't

2        see how we can authenticate someone else's translation.

3    A.   I don't have any reasons to believe that the original

4        is ...

5    BY MR. FABRIZIO:

6    Q.   Okay.  In the first couple of sentences, which in the

7        English version says:

8            "The post below is long, but in brief the problem

9        is:

10           -- many people are cheating by deliberately

11       uploading false content, files with different content

12       than their names and descriptions.

13           For example, it says" -- then it gives what appears

14       to be a file name, beginning with "Fringe," and then

15       after that it says -- "and in reality, it is some other

16       movie."

17           Does that accurately reflect the Bulgarian original?

18   MR. THOMPSON:   Objection, Mr. Titov is not a translator.

19       We're not going to have -- he didn't write this.

20       There's no reason for him to be able to translate it for

21       you, Mr. Fabrizio, we could talk about translations

22       separately, and I don't see why you came all this way to

23       ask Mr. Titov to be a translator, that's not fair and

24       it's not appropriate.

25           It's also a very compound question, since you read

HIGHLY CONFIDENTIAL

Page 630

1           about four lines into the record.

2      BY MR. FABRIZIO:

3      Q.   You can answer, Mr. Titov.

4      A.   I don't know, it seems like the substance might be

5           correct.

6      Q.   There's something in there that you see that you would

7           disagree with, if you were reading this?

8      MR. THOMPSON:   Objection, vague and ambiguous, and I also

9           repeat the objections from the prior questions.

10     A.   Nothing in particular.

11     MR. THOMPSON:   I'm not going to allow any more questions

12          about translations like that.   You can go ahead.

13     MR. FABRIZIO:   Rod, he's the corporate rep, and I'm trying

14          to authenticate the document, and when I just tried to

15          ask about the authentication you objected that

16          I couldn't ask about it without -- so --

17     MR. THOMPSON:   You can ask about the document, but not about

18          a translation you made by someone in New York, who's not

19          a native Bulgarian speaker, and we've shown the problems

20          with the translations.

21     MR. FABRIZIO:   How do you know the person's not a native

22          Bulgarian speaker?   And what you have shown is perhaps

23          a tiny difference of opinion here and there.

24     MR. THOMPSON:   Mr. Fabrizio, the record will show that two

25          days ago you gave me one copy of an email with one

HIGHLY CONFIDENTIAL

Page 631

1      translation, withheld the translation of the other copy

2      until after the witness had seen it --

3   MR. FABRIZIO:  "Withheld"?

4   MR. THOMPSON:  Yes, withheld because you didn't bring

5      an extra copy for me and then, after the witness

6      testified about both emails, you gave me your

7      translation which showed the same Bulgarian word, which

8      should have been translated as "legitimate"

9      mistranslated as "legal" on your document.

10         That's a substantive difference in the same email,

11      so don't talk to me about intimating itself, you're

12      playing games.  I'm not going to allow him to talk about

13      translations.  He's not a translator.

14   MR. FABRIZIO:  Right.  Well, I take offense to the

15      suggestion that I withheld anything or that we're

16      playing games.

17         I have as a courtesy provided you with every

18      document.  There was one where there was an inadvertence

19      that I didn't have the English translation.  I had no

20      idea that the -- that there was a word translated

21      differently in two documents, you just pointed out it --

22   MR. THOMPSON:  Mr Fabrizio, just let me withdraw.  I'm not

23      suggesting that you had malice aforethought when you did

24      that.  What I'm saying is that it had a -- had an

25      impact.

HIGHLY CONFIDENTIAL

Page 632

1   MR. FABRIZIO:  It was one word and I don't believe --

2       I think those words are synonymous in context.

3   MR. THOMPSON:  That's exactly what the -- what

4       the translator is going to argue about, but Mr. Titov is

5       here, I have no trouble with you asking him about

6       an email in Bulgarian that he wrote, but to ask him to

7       translate four sentences into English, when that's not

8       his profession, is not fair, and he's not going to do

9       that any more.

10  MR. FABRIZIO:  Okay.  It's not proper for you to instruct

11      him.

12  MR. THOMPSON:  Well, we can -- especially after the judge

13      gave you specific guidance to the contrary on that.

14  BY MR. FABRIZIO:

15  Q.  Will you turn to exhibit 162?  And at the top, do you

16      recognize the email "support@hotfile.com"?

17  A.  I do.

18  Q.  And then you recognize one of the recipients, Mr. Vasil

19      Kolev?

20  A.  I see that.

21  Q.  Okay.  And then the next recipient says Iva Ivanova; do

22      you know who that is?

23  A.  Yes, I do.

24  Q.  Who is that?

25  A.  Iva Ivanova is a lady who developed a port tool that we

HIGHLY CONFIDENTIAL

Page 633

1     have on the website -- sorry, it is a standalone

2     application I believe for Windows that will allow the

3     upload and download functionality.

4                    (Reporter clarification.)

5          Upload and download functionality.

6     Q.   Is that the Hotfile tool that's a sort of an analogue to

7          the J Downloaded software?

8     MR. THOMPSON:   Objection, vague.

9     A.   I believe so.

10    BY MR. FABRIZIO:

11    Q.   And Ms. Ivanova developed that?

12    A.   I believe so.

13    Q.   Okay.  And, given the context of this email, do you have

14         any doubt that this is a true and correct copy of

15         a Hotfile email communication?

16    MR. THOMPSON:   Mr. Titov, you can respond with respect to

17         the last three pages which are the original.  I instruct

18         you not to answer with respect to the translation, on

19         which you had no part.

20    MR. FABRIZIO:   All right.  We obviously object to that.  My

21         question is as to both the English translation and the

22         Bulgarian original.

23    MR. THOMPSON:   Well, I object and instruct him not to

24         answer.

25              If you want to break it apart, you can.

HIGHLY CONFIDENTIAL

Page 634

1    BY MR. FABRIZIO:

2    Q.  Are you honoring your counsel's instruction?

3    A.  Yes, I do.

4    Q.  Okay.

5    A.  So the original seems like authentic copy and I don't

6        have any reason to believe that it's not.

7    Q.  If you look down -- look at the Bulgarian, there is

8        a heading that says "2 Upload," and then there is

9        a paragraph in Bulgarian, and then there is a -- then

10       there are two folder names, do you see those, one begins

11       "D:\downloads," the other one begins "Vicious Rumors"?

12   A.  I see that.

13   Q.  Okay.  That's in English not Bulgarian, so that's

14       authentic in both the Bulgarian and the English,

15       correct?

16   MR. THOMPSON:  Objection, vague and ambiguous as to what

17       you're referring to.

18   A.  Yes, I see the same text in Bulgarian and English.

19   BY MR. FABRIZIO:

20   Q.  Okay.  Turn to exhibit 161.  Is exhibit 161 a true and

21       correct copy of an email exchange that you participated

22       in on July 2, 2010?

23   MR. THOMPSON:  Objection to the extent it calls for

24       an authentication of a document that was created by

25       counsel's translator.

HIGHLY CONFIDENTIAL

Page 635

1          You can answer with respect to the last page --

2    MR. FABRIZIO:  This is one where he is a participant.  He

3          actually wrote it.

4    MR. THOMPSON:  Counsel, let me finish.

5          He did not write the translation.  Your translator

6          in New York wrote the translation.  If you want to break

7          it apart to ask about the document he wrote, that's

8          fine, otherwise the question is objectionable and

9          I instruct him not to answer.

10   A.   The original, I don't have any reasons to believe that

11        the original -- authentic.

12   BY MR. FABRIZIO:

13   Q.   Okay.  And in the first sentence did you say:

14          "This may help out too (3rd or 4the news item)..."

15          And then add a link to a RapidShare article?

16   A.   The grammar it says, it's not correct.  It's more like

17        "this is maybe helping to," or "maybe and this is

18        helping."  I think that would be the most correct, to my

19        knowledge.

20   Q.   Okay.  And then you -- then you provided a link to

21        a Rapidshare news article?

22   A.   Yes.

23   Q.   Okay.  And below that you said:

24          "Rapidshare discontinued all kinds of points and

25          payments as of July 1st."

HIGHLY CONFIDENTIAL

Page 636

1    MR. THOMPSON:  Objection, vague as to whether you're asking

2         to agree the translation or whether he made

3         the statement.

4    A.   The substance is correct.

5    BY MR. FABRIZIO:

6    Q.   Okay.  And when you -- when you said "this may help

7         out," in words or substance, were you referring to the

8         fact that Rapidshare's discontinuation of its affiliate

9         program might help explain why Hotfile's profits had

10        been increasing so rapidly?

11   MR. THOMPSON:  Objection, vague and ambiguous, and misstates

12        the document.

13   A.   I don't remember for a fact, but it makes sense.

14   BY MR. FABRIZIO:

15   Q.   Why would Rapidshare discontinuing its affiliate program

16        affect Hotfile's profits and cause them to increase?

17   MR. THOMPSON:  Objection, calls for speculation.

18   A.   Because I would say that we are competing companies in

19        the same industry, and if users would withdraw from one

20        company, they will go to another.

21   BY MR. FABRIZIO:

22   Q.   And Rapidshare's termination of its affiliate program,

23        in your view, would cause its users to leave and go to

24        another service?

25   MR. THOMPSON:  Objection, calls for speculation and opinion.

HIGHLY CONFIDENTIAL

Page 637

1    A.  That could be the case.

2    BY MR. FABRIZIO:

3    Q.  Does Hotfile have a Twitter account?

4    A.  I believe so.

5    Q.  Okay.  What's the Twitter account name?  What's the

6        handle?

7            Maybe I can help you, it's not a memory game.  Is it

8        "hotfile_site"?

9    A.  Maybe.  I can't remember.

10   Q.  And who tweets through that Hotfile Twitter account?

11   MR. THOMPSON:  Objection, vague.

12   MR. FABRIZIO:  Maybe to you, but undoubtedly not to him.

13   A.  That would be Mr. Ianakov.

14   BY MR. FABRIZIO:

15   Q.  Anybody else?

16   A.  I don't believe so.

17   Q.  Okay.  And is he -- is that part of -- is that something

18       he's permitted to do as part of his job responsibility

19       for Hotfile?

20   MR. THOMPSON:  Objection, assumes facts.

21   A.  I have impression that Mr. Stoyanov allowed him to do

22       so, yes.

23   MR. FABRIZIO:  I'm going to mark as Titov 164 a four-page

24       document that is a printout from the Hotfile Twitter

25       account.

HIGHLY CONFIDENTIAL

Page 638

1        (Titov exhibit 164 marked for identification.)

2    BY MR. FABRIZIO:

3    Q.  First, if you could just confirm that this is in fact

4        the Hotfile Twitter account?

5    A.  Yes, I believe so.

6    Q.  Okay.  And as best you can tell, this is a true and

7        accurate copy of the -- of some Hotfile tweets?

8    MR. THOMPSON:  Objection, lacks foundation, vague and

9        ambiguous.

10   A.  I don't know for a fact, but I don't have any reason to

11       doubt it.

12   BY MR. FABRIZIO:

13   Q.  Okay.  If you look at the second page, the tweet from

14       5 July 09, there are a couple of them -- I'm talking

15       about the second one that says "Remote upload from RS,"

16       and then there's a colon there -- as a technical matter,

17       do you know what that means?

18   MR. THOMPSON:  Objection, vague.

19   A.  I believe that is remote upload from Rapidshare.

20   BY MR. FABRIZIO:

21   Q.  Remote upload from Rapidshare to a Hotfile account?

22   A.  I believe so, yes.

23   Q.  So Mr. Ianakov is giving an illustration of remote

24       uploading a file from Rapidshare to Hotfile in that

25       tweet?

HIGHLY CONFIDENTIAL

Page 639

1    MR. THOMPSON:  Objection, calls for speculation.

2    A.  I believe so.

3    BY MR. FABRIZIO:

4    Q.  Okay.  And you understand it to be an illustration

5        because in the URL that follows, it says "user

6        name:pass@rapidshare.com," correct?

7    A.  Correct.

8    Q.  If it had been an actual remote upload, there would be

9        inserted there the uploader's Rapidshare user name and

10       password?

11   MR. THOMPSON:  Objection, calls for a hypothetical and

12       speculation.

13   A.  Sorry, can you define who is the uploader?

14   BY MR. FABRIZIO:

15   Q.  The remote uploader is -- sure, a remote uploader with

16       a Rapidshare account who wanted to upload files from his

17       Rapidshare account to the Hotfile server, using this

18       exhibit as an illustration, that user would insert their

19       Rapidshare user name and their Rapidshare password in

20       the URL string where this illustration says

21       "username:pass"?

22   A.  My understanding is that "username:pass" refers to

23       a premium account at Rapidshare.

24   Q.  Okay.  I think we're saying the same thing.

25           Do you know what the file is that Mr. Ianakov used

HIGHLY CONFIDENTIAL

Page 647

1   A.  I don't know for a fact.

2   Q.  Okay.  What do you believe?

3   MR. THOMPSON:  Objection, calls for speculation.

4   A.  I don't believe it will be.

5   BY MR. FABRIZIO:

6   Q.  And we talked previously about list pages and the URLs

7       that had the word "list" in them?

8   A.  Yes, we did.

9   Q.  And are SRA requests for takedowns of list pages logged

10      in some way?

11  MR. THOMPSON:  Objection, vague.

12  A.  I don't know.

13  MR. FABRIZIO:  When we were on the break I had the court

14      reporter -- actually I marked exhibit 165 of the Titov

15      deposition.  It is a three-page document, the last two

16      pages are -- consist of a screenshot of the Hotfile

17      affiliate web page, and the cover page, as before,

18      simply contains the URL and the date of capture, for the

19      record.

20  BY MR. FABRIZIO:

21  Q.  Mr. Titov, is exhibit 165 a true and correct copy of the

22      Hotfile affiliates web page as it exists currently?

23  A.  I don't have any reasons to believe that it's not.

24  Q.  Thank you.  Hotfile has three aspects to its affiliate

25      program; one aspect is -- is an affiliate program geared

HIGHLY CONFIDENTIAL

Page 648

1          towards uploaders of files, correct?

2     MR. THOMPSON:  Objection, vague and ambiguous as to

3          "aspect."

4     BY MR. FABRIZIO:

5     Q.   Right.  Let me ask it this way; Hotfile has an affiliate

6          program geared towards uploading users, correct?

7     A.   That is correct.

8     Q.   Okay.  Hotfile has an affiliate program geared towards

9          sites that refer users to Hotfile, correct?

10    A.   Correct.

11    Q.   Okay.  And Hotfile has an affiliate program that is

12         geared towards anyone who refers users to Hotfile,

13         correct?

14    MR. THOMPSON:  Objection, vague.

15    BY MR. FABRIZIO:

16    Q.   The "refer a friend" program?

17    A.   Correct.

18    Q.   Okay.  And then Hotfile also has a reseller program, but

19         do you consider that part of the affiliate program?

20    A.   No, I don't say so.

21    Q.   For the purposes of our discussion can -- well, do you

22         consider those three separate affiliate programs or all

23         part of the same affiliate program?

24    MR. THOMPSON:  Objection, vague and ambiguous.

25    A.   I don't -- I don't have opinion on that, so whatever.

HIGHLY CONFIDENTIAL

Page 649

1    BY MR. FABRIZIO:

2    Q.  Doesn't matter.  Okay.  When I'm talking about the

3        affiliate program geared towards users that upload

4        files, I'll refer to that as the uploader affiliate

5        program, is that okay?

6    A.  That is okay.

7    Q.  When I'm talking about an affiliate program geared

8        towards sites that refer users, I'll refer to that as

9        the site operator affiliate program, is that okay?

10   A.  That is okay.

11   Q.  And when I refer to the affiliate program that is titled

12       "refer a friend," I'll refer to it as the "refer

13       a friend" program, okay?

14   A.  That is okay.

15   Q.  Let's first talk about the uploader affiliate program.

16           At the top of exhibit 165, there is an earnings

17       table; does that accurately represent the current

18       earnings table for uploader affiliates?

19   A.  I think so.

20   Q.  Okay.  And in the -- in the left column there is

21       a heading called "Ranks," and below that it says

22       "Copper," "Bronze," "Silver," "Gold," "Platinum."  Can

23       you describe for the record what the ranks mean?

24   A.  The rank is -- is some kind of status of the user that

25       will determine how much it will get paid to the

HIGHLY CONFIDENTIAL

Page 650

1           affiliate program.

2    Q.    In order of hierarchy, copper is the lowest rank?

3    A.    Correct.

4    Q.    And platinum is the highest rank?

5    A.    Correct.

6    Q.    Is there a -- are there unranked affiliates, meaning

7           an affiliate that doesn't have a -- hasn't earned

8           a copper ranking yet?

9    A.    No, I don't believe so.

10   Q.    Okay.  So every affiliate is at least a copper ranking?

11   A.    Yes, I believe so.

12   Q.    How does Hotfile determine the rank of an affiliate?

13   A.    Most basically it's based on number of premium accounts

14          the affiliate is selling.

15   Q.    And when you say "selling," you mean, in the context of

16          an uploader affiliate, you mean the number of premium

17          accounts purchased by downloaders of the files that were

18          uploaded by the uploader affiliate?

19   A.    That is correct.

20   Q.    Okay.  You also referred to that as the uploader

21          affiliate selling a premium account, for shorthand?

22   A.    I don't know.  I just said that.

23   Q.    Okay.  I'm just trying to use your language wherever

24          it's more comfortable for you.

25               Is it based on the number of premium accounts that

HIGHLY CONFIDENTIAL

Page 651

1          the uploader affiliate has sold or the ratio, or some

2          ratio of sales?

3     MR. THOMPSON:   Objection, vague as to "it."

4     A.   I believe it is based on the total sum of sales that the

5          affiliate converted, and I believe that the formula also

6          includes some estimates for Hotfile expenses for

7          bandwidth on this user.

8     BY MR. FABRIZIO:

9     Q.   "User" meaning the uploader affiliate?

10    A.   Yeah.

11    Q.   Focusing just for a second on the first part of the

12         equation, just to make sure we understand it, you said

13         the total sum of sales that the affiliate converted, so

14         the total number of users who converted to premium --

15         well, from the downloader page of a file that was

16         uploaded by one of those affiliates, correct?

17    A.   I actually meant that the money value also matters.

18                    (Reporter clarification.)

19         The money value.

20    Q.   The money value?  Oh, what -- what level of premium

21         service that downloader purchases, okay.

22    A.   Correct.

23    Q.   Let me just ask by way of illustration to confirm

24         something.

25         Assuming the downloader purchased -- two

HIGHLY CONFIDENTIAL

Page 653

1        converted is one?

2    A.   Again, I think in the -- it's monetary value, so it will

3         be nine.

4                    (Reporter clarification.)

5             The monetary value, dollars, so I think it will be

6         $9 if they purchased --

7    Q.   Okay.  So the total sum -- the total monetary sum of

8         sales that each affiliate converted, okay, I was

9         thinking "sum" as being number of downloads, all right.

10            So if the up -- if the downloading users both

11        converted to premium at the $9 rate, in both instances

12        the uploading affiliate would -- would have a total

13        number of sales converted of $9, okay?

14   A.   Correct.

15   Q.   And that's not affected by the ratio of the number of

16        downloads it took to get that conversion?

17   A.   As I said, it is a formula, and what -- the monetary

18        value is part of the formula, so, yes, the ratio is

19        an issue.

20   Q.   Let me -- let me try to simplify it; if you look at

21        exhibit 165, at the top on the right-hand side there is

22        the heading "Ranks" --

23   MR. THOMPSON:  Excuse me.

24   BY MR. FABRIZIO:

25   Q.   -- and towards the bottom of that paragraph there's two

HIGHLY CONFIDENTIAL

Page 654

1    numbered paragraphs, and one says -- and then they

2    are -- they're talking about -- well, it says:

3         "Your status mainly depends on your conversion ratio

4    which includes:

5         1.  The ratio of the users that downloaded your

6    files and the users that become premium based on your

7    uploaded files."

8         Do you see that?

9    A.  Yes, I do see that.

10   Q.  What does that mean?

11   MR. THOMPSON:  Objection, vague and ambiguous.  The document

12        speaks for itself.

13   A.  As I tried to explain before, the formula actually works

14        like a money equation; you have income and you have

15        expenses, you divide them, and you get a number, and,

16        based on this number, a rank will be assigned.

17   BY MR. FABRIZIO:

18   Q.  What I'm trying to figure out is how the income and

19        expenses description you're giving me relates to the

20        description in exhibit 165.

21   A.  And given the fact that one of the expenses is

22        bandwidth, so it counts here.

23   Q.  Okay.  And on exhibit 165 -- 165, number 2 says:

24         "The ratio of uploaded files to [the] number of

25    downloaded files," that's the part that accounts for

HIGHLY CONFIDENTIAL

Page 655

1       expenses?

2   A.  Yes.

3   Q.  Okay.  And if I understand that, a user that has

4       uploaded one file downloaded 10,000 times is going to

5       have a higher rank than a user that uploaded 10,000

6       files each downloaded once, correct?

7   MR. THOMPSON:  Objection, vague and ambiguous and incomplete

8       hypothetical.

9   BY MR. FABRIZIO:

10  Q.  I should actually -- that actually is right because

11      other factors may affect the rank.

12          It is better for a user's rank to have uploaded one

13      file, downloaded 10,000 times, than to have uploaded

14      10,000 files, each downloaded once, correct?

15  MR. THOMPSON:  Same objection.

16  A.  Given the fact that if you assume the same file size for

17      it, then you are correct.

18  BY MR. FABRIZIO:

19  Q.  Okay.  And why is that?

20  A.  That is the formula our affiliate program is using.

21  Q.  I understand that.  Why does your affiliate program use

22      a formula that rewards users more for uploading a fewer

23      number of files that are downloaded very frequently than

24      for uploading a large number of files that are

25      downloaded only infrequently?

HIGHLY CONFIDENTIAL

Page 656

1    MR. THOMPSON:  Objection, incomplete, hypothetical.

2           You can answer.

3    A.  I don't know.  That is how the formula works.

4    BY MR. FABRIZIO:

5    Q.  Well, you said it related to expenses; is Hotfile trying

6        to discourage users from uploading large numbers of

7        files that aren't going to be downloaded frequently?

8    MR. THOMPSON:  Objection, vague and overbroad.

9    A.  I don't know.  It depends what users want to do.

10   BY MR. FABRIZIO:

11   Q.  If a user wants to increase his rank as much as

12       possible, is the formula Hotfile uses designed to

13       encourage that user to upload a smaller number of files

14       that will be downloaded very frequently rather than

15       a large number of files that may not be downloaded that

16       much at all?

17   MR. THOMPSON:  Objection, vague and ambiguous, and

18       incomplete hypothetical.

19   A.  Yes, that is how it would work, yes.

20   BY MR. FABRIZIO:

21   Q.  Does Hotfile give users a higher rank for uploading

22       files for personal storage?

23   MR. THOMPSON:  Objection, vague, calls for speculation.

24   BY MR. FABRIZIO:

25   Q.  Let me clarify this.  By "personal storage," I mean

HIGHLY CONFIDENTIAL

Page 657

1      files that are uploaded and never downloaded, okay?

2   A.  Okay.

3   Q.  Okay.  So does Hotfile give users a higher rank for

4      uploading files for personal storage?

5   MR. THOMPSON:  Same objection.

6   A.  I don't believe so.

7   BY MR. FABRIZIO:

8   Q.  Why not?

9   A.  I don't know.

10  Q.  At the top, there are what I believe to be file size

11     ranges, 5 to 50 megabytes, 50 to 100 megabytes and 100

12     to 2000 megabytes, do you see those?

13  A.  Yes, I see those.

14  Q.  What do those -- strike that.

15         How does file size factor into Hotfile's affiliate

16     program?

17  MR. THOMPSON:  Objection, overbroad.

18  A.  Affiliates are generally rewarded more for larger files.

19  BY MR. FABRIZIO:

20  Q.  How did the ranges here get chosen?

21  A.  They were just chosen.  What do you mean by "how"?

22  Q.  Well, why doesn't the first range say 5 to 25 megabytes

23     as to opposed to 5 to 50 megabytes?  How was it

24     determined that 5 to 50 megabytes was the -- was the

25     most appropriate low range?

HIGHLY CONFIDENTIAL

Page 660

1        Why does Hotfile reward the larger file so much more

2        than the smaller file?

3    MR. THOMPSON:  Objection, assumes facts.

4    MR. FABRIZIO:  You can't say the document speaks for itself

5        and then I assume facts.

6    MR. THOMPSON:  You're characterizing the document.

7    A.  I guess it just made sense.

8    BY MR. FABRIZIO:

9    Q.  Why does it make sense?

10   A.  It's probably how others worked back in the time.

11   Q.  All right.  But, other than that it may have been how

12       others worked, why does it make sense for Hotfile?

13   MR. THOMPSON:  Objection, asked and answered.

14   A.  I don't know for a fact.

15   BY MR. FABRIZIO:

16   Q.  What do you believe?

17   A.  I believe that a user downloading a larger file would be

18       more likely to want to download it faster and upgrade to

19       premium.

20   Q.  So, from Hotfile's perspective, larger files are more --

21       provide a greater benefit to Hotfile, because they are

22       more likely to encourage users to convert to premium

23       users?

24   MR. THOMPSON:  Objection, vague and ambiguous, overbroad and

25       misstates testimony.

HIGHLY CONFIDENTIAL

Page 661

1    A.  As I said, that is my belief.

2    BY MR. FABRIZIO:

3    Q.  In the rules and conditions under paragraph 2 it says

4        minimum payment amount is $15; does that mean users will

5        simply accrue their affiliate earnings until -- until

6        those earnings reach the $15 level?

7    A.  Yes, I believe so.

8    Q.  Okay.  So, just to go back for an example, a user with

9        a copper status that has uploaded a file between 50 and

10       100 megabytes, that user would earn $3 for every

11       thousand downloads, correct?

12   A.  Correct.

13   Q.  So before that user would get paid under this program,

14       that file would have to be downloaded 5,000 times?

15   MR. THOMPSON:  Objection, incomplete hypothetical.

16   A.  That is correct.

17   BY MR. FABRIZIO:

18   Q.  Okay.  And under the rules and conditions, paragraph 3

19       it says:

20           "We count downloads from all countries in the list

21       [below]... "

22           And then there's a list, a list of, if my math is

23       working well enough -- 21 and 33 is 44 countries?

24           Is that right?

25   A.  I counted 54.

HIGHLY CONFIDENTIAL

Page 662

1    Q.   Yeah, I'm sorry, 54 countries, I'm sorry -- the reason

2         I went to law school.

3              Why does Hotfile not count downloads from countries

4         not on this list?

5    A.   This is how it was designed.

6    Q.   Yes, I can see that.  Why was it designed like that?

7    MR. THOMPSON:  Objection, lacks foundation, calls for

8         speculation.

9    A.   I believe it was because Hotfile believed that those

10        countries are more likely to buy premium accounts.

11   BY MR. FABRIZIO:

12   Q.   Why, for instance, is India not on the list?  It's

13        obviously a very populated country.

14   MR. THOMPSON:  Same objection.

15   MR. FABRIZIO:  I do believe this is a 30(b)(6) topic and

16        I realize we're not asking for speculation, but the

17        witness should be educated about some basic questions

18        about things like this.

19   MR. THOMPSON:  You asked about India.  I'm not sure that's

20        a basic question.  In any event I believe we did

21        indicate to you, and others have also acknowledged, he's

22        prepared to testify and give you his knowledge, but you

23        can't expect him to have memorized every detail.

24   BY MR. FABRIZIO:

25   Q.   Again, for instance, why is -- why is India, a very

HIGHLY CONFIDENTIAL

Page 665

1        from the downloading patterns of users from countries

2        that are not on the list of 54?

3    MR. THOMPSON:  Same objection.

4    A.  I can't think of anything.

5    BY MR. FABRIZIO:

6    Q.  Have the list of 54 -- well, have the same 54 countries

7        been on this list since the beginning of Hotfile?

8    A.  No, I don't think so.

9    Q.  So the list has changed over time?

10   A.  Yes, I think so.

11   Q.  How has the list changed?

12   A.  I think that countries has been added -- added.

13   Q.  Which countries have been added?

14   A.  I don't know the full history of the list.

15   Q.  Okay.  Can you describe for us how the site operator's

16       affiliate program operates?

17   MR. THOMPSON:  Objection, overbroad, also asked and

18       answered.

19   A.  It is a program where site owners would get commission

20       of the sales, the users referred to by their website.

21   BY MR. FABRIZIO:

22   Q.  And they get 5 per cent of the sale price for every user

23       they refer that converts to a premium account?

24   A.  I think it could be 5 or more per cent.

25   Q.  Under what circumstances would it be more than 5 per

HIGHLY CONFIDENTIAL

Page 666

1          cent?

2     A.   There is -- I agree that there is or was a program that

3          would assign different percentages based on I think

4          number of sales.

5     Q.   Would the commission percentage be higher for site

6          operators with more sales?

7     A.   I believe so.

8     Q.   What is the range of commission percentages that are

9          available to site operators?

10    A.   I don't know for a fact.

11    Q.   Okay.  That doesn't appear, at least to my eye, to be

12         reflected on the affiliates page of the website.  Do you

13         see it reflected here in a manner that I may just be

14         missing?

15    A.   No, I don't see that.

16    Q.   Okay.  So that's not something that you promote on the

17         website?

18    A.   Yeah, it turns out.

19    Q.   Okay.  Is that something Hotfile discusses individually

20         with site operators?

21    MR. THOMPSON:  Objection, assumes facts not in evidence.

22    A.   As far as I know, it's assigned automatically based on

23         performance.

24    BY MR. FABRIZIO:

25    Q.   Is it a graduating scale from 5 per cent to a higher

HIGHLY CONFIDENTIAL

Page 668

1          to be produced, so can we ask you guys to check on that

2          and make a production?

3      MR. THOMPSON:  Well, if you send me an email, we'll consider

4          it.

5      BY MR. FABRIZIO:

6      Q.   In exhibit 165, in the second sentence under "For site

7          owners," it says:

8              "No matter if download link is yours or you've found

9          it elsewhere!  Post interesting download links in your

10         site, blog or forum and earn big money."

11             Do you see that?

12     A.   Yes, I see that.

13     Q.   What does it mean when you say, "No matter if the link

14         is yours or you found it"?  What's the distinction

15         Hotfile is drawing between a link that is a site

16         operator's or one that a site operator found?

17     MR. THOMPSON:  Objection, compound and complex.

18     A.   I don't know for a fact, but I have my belief.

19     BY MR. FABRIZIO:

20     Q.   What is your belief?

21     A.   The URLs will be uploaded by you.

22     Q.   And "found" would be?  And "found" would be?

23     A.   Anything else.

24     Q.   Well, how would a site operator find a Hotfile URL link?

25     MR. THOMPSON:  Objection, calls for speculation, lacks

HIGHLY CONFIDENTIAL

Page 669

1          foundation.

2     A.   I don't know.  Up to the site operator.

3     BY MR. FABRIZIO:

4     Q.   And then it says, "Post interesting download links," and

5          by "interesting," does Hotfile mean links that will be

6          popular with downloaders?

7     MR. THOMPSON:  Objection, vague and ambiguous.

8     A.   I don't know what exactly was this language supposed to

9          say, but I believe it could be.

10    BY MR. FABRIZIO:

11    Q.   You believe it could refer to files that are popular

12         with downloaders?

13    MR. THOMPSON:  Objection, vague and ambiguous.

14    A.   Yes.

15    BY MR. FABRIZIO:

16    Q.   And, briefly, how does the "refer a friend" affiliate

17         program work?

18    A.   It is when the user would convince or recommend to

19         a friend to subscribe to Hotfile, and this friend

20         becomes an affiliate, they're referring a friend who

21         will earn a percentage of the referred affiliate

22         earnings.

23    Q.   From a technical perspective, how does Hotfile know when

24         a user has been referred by another user?

25    A.   I believe that every user has their own link that they

HIGHLY CONFIDENTIAL

Page 670

1        can advertise or give to their friends.

2    Q.  Okay.

3    A.  So their friends come --

4    Q.  So if I had -- so if I had some place to post a link or

5        give out to my friends and my friends clicked that link

6        to get to Hotfile and became premium members, they would

7        then be considered somebody that I'd referred.

8    MR. THOMPSON:  Objection, vague.

9    A.  Yes, I believe so.

10   BY MR. FABRIZIO:

11   Q.  I'm trying to distinguish something.  If a site operator

12       has a URL link to a file hosted on Hotfile, is there

13       a way of combining the "refer a friend" link and the URL

14       to content, so that, if a user referred signs up for

15       a premium account, the site operator gets both 5 per

16       cent of the subscription commission and 20 per cent of

17       all affiliate earnings of the referred user?

18   A.  I don't really know how that works, but my belief is

19       that the referring user is supposed to send his friends

20       to a page that I believe is the registration page, so

21       I don't really know how it works.

22   Q.  Two separate processes?

23   A.  Yes, I think so.

24   Q.  That's what I thought.

25            (Titov exhibit 166 marked for identification.)

HIGHLY CONFIDENTIAL

Page 671

1    MR. FABRIZIO:  I've marked as Titov exhibit 166 a three-page

2        document, although the last page is effectively blank,

3        but it's a printout from a Digital Point forum

4        reflecting forum communications in July and August of

5        2009.

6            And while you're reviewing that, the videographer is

7        just going to change tape.

8    VIDEOGRAPHER:  Going off the record, 2:49.  This is the end

9        of --

10   MR. FABRIZIO:  We don't want to take a break, we just want

11       to --

12   VIDEOGRAPHER:  -- tape 2, volume IV of Anton Titov's

13       deposition.

14   A.  But do you mind a break like in 15 minutes?

15   VIDEOGRAPHER:  This is the beginning of tape 3, volume IV,

16       a continuation of the deposition of Mr. Anton Titov.  On

17       the record at 2:52.

18   BY MR. FABRIZIO:

19   Q.  Mr. Titov, would you turn to the second page of

20       exhibit 166.  Do you see about halfway down the page,

21       there is a post from Butcher Boy with a subcaption "News

22       from Hotfile.com"?

23   A.  I see that.

24   Q.  Is Digital Point one of the forums that Mr. Ianakov used

25       in the early days of Hotfile to promote Hotfile and

HIGHLY CONFIDENTIAL

Page 672

1    spread the word about Hotfile?

2    MR. THOMPSON:  Objection, assumes facts, calls for

3         speculation.

4    A.  I don't know for a fact, but it seems so.

5    BY MR. FABRIZIO:

6    Q.  You see the -- the text that Butcher Boy has posted in

7         the August 7 post is I think almost word for word what

8         was on Hotfile's web page that we were just looking at?

9    A.  Yes.

10   Q.  And you don't know anyone else that uses the screen name

11        "Butcher Boy", do you --

12   A.  No.

13   Q.  -- that has any association at all with Hotfile?

14   MR. THOMPSON:  Objection, compound.

15   A.  I don't know anybody else.

16   BY MR. FABRIZIO:

17   Q.  Okay.  So do you have any doubt that this is a posting

18        from Mr. Ianakov?

19   MR. THOMPSON:  Objection, vague, calls for speculation.

20   A.  I don't know.  It seems like it was him.

21   BY MR. FABRIZIO:

22   Q.  Okay.  My question to you was; do you have any reason to

23        doubt that this was a posting from Mr. Ianakov?

24   A.  Not really.

25   Q.  All the indicia, the "News from Hotfile," the text of

HIGHLY CONFIDENTIAL

Page 673

1      the message, the screen name, they all indicate that

2      it's a post from him, correct?

3  MR. THOMPSON:  Objection, vague and ambiguous and compound.

4  A.  That is correct.

5  MR. FABRIZIO:  All right.  It's a wonderful printer, but

6      I haven't quite figured out how to get it to print out

7      in order.

8  BY MR. FABRIZIO:

9  Q.  Before we leave exhibit 166, on the first page there is

10     a July 16, 5:10 a.m. post, there's a screen name, and

11     I don't know if it's Campolar or Campolar --

12     C-A-M-P-O-L-A-R?

13  A.  Yes, I see that.

14  Q.  Do you have any idea who that is?

15  A.  No, I don't.

16  MR. FABRIZIO:  I'm going to mark as exhibit 167

17     a three-page -- four-page document that is a screenshot

18     from the Hotfile FAQ web page.  And just so no one's

19     confused by the writing on the top, this is exhibit C to

20     the complaint.  It's in color, so probably easier for

21     you to read.

22     (Titov exhibit 167 marked for identification.)

23  MR. THOMPSON:  So it's clear, Steve, is that it same date as

24     the printout in the complaint, or is it --

25  MR. FABRIZIO:  It's literally the exhibit from the

HIGHLY CONFIDENTIAL

Page 674

1      complaint --

2   MR. THOMPSON:  Okay.

3   MR. FABRIZIO:  -- with the court ECF stamp on top.

4   BY MR. FABRIZIO:

5   Q.  Mr. Titov, is exhibit 167 a true and correct copy of the

6       Hotfile FAQ web page from the time period of

7       around February 2011?

8   A.  Actually there's a time stamp at the bottom indicating

9       an earlier time, so ...

10  Q.  Oh.  Oh, there we go.  So this is a true and correct

11      copy of the Hotfile FAQ page as it appeared on the

12      Hotfile website in the July 2010 timeframe?

13  MR. THOMPSON:  Objection, calls for a legal conclusion, and

14      I assume you mean excluding the court stamps and the

15      like?

16  MR. FABRIZIO:  Yes.

17  A.  I don't have any reasons to believe it is not.

18  BY MR. FABRIZIO:

19  Q.  Okay.  Are you aware that the -- strike that.

20      Did the FAQ page change between July of 2010

21      and February of 2011?

22  MR. THOMPSON:  Objection, overbroad and vague.

23  A.  I don't know.

24  BY MR. FABRIZIO:

25  Q.  Okay.  If you look at the third page of the exhibit,

HIGHLY CONFIDENTIAL

Page 676

1   MR. THOMPSON:  Objection -- excuse me.  Were you finished?

2   BY MR. FABRIZIO:

3   Q.  -- that users wanting to increase their rank should

4       upload files only if they intend to promote them?

5   MR. THOMPSON:  Objection, vague and ambiguous, with

6       "sentiment."

7   A.  I don't know.

8   BY MR. FABRIZIO:

9   Q.  In words or substance, not -- maybe not those exact

10      words.

11  MR. THOMPSON:  Same objections.

12  A.  I don't remember.

13  BY MR. FABRIZIO:

14  Q.  Okay.  And by "intent to promote them," does that mean

15      that the uploading user should make the URL link to that

16      file available on websites for other users to

17      download -- to use to download?

18  MR. THOMPSON:  Objection, calls for speculation, lacks

19      foundation.

20  A.  That is how I understand it.

21  BY MR. FABRIZIO:

22  MR. THOMPSON:  Mr. Fabrizio, is this a good time?

23  MR. FABRIZIO:  Yeah, might as well.

24  VIDEOGRAPHER:  Off the record, 3:04.

25              (A break was taken.)

HIGHLY CONFIDENTIAL

Page 677

1          (Titov exhibit 168 marked for identification.)

2     VIDEOGRAPHER:  Back on the record, 3:19.

3     MR. FABRIZIO:  When we were off the record, I marked as

4          Titov exhibit 168 a two-page document that is exhibit B

5          to the complaint.  It is the hotfile.com affiliate web

6          page as it existed on July 28, 2010.

7     BY MR. FABRIZIO:

8     Q.  Mr. Titov, is exhibit 168 a true and correct copy of the

9          Hotfile affiliates web page as it appeared on the

10         Hotfile website on July 28, 2010?

11    MR. THOMPSON:  Objection, calls for speculation and a legal

12         conclusion.

13    A.  I don't have any reason to believe that it's not.

14    BY MR. FABRIZIO:

15    Q.  Okay.  If you look under the term "Affiliate," about

16         halfway down the first page, under the paragraphs

17         numbered 1 and 2, there is a line that says:

18             "We are trying to encourage the good promoters by

19         increasing their earnings and to reduce the earnings for

20         uploaders that mainly use the free Hotfile resources for

21         storage."

22             Do you see that?

23    A.  I see that.

24    Q.  And is that consistent with your understanding of what

25         Hotfile is attempting to do with its uploader affiliate

HIGHLY CONFIDENTIAL

Page 678

1    program?

2    MR. THOMPSON:  Objection, overbroad and vague.

3    A.  I don't know.  I guess so.

4         (Titov exhibit 169 marked for identification.)

5    MR. FABRIZIO:  Let me mark -- I've marked as Titov

6         exhibit 169 a two-page document numbered HF2844133

7         through 34.  The exhibit itself will be five pages,

8         consisting of the affidavit of accuracy by the

9         translator and the last two pages are the original which

10        has a few lines in Bulgarian.

11   BY MR. FABRIZIO:

12   Q.  And for present purposes, Mr. Titov, I only need you to

13        look at the original.  Do you see on the bottom half of

14        the first page of exhibit 169 there is an email to

15        "hotfile.com@gmail.com"?

16   A.  Yes, I see that.

17   Q.  Is that an email account you recognize?

18   A.  I believe so.

19   Q.  Associated with Hotfile?

20   A.  Yes.

21   Q.  Okay.  And then, after the Bulgarian, there is -- at the

22        top there is an email from Elan at the email address

23        no1knowsme@gmail.com, and I'm sorry, did you say that --

24        who was that?

25   A.  Diyan Chubarov.

HIGHLY CONFIDENTIAL

Page 679

1   Q.   Thank you.  And he was responding to an email that's

2        just identified as "Hotfile Corp," but in this timeframe

3        would that have been Mr. Ianakov?

4   MR. THOMPSON:  Objection, calls for speculation.

5   A.   I believe so.

6   BY MR. FABRIZIO:

7   Q.   And the user is suggesting that there is some confusion

8        on the Digital Point forum, which was the forum we

9        looked at earlier.

10  MR. THOMPSON:  Objection, vague, compound.

11  A.   Yes, that is what the user is saying, basically.

12  BY MR. FABRIZIO:

13  Q.   And Elan suggests to Mr. Ianakov that on that forum he

14       should give them some new guidance, and then he

15       describes that guidance with the -- with the sentence

16       that begins:  "Put is simple, you have..." then it goes

17       on for a few lines, and the last paragraph of the -- of

18       what -- of what Elan suggested Mr. Ianakov convey on

19       Digital Point is:

20           "Don't go for as much uploads as possible.  This

21       actually will put you down, if you don't manage to

22       promote the files very well.  Alot of our best users

23       (platinum&gold) have less files than the average user."

24           Do you see that?

25  A.   I see that.

HIGHLY CONFIDENTIAL

Page 680

1    Q.   And here, again, is your understanding of "if you don't

2         manage to promote the files" that -- well, strike that.

3              Is it your understanding that what Elan is

4         suggesting is that Mr. Ianakov should be telling users

5         that if they don't promote their files by posting the

6         links on various websites, it can actually hurt their

7         Hotfile rank?

8    MR. THOMPSON:  Objection, calls for speculation, and vague

9         as to time.

10   A.   I don't know what he intended to say, but I believe so.

11   BY MR. FABRIZIO:

12   Q.   Okay.  Well, let me put it this way; given how Hotfile

13        calculates a user's rank, if a user does not promote

14        their files by posting their URL links on other

15        websites, can that in fact hurt their ranking?

16   MR. THOMPSON:  Objection, vague and ambiguous, incomplete

17        hypothetical, and vague as to time.

18   A.   I believe so.

19   BY MR. FABRIZIO:

20   Q.   Okay.  Has the affiliate program in terms of the

21        uploader affiliates changed since Hotfile launched in

22        2009 through today?

23   MR. THOMPSON:  Objection, overbroad and vague.

24   A.   Yes, I believe so.

25   BY MR. FABRIZIO:

HIGHLY CONFIDENTIAL

Page 681

1    Q.   In what ways?

2    A.   The ranks or statuses that we talked about were

3         introduced at some point, probably around -- probably

4         around the timeframe of this email.

5    Q.   Okay.  Since the ranks and statuses were introduced, has

6         the Hotfile uploader affiliate program changed?

7    MR. THOMPSON:  Objection, overbroad and vague.

8    A.   I believe that the numbers or coefficients for different

9         ranks might be changed a few times.

10   BY MR. FABRIZIO:

11   Q.   What do you mean the coefficients for certain ranks

12        might have changed?

13   A.   As I explained, the formula works by calculating income

14        and dividing it by expenses, that will give you

15        a number, so the -- the number required for certain

16        level might have changed over the time.

17   Q.   Okay.  Has the number increased, in other words making

18        it harder to get a higher rank, or has the number

19        decreased, making it easier to get a higher rank?

20   MR. THOMPSON:  Objection, incomplete hypothetical.

21   A.   I don't know for a fact how it was during the time.  It

22        might be the case that it moved both ways --

23   BY MR. FABRIZIO:

24   Q.   Okay.

25   A.   -- at some points.

HIGHLY CONFIDENTIAL

Page 682

1    Q.   Okay.  Well, earlier you said that Hotfile estimates

2         expenses for files that people upload their -- well,

3         strike that.

4             You said that Hotfile estimates some storage expense

5         for uploaded files, correct?

6    A.   Correct.

7    Q.   How does Hotfile estimate upload expense for a storage

8         file?

9    A.   I believe it's by knowing the exact cost of storage that

10        we pay for servers, so that's the case.

11   Q.   Okay.  So you -- Hotfile estimates the storage expense

12        on a per megabyte basis?

13   A.   I believe so.

14   Q.   Okay.  And based on the email addresses and the general

15        topic, do you have any reason to believe that

16        exhibit 169 is not a true and correct copy of an email

17        exchange between Elan and Mr. Ianakov in the June 2009

18        timeframe?

19   MR. THOMPSON:  Mr. Fabrizio, I'm going to object.  Again

20        this is in part a translation provided by --

21   MR. FABRIZIO:  I'm only asking him about the Bulgarian

22        original.

23   MR. THOMPSON:  Well, maybe you can specify that in the

24        question.

25   BY MR. FABRIZIO:

HIGHLY CONFIDENTIAL

Page 683

1   Q.   Is there any reason to believe or doubt that the

2        Bulgarian original of exhibit 169 is anything but a true

3        and accurate copy of an email exchange between

4        Mr. Chubarov and Mr. Ianakov in the June 2009 timeframe?

5   MR. THOMPSON:  Object that it calls for a legal conclusion.

6   A.   I don't have any reasons to believe that it's not

7        a communication between Mr. Chubarov and Mr. Ianakov.

8        (Titov exhibit 170 marked for identification.)

9   MR. FABRIZIO:  I have marked as Titov exhibit 170,

10       an 11-page document that is a printout from the Digital

11       Point forum, with the forum posts running from June 26,

12       2009 to June 28, 2009.

13       If it helps you, Mr. Titov, I'm going to refer you

14       to the Butcher Boy quotes on page 1, page 3 and page 5.

15  MR. THOMPSON:  What was the last page you wanted him to look

16       at, 3 and ...?

17  MR. FABRIZIO:  Five.

18  BY MR. FABRIZIO:

19  Q.   Qkay.

20  A.   You said page 5, right?

21  BY MR. FABRIZIO:

22  Q.   Yes.

23       All right.  So turning to the first page of

24       exhibit 170, you'll see it's the same day as the email

25       we previously looked at, talking about Mr. Ianakov's

HIGHLY CONFIDENTIAL

Page 684

1        postings on Digital Point?

2    A.   Yeah, I see that.

3    Q.   Okay.  And looking at Mr. Ianakov's post from June 26,

4        2009, given the screen name "Butcher Boy" and the text

5        and context of -- do you have any -- any reason to doubt

6        that that is an actual posting by Mr. Ianakov?

7    MR. THOMPSON:  Objection, vague and ambiguous, lacks

8        foundation, compound and calls for speculation.

9    A.   I don't have any reason to believe that it's not

10       Mr. Ianakov.

11   BY MR. FABRIZIO:

12   Q.   Okay.  Turning to page 3, there are two Butcher Boy

13       posts.  The first one is June 26, 2009, 5:40 a.m., and,

14       again, from the name and the content of message, do you

15       have any reason to doubt that that is an actual post

16       from Mr. Ianakov?

17   A.   I don't have any reason to doubt that.

18   Q.   And the one at the bottom of the page, it carries over

19       to page 4, it's June 26, 2009 at 9:12 a.m., and once

20       again, from the name "Butcher Boy" and the content of

21       the post, do you have any reason to doubt that that is

22       an actual posting from Mr. Ianakov?

23   MR. THOMPSON:  Objection, calls for speculation.

24   A.   No, I don't have any reason to doubt that.

25   BY MR. FABRIZIO:

HIGHLY CONFIDENTIAL

Page 685

1    Q.   Okay.  Turning to page 5 there is a post by Mr. Ianakov

2         on June 26, 2009 at 2:52 p.m., and in this post, he is

3         responding to a post by maxdugan, so I'm not -- not

4         asking you whether the maxdugan post -- asking about the

5         maxdugan post, I'm asking about what Mr. Ianakov says

6         below that -- do you understand what I'm saying?

7    A.   I understand what you're saying.

8    Q.   Okay.  So given the "Butcher Boy" screen name and the

9         content of Mr. Ianakov's post, do you have any reason to

10        doubt that that is an actual posting made by Mr. Ianakov

11        on or around June 26, 2009?

12   MR. THOMPSON:  Objection, lacks foundation, calls for

13        speculation, assumes facts.

14   A.   I don't have any reason to doubt that.

15        (Titov exhibit 171 marked for identification.)

16   MR. FABRIZIO:  I have marked as Titov exhibit 71 --

17   MR. THOMPSON:  Are you talking about 171?

18   MR. FABRIZIO:  What did I say?

19   MR. THOMPSON:  "71."

20   MR. FABRIZIO:  I'm sorry.  I have marked as Titov

21        exhibit 171, a three-page exhibit which is a printout

22        from a forum titled "freelancer," and this is

23        from December 2, 2011, that's the date of the printout.

24        The post that I will refer you to from Butcher Boy

25        indicates that it was posted over two years ago, so in

HIGHLY CONFIDENTIAL

Page 686

1           the 2009 timeframe, and it looks like we've printed out

2           the full thread for completeness, but, obviously, the

3           only text of consequence is on the first page.

4       BY MR. FABRIZIO:

5       Q.  All right.  Are you familiar with the freelancer message

6           board?

7       A.  Not really, I am not.

8       Q.  Have you ever heard of it before?

9       A.  Probably while exchanging interrogatory answers.

10      Q.  Okay.

11          MR. THOMPSON:  Just to clarify, Mr. Titov, Mr. Fabrizio

12          doesn't want you to give any knowledge you've learned in

13          the course of replying to discovery in our case.

14          MR. FABRIZIO:  Well, that's actually not true.  You don't

15          need to give me your counsel's work product -- but he's

16          a corporate representative; the purpose of this

17          deposition is responding to discovery and that's of

18          course what --

19          MR. THOMPSON:  So you want him to respond, "I know it from

20          the interrogatory"?

21          MR. FABRIZIO:  I want him to respond by saying,

22          "I personally didn't know it, but, in preparing to be

23          a corporate representative of Hotfile Corporation,

24          I understand what it is from information available to

25          the corporation."

HIGHLY CONFIDENTIAL

Page 687

1    MR. THOMPSON:  That's a different -- I think you don't want

2         him to read your interrogatories and testify from that

3         now, that's all I am saying.

4    BY MR. FABRIZIO:

5    Q.   Mr. Titov, if you look down at the bottom of the page,

6         there's a comment posted by Butcher Boy?

7    A.   I see that.

8    Q.   Okay.  And all the way at the bottom under the words,

9         "Good luck!" it says "over 2 years ago," do you see

10        that?

11   A.   I see that.

12   Q.   And that's a fairly common phenomena in these sorts of

13        website post comments that they -- that they give an

14        indication after the post as to how long ago it was

15        posted?

16   MR. THOMPSON:  Objection, calls for speculation, lacks

17        foundation, and vague.

18   BY MR. FABRIZIO:

19   Q.   Isn't that correct?

20   A.   I would say so.

21   Q.   Okay.  Given the "Butcher Boy" handle and the content of

22        the comment, do you have any doubt that that represents

23        an actual post from Mr. Ianakov some time in 2009?

24   MR. THOMPSON:  Objection, lacks foundation, calls for

25        speculation.

HIGHLY CONFIDENTIAL

Page 688

1   A.   I don't have any reason to believe that it's not.

2   BY MR. FABRIZIO:

3   Q.   Okay.  And if you look at the top on the page, there is

4        a -- a project description, and it says, "Hi there," and

5        then the next line says:

6            "I need someone to promote a free file hosting site

7        as itself and its affiliate program."

8            Do you see that?

9   A.   I see that.

10  Q.   And then, if you look to right, it says, "Project posted

11       by" and then it says "ButcherBoy," do you see that?

12  A.   I see that.

13  Q.   Okay.  From the content and the "ButcherBoy" handle and

14       the general timeframe, do you have any doubt in your

15       mind that that represents a project posting by

16       Mr. Ianakov some time in the 2009 timeframe?

17  MR. THOMPSON:  Objection, calls for speculation, lacks

18       foundation.

19  A.   I don't have any reasons to believe that it's not.

20           (Titov exhibit 172 marked for identification.)

21  MR. FABRIZIO:  Thank you.  I'm done with that exhibit.

22           Marked as Titov exhibit 172, an eight-page document

23       which is a printout of a Digital Point forum thread, the

24       first post on the thread is March 25, 2009, and the last

25       post on the thread is April 6, 2009.

HIGHLY CONFIDENTIAL

Page 689

```
 1           Mr. Titov, just for your convenience, I'm only
 2      planning on asking you about the postings on page 5 of
 3      8.
 4  BY MR. FABRIZIO:
 5  Q.  Mr. Titov, looking at page 5 of exhibit 172, do you see
 6      in the middle, there is a posting from Butcher Boy dated
 7      March 30, 2009?
 8  A.  I see that, yes.
 9  Q.  Okay.  And from the timeframe, the screen name and the
10      content of the posting, have you any doubt in your mind
11      that that is an actual posting by Mr. Ianakov on or
12      about March 30, 2009?
13  MR. THOMPSON:  Objection, calls for speculation, lacks
14      foundation.
15  A.  I don't have any reasons to believe it's not him.
16       (Titov exhibit 173 marked for identification.)
17  MR. FABRIZIO:  I'm going to mark as exhibit Titov 173
18      a four-page printout from the link bucks forum.  The
19      postings here begin on April 7, 2009 and continue
20      through April 27, 2009.
21       Only one small problem here, Rod, is my binder copy
22      is missing, so I'm happy to let you look at this, but
23      I'm going to need it back to ask my questions.
24  MR. THOMPSON:  I'd like to see it.
25  MR. FABRIZIO:  I'll give it back to you after that.
```

HIGHLY CONFIDENTIAL

Page 690

1   MR. THOMPSON:  Steve, do you want this on the record?

2                   (Discussion off the record.)

3   BY MR. FABRIZIO:

4   Q.  Are you ready, Mr. Titov?  I'm stepping around the table

5       because I don't -- inadvertently, I didn't have my own

6       copy, so I'm just going to read over Rod's shoulder.

7           Mr. Titov, looking at page 1 of exhibit 173, you see

8       there is an entry for a post by Butcher Boy?

9   A.  I see.

10  Q.  It carries over to page 2.

11  A.  I see that.

12  Q.  Okay.  And from the timeframe, the screen name and the

13      content, do you have any doubt that that is an actual

14      posting from Mr. Ianakov?

15  MR. THOMPSON:  Objection, calls for speculation, lacks

16      foundation.

17  A.  I don't have any reasons to believe that it's not.

18  MR. FABRIZIO:  Okay.  I can save us both time.  You can have

19      that same objection for every -- every time I want to do

20      that --

21  MR. THOMPSON:  You're going to give me a standing objection?

22  MR. FABRIZIO:  For this exhibit --

23  MR. THOMPSON:  Thank you.

24  MR. FABRIZIO:  Because there are a lot of them, we'll save

25      each other a little time.

HIGHLY CONFIDENTIAL

Page 691

1   BY MR. FABRIZIO:

2   Q.   If you turn to page 2, at the bottom of page 2 carrying

3        over to page 3, there is another post by Mr. Ianakov

4        dated April 4, 2009 and, from the timeframe, the screen

5        name and the content of the post itself, do you have any

6        doubt that that's an actual post from Mr. Ianakov on or

7        about April, 2009?

8   A.   I don't have any reasons to believe that it's not --

9   Q.   Can you turn --

10  MR. THOMPSON:  Did you get his full answer?

11  BY MR. FABRIZIO:

12  Q.   If you turn to page 4, there two posts by Mr. Ianakov,

13       one on April 11, 2009, and the other a little -- seven

14       minutes later on the same date, and the second one

15       carries over to page 5.

16           From the screen names, the timeframe and the actual

17       content of those two posts, do you have any doubt that

18       those are actual posts made by Mr. Ianakov on April 11,

19       2009?

20  A.   I don't have any reasons to believe that they are not.

21  Q.   If you turn to page 5, there's a post by Mr. Ianakov on

22       the bottom portion of the page, dated April 12, 2009.

23           Again from the timeframe, the screen name and the

24       actual content of the post, do you have any doubt that

25       that's an actual posting from Mr. Ianakov on or

HIGHLY CONFIDENTIAL

Page 692

1        about April 12, 2009?

2    A.  I don't have any reasons to believe that it's not.

3    Q.  If you turn to page 7, towards the top of the page,

4        there's another Ianakov post, dated April 13, 2009 at

5        2:12 p.m.

6            Again, from timeframe, the screen name and the

7        actual content of the post itself, is there any doubt in

8        your mind that that is an actual posting from

9        Mr. Ianakov on or about April 14, 2009?

10   A.  I don't have any reasons to believe that it's not.

11   Q.  Turning to the next page, page 8, at the bottom of the

12       page, there is another post by Mr. Ianakov dated April

13       16, 2009 -- is that what that says?

14   MR. THOMPSON:  Yeah, I believe so.

15   A.  Yeah.

16   MR. FABRIZIO:  My eyes just went.

17   MR. THOMPSON:  Steve, since you got interrupted, let me

18       start off by saying it's not Mr. Ianakov, it's from

19       Butcher Boy, in the question.

20   BY MR. FABRIZIO:

21   Q.  Okay.  There is a post at the bottom of the page from

22       Butcher Boy dated April 6, 2009; from the timeframe, the

23       screen name, Butcher Boy, and the actual content of this

24       posting, is there any doubt in your mind that this is an

25       actual posting from Mr. Ianakov dated April 16, 2009?

HIGHLY CONFIDENTIAL

Page 693

1    A.   I don't have any reason to believe that it's not.

2    Q.   If you turn to page 14 -- I'm sorry, page 10, at the

3         bottom of the page, carrying over to page 11, there is

4         a post from Butcher Boy dated April 20, 2009.

5             From the timeframe, the screen name "Butcher Boy"

6         and the actual content of the post itself, is there any

7         doubt in your mind that that's an actual posting from

8         Mr. Ianakov on or about April 20, 2009?

9    A.   I don't have any reasons to believe that it's not.

10   Q.   If you turn to page 12, carrying over to page 13, at the

11        very bottom of page 12, there is the beginning of

12        a post, just the header information of -- by Butcher Boy

13        dated April 27, 2009.

14            From the timeframe, the screen name "Butcher Boy"

15        and the actual content of the text of the post, which is

16        on page 13, is there any doubt in your mind that that is

17        an actual posting from Mr. Ianakov on April 27, 2009?

18   A.   I don't have any reasons to believe that it's not.

19   Q.   On the last page, page 14, at the very top of the page,

20        there's another post by Butcher Boy dated April 27,

21        2009, from the timeframe, the screen name and the actual

22        content of this post, is there any doubt in your mind

23        that this is an actual posting from Mr. Ianakov dated

24        April 27, 2009?

25   A.   I don't have any reasons to believe that it's not.

HIGHLY CONFIDENTIAL

Page 705

1    once we figure out what the suspend status means,

2    I don't think we need you to tell us what it means any

3    more.

4         Mr. Titov, do you personally believe that Hotfile is

5    used by most users to download infringing content?

6    MR. THOMPSON:  Objection, calls for opinion and a legal

7    conclusion, and overbroad.

8    A.  I don't know.

9    BY MR. FABRIZIO:

10   Q.  Have you ever done anything to see what files users are

11   downloading from Hotfile?

12   MR. THOMPSON:  Objection, overbroad, and I'll instruct the

13   witness to exclude from his answer anything he's done at

14   the request of lawyers in this case.

15   MR. FABRIZIO:  I'll rephrase the question, because I didn't

16   intend to get work product.

17   BY MR. FABRIZIO:

18   Q.  Other than investigations that you may have done at the

19   direction of your counsel in this litigation, has

20   Hotfile ever done anything to see what files users are

21   downloading from the website?

22   MR. THOMPSON:  Objection, overbroad and vague.

23   A.  I don't remember doing so.

24   BY MR. FABRIZIO:

25   Q.  But if Hotfile wanted to, it readily could check,

HIGHLY CONFIDENTIAL

Page 706

1        correct?

2    MR. THOMPSON:  Objection, vague, overbroad.

3    A.  That is probably possible.

4    BY MR. FABRIZIO:

5    Q.  And is Hotfile purposely avoiding exploring what its

6        users are downloading?

7    MR. THOMPSON:  Objection, vague and ambiguous, overbroad.

8    A.  I don't believe so.

9    BY MR. FABRIZIO:

10   Q.  Do you believe that Hotfile's revenues would go down if

11       Hotfile were to eliminate all infringement on its

12       system?

13   MR. THOMPSON:  Objection, calls for a legal conclusion,

14       hypothetical, and opinion testimony.

15   A.  I don't know.

16   BY MR. FABRIZIO:

17   Q.  You don't know?  You don't have a belief one way or the

18       other?

19   MR. THOMPSON:  Objection, asked and answered.

20   A.  I don't know.

21   BY MR. FABRIZIO:

22   Q.  Is there any doubt in your mind that at least some

23       portion of Hotfile's profits are a result of copyright

24       infringement?

25   MR. THOMPSON:  Objection, calls for a legal conclusion and

HIGHLY CONFIDENTIAL

Page 709

1          "infringing content," if I had used expression

2          "unauthorized copyrighted content," would any of your

3          answers have been different?

4      MR. THOMPSON:  Same objection.

5      A.  I don't think so.

6      BY MR. FABRIZIO:

7      Q.  Has Hotfile -- no, strike that.

8          Other than work that Hotfile may have done at the

9          direction of its counsel in this litigation, has Hotfile

10         ever attempted to figure out how many copyright owners

11         use Hotfile to distribute their own works?

12     A.  I'm not aware of any study like that.

13     Q.  Why not?

14     MR. THOMPSON:  Objection, vague, overbroad.

15     A.  I don't know.

16     BY MR. FABRIZIO:

17     Q.  Okay, switching topics, some time during this deposition

18         you said that Hotfile will delete the files of

19         non-premium users if they are not -- if those files are

20         not downloaded for a certain period of time, and

21         I believe you said it was 14 to 90 days, is that

22         correct?

23     A.  That is correct.

24     Q.  Okay.  What determines whether that period of time is 14

25         days or 90 days or something in between?

HIGHLY CONFIDENTIAL

Page 710

1    A.   I believe there are two factors involved, one being if
2         the upload is anonymous or not.
3    Q.   One being if the uploader was anonymous?
4    A.   If the file was anonymously uploaded.
5    Q.   Okay.
6    A.   And the second factor would be whether the file was ever
7         downloaded at all.
8    Q.   Okay.  So is it the case that if the file was uploaded
9         anonymously and had never been downloaded before, the
10        period of time is 14 days?
11   A.   That is my belief.
12   Q.   And if the file was uploaded by a registered but
13        non-premium user and the file had been downloaded at
14        some point, then the period becomes 90 days?
15   A.   Yes, that is my belief, that it will be 90 days from the
16        last download.
17   Q.   Okay.  And is it possible -- is it possible that the
18        period of time could be something between 14 and 90
19        days, or is it one or the other?
20   A.   It is possible.
21   Q.   And is it based on the same considerations, just
22        different combinations of them?
23   A.   Correct.
24   Q.   Okay.  Why does Hotfile delete the files of non-premium
25        users when they haven't been downloaded for a period of

HIGHLY CONFIDENTIAL

Page 711

1    time?

2    A.  I believe that is to free disk space.

3    Q.  But if Hotfile is supposed to be at least in part

4        a storage service, isn't it contrary to the notion of

5        storage that Hotfile deletes files that have been stored

6        on it?

7    MR. THOMPSON:  Objection, argumentative, and assumes facts.

8    A.  I think it was implemented based on the model of other

9        websites.

10                      (Reporter clarification.)

11           Model of other websites.

12   BY MR. FABRIZIO:

13   Q.  "Model of other websites."  Other websites such as

14       Rapidshare and MegaUpLoad?

15   A.  Correct.

16   Q.  Has Hotfile ever given consideration to, instead of

17       deleting those files, simply charging those users to

18       store them?

19   MR. THOMPSON:  Objection, overbroad and vague.

20   A.  If user buy a premium account, these files will be in

21       fact stored.

22   BY MR. FABRIZIO:

23   Q.  Switching topics again -- I'm getting towards the end,

24       so I'm trying to cover some things I missed along the

25       way, that's why there will be a lot of shifting.

HIGHLY CONFIDENTIAL

Page 717

1    Q.   Okay.  For now, Mr. Titov, just looking at the Bulgarian

2         original of exhibit 176, does this reflect a true and

3         correct copy of an email that you sent on May 9, 2010?

4    MR. THOMPSON:  Objection to the extent it calls for a legal

5         conclusion, and it's an email chain.

6    BY MR. FABRIZIO:

7    Q.   Let me correct that.  Does this represent a true and

8         correct copy of an email chain in which you participated

9         in in May 2010?

10   A.   I don't have any reason to believe that it's not true.

11   Q.   And you see in the email -- email at the bottom of the

12        first page, which was an email from a user, correct?

13   A.   Correct.

14   Q.   And it's user number 974421, correct?

15   A.   It is.

16   Q.   Okay.  Which shows a premium status?

17   A.   It does.

18   Q.   And at least as of May 9, 2010 showed that the user was

19        not suspended, correct?

20   A.   Correct.

21   Q.   That user writes in the second and third paragraph:

22            "it seems that all remote uploads from one hoster to

23        Rapidshare are sent with the same MD5 value.  Since the

24        specific value is identical to a value marked as illegal

25        in our system, uploads" -- actually, excuse me, I'm

HIGHLY CONFIDENTIAL

Page 719

1    A.   Probably I did.

2    Q.   And the Rapidshare message says:

3              "[Since] it seems that all remote uploads from one

4         hoster to Rapidshare are sent with the same MD5 value.

5         Since the specific value is identical to a value marked

6         as illegal in our system, uploads are denied.  We

7         suggest to contact your hoster in this matter.

8         Unfortunately, due to security and legal matters the

9         blockage of the value cannot be lifted."

10             Do you see that?

11   A.   I see that.

12   Q.   And then the user wrote to Hotfile:

13             "Dear support i have problemas" -- although that's

14        misspelled -- "making remote upload from hotfile to

15        others services (rapidshare, depositfiles etc) all these

16        service wrote me that all my files in Hotfile are

17        BLACKLISTED" -- and that's all capitals -- "because have

18        MD5 code blacklisted in all my files uploaded in hotfile

19        please explain me why this??"

20             Do you see that?

21   A.   I see that.

22   Q.   Okay.  Did you understand at the time that Rapidshare

23        had instituted a hash block list much like the block

24        list that Hotfile has instituted?

25   MR. THOMPSON:  Objection, vague and ambiguous and calls for

HIGHLY CONFIDENTIAL

Page 720

1        speculation.

2   A.   I don't know what I understood at the time.

3   BY MR. FABRIZIO:

4   Q.   But you understood at the time what a matching MD5

5        meant, correct?

6   MR. THOMPSON:  Objection, lacks foundation, also vague.

7   A.   Yeah, I was probably able to understand what was

8        matching MD5.

9   BY MR. FABRIZIO:

10  Q.   And you at least saw that Hotfile was -- that Rapidshare

11       was telling that user that Rapidshare was rejecting

12       those files because a list of MD5s that Rapidshare was

13       maintaining indicated that the files were "illegal in

14       our system."  That's what Rapidshare wrote.  You saw

15       that at the time, correct?

16  MR. THOMPSON:  Objection.  You're speaking for Rapidshare

17       and reading incompletely from the document.

18          You can answer if you understand.

19  A.   I don't know what I understood at the time, but the

20       document also says that all the files are with the same

21       MD5 value.

22  BY MR. FABRIZIO:

23  Q.   At the very top of the document, exhibit 176, you

24       responded to an email that had been sent to you by

25       hotfile.general@gmail.com, correct?

HIGHLY CONFIDENTIAL

Page 721

1   A.   That seems correct.

2   Q.   Okay.  And that is Mr. Ianakov, in that timeframe?

3   A.   I'm not completely sure but it might be.

4   Q.   Okay.  And, since it's late, without asking you to

5        translate it, in substance what did you respond to

6        Mr. -- what did you respond to the email from

7        hotfile.general@gmail.com on May 9, 2010?

8   A.   That we generally do not support transferring files from

9        our system out and that that is not a problem that we

10       need to give much consideration.

11  Q.   Did Hotfile do anything to investigate the files of the

12       user 974421, user name "crazyzone"?

13  MR. THOMPSON:  Objection, vague and ambiguous, overbroad.

14  A.   Not aware of any investigation.

15  BY MR. FABRIZIO:

16  Q.   Changing subjects, does Hotfile maintain

17       an administrative interface for its system?

18  MR. THOMPSON:  Objection, vague.

19  A.   Yes, Hotfile does have an administrative interface.

20  BY MR. FABRIZIO:

21  Q.   Okay.  And, for the record, do you understand that to be

22       a web page or web pages that only those with

23       administrative privileges can access and which provide

24       controls to manage users and content?

25  A.   Yes, that's how I understand it.

HIGHLY CONFIDENTIAL

Page 722

1    Q.  Okay.  And does that administrative interface allow

2        Hotfile a means to review available data about a user?

3    A.  Yes, I believe it does.

4    Q.  Including a list of the files the user had uploaded?

5    A.  Yes, I believe it does.

6    Q.  Including a means to review DMCA notices received

7        regarding files the user had uploaded?

8    MR. THOMPSON:  Objection, vague.

9    A.  No, I don't think so.

10   BY MR. FABRIZIO:

11   Q.  Does it include a means to add a strike to a user's

12       account?

13   A.  I don't believe so.

14   Q.  Does it include a means to remove a strike from a user's

15       account?

16   A.  I'm not aware of any such functionality.

17   Q.  Does it include a means to suspend a user?

18   A.  Yes, I believe so.

19   Q.  To delete a user entirely?

20   A.  I'm not sure if we currently have this.

21   Q.  Does it include a means to grant heightened privileges

22       to users?  For example, we talked about a user's ability

23       to copy files from Hotfile to Hotfile earlier, so does

24       it include a means to grant heightened privileges to

25       users, such as things like that?

HIGHLY CONFIDENTIAL

Page 723

1    MR. THOMPSON:  Objection, vague and compound.

2    A.  There are some buttons, but I don't recall all the

3        functionality.

4    BY MR. FABRIZIO:

5    Q.  Have you heard of the website hotfile123.com?

6    A.  Yes, I did.

7    Q.  Have you heard of the website hotfilesearch.com?

8    A.  Yes, I did.

9    Q.  Do you know who the operators are of either of those

10       sites?

11   A.  I'm not aware who the operators of these websites are.

12   Q.  Have you ever communicated with them in any way?

13   A.  I don't believe so.

14   Q.  Okay.  Is there any way for a file hosted on Hotfile to

15       be accessible on either hotfile123 or hotfilesearch if

16       the uploading user has never hosted the URL publically?

17   MR. THOMPSON:  Objection, calls for speculation, incomplete

18       hypothetical.

19   A.  It should not be possible.

20   BY MR. FABRIZIO:

21   Q.  Do you recognize the name Joni Dev, J-O-N-I, D-E-V?

22   A.  No, I do not.

23   Q.  Has Hotfile ever had any dealings with either

24       hotfile123.com or hotfilesearch.com that would provide

25       those websites with access to content posted on Hotfile?

HIGHLY CONFIDENTIAL

Page 724

1    MR. THOMPSON:  Objection, vague and ambiguous and overbroad.

2    A.  I'm not aware of any such dealings.

3    MR. THOMPSON:  That means we're very, very close.

4    MR. FABRIZIO:  We really -- I'm trying.

5         (Titov exhibit 177 marked for identification.)

6         I've marked as Titov exhibit 177 a three-page

7    document, the Bates numbering is actually in an odd

8    location, the second page is numbered HF2835876, it's

9    marked at the top right-hand corner, the third page is

10   marking 877, there is no Bates number on the first

11   page -- I don't know -- and those three pages are

12   followed by the affidavit of accuracy of the translator,

13   and the Bulgarian original, which is numbered HF2835876

14   through 77, and I believe I know what happened here, the

15   translated copy -- the number 877 is on a blank page and

16   so I think the Bates number probably just jumped over

17   one page and, anyway, exhibit 177.

18   BY MR. FABRIZIO:

19   Q.  Mr. Titov, I can try and make this as quick as possible.

20       All I want to ask you is whether this is a true and

21       correct copy of an email exchange that you participated

22       in in the June 2009 timeframe?

23   MR. THOMPSON:  So, for that, he should just look at the last

24       two pages in Bulgarian?

25   MR. FABRIZIO:  That's fine.  Just trying to speed it along.

HIGHLY CONFIDENTIAL

Page 729

1

                        CERTIFICATE OF DEPONENT

2

3

        I, ANTON TITOV, hereby certify that I have read the
4       foregoing pages of my deposition of testimony taken in these
        proceedings on Thursday, December 8, 2011, and, with the
5       exception of the changes listed on the next page and/or
        corrections, if any, find them to be a true and accurate
6       transcription thereof.

7

8

9

10

        Signed:  ...................................
11

        Name:    ANTON TITOV
12
        Date:    1/28/2012 ....................
13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5         1.  To clarify the record.

6         2.  To conform to the facts.

7         3.  To correct transcription errors.

8    Page __581__ Line __8__ Reason __3__

9    From __make it to the__ to __make it to__

10   Page __581__ Line __9__ Reason __3__

11   From __log, the__ to __log the__

12   Page __582__ Line __17__ Reason __3__

13   From __cannot exist__ to __can notice if__

14   Page __582__ Line __20__ Reason __1__

15   From __accounts hacking, limitation__ to __accounts to prevent hacking is a limitation__

16   Page __582__ Line __22__ Reason __3__

17   From __force on__ to __force hacking on__

18   Page __586__ Line __16__ Reason __3__

19   From __or__ to __of__

20   Page __586__ Line __17__ Reason __3__

21   From __servers of__ to __service__

22

23   _____

24              ANTON TITOV

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5         1.   To clarify the record.

6         2.   To conform to the facts.

7         3.   To correct transcription errors.

8    Page __587__ Line __3__ Reason __3__

9    From ___all product___ to ___will protect___

10   Page __587__ Line __5__ Reason __3__

11   From ___stage___ to ___limitation___

12   Page __589__ Line __24__ Reason __3__

13   From __it's correct__ to __it isn't a correct__

14   Page __592__ Line __25__ Reason __1__

15   From __it__ to __we would__

16   Page __597__ Line __25__ Reason __3__

17   From __the shareholders__ to __two shareholders__

18   Page __611__ Line __22__ Reason __3__

19   From __Lucyan__ to __Luchian__

20   Page __612__ Line __8__ Reason __3__

21   From __Lucyan__ to __Luchian__

22

23                              _____

24                              ANTON TITOV

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5         1.  To clarify the record.

6         2.  To conform to the facts.

7         3.  To correct transcription errors.

8    Page  612  Line  15  Reason  3

9    From  Lucyan          to  Luchian

10   Page  612  Line  17  Reason  3

11   From  Lucyan          to  Luchian

12   Page  616  Line  8   Reason  3

13   From  FABRIZIO        to     THOMPSON

14   Page  616  Line  13  Reason  3

15   From    man           to    him

16   Page  620  Line  4   Reason  3

17   From  Lemuria paid    to   Lemuria ever paid

18   Page  620  Line  4   Reason  3

19   From  other           to     any

20   Page  620  Line  5   Reason  3
         and if there is still other   and the answer is still no, and
21   From  shareholders     to   other shareholders, no.

22

23                          _____

24                          ANTON TITOV

25

TSG Reporting - Worldwide

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5         1.   To clarify the record.

6         2.   To conform to the facts.

7         3.   To correct transcription errors.

8    Page 626   Line 22   Reason 3

9    From financial election   to   FinArt transaction

10   Page 632   Line 25   Reason 3

11   From a port tool   to   upload tool

12   Page 649   Line 25   Reason 3

13   From paid to the   to   paid through the

14   Page 675   Line 13   Reason 3

15   From responding to the   to   responding to user

16   Page 675   Line 14   Reason 3

17   From query in   to   inquiries via

18   Page 675   Line 15   Reason 1

19   From frequently questions   to frequently asked questions

20   Page 701   Line 11   Reason 3

21   From   ask him the question to   ask him a new question

22

23                              _____

24                              ANTON TITOV

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5         1.  To clarify the record.

6         2.  To conform to the facts.

7         3.  To correct transcription errors.

8    Page __723__ Line __16__ Reason __3__

9    From _____hosted_____ to _____posted_____

10   Page 726:25-727:1 Line _____ Reason __3__

11   From __our court file__ to __Hotfile__

12   Page __611__ Line __22__ Reason __3__

13   From __Lucyan__ to __Luchian__

14   Page __612__ Line _8_ Reason __3__

15   From __Lucyan__ to __Luchian__

16   Page __612__ Line __12__ Reason __3__

17   From __Lucyan__ to __Luchian__

18   Page __612__ Line __15__ Reason __3__

19   From __Lucyan__ to __Luchian__

20   Page __612__ Line __17__ Reason __3__

21   From __Lucyan__ to __Luchian__

22

23   _____

24   ANTON TITOV

25

TSG Reporting - Worldwide

HIGHLY CONFIDENTIAL

Page 730

1                    HIGHLY CONFIDENTIAL
                CERTIFICATE OF COURT REPORTER
2

3

     I, Fiona Farson, with TSG Reporting, hereby certify that the
4    testimony of the witness Anton Titov in the foregoing
     transcript, taken on Thursday, December 8, 2011 was reported
5    by me in machine shorthand and was thereafter transcribed by
     me; and that the foregoing transcript is a true and accurate
6    verbatim record of the said testimony.
7

     I further certify that I am not a relative, employee,
8    counsel or financially involved with any of the parties to
     the within cause, nor am I an employee or relative of any
9    counsel for the parties, nor am I in any way interested in
     the outcome of the within cause.
10

11

12

13

14

     Signed:  ........................
15

     Fiona Farson
16

     Dated: 12-20-2011
17

18

19

20

21

22

23

24

25