# Yeh Exhibit 2

Highly Confidential

Page 1

1                 UNITED STATES DISTRICT COURT
2                 SOUTHERN DISTRICT OF FLORIDA
3            CASE NO. 11-20427-WILLIAMS/TURNOFF
4

     DISNEY ENTERPRISES,          )
5    INC., TWENTIETH CENTURY      )
     FOX FILM CORPORATION,        )
6    UNIVERSAL CITY STUDIOS       )
     PRODUCTIONS LLLP,            )
7    COLUMBIA PICTURES            )
     INDUSTRIES, INC., and        )
8    WARNER BROS.                 )
     ENTERTAINMENT, INC.,         )
9                                 )
10          Plaintiffs,           )
                                  )
11      v.                        )
                                  )
12   HOTFILE CORP., ANTON         )
     TITOV, and DOES 1-10         )
13                                )
            Defendants.           )
14   _____)

15

16        H I G H L Y   C O N F I D E N T I A L
17       (Pursuant to protective order, the following
       transcript has been designated highly confidential)
18

19        30(B)(6) DEPOSITION OF ANTON TITOV
20            LOS ANGELES, CALIFORNIA
21          THURSDAY, NOVEMBER 17, 2011
22

23

     REPORTED BY:
24   Alejandria E. Kate
     CSR NO. 11897, HI 448, RPR, CLR
25   JOB NO.:  44003

Highly Confidential

Page 2

```
 1                 UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF FLORIDA
 3              CASE NO. 11-20427-WILLIAMS/TURNOFF
 4

    DISNEY ENTERPRISES,         )
 5  INC., TWENTIETH CENTURY     )
    FOX FILM CORPORATION,       )
 6  UNIVERSAL CITY STUDIOS      )
    PRODUCTIONS LLLP,           )
 7  COLUMBIA PICTURES           )
    INDUSTRIES, INC., and       )
 8  WARNER BROS.                )
    ENTERTAINMENT, INC.,        )
 9                              )
            Plaintiffs,         )
10                              )
      v.                        )
11                              )
    HOTFILE CORP., ANTON        )
12  TITOV, and DOES 1-10        )
                                )
13          Defendants.         )
    _____ )
14                              )
    HOTFILE CORP.,              )
15                              )
            Counterclaimant,    )
16                              )
    v.                          )
17                              )
    WARNER BROS ENTERTAINMENT   )
18  INC.,                       )
                                )
19          Counterdefendant.   )
    _____ )
20
21
22
23
24
25
```

Highly Confidential

Page 3

NOVEMBER 17, 2011

7:08 A.M.

Videotaped deposition of ANTON TITOV, held at
the offices of JENNER & BLOCK, LLP,
633 West 5th Street, Suite 3600, Los Angeles,
California, before Alejandria E. Kate, a
Registered Professional Reporter and
Certified Shorthand Reporter of the State of
California.

Highly Confidential

Page 4

1   A P P E A R A N C E S:
2
3       ATTORNEY FOR THE PLAINTIFFS:
4           JENNER & BLOCK, LLP
            BY:  STEVEN B. FABRIZIO, ESQ.
5           1099 New York Avenue, NW
            Suite 900
6           Washington, DC  20001
            202.639.6040
7           sfabrizio@jenner.com
8
9       ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
        AND ANTON TITOV:
10
            FARELLA, BRAUN & MARTEL, LLP
11          BY:  RODERICK M. THOMPSON, ESQ.
                (APPEARING VIA VIDEO CONFERENCE)
12          235 Montgomery Street, 17th Floor
            San Francisco, California  94104
13          415.954.4400
            rthompson@fbm.com
14
15
        ATTORNEY FOR THE DEFENDANT ANTON TITOV:
16
            PENKOV, MARKOV & PARTNERS
17          BY:  SVETOSLAV DIMITROV, ESQ.
                NIKOLAY CVETANOV, ESQ.
18              (APPEARING VIA VIDEO CONFERENCE)
            Iztok Dstr., Bl. 22, Entr. A
19          1113 Sofia
            Bulgaria
20          359-2-9713935
            lawyers@penkov-markov.eu
21
22
        ALSO PRESENT:
23
            KELLY TRUELOVE, consultant for the plaintiffs
24
            GUEORGUI MATVEER, standby Bulgarian interpreter
25          (appearing via video conference)

Highly Confidential

Page 16

| | | |
|---|---|---|
| 1 | What does the one mean? | 07:24 |
| 2 | A.   One will be, yes, suspended too. | 07:24 |
| 3 | Q.   And what does zero mean? | 07:24 |
| 4 | A.   Zero means not suspended. | 07:24 |
| 5 | Q.   Okay.  Are you sure that one is suspended and | 07:24 |
| 6 | zero is not suspended? | 07:24 |
| 7 | A.   To my best -- to the best of my knowledge -- | 07:25 |
| 8 | and I walked over this with Vazell (phonetic) -- yes, | 07:25 |
| 9 | it's like this. | 07:25 |
| 10 | Q.   Okay.  And if there is a one, meaning the user | 07:25 |
| 11 | is suspended, does that mean that that user was | 07:25 |
| 12 | suspended until a particular date that you have recorded | 07:25 |
| 13 | somewhere else in the database? | 07:25 |
| 14 | A.   Yes.  That was the original design, but it was | 07:25 |
| 15 | never used to the best of my knowledge. | 07:25 |
| 16 | Q.   Okay.  Because, as you explained, in every | 07:25 |
| 17 | instance you suspended the user for such a long period | 07:25 |
| 18 | of time that it was effectively a termination? | 07:25 |
| 19 | A.   Yes. | 07:25 |
| 20 | Q.   And Vazell is Vazell Kolef (phonetic)? | 07:25 |
| 21 | A.   Exactly. | 07:25 |
| 22 | Q.   Thank you. | 07:25 |
| 23 | So what does it mean when Hotfile suspends a | 07:25 |
| 24 | user in this manner?  What are -- what are the actions | 07:26 |
| 25 | taken against the user? | 07:26 |

Highly Confidential

Page 17

| | | |
|---|---|---|
| 1 | MR. THOMPSON:  Objection.  Compound. | 07:26 |
| 2 | THE WITNESS:  The most obvious would be that he | 07:26 |
| 3 | won't be able to log in to his account.  He will | 07:26 |
| 4 | probably receive an e-mail that he's suspended. | 07:26 |
| 5 | Normally all his files would be suspended, but it | 07:26 |
| 6 | depends on the -- we have a separate button in the main | 07:26 |
| 7 | file.  You can suspend it manually.  You can suspend all | 07:26 |
| 8 | files and then suspend the user. | 07:27 |
| 9 | I'm not aware of any circumstances under which | 07:27 |
| 10 | a user was suspended and his files was not. | 07:27 |
| 11 | BY MR. FABRIZIO: | 07:27 |
| 12 | Q.   Anything else that happens vis-a-vis the user | 07:27 |
| 13 | upon being suspended? | 07:27 |
| 14 | MR. THOMPSON:  Objection.  Overbroad. | 07:27 |
| 15 | THE WITNESS:  I can't think of anything, but | 07:27 |
| 16 | there may be something. | 07:27 |
| 17 | BY MR. FABRIZIO: | 07:27 |
| 18 | Q.   Okay.  Is a suspended user still permitted to | 07:27 |
| 19 | upload files? | 07:27 |
| 20 | A.   No. | 07:27 |
| 21 | Q.   Well, can users upload files without | 07:27 |
| 22 | registering? | 07:27 |
| 23 | MR. THOMPSON:  Objection.  Vague. | 07:27 |
| 24 | THE WITNESS:  Yes, they can.  We will call it | 07:27 |
| 25 | an anonymous upload. | 07:28 |

Highly Confidential

Page 18

| | |
|---|---|
| 1 | BY MR. FABRIZIO: | 07:28 |
| 2 |     Q.   An anonymous what? | 07:28 |
| 3 |     A.   Upload. | 07:28 |
| 4 |     Q.   An anonymous upload.  Okay. | 07:28 |
| 5 |          Can suspended users engage in anonymous | 07:28 |
| 6 | uploads? | 07:28 |
| 7 |          MR. THOMPSON:  Objection.  Overbroad and vague. | 07:28 |
| 8 |          THE WITNESS:  Generally, if you refer to user | 07:28 |
| 9 | by user name and password, then, no, this user of the | 07:28 |
| 10 | system can't. | 07:28 |
| 11 |          If you refer to the user, like, a person, it's | 07:28 |
| 12 | logical to assume that he can do it because -- I mean, | 07:28 |
| 13 | Internet is kind of anonymous.  He can move -- I mean, | 07:28 |
| 14 | you can -- you don't know the person you're talking | 07:28 |
| 15 | about -- talking with.  You just know their user name | 07:28 |
| 16 | and password.  So this user name won't be able to upload | 07:28 |
| 17 | anything. | 07:29 |
| 18 |          (Reporter clarification.) | 07:29 |
| 19 |          MR. FABRIZIO:  That user name won't be able to | 07:29 |
| 20 | upload anything. | 07:29 |
| 21 |          THE WITNESS:  No, it won't be able to. | 07:29 |
| 22 | BY MR. THOMPSON: | 07:29 |
| 23 |     Q.   Okay.  But a suspended user could -- without | 07:29 |
| 24 | using their prior user name and login credentials, could | 07:29 |
| 25 | still upload files anonymously; correct? | 07:29 |

Highly Confidential

Page 19

| | |
|---|---|
| 1   MR. THOMPSON:  Objection.  Calls for | 07:29 |
| 2   speculation.  Overbroad and beyond the scope of the | 07:29 |
| 3   30(b)(6) deposition notice. | 07:29 |
| 4   You can answer, Mr. Titov. | 07:29 |
| 5   THE WITNESS:  Yes.  I would assume that | 07:29 |
| 6   everybody can do anything.  I mean ... | 07:29 |
| 7   BY MR. FABRIZIO: | 07:29 |
| 8   Q.  Okay.  And can suspended users continue to | 07:29 |
| 9   download files from Hotfile? | 07:29 |
| 10   MR. THOMPSON:  Same objections.  Mr. Fabrizio, | 07:29 |
| 11   this is getting outside the scope of your deposition | 07:29 |
| 12   notice.  You'll have a chance to talk to Mr. Titov and | 07:30 |
| 13   Sofia later on.  I suggest you can move on. | 07:30 |
| 14   MR. FABRIZIO:  I'll just ask my questions. | 07:30 |
| 15   Thank you. | 07:30 |
| 16   Q.  Can a suspended user -- | 07:30 |
| 17   (Speaking simultaneously.) | 07:30 |
| 18   THE WITNESS:  Okay. | 07:30 |
| 19   BY MR. FABRIZIO: | 07:30 |
| 20   Q.  Hold on.  Before -- because there's a little | 07:30 |
| 21   lag, let me -- let me just make sure I've asked the | 07:30 |
| 22   question. | 07:30 |
| 23   Can a suspended user continue to download from | 07:30 |
| 24   Hotfile? | 07:30 |
| 25   MR. THOMPSON:  Objection.  Overbroad and | 07:30 |

Highly Confidential

Page 20

```
 1    outside the scope of the deposition notice.          07:30

 2            THE WITNESS:  Again --                        07:30

 3            MR. THOMPSON:  Go ahead.  I'm sorry.          07:30

 4            (Speaking simultaneously.)                    07:30

 5            THE WITNESS:  Again, if you're talking --     07:30

 6    again, if you are talking about the user as user name 07:30

 7    and password, this password -- user name and password 07:30

 8    combination won't be able -- this user name won't be  07:30

 9    able to log in to the site.                           07:30

10            And if he's premium, he won't be able to use  07:30

11    this premium feature to download from Hotfile.  But,  07:30

12    again, without logging in, it's possible to download  07:31

13    from Hotfile for everybody, then we'll probably include 07:31

14    any suspended users.                                  07:31

15    BY MR. FABRIZIO:                                      07:31

16       Q.   Okay.  What mechanism is used to prevent a    07:31

17    suspended user from creating another account under a  07:31

18    different user name?                                  07:31

19            MR. THOMPSON:  Objection.  Assumes facts.     07:31

20            THE WITNESS:  To my best knowledge, the only  07:31

21    thing meaningful that we came up was to not let him use 07:31

22    the same e-mail address and not let him use the same  07:31

23    payment information.                                  07:31

24    BY MR. FABRIZIO:                                      07:31

25       Q.   Does Hotfile use that user's IP address in any 07:32
```

Highly Confidential

Page 30

| | |
|---|---|
| 1  "payments.csv." | 07:47 |
| 2      A.    And -- | 07:47 |
| 3          (Speaking simultaneously.) | 07:47 |
| 4          (Plaintiffs' Exhibit 4 was marked.) | 10:31 |
| 5  BY MR. FABRIZIO: | 07:47 |
| 6      Q.    Okay.   Under Column D, there's a field name | 07:47 |
| 7  price_gross. | 07:47 |
| 8          Do you see that? | 07:47 |
| 9      A.    Yes, I do. | 07:48 |
| 10     Q.    What does that mean? | 07:48 |
| 11     A.    This is the full price that user paid or | 07:48 |
| 12  something very close to the full price that user paid | 07:48 |
| 13  without any fees by payment processors. | 07:48 |
| 14     Q.    If you look over Column E, it says -- the field | 07:48 |
| 15  heading is "price_score fee." | 07:48 |
| 16         What does that mean? | 07:48 |
| 17     A.    That would mean the fee of the payment | 07:48 |
| 18  processor. | 07:48 |
| 19     Q.    Okay.   If you look over at Column H, the field | 07:48 |
| 20  name is domain. | 07:48 |
| 21         Do you see that? | 07:48 |
| 22     A.    Yes, I do. | 07:48 |
| 23     Q.    And what do the values under the field name | 07:48 |
| 24  domain represent? | 07:49 |
| 25     A.    They would represent the domain from which the | 07:49 |

Highly Confidential

Page 31

| | |
|---|---|
| 1 | user came last time to Hotfile Web site or to -- the | 07:49 |
| 2 | best ability of Hotfile to determine that. | 07:49 |
| 3 | Q.  In your answer you said "the last time." So is | 07:49 |
| 4 | that the last -- well, strike that. | 07:49 |
| 5 | If I use the term "refer domain," do you | 07:49 |
| 6 | understand that to be -- to mean the Web site from which | 07:49 |
| 7 | a user came to Hotfile? | 07:49 |
| 8 | A.  Yes.  Before he made the payment, the bill. | 07:49 |
| 9 | Q.  Yes, I understand. | 07:49 |
| 10 | Okay.  So does Column H reflect the refer | 07:49 |
| 11 | domain for a user's most recent visit or does it reflect | 07:50 |
| 12 | the refer domain for when the user upgraded to a premium | 07:50 |
| 13 | account? | 07:50 |
| 14 | MR. THOMPSON:  Objection.  Vague. | 07:50 |
| 15 | THE WITNESS:  It is the domain from which -- | 07:50 |
| 16 | external domain from which the user came to Hotfile, and | 07:50 |
| 17 | they are upgrading to premium. | 07:50 |
| 18 | BY MR. FABRIZIO: | 07:50 |
| 19 | Q.  Okay.  So just to -- just for clarification | 07:50 |
| 20 | purposes, looking at -- hold on.  Let me just clarify. | 07:50 |
| 21 | Okay.  When you said it's the domain that the | 07:51 |
| 22 | user came to Hotfile from prior to upgrading to a | 07:51 |
| 23 | domain -- to a premium account, what did you mean by | 07:51 |
| 24 | that? | 07:51 |
| 25 | MR. THOMPSON:  Objection.  Vague. | 07:51 |

Highly Confidential

Page 32

| | | |
|---|---|---|
| 1 | MR. FABRIZIO:  Yeah, that was vague.  I didn't | 07:51 |
| 2 | even understand it. | 07:51 |
| 3 | Q.   I want to clarify that the refer domain is the | 07:51 |
| 4 | Web site from which the user came to Hotfile during the | 07:51 |
| 5 | visit that the user upgraded to a premium account. | 07:51 |
| 6 | Is that correct? | 07:51 |
| 7 | A.   Yes, I think it's a correct statement. | 07:51 |
| 8 | Q.   Okay.  So if that refer domain was registered | 07:51 |
| 9 | with the site operator affiliate program, that refer | 07:51 |
| 10 | domain would have received some compensation on account | 07:52 |
| 11 | of the user upgrading to a premium account; correct? | 07:52 |
| 12 | A.   Yes, that is correct. | 07:52 |
| 13 | Q.   Okay.  Turning to Titov Exhibit 5, which is a | 07:52 |
| 14 | two-page excerpt of a table titled "uploads 4" -- that's | 07:52 |
| 15 | the number 4 -- ".csv."  So this is Titov Exhibit 5. | 07:52 |
| 16 | (Plaintiffs' Exhibit 5 was marked.) | 07:52 |
| 17 | THE WITNESS:  I have it. | 07:52 |
| 18 | (Document reviewed by witness.) | 07:52 |
| 19 | BY MR. FABRIZIO: | 07:53 |
| 20 | Q.   Okay.  In the Column B there is an upload ID | 07:53 |
| 21 | field. | 07:53 |
| 22 | What does that mean? | 07:53 |
| 23 | A.   Yes, there is. | 07:53 |
| 24 | Q.   And what does that mean, Mr. Titov? | 07:53 |
| 25 | A.   It's number identifier that we assign to the -- | 07:53 |

Highly Confidential

Page 43

| | | |
|---|---|---|
| 1 | Q.   Status 1, active, what does that mean? | 08:18 |
| 2 | A.   That would generally mean that the file is | 08:18 |
| 3 | active and it's downloadable, if I may say that. | 08:19 |
| 4 | Q.   Okay.  Can you go back to Titov Exhibit 5 for | 08:19 |
| 5 | one second.  On the second page, you can look at Row 24 | 08:19 |
| 6 | for instance. | 08:19 |
| 7 | If you'll see in Column N, under the heading | 08:19 |
| 8 | "Status," it says "status 1"; correct? | 08:19 |
| 9 | A.   Yes. | 08:19 |
| 10 | Q.   Okay.  And that means that file is active? | 08:19 |
| 11 | A.   Yeah, it should mean that. | 08:20 |
| 12 | Q.   Okay.  Will you look at Column G, which has the | 08:20 |
| 13 | heading -- the field name "blocked." | 08:20 |
| 14 | What does that field name mean? | 08:20 |
| 15 | A.   Oh.  It means that the hash is blocked. | 08:20 |
| 16 | Q.   And what does it mean, for a hash to be | 08:20 |
| 17 | blocked? | 08:20 |
| 18 | A.   It means that blocked hash -- you can't | 08:20 |
| 19 | download blocked hashes. | 08:20 |
| 20 | Q.   Okay.  And was the blocked hash functionality | 08:20 |
| 21 | added at or after the time this litigation was filed? | 08:21 |
| 22 | MR. THOMPSON:  Objection.  Vague. | 08:21 |
| 23 | THE WITNESS:  Can you still hear me? | 08:21 |
| 24 | MR. FABRIZIO:  Yes, I do. | 08:21 |
| 25 | THE WITNESS:  It was created, I would say, long | 08:21 |

Highly Confidential

Page 44

| | | |
|---|---|---|
| 1 | before the litigation was filed. | 08:21 |
| 2 | BY MR. FABRIZIO: | 08:21 |
| 3 | Q.   Approximately how long?  Well, let me put it | 08:21 |
| 4 | this way:  Was the blocked hash feature in place when | 08:21 |
| 5 | Hotfile first launched? | 08:21 |
| 6 | A.   No, it wasn't. | 08:21 |
| 7 | MR. THOMPSON:  Objection.  Vague. | 08:21 |
| 8 | BY MR. FABRIZIO: | 08:21 |
| 9 | Q.   Okay.  Approximately how many months after | 08:21 |
| 10 | Hotfile's launch was the blocked hash feature added? | 08:21 |
| 11 | A.   It would be approximately, maybe, seven, eight | 08:22 |
| 12 | months.  Might be more.  Might be less. | 08:22 |
| 13 | Q.   Okay.  And prior to that time, did Hotfile have | 08:22 |
| 14 | a -- another feature that performed the same function of | 08:22 |
| 15 | blocking hashes? | 08:22 |
| 16 | MR. THOMPSON:  Objection.  Vague and overbroad. | 08:22 |
| 17 | THE WITNESS:  Nothing that I can recall. | 08:22 |
| 18 | BY MR. FABRIZIO: | 08:22 |
| 19 | Q.   Okay.  So in -- back to Exhibit 5, again, I was | 08:22 |
| 20 | just using Row 24 as an example. | 08:22 |
| 21 | This has a status of 1, but it also shows a | 08:22 |
| 22 | status of 1 or a blocked status of 1, so let me clarify | 08:22 |
| 23 | that.  Let me ask the question this way. | 08:22 |
| 24 | Does a 1 value in the blocked field mean that | 08:23 |
| 25 | the hash is blocked? | 08:23 |

Highly Confidential

Page 51

| | | |
|---|---|---|
| 1 | Q.   What's the range? | 08:35 |
| 2 |     MR. THOMPSON:   Objection.  Vague. | 08:35 |
| 3 |     THE WITNESS:   I would say from 14 to 19 days. | 08:35 |
| 4 | BY MR. FABRIZIO: | 08:36 |
| 5 | Q.   Was that 14 or 40?  So one-four or four-zero? | 08:36 |
| 6 | A.   Fourteen. | 08:36 |
| 7 | Q.   One-four? | 08:36 |
| 8 | A.   One-four. | 08:36 |
| 9 | Q.   Thank you. | 08:36 |
| 10 |     No. 7, Status 7 says "repeat infringer."  What | 08:36 |
| 11 | does that mean? | 08:36 |
| 12 | A.   That means that the user to whom the file was | 08:36 |
| 13 | belonging was terminated automatically by our strikes | 08:36 |
| 14 | policy. | 08:36 |
| 15 | Q.   And what is your strikes policy? | 08:37 |
| 16 | A.   It -- to the best of my belief, after receiving | 08:37 |
| 17 | three strikes for any files of a user, he would be | 08:37 |
| 18 | terminated as repeat infringer. | 08:37 |
| 19 | Q.   Okay.  And how does a user get a strike? | 08:37 |
| 20 | A.   He would get a strike when an e-mail with a | 08:37 |
| 21 | DMCA notice is processed or when his files are taken | 08:37 |
| 22 | down by the SRA. | 08:38 |
| 23 | Q.   So Hotfile has a process to look up the | 08:38 |
| 24 | identity of the user that uploaded a file identified in | 08:38 |
| 25 | a DMCA takedown notice sent by e-mail or through the SRA | 08:38 |

Highly Confidential

Page 52

| | |
|---|---|
| 1   account? | 08:38 |
| 2      A.   We know the user ID of every upload, as I | 08:38 |
| 3   explained earlier.  And it's a trivial task to extract | 08:38 |
| 4   file IDs from -- upload IDs from an e-mail. | 08:38 |
| 5      Q.   Are there any other ways a user gets a strike | 08:39 |
| 6   other than notices -- DMCA notices sent by e-mail or | 08:39 |
| 7   through the SRA account? | 08:39 |
| 8      A.   Yes.  There is delete files functionality in | 08:39 |
| 9   our admin pile that will also give strikes. | 08:39 |
| 10     Q.   And how does that work? | 08:39 |
| 11     A.   It is really similar to SRA account.  You paste | 08:39 |
| 12  links into a text box, click "delete," and they're | 08:39 |
| 13  getting deleted. | 08:39 |
| 14     Q.   And that is something that Hotfile | 08:39 |
| 15  administrators can use? | 08:39 |
| 16     A.   Yes. | 08:39 |
| 17     Q.   Is that a process available to copyright | 08:39 |
| 18  orders, or is that strictly an internal process? | 08:40 |
| 19     A.   It is internal process, and it works generally | 08:40 |
| 20  the same way the SRA account works. | 08:40 |
| 21     Q.   Is there some status or other data field that | 08:40 |
| 22  identifies files that were deleted through the Hotfile | 08:40 |
| 23  administrative panel that you've just described? | 08:40 |
| 24     A.   No, I don't think so.  I don't know. | 08:40 |
| 25     Q.   So as you sit here today, you don't know | 08:40 |

Highly Confidential

Page 54

```
 1          The Status 7, repeat infringer, was that a          08:43

 2   status that Hotfile added after this litigation began?     08:43

 3   A.   Yes, I believe so.                                    08:43

 4   Q.   Prior to this litigation, was there a status          08:43

 5   field or -- strike that.                                   08:43

 6          Was there a status or a field of data that          08:43

 7   would indicate whether a user was a repeat infringer?      08:43

 8          MR. THOMPSON:  Objection.  Vague.                   08:43

 9          THE WITNESS:  No.  I believe there was not.         08:43

10   BY MR. FABRIZIO:                                           08:43

11   Q.   Prior to this litigation, did Hotfile assign          08:43

12   strikes to users based on the criteria you have            08:43

13   identified in your testimony today?                        08:43

14   A.   Not automatically, no.                                08:44

15   Q.   Prior to this litigation, did Hotfile -- well,        08:44

16   strike that.                                               08:44

17          You said "not automatically."  Did you do it in     08:44

18   some way that was not automatic?                           08:44

19          MR. THOMPSON:  Objection.  Vague and ambiguous.     08:44

20          THE WITNESS:  Not really.  I mean it's -- it --     08:44

21   it wasn't like that with strikes and counting.             08:44

22   BY MR. FABRIZIO:                                           08:44

23   Q.   Okay.  So prior to this litigation, you didn't        08:44

24   have a system of strikes and tallying strikes; correct?    08:44

25          MR. THOMPSON:  Objection.  Vague and outside        08:45
```

Highly Confidential

Page 55

| | |
|---|---|
| 1    the scope -- | 08:45 |
| 2             (Speaking simultaneously.) | 08:45 |
| 3             THE WITNESS:   (Inaudible.) | 08:45 |
| 4    BY MR. FABRIZIO: | 08:45 |
| 5         Q.   Go ahead, Mr. Titov. | 08:45 |
| 6             MR. THOMPSON:  Well, excuse me.  Let make me | 08:45 |
| 7    make my objection, Mr. Fabrizio. | 08:45 |
| 8             This -- this last line of inquiries is outside | 08:45 |
| 9    the scope of the deposition notice.  We're coming up to | 08:45 |
| 10   two hours, and you're going far afield.  I'll let a few | 08:45 |
| 11   more questions go before I cut this off. | 08:45 |
| 12            MR. FABRIZIO:  Okay.  I understand. | 08:45 |
| 13        Q.   Mr. Titov? | 08:45 |
| 14            MR. THOMPSON:  Perhaps you can repeat the | 08:45 |
| 15   question. | 08:45 |
| 16            MR. FABRIZIO:  I'm going to. | 08:45 |
| 17        Q.   Prior to this litigation, Mr. Titov, did | 08:45 |
| 18   Hotfile assign strikes to users based on the criteria | 08:45 |
| 19   you've identified, whether automatically or manually? | 08:46 |
| 20            MR. THOMPSON:  Objection.  Vague. | 08:46 |
| 21            THE WITNESS:  It was not automatic counting of | 08:46 |
| 22   strikes and manually, if there was something that was | 08:46 |
| 23   subjective to somebody. | 08:46 |
| 24   BY MR. FABRIZIO: | 08:46 |
| 25        Q.   Was there any place, any data field or location | 08:46 |

Highly Confidential

Page 56

| | | |
|---|---|---|
| 1 | where, prior to this litigation, Hotfile kept track of | 08:46 |
| 2 | how many strikes a user had? | 08:46 |
| 3 | A.   Nothing that I'm aware of. | 08:46 |
| 4 | Q.   In the normal course, prior to this litigation, | 08:46 |
| 5 | when Hotfile received a DMCA takedown notice, did | 08:46 |
| 6 | Hotfile identify the user who had uploaded the file | 08:46 |
| 7 | identified in that takedown notice? | 08:47 |
| 8 | MR. THOMPSON:  Objection.  Vague and ambiguous. | 08:47 |
| 9 | THE WITNESS:  By "Hotfile," if you mean the | 08:47 |
| 10 | servers of Hotfile would -- who would process the | 08:47 |
| 11 | notice, I can't really speak of what it means for a | 08:47 |
| 12 | computer to identify something. | 08:47 |
| 13 | BY MR. FABRIZIO: | 08:47 |
| 14 | Q.   Well, prior to this -- | 08:47 |
| 15 | A.   For a person -- | 08:47 |
| 16 | (Speaking simultaneously.) | 08:47 |
| 17 | BY MR. FABRIZIO: | 08:47 |
| 18 | Q.   I'm sorry.  Please continue. | 08:47 |
| 19 | A.   And for a person who would review a DMCA | 08:47 |
| 20 | notice, he might or may not go through the process of | 08:48 |
| 21 | identifying whose file it is. | 08:48 |
| 22 | Q.   Prior to this litigation, did Hotfile have an | 08:48 |
| 23 | established policy that its personnel reviewing DMCA | 08:48 |
| 24 | takedown notices were supposed to identify the user who | 08:48 |
| 25 | had uploaded the noticed files? | 08:48 |

Highly Confidential

Page 57

| | | |
|---|---|---|
| 1 | MR. THOMPSON:  Objection.  Outside the scope of | 08:48 |
| 2 | the Rule 30(b)(6) deposition.  Steve, you're asking a | 08:48 |
| 3 | lot of questions that are not here. | 08:48 |
| 4 | BY MR. FABRIZIO: | 08:48 |
| 5 | Q.  Go ahead, Mr. Titov. | 08:48 |
| 6 | A.  Not -- | 08:48 |
| 7 | Q.  Go ahead, Mr. Titov. | 08:48 |
| 8 | (Speaking simultaneously.) | 16:25 |
| 9 | BY MR. FABRIZIO: | 16:25 |
| 10 | Q.  Go ahead, Mr. Titov. | 08:48 |
| 11 | A.  Not anything that I can -- that I can recall. | 08:48 |
| 12 | MR. FABRIZIO:  Going back to Exhibit Titov 7. | 08:49 |
| 13 | (Plaintiffs' Exhibit 7 was marked.) | 08:49 |
| 14 | BY MR. FABRIZIO: | 08:49 |
| 15 | Q.  Are users with a status of 7, repeat infringer, | 08:49 |
| 16 | ever reinstated by Hotfile so they have an active | 08:49 |
| 17 | status? | 08:49 |
| 18 | MR. THOMPSON:  Objection.  Overbroad and vague. | 08:49 |
| 19 | THE WITNESS:  Actually, we are talking about | 08:49 |
| 20 | statuses of an upload, not about statuses of a user, so | 08:50 |
| 21 | I -- the question doesn't really make sense to me. | 08:50 |
| 22 | BY MR. FABRIZIO: | 08:50 |
| 23 | Q.  Fair enough.  I realized that after I'd asked | 08:50 |
| 24 | it. | 08:50 |
| 25 | If -- all right.  There are circumstances when | 08:50 |

Highly Confidential

Page 67

| | |
|---|---|
| 1 | from that would say that we deleted the link.  And that | 09:08 |
| 2 | time should be generally close to process time when you | 09:08 |
| 3 | adjust time zones and account for delays in e-mail | 09:09 |
| 4 | transportation. | 09:09 |
| 5 |     Q.   Okay.  Fair enough. | 09:09 |
| 6 |        Will you quickly turn to Titov, Exhibit 11. | 09:09 |
| 7 | It's a excerpt table titled "strikes.csv." | 09:09 |
| 8 |        (Plaintiffs' Exhibit 11 was marked.) | 09:09 |
| 9 | BY MR. FABRIZIO: | 09:09 |
| 10 |     Q.   And, Mr. Titov, is this the -- is this the | 09:09 |
| 11 | dataset where Hotfile currently keeps track of users' | 09:09 |
| 12 | strikes based on DMCA notices and the other criteria you | 09:09 |
| 13 | identified? | 09:09 |
| 14 |     A.   Yes.  It is. | 09:09 |
| 15 |     Q.   Okay.  And can you tell us what the field | 09:09 |
| 16 | heading "Strikes" refers to? | 09:09 |
| 17 |     A.   Number of strikes that user received. | 09:09 |
| 18 |     Q.   Okay.  And although you -- although you only | 09:10 |
| 19 | started logging or -- strike that. | 09:10 |
| 20 |        Although Hotfile only started keeping track of | 09:10 |
| 21 | strikes once this litigation began, once you did start | 09:10 |
| 22 | keeping track of strikes, did you go back retroactively | 09:10 |
| 23 | into the data to assign strikes to users? | 09:10 |
| 24 |     MR. THOMPSON:  Objection.  Vague. | 09:10 |
| 25 |     THE WITNESS:  If you ask wherever it says, DMCA | 09:10 |

Highly Confidential

Page 68

| | | |
|---|---|---|
| 1 | notice, it was already processed.  I don't believe that | 09:10 |
| 2 | we did that.  Or if we did, it wasn't much time ago. | 09:10 |
| 3 | BY MR. FABRIZIO: | 09:10 |
| 4 | Q.   Okay.  Well, let me try it this way:  A user -- | 09:10 |
| 5 | in Column -- in Row 2, there's a user ID, 12989, showing | 09:11 |
| 6 | three strikes. | 09:11 |
| 7 | Do you see that? | 09:11 |
| 8 | A.   Yes, I do. | 09:11 |
| 9 | Q.   And does that signify that that user had | 09:11 |
| 10 | received three strikes in the time period after this | 09:11 |
| 11 | litigation began? | 09:11 |
| 12 | MR. THOMPSON:  Objection.  Vague. | 09:11 |
| 13 | THE WITNESS:  Yes.  Yes, it does.  Probably. | 09:11 |
| 14 | BY MR. FABRIZIO: | 09:11 |
| 15 | Q.   So it didn't -- it doesn't reflect strikes that | 09:11 |
| 16 | the user may have earned in 2009 or 2010, for instance? | 09:11 |
| 17 | A.   No, I don't believe so. | 09:11 |
| 18 | Q.   Okay. | 09:11 |
| 19 | MR. THOMPSON:  Rod, I see you looking at your | 09:11 |
| 20 | watch and you're right.  There's -- just quickly check | 09:11 |
| 21 | on something. | 09:12 |
| 22 | Q.   Will you turn to Titov Exhibit 13, please. | 09:12 |
| 23 | This is an excerpt of the table titled | 09:12 |
| 24 | "blocked-hashes.csv." | 09:12 |
| 25 | (Plaintiffs' Exhibit 13 was marked.) | 09:12 |

Highly Confidential

Page 76

1                          C E R T I F I C A T E

2

3      STATE OF CALIFORNIA      )

                               ) ss.

4      COUNTY OF LOS ANGELES )

5

6

7

8              I, ALEJANDRIA E. KATE, a Registered

9      Professional Reporter and Certified

10     Shorthand Reporter within and for the

11     State of California, do hereby certify:

12             That the foregoing record of

13     proceedings is a full and correct

14     transcript of the stenographic notes

15     taken by me therein.

16             In witness whereof, I have hereunto

17     set my hand this 22nd day of November,

18     2011.

19

20

21             _____

22             ALEJANDRIA E. KATE, RPR, CSR 11897

23

24

25

Highly Confidential

Page 80

1                              ERRATA SHEET

2

3       NAME OF CASE:  "DISNEY ENTERPRISES VS. HOTFILE  CORP."

4       DATE OF DEPOSITION:  NOVEMBER 17, 2011

5       NAME OF WITNESS:  ANTON TITOV

6       Reason Codes:

7             1.  To clarify the record.

              2.  To conform to the facts.

8             3.  To correct transcription errors.

9

10      Page   6        Line    20-21    Reason   1
                   which is the Daylight Saving Times,
11      From  with the Dallas time       to  with Daylight Saving Times

12      Page   9        Line    17       Reason   1

13      From  a transaction ID schedule, to  a transaction ID,

14      Page   15       Line    3-4      Reason  1

15      From  for millions of years   to  for many years

16      Page  15        Line    4        Reason   1

17      From  a user for--            to  a user for short period

18      Page   16       Line    8        Reason    3

19      From  Vazell                  to     Vasil

20      Page   16       Line   20       Reason  3

21      From  Vazell is Vazell Kolef  to  Vasil is Vasil Kolev

22      Page   17       Line    6-7      Reason   2

23      From  main file               to   admin panel

24                              _____

25                                   ANTON TITOV

TSG Reporting - Worldwide   800-702-9580

Highly Confidential

Page 80

1                         ERRATA SHEET

2

3    NAME OF CASE:  "DISNEY ENTERPRISES VS. HOTFILE  CORP."

4    DATE OF DEPOSITION:  NOVEMBER 17, 2011

5    NAME OF WITNESS:  ANTON TITOV

6    Reason Codes:

7         1.  To clarify the record.

          2.  To conform to the facts.

8         3.  To correct transcription errors.

9

10   Page __20__    Line __13__    Reason __3__

11   From then we'll            to that will

12   Page __21__    Line __14__    Reason __3__

13   From wipe                  to whitelist

14   Page __26__    Line __20__    Reason __3__

15   From Andre                 to Andrey

16   Page __33__    Line __1__     Reason __3__

17   From bullet                to uploaded

18   Page __33__    Line __12__    Reason __3__

19   From my scale              to ~~MySOL~~ MySQL

20   Page __33__    Line __12__    Reason __3__

21   From our increments        to auto increment

22   Page __34__    Line __6__     Reason __3__

23   From of this               to manual

24                         _____

25                              ANTON TITOV

Highly Confidential

Page 80

1                          ERRATA SHEET

2

3    NAME OF CASE:  "DISNEY ENTERPRISES VS. HOTFILE  CORP."

4    DATE OF DEPOSITION:  NOVEMBER 17, 2011

5    NAME OF WITNESS:  ANTON TITOV

6    Reason Codes:

7         1.  To clarify the record.

         2.  To conform to the facts.

8         3.  To correct transcription errors.

9

10   Page ___38___  Line ___15___  Reason ___3_____

11   From _match_____  to _mention_____

12   Page _39_____  Line __1____  Reason ___3_____

13   From _coordinate_____  to _concatenate_____

14   Page _40_____  Line __2____  Reason __3_____

15   From _image indicator____  to _identifier_____

16   Page _42_____  Line __4____  Reason __3_____

17   From _false_____  to _uploads_____

18   Page __45_____  Line __7____  Reason ___3_____

19   From _bot_____  to ___--_____

20   Page __46_____  Line _15____  Reason _3_____

21   From _escrow_____  to ~~SOL~~ SQL_____

22   Page _51_____  Line __3____  Reason _3_____

23   From _19_____  to __90_____

24                          _____

25                          ANTON TITOV

Highly Confidential

Page 80

1        ERRATA SHEET

2

3    NAME OF CASE:  "DISNEY ENTERPRISES VS. HOTFILE  CORP."

4    DATE OF DEPOSITION:  NOVEMBER 17, 2011

5    NAME OF WITNESS:  ANTON TITOV

6    Reason Codes:

7        1.  To clarify the record.

         2.  To conform to the facts.

8        3.  To correct transcription errors.

9

10   Page __52__   Line __9__   Reason __3_____

11   From _pile_____   to _panel_____

12   Page _61___   Line __11-12__   Reason __3_____

13   From _block...block_____   to _last...last____

14   Page _62___   Line __8-9__   Reason _3_____

15   From late block...block downloads to  last....uploaddownloads

16   Page _69___   Line __3__   Reason __3_____

17   From _date_____   to _data_____

18   Page _72___   Line __13__   Reason ____3_____

19   From _mainly_____   to ___many_____

20   Page _____   Line _____   Reason _____

21   From _____   to _____

22   Page _____   Line _____   Reason _____

23   From _____   to _____

24        _____

25                    ANTON TITOV