# Yeh Exhibit 3

Page 1

```
 1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
 2            CASE NO. 11-20427-WILLIAMS/TURNOFF
 3   DISNEY ENTERPRISES, INC.,             )
     TWENTIETH CENTURY FOX FILM            )
 4   CORPORATION, UNIVERSAL CITY           )
     STUDIOS PRODUCTIONS LLLP,             )
 5   COLUMBIA PICTURES INDUSTRIES          )
     INC., and WARNER BROS.                )
 6   ENTERTAINMENT INC.,                   )
                                           )
 7              Plaintiffs,                )
                                           )
 8   -vs-                                  )
                                           )
 9   HOTFILE CORP., ANTON TITOV,           )
     and DOES 1-10,                        )
10                                         )
                Defendants.                )
11   _____       )
                                           )
12   HOTFILE CORP.,                        )
                                           )
13              Counterclaimant,           )
                                           )
14       -vs-                              )
                                           )
15   WARNER BROS. ENTERTAINMENT, INC.,     )
                                           )
16              Counterdefendant.          )
                                           )
17
         VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
18
                          OF
19
                    RUMEN STOYANOV
20
                  HIGHLY CONFIDENTIAL
21
             on Thursday, December 8, 2011
22              commencing at 9:10 a.m.
                     Taken at:
23            The Raddison Blu Hotel
                 Sofia, Bulgaria
24   Job Number:   43401
25   Reported by:  Thelma Harries, MBIVR, ACR
```

Page 2

1                    A P P E A R A N C E S
2    On behalf of the Plaintiffs
          JENNER & BLOCK
3         10909 New York Avenue, NW
          Washington, DC 20001
4

          BY:  LUKE C. PLATZER,SQ.
5
6
7    On behalf of the Defendant HOTFILE CORP.
          FARELLA BRAUN + MARTEL LLP
8         Russ Building
          235 Montgomery Street
9         San Francisco, CA 94104
10             BY:  ANDREW LEIBNITZ, ESQ.
11
12   In attendance:
13   INTERPRETER:
          GEORGE M. MATVEEV
14        GO Ltd.
          15, Krusheva Gradina Str.
15        Sofia 1415
          Bulgaria
16
17   VIDEOGRAPHER:
          SIMON ADDINSELL
18        TSG Court Reporting
19
20
21
22
23
24
25

Page 21

1    Hotfile was founded?

2          A     Yes.

3          Q     Hotfile, of course, has an affiliate

4    programme where it pays people who upload files

5    that are subsequently downloaded, correct?

6          A     Yes.

7          Q     Was that programme part of the site

8    from the beginning?

9          A     I don't remember.

10         Q     Whose idea was that programme?

11         A     Mine.

12         Q     Where did you get that idea?

13         A     From the competition.

14         Q     Did RapidShare have a programme like

15   that at the time?

16         A     I think so, yes.

17         Q     Are you aware of any other

18   competitors that had programmes like that at the

19   time?

20         A     Yes.

21         Q     Can you list those for me, please?

22         A     I can't say at this moment which of

23   the competitors had which particular programme at

24   the time.  For example, the affiliate system is

25   being used common, for example, in Amazon.  It's

Page 22

1  not some kind of a discovery.

2          Q     But I'm asking more narrowly about

3  a programme that pays users in order to upload

4  files that have been downloaded.

5                Are you -- were you aware, at the

6  time that you came up with the idea for the

7  affiliate programme, of any competitors other than

8  RapidShare who had a programme of that nature?

9          A     Yes.

10         Q     And can you please list those for me?

11         A     I can't recall the names now.  Some

12 of them might not be in operation any longer.

13         Q     But sitting here today the only one

14 you can name is RapidShare?

15         A     Currently I can think of a large

16 website on the market, but I don't recall whether

17 at the time they had an affiliate system or not.

18         Q     And which website is that?

19         A     In addition to RapidShare, MegaUpload

20 of MediaFire.

21                MR LEIBNITZ:  And MediaFire?

22                THE INTERPRETER:  And MediaFire.

23 BY MR PLATZER:

24         Q     You testified earlier that your

25 initial idea for Hotfile was as a way for people

Page 29

1   The last name is simply a coincidence?

2          A     Yes.

3          Q     How do you know Kaloyan Stoyanov?

4          A     He was recommended to us through the

5   Bulgarian law firm which is consulting us.

6          Q     You don't have any other business

7   dealings with him other than in his role as manager

8   of Hotfile SA?

9          A     No.

10         Q     Does he exercise any responsibilities

11  in his role as manager of Hotfile SA?

12         A     I don't know.

13         Q     What about Hotfile Limited?  What

14  bank accounts does Hotfile Limited have?

15         A     It has a bank account in Bulgaria.

16         Q     Who has signing authority on that

17  account?

18         A     Anton Titov.

19         Q     Do you not have signing authority on

20  that account?

21         A     I don't think so.

22         Q     What about Mr Vangelov?

23         A     I don't think he has signing

24  authority either.

25         Q     How much money is in that account?

Page 30

1          A      I don't know.

2          Q      Are you capable of approximating?

3          A      No.

4          Q      Does Hotfile Limited also hold any

5   accounts with payment processing services?

6          A      Would you consider PayPal one of

7   these?

8          Q      I would, yes.

9          A      So, yes, we do have a PayPal account.

10         Q      Any others?

11         A      I don't think so.

12         Q      And who has authority to access and

13  make transfers from the PayPal account?

14         A      Anton Titov, Andrei Ianakov and

15  myself.  I'm not sure, however, whether I am able

16  to make transfers from that account but I can

17  access it.

18         Q      Does Hotfile Limited hold only one

19  PayPal account or does it have several?

20         A      One.

21         Q      Does Hotfile Limited hold any

22  financial assets, other than its Bulgarian bank

23  account and its PayPal account?

24         A      No.

25         Q      Do any persons who perform work for

1    and ambiguous.  If the witness understands he can

2    answer.

3              THE WITNESS:  Could you give me an

4    example, because I can't understand what do you

5    mean by somebody else holding financial assets?

6    It's confusing to me.

7    BY MR PLATZER:

8         Q    For instance, has any of the

9    employees associated with Hotfile Limited opened

10   a PayPal account in their own name that they use on

11   behalf of the company?

12        A    No.

13        Q    Have any of the employees associated

14   with Hotfile opened a bank account in their own

15   name that they use on behalf of the company?

16             THE INTERPRETER:  I will retranslate

17   the question.

18        (Question repeated in Bulgarian)

19             THE WITNESS:  I know of one such case

20   and I hope that there will be no more of these.

21   BY MR PLATZER:

22        Q    Can you tell me more about that case?

23        A    Initially, Anton Titov opened

24   a PayPal account in his name which, initially, as

25   we had agreed, should have been in the name of

Page 33

1   Hotfile Corporation.  And, later, when the papers

2   for Hotfile Ltd. were ready, we transferred this

3   account into the name of the company.  Actually, he

4   did;  Anton Titov transferred the PayPal account to

5   Hotfile Limited, Ltd.

6          And I hope that no other employees

7   have opened any account in their name, or at least

8   I am not aware of such cases.

9       Q    Now, that answer that you just gave

10  was with respect to Hotfile Limited.  I'd like to

11  ask the same question with respect to Hotfile

12  Corporation.

13          MR LEIBNITZ:  I'll object.  I've lost

14  track of the question.

15  BY MR PLATZER:

16      Q    The question is the same, whether any

17  employees associated with Hotfile have opened or

18  held accounts on behalf of Hotfile Corporation but

19  in their own name?

20      A    We have opened a number of accounts

21  for Hotfile Corp. using different processors

22  servicing our activities, so I will not be able to

23  recall all the cases for all the accounts which we

24  have opened, and I can't recall whether I might

25  have not asked one of all the employees to open an

Page 52

1    in the budget dropped down.

2                    MR PLATZER:  I have an exhibit I'd

3    like to mark.

4                    (Exhibits 5 and 6

5                    marked for identification)

6    BY MR PLATZER:

7        Q    Mr Stoyanov, you've been handed

8    exhibits that have been marked Exhibits Number 5

9    and 6.  Exhibit Number 6 is a document produced by

10   the defendants in this case bearing the Bates

11   number HF02854657, and Exhibit Number 5 is a

12   certified English translation of Exhibit

13   Number 5(sic).

14                    And I apologise, I meant the

15   certified English translation of Exhibit number 6.

16                    Do you have any reason to doubt the

17   authenticity of Exhibit Number 6?

18       A    No.

19       Q    This is an e-mail that you wrote to

20   Mr Vangelov on March 22nd of 2010?

21       A    Yes.

22       Q    And in this e-mail, in response to

23   a question from Mr Vangelov about the ratio between

24   Hotfile's expenses for affiliates hosting of

25   hardware, you estimate that affiliates make up

Page 56

1    BY MR PLATZER:

2         Q     You can put the document back.

3               At some point in time, RapidShare had

4    an affiliate programme that was similar to Hotfile,

5    is that correct?

6         A     Yes.

7         Q     And did RapidShare terminate its

8    affiliate programme at one point?

9         A     I think so, yes.

10        Q     Do you recall when that was?

11        A     I'm not absolutely sure, but I think

12   it was in 2010.

13              MR PLATZER:  Mark these as 9 and 10.

14              (Exhibits 9 and 10 marked

15              for identification)

16   BY MR PLATZER:

17        Q     Mr Stoyanov, you've been handed

18   documents that have been marked as Exhibits 9 and

19   10.  Exhibit Number 10 is a document produced by

20   the defendants in this case bearing the Bates

21   number HF02854871.  Exhibit Number 9 is a certified

22   English translation of Exhibit Number 10.

23              I would like to direct your attention

24   to the e-mail at the very bottom of the exchange.

25   Is that an e-mail that you sent on July 2nd of

1   2010?

2        A     Let me read it, please.   (Witness

3   reviewed the document)   It looks like an e-mail of

4   mine.

5        Q     Do you have any reason to doubt the

6   authenticity of Exhibit Number 10?

7        A     No.

8        Q     Was there a point in early July of

9   2010 when you noticed a sudden increase that was

10  unexplained in Hotfile's profits?

11            MR LEIBNITZ:   I'll object to the

12  extent counsel may be, and I don't know for sure,

13  mischaracterising the document.   So I'll object to

14  the translation.   I think he used the word profits.

15            THE WITNESS:   So what was the

16  question?

17            MR PLATZER:   Can the court reporter

18  please read back the question?

19            COURT REPORTER:   "Q.   I would like to

20  direct your attention to the e-mail at the very

21  bottom of the exchange.   Is that an e-mail that you

22  sent on July 2nd of 2010?"

23            MR PLATZER: Oh, sorry, no.   I think

24  you're on the wrong question.

25            COUR REPORTER:   Oh, I'm sorry.   I

1   beg your pardon.

2                   "Q.  Was there a point in early July

3   of 2010 when you noticed a sudden increase that was

4   unexplained in Hotfile's profits?"

5                   THE WITNESS:  In the e-mail I have

6   said "revenues", and I have noted that there is an

7   increase in the payment for two specific plans.

8                   Such things have happened very often

9   in Hotfile.  We have discussed such cases often

10  with the colleagues.  So maybe that was one of

11  those cases and I wrote it in an e-mail because,

12  probably, I was not in the office or in Sofia.

13                  So I don't recall specifically, but

14  I have no reason to doubt that such a case actually

15  did happen.

16  BY MR PLATZER:

17      Q     And did you try to think of

18  explanations for why the revenues had increased?

19      A     I always try to do that in any case.

20  Whenever there is an unexplained increase or

21  decrease of revenues, I try and find an

22  explanation.

23      Q     Is one of the explanations that you

24  considered in this particular case that Hollywood

25  might have closed down three or four large websites

Page 59

1   for illegal movies?

2          A     I did not understand the essence of

3   the question.

4          Q     Well, you considered possible reasons

5   for why, in this particular case, Hotfile's

6   revenues had suddenly increased, correct?

7          A     Yes.

8          Q     And was one of those reasons that

9   Hollywood might have closed down three or four

10  large websites for illegal movies and that could

11  have directed users to Hotfile?

12         A     When I do such research, what I do is

13  I do a check whether there have been fluctuations

14  in the actual traffic.  So it's going to be, first

15  of all, the payments we receive, then I would open

16  the new sites; websites.  I check what has been

17  happening around the world, and what I believe

18  could have affected our website is what I have

19  entered in this e-mail.  And I have forwarded that

20  opinion of mine to my colleagues so that they can

21  consider it and perform their own research.

22                And one of my concerns is that as a

23  result of the closure of these sites, many cheaters

24  cheat, would redirect themselves to my websites,

25  and that is why all these payments could have

Page 60

1    increased.

2         Q    Why would cheaters result in

3    additional revenue?

4              MR LEIBNITZ:  Objection.  Vague and

5    ambiguous.  And by its terms it calls for

6    speculation.

7              THE WITNESS:  I don't have the

8    answers for any of these options.  I have just

9    raised the concerns to the attention of my

10   colleagues about possible things which they need to

11   be alerted to.

12   BY MR PLATZER:

13        Q    Yes, but right now you just testified

14   that you thought that the closure of sites for

15   illegal movies could have caused cheaters to come

16   to Hotfile, correct?

17        A    I used the word "cheaters"

18   generically because I don't speak English very

19   well.  To me, that would mean everybody who, in a

20   way, is performing a fraud.

21             So what I probably had in mind is

22   that it's possible that, since these websites were

23   closed down, such people would try and use our

24   website to upload such movies, which is the logic

25   of what I wrote.

Page 61

1         Q      Can I ask you to explain, and

2     I realise there may be some translation issues

3     here, but can you explain what you mean by

4     "cheaters"?  Do you mean people who upload

5     infringing content to the site, or do you mean

6     people who try to get paid under the affiliate

7     programme when they are not entitled to do so, or

8     if there is some other thing that you meant?  If

9     you could explain that.

10                MR LEIBNITZ:  Objection.  Multiply

11     compound.

12                THE WITNESS:  To me, cheaters will be

13     people who will try to crack our system in order to

14     get more money out of it.

15                Now, I'm not sure whether the same

16     name will be appropriate to be used for the people

17     who upload infringing content on our website but,

18     in a free conversation, I will use the word

19     "cheater" colloquially, as a generic term, to

20     include everyone who is trying to defraud someone

21     else.

22     BY MR PLATZER:

23         Q      Which meaning did you intend in this

24     e-mail?

25                MR LEIBNITZ:  Objection to the form

Page 62

1    of the question.  Vague and ambiguous.

2                    THE WITNESS:  I don't know.  I don't

3    remember.

4    BY MR PLATZER:

5         Q    You can put the document aside.

6              I would like to ask about cheaters

7    more generically.  Was an issue that Hotfile faced

8    users who tried to crack the system in order to get

9    more money?

10        A    Could you repeat the question?

11        Q    Did Hotfile have an issue with users

12   who tried to cheat your system?

13        A    Yes.

14        Q    And can you tell me what methods

15   those cheaters use?

16                   MR LEIBNITZ:  Objection.  Lacks

17   foundation.

18                   THE WITNESS:  Technically, I don't

19   know how they actually do this, but I'm looking at

20   the main indicator and, if something seems to be

21   going wrong, then I will instruct the technical

22   staff to start looking for issues.

23   BY MR PLATZER:

24        Q    And when cheaters were successful in

25   cracking Hotfile's system, that cost Hotfile money,

Page 71

1    definition, so now I am acquainted with a

2    phenomenon.

3              MR PLATZER:  Mark these Exhibits 11

4    and 12.

5              (Exhibits 11 and 12 marked

6              for identification)

7    BY MR PLATZER:

8        Q    Mr Stoyanov, you've been handed what

9    has been marked Exhibits 11 and 12.  Exhibit 12 is

10   a document produced by the defendants bearing the

11   Bates number HF02854215, and Exhibit 11 is a

12   certified English translation of Exhibit 12.

13             Mr Stoyanov, does Exhibit 12 reflect

14   an e-mail that you sent on December 4th of 2009?

15       A    Let me just read it, please.

16       Q    Of course.

17       A    (Witness reviewed the document)  Yes.

18       Q    You have no reason to doubt the

19   authenticity of this e-mail?

20       A    No.

21       Q    Does Exhibit 12 refresh your

22   recollection about the issue of users uploading

23   fake files to Hotfile?

24       A    That is a rare case but now, yes,

25   I see it.

Page 72

1      Q      Do you remember Hotfile receiving

2   a complaint about fake files on the system?

3      A      Apparently, the person who is

4   responsible for the system has notified me about

5   precisely such a case, but I don't have a specific

6   recollection about it.

7      Q      And the person who is responsible

8   here is the person who administers the Hotfile

9   mailbox?

10      A      The corporate Hotfile mailbox, yes.

11      Q      That was Andrei Ianakov?

12      A      Yes, Andrei Ianakov.

13      Q      And Mr Ianakov proposed that Hotfile

14   create a mechanism for users to report fake files,

15   correct?

16      A      Yes.

17      Q      And you agreed with that suggestion?

18      A      Yes.

19      Q      Was this suggestion ever actually

20   implemented?

21      A      I don't know.

22      Q      So you don't know whether Hotfile

23   ever had a feature that allowed users to report

24   fake files?

25      A      That is correct.

Page 73

1        Q     Do you remember whether there was any

2     follow-up subsequent to this e-mail?

3        A     No.

4        Q     Earlier we discussed the case in July

5     of 2010 when you were trying to find an explanation

6     for why Hotfile's revenue had suddenly increased.

7     Did you eventually arrive at a conclusion for why

8     Hotfile's revenues increased?

9        A     I don't recall.

10             Are we done with this document?

11             MR PLATZER:  Oh, yes.  You can put

12     that away, sorry.

13             Mark these as Exhibits 13 and 14.

14             (Exhibits 13 and 14 marked

15             for identification)

16     BY MR PLATZER:

17        Q     Mr Stoyanov, you've been handed

18     documents that have been marked as Exhibit 13 and

19     14.  Exhibit 14 is a document produced by the

20     defendants in this case with the Bates number

21     HF02859540.  Exhibit 13 is a certified English

22     translation of Exhibit 14.

23             Does this Exhibit 14 refresh your

24     recollection about why Hotfile's profits -- sorry,

25     Hotfile's revenues increased in July of 2010?

Page 74

1          MR LEIBNITZ:   Objection.   Lacks

2  foundation.

3          THE WITNESS:   This e-mail is the

4  continuation of a previous e-mail discussed in

5  which all the colleagues expressed their own view

6  about what could be the possible cause for increase

7  in revenue.   In this case, we have the addition of

8  Mr Titov's opinion about what could be the cause.

9  BY MR PLATZER:

10     Q     And Mr Titov's opinion was that

11  RapidShare's discontinuation of its affiliate

12  programme had caused Hotfile's revenues to

13  increase?

14          MR LEIBNITZ:   Objection.   Objection.

15  Lacks foundation.

16          THE WITNESS:   So what is the

17  question?

18  BY MR PLATZER:

19     Q     Was it Mr Titov's opinion that the

20  increase in revenues was because RapidShare had

21  discontinued its rewards programme?

22     A     I see what you see.   He is commenting

23  that this could be the cause.

24     Q     Did you -- did you believe that that

25  was the cause?

Page 75

1          A      My personal opinion of the matter is

2     that this could have helped us or assisted us in

3     increasing the revenues.

4                    MR PLATZER:  Mark these, please.

5                    MR LEIBNITZ:  Do you want to take

6     a break for lunch?

7                    MR PLATZER:  I'd like to get through

8     this document first.

9                         (Exhibits 15 and 16 marked

10                        for identification)

11    BY MR PLATZER:

12         Q      Mr Stoyanov, you've been handed

13    documents that have been marked Exhibits 15 and 16.

14    Exhibit 16 is an e-mail produced by the defendants

15    in this case with the Bates number HF02854877, and

16    Exhibit 15 is a certified English translation of

17    Exhibit 16.

18                    First, though, do you have any reason

19    to doubt the authenticity of this document?

20         A      No.

21         Q      So this is an e-mail exchange that

22    you had with Andrei Ianakov?

23         A      Yes.

24         Q      Does Exhibit 16 refresh your

25    recollection as to whether you agreed with

Page 78

1          A     I don't even remember ever discussing

2     anything which we could do to attract them.

3               MR PLATZER:   These are the next

4     exhibits;  Exhibits 17 and 18.

5               (Exhibits 17 and 18 marked

6               for identification)

7     BY MR PLATZER:

8          Q     Mr Stoyanov, you've been handed

9     documents that have been marked as Exhibits 17 and

10    18.  Exhibit 18 is a document produced by the

11    defendants in this case with the Bates number

12    HF02854875, and Exhibit 17 is a certified English

13    translation of Exhibit 18.

14               First of all, Mr Stoyanov, does

15    Exhibit 18 reflect internal e-mail discussion that

16    you had with Mr Ianakov regarding the termination

17    of the RapidShare rewards programme?

18         A     You mean the affiliate programme?

19         Q     Yes.

20         A     Yes.

21         Q     Does Exhibit 18 refresh your

22    recollection as to whether or not Hotfile

23    considered advertising to disaffected RapidShare

24    users?

25               MR LEIBNITZ:  Objection.  Lacks

Page 79

1    foundation.

2              THE WITNESS:  No.

3    BY MR PLATZER:

4         Q    But you have no reason to doubt the

5    authenticity of Exhibit 18, correct?

6         A    You are correct.

7         Q    Okay.  So you just don't remember

8    either way?

9         A    Yes.

10        Q    Do you remember whether Hotfile, in

11   fact, ended up doing any advertising to RapidShare

12   users who were dissatisfied with the termination of

13   Rapid Shares' rewards programme?

14        A    No.

15        Q    No, Hotfile didn't do the

16   advertising?  Or, no, you don't remember whether or

17   not it did?

18        A    No, I don't remember.

19             MR PLATZER:  You can put that

20   document aside.

21             These are next.

22             (Exhibits 19 and 20 marked

23             for identification)

24   BY MR PLATZER:

25        Q    Mr Stoyanov, you've been handed          02:06

Page 80

1    documents that have been marked as Exhibits 19 and

2    20.  Exhibit 20 is a document produced by the

3    defendants in this case bearing the Bates number

4    HF02868293.  Exhibit 19 is a certified English

5    translation of Exhibit 20.                    02:07

6         A    We can't read the Bates number very

7    well on this one.

8         Q    Does Exhibit 20, however, reflect an

9    e-mail exchange you had with Mr Titov on July 4th,

10   2010?                                         02:08

11        A    Yes, it looks like an e-mail I have

12   sent to Anton Titov.

13        Q    Do you have any reason to believe

14   that it isn't?

15        A    No.                                 9

16        Q    Do you recall sending this e-mail?

17        A    I will read it first.  (Witness

18   reviewed the document)  I'm ready.

19        Q    Do you recall sending this e-mail?

20        A    No, but I see that it was sent at

21   1 o'clock at night;  1:00 a.m.               02:10

22        Q    And I see that the e-mail address

23   from which it's sent is a gmail address.  You also

24   had a Hotfile e-mail address, correct?

25        A    Yes.                               02:10

1                       ACKNOWLEDGEMENT
        The witness and the within and foregoing
2   deposition of the aforementioned witness was taken
    before THELMA HARRIES, MBIVR, ACR, at the place,
3   date and time aforementioned.

4       There were present during the taking of the
    deposition the previously named counsel.  The said
5   witness was first duly sworn and was then examined
    upon oral interrogatories; the questions and
6   answers were taken down in shorthand by the
    undersigned, acting as stenographer; and the within
7   and foregoing is a true, accurate and complete
    record of all of the questions asked of and answers
8   made by the aforementioned witness at the time and
    place hereinabove referred to.

9
        The signature of the witness was not waived, and
10  the deposition was submitted and the undersigned is
    not interested in the within case, nor of kin or
11  counsel to any of the parties.

12      I, RUMEN STOYANOV, being first duly sworn, on
    oath say that I am the deponent in the aforesaid
13  deposition taken on December 8th, 2011; that I have
    read the foregoing transcript of my deposition,
14  consisting of pages 1 through 92 inclusive, and
    affix my signature to same.

15

16

17  _____
    RUMEN STOYANOV

18

19  Subscribed and sworn to
    before me this ____ day
20  of _____, 2011.

21

22

23

24

25