# Yeh Exhibit 4

HIGHLY CONFIDENTIAL

Page 1

```
             UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
          CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,              )
TWENTIETH CENTURY FOX FILM             )
CORPORATION, UNIVERSAL CITY            )
STUDIOS PRODUCTIONS LLLP,              )
COLUMBIA PICTURES INDUSTRIES           )
INC., and WARNER BROS.                 )
ENTERTAINMENT INC.,                    )
                                       )
           Plaintiffs,                 )
                                       )
    -vs-                               )
                                       )
HOTFILE CORP., ANTON TITOV,            )
and DOES 1-10,                         )
                                       )
           Defendants.                 )
_____)
                                       )
HOTFILE CORP.,                         )
                                       )
           Counterclaimant,            )
                                       )
    -vs-                               )
                                       )
WARNER BROS. ENTERTAINMENT, INC.,      )
                                       )
           Counterdefendant.           )
                                       )
```

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
                    OF
              ATANAS VANGELOV
             HIGHLY CONFIDENTIAL
      on Wednesday, December 7, 2011
         commencing at 9:10 a.m.

Reported by:
                    Taken at the offices of
Thelma Harrie        RADDISON BLU HOTEL
                    SOFIA, BULGARIA

Job# 43403

HIGHLY CONFIDENTIAL

```
                                                          Page 2
 1            A P P E A R A N C E S
 2   On behalf of the Plaintiffs
        JENNER & BLOCK LLP
 3      1099 New York Avenue, NW
        Washington, DC 20001
 4           BY:  LUKE PLATZER, ESQ.
 5
 6

 7   On behalf of the Defendant HOTFILE CORP.
        FARELLA BRAUN & MARTEL LLP
 8      Russ Building
        235 Montgomery Street
 9      San Francisco, CA 94104
             BY:  ANDREW LEIBNITZ, ESQ.
10
11
12   In attendance:
13   INTERPRETER:
        GEORGE M. MATVEEV
14      GO Ltd.
        15, Krusheva Gradina Str.
15      Sofia 1415
        Bulgaria
16      Tel. +359 888 13 50 62
17   VIDEOGRAPHER:
        SIMON ADDINSELL
18      TSG Court Reporting
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 24

1  BY MR PLATZER:
2      Q    Do you know who has signing authority
3  on the American bank accounts at Lemuria
4  Communications?
5          MR LEIBNITZ:  Same objections.
6          THE WITNESS:  From my knowledge,
7  a person that could have signing authority on
8  Lemuria is Mr Anton Titov.
9  BY MR PLATZER:
10     Q    Thank you.  I'd like to ask some
11 questions about your involvement in Hotfile.
12     A    Okay.
13     Q    Were you one of the founders of
14 Hotfile?
15     A    Yes, I was.
16     Q    Who were the other founders?
17     A    The other founders were Mr Rumen
18 Stoyanov.  Would you like for me to spell it?
19         THE REPORTER:  No, Don't worry.  I'll
20 just mark it, as long as you can tell me in a
21 break.
22         THE WITNESS:  Okay.
23         And so Mr Anton Titov.
24 BY MR PLATZER:
25     Q    And how did you know Mr Stoyanov?

HIGHLY CONFIDENTIAL

Page 25

1  A   I know him because he's a partner of
2  mine in Blue Ant Ltd.
3  Q   Did the two of you found Blue Ant Ltd
4  together?
5  A   Yes.
6  Q   How do you know Mr Anton Titov?
7  A   For some period of time he was an
8  employee of Blue Ant.
9  Q   During what period of time was he an
10 employee of Blue Ant?
11 A   I do not re -- I do not recall the
12 exact time.
13 Q   Can you give me an estimate?
14 A   It will be speculation.  I have --
15     MR LEIBNITZ:  Don't speculate.  He's
16 entitled to your factual knowledge, and I think
17 he'll instruct you the same;  not to --
18     MR PLATZER:  Andy, come on, enough of
19 coaching.  You can object to form, but this is
20 getting a little bad now.
21     MR LEIBNITZ:  Counsel, you're not
22 asking him to speculate, I'm sure of that.
23     THE WITNESS:  I think it was, maybe,
24 around 2005/2006, but I cannot say for sure.  It
25 was years ago.  It was not recent.

HIGHLY CONFIDENTIAL

Page 28

1  Mr Stoyanov we were partners for a long time, and,
2  when he came with the idea, I -- I told that it's
3  -- it's a good idea of a business that can be on --
4  in the Internet. So that's how I -- I got
5  involved.
6      Q   What was Mr -- how did Mr Titov
7  become involved?
8      A   We were -- we knew that he's
9  a specialist in the hostings. At the time he was
10 -- he owned -- that's -- as I say, that's my
11 knowledge, from my knowledge, he own a hosting
12 company here in Bulgaria. So a hosting project
13 like Hotfile, he was the person that was needed for
14 a project like this.
15     Q   But he was not employed by Blue Ant
16 at the time?
17     A   Yes, that is correct.
18     Q   Who reached out to Mr Titov to get
19 him involved in Hotfile? Was it you or
20 Mr Stoyanov?
21     A   I -- I don't remember these facts.
22     Q   Now, you testified that you founded
23 Blue Ant with Mr Stoyanov in 2003?
24     A   Yes, that is correct.
25     Q   Are you and Mr Stoyanov the only

HIGHLY CONFIDENTIAL

Page 29

```
1    owners of Blue Ant?
2         A    Yes.  Yes, we are.
3         Q    What --what share do you have in the
4    company?
5         A    We have 50/50.
6         Q    How many persons does Blue Ant
7    employ?
8         A    I think that there are eight.
9         Q    And can you name them for me, please?
10        A    Atanas Vangelov, Rumen Stoyanov,
11   Andrei Ianakov, Deyan Chuburov, Vassil Kolev,
12   Gergana Stoyanova, Natalia Mihailova, I think, and
13   Galina Vangelova.
14        Q    Do all of those employees that you've
15   just named do work for Hotfile?
16        A    All of these employees work for
17   Blue Ant.
18        Q    But -- yes.  But, in their capacity
19   as Blue Ant employees, do all of those employees
20   perform work for Hotfile?
21        A    No, not all of them.
22        Q    Which ones do not provide work for
23   Hotfile?
24        A    There would be Gergana Stoyanova,
25   Natalia Mihailova and Galina Vangelova.
```

HIGHLY CONFIDENTIAL

Page 30

1  (Discussion off the record)
2  Q   So just to make sure I understand
3  correctly; of Blue Ant's eight employees, five
4  perform work for Hotfile and three do not?
5  A   That is correct.
6  Q   The five employees who perform work
7  for Hotfile, do they perform work for any clients
8  of Blue Ant's other than Hotfile?
9       MR LEIBNITZ: I'll object. Vague as
10 to time.
11      THE WITNESS: Are you asking for what
12 is it at the moment?
13 BY MR PLATZER:
14 Q   At the moment.
15 A   Or?
16 Q   At the moment.
17 A   It is, at the moment, I think that
18 the five employees are performing work only for
19 Hotfile.
20 Q   And has that always been the case
21 since Hotfile was founded?
22 A   I cannot say for sure.
23 Q   Sitting here today, can you think of
24 any work that those five employees have done for
25 any other company other than Hotfile since Hotfile

HIGHLY CONFIDENTIAL

Page 31

1 was founded?
2     A    I think that there was work performed
3 for Lemuria as well.
4     Q    Okay.
5     A    Lemuria Communication.
6     Q    Any companies other than Hotfile and
7 Lemuria?
8     A    I cannot say for sure for the last
9 three years if there were any, but I -- I don't
10 recall at the moment.
11     Q    Do the three employees you
12 mentioned -- and I'm afraid I did not remember what
13 their names were -- the three that do not perform
14 work for Hotfile or Lemuria, did they perform work
15 for any clients of Blue Ant's other than Hotfile
16 and Lemuria?
17     A    Not -- I don't think that they are
18 performing any work for -- at the moment for anyone
19 else.
20     Q    Okay. What about in the past three
21 years?
22     A    I don't recall, but I cannot say for
23 100 per cent sure.
24     Q    Does Blue Ant currently have any
25 clients other than Hotfile and Lemuria?

HIGHLY CONFIDENTIAL

Page 32

1    A     At the moment, no.
2    Q     What about in the past three years?
3    A     You ask me three times something in
4    this subject.  I -- I cannot think of any but
5    I cannot say for sure.
6    Q     So that the three Blue Ant employees
7    who do not do work for Lemuria or Hotfile, what do
8    they do?
9    A     It's a good question.  We think that
10   they are valuable employees, and at some point that
11   they might do something for the company.
12   Q     But they're not performing any work
13   for the company now?
14   A     I would not say that.
15   Q     Well, what work do they perform if
16   not work for Hotfile and Lemuria?
17   A     They -- as I told you, we think that
18   they are valuable and we -- we want to keep them in
19   the company.
20   Q     I'm afraid that doesn't really answer
21   my question, which is do they do any work?
22            MR LEIBNITZ:  I'll object as vague
23   and ambiguous.  Asked and answered.
24            MR PLATZER:  It's been asked.  It
25   hasn't been answered.

Page 141

1  hotfile.com?"
2  Q  Does Exhibit 24 refresh your
3  recollection about whether you were interested in
4  a business relationship with Files Tube?
5  A  It does not.
6  Q  Well, did you reach out to Files Tube
7  about the possibility of a business relationship?
8  A  Yes, I did.
9  Q  Did you, subsequent to this exchange,
10 conclude that you were not interested in such
11 a relationship?
12 A  As I told you before, I was
13 interested to find out how their site works. So
14 this was the only way for someone from a site like
15 this to get attention. So it was my approach to
16 get in contact with -- with this site.
17 Q  So the second e-mail down here where
18 it says, "I'm really interested in some kind of
19 advertising on your site", was that a pretext to
20 get information about their website from them?
21 A  Yes.
22 Q  You weren't actually interested in
23 advertising with them?
24 A  No.
25 Q  In that e-mail you also wrote, "Do

HIGHLY CONFIDENTIAL

Page 150

1    conversations about that?
2            MR LEIBNITZ:  I'll object to the
3    extent it seems like you're asking for a legal
4    conclusion about legal liability.
5            (To the witness)  So, obviously,
6    Mr Vangelov, to the extent you had conversations
7    with counsel, he is not asking for that, and I'll
8    instruct you not to answer about communications you
9    would have had with your co-workers in the presence
10   of counsel to seek legal advice.
11           But his question is did you have
12   discussions with your co-workers that, if Hotfile
13   knew what files were hosted on the system, that
14   that could give rise to legal liability?
15           THE WITNESS:  As I can recall now --
16   as I recall now, I don't remember of any discussion
17   like this without the presence of our attorneys.
18           MR PLATZER:  Mark these as Exhibits
19   25 and 26.
20           (Exhibits 25 and 26 marked
21           for identification)
22   BY MR PLATZER:
23       Q    Mr Vangelov, you've been handed
24   documents which have been marked as Exhibits 25 and
25   26.  Exhibit 26 is a document produced by the

HIGHLY CONFIDENTIAL

Page 151

1  defendants in this case bearing the Bates number
2  HF02855246.  Exhibit 25 is a certified English
3  translation of the document.
4      Mr Vangelov, is Exhibit 26 an e-mail
5  exchange you had with one of your co-workers at
6  Hotfile?
7      A    Can I ask you again to, when you ask
8  Hotfile, to specify?
9      Q    It --
10     A    No, I apologise for that but, if you
11 say that, I would not agree that Mr Deyan Chuburov,
12 who wrote this e-mail, is an employee of Hotfile.
13 That's why I would like to be more specific, if you
14 can.
15     Q    Well, let me ask this.  This name
16 Elan, is that Chuburov?
17     A    Yes, I think so.
18     Q    Right.  So is this an e-mail exchange
19 that you had with Chuburov on May 11, 2010?
20     A    Yes, it is.
21     Q    And do you recall the context of this
22 e-mail exchange?
23     A    I requested Mr Chuburov, who is a
24 programmer, a technical guy working for Blue Ant,
25 to create a special tool with which -- where a file

HIGHLY CONFIDENTIAL

Page 167

1  CERTIFICATE

2  I, THELMA HARRIES, MBIVR, ACR, do hereby

3  certify:

4  That ATANAS VANGELOV, the witness whose

5  examination is hereinbefore set forth, was duly

6  sworn by me and the within transcript is a true

7  record of the testimony given by such witness.

8  I further certify that I am not related to any

9  of the parties of this action nor in any way

10  interested in the outcome of this matter.

11

12

_____

13  THELMA HARRIES, MBIVR, ACR

Certified Court Reporter

14

15

16  Subscribed and sworn to

17  before me this 19th day

18  of December, 2011.

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 166

1  VIDEOGRAPHER: This is the end of
2  tape 3 in volume 1 of the deposition of Antanas
3  Vangelov. We're going off the record at 3:44.
4
5
6
7
8  (Deposition concluded at 3:44 p.m.)
9
10
11
12  _____
13  ATANAS VANGELOV
14
15
16
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide   877-702-9580

HIGHLY CONFIDENTIAL

Page 169

1  NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.
2  DATE OF DEPOSITION: 12-7-2011
3  NAME OF WITNESS: ATANAS VANGELOV
4  Reason Codes:
5     1. To clarify the record.
6     2. To conform to the facts.
7     3. To correct transcription errors.
8  Page  11  Line  16  Reason  1
9  From  UNIVERSITY FOR ECONOMY  to  UNIVERSITY OF NATIONAL AND WORLD ECONOMY
10 Page  106  Line  14  Reason  3
11 From  LEMURIA  to  BLUE ANT
12 Page _____ Line _____ Reason _____
13 From _____ to _____
14 Page _____ Line _____ Reason _____
15 From _____ to _____
16 Page _____ Line _____ Reason _____
17 From _____ to _____
18 Page _____ Line _____ Reason _____
19 From _____ to _____
20 Page _____ Line _____ Reason _____
21 From _____ to _____
22
23
24                                    _____
25                                    ATANAS VANGELOV

Page 168

ACKNOWLEDGEMENT

The witness and the within and foregoing deposition of the aforementioned witness was taken before THELMA HARRIES, MBIVR, ACR, at the place, date and time aforementioned.

There were present during the taking of the deposition the previously named counsel. The said witness was first duly sworn and was then examined upon oral interrogatories; the questions and answers were taken down in shorthand by the undersigned, acting as stenographer; and the within and foregoing is a true, accurate and complete record of all of the questions asked of and answers made by the aforementioned witness at the time and place hereinabove referred to.

The signature of the witness was not waived, and the deposition was submitted and the undersigned is not interested in the within case, nor of kin or counsel to any of the parties.

_____
THELMA HARRIES, MBIVR, ACR

Subscribed and sworn to
before me this 19th day
of December, 2011.