# Yeh Exhibit 5

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3                CASE NO. 11-20427-WILLIAMS

 4

 5   DISNEY ENTERPRISES, INC.,       )
     TWENTIETH CENTURY FOX FILM      )
 6   CORPORATION, UNIVERSAL CITY     )
     STUDIOS PRODUCTIONS LLLP,       )
 7   COLUMBIA PICTURES               )
     INDUSTRIES, INC., and           )
 8   WARNER BROS. ENTERTAINMENT      )
     INC.,                           )
 9                                   )
                                     )
10   Plaintiffs,                     )
                                     )
11                                   )
     v.                              )
12                                   )
     HOTFILE CORP., ANTON TITOV      )
13   and DOES 1-10,                  )
                                     )
14   Defendants.                     )

15

16

17           Continued Deposition of JAMES BOYLE

18                       Volume II

19                 (Taken by the Plaintiffs)

20                 Raleigh, North Carolina

21                    January 19, 2012

22

23

24   Reported by:   Marisa Munoz-Vourakis -
                    RMR, CRR and Notary Public
25   TSG Job # 45588
```

```
 1   APPEARANCE OF COUNSEL:
 2   For the Plaintiffs:
 3            DUANE POZZA, ESQ.
 4            Jenner & Block
 5            1099 New York Avenue, NW, Suite 900
 6            Washington, DC 20001
 7
 8
 9
10   For the Defendants:
11            DEEPAK GUPTA, ESQ.
12            Farella Braun & Martel
13            Russ Building
14            235 Montgomery Street, 17th Floor
15            San Francisco, CA 94104
16
17
18                         o0o
19
20            Continued Deposition of JAMES BOYLE,
21   taken by the Plaintiffs, at Office Suites Plus, 3737
22   Glenwood Avenue, Suite 100, Raleigh, North Carolina, on
23   the 19th day of January, 2012 at 9:38 a.m., before
24   Marisa Munoz-Vourakis, Registered Merit Reporter,
25   Certified Realtime Reporter and Notary Public.
```

1  uploaders that mainly use the free Hotfile resources
2  for storage seem to indicate that Hotfile had an
3  intention not to have users use their free service if
4  they were engaging in storage, but rather to use some
5  paid service, which I presume, but do not know, is the
6  premium service.
7      Q.   Do you have a general familiarity with the
8  affiliate program based on -- let me back up.
9           In your initial report, you became
10 generally familiar with the affiliate program on
11 Hotfile, correct?
12     A.   In my initial report, I talked about the
13 affiliate program to the extent that I analyzed it in
14 order to see whether or not it could be used by
15 copyright holders to indirectly compensate them for the
16 copyrighted materials that they owned and which they
17 uploaded.  And I concluded based on the fact that the
18 affiliate members would receive monies proportional to
19 downloading, number one; and number two, that two of
20 the specific developers that I looked at were actually
21 members of the affiliate program, that those facts were
22 consistent with copyright holders using Hotfile to
23 distribute their own copyrighted materials and being
24 compensated for it.
25          That I would say pretty much exhausts my

```
                                                     Page 462
 1                      SIGNATURE PAGE
 2        you.
 3              (Whereupon the deposition was
 4        concluded at 5:43 p.m.)
 5              (Signature reserved.)
 6
 7              _____
 8              JAMES BOYLE
 9
10
11   SUBSCRIBED AND SWORN to before me this _____
12   day of_____, 2012
13
14
15              _____
16                      NOTARY PUBLIC
17
18   My Commission expires:_____
19
20
21
22
23
24
25
```

Page 463

1           TRANSCRIPTION
2                                               MMV
3    CASE NAME:  Disney vs. Hotfile
4
5
6    WITNESS NAME:  JAMES BOYLE
7    DATE:  January 19, 2012
8
9    PAGE        LINE      READS           SHOULD READ
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25                             _____

Page 464

```
 1                    C E R T I F I C A T E
 2         I, Marisa Munoz-Vourakis, RMR, CRR and Notary Public,
 3    the officer before whom the foregoing proceeding was
 4    conducted, do hereby certify that the witness(es) whose
 5    testimony appears in the foregoing proceeding were duly
 6    sworn by me; that the testimony of said witness(es) were
 7    taken by me to the best of my ability and thereafter
 8    transcribed under my supervision; and that the foregoing
 9    pages, inclusive, constitute a true and accurate
10    transcription of the testimony of the witness(es).
11         I do further certify that I am neither counsel for,
12    related to, nor employed by any of the parties to this
13    action in which this proceeding was conducted, and
14    further, that I am not a relative or employee of any
15    attorney or counsel employed by the parties thereof, nor
16    financially or otherwise interested in the outcome of the
17    action.
18    IN WITNESS WHEREOF, I have hereunto subscribed my name
19    this 23rd of January, 2012.
20
21
                                   _____
22                                 MARISA MUNOZ-VOURAKIS
23                                 Notary #20032900127
24
25
```