# Yeh Exhibit 7

Highly Confidential

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF FLORIDA
 3          CASE NO. 11-20427-WILLIAMS/TURNOFF
 4   DISNEY ENTERPRISES, INC.,  )
     TWENTIETH CENTURY          )
 5   FOX FILM CORPORATION,      )
     UNIVERSAL CITY STUDIOS     )
 6   PRODUCTIONS LLLP,          )
     COLUMBIA PICTURES          )
 7   INDUSTRIES, INC., and      )
     WARNER BROS.               )
 8   ENTERTAINMENT, INC.,       )
                                )
 9              Plaintiffs,     )
                                )
10        v.                    )
                                )
11   HOTFILE CORP., ANTON       )
     TITOV, and DOES 1-10       )
12                              )
     Defendants.                )
13   _____)
14
           H I G H L Y   C O N F I D E N T I A L
15
16   (Pursuant to protective order, the following
        transcript has been designated highly
17                    confidential)
18       DEPOSITION OF MATTHEW LYNDE, Ph.D.
19            SAN FRANCISCO, CALIFORNIA
20            FRIDAY, DECEMBER 16, 2011
21
22
23
24   REPORTED BY: Linda Vaccarezza, CSR No. 10201
25   JOB NO.: 44313
```

TSG Reporting - Worldwide    (877) 702-9580

Highly Confidential

Page 2

DECEMBER 16, 2011

10:07 A.M.

Deposition of MATTHEW LYNDE, Ph.D., held at the offices of Farella, Braun & Martel, 235 Montgomery Street, San Francisco, California, before Linda Vaccarezza, a Registered Professional Reporter and Certified Shorthand Reporter of the State of California.

Highly Confidential

Page 3

1     A P P E A R A N C E S:
2  ATTORNEY FOR THE PLAINTIFFS:
        JENNER & BLOCK
3       BY:  STEVEN B. FABRIZIO, ESQ.
        1099 New York Avenue, NW
4       Washington, DC 20001
5
6
7  ATTORNEY FOR THE DEFENDANTS
    HOTFILE CORP., AND ANTON TITOV:
8       FARELLA, BRAUN & MARTEL
        BY:  RODERICK M. THOMPSON, ESQ.
9       235 Montgomery Street
        San Francisco, California 94104
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1      reputation, including customer surveys or
2      other kinds of systemic responses.
3              That kind of evidence may or
4      may not exist, depending on the
5      circumstances of each case, in my
6      experience.
7      Q.     In your past work as an expert
8  economist, when assessing the impact of some
9  event on goodwill, have you reviewed and
10 considered specific customer complaints?
11             MR. THOMPSON:  Objection.
12     Overbroad broad and vague.
13             THE WITNESS:  To the best of my
14     recollection, sometimes that kind of
15     information is available.
16             My understanding in the
17     circumstances of this case is that a
18     customer who is dissatisfied with Hotfile
19     really has very low switching costs, as
20     we call it, of going to a different
21     provider of online storage services.
22             So as I understand it, it's
23     hardly worth the trouble of sending an
24     complaining e-mail.
25     Q.     Are you aware that Hotfile

Highly Confidential

Page 179

1  provides a mechanism for users to communicate
2  with Hotfile, a web-based message center?
3       A.   I'm generally aware of that, yes.
4       Q.   Are you aware of how many of
5  Hotfile users take the time to communicate with
6  Hotfile about their dissatisfaction with various
7  aspects of the service?
8       A.   I understand, I believe from
9  Mr. Titov, that most users don't bother to send
10 in feedback, they would simply switch.
11      Q.   And you relied on Mr. Titov's
12 statements in that regard?
13      A.   Well, in part.  Certainly he would
14 know the business, also it comports with my
15 experience with other websites that switching
16 costs, as we say in economics, is rather low and
17 that would be a logical choice for a consumer as
18 opposed to -- or switching costs are higher and
19 it might be worthwhile to send in a complaint to
20 your supplier.
21      Q.   Would you consider the switching
22 costs from Hotfile users to go to a competitor to
23 be low?
24      A.   It's my understanding that they
25 are low, yes.

1  Q.  On what is your understanding
2  based?
3  A.  That one simply is a click away
4  from a competitor.
5  Q.  Did you, or to your knowledge,
6  Hotfile, conduct consumer surveys to understand
7  whether any of Hotfile's users felt aggrieved in
8  any way by Warner Brothers' takedown notices?
9  A.  I did not. And I'm not aware of
10 any such.
11 Q.  You're familiar with the DMCA or
12 the Digital Millennium Copyright Acts?
13 A.  I have a lay understanding, of
14 course. It's a legal document.
15 Q.  Fair enough. Do you understand
16 that the DMCA provides a mechanism for users
17 whose content has been removed from a website to
18 provide what is known as a counter notification?
19 A.  I do have a lay understanding that
20 that is part of the DMCA.
21 Q.  And that if a user provides a
22 counter notification, that there are rules and
23 processes by which a sales provider such as
24 Hotfile might be required to reinstate content
25 that had been disabled, is that part of your

Highly Confidential

Page 182

1  Hotfile's competitors?
2       A.   I understand that there are other
3  providers of storage services.  I don't have
4  their names to mind.  Such as --
5       Q.   Megaupload?
6       A.   Megaupload or -- obviously I'm not
7  a user, in which case I might know some of the
8  names, but I don't.
9       Q.   Good for you.
10           Are you aware that in the --
11  strike that.
12           Let me actually go a different
13  direction.
14           You referred to Hotfile as a
15  storage facility?
16      A.   Generally.  I didn't mean a
17  specific technical term by it.
18      Q.   Have you, in the course of
19  preparing your report, have you considered the
20  nature of the business model of Hotfile?
21      A.   Yes.
22      Q.   And in your professional judgment,
23  would you consider it more of a distribution
24  model or of a storage model?
25           MR. THOMPSON:  Objection.  Vague.

Highly Confidential

Page 184

1    MR. THOMPSON: Objection. Vague.
2    THE WITNESS: My understanding is
3    that there are a number of benefits from
4    being a premium subscriber, but that
5    better quality download, faster download
6    is one of the advantages of the premium
7    account.
8    Q.   What are some of the others?
9    A.   The -- I believe there's some
10   other advantages, in terms of being able to store
11   files longer and some other aspects.
12   Q.   Do you believe it's fair to say
13   that Hotfile's premium subscriptions are driven
14   substantially by users wanting better downloading
15   experience?
16   A.   It seems to me from what I've
17   reviewed that the ability to get faster downloads
18   is a key aspect of the demand for premium
19   accounts.
20   Q.   And to your knowledge, the sale of
21   premium accounts is the only means that Hotfile
22   has to earn revenue?
23   A.   That is my understanding.
24   Q.   You said that there was a low cost
25   to switching to a competitor -- strike.

Highly Confidential

Page 185

1                Let me start with a foundation.
2                Are you aware that in the --
3    either cyberlocker, we refer to them as download
4    hub space, that there are new entrants regularly
5    coming into the market?
6           MR. THOMPSON: Objection. Assumes
7      facts.
8           THE WITNESS: I'm not specifically
9      aware of that.
10       Q.   Have you looked at the market of
11   Hotfile's competitors?
12       A.   I have not specifically evaluated
13   the market. I was aware, as I said, of a small
14   number of specific competitors such as
15   MegaDownload and the like.
16       Q.   Do you have any sense of what it
17   is about the offerings of the various competitors
18   that they use to compete with each other to
19   attract users?
20       A.   Well, my general understanding is
21   that at least one of the key features would be
22   download speed and quality.
23       Q.   Anything else?
24       A.   That's the principle one that I'm
25   aware of. There are probably other details in

Page 186

1  terms of storage space and other -- and price and
2  other aspects of their offering.
3      Q.   What about their affiliate
4  programs?  Are you aware that one download hub
5  may compete with another download hub by offering
6  users a more generous affiliate program?
7      A.   I was generally aware that that
8  might be a possible way for them to compete.
9      Q.   And what about the variety of
10 content offered on the download hub, are you
11 generally aware that users are attracted to
12 differences of these services, based on their
13 perception as to who has the most and best
14 content?
15          MR. THOMPSON:  Objection.  Vague.
16      Overbroad.
17          THE WITNESS:  I'm not sure I
18      understand that question since my
19      understanding of at least Hotfile is that
20      it's not a searchable site in any way, so
21      it's not something that a particular user
22      would be aware of.
23      Q.   How -- in your mind, how do you
24 believe users find content located on Hotfile?
25      A.   My understanding is that the user

Page 261

1    Q.    I'm not sure I put a proper
2    question to you.
3          Did Mr. Titov tell you at all what
4    Hotfile's policy was or whether even Hotfile had
5    a policy about repeat infringers prior to
6    adopting the new policy?
7          MR. THOMPSON:  Objection.
8    Compound.
9          THE WITNESS:  My recollection is
10         that there was a policy about copyrighted
11         material but that there was not a repeat
12         infringer policy.
13   Q.    And that you learned from
14   Mr. Titov?
15   A.    That's also my understanding from
16   counsel.
17   Q.    In Paragraph 25, you say "To
18   generate premium accounts, Hotfile needs to
19   attract users to its site."
20         Do you see that?
21   A.    I do.
22   Q.    Is it your opinion as an economist
23   that Hotfile's business depends on attracting
24   users to its site?
25   A.    In part it is users who might

Highly Confidential

Page 262

1   become a premium accounts, and that is Hotfile's
2   source of revenue.
3       Q.    And does providing access to
4   content attract users to Hotfile's site?
5       A.    That might be one thing that would
6   attract users to the site.
7       Q.    Do you believe that providing
8   access to copyright infringing files is part of
9   what attracts users to the Hotfile site?
10      A.    I do not believe that's part of
11  Hotfile's business model as I understand it,
12  because the policy is not to have copyrighted
13  material and to take it down when notice is given
14  by the copyright owner.
15      Q.    And the last part of your answer,
16  that is something you were told by Hotfile?
17      A.    That they take down copyrighted
18  material when they provided notice.
19          (Record-read as follows:
20              ANSWER:  I do not believe
21          that's part of Hotfile's business
22          model as I understand it, because
23          the policy is not to have
24          copyrighted material and to take
25          it down when notice is given by

Highly Confidential

Page 267

1  do not know.
2  Q. So when you say in Paragraph 25
3  that it is a "common practice in online
4  advertising," you were not referring in that
5  sentence to the user affiliate program that we
6  have talked about?
7      MR. THOMPSON: Objection. Assumes
8      facts, and misstates prior testimony.
9      THE WITNESS: I was simply
10     referring to the common practice of -- in
11     Internet advertising as I understand it,
12     providing revenue for click-through
13     references.
14 Q. Do you believe it is a common
15 practice for sites to pay users to upload content
16 based on how popular it is with downloaders?
17     MR. THOMPSON: Objection. Assumes
18     facts, misstates prior testimony.
19     THE WITNESS: I do not know, I
20     have no basis to have an opinion about
21     that.
22 Q. Let me ask you this:
23     As an economist, as a matter of
24 economic principle, if Hotfile is -- operates an
25 affiliate program that compensates users for

Highly Confidential

Page 268

1  uploading files based on how many times those
2  files are downloaded by others, as a matter of
3  basic economics, would you say that Hotfile is
4  inducing users to upload files that are going to
5  be popular with downloaders?
6           MR. THOMPSON: Objection. Vague
7      and ambiguous. Compound and complex, and
8      incomplete hypothetical.
9           THE WITNESS: Well, in the
10     hypothetical situation if that is the
11     incentive structure, that could be one
12     economically logical conclusion.
13     Q.    Well, that's what you understand
14  the Hotfile user affiliate program to do, right?
15          MR. THOMPSON: Objection.
16     Compound. Complex.
17          MR. FABRIZIO: I'll address your
18     Counsel's objection.
19     Q.    You familiarized yourself with the
20  Hotfile affiliate program that you testified to,
21  correct?
22     A.    Yes.
23     Q.    And one aspect of that program, as
24  you understand it, is to compensate users for the
25  files they upload, correct?

```
 1            MR. THOMPSON:  Objection.  Assumes
 2       facts.
 3            THE WITNESS:  That payment to
 4       affiliates is part of the affiliate
 5       program.
 6       Q.   Okay.  I'm speaking specifically
 7  of payment to users who upload files.
 8            You understand that to be part of
 9  Hotfile's affiliate program, correct?
10            MR. THOMPSON:  Objection.
11       Overbroad and vague.
12            THE WITNESS:  Generally, yes.
13       Q.   And you understand that those
14  uploading users are compensated based on how
15  often the files that they have uploaded are
16  downloaded by others, correct?
17       A.   That's my general understanding.
18       Q.   As a matter of economic principle,
19  isn't it true that that sort of affiliate program
20  is designed to encourage users to upload files
21  that will be popular with downloaders?
22            MR. THOMPSON:  Objection.  Asked
23       and answered.  Vague and ambiguous, and
24       far beyond the scope of anything in his
25       report.
```

Page 270

1    You're trying to prove your
2    affirmative case, and this is about the
3    counterclaim.
4         You can answer the question,
5    Dr. Lynde.
6         THE WITNESS:  In a general sense,
7    that would be consistent with that kind
8    of incentive structure.
9    Q.   And if copyrighted files were the
10   most popular files with downloaders, would you
11   then agree that Hotfile's affiliate program
12   encourages users to upload copyrighted content?
13        MR. THOMPSON:  Objection.  Assumes
14   facts far beyond the scope of his
15   report.  And incomplete hypothetical.
16   Also calls for speculation, since he
17   hasn't done any work on this.
18        MR. FABRIZIO:  Are you done
19   coaching?
20        MR. THOMPSON:  Are you done
21   straying on?  It's late.
22        I'll try to be reserved.
23        THE WITNESS:  I have no basis to
24   form any conclusion about that.
25        (Noise Interruption.)

Highly Confidential

Page 291

1     MR. FABRIZIO: Okay. I'm good.

2     Thank you, Dr. Lynde.

3         (Time noted: 5:59 p.m.)

6     _____

7     MATTHEW LYNDE

                                    See Below
10    Subscribed and sworn to before me

11    This 30th day of January, 20 12.

12    _____

18    State of California
      County of San Francisco
      Subscribed and sworn to (or affirmed) before me
19    on this 30th day of January, 2012
      by Matthew Lynds,
      proved to me on the basis of satisfactory evidence
      to be the person(s) who appeared before me.
20    Signature _____ (Seal)

      MARK MCQUILLEN
      COMM. #1793325
      NOTARY PUBLIC-CALIFORNIA
      SAN FRANCISCO COUNTY
      My Comm. Expires Mar. 10, 2012

# Errata to the Deposition of Matthew R. Lynde
December 16, 2011
*Disney Enterprises, Inc. et al. v. Hotfile Corp., et al.*
*Hotfile Corp., et al. v. Disney Enterprises, Inc. et al.*

| Page | Line | Now reads | Should read | Reason |
|---|---|---|---|---|
| 9 | 13 | "didn't" | "don't" | Misspoke |
| 42 | 14 | "affect" | "effect" | Transcribing error |
| 52 | 9-10 | "up loader" | "uploader" | Transcribing error |
| 75 | 3 | "I result" | "results" | Misspoke |
| 84 | 9 | "up loaders" | "uploaders" | Transcribing error |
| 118 | 14 | "prescription" | "subscription" | Misspoke |
| 126 | 10 | "focused in" | "focused on" | Transcribing error |
| 150 | 4 | "I was" | "I" | Misspoke |
| 157 | 25 | "basis is" | "basis" | Transcribing error |
| 162 | 17 | "have" | "have;" | Transcribing error |
| 178 | 23 | "an" | "a" | Transcribing error |
| 179 | 18 | "or" | "where" | Transcribing error |
| 185 | 15 | "MegaDownload" | "Megaupload" | Misspoke |
| 212 | 22 | "over" | "of" | Transcribing error |
| 212 | 22 | "and" | "that" | Transcribing error |
| 213 | 10 | "it's bought and" | "its robot" | Transcribing error |
| 218 | 1 | "variants" | "variance" | Transcribing error |
| 218 | 22 | "is you" | "is that you" | Transcribing error |
| 245 | 3 | "ELLS" | "Yale" | Transcribing error |
| 262 | 18 | "provided" | "have been provided" | Transcribing error |
| 276 | 19 | "Tolav" | "Kolev" | Transcribing error |

1/30/12
Date

Matthew R. Lynde

Notary Public

State of California
County of San Francisco
Subscribed and sworn to (or affirmed) before me
on this 30 day of January, 2012
by Matthew R. Lynde,
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.
Signature _____ (Seal)

MARK MCQUILLEN
COMM. #1793325
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires Mar. 10, 2012

Highly Confidential

Page 292

1      C E R T I F I C A T E

2   STATE OF CALIFORNIA    )

3                          )

4   COUNTY OF SAN FRANCISCO )

5        I, LINDA VACCAREZZA, a Certified

6   Shorthand Reporter for the State of

7   California, do hereby certify:

8        That MATTHEW LYNDE, the witness

9   whose deposition is hereinbefore set

10  forth, was duly sworn by me and that such

11  deposition is a true record of the

12  testimony given by such witness.

13       I further certify that I am not

14  related to any of the parties to this

15  action by blood or marriage; and that I

16  am in no way interested in the outcome of

17  this matter.

18       IN WITNESS WHEREOF, I have hereunto

19  set my hand this 29th day of December

20  2011.

21

22  _____

23  LINDA VACCAREZZA, CSR. NO. 10201

24

25