# Yeh Exhibit 8

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

1                 UNITED STATES DISTRICT COURT

2                 SOUTHERN DISTRICT OF FLORIDA

3

4     DISNEY ENTERPRISES, INC.,

      TWENTIETH CENTURY FOX FILM

5     CORPORATION, UNIVERSAL CITY

      STUDIOS PRODUCTIONS LLLP,

6     COLUMBIA PICTURES INDUSTRIES,

      INC., and WARNER BROS.

7     ENTERTAINMENT INC.,

8                         Plaintiffs,

9     vs.                     No. 11-20427-WILLIAMS-TURNOFF

10    HOTFILE CORP., ANTON TITOV, and

      DOES 1-10,

11

12                        Defendants.

13    _____

14

15          PORTIONS OF THIS TRANSCRIPT ARE CONFIDENTIAL

16               DEPOSITION OF YANGBIN WANG

17                  Palo Alto, California

18                Thursday, December 22, 2011

19

20

21    REPORTED BY:

      LYNNE LEDANOIS

22    CSR No. 6811

      Job No. CA128631

23

24

25    PAGES 105 - 113 ARE HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

                                          Page 1

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3

 4    DISNEY ENTERPRISES, INC.,

      TWENTIETH CENTURY FOX FILM

 5    CORPORATION, UNIVERSAL CITY

      STUDIOS PRODUCTIONS LLLP,

 6    COLUMBIA PICTURES INDUSTRIES,

      INC., and WARNER BROS.

 7    ENTERTAINMENT INC.,

 8                    Plaintiffs,

 9    vs.                 No. 11-20427-WILLIAMS-TURNOFF

10    HOTFILE CORP., ANTON TITOV, and

      DOES 1-10,

11

12                    Defendants.

13    _____

14

15        Deposition of YANGBIN WANG, taken on behalf of

16    Defendant, at 2475 Hanover Street, Palo Alto,

17    California, beginning at 9:43 a.m. and ending at 12:21

18    p.m. on Thursday, December 22, 2011, before LYNNE

19    LEDANOIS, CSR 6811.

20

21

22

23

24

25

                                             Page 2
```

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1      APPEARANCE OF COUNSEL:

 2

 3      For Plaintiffs:

 4           JENNER & BLOCK LLP
             BY: LUKE C. PLATZER

 5           Attorney at Law
             1099 New York Avenue, NW, Suite 900

 6           Washington, DC 20001
             202.639.6000

 7           lplatzer@jenner.com

 8

 9      For Defendants Hotfile and Anton Titov:

10           FARELLA BRAUN & MARTEL LLP
             BY: ANDREW LEIBNITZ

11           Attorney at Law
             Russ Building, 235 Montgomery Street

12           San Francisco, California 94104
             415.954.4400

13           aleibnitz@fbm.com

14

15      For Witness:

16           PILLSBURY WINTHROP SHAW PITTMAN LLP
             BY: JOSEPH R. TIFFANY II

17           Attorney at Law
             2475 Hanover Street

18           Palo Alto, California 94304-1114
             650.233.4500

19           joseph.tiffany@pillsburylaw.com

20

21      VIDEOGRAPHER:

22           SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
             BY:  MARTY MAJDOUB

23

24

25
```

Page 3

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

1    providers Vobile was providing fingerprinting services      11:21:19

2    to around early 2009?                                       11:21:22

3         A   I can't recall the exact numbers, but the large    11:21:26

4    ones, there's only a few.  I mean, even as of today,        11:21:29

5    there's only a few large ones.                              11:21:34

6         Q   But that was a market in which Vobile was          11:21:37

7    offering services in early 2009?                            11:21:40

8         A   Yes.                                               11:21:42

9         Q   And are you aware of any reason that Vobile        11:21:46

10   might have turned hosting providers away who approached     11:21:48

11   Vobile to purchase its services back in early 2009?         11:21:52

12        A   No.                                                11:21:58

13        Q   So if a customer came to you and was willing to    11:22:01

14   pay for your services, you would have provided them?        11:22:03

15        MR. LEIBNITZ:  Object to form.                         11:22:06

16        THE WITNESS:  Definitely.                              11:22:08

17   BY MR. PLATZER:                                             11:22:09

18        Q   Now, I know we've distinguished here today         11:22:24

19   between sort of different product lines that Vobile         11:22:26

20   offers, such as vCloud9 and MediaWise.  Do you recall       11:22:30

21   that testimony earlier?                                     11:22:33

22        A   Yes.                                               11:22:34

23        Q   And did you testify earlier that it's the same     11:22:35

24   core identification technology that underlies both of       11:22:37

25   them?                                                       11:22:41

Page 69

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A   Yes. | 11:22:41 |
| 2 | Q   Is that what you called video DNA? | 11:22:42 |
| 3 | A   Yes. | 11:22:45 |
| 4 | Q   And video DNA was also being used in Vobile's | 11:22:45 |
| 5 | products that it was offering to hosting providers back | 11:22:49 |
| 6 | in early 2009? | 11:22:52 |
| 7 | A   Yes. | 11:22:54 |
| 8 | MR. LEIBNITZ:   Object to form. | 11:22:55 |
| 9 | THE WITNESS:   Sorry.   Yes. | 11:22:57 |
| 10 | BY MR. PLATZER: | 11:22:58 |
| 11 | Q   So the particular product lines may have | 11:22:59 |
| 12 | changed over time, but video DNA has been consistently | 11:23:00 |
| 13 | part of Vobile's product offerings over the years? | 11:23:05 |
| 14 | A   Yes. | 11:23:07 |
| 15 | Q   I apologize if we already went over this in | 11:23:14 |
| 16 | Hotfile's counsel's questioning earlier. | 11:23:16 |
| 17 | But do you recall the first time that Vobile | 11:23:22 |
| 18 | had communications with Hotfile? | 11:23:23 |
| 19 | A   I don't.   I can't recall for sure. | 11:23:26 |
| 20 | Q   Do you know what year it was? | 11:23:28 |
| 21 | A   I don't know.   It must be before we signed up | 11:23:31 |
| 22 | as a customer. | 11:23:35 |
| 23 | MR. PLATZER:   Why don't we mark this.   I | 11:23:47 |
| 24 | apologize.   I only have two copies. | 11:23:49 |
| 25 | (Whereupon, Wang Exhibit 3 was marked | 11:24:04 |

Page 70

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | for identification by the court | 11:24:04 |
| 2 | reporter.) | 11:24:04 |
| 3 | BY MR. PLATZER: | 11:24:05 |
| 4 | Q   Mr. Wang, you've been handed a document marked | 11:24:06 |
| 5 | as Wang Exhibit 3. | 11:24:10 |
| 6 | A   Yes. | 11:24:11 |
| 7 | Q   For the record, it's a document bearing the | 11:24:11 |
| 8 | Bates number HF 02859573.  I'll represent to you this is | 11:24:13 |
| 9 | a document produced by Hotfile in this case. | 11:24:20 |
| 10 | Take a look at the document and let me know | 11:24:24 |
| 11 | when you're ready. | 11:24:26 |
| 12 | A   Yes, I'm ready. | 11:24:27 |
| 13 | Q   Does Wang Exhibit 3 refresh your recollection | 11:24:32 |
| 14 | as to when Vobile and Hotfile first began having | 11:24:37 |
| 15 | discussions? | 11:24:42 |
| 16 | MR. LEIBNITZ:  Object to form. | 11:24:43 |
| 17 | THE WITNESS:  Yes. | 11:24:47 |
| 18 | BY MR. PLATZER: | 11:24:51 |
| 19 | Q   With the benefit of that refreshed | 11:24:51 |
| 20 | recollection, do you know when Hotfile and Vobile first | 11:24:53 |
| 21 | began having discussions? | 11:24:58 |
| 22 | A   As I said, you know, all -- I will be aware | 11:25:00 |
| 23 | only when things arise to the pipeline and with | 11:25:06 |
| 24 | visibility and report to me at executive staff meeting. | 11:25:09 |
| 25 | Anything before that, you know, the conversation like | 11:25:12 |

Page 71

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q   So forgive me, I'm not an engineer, but it's a | 11:47:07 |
| 2 | two-step process?  There is an unarchiving or | 11:47:12 |
| 3 | decompressing component and then there is a | 11:47:16 |
| 4 | fingerprinting component? | 11:47:18 |
| 5 | MR. LEIBNITZ:  Object to form. | 11:47:20 |
| 6 | THE WITNESS:  Yes, but it's -- integrated | 11:47:21 |
| 7 | together, there's an open efficiency by doing that | 11:47:22 |
| 8 | together. | 11:47:26 |
| 9 | BY MR. PLATZER: | 11:47:31 |
| 10 | Q   So instead of trying to extract the | 11:47:37 |
| 11 | fingerprints directly from an archived or compressed | 11:47:39 |
| 12 | file, you are decompressing or unarchiving the file and | 11:47:43 |
| 13 | extracting a fingerprint from the unarchived and/or | 11:47:47 |
| 14 | decompressed copy? | 11:47:51 |
| 15 | MR. LEIBNITZ:  Object to form. | 11:47:52 |
| 16 | THE WITNESS:  Yes, and that's the process you | 11:47:53 |
| 17 | have to go through from an engineering point of view. | 11:47:55 |
| 18 | BY MR. PLATZER: | 11:47:59 |
| 19 | Q   And is the reason you have to go through that | 11:48:05 |
| 20 | process, that video DNA requires media files to be in | 11:48:07 |
| 21 | certain CODEC in order to extract a fingerprint? | 11:48:11 |
| 22 | MR. LEIBNITZ:  Object to form. | 11:48:14 |
| 23 | THE WITNESS:  It's, you know, just by the | 11:48:16 |
| 24 | nature of this design, DNA is extracting from media | 11:48:17 |
| 25 | files.  So you got to, you know, have a media file in | 11:48:23 |

Page 87

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | BY MR. PLATZER: | 11:51:30 |
| 2 | Q   To your knowledge, do any of Vobile's customers | 11:51:30 |
| 3 | apply a two-step process rather than using the | 11:51:33 |
| 4 | integrated software provided by vCloud9? | 11:51:37 |
| 5 | MR. LEIBNITZ:  Object to form. | 11:51:42 |
| 6 | THE WITNESS:  Again, we have no knowledge for | 11:51:43 |
| 7 | sure, because what we see is the API, and what customer | 11:51:44 |
| 8 | does before that, it's not to our knowledge. | 11:51:49 |
| 9 | BY MR. PLATZER: | 11:51:52 |
| 10 | Q   But in your understanding of Vobile's | 11:51:52 |
| 11 | technology, there is no technical reason that a customer | 11:51:54 |
| 12 | could not decompress or unarchive a file and then apply | 11:52:00 |
| 13 | video DNA? | 11:52:04 |
| 14 | MR. LEIBNITZ:  Object to form. | 11:52:06 |
| 15 | THE WITNESS:  True.  Agreed. | 11:52:07 |
| 16 | BY MR. PLATZER: | 11:52:11 |
| 17 | Q   I would like to direct your attention back to | 11:52:12 |
| 18 | Wang Exhibit 2.  That was the press release we discussed | 11:52:13 |
| 19 | earlier.  I would like to direct you back to the second | 11:52:20 |
| 20 | paragraph. | 11:52:31 |
| 21 | At the end -- the second paragraph -- sorry, | 11:52:34 |
| 22 | the second sentence of the second paragraph says, On | 11:52:38 |
| 23 | cyberlockers, the vast majority of unauthorized content, | 11:52:41 |
| 24 | such as copyrighted movies or T.V. shows, is saved as | 11:52:46 |
| 25 | compressed files to allow easier downloading; however, | 11:52:49 |

Page 90

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8

 9          I, YANGBIN WANG, do hereby declare under

10    penalty of perjury that I have read the foregoing

11    transcript; that I have made any corrections as appear

12    noted, in ink, initialed by me; that my testimony as

13    contained herein, as corrected, is true and correct.

14          EXECUTED this _____ day of _____,

15    20___, at _____, _____.
                         (City)                    (State)

16

17

18

                         _____

19                       YANGBIN WANG

20

21

22

23

24

25

                                        Page 114
```

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

1      I, the undersigned, a Certified Shorthand

2  Reporter of the State of California, do hereby certify:

3      That the foregoing proceedings were taken

4  before me at the time and place herein set forth; that

5  any witnesses in the foregoing proceedings, prior to

6  testifying, were duly sworn; that a record of the

7  proceedings was made by me using machine shorthand which

8  was thereafter transcribed under my direction; that the

9  foregoing transcript is a true record of the testimony

10  given.

11      Further, that if the foregoing pertains to the

12  original transcript of a deposition in a Federal Case,

13  before completion of the proceedings, review of the

14  transcript [ ] was [ ] was not requested.

15      I further certify I am neither financially

16  interested in the action nor a relative or employee of

17  any attorney or party to this action.

18      IN WITNESS WHEREOF, I have this date subscribed

19  my name.

20

21  Dated: January 12, 2012

22

23                    _____

                      LYNNE MARIE LEDANOIS

24                    CSR No. 6811

25

                                      Page 115