# Yeh Exhibit 10

| | |
|---|---|
| From: | Nasko [nasko369@gmail.com] |
| Sent: | Thursday, July 16, 2009 1:24 AM |
| To: | nasko369@gmail.com |
| Subject: | Draft |

Dear Mr.,

Thank you for your email.

The issues you raised in your email are of a big concern for us.
We at hotfile.com don't tolerate the distribution of illegal materials through out hosting network and we are willing to work with you in order to prevent as much as possible the sharing of your copyrighted materal.
The purpose of our affiliate is to increase the popularity of our file sharing network and not in any case to stimulate or urge the distribution of copyrighted materials through it.

What we currently do to prevent the sharing of copyrighted content is to comply to all DMCA takedown requests that are received almost immediatelly. We also have system in place that flags the users the has numerouse infrigement complains. We manually review those accounts and they are being deleted and their funds from our affiliate program seized.

The information that once a file is deleted-it is being quickly uploaded again is very disturbing. We are working on a system that check the checksums of the files that are reported as illigally uploaded. After a takedown notice is received the system will ban the checksums of the infrigement material and the uploaders won't be able to upload the same file again. This system will be immplemente in the next days.

We are open for a discussion and your suggestions of how we can work together in order to limit or even entirely stop the distribution of illegal material using our hosting network.

Best regards,
Hotfile.com

--
Sent from my mobile device



1

CONFIDENTIAL                                                                                                                    HF02832020