# Yeh Exhibit 11

| | |
|---|---|
| From: | hotfile.mailbox@gmail.com on behalf of HotFile Corp [andrew@hotfile.com] |
| Sent: | Sunday, December 05, 2010 8:35 PM |
| To: | dominic@pornguardian.com |
| Subject: | Re: Quick Question |

Hello,
With direct take down tool we identify repeat offenders too.
Every user received 3 DMCA reports will lead to mark account as repeat offender and we suspend it.
If you noticed some repeat offender which is not suspended by us - please let's us know.
Just inform us at abuse@hotfile.com with subject "Repeat offender".

Regards,
Andrew

On Sun, Dec 5, 2010 at 12:20 AM, Hotfile Abuse <abuse@hotfile.com> wrote:


---------- Forwarded message ----------
From: **Dominic** <dominic@pornguardian.com>
Date: Fri, Dec 3, 2010 at 7:13 PM
Subject: Quick Question
To: abuse@hotfile.com


hey there -

Quick question about the system that lets us take down files immediately. With the normal DMCA process, our notices should be helping you identify repeat offenders so you can ban them. If we use the direct takedown method, does that still happen? Because there is no DMCA, I just am wondering if you are still looking at those files and banning the users.

Is there any way to get a report when a user is banned? We often get files from the same person taken down, and wonder at what point are you banning them.

thanks,
Dominic

1



CONFIDENTIAL

HF02830667