# Yeh Exhibit 12

| | |
|---|---|
| From: | Anton Titov [anton@titov.net] |
| Sent: | Friday, July 17, 2009 4:18 AM |
| To: | Nasko |
| Subject: | Re: Draft - What do you think about the text, do you have anything to add? |

It's great.

Nasko <nasko369@gmail.com> wrote:
>Dear Mr.,
>
>Thank you for your email.
>
>The issues you raised in your email are of a big concern for us.
>We at hotfile.com don't tolerate the distribution of illegal materials
>through our hosting network and we are willing to work with you in
>order to prevent as much as possible the sharing of your copyrighted
>material.
>The purpose of our affiliate program is to increase the popularity of
>our file sharing network and not in any case to stimulate or urge the
>distribution of copyrighted materials through it.
>
>What we currently do to prevent the sharing of copyrighted content is
>to comply to all DMCA takedown requests that are received almost
>immediately.
>We also have system in place that flags the users the has numerous
>infringement complains. We manually review those accounts and they are
>being deleted and their funds from our affiliate program seized.
>
>The information, that once a file is deleted it is being quickly
>uploaded again, is very disturbing.
>We are working on a system that check the checksums of the files that
>are reported as illegally uploaded.
>After a takedown notice is received the system will ban the checksums
>of the infringement material and the uploaders won't be able to upload
>the same file again.
>This system will be implemented in the next days.
>
>We are open for a discussion and your suggestions of how we can work
>together in order to limit or even entirely stop the distribution of
>your material on our hosting network.
>
>Best regards,
>Hotfile.com

- -
Regards
Anton Titov

1

CONFIDENTIAL                                                                 HF02832023


EXHIBIT
TITOV 159
12·08·11  AF

HF02832023



**TRANSPERFECT**

AFFIDAVIT OF ACCURACY

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02832023] from Bulgarian into English.

Ann Marie Hovey
TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4

Stamp, Notary Public
New York, NY

THREE PARK AVENUE, NEW YORK, NY 10016  T 212.689.5555  F 212.689.1059  WWW.TRANSPERFECT.COM

| | |
|---|---|
| From: | Anton Titov [anton@titov.net] |
| Sent: | Friday, July 17, 2009 4:18 AM |
| To: | Nasko |
| Subject: | Re: Draft - Kakvo mislish za text-a, imash li da dobavish neshto? |

Super e.

Nasko <nasko369@gmail.com> wrote:
>Dear Mr.,
>
>Thank you for your email.
>
>The issues you raised in your email are of a big concern for us.
>We at hotfile.com don't tolerate the distribution of illegal materials
>through our hosting network and we are willing to work with you in
>order to prevent as much as possible the sharing of your copyrighted
>material.
>The purpose of our affiliate program is to increase the popularity of
>our file sharing network and not in any case to stimulate or urge the
>distribution of copyrighted materials through it.
>
>What we currently do to prevent the sharing of copyrighted content is
>to comply to all DMCA takedown requests that are received almost
>immediately.
>We also have system in place that flags the users the has numerous
>infringement complains. We manually review those accounts and they are
>being deleted and their funds from our affiliate program seized.
>
>The information, that once a file is deleted it is being quickly
>uploaded again, is very disturbing.
>We are working on a system that check the checksums of the files that
>are reported as illegally uploaded.
>After a takedown notice is received the system will ban the checksums
>of the infringement material and the uploaders won't be able to upload
>the same file again.
>This system will be implemented in the next days.
>
>We are open for a discussion and your suggestions of how we can work
>together in order to limit or even entirely stop the distribution of
>your material on our hosting network.
>
>Best regards,
>Hotfile.com

--
Regards
Anton Titov

1

CONFIDENTIAL

HF02832023