# Yeh Exhibit 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants.*

_____/

### DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

| | |
|---|---|
| PROPOUNDING PARTY: | Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment |
| RESPONDING PARTIES: | Defendants Hotfile Corporation and Anton Titov (collectively "Hotfile")[1] |
| SET NO.: | One (1) |

---

[1] The Defendants reserve their respective rights to assert all appropriate separate defenses. In particular, Mr. Titov has moved to dismiss all claims against him individually and specifically denies that he has the ability to supervise any alleged infringing activity or has a financial interest in such activity. See Motion and Memorandum Etc., filed 3/31/11, Dkt. 50 at 17. Mr. Titov is included in the shorthand term "Hotfile" along with Hotfile Corp. solely as a convenience and in light of the Parties agreement "that discovery requests served by one side on the opposing side will be equally applicable to all parties on the other side." Joint Scheduling Conference Report, filed 4/15/11, Dkt. 54 at 16. Nothing in these responses is an admission by Anton Titov or Hotfile Corp. of any particular relationship between them or any other fact.

HIGHLY CONFIDENTIAL

CASE NO. 11-20427-JORDAN

## GENERAL OBJECTIONS

1.  Hotfile has not completed its investigation of facts, witnesses or documents relating to this case, has not completed discovery, has not completed analysis of available information, and has not completed preparation for trial. Hotfile reserves the right to supplement its response to each and every interrogatory (or part thereof) without obligating itself to do so, and reserves the right to introduce and rely upon such information in the course of this litigation.

2.  All of the responses set forth below are based solely on such information and documents that are available to and specifically known to Hotfile at this time. It is anticipated that further discovery, independent investigation, and analysis may lead to substantial additions or changes in, and variations from the responses set forth herein.

3.  Hotfile objects to each interrogatory to the extent that it is vague, ambiguous, overbroad, and requires an unduly burdensome search for and production of, documents or information neither relevant to the subject matter involved in the pending action nor reasonably calculated to lead to the discovery of admissible evidence, and which will result in unnecessary burden and undue expense to Hotfile.

4.  Hotfile objects each interrogatory to the extent that it seeks disclosure of information or documents protected from disclosure or production by the attorney-client privilege, the attorney work-product doctrine, or any other privilege available under statutory, constitutional or common law. Inadvertent production of any such information or documents shall not constitute waiver of any privilege or any other ground for objecting to discovery with respect to such information or documents, nor shall inadvertent production waive Hotfile's right to object to the use of any such information or documents in any proceedings.

5.  Hotfile objects to each interrogatory to the extent that it seeks electronically stored information that is not reasonably accessible to Hotfile because of undue burden or cost.

6.  Hotfile objects to each interrogatory to the extent that it calls for disclosure of private, proprietary, and confidential information. Hotfile will not produce private, proprietary, and/or confidential information or documents unless and until a Protective Order is issued in this

2

HIGHLY CONFIDENTIAL

CASE NO. 11-20427-JORDAN

litigation. Hotfile reserves its right to object to disclosure of any private, proprietary, and confidential information in light of the terms of the Protective Order in this litigation or based on any state, federal, or international standards or laws governing privacy.

7.      Hotfile objects to each interrogatory to the extent it seeks proprietary information of third parties which Hotfile is not authorized to disclose. Hotfile will not produce private, proprietary, and/or confidential information or documents unless and until a Protective Order is issued in this litigation. Hotfile further reserves the right to object to the disclosure of any information protected by any state, federal, or international standards or laws governing privacy.

8.      Hotfile objects to the Definition of "Hotfile users" as vague, ambiguous, and overbroad. As currently defined, that term purportedly refers to every internet user who has ever accessed the Hotfile.com website for any purpose, irrespective of whether a given individual has actually downloaded files from or uploaded files to Hotfile.com. To the extent that Plaintiffs' interrogatories seek information regarding or related to all such internet users, such interrogatories are unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

9.      Hotfile objects to the Definition of "You" as overbroad. As currently defined, that term would include any entity, business venture, or organization subject to any Defendant's control (assuming any such entity, business venture or organization exists), irrespective of whether such entity has any relation or relevance to the present dispute. To the extent that Plaintiffs' interrogatories seek information regarding or related to irrelevant entities, such interrogatories are unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

10.     Hotfile objects to the Definition of "Hotfile entity" as overbroad. As currently defined, that term would include any entity, business venture, or organization subject to any Defendant's control (assuming any such entity, business venture or organization exists), irrespective of whether such entity has any relation or relevance to the present dispute. To the extent that Plaintiffs' interrogatories seek information regarding or related to all such entities,

HIGHLY CONFIDENTIAL

such requests are unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

11.     Hotfile objects to the providing of information about activities outside the United States as overbroad and unduly burdensome. "Federal copyright law has no extraterritorial effect, and cannot be invoked to secure relief for acts of infringement occurring outside the United States." *Palmer v. Braun,* 376 F.3d 1254, 1258 (11th Cir. 2004). Hotfile objects to all interrogatories that seek information related to conduct occurring outside the United States.

12.     Hotfile objects to each interrogatory to the extent it imposes on Hotfile obligations that exceed or are inconsistent with the obligations imposed by the Federal Rules of Civil Procedure.

13.     Hotfile objects to each interrogatory to the extent it imposes on Hotfile obligations that are inconsistent with United States or foreign privacy laws.

14.     All responses to these interrogatories are made without in any way waiving or intending to waive, but on the contrary preserving and intending to preserve:

    a.     all objections as to the competence, relevance, and admissibility of any documents or information produced in response to these interrogatories as evidence for any purpose in subsequent proceedings or at the trial of this or any other action, arbitration, proceeding or investigation;

    b.     the right to object on any ground at any time to the use of any of the documents or information provided in response to these interrogatories, or the subject matter thereof, in any subsequent proceedings or at any trial(s) of this action, or any other action, arbitration, proceeding or investigation; and

    c.     the right to object on any ground at any time to a demand for further responses to these interrogatories or any other requests, or to other discovery proceedings involving or relating to the subject matter of these interrogatories.

15.     The general objections stated herein are incorporated by reference into each response herein, as if fully set forth below. While Hotfile has responded to this interrogatory for

HIGHLY CONFIDENTIAL

CASE NO. 11-20427-JORDAN

production, it does so without waiving any right to object to any further inquiry or any effort to compel responses beyond those provided herein. Any response provided herein is subject to, and limited by, all general and specific objections stated herein.

## RESPONSES TO INTERROGATORIES

### INTERROGATORY NO. 1:

Identify each person who has been employed by, acted as the agent of, or performed work on behalf of or provided any service to (including as a contractor) the Hotfile Website and each Hotfile Entity from January 1, 2007 through the present day. For each such person or entity, state:

a) Full name;

b) Title and/or employer during the period(s) such services or agency were provided (e.g. Hotfile Corp., Hotfile, S.A., Hotfile Ltd., or, if the person is a contractor, the third-party employer);

c) The nature of all work performed and/or the scope of the person's representation or agency (e.g. database manager, marketing manager, DMCA agent, abuse manager, etc.);

d) The length of time such person performed relevant services or representation;

e) Any Hotfile username and user identification number associated with the person; and

f) Present contact information (including current email address, physical address, and telephone number), or, if present contact information is not known to you, last known contact information. It is not sufficient, for purposes of providing a person's contact information, to state that a person can be contacted through Defendants' counsel.

### RESPONSE TO INTERROGATORY NO. 1:

Hotfile incorporates by reference it general objections to this interrogatory. Hotfile further objects to this interrogatory as overbroad and unduly burdensome to the extent that it seeks information pertaining to any "Hotfile Entity" as that term is defined in the Definitions and Instructions. As currently defined, that term would include any entity, business venture, or organization subject to any Defendant's control (assuming any such entity, business venture or

HIGHLY CONFIDENTIAL

organization exists), irrespective of whether such entity has any relation or relevance to the present dispute. Hotfile further objects to this interrogatory as overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence insofar as it seeks information related to "any service" provided to Hotfile, regardless of whether such service has any relevance to the present dispute. Hotfile further objects that this interrogatory is compound.

Subject to those general and specific objections, Hotfile responds as follows:

The following individuals worked as contractors or employees of Hotfile Corp.:

| | |
|---|---|
| Deian Chuburov | Software Development Programmer, Blue Ant Ltd.<br>Hotfile Username(s): sbd, sbdref, sbdref2, sbdref3<br>Hotfile User Identification Number(s): 12990, 3990561, 3990569, 3990572, 3990577, 3990585, 3990586, 3990587, 3990590 3990592, 3990594, 4030934, 20835, 20838, 20842<br>Employed since the beginning of Hotfile |
| Vasil Kolev | Servers Administration, Blue Ant, Ltd.<br>Hotfile Username: vasilbg<br>Hotfile User Identification Number: 1058780<br>Employed since September 2009 |
| Andrei Ianakov | Hotfile Email Support, DMCA Support, Email Inquiries Support, Blue Ant Ltd.<br>Hotfile Username: butcherboy<br>Hotfile User Identification Number: 13204<br>Employed since June 2009 |
| Atanas Vangelov | Manager, Blue Ant, Ltd.<br>Hotfile Username: nasko<br>Hotfile User Identification Number: 12985<br>Employed since the beginning of Hotfile |
| Rumen Stoyanov | Manager, Blue Ant, Ltd.<br>Hotfile User Identification Number(s): 12986, 24184, 33801, 33802, 183563, 183607, 2016316, 2099297, 2105384<br>Employed since the beginning of Hotfile |
| Anton Titov | Manager, Hotfile, Ltd.<br>Hotfile Username: virco<br>Hotfile User Identification Number: 1<br>Employed since the beginning of Hotfile |
| Jamy Stallings | Hardware & Data Center Support, Private |

HIGHLY CONFIDENTIAL

CASE NO. 11-20427-JORDAN

| | Contractor |
|---|---|
| Stanislav Manov | Hotfile Email Support, DMCA Support, Email Inquiries Support, Private Contractor Hotfile Username(s): n31m, reg Hotfile User Identification Number(s): 2134203, 431206 Employed since February 2010 |

**INTERROGATORY NO. 2:**

Identify each individual or entity that you contend has ever acted as a DMCA agent for the Hotfile Website or any Hotfile Entity; including:

a) The date you contend the person commenced (and, if applicable, concluded) acting as a DMCA agent for the Hotfile Website or any Hotfile Entity;

b) The date on which a designation of the person's status as DMCA agent was filed with the copyright office; and

c) The date on which the person's status as DMCA agent was first listed on the Hotfile Website.

**RESPONSE TO INTERROGATORY NO. 2:**

Hotfile incorporates by reference it general objections to this interrogatory. Hotfile further objects to this interrogatory as overbroad and unduly burdensome to the extent that it seeks information pertaining to any "Hotfile Entity" as that term is defined in the Definitions and Instructions. As currently defined, that term would include any entity, business venture, or organization subject to any Defendant's control (assuming any such entity, business venture or organization exists), irrespective of whether such entity has any relation or relevance to the present dispute.

Subject to those general and specific objections, Hotfile responds as follows:

Constantin Luchian has been the DMCA agent for Hotfile since December 8, 2009. His designation as DMCA agent was filed with the Copyright Office on December 17, 2009 and registered as of December 24, 2009. Hotfile is informed and believes that his status as DMCA agent was first listed on the Hotfile Website in early December 2009.

**HIGHLY CONFIDENTIAL**

CASE NO. 11-20427-JORDAN

**INTERROGATORY NO. 3:**

Identify each website or online business you have owned or operated, in whole or in part, or to which you have provided services or funding, in the past three years, other than the Hotfile Website, including the timing and nature of the services provided, and any remuneration you have received for such services or funding.

**RESPONSE TO INTERROGATORY NO. 3:**

Hotfile incorporates by reference it general objections to this interrogatory. Hotfile further objects to this interrogatory on the grounds that it seeks information not reasonably calculated to lead to the discovery admissible evidence, particularly in its request for information regarding entities unrelated to the present litigation and for private business or financial information regarding Hotfile or such other persons or entities. Hotfile further objects to this interrogatory as overbroad and unduly burdensome to the extent that it seeks information pertaining to "you" as that term is defined in the Definitions and Instructions. As currently defined, that term would include any entity, business venture, or organization subject to any Defendant's control (assuming any such entity, business venture or organization exists), irrespective of whether such entity has any relation or relevance to the present dispute. Hotfile further objects to this interrogatory on the grounds that it seeks private and/or confidential financial information. Hotfile further objects that this interrogatory is compound.

Subject to those general and specific objections, Hotfile responds as follows:

Other than Hotfile.com, Hotfile Corp. has not owned or operated or provided services or funding to any internet hosting service, file-hosting service, online file storage provider, "cyberlocker" or any website or online business providing such services. In addition, Hotfile Corp. has not owned or operated or provided services or funding to any site that provides links to Hotfile.com or to any internet hosting service, file-hosting service, online file storage provider, "cyberlocker" or any website or online business providing such services (e.g. Hotfile123.com).

Mr. Titov was formerly the CEO of, and still owns a minority interest in, a Bulgarian web hosting company, "host.bg." Other than host.bg, Mr. Titov does not own or operate or provide

**HIGHLY CONFIDENTIAL**

services or funding to any internet hosting service, file-hosting service, online file storage provider, "cyberlocker" or any website or online business providing such services.  In addition, Mr. Titov has not owned or operated or provided services or funding to any site that provides links to Hotfile.com or to any internet hosting service, file-hosting service, online file storage provider, "cyberlocker" or any website or online business providing such services (e.g. Hotfile123.com).

## INTERROGATORY NO. 4:

Identify each person who has provided, provides, has promised to provide, or with whom Defendants have had any discussions about providing capital or financing for any Hotfile Entity, and the nature, amount, and timing of any such capital or financing.

## RESPONSE TO INTERROGATORY NO. 4:

Hotfile incorporates by reference it general objections to this interrogatory.  Hotfile further objects to this interrogatory as overbroad and unduly burdensome to the extent that it seeks information pertaining to any "Hotfile Entity" as that term is defined in the Definitions and Instructions.  As currently defined, that term would include any entity, business venture, or organization subject to any Defendant's control (assuming any such entity, business venture or organization exists), irrespective of whether such entity has any relation or relevance to the present dispute.  Hotfile further objects to this interrogatory on the grounds that it seeks information not reasonably calculated to lead to the discovery admissible evidence, particularly in its request for private business or financial information regarding Hotfile or other persons or entities unrelated to the present litigation and insofar as it seeks information about financing that is unrelated to the issues in the present litigation.  Hotfile further objects to this interrogatory on the grounds that it seeks private and/or confidential financial information.

Subject to those general and specific objections, Hotfile responds as follows:

Hotfile Corp. has three shareholders: Anton Titov, Atanas Vangelov, and Rumen Stoyanov.

HIGHLY CONFIDENTIAL

CASE NO. 11-20427-JORDAN

**INTERROGATORY NO. 5:**

Identify each person to whom you or any Hotfile Entity has provided, provides, or has promised to provide earnings derived in whole or in part from the operation of the Hotfile Website, and the nature, amount, and timing of any such payments.

**RESPONSE TO INTERROGATORY NO. 5:**

Hotfile incorporates by reference it general objections to this interrogatory. Hotfile further objects to this interrogatory as overbroad and unduly burdensome to the extent that it seeks information pertaining to any "Hotfile Entity" as that term is defined in the Definitions and Instructions and in its request for information regarding "any such payments." As currently defined, the term "Hotfile Entity" would include any entity, business venture, or organization subject to any Defendant's control (assuming any such entity, business venture or organization exists), irrespective of whether such entity has any relation or relevance to the present dispute. Hotfile further objects to this interrogatory on the grounds that it seeks information not reasonably calculated to lead to the discovery admissible evidence, particularly in its request for private business or financial information regarding Hotfile or other persons or entities unrelated to the present litigation and insofar as it seeks information about earnings that are not related to the claims of infringement in this litigation. Hotfile further objects to this interrogatory on the grounds that it seeks private and/or confidential financial information. Hotfile further objects that the phrase "earnings derived in whole or in part" is vague and ambiguous as used in this interrogatory.

Subject to those general and specific objections, Hotfile responds as follows:

Hotfile Corp.'s earnings accrue to Anton Titov, Atanas Vangelov, and Rumen Stoyanov.

**INTERROGATORY NO. 6:**

State the gross revenues, net revenues, and profits received by each Hotfile Entity since January 1, 2007.

HIGHLY CONFIDENTIAL

CASE NO. 11-20427-JORDAN

**RESPONSE TO INTERROGATORY NO. 6:**

Hotfile incorporates by reference it general objections to this interrogatory. Hotfile further objects to this interrogatory as overbroad and unduly burdensome to the extent that it seeks information pertaining to any "Hotfile Entity" as that term is defined in the Definitions and Instructions. As currently defined, that term would include any entity, business venture, or organization subject to any Defendant's control (assuming any such entity, business venture or organization exists), irrespective of whether such entity has any relation or relevance to the present dispute. Hotfile further objects to this interrogatory on the grounds that it seeks information not reasonably calculated to lead to the discovery admissible evidence, particularly in its request for private business or financial information regarding Hotfile or other persons or entities unrelated to the present litigation and insofar as it seeks information about revenues and profits that are not related to the claims of infringement in this litigation. Hotfile further objects to this interrogatory on the grounds that it seeks private and/or confidential financial information.

**INTERROGATORY NO. 7:**

State all income received by Defendant Titov, directly or indirectly, in connection with the Hotfile Website or from any Hotfile Entity.

**RESPONSE TO INTERROGATORY NO. 7:**

Hotfile incorporates by reference it general objections to this interrogatory. Hotfile further objects to this interrogatory as overbroad and unduly burdensome to the extent that it seeks information pertaining to any "Hotfile Entity" as that term is defined in the Definitions and Instructions. As currently defined, that term would include any entity, business venture, or organization subject to any Defendant's control (assuming any such entity, business venture or organization exists), irrespective of whether such entity has any relation or relevance to the present dispute. Hotfile further objects to this interrogatory on the grounds that it seeks information not reasonably calculated to lead to the discovery admissible evidence, particularly in its request for private business or financial information regarding Hotfile or other persons or entities that is unrelated to the present litigation and insofar as it seeks information about

**HIGHLY CONFIDENTIAL**

revenues and profits that are not related to the claims of infringement in this litigation.  Hotfile further objects to this interrogatory on the grounds that it seeks private and/or confidential financial information.  Hotfile further objects that the term "indirectly" is vague and ambiguous as used in this interrogatory.

**INTERROGATORY NO. 8:**

Identify each participant in the Hotfile "Reseller" program.

**RESPONSE TO INTERROGATORY NO. 8:**

Hotfile incorporates by reference it general objections to this interrogatory.  Hotfile further objects to this interrogatory as overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence, including and insofar as it seeks information not related to the claims of infringement in this litigation.

Subject to those general and specific objections, Hotfile responds as follows:

Hotfile's United States resellers, as shown on Hotfile's website (http://www.hotfile.com/resellers.html), are EasyPayOnline, August Technology, 24instant.com, Hotfile Reseller UK, Microdeluxe.com, Hotfile Premium Spain, Kamilla, One Click Reseller, Premium-Account.org, Premium Accounts Shop, and Larry Chen.

**INTERROGATORY NO. 9:**

Identify the 500 participants in the Hotfile "Affiliate" programs to whom any Defendant or Hotfile Entity has remitted, directly or indirectly, the largest cumulative payments during the history of Hotfile, and the cumulative amounts of such payments.

**RESPONSE TO INTERROGATORY NO. 9:**

Hotfile incorporates by reference it general objections to this interrogatory.  Hotfile further objects to this interrogatory as overbroad and unduly burdensome to the extent that it seeks information pertaining to any "Hotfile Entity" as that term is defined in the Definitions and Instructions.  As currently defined, that term would include any entity, business venture, or organization subject to any Defendant's control (assuming any such entity, business venture or organization exists), irrespective of whether such entity has any relation or relevance to the

HIGHLY CONFIDENTIAL

CASE NO. 11-20427-JORDAN

present dispute. Hotfile further objects to this interrogatory on the grounds that it is overbroad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence, including and insofar as it seeks information not related to the claims of infringement in this litigation. Hotfile further objects to this interrogatory on the grounds that it seeks private, confidential, personal and financial information about Hotfile's users. Hotfile further objects that this interrogatory is compound.

Subject to those general and specific objections, Hotfile responds as follows:

| User ID | Total Payments |
|---|---|
| 13849 | $ 95,373.85 |
| 211908 | $ 88,972.30 |
| 34770 | $ 71,552.90 |
| 13808 | $ 64,595.66 |
| 57167 | $ 56,249.71 |
| 274657 | $ 52,104.07 |
| 68960 | $ 51,055.86 |
| 97140 | $ 47,984.87 |
| 983030 | $ 46,425.10 |
| 13045 | $ 45,167.10 |
| 701847 | $ 42,567.62 |
| 226256 | $ 41,198.15 |
| 81415 | $ 41,080.15 |
| 1926356 | $ 39,941.84 |
| 449327 | $ 39,600.05 |
| 1481677 | $ 39,174.43 |
| 2508176 | $ 35,658.35 |
| 93050 | $ 34,891.16 |
| 14412 | $ 34,459.77 |
| 31645 | $ 34,349.51 |
| 31989 | $ 34,237.12 |
| 96211 | $ 33,424.36 |
| 134757 | $ 29,836.90 |
| 14035 | $ 28,508.39 |
| 1172962 | $ 28,445.11 |
| 2240317 | $ 27,605.17 |
| 103347 | $ 26,915.53 |
| 15171 | $ 26,426.95 |
| 814545 | $ 25,098.04 |

**HIGHLY CONFIDENTIAL**

CASE NO. 11-20427-JORDAN

| | | |
|---:|:---:|---:|
| 397122 | $ | 25,066.60 |
| 491856 | $ | 24,594.53 |
| 563900 | $ | 23,746.57 |
| 932956 | $ | 23,217.18 |
| 419536 | $ | 22,358.98 |
| 78460 | $ | 22,355.62 |
| 2535812 | $ | 21,837.50 |
| 964563 | $ | 21,747.83 |
| 50151 | $ | 21,652.23 |
| 13057 | $ | 20,839.26 |
| 584616 | $ | 20,206.91 |
| 552674 | $ | 19,759.25 |
| 1782913 | $ | 19,521.32 |
| 1267676 | $ | 18,662.52 |
| 64414 | $ | 18,649.77 |
| 13962 | $ | 18,255.28 |
| 33273 | $ | 18,189.54 |
| 1473299 | $ | 17,797.15 |
| 15946 | $ | 17,629.63 |
| 320282 | $ | 17,530.60 |
| 44930 | $ | 17,410.04 |
| 45755 | $ | 17,405.54 |
| 507306 | $ | 17,076.07 |
| 230062 | $ | 16,808.81 |
| 242532 | $ | 16,345.12 |
| 379860 | $ | 16,275.61 |
| 717401 | $ | 16,217.58 |
| 295183 | $ | 16,015.59 |
| 21690 | $ | 15,949.73 |
| 603916 | $ | 15,873.40 |
| 3906467 | $ | 15,800.81 |
| 29367 | $ | 15,636.92 |
| 529684 | $ | 15,489.70 |
| 48213 | $ | 15,476.85 |
| 302153 | $ | 15,282.35 |
| 17374 | $ | 15,141.75 |
| 1211195 | $ | 14,785.35 |
| 2003014 | $ | 14,730.41 |
| 1486162 | $ | 14,521.73 |
| 1508405 | $ | 14,319.00 |
| 183201 | $ | 14,236.08 |

**HIGHLY CONFIDENTIAL**

CASE NO. 11-20427-JORDAN

| | | |
|---:|:---:|---:|
| 85771 | $ | 14,051.84 |
| 105527 | $ | 14,005.18 |
| 459973 | $ | 13,991.74 |
| 25663 | $ | 13,739.36 |
| 102220 | $ | 13,495.65 |
| 29839 | $ | 13,307.93 |
| 13725 | $ | 13,226.75 |
| 15348 | $ | 13,096.07 |
| 72133 | $ | 12,938.50 |
| 1105868 | $ | 12,908.23 |
| 988137 | $ | 12,885.45 |
| 27379 | $ | 12,840.85 |
| 14096 | $ | 12,655.96 |
| 411127 | $ | 12,643.10 |
| 3435520 | $ | 12,605.70 |
| 425748 | $ | 12,579.00 |
| 1673737 | $ | 12,471.86 |
| 115007 | $ | 12,261.79 |
| 105475 | $ | 12,233.83 |
| 218273 | $ | 12,218.77 |
| 20058 | $ | 12,218.36 |
| 79408 | $ | 12,091.84 |
| 330285 | $ | 12,008.19 |
| 60823 | $ | 11,815.54 |
| 49779 | $ | 11,699.88 |
| 107222 | $ | 11,646.18 |
| 541238 | $ | 11,581.87 |
| 2378474 | $ | 11,427.07 |
| 397965 | $ | 11,292.54 |
| 293418 | $ | 11,182.01 |
| 835549 | $ | 11,128.89 |
| 199492 | $ | 11,114.95 |
| 1144976 | $ | 11,101.42 |
| 136224 | $ | 11,093.66 |
| 624509 | $ | 11,019.87 |
| 800898 | $ | 10,960.13 |
| 946814 | $ | 10,879.58 |
| 30562 | $ | 10,862.37 |
| 784744 | $ | 10,836.02 |
| 1168695 | $ | 10,787.37 |
| 14706 | $ | 10,734.07 |

**HIGHLY CONFIDENTIAL**

| | | |
|---:|:---:|---:|
| 13336 | $ | 10,674.14 |
| 28270 | $ | 10,648.11 |
| 594907 | $ | 10,620.18 |
| 328995 | $ | 10,475.88 |
| 39369 | $ | 10,425.14 |
| 1767918 | $ | 10,375.84 |
| 56849 | $ | 10,329.83 |
| 220142 | $ | 10,312.83 |
| 19649 | $ | 10,280.02 |
| 103705 | $ | 10,250.00 |
| 204672 | $ | 10,174.87 |
| 14222 | $ | 10,142.31 |
| 26026 | $ | 10,109.93 |
| 655351 | $ | 10,099.99 |
| 26515 | $ | 10,059.48 |
| 1856877 | $ | 9,961.66 |
| 479352 | $ | 9,938.61 |
| 1469115 | $ | 9,931.58 |
| 128913 | $ | 9,808.32 |
| 586734 | $ | 9,792.13 |
| 136792 | $ | 9,721.27 |
| 41279 | $ | 9,655.84 |
| 736037 | $ | 9,644.55 |
| 353573 | $ | 9,613.59 |
| 16257 | $ | 9,484.15 |
| 73010 | $ | 9,415.89 |
| 751047 | $ | 9,413.57 |
| 27892 | $ | 9,411.09 |
| 13717 | $ | 9,405.52 |
| 276517 | $ | 9,383.00 |
| 144527 | $ | 9,380.94 |
| 74723 | $ | 9,365.09 |
| 319153 | $ | 9,330.91 |
| 424682 | $ | 9,234.22 |
| 918052 | $ | 9,202.47 |
| 18142 | $ | 9,169.54 |
| 78826 | $ | 9,159.60 |
| 2579401 | $ | 9,138.81 |
| 13048 | $ | 9,057.78 |
| 96936 | $ | 8,950.18 |
| 350838 | $ | 8,921.55 |

**HIGHLY CONFIDENTIAL**

| | | |
|---|---|---|
| 547992 | $ | 8,628.84 |
| 423594 | $ | 8,624.84 |
| 835320 | $ | 8,557.45 |
| 1581360 | $ | 8,515.06 |
| 80383 | $ | 8,452.00 |
| 184035 | $ | 8,423.65 |
| 14438 | $ | 8,374.87 |
| 1352333 | $ | 8,334.69 |
| 212711 | $ | 8,334.11 |
| 29477 | $ | 8,253.40 |
| 594305 | $ | 8,215.70 |
| 13636 | $ | 8,172.18 |
| 453990 | $ | 8,147.68 |
| 349186 | $ | 8,133.17 |
| 717934 | $ | 8,045.76 |
| 14491 | $ | 8,018.77 |
| 441810 | $ | 8,007.87 |
| 20407 | $ | 7,983.27 |
| 24070 | $ | 7,968.24 |
| 150960 | $ | 7,968.06 |
| 96987 | $ | 7,881.72 |
| 23004 | $ | 7,876.23 |
| 454220 | $ | 7,875.43 |
| 51939 | $ | 7,866.12 |
| 251061 | $ | 7,860.12 |
| 234595 | $ | 7,818.42 |
| 275373 | $ | 7,811.20 |
| 24735 | $ | 7,800.31 |
| 208347 | $ | 7,797.13 |
| 421262 | $ | 7,788.26 |
| 55630 | $ | 7,692.93 |
| 388566 | $ | 7,691.02 |
| 1165306 | $ | 7,675.64 |
| 314820 | $ | 7,602.27 |
| 2276613 | $ | 7,581.01 |
| 1894918 | $ | 7,575.79 |
| 487454 | $ | 7,575.16 |
| 364950 | $ | 7,545.14 |
| 300236 | $ | 7,532.82 |
| 571107 | $ | 7,513.49 |
| 1017251 | $ | 7,503.48 |

**HIGHLY CONFIDENTIAL**

CASE NO. 11-20427-JORDAN

| | | |
|---:|:---:|---:|
| 54282 | $ | 7,452.06 |
| 65429 | $ | 7,448.40 |
| 217599 | $ | 7,400.86 |
| 75662 | $ | 7,388.81 |
| 240389 | $ | 7,365.46 |
| 191822 | $ | 7,355.38 |
| 21723 | $ | 7,353.45 |
| 144642 | $ | 7,300.23 |
| 439640 | $ | 7,238.85 |
| 438574 | $ | 7,214.70 |
| 89483 | $ | 7,174.03 |
| 617753 | $ | 7,089.17 |
| 1281096 | $ | 7,003.89 |
| 173284 | $ | 6,996.03 |
| 1484278 | $ | 6,991.55 |
| 2208597 | $ | 6,962.80 |
| 292857 | $ | 6,956.77 |
| 314260 | $ | 6,949.91 |
| 2139319 | $ | 6,938.01 |
| 1004739 | $ | 6,929.56 |
| 352086 | $ | 6,902.76 |
| 30126 | $ | 6,901.11 |
| 57729 | $ | 6,874.66 |
| 2568783 | $ | 6,871.18 |
| 1207106 | $ | 6,850.59 |
| 2026966 | $ | 6,836.56 |
| 15160 | $ | 6,794.70 |
| 875794 | $ | 6,788.81 |
| 2126902 | $ | 6,679.02 |
| 993323 | $ | 6,624.38 |
| 1627299 | $ | 6,623.05 |
| 1490049 | $ | 6,621.61 |
| 267003 | $ | 6,579.60 |
| 17179 | $ | 6,578.69 |
| 182035 | $ | 6,574.84 |
| 1796045 | $ | 6,560.00 |
| 1553512 | $ | 6,553.93 |
| 123671 | $ | 6,502.51 |
| 151747 | $ | 6,464.55 |
| 50105 | $ | 6,462.22 |
| 1352897 | $ | 6,438.38 |

18

**HIGHLY CONFIDENTIAL**

| | | |
|---|---|---|
| 785799 | $ | 6,425.50 |
| 367896 | $ | 6,423.91 |
| 306949 | $ | 6,416.44 |
| 93395 | $ | 6,405.82 |
| 39627 | $ | 6,392.43 |
| 43581 | $ | 6,373.60 |
| 601345 | $ | 6,372.89 |
| 1707396 | $ | 6,357.16 |
| 53265 | $ | 6,356.54 |
| 78718 | $ | 6,350.06 |
| 1458385 | $ | 6,332.77 |
| 3171726 | $ | 6,330.68 |
| 65065 | $ | 6,302.02 |
| 22008 | $ | 6,295.58 |
| 92538 | $ | 6,295.48 |
| 665881 | $ | 6,291.81 |
| 30893 | $ | 6,287.73 |
| 18927 | $ | 6,287.65 |
| 13290 | $ | 6,278.51 |
| 399068 | $ | 6,253.21 |
| 72080 | $ | 6,232.80 |
| 18248 | $ | 6,228.18 |
| 1808958 | $ | 6,217.88 |
| 1802489 | $ | 6,212.91 |
| 398662 | $ | 6,211.82 |
| 1292156 | $ | 6,200.17 |
| 41495 | $ | 6,189.98 |
| 1947843 | $ | 6,183.52 |
| 79340 | $ | 6,144.79 |
| 153192 | $ | 6,135.12 |
| 127887 | $ | 6,132.98 |
| 342844 | $ | 6,085.86 |
| 14933 | $ | 6,076.77 |
| 301522 | $ | 6,075.98 |
| 187945 | $ | 6,075.73 |
| 14605 | $ | 6,070.03 |
| 1379691 | $ | 6,061.03 |
| 307973 | $ | 6,057.11 |
| 37042 | $ | 6,044.82 |
| 448354 | $ | 6,042.63 |
| 143936 | $ | 6,042.24 |

HIGHLY CONFIDENTIAL

CASE NO. 11-20427-JORDAN

| | | |
|---:|:---:|---:|
| 19137 | $ | 6,034.91 |
| 1451008 | $ | 6,024.35 |
| 40263 | $ | 5,993.24 |
| 208796 | $ | 5,992.79 |
| 68411 | $ | 5,981.23 |
| 42580 | $ | 5,980.26 |
| 1526903 | $ | 5,972.88 |
| 2062265 | $ | 5,890.66 |
| 353404 | $ | 5,872.00 |
| 17411 | $ | 5,870.57 |
| 887501 | $ | 5,824.19 |
| 352498 | $ | 5,771.51 |
| 207006 | $ | 5,762.98 |
| 932101 | $ | 5,733.99 |
| 98901 | $ | 5,714.61 |
| 34581 | $ | 5,710.17 |
| 137319 | $ | 5,681.15 |
| 302789 | $ | 5,670.94 |
| 438272 | $ | 5,663.03 |
| 453867 | $ | 5,653.88 |
| 1806379 | $ | 5,648.47 |
| 236940 | $ | 5,636.23 |
| 1931637 | $ | 5,630.46 |
| 45668 | $ | 5,609.49 |
| 580230 | $ | 5,592.72 |
| 1667981 | $ | 5,581.73 |
| 56414 | $ | 5,577.26 |
| 34038 | $ | 5,575.33 |
| 1691682 | $ | 5,565.45 |
| 14191 | $ | 5,564.82 |
| 23749 | $ | 5,555.25 |
| 71249 | $ | 5,545.97 |
| 1034491 | $ | 5,520.85 |
| 1269256 | $ | 5,515.68 |
| 231138 | $ | 5,489.77 |
| 2095717 | $ | 5,471.31 |
| 32262 | $ | 5,441.53 |
| 108111 | $ | 5,440.70 |
| 1756996 | $ | 5,422.50 |
| 40140 | $ | 5,409.91 |
| 280974 | $ | 5,401.24 |

**HIGHLY CONFIDENTIAL**

CASE NO. 11-20427-JORDAN

| | | |
|---|---|---|
| 1766889 | $ | 5,392.17 |
| 2252408 | $ | 5,388.39 |
| 77027 | $ | 5,381.95 |
| 388778 | $ | 5,379.15 |
| 14025 | $ | 5,368.92 |
| 86286 | $ | 5,359.65 |
| 18904 | $ | 5,359.37 |
| 1997589 | $ | 5,333.92 |
| 56128 | $ | 5,333.02 |
| 911271 | $ | 5,330.07 |
| 399763 | $ | 5,308.35 |
| 1967001 | $ | 5,295.58 |
| 27886 | $ | 5,294.82 |
| 291994 | $ | 5,291.15 |
| 340745 | $ | 5,281.33 |
| 788865 | $ | 5,281.23 |
| 52630 | $ | 5,280.55 |
| 14973 | $ | 5,279.31 |
| 2071376 | $ | 5,258.12 |
| 1825916 | $ | 5,248.08 |
| 26264 | $ | 5,242.06 |
| 1000865 | $ | 5,233.21 |
| 1038328 | $ | 5,228.42 |
| 358039 | $ | 5,216.00 |
| 402209 | $ | 5,209.26 |
| 209190 | $ | 5,178.44 |
| 520050 | $ | 5,174.50 |
| 343110 | $ | 5,171.89 |
| 28767 | $ | 5,166.96 |
| 402494 | $ | 5,161.18 |
| 828875 | $ | 5,148.67 |
| 48736 | $ | 5,136.21 |
| 792795 | $ | 5,134.32 |
| 21177 | $ | 5,122.29 |
| 23986 | $ | 5,117.56 |
| 856977 | $ | 5,116.01 |
| 1883519 | $ | 5,103.54 |
| 1303669 | $ | 5,084.87 |
| 2275866 | $ | 5,077.13 |
| 143068 | $ | 5,076.79 |
| 27077 | $ | 5,058.13 |

**HIGHLY CONFIDENTIAL**

| | | |
|---|---|---|
| 30700 | $ | 5,051.58 |
| 422720 | $ | 5,031.10 |
| 1498995 | $ | 4,993.62 |
| 70957 | $ | 4,989.22 |
| 269575 | $ | 4,988.34 |
| 432839 | $ | 4,988.21 |
| 77961 | $ | 4,978.41 |
| 13266 | $ | 4,969.45 |
| 1166528 | $ | 4,968.32 |
| 2013398 | $ | 4,955.47 |
| 1702970 | $ | 4,926.26 |
| 1662957 | $ | 4,925.96 |
| 594545 | $ | 4,915.42 |
| 1434169 | $ | 4,914.64 |
| 2094178 | $ | 4,886.45 |
| 2058492 | $ | 4,883.65 |
| 1525785 | $ | 4,860.34 |
| 934560 | $ | 4,852.18 |
| 17635 | $ | 4,851.89 |
| 1117230 | $ | 4,842.56 |
| 14466 | $ | 4,839.25 |
| 769561 | $ | 4,830.36 |
| 976302 | $ | 4,823.21 |
| 13088 | $ | 4,809.31 |
| 18912 | $ | 4,800.51 |
| 20261 | $ | 4,780.61 |
| 620155 | $ | 4,765.99 |
| 198460 | $ | 4,762.99 |
| 611251 | $ | 4,761.78 |
| 1521689 | $ | 4,746.49 |
| 19955 | $ | 4,740.39 |
| 60907 | $ | 4,739.13 |
| 360101 | $ | 4,738.30 |
| 165113 | $ | 4,732.40 |
| 1597896 | $ | 4,730.74 |
| 974421 | $ | 4,725.70 |
| 805577 | $ | 4,715.27 |
| 18041 | $ | 4,712.50 |
| 52395 | $ | 4,709.47 |
| 617153 | $ | 4,701.86 |
| 657644 | $ | 4,686.13 |

HIGHLY CONFIDENTIAL

CASE NO. 11-20427-JORDAN

| | | |
|---:|:---:|---:|
| 790063 | $ | 4,685.42 |
| 60890 | $ | 4,667.93 |
| 739151 | $ | 4,657.24 |
| 996170 | $ | 4,638.69 |
| 603034 | $ | 4,625.68 |
| 134256 | $ | 4,622.77 |
| 539892 | $ | 4,619.50 |
| 1649804 | $ | 4,615.93 |
| 54976 | $ | 4,615.37 |
| 154157 | $ | 4,594.00 |
| 328305 | $ | 4,572.11 |
| 150850 | $ | 4,563.60 |
| 772409 | $ | 4,550.03 |
| 2127445 | $ | 4,549.62 |
| 146430 | $ | 4,545.35 |
| 148320 | $ | 4,540.45 |
| 1000276 | $ | 4,537.58 |
| 1088042 | $ | 4,536.10 |
| 33242 | $ | 4,535.46 |
| 94120 | $ | 4,534.39 |
| 472862 | $ | 4,532.99 |
| 912388 | $ | 4,526.10 |
| 41078 | $ | 4,520.62 |
| 18860 | $ | 4,520.43 |
| 249090 | $ | 4,513.13 |
| 1650482 | $ | 4,509.01 |
| 1879273 | $ | 4,501.11 |
| 17914 | $ | 4,487.93 |
| 3914047 | $ | 4,487.44 |
| 13791 | $ | 4,474.35 |
| 176260 | $ | 4,474.16 |
| 1345182 | $ | 4,462.38 |
| 93900 | $ | 4,452.03 |
| 88771 | $ | 4,449.80 |
| 193820 | $ | 4,448.34 |
| 966807 | $ | 4,442.62 |
| 770979 | $ | 4,442.27 |
| 459874 | $ | 4,429.49 |
| 166771 | $ | 4,427.38 |
| 581720 | $ | 4,424.30 |
| 1505748 | $ | 4,422.15 |

23

**HIGHLY CONFIDENTIAL**

| | | |
|---:|:---:|:---|
| 50082 | $ | 4,414.41 |
| 800485 | $ | 4,408.56 |
| 1705701 | $ | 4,408.52 |
| 797527 | $ | 4,406.80 |
| 21939 | $ | 4,402.87 |
| 1757725 | $ | 4,401.58 |
| 1633993 | $ | 4,397.75 |
| 254874 | $ | 4,388.91 |
| 1904302 | $ | 4,380.47 |
| 387932 | $ | 4,363.40 |
| 38351 | $ | 4,356.81 |
| 446202 | $ | 4,347.10 |
| 2403248 | $ | 4,334.45 |
| 67486 | $ | 4,328.82 |
| 305467 | $ | 4,324.69 |
| 2324855 | $ | 4,319.34 |
| 345009 | $ | 4,318.87 |
| 452118 | $ | 4,317.97 |
| 51179 | $ | 4,317.00 |
| 362913 | $ | 4,309.05 |
| 2148977 | $ | 4,308.67 |
| 78384 | $ | 4,306.10 |
| 578378 | $ | 4,300.60 |
| 30679 | $ | 4,295.72 |
| 1218864 | $ | 4,294.62 |
| 19473 | $ | 4,287.09 |
| 316132 | $ | 4,282.48 |
| 2751794 | $ | 4,273.91 |
| 51129 | $ | 4,249.04 |
| 1938506 | $ | 4,244.13 |
| 97666 | $ | 4,241.37 |
| 1893509 | $ | 4,239.57 |
| 601929 | $ | 4,233.29 |
| 81453 | $ | 4,229.79 |
| 17812 | $ | 4,227.40 |
| 64153 | $ | 4,210.96 |
| 2545316 | $ | 4,201.93 |
| 3147452 | $ | 4,184.80 |
| 13033 | $ | 4,162.56 |
| 563652 | $ | 4,162.04 |
| 43872 | $ | 4,160.37 |

**HIGHLY CONFIDENTIAL**

| | | |
|---|---|---|
| 167537 | $ | 4,157.71 |
| 192353 | $ | 4,154.76 |
| 1387691 | $ | 4,147.25 |
| 13586 | $ | 4,145.71 |
| 431206 | $ | 4,130.01 |
| 458195 | $ | 4,124.59 |
| 44936 | $ | 4,106.97 |
| 2089624 | $ | 4,097.94 |
| 1987253 | $ | 4,093.57 |
| 72265 | $ | 4,092.95 |
| 13753 | $ | 4,091.80 |
| 13964 | $ | 4,082.37 |
| 288556 | $ | 4,079.08 |
| 1766442 | $ | 4,074.78 |
| 593971 | $ | 4,071.29 |
| 27263 | $ | 4,068.79 |
| 1425702 | $ | 4,065.42 |
| 563092 | $ | 4,059.31 |
| 130203 | $ | 4,056.56 |
| 2003846 | $ | 4,044.37 |

**INTERROGATORY NO. 10:**

Identify each user whose access to the Hotfile website any Defendant or Hotfile Entity has ever terminated, limited, suspended, or otherwise penalized, and for each state:

a) The specific reason(s) therefore;

b) The date on which such action was taken; and

c) Whether the user was believed or alleged to be a copyright infringer or a repeat infringer. For purposes of responding to this Interrogatory, Plaintiffs do not believe that Defendants may lawfully withhold information on the basis that it contains identifying information regarding specific Hotfile users. Without prejudice to Plaintiffs' right to seek the identity and additional information pertaining to such users, Defendants may, in the first instance, limit their identification of users in response to this Interrogatory by identifying the users' usernames, Hotfile user identification number, and geographic location (such as by providing country, city and state information and/or sufficient unredacted IP address information).

**HIGHLY CONFIDENTIAL**

CASE NO. 11-20427-JORDAN

**RESPONSE TO INTERROGATORY NO. 10:**

Hotfile incorporates by reference it general objections to this interrogatory. Hotfile further objects to this interrogatory as overbroad and unduly burdensome to the extent that it seeks information pertaining to any "Hotfile Entity" as that term is defined in the Definitions and Instructions. As currently defined, that term would include any entity, business venture, or organization subject to any Defendant's control (assuming any such entity, business venture or organization exists), irrespective of whether such entity has any relation or relevance to the present dispute. Hotfile further objects to this interrogatory as overbroad and unduly burdensome to the extent that it seeks information pertaining to "Hotfile users" as that term is defined in the Definitions and Instructions. Plaintiffs' definition includes every internet user who has ever accessed the Hotfile website, regardless of whether such user has uploaded or downloaded files from Hotfile. It is impossible for Hotfile to know the identity of every person who has ever accessed the Hotfile website. Hotfile further objects to this interrogatory as overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence insofar as it seeks information regarding users that have been terminated for reasons unrelated to the alleged copyright infringement upon which this dispute is based.

Subject to those general and specific objections, Hotfile responds as follows:

Pursuant to Federal Rule of Civil Procedure 33(d), Hotfile will produce documents sufficient for Plaintiffs to ascertain the Hotfile identification number of terminated users, and, to the extent the information is available, the date of the terminations and the reason(s) for the terminations.

**INTERROGATORY NO. 11:**

Describe each connection Defendant Titov has to Florida in the last ten years, including:

a) Any Florida driver's licenses ever held;

b) Any Florida property owned, in whole or in part;

c) Any leases or rental agreements, in whole or in part, for property in Florida;

HIGHLY CONFIDENTIAL

CASE NO. 11-20427-JORDAN

d) Any utilities in Titov's name, in whole or in part, for property in Florida;

e) Any bank accounts Titov has ever held in Florida;

f) Any travel to Florida in the past ten years, including:

    i.   the length of each such trip;

    ii.   the location where Defendant Titov resided or stayed during each such trip;

    iii.   any persons or entities with whom Defendant Titov met during each such trip; and

    iv.   the substance and purpose of each such trip.

## RESPONSE TO INTERROGATORY NO. 11:

Hotfile incorporates by reference it general objections to this interrogatory. Hotfile further objects to this interrogatory as overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence, particularly given that Mr. Titov has not contested personal jurisdiction in this matter. Hotfile further objects to this interrogatory as overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence in that it seeks categories of information without an ascertainable limitation or relationship to the claims of copyright infringement in this matter. Hotfile further objects that this interrogatory seeks private, confidential and personal information, including financial information and other personal information having no bearing on this lawsuit whatsoever. Hotfile further objects that this interrogatory is compound.

DATED: May 5, 2011

By: _____

Roderick M. Thompson (admitted *pro hac vice*)
Andrew Leibnitz (admitted *pro hac vice*)
Anthony P. Schoenberg (*admitted pro hac vice*)
Deepak Gupta (admitted *pro hac vice*)
Janel Thamkul (admitted *pro hac vice*)
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA  94104
Telephone:  415.954.4400
Telecopy: 415.954.4480

**HIGHLY CONFIDENTIAL**

CASE NO. 11-20427-JORDAN

And

Janet T. Munn, Fla. Bar No. 501281
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone:  305.476.7101
Telecopy: 305.476.7102
Email: jmunn@rascoklock.com

*Counsel for Defendants Hotfile Corp. and Anton Titov*

**HIGHLY CONFIDENTIAL**

## VERIFICATION

I, Anton Titov, am a Manager of Hotfile Corporation, a defendant in this lawsuit. I make this verification on behalf of said party and on behalf of myself as an individual. I have read the foregoing Defendants' Responses to Plaintiffs' First Set of Interrogatories and know the contents thereof. To the best of my knowledge, information and belief, the responses set forth therein are true and correct.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Executed this 5th day of May, 2011, in _Fort Lauderdale, FL_

By: _____

Anton Titov

CASE NO. 11-20427-JORDAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants.*

               /

### CERTIFICATE OF SERVICE

  I am a citizen of the United States and employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

  I HEREBY CERTIFY that on May 5, 2011, I electronically served the following documents on all counsel of record on the attached Service List via their email address(es).  The documents served on this date are:

**DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**

  I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 5, 2011, at San Francisco, California.

          *Greg George*
          Greg George

HIGHLY CONFIDENTIAL

CASE NO. 11-20427-JORDAN

## SERVICE LIST: CASE NO. 11-CIV-20427-JORDAN

Karen R. Thorland, Esq.
Motion Picture Association of America, Inc.
15301 Ventura Blvd., Building E
Sherman Oaks, CA 91403
Telephone:     (818) 935-5812
Fax:              (818) 285-4407
Email: Karen_Thorland@mpaa.org

*Attorneys for Plaintiffs*
*Party Name:   Disney Enterprises, Inc.,*
*Twentieth Century Fox Film Corporation,*
*Universal City Studios Productions LLP,*
*Columbia Pictures Industries, Inc., Warner*
*Bros. Entertainment Inc.*

**Served via electronic mail by agreement**

Karen Linda Stetson, Esq.
Gray-Robinson P.A.
1221 Brickell Avenue, Suite 1650
Miami, FL 33131
Telephone:    (305) 416-6880
Fax:              (305) 416-6887
Email: kstetson@gray-robinson.com

*Attorneys for Plaintiffs*
*Party Name:   Disney Enterprises, Inc.,*
*Twentieth Century Fox Film Corporation,*
*Universal City Studios Productions LLP,*
*Columbia Pictures Industries, Inc., Warner*
*Bros. Entertainment Inc.*

**Served via electronic mail by agreement**

Duane C. Pozza, Esq.
Luke C. Platzer, Esq.
Steven B. Fabrizio, Esq.
Jenner & Block
1099 New York Avenue, N.W., Ste. 900
Washington, DC 20001-4412
Telephone:     (202) 639-6094
Fax:              (202) 639-6068
Email: dpozza@jenner.com;
lplatzer@jenner.com; sfabrizio@jenner.com

*Attorneys for Plaintiffs*
*Party Name:   Disney Enterprises, Inc.,*
*Twentieth Century Fox Film Corporation,*
*Universal City Studios Productions LLP,*
*Columbia Pictures Industries, Inc., Warner*
*Bros. Entertainment Inc.*

**Served via electronic mail by agreement**

BOSTON LAW GROUP
Valentin Gurvits
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:    617-928-1800
Fax:              617-928-1802
vgurvitz@bostonlawgroup.com

*Attorney for Defendants*
*Hotfile Corp. and Anton Titov*

**Served via electronic mail by agreement**

26501\2569837.3

30

**HIGHLY CONFIDENTIAL**

CASE NO. 11-20427-JORDAN

Janet T. Munn, Esq.
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
Telephone:    (305) 476-7101
Fax:              (305) 476-7102
Email: jmunn@rascoklock.com

*Local Attorney for:    Defendants*
*Party Name:   Hotfile Corp. and Anton Titov*

**Served via electronic mail by agreement**

**HIGHLY CONFIDENTIAL**