# Yeh Exhibit 14

HF00000048

Sheet1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | userid | reason | date | | |
| 2 | 4159497 | Repeated Copyright Infrindgement | 2011-05-05 04:15:36 | | |
| 3 | 3763087 | Repeated Copyright Infrindgement | 2011-05-05 04:15:04 | | |
| 4 | 2306743 | Repeated Copyright Infrindgement | 2011-05-05 04:15:02 | | |
| 5 | 794350 | Repeated Copyright Infrindgement | 2011-05-05 04:15:01 | | |
| 6 | 4850703 | Repeated Copyright Infrindgement | 2011-05-05 02:15:04 | | |
| 7 | 3841003 | Repeated Copyright Infrindgement | 2011-05-05 02:15:02 | | |
| 8 | 3591803 | Repeated Copyright Infrindgement | 2011-05-05 02:15:01 | | |
| 9 | 4827120 | shared/hacked | 2011-05-05 01:23:57 | | |
| 10 | 4723005 | Repeated Copyright Infrindgement | 2011-05-04 22:15:04 | | |
| 11 | 1528420 | Repeated Copyright Infrindgement | 2011-05-04 22:15:03 | | |
| 12 | 1405993 | Repeated Copyright Infrindgement | 2011-05-04 22:16:02 | | |
| 13 | 4835256 | Repeated Copyright Infrindgement | 2011-05-04 20:15:38 | | |
| 14 | 4756679 | Repeated Copyright Infrindgement | 2011-05-04 20:15:05 | | |
| 15 | 4506221 | Repeated Copyright Infrindgement | 2011-05-04 20:15:04 | | |
| 16 | 2310573 | Repeated Copyright Infrindgement | 2011-05-04 20:15:03 | | |
| 17 | 2140373 | Repeated Copyright Infrindgement | 2011-05-04 20:15:02 | | |
| 18 | 1293069 | Repeated Copyright Infrindgement | 2011-05-04 18:15:03 | | |
| 19 | 253322 | Repeated Copyright Infrindgement | 2011-05-04 18:15:02 | | |
| 20 | 58057 | Repeated Copyright Infrindgement | 2011-05-04 18:15:01 | | |
| 21 | 4830701 | Repeated Copyright Infrindgement | 2011-05-04 16:15:08 | | |
| 22 | 4351428 | Repeated Copyright Infrindgement | 2011-05-04 16:15:07 | | |
| 23 | 2739053 | Repeated Copyright Infrindgement | 2011-05-04 16:15:05 | | |
| 24 | 899039 | Repeated Copyright Infrindgement | 2011-05-04 16:15:03 | | |
| 25 | 699318 | Repeated Copyright Infrindgement | 2011-05-04 16:15:02 | | |
| 26 | 253950 | Repeated Copyright Infrindgement | 2011-05-04 16:15:01 | | |
| 27 | 4791044 | Repeated Copyright Infrindgement | 2011-05-04 14:15:09 | | |
| 28 | 4643398 | Repeated Copyright Infrindgement | 2011-05-04 14:15:08 | | |
| 29 | 4569095 | Repeated Copyright Infrindgement | 2011-05-04 14:15:07 | | |
| 30 | 3702010 | Repeated Copyright Infrindgement | 2011-05-04 14:15:06 | | |
| 31 | 2898797 | Repeated Copyright Infrindgement | 2011-05-04 14:15:05 | | |
| 32 | 747041 | Repeated Copyright Infrindgement | 2011-05-04 14:15:03 | | |
| 33 | 718973 | Repeated Copyright Infrindgement | 2011-05-04 14:15:02 | | |
| 34 | 68784 | Repeated Copyright Infrindgement | 2011-05-04 14:15:01 | | |
| 35 | 4848030 | Repeated Copyright Infrindgement | 2011-05-04 12:16:46 | | |
| 36 | 4779480 | Repeated Copyright Infrindgement | 2011-05-04 12:16:45 | | |
| 37 | 4760607 | Repeated Copyright Infrindgement | 2011-05-04 12:16:44 | | |
| 38 | 4758484 | Repeated Copyright Infrindgement | 2011-05-04 12:16:43 | | |
| 39 | 4683273 | Repeated Copyright Infrindgement | 2011-05-04 12:16:41 | | |
| 40 | 4646724 | Repeated Copyright Infrindgement | 2011-05-04 12:16:40 | | |
| 41 | 4562292 | Repeated Copyright Infrindgement | 2011-05-04 12:16:39 | | |
| 42 | 4180025 | Repeated Copyright Infrindgement | 2011-05-04 12:16:38 | | |
| 43 | 4156059 | Repeated Copyright Infrindgement | 2011-05-04 12:16:37 | | |
| 44 | 3977200 | Repeated Copyright Infrindgement | 2011-05-04 12:16:36 | | |
| 45 | 3822079 | Repeated Copyright Infrindgement | 2011-05-04 12:16:35 | | |
| 46 | 3728680 | Repeated Copyright Infrindgement | 2011-05-04 12:16:34 | | |
| 47 | 3691689 | Repeated Copyright Infrindgement | 2011-05-04 12:16:33 | | |
| 48 | 3669129 | Repeated Copyright Infrindgement | 2011-05-04 12:16:32 | | |
| 49 | 3097649 | Repeated Copyright Infrindgement | 2011-05-04 12:16:31 | | |
| 50 | 2905822 | Repeated Copyright Infrindgement | 2011-05-04 12:16:30 | | |
| 51 | 2538428 | Repeated Copyright Infrindgement | 2011-05-04 12:16:29 | | |
| 52 | 2263073 | Repeated Copyright Infrindgement | 2011-05-04 12:16:28 | | |

EXHIBIT

TITOV 34
12.06.11

PENGAD 800-631-6989

Highly Confidential

HF00000285

Sheet1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 12325 | 3398382 | cheater checks. | 2011-02-13 02:23:35 | | |
| 12326 | 2076421 | cheater checks. | 2011-02-13 02:17:22 | | |
| 12327 | 4460023 | cheater checks. | 2011-02-13 02:15:46 | | |
| 12328 | 4398178 | cheater checks. | 2011-02-13 02:13:56 | | |
| 12329 | 4353727 | cheater checks | 2011-02-13 02:13:38 | | |
| 12330 | 4122505 | reseller | 2011-02-13 01:28:11 | | |
| 12331 | 492317 | cp | 2011-02-12 03:10:42 | | |
| 12332 | 4445770 | cheater checks | 2011-02-10 00:25:41 | | |
| 12333 | 351566 | shared | 2011-02-10 00:25:07 | | |
| 12334 | 382573 | shared. | 2011-02-10 00:25:07 | | |
| 12335 | 3303125 | shared | 2011-02-10 00:25:07 | | |
| 12336 | 2009869 | shared. | 2011-02-10 00:17:19 | | |
| 12337 | 50144 | shared. | 2011-02-09 01:03:26 | | |
| 12338 | 50705 | shared. | 2011-02-09 01:03:26 | | |
| 12339 | 431827 | shared | 2011-02-09 01:03:26 | | |
| 12340 | 1041970 | shared. | 2011-02-09 01:03:26 | | |
| 12341 | 1055776 | shared | 2011-02-09 01:03:26 | | |
| 12342 | 1603466 | shared. | 2011-02-09 01:03:26 | | |
| 12343 | 1647432 | shared | 2011-02-09 01:03:26 | | |
| 12344 | 2377423 | shared | 2011-02-09 01:03:26 | | |
| 12345 | 3086286 | shared. | 2011-02-09 01:03:26 | | |
| 12346 | 4339709 | dwid cheat | 2011-02-07 06:04:53 | | |
| 12347 | 4358852 | dwid cheat | 2011-02-07 06:04:40 | | |
| 12348 | 4387709 | dwid cheat | 2011-02-07 06:04:30 | | |
| 12349 | 4394905 | dwid cheat. | 2011-02-07 06:04:22 | | |
| 12350 | 4420259 | dwid cheat | 2011-02-07 04:26:31 | | |
| 12351 | 3689752 | shared | 2011-02-07 04:03:53 | | |
| 12352 | 3732811 | shared | 2011-02-07 04:01:23 | | |
| 12353 | 1302600 | shared | 2011-02-07 04:01:18 | | |
| 12354 | 2082964 | shared | 2011-02-07 04:01:09 | | |
| 12355 | 4336865 | shared | 2011-02-07 04:00:25 | | |
| 12356 | 125172 | shared. | 2011-02-07 04:00:11 | | |
| 12357 | 2213310 | shared | 2011-02-07 03:59:30 | | |
| 12358 | 1624296 | shared | 2011-02-07 03:59:17 | | |
| 12359 | 4285709 | shared | 2011-02-07 03:57:25 | | |
| 12360 | 3944499 | shared | 2011-02-07 03:57:14 | | |
| 12361 | 4038462 | shared | 2011-02-07 03:57:03 | | |
| 12362 | 3208670 | shared | 2011-02-07 03:56:55 | | |
| 12363 | 1856413 | shared | 2011-02-07 03:56:45 | | |
| 12364 | 2097294 | shared | 2011-02-07 03:56:37 | | |
| 12365 | 157460 | shared | 2011-02-07 03:56:29 | | |
| 12366 | 4294862 | CP. | 2011-02-07 03:56:12 | | |
| 12367 | 4339261 | cheater checks | 2011-02-07 03:37:09 | | |
| 12368 | 366263 | shared | 2011-02-07 03:36:48 | | |
| 12369 | 448247 | shared | 2011-02-07 03:36:48 | | |
| 12370 | 464528 | shared. | 2011-02-07 03:36:48 | | |
| 12371 | 1795043 | shared | 2011-02-07 03:36:48 | | |
| 12372 | 2515093 | shared | 2011-02-07 03:36:48 | | |
| 12373 | 2626555 | shared | 2011-02-07 03:36:48 | | |
| 12374 | 2814591 | shared | 2011-02-07 03:36:48 | | |
| 12375 | 3944499 | shared | 2011-02-07 03:36:48 | | |
| 12376 | 4103002 | shared | 2011-02-07 03:36:48 | | |

Highly Confidential

HF00000286

Sheet1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 12377 | 107124 | shared | 2011-02-06 02:49:43 | | |
| 12378 | 259050 | shared | 2011-02-06 02:49:43 | | |
| 12379 | 598479 | shared | 2011-02-06 02:49:43 | | |
| 12380 | 1234458 | shared | 2011-02-06 02:49:43 | | |
| 12381 | 1442981 | shared | 2011-02-06 02:49:43 | | |
| 12382 | 2302884 | shared | 2011-02-06 02:49:43 | | |
| 12383 | 2385372 | shared | 2011-02-06 02:49:43 | | |
| 12384 | 2635440 | shared | 2011-02-06 02:49:43 | | |
| 12385 | 2643293 | shared | 2011-02-06 02:49:43 | | |
| 12386 | 3008421 | shared | 2011-02-06 02:49:43 | | |
| 12387 | 3530829 | shared | 2011-02-06 02:49:43 | | |
| 12388 | 3808171 | shared | 2011-02-06 02:49:43 | | |
| 12389 | 4052421 | shared | 2011-02-06 02:49:43 | | |
| 12390 | 4072134 | shared | 2011-02-06 02:49:43 | | |
| 12391 | 4126009 | shared | 2011-02-06 02:49:43 | | |
| 12392 | 3825799 | shared | 2011-02-06 02:47:41 | | |
| 12393 | 3834289 | shared | 2011-02-05 02:47:01 | | |
| 12394 | 4092121 | reseller | 2011-02-05 01:54:37 | | |
| 12395 | 128459 | shared | 2011-02-05 01:39:53 | | |
| 12396 | 832424 | shared | 2011-02-05 01:39:53 | | |
| 12397 | 1016327 | shared | 2011-02-05 01:39:53 | | |
| 12398 | 1118420 | shared | 2011-02-05 01:39:53 | | |
| 12399 | 1271784 | shared | 2011-02-05 01:39:53 | | |
| 12400 | 1625911 | shared | 2011-02-05 01:39:53 | | |
| 12401 | 2177778 | shared | 2011-02-05 01:39:53 | | |
| 12402 | 2238480 | shared | 2011-02-05 01:39:53 | | |
| 12403 | 2281443 | shared | 2011-02-05 01:39:53 | | |
| 12404 | 2595373 | shared | 2011-02-05 01:39:53 | | |
| 12405 | 3386705 | shared | 2011-02-05 01:39:53 | | |
| 12406 | 3475985 | shared | 2011-02-05 01:39:53 | | |
| 12407 | 3645063 | shared | 2011-02-05 01:39:53 | | |
| 12408 | 3891295 | shared | 2011-02-05 01:39:53 | | |
| 12409 | 4200445 | shared | 2011-02-05 01:39:53 | | |
| 12410 | 4200568 | shared | 2011-02-05 01:39:53 | | |
| 12411 | 4403974 | shared | 2011-02-05 01:39:53 | | |
| 12412 | 154145 | shared | 2011-02-03 08:03:36 | | |
| 12413 | 534046 | shared | 2011-02-03 08:03:36 | | |
| 12414 | 1075554 | shared | 2011-02-03 08:03:36 | | |
| 12415 | 1753107 | shared | 2011-02-03 08:03:36 | | |
| 12416 | 1767610 | shared | 2011-02-03 08:03:36 | | |
| 12417 | 2217566 | shared | 2011-02-03 08:03:36 | | |
| 12418 | 2370459 | shared | 2011-02-03 08:03:36 | | |
| 12419 | 2595287 | shared | 2011-02-03 08:03:36 | | |
| 12420 | 2801687 | shared | 2011-02-03 08:03:36 | | |
| 12421 | 2823109 | shared | 2011-02-03 08:03:36 | | |
| 12422 | 2857708 | shared | 2011-02-03 08:03:36 | | |
| 12423 | 2859457 | shared | 2011-02-03 08:03:36 | | |
| 12424 | 3338774 | shared | 2011-02-03 08:03:36 | | |
| 12425 | 3510127 | shared | 2011-02-03 08:03:36 | | |
| 12426 | 3632594 | shared | 2011-02-03 08:03:36 | | |
| 12427 | 3759514 | shared | 2011-02-03 08:03:36 | | |
| 12428 | 4095590 | shared | 2011-02-03 08:03:36 | | |

Highly Confidential

HF00000287

Sheet1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 12429 | 4118522 | shared | 2011-02-03 08:03:36 | | |
| 12430 | 4130398 | shared | 2011-02-03 08:03:36 | | |
| 12431 | 4200232 | shared | 2011-02-03 08:03:36 | | |
| 12432 | 4200294 | shared | 2011-02-03 08:03:36 | | |
| 12433 | 4268151 | shared | 2011-02-03 08:03:36 | | |
| 12434 | 4278068 | shared | 2011-02-03 02:39:25 | | |
| 12435 | 540930 | shared | 2011-02-02 08:45:43 | | |
| 12436 | 1751638 | shared | 2011-02-02 08:45:43 | | |
| 12437 | 1897670 | shared | 2011-02-02 08:45:43 | | |
| 12438 | 2140728 | shared | 2011-02-02 08:45:43 | | |
| 12439 | 3179359 | shared | 2011-02-02 08:45:43 | | |
| 12440 | 4295941 | shared | 2011-02-02 08:45:43 | | |
| 12441 | 3742287 | scam | 2011-02-02 04:36:59 | | |
| 12442 | 150071 | shared | 2011-02-01 08:42:20 | | |
| 12443 | 684591 | shared | 2011-02-01 08:42:20 | | |
| 12444 | 1949424 | shared | 2011-02-01 08:42:20 | | |
| 12445 | 2997552 | shared | 2011-02-01 08:42:20 | | |
| 12446 | 3783879 | shared | 2011-02-01 08:42:20 | | |
| 12447 | 3893751 | shared | 2011-02-01 08:42:20 | | |
| 12448 | 4331139 | dwld cheat | 2011-01-31 07:33:42 | | |
| 12449 | 4330688 | dwld cheat | 2011-01-31 07:33:30 | | |
| 12450 | 110133 | dwld cheat | 2011-01-31 07:33:19 | | |
| 12451 | 293418 | facebook spam | 2011-01-31 07:06:01 | | |
| 12452 | 307012 | shared | 2011-01-30 12:02:11 | | |
| 12453 | 703474 | shared | 2011-01-30 12:02:11 | | |
| 12454 | 1148039 | shared | 2011-01-30 12:02:11 | | |
| 12455 | 1759680 | shared | 2011-01-30 12:02:11 | | |
| 12456 | 2037210 | shared | 2011-01-30 12:00:58 | | |
| 12457 | 81949 | shared | 2011-01-30 12:00:58 | | |
| 12458 | 417463 | shared | 2011-01-30 12:00:58 | | |
| 12459 | 958957 | shared | 2011-01-30 12:00:58 | | |
| 12460 | 971975 | shared | 2011-01-30 12:00:58 | | |
| 12461 | 974421 | shared | 2011-01-30 12:00:58 | | |
| 12462 | 1143451 | shared | 2011-01-30 12:00:58 | | |
| 12463 | 1323541 | shared | 2011-01-30 12:00:58 | | |
| 12464 | 1718465 | shared | 2011-01-30 12:00:58 | | |
| 12465 | 1973917 | shared | 2011-01-30 12:00:58 | | |
| 12466 | 2369276 | shared | 2011-01-30 12:00:58 | | |
| 12467 | 2707583 | shared | 2011-01-30 12:00:58 | | |
| 12468 | 1313754 | shared | 2011-01-30 03:03:40 | | |
| 12469 | 14405 | CP | 2011-01-29 03:59:07 | | |
| 12470 | 73728 | shared | 2011-01-29 03:06:43 | | |
| 12471 | 86515 | shared | 2011-01-29 03:06:43 | | |
| 12472 | 100829 | shared | 2011-01-29 03:06:43 | | |
| 12473 | 131703 | shared | 2011-01-29 03:06:43 | | |
| 12474 | 583764 | shared | 2011-01-29 03:06:43 | | |
| 12475 | 596379 | shared | 2011-01-29 03:06:43 | | |
| 12476 | 791312 | shared | 2011-01-29 03:06:43 | | |
| 12477 | 916873 | shared | 2011-01-29 03:06:43 | | |
| 12478 | 1032057 | shared | 2011-01-29 03:06:43 | | |
| 12479 | 1072770 | shared | 2011-01-29 03:06:43 | | |
| 12480 | 1678690 | shared | 2011-01-29 03:06:43 | | |

Page 240

Highly Confidential

HF00000288

Highly Confidential

Sheet1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 12481 | 1833364 | shared | 2011-01-29 03:06:43 | | |
| 12482 | 1896591 | shared | 2011-01-29 03:06:43 | | |
| 12483 | 2072649 | shared | 2011-01-29 03:06:43 | | |
| 12484 | 2176111 | shared | 2011-01-29 03:06:43 | | |
| 12485 | 2219777 | shared | 2011-01-29 03:06:43 | | |
| 12486 | 2608742 | shared | 2011-01-29 03:06:43 | | |
| 12487 | 2552175 | shared | 2011-01-29 03:06:43 | | |
| 12488 | 2735735 | shared | 2011-01-29 03:06:43 | | |
| 12489 | 3098365 | shared | 2011-01-29 03:06:43 | | |
| 12490 | 3142904 | shared | 2011-01-29 03:06:43 | | |
| 12491 | 3153693 | shared | 2011-01-29 03:06:43 | | |
| 12492 | 3379236 | shared | 2011-01-29 03:06:43 | | |
| 12493 | 4118638 | shared | 2011-01-29 03:06:43 | | |
| 12494 | 4130626 | shared | 2011-01-29 03:06:43 | | |
| 12495 | 4179189 | shared | 2011-01-29 03:06:43 | | |
| 12496 | 4213575 | shared | 2011-01-29 03:06:43 | | |
| 12497 | 4219103 | cheater checks | 2011-01-29 03:02:21 | | |
| 12498 | 4321238 | cheater checks | 2011-01-29 02:59:42 | | |
| 12499 | 1308339 | cheater checks | 2011-01-29 02:24:53 | | |
| 12500 | 3826617 | CP | 2011-01-27 11:30:27 | | |
| 12501 | 3179173 | shared | 2011-01-26 09:45:12 | | |
| 12502 | 3616071 | shared | 2011-01-26 09:34:24 | | |
| 12503 | 54586 | shared | 2011-01-26 02:58:21 | | |
| 12504 | 64989 | shared | 2011-01-26 02:58:21 | | |
| 12505 | 86342 | shared | 2011-01-26 02:58:21 | | |
| 12506 | 243164 | shared | 2011-01-26 02:58:21 | | |
| 12507 | 454323 | shared | 2011-01-26 02:58:21 | | |
| 12508 | 495855 | shared | 2011-01-26 02:58:21 | | |
| 12509 | 619111 | shared | 2011-01-26 02:58:21 | | |
| 12510 | 888042 | shared | 2011-01-26 02:58:21 | | |
| 12511 | 1969496 | shared | 2011-01-26 02:58:21 | | |
| 12512 | 1973796 | shared | 2011-01-26 02:58:21 | | |
| 12513 | 2267907 | shared | 2011-01-26 02:58:21 | | |
| 12514 | 2431019 | shared | 2011-01-26 02:58:21 | | |
| 12515 | 2600906 | shared | 2011-01-26 02:58:21 | | |
| 12516 | 2860428 | shared | 2011-01-26 02:58:21 | | |
| 12517 | 3503156 | shared | 2011-01-26 02:58:21 | | |
| 12518 | 3794067 | shared | 2011-01-26 02:58:21 | | |
| 12519 | 4204682 | shared | 2011-01-26 02:58:21 | | |
| 12520 | 3104175 | CP | 2011-01-25 13:50:32 | | |
| 12521 | 14599 | shared | 2011-01-24 06:55:10 | | |
| 12522 | 3196447 | shared | 2011-01-24 06:55:10 | | |
| 12523 | 2159039 | CP | 2011-01-24 06:14:35 | | |
| 12524 | 2215601 | CP | 2011-01-24 06:13:34 | | |
| 12525 | 120139 | shared | 2011-01-24 03:52:03 | | |
| 12526 | 350044 | shared | 2011-01-24 03:52:03 | | |
| 12527 | 358857 | shared | 2011-01-24 03:52:03 | | |
| 12528 | 483067 | shared | 2011-01-24 03:52:03 | | |
| 12529 | 504685 | shared | 2011-01-24 03:52:03 | | |
| 12530 | 924883 | shared | 2011-01-24 03:52:03 | | |
| 12531 | 938352 | shared | 2011-01-24 03:52:03 | | |
| 12532 | 947770 | shared | 2011-01-24 03:52:03 | | |

HF00000289

Sheet1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 12533 | 972248 | shared | 2011-01-24 03:52:03 | | |
| 12534 | 1139300 | shared | 2011-01-24 03:52:03 | | |
| 12535 | 1139622 | shared | 2011-01-24 03:52:03 | | |
| 12536 | 1158020 | shared | 2011-01-24 03:52:03 | | |
| 12537 | 1496588 | shared | 2011-01-24 03:52:03 | | |
| 12538 | 1640221 | shared | 2011-01-24 03:52:03 | | |
| 12539 | 1693876 | shared | 2011-01-24 03:52:03 | | |
| 12540 | 1783810 | shared | 2011-01-24 03:52:03 | | |
| 12541 | 1842552 | shared | 2011-01-24 03:52:03 | | |
| 12542 | 1863425 | shared | 2011-01-24 03:52:03 | | |
| 12543 | 1890343 | shared | 2011-01-24 03:52:03 | | |
| 12544 | 1899479 | shared | 2011-01-24 03:52:03 | | |
| 12545 | 1904176 | shared | 2011-01-24 03:52:03 | | |
| 12546 | 1918816 | shared | 2011-01-24 03:52:03 | | |
| 12547 | 1957176 | shared | 2011-01-24 03:52:03 | | |
| 12548 | 1960270 | shared | 2011-01-24 03:52:03 | | |
| 12549 | 1966766 | shared | 2011-01-24 03:52:03 | | |
| 12550 | 2160806 | shared | 2011-01-24 03:52:03 | | |
| 12551 | 2187363 | shared | 2011-01-24 03:52:03 | | |
| 12552 | 2188301 | shared | 2011-01-24 03:52:03 | | |
| 12553 | 2300219 | shared | 2011-01-24 03:52:03 | | |
| 12554 | 2460935 | shared | 2011-01-24 03:52:03 | | |
| 12555 | 2485169 | shared | 2011-01-24 03:52:03 | | |
| 12556 | 2497014 | shared | 2011-01-24 03:52:03 | | |
| 12557 | 2513757 | shared | 2011-01-24 03:52:03 | | |
| 12558 | 2533470 | shared | 2011-01-24 03:52:03 | | |
| 12559 | 2687397 | shared | 2011-01-24 03:52:03 | | |
| 12560 | 2756103 | shared | 2011-01-24 03:52:03 | | |
| 12561 | 2761235 | shared | 2011-01-24 03:52:03 | | |
| 12562 | 2784106 | shared | 2011-01-24 03:52:03 | | |
| 12563 | 2865744 | shared | 2011-01-24 03:52:03 | | |
| 12564 | 2910491 | shared | 2011-01-24 03:52:03 | | |
| 12565 | 2931396 | shared | 2011-01-24 03:52:03 | | |
| 12566 | 2984136 | shared | 2011-01-24 03:52:03 | | |
| 12567 | 3024634 | shared | 2011-01-24 03:52:03 | | |
| 12568 | 3042755 | shared | 2011-01-24 03:52:03 | | |
| 12569 | 3069963 | shared | 2011-01-24 03:52:03 | | |
| 12570 | 3105958 | shared | 2011-01-24 03:52:03 | | |
| 12571 | 3133872 | shared | 2011-01-24 03:52:03 | | |
| 12572 | 3177439 | shared | 2011-01-24 03:52:03 | | |
| 12573 | 3195496 | shared | 2011-01-24 03:52:03 | | |
| 12574 | 3199963 | shared | 2011-01-24 03:52:03 | | |
| 12575 | 3220251 | shared | 2011-01-24 03:52:03 | | |
| 12576 | 3276191 | shared | 2011-01-24 03:52:03 | | |
| 12577 | 3287590 | shared | 2011-01-24 03:52:03 | | |
| 12578 | 3290296 | shared | 2011-01-24 03:52:03 | | |
| 12579 | 3316113 | shared | 2011-01-24 03:52:03 | | |
| 12580 | 3427187 | shared | 2011-01-24 03:52:03 | | |
| 12581 | 3449982 | shared | 2011-01-24 03:52:03 | | |
| 12582 | 3457233 | shared | 2011-01-24 03:52:03 | | |
| 12583 | 3551305 | shared | 2011-01-24 03:52:03 | | |
| 12584 | 3584378 | shared | 2011-01-24 03:52:03 | | |

Page 242

Highly Confidential

Sheet1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 12585 | 3647167 | shared | 2011-01-24 03:52:03 | | |
| 12586 | 3726768 | shared | 2011-01-24 03:52:03 | | |
| 12587 | 3792549 | shared | 2011-01-24 03:52:03 | | |
| 12588 | 3801779 | shared | 2011-01-24 03:52:03 | | |
| 12589 | 3842667 | shared | 2011-01-24 03:52:03 | | |
| 12590 | 3881222 | shared | 2011-01-24 03:52:03 | | |
| 12591 | 3916825 | shared | 2011-01-24 03:52:03 | | |
| 12592 | 4077381 | shared | 2011-01-24 03:52:03 | | |
| 12593 | 4113094 | shared | 2011-01-24 03:52:03 | | |
| 12594 | 4119239 | shared | 2011-01-24 03:52:03 | | |
| 12595 | 4130165 | shared | 2011-01-24 03:52:03 | | |
| 12596 | 4200197 | shared | 2011-01-24 03:52:03 | | |
| 12597 | 4210382 | shared | 2011-01-24 03:52:03 | | |
| 12598 | 4043307 | cheater checks | 2011-01-23 02:48:51 | | |
| 12599 | 4266740 | cheater checks | 2011-01-23 02:48:34 | | |
| 12600 | 23213 | shared | 2011-01-23 02:47:22 | | |
| 12601 | 27662 | shared | 2011-01-23 02:47:22 | | |
| 12602 | 103230 | shared | 2011-01-23 02:47:22 | | |
| 12603 | 129290 | shared | 2011-01-23 02:47:22 | | |
| 12604 | 140409 | shared | 2011-01-23 02:47:22 | | |
| 12605 | 180833 | shared | 2011-01-23 02:47:22 | | |
| 12606 | 281284 | shared | 2011-01-23 02:47:22 | | |
| 12607 | 349088 | shared | 2011-01-23 02:47:22 | | |
| 12608 | 389318 | shared | 2011-01-23 02:47:22 | | |
| 12609 | 392425 | shared | 2011-01-23 02:47:22 | | |
| 12610 | 438645 | shared | 2011-01-23 02:47:22 | | |
| 12611 | 510059 | shared | 2011-01-23 02:47:22 | | |
| 12612 | 925022 | shared | 2011-01-23 02:47:22 | | |
| 12613 | 1120135 | shared | 2011-01-23 02:47:22 | | |
| 12614 | 1138793 | shared | 2011-01-23 02:47:22 | | |
| 12615 | 1203300 | shared | 2011-01-23 02:47:22 | | |
| 12616 | 1761015 | shared | 2011-01-23 02:47:22 | | |
| 12617 | 1791571 | shared | 2011-01-23 02:47:22 | | |
| 12618 | 2091135 | shared | 2011-01-23 02:47:22 | | |
| 12619 | 2393852 | shared | 2011-01-23 02:47:22 | | |
| 12620 | 2555612 | shared | 2011-01-23 02:47:22 | | |
| 12621 | 2655500 | shared | 2011-01-23 02:47:22 | | |
| 12622 | 2665851 | shared | 2011-01-23 02:47:22 | | |
| 12623 | 2666930 | shared | 2011-01-23 02:47:22 | | |
| 12624 | 2844239 | shared | 2011-01-23 02:47:22 | | |
| 12625 | 3005209 | shared | 2011-01-23 02:47:22 | | |
| 12626 | 3223613 | shared | 2011-01-23 02:47:22 | | |
| 12627 | 3416668 | shared | 2011-01-23 02:47:22 | | |
| 12628 | 3482113 | shared | 2011-01-23 02:47:22 | | |
| 12629 | 3543160 | shared | 2011-01-23 02:47:22 | | |
| 12630 | 3594038 | shared | 2011-01-23 02:47:22 | | |
| 12631 | 3619416 | shared | 2011-01-23 02:47:22 | | |
| 12632 | 3737660 | shared | 2011-01-23 02:47:22 | | |
| 12633 | 4112771 | shared | 2011-01-23 02:47:22 | | |
| 12634 | 4119166 | shared | 2011-01-23 02:47:22 | | |
| 12635 | 4122597 | shared | 2011-01-23 02:47:22 | | |
| 12636 | 4145613 | shared | 2011-01-23 02:47:22 | | |

Highly Confidential

HF00000290

Sheet1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 12637 | 4217791 | shared | 2011-01-23 02:47:22 | | |
| 12638 | 4230471 | shared | 2011-01-23 02:47:22 | | |
| 12639 | 4279435 | shared | 2011-01-23 02:47:22 | | |
| 12640 | 3355872 | cheater checks | 2011-01-23 02:41:06 | | |
| 12641 | 399194 | shared | 2011-01-22 08:08:15 | | |
| 12642 | 4216144 | CP | 2011-01-21 03:29:55 | | |
| 12643 | 3247084 | shared | 2011-01-19 02:01:25 | | |
| 12644 | 491266 | shared | 2011-01-18 13:18:11 | | |
| 12645 | 1652245 | shared | 2011-01-18 13:18:11 | | |
| 12646 | 2054934 | shared | 2011-01-18 13:18:11 | | |
| 12647 | 3219104 | shared | 2011-01-18 13:18:11 | | |
| 12648 | 3516891 | shared | 2011-01-18 13:18:11 | | |
| 12649 | 4164350 | shared | 2011-01-18 13:18:11 | | |
| 12650 | 1954524 | cp | 2011-01-18 08:58:21 | | |
| 12651 | 2305720 | shared | 2011-01-18 02:22:41 | | |
| 12652 | 4083374 | shared | 2011-01-18 02:22:41 | | |
| 12653 | 3969159 | scam | 2011-01-18 01:56:47 | | |
| 12654 | 3819984 | chargeback | 2011-01-18 01:04:36 | | |
| 12655 | 400289 | shared | 2011-01-17 13:35:27 | | |
| 12656 | 1766704 | shared | 2011-01-17 13:35:13 | | |
| 12657 | 425818 | shared | 2011-01-17 13:34:59 | | |
| 12658 | 2215890 | shared | 2011-01-17 13:34:46 | | |
| 12659 | 131899 | shared | 2011-01-17 13:34:33 | | |
| 12660 | 2379622 | shared | 2011-01-17 13:34:22 | | |
| 12661 | 284066 | shared | 2011-01-17 13:29:21 | | |
| 12662 | 316178 | shared | 2011-01-17 13:29:21 | | |
| 12663 | 379070 | shared | 2011-01-17 13:29:21 | | |
| 12664 | 1344106 | shared | 2011-01-17 13:29:21 | | |
| 12665 | 1765212 | shared | 2011-01-17 13:29:21 | | |
| 12666 | 1912610 | shared | 2011-01-17 13:29:21 | | |
| 12667 | 2300022 | shared | 2011-01-17 13:29:21 | | |
| 12668 | 2348740 | shared | 2011-01-17 13:29:21 | | |
| 12669 | 2990878 | shared | 2011-01-17 13:29:21 | | |
| 12670 | 3237244 | shared | 2011-01-17 13:29:21 | | |
| 12671 | 3424225 | shared | 2011-01-17 13:29:21 | | |
| 12672 | 4119285 | shared | 2011-01-17 13:29:21 | | |
| 12673 | 49439 | shared | 2011-01-17 13:25:22 | | |
| 12674 | 74520 | shared | 2011-01-17 13:25:22 | | |
| 12675 | 85634 | shared | 2011-01-17 13:25:22 | | |
| 12676 | 93603 | shared | 2011-01-17 13:25:22 | | |
| 12677 | 95698 | shared | 2011-01-17 13:25:22 | | |
| 12678 | 96030 | shared | 2011-01-17 13:25:22 | | |
| 12679 | 109960 | shared | 2011-01-17 13:25:22 | | |
| 12680 | 124998 | shared | 2011-01-17 13:25:22 | | |
| 12681 | 145875 | shared | 2011-01-17 13:25:22 | | |
| 12682 | 146720 | shared | 2011-01-17 13:25:22 | | |
| 12683 | 147879 | shared | 2011-01-17 13:25:22 | | |
| 12684 | 200247 | shared | 2011-01-17 13:25:22 | | |
| 12685 | 200576 | shared | 2011-01-17 13:25:22 | | |
| 12686 | 209720 | shared | 2011-01-17 13:25:22 | | |
| 12687 | 254862 | shared | 2011-01-17 13:25:22 | | |
| 12688 | 293449 | shared | 2011-01-17 13:25:22 | | |

Highly Confidential

HF00000291

HF00000292

Sheet1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 12689 | 319126 | shared | 2011-01-17 13:25:22 | | |
| 12690 | 324479 | shared | 2011-01-17 13:25:22 | | |
| 12691 | 344848 | shared | 2011-01-17 13:25:22 | | |
| 12692 | 347470 | shared | 2011-01-17 13:25:22 | | |
| 12693 | 367163 | shared | 2011-01-17 13:25:22 | | |
| 12694 | 390062 | shared | 2011-01-17 13:25:22 | | |
| 12695 | 428919 | shared | 2011-01-17 13:25:22 | | |
| 12696 | 442253 | shared | 2011-01-17 13:25:22 | | |
| 12697 | 452931 | shared | 2011-01-17 13:25:22 | | |
| 12698 | 464094 | shared | 2011-01-17 13:25:22 | | |
| 12699 | 501299 | shared | 2011-01-17 13:25:22 | | |
| 12700 | 531138 | shared | 2011-01-17 13:25:22 | | |
| 12701 | 585292 | shared | 2011-01-17 13:25:22 | | |
| 12702 | 595485 | shared | 2011-01-17 13:25:22 | | |
| 12703 | 597532 | shared | 2011-01-17 13:25:22 | | |
| 12704 | 602189 | shared | 2011-01-17 13:25:22 | | |
| 12705 | 666409 | shared | 2011-01-17 13:25:22 | | |
| 12706 | 769372 | shared | 2011-01-17 13:25:22 | | |
| 12707 | 792985 | shared | 2011-01-17 13:25:22 | | |
| 12708 | 795007 | shared | 2011-01-17 13:25:22 | | |
| 12709 | 837811 | shared | 2011-01-17 13:25:22 | | |
| 12710 | 878085 | shared | 2011-01-17 13:25:22 | | |
| 12711 | 884633 | shared | 2011-01-17 13:25:22 | | |
| 12712 | 914176 | shared | 2011-01-17 13:25:22 | | |
| 12713 | 923933 | shared | 2011-01-17 13:25:22 | | |
| 12714 | 926818 | shared | 2011-01-17 13:25:22 | | |
| 12715 | 990306 | shared | 2011-01-17 13:25:22 | | |
| 12716 | 990350 | shared | 2011-01-17 13:25:22 | | |
| 12717 | 1025844 | shared | 2011-01-17 13:25:22 | | |
| 12718 | 1064665 | shared | 2011-01-17 13:25:22 | | |
| 12719 | 1080424 | shared | 2011-01-17 13:25:22 | | |
| 12720 | 1105965 | shared | 2011-01-17 13:25:22 | | |
| 12721 | 1125553 | shared | 2011-01-17 13:25:22 | | |
| 12722 | 1153881 | shared | 2011-01-17 13:25:22 | | |
| 12723 | 1161135 | shared | 2011-01-17 13:25:22 | | |
| 12724 | 1181164 | shared | 2011-01-17 13:25:22 | | |
| 12725 | 1228248 | shared | 2011-01-17 13:25:22 | | |
| 12726 | 1242054 | shared | 2011-01-17 13:25:22 | | |
| 12727 | 1254675 | shared | 2011-01-17 13:25:22 | | |
| 12728 | 1260141 | shared | 2011-01-17 13:25:22 | | |
| 12729 | 1329396 | shared | 2011-01-17 13:25:22 | | |
| 12730 | 1403649 | shared | 2011-01-17 13:25:22 | | |
| 12731 | 1458384 | shared | 2011-01-17 13:25:22 | | |
| 12732 | 1537659 | shared | 2011-01-17 13:25:22 | | |
| 12733 | 1561409 | shared | 2011-01-17 13:25:22 | | |
| 12734 | 1596551 | shared | 2011-01-17 13:25:22 | | |
| 12735 | 1660725 | shared | 2011-01-17 13:25:22 | | |
| 12736 | 1694409 | shared | 2011-01-17 13:25:22 | | |
| 12737 | 1701286 | shared | 2011-01-17 13:25:22 | | |
| 12738 | 1756204 | shared | 2011-01-17 13:25:22 | | |
| 12739 | 1782752 | shared | 2011-01-17 13:25:22 | | |
| 12740 | 1787403 | shared | 2011-01-17 13:25:22 | | |

Page 245

Highly Confidential

HF00000293

Sheet1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 12741 | 1789708 | shared | 2011-01-17 13:25:22 | | |
| 12742 | 1811029 | shared | 2011-01-17 13:25:22 | | |
| 12743 | 1840167 | shared | 2011-01-17 13:25:22 | | |
| 12744 | 1851693 | shared | 2011-01-17 13:25:22 | | |
| 12745 | 1951877 | shared | 2011-01-17 13:25:22 | | |
| 12746 | 1962817 | shared | 2011-01-17 13:25:22 | | |
| 12747 | 2015914 | shared | 2011-01-17 13:25:22 | | |
| 12748 | 2060369 | shared | 2011-01-17 13:25:22 | | |
| 12749 | 2097263 | shared | 2011-01-17 13:25:22 | | |
| 12750 | 2299152 | shared | 2011-01-17 13:25:22 | | |
| 12751 | 2300873 | shared | 2011-01-17 13:25:22 | | |
| 12752 | 2438230 | shared | 2011-01-17 13:25:22 | | |
| 12753 | 2454422 | shared | 2011-01-17 13:25:22 | | |
| 12754 | 2472379 | shared | 2011-01-17 13:25:22 | | |
| 12755 | 2514032 | shared | 2011-01-17 13:25:22 | | |
| 12756 | 2572242 | shared | 2011-01-17 13:25:22 | | |
| 12757 | 2789823 | shared | 2011-01-17 13:25:22 | | |
| 12758 | 2863501 | shared | 2011-01-17 13:25:22 | | |
| 12759 | 3134936 | shared | 2011-01-17 13:25:22 | | |
| 12760 | 3421704 | shared | 2011-01-17 13:25:22 | | |
| 12761 | 3490071 | shared | 2011-01-17 13:25:22 | | |
| 12762 | 3496337 | shared | 2011-01-17 13:25:22 | | |
| 12763 | 3503848 | shared | 2011-01-17 13:25:22 | | |
| 12764 | 28552 | shared | 2011-01-16 15:49:09 | | |
| 12765 | 471342 | shared | 2011-01-16 15:49:09 | | |
| 12766 | 1276425 | shared | 2011-01-16 15:49:09 | | |
| 12767 | 1818088 | shared | 2011-01-16 15:49:09 | | |
| 12768 | 2247717 | shared | 2011-01-16 15:49:09 | | |
| 12769 | 3327679 | shared | 2011-01-16 15:49:09 | | |
| 12770 | 3639070 | shared | 2011-01-16 15:49:09 | | |
| 12771 | 52614 | shared | 2011-01-16 15:47:44 | | |
| 12772 | 101818 | shared | 2011-01-16 15:47:44 | | |
| 12773 | 190992 | shared | 2011-01-16 15:47:44 | | |
| 12774 | 339990 | shared | 2011-01-16 15:47:44 | | |
| 12775 | 391965 | shared | 2011-01-16 15:47:44 | | |
| 12776 | 452548 | shared | 2011-01-16 15:47:44 | | |
| 12777 | 840112 | shared | 2011-01-16 15:47:44 | | |
| 12778 | 895507 | shared | 2011-01-16 15:47:44 | | |
| 12779 | 983663 | shared | 2011-01-16 15:47:44 | | |
| 12780 | 997349 | shared | 2011-01-16 15:47:44 | | |
| 12781 | 1028569 | shared | 2011-01-16 15:47:44 | | |
| 12782 | 1147663 | shared | 2011-01-16 15:47:44 | | |
| 12783 | 1194288 | shared | 2011-01-16 15:47:44 | | |
| 12784 | 1439709 | shared | 2011-01-16 15:47:44 | | |
| 12785 | 1503217 | shared | 2011-01-16 15:47:44 | | |
| 12786 | 1576810 | shared | 2011-01-16 15:47:44 | | |
| 12787 | 1717404 | shared | 2011-01-16 15:47:44 | | |
| 12788 | 1810943 | shared | 2011-01-16 15:47:44 | | |
| 12789 | 1811720 | shared | 2011-01-16 15:47:44 | | |
| 12790 | 2004092 | shared | 2011-01-16 15:47:44 | | |
| 12791 | 2025611 | shared | 2011-01-16 15:47:44 | | |
| 12792 | 2056999 | shared | 2011-01-16 15:47:44 | | |

Highly Confidential

HF00000294

Highly Confidential

Sheet1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 12793 | 2064672 shared | | 2011-01-16 15:47:44 | | |
| 12794 | 2147848 shared | | 2011-01-16 15:47:44 | | |
| 12795 | 2161123 shared | | 2011-01-16 15:47:44 | | |
| 12796 | 2263549 shared | | 2011-01-16 15:47:44 | | |
| 12797 | 2266193 shared | | 2011-01-16 15:47:44 | | |
| 12798 | 2273426 shared | | 2011-01-16 15:47:44 | | |
| 12799 | 2376837 shared | | 2011-01-16 15:47:44 | | |
| 12800 | 2435573 shared | | 2011-01-16 15:47:44 | | |
| 12801 | 2463022 shared | | 2011-01-16 15:47:44 | | |
| 12802 | 2628081 shared | | 2011-01-16 15:47:44 | | |
| 12803 | 2652982 shared | | 2011-01-16 15:47:44 | | |
| 12804 | 2695025 shared | | 2011-01-16 15:47:44 | | |
| 12805 | 2738241 shared | | 2011-01-16 15:47:44 | | |
| 12806 | 2833453 shared | | 2011-01-16 15:47:44 | | |
| 12807 | 2861535 shared | | 2011-01-16 15:47:44 | | |
| 12808 | 2967218 shared | | 2011-01-16 15:47:44 | | |
| 12809 | 2986121 shared | | 2011-01-16 15:47:44 | | |
| 12810 | 2997416 shared | | 2011-01-16 15:47:44 | | |
| 12811 | 3015462 shared | | 2011-01-16 15:47:44 | | |
| 12812 | 3020900 shared | | 2011-01-16 15:47:44 | | |
| 12813 | 3070402 shared | | 2011-01-16 15:47:44 | | |
| 12814 | 3099188 shared | | 2011-01-16 15:47:44 | | |
| 12815 | 3182108 shared | | 2011-01-16 15:47:44 | | |
| 12816 | 3254693 shared | | 2011-01-16 15:47:44 | | |
| 12817 | 3277215 shared | | 2011-01-16 15:47:44 | | |
| 12818 | 3293032 shared | | 2011-01-16 15:47:44 | | |
| 12819 | 3329811 shared | | 2011-01-16 15:47:44 | | |
| 12820 | 3381979 shared | | 2011-01-16 15:47:44 | | |
| 12821 | 3415167 shared | | 2011-01-16 15:47:44 | | |
| 12822 | 3449010 shared | | 2011-01-16 15:47:44 | | |
| 12823 | 3452545 shared | | 2011-01-16 15:47:44 | | |
| 12824 | 3458546 shared | | 2011-01-16 15:47:44 | | |
| 12825 | 3468273 shared | | 2011-01-16 15:47:44 | | |
| 12826 | 3496545 shared | | 2011-01-16 15:47:44 | | |
| 12827 | 3511382 shared | | 2011-01-16 15:47:44 | | |
| 12828 | 3559933 shared | | 2011-01-16 15:47:44 | | |
| 12829 | 3651165 shared | | 2011-01-16 15:47:44 | | |
| 12830 | 3651353 shared | | 2011-01-16 15:47:44 | | |
| 12831 | 3704740 shared | | 2011-01-16 15:47:44 | | |
| 12832 | 3800853 shared | | 2011-01-16 15:47:44 | | |
| 12833 | 3825538 shared | | 2011-01-16 15:47:44 | | |
| 12834 | 3862848 shared | | 2011-01-16 15:47:44 | | |
| 12835 | 3944739 shared | | 2011-01-16 15:47:44 | | |
| 12836 | 3993602 shared | | 2011-01-16 15:47:44 | | |
| 12837 | 4095328 shared | | 2011-01-16 15:47:44 | | |
| 12838 | 4095404 shared | | 2011-01-16 15:47:44 | | |
| 12839 | 4101885 shared | | 2011-01-16 15:47:44 | | |
| 12840 | 4101934 shared | | 2011-01-16 15:47:44 | | |
| 12841 | 4152443 shared | | 2011-01-16 15:47:44 | | |
| 12842 | 2140893 shared | | 2011-01-16 15:43:03 | | |
| 12843 | 14516 shared | | 2011-01-16 15:42:47 | | |
| 12844 | 89723 shared | | 2011-01-16 15:42:47 | | |

Page 247

HF00000295

Sheet1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 12845 | 162722 | shared | 2011-01-16 15:42:47 | | |
| 12846 | 357048 | shared | 2011-01-16 15:42:47 | | |
| 12847 | 1006661 | shared | 2011-01-16 15:42:47 | | |
| 12848 | 1418101 | shared | 2011-01-16 15:42:47 | | |
| 12849 | 1425918 | shared | 2011-01-16 15:42:47 | | |
| 12850 | 1782421 | shared | 2011-01-16 15:42:47 | | |
| 12851 | 1858019 | shared | 2011-01-16 15:42:47 | | |
| 12852 | 1971736 | shared | 2011-01-16 15:42:47 | | |
| 12853 | 2034487 | shared | 2011-01-16 15:42:47 | | |
| 12854 | 2070647 | shared | 2011-01-16 15:42:47 | | |
| 12855 | 2316619 | shared | 2011-01-16 15:42:47 | | |
| 12856 | 2571950 | shared | 2011-01-16 15:42:47 | | |
| 12857 | 2804693 | shared | 2011-01-16 15:42:47 | | |
| 12858 | 3037739 | shared | 2011-01-16 15:42:47 | | |
| 12859 | 3061126 | shared | 2011-01-16 15:42:47 | | |
| 12860 | 3091253 | shared | 2011-01-16 15:42:47 | | |
| 12861 | 3258329 | shared | 2011-01-16 15:42:47 | | |
| 12862 | 3435579 | shared | 2011-01-16 15:42:47 | | |
| 12863 | 3642766 | shared | 2011-01-16 15:42:47 | | |
| 12864 | 3643202 | shared | 2011-01-16 15:42:47 | | |
| 12865 | 3679196 | shared | 2011-01-16 15:42:47 | | |
| 12866 | 4206002 | shared | 2011-01-16 15:42:47 | | |
| 12867 | 4206226 | shared | 2011-01-16 15:42:47 | | |
| 12868 | 181529 | shared | 2011-01-16 15:37:29 | | |
| 12869 | 3930515 | shared | 2011-01-16 15:37:05 | | |
| 12870 | 177735 | shared | 2011-01-16 15:36:44 | | |
| 12871 | 114447 | copyright abuse - pornguardian | 2011-01-16 15:10:02 | | |
| 12872 | 3955582 | cheater checks | 2011-01-16 15:02:32 | | |
| 12873 | 4233352 | cheater checks | 2011-01-16 16:02:06 | | |
| 12874 | 128755 | shared | 2011-01-14 10:15:05 | | |
| 12875 | 3503892 | shared | 2011-01-14 01:49:25 | | |
| 12876 | 1065080 | shared | 2011-01-13 07:18:23 | | |
| 12877 | 3154113 | shared | 2011-01-13 07:18:23 | | |
| 12878 | 3962905 | shared | 2011-01-13 07:18:23 | | |
| 12879 | 3273982 | shared | 2011-01-13 07:10:13 | | |
| 12880 | 3153774 | shared | 2011-01-13 07:09:57 | | |
| 12881 | 2127710 | shared | 2011-01-13 07:08:36 | | |
| 12882 | 3878336 | shared | 2011-01-13 07:08:14 | | |
| 12883 | 2633102 | shared | 2011-01-13 06:58:01 | | |
| 12884 | 4108632 | copyright abuse | 2011-01-13 02:26:51 | | |
| 12885 | 4043023 | CP | 2011-01-11 10:49:39 | | |
| 12886 | 4068943 | CP | 2011-01-11 10:37:26 | | |
| 12887 | 3830292 | CP | 2011-01-11 10:03:21 | | |
| 12888 | 3683339 | spam | 2011-01-11 06:31:50 | | |
| 12889 | 4061566 | copyright abuse | 2011-01-11 01:37:46 | | |
| 12890 | 179013 | CP | 2011-01-10 08:53:20 | | |
| 12891 | 1588494 | shared | 2011-01-10 06:10:32 | | |
| 12892 | 2404545 | shared | 2011-01-10 06:09:31 | | |
| 12893 | 3046319 | cheater checks | 2011-01-10 05:45:39 | | |
| 12894 | 4185108 | cheater checks | 2011-01-10 05:42:26 | | |
| 12895 | 4137847 | cheater checks | 2011-01-10 05:42:12 | | |
| 12896 | 4151325 | cheater checks | 2011-01-10 05:41:58 | | |

Highly Confidential

Sheet1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 12897 | 3812269 | cheater checks | 2011-01-10 05:41:49 | | |
| 12898 | 4168226 | cheater checks | 2011-01-10 05:41:23 | | |
| 12899 | 4184747 | cheater checks | 2011-01-10 05:41:12 | | |
| 12900 | 3982392 | cheater checks | 2011-01-10 05:40:04 | | |
| 12901 | 1759645 | shared | 2011-01-10 00:03:57 | | |
| 12902 | 306101 | pornguardian.com | 2011-01-07 10:32:07 | | |
| 12903 | 502594 | shared | 2011-01-07 04:52:55 | | |
| 12904 | 511164 | shared | 2011-01-07 04:51:37 | | |
| 12905 | 1819394 | shared | 2011-01-07 01:38:19 | | |
| 12906 | 1846220 | shared | 2011-01-06 12:44:24 | | |
| 12907 | 2096387 | shared | 2011-01-06 12:39:46 | | |
| 12908 | 3829032 | chargeback | 2011-01-06 03:11:00 | | |
| 12909 | 270424 | shared | 2011-01-05 11:30:06 | | |
| 12910 | 3630285 | shared | 2011-01-05 11:29:38 | | |
| 12911 | 4076623 | shared | 2011-01-05 02:40:32 | | |
| 12912 | 2397220 | cross ref | 2011-01-05 02:16:08 | | |
| 12913 | 1785026 | shared | 2011-01-04 01:42:26 | | |
| 12914 | 1601610 | shared | 2011-01-03 04:59:16 | | |
| 12915 | 3955895 | shared | 2011-01-03 03:22:00 | | |
| 12916 | 3290936 | CP | 2011-01-02 05:13:14 | | |
| 12917 | 4092531 | shared | 2011-01-02 02:57:10 | | |
| 12918 | 4056094 | shared | 2011-01-01 02:45:52 | | |
| 12919 | 2305377 | shared | 2011-01-01 02:45:36 | | |
| 12920 | 1601610 | shared | 2011-01-01 02:45:21 | | |
| 12921 | 321120 | shared | 2011-01-01 02:45:00 | | |
| 12922 | 2081851 | shared | 2011-01-01 02:44:41 | | |
| 12923 | 2554153 | shared | 2011-01-01 02:44:27 | | |
| 12924 | 1256235 | shared | 2011-01-01 02:44:10 | | |
| 12925 | 310514 | shared | 2011-01-01 02:43:50 | | |
| 12926 | 470762 | shared | 2011-01-01 02:43:32 | | |
| 12927 | 3822988 | shared | 2011-01-01 02:43:18 | | |
| 12928 | 3661347 | shared | 2011-01-01 02:42:59 | | |
| 12929 | 3006118 | shared | 2011-01-01 02:42:42 | | |
| 12930 | 2885087 | shared | 2011-01-01 02:42:25 | | |
| 12931 | 2112412 | shared | 2011-01-01 02:42:09 | | |
| 12932 | 1438743 | s | 2011-01-01 02:41:52 | | |
| 12933 | 2771637 | shared | 2011-01-01 02:40:42 | | |
| 12934 | 2818618 | shared | 2011-01-01 02:40:28 | | |
| 12935 | 2544473 | shared | 2011-01-01 02:40:14 | | |
| 12936 | 478618 | cheater checks | 2011-01-01 02:34:44 | | |
| 12937 | 4060566 | shared | 2010-12-30 01:49:33 | | |
| 12938 | 3220484 | shared | 2010-12-30 01:49:01 | | |
| 12939 | 3948116 | chargeback | 2010-12-30 01:20:27 | | |
| 12940 | 2052016 | cp | 2010-12-30 01:18:57 | | |
| 12941 | 166644 | shared | 2010-12-29 02:44:31 | | |
| 12942 | 1095266 | shared | 2010-12-29 02:44:11 | | |
| 12943 | 43564 | shared | 2010-12-26 13:48:47 | | |
| 12944 | 2543325 | shared | 2010-12-26 03:14:05 | | |
| 12945 | 2524740 | shared | 2010-12-26 03:13:58 | | |
| 12946 | 2524846 | shared | 2010-12-26 03:13:52 | | |
| 12947 | 2821931 | shared | 2010-12-26 03:13:42 | | |
| 12948 | 3896939 | shared | 2010-12-26 03:13:12 | | |

Highly Confidential

HF00000296

Sheet1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 12949 | 3960927 | shared | 2010-12-26 03:13:05 | | |
| 12950 | 4063743 | cheater checks | 2010-12-26 02:53:11 | | |
| 12951 | 4063728 | cheater checks | 2010-12-26 02:52:28 | | |
| 12952 | 4063689 | cheater checks | 2010-12-26 02:51:42 | | |
| 12953 | 4060272 | cheater checks | 2010-12-26 02:51:15 | | |
| 12954 | 4052578 | cheater checks | 2010-12-26 02:51:02 | | |
| 12955 | 4045138 | cheater checks | 2010-12-26 02:50:48 | | |
| 12956 | 4036866 | cheater checks | 2010-12-26 02:50:31 | | |
| 12957 | 4027731 | cheater checks | 2010-12-26 02:50:13 | | |
| 12958 | 4010879 | cheater checks | 2010-12-26 02:49:58 | | |
| 12959 | 4004470 | cheater checks | 2010-12-26 02:49:37 | | |
| 12960 | 2920789 | cheater checks | 2010-12-26 02:47:56 | | |
| 12961 | 4063689 | cheater checks | 2010-12-26 02:45:35 | | |
| 12962 | 3027131 | cheater checks | 2010-12-26 02:44:37 | | |
| 12963 | 4063689 | cheater checks | 2010-12-26 02:44:20 | | |
| 12964 | 4005503 | cheater checks | 2010-12-26 02:43:55 | | |
| 12965 | 4060272 | cheater checks | 2010-12-26 02:43:46 | | |
| 12966 | 4052578 | cheater checks | 2010-12-26 02:43:31 | | |
| 12967 | 3699650 | cheater checks | 2010-12-26 02:43:12 | | |
| 12968 | 4045138 | cheater checks | 2010-12-26 02:42:59 | | |
| 12969 | 4052592 | cheater checks | 2010-12-26 02:42:45 | | |
| 12970 | 3631286 | cheater checks | 2010-12-26 02:42:30 | | |
| 12971 | 4061190 | cheater checks | 2010-12-26 02:42:13 | | |
| 12972 | 3631262 | cheater checks | 2010-12-26 02:41:56 | | |
| 12973 | 4036866 | cheater checks | 2010-12-26 02:38:44 | | |
| 12974 | 4004253 | cheater checks | 2010-12-26 02:38:28 | | |
| 12975 | 4027731 | cheater checks | 2010-12-26 02:38:13 | | |
| 12976 | 1284084 | shared | 2010-12-26 02:31:14 | | |
| 12977 | 4037357 | CP | 2010-12-25 03:01:10 | | |
| 12978 | 1633993 | pornguardian.com | 2010-12-24 03:45:45 | | |
| 12979 | 4043062 | CP | 2010-12-23 11:08:45 | | |
| 12980 | 3927720 | CP | 2010-12-21 14:14:07 | | |
| 12981 | 1084507 | shared | 2010-12-21 03:18:42 | | |
| 12982 | 278292 | shared | 2010-12-21 02:35:31 | | |
| 12983 | 1787574 | cheaters check | 2010-12-20 12:19:41 | | |
| 12984 | 4020119 | CP | 2010-12-20 06:26:09 | | |
| 12985 | 1029654 | CP | 2010-12-20 06:10:43 | | |
| 12986 | 1383932 | hacked account | 2010-12-19 10:00:47 | | |
| 12987 | 1144646 | hacked account | 2010-12-19 09:50:49 | | |
| 12988 | 125656 | cheater checks | 2010-12-19 02:44:17 | | |
| 12989 | 3996908 | cheater checks | 2010-12-19 02:42:46 | | |
| 12990 | 2905068 | cheater checks | 2010-12-19 02:42:23 | | |
| 12991 | 3989476 | cheater checks | 2010-12-19 02:41:25 | | |
| 12992 | 3676256 | cheater checks | 2010-12-19 02:35:06 | | |
| 12993 | 3962712 | cheater checks | 2010-12-19 02:34:43 | | |
| 12994 | 1495393 | rivawarez.com | 2010-12-18 14:10:15 | | |
| 12995 | 3570777 | shared | 2010-12-18 14:02:14 | | |
| 12996 | 3895852 | shared | 2010-12-18 03:20:27 | | |
| 12997 | 2175085 | shared | 2010-12-17 02:48:33 | | |
| 12998 | 351298 | cp | 2010-12-16 14:01:04 | | |
| 12999 | 3784097 | shared | 2010-12-16 02:15:12 | | |
| 13000 | 2922855 | shared | 2010-12-14 14:45:35 | | |

Highly Confidential

HF00000297