# Yeh Exhibit 16

| | |
|---|---|
| From: | Marc Randazza [marc@corbinfisher.com] |
| Sent: | Tuesday, August 11, 2009 7:51 PM |
| To: | abuse@hotfile.com |
| Subject: | DMCA Notice |
| Attachments: | DMCA Notice Hotfile.pdf; ATT03122.htm |

Attached please find a notice of infringement. Please contact me when my request has been complied with.



CONFIDENTIAL

HF00276041

| | |
|---|---|
| From: | Eric Gapp [eric@excelsiormedia.com] |
| Sent: | Wednesday, January 20, 2010 2:29 PM |
| To: | abuse@hotfile.com |
| Cc: | General Counsel Marc J. Randazza; Gary Krupkin |
| Subject: | Liberty Media Holdings v. Hotfile.com, et al.  Case No. 3:09-CV-2396-D |
| Attachments: | Doc 19 - Order granting TRO.pdf; ATT22848.htm; Doc 18 - TRO.pdf; ATT22851.htm; pig.gif; ATT22854.htm |

Dear Hotfile.com,

Attached you will find a Temporary Restraining Order and the Order granting the Motion for Temporary Restraining Order for the above referenced case. A copy of the Amended Complaint and Exhibits will follow.



EXHIBIT
TITOV 36
12.06.11

CONFIDENTIAL

HF00210875

| | |
|---|---|
| From: | hotfile.abuse@gmail.com on behalf of Hotfile Abuse [abuse@hotfile.com] |
| Sent: | Wednesday, September 01, 2010 5:59 PM |
| To: | andrew@hotfile.com |
| Subject: | Fwd: Subpoena |
| Attachments: | Subpoena to Hotfile.pdf |

Hi,

Anton will either see the letter, or has already seen it; I have not deleted the file!

---------- Forwarded message ----------
From: Eric Gapp <eric@libertymediaholdings.com>
Date: Wed, Sep 1, 2010 at 9:41 PM
Subject: Subpoena
To: abuse@hotfile.com, anton@hotfile.com, anton@titoy.net

Dear Hotfile:

Attached please find a subpoena for information pertaining to one of your current or previous account holders.

Eric Gapp, Paralegal
Corbin Fisher
302 Washington Street, Suite 321
San Diego, CA 92103
619-866-5977
619-866-5976 fax
eric@corbinfisher.com

CONFIDENTIAL



HF00106926


**TRANSPERFECT**

AFFIDAVIT OF ACCURACY

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF00106926] from Bulgarian into English.

_____
TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

_____
Signature, Notary Public

_____
Stamp, Notary Public
New York, NY

THREE PARK AVENUE, NEW YORK, NY 10016 T 212.689.5555 F 212.689.1059 WWW.TRANSPERFECT.COM

| | |
|---|---|
| From: | hotfile.abuse@gmail.com on behalf of Hotfile Abuse [abuse@hotfile.com] |
| Sent: | Wednesday, September 01, 2010 5:59 PM |
| To: | andrew@hotfile.com |
| Subject: | Fwd: Subpoena |
| Attachments: | Subpoena to Hotfile.pdf |

Zdrasti,

Pismoto shte go vidi ili go e vidql Anton, ne sum tril file-a!

---------- Forwarded message ----------
From: **Eric Gapp** <eric@libertymediaholdings.com>
Date: Wed, Sep 1, 2010 at 9:41 PM
Subject: Subpoena
To: abuse@hotfile.com, anton@hotfile.com, anton@titov.net


Dear Hotfile:

Attached please find a subpoena for information pertaining to one of your current or previous account holders.


Eric Gapp, Paralegal
Corbin Fisher
302 Washington Street, Suite 321
San Diego, CA 92103
619-866-5977
619-866-5976 fax
eric@corbinfisher.com

CONFIDENTIAL                                                                                           HF00106926