# Yeh Exhibit 17

| | |
|---|---|
| From: | Dallas [dallas569@sbcglobal.net] |
| Sent: | Wednesday, April 14, 2010 9:46 PM |
| To: | abuse@lemuriaco.com |
| Subject: | Copyright abuse by hosted client- HOTFILE.COM |
| Attachments: | hotfile.doc; hotfile2.doc; hotfile3.doc; hotfile4.doc; hotfile5.doc; hotfile6 .doc; hotfile7 .doc; hotfile8 .doc; hotfile9 .doc; hotfile10 .doc; hotfile11 .doc |

This is Randy Alderson. I am owner of DST Productions and www.dallasspankshard.com. I have sent 13 official DCMA takedown notices to Hotfile.com. You are hosting them. They have systematically taken weeks to get back to me. They have out of 13 DCMA takedown notices only responded a few times. They know that my COPYRIGHTED INTELLECTUAL PROPERTY IS BEING POSTED ON A PIRATE BOARD. WWW.extreme-board.com. They is essence are in bed with these thieves. I have sent off two separate DCMA takedown notices TODAY! This is HOW BAD IT HAS GOTTEN! I would hope that you would not condone this theft?

I WILL refer this to my attorney Frank Capwell if I am not satisfied with the outcome of this matter. I have a family and bills like all others.

Below are just a sample of the blatant disregard for international copyright law and DCMA takedown protection.

This represents a huge loss to my companyŠ.ONE YOU WILL BE LIABLE FOR!

Friday, April 14th, 2010

Randy Alderson
DSH Productions
4570 Van Nuys Blvd.
#462
Sherman Oaks, Ca 91403

To: 12th takedown notice
Hotfile.com
Sent via: email

Re: Notice of DMCA Claim of Infringement

The above-referenced entity is hereby given notice of infringing acts valid under the DMCA copyright infringement notification requirements (17 U.S.C.
512). I am the designated agent of the registered owner of the copyrights for the images and/or audio/visual works listed below. I believe your subscriber or account holder, identified below by the infringing Œshan[1] (but not limited to) used these works, at the dates and times cited below in a manner that was not authorized by the owner of the copyrights, its agent, or the law.
I certify under penalty of perjury that I have a good faith belief the information contained in this notification is accurate to the best of my knowledge, and that I am authorized to act on behalf of the owner of the aforementioned copyright- protected materials.
The verified and documented infringements listed below were traced to URLs and/or IP addresses controlled by your company. We demand that, upon receipt of this notification of claimed infringement, you expeditiously remove the indicated files from your server and notify the subscriber or account holder to whom you assigned the account with Hotfile.com We hereby demand that both your company and he or she immediately remove the infringing material and cease and desist trading or sharing DSH Productions property.



CONFIDENTIAL

HF00236482

Under 17 U.S.C. 512(i), service providers are not eligible for the limitations on liability established by 17 U.S.C. 512 [including those established in subsection (a)] unless they have adopted and reasonably implemented, and informed subscribers and account holders a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers. Informing subscribers and account holders of acts of infringement is a crucial element to a policy providing for the termination of repeat infringers.

This letter does not constitute an exhaustive statement of DSH Productions and or DallasSpanksHard.com¹s  legal position, nor is it a waiver of any of our rights and/or

http://hotfile.com/dl/32838503/d9901...ianna.zip.html

http://hotfile.com/dl/32838507/2666e...Angel.zip.html

http://hotfile.com/dl/32838524/c1ea9...vonne.zip.html

http://hotfile.com/dl/32838512/b6752..._Lily.zip.html

http://hotfile.com/dl/32838521/01af1...ocker.zip.html

http://hotfile.com/dl/32927738/8ebb8...ierra.zip.html

http://hotfile.com/dl/32927739/e3514...rra_2.zip.html

http://hotfile.com/dl/32927740/50046...estic.zip.html

http://hotfile.com/dl/32927741/4af2d...James.zip.html

http://hotfile.com/dl/32927742/a752b...Tilly.zip.html

http://hotfile.com/dl/32927743/bced7...lly_2.zip.html

http://hotfile.com/dl/32927744/34136...lly_3.zip.html

http://hotfile.com/dl/32838517/c5dd3...dison.zip.html

http://hotfile.com/dl/32923665/52f0b...evere.zip.html

http://hotfile.com/dl/32838522/4731c...t_Wet.zip.html

http://hotfile.com/dl/32838523/2ca3d...Sydni.zip.html

http://hotfile.com/dl/32931605/76645...Ariel.zip.html

http://hotfile.com/dl/32923661/9302e...part1.rar.html

http://hotfile.com/dl/32923662/ba737...part2.rar.html

http://hotfile.com/dl/32838504/bfdf9...eline.zip.htm

http://hotfile.com/dl/32838505/79164...part1.rar.html

http://hotfile.com/dl/32838506/1858c...part2.rar.html

http://hotfile.com/dl/32838508/1da53...ustin.zip.html

CONFIDENTIAL

HF00236483

```
http://hotfile.com/dl/32838509/ce41c...tin_2.zip.html
<http://hotfile.com/dl/32838509/ce41cc8/DSH_-_Austin_2.zip.html>

http://hotfile.com/dl/32932494/d79b2...arper.zip.html

http://hotfile.com/dl/32932495/c5868...per_2.zip.html

http://hotfile.com/dl/32944716/d6b0a...hment.zip.html

http://hotfile.com/dl/32944717/274c1...ienna.zip.html

http://hotfile.com/dl/32944718/09b47...rtney.zip.html

http://hotfile.com/dl/32838513/4aba4...t_Boy.zip.htm

http://hotfile.com/dl/32838514/4f744...addle.zip.html

http://hotfile.com/dl/32824702/c05bc...gen_3.zip.html
```

remedies in this or any other matter, all of which are expressly reserved.
Your immediate attention to this matter is expected and appreciated.
When responding to this communication, please retain the Subject Notice ID number in the
Subject field.

You may receive a subpoena requiring you to provide the name and other identifying
information for this subscriber and are therefore requested to retain all files and documents
necessary to recover that data.

NOTE TO Hotfile.com - PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER OR ACCOUNT HOLDER.
THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A
SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. 512 (h).
NOTE TO SUBSCRIBER OR ACCOUNT HOLDER: YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS.
TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT.

Sincerely,

Randy Alderson - President/Owner
DSH Productions and DallasSpanksHard.com 4570 Van Nuys Blvd.
Suite 462
Sherman Oaks, Ca. 91403

This represents a huge loss to my companyš.ONE YOU WILL BE LIABLE FOR!

SECOND NOTICE NEW COPYRIGHTED CONTENT SAME PERSON!

Friday, April 14th, 2010

Randy Alderson
DSH Productions
4570 Van Nuys Blvd.
#462

Sherman Oaks, Ca 91403

To:   12th takedown notice
Hotfile.com
Sent via: email

Re: Notice of DMCA Claim of Infringement

The above-referenced entity is hereby given notice of infringing acts valid under the DMCA copyright infringement notification requirements (17 U.S.C.
512). I am the designated agent of the registered owner of the copyrights for the images and/or audio/visual works listed below. I believe your subscriber or account holder, identified below by the infringing Œshan[1] (but not limited to) used these works, at the dates and times cited below in a manner that was not authorized by the owner of the copyrights, its agent, or the law.
I certify under penalty of perjury that I have a good faith belief the information contained in this notification is accurate to the best of my knowledge, and that I am authorized to act on behalf of the owner of the aforementioned copyright- protected materials.
The verified and documented infringements listed below were traced to URLs and/or IP addresses controlled by your company. We demand that, upon receipt of this notification of claimed infringement, you expeditiously remove the indicated files from your server and notify the subscriber or account holder to whom you assigned the account with Hotfile.com  We hereby demand that both your company and he or she immediately remove the infringing material and cease and desist trading or sharing DSH Productions property.

Under 17 U.S.C. 512(i), service providers are not eligible for the limitations on liability established by 17 U.S.C. 512 [including those established in subsection (a)] unless they have adopted and reasonably implemented, and informed subscribers and account holders a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers. Informing subscribers and account holders of acts of infringement is a crucial element to a policy providing for the termination of repeat infringers.

This letter does not constitute an exhaustive statement of DSH Productions and or DallasSpanksHard.com[1]s  legal position, nor is it a waiver of any of our rights and/or

http://hotfile.com/dl/31059706/41bc1...h.avi.001.html

http://hotfile.com/dl/31059559/59489...sh.avi.002.htm

http://hotfile.com/dl/32925346/00533...part1.rar.html

http://hotfile.com/dl/32925669/576a7...part2.rar.html

http://hotfile.com/dl/36895516/6251e...part1.rar.html

http://hotfile.com/dl/36895973/dc389...part2.rar.html

http://hotfile.com/dl/36899837/0b955...nie_4.rar.html

http://hotfile.com/dl/36893934/10cd0...part1.rar.html

http://hotfile.com/dl/36894651/e73eb...part2.rar.html
<http://hotfile.com/dl/36894651/e73eb3c/DSH_-_Amber_Wells_The_Personal_Secre
tary.part2.rar.html>

http://hotfile.com/dl/36898344/78f30...part1.rar.html

CONFIDENTIAL                                                                                      HF00236485

```
http://hotfile.com/dl/36899001/6d537...part2.rar.html

http://hotfile.com/dl/36892166/42102...sCome.rar.html

http://hotfile.com/dl/36892166/42102...sCome.rar.html

http://hotfile.com/dl/31190593/a0503e3/WET.avi.001.html

http://hotfile.com/dl/31190720/75578e4/WET.avi.002.html
<http://hotfile.com/dl/31190720/75578e4/WET.avi.002.html>

http://hotfile.com/dl/31190651/a10796f/WET.avi.003.html
<http://hotfile.com/dl/31190651/a10796f/WET.avi.003.html>

http://hotfile.com/dl/31190594/b7d9cac/WET.avi.004.html
<http://hotfile.com/dl/31190594/b7d9cac/WET.avi.004.html>

http://hotfile.com/dl/31195033/d235efa/WET.avi.005.html
<http://hotfile.com/dl/31195033/d235efa/WET.avi.005.html>

http://hotfile.com/dl/31194401/a69c420/WET.avi.006.html

http://hotfile.com/dl/36902815/966aa...ind_3.rar.html

http://hotfile.com/dl/36897147/731e7...t_Kat.rar.html
```

remedies in this or any other matter, all of which are expressly reserved.
Your immediate attention to this matter is expected and appreciated.
When responding to this communication, please retain the Subject Notice ID number in the
Subject field.

You may receive a subpoena requiring you to provide the name and other identifying
information for this subscriber and are therefore requested to retain all files and documents
necessary to recover that data.

NOTE TO Hotfile.com - PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER OR ACCOUNT HOLDER.
THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A
SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. 512 (h).
NOTE TO SUBSCRIBER OR ACCOUNT HOLDER: YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS.
TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT.

Sincerely,

Randy Alderson - President/Owner
DSH Productions and DallasSpanksHard.com 4570 Van Nuys Blvd.
Suite 462
Sherman Oaks, Ca. 91403

CONFIDENTIAL

HF00236487