# Yeh Exhibit 18

http://hotfile.com/dl/61422255/6fbfe6a/Pink_self_shot.part2.rar.html
http://hotfile.com/dl/61425434/163b833/The_road.rar.html

3. Provide your mailing address, telephone number, and, if available, email address.

Steve Owen
105, 3957 17th ave SW
Calgary, Alberta, Canada
T2W1V3
403-450-6602
legal@gndmedia.com

4. Include both of the following statements in the body of the Notice:

I hereby state that I have a good faith belief that the disputed use of the copyrighted material is not authorized by the copyright owner, its agent, or the law (e.g., as a fair use)

I hereby state that the information in this Notice is accurate and, under penalty of perjury, that I am the owner, or authorized to act on behalf of the owner, of the copyright or of an exclusive right under the copyright that is allegedly infringed.

5. Provide your full legal name and your electronic or physical signature.

I, Steve Owen hereby give my electronic signature that I own copyright

CONFIDENTIAL

HF00792379

| | |
|---|---|
| From: | gndmedia@gmail.com on behalf of LEGAL [legal@gndmedia.com] |
| Sent: | Wednesday, August 11, 2010 8:51 PM |
| To: | Hotfile.com Abuse; abuse@lemuriaco.com; support@hotfile.com |
| Subject: | Re: DMCA issues |

Ban this user, they are breaking your terms of service. They are posting stolen material and when you remove it for copyright reasons, they repost it using your service again. By allowing this to happen, you are enabling them legally and as such, you put your company at risk of litigation.

In accordance with your own terms of service, please ban this uploader, blacklist these files so they can not be uploaded again

They keep uploading stolen copyrighted materials.

REMOVE OUR CONTENT PLEASE. SECOND REQUEST!

1. Identify the copyrighted work that you claim has been infringed, or-if multiple copyrighted works are covered by this Notice-you may provide a representative list of the copyrighted works that you claim have been infringed.

I own the full copyrights to these images as the photographer and business owner.

http://bryci.com

2. Identify the material or link you claim is infringing (or the subject of infringing activity) and that access to which is to be disabled, including at a minimum, if applicable, the URL of the link where such material may be found.

www.bryci.com is where all the content is stolen from. Again, on your servers, the link needing to be removed is:

http://hotfile.com/dl/61324623/650b391/16.zip.html
http://hotfile.com/dl/61326263/ccc392b/18.zip.html
http://hotfile.com/dl/61327890/ebf02fc/19.zip.html
http://hotfile.com/dl/61329614/552f227/baby_oil.zip.html
http://hotfile.com/dl/61330099/44ea5e1/bryci_satin.zip.html
http://hotfile.com/dl/61332216/a934341/Office.zip.html
http://hotfile.com/dl/61334729/2796f30/Pink_and_black.zip.html
http://hotfile.com/dl/61337690/3654009/Pink_frills.zip.html
http://hotfile.com/dl/61338940/1266b22/Polka_dots.zip.html
http://hotfile.com/dl/61340100/5f5dfeb/Purple_dress.zip.html
http://hotfile.com/dl/61341166/91c922a/red_lace_dress.zip.html
http://hotfile.com/dl/61341585/38e41bc/Ripped_black_dress.zip.html
http://hotfile.com/dl/61343568/b47a70e/Sheets.zip.html
http://hotfile.com/dl/61344472/ef8714a/Shower.zip.html
http://hotfile.com/dl/61346036/582cf7b/Snow.zip.html
http://hotfile.com/dl/61347257/f467291/Storage.zip.html
http://hotfile.com/dl/61348846/5805218/The_fence.zip.html

3. Provide your mailing address, telephone number, and, if available, email address.

Steve Owen



CONFIDENTIAL

HF00792668

105, 3957 17th ave SW
Calgary, Alberta, Canada
T2W1V3
403-450-6602
legal@gndmedia.com

4. Include both of the following statements in the body of the Notice:

I hereby state that I have a good faith belief that the disputed use of the copyrighted material is not authorized by the copyright owner, its agent, or the law (e.g., as a fair use)

I hereby state that the information in this Notice is accurate and, under penalty of perjury, that I am the owner, or authorized to act on behalf of the owner, of the copyright or of an exclusive right under the copyright that is allegedly infringed.

5. Provide your full legal name and your electronic or physical signature.

I, Steve Owen hereby give my electronic signature that I own copyright

CONFIDENTIAL

HF00792669