# Yeh Exhibit 19

| | |
|---|---|
| From: | hotfile.mailbox@gmail.com on behalf of HotFile Corp [andrew@hotfile.com] |
| Sent: | Monday, December 20, 2010 9:20 AM |
| To: | abuse@hotfile.com |
| Subject: | Re: Blocking a user |

Do not write anything to him...

2010/12/20 Hotfile Abuse <abuse@hotfile.com>
There files from different users; those files that he has sent are located on logitech115 and octav which have quite a long list. I saw the files on logitech115 and I would say that they have all kind of things...; how shall we entirely block it? Take a look at them yourself.

---------- Forwarded message ----------
From: Dominic <dominic@pornguardian.com>
Date: Mon, Dec 20, 2010 at 3:09 AM
Subject: Re: Blocking a user
To: HotFile Corp <abuse@hotfile.com>


here is his website, along with some of his links:

http://gay-avatar.org/


http://hotfile.com/dl/90631950/4b7e89a/212.wmv.html
http://hotfile.com/dl/90397425/e576466/f-5c.wmv.html
http://hotfile.com/dl/90389988/990d8d4/karq-ba.wmv.html



On Dec 19, 2010, at 2:21 PM, HotFile Corp wrote:


Hello,
We don't have user with such ID.
Please forward us some user's files?
We will check and suspend user's account.

Regards,


On Sun, Dec 19, 2010 at 4:22 PM, Hotfile Abuse <abuse@hotfile.com> wrote:


---------- Forwarded message ----------
From: Dominic <dominic@pornguardian.com>
Date: Sun, Dec 19, 2010 at 4:20 AM
Subject: Blocking a user

CONFIDENTIAL

EXHIBIT
Ti Tov 41
12-06.11 ff

HF01990729

To: abuse@hotfile.com

hey there!

The user whose ID is 61963814 runs an illegal pirate site. I just removed most of his links. For months we've logged his files.

What is the process to have him banned from using hotfile?

thanks,
Dominic

2

CONFIDENTIAL

HF01990730


**TRANSPERFECT**

AFFIDAVIT OF ACCURACY

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF01990729-30] from Bulgarian into English.

*[signature]*
TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

*[signature]*
Signature, Notary Public

*[stamp]*

Stamp, Notary Public
New York, NY

THREE PARK AVENUE, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

| | |
|---|---|
| From: | hotfile.mailbox@gmail.com on behalf of HotFile Corp [andrew@hotfile.com] |
| Sent: | Monday, December 20, 2010 9:20 AM |
| To: | abuse@hotfile.com |
| Subject: | Re: Blocking a user |

Нищо не му пиши....

2010/12/20 Hotfile Abuse <abuse@hotfile.com>
Има файлове от различни юзъри, тези файлове които е пратил са на logitech115 и octav, които имат доста голям лист. Видях файловете на logitech115, еми има всякакви неща, как да го блокираме изцяло, виж ги и ти.

---------- Forwarded message ----------
From: **Dominic** <dominic@pornguardian.com>
Date: Mon, Dec 20, 2010 at 3:09 AM
Subject: Re: Blocking a user
To: HotFile Corp <abuse@hotfile.com>


here is his website, along with some of his links:


http://gay-avatar.org/


http://hotfile.com/dl/90631950/4b7e89a/212.wmv.html
http://hotfile.com/dl/90397425/e576466/f-5c.wmv.html
http://hotfile.com/dl/90389988/990d8d4/karq-ba.wmv.html



On Dec 19, 2010, at 2:21 PM, HotFile Corp wrote:


Hello,
We don't have user with such ID.
Please forward us some user's files?
We will check and suspend user's account.

Regards,


On Sun, Dec 19, 2010 at 4:22 PM, Hotfile Abuse <abuse@hotfile.com> wrote:


---------- Forwarded message ----------
From: **Dominic** <dominic@pornguardian.com>
Date: Sun, Dec 19, 2010 at 4:20 AM
Subject: Blocking a user

1

CONFIDENTIAL                                                                                          HF01990729

To: abuse@hotfile.com

hey there!

The user whose ID is 61963814 runs an illegal pirate site. I just removed most of his links. For months we've logged his files.

What is the process to have him banned from using hotfile?

thanks,
Dominic

CONFIDENTIAL						HF01990730