# Yeh Exhibit 20

**From:**       Dominic [dominic@pornguardian.com]
**Sent:**       Thursday, December 23, 2010 3:21 AM
**To:**         Hotfile.com Abuse
**Subject:**    Re: Blocking a user


Hello -

I've still not heard back from you about blocking this user. What is your policy for this?


thanks,
Dominic


On Dec 20, 2010, at 7:27 AM, Hotfile.com Abuse wrote:

> The following files were deleted:
> http://hotfile.com/dl/90631950/4b7e89a/212.wmv.html
> http://hotfile.com/dl/90397425/e576466/f-5c.wmv.html
> http://hotfile.com/dl/90389988/990d8d4/karq-ba.wmv.html
>
> Best regards,
> Hotfile.com abuse department
>
> Dominic <dominic@pornguardian.com> wrote:
>> here is his website, along with some of his links:
>>
>>
>> http://gay-avatar.org/
>>
>>
>> http://hotfile.com/dl/90631950/4b7e89a/212.wmv.html
>> http://hotfile.com/dl/90397425/e576466/f-5c.wmv.html
>> http://hotfile.com/dl/90389988/990d8d4/karq-ba.wmv.html
>>
>>
>>
>> On Dec 19, 2010, at 2:21 PM, HotFile Corp wrote:
>>
>>> Hello,
>>> We don't have user with such ID.
>>> Please forward us some user's files?
>>> We will check and suspend user's account.
>>>
>>> Regards,
>>>
>>> On Sun, Dec 19, 2010 at 4:22 PM, Hotfile Abuse <abuse@hotfile.com> wrote:
>>>
>>>
>>> ---------- Forwarded message ----------
>>> From: Dominic <dominic@pornguardian.com>
>>> Date: Sun, Dec 19, 2010 at 4:20 AM
>>> Subject: Blocking a user
>>> To: abuse@hotfile.com

1



CONFIDENTIAL                                         HF00550222

```
>>>
>>>
>>> hey there!
>>>
>>> The user whose ID is 61963814 runs an illegal pirate site. I just removed most of his
links. For months we've logged his files.
>>>
>>> What is the process to have him banned from using hotfile?
>>>
>>> thanks,
>>> Dominic
>>>
>>>
>>
>>
>>
```

2

HF00550223