# Yeh Exhibit 21

| | |
|---|---|
| From: | hotfile.mailbox@gmail.com on behalf of HotFile Corp [andrew@hotfile.com] |
| Sent: | Friday, December 24, 2010 4:42 AM |
| To: | Anton Titov |
| Subject: | Re: Repeat Offender - Copyright Infringement - Special Rightsholder Account |

OK

On Thu, Dec 23, 2010 at 10:26 PM, Anton Titov <anton@titov.net> wrote:
Well, stop him. Be more strict in stopping these days, because during the court trial of Perfect 10 we may be asked how many accounts we have been stopped.

Anton

On Thu, Dec 23, 2010 at 8:44 PM, HotFile Corp <andrew@hotfile.com> wrote
> Virus, kakvo da pravim ,user-a e
> https://admin.hotfile.com/admin/user.php?id=1633993
>
> ---------- Forwarded message ----------
> From: Hotfile Abuse <abuse@hotfile.com>
> Date: Thu, Dec 23, 2010 at 7:06 PM
> Subject: Fwd: Repeat Offender - Copyright Infringement - Special
> Rightsholder Account
> To: andrew@hotfile.com
>
>
>
>
> ---------- Forwarded message ----------
> From: Peter Phinney <peter@pornguardian.com>
> Date: Tue, Dec 21, 2010 at 5:33 PM
> Subject: Repeat Offender - Copyright Infringement - Special Rightsholder
> Account
> To: abuse@hotfile.com
> Cc: Dominic Ford <DOMINIC@dominicford.com>
>
>
> PORNGUARDIAN
> offering sophisticated, customized solutions to curb digital piracy
>
>
>
> Gentlemen,
> It has come to our attention that one of your members is a repeat offender
> who continually posts links to illegal copyrighted material on his blog. We
> have notified you of these files in the past and you have always been very
> cooperative about having them removed from your servers. We thank you for
> that cooperation.
> The time has come, however, for us to speak to you about a more permanent

CONFIDENTIAL



EXHIBIT
TITOV 43
12.06.11 ff
PENGAD 800-631-6989

HF02134652

> solution to this problem. This blogger continues to re-upload and offer
> illegally procured files without compensation or permission from our
> clients, the copyright owners. And now, he has begun masking the links
> leading to the files on your sever in such a way that it makes it extremely
> difficult for us to report them to you and exercise our rights under the
> DMCA. We also cannot remove the files directly through our Special
> Rightsholder Account with Hotfile.
> Here si an examples of the "masked" file URL, he is
> offering: http://gay-avatar.org/hotfile/nathan-price-hayden-kane.html
> Can you please help us bring this practice to an end? Surely you have a
> means of tracking this member's activities and permanently disabling his
> account with Hotfile. This member is not in compliance with Hotfile's Terms
> Of Service and his activities are a direct violation of copyright law, of
> the DMCA and of your membership agreement. He is breaking the law with full
> knowledge that his activities are illegal.
> Please let us know at your earliest convenience how Hotfile can assist us
> and our clients, the copyright owners, in bringing this activity to an end
> immediately
> Thank you in advance for your assistance in this, and also thank you again
> for your outstanding cooperation and past performance in compliance with the
> Digital Millennium Copyright Act
> Respectfully Submitted,
> - Peter K. Phinney
> Los Angeles California, USA
> Porn Guardian / Piracy Stops Here, LLC
>
> Peter Phinney
> peter@pornguardian.com
>
>
>
>
>

--
Regards,
Anton Titov

-

2

CONFIDENTIAL

HF02134653



**TRANSPERFECT**

AFFIDAVIT OF ACCURACY

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02134652-53] from Bulgarian into English.

*Ann Hovey*

TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

Signature, Notary Public

Stamp, Notary Public
New York, NY

| | |
|---|---|
| **From:** | hotfile.mailbox@gmail.com on behalf of HotFile Corp [andrew@hotfile.com] |
| **Sent:** | Friday, December 24, 2010 4:42 AM |
| **To:** | Anton Titov |
| **Subject:** | Re: Repeat Offender - Copyright Infringement - Special Rightsholder Account |

OK

On Thu, Dec 23, 2010 at 10:26 PM, Anton Titov <anton@titov.net> wrote:
Mi spri go, bydi po-strog sys spiraneto tezi dni, shtoto po deloto na
Perfect 10 mozhe da ni popitat kolko accounta sme spirali.

Anton

On Thu, Dec 23, 2010 at 8:44 PM, HotFile Corp <andrew@hotfile.com> wrotc:
> Virus, kakvo da pravim ,user-a e:
> https://admin.hotfile.com/admin/user.php?id=1633993
>
> ---------- Forwarded message ----------
> From: Hotfile Abuse <abuse@hotfile.com>
> Date: Thu, Dec 23, 2010 at 7:06 PM
> Subject: Fwd: Repeat Offender - Copyright Infringement - Special
> Rightsholder Account
> To: andrew@hotfile.com
>
>
>
>
> ---------- Forwarded message ----------
> From: Peter Phinney <peter@pornguardian.com>
> Date: Tue, Dec 21, 2010 at 5:33 PM
> Subject: Repeat Offender - Copyright Infringement - Special Rightsholder
> Account
> To: abuse@hotfile.com
> Cc: Dominic Ford <DOMINIC@dominicford.com>
>
>
> PORNGUARDIAN
> offering sophisticated, customized solutions to curb digital piracy
>
>
>
> Gentlemen,
> It has come to our attention that one of your members is a repeat offender
> who continually posts links to illegal copyrighted material on his blog. We
> have notified you of these files in the past and you have always been very
> cooperative about having them removed from your servers. We thank you for
> that cooperation.
> The time has come, however, for us to speak to you about a more permanent

1

CONFIDENTIAL

HF02134652

> solution to this problem. This blogger continues to re-upload and offer
> illegally procured files without compensation or permission from our
> clients, the copyright owners. And now, he has begun masking the links
> leading to the files on your sever in such a way that it makes it extremely
> difficult for us to report them to you and exercise our rights under the
> DMCA. We also cannot remove the files directly through our Special
> Rightsholder Account with Hotfile.
> Here si an examples of the "masked" file URL he is
> offering: http://gay-avatar.org/hotfile/nathan-price-hayden-kane.html
> Can you please help us bring this practice to an end? Surely you have a
> means of tracking this member's activities and permanently disabling his
> account with Hotfile. This member is not in compliance with Hotfile's Terms
> Of Service and his activities are a direct violation of copyright law, of
> the DMCA and of your membership agreement. He is breaking the law with full
> knowledge that his activities are illegal.
> Please let us know at your earliest convenience how Hotfile can assist us
> and our clients, the copyright owners, in bringing this activity to an end
> immediately.
> Thank you in advance for your assistance in this, and also thank you again
> for your outstanding cooperation and past performance in compliance with the
> Digital Millennium Copyright Act.
> Respectfully Submitted,
> - Peter K. Phinney
> Los Angeles California, USA
> Porn Guardian / Piracy Stops Here, LLC
>
> Peter Phinney
> peter@pornguardian.com
>
>
>
>
>

--
Regards,
Anton Titov

2

CONFIDENTIAL

HF02134653