# Yeh Exhibit 22

# Digital Point

**File hosting affiliate program presentation**

Printable View

Show 40 post(s) from this thread on one page

Page 2 of 5 | First | ◀ | 1 | | 3 | 4 | ... | ▶ | Last ▶▶

---

**cobacoba159** — Apr 17th 2009, 6:23 am

> Quote:
>
> Originally Posted by **campolar** View Post
>
> *You are paid for international downloads, downloads from all countries are counted. Hope that answers the question.*

but i see this in their rules and condition :

> Quote:
>
> *Downloads are counted only if done from the following countries: United States, Canada, Norway, Finland, Sweden, United Kingdom, Germany, Latvia, Estonia, France, Spain, Portugal, Italy, Austria, Switzerland, Hungary, Czech Republic, Netherlands, Belgium, Greece, Denmark, Ireland, Poland, Slovakia, Slovenia, Lithuania, Bulgaria, Romania, Australia, Russia, Belarus, Ukraine and Liechtenstein.*

which one is right? it's not so interesting if they only count downloads from those country

---

**ghost260** — Apr 17th 2009, 10:08 am

well I have tried everything to upload remotely from rapidshare to hotfile. I have a rapidshare premium account. It does not work. they have to fix this problem.

---

**Briareos1** — Apr 17th 2009, 12:35 pm

More importantly you should buy new servers, speed for free users is awful. Less speed -> less points -> less money.

---

**campolar** — Apr 17th 2009, 2:47 pm

> Quote:
>
> Originally Posted by **cobacoba159** View Post
>
> *but i see this in their rules and condition :*
>
> *which one is right? it's not so interesting if they only count downloads from those country*

The one in the TOS will be correct then :).

> Quote:
>> Originally Posted by **ghost260** View Post
>>
>> well I have tried everything to upload remotely from rapidshare to hotfile. I have a rapidshare premium account. It does not work. they have to fix this problem.

Hmmm...I'll have to look into that :)

> Quote:
>> Originally Posted by **Briareos1** View Post
>>
>> More importantly you should buy new servers, speed for free users is awful. Less speed -> less points -> less money.

Speed is not cloaked in anyway, There's something up from your side. I had the same problem, didn't happen when i used a different computer.

---

### Briareos1
Apr 17th 2009, 5:24 pm

Looks like the speed varies with daytime. This afternoon 30kb, now 90kb. What we really need is a proper linkexport, clicking all the checkboxes is stupid :(.

---

### campolar
Apr 18th 2009, 4:01 am

> Quote:
>> Originally Posted by **Briareos1** View Post
>>
>> Looks like the speed varies with daytime. This afternoon 30kb, now 90kb. What we really need is a proper linkexport, clicking all the checkboxes is stupid :(.

You can use the "Copy" link written on the right of the link. That can help.

---

### tommyas123
Apr 18th 2009, 7:34 am

I have method allowing remote upload from RS to hotfile
You need to have premium RS account

PM me

---

### campolar
Apr 19th 2009, 4:36 am

Well i believe there's no secret in that, so why PM you...The method mentioned by the HotFile team is supposed to work properly....

---

### sure36
Apr 19th 2009, 4:52 am

i fetched 12 files from rapidshare but after am getting error, Notice: Undefined variable: lang in /hotfile/www/root/remoteupload.php on line 79.
pls help me soon...id is : sam36666

**campolar**  Apr 19th 2009, 4:52 pm

Check your account for the files, if they are there, ignore the problem. But we will hav it looked over :)

---

**ButcherBoy**  Apr 20th 2009, 1:04 pm

Hello!
I forwarded this to our admin and it will be fixed tomorrow.
My guess is that this is related with multilanguage versions we make now.

> Quote:
>
> Originally Posted by **sure36** View Post
>
> i fetched 12 files from rapidshare but after am getting error, Notice: Undefined variable: lang in /hotfile/www/root/remoteupload.php on line 79.
> pls help me soon...id is : sam36666

---

**ghost260**  Apr 23rd 2009, 6:01 am

I cannot upload remotely from Netload for the last 3 days. I have a premium account in netload. when i try to remote upload from netload it says : Unable to connect to netload.in please fix this issue. and also have never been able to remote upload from rapidshare also. my id is my user name. thanks.

---

**campolar**  Apr 23rd 2009, 4:06 pm

I dont believe there is a way to use a netload.in premium account for direct downloads. Try using the same syntax as of rapidshare and that MIGHT work, there is no guarantee tho.

---

**krazymind**  Apr 23rd 2009, 7:38 pm

I have tried all above suggestion for Remote Upload from RS to Hotfile,

but always, give me error.

**"Download Failed"**

---

**shareminator**  Apr 24th 2009, 6:18 am

Remote upload was removed, forever?

---

**krazymind**  Apr 24th 2009, 8:47 am

Oh, Same.

Where is Remote Upload ?????

---

**campolar**  Apr 24th 2009, 12:28 pm

> Quote:
>> Originally Posted by **HotFile.com**
>> *Remote upload is temporarily unavailable for new uploaders.*
>
> No its not removed forever, read the above quote...

### upload69        Apr 24th 2009, 12:53 pm

> Quote:
>> Originally Posted by **campolar** View Post
>> *No its not removed forever, read the above quote...*
>
> I'm old uploader but can not see it:confused:

### campolar        Apr 24th 2009, 3:46 pm

> Well, it is disabled to all uploaders. I THINK premium users are still allowed, but that only my guess.

### nihangshah        Apr 24th 2009, 4:14 pm

> I get this error, when choosing to view stats by file.
>
> Code:
> ```
> Warning: max() [function.max]: Array must contain at least one element in /hotfile/www/inc/misc.inc.php on line 334
> ```

### campolar        Apr 24th 2009, 7:14 pm

> nihandshah, There is no problem at the site for me. I can see my files and stats without any problem. Try refreshing...

### rekkle        May 2nd 2009, 4:32 am

> Thanks for Polish language version

### campolar        May 2nd 2009, 6:59 am

> HotFile.com will surey bring more multi-language options, more languages to come ;)

### enhu        May 2nd 2009, 9:03 am

> does hotfile allow porn file?

**campolar** — May 4th 2009, 3:54 am

Yes, porn and warez are allowed. They will stay on the server until they are reported. If any of you files are reported by a real representative (see http://hotfile.com/reportabuse.html ), then the file will be deleted, but your account credit will not be removed, and you will not be suspended from hotfile.com

**rekkle** — May 4th 2009, 3:56 am

As I know they do allow porn.
Edit:
@up was faster :)

http://laptopy.tychy.pl/hu/smile_u.jpg

**Radz** — May 4th 2009, 10:33 am

I joined and spread few files... if it goes well i will continue uploading on HotFile.

**campolar** — May 4th 2009, 12:52 pm

Surely you will be pleased with hotfile.com's service :)

**Renegadez** — May 4th 2009, 5:45 pm

How do sites like these make any money? Just curious.

**nihangshah** — May 4th 2009, 5:57 pm

How long do files remain on HotFile.com if nobody downloads it?

**Choppaholik** — May 4th 2009, 9:02 pm

Anyone have been paid today??
Im still waiting for my payment.

**ButcherBoy** — May 13th 2009, 2:08 pm

Hello!
We answered your question already in our FAQ section :)
http://hotfile.com/faq.html

It's always good to take a look first in FAQ :)

About payment - since the begining we don't miss any payment - every monday we sent thousands of dollars to our webmasters and uploaders.

> Quote:
>
> Originally Posted by **nihangshah** View Post
>
> How long do files remain on HotFile.com if nobody downloads it?

### rekkle
*May 18th 2009, 10:20 am*

Today is payout day :D .

Images from polish users:
http://www.uploadking.de/out.php/i17...eenShot001.jpg
PayPal screen:
http://i42.tinypic.com/lweon.png

### mihirp
*May 18th 2009, 12:31 pm*

which type of files u need to download? its depand upon it

### enhu
*May 18th 2009, 3:35 pm*

i just tried it and my fellows can't download my files, is hotfile available to everywhere? i mean all country?

### campolar
*May 18th 2009, 5:19 pm*

Yes, people from all countries can download, but you are not credited for all countries...

### enhu
*May 18th 2009, 10:14 pm*

Quote:

> Originally Posted by **campolar** View Post
> *Yes, people from all countries can download, but you are not credited for all countries...*

what do you mean when you say "not credited for all countries"? dyou mean, theyll download without value and that i don't earn with it?

can anyone show me the list of the countries? :D

### SarMa
*May 18th 2009, 11:27 pm*

I have a little suggestion. : )

Would be great, if there would added a file descripton function, because then you have many files like: 482728ds.rar sometimes it's problematic.

Thanks.

P.S. You are the best, just after working one week I received my first payout : )

### enhu
*May 19th 2009, 12:56 am*

ules & Conditions

* 1. Downloads are counted only if done from the following countries: United States, Canada, Norway, Finland,

Sweden, United Kingdom, Germany, Latvia, Estonia, France, Spain, Portugal, Italy, Austria, Switzerland, Hungary, Czech Republic, Netherlands, Belgium, Greece, Denmark, Ireland, Poland, Slovakia, Slovenia, Lithuania, Bulgaria, Romania, Australia, Russia, Belarus, Ukraine, Liechtenstein, Kuwait, Qatar, United Arab Emirates, Saudi Arabia and Bahrain.
* 2. We pay you 20% from the money earned from affiliates who you referred to the HotFile.com

where can i get the traffic from these countries? any tips?

---

**campolar**                                                                          May 19th 2009, 11:04 am

> Quote:
>
> Originally Posted by **SarMa** View Post
>
> I have a little suggestion. : )
>
> Would be great, if there would added a file descripton function, because then you have many files like: 482728ds.rar sometimes it's problematic.
>
> Thanks.
>
> P.S. You are the best, just after working one week I received my first payout : )

Thanks for the suggestion, as for now you can have proper file names, or you can make a folder with a specific short description and move the file into that.

> Quote:
>
> Originally Posted by **enhu** View Post
>
> ules & Conditions
>
> * 1. Downloads are counted only if done from the following countries: United States, Canada, Norway, Finland, Sweden, United Kingdom, Germany, Latvia, Estonia, France, Spain, Portugal, Italy, Austria, Switzerland, Hungary, Czech Republic, Netherlands, Belgium, Greece, Denmark, Ireland, Poland, Slovakia, Slovenia, Lithuania, Bulgaria, Romania, Australia, Russia, Belarus, Ukraine, Liechtenstein, Kuwait, Qatar, United Arab Emirates, Saudi Arabia and Bahrain.
> * 2. We pay you 20% from the money earned from affiliates who you referred to the HotFile.com
>
> where can i get the traffic from these countries? any tips?

When you put your links for downloads, people who are from those countries get you credit. You can post your links on several websites for global traffic :)

---

Page 2 of 5 | ◀First | ◀ | 1 | | 3 | 4 | ... | ▶ | Last▶

Show 40 post(s) from this thread on one page

All times are GMT -5. The time now is 11:12 pm.

Digital Point modules: Sphinx-based search, CSS