# Yeh Exhibit 24



**EXHIBIT**
Titov 145
12-07-11  FF



## Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** Hotfile Corp.

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** Hotfile.com

**Address of Service Provider:** 43-20 Calle 34, Panama 5, Republic of Panama

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 1007 N. Federal Hwy., Suite 240, Fort Lauderdale, FL 33304

**Telephone Number of Designated Agent:** (954) 773 8743

**Facsimile Number of Designated Agent:** (954) 414 0865

**Email Address of Designated Agent:** abuse@hotfile.com, support@hotfile.com

Signature of Officer or Representative of the Designating Service Provider:



Date: 12 / 08 / 2009

Typed or Printed Name and Title: Anton Titov, Manager

SCANNED   1  21-2010

**Note: This Interim Designation Must be Accompanied by a Filing Fee\***
**Made Payable to the Register of Copyrights.**
**\*Note: Current and adjusted fees are available on the Copyright website at**
**www.copyright.gov/docs/fees.html**

Mail the form to:
**Copyright GC/I&R**
**P.O. Box 70400**
**Washington, DC 20024**

162864185



http://www.copyright.gov/onlinesp/agents/h/hotfilecorp.pdf