# Yeh Exhibit 25

**INCORPORATE**



## Copyright Agent Agreement and Indemnification

WHEREAS, This COPYRIGHT AGENT AGREEMENT is entered into as of December 8, 2009, (this "Agreement") by and among InCorporate Now (the "Copyright Agent") and Anton Titov of Hotfile Corp (the "Owner").

WHEREAS, the Owner wishes to register certain copyright(s) with the U.S. Copyright Office; and

WHEREAS, the Owner wishes to list the Copyright Agent on the copyright registration form as the party to whom correspondence regarding the registration is to be sent.

NOW, THEREFORE, in consideration of the mutual promises and covenants contained herein, the parties agree as follows:

1. **Scope of Service.** Owner is hiring Copyright Agent to be the party to whom correspondence regarding the Owner's copyright registration is to be sent. Owner shall list the Copyright Agent as such party on the U.S. copyright registration form (the "Copyright Form") which Owner shall file with the U.S. Copyright Office. Copyright Agent agrees to act as the recipient of correspondence on behalf of the Owner, and to accept official mail and process of service on behalf of the Owner for the period of one (1) year from the date set forth above. This Agreement will renew automatically in additional one (1) year terms unless Owner gives Copyright Agent written notice of termination at least thirty (30) days prior to the expiration of the then-current term.

Copyright Agent will forward all correspondence and process of service to Owner, either by fax, scanned e-mail, or at the address specified by Owner below, or at such address as Owner may designate in writing from time to time, in Copyright Agent's sole discretion. Notwithstanding the foregoing, Copyright Agent may receive certain mail addressed to Owner, including but not limited to credit card applications, commercial solicitations, and the like, all of which would typically be considered junk mail. Owner agrees that Copyright Agent is not obligated to forward, and will not forward, such junk mail to Company.

Owner agrees and acknowledges that the e-mail address to be listed on the Copyright Form may be Owner's address, rather than Copyright Agent's address. In no event shall Copyright Agent be responsible for Owner's failure to receive any messages sent to Owner's e-mail or street address.

2. **Owner Duties and Responsibilities.** Owner agrees to keep Copyright Agent advised of its correct current address and telephone number at all times so that Registered Agent may contact Owner and to accept all mail and other deliveries promptly from Copyright Agent. Owner hereby acknowledges that failure to comply with the foregoing may cause Owner harm and, further, agrees to indemnify and defend Copyright Agent from any and all liability for any

InCorporateNow Inc. – All Right Reserved
CONFIDENTIAL

EXHIBIT
CL
1 1d
2/15/11 mw

harm that may arise because of its failure. Owner's contact information as of the date of this agreement: 43-20 Calle 34, Panama 5, Republic of Panama, the
telephone number is +44750901 6931, the facsimile number is N/A and the email address is support@hotfile.com, abuse@hotfile.com.

3. **Fee.** Owner agrees to pay the Copyright Agent a fee of $1000.00 USD, in advance, for each term year for the services set forth in paragraph 1 above. The fee is fully earned upon payment and not subject to refund except in the limited situation as set forth in paragraph 5 below.

4. **Indemnification.** The Copyright Agent shall not be liable for any act or omission to act under this Agreement and its attachments, including any and all claims made against the Copyright Agent, except for its own gross negligence or willful misconduct taken in bad faith. The Copyright Agent shall not be liable for, and the Owner will indemnify the Copyright Agent against any losses or claims (including reasonable court costs, attorneys' fees and costs and other out-of-pocket expenses) arising out of any action taken or omitted in good faith hereunder. In no event shall the Copyright Agent be liable for indirect, punitive, special or consequential damages. The Copyright Agent may act upon any instrument or signature believed by it to be genuine and may assume that any person purporting to give any notice or instruction hereunder, reasonably believed by it to be authorized, has been duly authorized to do so.

The Copyright Agent may execute any of its powers or responsibilities hereunder and exercise any rights hereunder, either directly or by or through its agents or attorneys. The Copyright Agent shall not be responsible for and shall not be under a duty to examine, inquire into or pass upon the validity, binding effect, execution, or sufficiency of this Agreement or of any amendment, attachment, or supplement hereto.

The Copyright Agent shall be entitled to reimbursement for all costs and expenses incurred in connection with the administration of the services set forth in paragraph 2 above which are in excess of its compensation for normal services hereunder, including, without limitation, payment of all legal fees and expenses incurred by the Copyright Agent in connection with the resolution of any claim by any party hereunder or any third party.

If Owner was to bring an action against the Copyright Agent and a Court of competent jurisdiction were to find that the Copyright Agent did not commit gross negligence or willful misconduct in bad faith, the Copyright Agent shall be entitled to recover from the party initiating the action, its reasonable costs, expenses, and attorney's fees, even if the Copyright Agent were to represent itself in the court proceedings.

5. **Discharge and Withdrawal.** Owner may discharge Copyright Agent at any time and change Copyright Agents by notifying Copyright Agent in writing, however no refund will be provided for such discharge. Copyright Agent may resign as agent upon termination of this Agreement, upon a breach of this Agreement, or upon a failure by Owner to pay the amount due under paragraph 3 above. Additionally, Copyright Agent may withdraw upon thirty (30) days prior written notice to Owner, for any or no reason, and if for no reason Copyright Agent agrees to refund Owner an amount equal to 1/12 of the Fee multiplied by the number of months

remaining from the date of resignation until the date of expiration or date for renewal of this Agreement.

6. **No Third Party Beneficiaries**. This Agreement is for the exclusive benefit of the parties hereto and their respective permitted successors hereunder, and shall not be deemed to give, either express or implied, any legal or equitable right, remedy, or claim to any other entity or person whatsoever except as provided herein.

7. **Interest of the Copyright Agent**. The Copyright Agent does not have any interest in the work(s) described in the Copyright Form.

8. **Governing Law; Submission to Jurisdiction**. This Agreement shall be governed by, and construed in accordance with, the internal laws of the State of Florida without regards to its conflict of laws provisions. Each party hereby irrevocably and unconditionally consents to submit to the exclusive jurisdiction of the state and federal courts in Miami, Florida for any actions, suits or proceedings arising out of or relating to this Agreement (and the parties agree not to commence any action, suit or proceeding relating thereto except in such courts), and further agrees that service of any process, summons, notice or document by U.S. registered mail or reputable courier (such as Federal Express) to the respective addresses set forth above shall be effective service of process for any action, suit or proceeding brought against the parties in any such court. Each party hereby irrevocably and unconditionally waives any objection to the laying of venue of any action, suit or proceeding arising out of this agreement, in the state and Federal courts in Miami, Florida, and hereby further irrevocably and unconditionally waives its right and agrees not to plead or claim in any such court that any such action, suit or proceeding brought in any such court has been brought in an inconvenient forum.

9. **Assignment**. No party may assign any of its rights or obligations under this Agreement without the written consent of the other party hereto. This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and permitted assignees.

10. **Waivers**. No waiver by any party hereto of any condition or of any breach of any provision of this Agreement shall be effective unless in writing and signed by a duly authorized representative of the party granting such waiver. No waiver by any party of any such condition or breach in any one instance shall be deemed to be a further or continuing waiver of such condition or breach or a waiver of any other condition or breach of any other provision contained herein.

11. **Amendment**. This Agreement may only be amended by the written agreement of the parties hereto.

12. **Merger of the Copyright Agent**. Any corporation into which the Copyright Agent in its individual capacity may be merged or converted or with which it may be consolidated, or any corporation resulting from any merger, conversion or consolidation to which the Copyright Agent in its individual capacity shall be a party, or any corporation to which

substantially all the corporate trust business of the Copyright Agent in its individual capacity may be transferred, shall be the Copyright Agent under this Agreement without further act.

13. **Severability**. The invalidity, illegality or unenforceability of any provision of this Agreement shall in no way effect the validity, legality or enforceability of any other provision; and if any provision is held to be unenforceable as a matter of law, the other provisions shall not be affected thereby and shall remain in full force and effect.

14. **Entire Agreement**. This Agreement constitutes the entire understanding and agreement of the parties hereto with respect to the subject matter hereof and supersede all prior agreements and understandings, written or oral, between the parties hereto with respect to the subject matter hereof.

15. **Counterparts**. This Agreement may be executed in two or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

IN WITNESS WHEREOF, each of the parties has caused this Agreement to be executed by a duly authorized officer as of the day and year first written above.

OWNER
Corp. Name: Hotfile Corp.

By: Anton Titov
Its: Manager

COPYRIGHT AGENT
Corp. Name: InCorporateNow Inc.

By: Constantin Luchian
Its: Copyright Agent


**UNITED STATES POSTAL SERVICE®**

( < Back )  ( Print > )

**Printed Domestic Labels**
Transaction #: 156610537
Charged to: VISA ************6924
Labels Included: 2
Print Date/Time: 12/17/09 9:16:35 AM CST

Delivered: Dec. 23rd 1:21pm

| | Delivery Address | Package Info | Service | Price |
|---|---|---|---|---|
| 1 of 2 | COPYRIGHT GC/I&R<br>PO BOX 70400<br>WASHINGTON, DC 20024-0400 | Ship Date: 12/17/09<br>Weight: 0lbs 5oz<br>From: 33304 | Priority Mail Flat Rate Env<br>Delivery Confirm.<br>Label Total | $4.80<br>$0.00<br>$4.80 |

Delivery Confirmation™ Label Number: 9405 5036 9930 0081 2728 38

| | | | | |
|---|---|---|---|---|
| 2 of 2 | COPYRIGHT GC/I&R<br>PO BOX 70400<br>WASHINGTON, DC 20024-0400 | Ship Date: 12/17/09<br>Weight: 0lbs 5oz<br>From: 33304 | Priority Mail Flat Rate Env<br>Delivery Confirm.<br>Label Total | $4.80<br>$0.00<br>$4.80 |

Delivery Confirmation™ Label Number: 9405 5036 9930 0081 2728 45

**Domestic Order Total: $9.60**

CONFIDENTIAL

LUCHIAN 0396