# Yeh Exhibit 26

```
From:    bdabek22 <bdabek22@gmail.com>
Sent:    Monday, October 18, 2010 10:20 AM
To:      general <general@hotfile.com>
Subject: Slow download: Hotfile (3483285,bdabek22@gmail.com)

Message sent from user with mail - bdabek22@gmail.com:
Reason: I have technical issues with downloading
Username: 3483285 (3483285)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/75420933/d63c3f3/OneDDL.com-House.S07E04.HDTV.XviD-LOL.avi
ip: 89.78.238.142 PL
URL:

I download your file to conection test -1-2kb/s what is that? fix it
```

EXHIBIT
Titov 137
12-07-11 ff

HF00009910

```
From:    sniip3r <sniip3r@sniip3r.com>
Sent:    Tuesday, November 9, 2010 8:51 PM
To:      general <general@hotfile.com>
Subject: Restore my account: Hotfile (SNiiP3R,sniip3r@sniip3r.com)

Message sent from user with mail - sniip3r@sniip3r.com:
Reason: General question
Username: SNiiP3R (687044)
Rank: Silver
Status: Free
Suspended: No
Remove premium: Yes (Reason: traffic 153GB, dt: 2010-11-06 23:00:01)

lastdl: http://hotfile.com/dl/79395178/c29264f/Inception.DVDR-
BOW.WwW.SceneTube.Net.part12.rar.html
ip: 108.14.201.3
URL:
```

My account was closed for no reason. You are not replying to any of the emails. Restore my account or issue a partial refund. Otherwise, I will report this transaction to my credit card company as fraudulent.

EXHIBIT
Titov 138
12-07-11 ff

HF00014579

```
From:    rsakarov <rsakarov@yahoo.com>
Sent:    Monday, December 27, 2010 8:13 PM
To:      general <general@hotfile.com>
Subject: it says upgrade to premium: Hotfile (2563515,rsakarov@yahoo.com)

Message sent from user with mail - rsakarov@yahoo.com:
Reason: I am a paid user but it still says \'Upgrade to premium\'
Username: 2563515 (2563515)
Rank: Silver
Status: Free
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/59777737/3a57c59/Wall_E_PROPER_DVDRip_XviD_ULTRASON_Warez-
Centre.com.part1.rar.html
ip: 64.131.133.202 US
URL:
http://hotfile.com/dl/59777737/3a57c59/Wall_E_PROPER_DVDRip_XviD_ULTRASON_Warez-
Centre.com.part1.rar.html

i paid for monthly use and yet it worked before and now it says upgrade.

problem is at your end check servers.
```



HF00022467

```
From:    norbertomoreira <norbertomoreira@gmail.com>
Sent:    Thursday, January 20, 2011 3:17 PM
To:      general <general@hotfile.com>
Subject: Slow download speeds: Hotfile (nmscm,norbertomoreira@gmail.com)

Message sent from user with mail - norbertomoreira@gmail.com:
Reason: General question
Username: nmscm (2849486)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/97603194/5ac670a/Two.and.a.Half.Men.S08E14.720p.HDTV.X264-
DIMENSION.mkv.html
ip: 85.243.235.150 PT
URL: http://w2.hotfile.com/data.bin

I tried downloading your file  http://w2.hotfile.com/data.bin and the speed was
25kb/s i download a another file with a different file storage site and the speed
goes to 1.5mb/s what wrong it\'s not my internet i already paid  January what
happen to my speed please help thanks
```

EXHIBIT
Titov 140
12-11-07

HF00026791

```
From:    conrado <conrado@unisys.com.br>
Sent:    Friday, January 21, 2011 6:03 PM
To:      general <general@hotfile.com>
Subject: paid sibscription to premium: Hotfile (3771716,conrado@unisys.com.br)

Message sent from user with mail - conrado@unisys.com.br:
Reason: I am a paid user but it still says \'Upgrade to premium\'
Username: 3771716 (3771716)
Rank: Silver
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/98303400/8758a60/No.Ordinary.Family.S01E13.rmvb.html
ip: 189.122.158.233 BR
URL:

Hi
I have renewed my subscription on January 17th but I get always the message
Upgrade to premium.
Hope to solve this problem asap.
SIncerely Yours
Luiz fernando
```



HF00026980

| | |
|---|---|
| From: | Hotfile Corp [hotfile.com@gmail.com] |
| Sent: | Thursday, November 11, 2010 2:47 AM |
| To: | Andrei |
| Subject: | Fwd: Suggestion: Enable the option to organize the folders alphabetically: Hotfile (fillo719,mfitriarif@gmail.com) |

---------- Forwarded message ----------
From: **Elan** <no1knows.me@gmail.com>
Date: 2010/6/30
Subject: Re: Suggestion: Enable the option to organize the folders alphabetically: Hotfile (fillo719,mfitriarif@gmail.com)
To: Hotfile Corp <hotfile.com@gmail.com>


има резон. ще сложа сортиране и по други работи.


On 30 June 2010 21:58, Hotfile Corp <hotfile.com@gmail.com> wrote:
> Suggestion
>
> ---------- Forwarded message ----------
> From: <mfitriarif@gmail.com>
> Date: Wed, Jun 30, 2010 at 6:06 PM
> Subject: Suggestion: Enable the option to organize the folders
> alphabetically: Hotfile (fillo719,mfitriarif@gmail.com)
> To: hotfile.com@gmail.com
>
>
> Message sent from user with mail - mfitriarif@gmail.com:
> Reason: I hahove some suggestions for improving your service
> Username: fillo719 (1880366)
> Rank: Bronze
> Status: Premium
> Suspended: No
> Remove premium: Yes (Reason: traffic 160GB, dt: 2010-06-21 04:10:01)
>
> lastdl:
> http://hotfile.com/dl/50051877/8b5c9a6/Brooklyns.Finest.720p.Bluray.x264-CBGB.part01.rar.html
> ip: 115.135.82.56 MY
> URL:
>
> Dear Hotfile team,
>
> As stated in the subject, I would like to suggest that the aforementioned
> option to be enable in your system. Currently there are hundreds of folders
> in my account and when I searching for certain folders, it would take a long

1

CONFIDENTIAL



HF02158248

```
> time to go through one by one. Yeah alt + f would be an option, but then
> another problem is when I want to move some files into certain folders, I
> will have to go through, AGAIN, the unsorted list of folders,which is very
> tiring. Enabling this option would make everything to be easier and
> smoother, at least for me. I\\\'m sure other users would want this option to
> be activated too. Lastly, I hope my suggestion would not fall on deaf ears
> and please do something about this in the near future.
>
> Thank you.
>
> Regards.
> fillo719
>
>
>
> --
> http://www.hotfile.com - one click file hosting
> -------------------------------------------------------------
>
```

--
http://www.hotfile.com - one click file hosting
-------------------------------------------------------------

CONFIDENTIAL

HF02158249