# Yeh Exhibit 28

```
From:  Hotfile Corp <hotfile.general@gmail.com>
Sent:  Tuesday, February 16, 2010 3:18 AM
To:  evetsengr <evetsengr@comcast.net>
Subject:  Re: Can\\\'t download file: Hotfile (sburke39,evetsengr@comcast.net)
```

Dear Sir,

I just tried to do the same with the same fle and there is no problem, please
contact us if the problem is still availiable.Thank you.

Best Regards,
Support
Hotfile.com


On Tue, Feb 16, 2010 at 4:38 AM, <evetsengr@comcast.net> wrote:

> Message sent from user with mail - evetsengr@comcast.net:
> Reason: I have technical issues with downloading
> Username: sburke39
> Rank: Silver
> Status: Premium
>
> lastdl: http://hotfile.com/dl/15608663/928c9b8/SolidWorks_2010r.part12.rar
> ip: 66.41.173.160
> URL: hotfile.com/dl/15607024/74dafec/SolidWorks_2010r.part03.rar
>
> I am trying to download a series of files, including the following:
>
> hotfile.com/dl/15607024/74dafec/SolidWorks_2010r.part03.rar
>
> but I get a message stating that it cannot be downloaded.
>
> Is there a \\\'typo\\\" in the URL? Can you tell me how to download it?
>
> Thanks!


--
Best regards,
Support
Hotfile.com



HF00040345

| | |
|---|---|
| **From:** | sohaib khan [sohaib8@hotmail.com] |
| **Sent:** | Tuesday, December 07, 2010 7:44 AM |
| **To:** | support@hotfile.com |
| **Subject:** | RE: premium page not found: Hotfile (1564079,sohaib8@hotmail.com) |

yes i logged in and then tried to download it but it transferred me to a page not found.

premium Url :
http://s643.hotfile.com/get/46cdf8ddc6ebf796e0999f6f5c26847e6f56a0bc/4cfe2bdb/1/1d0b4f1dba2cc7bb/5282574/1564079/Despicable.Me.2010.720p.BRRip.XviD.AC3-FLAWL3SS.part6.rar

error on the page : 404 Not Found
/get/1d0b4f1dba2cc7bb/5282574/1564079/Despicable.Me.2010.720p.BRRip.XviD.AC3-FLAWL3SS.part6.rar

------------------------------------------------

From: support@hotfile.com
Date: Tue, 7 Dec 2010 14:28:03 +0200
Subject: Re: premium page not found: Hotfile (1564079,sohaib8@hotmail.com)
To: sohaib8@hotmail.com

Did you logged as premium user first?
You must be logged as premium and then to copy/paste links in browser window.

On Tue, Dec 7, 2010 at 2:26 PM, <sohaib8@hotmail.com> wrote:
Message sent from user with mail - sohaib8@hotmail.com:
Reason: I found error/bug in your site and want to report it
Username: 1564079 (1564079)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/86517108/cad2aa3/Despicable.Me.2010.720p.BRRip.XviD.AC3-FLAWL3SS.part6.rar.html
ip: 119.156.51.49 PK
URL: http://hotfile.com/dl/86517108/cad2aa3/Despicable.Me.2010.720p.BRRip.XviD.AC3-FLAWL3SS.part6.rar.html

Hello,
i m a premium user n im trying to download from the below link but after clicking download button, page not found appears

http://hotfile.com/dl/86517108/cad2aa3/Despicable.Me.2010.720p.BRRip.XviD.AC3-FLAWL3SS.part6.rar.html

thanku
bye


--
------------------------------------------------
Hotfile.com

## Check our Xmas most funny pic contest!

Support:http://hotfile.com/contacts.html

1



CONFIDENTIAL

HF01990289

Help/FAQ:http://hotfile.com/help.html
Facebook:http://facebook.com/HotfileCorp

CONFIDENTIAL

HF01990290

| | |
|---|---|
| **From:** | hotfile.mailbox@gmail.com on behalf of HotFile Corp [support@hotfile.com] |
| **Sent:** | Sunday, February 06, 2011 12:39 PM |
| **To:** | barri simmonds |
| **Subject:** | Re: Download Speed Problem . see attached 2 x correspondance below |

Hello,

Sorry for inconvenience, could you make a tracert to hotfile.com and send us the results?

Running a Traceroute on Windows XP:

1) Go to Start (start button on the lower left of the desktop)

2) Choose 'Run'

3) Type: "cmd" (no quotes)

4) This should bring up a DOS prompt. Once there, type: "tracert hotfile.com" (without quotes)

This should result in a series of hops from your computer to the server you are tracing to.

You should send us also your IP (address) - you can check it here http://whatismyip.com

Regards,

On Sun, Feb 6, 2011 at 6:20 PM, barri simmonds <barri_simmonds@hotmail.com> wrote:
> ==============================
> Login: 4416087
> Password: pfvmcp
> ==============================

Hi, I've been onto your contacts page read faq and followed your instructions, results are below.
There is no link to contact you direct from there so I'm having to do a separate email again.

Results;

Speedtest website;  4836 kbps
Data Bin download;  450 kbps average

Slow link examples; http://hotfile.com/dl/101294233/5c9d6f1/VA_-
_Smash_Dancefloor(2011)(Clubsound_BL(1440)9)_(2011)_MP3_HF_3399276.rar.html?reff=102220

http://hotfile.com/dl/101395749/eb2252b/VA_-
_Club_Destroyers_Remixes_Edition_(Straight_Up_STUDIGI010)_(2011)_MP3_HF_3401262.rar.html
?reff=102220

1



CONFIDENTIAL

HF02300423

Today these links are 15 kbps for me and yesterday they were only 2-4 kbps so I gave up downloading them! Nothing else is downloading/uploading at the same time, and I have no issues with rapidshare/uploaded which I also use. Your data Bin was downloaded very fast so my Isp has no issues too.

Could you please look into this and let me know asap?

Many thanks Barry Simmonds.

--------------------------------------------------------------------------------------------------
---
**Dear users and premium customers of Hotfile.com,**

To improve respond time and to track every your request/problem starting from today you should send us emails only through our contact form:

http://hotfile.com/contacts.html

**You must be logged in your Hotfile account (if you have) and it is very important to use proper subject, for example:**

*"I can't login with with my user/pass?"*
and follow given instructions when you select proper subject.

# Please notice direct emails won't be processed!

Please read our FAQ & News, before contacting us. You may find your question/problem answered already.

**Please notice emails with questions answered already in our FAQ/Affiliate/News section won't be processed.**

Regards,
Hotfile Support Dep.

From: barri_simmonds@hotmail.com
To: support@hotfile.com
Subject: RE: Hotfile.com premium account details
Date: Sat, 5 Feb 2011 19:39:42 +0000

Hi, thanks for my confirmation email. I am having no problem with actual downloading however I'm getting

CONFIDENTIAL                                                      HF02300424

**really** slow speeds. my internet connection is ok & other servers I use regularly (rapidshare/uploaded) are working fast as normal.

Could you have a look for me please & let me know asap?

Regards Barry :)

> To: barri_simmonds@hotmail.com
> Subject: Hotfile.com premium account details
> From: support@hotfile.com
> Date: Sat, 5 Feb 2011 10:22:42 -0600
>
> Dear customer,
>
> Thank you for your purchase. Your Premium account has been activated and you can now download data easily and without waiting. Please ensure that your browser accepts cookies.
>
> ==================================
> Login:4416087
> Password:pfvmcp
> ==================================
>
>
>
> Best regards,
> hotfile.com
>


--
-----------------------------------------------
Hotfile.com

Support:http://hotfile.com/contacts.html
Help/FAQ:http://hotfile.com/help.html

3

| | |
|---|---|
| **From:** | Dave Hewitt [daveyhue@yahoo.co.uk] |
| **Sent:** | Wednesday, December 08, 2010 11:32 AM |
| **To:** | support@hotfile.com |
| **Subject:** | Fw: Re: Hotfile.com premium account slow... |
| **Attachments:** | Capture.PNG |

Dear Sir/Madam

As I have not had a reply and your company have not been supplying me a service for the past 2 weeks please can I have a refund.

I am reaching speeds of 500kbps as a free user with fileserve.com and the fastest I can currently get with your premium service is 10kbps.

Please can the refund be processed asap.

Many Thanks

Mr Hewitt

--- On **Thu, 2/12/10, Dave Hewitt *<daveyhue@yahoo.co.uk>*** wrote:

From: Dave Hewitt <daveyhue@yahoo.co.uk>
Subject: Re: Hotfile.com premium account slow...
To: "HotFile Corp" <support@hotfile.com>
Date: Thursday, 2 December, 2010, 17:17

Hi,

Please find attached the results your requested, I have tried downloading from your servers once again and i'm getting less then 8kbps.

Tracing route to hotfile.com [199.7.177.244]
over a maximum of 30 hops:

```
 1   <1 ms   <1 ms   <1 ms  api.home [192.168.1.254]
 2    7 ms    7 ms    7 ms  217.32.145.233
 3    8 ms    8 ms    9 ms  217.32.146.46
 4   11 ms   11 ms   11 ms  213.120.181.86
 5   11 ms   11 ms   11 ms  213.120.179.50
 6   12 ms   11 ms   12 ms  213.120.179.182
 7   11 ms   11 ms   11 ms  acc2-10GigE-3-3-0.sf.21cn-ipp.bt.net [109.159.25
1.219]
 8   18 ms   17 ms   17 ms  core1-te0-12-0-6.ilford.ukcore.bt.net [109.159.2
51.133]
 9   21 ms   19 ms   19 ms  core1-pos0-7-0-9.ealing.ukcore.bt.net [62.6.201.
54]
10   36 ms   19 ms   19 ms  mgre.customer.bt.net [194.72.9.2]
```

1


EXHIBIT
Titou 54
12·07·11 PF

CONFIDENTIAL

HF01990348

```
11   19 ms    19 ms     19 ms  t2c1-ge11-0-0.uk-eal.eu.bt.net [166.49.168.29]
12   19 ms    19 ms     19 ms  t2c2-p3-0-0.uk-lon1.eu.bt.net [166.49.208.210]
13   19 ms    19 ms     20 ms  t2a1-ge7-0-0.uk-lon1.eu.bt.net [166.49.135.110]

14   20 ms    19 ms     36 ms  166-49-211-34.eu.bt.net [166.49.211.34]
15   20 ms    19 ms     20 ms  ldn-bb2-link.telia.net [80.91.251.14]
16   95 ms    94 ms     94 ms  ash-bb1-link.telia.net [80.91.246.68]
17  107 ms   108 ms    153 ms  atl-bb1-link.telia.net [213.248.80.142]
18  128 ms   139 ms    128 ms  dls-bb1-link.telia.net [80.91.246.72]
19  137 ms   137 ms    137 ms  lemuria-ic-140893-dls-bb1.c.telia.net [213.248.1
00.166]
20  129 ms   129 ms    129 ms  w19.hotfile.com [199.7.177.244]
```

Trace complete.


Kind Regards

Mr Hewitt

--- On **Tue, 30/11/10, HotFile Corp** *<support@hotfile.com>* wrote:

From: HotFile Corp <support@hotfile.com>
Subject: Re: Hotfile.com premium account slow...
To: "Dave Hewitt" <daveyhue@yahoo.co.uk>
Date: Tuesday, 30 November, 2010, 19:32

Hello,

Sorry for inconvenience, could you make a tracert to hotfile.com and send us the results?

Running a Traceroute on Windows XP:

1) Go to Start (start button on the lower left of the desktop)

2) Choose 'Run'

3) Type: "cmd" (no quotes)

4) This should bring up a DOS prompt. Once there, type: "tracert hotfile.com" (without quotes)

This should result in a series of hops from your computer to the server you are tracing to.


On Tue, Nov 30, 2010 at 8:28 PM, Dave Hewitt <daveyhue@yahoo.co.uk> wrote:
Dear Sir/Madam

Over the past 3 days my hotfile downloads have gone really slow e.g. 4kbps from originally 2mbps no matter which link I try to download.

The first few days with my account was great and I could download whatever I liked within minutes, but it now

2

takes days.

I have now tried over 50 links from different websites and all download at less then 10kbps

I am using a download manager and with other suppliers I can still get 4mbps.

An example of a link I'm now trying to download is a TV show:
http://hotfile.com/dl/85182491/c494992/strictly.come.dancing.it.takes.two.s07e40.ws.pdtv.xvid-ftp.avi.html

or

http://hotfile.com/dl/85838847/6840cc3/strictly.come.dancing.it.takes.two.s07e41.ws.pdtv.xvid-ftp.avi.html

It's downloading at 4kbps and is saying it will take another 27 hours.

The http://w2.hotfile.com/data.bin link on your website downloaded at an average of 4,7mbps and takes a few seconds to download.

Please let me know A.S.A.P how this can be resolved?

Many Thanks

Dave Hewitt

--- On **Thu, 25/11/10, Hotfile.com <*support@hotfile.com*>** wrote:

From: Hotfile.com <support@hotfile.com>
Subject: Hotfile.com premium account details
To: daveyhue@yahoo.co.uk
Date: Thursday, 25 November, 2010, 14:24


Dear customer,

Thank you for your purchase. Your Premium account has been activated and you can now download data easily and without waiting. Please ensure that your browser accepts cookies.

=================================

=================================



Best regards,
hotfile.com




--

3

CONFIDENTIAL                                           HF01990350

----------------------------------------------
Hotfile.com
Support:http://hotfile.com/contacts.html
Help/FAQ:http://hotfile.com/help.html
News:http://hotfile.com/news.html

4

CONFIDENTIAL                                                      HF01990351

```
From:  Hotfile Corp <hotfile.general@gmail.com>
Sent:  Sunday, February 21, 2010 7:10 AM
To:  brittcaballero <brittcaballero@me.com>
Subject:  Re: I paid with paypal but did not receive username/password: Hotfile
(1734279,brittcaballero@me.com)

Your account info was changed by someone!
Please keep your account info secure!
Someone read your email or got access to your computer!

Current account info is:


Username:    millian
Password:    millian




Please, login ASAP and change all info to yours!


--
Best regards,
Support
Hotfile.com



On Sun, Feb 21, 2010 at 5:09 PM, Hotfile Corp <hotfile.general@gmail.com> wrote:

     Dear Sir,

     When this message was sent, you're loged in with your premium account!

     On Sun, Feb 21, 2010 at 2:20 AM, <brittcaballero@me.com> wrote:

          Message sent from user with mail - brittcaballero@me.com:
          Reason: I paid with PayPal but did not receive username/password?
          Username: 1734279 (1734279)
          Rank: Silver
          Status: Premium

          lastdl: http://hotfile.com/dl/28627928/8ac559a/Danny_Darko-
Disco_Revenge-ORX099-WEB-2010-UKHx.rar.html
          ip: 93.163.57.52
          URL:

          I paid with paypal but did not receive username/password.. and I
downloaded,, and couldent open the tune,,, all is wrong
          Pls help me


          --
```



HF00040796

```
          Best regards,
          Support
          Hotfile.com




      --
      Best regards,
      Support
      Hotfile.com
```

| From: | hotfile.mailbox@gmail.com on behalf of HotFile Corp [support@hotfile.com] |
|---|---|
| Sent: | Wednesday, January 19, 2011 3:09 AM |
| To: | dr.pedroescobar@gmail.com |
| Subject: | Re: slow download: Hotfile (3078103,dr.pedroescobar@gmail.com) |

Hello!

When you download from our site, please be sure you don't make other downloads (for example from torrent sites, other downloads and etc). If you make multiple downloads from other sites/places all your download speed is shared between each download and this will cause you slow download from us.

Be sure also that you're logged and then to start download, because free users (or not logged) got capped download speed.

If you download through browser please notice your download speed could be limited due to browser settings. For high speed download it is always better to use any Download Manager program. For example:

http://freedownloadmanager.org
http://jdownloader.org/download/index

We don't limit download speed for our Premium users and if you download speed is slow this could be also your ISP issue.

If you still have slow download speed - please send us link you try to download and get slow download speed. We will check it asap.

For testing your download speed from our servers, please download this file:
http://w2.hotfile.com/data.bin
And report us what speed you get, we need this to check where could it be a problem.

Also check your internet download speed here and report us what numbers you get:
http://www.ip-adress.com/speedtest/

Regards,

http://www.hotfile.com


On Tue, Jan 18, 2011 at 11:05 PM, <dr.pedroescobar@gmail.com> wrote:
Message sent from user with mail - dr.pedroescobar@gmail.com:
Reason: I have technical issues with uploading
Username: 3078103 (3078103)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/97778572/275e5a8/BaixarTv.com_chuck.411.rmvb.html

1



CONFIDENTIAL

HF02298703

ip: 85.240.245.63 PT
URL:

I download www.baixartv.com contained in, and have always been very fast lately and come to take 3 hours ?!?!?

 I am paying for that?



--
------------------------------------------------
Hotfile.com

Support:http://hotfile.com/contacts.html
Help/FAQ:http://hotfile.com/help.html
Facebook:http://facebook.com/HotfileCorp

2

CONFIDENTIAL

HF02298704

```
From:  Hotfile Corp <hotfile.general@gmail.com>
Sent:  Wednesday, July 14, 2010 6:57 AM
To:  bob1.meakin <bob1.meakin@btinternet.com>
Subject:  Re: Download not premium: Hotfile (2650448,bob1.meakin@btinternet.com)

Dear Sir/Madame,

1.Please try to change your browser security levels.
2.Delete your browser cache.
3.Check your antivirus and firewall settings.
4.Try to log in again.

--
Best regards,
Support
Hotfile.com



On Wed, Jul 14, 2010 at 12:34 AM, <bob1.meakin@btinternet.com> wrote:

      Message sent from user with mail - bob1.meakin@btinternet.com:
      Reason: I have technical issues with downloading
      Username: 2650448 (2650448)
      Rank: Silver
      Status: Premium
      Suspended: No
      Remove premium: No

      lastdl:
http://hotfile.com/dl/54628290/30d7fcf/That.Evening.Sun.LiMiTED.DVDSCR.XviD-
DoNE.part1.rar.html
      ip: 86.134.244.70 GB
      URL:

      I have joined Hotfile for a month as a trial,but cannot download at Premium
speed.The Hotfile Cookie has been set but is not working.Please sort it or refund.




--
Best regards,
Support
Hotfile.com
```



HF00050586

| | |
|---|---|
| **From:** | hotfile.mailbox@gmail.com on behalf of HotFile Corp [support@hotfile.com] |
| **Sent:** | Friday, May 13, 2011 3:25 AM |
| **To:** | chibchakan@yahoo.com |
| **Subject:** | Re: 500 Internal Server Error: Hotfile (chibchakan,chibchakan@yahoo.com) |

Could you make a screenshot and send it to us?
On what page exactly did you see such an error?

On Wed, May 11, 2011 at 7:57 PM, <chibchakan@yahoo.com> wrote:
Message sent from user with mail - chibchakan@yahoo.com:
Reason: I found error/bug in your site and want to report it
Username: chibchakan (2656196)
Rank: Silver
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/117478834/c4700c6/The.Wrap-Up.Show.5-11-2011.CF64K-SternGeek.mp3.html
ip: 24.193.226.227 US
URL:

500 Internal Server Error
/get/2de15ca0830f075b1fb8bbd50c9e18abde16ff46/4dcab935/512/61426960543cdeb5/6fed07b/Stern.Show.Sh
uffle.5-09-2011.CF128K-SternGeek.mp3


--
----------------------------------------------
Hotfile.com

Support:http://hotfile.com/contacts.html
Help/FAQ:http://hotfile.com/help.html

1



CONFIDENTIAL

HF02310896

From:  Hotfile Corp <hotfile.general@gmail.com>
Sent:  Tuesday, October 19, 2010 10:34 AM
To:   Steven Ligatsa <sligatsa@gmail.com>
Subject:  Re: Double payment: Hotfile (sligatsa,sligatsa@gmail.com)

We're really sorry for all the troubles, but we have to know some information
about your payment.

In order to identify your payment, we require your Email and  at least one of the
following information:

- The transaction code (ID) of PayPal, this is a 17 character code made up of
letters and digits.

- The transaction ID - if you paid through SegPay (credit card).

The transactions ID  can be found in your PayPal account or in payment
confirmation email received from us.

---
Best regards,
Support
Hotfile.com

On Mon, Oct 18, 2010 at 6:25 PM, Steven Ligatsa <sligatsa@gmail.com> wrote:

        Hi, this is the reply I get. I don't know why I'm being passed around like
this. You could just refund it to me since it's obvious I've overpaid. This is
very unprofessional

        On Oct 18, 2010, at 8:04 AM, Segpay Billing Support wrote:

            Dear Sir/Madam,

            Thank you for contacting SegPay, a third party payment providers for
many sites on the Internet.

            About your concern, if the charge is coming from PayPal, you have to
contact them directly as we are not affliated to them.

            If you have any additional questions or concerns, please contact us
back.

            Thank You,
            Alvin, SegPay Billing Support

            From: Steven Ligatsa [sligatsa@gmail.com]
            Sent: Monday, October 18, 2010 10:53 AM
            To: Segpay Billing Support
            Subject: Hotfile double payment



EXHIBIT
Titov 59
12·07·11

HF00055626

Hi there, I just renewed my account for 3 months. but today i got charged again for 9 dollars because of recurring payments on paypal. i was wondering if you could refund me the 9 dollars since ive already renewed my accounts for 3 months? thanks

On Oct 18, 2010, at 7:52 AM, Hotfile Corp wrote:

Dear Sir/Madame,

Please send mail to help@segpay.com to cancel your monthly subscription.

--
Best regards,
Support
Hotfile.com

On Sat, Oct 16, 2010 at 7:01 AM, <sligatsa@gmail.com> wrote:

Message sent from user with mail - sligatsa@gmail.com:
Reason: General question
Username: sligatsa (3203857)
Rank: Copper
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/74946708/20a15e5/Far_East_Movement-Free_Wired-2010.rar.html
ip: 97.93.105.134 US
URL:

Hi there, I just renewed my account for 3 months. but today i got charged again for 9 dollars because of recurring payments on paypal. i was wondering if you could refund me the 9 dollars since ive already renewed my accounts for 3 months? thanks

--
Best regards,
Support
Hotfile.com

--
Best regards,
Support
Hotfile.com

From:  SALLY LOVELESS <salcapgal@gmail.com>
Sent:  Tuesday, March 30, 2010 5:52 PM
To:  Hotfile Corp <hotfile.general@gmail.com>
Subject:  Re: restrictions: Hotfile (Salcapgal,salcapgal@gmail.com)

Hello..  150 GB?    ?????  I'm very confused??

150 GB is like 15-20 movies per day or more?

Currently I download (not everyday)  around 4-5 GB per day or so.  I don't even
get 15-20 movies between Hotfiles, Rapidshares
AND Megaupload AND  superfastfiles!!!

I collect the links into my download manager and  kind of TRY to GUESS at each and
not go over 5GB per day..

What day did I ever take 150 GB??   If this has happened to my  account.. then
someone is HACKING INTO MY SHARES!!
And we then need to do something to find out who/how/when... is doing it?

I'm assuming that you are saying  JUST DON'T DO IT RIGHT?  Not that I am doing it?

Like today.. IT'S NOW 5:48 PM.    For today...I JUST now took my first data.
I am downloading 3 links (ONLY 3 BECAUSE YOU'VE ALREADY BLOCKED ME OUT!!)....

So today so far I've only used  400 MB!!!  and the server is closing me out!!!
_____

Are you saying that my account IS BEING USED TO MAX and/or OVER 150GB per day?
IF YOU ARE SAYING THIS..
THEN TELL ME WHAT I HAVE TO DO TO SECURE IT OKAY?
Take a look at the IP address!!    Maybe they have hidden their IP address with
Hide my IP address too??

In any case...let me know BECAUSE IT ISN'T ME USING ALL THAT!!  And I know people
steal it too!!

PLEASE WRITE ME BACK ASAP AND LET ME KNOW WHAT'S GOING ON OKAY?    I MAY NEED TO
GET A NEW ACCOUNT.. USER ID AND/OR PASSWORD..    ASAP!!!

I saw you're e-mail with the title and just when I went to START getting a file
today.. THIS HAPPENED AGAIN!!
400MB.... that's a far distance from 400MB  to 150 GB!!

On Tue, Mar 30, 2010 at 3:38 AM, Hotfile Corp <hotfile.general@gmail.com> wrote:

        Dear Sir,

        Don't download more than 150gb per day and everything will be ok.That is
all!

        On Sun, Mar 28, 2010 at 9:25 PM, <salcapgal@gmail.com> wrote:

                Message sent from user with mail - salcapgal@gmail.com:
                Reason: I have technical issues with downloading
                Username: Salcapgal (1681388)
                Rank: Silver
                Status: Premium
                Suspended: No
                Remove premium: No



EXHIBIT
Trtov 60
12-07-11 PF

HF00065741

```
       lastdl:
http://hotfile.com/dl/34834217/b32afe8/Combination.part7.rar.html
       ip: 68.4.121.201
       URL:
http://hotfile.com/dl/34834217/b32afe8/Combination.part7.rar.html
```

Hello,  can you check my account please?
Lately I can\'t even download a full movie or more than 5 links
before hotfiles seems to close the connection?  Aren\'t we supposed to get
unlimited parallel downloads within our quota?

Also, I wrote a few weeks ago asking about quota too??  I try to stay
within it and since I\'m busy using 4 accounts, sometimes I lose track.  I can
tell w/ rapidshare because it crosses over to premium shares and I know when to
stop daily...

Here is says 0 used, 0 left, 0 quota??
How do I know when I\"m over my daily limit?

Just want to do this right and not over use okay?  Please reply and
let me know
more about how my account works?

Thank You Sally


--
Best regards,
Support
Hotfile.com