# Yeh Exhibit 29

Yeh Exhibit 29 - Hotfile Personnel Downloads

| Name | URL of Downloaded File | Title of Work | Description | Company | Classification | Notes |
|---|---|---|---|---|---|---|
| Andrew (Andrei Ianakov) | http://hotfile.com/dl/154895O2/561aae4/PGP.Desktop.Profe ssional.v9.12.Multilingual.rar.html | PGP Desktop Professional v9.12 | Encryption Software | Symantec | Highly Likely Infringing | http://forum.esoft.in/security-antispyware/82440-pgp-desktop-professional-9-12-multilingual.html; http://www.symantec.com/business/products/purchasing.jsp?pvid=desktop_pro_1&p cid=pcat_info_risk_comp |
| Andrew (Andrei Ianakov) | http://hotfile.com/dl/106801203/f76ab31/GAOTD-ThunderSoft Flash to Video Converter 1.1.5.zip.html | Flash2 Video Converter | Video Converter Software | Thundersoft | Highly Likely Infringing | http://www.flash2video.com/ |
| Andrew (Andrei Ianakov) | http://hotfile.com/dl/119241864/dcc2a8a/cr_b_pt2.rar.html | Cedar Rapids | Movie, only one part | Twentieth Century Fox Film Corporation | Highly Likely Infringing | http://www.imdb.com/title/tt1477837/ |
| Andrew (Andrei Ianakov) | http://hotfile.com/dl/124314939/d708a43/1.7.3_PortalGun_ v4.zip.html | MineCraft Mod | Modification for Minecraft Video Game | iChun | Highly Likely Infringing | http://www.moniker.com/id/NDE5NDQ2MzK=/; http://www.minecraftforum.net/topic/199391-18119p5-portal-gun-v1-updated-to-prerelease/ |
| Andrew (Andrei Ianakov) | http://hotfile.com/dl/124993807/36c3f56/Leverage.S04E05. BGSUB.zip.html | Leverage Season 4 | Two subtitle files for episodes, and one video file of a behind the scenes documentary | Turner Network Television | Highly Likely Infringing | http://www.imdb.com/title/tt1103987/ |
| Andrew (Andrei Ianakov) | http://hotfile.com/dl/118256490/457914e/P117.pdf.html | Private Magazine | Pdf images of Private Magazine | Private Media Group, Inc. | Highly Likely Infringing | http://www.porn-w.org/post7002109.html; http://en.wikipedia.org/wiki/Private_Media_Group |
| Anton (Titov) | http://hotfile.com/dl/89857977/dbc749a/Angel Dark - Anal ! - Threesome !.rar.html | Angel Dark - Anal ! - Threesome ! | High Production Quality Porn Video | Angel Dark | Highly Likely Infringing | http://entnt.com/viewthread.php?tid=463182; 19m13s; http://www.angeldark.com/warning.html |
| Anton (Titov) | http://hotfile.com/dl/59702049/6b25d5b/Indian teen anal.zip.html | Indian Teen Anal | High Production Quality Porn Video | Indian | Highly Likely Infringing | http://www.filezoo.com/results/b62929a3f348e472/indian-teen-anal; 29m1s http://www.pornbb.org/post110584304.html; http://www.sirina.tv/category/free-tag/porn |
| Anton (Titov) | http://hotfile.com/dl/102017906/3c90a2a/barbiegr.rar.html | Black July | Professional Porn Video | Sirina | Highly Likely Infringing | |
| Anton (Titov) | http://hotfile.com/dl/85215469/3c2e542/MyEgY.CoM.El Lemby 8 Giga.rmvb.html | Elembi 8 Gega | Professional Arabic Movie | Rotana Studios | Highly Likely Infringing | http://webcache.googleusercontent.com/search?q=cache:HPz0Xks8u80J:ar-ar.facebook.com/permalink.php%3Fstory_fbid%3D172878466069865%26id%3D144440 0795606934+http://hotfile.com/dl/85215469/3c2e542/MyEgY.CoM.El+Lemby+8+Giga. rmvb.html&cd=18&hl=en&ct=clnk&gl=us; http://www.imdb.com/title/tt2210581/ |
| Anton (Titov) | http://hotfile.com/dl/87895246/4553248/Shape_Greece_20 10-12.pdf.html | Shape Magazine | Pdf images from the magazine | Weider Publications, LLC | Highly Likely Infringing | http://www.shape.com/ |
| Anton (Titov) | http://hotfile.com/dl/96441685/d985c41/Soniya.in.Her.First. Hardcore_Scene.wmv.html | Desi beauty Soniya in Her First Hardcore Scene | High Production Quality Porn Video | Foreign | Highly Likely Infringing | 34m30s |
| Dido (Deian Chuburov) | http://hotfile.com/dl/27209002/2e6e862/Set_5.rar.html | Swimmeat, others | Erotic Comics by Nick Shadow | Nick shadow | Highly Likely Infringing | http://gay.pornbb.org/my-favorite-pics-t1065840.html |
| Dido (Deian Chuburov) | http://hotfile.com/dl/97525262/5cb5318/dd.bb2011.rar.htm l | Winter night | Themes for Windows, and other wallpapers | Fel-X | Highly Likely Infringing | http://www.topdg.com/29098-theme-for-windows-7-dark-blue-2011.html; http://fel-x.deviantart.com/art/Winter-Night-185594595 |
| Dido (Deian Chuburov) | http://hotfile.com/dl/96001784/ad3ee47/5703 Nikko Alexander & Trevor Knight.mp4.html | My Brother's Hot Friend | Professional Porn Video | La Touraine, Inc | Highly Likely Infringing | http://webcache.googleusercontent.com/search?q=cache:ATNZyhOg1HQJ:www.masti ya.com/pics-n-vids-adult/1143138-gay-quality-video-dvdrip-movies-multi_links-27.html+http://hotfile.com/dl/96001784/ad3ee47/5703+Nikko+Alexander+%26+Trevo r+Knight.mp4.html&cd=3&hl=en&ct=clnk&gl=us; http://suite703.com/ |
| Dido (Deian Chuburov) | http://hotfile.com/dl/96094620/bcc885a/Jenny-Alexander-HD_23618_Large.wmv.html | 96094620.pid.wmv | Professional Porn Video | scorehd.com | Highly Likely Infringing | http://planetsuzy.org/archive/index.php/t-394236.html; http://www.scorehd.com/ |

1

Yeh Exhibit 29 - Hotfile Personnel Downloads

| Name | URL of Downloaded File | Title of Work | Description | Company | Classification | Notes |
|---|---|---|---|---|---|---|
| Dido (Deian Chuburov) | http://hotfile.com/dl/111163158/b6edafa/Japanese_Secret_Projects.pdf.html | Japanese Secret Projects | Book published by Ian Allan Publishing | Ian Allan Publishing | Highly Likely Infringing | http://www.ebook3000.com/Japanese-Secret-Projects--Experimental-Aircraft-of-the-IJA-and-IJN-1939-1945_128656.html; http://www.amazon.com/Japanese-Secret-Projects-Experimental-1939-1945/dp/1857803175 |
| Stan (Stansilav Manov) | http://hotfile.com/dl/117979275/37deb1e/6657.rar.html | Nude Night Disco | Professional Nudes Video | hegre-art.com | Highly Likely Infringing | http://webcache.googleusercontent.com/search?q=cache:w6nO3q4q9oLjetdI.com/download/6657/5ig2s+http://hotfile.com/dl/117979275/37deb1e/6657.rar.html&cd=1&hl=en&ct=clnk&gl=us; http://hegre-art.com/ |
| Stan (Stansilav Manov) | http://hotfile.com/dl/43164877/126a50c/Monster.rar.html | Monster Origami | Pdf file containing the book published by Sterling | Sterling | Highly Likely Infringing | http://thewarezscene.org/forums/monster-origami-t4173289.html; http://www.amazon.com/Monster-Origami-Duy-Nguyen/dp/140274014X |
| Stan (Stansilav Manov) | http://hotfile.com/dl/71956171/54acfc1/AfterWildCollageParty.zip.html | After Wild Collage Party | Professional Porn Video | collegefuckfest.com | Highly Likely Infringing | http://translate.google.com/translate?hl=en&sl=ar&u=http://3at3ot.com/archive/index.php/t-39015-p-2.html&ei=ag18T5iJ0OM26OQG9opyRCw&sa=X&oi=translate&ct=result&resnum=2&ved=0CCQQ7gEwAQ&prev=/search%3Fq%3Dhttp://hotfile.com/dl/71956171/54acfc1/AfterWildCollageParty.zip.html%26hl%3Den%26zbiw%3D1680%26bih%3D949%26prmd%3Dimvns; http://collegefuckfest.com/ |
| Stan (Stansilav Manov) | http://hotfile.com/dl/75622173/d92e700/Origami_Alpine_Flowers.rar.html | Origami Alpine Flowers | Book by Yoshohide Momotani | Ishizue Publishers | Highly Likely Infringing | http://softarchive.net/blogs/ductiI/origami_alpine_flowers.428645.html; http://www.amazon.com/Origami-Alpine-Flowers-Yama-Japanese/dp/4907747041 |
| Stan (Stansilav Manov) | http://hotfile.com/dl/105572447/3cbcecd/Origami to Astonish and Amuse.rar.html | Origami to Astonish and Amuse | Pdf file containing the book published by Sterling | Sterling | Highly Likely Infringing | http://www.amazon.com/Origami-Astonish-Amuse-Jeremy-Shafer/dp/0312254040 |
| Stan (Stansilav Manov) | http://hotfile.com/dl/105709800/d6038ee/dandelion-wp-style.rar.html | Wp-Style | Wordpress themes and web design | themeforest.net | Highly Likely Infringing | http://themeforest.net/wiki/support/legal-terms/legal-user-terms-and-conditions/ |
| Stan (Stansilav Manov) | http://hotfile.com/dl/105923637/01be05a/Dandelion.rar.html | Vector Dandelion | Professional Vector Images for sale on Shutterstock.com | Shutterstock.com | Highly Likely Infringing | http://filenewz.com/download/15b95502c94122eec/Dandelion-Vector/; http://www.shutterstock.com/pic-58730014/stock-vector-vector-dandelion.html |
| Stan (Stansilav Manov) | http://hotfile.com/dl/107027241/5910545/Origami_-_THE_Collection.rar.html | Origami - The Collection! | Copyrighted Origami Templates | Sy Chen, Others | Highly Likely Infringing | http://webcache.googleusercontent.com/search?q=cache:ZWDzKVT8aoEJ:artisonsuzum.wordpress.com/2011/02/23/48/+http://hotfile.com/dl/107027241/5910545/Origami_-_THE_Collection.rar.html&cd=1&hl=en&ct=clnk&gl=us |
| Stan (Stansilav Manov) | http://hotfile.com/dl/107031873/7ae013b/llfd7h9jd9.part1.rar.html | Sapphic Erotica- Kimberly, Nicole & Anna | Professional porn | Sapphicerotica.com | Highly Likely Infringing | Sapphicerotica.com |
| Stan (Stansilav Manov) | http://hotfile.com/dl/107040607/c7796d1/llfd7h9jd9.part2.rar.html | Sapphic Erotica- Kimberly, Nicole & Anna | Professional porn | Sapphicerotica.com | Highly Likely Infringing | Sapphicerotica.com |
| Stan (Stansilav Manov) | http://hotfile.com/dl/107042669/e5749b6/llfd7h9jd9.part3.rar.html | Sapphic Erotica- Petra Short and Samantha on Balcony | Professional porn | Sapphicerotica.com | Highly Likely Infringing | Sapphicerotica.com |
| Stan (Stansilav Manov) | http://hotfile.com/dl/107310710/ef8c8e1/Origami_Kagit_Katlama.rar.html | Origami to Astonish and Amuse | Pdf file containing the book published by Sterling | Sterling | Highly Likely Infringing | http://www.fulldonanim.com/archive/index.php/t-69332.html; http://www.amazon.com/Origami-Astonish-Amuse-Jeremy-Shafer/dp/0312254040 |
| Stan (Stansilav Manov) | http://hotfile.com/dl/108155784/43e7838/NOAH-31.part1.rar.html | Ashida Misuzu | Cover Art and part of a Video file from a professional Japanese Porn | Noah | Highly Likely Infringing | http://idols4u.mybisi.com/product/ashida-misuzu-noah-31 |
| Stan (Stansilav Manov) | http://hotfile.com/dl/108349456/99c544f/Fuse_Tomoko_-_Fabulous_origami_boxes__en_.rar.html | Fabulous Origami Boxes | Pdf file containing the book | Japan Publications Trading | Highly Likely Infringing | http://www.amazon.com/Fabulous-Origami-Boxes-Tomoko-Fuse/dp/0870409786 |

2

Yeh Exhibit 29 - Hotfile Personnel Downloads

| Name | URL of Downloaded File | Title of Work | Description | Company | Classification | Notes |
|---|---|---|---|---|---|---|
| Stan (Stanislav Manov) | http://hotfile.com/dl/108923475/87e993a/3D-Origami.rar.html | 3D Origami: Step-by-Step Illustrations | Pdf file containing the book | Japan Publications Trading | Highly Likely Infringing | http://www.yapimuhendisi.com/forums-file-viewtopic-t-231.html; http://www.amazon.com/3D-Origami-Step-Step-Illustrations/dp/4889960570 |
| Stan (Stanislav Manov) | http://hotfile.com/dl/110399650/9eb41ca/Oni Chichi Vol. 1 - English Sub_part1.rar.html | Oni Chichi Vol. 1 | Professional Anime Cartoon | Poro | Highly Likely Infringing | http://www.filesmap.com/file/UxSv/oni-chichi-vol-1-english-sub/oni-chichi-vol-1-english-sub-part1-rar/; http://www.amazon.com/Chichi-CENSORED-NON-SUBTITLED-DISC-ONLY/dp/B003THFV0U/ref=sr_1_1?s=movies-tv&ie=UTF8&qid=1323277448&sr=1-1 |
| Stan (Stanislav Manov) | http://hotfile.com/dl/110399653/c2af8d3/Oni Chichi Vol. 1 - English Sub_part2.rar.html | Oni Chichi Vol. 1 | Professional Anime Cartoon | Poro | Highly Likely Infringing | http://webcache.googleusercontent.com/search?q=cache:tLn2Zd2r9H8J:www.hentaiarena.com/forum/index.php%3Faction%3Dprintpage%3Btopic%3D2632.0+http://hotfile.com/dl/110399653/c2af8d3/Oni+Chichi+Vol.+1-+English+Sub+part2.rar.html&cd=1&hl=en&ct=clnk&gl=us; http://www.amazon.com/Chichi-CENSORED-NON-SUBTITLED-DISC-ONLY/dp/B003THFV0U/ref=sr_1_1?s=movies-tv&ie=UTF8&qid=1323277448&sr=1-1 |
| Stan (Stanislav Manov) | http://hotfile.com/dl/110405252/c579621/Oni Chichi Vol. 1 - English Sub_part3.rar.html | Oni Chichi Vol. 1 | Professional Anime Cartoon | Poro | Highly Likely Infringing | http://webcache.googleusercontent.com/search?q=cache:tLn2Zd2r9H8J:www.hentaiarena.com/forum/index.php%3Faction%3Dprintpage%3Btopic%3D2632.0+http://hotfile.com/dl/110405252/c579621/Oni+Chichi+Vol.+1-+English+Sub+part3.rar.html&cd=1&hl=en&ct=clnk&gl=us; http://www.amazon.com/Chichi-CENSORED-NON-SUBTITLED-DISC-ONLY/dp/B003THFV0U/ref=sr_1_1?s=movies-tv&ie=UTF8&qid=1323277448&sr=1-1 |
| Stan (Stanislav Manov) | http://hotfile.com/dl/110613054/12381ea/Stock_Vector_-_Seamless_Floral_Patterns_sharegfx.rar.html | Stock Vector Seamless Floral Patterns | Professional Vector images for sale on Shutterstock.com | Shutterstock.com | Highly Likely Infringing | http://www.shutterstock.com/pic-71686570/stock-vector-elegance-seamless-floral-pattern-on-leaves-theme.html |
| Stan (Stanislav Manov) | http://hotfile.com/dl/113777525/23b5040/zenekucko_01112.rar.html | 24 Nights (by Eric Clapton) | Music files from the album by Eric Clapton | Reprise / Wea | Highly Likely Infringing | http://www.amazon.com/24-Nights-Eric-Clapton/dp/B000002LN9 |
| Stan (Stanislav Manov) | http://hotfile.com/dl/114293668/031ff98/FM-2062.rar.html | FM-2062 | Images and script from copyrighted estebanlozada.com | Personal Portfolio | Highly Likely Infringing | http://estebanlozada.com/ejemplo1/main.swf |
| Stan (Stanislav Manov) | http://hotfile.com/dl/118916200/6ce3e7c/(Naoshi Onizuka) Lovable.rar.html | (Naoshi Onizuka) Lovable (2008-12-27)[loli manga] | Jpg files with images from the comic book | Akaneshinsha | Highly Likely Infringing | http://www.akaneshinsha.co.jp/online/home/index.htm |
| Stan (Stanislav Manov) | http://hotfile.com/dl/120767867/6194754/Voile PErfect Blonde FUcks.flv.html | Perfect Blonde | Video from mydirtyhobby.com | Colbette Holdings Limited | Highly Likely Infringing | http://mydirtyhobby.com/ |
| Stan (Stanislav Manov) | http://hotfile.com/dl/125100784/f75c00a/Bianca.wmv.001.html | Pilladas en la Calle | Video from putalocurax.com | Putalocurax.com | Highly Likely Infringing | http://javichuparadise.com/foros/archive/index.php/t-124165.html; putalocurax.com |
| Stan (Stanislav Manov) | http://hotfile.com/dl/82288176/b69e6ca/handlowgame-desktop.wmv.html | 82288176.pid.wmv | Video from myprincesslisa.com | http://myprincesslisa.com | Highly Likely Infringing | http://myprincesslisa.com/home.html |
| Stan (Stanislav Manov) | http://hotfile.com/dl/100252946/0d9ae0c/Laila_Odom_-_Zanes_Sex_Chronicles_s01e12.avi.html | Zane's Sex Chronicles | High Production Quality Porn Video (taken from rageroo-celebs.com) | Cinemax | Highly Likely Infringing | http://www.imdb.com/title/tt1242774/ |
| Stan (Stanislav Manov) | http://hotfile.com/dl/101901339/1965555/119-BreakfastOfCock.wmv.html | 101901339.pid.wmv | Porn Video from schoolboysecrets.com | schoolboysecrets.com | Highly Likely Infringing | http://www.schoolboysecrets.com/ |
| Stan (Stanislav Manov) | http://hotfile.com/dl/115322452/e2f9c23/sila_sahin3_canay.com.avi.html | Sila Sashin | Video clip taken from RTL chanel | RTL interactive GmbH | Highly Likely Infringing | http://webcache.googleusercontent.com/search?q=cache:KrcwUkn1Xh8J:filegaga.com/fileinfo/qkggh s+http://hotfile.com/dl/115322452/e2f9c23/sila_sahin3_canay.com.avi.html&cd=3&hl=en&ct=clnk&gl=us; http://www.rtl.de/cms/index.html |
| Vasil (Kolev) | http://hotfile.com/dl/117415089/8451b6a/Ult_R_SET3.rar.html | Free Bird, others | Rar containing music files including Freebird by Lynyrd Skynyrd | Geffen Records | Highly Likely Infringing | |

Yeh Exhibit 29 - Hotfile Personnel Downloads

| Name | URL of Downloaded File | Title of Work | Description | Company | Classification | Notes |
|---|---|---|---|---|---|---|
| Vasil (Kolev) | http://hotfile.com/dl/773/5cbe461/Diskoteka-Avaria---DJ-Leonid-Rudenko---Otcy.avi.html | Music Video | Professional Music Video by Leonid Rudenko | Be Yourself Music/IKRA | Highly Likely Infringing | http://www.myspace.com/leonidrudenko |
| Vasil (Kolev) | http://hotfile.com/dl/117478834/c4700c6/The.Wrap-Up.Show.5-11-2011.CF64K-SternGeek.mp3.html | The Wrap Up Show | Media file containing the Wrap up Show | Sirius XM Radio Inc | Highly Likely Infringing | http://www.howardstern.com/ |
| Vasil (Kolev) | http://hotfile.com/dl/118054542/977be96/par_201105.pdf.html | Pro Audio Review | Pdf file containing the May 2011 issue of the Review | NewBay Media, LLC | Highly Likely Infringing | http://webcache.googleusercontent.com/search?q=cache:uB-ZaaYrZ-sJ:jetdl.com/download/par%2B201105/57tvo+http://hotfile.com/dl/118054542/977be96/par_201105.pdf.html&cd=2&hl=en&ct=clnk&gl=us; http://www.prosoundnetwork.com/index |

4