# Yeh Exhibit 30

From:   savvycraze <savvycraze@hotmail.com>
Sent:   Friday, September 3, 2010 10:07 PM
To:   general <general@hotfile.com>
Subject:   SUPER SLOW download though PREMIUM user: Hotfile
(savvycraze,savvycraze@hotmail.com)

Message sent from user with mail - savvycraze@hotmail.com:
Reason: General question
Username: savvycraze (3093549)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/40088287/30372b9/South.Park.10x08.by.www.seriesfree.biz.rmvb
.html
ip: 219.74.14.137 SG
URL:
http://hotfile.com/dl/40088369/0a997ac/South.Park.10x09.by.www.seriesfree.biz.rmvb
.html

Hi Hotfile,


I\\\\\\\'m only making 1 download from Hotfile, no other downloads.

I\\\\\\\'m also a Premium user, you can check via this email account.

Even if it\\\\\\\'s through browser, it can\\\\\\\'t be that slow till 1 kb / sec
and i\\\\\\\'ve no issue downloading other files at other web sites at 200 kb /
sec.

Link (1 example) -
http://hotfile.com/dl/40088369/0a997ac/South.Park.10x09.by.www.seriesfree.biz.rmvb
.html
Download speed of < 1 kb / sec

I tried to download data.bin file and the speed was ard 200 kb / sec.

Last Result from http://www.ip-adress.com/speedtest/:
Download Speed: 793 kbps (99.1 KB/sec transfer rate)
Upload Speed: 572 kbps (71.5 KB/sec transfer rate)
Sat Sep 04 2010 12:40:30 GMT+0800 (Malay Peninsula Standard Time)

Pls get back to me ASAP.
The downloading speed is super disappointing.


Rgds,



EXHIBIT

Titov 61
12·07·11 AF

PENGAD 800-631-6989

HF00001552

From: varedi.behzad <varedi.behzad@gmail.com>
Sent: Sunday, September 5, 2010 5:30 AM
To: general <general@hotfile.com>
Subject: Can\\\'t download by my premium account: Hotfile
(once4ever,varedi.behzad@gmail.com)

Message sent from user with mail - varedi.behzad@gmail.com:
Reason: I have technical issues with downloading
Username: once4ever (2264879)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/66932610/baadbb4/Lady_Gaga-
Alejandro_www.ChocoCeleb.com.rar.html
ip: 95.168.161.82 DE
URL:

Hello,

I have premium account from you guyz, but when I want to download a file I
can\\\'t use it and I have to download the files as regular user!
for example, when I go to this link :
http://hotfile.com/dl/66932610/baadbb4/Lady_Gaga-
Alejandro_www.ChocoCeleb.com.rar.html
and want to download the file, I have to login to system, and when I enter my
login info in the login popup up of the page, I will be redirected to the
hotfile.com and it\\\'s shown that I\\\'m a premium user, but when I enter the
link again, I have to do the login steps again ! and won\\\'t recognize me as
premium user in the download page of files but in the main page of hotfile system
recognize me as premium user !
even in IDM ( Internet Download Manager ) when I enter my login it won\\\'t work
and I can\\\'t download the files,
my login info is:
username: once4ever
password: eybabal3139

please tell me what is the problem.

Thanks.



HF00001783

```
From:  carlamarao <carlamarao@gmail.com>
Sent:  Monday, September 6, 2010 10:24 AM
To:  general <general@hotfile.com>
Subject:  Acesso para download: Hotfile (,carlamarao@gmail.com)

Message sent from user with mail - carlamarao@gmail.com:
Reason: I am a paid user but it still says \'Upgrade to premium\'
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/63688977/5df5a4d/SV-
04x01_www.IRRESTRITO.com_.rmvb.html
ip: 201.37.201.22 BR
URL:

Não consigo baixar os arquivos da 4a. temporada de Smallville no site \"VM -
Series\", apesar de ter pago o hotfile premium. Gostaria de receber orientações de
como fazê-lo, passo a passo.
Obrigado
```

EXHIBIT

Titov 63

12.07.11  PF

PENGAD 800-631-6989

HF00001979

From:   amanosa <amanosa@hotmail.com>
Sent:   Tuesday, September 14, 2010 6:25 AM
To:   general <general@hotfile.com>
Subject:  link proplemi: Hotfile (serdarahmet,amanosa@hotmail.com)

Message sent from user with mail - amanosa@hotmail.com:
Reason: I have technical issues with downloading
Username: serdarahmet (1906705)
Rank: Copper
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/68391872/afcc1ff/Iron.Man.BluRay.1080p.DUAL.x264-
HDArsivi.part05.rar.html
ip: 78.180.60.255 TR
URL: http://hotfile.com/dl/68391872/afcc1ff/Iron.Man.BluRay.1080p.DUAL.x264-
HDArsivi.part05.rar.html

http://hotfile.com/dl/68391872/afcc1ff/Iron.Man.BluRay.1080p.DUAL.x264-
HDArsivi.part05.rar.html


bu normal indirmede çalı?ıyor fakat premium üyeliklerde çalı?ma oldugunu
söylüyor nasıl mantıktır anlatırmısınız bana

EXHIBIT

Titov 64
12·07·11  AF

PENGAD 800-631-6989

HF00003381

From:  moos.king <moos.king@live.com>
Sent:  Saturday, September 25, 2010 7:37 AM
To:  general <general@hotfile.com>
Subject:  Very Slow Downloading Speed: Hotfile (Maddflava,moos.king@live.com)

Message sent from user with mail - moos.king@live.com:
Reason: I have technical issues with downloading
Username: Maddflava (3281457)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No


lastdl:
http://hotfile.com/dl/45617807/26a61c9/www.blackboyrealm.com.Stargate.Atlantis.S04
E01-Adrift.avi.html
ip: 41.135.15.46 ZA
URL:
http://hotfile.com/dl/45619781/5519ad3/www.blackboyrealm.com.Stargate.Atlantis.S05
E01-Search_and_Rescue.avi.html

I having trouble downloading these links from your website i purchased a premium
package but when i try to download the speaad is very slow
here are the links please check them for me i have a 384kbs line which i download
most of my file at 120kbs per second but these files i have been downloading them
and less than 5kbs and its frustratin me

Stargate Season 4

http://hotfile.com/dl/45617807/26a61c9/www.blackboyrealm.com.Stargate.Atlantis.S04
E01-Adrift.avi.html
http://hotfile.com/dl/45617461/9a4c494/www.blackboyrealm.com.Stargate.Atlantis.S04
E02-Lifeline.avi.html
http://hotfile.com/dl/45617953/4c0ebae/www.blackboyrealm.com.Stargate.Atlantis.S04
E03-Reunion.avi.html
http://hotfile.com/dl/45618537/2c36b50/www.blackboyrealm.com.Stargate.Atlantis.S04
E04-Doppelganger.avi.html
http://hotfile.com/dl/45618285/d7e8f5b/www.blackboyrealm.com.Stargate.Atlantis.S04
E05-Travelers.avi.html
http://hotfile.com/dl/45618956/696d137/www.blackboyrealm.com.Stargate.Atlantis.S04
E06-Tabula_Rasa.avi.html
http://hotfile.com/dl/45618950/5fb70c8/www.blackboyrealm.com.Stargate.Atlantis.S04
E07-Missing.avi.html
http://hotfile.com/dl/45618504/47c74b1/www.blackboyrealm.com.Stargate.Atlantis.S04
E08-The_Seer.avi.html
http://hotfile.com/dl/45618911/c4ca8ee/www.blackboyrealm.com.Stargate.Atlantis.S04
E09-Millers_Crossing.avi.html
http://hotfile.com/dl/45618452/8cb8942/www.blackboyrealm.com.Stargate.Atlantis.S04
E10-This_Mortal_Coil.avi.html
http://hotfile.com/dl/45618997/cdd5da5/www.blackboyrealm.com.Stargate.Atlantis.S04
E11-Be_All_My_Sins_Rememberd.avi.html
http://hotfile.com/dl/45619353/ab9eaff/www.blackboyrealm.com.Stargate.Atlantis.S04
E12-Spoils_Of_War.avi.html
http://hotfile.com/dl/45618970/0d4e76b/www.blackboyrealm.com.Stargate.Atlantis.S04
E13-Quarantine.avi.html
http://hotfile.com/dl/45620004/262bf6c/www.blackboyrealm.com.Stargate.Atlantis.S04
E14-Harmony.avi.html
http://hotfile.com/dl/45619654/4810928/www.blackboyrealm.com.Stargate.Atlantis.S04
E15-Outcast.avi.html
http://hotfile.com/dl/45619407/3d6d92f/www.blackboyrealm.com.Stargate.Atlantis.S04
E16-Trio.avi.html
http://hotfile.com/dl/45619467/61388bd/www.blackboyrealm.com.Stargate.Atlantis.S04
E17-Midway.avi.html



EXHIBIT

Titov 65
12.07.11 AF

HF00005208

http://hotfile.com/dl/45619480/31dffcd/www.blackboyrealm.com.Stargate.Atlantis.S04
E18-The_Kindred__Part1_.avi.html
http://hotfile.com/dl/45620073/e6e5cec/www.blackboyrealm.com.Stargate.Atlantis.S04
E19-The_Kindred__Part2_.avi.html
http://hotfile.com/dl/45619884/dc96d0e/www.blackboyrealm.com.Stargate.Atlantis.S04
E20-The_Last_Man.avi.html

Season 5

http://hotfile.com/dl/45619781/5519ad3/www.blackboyrealm.com.Stargate.Atlantis.S05
E01-Search_and_Rescue.avi.html

http://hotfile.com/dl/45620757/6669198/www.blackboyrealm.com.Stargate.Atlantis.S05
E02-The_Seed.avi.html

http://hotfile.com/dl/45620284/3a6fabf/www.blackboyrealm.com.Stargate.Atlantis.S05
E03-Broken_Ties.avi.html

http://hotfile.com/dl/45620096/38c6e9b/www.blackboyrealm.com.Stargate.Atlantis.S05
E04-The_Daedalus_Variations.avi.html

http://hotfile.com/dl/45620321/08de03c/www.blackboyrealm.com.Stargate.Atlantis.S05
E05-Ghost_in_the_Machine.avi.html

http://hotfile.com/dl/45620374/61117f3/www.blackboyrealm.com.Stargate.Atlantis.S05
E06-The_Shrine.avi.html

http://hotfile.com/dl/45620790/5a7ba12/www.blackboyrealm.com.Stargate.Atlantis.S05
E07-Whispers.avi.html

http://hotfile.com/dl/45620520/eb408f6/www.blackboyrealm.com.Stargate.Atlantis.S05
E08-The_Queen.avi.html

http://hotfile.com/dl/45621055/f084b7d/www.blackboyrealm.com.Stargate.Atlantis.S05
E09-Tracker.avi.html

http://hotfile.com/dl/45621648/faf39f2/www.blackboyrealm.com.Stargate.Atlantis.S05
E10-First_Contact.avi.html

http://hotfile.com/dl/45620931/5a34575/www.blackboyrealm.com.Stargate.Atlantis.S05
E11-The_Lost_Tribe.avi.html

http://hotfile.com/dl/45620696/baae75b/www.blackboyrealm.com.Stargate.Atlantis.S05
E12-Outsiders.avi.html

http://hotfile.com/dl/45621049/4c8a903/www.blackboyrealm.com.Stargate.Atlantis.S05
E13-Inquisition.avi.html

http://hotfile.com/dl/45621270/7353410/www.blackboyrealm.com.Stargate.Atlantis.S05
E14-The_Prodigal.avi.html

http://hotfile.com/dl/45621692/c4a193c/www.blackboyrealm.com.Stargate.Atlantis.S05
E15-Remnants.avi.html

http://hotfile.com/dl/45621340/04a29e8/www.blackboyrealm.com.Stargate.Atlantis.S05
E16-Brain_Storm.avi.html

http://hotfile.com/dl/45621735/d74c3c7/www.blackboyrealm.com.Stargate.Atlantis.S05
E17-Infection.avi.html

http://hotfile.com/dl/45621949/eb33900/www.blackboyrealm.com.Stargate.Atlantis.S05
E18-Identity.avi.html

http://hotfile.com/dl/45621718/fef4e86/www.blackboyrealm.com.Stargate.Atlantis.S05
E19-Vegas.avi.html

http://hotfile.com/dl/45621641/2121e47/www.blackboyrealm.com.Stargate.Atlantis.S05
E20-Enemy_at_the_Gate.avi.html

From:  jakub <jakub@winkler.me>
Sent:  Monday, September 27, 2010 5:35 AM
To:  general <general@hotfile.com>
Subject:  Slow download speed: Hotfile (2873652,jakub@winkler.me)

Message sent from user with mail - jakub@winkler.me:
Reason: I have technical issues with downloading
Username: 2873652 (2873652)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/72004486/e337e17/dexter.s05e01.720p.hdtv.x264-
orenji.mkv.html
ip: 188.75.129.186 DE
URL:
http://hotfile.com/dl/71972469/9680036/Desperate.Housewives.S07E01.720p.HDTV.X264-
DIMENSION.mkv.html

Hello,
I am having issues downloading this file. Suddenly I am maxing out at about
250KB/s but before was able to make 2MB/s. Connection speed is still the same and
I am using JDownloader. My ISP is not shaping traffic. Thanks

EXHIBIT

Titov 66
12-07-11 ff

PENGAD 800-631-6989

HF00005468

```
From:  dfi06dr <dfi06dr@yahoo.com>
Sent:  Thursday, September 30, 2010 4:29 AM
To:  general <general@hotfile.com>
Subject:  problem with a link: Hotfile (2363255,dfi06dr@yahoo.com)

Message sent from user with mail - dfi06dr@yahoo.com:
Reason: I have technical issues with downloading
Username: 2363255 (2363255)
Rank: Copper
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl%2F60993370%2F4fd0f63%2FJourney.To.The.Center.Of.The.Earth.20
08.2-3D.2in1.1080p.BluRay.AC3.x264-
HDC.part024.rar.html?uploadid=60993370&fname=Journey.To.The.Center.Of.The.Earth.20
08.2-3D.2in1.1080p.BluRay.AC3.x264-HDC.part024.rar.html&hash=4fd0f63&lang=en
ip: 79.112.53.0 RO
URL:
http://hotfile.com/dl/60993370/4fd0f63/Journey.To.The.Center.Of.The.Earth.2008.2-
3D.2in1.1080p.BluRay.AC3.x264-HDC.part024.rar.html

Hello,
Someone can\'t download the file from this link as a premium user:
http://hotfile.com/dl/60993370/4fd0f63/Journey.To.The.Center.Of.The.Earth.2008.2-
3D.2in1.1080p.BluRay.AC3.x264-HDC.part024.rar.html

I\'ve tried myself while was logged in, from Firefox or using a download manager
with hotfile premium information provided and didn\'t work.
Please fix this.
Many thanks.
```



EXHIBIT

Titov 67
12·07·11  ff

HF00006056

```
From:  sybvil <sybvil@internode.on.net>
Sent:  Thursday, September 30, 2010 7:50 PM
To:  general <general@hotfile.com>
Subject:  unable to access files for download: Hotfile
(beetles,sybvil@internode.on.net)

Message sent from user with mail - sybvil@internode.on.net:
Reason: I have technical issues with downloading
Username: beetles (2310366)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/47567718/d884785/mefamileAx.part1.rar.html
ip: 121.44.11.87 AU
URL:

Dear People,

I have been trying unsuccessfully to download Avatar, but each attempt brings up
the message that the file has been removed!!! I haven\'tr seen anything to
indicate that I should have logged on. I rcently purchased a Premium account. What
am I doing wrong? I have previously used the site successfully.

Sincerely,

Sybil Drummond
```

EXHIBIT

PENGAD 800-631-6989

Titov  68

12·07·11  FF

HF00006173

From:   fabio.colonna <fabio.colonna@gmail.com>
Sent:   Sunday, October 3, 2010 10:10 AM
To:   general <general@hotfile.com>
Subject:   Movie download: Hotfile (fabio.colonna,fabio.colonna@gmail.com)

Message sent from user with mail - fabio.colonna@gmail.com:
Reason: I have technical issues with downloading
Username: fabio.colonna (3299993)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/63251043/74164fc/spunky-teens-jane-from-shy-girl-to-
hooker-by-cantona841.wmv.html
ip: 87.10.8.211 IT
URL:

I\'ve tried to dl the movie Up in the Air which is broken up into 55 parts.
Unfortunately when I try and reassemble them it turns out that the file

Up.In.The.Air.2009.BluRay.1080p.DTS.x264.dxva-EuReKA.part55.rar.html

is corrupt. Is there anything I can do to correct this or substitute it so that I
can see the movie?

Thanks

Fabio



HF00006585

```
From:  bnsol7 <bnsol7@yahoo.com>
Sent:  Monday, October 4, 2010 7:34 PM
To:  general <general@hotfile.com>
Subject:  eroors: Hotfile (musola,bnsol7@yahoo.com)

Message sent from user with mail - bnsol7@yahoo.com:
Reason: I have technical issues with downloading
Username: musola (1192181)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/73340494/3dd1db5/Devil.2010.CAM.x264-
Jucified.part1.rar.html
ip: 189.146.199.47 MX
URL:
http://hotfile.com/dl/73787691/aec0d5b/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part01.rar.html
http://hotfile.com/dl/73787514/e2aa0a9/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part02.rar.html
http://hotfile.com/dl/73787515/80505ec/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part03.rar.html
http://hotfile.com/dl/73787516/0ae4dd4/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part04.rar.html
http://hotfile.com/dl/73787525/daec807/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part05.rar.html
http://hotfile.com/dl/73787524/d4ef2ba/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part06.rar.html
http://hotfile.com/dl/73787521/7a59d2b/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part07.rar.html
http://hotfile.com/dl/73787519/1f8e245/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part08.rar.html
http://hotfile.com/dl/73787526/3ef978d/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part09.rar.html
http://hotfile.com/dl/73787517/8fb5777/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part10.rar.html http
 ://hotfile.com/dl/73787513/dea39b9/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part11.rar.html
http://hotfile.com/dl/73787522/70bc545/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part12.rar.html
http://hotfile.com/dl/73787512/933cbfc/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part13.rar.html

I find error messages trying to download these files and others. please help
```



EXHIBIT

Titou 70
12-07-11

PENGAD 800-631-6989

HF00006875

From:  empessoa <empessoa@gmail.com>
Sent:  Wednesday, October 6, 2010 6:37 PM
To:  general <general@hotfile.com>
Subject:  Time is to long for download: Hotfile (3200186,empessoa@gmail.com)

Message sent from user with mail - empessoa@gmail.com:
Reason: I have technical issues with downloading
Username: 3200186 (3200186)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/34650310/569fb64/SN.513.www.BaixarTv.com.rmvb.html
ip: 201.41.93.184 BR
URL:

Hi again,
returned to the site to redownload and now time has increased even more. It is
more than two or three hours. The links I tried were:
http://upmirror.com/26eaaa0d_
http://upmirror.com/7060bceee
I tried several times and dowload went wrong. Today was the first time it
happened. always had time to dowload from thirty to forty minutes. I liked that I
pointed out to friends.
I await response.
Thank you.
my login is 3200186.


For your information, my previous message was this:
I\'m premium since 09/15/2010 and today I renewed my subscription for pay for
another month. It\'s all right to payment and although this can not download the
fifth season of the supernatural. The time for the download is very long, over an
hour. Why does this happen?
My login is 3200186.
Thanks.

EXHIBIT
Titov 71
12-07-11 AF

HF00007346

From:  durvalg <durvalg@bol.com.br>
Sent:  Saturday, October 9, 2010 10:53 AM
To:  general <general@hotfile.com>
Subject:  Baixar Download: Hotfile (3421380,durvalg@bol.com.br)

Message sent from user with mail - durvalg@bol.com.br:
Reason: General question
Username: 3421380 (3421380)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/35073038/b06c760/Baixartv.com_smal903.zip.html
ip: 189.46.63.244 BR
URL:

Até agora nao consegui entender como faço para baixar os arquivos que estão em
outros sites.
Entro nos arquivos e tento baixa-los , mas abre telas que nao tem nada  a ver com
a hotfile.
Ex:http://www.baixartv.com/download/smallville/
Quero baixar toda a temporada ? como faço?

EXHIBIT
Trtov 72
12.07.11  FF

HF00007938

From:   alamateu <alamateu@gmail.com>
Sent:   Sunday, October 10, 2010 10:32 AM
To:   general <general@hotfile.com>
Subject:   problem with downloading files  - very low speed=: Hotfile
(3059051,alamateu@gmail.com)

Message sent from user with mail - alamateu@gmail.com:
Reason: I have technical issues with downloading
Username: 3059051 (3059051)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

ip: 83.28.141.178 PL
URL: links in message body

Hi. I\\\\\\\'ve got premium account, my id is 3059051. I\\\\\\\'m downloading
files from your server, but I\\\\\\\'ve got problem with few links. I checked
everything you mentioned in FAQ. My downloading speed is 240kB/s, but this files
goes in about 5kB/s. I tryed to get this file as said in FAQ:
http://w2.hotfile.com/data.bin, and it was download at my full speed. I think that
maybe problem with asap. I enclose those low speed links:
http://hotfile.com/dl/46111767/864a060/Maczek.S05E01.PL.rmvb.html
http://hotfile.com/dl/46111782/16ebce0/Maczek.S05E02.PL.rmvb.html
http://hotfile.com/dl/46112034/0ce8c16/Maczek.S05E05.PL.rmvb.html
http://hotfile.com/dl/46112070/88e0842/Maczek.S05E06.PL.rmvb.html
http://hotfile.com/dl/46113276/30e17f0/Maczek.S05E21.PL.rmvb.html
http://hotfile.com/dl/46113580/7fdff80/Maczek.S06E02.PL.rmvb.html
http://hotfile.com/dl/46113797/e3fe5f8/Maczek.S06E04.PL.rmvb.html
http://hotfile.com/dl/46114013/45a5fbd/Maczek.S06E06.PL.rmvb.html
http://hotfile.com/dl/46114331/b7dcd0c/Maczek.S06E09.PL.rmvb.html
http://hotfile.com/dl/46114513/065f322/Maczek.S06E11.PL.rmvb.html
http://hotfile.com/dl/46114781/09f1118/Maczek.S06E13.PL.rmvb.html
http://hotfile.com/dl/46114861/e153af1/Maczek.S06E15.PL.rmvb.html
http://hotfile.com/dl/46114895/4779726/Maczek.S06E16.PL.rmvb.html
http://hotfile.com/dl/46115177/fc5516f/Maczek.S06E18.PL.rmvb.html
http://hotfile.com/dl/46115639/487fba1/Maczek.S07E03.PL.rmvb.html
http://hotfile.com/dl/46115902/fe63aac/Maczek.S07E05.PL.rmvb.html
http://hotfile.com/dl/46115966/d2ef088/Maczek.S07E06.PL.rmvb.html
http://hotfile.com/dl/46116012/c664f6f/Maczek.S07E07.PL.rmvb.html
http://hotfile.com/dl/46116155/b5fcbed/Maczek.S07E08.PL.rmvb.html
http://hotfile.com/dl/46116317/1556638/Maczek.S07E10.PL.rmvb.html
http://hotfile.com/dl/46116375/83c63be/Maczek.S07E11.PL.rmvb.html
http://hotfile.com/dl/46116660/ad5dffa/Maczek.S07E13.PL.rmvb.html
http://hotfile.com/dl/46116789/253fc98/Maczek.S07E14.PL.rmvb.html

I would be gratful for fast resolving this issue.
M.

sorry for previus message, ctrl+shift :/



EXHIBIT
T/tov 73
12.07-11   ff
PENGAD 800-631-6989

HF00008113

From:    jeremiahalvin <jeremiahalvin@yahoo.com>
Sent:    Monday, October 11, 2010 1:57 AM
To:    general <general@hotfile.com>
Subject:    link down: Hotfile (jeremiahalvin,jeremiahalvin@yahoo.com)

Message sent from user with mail - jeremiahalvin@yahoo.com:
Reason: General question
Username: jeremiahalvin (3196875)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/74053117/16bae37/HTTD7BHRRG.part04.rar.html
ip: 125.161.70.211 ID
URL: http://hotfile.com/dl/62096997/fe5862a/Victor.Victoria.1995.720p.BluRay.x264-iBEX.mkv.033.html

Dear hotfile,

I try to download this file:
http://hotfile.com/dl/62096997/fe5862a/Victor.Victoria.1995.720p.BluRay.x264-iBEX.mkv.033.html

And it directs to:
http://s536.hotfile.com/get/2d04454c3bed5b917523713152f811fa87dfbf73/4caf8d32/1/16704212cda04b7a/3b38665/3196875/Victor.Victoria.1995.720p.BluRay.x264-iBEX.mkv.033

The problem is that link is down, 1 can\'t download the file. could you please fix the link?

Thanks!!!!



HF00008215

From:  r.cowle <r.cowle@geos.com.sg>
Sent:  Thursday, October 14, 2010 1:24 AM
To:  general <general@hotfile.com>
Subject:  I\'m asked to upgraded to premium: Hotfile
(wurlitzer,r.cowle@geos.com.sg)

Message sent from user with mail - r.cowle@geos.com.sg:
Reason: I am a paid user but it still says \'Upgrade to premium\'
Username: wurlitzer (642057)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/75182557/03997e0/the.x.factor.uk.s07e12.hdtv.xvid-
ftp.avi.html
ip: 220.255.7.196 SG
URL: http://hotfile.com/dl/75182557/03997e0/the.x.factor.uk.s07e12.hdtv.xvid-
ftp.avi.html

Trying to download this file (or any) but I\'m being directed to a screen that
requires me to pay for a premium account even though mine is still current



HF00008885

From:  dflannigan1 <dflannigan1@sympatico.ca>
Sent:  Thursday, October 21, 2010 3:34 PM
To:  general <general@hotfile.com>
Subject:  not understanding how to d/l: Hotfile (Brats50,dflannigan1@sympatico.ca)

Message sent from user with mail - dflannigan1@sympatico.ca:
Reason: I have technical issues with downloading
Username: Brats50 (565392)
Rank: Copper
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/77293972/79d5204/3642114733.rar.html
ip: 74.14.26.96 CA
URL: http://hotfile.com/dl/77406109/c0f6bf1/The.Social.Network.2010.CAM.XviD-
iLG.part1.rar.html

Please explain to me how to d/l.  I am doing something wrong!  One of the movies
has the following links:
http://hotfile.com/dl/77406109/c0f6bf1/The.Social.Network.2010.CAM.XviD-
iLG.part1.rar.html
http://hotfile.com/dl/77406111/f4551d6/The.Social.Network.2010.CAM.XviD-
iLG.part2.rar.html
http://hotfile.com/dl/77406112/b2b0858/The.Social.Network.2010.CAM.XviD-
iLG.part3.rar.html
http://hotfile.com/dl/77406110/9cae377/The.Social.Network.2010.CAM.XviD-
iLG.part4.rar.html

Thanking You In Advance

Denise

EXHIBIT

Titov 76
12.07.11 FF

PENGAD 800-631-6989

HF00010603

From:  rkhn115 <rkhn115@gmail.com>
Sent:  Tuesday, November 2, 2010 2:55 PM
To:  general <general@hotfile.com>
Subject:  Pasting Links: Hotfile (rizwan_115,rkhn115@gmail.com)

Message sent from user with mail - rkhn115@gmail.com:
Reason: General question
Username: rizwan_115 (1163766)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/37702028/c021f48/Hot_Blonde_Lana_Hard_Fuck.wmv.html
ip: 96.48.213.97 CA
URL: http://www.filestube.com/5Vf66XImxR2zeB6OjMrbzr/Spiderman-3-P53.html

Refer to the link i have pasted. I am currently clicking on each link separately,
and opening it up in a new tab, than pressing download with i getter which is my
downloading client. I also have a rapid share account and it allows me to copy
multiple links to i getter. I want to know how i can save time by doing this with
hot file links. Im using a macbook pro, and i getter for my downloading client. If
another program works better please let me know.

EXHIBIT
Titov 77
120711  PF

HF00013333

```
From:  fabcruz80 <fabcruz80@gmail.com>
Sent:  Saturday, November 6, 2010 3:48 AM
To:  general <general@hotfile.com>
Subject:  I am a paid user but it still says \"Upgrade to premium\": Hotfile
(2558879,fabcruz80@gmail.com)

Message sent from user with mail - fabcruz80@gmail.com:
Reason: I am a paid user but it still says \'Upgrade to premium\'
Username: 2558879 (2558879)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/80718744/e67ca60/Supernatural.S06E07.HDTV.XviD-
2HD.part1.rar.html
ip: 174.133.108.172 US
URL: http://hotfile.com/dl/80718744/e67ca60/Supernatural.S06E07.HDTV.XviD-
2HD.part1.rar.html

I login but I can\'t seem to download the files, nor stay logged in.
```

EXHIBIT

Titov 78
12.07.12

HF00013959

From:  chriscpb <chriscpb@hotmail.com>
Sent:  Thursday, December 2, 2010 1:13 PM
To:  general <general@hotfile.com>
Subject:  Slow download speed with url: Hotfile (chriscpb,chriscpb@hotmail.com)

Message sent from user with mail - chriscpb@hotmail.com:
Reason: General question
Username: chriscpb (995623)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

ip: 194.72.9.25 GB
URL: http://hotfile.com/dl/84858664/3cae338/McGrhill-Warez.CoM-
Clarkson.The.Italian.Job.200Mb.part1.rar.html

hi, can you please help.

I\'m trying to download this file yet the fastest download rate is 3-5kbs.

my internet through put is 2.5meg.

Is my account capped in some way??

Many thanks

chris

EXHIBIT
PENGAD 800-631-6989
Titov  79
12.07.11  ff

HF00018225

```
From:  steve.sdj <steve.sdj@btopenworld.com>
Sent:  Sunday, December 12, 2010 9:17 AM
To:  general <general@hotfile.com>
Subject:  speed: Hotfile (1508688,steve.sdj@btopenworld.com)

Message sent from user with mail - steve.sdj@btopenworld.com:
Reason: General question
Username: 1508688 (1508688)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/77084105/0dd7267/LeomanRed.DVDSCR.CROPPED.AC3.XViD-
IMAGiNE.part1.rar.html
ip: 194.72.9.25 GB
URL: http://hotfile.com/dl/88621673/0afcee5/Smvl.1011.WarezLeech.Net.avi.html

download speed is 4357kbps= im lucky if im getting 36 kbps.  small downloads are
taking hours
http://hotfile.com/dl/88621673/0afcee5/Smvl.1011.WarezLeech.Net.avi.html takes
over 5 hours!
```



EXHIBIT

PENGAD 800-631-6989

Titov 80
12·07·11

HF00019922

```
From:  marastoni <marastoni@superig.com.br>
Sent:  Monday, December 20, 2010 6:31 AM
To:  general <general@hotfile.com>
Subject:  user/pass suspended (error or mistake of you): Hotfile
(marasta,marastoni@superig.com.br)

Message sent from user with mail - marastoni@superig.com.br:
Reason: I can\'t login with with my user/pass?
Username: marasta (742521)
Rank: Copper
Status: Free
Suspended: No
Remove premium: Yes (Reason: traffic 157GB, dt: 2010-12-20 05:30:01)

lastdl:
http://hotfile.com/dl/90388711/5bad477/BaixarTv.com_The.Good.Wife.209.rmvb.html
ip: 201.27.164.82 BR
URL:

Hi,

I\'m a person, I love downloading movies and music, I constantly renewed my
account, and is an absurd and arbitrary what they are doing, because I never
shared my access, I do not know how to cheat downloads qiue the email you sent me,
as multiple I download on my IP down several files at the same time, long ago,
what I do wrong, I have to download a file and only when finish it can download
again, if so this is new to me.
Enable my access in 25/11 days to thirty days, then not yet expired, I intend to
renew it but let me fuck around and return the remaining time of my approach.
At most I have no idea of any violation of these Terms and Conditions.
I look forward to contact you for clarification.
Sites that accessed http://www.vmseries.com/; http://www.seriesfree.biz/;
http://www.baixartv.com/; http://series-br.com/; http:/ / portugalseries.net /

Thanks...
```

EXHIBIT

Titov  81

12-07-11  AC

PENGAD 800-631-6989

HF00021263

```
From:  emresahin911 <emresahin911@gmail.com>
Sent:  Saturday, December 25, 2010 2:44 PM
To:  general <general@hotfile.com>
Subject:  Technical Problem: Hotfile (mad7luke,emresahin911@gmail.com)

Message sent from user with mail - emresahin911@gmail.com:
Reason: I have technical issues with downloading
Username: mad7luke (3537110)
Rank: Copper
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/76455112/fa54071/Alien.1979.Directors.Cut.720p.BluRay.x264.D
TS-WiKi_divxsaati.com.part24.rar.html?down=1
ip: 144.122.116.22 TR
URL:
http://hotfile.com/dl/76455112/fa54071/alien.1979.directors.cut.720p.bluray.x264.d
ts-wiki.divxsaati.com.part24.rar.html

http://hotfile.com/dl/76454742/c0f2c7f/Alien.1979.Directors.Cut.720p.BluRay.x264.D
TS-WiKi_divxsaati.com.part16.rar.html


http://hotfile.com/dl/76454907/f36a65f/alien.1979.directors.cut.720p.bluray.x264.d
ts-wiki.divxsaati.com.part20.rar.html

http://hotfile.com/dl/76455030/2778a7e/alien.1979.directors.cut.720p.bluray.x264.d
ts-wiki.divxsaati.com.part22.rar.html
http://hotfile.com/dl/76455081/58be070/alien.1979.directors.cut.720p.bluray.x264.d
ts-wiki.divxsaati.com.part23.rar.html


http://hotfile.com/dl/76455112/fa54071/alien.1979.directors.cut.720p.bluray.x264.d
ts-wiki.divxsaati.com.part24.rar.html


there is still technical problem with these links plese get fixed on it
```

EXHIBIT

PENGAD 800-631-6989

Titov 82
12.07.11 ff

HF00022062

```
From:  fajrul.islam <fajrul.islam@gmail.com>
Sent:  Tuesday, December 28, 2010 5:08 PM
To:  general <general@hotfile.com>
Subject:  download link gone: Hotfile (ibnuababil,fajrul.islam@gmail.com)

Message sent from user with mail - fajrul.islam@gmail.com:
Reason: I have technical issues with downloading
Username: ibnuababil (287681)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/67582007/7bcf70a/Perry_Mason_418_The_Angry_Dead_Man.dvdrip.a
vi.html
ip: 114.79.51.2 AU
URL:
http://www.hotfile.com/dl/67582007/7bcf70a/Perry_Mason_418_The_Angry_Dead_Man.dvdr
ip.avi.html

I try to download from this link several times, but everytime it\'s almost
finished the connection is gone and it can\'t be resume.
I\'m using internet download manager as download accelerator.
I have to start download from the beginning several times but never finish.
It is really annoying!
```

EXHIBIT

Titov 83

12.07.11  ff

PENGAD 800-631-6889

HF00022667

From:  graczykt <graczykt@netscape.net>
Sent:  Sunday, January 2, 2011 7:21 AM
To:  general <general@hotfile.com>
Subject:  DOWNLOADS: Hotfile (,graczykt@netscape.net)

Message sent from user with mail - graczykt@netscape.net:
Reason: I have technical issues with downloading
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/93345176/cfc5577/TrueGrit.2010.SCR.part1.rar.html
ip: 75.94.173.215 US
URL:

I have been trying to download some movies.
(http://hotfile.com/dl/93345176/cfc5577/TrueGrit.2010.SCR.part1.rar.html, part 2,
3 and 4)
Every time I try to download, I end up in an UPLOAD location.
What am I doing wrong?

EXHIBIT

Trtov 84
12-07-11 ff

PENGAD 800-631-6989

HF00023354

From:  emma <emma@fieldandstone.co.uk>
Sent:  Sunday, January 2, 2011 8:39 AM
To:  general <general@hotfile.com>
Subject:  Downloading times: Hotfile (4137251,emma@fieldandstone.co.uk)

Message sent from user with mail - emma@fieldandstone.co.uk:
Reason: I have technical issues with downloading
Username: 4137251 (4137251)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/90557599/255738a/breaking.bad.s01e01.dvdrip.xvid-orpheus.rar.html
ip: 194.72.9.24 GB
URL: http://hotfile.com/dl/90557599/255738a/breaking.bad.s01e01.dvdrip.xvid-orpheus.rar.html

Hello
I have just paid for a subscription for a year with hotfile. When I originally
selected a file to download it told me that if I subscribed I could download the
file in approximately 9.2 minutes. So I have signed up but the episodes seem to be
taking in excess of 10 hours to download. We have tested our broadband speed and
our download speed is 5.9Mb so better than average. Is there a particular process
I am missing in terms of getting the files downloaded quicker?
Thanks
Ben



EXHIBIT
Titov 85
12.07.11

HF00023362

```
From:  dmi_kdj <dmi_kdj@hotmail.com>
Sent:  Wednesday, January 12, 2011 6:39 AM
To:  general <general@hotfile.com>
Subject:  fake links: Hotfile (4207386,dmi_kdj@hotmail.com)

Message sent from user with mail - dmi_kdj@hotmail.com:
Reason: General question
Username: 4207386 (4207386)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/94152005/8fdfcd6/DueDate.2010.DVDRIP.XviD.27102010.part08.ra
r.html
ip: 46.12.124.188
URL:

Hi i just waned to inform your company about some fake links. I hate IT scams and
when ever i find some on my way i tend to do as much as i can to tackle them.

The following links suppose to provide a certain file but when you download the
links and extract them the content/file is completely different hence the links
are fake made by scams. I dont know whats the benefit of such an action but i am
assuming that has to do with points.

the links are:


http://hotfile.com/dl/94152651/f4e5226/DueDate.2010.DVDRIP.XviD.27102010.part01.ra
r.html
http://hotfile.com/dl/94152436/79c36ff/DueDate.2010.DVDRIP.XviD.27102010.part02.ra
r.html
http://hotfile.com/dl/94152564/4931d8f/DueDate.2010.DVDRIP.XviD.27102010.part03.ra
r.html
http://hotfile.com/dl/94151947/4f1a061/DueDate.2010.DVDRIP.XviD.27102010.part04.ra
r.html
http://hotfile.com/dl/94152904/728e165/DueDate.2010.DVDRIP.XviD.27102010.part05.ra
r.html
http://hotfile.com/dl/94152806/1cae278/DueDate.2010.DVDRIP.XviD.27102010.part06.ra
r.html
http://hotfile.com/dl/94152867/0725324/DueDate.2010.DVDRIP.XviD.27102010.part07.ra
r.html
http://hotfile.com/dl/94152005/8fdfcd6/DueDate.2010.DVDRIP.XviD.27102010.part08.ra
r.html

p.s i am a premium member of HF
```



EXHIBIT
Titov 86
12-07-11

HF00025100

From:  lwroles <lwroles@aol.com>
Sent:  Saturday, January 15, 2011 3:32 PM
To:  general <general@hotfile.com>
Subject:  Broken links: Hotfile (4092130,lwroles@aol.com)

Message sent from user with mail - lwroles@acl.com:
Reason: I have technical issues with downloading
Username: 4092130 (4092130)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/82642950/ef2f38b/MONSTERS_VS_ALIENS_3D.part355.rar.html
ip: 67.167.43.28 US
URL: http://hotfile.com/list/1009884/bf2c356

Hi,

Links to two files are broken.

MONSTERS_VS_ALIENS_3D.part192.rar
MONSTERS_VS_ALIENS_3D.part399.rar

I\\\'ve been trying to download them for a few days now without success.

Thanks in advance for your help.



HF00025702

```
From:  sunny_meed <sunny_meed@yahoo.com>
Sent:  Sunday, January 16, 2011 4:48 AM
To:  general <general@hotfile.com>
Subject:  download stuff!: Hotfile (Sunmeed,sunny_meed@yahoo.com)

Message sent from user with mail - sunny_meed@yahoo.com:
Reason: General question
Username: Sunmeed (4252364)
Rank: Silver
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/42023844/cae1630/How_I_Met_Your_Mother_1x01_-
_Pilot.avi.html
ip: 111.221.3.196 AU
URL:

How will I be able to Download all the episodes of How i met your mother? I tried
to do it, but i cant. Can you give me the link, so that i can download from this
site!?
thank you :)
```

EXHIBIT

Titov 88

12·07·11  AC

PENGAD 800-631-6989

HF00025764

```
From:  amoush00 <amoush00@yahoo.com>
Sent:  Friday, January 28, 2011 11:56 AM
To:  general <general@hotfile.com>
Subject:  download stopped: Hotfile (4247283,amoush00@yahoo.com)

Message sent from user with mail - amcush00@yahoo.com:
Reason: General question
Username: 4247283 (4247283)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/84267255/84efe50/kod9.2000.BluRay.1080p.Dual.x264.BI20101122
182006.part01.rar.html
ip: 213.153.180.131 TR
URL:
http://hotfile.com/dl/98409017/b955ba0/Enemy.At.The.Gates.2001.1080p.DUAL.BluRay.x
264.DTS.EuReKA-HDA.part03.rar.html

My download stopped all of a sudden and it does not resume...
```

EXHIBIT

Titov 89

12·07·11

PENGAD 800-631-6989

HF00028403

```
From:  thesettler <thesettler@gmail.com>
Sent:  Saturday, February 5, 2011 3:37 AM
To:  general <general@hotfile.com>
Subject:  flashget and hotfile: Hotfile (4325428,thesettler@gmail.com)

Message sent from user with mail - thesettler@gmail.com:
Reason: I have technical issues with downloading
Username: 4325428 (4325428)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/99591980/6a049e3/Legend.of.the.Guardians.2010.BRRip.XVid.TR.
DUBLAJ.BTRG.part1.rar.html
ip: 150.101.244.206 AU
URL:

how does Flashget work with hotfile when cut and pasting multiple links. It goes
to the link but doesn\'t follow it to the final source.
eg.
http://hotfile.com/dl/99941928/7804ca7/Winters.Bone.2010.LIMITED.DVDRip.XviDDiVERS
iTY.part2.rar
is redirected to
http://s276.hotfile.com/get/1ec7c6a7b8aa500c87c77fb36e1c741bf3c4d9e3/4d4d3617/1/fb
a5f49e6fb833e2/5f4fe28/4325428/Winters.Bone.2010.LIMITED.DVDRip.XviD-
DiVERSiTY.part2.rar

and flashget doesn\'t see that.
Please help.
```

EXHIBIT

Titov 90

12-07-11
PENGAD 800-631-6989

HF00029941

```
From:  stevem300 <stevem300@hawaiiantel.net>
Sent:  Tuesday, February 8, 2011 11:39 PM
To:  general <general@hotfile.com>
Subject:  downloading causes a lost internet conection.: Hotfile
(,stevem300@hawaiiantel.net)

Message sent from user with mail - stevem300@hawaiiantel.net:
Reason: I have technical issues with downloading
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/63085778/db9abc1/vBulletin.Forum.v4.0.6.PL1.PHP.REPACK-
COG.rar.html
ip: 72.235.220.95 US
URL: http://hotfile.com/dl/98659541/d39d382/ncis.s01e10.dvdrip.xvid.avi.html

NCIS.S01E09.DVDRip.XviD.avi
NCIS.S01E05.DVDRip.XviD.avi
I\\\\\\'ve tried to download these and several others. Same files, the only thing
that is different is the Episode number. Each time I initiate a download, it will
start and several minutes later the internet connection is lost.  I have to wait
the required time and start over.
1.--Is this normal?
2.--What can I do?
3--Will a premium account be any different and free of these problems?
4.--Is this a method of frustrating us to get us to purchase?
Awaiting your recommendation to correct this.
Many thanks
```

EXHIBIT

Titov 91
12.07.11

HF00030736

```
From:  paliakK <paliakK@btinternet.com>
Sent:  Sunday, February 20, 2011 1:31 PM
To:  general <general@hotfile.com>
Subject:  absolutly no speed: Hotfile (paliakK,paliakK@btinternet.com)

Message sent from user with mail - paliakK@btinternet.com:
Reason: General question
Username: paliakK (4541797)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/19741111/e164767/JDownloader_xmas.zip.html?lang=en
ip: 194.72.9.25 GB
URL:
http://hotfile.com/dl/103996598/5ef0351/Wall.Street.2010.DVDRip.XviD.CZ.MY.part3.r
ar.html

Hi here is just one from many files i tried to download
http://hotfile.com/dl/103996598/5ef0351/Wall.Street.2010.DVDRip.XviD.CZ.MY.part3.r
ar.html and me sped is around 5 kb\\s. I tried many download akcelators as well
and still same. I want to cancel me account and me money back. Y do not provide
anything ...i will use again rapidshare whitch have own download manager and
working. Waiting for answer
```

EXHIBIT

Titov 92

12.07.11

HF00033683

```
From:   personalcomic <personalcomic@yahoo.com>
Sent:   Tuesday, February 22, 2011 12:54 AM
To:   general <general@hotfile.com>
Subject:   deleted files: Hotfile (,personalcomic@yahoo.com)

Message sent from user with mail - personalcomic@yahoo.com:
Reason: General question
Username:   (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/88423334/d24215a/Legend.of.the.Guardians.part06.rar.html
ip: 125.163.89.63 ID
URL:
http://hotfile.com/dl/88423334/d24215a/Legend.of.the.Guardians.part06.rar.html

why I can\'t download next file.
there\'s \"This file is either removed due to copyright claim or is deleted by the
uploader.\"
```

EXHIBIT

Titov   93

12-07-11   AF

HF00033960

```
From:  flovejes <flovejes@yahoo.com>
Sent:  Sunday, March 27, 2011 11:49 AM
To:  general <general@hotfile.com>
Subject:  how can I download the file: Hotfile (4724197,flovejes@yahoo.com)

Message sent from user with mail - flovejes@yahoo.com:
Reason: I have technical issues with downloading
Username: 4724197 (4724197)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/109641776/0f526aa/Grace_Under_Fire_04.rmvb.html
ip: 46.166.129.147
URL: http://63aece8f.linkbucks.com

how I can start download the file ????
```

EXHIBIT

T. tov 94
12.07.11 PP

PENGAD 800-631-6989

HF00037995

```
From:  mkgh64 <mkgh64@yahoo.com>
Sent:  Monday, February 15, 2010 3:14 AM
To:  general <general@hotfile.com>
Subject:  corruption in file: Hotfile (,mkgh64@yahoo.com)

Message sent from user with mail - mkgh64@yahoo.com:
Reason: I have technical issues with downloading
Username:
Rank:
Status: Free

lastdl:
http://hotfile.com/dl/24809133/7a85419/National.Geographic.Megacities.Tai.Pei.720p
.HDTV.x264-DHD.part10.rar.html
ip: 115.133.4.165
URL:

hi
i download these to file three times but still got error when extracting,none of
them work.
http://hotfile.com/dl/16280958/26942b0/blu3eyes.Hidden.Hawaii.part04.rar.html

http://hotfile.com/dl/16280957/5d12eb2/blu3eyes.Hidden.Hawaii.part06.rar.html
```



EXHIBIT

Titov 95
12.07.11 ff

PENGAD 800-631-6989

HF00060813

From:    Jamie Redfearn <dodge.jtr@gmail.com>
Sent:    Monday, March 1, 2010 8:51 AM
To:      Hotfile Corp <hotfile.general@gmail.com>
Subject: Re: slow speeds: Hotfile (kingdremle,dodge.jtr@gmail.com)

hi, when downloading data.bin through my browser and JDownloader i am able to
reach my maximum speeds of approx 240kb/s, but whenever i try a different link
such as the ones below using firefox/IE or JDownloader i can only reach speeds of
about 30kb/s.

http://hotfile.com/dl/30084382/1140bfc/I_love_paris_Hotfile-
Zone.com.part1.rar.html
http://hotfile.com/dl/28445882/1813d30/Hulk.Vs.Thor.avi.html
http://hotfile.com/dl/25607590/d43d02c/Onelinkmoviez.com_30.rock.407.hdtv-
lol.avi.html

i am not running other downloads concurrently in the background, or is my speed
being limited elsewhere since the data.bin is downloading at full speed and my
torrents can also download at full speed when i enable them.


On Sun, Feb 28, 2010 at 3:33 PM, Hotfile Corp <hotfile.general@gmail.com> wrote:

        Hello!

        When you download from our site, please be sure you don't make other
    downloads (for example from torrent sites, other downloads and etc). If you make
    multiple downloads from other sites/places all your download speed is shared
    between each download and this will cause you slow download from us.

        Be sure also that you're logged and then to start download, because free
    users (or not logged) got capped download speed.

        If you download through browser please notice your download speed could be
    limited due to browser settings. For high speed download it is always better to
    use any Download Manager program. For example:

            http://freedownloadmanager.org <http://freedownloadmanager.org/>
            http://jdownloader.org/download/index

        We don't limit download speed for our Premium users and if you download
    speed is slow this could be also your ISP issue.

        If you still have slow download speed - please send us link you try to
    download and get slow download speed. We will check it asap.

        For testing your download speed from our servers, please download this
    file:
            http://w2.hotfile.com/data.bin
        And report us what speed you get, we need this to check where could it be a
    problem.

        Also check your internet download speed here and report us what numbers you
    get:
            http://www.ip-adress.com/speedtest/

        Regards,

            http://www.hotfile.com <http://www.hotfile.com/>



HF00062707

On Sat, Feb 27, 2010 at 3:26 PM, <dodge.jtr@gmail.com> wrote:

Message sent from user with mail - dodge.jtr@gmail.com:
Reason: I have technical issues with downloading
Username: kingdremle (1762305)
Rank: Silver
Status: Premium

ip: 86.164.33.111
URL:

i can only seem to download files at around 30-40kb/s although i have
a premium account, is there any way i can speed this up as i should be getting
around 200kb/s at max speed.


--
Best regards,
Support
Hotfile.com

```
From:  sull3y <sull3y@gmail.com>
Sent:  Monday, March 1, 2010 1:13 PM
To:  general <general@hotfile.com>
Subject:  downloading: Hotfile (,sull3y@gmail.com)

Message sent from user with mail - sull3y@gmail.com:
Reason: I have technical issues with downloading
Username:  (0)
Rank:
Status: Free

lastdl: http://hotfile.com/dl/30515660/47913c4/th.hrt.lck_MGirl.part3.rar.html
ip: 216.164.151.179
URL:

I\'ve been trying to download the last part of \"The Fourth Kind\" movie and for
hours it says that I\'m still downloading at this moment.  Pleas HELP.

Thanks!
```

EXHIBIT

PENGAD 800-631-6989

_Titov 97_

12-07-11 ff

HF00062739

```
From:  puerlin <puerlin@hotmail.com>
Sent:  Wednesday, March 3, 2010 5:30 AM
To:  general <general@hotfile.com>
Subject:  Download error: Hotfile (,puerlin@hotmail.com)

Message sent from user with mail - puerlin@hotmail.com:
Reason: I have technical issues with downloading
Username:  (0)
Rank:
Status: Free

lastdl: http://hotfile.com/dl/9433412/3b98191/After_the_Wedding_004.wmv.html
ip: 92.236.77.85
URL: http://hotfile.com/dl/9433412/3b98191/After_the_Wedding_004.wmv.html

This file won\'t download, the other three are fine though
```

EXHIBIT

Titov 98
12·07·11

HF00062936

From:  Olr Ftidk <olrftidk@gmail.com>
Sent:  Thursday, March 4, 2010 6:58 PM
To:  Hotfile Corp <hotfile.general@gmail.com>
Subject:  Re: Slow downlcad: Hotfile (,olrftidk@gmail.com)

Hi.

The test file was DLing at over 300 Kb/sec. and the Internet download speed
checker was giving me 2585 kbps download and 658 kbps upload.  Tha's good but I'm
still getting around 30 kb/s downlcad.

Please test the following 2 links.  I'm only geting around 30 kb/s.


http://hotfile.com/dl/28668198/4f79b29/shear.genius.s03e02.hdtv.xvid-
momentum.avi.part1.rar.html

http://hotfile.com/dl/28668199/3effc9f/shear.genius.s03e02.hdtv.xvid-
momentum.avi.part2.rar.html


Thanks for you help.

Robert.


On Thu, Mar 4, 2010 at 2:11 AM, Hotfile Corp <hotfile.general@gmail.com> wrote:


        Hello!

        When you download from our site, please be sure you don't make other
downloads (for example from torrent sites, other downloads and etc). If you make
multiple downloads from other sites/places all your download speed is shared
between each download and this will cause you slow download from us.

        Be sure also that you're logged and then to start download, because free
users (or not logged) got capped download speed.

        If you download through browser please notice your download speed could be
limited due to browser settings. For high speed download it is always better to
use any Download Manager program. For example:

        http://freedownloadmanager.org <http://freedownloadmanager.org/>
        http://jdownloader.org/download/index

        We don't limit download speed for our Premium users and if you download
speed is slow this could be also your ISP issue.

        If you still have slow download speed - please send us link you try to
download and get slow download speed. We will check it asap.

        For testing your download speed from our servers, please download this
file:
        http://w2.hotfile.com/data.bin
        And report us what speed you get, we need this to check where could it be a
problem.

        Also check your internet download speed here and report us what numbers you
get:
        http://www.ip-adress.com/speedtest/

        Regards,



HF00063129

http://www.hotfile.com <http://www.hotfile.com/>


On Wed, Mar 3, 2010 at 12:44 AM, <olrftidk@gmail.com> wrote:

> Message sent from user with mail - olrftidk@gmail.com:
> Reason: I have technical issues with downloading
> Username:  (0)
> Rank:
> Status: Free
>
> ip: 70.50.140.3
> URL:
>
> Hi.
>
> When I DL, my speed is around 60 Kb/sec. but when I use Rapidshare I
> Dl @ over 350Kb/sec.  Why the big difference?
>
> I am using Internet Download Manager.
>
> Thanks,
>
> Robert



--
Best regards,
Support
Hotfile.com

```
From:  shoane <shoane@sapo.pt>
Sent:  Wednesday, April 14, 2010 11:36 PM
To:  general <general@hotfile.com>
Subject:  download: Hotfile (2058812,shoane@sapo.pt)

Message sent from user with mail - shoane@sapo.pt:
Reason: I have technical issues with downloading
Username: 2058812 (2058812)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

ip: 85.244.247.208 PT
URL:
any::dl(â??http://hotfile.com/dl/34682808/6da9100/RH.(2010).part1.rar.htmlâ? ,
â??Robin Hood 2010 part 1â?¹)::

How do I download a movie?
```



HF00067654

```
From:  weaponmurat <weaponmurat@gmail.com>
Sent:  Wednesday, May 19, 2010 3:24 AM
To:  general <general@hotfile.com>
Subject:  Deleted links: Hotfile (,weaponmurat@gmail.com)

Message sent from user with mail - weaponmurat@gmail.com:
Reason: General question
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/40861603/81860f0/Avatar.2009.1080p.BluRay.DTS.x264-
ESiR.part82.rar.html
ip: 88.229.83.49 TR
URL: http://hotfile.com/list/481056/09da302

Please bring back this files i just needed to download only last 20 parts and it
has gone!i beg of you admin please.....
```



HF00071056

From:  afrancaviglia <afrancaviglia@gmail.com>
Sent:  Wednesday, May 19, 2010 5:55 PM
To:  general <general@hotfile.com>
Subject:  slow downloads: Hotfile (1756829,afrancaviglia@gmail.com)

Message sent from user with mail - afrancaviglia@gmail.com:
Reason: I have technical issues with downloading
Username: 1756829 (1756829)
Rank: Copper
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/35209631/ecc818f/MVAWERV_PSEHER4_0.R.RA.part24.rar.html
ip: 72.229.40.191 US
URL:
http://hotfile.com/dl/43313746/b4b907c/Wall.E.2008.x264.utkuemre.part1.rar.html
http://hotfile.com/dl/43313754/77cc2ef/Wall.E.2008.x264.utkuemre.part2.rar.html
http://hotfile.com/dl/43313837/62718d0/Wall.E.2008.x264.utkuemre.part3.rar.html
http://hotfile.com/dl/43313972/3638e6a/Wall.E.2008.x264.utkuemre.part4.rar.html

To who may concern

I just renew my 6 months contract and I was downloading at my ISP full speed with
is 1.5 MB/s. it has been 2 days that my hotfile download speed went drammatically
down to 20 kbps.

Please advice.

Here it is the link I was trying to download today. Yesterday they were different
links, so they are probably not located on the same server.

http://hotfile.com/dl/43313746/b4b907c/Wall.E.2008.x264.utkuemre.part1.rar.html
http://hotfile.com/dl/43313754/77cc2ef/Wall.E.2008.x264.utkuemre.part2.rar.html
http://hotfile.com/dl/43313837/62718d0/Wall.E.2008.x264.utkuemre.part3.rar.html
http://hotfile.com/dl/43313972/3638e6a/Wall.E.2008.x264.utkuemre.part4.rar.html



EXHIBIT
Titov 102
12-07-11 FF

HF00071161

From: gsetyanto <gsetyanto@gmail.com>
Sent:  Saturday, May 29, 2010 11:13 PM
To:  general <general@hotfile.com>
Subject:  Password for file The A Team: Hotfile (gsetyanto,gsetyanto@gmail.com)

Message sent from user with mail - gsetyanto@gmail.com:
Reason: General question
Username: gsetyanto (1692690)
Rank: Copper
Status: Free
Suspended: No
Remove premium: No

ip: 110.136.191.53 ID
URL:

i have some question about what is the password for the file The A Team
2010_ts_.rar.? Because when i click link \"click here for the archive password\" i
get nothing at all. Thank you so much before.



HF00072354

```
From:  colin <colin@moneytimes.co.uk>
Sent:  Tuesday, June 1, 2010 3:42 AM
To:  general <general@hotfile.com>
Subject:  Problem downloading: Hotfile (,colin@moneytimes.co.uk)

Message sent from user with mail - colin@moneytimes.co.uk:
Reason: I have technical issues with downloading
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/40750112/b3fc2ab/Nanny.McPhee.And.The.Big.Bang.2010.DVDrip.X
viD.part01.rar.html
ip: 62.30.249.131 GB
URL:
http://hotfile.com/dl/40750112/b3fc2ab/Nanny.McPhee.And.The.Big.Bang.2010.DVDrip.X
viD.part01.rar.html

Im trying to download the above but it says im already downloading which i am not,
then it said to wait, which i did,  when i tried again it said i was already
downloading agiain
thanks for your help
colin
```



EXHIBIT
TFov 104
12.07.11
PENGAD 800-631-6989

HF00072549

```
From:  daniel79x <daniel79x@gmail.com>
Sent:  Friday, June 18, 2010 11:31 AM
To:    general <general@hotfile.com>
Subject:  Very slow downloads: Hotfile (etronic,daniel79x@gmail.com)

Message sent from user with mail - daniel79x@gmail.com:
Reason: I have technical issues with downloading
Username: etronic (948511)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/14582988/ffa7060/AD3.25_.part01.rar.html
ip: 86.179.237.64 GB
URL:

Hi,
I\'m getting fed up with your slow service. I do pay but i don\'t get what i pay
for. My download speeds are around of 10-15kb/sec with premium account.

Your test file is downloading with correct speed of 600kb/sec.

It\'s not problem with my ISP.

Check those links:

http://hotfile.com/dl/49264968/aa151c9/Iron.man.2.DVDRip.part1.rar.html
http://hotfile.com/dl/49265169/26306d6/Iron.man.2.DVDRip.part2.rar.html
http://hotfile.com/dl/49268675/4a4691b/Iron.man.2.DVDRip.part3.rar.html
http://hotfile.com/dl/49268679/c273b30/Iron.man.2.DVDRip.part4.rar.html
http://hotfile.com/dl/49268702/bc55e7d/Iron.man.2.DVDRip.part5.rar.html
http://hotfile.com/dl/49268689/86170d7/Iron.man.2.DVDRip.part6.rar.html
http://hotfile.com/dl/49268648/f57c8b9/Iron.man.2.DVDRip.part7.rar.html
http://hotfile.com/dl/49268696/c30924c/Iron.man.2.DVDRip.part8.rar.html

Please fix it or give my money back.

Disappointed Customer
```



EXHIBIT
PENGAD 800-631-6989
Trov 105
12.07.11 ff

HF00074277

From: god_of_wind2001 <god_of_wind2001@hotmail.com>
Sent: Friday, July 9, 2010 8:00 AM
To: general <general@hotfile.com>
Subject: Download Speed slow: Hotfile (natur3,god_of_wind2001@hotmail.com)

Message sent from user with mail - god_of_wind2001@hotmail.com:
Reason: General question
Username: natur3 (1829829)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/52470167/666beaf/TheKarateKidDVD.part01.rar.html
ip: 121.7.82.170 SG
URL: http://hotfile.com/dl/52473779/cfbdcde/TheKarateKidDVD.part03.rar.html

Hi,

I\'m trying to download from this link, but its very slow.
Part 4 is also very slow. Can you check it out?
Parts 1,2,5,6 are ok.

Thanks!

Cheers,
natur3

EXHIBIT

Trbv 106

12-07-11

HF00076548

From:  ashleycooper <ashleycooper@embarqmail.com>
Sent:  Saturday, July 17, 2010 2:50 PM
To:  general <general@hotfile.com>
Subject:  I don\\\'t know how to download multiple files: Hotfile
(,ashleycooper@embarqmail.com)

Message sent from user with mail - ashleycooper@embarqmail.com:
Reason: I have technical issues with downloading
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/47416871/ad17cd1/ad_ph_11_cs4_ext_I-
Zone.info.part1.rar.html
ip: 67.233.175.74 US
URL: http://hotfile.com/dl/53382578/a9a544c/The-T-L-E-(2010)-TS-V2-
IMAGiNE.part1.rar.htmlhttp://hotfile.com/dl/53382655/1e35c5c/The-T-L-E-(2010)-TS-
V2-IMAGiNE.part2.rar.htmlhttp://hotfile.com/dl/53382704/9d3fa07/The-T-L-E-(2010)-
TS-V2-IMAGiNE.part3.rar.html

http://hotfile.com/dl/53382578/a9a544c/The-T-L-E-(2010)-TS-V2-
IMAGiNE.part1.rar.html
http://hotfile.com/dl/53382655/1e35c5c/The-T-L-E-(2010)-TS-V2-
IMAGiNE.part2.rar.html
http://hotfile.com/dl/53382704/9d3fa07/The-T-L-E-(2010)-TS-V2-
IMAGiNE.part3.rar.html

How do I download these?

EXHIBIT

Titov 107
12·07·11 ff

HF00077641

```
From:  waleed215 <waleed215@gmail.com>
Sent:  Wednesday, July 28, 2010 3:29 PM
To:  general <general@hotfile.com>
Subject:  i can not download directly: Hotfile (waleed215,waleed215@gmail.com)

Message sent from user with mail - waleed215@gmail.com:
Reason: I am a paid user but it still says \'Upgrade to premium\'
Username: waleed215 (2766697)
Rank: Silver
Status: Free
Suspended: No
Remove premium: Yes (Reason: paypal: Reversed, dt: 2010-07-27 13:57:15)

lastdl:
http://hotfile.com/dl/58109473/6e9acfe/Sex_And_The_City_2_2010_READNFO_V2_DVDRip_X
viD_AC3-KiNGDOM_(Kingdom-Release).part1.rar.html
ip: 94.97.10.161 SA
URL:
http://hotfile.com/dl/58109473/6e9acfe/Sex_And_The_City_2_2010_READNFO_V2_DVDRip_X
viD_AC3-KiNGDOM_(Kingdom-Release).part1.rar.html

i can not download directly the link listed pls. help.
```

EXHIBIT

Titov 108

12-07-11

PENGAD 800-631-6989

HF00079230

From:   ramartin22 <ramartin22@yahoo.com>
Sent:   Friday, August 20, 2010 4:13 PM
To:   general <general@hotfile.com>
Subject:   DL speed is extremly slow: Hotfile (Rooster22,ramartin22@yahoo.com)

Message sent from user with mail - ramartin22@yahoo.com:
Reason: I have technical issues with downloading
Username: Rooster22 (2806686)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/14527819/fd8bf60/DVD_4.part05.rar.html
ip: 69.172.83.8 CA
URL:

In total there are 11 files that I am most recently having issue with download
speed yet I can DL a file from another server at over 400KB/s same thing with your
test file.
Bandwidth speed test results
DL 191.5KB/s
UL 75.3KB/s

My initial DL speeds were good then as time went by since signing up my speed
decreased.

http://hotfile.com/dl/59776759/cf738c6/Cezalandirici.2004.720p.bluray.part07.rar.h
tml
http://hotfile.com/dl/59776764/8274d48/Cezalandirici.2004.720p.bluray.part08.rar.h
tml
http://hotfile.com/dl/59776765/4a64f46/Cezalandirici.2004.720p.bluray.part09.rar.h
tml
http://hotfile.com/dl/59776762/e80f860/Cezalandirici.2004.720p.bluray.part10.rar.h
tml
http://hotfile.com/dl/59778017/15b08ff/Cezalandirici.2004.720p.bluray.part11.rar.h
tml
http://hotfile.com/dl/59778022/d435714/Cezalandirici.2004.720p.bluray.part12.rar.h
tml
http://hotfile.com/dl/59778030/bef749b/Cezalandirici.2004.720p.bluray.part13.rar.h
tml
http://hotfile.com/dl/59778048/3a35106/Cezalandirici.2004.720p.bluray.part14.rar.h
tml
http://hotfile.com/dl/59778070/b6f0fe5/Cezalandirici.2004.720p.bluray.part15.rar.h
tml
http://hotfile.com/dl/59778071/f7840c3/Cezalandirici.2004.720p.bluray.part16.rar.h
tml
http://hotfile.com/dl/59778074/f00b839/Cezalandirici.2004.720p.bluray.part17.rar.h
tml

EXHIBIT

T.tov 109
12·07·11
PENGAD 800-631-6989

HF00083474

```
From:  autaner <autaner@hotmail.com>
Sent:  Saturday, August 21, 2010 7:22 AM
To:   general <general@hotfile.com>
Subject:  indirme problemi: Hotfile (aut,autaner@hotmail.com)

Message sent from user with mail - autaner@hotmail.com:
Reason: I have technical issues with downloading
Username: aut (2976597)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/48512254/b68b99e/24S02E12.rar.html
ip: 81.215.12.157 TR
URL: http://hotfile.com/dl/48512254/b68b99e/24S02E12.rar.html

I am unable to download files 24S02E12.rar  and 24S02E09.rar.
```



EXHIBIT
Titov 110
12·07·11

HF00083558

From:  hsadrnia <hsadrnia@comcast.file>
Sent:  Tuesday, April 26, 2011 6:27 PM
To:  general <general@hotfile.com>
Subject:  Can not download any file: Hotfile (hsadrnia,hsadrnia@comcast.file)

Message sent from user with mail - hsadrnia@comcast.file:
Reason: General question
Username: hsadrnia (4644513)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/92410143/d65e628/Leoman_Little_20Fockers_20TS_20XViD_20-
_20IMAGiNE.part1.rar.html
ip: 76.112.202.65 US
URL: http://hotfile.com/dl/92410143/d65e628/Leoman_Little_20Fockers_20TS_20XViD_20-
_20IMAGiNE.part1.rar.html

Since becoming a member, I have not been able to download a single movie. They are
all in html format and the message is that the file may be been removed by the
uploader. It is been fraustrating and annoying. Am I doing anything wrong?

Hamed



HF00085805

From:  deacervesato <deacervesato@hotmail.com>
Sent:  Tuesday, May 3, 2011 6:27 AM
To:  general <general@hotfile.com>
Subject:  download cinderela: Hotfile (4855735,deacervesato@hotmail.com)

Message sent from user with mail - deacervesato@hotmail.com:
Reason: I have technical issues with downloading
Username: 4855735 (4855735)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/86294955/c0a580b/Cinderela.www.sargentodown.com.AVI.html
ip: 187.112.15.233
URL:

Dear Sir,
My question is very simple.
I am a premium user and don´t know how to use it.
I want  download the film Cinderela from Disney. Indeed i made a download but ir
doesn´t work and i don´t know how to see the film. And i am not sure if i did the
download correct. Please H E L P  me !!!!

Best regards,
Andrea Cervesato



HF00085951

| From: | hotfile.mailbox@gmail.com on behalf of HotFile Corp [support@hotfile.com] |
|---|---|
| Sent: | Thursday, December 09, 2010 3:01 PM |
| To: | Dave Hewitt |
| Subject: | Re: Fw: Re: Hotfile.com premium account slow... |

Refund was issued.

On Thu, Dec 9, 2010 at 6:25 PM, Dave Hewitt <daveyhue@yahoo.co.uk> wrote:
Many Thanks for your reply,

My paypal transation ID is Unique Transaction ID #9RX38506XW2612135)

Kind Regards

Dave Hewitt


--- On **Wed, 8/12/10, HotFile Corp <*support@hotfile.com*>** wrote:

From: HotFile Corp <support@hotfile.com>
Subject: Re: Fw: Re: Hotfile.com premium account slow...

To: "Dave Hewitt" <daveyhue@yahoo.co.uk>
Date: Wednesday, 8 December, 2010, 19:50


Hello!


Sorry for your troubles.

We can't find solution for your problem and we will issue you refund.

Send us your premium account payment transaction ID.


Thanks,

On Wed, Dec 8, 2010 at 6:32 PM, Dave Hewitt <daveyhue@yahoo.co.uk> wrote:
Dear Sir/Madam

As I have not had a reply and your company have not been supplying me a service for the past 2 weeks please can I have a refund.

I am reaching speeds of 500kbps as a free user with fileserve.com and the fastest I can currently get with your premium service is 10kbps.

1



CONFIDENTIAL

HF02711240

Please can the refund be processed asap.

Many Thanks

Mr Hewitt


--- On **Thu, 2/12/10, Dave Hewitt <_daveyhue@yahoo.co.uk_>** wrote:

From: Dave Hewitt <daveyhue@yahoo.co.uk>
Subject: Re: Hotfile.com premium account slow...
To: "HotFile Corp" <support@hotfile.com>
Date: Thursday, 2 December, 2010, 17:17


Hi,

Please find attached the results your requested, I have tried downloading from your servers once again and i'm getting less then 8kbps.

Tracing route to hotfile.com [199.7.177.244]
over a maximum of 30 hops:

```
  1   <1 ms   <1 ms   <1 ms  api.home [192.168.1.254]
  2    7 ms    7 ms    7 ms  217.32.145.233
  3    8 ms    8 ms    9 ms  217.32.146.46
  4   11 ms   11 ms   11 ms  213.120.181.86
  5   11 ms   11 ms   11 ms  213.120.179.50
  6   12 ms   11 ms   12 ms  213.120.179.182
  7   11 ms   11 ms   11 ms  acc2-10GigE-3-3-0.sf.21cn-ipp.bt.net [109.159.25
1.219]
  8   18 ms   17 ms   17 ms  core1-te0-12-0-6.ilford.ukcore.bt.net [109.159.2
51.133]
  9   21 ms   19 ms   19 ms  core1-pos0-7-0-9.ealing.ukcore.bt.net [62.6.201.
54]
 10   36 ms   19 ms   19 ms  mgre.customer.bt.net [194.72.9.2]
 11   19 ms   19 ms   19 ms  t2c1-ge11-0-0.uk-eal.eu.bt.net [166.49.168.29]
 12   19 ms   19 ms   19 ms  t2c2-p3-0-0.uk-lon1.eu.bt.net [166.49.208.210]
 13   19 ms   19 ms   20 ms  t2a1-ge7-0-0.uk-lon1.eu.bt.net [166.49.135.110]

 14   20 ms   19 ms   36 ms  166-49-211-34.eu.bt.net [166.49.211.34]
 15   20 ms   19 ms   20 ms  ldn-bb2-link.telia.net [80.91.251.14]
 16   95 ms   94 ms   94 ms  ash-bb1-link.telia.net [80.91.246.68]
 17  107 ms  108 ms  153 ms  atl-bb1-link.telia.net [213.248.80.142]
 18  128 ms  139 ms  128 ms  dls-bb1-link.telia.net [80.91.246.72]
 19  137 ms  137 ms  137 ms  lemuria-ic-140893-dls-bb1.c.telia.net [213.248.1
00.166]
 20  129 ms  129 ms  129 ms  w19.hotfile.com [199.7.177.244]
```

Trace complete.

CONFIDENTIAL                                                              HF02711241

Kind Regards

Mr Hewitt

--- On **Tue, 30/11/10, HotFile Corp** <*support@hotfile.com*> wrote:

From: HotFile Corp <support@hotfile.com>
Subject: Re: Hotfile.com premium account slow...
To: "Dave Hewitt" <daveyhue@yahoo.co.uk>
Date: Tuesday, 30 November, 2010, 19:32

Hello,

Sorry for inconvenience, could you make a tracert to hotfile.com and send us the results?

Running a Traceroute on Windows XP:

1) Go to Start (start button on the lower left of the desktop)

2) Choose 'Run'

3) Type: "cmd" (no quotes)

4) This should bring up a DOS prompt. Once there, type: "tracert hotfile.com" (without quotes)

This should result in a series of hops from your computer to the server you are tracing to.


On Tue, Nov 30, 2010 at 8:28 PM, Dave Hewitt <daveyhue@yahoo.co.uk> wrote:
Dear Sir/Madam

Over the past 3 days my hotfile downloads have gone really slow e.g. 4kbps from originally 2mbps no matter which link I try to download.

The first few days with my account was great and I could download whatever I liked within minutes, but it now takes days.

I have now tried over 50 links from different websites and all download at less then 10kbps

I am using a download manager and with other suppliers I can still get 4mbps.

An example of a link I'm now trying to download is a TV show:
http://hotfile.com/dl/85182491/c494992/strictly.come.dancing.it.takes.two.s07e40.ws.pdtv.xvid-ftp.avi.html

or

http://hotfile.com/dl/85838847/6840cc3/strictly.come.dancing.it.takes.two.s07e41.ws.pdtv.xvid-ftp.avi.html

It's downloading at 4kbps and is saying it will take another 27 hours.

3

CONFIDENTIAL

HF02711242

The http://w2.hotfile.com/data.bin link on your website downloaded at an average of 4,7mbps and takes a few seconds to download.

Please let me know A.S.A.P how this can be resolved?

Many Thanks

Dave Hewitt

--- On **Thu, 25/11/10, Hotfile.com <*support@hotfile.com*>** wrote:

From: Hotfile.com <support@hotfile.com>
Subject: Hotfile.com premium account details
To: daveyhue@yahoo.co.uk
Date: Thursday, 25 November, 2010, 14:24

Dear customer,

Thank you for your purchase. Your Premium account has been activated and you can now download data easily and without waiting. Please ensure that your browser accepts cookies.

================================

================================

Best regards,
hotfile.com

--
----------------------------------------------
Hotfile.com
Support:http://hotfile.com/contacts.html
Help/FAQ:http://hotfile.com/help.html
News:http://hotfile.com/news.html

--
----------------------------------------------
Hotfile.com

4

CONFIDENTIAL

HF02711243

**Check our Xmas most funny pic contest!**

Support:http://hotfile.com/contacts.html
Help/FAQ:http://hotfile.com/help.html
Facebook:http://facebook.com/HotfileCorp

--
-----------------------------------------------
Hotfile.com

**Check our Xmas most funny pic contest!**

Support:http://hotfile.com/contacts.html
Help/FAQ:http://hotfile.com/help.html
Facebook:http://facebook.com/HotfileCorp

CONFIDENTIAL

HF02711244

| | |
|---|---|
| **From:** | Michael Lacey [mlacey9@eircom.net] |
| **Sent:** | Tuesday, March 15, 2011 2:49 PM |
| **To:** | support@hotfile.com |
| **Subject:** | Information |

Good evening ]This is Michael Lacey in Ireland   user name 4669450

can you tell me why am i getting download failed when i go to download movie For  Eg  do i
use Remote Upload
  http://hotfile.com/dl/97685765/1eaa32a/B.HLLS.II-MC8.part1.rar.html:
internal remote disabled
http://hotfile.com/dl/97685877/08e8c88/B.HLLS.II-MC8.part2.rar.html:
internal remote disabled
http://hotfile.com/dl/97686017/eae9db6/B.HLLS.II-MC8.part3.rar.html:
internal remote disabled
http://hotfile.com/dl/97686127/948c7e6/B.HLLS.II-MC8.part4.rar.html:
internal remote disabled
http://hotfile.com/dl/97686338/856d4d0/B.HLLS.II-MC8.part5.rar.html:
internal remote disabled
http://hotfile.com/dl/97686490/88cd97d/B.HLLS.II-MC8.part6.rar.html:
internal remote disabled
http://hotfile.com/dl/97686721/27576e5/B.HLLS.II-MC8.part7.rar.html:
internal remote disable


Thanks for your help
Regards Michael Lacey in Ireland

1



CONFIDENTIAL

HF02242913

```
From:  excelsior699 <excelsior699@yahoo.com>
Sent:  Saturday, September 4, 2010 9:54 PM
To:  general <general@hotfile.com>
Subject:  Downloading is so slow to some files: Hotfile
(excelsior699,excelsior699@yahoo.com)

Message sent from user with mail - excelsior699@yahoo.com:
Reason: I have technical issues with downloading
Username: excelsior699 (2789799)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/34592968/462614c/seXXXes.Unfaithful.2002.part1.rar.html
ip: 121.6.145.212 SG
URL: http://hotfile.com/dl/34593022/47f1988/seXXXes.Unfaithful.2002.part2.rar.html

It is intermittent. Downloading files below are slow, but the rest are not. this
is just an example file, it is always like this when i signed up. i regret so i
unsubscribe. just messaging here to let you know, if you care to know and
troubleshoot.

http://hotfile.com/dl/34593022/47f1988/seXXXes.Unfaithful.2002.part2.rar.html

http://hotfile.com/dl/34593210/bfc0c83/seXXXes.Unfaithful.2002.part6.rar.html
```



EXHIBIT

Titov 115
12-07-11

HF00001736

From:  gokhanbilgeoz <gokhanbilgeoz@hotmail.com>
Sent:  Wednesday, September 22, 2010 8:04 AM
To:  general <general@hotfile.com>
Subject:  Why do my files are deleted?: Hotfile
(gokbiloz,gokhanbilgeoz@hotmail.com)

Message sent from user with mail - gokhanbilgeoz@hotmail.com:
Reason: General question
Username: gokbiloz (1742739)
Rank: Bronze
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/70552264/8213956/Resident_Evil_Afterlife.part1.rar.html
ip: 78.177.0.9 TR
URL: http://hotfile.com/dl/70552264/8213956/Resident_Evil_Afterlife.part1.rar.html

Why do my files are deleted? Why mine? Why is this clear?

http://hotfile.com/dl/70630793/3a83c8e/Get.him.to.the.greek2010.unrated.720p.x264.
Ceroks.part1.rar.html
http://hotfile.com/dl/70630831/5e66477/Get.him.to.the.greek2010.unrated.720p.x264.
Ceroks.part2.rar.html
http://hotfile.com/dl/70630682/97f3fbd/Get.him.to.the.greek2010.unrated.720p.x264.
Ceroks.part3.rar.html
http://hotfile.com/dl/70630681/bdd759c/Get.him.to.the.greek2010.unrated.720p.x264.
Ceroks.part4.rar.html

Please do not delete my files....



HF00004783

```
From:  faran_scorpio <faran_scorpio@yahoo.com>
Sent:  Tuesday, October 5, 2010 10:26 AM
To:  general <general@hotfile.com>
Subject:  Downloading: Hotfile (,faran_scorpio@yahoo.com)

Message sent from user with mail - faran_scorpio@yahoo.com:
Reason: I have technical issues with downloading
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/39443130/d5e1527/119cvmp.rar
ip: 195.93.60.38 DE
URL:

Hi!
I have downloaded  \"The Vampire Diaries\" sound track.
119cvmp
But I can\'t open it, it needs pass word.
```

EXHIBIT

Titov 117

12·07·11

HF00007021

From: al3azmi <al3azmi@hotmail.com>
Sent: Saturday, October 9, 2010 3:41 AM
To: general <general@hotfile.com>
Subject: downloading speed: Hotfile (3335741,al3azmi@hotmail.com)

Message sent from user with mail - al3azmi@hotmail.com:
Reason: I have technical issues with downloading
Username: 3335741 (3335741)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/26519746/f0c5aad/rld-nfss.part01.rar.html
ip: 94.129.145.108 KW
URL:

hi ...
i have issues with dawnloading speed
1) some file are in good speed some not like this one it gives me (50 to 150 kp)
and sometim other link\\\'s speed  in range of 200 kb

http://s404.hotfile.com/get/0cfe6ab873b5d6e0b2a9ecc11e56574cd3782ed6/4cafc001/1/8b
c70a0ba794a9c2/4688818/3335741/The.Fast.And.The.Furious.III.Tokyo.Drift.2006.BluRa
y.720p.x264.DTS-WiKi.part01.rar


** i useed you\\\'rs test downloading file in \\\"reason to contact us - my
downloading is very slow \\\" and it gives me ( 250 to 450 kp )

** speed test  Result by \\\"http://www.ip-adress.com \\\" is
Download Speed: 4589 kbps (573.6 KB/sec transfer rate)
Upload Speed: 342 kbps (42.8 KB/sec transfer rate)
Saturday, October 09, 2010 1:38:52 PM

i have rapidshare account and all link are Between 350 - 650 kb
2) i can to resume downloading some like\\\'s like the that link in my example

i am using internet downloading manager
and i am frome kuwait my isp is viva ... with 7.2 mb download speed
my system is windows 7
  thank you ...
ahmad alazmi



EXHIBIT

Titov 118

12-07-11

HF00007863

From:  maroboss16 <maroboss16@interia.pl>
Sent:  Wednesday, October 13, 2010 8:49 AM
To:  general <general@hotfile.com>
Subject:  Some problem with download: Hotfile (3366709d,maroboss16@interia.pl)

Message sent from user with mail - maroboss16@interia.pl:
Reason: I have technical issues with downloading
Username: 3366709d (3366709)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/70984690/a286be7/NCIS.S06E07.DVDRip.XviD-
SAiNTS.avi.html
ip: 89.78.236.249 PL
URL:

I don\\\'t know what is happening. Some files I download with full speed 3 MB/s,
but a lot of files I download with for example 130 KB/s. For example
http://s529.hotfile.com/get/5b2b4aa4dbfb351b44178d0d1821ffc194f1cb56/4cb46d05/1/3b
dde10253f22ec0/3da4733/3366709/Criminal.Minds.S05E21.Exit.Wounds.DVDRip.XviD.SAiNT
S.avi
and
http://s529.hotfile.com/get/5b2b4aa4dbfb351b44178d0d1821ffc194f1cb56/4cb46d05/1/3b
dde10253f22ec0/3da4733/3366709/Criminal.Minds.S05E21.Exit.Wounds.DVDRip.XviD.SAiNT
S.avi

Please, check it!!!



EXHIBIT
Titov 119
12.07.11  FF
PENGAD 800-631-6989

HF00008732

From:  stephen.goggin <stephen.goggin@gmail.com>
Sent:  Saturday, October 16, 2010 6:48 AM
To:  general <general@hotfile.com>
Subject:  Download speed is very slow: Hotfile (schaffer,stephen.goggin@gmail.com)

Message sent from user with mail - stephen.goggin@gmail.com:
Reason: General question
Username: schaffer (2150132)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

ip: 109.255.98.68
URL:

Hi,

The download speed is extremely slow for the past few days. Details are below:

speed test: 23373 kbps download
data.bin download: avg 10.7 kbps

http://hotfile.com/dl/75974148/47fa4b8/0.Legend.of.Guardians.2010.u9.part6.rar.htm
l - 0.00 - 5.6 kbps

Thanks



HF00009421

From:   ebaden_32 <ebaden_32@yahoo.fr>
Sent:   Saturday, October 16, 2010 6:59 AM
To:  general <general@hotfile.com>
Subject:  Very very slow download speed: Hotfile (2920258,ebaden_32@yahoo.fr)

Message sent from user with mail - ebaden_32@yahoo.fr:
Reason: General question
Username: 2920258 (2920258)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/56651062/84d6863/Mad.Sex.Party.GangBanged.Cum.Dumpsters.XXX.
DVDRip.XviD-ESCORT.part1.rar.html
ip: 80.83.53.114 CH
URL:

Since 4-5 days the downlad speed of files comming from Hofile is very bad (400Mb
could take 6-8 hours!).
I also have a account on rapidshare and have no problem at all (400Mb takes only 5-
10 minutes).
I just checkd the banwidth, here is the result:
Download Speed: 4535 kbps (566.9 KB/sec transfer rate)
Upload Speed: 6359 kbps (794.9 KB/sec transfer rate)
Sat Oct 16 2010 15:30:19 GMT+0200 (Central Europe Daylight Time)

Just an example:
The estimated time to download the file
http://hotfile.com/dl/74473916/0aa6158/DUMBO-Kidzcorner.part1.rar.html (105Mb) is
3-4 hours (current download speed is 2341 B/s, same download using rapidshare
(http://rapidshare.com/files/255235184/Dumbo__1941__by_Riciu.part01.rar), 191Mb is
done in 5 minutes)!

Could you let me know if you have some troubles on your servers since a few days?



EXHIBIT
Thou 121
12-07-11 FF
PENGAD 800-631-6989

HF00009425

```
From:  darko.rajkovic <darko.rajkovic@chello.at>
Sent:  Tuesday, October 19, 2010 1:50 PM
To:  general <general@hotfile.com>
Subject:  slow download speed: Hotfile (mrboobs,darko.rajkovic@chello.at)

Message sent from user with mail - darko.rajkovic@chello.at:
Reason: I have technical issues with downloading
Username: mrboobs (3042450)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/69213335/88d30f1/Superman.Batman.Apocalypse.2010.DvdRip.XviD-
Noir.part2.rar
ip: 212.186.104.199 AT
URL:    http://hotfile.com/dl/58355991/3a48a4d/The.Sorceres.Apprentice.300MB.TS-
Krazzy7i.part1.rar.html
http://hotfile.com/dl/58356025/e0f5da6/The.Sorceres.Apprentice.300MB.TS-
Krazzy7i.part2.rar.html
http://hotfile.com/dl/58356042/5aebb2d/The.Sorceres.Apprentice.300MB.TS-
Krazzy7i.part3.rar.html

i tried this urls,with first one i get 10MBspeed b ut with other two just 10-
20KB.Can you explain that to me
```



EXHIBIT
Trtov 122
12-07-11  HF
PENGAD 800-631-6989

HF00010183

From:  Hotfile Corp <hotfile.general@gmail.com>
Sent:  Sunday, October 31, 2010 10:18 AM
To:  blackmesa <blackmesa@hotmail.co.uk>
Subject:  Re: Refund: Hotfile (leonwarren,blackmesa@hotmail.co.uk)

Dear Sir/Madame,

The refund is made.


--
Best regards,
Support
Hotfile.com




On Sat, Oct 23, 2010 at 1:24 PM, <blackmesa@hotmail.co.uk> wrote:

        Message sent from user with mail - blackmesa@hotmail.co.uk:
        Reason: General question
        Username: leonwarren (3539251)
        Rank: Silver
        Status: Premium
        Suspended: No
        Remove premium: No

        ip: 194.72.9.24 GB
        URL:

        Hello, I would like a refund of my subscription please as I find the level
of service unacceptable.

        I have tried several download links and all download @ <80KB/s.  I was
previously with Rapidshare was getting around 700KB/s.

        I have run the speed test listed on your help page and my speed is
6210kpbs.  The only file that downloads at close to this speed is the test
download file that you list on your page, but this must be hosted differently as
no other file downloads at above 80KB/s.

        For example...

        http://hotfile.com/dl/76857636/23ceecb/Dexter.S05E04.HDTV.XviD-FQM.rar -
This downloads @ <50KB/s!

        Only being able to download at speeds at around a seventh of my connection
speed is unacceptable for a premium download service.

        I have tested all my settings, tested with multiple files and ensured that
I am logging in correctly.

        Please arrange for my account to be cancelled and my money refunded ASAP.
Thank you.

        Regards,



HF00056224

Leon Warren.


--
Best regards,
Support
Hotfile.com

From:  bogumil99 <bogumil99@gmail.com>
Sent:  Saturday, October 23, 2010 6:53 AM
To:  general <general@hotfile.com>
Subject:  My download spped is very slow: Hotfile (harry99,bogumil99@gmail.com)

Message sent from user with mail - bogumil99@gmail.com:
Reason: I have technical issues with downloading
Username: harry99 (3439151)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/77684380/1f032d2/Ince.rar.html
ip: 83.31.22.216 PL
URL:
http://s562.hotfile.com/get/3fb5c11de8314506ae59ad56f6aecf9201515f8c/4cc2aaa1/1/25
567ca4f1430d3b/4105874/3439151/Salt_2010_PL.part1.rar
http://s562.hotfile.com/get/3fb5c11de8314506ae59ad56f6aecf9201515f8c/4cc2aaa1/1/25
567ca4f1430d3b/4105874/3439151/Salt_2010_PL.part1.rar

With some files my download speed is slow and is max 10KB/s for example this file
i have downladed with 10KB/s -
http://s562.hotfile.com/get/3fb5c11de8314506ae59ad56f6aecf9201515f8c/4cc2aaa1/1/25
567ca4f1430d3b/4105874/3439151/Salt_2010_PL.part1.rar
and this with 236 KB/s -
http://s220.hotfile.com/get/2ce9be4cb8d11731aada3b0368f9baafc9916622/4cc2aad3/1/a6
5996a15eca5f4d/41062f5/3439151/Salt_2010_PL.part3.rar
Thank you for reaktion.



EXHIBIT
Trbov 124
12.07.11 A

HF00010898

```
From:  levinson <levinson@alice.it>
Sent:  Wednesday, October 27, 2010 4:00 PM
To:  general <general@hotfile.com>
Subject:  VS/ Server error: Hotfile (3257359,levinson@alice.it)

Message sent from user with mail - levinson@alice.it:
Reason: I have technical issues with downloading
Username: 3257359 (3257359)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/36180129/7423538/DANCING_+WITH_+THE_+STAR_+US.part1.rar.html
ip: 93.50.208.235 IT
URL:

i downloaded various files music video and is fantastic...always the videos do not
password. ex. Lady Gaga \" Bad Romance \" send me the password please for open the
file.
Thank i have a premium account.
```



EXHIBIT

Thou 125
12·07·11 FF

HF00011705

```
From:  bccfacebook1 <bccfacebook1@gmail.com>
Sent:  Tuesday, November 2, 2010 10:27 AM
To:  general <general@hotfile.com>
Subject:  Downloader game: Hotfile (,bccfacebook1@gmail.com)

Message sent from user with mail - bccfacebook1@gmail.com:
Reason: I have technical issues with downloading
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/32909065/46bbdff/4762.html
ip: 46.40.214.129
URL:

Hi I just downloaded Alice in wonderland ,but it does noet show as a NDs file it
just says file how can I change that
```



EXHIBIT
Trov 126
12.07.11 AF

HF00013267

```
From:    niallg <niallg@gmail.com>
Sent:    Saturday, December 4, 2010 5:06 AM
To:      general <general@hotfile.com>
Subject:  Slow Downloads: Hotfile (3736524,niallg@gmail.com)

Message sent from user with mail - niallg@gmail.com:
Reason: I have technical issues with downloading
Username: 3736524 (3736524)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/86314977/61d9990/209gli.part1.rar
ip: 79.97.51.179 IE
URL: http://hotfile.com/dl/86613946/ae83ad7/the.office.710.hdtv-lol.part1.rar.html
http://hotfile.com/dl/86613891/caae36b/the.office.710.hdtv-lol.part2.rar.html
```

Above are just a sample of hotfile links I have tried. But any hotfile link I try
to download returns the same result. Single file downloads speeds of 10-20kb per
second. I have a 15mb down / 1.5mb up cable link. It was all working perfectly up
until a week or so ago. I have an account that is fully paid up.



HF00018533

From:   quenv <quenv@vnexperts.net>
Sent:  Thursday, December 9, 2010 7:27 PM
To:  general <general@hotfile.com>
Subject:  About remote from mediafire to hotfile: Hotfile
(supergavn2008,quenv@vnexperts.net)

Message sent from user with mail - quenv@vnexperts.net:
Reason: General question
Username: supergavn2008 (2041654)
Rank: Copper
Status: Free
Suspended: No
Remove premium: No

ip: 123.24.101.16 VN
URL:

Hi.

I\\\'m QueNguyen. My acc on hf is \\\"supergavn2008\\\"

I use remote upload from mediafire.com to hotfile.com. I use direct link from
mediafire by right click on \\\"Click here to download\\\" on mediafire.com.

My movie have 5 parts. Why i only can remote 3 parts, 2 parts remote have a error.
Please see:

3 files successfully uploaded:
http://hotfile.com/dl/88394284/edf5476/MediaFire4U.Com_LstKngofSctlnd.Br.mkv.005.h
tml
http://hotfile.com/dl/88394339/d1a1022/MediaFire4U.Com_LstKngofSctlnd.Br.mkv.004.h
tml
http://hotfile.com/dl/88394411/1d614c4/MediaFire4U.Com_LstKngofSctlnd.Br.mkv.003.h
tml

2 parts error:
http://www.mediafire.com/?ba5p69ubkqxr8rj: Content-Type is text/html. Please use a
direct download link.
http://www.mediafire.com/?1fkzla2s47ttclm: Content-Type is text/html. Please use a
direct

Please help me, many thanks.

EXHIBIT

PENGAD 800-631-6989

Titou 128
12-07-11 FF

HF00019541

```
From:  bilby12 <bilby12@yahoo.com>
Sent:  Sunday, May 9, 2010 8:43 PM
To:  general <general@hotfile.com>
Subject:  download of file: Hotfile (,bilby12@yahoo.com)

Message sent from user with mail - bilby12@yahoo.com:
Reason: I have technical issues with downloading
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/41427838/f40d886/Splitsville20(1999).avi.part10.rar.html
ip: 58.96.115.13 AU
URL:
http://hotfile.com/dl/41427838/f40d886/Splitsville20(1999).avi.part10.rar.html

parts 1 to  9 downloaded ok but now I get wrong code message for part 10 upward.
What code?
```


EXHIBIT
Titov 129
12-07-11 FF

HF00069773

From:  Hotfile Corp <hotfile.general@gmail.com>
Sent:  Thursday, May 20, 2010 6:36 AM
To:  Farooq Pasha <platinum.farooq@gmail.com>
Subject:  Re: Changed to Free with in An Hour: Hotfile
(2243660,platinum.farooq@gmail.com)

Dear Sir/Madame,

There is a waiting pending refund, please contact paypal for some advice, but this
payment have to be finished,till then your account is not paid.  Thank you for the
understanding.


--
Best regards,
Support
Hotfile.com



On Wed, May 19, 2010 at 9:29 PM, Farooq Pasha <platinum.farooq@gmail.com> wrote:


        Thanks for reverting.

        The Email Address used was    kaleem.khader@gmail.com

        Transaction ID is 81R50911TE3691001

        Yours Farooq




        On Wed, May 19, 2010 at 5:35 PM, Hotfile Corp <hotfile.general@gmail.com>
wrote:

            In order to identify your payment, we require at least one of the
following information:

                - The email address that you used for the payment

                - The transaction code (ID) of PayPal, this is a 17 character code
made up of letters and digits.

                - The transaction ID - if you paid through Gate2Shop (credit card)

            The transactions ID  can be found in your  payment confirmation
email.


            Regards,


        On Sun, May 16, 2010 at 9:04 PM, <platinum.farooq@gmail.com> wrote:

            Message sent from user with mail - platinum.farooq@gmail.com:



HF00047866

Reason: I am a paid user but it still says \'Upgrade to premium\'

Username: 2243660 (2243660)
Rank: Silver
Status: Free
Suspended: No
Remove premium: Yes (Reason: paypal: Reversed, dt: 2010-05-16 12:49:47)

lastdl:
http://hotfile.com/dl/42966184/2f2c38d/Prince.of.Persia.The.Sands.of.Time.2010.part5.rar.html

ip: 122.248.163.1 IN
URL:

Hey, Whats going on here?
I just paid 9$ for HotFile Premium account(Directly from Hotfile.com) and started down loading a Movie. Disgusting, with in an hour my status on the top changed to FREE from PREMIUM.Whats the hell is this?
So you wanted me to pay 9$ just for an hour?

Really Disappointing. I head Hotfile is the best filesharing Site. But it turned to be different.


--
Best regards,
Support
Hotfile.com


--
Best regards,
Support
Hotfile.com

**From:**      roddersiee@bigpond.com
**Sent:**      Saturday, January 15, 2011 10:41 PM
**To:**        support@hotfile.com
**Subject:**   cant sowload file: Hotfile (,roddersiee@bigpond.com)

Message sent from user with mail - roddersiee@bigpond.com:
Reason: I found error/bug in your site and want to report it
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/73172624/3cf65a5/sin.city.2005.extended.recut.720p.brrip.ac3.x264.macgu
ffin.warez-centre.com.part07.rar.html
ip: 124.177.9.21 AU
URL:
http://hotfile.com/dl/73173034/fb9aa07/sin.city.2005.extended.recut.720p.brrip.ac3.x264.macgu
ffin.warez-centre.com.part06.rar.html

i was downloading this file but my computer crashed halfway though , now when i try to
download it says i am currently downloading when im not downloading at all.

1



CONFIDENTIAL

HF02298516