# Yeh Exhibit 31



Movies:

About this site:     Popular Movies     Actors Gallery

