# Yeh Exhibit 32

