# Yeh Exhibit 33



# FREE-ALBUMS.NETwork

Top Mp3 | Home Page | Submit Albums | Mp3 Albums | Free Albums | Full Albums | New Albums | Audio Albums | Albums Archive | Best Albums | Music Albums

Download this song FREE!

## MP3 ALBUMS

NEW # A B C D E F G H I J K L M N O P Q R S T U V W X Y Z TOP

[Albums ▼] Search

Albums 2 | Albums 3 | Albums 4 | Albums 5 | Albums 6 | Albums 7 | Albums 8 | Albums 9

 Whitney Houston - The Essentials
 Whitney Houston - The Ultimate Collection
 Whitney Houston - Just Whitney
 Whitney Houston - I Look to You

Whitney Houston - A Song for You Live
Whitney Houston - Im Your Baby Tonight
Whitney Houston - My Love is Your Love
No.11

Ultimate Deborah Cox
Whitney Houston - The Bodyguard (Soundtrack)
Step By Step
Whitney The Greatest Hits

Albums 10 | Albums 11 | Albums 12 | Albums 13 | Albums 14 | Albums 15 | Albums 16

 DOWNLOAD    PLAY-NOW

 Mix n' Match

Download this song FREE!

**NEW ARTISTS**
Alive Again2
Scene Seven
Alice Avril Lavenge2
Dolla Feelin My Self6
Alice Nine Q4
Shyheim Tekitha Manchild
Sadame Piano Version2
Peter Hoffmann
Akon You Tube New4
Steve Earle
Alice Avril Lagvin3
Big Time Rush Elevate
Flash 29 Hi Fi Original Radio Edit
Light On
Alex Molo2
Power Hits 2011
Down Below Zeichen
Love Sex Magic Hobbeat Remix
Enrique Pitbul
2011 Rnb Club Hits
Battle Against Time3
Beyonce And Trina4
Waptrike Com Sex Video
Renaissance Renaissance
Beyonce Hindi Songs3
Enrique Tonight I Am Fucking You
Big River Band5
Jay Z Streets Is Watchin
Big Cock Fuck Ass2
Dj Groovy Workshop Best Mix Summer
Robot Chicken Halo Edition Part 2
Bill Evanse5
Death Rap Necro
Lab Kush
Master P Hoody Hoo3
Mulher Melancia Full Sex Video
The Hall Of Souls Hope
Peter Green Splinter Group He
Gold Camaran
Madcon Freaky Like
Best Of Metal 3
Madrid Song
Beyonce Break3
Reo Speedwagon
Www Wapdam Com Videos Sexy Fuck Vidio
Goombay Dance Band Melodia Alicia
Chapman Sorry4
Reo Speedwagon
Stefanie Werger Kumma Du Ham
Ce Face