# Yeh Exhibit 34

# Yeh Exhibit 34

**Ebook : Free Download**

Home   Archive   Contact   Subscribe                                                         Filter by APML

## N-Photo - March 2012

17 February 2012 04:12

**English | PDF | 140 pages | 70.7Mb**

Every month **N-Photo** brings you 132-pages of step-by-step advice on how to get the best results from your Nikon digital SLR. Our camera skills section will show you how to shoot great pictures and how to edit them to make them even better! You'll be inspired by the beautiful images shot by top photographers and fellow readers. And you'll learn the basics through our Nikopedia reference pages – picking up tips from the pros with our exclusive interviews and masterclasses [More]

Be the first to rate this post

Tags: digital, photo, camera, dslr, portraits, nature, nikon, ebook, download     > N-Photo

Permalink | Comments (0)

## The Week - 18 February 2012 / UK

17 February 2012 02:39

**English | PDF | 55 pages | 18.6Mb**

The Week, a weekly news magazine in the UK [More]

Be the first to rate this post

Tags: week, news, entertainment, ebook, download     > The Week

Permalink | Comments (0)

## PC Format - March 2012

17 February 2012 01:20

**English | PDF | 132 pages | 66.2Mb**

**PC Format** is the magazine for PC gamers and hardware enthusiasts. Each issue covers the latest advances in graphics cards, processors, motherboards, memory, SSDs and complete systems. We also feature guides on overclocking, tweaking,system building, system modding and PC repair. [More]

Be the first to rate this post

Tags: pc, computer, hardware, laptops, ebook, download     > PC Format

Permalink | Comments (0)

## iPad & iPhone User - No.59

16 February 2012 22:40

**English | PDF | 100 pages | 40.3Mb**

**iPad & iPhone User** covers the best apps, the latest kit and the hottest gadgets. Each issue features extensive reviews, news, and opinions on the latest iPad and iPhone products, as well as step-by-step guides and tutorials on how to get the most from your Apple gadgets and the App Store. [More]

Be the first to rate this post

Tags: hardware, guide, ipad, iphone, ebook, download     > iPad & iPhone User

Permalink | Comments (0)

## Drag Illustrated - March 2012

16 February 2012 20:45

---

**Enter search term** [Search]
☐ Include comments in search

### About

This site contains **ebooks** in PDF for **free download** by using depositfiles and filesonic.

If you are under 18 (in some countries 21), or it is illegal to view adult materials in your country, please leave this site immediately.

### Ebook Categories

Architecture & Design
Art & Photography
Boating & Aviation
Business & Finance
Cars & Bikes
Comics
Computers & Tech
Entertainment
Family & Parenting
Fashion & Style
Food & Cooking
Health & Fitness
Home & Garden
Luxury
Men's Interest
Movies & Cinema
Music
News
Pets & Animals
Professional & Trade
Science & Nature
Special Interest
Sports & Leisure
Teen
Travel & Regional
Women's Interest

### Recent Posts

PC Format - March 2012
IPad & IPhone User - No.59
Drag Illustrated - March 2012
Wanderlust - March 2012
Cycling Weekly - 16 February 2012

### Tag cloud

Art Basketball Business Camera Cars Celebrity Cooking Design Epix Entertainment Fashion Finance Food Football Garden Hardware Health Home Leisure Lifestyle Music Nature News Photo Recipes Sex Software Sport Sports Style Technology Travel Women
**Download Ebook** Sporting News Today

---

**A PENNY STOCK - FOR ...**
GAME changer-The world's BIGGEST name in FIRE PRO-TECTION joins FLMP - small co with huge product

**AVG Anti-Virus Free ...**
Download Latest Version 100% Free!
Download AVG Anti-Virus Free Edition Right Now!

**Download Chrome**
Download Latest Version 100% Free!
Download Chrome Right Now!



English | PDF | 140 pages | 142.1Mb

**Drag Illustrated** is a leading publication for the hardcore drag racing industry. Celebrating the drivers, teams and machines that comprise the fastest motosport on the planet. [More]

**Download Opera**
Download Latest Version
100% Free!
Download Opera Right Now!

**Download Ccleaner**
Download Latest Version
100% Free!
Download Ccleaner Right Now!

Be the first to rate this post

Tags: drag, car, sport, extreme, ebook, download          > Drag Illustrated

Permalink | Comments (0)

## Wanderlust - March 2012
16 February 2012 13:05



English | PDF | 148 pages | 75Mb

**Wanderlust** is the magazine for people who love to get out there and explore – travelers who long to escape the crowds and seek out the most unique cultures, wildlife and activities [More]

Be the first to rate this post

Tags: nature, wild, travel, ebook, download          > Wanderlust

Permalink | Comments (0)

## Cycling Weekly - 16 February 2012
16 February 2012 11:57



English | PDF | 90 pages | 42.2Mb

**Cycling Weekly** is the UK's only weekly special interest magazine focusing on the cycling market. It is the best source of breaking international and UK news, race reportage, reliable fitness advice, trustworthy product reviews and inspirational features for British cyclists. Always a great read, Cycling Weekly inspires you to ride your bike more! [More]

Be the first to rate this post

Tags: bicycle, sport, cycling, ebook, download          > Cycling Weekly

Permalink | Comments (0)

## Yoga Journal - March 2012 / USA
16 February 2012 08:34



English | PDF | 108 pages | 39.1Mb

**Yoga Journal** is an American based media company that publishes a magazine, a website, DVDs, and puts on conferences all devoted to yoga, food and nutrition, fitness, wellness, and fashion and beauty. [More]

Be the first to rate this post

Tags: yoga, health, spirit, fitness, wellness, beauty, fashion, food, ebook, download          > Yoga Journal

Permalink | Comments (0)

## Us Weekly - 27 February 2012
16 February 2012 06:20



English | PDF | 92 pages | 40.6Mb

**Us Weekly** is the magazine that keeps the closest watch on the ever changing and ever exciting entertainment industry, unlike any other magazine. It takes you backstage at awards shows and sneaks you into celebrity parties. Us Weekly peers into the minds (and dressing rooms) of the biggest stars, and escorts you around the world to see exactly where and with whom the hottest names in entertainment have been hanging out. *Us* gives you more access than any other magazine on the newsstand. [More]

Be the first to rate this post

Tags: entertainment, celebrity, ebook, download          > Us Weekly

Permalink | Comments (0)

## Penthouse - March 2012

16 February 2012 03:58

**English | PDF | 140 pages | 48.1Mb**

Penthouse, a men's magazine founded by Bob Guccione, combines urban lifestyle articles and soft-core pornographic pictorials that, in the 1990s, evolved into hardcore. [More]

★★★   Currently rated 3.0 by 1 people

Tags: for men, sex, erotic, ebook, download                      > Penthouse

Permalink | Comments (0)

<< Previous posts

© Ebook-Free-Download.net | DMCA Information | Privacy Policy