# Yeh Exhibit 35



