# Yeh Exhibit 36



Home > Upcoming Movie Trailer

# TV – Movie Trailer | Comming Soon Movie Trailers




THE SECRET CIRCLE
S01E12 WITNESS


THE FINDER S01E02
BULLETS


GREY'S ANATOMY
S08E12 HOPE FOR THE
HOPELESS


THE VAMPIRE DIARIES
S03E12 THE TIES THAT
BIND



NEW GIRL S01E10 THE
STORY OF THE 50



LAW & ORDER: SVU
S13E12 OFFICIAL STORY


REVENGE S01E13
COMMITMENT


ONE TREE HILL S09E02 IN
THE ROOM WHERE YOU
SLEEP


PARENTHOOD S03E14 –
"IT IS WHAT IT IS"


BLUE BLOODS S02E11
THE UNIFORM


PAN AM S01E11
DIPLOMATIC RELATIONS


A GIFTED MAN S01E11 IN
CASE OF (RE)BIRTH





**Release**
July 2011
August 2011
September 2011
October 2011
November 2011
December 2011

**TV**
Terra Nova
Alcatraz
90210
White Collar
Homeland
Merlin
Sanctuary
Chuck
Grimm
Burn Notice

**Genre**
Action
Adventure
Animation
Biography
Comedy
Crime
Documentary
Drama
Family
Fantasy
History
Horror
Musical
Mystery
Romance
Sci Fi
Sport
tag
Thriller
TV Show
War

**Latest Movie**








HOUSE S08E09 BETTER HALF


HAWAII FIVE-0 S02E14 – "PU'OLO" PROMO


CASTLE S04E12 – "DIAL M FOR MAYOR" PROMO (HD)


THE DICTATOR

Page 1 of 31  [ 1 ]
2  3  [ 4 ]  5  [ 6 ]  »  Last »

| Tag Cloud | infolinks |
|---|---|
| Bloods  Hotel in hollywood  Tv  Hollywood  Hollywood Hotel  Sleeping  Scrubs Uniform  Burns  Burning | |