# Yeh Exhibit 37

**AmAZiNg TV**

‹ Board index ‹ Videos ‹ Movies

Search    Search
Advanced search
FAQ • Register • Login
Previous topic · Next topic · Print view

X FileServe   X FILESONIC

## Contagion (2011) 720p BRRiP XViD AC3-CrEwSaDe

Post Reply    Search this topic    Search

1 post • Page 1 of 1

minhtrn22
Posts: 3116
Joined: Wed Aug 31, 2011 5:38 pm

**Contagion (2011) 720p BRRiP XViD AC3-CrEwSaDe**

Contagion (2011) 720p BRRiP XViD AC3-CrEwSaDe
[center]



Contagion (2011) 720p BRRiP XViD AC3-CrEwSaDe

Language English
AVI | XviD 4519 Kbps | 1280 x 720 24fps | AC3 448 Kbps | 1h 46mn | 3.36 Gb
Genre: Drama | Sci-Fi | Thriller
http://www.imdb.com/title/tt1598778/
[/center]
A thriller centered on the threat posed by a deadly disease and an international team of doctors contracted by the CDC to deal with the outbreak.



Links for download
(All belows are interchangable. No password)

2/14/2012

http://amazingtv.info/



Download

Code:

```
http://www.fileserve.com/file/9PHaBwD/Contagion.2011.720p.BRRiP.XViD.AC3-CrEwSaDe.part1.rar
http://www.fileserve.com/file/R5a6g56/Contagion.2011.720p.BRRiP.XViD.AC3-CrEwSaDe.part2.rar
http://www.fileserve.com/file/djnWTz6/Contagion.2011.720p.BRRiP.XViD.AC3-CrEwSaDe.part3.rar
http://www.fileserve.com/file/Npgzwmf/Contagion.2011.720p.BRRiP.XViD.AC3-CrEwSaDe.part4.rar
http://www.fileserve.com/file/BZn5HNW/Contagion.2011.720p.BRRiP.XViD.AC3-CrEwSaDe.part5.rar
http://www.fileserve.com/file/vRhaH7q/Contagion.2011.720p.BRRiP.XViD.AC3-CrEwSaDe.part6.rar
http://www.fileserve.com/file/nCyVfRd/Contagion.2011.720p.BRRiP.XViD.AC3-CrEwSaDe.part7.rar
http://www.fileserve.com/file/qx9DnMX/Contagion.2011.720p.BRRiP.XViD.AC3-CrEwSaDe.part8.rar
```

Post Reply                                                                                    1 post • Page 1 of 1

‹ Return to Movies                                                      Jump to:    Movies            ▼  Go

WHO IS ONLINE

Users browsing this forum: No registered users and 1 guest

Board index                                              The team   Delete all board cookies   All times are UTC − 5:30 hours

Powered by phpBB © 2000, 2002, 2005, 2007 phpBB Group.
Designed by ST Software.

| X The Mass | | | | |
| --- | --- | --- | --- | --- |
| | X  LinkPlz | vies | X  Downloads | X  Full |
| DDL2 | DDL2 Spot | UnzerNation | HotFile Search | DownloadWarez |
| Xenu | Linkp z | Twilight | WarezWorm | AtomicWarez |