# Yeh Exhibit 38

TVRIP.INFO

Balls Of Steel AU
S02E03
MY KITCHEN RULES
S03E10
Packed To The Rafters
S05E01
THE 7PM PROJECT
Bizarre Crime
S01E06
UFC Tonight
2012 02 07
INSIDE

INSIDE MMA
CASTLE
THE LYING GAME
BEING
ALCATRAZ
NCIS
NAVAL · CRIMINAL · INVESTIGATIVE · SERVICE
S00E15
TWO and a half MEN
Pretty Little Liars
S02E20
2 BROKE

HOUSE
M.D.
how i met your
S07E16
SMASH
HAWAII
S02E16
S02E08
S02E07
DUSTIN HOFFMAN
JCK
Leave nothing to chance.
Californicati
IT'S SURVIVAL
OF THE SLICKEST
ISE OF LIES
PROPER

2/14/2012

http://tvrip.info/

LOST GIRL
AMERICAN DAD!
DESPERATE HOUSEWIVES
ameless
THE SIMPSONS