# Yeh Exhibit 39

Home | All Hotfile Movies | OneClickMovie | 9000 Free MX Download.mp3

**Hotfilemovie.net for SALE! Contact: hapi3000 at gmail.com**

Hello!
This site deals with Hotfile movie downloads. Will be ready soon ...

Free Hotfile Movies Download!
hotfilemovie at gmail.com

### Black Death 2010 Download



Rating: 6.7/10
Genres: Adventure / Drama / Horror / Mystery
Plot: Set during the time of the first outbreak of bubonic plague in England, a young monk is tasked with learning the truth about reports of people being brought back to life in a small village.

### Centurion 2010 Download



Rating: 6.5/10
Genres: Action / Adventure / Drama / History / Thriller / War
Plot: A splinter group of Roman soldiers fight for their lives behind enemy lines after their legion is decimated in a devastating guerrilla attack.

### Clash of the Titans 2010 Download



Rating: 5.9/10
Genres: Action / Adventure / Drama / Fantasy
Plot: The mortal son of the god Zeus embarks on a perilous journey to stop the underworld and its minions from spreading their evil to Earth as well as the heavens.

### Date Night 2010 Download



Rating: 6.5/10
Genres: Comedy / Crime / Romance
Plot: In New York City, a case of mistaken identity turns a bored married couple's attempt at a glamorous and romantic evening into something more thrilling and dangerous.

### Downstream 2010 Download



Rating: 4.0/10
Genres: Action / Sci-Fi
Plot: The future of America, when the world runs out of oil.

### Four Lions 2010 Download



Rating: 7.7/10
Genres: Comedy / Drama
Plot: Four Lions tells the story of a group of British jihadists who push their abstract dreams of glory to the breaking point...

### Killers 2010 Download



Rating: 4.5/10
Genres: Action / Comedy / Romance / Thriller
Plot: A vacationing woman meets her ideal man, leading to a swift marriage. Back at home, however, their idyllic life is upset when they discover their neighbors could be assassins who have been contracted to kill the couple.

### Kung Fu Panda 2 (2011) Download



Po joins forces with a group of new kung-fu masters to take on an old enemy with a deadly new weapon.

### My Family's Secret 2010 Download



Rating: n/A
Genres: Crime / Mystery / Thriller
Plot: Grady suffers from multiple personality disorder. Lara doesn't know she just angered the most dangerous one.

### Ong Bak 3 2010 Download




Rating: 4.6/10
Genres: Action
Plot: Ong Bak 3 picks up where Ong Bak 2 had left off. Tien is captured and almost beaten to death before...

### Prince of Persia: The Sands of Time 2010 Download


Rating: 6.8/10
Genres: Action / Adventure / Fantasy / Romance
Plot: A young fugitive prince and princess must stop a villain who unknowingly threatens to destroy the world with a special dagger that enables the magic sand inside to reverse time.

### Solitary Man (2009) Download


Rating: 6.7/10
Genres: Comedy / Drama / Romance
Plot: A car magnate watches his personal and professional life hit the skids because of his business and romantic indiscretions.

### Takers 2010 Download


Rating: 4.8/10
Genres: Action / Crime / Thriller
Plot: A group of bank robbers find their $20 million plan interrupted by a hard-boiled detective.

### The A-Team 2010 Download


Rating: 7.2/10
Genres: Action / Adventure / Thriller
Plot: A group of Iraq War veterans looks to clear their name with the U.S. military, who suspect the four men of committing a crime for which they were framed.

### The Book of Eli 2010 Download


Rating: 6.9/10
Genres: Action / Adventure / Drama / Mystery / Thriller
Plot: A post-apocalyptic tale, in which a lone man fights his way across America in order to protect a sacred book that holds the secrets to saving humankind.

### The Ghost Writer 2010 Download


Rating: 7.6/10
Genres: Drama / Mystery / Thriller
Plot: A ghostwriter hired to complete the memoirs of a former British prime minister uncovers secrets that put his own life in jeopardy.

### The Hangover Part II Download


Right after the bachelor party in Las Vegas, Phil, Stu, Alan, and Doug jet to Thailand for Stu's wedding. Stu's plan for a subdued pre-wedding brunch, however, goes seriously awry.

### The Karate Kid 2010 Download


Rating: 6.1/10
Genres: Action / Drama / Family / Sport
Plot: Work causes a single mother to move to China with her young son; in his new home, the boy embraces kung fu, taught to him by a master.

### The Losers 2010 Download


Rating: 6.4/10
Genres: Action / Adventure / Crime / Mystery / Thriller
Plot: After being betrayed and left for dead, members of a CIA black ops team root out those who targeted them for assassination.

### The Other Guys 2010 Download

Rating: 7.0/10
Genres: Action / Comedy / Crime
Plot: Two mismatched New York City detectives seize an opportunity to step up like the city's top cops whom they idolize -- only things



don't quite go as planned.

## The Wrath of Cain 2010 Download



Rating: n/A
Genres: Action
Plot: n/A

## Titanic II 2010 Download



Rating: 2.1/10
Genres: Action / Adventure
Plot: On the 100th anniversary of the original voyage, a modern luxury liner christened "Titanic 2," follows the path of its namesake...

## Transformers 2 Revenge Of The Fallen Download



Rating: 6.0/10
Genres: Action / Adventure / Sci-Fi / Thriller
Plot: Sam Witwicky leaves the Autobots behind for a normal life. But when his mind is filled with cryptic symbols, the Decepticons target him and he is dragged back into the Transformers war.

## Transformers 2007 Download



Rating: 7.3/10
Genres: Action / Sci-Fi / Thriller
Plot: An ancient struggle re-erupts on Earth between two extraterrestrial clans, the heroic Autobots and the evil Decepticons, with a clue to the ultimate power held by a young teenager.

## Twelve 2010 Download

Rating: 5.5/10
Genres: Drama / Thriller
Plot: A young drug dealer watches as his high-rolling life is dismantled in the wake of his cousin's murder, which sees his best friend arrested for the crime.

Copyright © 2010 Hotfilemovie.net | http://napdim.com |