# Yeh Exhibit 40



Home   About   Archives   Contact Us

:: 24 – Season 1

List

Western Series (2)
10 Things I Hate About You (1)
10 Things I Hate About You S 1 (1)

24 (1)
24 Season 1 (1)

Other links

Popular Tags

10 Things I Hate About You Action comedy cops drama funny joke kifer police pretty

## 24 – Season 1

Posted by [hippies] on April 17th, 2011    No Comments    Print Friendly



**More from this category**
24 – Season 1

**More from this author**
24 – Season 1
10 Things I Hate About You Season 1

Subscribe to this author

Federal Agent Jack Bauer can't afford to always play by the rules. As a member of the L.A. Counter Terrorist Unit, Jack must stop bombs, viruses, assassination attempts, and usually, save someone he cares about at the same time. Every season of this series has 24 episodes, each unfolding in real time following a consecutive hour in one very bad day.

Creators:
Robert Cochran, Joel Surnow
Stars:
Kiefer Sutherland, Mary Lynn Rajskub and Carlos Bernard

## Download via Fileserve
## Download via UploadStation
## Download via Filesonic

Episode 01
Episode 02
Episode 03
Episode 04
Episode 05
Episode 06
Episode 07
Episode 08
Episode 09
Episode 10
Episode 11
Episode 12
Episode 13
Episode 14
Episode 15
Episode 16
Episode 17
Episode 18
Episode 19
Episode 20
Episode 21
Episode 22
Episode 23
Episode 24

Tagged as: Action, cops, kifer, police

