# Yeh Exhibit 41



### Termos de Uso
**Ao utilizar o site, você estará ciente que:**

- TODOS os links de arquivos que se encontram no site são encontrados na própria Internet, somente organizamos os episódios, temporadas de acordo com seus respectivos seriados, bem como, as imagens, vídeos e sinopses.

- NÃO comercializamos qualquer tipo de obra, seja digital (arquivos) ou mídia (CD/DVD), disponibilizamos apenas os links para download de forma gratuita.

- Qualquer arquivo protegido por algum tipo de lei devem ser baixados apenas para uso próprio, ou seja, NÃO deve de maneira nenhuma ser comercializado, o arquivo baixado pode permanecer no máximo 24 horas em seu computador, após isso deve ser excluído ou comprado.

- A aquisição desses arquivos pela Internet é de única e exclusiva responsabilidade do usuário.

- Os donos, webmasters e qualquer outra pessoa que tenha relacionamento com a produção do site não tem responsabilidade alguma sobre a forma com que o usuário venha a utilizar os arquivos aqui baixados.

- O conteúdo do site é voltado ao público doméstico, que não visa lucros!

*Se não concorda com os termos acima, tecle ALT+F4 para sair!*

### Napoleon Dynamite – S01E04 – Pedro vs. Debra
14, fevereiro, 2012   foreman                                   Sem comentários

   
Like        +1  0       Tweet  1



**Baixou os arquivos mas não sabe o que fazer ou não consegue abrir o episódio?** clique aqui
**Dificuldade em baixar? Dê uma olhada em nossos tutoriais** aqui!
**Napoleon Dynamite – S01E04 RMVB legendado Download:**

Uploaded :: DepositFiles

**Quer saber quando saem novos episódios? Então clique** aqui!

Napoleon Dynamite    1ª temporada, download, Napoleon Dynamite, como qualidade, rmvb legendado, S01E04

### Pretty Little Liars – S02E20 – CTRL: A
14, fevereiro, 2012   jack hauer                                Sem comentários

   
Like  5     +1  0       Tweet  2



**Séries Atuais**
- 2 Broke Girls
- 30 Rock
- 90210
- A Gifted Man
- Alcatraz
- Alphas
- American Horror Story
- Are You There, Chelsea?
- Army Wives
- Awkward
- Bar Karma
- Beaver Falls
- Being Human
- Being Human US
- Blue Bloods
- Blue Mountain State
- Boardwalk Empire
- Body of Proof
- Bones
- Boss
- Breaking Bad
- Breaking In
- Breakout Kings
- Burn Notice
- Californication
- Call Me Fitz
- Castle
- Chemistry
- Childrens Hospital
- Community
- Cougar Town
- Covert Affairs
- Criminal Minds
- CSI: Las Vegas
- CSI: Miami
- CSI: New York
- Curb Your Enthusiasm
- Damages
- Death Valley
- Desperate Housewives
- Dexter
- Doctor Who
- Downton Abbey
- Drop Dead Diva
- Eagleheart
- Enlightened
- Episodes
- Eternal Law
- Eureka
- Fairly Legal

**Séries Canceladas ou Terminadas**
- Til Death
- 10 Things I Hate About You
- 100 Questions
- 18 to Life
- 24 Horas
- Accidentally on Purpose
- Against The Wall
- Alias
- Ally Mcbeal
- Andromeda
- Angel
- Arquivo X – X Files
- Arrested Development
- Ashes to Ashes
- Babylon 5
- Battlestar Galactica
- Being Erica
- Better off Ted
- Better with You
- Big Lake
- Big Love
- Bionic Woman
- Birds of Prey
- Blade
- Blood Ties
- Bonekickers
- Bored to Death
- Boston Legal
- Britannia High
- Brothers and Sisters
- Buffy
- Camelot
- Cane
- Caprica
- Carnivale
- Carpoolers
- Cashmere Mafia
- Chaos
- Charlies Angels
- Charmed
- Chase
- Chuck
- Close to Home
- Cold Case
- Combat Hospital
- Complete Savages
- Criminal Minds: Suspect Behavior
- Crusoe
- Cupid











Toques MP3 mais baixados
1 Waka Waka Shakira Baixar
2 Video Phone Lady Gaga & Beyoncé Baixar
3 Tapa na Cara Zezé Di Camargo & Luciano Baixar
Anúncios Google

**Baixou os arquivos mas não sabe o que fazer ou não consegue abrir o episódio?** clique aqui

**Dificuldade em baixar? Dê uma olhada em nossos tutoriais** aqui!

**Pretty Little Liars S02E20 RMVB legendado Download:**

Uploaded :: Depositfiles :: Freakshare

**Quer saber quando saem novos episódios? Então clique** aqui!

Pretty Little Liars 2ª temporada, download, otima qualidade, Pretty Little Liars, rmvb legendado, S02E20

## CSI: Las Vegas – S12E13 – Tressed to Kill

14, fevereiro, 2012 jack bauer Sem comentários

Like +1 0 Tweet 1

Simulado Brasil Concurso
+ 780 Simulados
+ 14 Mil Questoes
Anúncios Google

**Baixou os arquivos mas não sabe o que fazer ou não consegue abrir o episódio?** clique aqui

**Dificuldade em baixar? Dê uma olhada em nossos tutoriais** aqui!

**CSI Las Vegas S12E13 RMVB legendado Download:**

Uploaded :: Depositfiles :: Freakshare

**Quer saber quando saem novos episódios? Então clique** aqui!

CSI Las Vegas 12ª temporada, CSI Las Vegas, download, otima qualidade, rmvb legendado, S12E13

## House – S08E12 – Chase

14, fevereiro, 2012 jack bauer Sem comentários

Like 2 +1 0 Tweet 3

**Baixou os arquivos mas não sabe o que fazer ou não consegue abrir o episódio?** clique aqui

**Dificuldade em baixar? Dê uma olhada em nossos tutoriais** aqui!

**House S08E12 RMVB legendado Download:**

- Falling Skies
- Femme Fatales
- FlashPoint
- Franklin and Bash
- Fresh Meat
- Friday Night Dinner
- Fringe
- Game of Thrones
- Glee
- Gossip Girl
- Grey's Anatomy
- Grimm
- Happily Divorced
- Happy Endings
- Harry's Law
- Hart of Dixie
- Haven
- Hawaii Five-0
- Hell on Wheels
- Him and Her
- Homeland
- Hot in Cleveland
- House
- House of Lies
- How I Met Your Mother
- Hustle
- I Hate My Teenage Daughter
- Icarly
- In Plain Sight
- In with The Flynns
- InSecurity
- It's Always Sunny in Philadelphia
- Jane by Design
- Jessie
- Justified
- Kdabra
- King
- Last Man Standing
- Law and Order: SVU
- Leonardo
- Leverage
- Lifes Too Short
- Lip Service
- Lost Girl
- Louie
- Luck
- Luther
- Mad Men
- Make It or Break It
- Material Girl
- Melissa and Joey
- Merlin
- Mike & Molly
- Misfits
- Modern Family
- Mortal Kombat: Legacy
- NCIS
- NCIS: Los Angeles
- Necessary Roughness
- New Girl
- Nikita
- Nurse Jackie
- Once Upon A Time
- One Tree Hill
- Pan Am
- Parenthood
- Parks and Recreation
- Dante's Cove
- Dark Angel
- Dark Blue
- Dawson's Creek
- Day Break
- Dead Last
- Dead Like Me
- Deadwood
- Death in Paradise
- Defying Gravity
- Demons
- Detroit 1-8-7
- Dirt
- Dirty Sexy Money
- Dollhouse
- Eastwick
- Eleventh Hour
- Eli Stone
- Emergency Room – Plantão Médico
- Endgame
- Entourage
- Everwood
- Everybody Hates Chris
- Farscape
- Fear Itself
- Felicity
- Firefly
- Flash Forward
- Flash Gordon
- Fly Girls
- Free Agents
- Friday Night Lights
- Friends
- Friends with Benefits
- Gary Unmarried
- Ghost Whisperer
- Gilmore Girls
- Glory Daze
- Gravity
- Greek
- H2O
- Hank
- Hannah Montana
- Happy Town
- Harper's Island
- Hawthorne
- Hellcats
- Heroes
- Hex
- How to Be a Gentleman
- How to Make It in America
- Huge
- Human Target
- Hung
- In Treatment
- Invasion
- JAG – Ases Invencíveis
- Jekyll
- Jericho
- Joan of Arcadia
- Joey
- John Doe
- Journeyman
- Kings
- Knight Rider
- Knight Rider (1982)
- Kung Fu
- Kyle XY
- Lark Rise to Candleford
- Las Vegas
- Law and Order: LA
- Le Femme Nikita

Uploaded :: Depositfiles :: Freakshare

**Quer saber quando saem novos episódios? Então clique aqui!**

House · 8ª temporada, download, House, otima qualidade, rmvb legendado, S08E12

## Hawaii Five-0 – S02E16 – I Helu Pu

14, fevereiro, 2012   foreman   Sem comentários

Like  +1 0   Tweet 1





ENTÃO...

Baixou os arquivos mas não sabe o que fazer ou não consegue abrir o episódio? clique aqui

Dificuldade em baixar? Dê uma olhada em nossos tutoriais aqui

**Hawaii Five-0 – S02E16 RMVB legendado Download:**

Uploaded :: DepositFiles :: FreakShare

**Quer saber quando saem novos episódios? Então clique aqui!**

Hawaii Five-0 · 2ª temporada, download, Hawaii Five-0, otima qualidade, rmvb legendado, S02E16

## Alcatraz – S01E06 – Paxton Petty

14, fevereiro, 2012   jack bauer   Sem comentários

Like 7   +1 1   Tweet 2



Baixou os arquivos mas não sabe o que fazer ou não consegue abrir o episódio? clique aqui

Dificuldade em baixar? Dê uma olhada em nossos tutoriais aqui

**Alcatraz S01E06 RMVB legendado Download:**

Uploaded :: Depositfiles :: Freakshare

**Quer saber quando saem novos episódios? Então clique aqui!**

Alcatraz · 1ª temporada, Alcatraz, download, otima qualidade, rmvb legendado, S01E06

## Desperate Housewives – S08E13 – Is This What You Call Love?

14, fevereiro, 2012   jack bauer   Sem comentários

Like 2   +1 0   Tweet 2

- Perfect Couples
- Person of Interest
- Pioneer One
- Pretty Little Liars
- Prime Suspect
- Primeval
- Private Practice
- Psych
- Psychoville
- Raising Hope
- Retired at 35
- Rev.
- Revenge
- Ringer
- Rizzoli and Isles
- Rob
- Rookie Blue
- Royal Pains
- Rules of Engagement
- Sanctuary
- Scott And Bailey
- Shameless
- Shameless UK
- Skins
- Smash
- Sons of Anarchy
- Southland
- Spartacus
- Spy
- Steven Seagal: Lawman
- Strike Back
- Suburgatory
- Suits
- Supernatural
- Switched at Birth
- Teen Wolf
- Terra Nova
- The Big Bang Theory
- The Big C
- The Body Farm
- The Borgias
- The Closer
- The Exes
- The Fades
- The Finder
- The Firm
- The Glades
- The Glee Project
- The Good Wife
- The Killing
- The Listener
- The Lying Game
- The Mentalist
- The Middle
- The Office
- The Real L Word
- The River
- The Secret Circle
- The Secret Life of the American Teenager
- The Vampire Diaries
- The Voice
- The Walking Dead
- Todd and the Book of Pure Evil
- Top Gear USA
- Torchwood
- Touch
- Touch
- Treme
- Legend of the Seeker
- Lie to Me
- Life on Mars US
- Life Unexpected
- Lights Out
- Lipstick Jungle
- Lois and Clark
- Lone Star
- Lost
- Love Bites
- Macgyver
- Mad Love
- Man Up!
- Medium
- Melrose Place
- Memphis Beat
- Men in Trees
- Men of a Certain Age
- Mental
- Mercy
- Miami Medical
- Millennium
- Miracles
- Monk
- Moonlight
- Mr Bean
- Mr. Sunshine
- My Generation
- My Name Is Earl
- My Own Worst Enemy
- My So-Called Life
- My Wife and Kids
- Nip Tuck
- No Heroics
- No Ordinary Family
- Numb3rs
- Odyssey 5
- Off the Map
- Outcasts
- Outlaw
- Outsourced
- Over There
- Oz
- Party Down
- Past Life
- Players
- Prison Break
- Privileged
- Pulse
- Pushing Daisies
- Queer as Folk
- Raising the Bar
- Reaper
- ReGenesis
- Rescue Me
- Riese: Kingdom Falling
- Robin Hood
- Romantically Challenged
- Rome
- Roswell
- Rubicon
- Running Wilde
- Samantha Who?
- Samurai Girl
- Saving Grace
- Scoundrels
- Scrubs
- Secret Diary of a Call Girl
- Secret Girlfriend
- Seinfeld
- Sex and the City
- Shattered
- Shit My Dad Says
- Sirens
- Six Feet Under
- Skins US





Baixou os arquivos mas não sabe o que fazer ou não consegue abrir o episódio? clique aqui

Não sabe baixar? Dê uma olhada em nossos tutoriais acui!

**Desperate Housewives S08E13 RMVB legendado Download:**

Uploaded :: Depositfiles :: Freakshare

Quer saber quando saem novos episódios? Então clique aqui

Desperate Housewives | 8ª temporada, Desperate Housewives, download, otma qua idade, rmvb legendado, S08E13

### How I Met Your Mother – S07E16 – The Drunk Train

14, fevereiro, 2012  jack bauer  Sem comentários







Baixou os arquivos mas não sabe o que fazer ou não consegue abrir o episódio? clique aqui

Dificuldade em baixar? Dê uma olhada em nossos tutoriais aqui!

**How I Met Your Mother S07E16 RMVB legendado Download:**

Uploaded :: Depositfiles :: Freakshare

Quer saber quando saem novos episódios? Então clique aqui

How I Met Your Mother | 7ª temporada, download, How I Met Your Mother, otma qualidade, rmvb legendado, S07E16

### Two and a Half Men – S09E16 – Sips, Sonnets And Sodomy

14, fevereiro, 2012  jack bauer  Sem comentários

  



- True Blood
- Two and a Half Men
- Unforgettable
- Up All Night
- Vera
- Warehouse 13
- Web Therapy
- Web Therapy Online
- Weeds
- White Collar
- Whitney
- Wilfred
- Work It
- Workaholics
- XIII The Series

**Minisséries / Documentários**

- 1066: The Battle for Middle Earth
- A Verdadeira Face de Jesus
- Accused
- Alice
- América: A Saga dos EUA
- Apparitions
- Atlantis: End of a World, Birth of a Legend
- Bag of Bones
- Band of Brothers
- Batalhas Decisivas
- Bedlam
- Ben Hur
- Black Mirror
- Bouquet of Barbed Wire
- Brave New World
- Carlos, O Chacal
- Case Sensitive
- Cases Histories
- Cidades Ocultas
- Como Funciona o Universo
- Confronto dos Deuses
- Construindo um Império
- Exile
- Fallen
- Frozen Planet
- Great Expectations
- Hidden
- História Secreta
- Human Planet
- Identity
- Injustice
- Inside the Medieval Mind
- Inventos da Antiguidade
- Kidnap and Ransom
- Life
- Mad Dogs
- Making Scotland's Landscape
- Meteor
- Mildred Pierce
- Neverland
- Nostradamus Effect
- O Mundo Sem Ninguém
- O Universo
- Occupation
- Origins of Us

- Smallville
- Sons of Tucson
- South of Nowhere
- Stanley Park
- Star Trek Deep Space Nine
- Star Trek Enterprise
- Star Trek The Next Generation
- Star Trek The Originals Series
- Star Trek Voyager
- Stargate Atlantis
- Stargate SG-1
- Stargate Universe
- State of Georgia
- Surface
- Survivors
- Terminator: The Sarah Connor Chronicles
- Terriers
- That '70s Show
- The 4400
- The A-Team
- The Beast
- The Beautiful Life
- The Cape
- The Chicago Code
- The Confession
- The Dead Zone
- The Deep End
- The Defenders
- The Event
- The Fixer
- The Forgotten
- The Fresh Prince Of Bel-Air
- The Gates
- The Good Guys
- The Hard Times of RJ Berger
- The IT Crowd
- The L Word
- The Lost Room
- The Lost World
- The New Adventures of Old Christine
- The Nine Lives of Chloe King
- The O.C.
- The Philanthropist
- The Playboy Club
- The Pretender
- The Protector
- The Royal Bodyguard
- The Sopranos
- The Tudors
- The Twilight Zone – Além da Imaginação
- The Unit
- The West Wing
- The Whole Truth
- The Wire
- Third Watch
- Three Rivers
- Tower Prep
- Traffic Light
- Trauma
- Tru Calling
- Trust Me
- Twin Peaks
- Ugly Betty
- Undercovers
- United States of Tara
- Unnatural





Baixou os arquivos mas não sabe o que fazer ou não consegue abrir o episódio? clique aqui

Dificuldade em baixar? Dê uma olhada em nossos tutoriais aqui!

**Two and a Half Men S09E16 RMVB legendado Download:**

Uploaded :: Depositfiles :: Freakshare

Quer saber quando saem novos episódios? Então clique aqui!

Two and a Half Men    9ª temporada, download, ótima qualidade, rmvb legendado, S09E16, Two and a Half Men

### Jane by Design – S01E06 – The Image Issue

14, fevereiro, 2012   foreman   Sem comentários

Like   +1   0   Tweet   0



Baixou os arquivos mas não sabe o que fazer ou não consegue abrir o episódio? clique aqui

Dificuldade em baixar? Dê uma olhada em nossos tutoriais aqui!

**Jane by Design – S01E06 RMVB legendado Download:**

Uploaded :: DepositFiles

Quer saber quando saem novos episódios? Então clique aqui!

Jane by Design    1ª temporada, download, Jane by Design, ótima qualidade, rmvb legendado, S01E06

### CSI: New York – S08E13 – The Ripple Effect

13, fevereiro, 2012   jack bauer   Sem comentários

Like   1   +1   0   Tweet   0



Baixou os arquivos mas não sabe o que fazer ou não consegue abrir o episódio? clique aqui

Dificuldade em baixar? Dê uma olhada em nossos tutoriais aqui!

**CSI New York S08E13 RMVB legendado Download:**

---

- Os Bárbaros
- Os Pilares da Terra
- Paradox
- Persons Unknown
- Riverworld
- Semana da Invasão Extraterrestre
- Sherlock
- Silk
- South Riding
- Spartacus: Gods of the Arena
- State of Play
- Taken
- The Andromeda Strain
- The Cell
- The Deep
- The Field of Blood
- The Gene Code
- The Hour
- The Kennedys
- The Last Enemy
- The Pacific
- The Phantom
- The Pillars of the Earth
- The Prisoner
- The Shadow Line
- The Silence
- The Slap
- The State Within
- The Story of Science
- The Yard
- Thorne
- Through the Wormhole
- Trinity UK
- Upstairs Downstairs
- Zen

- History
- V
- V (1983-1985)
- Valentine
- Verónica Mars
- Will and Grace
- Without a Trace/Desaparecidos
- Xena

### Animes
- Allen Gregory
- American Dad
- Archer
- Ben 10
- Ben 10: Alien Force
- Bob's Burgers
- Caverna do Dragão
- Family Guy
- Futurama
- G.I. Joe Renegades
- Generator Rex
- Green Lantern: The Animated Series
- Iron Man
- Kung Fu Panda: The Series
- Mad
- Napoleon Dynamite
- Neighbors from Hell
- Os Cavaleiros do Zodíaco
- Os Simpsons
- Papa Léguas
- Scooby-Doo! Mystery Incorporated
- South Park
- Star Wars: The Clone Wars
- Sym-Bionic Titan
- The Avengers: Earth's Mightiest Heroes
- The Cleveland Show
- The Penguins of Madagascar
- The Ricky Gervais Show
- Thor e Loki Blood Brothers
- Thundercats
- Thundercats 2011
- Transformers: Prime
- Ugly Americans
- X-Men
- Young Justice

### Área Restrita
- Login
- Posts RSS
- RSS dos comentários
- WordPress.org



Uploaded :: Depositfiles :: FreakShare

**Quer saber quando saem novos episódios? Então clique** aqui!

CSI NY 8ª temporada, CSI New York, download, ótima qualidade, rmvb legendado, S08E18

1 2 3 4 5 ... »

Saiba qual equipe faz a legenda da sua série aqui.



Tema criado por NeoEase. Validar XHTML 1.1 e CSS 3.

↑ Topo