# Yeh Exhibit 42

All-Time Top Rated Movies
Best-Movies.info
Time Top Rated Movies
Home
Movies by Years By Genre By Actor By Director By MPAA Rating Collections Polls Forum
2010
Inception (2010)
IMDb TOP 250
PG-13
Inception (2010)
THE DREAM IS REAL.
LEONARDO DICAPRIO
THE DARK KNIGHT
JULY 16
Rating:
Genre:
Action | Crime | Mystery | Sci-Fi | Thriller
Plot:
In a world where technology exists to enter the human mind through dream invasion, a highly skilled thief is given a final chance at redemption which involves executing his toughest job till date, Inception.
IMDB




http://www.filesonic.com/file/2122801004/Inception%5B2010%5DDvDrip-aXXo.avi

http://www.fileserve.com/file/MW8JaQY/Inception%5B2010%5DDvDrip-aXXo.avi

http://www.wupload.com/file/202753383/Inception[2010]DvDrip-aXXo.avi

http://ul.to/rqdg419h/Inception%5B2010%5DDvDrip-aXXo.avi

http://bitshare.com/files/lb30nq6w/Inception-5B2010-5DDvDrip-aXXo.avi.html

http://depositfiles.com/files/ktek9e9rl

http://oron.com/4zdnsydqyoc5

http://www.filejungle.com/f/FUCzwq/Inception[2010]DvDrip-aXXo.avi

http://www.uploadstation.com/file/VHCGhts/Inception[2010]DvDrip-aXXo.avi

Toy Story 3 (2010)

**Toy Story 3 (2010)**

**Rating:**

**Genre:**

Animation | Adventure | Comedy | Drama | Family | Fantasy

**Plot:**

The toys are mistakenly delivered to a day-care center instead of the attic right before Andy leaves for college, and it's up to Woody to convince the other toys that they weren't abandoned and to return home.

IMDB



http://www.filesonic.com/file/2125230684/Toy.Story.3.2010.PROPER.DVDRip.XviD-TASTE.avi

http://www.fileserve.com/file/DRmX6qk/Toy.Story.3.2010.PROPER.DVDRip.XviD-TASTE.avi

http://www.wupload.com/file/202796465/Toy.Story.3.2010.PROPER.DVDRip.XviD-TASTE.avi

http://ul.to/xc3d95n1/Toy.Story.3.2010.PROPER.DVDRip.XviD-TASTE.avi

http://bitshare.com/files/69c6qoah/Toy.Story.3.2010.PROPER.DVDRip.XviD-TASTE.avi.html

http://depositfiles.com/files/ll7lzigch

http://oron.com/9v0fmqy7qzey

http://www.filejungle.com/f/32MyGH/Toy.Story.3.2010.PROPER.DVDRip.XviD-TASTE.avi

http://www.uploadstation.com/file/Xhh55tW/Toy.Story.3.2010.PROPER.DVDRip.XviD-TASTE.avi

How to Train Your Dragon (2010)

**How to Train Your Dragon (2010)**







**Rating:**

**Genre:**

Animation | Adventure | Comedy | Family | Fantasy

**Plot:**

A hapless young Viking who aspires to hunt dragons becomes the unlikely friend of a young dragon himself, and learns there may be more to the creatures than he assumed.

IMDB

File Name: how.to.train.your.dragon-tastc.avi
File Size: 695MB (729774080 bytes)
Resolution: 640x272
Duration: 01:37:51

DOWNLOAD FSC WWW.BEST-MOVIES.INFO

http://www.filesonic.com/file/2123838791/HowToTrainDragon_2010_aXXo.avi

DOWNLOAD FS WWW.BEST-MOVIES.INFO

http://www.fileserve.com/file/CYfQnzj/HowToTrainDragon_2010_aXXo.avi

DOWNLOAD WU WWW.BEST-MOVIES.INFO

http://www.wupload.com/file/202763779/HowToTrainDragon_2010_aXXo.avi

DOWNLOAD UT WWW.BEST-MOVIES.INFO

http://ul.to/qmoypzdx/HowToTrainDragon_2010_aXXo.avi

DOWNLOAD BS WWW.BEST-MOVIES.INFO

http://bitshare.com/files/jhk85fap/HowToTrainDragon_2010_aXXo.avi.html

DOWNLOAD DF WWW.BEST-MOVIES.INFO

http://depositfiles.com/files/87wgrsxpo

DOWNLOAD OR WWW.BEST-MOVIES.INFO

http://oron.com/up5hptysjmzs

DOWNLOAD FJ WWW.BEST-MOVIES.INFO

http://www.filejungle.com/f/HNLTGp/HowToTrainDragon_2010_aXXo.avi

DOWNLOAD US WWW.BEST-MOVIES.INFO

http://www.uploadstation.com/file/eqT2Dw8/HowToTrainDragon_2010_aXXo.avi

# The Social Network (2010)

## The Social Network (2010)





Rating:

Genre:

Biography | Drama | History

Plot:

A chronicle of the founding of Facebook, the social-networking Web site.

IMDB

http://www.filesonic.com/file/2125230634/The.Social.Network[2010]DvDrip-aXXo.avi

http://www.fileserve.com/file/eS3Mnjw/The.Social.Network[2010]DvDrip-aXXo.avi

http://www.wupload.com/file/202796487/The.Social.Network[2010]DvDrip-aXXo.avi

http://ul.to/bgow7vht/The.Social.Network%5B2010%5DDvDrip-aXXo.avi

http://bitshare.com/files/7zz74otg/The.Social.Network-5B2010-5DDvDrip-aXXo.avi.html

http://depositfiles.com/files/kaa13znkr

http://oron.com/q40y2ho3wapr

http://www.filejungle.com/f/pXDj9r/The.Social.Network[2010]DvDrip-aXXo.avi

http://www.uploadstation.com/file/5ZMVvWQ/The.Social.Network[2010]DvDrip-aXXo.avi

# Kick-Ass (2010)

## Kick-Ass (2010)

**Rating:**

**Genre:**

Action | Adventure | Crime | Thriller

**Plot:**

Dave Lizewski is an unnoticed high school student and comic book fan who one day decides to become a super-hero, even though he has no powers, training or meaningful reason to do so.

IMDB

http://www.filesonic.com/file/2125325174/Kick.Ass[2010]DvDrip-aXXo.avi

http://www.fileserve.com/file/ZHy44kf/Kick.Ass[2010]DvDrip-aXXo.avi

http://www.wupload.com/file/202849976/Kick.Ass[2010]DvDrip-aXXo.avi

http://ul.to/h98y85lr/Kick.Ass%5B2010%5DDvDrip-aXXo.avi

http://bitshare.com/files/v2vevuz1/Kick.Ass-5B2010-5DDvDrip-aXXo.avi.html

http://depositfiles.com/files/xwa4fos5d

http://oron.com/u8blqt9yn439

http://www.filejungle.com/f/DpyDZM/Kick.Ass[2010]DvDrip-aXXo.avi

http://www.uploadstation.com/file/vPsTKYq/Kick.Ass[2010]DvDrip-aXXo.avi

1 2 3 4 5 6 7 8 9 10

Movie Genres

Movie Index Arranged by Date

Aguirre, der Zorn Gottes (1972)
Battleship Potemkin (1925)
The Sky Over Berlin (1988)
Days of Heaven (1978)
A Night at the Opera (1935)
Bride of Frankenstein (1935)
Charade (1963)
Crimes and Misdemeanors (1989)
Cat on a Hot Tin Roof (1958)
Brazil (1985)
All the President's Men (1976)
Being There (1979)
A Christmas Story (1983)
Dawn of the Dead (1978)
The Cabinet of Dr. Caligari (1921)
Arsenic and Old Lace (1944)

Shoutbox

88 people like Best-Movies.info.
Pageviews
997430
SHARE