# Yeh Exhibit 43



1CLICKMOVIES.NET

HOME CONTACT US DMCA

MOVIES
- 720p
- 1 link
- 1080p
- DVDRip
- 3D
- Cam
- Telesync

TV-SHOWS
- DVDRip
- 1080p
- 720p
- DVDRip

GAMES

MOBILE

MUSIC

OTHER
- Ebook
- eLearning

30/01/2012
by Akilwood
0 comments

## Underworld Awakening (2012) CAMRip – Akilwood

INFO
Cast
Cast overview, first billed only:
Kate Beckinsale ... Selene
Stephen Rea ... Dr. Jacob Lane
Michael Ealy ... Detective Sebastian
Theo James ... David
India Eisley ... Eve
Sandrine Holt ... Lida
Charles Dance ... Thomas

http://www.imdb.com/title/tt1496025/

Continue Reading →

*Categories: 1 link, Movies | Permalink 263 Views*

30/01/2012
by Akilwood
0 comments

## Seeking Justice (2011) DVDRip XviD-FTW

SEARCH

EXTABIT

Music

CATEGORIES

1 link 3D 720p 720p 1080p 1080p Cam DVDRip DVDRip Ebook eLearning Mobile Movies Music Other PPVRip R5 Telesync TV-Shows Uncategorized Video

RECENT POSTS

- Underworld Awakening (2012) CAMRip – Akilwood
- Seeking Justice (2011) DVDRip XviD-FTW
- The Three Musketeers (2011) DVDSCR V2
- The Thing (2011) 720p
- Sea Of Love (1989) 720p
- Real Steel (2011) 720p
- Moneyball (2011) 720p
- Margin Call (2011) Proper Retail 720p
- Leon The Professional (1994) DC 720p – Akilwood
- Killer Elite (2011) Proper Final 720p
- J Edgar (2011) CAM XviD
- Immortals (2011) R5-FILTERED- 400MB
- Hugo (2011) CAM – Akilwood
- Contraband (2012) CAM XViD AAC-CRG – 450MB
- Arthur Christmas (2011) DvDScr
- Anonymous (2011) 720p – Akilwood
- Psycho (1960) BRRip 720P 1Link
- 50/50 (2011) 720p
- Drive Angry 3D (2011) 1080p Half-SBS DTS
- Doomsday (2008) UNCUT 720p BRRip x264-DMZ





INFO

*Cast*
*Credited cast:*
*Nicolas Cage .. Will Gerard*
*January Jones .. Laura Gerard*
*Guy Pearce .. Simon*
*Jennifer Carpenter*
*Harold Perrineau ... Jimmy*
*Xander Berkeley ... Lieutenant Durgan*

Continue Reading →

Categories: 1 Link Movies | Permalink 113 views

### RECENT COMMENTS

- admin on Harry Potter – 1-8 (2001-2011) (Movies Pack) BluRay 720p DTS x264-CHD
- admin on Harry Potter – 1-8 (2001-2011) (Movies Pack) BluRay 720p DTS x264-CHD
- admin on Harry Potter – 1-8 (2001-2011) (Movies Pack) BluRay 720p DTS x264-CHD
- admin on Harry Potter & The Deathly Hallows – Part 2 3D (2011) 720p Blu-Ray x264 7.1 AAC
- admin on Harry Potter & The Deathly Hallows – Part 2 3D (2011) 720p Blu-Ray x264 7.1 AAC-ExtraTorrentRG

30.01.2012
by Akilwood
0 comments

## The Three Musketeers (2011) DvDSCR V2

**Information:**

*[IMDB]:.........................[ 6.0/10 | 13,407 votes . Top 250 #none*
*[AWARDS]:. . . . ........[ None as of now*
*[GENRE]:. ....... .. . ... ...[ Action | Adventure | Romance*
*[FORMAT]:......... . ... ....[ Matroska*
*[FILE SIZE]:...................[ 398 MiB*
*[NO OF CDs]:. . ...... ...... ..[ 1*
*[RESOLUTION]:. ... . . ......[ 648*292*
*[ASPECT RATIO]:.. ......... ...[ 2.1*
*[FRAME RATE]:..... . . . . . .[ 23.976 fps*
*[LANGUAGE ]:. ............ . ...[ English*
*[SUBTITLES]:. . . . ..........[ none*
*[ORIGINAL RUNTIME]:.............[ 01:49:00*
*[RELEASE RUNTIME]:..............[ 01:44:00 (some of closing credits cut)*

*http://www.imdb.com/title/tt1509767/*

http://www.imdb.com/title/tt1509767/

Continue Reading →

Categories: 1 link Movies | Permalink 148 views

30 01 2012
by Akikood
0 comments

## The Thing (2011) 720p

**Information:**

[FORMAT]:....................[ Matroska
[AWARDS]:....................[ NONE
[TRAILER]:....................[
http://www.imdb.com/video/imdb/vi2985204761/
[GENRE]:....................[ Horror | Mystery | Sci-Fi | Thriller
[FILE SIZE]:....................[ 649 MiB
[NO OF CDs]:....................[ 1
[RESOLUTION]:....................[ 1280*534
[ASPECT RATIO]:....................[ 2.35:1
[FRAME RATE]:....................[ 23.976 fps
[LANGUAGE ]:....................[ English
[SUBTITLES]:....................[ yes : muxed
[ORIGINAL RUNTIME]:....................[ 01:43:00
[RELEASE RUNTIME]:....................[ 01:43:00

http://www.imdb.com/title/tt0905372/

Continue Reading →

Categories: 1 link Movies | Permalink 53 views

30 01 2012
by Akikood
0 comments

## Sea Of Love (1989) 720p

**Information:**

[FORMAT]:....................[ Matroska
[GENRE]:....................[ Crime | Thriller | Drama
[FILE SIZE]:....................[ 500 MiB
[NO OF CDs]:....................[ 1
[RESOLUTION]:....................[ 1280*688
[ASPECT RATIO]:....................[ 1.860
[FRAME RATE]:....................[ 23.976 fps
[LANGUAGE ]:....................[ English
[SUBTITLES]:....................[ yes muxed
[ORIGINAL RUNTIME]:....................[ 01:52:49
[RELEASE RUNTIME]:....................[ 01:52:49
[SOURCE]:....................[ Sea Of Love (1989) 720p HDDVD x264-REVEILLE

http://www.imdb.com/title/tt0098273/

Continue Reading →

Categories: 1 link Movies | Permalink 57 views

30/01/2012
by Akhmood
0 comments

## Real Steel (2011) 720p

**Information:**

[IMDB]:........................[ 7.5/10 | 29,510 votes Top 250 #none
[AWARDS]: ......................[ none as of now
[GENRE]:........................[ Action | Drama | Sci-Fi | Sport
[FORMAT]:......................[ Matroska
[FILE SIZE]:....................[ 849 MiB
[NO OF CDs]:...................[ 1
[RESOLUTION]:..................[ 1280*544
[ASPECT RATIO]:...............[ 2.35:1
[FRAME RATE]:..................[ 23.976 fps
[LANGUAGE ]:...................[ Englsih
[SUBTITLES]:....................[ english subs muxed
[ORIGINAL RUNTIME]:...........[ 02:06:00
[RELEASE RUNTIME]:............[ 02:06:00

http://www.imdb.com/title/tt0433035/

Continue Reading →

Categories: 1 link, Movies | Permalink 206 views

30/01/2012
by Akhmood
0 comments

## Moneyball (2011) 720p

**Information:**

[FORMAT]:......................[ Matroska
[AWARDS]:......................[ 4 wins & 9 nominations
[GENRE]:........................[ Biography | Drama | Sport
[FILE SIZE]:....................[ 848 MiB
[NO OF CDs]:...................[ 1
[RESOLUTION]:..................[ 1280*696
[ASPECT RATIO]:...............[ 16:9
[FRAME RATE]:..................[ 23.976 fps
[LANGUAGE ]:...................[ English

[SUBTITLES]:..........[ muxed
[ORIGINAL RUNTIME]:..........[ 02:13:00
[RELEASE RUNTIME]:..............[ 02:13:00
[SOURCE]:..............[ AVS720

http://www.imdb.com/title/tt1210166/

Continue Reading →

Categories: 1 ... Movies | Permalink 107 views

30/01/2012
by Akilwood
0 comments

**Margin Call (2011) Proper Retail 720p**

**Information:**

[FORMAT]:..........[ Matroska
[AWARDS]:..........[ 1 nomination
[GENRE]:..........[ Thriller
[FILE SIZE]:..........[ 698 MiB
[NO OF CDs]:..........[ 1
[RESOLUTION]:..........[ 1280*720
[ASPECT RATIO]:..........[ 16:9
[FRAME RATE]:..........[ 23.976 fps
[LANGUAGE ]:..........[ English
[SUBTITLES]:..........[ muxed
[ORIGINAL RUNTIME]:..........[ 01:47:00
[RELEASE RUNTIME]:..........[ 01:47:00
[SOURCE]:..........[ 720p.TWiZTED

http://www.imdb.com/title/tt1615147/

Continue Reading →

Categories: 1 ... Movies | Permalink 69 views

30/01/2012
by Akilwood
0 comments

**Leon The Professional (1994) DC 720p – Akilwood**

**Information:**

[Movie Title ]....[ Leon
[Release Year ]...[ 1994
[IMDb Rating ]....[ 8.6/10
[Genre ]......[ Crime Drama | Thriller
[Runtime ].....[ 133min
[File Size ]....[ 750MB
[Resolution ].....[ 1280*544
[Language ].....[ English
[Subtitle ] .....[ NONE, sorry
[Container ].... [ MatRoska (.mkv)

http://www.imdb.com/title/tt0110413/

Continue Reading →

Categories: 1 link Movies | Permalink 58 views

30 01 2012
by Jwhitead
0 comments

## Killer Elite (2011) Proper Final 720p

**Information:**

*[FORMAT]:........................[ Matroska*
*[AWARDS]:..........[ None*
*[TRAILER]: ..................[*
*http://www.imdb.com/video/imdb/vi70294553/*
*[GENRE]:........................[ Action | Crime | Thriller*
*[FILE SIZE]:..........[ 598 MiB*
*[NO OF CDs]:..........[ 1*
*[RESOLUTION]:...................[ 1280*536*
*[ASPECT RATIO]:................[ 2.35:1*
*[FRAME RATE]:...................[ 23.976 fps*
*[LANGUAGE ]:..........[ English*
*[SUBTITLES]: ..........[ muxed*
*[ORIGINAL RUNTIME]:..........[ 01:56:00*
*[RELEASE RUNTIME]:..........[ 01:56:00*

*http://www.imdb.com/title/tt1448755/*

*Continue Reading →*

Categories: 1 link Movies | Permalink 51 views

← Older posts

**CATEGORIES**

Mobile (35)
Movies (585)
1 link (226) 1080p (285) 3D (117) 720p (137) Cam (35) DVDRip (71) PPVRip (1) R5 (11)
Telesync (16)
Music (17) Other (30) TV-Shows (269)
Video (17) Ebook (2) eLearning (26) 1080p (6) 720p (12) DVDRip (248)
Uncategorized (1)

**PAGES**

Contact Us
DMCA

**ARCHIVES**

January 2012 (10) November 2011 (400) October 2011 (516)

**SOCIAL**

twitter

Proudly powered by WordPress | Theme: Yoko by Elmastudio
Top



# 1 Link Movies

AdultArchive
Free Porn Downloads

DVDRip Movies | CAM Movies | 300MB Movies | TV Shows | FileSonic Movies

File Mirror

Recent Articles

Subscribe

## Rockstar 2011 DVDRip XviD – D3Si

This One Link Download was posted by YThisKolaveri

**Rockstar 2011 DVDRip XviD – D3Si**

**Plot:**

*An uninhibited youth woos the hottest about-to-be-married college girl. He rises to become a rock star – then self-destructs*

IMDB URL

Click Here to Read More

Direct Link to Download Rockstar 2011 DVDRip XviD – D3Si at Superfast Speeds

## Alvin And The Chipmunks: Chipwrecked 2011 R5 – CRYS

This One Link Download was posted by YThisKolaveri

**Alvin And The Chipmunks: Chipwrecked 2011 R5 – CRYS**

**Plot:**

*Playing around while aboard a cruise ship the Chipmunks and Chipettes accidentally go overboard and end up marooned in a tropical paradise. They discover their new turf is not as deserted as it seems*

IMDB URL

Click Here to Read More

Direct Link to Download Alvin And The Chipmunks: Chipwrecked 2011 R5 – CRYS at Superfast Speeds

## CyberBully 2011 DVDRip XviD AC3 – CrEwSaDe

This One Link Download was posted by YThisKolaveri

**CyberBully 2011 DVDRip XviD AC3 – CrEwSaDe**

**Plot:**

*Teen girl Taylor Hillridge gets a a laptop for her birthday, and signs up on a social networking site*

**Search**

Search

+1 89

**Categories**

Free Movies Downloads
aXXo Movies
BDRip
BRRip
CAM
DVDRip Movies
DVDScr
FAKU 300mb Encodes
PPVRip
R5
TeleSync (TS)
TV Show Downloads

**Warez Friends**

WUploadz.Com
McGrhill-Warez
Megadownloadz
Download Full Free Games
WarezUN

**Archives**

February 2012 (17)
January 2012 (175)
December 2011 (299)
November 2011 (185)
October 2011 (252)
September 2011 (140)
August 2011 (190)
July 2011 (179)
June 2011 (267)
May 2011 (169)
April 2011 (365)
March 2011 (388)
February 2011 (229)
January 2011 (299)
December 2010 (94)



IMDB URL

Click Here to Read More

**Direct Link to Download CyberBully 2011 DVDRip XviD AC3 – CrEwSaDe at Superfast Speeds**

## Penguins Of Madagascar: Operation Ducky 2012 DVDRip XviD – WBZ

This One Link Download was posted by YThisKolaveri

**Penguins Of Madagascar: Operation Ducky 2012 DVDRip XviD – WBZ**

**Plot:**

*Not Available*

Home Page

Click Here to Read More

**Direct Link to Download Penguins Of Madagascar: Operation Ducky 2012 DVDRip XviD – WBZ at Superfast Speeds**

## Underworld: Awakening 2012 TS XviD – StoNerS

This One Link Download was posted by YThisKolaveri

**Underworld Awakening 2012 TS XviD – StoNerS**

**Plot:**

*When human forces discover the existence of the vampire and Lycan clans, a war to eradicate both species commences. The vampire warrior Selene leads the battle against humankind*

IMDB URL

Click Here to Read More

**Direct Link to Download Underworld: Awakening 2012 TS XviD – StoNerS at Superfast Speeds**

## Mission Impossible 4: Ghost Protocol 2011 V2 CAM XViD – DTRG

This One Link Download was posted by YThisKolaveri

**Mission Impossible 4: Ghost Protocol 2011 V2 CAM XViD – DTRG**

**Plot:**

*The IMF is shut down when it's implicated in the bombing of the Kremlin, causing Ethan Hunt and his new team to go rogue to clear their organization's name*



iMDB URL

Click Here to Read More

Direct Link to Download Mission Impossible 4: Ghost Protocol 2011 V2 CAM XViD – DTRG at Superfast Speeds

## Man On A Ledge 2012 CAM READNFO XViD – INSPiRAL

This One Link Download was posted by Nirmal

**Man On A Ledge 2012 CAM READNFO XViD – INSPiRAL**
**Plot:**

*An ex-cop turned con threatens to jump to his death from a Manhattan hotel rooftop. The nearest New York Police officer immediately responds to a screaming woman and calls dispatch. More Officers arrive with SWAT and tactical command along with fire-fighters. The police then dispatches a female police psychologist personally requested to talk him down from the ledge. However, things aren't as straightforward and clear-cut as they appear to be.*

iMDB URL | Screenshots

Click Here to Read More

Direct Link to Download Man On A Ledge 2012 CAM READNFO XViD – INSPiRAL at Superfast Speeds

## The Decoy Bride 2011 R2 DVDRip XViD-DTRG

This One Link Download was posted by Nirmal

**The Decoy Bride 2011 R2 DVDRip XViD-DTRG**
**Plot:**

*When the worlds media descend on the remote Scottish island where a Hollywood actress is attempting to get married, a local girl is hired as a decoy bride to put the paparazzi off the scent.*

iMDB URL | Screenshots

Click Here to Read More

Direct Link to Download The Decoy Bride 2011 R2 DVDRip XViD-DTRG at Superfast Speeds

Page 1 of 406 1 2 3 4 5 6 7 8 9 10 ... »» Last Page »»

Click Here

About

Pages

Free Movie Downloads

1stwarez – 0day,p2p,scene releases direct downloads..
Battle Force 2011 DVDRIP XviD AC3 – BHRG
December 30th, 2011
Markers
No comments
BATTLE RECON THE CALL TO DUTY
IMDB | NFO | Trailer
Read more...
DVDRip, Movies
2011, Battle Force, BHRG, dvdrip
Categories
1-Click (11)
Applications (6)
MAC (3)
Windows (4)
Ebooks (2)
Magazines (2)
Games (7)
MAC (1)
PC (5)
PSP (1)
Wii (1)
Movies (12)
720p (6)
BlueRay (4)
DVDRip (5)
TeleSync (1)
Tv Shows (13)
720p HD (1)
HDTV XviD (13)
Archives
December 2011
November 2011
The Scorpion King 3 Battle For Redemption 2012 DVDRip XviD-USi
December 30th, 2011
Markers
No comments
BILLY ZANE RON PERLMAN VICTOR WEBSTER
SCORPION KING 3
IMDB | TRAILER | NFO | HOMEPAGE
Read more...
DVDRip, Movies
2012, The Scorpion King 3 Battle For Redemption, USi
Beavis and Butt-Head S09E12 HDTV XviD – 2HD
December 30th, 2011
Markers
No comments
WANTED
THE MOST DANGEROUS MEN IN AMERICA
"BEAVIS"
"BUTT-HEAD"
BEAVIS AND BUTT-HEAD DO AMERICA
DECEMBER 20
IN THEATRES EVERYWHERE
HOMEPAGE | TV.com
Read more...
HDTV XviD, Tv Shows
2HD, Beavis and Butt-Head, HDTV, S09E12
Shes All That 1999 720p BluRay x264 – HD4U
December 30th, 2011
Markers
Freddie Prinze Jr. Rachael Leigh Cook
"Hip, Smart And Hilarious!"

IMDB | NFO | Trailer

Read more...

720p, BlueRay, Movies 1999, BluRay, H264, Shes All That

## Good Vibes S01E11 HDTV XviD-ASAP

December 30th, 2011 Markers No comments

HOMEPAGE | TV.COM

Read more...

HDTV XviD, TV Shows ASAP, Good Vibes, HDTV, S01E11

## Awkward S01 DVDRip HD XviD-REWARD

December 28th, 2011 Markers No comments

HOMEPAGE | TV.com | Wikipedia

Read more...

HDTV XviD, TV Shows Awkward, dvdrip, HD XviD, REWARD, s01, SEASON 1

## Dirty Jobs S09E03 Doomsday Seed Banker HDTV XviD-LMAO

December 28th, 2011 Markers No comments

HOMEPAGE | TV.com

Read more...

HDTV, HDTV XviD, TV Shows Dirty Jobs, Doomsday Seed Banker, LMAO, S09E03

## Native Instruments Kontakt v5.0.1 VSTi RTAS-DYNAMiCS + MAC OSX



December 28th, 2011 Markers No comments

HOMEPAGE | NFO
Read more..

1-Click, Applications, MAC, Windows MAC OSX, Native Instruments Kontakt, VSTi

**The Secret of Monkey Island Special Edition v1.0.2 MacOSX Cracked-CORE**

December 28th, 2011 Markers No comments

HOMEPAGE | NFO Read more

1-Click, Games, MAC, MAC CORE, MacOSX, The Secret of Monkey Island, v1.0.2

**Asphalt 6 Adrenaline v1.0.9 MacOSX Cracked-CORE**

December 28th, 2011 Markers No comments

HOMEPAGE | NFO
Read more..

Applications, Games, MAC, PSP, Wii Asphalt 6 Adrenaline, CORE, v1.0.9 MacOSX

Older Entries

Copyright © 2011-2012 1stwarez – 0day,p2p,scene releases direct downloads..
Theme valid XHTML 1.1 and CSS 3.

Top

| Site Info | Traffic Rank: | Links in: |
|---|---|---|
| 1stwarez.com | 21,252,143 | 53 |
| Feb 11, 2012 | | Powered by Alexa |



# 300MB MOVIES FILE

HOME ABOUT CONTACT

## 300MB MOVIES

Wednesday, December 16, 2009

### The Big Bang Theory S03E11 HDTV x264 AVI 80MB

**The Big Bang Theory S03E11 The Maternal Congruence HDTV x264 AVI 80MB at** 300mb Movies File

The Big Bang Theory S03E11 The Maternal Congruence Summary : Sheldon is excited when Leonard's mother is once again visiting, however, Leonard himself is not so pleased.

View More on The Big Bang Theory S03E11 HDTV x264 AVI 80MB

- Dexter S04E12 The Getaway HDTV x264 AVI 190MB
- Lie to Me S02E10 Tractor Man HDTV x264 AVI 160MB
- Steven Seagal Lawman S01E03 Killer Canines HDTV X264 MKV 80MB
- Watch or Download Planet 51 (2009) R5 LiNE x264 MKV 300MB - scOrp | Mediafire | Rapidshare | Hotfile | Zshare

**Posted by** 300mb Movies File **at** 9:52 AM 0 comments
**Labels:** The Big Bang Theory, Tv Show

Wednesday, December 16, 2009

### Lie to Me S02E10 Tractor Man HDTV x264 AVI 160MB

**Lie to Me S02E10 HDTV x264 AVI 160MB at** 300mb Movies File

Lie to Me S02E10 Tractor Man Summary : disgruntled farmer parks his tractor, that's packed with explosives, near the Treasury Department building, causing Lightman and his team to make som crucial life-or-death decisions. Meanwhile, a field trip for the third-grade gets stuck in the Lightman Group offices, and Loker is forced into playing babysitter, all during a political protest in Washington DC.

View More on Lie to Me S02E10 Tractor Man HDTV x264 AVI 160MB

- Surrogates (2009) DVDRip x264 AVI 350MB
- Watch or Download Dexter S04E12 The Getaway HDTV x264 AVI 190MB | Mediafire | Rapidshare | Hotfile | Zshare
- The Mentalist S02E09 A Price Above Rubies HDTV X264 AVI 160mb
- Planet 51 (2009) R5 LiNE x264 MKV 300MB - scOrp

**Posted by** 300mb Movies File **at** 5:02 AM 0 comments
**Labels:** Lie to Me, Tv Show

Tuesday, December 15, 2009

### Dexter S04E12 The Getaway HDTV x264 AVI 190MB

**Dexter S04E12 The Getaway HDTV x264 AVI 190MB at** 300mb Movies File

Dexter S04E12 The Getaway Summary : The police close in on the Trinity Killer, who cautions Dexter to keep away. But Dexter is willing to do whatever he can to get his man, legal or not. Meanwhile, LaGuerta and Batista must answer for their breach of ethics; and Debra becomes privy to something she's not sure she wanted to know.

View More on Dexter S04E12 The Getaway HDTV x264 AVI 190MB

- Watch or Download Frat Party 2009 DVDRip X264 MKV 300MB - xfile | Mediafire | Rapidshare | Hotfile | Zshare
- Watch or Download Lie to Me S02E10 Tractor Man HDTV x264 AVI 160MB | Mediafire | Rapidshare | Hotfile | Zshare
- Watch or Download The Big Bang Theory S03E11 HDTV x264 AVI 80MB | Mediafire | Rapidshare | Hotfile | Zshare
- Its Always Sunny in Philadelphia S05E12 WS PDTV X264 AVI 80mb

**Posted by** 300mb Movies File **at** 10:44 PM 0 comments
**Labels:** Dexter, Tv Show

Tuesday, December 15, 2009

### Surrogates (2009) DVDRip x264 AVI 350MB

**Surrogates (2009) DVDRip x264 AVI 350MB at** 300mb Movies File

Surrogates (2009) DVDRip x264 AVI 350MB

Plot.......: Set in a futuristic world where humans live in isolation and interact through surrogate robots, a cop (Willis) is forced to leave his home for the first time in years in order to investigate the murders of others' surrogates.

Genre.......: Action | Sci-Fi | Thriller

Size.......: 350MB

Directed by..: Jonathan Mostow

Starring.....: Bruce Willis, Radha Mitchell, Rosamund Pike, Boris Kodjoe

Subtitle : None

IMDB : http://www.imdb.com/title/tt0986263

View More on Surrogates (2009) DVDRip x264 AVI 350MB

#### Disclaimer

We Share Everything Got On Internet. Our Blog Does Not Host Any Files On This Server. We Only index file on the other Blog/Site And Link To Content Provided By Other Sites. So We Are Not Responsible For Any Copyright Violation. All CopyRights Are Rested With Respective Authors. Incase You Have Any Complaints Or Feedback Reach Us At: yensoft182@gmail.com

#### Subscribe

Enter your email address:

Subscribe

#### Search This Blog

Search

#### Recent Updates

- The Big Bang Theory S03E11 HDTV x264 AVI 80MB
- Lie to Me S02E10 Tractor Man HDTV x264 AVI 160MB
- Dexter S04E12 The Getaway HDTV x264 AVI 190MB
- Surrogates (2009) DVDRip x264 AVI 350MB
- Frat Party 2009 DVDRip X264 MKV 300MB - xfile

#### Recent Comments

- Very nice movie
- Where do I get english subtitles?
- Oh, I contemplate this show. I had watch all most...
- <a href="http://download-watch-90210-episodes.blog...
- Thank you so much for the fabulous review and the ...

#### Movie Categories

2009 2008 Action Adventure American Dad Animation Bones Californication CAM TS Castle Comedy Crime Criminal Minds CSI CSI Miami Desperate Housewives Dexter Drama DVDRip Family Family Guy Fantasy Flash Forward Fringe Gossip Girl Heroes Horror House How I Met Your Mother Lie to Me Movies Mystery Romance Sci-Fi Scrubs Stargate Universe Steven Seagal Lawman Supernatural The Big Bang Theory The Cleveland Show The Mentalist The New Adventures of Old Christine The Office The Simpsons The Vampire Diaries Thriller Tv Show Two and a Half Men War

#### Blog Archive

- December (67)
- November (122)

#### Followers

Join this site
with Google Friend Connect

Members (1)

Already a member? Sign in

Traffic Rank
300mbmoviesfile.blogs
19,104,670
Alexa

TOP BLOGS

#### Links

- Free HotFile FilesERVE
- HQ Celebrity Pics
- Rapidshare Downloads
- Mediafire Jav - Hot avmedia
- Watch Tv Season Episodes
- Filesrve Downloads
- Filesrve Porn Downloads
- Filesrve Tv Show Links

- Frat Part: 2009 DVDRip x264 MKV 300MB - xfile
- Fringe S02E10 Grey Matters HDTV X264 AVI 150mb
- 9 (2009) PROPER DVDRip x264 AVI 310MB
- CSI S10E09 Appendicitement HDTV x264 AVI 150mb

Posted by 300mb Movies File at 10:30 PM 0 comments
Labels: 2009, Action, Movies, Sci-Fi, Thriller

Sunday, December 13, 2009

## Frat Party 2009 DVDRip X264 MKV 300MB - xfile

**Frat Party 2009 DVDRip X264 MKV 300MB - xfile at 300mb Movies File**

Frat Party 2009 DVDRip X264 MKV 300MB

File Size : 300MB

Genre: Comedy

IMDB rating: N/A

Directed by: Robert Bennett

Starring: Randy Wayne, Jareb Dauplaise, Caroline D'Amore, Lauren C. Mayhew

View More on Frat Party 2009 DVDRip X264 MKV 300MB - xfile

- Watch or Download The Counterfeiters (2008) HDRip MKV 300 MB | Mediafire | Rapidshare | Hotfile | Zshare
- Beetle Juice (1988) BRRip MKV 300MB
- Watch or Download Orphan (2009) MKV 300MB | Mediafire | Rapidshare | Hotfile | Zshare
- Watch or Download Underworld Evolution (2006) HDRip 300MB | Mediafire | Rapidshare | Hotfile | Zshare

Posted by 300mb Movies File at 2:35 AM 0 comments
Labels: 2009, Comedy, DVDRip, Romance

Sunday, December 13, 2009

## 9 (2009) PROPER DVDRip x264 AVI 310MB

**9 (2009) PROPER DVDRip x264 AVI 310MB at 300mb Movies File**

9 (2009) PROPER DVDRip x264 AVI 310MB

Language: English

Subtitle : English

Runtime: 1 hour 19 min

Genre: Animation | Adventure | Drama | Fantasy | Sci-Fi

IMDb Rating: 7.1/10 (13,231 votes)

Directed By: Shane Acker

Starring: Christopher Plummer (voice), Martin Landau (voice), John C. Reilly (voice)

Plot Summary: After an apocalyptic war between human and machines, the world is completely destroyed and without human life. The burlap doll 9 awakes without voice and finds a weird object in the middle of the debris that he brings with him. While walking through the ruins, 9 is attacked by a machine called Beast but he is saved by another doll called 2 that fixes his voice. 2 brings 9 to meet his hidden community, leaded by the coward 1. When 2 is captured by a machine, the newcomer 9 convinces the other dolls to go with him to rescue 2. However, 9 places the device that he found in a slot and activates a lethal machine called Brain. The burlap dolls are chased by Brain and despite the advices of 1 that they should hide, 9 organizes an attack to destroy Brain.

View More on 9 (2009) PROPER DVDRip x264 AVI 310MB

- 2012 (2009) R5 Rip SYNCED HQ MKV 500MB - scOrp
- Love Happens (2009) R5rip x264 MKV 400MB - scOrp
- Steven Seagal Lawman S01E04 Too Young to Die HDTV x264 MKV 80MB
- American Pie 7 The Book of Love 2009 DVDRip MKV 350MB

Posted by 300mb Movies File at 2:33 AM 1 comments
Labels: 2009, Adventure, Animation, Drama, DVDRip, Fantasy, Movies, Sci-Fi

Sunday, December 13, 2009

## Planet 51 (2009) R5 LINE x264 MKV 300MB - scOrp

**Planet 51 (2009) R5 LINE x264 MKV 300MB - scOrp at 300mb Movies File**

Planet 51 (2009)

Size :300MB

Runtime : 1h 23mn

Language : English

Genre: Animation | Adventure | Comedy | Family | Fantasy

Imdb Rating: 6.0/10 798 votes

Imdb: http://www.imdb.com/title/tt0762125/

Cast : Dwayne Johnson, Jessica Biel, Justin Long, Gary Oldman

Plot : American astronaut Captain Charles "Chuck" Baker lands on Planet 51 thinking he's the first person to step foot on it. To his surprise, he finds that this planet is inhabited by little green people who are happily living in a white picket fence world, and whose only fear is that it will be overrun by alien invaders....like Chuck!

View More on Planet 51 (2009) R5 LINE x264 MKV 300MB - scOrp

- Watch or Download Surrogates (2009) DVDRip x264 AVI 350MB | Mediafire | Rapidshare | Hotfile | Zshare
- Watch or Download 9 (2009) PROPER DVDRip x264 AVI 310MB | Mediafire | Rapidshare | Hotfile | Zshare

Posted by 300mb Movies File at 2:25 AM 0 comments
Labels: 2009, Adventure, Animation, Comedy, Family, Fantasy, Movies, R5rip

Older Posts Home

Subscribe to: Posts (Atom)

Tag Cloud infolinks
New car loan rates Walking weight loss Advice Personal injury lawyer Law Office Offices

COMMENTS TO REPORTS THE BROKEN LINK!

11 Inspirat for Gom player
Download Latest Version 100% Free!
Download 11 Inspirat for Gom player...

Download 123 DVD Clone
Download Latest Version 100% Free!
Download 123 DVD Clone Right Now

# Download & Watch Online Movies

**Download & Watch Online Movies with best links available on internet including torrent & Megavideo links**

**S BEST VIEWED WITH FIREFOX & GOOGLE CHROME........Disclaimer: This site does not store any erver. We only index and link to content provided by other sites.**

About Us   Disclaimer   Privacy Policy   Site Ownership   Contact Us

Download Movies   Movies by Category   Movies by Cast   Movies by Year   Movies Request   Upcoming Movies

watch now

2011 Federal Income ...
Federal income Tax Rates Table for 2011-2012
Know income taxes rates 2011, 2012

Build Your Dream Shed ...
Choose from over 12,000 amazing (easy to follow) building plans for wood sheds.

Teach English Abroad!
We have jobs for experienced & aspiring teachers in Korea, Georgia, the Middle East & more

.NET Framework ...
Download Latest Version 100% Free
Download .NET Framework Detector Right Now!

Enter text to search...
Submit!

Select Language

Follow me on Twitter

Submit!

TOM CRUISE

GHOST PROTOCOL

IMAX
1
Copyright©2011 allmovieslink.com
Designed & Developed by Ravi Kant Singh ,Pradip Kumar ,Vinod Kumar & Ramesh Kumar
Google Search

AMP | Bringing you the best films

NETLOAD UP TO Mbit/s! PREMIUM

Home Rules Search Contact US

Navigation

- Bollywood Zone
- Hollywood Zone
- TV Shows
- Pakistani TV Shows
- Music (Audio)
- Music (Videos)
- 3D Release ( SBS/Anaglyph )
- French Zone
- Kollywood Zone (Tamil)
- Punjabi Zone
- Tollywood Zone (Telugu)
- WWE Zone
- Games
- Softwares
- Other

Donate

Which Filehost do you like?

Vote Results

All Movies Pack - All kind of movies for your Entertainment

Puss In Boots (2011) 720p BluRay x264 DTS - HDChina

Author: Views: 73 Date: Yesterday, 23:09

Download Now

Seeking Justice (2011) 720p BluRay x264 - KALIBER

Author: Views: 43 Date: Yesterday, 23:05

Download Now

Seeking Justice (2011) 720p BluRay x264 - KALIBER

Author: Views: 28 Date: Yesterday, 23:04

Download Now

J Edgar (2011) MULTi 1080p BluRay x264 - LOST

Author: Views: 26 Date: Yesterday, 23:03

Download Now

J Edgar (2011) 720p BluRay x264 - SPARKS

Author: Views: 21 Date: Yesterday, 22:56

Download Now

Ek Main Aur Ekk Tu (2012) MC DVDScr - IcTv

Author: Views: 32 Date: Yesterday, 22:48

Download Now

Ek Main Aur Ekk Tu (2012) (Audio Cleaned) DVDScr XviD 1CDRip - DDR

Author: Views: 17 Date: Yesterday, 22:45

Download Now

NETLOAD
INSTANT
PREMIUM
Jo Hum Chahen (2011) Untouched NTSC DVD9 - AMP
Author:
Views: 27 Date: Yesterday, 22:38
Download Now
Yodha (1991) Untouched NTSC DVD9 - Mahyaar
Author:
Views: 24 Date: Yesterday, 22:35
YODHA
Download Now
Pappu Can't Dance Saala (2011) MHCE NTSC DVD5 - DDR
Author:
Views: 28 Date: Yesterday, 22:30
PAPPU SAALA
Download Now
Pappu Can't Dance Saala (2011) DVDRip XviD - DDR

Author: Views: 7 Date: Yesterday, 22:26
PAPPU CAN'T DANCE SAALA
Download Now
Pappu Can't Dance Saala (2011) DVDRip XviD 1CDRip - DDR
Author: Views: 6 Date: Yesterday, 22:23
PAPPU CAN'T DANCE SAALA
Download Now
NETLOAD
INSTANT
PREMIUM
My Name Is Khan (2010) Untouched BluRay 1080p AVC - DDR
Author: Views: 28 Date: Yesterday, 22:17
MY NAME IS
Download Now
London Paris New York [2012-MP3-VBR-320Kbps] - xDR
Author: Views: 8 Date: Yesterday, 22:02
LONDON PARIS NEW YORK





Download Now

Dam999 (2011) Untouched DVD9 HINDI 2D NTSC Subs - IcTv

Author: Views: 22 Date: Yesterday, 21:59

Download Now

1 2 3 4 5 6 7 8 9 10 ... 107 »

AMP - All Rights Reserved. This site does not store any files on its server. We only index and link to content provided by other sites

AMP* | Bringing you the best films | © 2010-2011 AMP - All Rights Reserved.

Главная · Свежее · Регистрация · Люди · FAQ

## Последние новости

Скачать фильм Меркурий в опасности (1998) HDRip + BDRip-AVC + DVD5 + BDRip 720p + BDRip 1080p

Скачать игру Легенды Города: Хаос (2011/ENG/RUS/PC)

Скачать программу Adobe Acrobat Pro 10.1.0 with keygen (MacOSX)

Скачать Adobe Premiere Pro CS5.5 & Encore CS5.1 Extra Content for Mac OSX

Скачать альбом VA - DJ Selection 333 The House Jam - Part 86 2011, MP3

Скачать игру Euro Truck Simulator 2: Trucks & trailers (2011/Русский)

Скачать фильм Чернильное сердце (2008) DVDRip

Скачать журнал Hustler №12 (декабрь 2011)

Скачать Portable Microsoft Office 2010 Professional Plus SP1

## Скачать фильм Меркурий в опасности (1998) HDRip + BDRip-AVC + DVD5 + BDRip 720p + BDRip 1080p

[illegible] 299 [illegible]

1

Share

Рейтинг: +1

Бывший сотрудник ФБР Арт Джеффрис [illegible] агентов Саймона [illegible] [illegible] Саймона [illegible]

## Скачать игру Легенды Города: Хаос (2011/ENG/RUS/PC)

[illegible] 33 комментариев

0

Share

Рейтинг: +3

Игрушка, которая по прав [illegible]

После того, как [illegible] время [illegible] очень популярного реалити шоу под названием [illegible] реалити-шоу [illegible]

## Скачать программу Adobe Acrobat Pro 10.1.0 with keygen (MacOSX)

[illegible] 32 комментариев

Acrobat X Pro

0

Share

Рейтинг: +1

Войти

Поиск по сайту

## Разделы

Музыка
Фильмы
Сериалы
Видео
Игры
Софт
Фильмы
Windows
Картинки
Обои
Дизайн
Книги
Для ...
Юмор
Знаменитости
Hot
Всё для мобильников
PSP
Всячина

Мобильная версия сайта

## Популярные новости

## Календарь новостей

« Февраль 2012 »

| Пн | Вт | Ср | Чт | Пт | Сб | Вс |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | | | | |

## Кто в гостях у Цыпы?

Пользователи: BoguMir, fluence ur_vlad

Ur_vlad Bgftrhnjy fluence BoguMir fasil eduterese Hupelorrups dial3 arwis hoofMiles vladimkrav nlonioKulman deressrtby Micsscomi hesecpea pydayChaphy elorlope ElaflyWheex Alexel_Tchemomor felix4

## Переходы

[illegible]



14.0.6029.1000 Win XP x86 [RUS] Krokoz Edition

Скачать новейшие темы для Windows 7 (22.09.2011)

[illegible]

Adobe Acrobat Pro 10.1.0 with keygen (MacOSX)

This has been tested on a mac, just don't forget to modify the hosts file [illegible] running the crack. I have updated the Acrobat to [illegible] and had no problems so far.

## Скачать Adobe Premiere Pro CS5.5 & Encore CS5.1 Extra Content for Mac OSX

Новость опубликовал: [illegible] в категории: Софт
Её уже просмотрели: [illegible] человек и оставили 21 комментарий

0 Share

Рейтинг 0

Adobe Premiere Pro CS5.5 & Encore CS5.1 Extra Content for Mac OSX | 3.04Gb

Adobe Premiere Pro CS5 – a high performance solution for working in professional video editing. The program [illegible] Engine which makes full use of the latest technology [illegible] processors, as well as [illegible]. Of the features of the new engine [illegible] Premiere Pro [illegible] performance at all levels [illegible] to editing [illegible] of the final product.

## Скачать альбом VA - DJ Selection 333 The House Jam - Part 86 2011, MP3

Новость опубликовал: [illegible] в категории: Музыка
Её уже просмотрели: 1357 человек и оставили 20 комментариев

0 Share

 [illegible]

Производитель диска: Do It Yourself [illegible]

Год издания: [illegible]

Аудиокодек: MP3

Тип рипа: tracks

Битрейт аудио: [illegible]

Продолжительность: [illegible]

## Скачать игру Euro Truck Simulator 2: Trucks & trailers (2011/Русский)

Новость опубликовал [illegible] в категории [illegible]

Её уже посмотрели [illegible] человек и оставили **13** комментариев

0

Share

Рейтинг

**0**

Игра, которая всецело вошла в игровое пространство. Загрузите ваши навыки вождения [illegible] для теста в этот симулятор. Полное [illegible] набор средств на [illegible] [illegible] стоят перед ними. Маневрировать этими [illegible] транспортными средствами нелегко, особенно когда вы спешите. Убедитесь, что вы [illegible] в сохранности — ваша репутация зависит от этого.

## Скачать фильм Чернильное сердце (2008) DVDRip

Новость опубликовал [illegible] 22-09-2011, [illegible] в категории [illegible]

Её уже посмотрели 1939 человек и оставили **21** комментариев.

0

Share

Рейтинг

**+2**

Книжный лекарь Мортимер «Мо» [illegible] и его 12-летняя дочь Мегги обожают книги. Но кроме этой общей страсти они [illegible] [illegible] [illegible]. Но не все то просто [illegible] [illegible] книжных страниц [illegible] настоящий человек.

## Скачать журнал Hustler №12 (декабрь 2011)

Новость опубликовал [illegible] 22-09-2011 [illegible] в категории [illegible]

Её уже посмотрели [illegible] человек и оставили **19** комментариев

0

Share

Рейтинг

**0**





**Hustler** — [illegible]

## Скачать Portable Microsoft Office 2010 Professional Plus SP1 14.0.6029.1000 Win XP x86 [RUS] Krokoz Edition

[illegible] **18** [illegible]

0

Share

Рейтинг +1

**Microsoft Office 2010** — [illegible]

## Скачать новейшие темы для Windows 7 (22.09.2011)

[illegible] **22** [illegible]

0

Share

Рейтинг 0

[illegible] **прекрасные новые темки для конфигурации внешего вида Windows 7** [illegible]

1 2 3 4 5 6 7 8 9 10 ... 945

[illegible]
**Copyright © 2009-2011 AllWarezok.ru**
**Все права защищены**

Fight in the fantasy world [A shadow has been cast over the wonderful land. The influence of the Main Stones has brought about fear, turmoil and war.]
AllWarezs
Форма входа
Поиск по сайту
Найти
на сайте в интернете
Друзья сайта
Новости мира
Каталог статей
Меню сайта
Дай другу совет
Посоветовать другу
Реклама
Фильмы-жанры
Статистика
Топовые фильмы
Benjamin Damage & Doc Daneeka 2012, MP3,
BENJAMIN DAMAGE
THEY!LIVE!
DOC DANEEKA
Секреты красивой и здоровой кожи косметические маски для лица [2010 г., DVDRip]
Секреты красивой и здоровой кожи: косметические маски для лица
Мода [нижнее женское белье]

Фото danbcan Комментарии (0)

* Шансон Хиты то, что надо!!! Спецвыпуск (2011) MP3

[+/-]

Исполнитель: VA
Год: 2011
Жанр: Shanson
Страна: Russia
Продолжительность: 03:20:10
Формат/Кодек: MP3
Битрейт аудио: 128 kbps

[/-/]

Музыка danbcan Комментарии (0)

* Тусовка решает все. Секреты вхождения в профессиональные сообщества (2007)

[+/-]

[/-/]

Книги danbcan Комментарии (0)

* Еда, напитки, фрукты, овощи, десерты, выпечка, деликатесы, натюрморты [1920x1080]

[+/-]

Тематика обоев: Еда, напитки, фрукты, овощи, десерты, выпечка, деликатесы, натюрморты
Количество: 104
Разрешение: 1920x1080

[/-/]

Фото danbcan Комментарии (0)

* CCleaner Business Edition v3.15 Build 1643 [2012,ML,RUS]

[+/-]

CCleaner - утилита для чистки мусора в операционной системе. В ходе своей работы CCleaner (Crap Cleaner) ищет и удаляет ненужные и неиспользуемые файлы. Сюда относятся: cookies, история посещения сайтов в IE, временные файлы Интернета, строки поиска, файлы Корзины и т.д.

[/-/]

Программы danbcan Комментарии (0)



* Victoria II A House Divided [Addon] [Eng] [2012] [2.1]

Victoria II A House Divided - дополнение к [illegible] Victoria II, [illegible] Гражданской войне в США. [illegible] аддона является [illegible] год - начало кровопролитного конфликта между Севером и Югом. [illegible] дополнение вносит [illegible] [illegible]

Игры [illegible] danbdan [illegible] Комментарии (0)

* Самые Качающие Треки для Авто - ТОР 55_2 (2011) MP3

[illegible]

Название: Самые Качающие Треки для Авто ТОР 55/2
Исполнитель: Сборник
Год: 2011
Жанр: [illegible] electronic, [illegible], vocal trance, [illegible]
Продолжительность: [illegible]
Формат: mp3
Битрейт аудио: 320 kbps

[illegible]

Музыка [illegible] danbdan [illegible] Комментарии (0)

* Сначала любовь, потом свадьба (2011) [HDRip]

Ева Дантон — успешный брачный агент, чья философия брака основывается на 30-ти летнем браке ее родителей, однако внезапно родители подают на развод, и это переворачивает мир Евы. Вместе с сестрой она решают во что бы то ни стало предотвратить развод родителей.

Фильмы [illegible] danbdan [illegible] Комментарии (0)

1-10 11-20 21-30 ... 301-310 311-320

Sending request...



Home

# AZmovie.net

New scene releases

## Site News

SITE CLOSED

Hello, visitors!

I hate to say this but this is truth, www.AZmovie.net closed from now on. The first time I known about downloading movies, actually it was a challenge and a happy to me. I known how hard for a free user to download a movie, so my friends and I tried our best to provide you the easiest links to download movies, but we also have our real life, our family, so time we share to serve you more less. So I decided to close www.AZmovie.net, thank you to all staffs, especially these guys: Ruth_audio, Wazza, Mike and Tomb_Raider for all your hard works. Thank you all visitors who was always beside us, without your support we are nothing. I will miss you guys, and best wishes for all of you.

PS: This site still open to the 6th of March, so you can download what you need and after March it will closed. One more thing, I will not sale this domain or database, so don't ask about it please.

Best Regards,
Administrator

## Helldriver (2010) Directors Cut BDRip XviD-FiCO

IMDB | NFO | Screen: #1 #2 | Sample | Subs | Language: Japanese

**Plot:** A beautiful girl with an artificial heart and a chainsaw sword must save Japan from a zombie uprising.

## The Shrine 2010 720p BluRay x264-BRMP

IMDB | NFO | Screen: #1 | Sample | Language: English

**Plot:** A group of young journalists investigate a cult said to practice human sacrifice, but their ambitious ways may lead them to becoming the cult's next victims.

## Fred 2 Night of the Living Fred 2011 DVDRiP XViD-OCW

### Categories

- Animation
- Ebooks
  - Magazines
- Games
- Graphics
  - Adult Graphics
    - Idol Downloads
  - Gravure Idol
  - Wallpapers
- Movies
  - 1080p
  - 720p
  - BDRip
  - BRRip
  - CAM
  - DVDR
  - DVDRip
  - DVDSCR
  - m1080p
  - m720p
  - PPV
  - R5
  - Telecine
  - TeleSync
  - TVRip
  - Workprint
- Music
  - Lossless
  - MP3
  - MVID
- Site News
- TV Shows
  - HD 720p

### Recent Posts

- Site News
- Helldriver (2010) Directors Cut BDRip XviD-FiCO
- The Shrine 2010 720p BluRay x264-BRMP
- Fred 2 Night of the Living Fred 2011 DVDRiP XViD-OCW
- The Dead 2010 LiMiTED DVDRip XviD-PADDO
- My Run 2009 FESTiVAL DVDRip XviD-AEN
- The Toy 1982 720p BluRay x264-SEMTEX
- On The Bowery 1957 1080p BluRay x264-HD4U
- Perfect Age of Rock n Roll 2009 FESTiVAL DVDRip XviD-AEN
- Cyberbully 2011 DVDRip XviD-IGUANA
- A Warriors Heart 2011 DVDRip XviD-IGUANA
- Stormhouse 2011 DVDRip XviD-IGUANA
- Body Language 2011 DVDRip XviD-EXViD
- Wrong Turn 4 Bloody Beginnings 2011 DVDRip XviD-EXViD
- Spy Kids All The Time In The World 2011 3D DVDRip XviD-EXViD
- The Living And The Dead 2006 1080p BluRay x264-BRMP
- Journey 2 The Mysterious Island 2012 CAM READNFO XViD AC3-26K
- The Living and the Dead (2006) 720p BluRay x264-BRMP
- Joyful Noise 2012 CAM READNFO XViD-26K
- The Way 2011 LiMiTED DVDRip XviD-Counterfeit

### Archives

Select Month

Site Info
azmovie.net
Rank: 203,001
Links in: 164
Alexa

### Meta

- Register
- Log in
- Entries RSS
- Comments RSS
- WordPress.org

### Recent Comments

- EggRolls4Me on Site News
- mohammed on Site News
- Tomb_Raider on Helldriver (2010) Directors Cut BDRip XviD-FiCO
- Tomb_Raider on The Shrine 2010 720p BluRay x264-BRMP
- amanda on The Shrine 2010 720p BluRay x264-BRMP
- xxx on The Shrine 2010 720p BluRay x264-BRMP



IMDB | NFO | Screen: #1 | Language: English

**Plot:** Fred's life becomes like a horror movie – his favorite music teacher has gone missing and all suspicions point to her replacement, Mr. Devlin. He is a pale man who dresses in all black and carries an umbrella in the sunlight. Fred suspects that he's a vampire. With the help of his faithful friend, Bertha, Fred sets out to save the town from this garlic-hating fiend.

Read more

### The Dead 2010 LiMiTED DVDRip XviD-PADDO

Posted by Tomb_Raider on February 9, 2012 | 1 comment

IMDB | NFO | Screen: #1 #2 | Subs | Language: English

**Plot:** In the first zombie road movie set against the spectacular vistas of Africa, the Dark Continent becomes a dead zone. A stunningly shot horror fantasy announcing the arrival of the Ford Brothers on the global genre scene, THE DEAD is as much an emotional journey through terror terrain as it is a physically demanding and beautiful-looking one. Shot in life-threatening, never-before-seen locations in Burkina Faso, French-speaking West Africa, and Ghana, including the Sahara Desert, on 35mm film by the award-winning Ford Brothers, THE DEAD is one of the most unique zombie movies of all time.

Read more

### My Run 2009 FESTiVAL DVDRip XviD-AEN

Posted by Tomb_Raider on February 9, 2012 | 1 comment

IMDB | NFO | Screen: #1 | Sample | Language: English

**Plot:** After tragically losing his wife to breast cancer and struggling to raise three young children on his own, real life super hero and modern day Forrest Gump, Terry Hitchcock seized on an idea. He wanted to accomplish the impossible: run 75 consecutive marathons in 75 consecutive days to bring attention to the incredibly difficult lives of single-parent families. He ran in spite of freezing rain and unbearable heat, in spite of chest pains and bone fractures that wracked his 57-year-old body. He just kept running – each day, every day – strengthening an unbreakable bond between father and son not stopping until he broke the finish line tape in Atlanta. MY RUN is more than a film about a guy running multiple marathons; it's a film about the daily marathons we all run in life.

Read more

### The Toy 1982 720p BluRay x264-SEMTEX

Posted by Tomb_Raider on February 9, 2012 | 1 comment

- Tomb_Raider on The Shrine 2010 720p BluRay x264-BRMP
- Tomb_Raider on Fred 2 Night of the Living Fred 2011 DVDRIP XViD-OCW
- Tomb_Raider on The Dead 2010 LiMiTED DVDRip XviD-PADDO
- Tomb_Raider on My Run 2009 FESTiVAL DVDRip XviD-AEN





iMDB | NFO | Screen: #1 | Sample | Language: English

**Plot:** An underemployed reporter finds himself literally purchased as a toy for a rich spoiled brat.

Read more »

## On The Bowery 1957 1080p BluRay x264-HD4U

Posted by Tommo_Raider on February 9, 2012 — 1 comment

iMDB | NFO | Screen: #1 | Sample | Language: English

**Plot:** A mix of documentary and scripted footage on the Bowery, New York City's skid row. Against a backdrop of men (and a few women) drinking in bars, talking and arguing, and sleeping on sidewalks, we have the story of Ray. He is younger and more vigorous than most on the Bowery. He arrives in Manhattan with a suitcase and a little money in his pocket. On his first night, he drinks himself into a stupor, falls asleep on the sidewalk, and is robbed of his suitcase. Over the next two days, we follow both Ray and the thief, who befriends him. Is there any hope Ray can get out of town and restart a life of work and sobriety, or is he stuck on the Bowery? Can the good thief help?

Read more »

## Perfect Age of Rock n Roll 2009 FESTiVAL DVDRip XviD-AEN

Posted by Tommo_Raider on February 9, 2012 — 1 comment

iMDB | NFO | Screen: #1 | Sample | Language: English

**Plot:** A rock star retreats to his hometown after his sophomore album flops.

Read more »

## Cyberbully 2011 DVDRip XviD-IGUANA

Posted by Tommo_Raider on February 9, 2012 — 1 comment







IMDB | NFO | Screen: #1 | Sample | Language: English

**Plot:** Teen girl Taylor Hillridge gets a a laptop for her birthday and signs up on a social networking site. She starts to feel alone as her friends ostracize her and she falls victim to cyberbullying.

Page 1 of 1,882 1 2 3 4 5 ... 10 20 30 ... » Last »













Home Links OFF Séries Animes e Desenhos

Atenção: Muitos de nossos arquivos foram deletados do fileserve... já sabemos e estamos reupando.

## ATENÇÃO:

Todos os links: Fileserve, Filesonic, Filejungle e Filepost do site estão deletados. Sabemos disso e não precisa mandar email ou comentário avisando.

Estamos re-upando todos os links de todas séries... aguardem que em breve tudo estará normal.

### Novidades em RMVB LEGENDADO

### Novidades no site:

- The River
- Spartacus: Vengeance
- Smash
- The Firm
- House Of Lies
- I Hate My Teenage Daughter
- Hell on Wheels
- Once Upon A Time
- Man Up
- Fresh Meat
- The Vampire Diaries
- Suburgatory
- A Gifted Man
- Hart of Dixie
- Person of Interest
- Unforgettable
- 2 Broke Girls
- Whitney
- The Body Farm
- Ringer
- Revenge
- Terra Nova
- The Lying Game
- Thundercats 2011
- Rápida Vingança DVDRip RMVB Legendado
- Touch
- Alcatraz
- Jane By Design
- Work It
- Glee 3D – O Filme DVDRip XviD Dual Audio & RMVB Legendado & Dublado
- Glee
- Boss
- Grimm
- Enlightened
- American Horror Story
- How To Be A Gentleman
- Pan Am
- Prime Suspect
- Charlies Angels
- The Fades
- The Playboy Club
- Chemistry
- Free Agents
- Up All Night
- The Secret Circle
- New Girl
- Death Valley
- The Glee Project
- Precisamos de Uploaders
- Beaver Falls

### Siga-nos no twitter

### Assine nosso feed

Assine nosso Feed e receba nossas novidades em seu email no mesmo instante

Coloque seu email aqui... ASSINAR

### Assista: Terra Nova

### Search

GO

### As mais vistas hoje

- Séries
- The Vampire Diaries
- Pretty Little Liars
- Glee
- Gossip Girl
- The Big Bang Theory
- Supernatural
- How I Met Your Mother
- The Walking Dead
- Two And a Half Men
- Grey's Anatomy
- The Secret Circle
- House M.D.
- Fringe
- 90210

### Tutoriais para ajuda-los!

- TERMOS DE USO DO SITE
- Assistir Filme/Série Com Legenda Separada
- Como Assistir RMVB
- Como Baixar no Hotfile
- Como Baixar no Megaupload
- Como Baixar no Uploaded.to
- Formatos de Vídeo
- Juntar Arquivos de Extensão .aa, .001
- Mudar IP NET Virtua
- Usando HJ Split

### Tag's Cloud

Seriesgringas all downloads net Series PT Séries PT Portugal Series Portugal Séries Seriados Portugal Portugal Serie PT Burn Notice Chuck Community CSI Dark Blue Desperate Housewives Dexter Dollhouse Entourage Family Guy Flashforward Fringe Glee Gossip Girl Greek Grey's Anatomy Harpers Island Heroes House How I Met Your Mother Hung Kings Lances da Vida Leverage Lost Melrose Place No Limite Nurse Jackie One Tree Hill Prison Break Royal Pains Skins Smallville Som & Fúria Supernatural The Big Bang Theory the office The Philantropist The Vampire Diaries Top Chef Top Chef Masters True Blood Two And A Half Men Weeds Jogos para celular - Jogos gratis para celular - Jogos para celular gratis Pena Descontar

Monday, 13th February 2012

Best - MovieZ.ws

Happy Valentine's Day

Home | FAQ | DMCA | Guides | Request a Movie | BM Uploader Team! | Coming Soon | Donate | Advertising | Contact

## J. Edgar (2011)

February 13, 2012 IMDb Watch Trailer Drama

**Format:** DivX
**Quality:** DVDRip

Continue to download ...

## The Fat Boy Chronicles (2010)

February 13, 2012 IMDb Watch Trailer Drama

**Format:** DivX
**Quality:** DVDRip

Continue to download ...

## Tower Heist (2011)

February 13, 2012 IMDb Watch Trailer Comedy

**Format:** DivX
**Quality:** DVDRip

Continue to download ...

### DivX Movies

- Action (762)
- Adventure (147)
- Animation (287)
- Comedy (1174)
- Documentary (358)
- Drama (1231)
- Horror (772)
- Musical Concert (39)
- Other (307)
- Porn (+18) (1102)
- Short (75)
- Thriller (269)
- TV Series (87)
- Western (70)

### HD Movies

- 720p (24)
- 1080p (4)

Advertising here

### BM Donations

Please support us and keep us online.

Donate

Thank you!

### Top Downloads Of The Week

### Which file host would you prefer after this crisis...?

facebook

## Underworld: Awakening (2012)

February 10, 2012 MDs Watch Trailer Action

Format: DivX
Quality: TELESYNC

Screenshots:

Continue to download

## What's Your Number? (2011)

February 12, 2012 MDs Watch Trailer Comedy

Format: DivX
Quality: DVDRip

Continue to download

## Body Language (2011)

February 12, 2012 MDs Watch Trailer

### BM Uploader Team Login

Username:

Password:

Remember me

Login

### Recent Comments

- 'Sharon XI' Gould Mirror http://bitshare.com/files/7n.amlcp/Seeking.Jus is the only link working now... – **Feb 09, 6:24 AM**
- fedekc Links not working again! – **Feb 06, 4:39 PM**
- Batman The wupload link needs an encryption key! – **Feb 01, 6:59 PM**
- Voodoo any active links for this? – **Jan 31, 10:31 AM**
- Fendis still nuthin', but hangin' there who knows new things comes up. – **Jan 30, 4:45 AM**

### Archives

- [+] 2012 (175)
- [+] 2011 (1786)
- [+] 2010 (1724)
- [+] 2009 (2100)
- [+] 2008 (942)

### Link ads

- Download DVD films
- Top Download Sites

### User Online

20 Users Online

Format: DivX
Quality: DVDRip
Language: Dutch
Razend (2011)
Drama
RAZEND
Format: DivX
Quality: DVDRip
Language: Dutch
Next Page
Your Ad Here
Display your ad here!
ExoClick.com
Back to Top
Zunox
ZUNOX

Play for free [Hellbreed is an exciting browser game with sinister Hack and Slash action and fantastic graphics - no download necessary!]

# Best-warez - музыка, фильмы, игры, книги, программы и другое...

Понедельник, 13.02.2012, 23:13
Приветствую Вас Гость | RSS

TRANSLATE

Меню сайта

- Главная страница
- Информация о сайте
- Каталог статей
- Обратная связь
- Правила публикации
- Как добавить новость...
- Заработай
- Ссылочный лист

Категории

- Program-программы
- Music-музыка
- Film-фильмы
- Gamepc-игры
- E-book-книги
- Mobile-сфера
- Все для детей
- Скрипты
- Статьи
- Картинки

- кино, фильмы, видео
- музыка и MP3
- авто и мото
- знакомства
- заработок в сети
- игры
- форекс, forex
- женские сайты
- для взрослых
- строительство и ремонт
- недвижимость
- бытовая техника
- здоровье и медицина
- красота, косметика
- работа, вакансии, резюме
- эротика
- животные и растения
- детские товары
- знакомства для интима
- софт
- развлечения
- одежда и обувь
- туризм и отдых
- мебель, интерьер
- компьютеры и оргтехника
- реклама и интернет
- промышленное оборудование
- сырье и материалы
- социальные сети
- средства связи
- образование и обучение

Каталог статей

Главная » Статьи

Всего материалов в каталоге: 9874
Показано материалов: 1-10

Close[X]

Страницы: 1 2 3 ... 986 987 »

**Мультибар**

НОВАЯ КОМАНДА · НОВЫЕ ТЕХНОЛОГИИ

Когда вы активно пользуетесь компьютером, возникают серьезные проблемы с накопившимися файлами, ярлычками и папками на рабочем столе и в других директориях. «Захламленность», безусловно, влияет на скорость обнаружения того или иного файла или документа. Мультибар наведет идеальный порядок на вашем компьютере, систематизировав имеющиеся данные. Быстрый доступ к файлам и папкам, запуск приложений в 1 клик, прогноз погоды - это лишь малая часть возможностей программы. Кроме того, возможности мультибара могут быть расширены за счет дополнений! Интерфейс Мультибара удобен и красив, а управляться с программой сможет даже ребенок.

Мультибар позволяет контролировать практически все этапы работы на компьютере, а также оперативно находить необходимую вам информацию на компьютере или в интернете.
Скачайте программу «Мультибар» и убедитесь, что теперь вместе с вами работает настоящий помощник, с которым любое дело будет по плечу.

Скачать Мультибар

Program-программы | Просмотров: 10 | Добавил: vital | Дата: 13.02.2012 | Комментарии (0)

**Похищенный / Kidnapped (1960) DVDRip**

В наследство от умершего отца Дэвид Бэлфур получает лишь письмо, в котором говорится, что он законный наследник родового поместья, находящегося во владении его дяди. Но старший Бэлфур отнюдь не склонен принять племянника. Обманом он завлекает Дэвида на борт корабля, поручив капитану продать юношу в рабство.

Film-фильмы | Просмотров: 3 | Добавил: vital | Дата: 13.02.2012 | Комментарии (0)

**Звездопад на МузТВ 50/50 (2012)**

**Категория:** Сборник
**Исполнитель:** VA
**Название диска:** Звездопад на МузТВ 50/50 (2012)
**Жанр:** Поп
**Год выпуска:** 2012
**Количество треков:** 100
**Формат|Качество:** mp3 | 256 kbps
**Время звучания:** 05:43:58
**Размер файла:** 653 MB

Поп, Поп | Просмотров: 1 | Добавил: valera00 | Дата: Сегодня | Комментарии (0)

**Земля лишних 2. Новая жизнь (2012) Аудиокнига**

Поиск

Найти

Добрый день, Гость

Сообщения:

Группа: Гости
Время:23:13

Гость, мы рады вас видеть. Пожалуйста зарегистрируйтесь или авторизуйтесь!

E-mail:
Пароль:
запомнить Вход
Забыл пароль | Регистрация

Реклама

Авто-барахолка онлайн! Купи-продай авто.

1000 посетителей для сайта за 1,35$!

Эротическое видео-БЕСПЛАТНО

Доход вебмастеру - отличная партнерка!

Статистика

Онлайн всего: 0
Гостей: 0
Пользователей: 0

облако тегов

edition Ultimate Person Free программ 2012 рамка видео photoshop Professional Pop x64 3d DVDRip триллер sp3 диск action система xp скачать Dance шаблон Максимальная microsoft музыка Программа скачать Ключи хитов Пакет Repack версия создания лучшие Шансон фото фоторамка игры игра Club for Eset компания для софт Portable танцевальный журнал dvd shooter красивый хит СБОРКИ драма xxxl download Программы mp3 фильм plus сборники The Дискотека сборник песни мужской Приключения Windows Сборка фотошоп WPI Pack Pro хиты Windows 7 Rus antivirus книги by Studio x86 Комедия русский 2011 keys Adobe Набор лучшая Женский










Новая земля, новая жизнь, новые испытания. Попав в этот мир и разобравшись, кто ему свой и кто чужой, бывший военный и бывший бизнесмен, не такой уж, казалось бы, молодой человек Андрей Ярцев со всем пылом вступает в бой на стороне тех, кто стали ему друзьями и соотечественниками. А новый мир предоставил массу возможностей для применения его талантов, подчас довольно специфических.

**Любимой девушке Русский (2012)**

**Категория:** Сборник
**Исполнитель:** VA
**Название диска:** Любимой девушке Русский (2012)
**Жанр:** Поп
**Год выпуска:** 2012
**Количество треков:** 100
**Формат|Качество:** mp3 | 256 kbps
**Время звучания:** 05:44:52
**Размер файла:** 692 MB

**За Глаза Твои Карие Праздничный Выпуск (2012)**

**Категория:** Сборник
**Исполнитель:** VA
**Название диска:** За Глаза Твои Карие Праздничный Выпуск (2012)
**Жанр:** Поп
**Год выпуска:** 2012
**Количество треков:** 100
**Время звучания:** 6:09:55
**Формат|Качество:** MP3|256 kbps
**Размер файла:** 684 Mb

**WPI By StartSoft Update v3.2.12**

Сборник программ с автоматической установкой, предназначенный в основном для чистой операционной системы т. е. для людей которые только переустановили Windows и у

них нет полезных, нужных программ. Сборник как говорится - All included! (Все включено! )

**Союз Зарубежный (2012)**

**Категория:** Сборник
**Исполнитель:** VA
**Название диска:** Союз Зарубежный (2012)
**Жанр:** Танцевальный, Поп
**Год выпуска:** 2012
**Количество треков:** 100
**Время звучания:** 6:31:08
**Формат|Качество:** MP3|256 kbps
**Размер файла:** 723 Mb

**Валентинов день Vol. 2 (2012)**

**Категория:** Сборник
**Исполнитель:** VA
**Название диска:** Валентинов день Vol. 2 (2012)
**Жанр:** Поп
**Год выпуска:** 2012
**Количество треков:** 100
**Формат|Качество:** mp3 | 256 kbps
**Время звучания:** 05:32:55
**Размер файла:** 706 MB

**Honda Satellite Navigation 2011 DVD V3.52 (Eastern Europe)**

**Honda Satellite Navigation 2011 DVD V3.52 (Eastern Europe)** Последнее обновление карт Европы в навигационной системе Honda

**1-10** 11-20 21-30 ... 6351-6360 6371-6374

Share Report Abuse Next Blog

Create Blog Sign In

Divx Film Station

Home

Search This Blog

Search

Spartacus: Blood and Sand | 1.Sezon | Tüm Bölümler | DVDRip | x264 | mkv |

Labels

mystat.ws

Traakyalı bir asker olan Spartacus sürekli baskısı altında kaldıkları Roma Cumhuriyeti ile birlikte Getaelar'a karşı savaşmak için Roma ordusuna katılır. İlk çarpışmadan sonra Spartacus doğuya doğru çekilen Getae ordusunu takip etmek yerine Karadeniz'e gitme emri veren Gaius Claudius Glaber'a karşı gelir ve köyüne gitmeye karar verir. Köyüne yaklaştığında Getaelar'ın orayı mahvettiğini görür ancak karısı kurtulmuştur. Geceyi bir mağarada karısıyla geçiren Spartacus'u sabah Roma ordusu bulur. Glaber, Spartacus'u köle olarak alır ve karısını da Suriyeli bir tüccara satar. Spartacus daha sonra Ludus'a (Batiatus'un gladyatör okulu) girer ve karısını bulmak için savaşmaya başlar.

Contributors

Followers

Join this site

Blog Archive

The A-Team | A Takımı | 2010 | Dvdrip | XViD | AC3 | iLG

[illegible]

[illegible]

IMDB Puanı: [illegible]

Yapım: [illegible]

Tür: [illegible]

Oyuncular: [illegible]

Yönetmen: [illegible]

Senaryo: [illegible]

Yapımcı: [illegible]

Görüntü Yönetmeni: [illegible]

Görüntü Yönetmeni: [illegible]

Filmin Websitesi: [illegible]

Süre: [illegible] dk

Links

[illegible]

[illegible]

[illegible]

M [illegible] +1

[illegible]

## The Last Airbender | 2010 | DVDRip | V2 XviD | AC3 | ENG

[illegible]

The Last Airbender (2010) DVDRip V2 XviD AC3 - ViSiON(Repost)

English | AVC | 1h 43 mins | 720x304 | AC3 448Kbps | 1.4GB

Genre: Action | Adventure | Family | Fantasy

The story follows the adventures of Aang, a young successor to a long line of Avatars, who must put his childhood ways aside and stop the Fire Nation from [illegible] the Water, Earth and Air nations.

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

M [illegible] +1



## Predators | 2010 | R5 LiNE | XViD | ENG

**Predators (2010) R5 LiNE XViD - IMAGiNE**

**Genre:** Action | Adventure | Sci-Fi | Thriller
**Director:** Nimród Antal

## 30 Days Of Night Dark Days | 2010 | BDRip | XviD | ENG

**30 Days Of Night Dark Days (2010) BDRip XviD-DMZ**

After surviving the incidents in Barrow, Alaska, Stella Olemaun relocates to Los Angeles, where she intentionally attracts the attention of the local vampire population in order to avenge the death of her husband, Eben.







[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

## The Final | 2010 | 720p BRRip | ENG

[illegible]

The Final (2010) 720p BRRip x264-HDLiTE

[illegible]
[illegible]
[illegible]
Genre: [illegible]
Director: [illegible]

[illegible]

[illegible]

[illegible]

[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

[illegible]

[illegible]

## Transformers 2 Revenge Of The Fallen | 2009 | BDRip | ENG

[illegible]

**Transformers 2 Revenge Of The Fallen 2009 BDRip x264 ShAaNiG**

Language: [illegible]
[illegible] | [illegible] MB
[illegible]

A youth chooses manhood. The week Sam [illegible] starts [illegible], the [illegible] make trouble in [illegible]. A [illegible] believes it's because the Autobots are around; he wants them gone. He's wrong: the Decepticons need access to Sam's mind to see some glyphs [illegible] there that will lead them to a [illegible] that, when [illegible] in an alien machine hidden in [illegible] for centuries, will give them the power to [illegible] the sun. Sam, his girlfriend Mikaela, and Sam's parents are in [illegible] [illegible] [illegible] what becomes of Sam?

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

Subscribe to: [illegible]

Awesome Inc. template. Powered by [illegible]