You might also like:




From Time to Time
[2009] DVDRip-
x264-[300 MB]



Scott Pilgrim Vs
The World [2010]
DVDRip-x264-
Team-TDK-[350 ...



Compilac List of
300MB Movie
collection



300 Mb Movie
collection

Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clixter

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right
Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clixter

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right
Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clixter

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right
Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clixter

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right
Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clixter

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right
Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clixter

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right
Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server

## From Time to Time [2009] DVDRip-x264-[300 MB]

0 Comments.
Label : 2009 rips, 300 Mb Movie collection, DVD Rips, English movies, From Time to Time

[FORMAT] . . . . . . . . : Matroska
[GENRE] . . . . . . . . . [ Adventure | Drama | Fantasy
[FILE SIZE] . . . . . . . [ 300 MB
[NO OF CDs] . . . . . . . [ 1
[RESOLUTION] . . . . . . . [ 720 x 304
[Audio] . . . . . . . . . [ 2 ch AAC
[LANGUAGE ] . . . . . . . [ English
[SUBTITLES] . . . . . . . [ NO
[RELEASE RUNTIME] . . . . [ 01:28:33
[SOURCE] . . . . . . . . . [ DVDRiP

http://www.imdb.com/title/tt1031241/

Download Links

http://www.megaupload.com/?d=81SIHGAB

http://www.megaupload.com/?d=IWZ7H1UP
http://www.megaupload.com/?d=V2SG1IFD

If you want to download faster,you can get premium account for free too. Click here to know

**You might also like:**


Compiled List of 300MB Movie collection


Dead Snow (2009) DvDRip 300 MB


300 Mb Movie collection


Chatroom [2010] R5-Line-x264-Team-TDK-'300 MB]

## Inception [2010] DvDrip-aXXo

0 Comments

Labels : 2010 mca , 700mb rips , DVD Rips , English movies , Inception

TITLE.......[ Inception
YEAR        [ 2010
GENRE.....[ Action | Mystery | Sci-Fi | Thriller
RUNTIME    [ 02 28 08
STORE DATE.[ 2010
iMDB RATE..[ 9.1/10 210.812 votes
iMDB URL   [ http //www imdb com/title/tt1375666/

AUDIO.....[ MP3 48000Hz 96 kb/s CBR (2 chnls)
LANGUAGE .[ English
VIDEO......[ 744 kbps Divx 23.976 FPS
Q. FRAME...[ 0.176 bits*pixel
RESOLUTION [ 640 x 272
DAR.......[ 2.350 (40:17)
SUBS ......[ None
FILES      [ '
SIZE.......[ 900 MB
SOURCE.....[ DVD









Ads By Clicksor
**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server

Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

http://www.megaupload.com/?d=VDTRSAZR
http://www.megaupload.com/?d=ZKVFQWNG
http://www.megaupload.com/?d=USVUD7AS
http://www.megaupload.com/?d=0FDTKRCJ
http://www.megaupload.com/?d=ZXUVJUIZ
http://www.megaupload.com/?d=VTOK9KB9
http://www.megaupload.com/?d=NFBAVZ0R
http://www.megaupload.com/?d=02A6AG8W
http://www.megaupload.com/?d=H3THPJOD

If you want to download faster,you can get premium account for free too. Click here to know

You might also like:



Inception (2010)
DVDRip
[1008×432] 300MB
[1Link]


Letters To God
(2010)DvDrip-aXXo


Rust (2010)BRRip


Devils Playground
(2010) 700MB
DVDRiP

# Scott Pilgrim Vs The World [2010] DVDRip-x264-Team-TDK-[350 MB]-Single Link

0 Comments

300 Mb Movie collection, 700mb rips, DVD Rips, English movies, Scott Pilgrim Vs The World





Read more »

You might also like:

Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server

   

Compiled List of 300MB Movie collection

Chatroom (2010) R5-Line-x264-Team-TDK-(300 MB)

300 Mb Movie collection

From Time to Time [2009] DVDRip-x264-(300 MB)

# Megamind [2010] CAM XviD LU 700MB [1link]

0 Comments
Labels: 1link download , 2010 rips , 700mb rips , cam rip , English movies , Megamind

http://www.imdb.com/title/tt1001526/

General
Complete name : megamind.2010.CAM.XVID.LU.
Format : AVI
Format/Info : Audio Video Interleave
File size : 769 MiB
Duration : 1h 25mn
Overall bit rate : 1 155 Kbps
Writing application : VirtualDubMod 1.5.10.2 (build 2540/release)
Writing library : VirtualDub build 32706/release

Video
ID : 0
Format : MPEG-4 Visual
Format profile : Advanced Simple@L5
Format settings, BVOP : Yes
Format settings, QPel : No
Format settings, GMC : No warppoints
Format settings, Matrix : Default (H.263)
Codec ID : XVID
Codec ID/Hint : XviD
Duration : 1h 25mn
Bit rate : 1 017 Kbps
Width : 672 pixels
Height : 320 pixels
Display aspect ratio : 2.100
Frame rate : 25.000 fps
Color space : YUV
Chroma subsampling : 4:2:0
Bit depth : 8 bits
Scan type : Progressive
Bits/(Pixel*Frame) : 0.189
Stream size : 624 MiB (88%)
Writing library : XviD 1.2.0.dev47 (UTC 2006-11-01)

Audio
ID : 1
Format : MPEG Audio
Format version : Version 1
Format profile : Layer 3
Codec ID : 55
Codec ID/Hint : MP3
Duration : 1h 25mn
Bit rate mode : Constant
Bit rate : 128 Kbps
Channel(s) : 2 channels
Sampling rate : 44.1 KHz
Stream size : 78.6 MiB (11%)
Alignment : Split across interleaves
Interleave, duration : 40 ms (1.00 video frame)
Interleave, preload duration : 500 ms
Writing library : LAME3.98.2

*Download*
http://www.fileserve.com/file/8Kb8Gz8

If you want to download faster,you can get premium account for free too. Click here to know

You might also like:

  

Scott Pilgrim Vs The World [2010]

London River [2009] DVDRip

Inception (2010) DVDRip

Agora [2009] DVDRip in

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBproo

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBproo

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBproo

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBproo

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBproo

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

DVDRip-[26]- [1link] [1008x432] 800MB
Team-TDK-[350 ... [1Link]

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

## Inception (2010) DVDRip [1008x432] 800MB [1Link]

0 Comments  ✉
Lace : 1link download   2010 rips   English movies   Inception

http://www.imdb.com/title/tt1375666/

TITLE . . . . . . . . . . . .  Inception
DIRECTOR . . . . . . . . . . .  Christopher Nolan
RELEASE DATE . . . . . . . . .  16 July 2010 (USA)
FORMAT . . . . . . . . . . . .  Matroska (MKV)
GENRE . . . . . . . . . . . . .  Action Mystery Sci-Fi Thriller
NO OF CDs . . . . . . . . . . .  1
FILE SIZE . . . . . . . . . . .  800MB
RESOLUTION . . . . . . . . . .  1008x432
LANGUAGE . . . . . . . . . . .  English
SUBTITLES . . . . . . . . . . .  English (Softcoded)
ORIGINAL RUNTIME . . . . . . .  02:28:06
RELEASE RUNTIME . . . . . . .  02:28:06
IMDB RATING . . . . . . . . . .  9.1/10

Downloads

http://www.fileserve.com/file/Bu7cUd4

or

http://hotfile.com/dl/80716900/2cde170/inception.2010.crazy.mkv.part1.rar.html
http://hotfile.com/dl/80717236/ac89756/inception.2010.crazy.mkv.part2.rar.html

or

http://www.fileserve.com/file/z5KX2DC
http://www.fileserve.com/file/E84TfhEd

**If you want to download faster,you can get premium account for free too. Click here to know**

### You might also like:



Inception [2010] DVDRip-aXXo


Megamind [2010] C4LL!WUD LU 700MB [1link]


London River (2009) DVDRip [link]


Agora (2009) DVDRip [1link]

## Rust (2010) BRRip

0 Comments  ✉
Lace : 2010 rips   700mb rips   br rips   DVD Rips   English movies   Rust



**Ads By Clicksor**

**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

**Ads By Clicksor**

**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

**Ads By Clicksor**

**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

**Ads By Clicksor**

**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

**Ads By Clicksor**

**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

**Ads By Clicksor**

**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

Screen:



Link:

http://www.fileserve.com/file/gVz47DR
http://www.fileserve.com/file/gj9ZRbG

If you want to download faster,you can get premium account for free too. Click here to know

You might also like:






Megadeth - Rust in Peace Live (2010)

Lala Pi a di 3 (2010) 700MB BRRiP XviD

Devils Playground (2010) 700MB DVDRIP

Beatdown (2010) 480p BRRip XviD AC3

# The Bannen Way [2010] DvDRiP

0 Comments. 

List : 2010 rips   Freemovies   English movies   The Bannen Way

✕

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

The Bannen Way (2010) DVDRip XviD-ReGeN
English | 89Min | 720x480 | H264 - 1423Kbps | 25.000fps | MP3 - 192Kbps | 1.02GB
Genre: Action | Comedy | Thriller

IMDB:

http://www.imdb.com/title/tt1404830/

A slick, sexy, action-packed show about Neal Bannen, a charming con-man with a
police chief for a father, a mob boss for an uncle and a weakness for beautiful women,
who wants to turn his life around and leave the criminal lifestyle forever.

Ads By Clicksor

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

[×]

Download:

http://www.fileserve.com/file/j4nnr4p/The Bannen Way [2010] DVDRip XviD -
ExtraTorrentRG.part1.rar
http://www.fileserve.com/file/2JvMbsD/The Bannen Way [2010] DVDRip XviD -
ExtraTorrentRG.part2.rar
http://www.fileserve.com/file/2qr4GH/The Bannen Way [2010] DVDRip XviD -
ExtraTorrentRG.part3.rar
http://www.fileserve.com/file/HkfKQQr/The Bannen Way [2010] DVDRip XviD -
ExtraTorrentRG.

Ads By Clicksor

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

If you want to download faster,you can get premium account for free too. Click
here to know

You might also like:


Rust [2010] BRRip


Devils Playground
[2010] 700MB
DVDRiP


The Sorcerers
Apprentice (2010)
700MB


Inception [2010]
DvDrip-aXXo

Ads By Clicksor

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

## The Killing Machine 2010 DVDRip XviD AC3-BULL | Single Links

0 Comments
2010 mos , DVD Rips , English movies , The Killing Machine



Ads By Clicksor

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Genre: Action ; Drama | Thriller
IMDB Rating: 5.3/10
Directed By: Dolph Lundgren
Starring: Dolph Lundgren | Stefanie von Pfetten | Samantha Ferris

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBPeer

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBPeer

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBPeer

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBPeer

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBPeer

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBPeer

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Starring: Dolph Lundgren | Stefanie von Pfetten | Samantha Ferris

Release Name: The.Killing.Machine.2010.DVDRip.XviD.AC3-BULL
Filename: The.Killing.Machine.2010.DVDRip.XviD.AC3-BULL
Size: 1.3 GB
Video: XviD | 672×288 | 1674 kbps
Audio: English | 448 CBR | AC3
Runtime: 1h28m00sec
Subtitles: English

Plot:

There were those who called him Icarus. Everyone else knew him as a divorced father
working for an investment company. But they didn't know his other side-his dark side.
Because Icarus was at his best when he was killing people. For years, he'd worked as a
sleeper agent in America-but when the Soviet Empire collapsed  he found himself in a
foreign country with no one to trust. Determined to break from his dark past, he started
over with a new identity. But you can only escape your past for so long. When a
sudden mishap in Hong Kong blows Icarus' identity, past and present collide — and the
assassin realizes he is now the target. The people that want him dead will stop at
nothing to get to him. And that means going after what he cares about most-his wife
and daughter. Fighting for his life, Icarus is forced to face the demons of his past to
protect the loved ones in his present. He must fight to save the only thing he's ever
done right in his life...

IMDB:

http://www.imdb.com/title/tt1261862/

Download:

http://c01.megashares.com/dl/J8lbg9y/The.Killing.Machine.2010.DVDRip.XviD.AC3-
BULL.avi

http://hotfile.com/dl/78288839/ac33333/The.Killing.Machine.2010.DVDRip.XviD.AC3-
BULL.avi.html

http://www.filefactory.com/file/b3hdag7/n/The.Killing.Machine.2010.DVDRip.XviD.AC3-
BULL.avi

If you want to download faster,you can get premium account for free too. Click
here to know

You might also like:

   

Single DIRECT
LINK MOVIE
COLLECTION

Compiled List of
300GB Movie
collection

My Girlfriends
Boyfriend (2010)
DVDRip +c3

Get Him To The
Greek (2010)
BRRIP | 420p |
MKV | 400MB

## Step Up 3D (2010)

0 Comments:
Label: 2010 rips . 700mb rips . English movies . Step Up 3D



Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicker
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicker
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicker
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicker
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicker
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

IMDB

http://www.imdb.com/title/tt1193631



http://cramit.in/yp5a452mrfag/www.amaderforum.com_STP.UP.3D.R6.IMAGINE.avi

You might also like:

   

Saw 3D OST 2010    Rust (2010) BRRip    Devils Playground (2010) 700MB DVDRip    The Sorcerers Apprentice (2010) 700MB

## Smash His Camera (2010) DVDRip XviD

0 Comments
List : 700mb rips , DVD Rips , English movies , Smash His Camera



IMDB

http://www.imdb.com/title/tt1280016/

Download
http://cramit.in/nze3dlk9hzo1/www.amaderforum.com_SMSH.HS.CMR.DVD.TASTE.avi

## Cats and Dogs The Revenge of Kitty Galore (2010) DVDRip XviD

0 Comments
List : 2010 , 2010 rips , Cats and Dogs , Cats and Dogs The Revenge of Kitty Galore , DVD Rips , English movies



Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

IMDB

http://www.imdb.com/title/tt1287468/

Download
http://cramit.in/86kd9yx7jje7/www.amaderforum.com_CTS.DGS.TH.RVNG.DVD.ARROW.avi

## Born to Raise Hell (2010) DVDRip XviD-RUBY

0 Comments
2010 rips , 700mb rips , Born to Raise Hell , English movies



IMDB http://www.imdb.com/title/tt1528718/



http://cramit.in/qjl68qzw8v47/www.amaderforum.com_BRN.RS.HL.DVD.RUBY.avi

## My Son My Son What Have You Done 2009 720p BDRip XviD

0 Comments
2009 rips , 720p BluRay rips , BDRip , English movies , My Son My Son What Have You Done



Imdb Link

http://www.imdb.com/title/tt1233271/

Release NFO
http://i56.tinypic.com/a2vk8x.jpg

Screenshot's



Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!





Links are interchangeable

Netload.in

http://netload.in/dateiT2LWFf8vYP/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3
-VISION.part1.rar.htm
http://netload.in/dateiQS7bBBCVYyvMy.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3
-VISION.part5.rar.htm
http://netload.in/dateIpAzVQ7p0zu/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.AC3
-VISION.part3.rar.htm
http://netload.in/dateI6EW349aH9/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3
-VISION.part6.rar.htm
http://netload.in/dateI3zcuTyEEh4/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.AC3
-VISION.part2.rar.htm
http://netload.in/dateIXobrtwM/6/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3
-VISION.part4.rar.htm

Hotfile.com

http://hotfile.com/dl/77682223/e6791dc/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3
-VISION.part5.rar.html
http://hotfile.com/dl/77682249/3fc47c8/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3
-VISION.part2.rar.html
http://hotfile.com/dl/77682244/99f316f/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3
-VISION.part3.rar.html
http://hotfile.com/dl/77682246/3db5079/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3
-VISION.part4.rar.html
http://hotfile.com/dl/77682247/20a1053/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3
-VISION.part5.rar.html
http://hotfile.com/dl/77682246/6dd3602/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3
-VISION.part6.rar.html

Fileserve

http://www.fileserve.com/file/7MwZ2EU/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3
-VISION.part1.rar
http://www.fileserve.com/file/MjgTGGy/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3
-VISION.part12.rar
http://www.fileserve.com/file-yJYS37R/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3
-VISION.part13.rar
http://www.fileserve.com/file/K7xQ34H/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3
-VISION.part14.rar
http://www.fileserve.com/file/2UQ4Mbc/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3
-VISION.part5.rar
http://www.fileserve.com/file/pzsBPGY/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3
-VISION.part16.rar

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

No Password



Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicger

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right
Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Newer Posts                        Home                        Older Posts

Subscribe to: Posts (Atom)

© 2010 Free Movie, Music Downloads |Blogger Author BloggerTheme

powered by Blogger | WordPress by flexwpthemes ; Converted by BloggerTheme





**IMDb Link:** http://www.imdb.com/title/tt1578882

**Story:**

An assassin is hired by a businessman to avenge the murder of his daughter by white slave traders in Thailand.

Elephant White (2011) Official Trailer

| | |
|---|---|
| Movie Name | : Elephant White |
| Genre | : Action, Thriller |
| IMDb Rating | : 5.7/10 |
| Language | : English |
| Time | : 1h 31 min |
| File size | : 448 MB |
| Format | : Matroska (.mkv) |
| Resolution | : 1280 x 548 pixels |
| Overall bit rate | : 685 Kbps |
| Frame rate | : 25.0fps |
| Audio | : AAC 48000Hz |

**Download Link:**

+ Share / Bookmark

Leave A Comment, Written on 19:24:07, Uncategorized

**VANISHING ON 7TH STREET (2010) BLU-RAY RIP 525MB**



**Story:**

...spirals into total darkness, a disparate group of individuals find... ...have vanished into thin air, leaving behind heaps of empty clothing... ...the daylight begins to disappear completely, and as the survivors... ...darkness is out to get them, and only their rapidly diminishing light...

Vanishing On 7th Street - Official Trailer [HD]

Complete Name..............: Vanishing On 7th Street
Genre........................: Horror | Mystery | Thriller
IMDb Rating.................: 5.0/10
Audio Language.............: English
Duration.....................: 1h 32 min
File size.....................: 523 MB
Format.......................: Matroska (.mkv)
Resolution..................: 1280 x 532 pixels
Overall bit rate.............: 799 Kbps
Frame rate..................: 23.976 fps
Audio........................: AAC 48000KHz

**Download Links:**

Part 1

+ Share / Bookmark

OLDER ENTRIES

MOVIE WORLD is proudly powered by WordPress, Theme: by Neerus

⌂ Homepage   ⊞ Site map   ⁂ RSS   ⎙ Print

# Free Download Warez Arena

WORLD'S MOST EXCLUSIVE WAREZ SITE EVERSEEN. ALL WAREZ FREE TO DOWNLOAD WITH
THEIR CRACKS / SERIALS / KEYGENS AND ACTIVATORS. FREE DOWNLOAD HOSTERS .
HOTFILE – DEPOSITFILL – FILESERVE – FILESONIC (Daily Updated)

**Menu**

- Full Softwares
- Portable Softwares
- Security / Antivirus
- Freeware & Betas
- Games /Portable G.
- Movies & Other Videos
- Music & Video Music
- E-Books & Tutorials
- Magazines /Periodicals
- Graphic & Designs
- Miscellaneous / Others
- About Us
- Our Team
- Feedback
- Link to us Banners

**Search site**

[            ]
[ Search ]

**Contact**

**Team Free Download Warez Arena**

Please feel free to share your valuable comments at :

arena2000@ymail.com







hf–DF–FS.txt

www.ddl13.com.topsites.in.php?
id=smoha456

warezarendian.com.topsites.in.pl
slmsmoha456

ddl-us.com.vn.php?
id=smoha456

**Tags**

loops nero fashion
magazine action
play game internet
browser edition
security ebook
tutorial guide crack
serial kaspersky
bootable studio book
system protection
disk artli

Homepage > Movies & Other Videos

## Movies & Other Videos



### Stag Night of the Dead (2010) DVDRip XviD

Stag Night of the Dead 2010 DVDRip XviD   |   625 Mb  Starring:
Sebastian Street, Sophie Lovell Anderson and Joe Rainbow Release
Date :  11–02–2011 Source :  R1 NTSC DVD5 Size : 625 Mb  |  1CD
Genre : Action  |  Comedy  |  Horror Video : 608 x 336,...



### Accidents Happen (2010) DVDRip XviD

Accidents Happen (2010) DVDRip XviD    |   302 Mb  92 Min | 640 x 272
| x264 – 404Kbps | 23.976fps | ACC – 48.0KHz Genre:  Comedy  |  Drama
There are dysfunctional families... and then there are the Conways. After a
family tragedy, 15-year-old Billy Conway has become the de facto glue
between his bitter...



### Mega Piranha (2010) DVDRip XviD

Mega Piranha (2010) DVDRip XviD    |    368 Mb  88 Min | 624 x 352 |
x264 – 468Kbps | 25.000fps | ACC – 48.0KHz Genre: Action | Horror | Sci–Fi
  A mutant strain of giant ferocious piranha escape from the Amazon and
eat their way toward...



### Titanic II (2010)

Titanic II (2010) DVDRip XviD   404 MB   89 Min | 640 x 352 | x264 –
496Kbps | 23.976fps | ACC – 48.0KHz  Genre: Action | Adventure  On the
100th anniversary of the original voyage, a modern luxury liner christened
"Titanic 2," follows the path of its namesake. But when a tsunami hurls an
ice berg into the new ship's path, the passengers and crew must fight...



### Aladdin (1992)

Aladdin (1992) DVDRip XviD RealMedia : 572×320 | RealVideo 4–416 Kbps
| English | 64.1 Kbps–2 channels | 1h 20mn | 278 Mb Genre: Animation |
Adventure | Family Aladdin, a street urchin, accidentally meets Princess
Jasmine, who is in the city undercover. They love each other, but she can
only marry a prince.   Screenshots...



### CUT (2010)

Cut  (2010)  DVDRip MKV – 388 Mb   Genre :   Horror | Mystery | Thriller
Director :  Alexander Williams Language :  English Format : .mkv  Five
friends return from a cocktail party to a cottage deep inside the English
woods of the Peak District. Having brushed off the notion of urban legends
as rubbish, never...





antivirus

multilingual  electronic

project 2010

video image

office converter

portable movie

games computer

recorder player adobe

songs music photo

picture photoshop

editor translator tool

pro software

© 2011 All rights reserved. Disclaimer : This site does not store any file but work as a link to other sites. | Free website 

2/14/2012                                        http://free-soft-game-movie-ebook.blogspot.com/

# PRO SOFTWARE INTERACTIVE

*Free softwares movies games wallpapers cracks and activators*

HOME   MEMBERS   DOWNLOADS   WALLPAPERS   EBOOKS   MOVIE REVIEW   DOWNLOAD MOVIES



*Members Area*

Login with Facebook

sign in or register

Related Results

**Domain, Hosting, Website**
Only $10/month, Free 7 days & Make Money with Your Website, click now
http://www.mresidualincomesure.ws

**Mutual Fund**
Invest in Money Market Mutual Funds. See Exclusive Online Offers Today.
firstcountybank.com

AdChoices                    Online Ops surf?

*ads*

CALLING ALL
MALAYSIANS
on Facebook & Twitter

check our blogside version of pro software interactive blog.prosoftwareinteractive.support.com get the latest uploads here

## GAMES



*Recent Uploads*

- **Satellite ON PRO 2012 v2.0 | Full version**
  by r.... 0 weeks ago
- **Harry Potter: Quidditch World Cup | Full**
  by r.... 0 weeks ago
- **EMCO Network Malware Cleaner**
  by r.... 0 weeks ago
- **ESET Smart Security 5 (32 Bit) + Lifetime**
  by r.... 0 weeks ago

*All Section*

Pc Games

Pc community

Repair Movies

Everyday.exe

Tamil Songs

Wallpapers

Hindi Music

## Movies



Download Movies Click Here

Online Movies Click Here

## Activator/cracks



*Site Visits*





## OPERATING SYSTEM



## ANTI VIRUS



## INTERNET UTILITY



Subscribe To Our Site

Subscribe







Newest Members

 





Copyright @2011ProSoftwareActiveTeam all rights reserved All programs have been taken in the free dissemination on the internet and are intended for guidance only. All rights to software belong to their authors. Administration of this site www.freesoftwaregamesmovies.webs.com assume no responsibility for the further use of the program. If a program is a violation of your copyright, then simply contact us and we will remove it from the site!

Create a Free Website

# Access Over 150,000 Movies and TV Shows FREE!

Download & Sign Up for Free

Absolutely FREE movies and TV Shows!! Yes, Graboid offers exclusively access to over 150,000 movies, TV shows, and many more for FREE!! Equipped with search and playback technology, experience the huge list of our blazingly fast HD quality streaming movies, leaves file sharing application like BitTorrent in the dust!. And all is for free!! Sounds crazy right? Experience it your self! Be amazed by the shockingly truth!

ENJOY NEWEST MOVIE's & TV SHOW VIDEO HERE

HD MOVIES & TV SHOWS

CLICK HERE TO START WATCHING

NO ADWARE
NO SPYWARE

READY TO GET STARTED? IT'S AS EASY AS 1 - 2 - 3

1 Download and install Graboid.

2 Sign up for your FREE account.

3 Start watching immediately!

Related Results

Albnetwarez.org
Top answers for Albnetwarez.org
www.SmartShopping.com

Results for Albnetwarez.org
We've got Albnetwarez.org! Shop Online Shop Smarter.
www.InternetCorkBoard.com

AdChoices
Chitika | Opt out?







HOME DISCLAIMER SOFTWARE MAP

## IDM ULTRAEDIT PROFESSIONAL V17.00.0.1023

March 19th, 2011

Read the rest of this entry »

**Posted in** Video | No Comments »

## SILVER EFEX PRO 2.0

March 19th, 2011

Read the rest of this entry »

**Posted in** Video | No Comments »

## JETICO BESTCRYPT 8.21.0.0

March 19th, 2011

Read the rest of this entry »

**Posted in** Uncategorized | No Comments »

## RK LAUNCHER 0.4

March 19th, 2011

Read the rest of this entry »

**Posted in** Uncategorized | No Comments »

## ANTARES AUTO-TUNE EVO VST 6.09

March 19th, 2011

## SEARCH

Go

## POPULAR POSTS

RemoveWAT 2.2.5 **9599 view(s)**
Garmin Keygen 1.5 - lates… **8411 view(s)**
Virtual DJ Pioneer CDJ100… **3342 view(s)**
3D Home Architect Design … **2547 view(s)**
UltraSurf 10.02 **2522 view(s)**
ESRI ArcGIS 9.3 **1977 view(s)**
Brazzers Accounts Finder … **1837 view(s)**
Visual CertExam Suite v1…. **1809 view(s)**
Hotspot Shield 1.54 Multi… **1805 view(s)**
Virtual DJ Studio &Kar … **1739 view(s)**

## CATEGORIES

2D
3D
Animation
Anti-malware
Antivirus
Archiver
Audio
Backup
Blu-ray
Browsers
Burning
CD&DVD
Codec
Converter
Data
DataBase
Design
Desktop
Developer
Diagnostics
Dictionaries
Download manager
Drive
Drivers
Email
File manager
Firewall
Flash
Fonts
FTP
Fun
Guitar
Hard
Hard Drive
HD
HDD
Icon
Images
Internet
iPhone
iPod
ISO
Keys & Serials
Mail
Map
Media
Multimedia
Network
Office
Optimizers
Other
Paint
PDF
Phone
Photo
PHP
Players
Print
Programming
Rapidshare
Record
Recovery
Registry
Remover
Scan
Screen
Screensavers
Security
Server
System
Text
Torrent
Translation
TV
Uncategorized
Uninstaller
USB
Utilities
Video
Wallpapers
Web
WebCam
WiFi
Windows
WLAN
Youtube

## SIMILAR POSTS

IDM UltraEdit 15.10.0.1031
IDM UltraEdit v15.10.0.1030
UltraEdit Professional 16.10.0.1027
Idm Ultraedit v15.20.0.1026
UltraEdit 15.10.0.1028

## ARCHIVES

March 2011
February 2011
January 2011
December 2010
November 2010
October 2010
September 2010
August 2010
July 2010
June 2010
May 2010
April 2010
March 2010

Read the rest of this entry »
Posted in Audio | No Comments »

## NORTON PARTITION MAGIC 8.05
March 18th, 2011

Read the rest of this entry »
Posted in Articles | No Comments »

## CLONEDVD 2.9.2.10 + KEYGEN
March 18th, 2011

Read the rest of this entry »
Posted in CD&DVD | No Comments »

## XILISOFT MKV CONVERTER 6.5.2
March 18th, 2011

Read the rest of this entry »
Posted in Converter | No Comments »

## PC TOOLS REGISTRY MECHANIC 10.0.0.134
March 18th, 2011

February 2010
January 2010
December 2009
November 2009
October 2009
September 2009
August 2009
July 2009
June 2009
May 2009
April 2009
March 2009

**POPULAR SEARCHES**





Read the rest of this entry »

Posted in Registry | 1 Comment »

**ANTI TROJAN ELITE 5.3.6**
March 18th, 2011

Read the rest of this entry »

Posted in Antivirus | No Comments »

« OLDER ENTRIES

Entries (RSS) and Comments (RSS)

# FullWarez.Net

February 14, 2012, 09:59:04 PM
Welcome, Guest. Please
Did you miss your

FULLWAREZ - WAREZ FORUM :: DOWNLOAD ZONE :: MOVIES - FULL DVD

Search...

English

Pages: [1]

| subject | started by | replies | views | last post ▼ |
|---|---|---|---|---|
| | | 0 | 79 | Today at 12:07:22 AM by |
| | | 0 | 130 | Today at 01:09:52 AM by |
| | | 0 | 61 | February 13, 2012, 11:58:17 AM by |
| | | 0 | 57 | February 12, 2012, 12:10:12 PM by |
| | | 0 | 51 | February 12, 2012, 11:58:21 AM by |
| | | 0 | 114 | February 09, 2012, 01:79:51 PM by |
| | | 0 | 259 | February 02, 2012, 09:23:01 AM by |
| | | 0 | 502 | January 24, 2012, 12:07:79 PM by |
| | | 0 | 578 | January 24, 2012, 12:20:13 PM by |
| | | 0 | 459 | January 24, 2012, 11:49:10 AM by |
| | | 0 | 554 | January 05, 2012, 12:57:03 PM by |
| | | 0 | 1156 | November 27, 2011, 07:01:44 PM by |
| | | 0 | 1123 | November 12, 2011, 10:22:20 AM by |
| | | 0 | 1020 | November 04, 2011, 09:25:05 AM by |
| | | 1 | 1477 | October 15, 2011, 11:18:50 PM by |
| | | 1 | 1734 | October 15, 2011, 11:10:58 PM by |
| | | 0 | 1094 | September 05, 2011, 10:51:08 PM by |
| | | 0 | 941 | September 05, 2011, 10:12:01 AM by |
| | | 0 | 1148 | September 04, 2011, 11:26:32 PM by |
| | | 0 | 941 | September 04, 2011, 09:29:03 PM by |

Pages: [1]

FULLWAREZ - WAREZ FORUM :: DOWNLOAD ZONE :: MOVIES - FULL DVD

Topic you have posted in
Normal Topic
Hot Topic (More than 15 replies)
Very Hot Topic (More than 25 replies)

Locked Topic
Sticky Topic
Poll

Jump to:      MOVIES - FULL DVD          go





Powered by SMF | SMF © 2006-2011, Simple Machines
XHTML | RSS | WAP2 | Sitemap
© 2011-2012 Fullwarez.net All rights reserved.

# HDTV BLOG

## Ebates Promo



As seen in: *The New York Times* CNN

Join Ebates and get 1-6% money back from online purchases (eBay included!). Works in all countries worldwide! Use this promo link and get $5 bonus ($5 bonus valid thru December):

Ebates Promo Link

You can earn cash back at any of over 1,200 stores any time you start your shopping trip at Ebates.com. There are no points to redeem, no forms to mail in, and no fees. Stores pay Ebates a sales commission for sending shoppers their way, and Ebates uses the commission to pay you cash back. All we need is an email address so we can notify you when your cash back has been credited. To date, our members have already earned more than $55,000,000 and you can join them today!

## Celine Dion - My Love - Ultimate Essential Collection

Celine Dion - My Love - Ultimate Essential Collection in lossless format

CD1
01. My Heart Will Go On (Love Theme From "Titanic")
02. Think Twice
03. It's All Coming Back To Me Now
04. A New Day Has Come (Radio Remix)
05. My Love (Live Version)
06. Taking Chances
07. That's The Way It Is
08. The Power Of Love
09. Because You Loved Me (Theme from 'Up close & personal')
10. Tell Him (Duet With Barbra Streisand)
11. Falling Into You
12. I Drove All Night
13. I'm Alive
14. All By My self
15. Alone
16. Immortality (Feat. The Bee Gees)
17. Beauty And The Beast (Duet With Peabo Bryson)
18. There Comes A Time

CD2
01. River Deep, Mountain High
02. One Heart
03. I'm Your Angel (Duet With R. Kelly)
04. Only One Road
05. Pour Que Tu M'aimes Encore
06. You & I
07. To Love You More
08. Eyes On Me
09. Have You Ever Been In Love
10. The Reason
11. Seduces Me
12. The First Time Ever I Saw Your Face
13. Dance With My Father
14. Misled
15. Love Can Move Mountains
16. Call The Man
17. Goodbye's (The Saddest Word)
18. The Prayer (Duet With Andrea Bocelli)

## Linton Kwesi Johnson Live In Paris

Linton Kwesi Johnson Live in Paris
Celebrating 25 Years In Reggae
With The Dennis Bovell Dub Band



01. Di Eagle An Di Bear
02. Want Fi Goh Rave
03. Sonny's Lettah
04. Dread Beat An Blood
05. Fite Dem Back
06. Reggae Fi Peach
07. Reggae Fi Radni
08. Di Great Insohreckshan
09. Mekkin Histri
10. Tings An Times
11. Liesense Fi Kill
12. More Time
13. Reggae Fi Bernard
E.

## Enigma - The Platinum Collection (2009)

Enigma - The Platinum Collection (2009) Lossless format



Enigma is an electronic musical project founded in Germany by
Michael Cretu, David Fairstein and Frank Peterson in 1990. The
Romanian-born Cretu conceived of the Enigma project while
working in Germany, but had been based at his recording studio
A.R.T. Studios in Ibiza, Spain, since the early 1990s until May
2009, where he has recorded all of Enigma's studio releases to
date. Cretu is both the composer and the producer of the project.
His former wife Sandra often provided vocals on Enigma tracks.
Jens Gad co-arranged and played guitar on three of the Enigma
albums. Peter Cornelius also contributed to Enigma during the
1990's.

The Platinum Collection is a 2009 compilation album by the
musical project, Enigma. It contains three CDs. The first CD
contains most popular Enigma tracks from the previous years, the
second CD is a copy of the first CD except it contains tracks
remixes, the third CD contains never released before tracks
composed and produced by Michael Cretu.

## NASA Voyager Recordings - Symphonies of the Planets - FLAC



The epic space flights of Voyager I & II soar across our Solar
System. This unique series of recordings (5 volumes) is created
from original Voyager recordings of the electromagnetic "voices"
of the planets and moons in our Solar System. Although space is a
virtual vacuum, this does not mean there is no sound in space.
Sound does exist in electronic vibrations. The specially designed

instruments on board the Voyagers performed special experiments to pick up and record these vibrations, all within the range of human hearing. Hear the beautiful songs of the planets.

Share the journey of a 5 billion mile trek to the outer limits of our solar system. Hear the beautiful songs of the planets. The complex interactions of the cosmic plasma of the universe, charged electromagnetic particles from the solar wind, planetary magnetosphere, rings and moons create vibration soundscapes which are at once utterly alien and deeply familiar to the ear. Some of these sounds are hauntingly like human voices singing, giant Tibetan bowls, wind waves, birds and dolphins.

Runaway Bride (1999) 720p



Runaway.Bride.1999.720p.BluRay.DD5.1.x264-RuDE

http://www.imdb.com/title/tt0163187/

A reporter is assigned to write a story about a woman who has left a string of fiances at the altar.

Cast: Julia Roberts, Richard Gere, Joan Cusack

The Imaginarium of Doctor Parnassus 720p



The Imaginarium of Doctor Parnassus 720p BluRay x264-ALLIANCE

http://www.imdb.com/title/tt1054606/

A traveling theater company gives its audience much more than they were expecting.

Cast: Christopher Plummer, Andrew Garfield, Heath Ledger

Home                Older Posts

Subscribe to: Posts (Atom)

# Hotfile-Movies

DVD | BluRay | 3DMvE | XXX

Report Bad Posts!

Hotfile Movies > Movie Downloads
TV SHows

User Name [User Name]  ☑ Remember Me?
Password [        ]  [Log in]

100% FREE SEX

All  #  A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

Page 1 of 5328  1  2  3  11  51  101  501  1001  >  Last »

Forum Tools ▾   Search this Forum

| | | | | | |
|---|---|---|---|---|---|
| ✉ | Sticky: Ben10 Ultimate Alien All Seasons<br>humour | 04-11-2011 05:58 PM<br>by Spicylovers786 › | 2 | 98 |
| ✉ | Sticky: Ben10 Alien Force All Seasons<br>humour | 04-11-2011 05:57 PM<br>by Spicylovers786 › | 3 | 65 |
| ✉ | Sticky: Ben10 All Seasons<br>humour | 04-11-2011 05:57 PM<br>by Spicylovers786 › | 3 | 71 |
| ✉ | Bizarre Crime S01E06 WS PDTV XviD-C4TV<br>avro | 14-02-2012 04:17 PM<br>by avro › | 0 | 2 |
| ✉ | The Simpsons S23E13 HDTV XviD-LOL<br>blackemil | 13-02-2012 08:49 PM<br>by blackemil › | 0 | 9 |
| ✉ | Pan Am S01E13<br>blackemil | 13-02-2012 08:36 PM<br>by blackemil › | 0 | 2 |
| ✉ | Lost Girl S02E16 HDTV XviD<br>blackemil | 13-02-2012 08:23 PM<br>by blackemil › | 0 | 2 |
| ✉ | Dumbest Stuff on Wheels S02E03<br>blackemil | 13-02-2012 08:09 PM<br>by blackemil › | 0 | 2 |
| ✉ | Boardwalk Empire Season 2 HDTV<br>blackemil | 13-02-2012 07:56 PM<br>by blackemil › | 0 | 2 |
| ✉ | American Dad S07E010<br>blackemil | 13-02-2012 07:42 PM<br>by blackemil › | 0 | 5 |
| ✉ | House of Lies S01E06 I HDTV-ASAP<br>blackemil | 13-02-2012 10:33 AM<br>by blackemil › | 0 | 3 |
| ✉ | The Roxy Music Story (2008) TVrip<br>dangnhap | 10-02-2012 04:31 AM<br>by dangnhap › | 0 | 12 |
| ✉ | The Office US S08E13 720p HDTV X264-DIMENSION<br>dangnhap | 10-02-2012 04:19 AM<br>by dangnhap › | 0 | 2 |
| ✉ | The Office S08E13 HDTV XviD-LOL<br>dangnhap | 10-02-2012 04:07 AM<br>by dangnhap › | 0 | 2 |
| ✉ | Spartacus S02E02 HDTV XviD-SYS<br>dangnhap | 10-02-2012 03:55 AM<br>by dangnhap › | 0 | 6 |
| ✉ | Spartacus S02E02 720p HDTV X264-DIMENSION<br>dangnhap | 10-02-2012 03:43 AM<br>by dangnhap › | 0 | 3 |
| ✉ | Playback (2012) HDRIP AC3 2.0 XviD-SiC<br>dangnhap | 10-02-2012 03:31 AM<br>by dangnhap › | 0 | 2 |
| ✉ | One Tree Hill S09E04 HDTV XviD-ASAP<br>dangnhap | 10-02-2012 03:18 AM<br>by dangnhap › | 0 | 2 |
| ✉ | National Geographic - The Greatest Flight (1995) DVDRip XviD AC3-MVGroup<br>dangnhap | 10-02-2012 03:06 AM<br>by dangnhap › | 0 | 5 |
| ✉ | National Geographic - Apocalypse: The Rise of Hitler (2011) PDTV x264 AAC-MVGroup<br>dangnhap | 10-02-2012 02:54 AM<br>by dangnhap › | 0 | 4 |
| ✉ | Discovery Health: Depression (2010)<br>dangnhap | 10-02-2012 02:42 AM<br>by dangnhap › | 0 | 2 |
| ✉ | Channel 4 - Terror at Sea: The Sinking of the Concordia (2012) HDTV XviD-C4TV<br>dangnhap | 10-02-2012 02:30 AM<br>by dangnhap › | 0 | 4 |
| ✉ | BBC - Saxon Hoard A Golden Discovery (2012) WS PDTV XviD-C4TV<br>dangnhap | 10-02-2012 02:18 AM<br>by dangnhap › | 0 | 5 |

Page 1 of 5328  1  2  3  11  51  101  501  1001  >  Last »

| | | | |
|---|---|---|---|
| **PhazeMP3** | Your Link | Audio Books | WarezAll | Contact Us |
| WarezInfinite.NET | Free download all warez | Funny And Amazing Pictures | Download Full PC Games | Download Movies Free |

Hotfile-Movies.Com is

# HOTFILE WAREZ

MixMeister.Fusion.v7.3.5.1



[text illegible]

[text illegible]

[text illegible]

[text illegible]

[text illegible]

[text illegible]

Steinberg Cubase Sx V3.1.1.944



[text illegible]

[text illegible]

[text illegible]

http://hotfilewarez.blogspot.com/

VA-Retrodance Deluxe Box Edition (6CD) (2009)



Sound Forge Pro 10



http://hotfilewarez.blogspot.com/





Sign In

Search This forum

Your #1 source for hotfile links

Forums Members Shoutbox RSS Isa DMCA Policy View New Content

NEXT

Recently Updated

| | |
|---|---|
| Pawn Stars [Season 4] Episode 75 and 76 HDTV XviD | Jladasmingas Yesterday, 11:08 PM |
| Fear Factor S07E06 HDTV XviD-CBM | Yesterday |
| House M.D. [Season 8] Episode 12 HDTV XviD | Jladasmingas Yesterday, 09:29 PM |
| Pawn Stars [Season 4] Episode 76 720p HDTV x264 | Jladasmingas Yesterday, 09:35 PM |
| Mike and Molly [Season 2] Episode 15 hdtv xvid | Jladasmingas Yesterday, 09:20 PM |
| Being Human US [Season 2] Episode 05 HDTV XviD | Jladasmingas Yesterday, 09:07 PM |
| Little Mosque on the Prairie [Season 6] Episode 08 HDTV XviD | Jladasmingas Yesterday |
| Alcatraz [Season 1] Episode 06 HDTV XviD | Jladasmingas Yesterday, 09:10 PM |
| WWE Raw 02 13 12 DSR XviD-XWT | mario84 Yesterday, 09:17 PM |
| WWE Monday Night RAW 2012 02 13 720p HDTV x264-KYR | mario84 Yesterday, 09:15 PM |
| Pretty Little Liars [Season 2] Episode 20 HDTV XviD | Jladasmingas Yesterday, 09:14 PM |
| WWE Monday Night RAW 2012 02 13 480p HDTV x264-mSD | mario84 Yesterday, 09:13 PM |
| The Lying Game [Season 1] Episode 17 HDTV XviD | Jladasmingas Yesterday, 09:11 PM |
| Hart of Dixie [Season 1] Episode 14 HDTV XviD | Jladasmingas Yesterday |
| Who Do You Think You Are US S03E01 Martin Sheen 720p HDTV X264-QCF | mario84 Yesterday, 09:05 PM |
| 2 Broke Girls [Season 1] Episode 16 720p HDTV X264 | Jladasmingas Yesterday, 09:02 PM |
| Who Do You Think You Are US S03E01 Martin Sheen 480p HDTV x264-mSD | mario84 Yesterday, 09:02 PM |
| 2 Broke Girls [Season 1] Episode 16 HDTV XviD | Jladasmingas Yesterday, 08:59 PM |
| Hawaii Five-0 [Season 2] Episode 16 720p HDTV X264 | Jladasmingas Yesterday, 08:50 PM |
| Hawaii Five-0 [Season 2] Episode 16 HDTV XviD | Jladasmingas Yesterday, 08:52 PM |
| Two and a Half Men S09E16 HDTV XviD-LOL | mario84 Yesterday, 08:51 PM |
| Two and a Half Men [Season 9] Episode 16 HDTV XviD | Jladasmingas Yesterday, 08:49 PM |
| Two and a Half Men S09E16 720p HDTV X264-DIMENSION | mario84 Yesterday, 08:46 PM |

McGrhill-Warez

Home | About Us | DMCA | KatzPorn | Latest Download | Porn SiteRip | Sitemap    GO

## Emmanuelle Private Collection The Art of Ecstasy (2006) SATRip

FEB 14 • Posted by *Phaze Friend* in *Softcore Movies* | 4 views



**Emmanuelle Private Collection: The Art of Ecstasy**
Year: 2006
Genre: Erotic
Directed by: Yamie Philippi
Cast: Natasha Vermeer, Cyrus Tsantrell, Danny Pape, Lola, Ava Lax, Molly Greene
Read the rest of this entry »

Emmanuelle Private Collection

## Footloose (2011) DVDRip XviD AC3 – MRX

FEB 14 • Posted by *Phaze Friend* in *Movies* | 6 views



Footloose (2011)
DVDRip | AVI | English | 1h 48 min | 720x304 | XviD – 1678 kbps | AC3 – 448 kbps | 1.27 GB
Genre: Comedy | Drama | Music
Read the rest of this entry »

Footloose

## Underworld Awakening (2012) R5 XVID–WBZ

FEB 14 • Posted by *Phaze Friend* in *Movies* | 9 views





### CATEGORIES
- Apps
- Console Games
- eBooks
- Games
- Movies
- Music
- Other
- Softcore Movies
- TV Shows

### AFFILIATES
- One Link FileSonic Movies
- Full Download
- **BananaShare**
- Free PornDDL
- Infinite Warez
- CafeDDL
- **DownBox.me**



EXTABIT PREMIUM
DOWNLOAD REALLY FAST
NO LIMITS!
TRY NOW!

EXTABIT



**Underworld Awakening (2012) R5 XViD-WBZ**
Language: English
AVI | XviD 1154 Kbps | 656 x 272 25fps | MP3 128 Kbps | 1h 25mn | 702 MB
Genre: Action | Fantasy | Horror
Read the rest of this entry »

Tags: Underworld Awakening

## Emmanuelle Concealed Fantasy (1994) SATRip

14    Posted by Phaze Friend in Softcore Movies | 6 views



**Emmanuelle Concealed Fantasy**
Year: 1994
Genre: Erotic
Directed by: Kevin Alber
Cast: Krista Allen, Paul Michael Robinson, Tiendra Demian, Lira Angel, David Armstrong, Debra K. Beatty, Hu Beaumont, Jennifer Behr, Daneen Boone, Jonathan Breck, Jennifer Burton, Deena Casiano, Chanda, David Y. Chan, Reginald Chevalier, Priscilla Choi, Angela Cornell.
Read the rest of this entry »

Tags: Emmanuelle Concealed Fantasy

## The Bachelor Party Girl (2002) TVRip

14    Posted by Phaze Friend in Softcore Movies | 8 views



Original title: The Bachelor Party Girl
Year: 2002
Genre: Erotic
Directed by: James Avalon
Cast: Ann Marie, April, Evan Stone, Faith Adams, Holly Hollywood, Joel Lawrence, Noname Jane, Rafe, Sunrise Adams
Read the rest of this entry »

*٦. The Bachelor Party Girl

## Sleeping Beauty (2011) LIMITED 480p BRRip XviD AC3-NYDIC

**FEB 14** *Posted by Phaze Friend in Movies | 7 views*



Sleeping Beauty (2011) LIMITED 480p BRRip XviD AC3-NYDIC
Language: English
AVI | XviD 2030 Kbps | 720 x 384 24fps | AC3 448 Kbps | 1h 44mn | 1.44 GB
Genre: Drama
Read the rest of this entry »

*٦٦: Sleeping Beauty

## War of The Arrows (2011) BRRip-aTLas

**FEB 14** *Posted by Phaze Friend in Movies | 5 views*



War of The Arrows (2011) BRRip-aTLas
Language: English
AVI | XviD 1024 Kbps | 688 x 288 24fps | MP3 112 Kbps | 2h 02mn | 895 MB

Genre: Action | History
Read the rest of this entry »

Tags: War of The Arrows

## Packed To The Rafters – S05E01

FEB 14   Posted by *Ebooks-Don* in *TV Shows* | 6 views



Name : Packed.To.The.Rafters.S05E01.WS.PDTV.XviD-FUtV
Size : 700.10 MB
Genre : Drama
Tags : XviD » PDTV » WS
Group : FUtV
Read the rest of this entry »

Tags: Genre Drama, PDTV, Turbobit free Links, WS

## Alcatraz – S01E06

FEB 14   Posted by *Ebooks-Don* in *TV Shows* | 5 views



Name : Alcatraz.S01E06.480p.HDTV.x264-mSD
Size : 169.90 MB
Genre : Action | Drama | History | Mystery | Sci-Fi | Thriller
Tags : x264 » HDTV » 480p
Group : mSD
Read the rest of this entry »

Tags: HDTV, IMG, Turbobit free Links

## Pretty Little Liars – S02E20

FEB 14   Posted by *Ebooks-Don* in *TV Shows* | 5 views





**Name :** Pretty.Little.Liars.S02E20.480p.HDTV.x264−mSD
**Size :** 160.73 MB
**Genre :** Drama | Mystery | Teens
**Tags :** x264 » HDTV » 480p
**Group :** mSD
Read the rest of this entry »

Tags: HDTV, IMC, Turbobit Free Links



Page 1 of 1,014 | **1** | 2 | 3 | 4 | 5 | 6 | 7 | ... | Next › | Last »



# Movie2Share

Portal    Diễn đàn    Có gì mới?    Movies Centre    18+ Box

Chào bạn, nếu bạn chưa có tài khoản, click vào đây để đăng ký

Search the forums:

Login:    login    go!

tìm kiếm nâng cao

🏠 Movie2Share.NET - The World of Movies

**Nghiêm cấm mọi hành vi leech link MF ra ngoài!!!**
**Thông báo chính thức về tình hình M2S hiện nay! (cập nhật 13-02-2012)**
**Lấy link download trực tiếp MediaFire**
**Những sự thật thú vị**

✕

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

» Advertisement

✕ So Mi Han Quoc

» Donate

**» Site Navigation**
» Phim Hành động
» Phim Phiêu lưu / Trinh thám
» Phim Tình cảm / Hài
» Phim Kinh dị
» Phim Giả tưởng
» Phim Hoạt hình
» Phim Bộ / Truyền hình
» Phim Tài Liệu
» Phim Online
» Low Quality Box

**» Stats**
Thành viên: 3,806
Chủ đề: 2,673
Bài viết: 11,710
Top Poster: Admin (2,584)

Chào mừng thành viên mới nhất của diễn đàn, Bầylội

**» Online Users: 87**
5 Thành viên 82 Khách viếng thăm

👤 envoy2210, 👤 Groiser, 👤 maybe227, 👤 searchlove_89, 👤 thiennoidj,

Nhiều người nhất truy cập nhất là 967, 26-10-2011 lúc 09:36 PM.

**» Search Forums**
[          ] Đến
» Tìm kiếm nâng cao

**» Tools**
Internet Download Manager
File Splitter and Joiner
K-Lite Codec Pack
WinRAR

Tower Heist (2011) 720p BluRay DD5.1 x264-DON - Siêu Trộm Nhà Chọc Trời

Feb 14, 2012 - 12:17 AM - bởi ZEX



Tower Heist (2011) 720p BluRay DD5.1 x264-DON - Siêu Trộm Nhà Chọc Trời
MKV | 5.01GB | 1h 44mn | 1280x534 | x264, CRF17, L4.1~6029kbps | English AC3 5.1 @ 640 kbps
Genre: Action / Comedy / Crime
IMDb

[Read More]

3 Trả lời | 131 Xem

Puss in Boots (2011) 720p BluRay x264-DON - Chú Mèo Đi Hia

Feb 13, 2012 - 4:02 PM - bởi ZEX



» Tháng 02 2012

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 1 | 2 | 3 |

» Popular Tags

zaudio 1970 720p 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 AC3 AMIABLE aXXo BDRip BHDF BluRay BRRG CHD CHDBits CHDTV DON DDS DON DTS DVDRip DVDSCR eD2 eDK ESR esrteen FXFM4 HDFS HDTV MVS iMAGiNE iLMED LIME NGB PROPER READNFO See THIS transformers tvUSSC SiN UNRATED vtc WAF VISIONS VK XHD X264 Xvid yến dtc

mediafire
mediafire
links
mediafire
movies



**Puss In Boots (2011) 720p BluRay x264-DON - Chú Mèo Đi Hia**
MKV | 2.92GB | 1h 30mn | 1280x544 | x264, CRF17, 14.1 ~3904kbps | English AC3 5.1 @ 640 kbps
*Genre: Adventure / Comedy / Animation*
IMDb

[Read More]

2 Trả lời | 203 Xem

A Monster In Paris (2011) 720p BluRay DTS x264-HDChina

Feb 13, 2012 - 3:23 PM - bởi Admin

**A Monster In Paris (2011) 720p BluRay DTS x264-HDChina**
MKV | France | 4.37 GB | 1h 29mn | 1280x690 | AVC @5449 kbps | DTS @1510 kbps
*Genre: Adventure / Comedy / Animation*
IMDb

[Read More]

4 Trả lời | 287 Xem

Tower Heist (2011) m-D Bluray DD5.1 x264-EPiK - Siêu Trộm Nhà Chọc Trời

Feb 12, 2012 - 10:44 AM - bởi Admin



**NOVEMBER**

**Tower Heist (2011) mHD Bluray DD5.1 x264-EPiK - Siêu Trộm Nhà Chọc Trời**
MKV | USA | 2.36 GiB | 1h 44mn | 1280x534 | AVC @2743 Kbps | AC-3 @448 Kbps
*Genre: Action / Comedy / Crime*
IMDb

[Read More]

**4 Trả lời | 493 Xem**

---

**The 33D Invader (2011) 720p BluRay AC3 x264-EbP [18+]**

Feb 12, 2012 - 9:56 AM - bởi Admin



**The 33D Invader (2011) 720p BluRay AC3 x264-EbP[18+]**
MKV | China | 2.68 GiB | 1h 22mn | 1280x544 | AVC @3932 Kbps | AC-3 @540 Kbps
*Genre: Sci-Fi*
IMDb

[Read More]

**1 Trả lời | 989 Xem**

---

**Puss In Boots (2011) mHD BluRay DD5.1 x264-EPiK - Chú Mèo Đi Hia**

Feb 12, 2012 - 9:38 AM - bởi Admin



**Puss In Boots (2011) mHD BluRay DD5.1 x264-EPiK – Chú Mèo Đi Hia**
MKV | USA | Sub: Viet | 1.55 GiB | 1h 30mn | 1280x544 | AVC @1955 Kbps | AC-3 @448 Kbps
*Genre: Adventure / Comedy / Animation*
IMDb

[Read More]

**4 Trả lời | 527 Xem**

The Three Musketeers (2011) 720p BluRay DTS x264-hP – Ba Chàng Lính Ngự Lâm

Feb 11, 2012 - 11:36 PM - bởi ZEX



**The Three Musketeers (2011) 720p BluRay DTS x264-EbP – Ba Chàng Lính Ngự Lâm**
MKV | 4.91 GiB | 1h 50mn | 1280x544 | x264, CRF, L4.1 ~4692 kbps | English DTS 5.1 @ 1510 kbps | English AAC 2.0 @ q=0.25 [Commentary]
*Genre: Action / Adventure / Romance*
IMDb

[Read More]

**0 Trả lời | 442 Xem**

In Time (2011) 720p BluRay DD5.1 x264-DON – Thời Khắc Sinh Tử

Feb 11, 2012 - 11:25 PM - bởi ZEX



**In Time (2011) 720p BluRay DD5.1 x264-DON – Thời Khắc Sinh Tử**
MKV | 4.36GiB | 1h 49mn | 1280x544 | x264, 2pass, L4.1 ~5075kbps | English AC3 5.1 @ 640 kbps
*Genre: Action / Thriller / Sci-Fi*
IMDb

[Read More]

1 Trả lời | 403 Xem

**White Vengeance (2011) mHD BluRay DD5.1 x264-EPiK - Hồng Môn Yến**

Feb 11, 2012 - 1:21 PM - bởi ZEX



**White Vengeance (2011) mHD BluRay DD5.1 x264-EPiK - Hồng Môn Yến**
MKV | 2.24 GiB | 2h 17mn | 1280x544 | x264, CRF, L4.1 (0XVA) ~1835 Kbps | Mandarin DD 5.1 @ 448 Kbps (libav)
*Genre: Action / Adventure / Romance*
IMDb

[Read More]

6 Trả lời | 523 Xem

**The Twilight Saga Breaking Dawn Part 1 (2011) 720p BluRay DD5.1 x264-DON - Hừng Đông**

Feb 11, 2012 - 10:18 AM - bởi ZEX



**The Twilight Saga Breaking Dawn Part 1 (2011) 720p BluRay DD5.1 x264-DON - Hừng Đông**
MKV | 5.73GB | 1h 57mn | 1280x534 | x264, CRF16.8, L4.1 ~6168kbps | English AC3 5.1 @ 640 kbps | Commentary with director Bill Condon AAC
2.0 q=0.3 @ 75kbps
*Genre: Adventure / Drama / Fantasy*
IMDb

[Read More]

9 Trả lời | 577 Xem

Powered by vBadvanced CMPS v4.0.0

Liên kết: download driver laptop | Đại Học Y Hà Nội ; Sơ Mi Hàn Quốc | Dây chuyền mặt chữ ; Xây dựng thương hiệu
MediaFire | NicePhim.Com | KhoTaiLieu.Vn | Diễn Đàn TOICHIASE.NET | Mái Hạnh Phúc | Free Flash Games ; xem phim online chat luong cao | Fresh games | Tin tuc nha dat | Web rao vặt | Vn-MegaFun.Net

– HighlightGreen   – Tiếng Việt

Liên lạc với chúng tôi    Movie2Share.NET   The World of Movies    Lên trên

Movie2Share



# Movie MegaStore Blog | Megaupload and rapidshare movie store

Home Movie List Report Abuse Disclaimer Mail RSS

A A+ A++ Toggle posts

Feb/12 14

## VA – Double Accordeon (2002)

0 Comments | Posted by *garryklory* in 1958

VA – Double Accordeon (2002)

(more...)

Double Accordeon

Feb/12 14

## Microsoft Office For Mac Standard (2011) XiSO NO ACTIVATION

0 Comments | Posted by *garryklory* in 1967

Microsoft Office For Mac Standard (2011) XiSO NO ACTIVATION

(more...)

Office For Mac Standard

Feb/12 14

## Pawn Stars S04E75 Bear-ly There HDTV XviD-LMAO

0 Comments | Posted by *garryklory* in 1967

Search... Go

### Categories

1903
1911
1916
1918
1922
1924
1926
1927
1928
1930
1931
1932
1933
1934
1935
1936
1937
1938
1939
1940
1941
1942
1943
1944
1945
1946
1947
1948
1949
1950
1951
1952
1953
1954
1955
1956
1957
1958
1959
1960
1961
1962
1963
1964
1965
1966
1967
1968
1969

(more…)

› Stars S04E75 Bearly There HDTV XvDLMAO

**Feb/12**
## 14  3D Models Volume Kitchen Appliances ÷ – Reupload

0 Comments | Posted by garrykfony in 1990



Models Volume Kitchen Appliances, Reupload

**Feb/12**
## 14  3D Models Volume Kitchen Appliances ÷ – Reupload

0 Comments | Posted by garrykfony in 1998



(more…)

Models Volume Kitchen Appliances, Reupload

1970
1971
1972
1973
1974
1975
1976
1977
1978
1979
1980
1981
1982
1983
1984
1985
1986
1987
1988
1989
1990
1991
1992
1993
1994
1995
1996
1997
1998
1999
2000
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
Doc
EBooks
Forum
Games
Graphics
Magazines
Models
Movies
Music
PhotoShop
Software
Tutorials
TV Show
Uncategorized
Vectors
Wallpapers

**Popular Posts**

A Dirty Western (1975)
3093 view(s)

I Like to Play Games (199...
2347 view(s)

Las edades de Lulú (1990)...
3288 view(s)
Swingers (2002)
1557 view(s)
Scorpio Nights 2 (1999)
1824 view(s)
Lajanje na zvezde (1998)
1771 view(s)
Private Lessons (1981)
1745 view(s)
Atóljyen (2005)
1716 view(s)
Hot Bubblegum (1981)
1624 view(s)
Barbed Wire Dolls (1975)
1639 view(s)

**Popular Searches**

xxx adult movie adirty western

las edades de lulu

lajanje na zvezde download

I Like to Play Games (1995)

scorpio nights 1

hot bubblegum

barbed wire dolls

within the woods 1978 movie

megavideo swinger 2001

"Mazurka på sengekanten" rapidshare

The Brave Little Toaster Goes to Mars free download

A Bell for Adano (1945) rapidshare

Pretty Baby (1978)

maladolescenza

Rektor på sengekanten

**Friends:**



Feb/12
13
**Turbo Jam Get on the Ball: Kickin Core & Total Body Blast**
0 Comments | Posted by garrykfony in 2007

(more...)

Ball Kickin Core, Jam Get

Feb/12
13
**Blood Creek 2009 DVDrip Xvid-SiNNERS**
0 Comments | Posted by garrykfony in 1922

(more...)

Creek

Feb/12
13
**New Photoshop Action 2012 pack 292**
0 Comments | Posted by garrykfony in 1944





(more...)

Photoshop Action

Feb/12
13
**Lynda.com – Cinema 4D R13 New Features**

0 Comments | Posted by garryklony in 1991



(more...)

Cinema R13 New Features

Feb/12
13
**The Rum Diary (2011) m640p BluRay x264_GubrakZ**

0 Comments | Posted by garryklony in 1983



(more...)

Bluray, Rum Diary

Older posts >>



**Find it!**

Search...   [Go]

**Tag Cloud**

Apartment Bureau Art BDRip **Bluray**

BluRay AC3 **BRRip** Build Chronicles
Cinema Colbert Report DVDRip XviD
DVDRip XviDaAF **DVDRip** XviDDMZ
Elements February Ferguson For
Geographic **HDTV** HDTV
X264DIMENSION HDTV
XviDMOMENTUM House
**Introduction** July Lincoln Lawyer
**Magazine** Master Classes **Max** May
**Maya** Multilingual November Pack
**Photoshop Portable Pro**
Professional READ NFOTHETA **School**
Studio Superman Three Musketeers Tutors
Vectors Vol

**Archives**

February 2012
January 2012
December 2011
November 2011
October 2011
September 2011
August 2011
July 2011
June 2011
May 2011
April 2011
March 2011

To top

–::SUkhPAL::–--

Bollywood Pre Release Pdvd Cam



Online watch Hindi,dubbed,Hollywood,Hindi,Punjabi Movies on >>http://Movies247.mobie.in<< Powered by Sukhvir singh

---

**Latest Updated**

---



Hollywood Added >> The Karate Kid <<Hollywood Added >> Anglena jolie SALT <<Dubbed Movies >> Tom Cruise Knight and day<<Blue-rav Dual Audio Added >> The A-team <<

---

**Select Categories**

---

Dubbed Movies

---

Hollywood Movies

---

Hindi Movies

Punjabi Movies

Upcoming Movies

---

**Genre**

---

Action

Adventure

Sci-Fi

Horror

Crime

Comedy

---

**Useful Sites**

---

Sakohpuria.wapath.com [ Music , Videos , Airtel Tricks ]

Sadapunjab.wapath.com

---

**Movies247**

---



**2010 Latest Movies**
Predators 2010 Hollywood Movie Watch Online

---

Free JavaScript provided
by [url]









continue reading

Leave a Comment League Read more →

Feb 13 **A Monster In Paris 2011 BRRIP CAM AUDIO READNFO XVID – INSPIRAL**

Horror

continue reading

Leave a Comment Monster In Paris Read more →

Feb 13 **Cherry Lane Music – Beginning Blues Guitar – Rhythm And Solos – DVD (2009)**

Comedy

Cherry Lane Music – Beginning Blues Guitar – Rhythm And Solos – DVD (2009)

continue reading

Leave a Comment Beginning Blues Guitar, Lane Music Read more →

Feb 13 **Choplifter HD (Update 1)- (2012/ENG/RePack by Tirael4**

Tutorials

continue reading...

Leave a Comment HD Read more →

Feb 13 **Fists of Fury (1971) 720p XviD AC3-CrEwSaDe**

Leave a Comment   Fury, DVD ACCdrEwBaDe                    Read more →

Older Entries ›

# Movies and TV Series Bucket

**Tuesday, May 3, 2011**



**I Am Number Four (2011) PPVRIP**

Alex Pettyfer, Timothy Olyphant
Format: AVI
Size: 1310 MB
Running Time: 1:49:10
Links:
http://www.filesonic.com/file/110196544 I Am Number Four (2011) PPVRIP part1.rar
http://www.filesonic.com/file/110360771 I Am Number Four (2011) PPVRIP part2.rar
http://www.filesonic.com/file/110322171 I Am Number Four (2011) PPVRIP part3.rar
http://www.filesonic.com/file/110196544 I Am Number Four (2011) PPVRIP part4.rar
Pass: moviebucket

Posted by Peter Bauer at 12:00 PM
Recommend this on Google
Labels: action, alex pettyfer, movie, scifi, thriller, timothy olyphant

**Monday, May 2, 2011**



**Battle: Los Angeles (2011)**

Aaron Eckhart, Michelle Rodriguez
Format: AVI
Size: 1490 MB
Running Time: 1:51:22
Links:
http://www.filesonic.com/file/100040024 Battle Los Angeles  2011  part1.rar
http://www.filesonic.com/file/104473074 Battle Los Angeles  2011  part2.rar
http://www.filesonic.com/file/104792774 Battle Los Angeles  2011  part3.rar
http://www.filesonic.com/file/100040024 Battle Los Angeles  2011  part4.rar
Pass: moviebucket

Posted by Peter Bauer at 12:00 PM
Recommend this on Google
Labels: aaron eckhart, action, michelle rodriguez, movie, scifi, thriller

**Sunday, May 1, 2011**



**The Walking Dead (S1-E06) - TS-19**

## Blog Archive

▼ (10)
▼ (3)

► (9)
► (10)

## Followers

Join this site

Members (3)

735 Visitors

Get a FileSonic Premium
Account

Get a Hotfile Premium
Account

Format: AVI
Size: 349 MB
Duration: 0:45:19
Links:
http://www.filesonic.com/file/724203204/1-06TWD.rar
Pass: tvbucket

Posted by Peter Bauer at 12:00 PM
Recommend this on Google
Labels: drama, horror, TV series

Saturday, April 30, 2011



The Walking Dead (S1-E05) - Wildfire

Format: AVI
Size: 349 MB
Duration: 0:45:02
Links:
http://www.filesonic.com/file/723330204/1-05TWD.rar
Pass: tvbucket

Posted by Peter Bauer at 12:00 PM
Recommend this on Google
Labels: drama, horror, TV series

Friday, April 29, 2011



The Walking Dead (S1-E04) - Vatos

Format: AVI
Size: 349 MB
Duration: 0:44:46
Links:
http://www.filesonic.com/file/716013204/1-04TWD.rar
Pass: tvbucket

Posted by Peter Bauer at 12:00 PM
Recommend this on Google
Labels: drama, horror, TV series

Thursday, April 28, 2011



The Walking Dead (S1-E03) - Tell It To The Frogs

Format: AVI
Size: 349 MB
Duration: 0:45:00
Links:
http://www.filesonic.com/file/2028364-1-02TVD/tbr
Pass: tvbucket

Posted by Peter Bauer at 12:00 PM

Labels: drama, horror, TV series

Wednesday, April 27, 2011

### The Walking Dead (S1-E02) - Guts



Format: AVI
Size: 349 MB
Duration: 0:44:38
Links:
http://www.filesonic.com/file/6387970241-02TVD/tar
Pass: tvbucket

Posted by Peter Bauer at 12:00 PM

Labels: drama, horror, TV series

Tuesday, April 26, 2011

### The Walking Dead (Pilot Episode)- Days Gone Bye



Format: AVI
Size: 549 MB
Duration: 1:06:29
Links:
http://www.filesonic.com/file/3230933341-01TVD/pwhf.avi
http://www.filesonic.com/file/2283647741-01TVD/zadd.rar
Pass: tvbucket

Posted by Peter Bauer at 12:00 PM

Labels: drama, horror, TV series

Monday, April 11, 2011

### The Adjustment Bureau (2011) TS





Matt Damon, Emily Blunt, Terence Stamp
Format: AVI
Size: 1289 MB
Running Time: 1:34:40
Links:
http://www.filesonic.com/file/1477375/1 The Adjustment Bureau (2011).tv part1.rar
http://www.filesonic.com/file/2358601754 The Adjustment Bureau (2011).TS.part2.rar
http://www.filesonic.com/file/371203511 The Adjustment Bureau (2011).TS.part3.rar
http://www.filesonic.com/file/6137601754 The Adjustment Bureau (2011).TS.part4.rar
Pass: moviebucket

Posted by Peter Bauer at 6:00 PM

Recommend this on Google

Labels: emily blunt, matt damon, movie, romance, scifi, terence stamp, thriller

Sunday, April 10, 2011

## Season of the Witch (2011)

Nicholas Cage, Ron Perlman, Christopher Lee
Format: AVI
Size: 1489 MB
Running Time: 1:34:37
Links:
http://www.filesonic.com/file/3071653511 Season of the Witch (2011).v.part1.rar
http://www.filesonic.com/file/2583028511 Season of the Witch (2011).part2.rar
http://www.filesonic.com/file/3334591023 Season of the Witch (2011).part3.rar
http://www.filesonic.com/file/3974792311 Season of the Witch (2011).part4.rar
Pass: moviebucket

Posted by Peter Bauer at 6:00 PM

Recommend this on Google

Labels: action, adventure, christopher lee, fantasy, movie, nicholas cage, ron perlman

Subscribe to:

Powered by







Be the best warrior [Blood and battle! In a world in which the best warriors step out of the catacombs and out into the sun to decide their destiny.] Create a Website

Welcome Guest

Wednesday 2.12.2012, 7:02 AM

# Pirate Warez

Main Registration Login RSS

[ New messages · Members · Forum rules · Search · RSS ]

Page 1 of 1 1 Reply New Topic New Poll

Forum » Entertainment » Movies » **Transformers 3. Dark of the Moon (2011) TS** (new super action)

**Transformers 3. Dark of the Moon (2011) TS**

kniaz

Private

Group: Users
Messages: 8
Awards: 0
Reputation: 0
Status: Offline

Date: Thursday, 2011-07-14, 2:26 PM | Message # 1

Title: Transformers 3 2011
Genre: Action, Adventure, Sci-Fi
Directors: Michael Bay
Staring: Shia LaBeouf, Josh Duhamel, John Turturro, Tyrese Gibson, Rosie Huntington-Whiteley...
Runtime: 157 Mins
Release Date: 29 June 2011
Languages: English
Countries: USA
Video: 701 Kbps (MPEG-4 Visual) – 624×272 (WxH) – AR: 2.500 – FPS: 23.976
Audio: MP3 @ 64.0 Kbps (Constant) – 2 channels – 44.1 KHz – Joint stereo
Release name: Transformers Dark of the Moon 2011 TS XVID – DJ
Release group: DJ
Size: 844 MB

**Synopsis** : The **Autobots** find out of a **Cybertronian** space vehicle shrouded on the Moon. Then they race against the **Decepticons** to get to it and to take its mysteries.

DOWNLOAD

Code

FileSonic
http://www.filesonic.com/file/1381274951/Transformers 3 TS x264.mkv

PROFILE

Forum » Entertainment » Movies » **Transformers 3. Dark of the Moon (2011) TS** (new super action)

Page 1 of 1 1 Movies OK

Quick login form Search: keyword OK

tinypic™
THIS IMAGE OR VIDEO HAS BEEN MOVED OR DELETED

Download

100% FREE DOWNLOADS

tinypic™ tinypic™

Download Warez

THIS IMAGE OR VIDEO HAS BEEN MOVED OR DELETED

*Free Downloads*

THIS IMAGE OR VIDEO HAS BEEN MOVED OR DELETED

tinypic™ THIS IMAGE OR VIDEO HAS BEEN MOVED OR DELETED

tinypic™ THIS IMAGE OR VIDEO HAS BEEN MOVED OR DELETED

tinypic™ THIS IMAGE OR VIDEO HAS BEEN MOVED OR DELETED

tinypic™ THIS IMAGE OR VIDEO HAS BEEN MOVED OR DELETED

tinypic™ THIS IMAGE OR VIDEO HAS BEEN MOVED OR DELETED

tinypic™ THIS IMAGE OR VIDEO HAS BEEN MOVED OR DELETED

tinypic™ THIS IMAGE OR VIDEO HAS BEEN MOVED OR DELETED

katz DOWNLOADS

Download Serial

DDL2 DDLSpot Undernation InfiniteWarez DownloadWarez

Xenu NexusDDL DirtyWarez Cday-Warez AtomicWarez

Full Downloads

Auto Submitter

More Warez...

Full download Rapidshare downloads

PLEASE! Help Support Our Site!





**Cold.Case.S07E17**

Make A Mobile App!
Create web-based mobile apps for iPhone and Android

How.to.Make.It.in.America.S01E06

Breaking.Bad.S03E01

Desperate.Housewives.S06E18

Family.Guy.S08E14.PROPER

The.Cleveland.Show.S03E15.PROPER

Get Widget

| No | Interchangeable |



Followers                    Software



Labels
Subscsription

**How.to.Make.It.in.America.S01E06**

| Single extraction | No pass | Interchangeable |

Labels
Subscription

**Breaking.Bad.S03E01**





| Single extraction | No pass | Interchangeable |

Label: Subheaven7.et
Posted by Subheaven7.et

## Desperate.Housewives.S06E18



| Single extraction | No pass | Interchangeable |

Label: Subheaven7.et
Posted by Subheaven7.et

## Family.Guy.S08E14.PROPER



| Single extraction | No pass | Interchangeable |

Labels:
Posted by Subseven7 at:

## The.Cleveland.Show.S01E15.PROPER

| Single extraction | No pass | Interchangeable |

Labels:
Posted by Subseven7 at:

## The.Simpsons.S21E15



| Single extraction | No pass | Interchangeable |

Labels:
Posted by Subseven7 at:

## Til.Death.S04E20 - S04E21



| Single extraction | No pass | Interchangeable |

| Single extraction | No pass | Interchangeable |

Labels

Posted by Subversion at

## Legend.of.the.Seeker.S02E14



| Single extraction | No pass | Interchangeable |

Labels

Posted by Subversion at

## Spartacus.Blood.and.Sand.S01E09

| Single extraction | No pass | Interchangeable |

Labels.

Posted on September 7, 20

## NCIS.S07E18.PROPER





tvseries-download.blogspot.com

| Single extraction | No pass | Interchangeable |

Labels.

Posted on September 7, 20

## Caprica.S01E08

| Single extraction | No pass | Interchangeable |

Labels:
Posted by Subseven7 at

## The.Bridge.S01E03

| Single extraction | No pass | Interchangeable |

Labels:
Posted by Subseven7 at

## The.Ricky.Gervais.Show.S01E05

| Single extraction | No pass | Interchangeable |

Labels:
Posted by Subseven7 at

## 90210.S02E14.PROPER



| Single extraction | No pass | Interchangeable |