

http://www.imdb.com/title/tt011(...)
Read more »

Read more »

### The.Good.The.Ba
### NDED.720p.B luR
*Posted by sosserve on 7:56 AM*

The.Good.The.Bad.And.The.U
Format : mkv  Runtime : 179
Western Video : 1280*544 | x2
| DTS 5.1 | 1500 kbps (SELEC
English,  Russian  Rating
http://www.imdb.com/title/tt006D
Read more »

Read more »

### The Godfather Pa
*Posted by sosserve on 7:51 AM*

Read more »

### The Godfather Pa
*Posted by sosserve on 7:46 AM*

Read more »

### The.Shawshank.I
### ay.x264-SiNNERS
*Posted by sosserve on 7:?5 AM*

The Shawshank Redemption t
mkvRuntime :  142  minDirecto
1280*720 | x264 | 5946 kbpsA
SlcRating . 9.2/10 (547,487 vot
Read more »

Read more »

### Antropophagus 1
*Posted by sosserve on 12:42 AM*



Read more »

### City Of God 2002



Posted by eccserve on 12:43 AM

Read more »

**WEDNESDAY, SE**

## Megas XLR Comp

Posted by eccserve on 11:57 PM

Read more »

## The Matrix (1999)

Posted by eccserve on 11:57 PM

**Read more »**

Read more »

Pages 4   1   2   3   4   »

Theme Designs | Blogger Beta by Elicensiva - www.itthemes1.com

# Free Movies







Karak (2011) (Malay) DVDRip
MKV 250 MB

of the Dragon [2010] DVDrip
300MB MKV

Shaitan 2011 DVDRip 400MB
MKV | Hindi Movie






Bloodlust Zombies (2011)
DVDscr 300MB MKV

Beginning Of The Great
Revival [2011] DVDscr 650MB

Eaters-Rise of the Dead [2011]
DVDrip

Super 8 (2011) Cam V2 375MB
MKV

Pages 2   1 [2] »



The webpage cannot be found

## DOWNLOAD 300 MB MOVIES

Just another WordPress site

×

Skip to content

- Home
- Sample Page

## American Pie 8 – Hole In One (2010/MKV/300MB)

Posted on May 25, 2011 by admin





Continue reading →

Posted in Comedy, Parody, Romance, Teens | Tagged american pie, american pie 8, hole in one | Leave a comment

- Search for: [＿＿＿＿＿] Search

  - **Recent Posts**
    - American Pie 8 – Hole In One (2010/MKV/300MB)

  - **Recent Comments**

  - **Archives**
    - May 2011

  - **Categories**
    - Comedy
    - Parody
    - Romance
    - Teens

  - **Meta**
    - Log in
    - Entries RSS
    - Comments RSS
    - WordPress.org

DOWNLOAD 300 MB MOVIES
Proudly powered by WordPress



**New Movies Downloads**



DEC 15, 2009

□ **Paranormal Activity LIMITED DVDRip XviD-JUMANJi**



Genre: Horror
Rating: 7.0/10 ( 28,662 votes)
Directed by: Oren Peli
Starring: Katie Featherstone, Micah Sloat

Release Name: Paranormal.Activity.LIMITED.DVDRip.XviD-JUMANJI
Size: 700 MB
Video: XVID, 592×320, 23 frm/s, 700 kbit/s
Audio: AC3, 448 kbit/s, 5 Channels
Runtime: 97min
Filename: jmnj-pa

Read more!

Posted by just me  at 1:06:00 PM         0 comments
                        Labels: Movies - 2009, Movies - DVDRip

□ **Tell-Tale 2009 DVDRip XVID-ReenCoTRIN**

HANNIBAL AND AMERICAN GANGSTER

LUCAS
COX
HEADLEY

Genre: Drama | Horror | Sci-Fi | Thriller
IMDB rating: 6.3/10 (55 votes)
Directed by: Michael Cuesta
Starring: Josh Lucas, Lena Headey, Brian Cox, Dallas Roberts

Release Name: Tell.Tale.2009.DVDRip.XVID-ReenCoTRIN
Size: 714.18 mb
Quality: 640 x 272, English mp3 161kbps
Runtime: 89 minutes
Filename: reencitrin-tt



Search This Blog

[                    ] [ Search ]

☒ Host 1Plus Hosting

**Categories**

Movies - 2009 (1)
Movies - 2009 (20)
Movies - BDRip (1)
Movies - BRRip (2)
Movies - DVDRip (11)
Movies - RS (2)
Movies - TS (3)

Your Ad Here

FLV Downloads
Auto Submitter
[ New Warez          ▼ ]

Read more!

Posted by just me  at 12:57:00 PM      0 comments
Labels: Movies - 2009, Movies - DVDRip

AUG 9, 2009

## Ice Age 3 Dawn Of The Dinosaurs (2009) R5 AC3-VISION



imdb info

Genre: Comedy | Family
Directed by: Carlos Saldanha, Mike Thurmeier (co-director)
Starring: Ray Romano, John Leguizamo, Denis Leary, Drea de Matteo
Size: 1.09 GB
Video: XViD, 672x368, 25 fmm/s, 855.024 kbit/s
Audio: MP3, 48000 Hz, 1280 kbit/s, Stereo
Runtime: 90 mins

Read more!

Posted by just me  at 8:53:00 AM      0 comments
Labels: Movies - 2009, Movies - R5

JUL 23, 2009

## Visioneers (2008) DVDRip XviD-VH-PROD

imdb info

Genre: Comedy
Directed by: Jared Drake
Starring: Zach Galifianakis, Judy Greer, Missi Pyle, James LeGros,
Matthew Glave
Video: XviD @ ~897 Kbps - 576x304px (VXxH) - AR: 1.895 - FPS:
23.976 fps
Audio: MP3 @ 129 Kbps (Variable) - 2 channels
Runtime: Release - 94 mins

Read more!

Posted by just me  at 2:56:00 AM      0 comments
Labels: Movies - 2008, Movies - DVDRip

## Green Lantern First Flight (2009) STV DVDRiP XviD-DVSKY



imdb info

Genre: Animation | Action | Fantasy | Sci-Fi
Directed by: Lauren Montgomery
Starring: Christopher Meloni, Victor Garber, Tricia Helfer, Michael Madsen, John Larroquette
Audio Quality: MP3 VBR 123kbps
Video Quality: XviD 23.976fps 624×352 1127kbps
Runtime: Release - 77 mins | Official - 77 mins

Read more!

Posted by just me at 2:13:00 AM                    0 comments
                              Labels: Movies - 2009, Movies - DVDRip

JUL 21, 2009

☆ The Soloist (2009) 720p BRRip XviD AC3-VISION

```
FILE NOT FOUND

SORRY :-(


PIC.LEECH.IT
FREE IMAGE HOSTING
```

imdb info

Runtime: 117 Minutes
Genre: Drama | Biography | Music
Size: 2.40 GB
Source: 720p
Resolution: 720 x 304
Video: XviD @ 2472 Kbps
Audio: AC3 6 Channels @ 448 Kbps

Read more!

Posted by just me at 5:54:00 AM                    0 comments
                              Labels: Movies - 2009, Movies - BRRip

☆ Race To Witch Mountain (2009) BRRip XviD AC3-VISION





imdb info

**Genre:** Comedy | Adventure | Fantasy | Sci-Fi | Thriller
**Directed by:** Andy Fickman
**Starring:** Dwayne Johnson, AnnaSophia Robb, Alexander Ludwig, Carla Gugino
**Resolution:** 720x304
**Video:** XviD @ 1750 Kbps
**Audio:** AC3 6 Channels @ 448 Kbps
**Size:** 1.52 GB
**Runtime:** 98 minutes

Read more!

Posted by Just me at 4:27:00 AM                    0 comments
                                    Labels: Movies - 2009, Movies - DVDRip

                    Home                              Older Posts

Subscribe to: Posts (Atom)

X Download          WarezLinkers

Free Download

Internet Explorer cannot display the webpage

© 2009 download-movies-4free blogspot.com | Powered by Blogger.com







[redacted]

_best_prom_ever.avi.html

Episode 21 - http://hotfile.com/dl/25675604/410162e/121_-_milk.avi.html

Episode 22 - http://hotfile.com/dl/25922576/f94a3ec/122_-_come_on.avi.html

*Posted by oldshows at 4:09 PM 0 comments*
*Labels: How I met your mother season 1 direct download hotfile*

Welcome!

I will be posting links to download old tv shows, so if you are looking for early seasons of How I met Your Mother, The Big Bang Theory, Everybody Loves Raymond, Two and a Half Men, Hells Kitchen, Top Chef, The Amazing Race, The Apprentice and other TV shows ( and soon anime), check back here frequently!

*Posted by oldshows at 4:06 PM 0 comments*

Home

Subscribe to: Posts (Atom)

SanDisk
New $32.94
Best $26.96

Amazon Digital Ser...
New $85.00
Best $80.99

Amazon Digital Ser...
New $75.00
Best $70.00

Fodink (US)
New $14.99
Best $2.00

**Blog Archive**

▼ 2010 (2)
▼ January (2)
How I Met Your Mother
Welcome!

AdChoices

**$4.95 Domain Names**
Special Offer: Domains Only $4.95. By the Original Domain Registrar!

**Top 10 Cloud Hosting**
2012 Top 10 Cloud Hosting Providers Download Free Comparison Report.

**Dedicated Server Hosting**
Exceptional Dedicated Servers 24/7/365 Support - 100% Uptime
www.ReliableServers.Com

**The Baytown Disco**
Billy Bob Thorton Eva Longoria

**Website Reseller Program**
Sell This Award Winning Website Builder Under Your Own Brand!

**Labels**

How I met your mother season 1 direct download hotfile (1)

**Followers**

Join this site
with Google Friend Connect

There are no members yet.
Be the first!

Already a member? Sign in

**Hit Counter**

get a free hit counter

**Hit Counter 2 Total**

000019

web counter

[redacted]

## eBook free library

PLAY NOW    DOWNLOAD

### Frommer's Provence and Cote d'Azur With Your Family
Posted by mance

Publisher: Frommers; 2 edition (March 22, 2011)

Great Family Trips You'll Remember Forever

As here, a travel guide for families that tells you how it realistic. See the best of everything, with expert advice from mums and dads that will give you the confidence to organise a fun and inspired trip. With Your Family has the inside knowledge for trouble-free breaks, full of memories to last a lifetime.
? Immerse yourself in lively street festivals
? See hundreds of butterflies or visit a bird hotel
? Create your own unique perfume
? Discover works by famous artists including Picasso
? Plus: the best attractions, food, drink and accommodation

? Also: lots of evocative photos and regional maps

English | 256 pages | PDF | 7,8 MB

Click here to DOWNLOAD

1 Comment — Filed under: Travel

### Extrusion-Cooking Techniques
Posted by mance

Publisher: Wiley-VCH (2011)

ISBN: 3527328882

Offering an engineering perspective plus the latest information on the application of this rapidly expanding technique, this practical book covers the technology, engineering, materials and products, as well as economic and ecological aspects. In addition to the theory, it also utilizes case studies that can easily be put into industrial practice.
Each step of the process is discussed in terms of sustainability, and all data complies with the EU and FTA environmental regulations. Invaluable reading for food chemists and technologists, process engineers, chemists in industry, agricultural scientists, and chemical engineers.

English | 234 pages | PDF | 6 MB

Click here to DOWNLOAD

0 Comments — Filed under: Cooking and Food

### Frommer's South Korea by Cecilia Hae-Jin Lee
Posted by mance

Publisher: Frommers; 2 edition (May 24, 2010)

In Frommer's South korea, you'll find out how to:

Steer away from the touristy and the inauthentic and see the real heart of South Korea.
Eat a Hanjeongsik (full-course meal) in a neighborhood cafe in Seoul, attend the Busan Film Festival, shop for the country's best fabrics (ramie fabrics) at the markets in Hansan, and hike the Seoraksan Mountains (or just buy the area's famous mushrooms and honey)
Seek out tea houses, limestone caves, Buddhist temples, hot springs, battlegrounds, and parks throughout the

- Travel South Korea like a pro with our candid advice and handy Korean-language glossary.
- Also included are accurate regional and town maps, up-to-date deals on finding the best package deals, a glossary of Korean cuisine, and an online directory that makes trip-planning a snap!

PDF | 453 pages | 13.58 Mb | English

Click here to DOWNLOAD

 1 Comment  Filed under Travel

## Digital Painting Techniques
Posted by maace



**Practical Techniques of** Digital **Art Masters (Masters Collection)**

**Publisher:** Focal Press (September 23, 2009)

Discover the tips, tricks and techniques that really work for concept artists, matte painters and animators. Compiled by the team at 3dtotal.com, Digital Painting Techniques, Volume 1 offers digital inspiration with hands-on insight and techniques from professional digital artists. More than just a gallery book - within Digital Painting Techniques each artist has written a breakdown overview, with supporting imagery of how they made their piece of work. Beginner and intermediate digital artists will be inspired by the gallery style collection of the finest examples of digital painting from world renowned digital artists. Start your mentorship into the world of digital painting today with some of the greatest digital artists in the world and delve into professional digital painting techniques, such as speed painting, custom brush creation and matte painting. Develop your digital painting skills beyond the variety of free online digital painting tutorials and apply the most up to date techniques to your digital canvas with Digital Painting Techniques for Animators.

* Mentor with some of the greatest digital artists in the world and delve into professional digital painting techniques, such as speed painting, custom brush creation and matte painting.
* Inspiration and technique in one digital painting book! Be inspired with a gallery style collection of the finest examples of digital painting from world renowned digital artists and explore the step by step tutorials that explain the digital painting techniques.
* Develop your digital painting skills beyond free digital painting tutorials and apply the most up to date techniques to your digital canvas with this complete guide to digital painting.

PDF | 289 pages | 29.0 Mb | English

Click here to DOWNLOAD

 0 Comments  Filed under: Digital Art

## Frommer's Vietnam by Sherisse Pham
Posted by maace



**Publisher:** Frommers; 3 edition (February 2, 2010)

Our author gives you all the details on the latest happenings in Vietnam, from the debuts of new boutique hotels to the downfalls of once-popular restaurants. She's scooped out the hip new places, and offers candid advice on which are really worth your time and budget.
You'll also get up-to-date coverage of attractions and nightlife; accurate walking tours; advice on planning a successful vacation; and in-depth coverage of Angkor Wat in the final Cambodia chapter.

PDF | 484 pages | 12.82 Mb | English

Click here to DOWNLOAD

 0 Comments  Filed under: Travel

## Digital Art Masters: Volume 2
Posted by maace



**Publisher:** Focal Press (August 22, 2007)
Meet some of the finest digital 2D and 3D artists working in the industry today, from Patrick Beaulieu, Philip Straub, Benita Winckler, Alessandro



Baumann and Marek Denko and see how they work. More than just a gallery book - in Digital Arts Masters each artist has written a breakdown overview, with supporting imagery of how they made their piece of work.

With Digital Arts Masters you'll understand the artists' thought process and discover the tips, tricks and techniques which really work.

**Key Features:**
" 50+ artists and 900 stunning color images show the best in today's digital art
" More than just a gallery - each artist offers insight into how their image was created
" From the team at 3Dtotal.com - cutting edge imagery and techniques

English | 64.1 MB | PDF | 291 pages

Click here to DOWNLOAD

0 Comments :: Filed under: Digital Art

## Digital Art Masters: Volume 3
Posted by mance

**Publisher:** Focal Press (July 23, 2008)

Meet some of the finest digital 2D and 3D artists working in the industry today, and discover how they create some of the most innovative art in the world. More than just a gallery book - in Digital Arts Masters each artist has written a breakdown overview, with supporting imagery of how they made their piece of work.

With Digital Arts Masters you'll understand the artists' thought process and discover the tips, tricks and techniques that really work.

**Key Features:**
" 50+ artists and 900 stunning color images show the best in today's digital art
" More than just a gallery - each artist offers insight into how their image was created
" From the team at 3Dtotal.com - cutting edge imagery and techniques

English | 75.3 MB | PDF | 289 pages

Click here to DOWNLOAD

0 Comments :: Filed under: Digital Art

Older Posts





Find us on
**Facebook**

x ExtremePirate - Free Rapidshare Filesonic Megaupload Downloads ▸ ExtremePirate Downloads ▸ English movies

Add REPLY    New TOPIC

x The Lion King (1994) BRRIP 300MB - ThePecko

Options ▾

x stefan-te            ☐ Yesterday, 06:57 AM                                                    Post #1

The Lion King (1994) BRRIP 300MB - ThePecko

Advanced Member
☐☐☐

Group: Contributor
Posts: 5,472
Joined: 28-January 11
Member No.: 191
Country ☒

**IMDB:**

CODE

http://www.imdb.com/title/tt0110357/

**Info:**

QUOTE

Title : The Lion King (1994)
Rating..............: 8.3/10
Genre...............: Animation, Adventure, Comedy, Drama, Family, Musical
Stars...............: Matthew Broderick, Jeremy Irons, James Earl Jones, Whoopi Goldberg
Director...........: Roger Allers, Rob Minkoff
Writers.............: Irene Mecchi, Jonathan Roberts
Release Date.......: 24 Jun 1994
Movie Runtime......: 1 hr 29 mins
Rated Under........: G
Uploader...........: stefan-te
Plot:
Tricked into thinking he killed his father, a guilt ridden lion cub flees into exile and abandons his identity as the future King.

**NetLoad:**

CODE

http://www.netload.in/datei012kkcNbaY/stefan-te_The_Lion_King_(1994)_BRRIP_300MB_-_ThePecko.rar.htm

**ExtaBit:**

CODE

http://extabit.com/file/28dsm2s6uy4v4/stefan-te_The_Lion_King_(1994)_BRRIP_300MB_-_ThePecko.rar

**TurboBit:**

CODE

http://turbobit.net/vsoc6zoc6qnv.html

**Uploaded:**

CODE

http://ul.to/c3lj9bu/stefan-te_The_Lion_King_(1994)_BRRIP_300MB_-_ThePecko.rar

Enjoy!

Quote    Reply

Top

• Next Oldest · English movies · Next Newest •

Enter Keywords    Search Topic

Add REPLY    New TOPIC

1 User(s) are reading this topic (1 Guests and 0 Anonymous Users)

0 Members:





# FILMS & TV SHOWS

**Archiwum bloga**

▼ 2009 (1)
  ▼ październik (1)
    House Season 6

**YOU ARE FROM**

**Live Traffic Feed**

**See your visitors in RealTime!**
Get the Free Live Traffic Feed

Get Feedjit Now!

**A visitor from Washington, District of Columbia** viewed "FILMS & TV SHOWS" [illegible]

**A visitor from Washington, District of Columbia** viewed "FILMS & TV SHOWS" 3 days 1 hour ago

**A visitor from Warsaw, Mazowieckie** viewed "FILMS & TV SHOWS" 7 months 23 days ago

**A visitor from Mountain View, California** viewed "FILMS & TV SHOWS: House Season 6" 9 months 10 days ago

**A visitor from Bydgoszcz, Kujawsko-Pomorskie** viewed "FILMS & TV SHOWS: House Season 6" 10 months 2 days ago

**A visitor from Szczecin, Zachodniopomorskie** viewed "FILMS & TV SHOWS: House Season 6" 10 months 2 days ago

**A visitor from Poland** viewed "FILMS & TV SHOWS: House Season 6" 10 months 12 days ago

**A visitor from Katowice, Slaskie** viewed "FILMS & TV SHOWS: House Season 6" 10 months 19 days ago

**A visitor from France** viewed "FILMS & TV SHOWS" 10 months 21 days ago

**A visitor from Zamosc, Mazowieckie** viewed "FILMS & TV SHOWS: House Season 6" 10 months 27 days ago

Real-time view · Menu

Get visitors to your sit
5,000,000 ad views for $49

5 PAŹ 2009

## House Season 6

House Season 6

**SEZON 6 ODCINEK 1-2 "Broken"+ dopasowane napisy PL**

http://www.storage.to/get/8fLHdCwz/House [06x01-02] Broken.rar

**SEZON 6 ODCINEK 3 "Epic Fail"+ dopasowane napisy PL**

http://www.storage.to/get/ooMOv1eZ/House 06x03 Epic Fail.rar

**SEZON 6 ODCINEK 4 "The Tyrant" + Dopasowane napisy PL**

http://hotfile.com/dl/14400879/8bcc81f/House.S06E03.HDTV.XviD-NoTV.rar.html

**House Sezon 6 Odcinek 5 "Instant Karma" + Dopasowane Napisy PL**

http://hotfile.com/dl/14872192/9b2521a/house.s06e05.hdtv.xvid-fqm.rar.html

**House Sezon 6 Odcinek 6 "Brave Heart" + Dopasowane Napisy PL**

http://hotfile.com/dl/15360979/c571ced/house.0605

## Californication Sezon 3

**Californication Sezon 3 Odcinek 1 - Wish You Were Here + Dopasowane napisy PL**

http://www.storage.to/get/ffg9wott/californication.s03e01.hdtv.xvid-fqm.rar

**Californication Sezon 3 Odcinek 2 - The Land Of Rape And Honey + Dopasowane napisy PL**

http://www.storage.to/get/5Btq6q71/Californication.S03E02.DVDSCR.XviD-FFNDVD.rar

**Californication Sezon 3 Odcinek 3 Verities & Balderdash + Dopasowane Napisy PL**

http://hotile.com/dl/14780391/3ab0994/Californication.s3e3.hdtv.xivid.rar.html

**Californication Sezon 3 Odcinek 4 "Zoso" + Dopasowane Napisy PL**

http://hotfile.com/dl/15401435/91568e9/CalifornicationS03E04.ra

r.html

**Californication Sezon 3 Odcinek 5 "Slow Happy Boys" + Dopasowane Napisy PL**

http://hotfile.com/dl/15925283/cef6547/CalifornicationS03E05.rar.html

**Californication Sezon 3 Odcinek 6 "Glass Houses" + Dopasowane Napisy PL**

http://hotfile.com/dl/16514536/36645ee/Californication.S03E06.rar.html

# Fringe / Na granicy światów - Sezon 2 (2009)



**Fringe Sezon 2 Odcinek 1 - A New Day in the Old Town**
http://www.storage.to/get/h28tcjPO/Fringe.[02x01].A New Day in the Old Town.rar
pass : rmvb

**Fringe Sezon 2 Odcinek 2 - Night of Desirable Objects**

http://www.storage.to/get/X5RGentRa/Fringe.[02x02].Night of Desirable Objects.rar
pass : rmvb

**Fringe Sezon 2 Odcinek 3 - Fracture**

http://www.storage.to/get/P0JmnkdU5/fringe.s02e03.hdtv.xvid-2hd.rar
pass : rmvb

**Fringe Sezon 2 Odcinek 4 - Momentum Deferred**

http://www.storage.to/get/JVSPzk10/fringe.s02e04.hdtv.xvid-2hd.rar
pass : rmvb

**Fringe Sezon 2 Odcinek 5 "Dream Logic"**

http://www.storage.to/get/9cgnDP0C/fringe.s02e05.hdtv.xvid-2hd.rar
pass:rmvb

## CZAS HONORU SEZON 2



**Odcinek 1 - "Krzyż Walecznych"**

http://www.storage.to/get/4pXR7qZv/Czas.Honoru.S02E01.rar

**Odcinek 2 - "Na Syberii"**

http://www.storage.to/get/Hlq3come/Czas Honoru.02E02.rar

**Odcinek 3 - "Oficer z Berlina"**
http://www.storage.to/get/NTP4U41E/Czas.Honoru.S02E03.PL.WebRip.XviD.oldER.rar

**Odcinek 4 - "Serwus, Panowie"**
http://www.storage.to/get/WWshBTBb/Czas.Honoru.S02E04.PL.WebRip.XviD-oldER.rar

**Odcinek 5 - "Mocne Papiery"**

http://hotfile.com/dl/11223594/08f8a07/Czas.Honoru.S02E05.PL.WEBRip.XVID.avi.html

**Odcinek 6 - "Wojna i Miłość"**
http://hotfile.com/dl/14713775/8/2e9986/Czas.Honoru.S02E06.WebRip.XviD-ER.avi.html

**Czas Honoru Odcinek 7 "Ślad na fotografii"**
http://hotfile.com/dl/15248512/bedgf54/Czas.Honoru.S02E07.avi.html

**Czas Honoru Sezon 2 Odcinek 8 "Grupa Rainera"**
http://hotfile.com/dl/15860561/4255b34/Czas.Honoru.S02E08.avi.html

**Czas Honoru Sezon 2 Odcinek 9 "Strzały na Pawiaku"**
http://hotfile.com/dl/16159536/996f48d/Czas.Honoru.S02E09.avi.html

---

Strona główna

Subskrybuj: Posty (Atom)



Web Development

http://filmstvshows.blogspot.com/



Top Posters:
[illegible]
Yasir
AYINSZE
Takkie
yellowman
[illegible]
[illegible]
tbtelly
B_G_L_D
dabby

facebook

Total members 220329, Total posts 381941, Total topics 82981
A warm welcome to our latest member, johanna80

→ TV Shows → Movies & Films → Anime & Cartoons → Music

# A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Board index | Arcade FAQ

Welcome to our forum, click here to [register] Or click here to [login]

HDTV [illegible] | MP4 [illegible]
HIGHDEF High Definition Download 720p 1080p etc | MICRO m-HD, m-720p, m-1080p Encoded Files
WATCH [illegible] | DVDR DVDR Format Movies | [illegible] Full Blu-ray Format Files [illegible]

# L ⇒TV SHOWS

NEWTOPIC★

Choose your downloads by first choosing **TV Shows**, **Movies**, **Anime** or **Music** at the top. Next choose a letter of your choice. Any shows not in A-Z will be found in # category.

**Number of available categories:** 435

| # | TYPE | SHOW/MOVIE TITLE | NUMBER REPLIES | AUTHOR | POST REPLY |
|---|---|---|---|---|---|
| 00001 | HDTV | L WORD, THE | 21 | BIGBRT | POSTREPLY |
| 00002 | WATCH | L WORD, THE | 1 | JAY_JEE_619 | POSTREPLY |
| 00003 | HIGHDEF | L WORD, THE (720P) | 1 | BIGGYSMLZ | POSTREPLY |
| 00004 | HDTV | L.A DRAGNET | 2 | PLIANT | POSTREPLY |
| 00005 | HDTV | THE L.A. COMPLEX | 24 | AYINSZE | POSTREPLY |
| 00006 | WATCH | THE L.A. COMPLEX | 5 | NONAME_NOBODY | POSTREPLY |
| 00007 | HIGHDEF | THE L.A. COMPLEX • 720P | 4 | | POSTREPLY |
| 00008 | HDTV | L.A. LAW | 3 | LUFFY | POSTREPLY |
| 00009 | HDTV | LA FEMME NIKITA (1997) | 2 | THE90S+ID | POSTREPLY |
| 00010 | HDTV | LA INK | 84 | TVFLOOD | POSTREPLY |
| 00011 | HIGHDEF | LA INK 720P | 1 | TVFLOOD | POSTREPLY |
| 00012 | HDTV | LA LA LAND | 1 | TAKKIE | POSTREPLY |
| 00013 | HDTV | LA LA'S FULL COURT LIFE | 24 | LUNEFERRY | POSTREPLY |
| 00014 | HDTV | LA LAS FULL COURT WEDDING | 14 | MAGZ | POSTREPLY |
| 00015 | HDTV | LA OMICIDI ITALY | 1 | MAMMAJAMMA | POSTREPLY |
| 00016 | HDTV | LA PIOVRA (1984)(ITALIAN) | 0 | SALEBRE | POSTREPLY |
| 00017 | HDTV | LA PIOVRA(THE OCTOPUS) ITALY | 7 | MAMMAJAMMA | POSTREPLY |
| 00018 | HDTV | LA.LIGA.2011.08.29.BARCELONA.VS.VILLARREAL.720P | 0 | WHITEROSE63 | POSTREPLY |
| 00019 | HDTV | LABOURS OF ERICA (1989), THE | 1 | SALEBRE | POSTREPLY |
| 00020 | HDTV | LACE (1984) | 2 | DEANFROMUK | POSTREPLY |
| 00021 | HDTV | LACKAWANNA BLUES (2005) | 2 | ENFI | POSTREPLY |
| 00022 | HDTV | LADETTE TO LADY | 8 | DEANFROMUK | POSTREPLY |
| 00023 | HDTV | LADIES OF LETTERS | 12 | | POSTREPLY |
| 00024 | HDTV | LADY CHATTERLEY - BBC MINISERIES (1993) | 1 | DEANFROMUK | POSTREPLY |
| 00025 | HDTV | LADY GAGA: INSIDE THE OUTSIDE 1080I | 0 | KEENAA | POSTREPLY |
| 00026 | HDTV | LADY HOGGERS (A&E) | 26 | JMH1971 | POSTREPLY |
| 00027 | HDTV | THE LADY WITH 700 CATS | 1 | JOCKO | POSTREPLY |
| 00028 | HDTV | LADYKILLERS | 1 | DABBY | POSTREPLY |
| 00029 | HDTV | LADYKILLERS - BEVERLEY ALLITT. | 1 | DABBY | POSTREPLY |
| 00030 | HDTV | LADYKILLERS - ROSE WEST | 1 | DABBY | POSTREPLY |
| 00031 | HDTV | LAGENDA BUDAK SETAN [MALAYSIAN SERIES] | 2 | BLACKNINJA | POSTREPLY |
| 00032 | HDTV | LAGUNA BEACH, THE REAL ORANGE COUNTY | 7 | THE90SKID | POSTREPLY |
| 00033 | HDTV | LAID | 7 | BALLMAN | POSTREPLY |

| ID | Tag | Title | Count | User | |
|---|---|---|---|---|---|
| 00034 | HDTV | LAIR, THE | 1 | FRANCISCOLX | POSTREPLY IC |
| 00035 | HDTV | LAKES, THE | 11 | MAGZ | POSTREPLY IC |
| 00036 | HDTV | LAMBING LIVE | 2 | MAGZ | POSTREPLY IC |
| 00037 | HDTV | LAND GIRLS | 19 | THE90SHD | POSTREPLY IC |
| 00038 | WATCH | LAND GIRLS | 3 | | POSTREPLY IC |
| 00039 | HD-HD | LAND GIRLS • 720P | 6 | | POSTREPLY IC |
| 00040 | HDTV | LAND OF THE GIANTS | 1 | THE90SHD | POSTREPLY IC |
| 00041 | HDTV | LAND OF THE LOST | 5 | THE90SHD | POSTREPLY IC |
| 00042 | HDTV | LANDSCAPE MAN, THE (BBC) | 10 | MAXMAYHEM | POSTREPLY IC |
| 00043 | WATCH | LAPLAND | 1 | | POSTREPLY IC |
| 00044 | HDTV | LAPLAND | 6 | | POSTREPLY IC |
| 00045 | HD-HD | LAPLAND • 720P | 2 | | POSTREPLY IC |
| 00046 | HDTV | LARK RISE TO CANDLEFORD | 23 | IXFLASH1964 | POSTREPLY IC |
| 00047 | HD-HD | LARK RISE TO CANDLEFORD •720P | 1 | | POSTREPLY IC |
| 00048 | HD-HD | LARRY KING LIVE 1080I | 6 | KEENAA | POSTREPLY IC |
| 00049 | HDTV | LARRY SANDERS SHOW, THE | 7 | THE90SHD | POSTREPLY IC |
| 00050 | HDTV | LARRY THE CABLE GUY - GIT R DONE (2004) | 1 | CHIEF | POSTREPLY IC |
| 00051 | HDTV | LAS APARACIO | 8 | EPICHERA | POSTREPLY IC |
| 00052 | HDTV | LAS VEGAS | 4 | | POSTREPLY IC |
| 00053 | HDTV | LAS VEGAS CSI | 1 | C JING TAAM | POSTREPLY IC |
| 00054 | HDTV | LAS VEGAS JAILHOUSE | 31 | MAGZ | POSTREPLY IC |
| 00055 | HDTV | LASSIE 50TH ANNIVERSARY COLLECTION | 1 | STBOOKS | POSTREPLY IC |
| 00056 | HDTV | LAST CAKE STANDING | 12 | MAGZ | POSTREPLY IC |
| 00057 | HDTV | LAST CALL WITH CARSON DALY | 1 | JF4FL | POSTREPLY IC |
| 00058 | HDTV | LAST CHANCE TO SEE | 1 | | POSTREPLY IC |
| 00059 | HDTV | LAST CHRISTMAS, 1944, THE | 2 | MAGZ | POSTREPLY IC |
| 00060 | HDTV | LAST COMIC STANDING | 13 | JF4FL | POSTREPLY IC |
| 00061 | HDTV | LAST DAY OF THE DINOSAURS | 1 | JF4FL | POSTREPLY IC |
| 00062 | HDTV | THE LAST DAYS OF OSAMA BIN LADEN | 4 | IMH1971 | POSTREPLY IC |
| 00063 | HDTV | LAST DAYS OF POMPEII (1984) | 6 | DISNEYROMLX | POSTREPLY IC |
| 00064 | HDTV | LAST DON, THE - MINISERIES | 1 | STBOOKS | POSTREPLY IC |
| 00065 | HDTV | THE LAST ENEMY | 1 | | POSTREPLY IC |
| 00066 | HDTV | THE LAST EXPLORERS | 4 | MANN20SMMA | POSTREPLY IC |
| 00067 | HDTV | THE LAST KING (2003) | 2 | BDBDB | POSTREPLY IC |
| 00068 | HDTV | THE LAST LIONS (2011) | 1 | SJARIANEN | POSTREPLY IC |
| 00069 | HDTV | LAST LIONS, THE (2011) | 4 | JF4FL | POSTREPLY IC |
| 00070 | HDTV | LAST MAN STANDING | 2 | DISNEYROMLX | POSTREPLY IC |
| 00071 | WATCH | LAST MAN STANDING | 21 | BALA | POSTREPLY IC |
| 00072 | HDTV | LAST MAN STANDING (US) | 178 | LUMEFERRY | POSTREPLY IC |
| 00073 | HD-HD | LAST MAN STANDING • 720P | 50 | TABIPEECH | POSTREPLY IC |
| 00074 | HDTV | THE LAST MOUNTAIN (2011) | 1 | EN-I | POSTREPLY IC |
| 00075 | HDTV | LAST OF THE SUMMER WINE (BBC) | 3 | THE90SHD | POSTREPLY IC |
| 00076 | HD-HD | LAST OF THE SUMMER WINE • 720P | 1 | | POSTREPLY IC |
| 00077 | HDTV | LAST ONE STANDING (2008) CHINESE | 1 | BDDLEY | POSTREPLY IC |
| 00078 | HDTV | LAST SHUTTLE: OUR JOURNEY | 1 | MAGZ | POSTREPLY IC |
| 00079 | HDTV | LAST STAND OF THE 300 | 2 | HOPKINS | POSTREPLY IC |
| 00080 | WATCH | LAST STAND OF THE TEMPLARS (NATIONAL GEOGRAPHIC) | 1 | JF4FL | POSTREPLY IC |
| 00081 | HDTV | LAST TEMPLAR, THE | 25 | THE90SHD | POSTREPLY IC |
| 00082 | HDTV | LAST TRAIN , THE | 1 | DISNEYROMLX | POSTREPLY IC |
| 00083 | HDTV | LAST TRAIN, THE | 1 | EMPEROR_BOB | POSTREPLY IC |
| 00084 | HDTV | THE LATE LATE SHOW WITH CRAIG FERGUSON | 909 | JF4FL | POSTREPLY IC |
| 00085 | HDTV | LATE LATE SHOW WITH CRAIG FERGUSON, THE | 23 | JF4FL | POSTREPLY IC |
| 00086 | HDTV | LATE NIGHT WITH JIMMY FALLON | 469 | JF4FL | POSTREPLY IC |
| 00087 | WATCH | LATE NIGHT WITH JIMMY FALLON | 8 | JF4FL | POSTREPLY IC |
| 00088 | HD-HD | LATE NIGHT WITH JIMMY FALLON | 11 | | POSTREPLY IC |

| ID | Type | Title | Count | User | |
|---|---|---|---|---|---|
| 00089 | HDTV | LATE SESSION, THE | 1 | MAGZ | POST REPLY |
| 00090 | HDTV | LATE SHOW WITH DAVID LETTERMAN | 567 | JF4FL | POST REPLY |
| 00091 | WATCH | LATE SHOW WITH DAVID LETTERMAN | 17 | JF4FL | POST REPLY |
| 00092 | HDTV | LATER WITH JOOLS HOLLAND | 3 | MAGZ | POST REPLY |
| 00093 | HDTV | LAUNCH MY LINE | 4 | THERODSKID | POST REPLY |
| 00094 | HDTV | LAVELL | 1 | MAGZ | POST REPLY |
| 00095 | HDTV | LAVERNE AND SHIRLEY | 12 | DEANFROMUK | POST REPLY |
| 00096 | HDTV | LAW & ORDER | 17 | 2KFLASH1964 | POST REPLY |
| 00097 | HD-DP | LAW & ORDER CRIMINAL INTENT | 9 | | POST REPLY |
| 00098 | HD-DP | LAW & ORDER UK • 720P | 22 | | POST REPLY |
| 00099 | HDTV | LAW & ORDER: LOS ANGELES | 106 | MAMMAJAMMA | POST REPLY |
| 00100 | WATCH | LAW & ORDER: LOS ANGELES | 3 | JF4FL | POST REPLY |
| 00101 | HD-DP | LAW & ORDER: LOS ANGELES 720 / 1080I | 17 | KEENAA | POST REPLY |
| 00102 | WATCH | LAW & ORDER: SPECIAL VICTIMS UNIT (SVU) | 14 | JF4FL | POST REPLY |
| 00103 | HDTV | LAW & ORDER: TRIAL BY JURY | 3 | MORIARTY | POST REPLY |
| 00104 | HDTV | LAW & ORDER: UK | 182 | MAGZ | POST REPLY |
| 00105 | WATCH | LAW & ORDER: UK | 10 | JF4FL | POST REPLY |
| 00106 | HDTV | LAW AND HARRY MCGRAW (THE) | 2 | FLIANT | POST REPLY |
| 00107 | HDTV | LAW AND ORDER CRIMINAL INTENT | 81 | GHIEDIHG | POST REPLY |
| 00108 | HD-DP | LAW AND ORDER SVU 720P | 41 | WABETTABETTA72 | POST REPLY |
| 00109 | HDTV | LAW AND ORDER: SPECIAL VICTIMS UNIT (SVU) | 307 | JF4FL | POST REPLY |
| 00110 | HDTV | LAWRENCE LEUNG'S UNBELIEVABLE | 19 | JF4FL | POST REPLY |
| 00111 | HDTV | LAX | 2 | DEANFROMUK | POST REPLY |
| 00112 | HDTV | THE LAYOVER | 57 | JMM1971 | POST REPLY |
| 00113 | WATCH | THE LAYOVER | 12 | | POST REPLY |
| 00114 | HD-DP | THE LAYOVER • 720P | 15 | | POST REPLY |
| 00115 | HDTV | LEAD BALLOON | 18 | DEANFROMUK | POST REPLY |
| 00116 | HDTV | LEAGUE OF GENTLEMEN, THE (1999) | 0 | IVANDJOLE123 | POST REPLY |
| 00117 | HDTV | LEAGUE, THE | 168 | THERODSKID | POST REPLY |
| 00118 | HD-DP | LEAGUE, THE | 31 | EGEST | POST REPLY |
| 00119 | HDTV | LEAVE IT TO BEAVER | 5 | DEANFROMUK | POST REPLY |
| 00120 | HDTV | LEAVING AMISH | 2 | MAGZ | POST REPLY |
| 00121 | WATCH | LEAVING AMISH PARADISE | 1 | JF4FL | POST REPLY |
| 00122 | HDTV | LEBANON 2009 PROPER DVDRIP XVID HORIZON-ARTSUBS | 1 | IVANDJOLE123 | POST REPLY |
| 00123 | HDTV | LEBRON JAMES 1HR SPECIAL ON ESPN | 0 | ARSENAL123 | POST REPLY |
| 00124 | HDTV | LEE AND HERRING'S FIST OF FUN | 2 | DEANFROMUK | POST REPLY |
| 00125 | HDTV | LEE EVANS - LIVE FROM THE WEST END | 1 | OABBY | POST REPLY |
| 00126 | HDTV | LEE EVANS LIVE: THE DIFFERENT PLANET TOUR (1996) | 1 | BRADZINI | POST REPLY |
| 00127 | HDTV | LEE EVANS UP CLOSE | 1 | MAGZ | POST REPLY |
| 00128 | HDTV | LEE EVANS: BIG LIVE AT THE O2 DVDRIP (2008) | 0 | HANCMAN | POST REPLY |
| 00129 | HDTV | LEE EVANS: ROADRUNNER - LIVE AT THE O2 (2011) | 2 | JF4FL | POST REPLY |
| 00130 | HDTV | LEE HURST LIVE | 1 | OABBY | POST REPLY |
| 00131 | HDTV | LEE MACK: GOING OUT LIVE (2010) | 2 | FRANTIC | POST REPLY |
| 00132 | HDTV | LEE MACKS ALL STAR CAST | 11 | MAGZ | POST REPLY |
| 00133 | HDTV | LEE NELSON WELL GOOD SHOW | 15 | MAGZ | POST REPLY |
| 00134 | HDTV | LEE NELSONS WELL GOOD SHOW | 1 | BBALUUK | POST REPLY |
| 00135 | HDTV | LEGACY FIGHTING CHAMPIONSHIPS | 2 | JF4FL | POST REPLY |
| 00136 | HDTV | THE LEGACY OF STONE COLD STEVE AUSTIN | 0 | OLDSCHOOL | POST REPLY |
| 00137 | HDTV | LEGACY OF THE SILVER SHADOW (2002) | 1 | SALEBRE | POST REPLY |
| 00138 | HDTV | LEGEND - THE COMPLETE SERIES | 5 | DEANFROMUK | POST REPLY |
| 00139 | HDTV | LEGEND OF BRUCE LEE, THE (2008) | 3 | DEN78 | POST REPLY |
| 00140 | HDTV | LEGEND OF MADAME WHITE SNAKE (2006) CHINESE | 1 | ROOKEY | POST REPLY |
| 00141 | HDTV | LEGEND OF ROBIN HOOD (1975) ,THE | 1 | SALEBRE | POST REPLY |
| 00142 | HDTV | LEGEND OF THE CONDOR HEROES, THE (2003) [CHINESE] | 2 | JIANG-BO | POST REPLY |
| 00143 | HDTV | LEGEND OF THE CONDOR HEROES, THE (2008) [CHINESE] | 1 | JIANG400 | POST REPLY |
| 00144 | HDTV | LEGEND OF THE DEMIGODS (2008) CHINESE | 1 | ROOKEY | POST REPLY |

| # | Tag | Title | Count | User | |
|---|---|---|---|---|---|
| 00145 | HDTV | LEGEND OF THE SEEKER | 95 | | POST REPLY |
| 00146 | WATCH | LEGEND OF THE SEEKER | 3 | | POST REPLY |
| 00147 | MICRO | LEGEND OF THE SEEKER 720P | 21 | MORGANS | POST REPLY |
| 00148 | HDTV | LEGEND QUEST | 36 | JMH1971 | POST REPLY |
| 00149 | HDTV | LEGENDARY SIN CITIES | 1 | JOCKO | POST REPLY |
| 00150 | HDTV | LEGENDS OF FLIGHT (2010) | 1 | JELLOMAN | POST REPLY |
| 00151 | HDTV | LEGENDS OF THE CANYON (2010) | 2 | JFAFL | POST REPLY |
| 00152 | HDTV | LEGENDS OF THE HIDDEN TEMPLE (1993) | 1 | SALEBRE | POST REPLY |
| 00153 | HDTV | LEGO STAR WARS THE PADAWAN MENACE | 1 | AYINSZE | POST REPLY |
| 00154 | MICRO | LENA - LIEBE MEINES LEBENS (GERMAN) 720P | 9 | TVFLGOD | POST REPLY |
| 00155 | HDTV | LENNON NAKED (2010) | 1 | SJARIANEN | POST REPLY |
| 00156 | HDTV | LEONARDO | 2 | TRAD | POST REPLY |
| 00157 | HDTV | LES BEAUX MECS (2011) - FRENCH/FRANCE | 2 | GTR360 | POST REPLY |
| 00158 | HDTV | LES MISÉRABLES (2000) | 3 | DIANAHGMGH | POST REPLY |
| 00159 | HDTV | LESS THAN KIND | 34 | JFAFL | POST REPLY |
| 00160 | WATCH | LESS THAN KIND | 6 | | POST REPLY |
| 00161 | MICRO | LESS THAN KIND • 480P | 1 | | POST REPLY |
| 00162 | MICRO | LESS THAN KIND 720P | 4 | VANZEMCLIAC | POST REPLY |
| 00163 | HDTV | LESS THAN PERFECT | 3 | FRANTIK | POST REPLY |
| 00164 | HDTV | LET THEM EAT CAKE (1999) | 2 | DKFLASH1964 | POST REPLY |
| 00165 | HDTV | LET'S SPEND THE NIGHT TOGETHER (1982) | 1 | TBTELLY | POST REPLY |
| 00166 | HDTV | LET'S STAY TOGETHER | 80 | MAMMALAIMMA | POST REPLY |
| 00167 | WATCH | LET'S STAY TOGETHER | 3 | JFAFL | POST REPLY |
| 00168 | MICRO | LET'S STAY TOGETHER • 720P | 5 | | POST REPLY |
| 00169 | HDTV | LETHAL WEAPONS OF LOVE AND PASSION (2008) CHINESE | 1 | LUUVEY | POST REPLY |
| 00170 | HDTV | LETS DANCE FOR COMIC RELIEF | 4 | MAGZ | POST REPLY |
| 00171 | HDTV | LETS DO LUNCH WITH GINO AND MEL | 11 | MAGZ | POST REPLY |
| 00172 | HDTV | LEVEL 9 | 4 | THREOSKID | POST REPLY |
| 00173 | HDTV | LEVEL UP | 15 | AYINSZE | POST REPLY |
| 00174 | HDTV | LEVERAGE | 382 | MACIENNE_12 | POST REPLY |
| 00175 | MICRO | LEVERAGE | 56 | MCPHEE | POST REPLY |
| 00176 | WATCH | LEVERAGE | 42 | IAF_TEE_619 | POST REPLY |
| 00177 | HDTV | LEWIS | 45 | MAMMALAIMMA | POST REPLY |
| 00178 | WATCH | LEWIS | 5 | | POST REPLY |
| 00179 | MICRO | LEWIS • 720P | 2 | | POST REPLY |
| 00180 | HDTV | LEWIS BLACK - BLACK ON BROADWAY (2003) | 1 | JUNESONGPROVIDER | POST REPLY |
| 00181 | HDTV | LEWIS BLACK'S ROOT OF ALL EVIL | 1 | BELL505 | POST REPLY |
| 00182 | HDTV | LEXX | 8 | DTOMMY79 | POST REPLY |
| 00183 | HDTV | LIAR GAME (JAPANESE) | 3 | THREOSKID | POST REPLY |
| 00184 | HDTV | LIBRARIANS, THE | 6 | | POST REPLY |
| 00185 | HDTV | LIDIA'S FAMILY TABLE (LIDIA BASTIANICH) | 1 | ZXCVBN123 | POST REPLY |
| 00186 | HDTV | LIE TO ME | 301 | VAMP555 | POST REPLY |
| 00187 | PDM | LIE TO ME | 17 | AFO_BLACK3PS | POST REPLY |
| 00188 | WATCH | LIE TO ME | 12 | IAF_TEE_K34 | POST REPLY |
| 00189 | MICRO | LIE TO ME | 32 | BFJL | POST REPLY |
| 00190 | HDTV | LIE TO ME (2011) [COMPLETE] KOREAN | 1 | LUUVEY | POST REPLY |
| 00191 | HDTV | LIFE | 4 | FALLAH | POST REPLY |
| 00192 | HDTV | LIFE | 1 | JFAFL | POST REPLY |
| 00193 | HDTV | LIFE | 1 | SKENBEAR | POST REPLY |
| 00194 | MICRO | LIFE (2009) BBC | 35 | YASIR | POST REPLY |
| 00195 | HDTV | THE LIFE & TIMES OF GRIZZLY ADAMS | 1 | KATIE85 | POST REPLY |
| 00196 | HDTV | LIFE & TIMES OF ROGER ROGERSON, THE BEYOND BLUE MURDER | 1 | LUFFY | POST REPLY |
| 00197 | HDTV | LIFE 2.0 (2010) | 1 | JFAFL | POST REPLY |
| 00198 | HDTV | LIFE 2.0 (CWN) | 1 | JOCKO | POST REPLY |
| 00199 | HDTV | LIFE AFTER DINOSAURS | 1 | JFAFL | POST REPLY |
| 00200 | HDTV | LIFE AFTER PEOPLE | 7 | HOPKINS | POST REPLY |

| Number | Type | Title | Count | User | Action |
|---|---|---|---|---|---|
| 00201 | HDTV | LIFE AFTER PEOPLE | 1 | RFROMP | POST REPLY |
| 00202 | HDTV | LIFE AND LOVES OF A SHE-DEVIL , THE | 2 | DEANFROMUK | POST REPLY |
| 00203 | HDTV | THE LIFE AND TIMES OF TIM | 42 | IFAFEL | POST REPLY |
| 00204 | PRN | THE LIFE AND TIMES OF TIM | 1 | UNLIMITED | POST REPLY |
| 00205 | HD800 | THE LIFE AND TIMES OF TIM 720P | 6 | THESTINFOTRAIL | POST REPLY |
| 00206 | HDTV | LIFE AND TIMES OF VIVIENNE VYLE , THE | 2 | DEANFROMUK | POST REPLY |
| 00207 | HDTV | LIFE AS WE KNOW IT | 1 | DEANFROMUK | POST REPLY |
| 00208 | HDTV | LIFE IN A COTTAGE GARDEN WITH CAROL KLEIN | 3 | MAGZ | POST REPLY |
| 00209 | HDTV | LIFE IN A DAY (2011) | 2 | DABBY | POST REPLY |
| 00210 | HDTV | LIFE IN A DAY (2011) | 3 | IFAFEL | POST REPLY |
| 00211 | HDTV | LIFE IN THE UNDERGROWTH (2005) | 2 | DEANFROMUK | POST REPLY |
| 00212 | HDTV | LIFE IS BEAUTIFUL (2010) KOREAN | 5 | SOGVEY | POST REPLY |
| 00213 | HDTV | LIFE IS WILD | 8 | I T TURF | POST REPLY |
| 00214 | HDTV | LIFE OF DESPISED MATSUKO, THE (2007) JAPANESE | 1 | SOGVEY | POST REPLY |
| 00215 | HDTV | LIFE OF MUHAMMAD, THE | 8 | IFAFEL | POST REPLY |
| 00216 | HDTV | LIFE OF RILEY | 27 |  | POST REPLY |
| 00217 | HD800 | LIFE OF RILEY • 720P | 3 |  | POST REPLY |
| 00218 | HDTV | LIFE OF RYAN | 4 | DEANFROMUK | POST REPLY |
| 00219 | HDTV | LIFE ON A STICK | 1 | TVFLGOD | POST REPLY |
| 00220 | HD800 | LIFE ON A WIRE | 1 |  | POST REPLY |
| 00221 | HDTV | LIFE ON A WIRE (2011) | 4 | LUMBERRAY | POST REPLY |
| 00222 | HDTV | LIFE ON MARS | 9 | DEANFROMUK | POST REPLY |
| 00223 | HDTV | LIFE ON MARS (US) | 11 | TOPHERJ | POST REPLY |
| 00224 | HD800 | LIFE ON MARS (US) | 2 | BAGGA_FAHAD | POST REPLY |
| 00225 | HDTV | LIFE ON TOP-2009 | 2 | BAGGA_FAHAD | POST REPLY |
| 00226 | HDTV | LIFE UNEXPECTED | 11 | CATH | POST REPLY |
| 00227 | WATCH | LIFE UNEXPECTED | 5 | JAKICHAN2010 | POST REPLY |
| 00228 | HD800 | LIFE UNEXPECTED 720P/1080I | 20 | JASONSCURME | POST REPLY |
| 00229 | HDTV | LIFE WITH DEREK | 7 | THESIDEKID | POST REPLY |
| 00230 | HDTV | LIFE WITH LOUIE | 3 | XIANG480 | POST REPLY |
| 00231 | HDTV | LIFE'S TOO SHORT | 58 | JMN1971 | POST REPLY |
| 00232 | WATCH | LIFE'S TOO SHORT | 7 |  | POST REPLY |
| 00233 | HD800 | LIFE'S TOO SHORT • 720P | 18 |  | POST REPLY |
| 00234 | HDTV | LIGHT FANTASTIC | 2 | DEANFROMUK | POST REPLY |
| 00235 | HDTV | THE LIGHTHOUSE STEVENSONS | 1 | MAGZ | POST REPLY |
| 00236 | HDTV | LIGHTS OUT | 47 | MEMFIS4HMA | POST REPLY |
| 00237 | WATCH | LIGHTS OUT (2011) | 2 | IFAFEL | POST REPLY |
| 00238 | HDTV | LILIES | 2 | DEANFROMUK | POST REPLY |
| 00239 | HDTV | LILLIE - DOCUDRAMA MASTERPIECE THEATRE/BBC CLASSIC (1979) | 1 | CHIEF | POST REPLY |
| 00240 | HDTV | LILY ALLEN FROM RAGS TO RICHES | 7 | MAGZ | POST REPLY |
| 00241 | HDTV | LILY SAVAGE - LIVE & OUTRAGEOUS | 1 | DABBY | POST REPLY |
| 00242 | HDTV | LINNY'S SHOW | 8 | MAGZ | POST REPLY |
| 00243 | HDTV | LINCOLN HEIGHTS | 5 | XIANG480 | POST REPLY |
| 00244 | HDTV | LINDSAY LOHAN'S INDIAN JOURNEY (2010) | 5 | DILLAN | POST REPLY |
| 00245 | HDTV | LINE OF FIRE | 7 | DEANFROMUK | POST REPLY |
| 00246 | HDTV | LINE, THE | 8 | THESIDEKID | POST REPLY |
| 00247 | HDTV | LINGERIE | 5 | DEANFROMUK | POST REPLY |
| 00248 | HDTV | LION MAN , THE | 4 | DEANFROMUK | POST REPLY |
| 00249 | HDTV | LIP SERVICE | 21 |  | POST REPLY |
| 00250 | WATCH | LIP SERVICE | 2 |  | POST REPLY |
| 00251 | HD800 | LIP SERVICE • 720P/1080I | 9 |  | POST REPLY |
| 00252 | HDTV | LIPSTICK JUNGLE | 3 |  | POST REPLY |
| 00253 | HDTV | LIPSTICK ON YOUR COLLAR | 2 | DEANFROMUK | POST REPLY |
| 00254 | HDTV | LISA LAMPANELLI - TOUGH LOVE (2011) | 7 | DABBY | POST REPLY |
| 00255 | HDTV | LISA LAMPANELLI: TAKE IT LIKE A MAN (2005) | 1 | DABBY | POST REPLY |
| 00256 | HDTV | LISA RAYE THE REAL MCCOY | 13 | MAGZ | POST REPLY |

| ID | Type | Title | # | User | |
|---|---|---|---|---|---|
| 00257 | WATCH | LISA WILLIAMS LIFE AMONG THE DEAD | 1 | SAMMY99 | POST REPLY |
| 00258 | WATCH | LISTENER, THE | 7 | BOQ | POST REPLY |
| 00259 | HDTV | LISTENER, THE | 99 | THE926KID | POST REPLY |
| 00260 | HDMOV | LISTENER, THE | 1 | STEVEAGOONER | POST REPLY |
| 00261 | HDTV | THE LISTENING PROJECT 2008 | 1 | DABBY | POST REPLY |
| 00262 | HDTV | LITTLE BRITAIN (UK) | 1 | DEANFROMUK | POST REPLY |
| 00263 | HDTV | LITTLE BRITAIN (USA) | 3 | THE926KID | POST REPLY |
| 00264 | HDTV | THE LITTLE COUPLE | 17 | MAGZ | POST REPLY |
| 00265 | HDTV | LITTLE CRACKERS (SKY1) | 6 | DABBY | POST REPLY |
| 00266 | HDTV | LITTLE DORRIT | 6 | DEANFROMUK | POST REPLY |
| 00267 | HDTV | LITTLE ENGLAND | 21 | MAGZ | POST REPLY |
| 00268 | HDTV | LITTLE GIRL K (2011) KOREAN [COMPLETE] | 1 | SYGUYM | POST REPLY |
| 00269 | HDTV | LITTLE HOUSE ON THE PRAIRIE (1974) | 20 | EWO | POST REPLY |
| 00270 | HDTV | LITTLE HOUSE, THE | 3 | MAGZ | POST REPLY |
| 00271 | HDTV | LITTLE MOSQUE ON THE PRAIRIE | 82 | ZENICA | POST REPLY |
| 00272 | WATCH | LITTLE MOSQUE ON THE PRAIRIE | 3 | JF4FL | POST REPLY |
| 00273 | HDMOV | LITTLE MOSQUE ON THE PRAIRIE • 720P | 3 | | POST REPLY |
| 00274 | WATCH | LITTLE PEOPLE BIG WORLD | 2 | JAY_TEE_659 | POST REPLY |
| 00275 | HDTV | LITTLE PEOPLE, BIG WORLD | 36 | TVFLGOD | POST REPLY |
| 00276 | HDMOV | LITTLE PEOPLE, BIG WORLD 720P | 3 | TVFLGOD | POST REPLY |
| 00277 | HDTV | LITTLE PRINCESS | 1 | THE926KID | POST REPLY |
| 00278 | HDTV | THE LITTLE RASCALS (VARIOUS EPISODES 1926-1933) | 1 | DABBY | POST REPLY |
| 00279 | HDTV | THE LITTLEST HOBO | 0 | KATIE85 | POST REPLY |
| 00280 | HDTV | LIVE AT THE APOLLO | 19 | JF4FL | POST REPLY |
| 00281 | HDTV | LIVE FROM THE ARTISTS DEN | 4 | GIGABYTE | POST REPLY |
| 00282 | HDTV | LIVE N DEADLY | 1 | MAGZ | POST REPLY |
| 00283 | HDTV | LIVE TO DANCE | 18 | MAMMAJAMMA | POST REPLY |
| 00284 | WATCH | LIVE TO DANCE | 1 | MAMMAJAMMA | POST REPLY |
| 00285 | HDTV | LIVE WITH KELLY | 10 | REB-CAPS | POST REPLY |
| 00286 | HDTV | LIVIN' FOR THE APOCALYPSE (TLC) | 1 | JOCKO | POST REPLY |
| 00287 | HDTV | LIVING IN EMERGENCY STORIES OF DOCTORS WITHOUT BORDERS (2008 | 1 | JEUDMAN | POST REPLY |
| 00288 | HDTV | LIVING IN YOUR CAR | 25 | | POST REPLY |
| 00289 | HDTV | LIVING ON MARS | 5 | JF4FL | POST REPLY |
| 00290 | HDTV | LIVING ON MARS (2010) | 3 | CHIEF | POST REPLY |
| 00291 | HDTV | LIVING SINGLE | 4 | THE926KID | POST REPLY |
| 00292 | HDTV | LIVING WITH ED | 5 | DEANFROMUK | POST REPLY |
| 00293 | HDTV | LIVING WITH FRAN | 1 | THE926KID | POST REPLY |
| 00294 | HDTV | LIVING WITH THE AMISH | 24 | MAGZ | POST REPLY |
| 00295 | HDTV | LIZ SMITH SUMMER CRUISE | 1 | MAGZ | POST REPLY |
| 00296 | HDTV | LIZA AND HUEY'S PET NATIO | 2 | TVFLGOD | POST REPLY |
| 00297 | HDTV | LIZARD KINGS 1080I | 0 | KEENAA | POST REPLY |
| 00298 | HDTV | LIZARD LICK TOWING | 55 | MAMMAJAMMA | POST REPLY |
| 00299 | HDTV | LIZZIE MCGUIRE | 13 | EFITHEUKWEB | POST REPLY |
| 00300 | HDMOV | LOBSTERMEN 1080I | 1 | KEENAA | POST REPLY |
| 00301 | HDTV | LOCATION, LOCATION, LOCATION | 61 | MAGZ | POST REPLY |
| 00302 | HDTV | LOCK N LOAD WITH R. LEE ERMEY | 1 | EGERT | POST REPLY |
| 00303 | HDTV | LOCK STOCK ... THE SERIES | 2 | DEANFROMUK | POST REPLY |
| 00304 | WATCH | THE LOCK UP (UK) | 9 | GIGABYTE | POST REPLY |
| 00305 | HDTV | LOCKIE LEONARD (2007) | 1 | SALEBRE | POST REPLY |
| 00306 | HDTV | LOCKS AND QUAYS | 3 | MAMMAJAMMA | POST REPLY |
| 00307 | HDMOV | LOCKUP MSNBC | 4 | | POST REPLY |
| 00308 | HDTV | LOCKUP (2010) | 74 | MAGZ | POST REPLY |
| 00309 | HDTV | LOGAN'S RUN | 19 | CEFE | POST REPLY |
| 00310 | NEW | LOIS & CLARK | 2 | APO_BLACKOPS | POST REPLY |
| 00311 | HDTV | LOIS & CLARK: THE NEW ADVENTURES OF SUPERMAN | 3 | | POST REPLY |

| ID | Type | Title | Count | User | |
|---|---|---|---|---|---|
| 00312 | HDTV | LONDON INK | 5 | DEANFROMUK | POSTREPLY |
| 00313 | HDTV | LONDON NOBODY KNOWS ,THE | 2 | HOPKINS | POSTREPLY |
| 00314 | HDTV | LONE GUNMEN, THE | 7 | 915 | POSTREPLY |
| 00315 | HDTV | THE LONE RANGER (1949) - SEASON 1 | 3 | STEOOKS | POSTREPLY |
| 00316 | HDTV | LONE STAR | 19 | MAMMADAMMA | POSTREPLY |
| 00317 | HDHD | LONE STAR 720P | 4 | TVFLGOD | POSTREPLY |
| 00318 | HDTV | LONE WOLF (1954),THE | 1 | SALEBRE | POSTREPLY |
| 00319 | HDTV | LONESOME DOVE | 8 | JASONEBOURNE | POSTREPLY |
| 00320 | HDTV | LONESOME DOVE : THE OUTLAW YEARS | 14 | DEANFROMUK | POSTREPLY |
| 00321 | HDHD | LONESOME DOVE 720P | 4 | JASONEBOURNE | POSTREPLY |
| 00322 | HDTV | THE LONG GOODBYE (2010) | 1 | DABBY | POSTREPLY |
| 00323 | HDTV | LONG ISLAND MEDIUM (TLC) | 30 | LUKEFERRY | POSTREPLY |
| 00324 | HDTV | THE LONG ISLAND SERIAL KILLER | 3 | JOCKO | POSTREPLY |
| 00325 | HDTV | LONG LOST FAMILY | 1 | WHITEROSE63 | POSTREPLY |
| 00326 | HDTV | LONG VACATION [JAPANESE] | 2 | THEPS3460 | POSTREPLY |
| 00327 | HDTV | LONG WAY ROUND | 3 | DEANFROMUK | POSTREPLY |
| 00328 | HDTV | LONGITUDE | 1 | TVFLGOD | POSTREPLY |
| 00329 | HDTV | LOOKING BACK IN ANGER (CANTONESE/MANDARIN) | 1 | THEPS3460 | POSTREPLY |
| 00330 | HDHD | THE LOONEY TUNES 2011 720P | 6 | XJONX | POSTREPLY |
| 00331 | HD | THE LOONEY TUNES SHOW 2011 | 19 | IRWIN84 | POSTREPLY |
| 00332 | HDTV | LOOP , THE | 4 | DEANFROMUK | POSTREPLY |
| 00333 | HDTV | LOOSE CHANGE 9/11: AN AMERICAN COUP (2009) | 4 | EGERT | POSTREPLY |
| 00334 | HDTV | LOOSE WOMEN | 17 | MAGZ | POSTREPLY |
| 00335 | HDTV | LOPEZ TONIGHT | 94 | UF4FL | POSTREPLY |
| 00336 | HDTV | LORD PETER WIMSEY COLLECTION | 1 | SALEBRE | POSTREPLY |
| 00337 | HDTV | LORRAINE KELLY'S NEXT BIG FAT CHALLENGE | 2 | MAGZ | POSTREPLY |
| 00338 | HDTV | LORRAINE'S LAST MINUTE CHRISTMAS | 1 | MAGZ | POSTREPLY |
| 00339 | HDHD | LOS 80 (CHILE) 720P | 2 | TVFLGOD | POSTREPLY |
| 00340 | HDTV | LOSE THE BACK PAIN COMPLETE SYSTEM | 3 | MATACHILANGOS | POSTREPLY |
| 00341 | HDTV | LOSING IT WITH JILLIAN | 8 | UF4FL | POSTREPLY |
| 00342 | HDTV | LOST | 118 | LARA_K | POSTREPLY |
| 00343 | HD | LOST | 3 | JIANG480 | POSTREPLY |
| 00344 | HDHD | LOST - 1080P | 1 | | POSTREPLY |
| 00345 | WATCH | LOST (2004-20.0) | 3 | COCKROBERTS | POSTREPLY |
| 00346 | HDTV | LOST 720P | 41 | | POSTREPLY |
| 00347 | HDTV | LOST CHRISTMAS BBC 2011 | 7 | MAMMADAMMA | POSTREPLY |
| 00348 | HDTV | LOST FLEET OF COLUMBUS | 1 | JOCKO | POSTREPLY |
| 00349 | HDTV | LOST FUTURE,THE (2010) | 0 | C-HIEF | POSTREPLY |
| 00350 | HDTV | LOST GIRL | 205 | JELLOMAN | POSTREPLY |
| 00351 | WATCH | LOST GIRL | 35 | IAMICHANG2010 | POSTREPLY |
| 00352 | HDHD | LOST GIRL • 720P | 91 | | POSTREPLY |
| 00353 | HDTV | LOST HEROES OF WORLD WAR ONE | 7 | MAGZ | POSTREPLY |
| 00354 | HDTV | LOST IN AUSTEN | 8 | | POSTREPLY |
| 00355 | HDTV | LOST IN LA MANCHA (2002) - DVDRIP | 2 | DABBY | POSTREPLY |
| 00356 | HDTV | LOST IN SPACE | 5 | DEANFROMUK | POSTREPLY |
| 00357 | HDTV | LOST IN THE NEVADA TRIANGLE | 1 | JOCKO | POSTREPLY |
| 00358 | HDTV | THE LOST ISLANDS (1976) | 4 | STEOOKS | POSTREPLY |
| 00359 | HDHD | LOST LAND OF THE TIGER 1080I | 2 | KEENAA | POSTREPLY |
| 00360 | HDTV | LOST LAND OF THE VOLCANO | 5 | DEANFROMUK | POSTREPLY |
| 00361 | HDTV | LOST LAND OF THE VOLCANO (2009) | - | EGERT | POSTREPLY |
| 00362 | MICRO | LOST M-HO | 3 | DILLAN | POSTREPLY |
| 00363 | HDTV | THE LOST NUMMY OF IMHOTEP | 1 | JOCKO | POSTREPLY |
| 00364 | HDTV | LOST ROOM , THE | 22 | DEANFROMUK | POSTREPLY |
| 00365 | HDTV | LOST ROOM ( 2006 ), THE | 1 | LEOPARDS | POSTREPLY |
| 00366 | HDTV | LOST SCIENCE OF THE BIBLE | 1 | JELLOMAN | POSTREPLY |
| 00367 | HDTV | LOST SEASONS 1-2-3-4-5-6 99MB | 5 | JIANG480 | POSTREPLY |

http://forum.tvfreeload.org/

| ID | Tag | Title | # | User | |
|---|---|---|---|---|---|
| 00368 | HDTV | LOST TAPES | 1 | CFOSTINGS | POSTREPLY |
| 00369 | HDTV | LOST TEMPLE TO THE GODS | 1 | JOCKO | POSTREPLY |
| 00370 | HDTV | LOST WORLD , THE | 8 | DEANFROMUK | POSTREPLY |
| 00371 | HDTV | THE LOST WORLD OF MITCHELL AND KENYON | 2 | MAGZ | POSTREPLY |
| 00372 | HDTV | LOST WORLDS | 5 | JOCKO | POSTREPLY |
| 00373 | HDTV | LOST: THE MYSTERY OF FLIGHT 447 | 2 | :JF4FL: | POSTREPLY |
| 00374 | HDTV | THE LOTTERY CHANGED MY LIFE | 6 | MAMMAJAMMA | POSTREPLY |
| 00375 | HDTV | LOTUS LANTERN (2005) CHINESE | 1 | DITTPXFP | POSTREPLY |
| 00376 | HDTV | LOUIE | 77 | KFP | POSTREPLY |
| 00377 | WATCH | LOUIE | 4 | JAMICHAN2010 | POSTREPLY |
| 00378 | HD480 | LOUIE 720P | 39 | TVFLGOO | POSTREPLY |
| 00379 | HDTV | LOUIE SPENCE'S SHOWBUSINESS | 1 | MAGZ | POSTREPLY |
| 00380 | HDTV | LOUIS C K HILARIOUS (2010) | 3 | FROST3R | POSTREPLY |
| 00381 | HDTV | LOUIS C.K. – CHEWED UP (2008) | 1 | JUNESONGPROVIDER | POSTREPLY |
| 00382 | HDTV | LOUIS C.K.: LIVE AT THE BEACON THEATER (2011) | 2 | :JF4FL: | POSTREPLY |
| 00383 | HDTV | LOUIS C.K.: SHAMELESS (2007) | 1 | :JF4FL: | POSTREPLY |
| 00384 | HDTV | LOUIS THEROUX – AMERICAS MOST HATED FAMILY IN CRISIS | 2 | MAGZ | POSTREPLY |
| 00385 | HDTV | LOUIS THEROUX – WHEN LOUIS MET... | 8 | FEWELENG | POSTREPLY |
| 00386 | HDTV | LOUIS THEROUX AMERICAS MOST DANGEROUS PETS | 1 | MAGZ | POSTREPLY |
| 00387 | HDTV | LOUIS THEROUX ULTRA ZIONISTS | 1 | :JF4FL: | POSTREPLY |
| 00388 | HDTV | LOUIS THEROUX–MIAMI MEGAJAIL | 10 | :JF4FL: | POSTREPLY |
| 00389 | HDTV | LOUIS WALSH AND KIAN EGANS NEXT BIG THING WONDERLAND | 1 | MAGZ | POSTREPLY |
| 00390 | HDTV | LOVE AND HIPHOP | 58 | MAGZ | POSTREPLY |
| 00391 | HDTV | LOVE AT FIRST FIGHT [CHINESE] | 1 | THE976MJD | POSTREPLY |
| 00392 | HDTV | LOVE BITES | 100 | TABIPEICH | POSTREPLY |
| 00393 | WATCH | LOVE BITES (2011) | 1 | NONAME_NOBODY | POSTREPLY |
| 00394 | HD480 | LOVE BITES + 720P/1080I | 19 | TABIPEICH | POSTREPLY |
| 00395 | HDTV | LOVE BOAT ,THE | 31 | THE976MJD | POSTREPLY |
| 00396 | HDTV | THE LOVE BOAT (1977) | 2 | STBOOKS | POSTREPLY |
| 00397 | WATCH | LOVE GAMES BAD GIRLS NEED LOVE TOO | 2 | | POSTREPLY |
| 00398 | HDTV | LOVE GAMES: BAD GIRLS NEED LOVE TOO | 40 | RICANJOEY08 | POSTREPLY |
| 00399 | HDTV | LOVE HANDLES: COUPLES IN CRISIS | 4 | LUMPERRAY | POSTREPLY |
| 00400 | HDTV | LOVE HATE AND PROPAGANDA | 2 | MAGZ | POSTREPLY |
| 00401 | HDTV | LOVE IN A COLD CLIMATE (1980) | 1 | SALEBRE | POSTREPLY |
| 00402 | HDTV | LOVE IN THE WILD | 48 | MAMMAJAMMA | POSTREPLY |
| 00403 | HDTV | LOVE MONKEY | 1 | R40735 | POSTREPLY |
| 00404 | HDTV | LOVE MONKEY (2006) | 1 | OBIOIJUS | POSTREPLY |
| 00405 | HDTV | LOVE ON THE TRANSPLANT LIST | 1 | MAGZ | POSTREPLY |
| 00406 | HDTV | LOVE SHUFFLE [JAPANESE] | 1 | THE976MJD | POSTREPLY |
| 00407 | HDTV | LOVE SOUP | 2 | DEANFROMUK | POSTREPLY |
| 00408 | HDTV | LOVE THAT GIRL | 59 | MAGZ | POSTREPLY |
| 00409 | HDTV | LOVE THEY NEIGHBOUR (2011) | 15 | MAGZ | POSTREPLY |
| 00410 | HDTV | LOVE THY NEIGHBOUR | 2 | DEANFROMUK | POSTREPLY |
| 00411 | HDTV | LOVE TO KILL, A (2005) KOREAN | 2 | ECCVBF | POSTREPLY |
| 00412 | HDTV | LOVE WE MAKE, THE (2011) | 1 | :JF4FL: | POSTREPLY |
| 00413 | HDTV | LOVE YOUR GARDEN | 17 | MAGZ | POSTREPLY |
| 00414 | HDTV | LOVE/HATE | 1 | NATHAN74 | POSTREPLY |
| 00415 | HDTV | LOVE/HATE | 5 | HCTS | POSTREPLY |
| 00416 | HDTV | LOVEJOY | 16 | F1RSTN1GHT | POSTREPLY |
| 00417 | HDTV | LOVERS IN PARIS (2004) KOREAN | 2 | ECCVBF | POSTREPLY |
| 00418 | HDTV | LUCHA LIBRE USA: MASKED WARRIORS | 1 | TVFLGOO | POSTREPLY |
| 00419 | WATCH | LUCK (2011) | 5 | NONAME_NOBODY | POSTREPLY |
| 00420 | HDTV | LUCK (HBO) | 27 | MAMMAJAMMA | POSTREPLY |
| 00421 | HDTV | LUCK (HBO) – 720P | 9 | | POSTREPLY |
| 00422 | HDTV | LUCKY (2010) | 2 | :JF4FL: | POSTREPLY |
| 00423 | WATCH | LUCKY (2010) | 1 | :JF4FL: | POSTREPLY |

| | | | | | |
|---|---|---|---|---|---|
| 00424 | HDTV | LUCKY LOUIE | 18 | RICAN2DEY08 | POSTREPLY |
| 00425 | HDTV | LUCKY LUKE (1993) - COMPLETE | 1 | STEDOKS | POSTREPLY |
| 00426 | HDTV | LUCY SHOW (1962) ,THE | 1 | SALEBRE | POSTREPLY |
| 00427 | HDTV | LUKE NGUYEN'S VIETNAM (2009) | 7 | BURNEGGROLL | POSTREPLY |
| 00428 | HDTV | LUNCH MONKEYS | 18 | THE99SKID | POSTREPLY |
| 00429 | HDTV | LUTHER | 87 | | POSTREPLY |
| 00430 | WATCH | LUTHER | 6 | JAY_TEE_619 | POSTREPLY |
| 00431 | HDGM | LUTHER + 720P/1080P | 16 | | POSTREPLY |
| 00432 | HDTV | THE LYING GAME | 169 | TAKKIE | POSTREPLY |
| 00433 | WATCH | THE LYING GAME | 12 | BLACKANGEL566 | POSTREPLY |
| 00434 | HDGM | THE LYING GAME 720P | 40 | TRAD | POSTREPLY |
| 00435 | HDTV | LYNDEY AND BLAIRS TASTE OF GREECE | 6 | MAGZ | POSTREPLY |

page loaded in 0.0248589288042 seconds
© tvfreeload.com - produced by tvfreeload arc script

tvfreeload8 is powered by phpBB
Download free tv shows, movies and anime with TVfreeload! Registration is free and quick! Download Free TV Shows | Download Free Movies | Download Free Anime & Cartoons!
Download Free Lost Episodes | Download Free Prison Break Episodes | Download Free Glee Episodes | Download Free House Episodes | And Much More ....



Type your search here... Search

Bizarre UK - March 2012

Bizarre UK - March 2012

Bizarre UK - March 2012

Bizarre UK - March 2012

Neurology of the Newborn

 



The 5th edition of this indispensable resource captures the latest insights in neonatal neurology in a totally engaging, readable manner. World authority Dr. Joseph Volpe has completely revised his masterwork from cover to cover, describing everything from the most up-to-the-minute discoveries in genetics through the latest advances in the diagnosis and management of neurologic disorders. He delivers all the clinical guidance you need to provide today's most effective care for neonates with neur


Neurology of the Newborn



The 5th edition of this indispensable resource captures the latest insights in neonatal neurology in a totally engaging, readable manner. World authority Dr. Joseph Volpe has completely revised his masterwork from cover to cover, describing everything from the most up-to-the-minute discoveries in genetics through the latest advances in the diagnosis and management of neurologic disorders. He delivers all the clinical guidance you need to provide today's most effective care for neonates with neur

[X] Electronic Devices (Conventional Current Version) [9th



Electronic Devices (Conventional Current Version), Ninth Edition, provides a solid foundation in basic analog electronics and a thorough introduction to analog integrated circuits and programmable devices. The text identifies the circuits and components within a system, helping students see how the circuit relates to the overall system function. Full-color photos and illustrations and step-to-step worked examples support the text's strong emphasis on real-world application and troubleshooting.

Computer active 8-21 February 2012



English | 100 pages | PDF | 99.2 Mb

Computeractive 8 February 2012



English | 100 pages | PDF | 99,3 Mb

[1 X ] Effective Human Relations, Interpersonal and Organizati



Teach students the human relation skills they need to become successful managers in today's workplace with Reece Brandt Howie's EFFECTIVE HUMAN RELATIONS: INTERPERSONAL AND ORGANIZATIONAL APPLICATIONS, 11E. One of the most widely used human relations texts available, this comprehensive, practical text uses an organizational perspective to help students understand the corporate factors that influence employee behavior. Hundreds of examples of real human relations issues and practices in successful

Men's Journal USA • March 2012



English | PDF | 143 pages | 131 mb

[1 X] Effective CPS: 50 Specific Ways to Improve Your Life, Seco





Effective C#, Second Edition, follows a clear format that makes it indispensable: to hundreds of thousands of developers' clear, practical explanations, expert tips, and plenty of realistic code examples. Drawing on his unsurpassed C# experience, Wagner addresses everything from types to resource management to dynamic typing to multicore support in the C# language and the .NET framework. Along the way, he shows how to avoid common pitfalls in the C# language and the .NET environment. You [ ] learn

DK State-by-state Atlas



DK State-by-state Atlas

[ K ] Drools Developer's Cookbook



This book teaches you how to create a more robust business rules implementation, starting with tips on how to write business rules manually, or by using the newest Guvnor rule editors. You will learn how your rules can be integrated with another framework to create a full solution and discover how to use complex features such as event processing. The recipes cover all of the Drools modules and will help you to solve problems with planning, remote execution, and much more.

[ K ] Drupal 7 Business Solutions



**Trevor James   Mark Noble** | [X] open source

You'll start by adding blogs and images to your website. Then you'll learn how to add a VIP sector to your site so that you can give your logged in users special discounts and other VIP freebies. Next, you will learn to send your customers e-mail newsletters and show them a dynamic events calendar.

[X] Drupal 7 Business Solutions



Drupal 7
Business Solutions

**Trevor James   Mark Noble** | [X] open source

You'll start by adding blogs and images to your website. Then you'll learn how to add a VIP sector to your site so that you can give your logged in users special discounts and other VIP freebies. Next, you will learn to send your customers e-mail newsletters and show them a dynamic events calendar.

MULTI | SS-Two Secret Archives - Western Front

[X]

This dreaded and powerful fast SS for Schutzstaffel began as the elite corps of bodyguards to Hitler, under the command of the infamous Heinrich Himmler. The SS soon expanded to include an intelligence arm, and, from 1940 to 1945, an elite military corps, the Waffen-SS. This book is part of the three-volume The Secret Archives set that chronicles the exploits of the Waffen-SS. Using information collected from old albums, as well as from newspaper and divisional archives, it includes a wealth of photo

[« »] [previous] [1] [2] [3] [4] [5] [6] [7] [8] [9] [10] [...] [next]




Сортировать статьи по: ▾ дате | популярности | посещаемости | комментариям | алфавиту

Меню
- >>> Главная страница
- >>> Аркадные
- >>> Логические
- >>> Квесты, Я ищу
- >>> Симуляторы
- >>> Арканоиды
- >>> Гонки
- >>> Стрелялки
- >>> Стратегии и RPG
- >>> Спортивные
- >>> Детские
- >>> Браузерные онлайн игры
- >>> Завести питомца

**Кафе каменного века - полная версия**



**Версия: поставь и играй (без ограничений по времени)**

Добро пожаловать в пещерный ресторанчик! Здесь очень уютно, красиво и современно. Все сделано по последней моде: глиняная посуда, листья-салфетки, каменные стулья и столы, экзотические цветы и, главное, отличное меню.
... читать далее »

**Легенда о большой рыбе - полная версия**



**Версия: поставь и играй (без ограничений по времени)**

Отправляйтесь в невероятное путешествие за легендарной рыбой! Докажите, что вы можете выдержать все испытания: что ни ядовитые скорпионы, ни знойное солнце пустыни, ни ледяные пустоши не смогут остановить вас! А ведь вся началось довольно буднично — нашему герою было скучно одним пасмурным летним днем.
... читать далее »

**Загадки полуночи: призрачный Гудини - полная версия**



**Версия: поставь и играй (без ограничений по времени)**

В этой удивительной и мистической игре вам предстоит выяснить загадочные обстоятельства смерти знаменитого Гарри Гудини. Его жена безуспешно многие годы пыталась установить контакт с ним, проводя спиритические сеансы. Но многочисленные попытки не увенчались успехом. Поэтому она обратилась за помощью к вам. Собирайте скрытые предметы, решайте сложные головоломки, чтобы выяснить, кто же убил Гарри Гудини, и навсегда воссоединить души Гарри и его жены.
... читать далее »

**Величайшие сооружения Маджонг - полная версия**
















Cool Samurai watches with blue LED for 10$


Style Watch for 22$


Cheap generic drugs for sale


We have more silicon in our electronics chips. You can buy or sell it here!


Dj Music Blog 2012

* Watch free movies, films online with fastest links!



Ролевая MMORPG,
сделанная в традициях
Diablo и Perfect World!



Play games and make money





Our semicon doctors is best as
tits of this girl. Try it now!

CLUB Music 2012

**Версия: поставь и играй (без ограничений по времени)**

Путешествуйте по миру и изучайте историю и искусство. Во время игры вы узнаете, что открыто новых 7 чудес света. Сто миллионов жителей нашей планеты участвовали в голосовании, чтобы выбрать 7 новых уникальных мест, которые отныне будут названы чудесами света. Какие именно? Играйте, расчищая игровые поля и удовлетворите свое любопытство, узнав, какие уголки Земли выбрали жители планеты!
... Читать далее »

Категория: » | Просмотров: 1030 | Дата: 9-02-2012, 13:53 | Комментариев:



**Эстетика. Загадка часовой башни - полная версия**

**Версия: поставь и играй (без ограничений по времени)**

В фантастическом мире Эстетики все идет своим чередом, и только время навсегда застыло в глубине мистической башни. Исследуйте мрачные переходы, проложите путь наверх и отыщите утерянные детали волшебных часов, которые угрожают прервать завесу времен. Помогите часовых дел мастеру и проведите свое расследование, ведь будущее этой чудесной страны зависит только от вас!
... Читать далее »

Категория: игры | Просмотров: 2063 | Дата: 9-02-2012, 13:21 | Комментариев: 0

**Другой мир. Повелитель теней. Коллекционное издание - полная версия**



**Версия: поставь и играй (без ограничений по времени)**

После покупки причудливого дома, Вы окунетесь в невероятные приключения волшебного мира!
Используя мистический медальон, Вам предстоит исследовать этот мир и спасти молодую девушку по имени Фиона. Найдите Повелителя теней, который схватил ее и верните в нашу реальность. Спасите девушку пока не поздно!
... Читать далее »

Категория: | Просмотров: 3349 | Дата: 9-02-2012, 11:24 |

**Над водой. Тайна другого мира. Коллекционное издание - полная версия**



**Версия: поставь и играй (без ограничений по времени)**

Кто бы мог подумать, что веселое путешествие на морское побережье может закончится кошмаром. По дороге домой, в поезде, ваш сын Бобби исчезает, а вы

оказываетесь в странном мистическом мире. С ужасом вы обнаруживаете, что в этом мире есть мальчик, как две капли похожий на вашего сына. Вам предстоит разобраться, кто в этом мире ваш друг, а кто враг. Ищите спрятанные предметы, решайте головоломки, чтобы не только отыскать своего сына, но и спасти мистический мир от правителя-самозванца.
-- читать дальше »

Категория » Игры класса «найди спрятанные предметы» | Просмотров: 3206 | Дата: 7-02-2012, 17:46 | Комментарии 21

---

**Мистические убийства. Джек Потрошитель - полная версия**



**Версия: поставь и играй (без ограничений по времени)**

Разыщите одного из самых легендарных серийных убийц в мире - Джека Потрошителя. Помогите всемирно известной ясновидящей Энни де Вилле и инспектору Скотланд-ярда Фредерику Эберлайну в поисках печально известного маньяка-убийцы. Соединяйте улики, решайте интригующие головоломки и используйте судебные методы исследования мест преступлений, чтобы выследить жестокого убийцу.
-- читать дальше »

Категория » Игры класса «найди спрятанные предметы» | Просмотров: 1734 | Дата: 7-02-2012, 14:00 | Комментарии 12

---

**Летучий голландец. В плену у призраков - полная версия**



**Версия: поставь и играй (без ограничений по времени)**

Согласно легенде, если вы потерпели кораблекрушение и судьба не дает вам шанса спастись, надо поверить монетами. И тогда появится Летучий голландец - корабль-призрак. Команда Летучего голландца согласна доставить вас до дома. Но за каждый день пути вам надо платить золотом. Ну а если вы бедны, вам придется играть с командой Летучего голландца в игру, где на кону будет ваша жизнь. Выиграв, вы получите золото на оплату дня пути, проиграв - навсегда станете пленником Летучего голландца...
-- читать дальше »

Категория » Игры » Логические игры (головоломки) для девочек | Просмотров: 1105 | Дата: 6-02-2012, 19:58 | Комментарии 2

---

**Атлантическое путешествие. В поисках брата - полная версия**



**Версия: поставь и играй (без ограничений по времени)**

Отправляйтесь в увлекательную поездку по всему свету с Мией и ее ученым дядей. Путешествуйте по разным континентам и разгадайте загадку исчезновения брата Мии. Объединитесь с дядей Мии и следуйте по пятам Джекса, чтобы раскрыть тайну, которая может спасти все человечество. Исследуйте великолепные локации, решайте непростые головоломки и спасите Джекса!
-- читать дальше »

Категория » Игры » Логические игры (головоломки) для девочек | Просмотров: 2590 | Дата: 4-02-2012, 13:19 | Комментарии 1

1 2 3 4 5 6 7 8 9 10 ... 72
Назад
Вперед



about her health. All Shirley
wants is to gather her three
edu...



Seven
Pounds
(2008) BRRip
720p MKV – Mediafire
An aerospace engineer with
a fateful secret embarks on
an extraordinary journey of
redemption by forever
changing the lives of seven
stran...

Tower Heist (2011) TS XViD
AC3 – Mediafire
Plot. When a group of hard
working guys find out they've
fallen victim to a
wealthy business man's
Ponzi scheme, they
conspire to rob his ...

Green Lantern (2011) CAM
MKV – Mediafire
Millions of years before the
Earth was formed, a group of
beings called the Guardians
of the Universe used the
green essence of Willpower
to.

Bad Teacher (2011) TS
MKV – Mediafire
A comedy centered around
a foul-mouthed, junior high
teacher who, after being
dumped by her sugar daddy,
begins to woo a colleague —
a mov...

**Total Pageviews**

0 4 7 1 1 7

**Visitors**

| | |
|---|---|
| W 1,132 | IG 164 |
| US 896 | AU 132 |
| TH 889 | BD 129 |
| ID 852 | SG 125 |
| VN 262 | LK 112 |
| GB 227 | SA 101 |
| PH 210 | DE 89 |
| PK 183 | TW 80 |
| CA 170 | TR 80 |
| TR 166 | UA 76 |

16,317 pageviews

**FLAG**

Home
NonVietNam.net

Free Movie For All

Copyright (c) 2010 Free Movie For All. Designed by Video Blogger Templates
Donators, Best iPad Case, Concert Tickets

# Free movies

Watch free Movies online, bringing screen

## Harry Potter and the Deathly Hallows: Part 2

**Plot Summary:**

**Download Links:**

## Green Lantern

**Plot Summary:**

**Download Links:**

## Conan the Barbarian

**Plot Summary:**

**Download Links:**

## Marvel's The Avengers

**Plot Summary:**

**Download Links**



# Free Movies Online

**The Baytown Disco** Billy Bob Thornton Eva Longoria www.fandango.com

**Free Business Website** Creating a website is fast and easy Free from Google to your business! www.VirginiaOnOnline.com

**Free Online Advertising** See What 5% of Google Ads Can Do For Your Business. Try It Now! www.Google.com/AdWords

AdChoices ▷

### Wednesday, August 3, 2011



Bad Teacher (2011)

### Tuesday, May 24, 2011

Pirates of the Caribbean: On Stranger Tides (2011)

### Monday, May 23, 2011

Thor (2011)

### Wednesday, March 23, 2011



Limitless (2011)

### Sunday, March 13, 2011

Mars Needs Moms (2011)

### Monday, March 7, 2011

Rango (2011)

I Am Number Four (2011)

Pages 5    1  2  3  4  5  6  »





Faster (2010)

Pirates of the Caribbean: On Stranger Tides (2011)

Explore Your Possibilities

. Others cool website

Free Full PC Games Download

**Movies List**

- ▼ 2011 (52)
  - ▼ August (1)
    - Bad Teacher (2011)
  - ► May (2)
  - ► March (5)
  - ► February (44)

**See your visitors in RealTime!**
Get the Free Live Traffic Feed

Get Feedjit Now!

**A visitor from Washington, District of Columbia**
viewed "Free Movies Online" 0 secs ago

**A visitor from Batu Caves, Kuala Lumpur**
viewed [illegible] (2011) - Free Movies Online" 9 hours 2 mins ago

**A visitor from Johor Bahru, Johor**
viewed "Free Movies Online" 18 hours 23 mins ago

**A visitor from Penang, Pulau Pinang**
viewed "The Green Hornet (2011) - Free Movies Online" 1 day 17 hours ago

**A visitor from London**
viewed "Love And Other Drugs (2010) - Free Movies Online" 1 day 19 hours ago

**A visitor from Council Bluffs, Iowa**
viewed [illegible] (2009) - Free Movies Online" 1 day 21 hours ago

**A visitor from Medellin, Antioquia**
viewed "Free Movies Online" 2 days 7 hours ago

**A visitor from Washington, District of Columbia**
viewed "Free Movies Online" 3 days ago

**A visitor from Garut, Jawa Barat**
viewed "Free Movies Online" 3 days 1 hour ago

**A visitor from Silvolde, Gelderland**
viewed [illegible] (2010) - Free Movies Online" 3 days 13 hours ago

Real-time view · Menu

Intrigue.Delight.Inform
The got to go to blog

1
Vis. today 0
Visits 17,608
Pag. today
Online

HOME    POSTS RSS    COMMENTS RSS    DISCLAIMER

Movie
Music
Video

BOLLYWOOD MOVIES    HOLLYWOOD MOVIES    TOLLYWOOD MOVIES    MUSIC VIDEOS    MUSIC

**RECENT POSTS**

Break Ke Baad (2010) -
PDVDRip - 500MB
More »

Allah Ke Banday (2010) (Audio
Cleaned) - 1CD - DvD Scr - Rip
More »

Lrf Professor-2010 DVDScr
Rip 400mb (Explicit)
More »

Knock Out (2010) - DTHRip -
XviD - 1CDRip
More »

A Flat 2010 DVD Scr Rip Subs
- Team IcTv Exclusive
More »

Guzaarish (2010) (New
Source) - 400MB - SCam - Rip
- AAC
More »

Ala Modalaindi (2010) - MP3 -
128 Kbps - VBR - ACD Rips -
HQ
More »

Maatarani Mounamidi (2010) -
AcDRipS - 320 KBPS
More »

Download Chrome
Download Latest Version
100% Free
Download Chrome Right Now!

1 Second Folder ...
Download Latest Version
100% Free
Download 1 Second Folder
Encryption Right Now!

Download ...
Download Latest Version
100% Free
Download Id-Is-3FileConvert
Right Now!

Download 123 Flash ...
Download Latest Version
100% Free!
Download 123 Flash Chat
Server Right Now!

2Tware Virtual Disk ...
Download Latest Version
100% Free
Download 2Tware Virtual Disk
2011 Right Now!

**BLOG ARCHIVE**

November (72)

October (149)

July (72)

Free Movie, Music Downloads
POWERED BY FEEDBURNER

## Popular Posts

- Anjaana Anjaani (2010) (Audio Cleaned) - PDVDRip - XviD - 1CDRip
  Interchangable Links: Code: http://www.mediafire.com/?m7y2yc8n30cy61v
  http://www.mediafire.com/?vsb2c1hym51zk2o http://w...

- 300 Mb Movie collection
  Star Wars: The Clone Wars (2008) / DVDTs / RMVB [302 MB] plot in the front lines
  of an intergalactic struggle between good and evil. fans

- Golmaal 3 (2010) - 1CD - Scam/ PDVD Rip - Xvid - 700MB - Team IcTv Exclusive
  Download Links: http://hotfile.com/dl/80736335/80fc4dc/GDVD.avi.001.html
  http://hotfile.com/dl/80738335/4591d39/GDVD.avi.002...

Showing posts with label English movies  Show all posts

## The Horde 2010 DVDRip-English-Dubbed-x264 300 MB

0 Comments

2010 rips, 300 Mb Movie collection, DVD Rips, English movies, The Horde

RSS SUBSCRIPTION

FOLLOW ME!

Search Term:

Search

LABELS

1080p BluRay  18+  2009
2009  2009  rips  2010
2010 rips  300
Movie collection  4
English Movies  Collection
500mb movies  700mb rips
720p BluRay  rips  BD
rips  Collection  D
Links  DVD Rips
scr  Hindi  Music  pdv
Uncensored music vide
Your Ad Here

TOTAL PAGEVIEWS

281,

Visitors
IN  1,595    CA
US  1,136    PH
GB  267      DE
PK  205      TW
LV  188      GB
ID  185      AU
10,264 pageviews

FLAG

DIRECTORY LISTI

Find us listed at

BlogCatalog

blogarama.com

globeofblogs

Blog search directory

Blog Directory

ShinyStat™
Online       1
Rank    5 (max 50)

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

[FORMAT].........................[ Matroska
[GENRE].......................[ Action | Horror | Thriller
[FILE SIZE]: ............ ..........[ 300 MB
[NO OF CDs]:.................[ 1
[RESOLUTION] .................... [ 720 x 346
[Audio].............................[ 2 ch AAC
[LANGUAGE ] : ...................[ English
[SUBTITLES].....................[ NO
[RELEASE RUNTIME]: ........[ 01:26:52
[SOURCE]........................[ DVDRIP

http://www.imdb.com/title/tt1183276/

Download

http://www.megauload.com/?d=V55PH0CM
http://www.megauload.com/?d=CL3NXAIP
http://www.megauload.com/?d=UNX0X4KX

If you want to download faster,you can get premium account for free too. Click here to know

You might also like:


Animal Kingdom
LIMITED DVDRip
XviD


3 Idiots (2009) | 1/3
DVD | DVDRip |
AC3 | XviD


Nelly_Furtado-
The_Best_Of_
(Deluxe_Edition)-
2CD-2010


Cherry Tree Lane
2010 DVDRip XviD

# Nanny McPhee Returns (2010) [DVDRip]

0 Comments.
: 2010 films . DVD Rips . English movies . Nanny McPhee Returns



Nanny McPhee Returns (2010) DVDRip XviD - MC8
CAM | Avi | English | 1h 46min | 1.4 Gb | 640x272 | XviD -815 kbps | Mp3- 112 kbps
Genre: Comed

403 Forbidden
This file removed due to violation
of ImageShack Terms of Service or
by user request.

Ads By CBoor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBoor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBoor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBoor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBoor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBoor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Nanny McPhee arrives to help a harried young mother who is trying to run the family farm while her husband is away at war, though she uses her magic to teach the woman's children and their two spoiled cousins five new lessons.

http://www.imdb.com/title/tt1415283/



 DOWNLOAD

http://fileserve.com/list/gcnamV7

or

http://www.fileserve.com/file/ybcp7QH/Nanny McPhee Returns (2010) DVDRip XviD - MC8.part1.rar
http://www.fileserve.com/file/CUCnMJ7/Nanny McPhee Returns (2010) DVDRip XviD - MC8.part2.rar
http://www.fileserve.com/file/rA4ssGH/Nanny McPhee Returns (2010) DVDRip XviD - MC8.part3.rar
http://www.fileserve.com/file/XvZ8hct/Nanny McPhee Returns (2010) DVDRip XviD - MC8.part4.rar
http://www.fileserve.com/file/sY7ETSY/Nanny McPhee Returns (2010) DVDRip XviD - MC8.part5.rar
http://www.fileserve.com/file/EzRzpjr/Nanny McPhee Returns (2010) DVDRip XviD - MC8.part6.rar
http://www.fileserve.com/file/GVSDsha/Nanny McPhee Returns (2010) DVDRip XviD - MC8.part7.rar
http://www.fileserve.com/file/x2kAmgF/Nanny McPhee Returns (2010) DVDRip XviD - MC8.part8.rar

If you want to download faster,you can get premium account for free too. Click here to know

You might also like:

  

Night at the Museum 2 Battle Of The Smithsonian EN ...
The Lodger 2009 DVDRip
Click (2010) DVDRip XviD
30 Days of Night Dark Days 2010 1080p BluRay X264 DTS

# Catfish 2010 LiMiTED DVDSCR XViD

0 Comments
2010 nps   Catfish   DVD Rips   English movies







Ads By Clicksor

**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

He quit eating when he was around two years old
01:12:41

Supplied By····[ HLS
Encoded By·····[ HLS
US Release Date-[ 17-09-10 (limited)
HLS Release Date[ 09-11-10
Runtime ····[ 87 min
Discs·······[ 1 Disc
Archives·····[ 49 x 15 MB
IMDB rating ····[ 7.0/10 (1 619 votes)

http://www.imdb.com/title/tt1584016/
[rate:7.0] 1 661 votes

Source ········[ DVD SCR
Video Format ··[ XviD
Frame Rate ····[ 23 976 fps
Aspect Ratio···[ 624x352
Video Bitrate··[ 979 kb/s
Audio Format··[ 128 kb/s
Audio Language·[ English

Plot Outline
In late 2007, filmmakers Ariel Schulman and Henry Joost
ensed a story unfolding as they began to film the
life of Ariel's brother, Nev. They had no idea that their
project would lead to the most exhilarating and unsettling
months of their lives.

http://www.fileserve.com/file/MbX35qw

If you want to download faster,you can get premium account for free too. Click
here to know

You might also like:


Winters Bone 2010
LIMITED 480
BRRip XviD and
360MB rip


Rust(2010) BRRip


Inception [2010]
DVDRip-aXXo


Dabangg *2010*
DVDRip - XviD -
1CDRip and
2CDRip ( 5.1 ...

# Cherry Tree Lane 2010 DVDRip XviD

0 Comments
Label : 2010 rips · 700mb rips · Cherry Tree Lane · DVD Rips · English movies

×

http://www.imdb.com/title/tt1498829/

Genre : Crime | Thriller
Size : 0.70 GB

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!

Source : DVDR5
Resolution : 700×320
Framerate : 25.000 NTSC
Video : 1186 Kbps
Audio : 128 Kbps
Language : English
Subtitles : English

PLOT . Prosperous professional couple Mike and Christine are settling in for a standard evening of wine, TV and low-level marital hostility when a ring on their doorbell changes everything. Turns out their son Sebastian is in a little trouble with some local boys, who are quite prepared to camp out and wait for him to get home... The resulting culture-clash chamber drama is raw, revealing and nerve-splittingly tense.

http://hotfile.com/dl/81414079/baaf560/Cherry.Tree.Lane.2010.DVDRip.XviD.part1.rar.html
http://hotfile.com/dl/81454056/886e2d8/Cherry.Tree.Lane.2010.DVDRip.XviD.part2.rar.html
http://hotfile.com/dl/81503166/6a519ab/Cherry.Tree.Lane.2010.DVDRip.XviD.part3.rar.html
http://hotfile.com/dl/81519288/2e368b1/Cherry.Tree.Lane.2010.DVDRip.XviD.part4.rar.html
http://hotfile.com/dl/81527984/2856c94/Cherry.Tree.Lane.2010.DVDRip.XviD.part5.rar.html
http://hotfile.com/dl/81536136/98f76f7/Cherry.Tree.Lane.2010.DVDRip.XviD.part6.rar.html
http://hotfile.com/dl/81642769/daeae17/Cherry.Tree.Lane.2010.DVDRip.XviD.part7.rar.html

If you want to download faster,you can get premium account for free too. Click here to know

You might also like:


Rust (2010) BRRip


13 Hours (2010) DVDRip XviD


Inception (2010) DvDrip-aXxo


Devils Playground (2010) 720UB DVDRiP

# Nice Guy Johnny (2010) DVDRip

0 Comments [▶◀]
L...s 2010 rips , 700mp rips , DVDLRips , e , English movies , Nice Guy Johnny



Ads By CBpeer
**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBpeer
**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBpeer
**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBpeer
**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBpeer
**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By CBpeer
**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!



http://www.imdb.com/title/tt1619037/







http://www.fileserve.com/file/6SW3P35/Nice.Guy.Johnny.DVDRip.XviD-Kata-www.wrzscene.info.part1.rar
http://www.fileserve.com/file/tjCyGfd/Nice.Guy.Johnny.DVDRip.XviD-Kata-www.wrzscene.info.part2.rar
http://www.fileserve.com/file/vtQdyah/Nice.Guy.Johnny.DVDRip.XviD-Kata-www.wrzscene.info.part3.rar
http://www.fileserve.com/file/tDHwVfE/Nice.Guy.Johnny.DVDRip.XviD-Kata-www.wrzscene.info.part4.rar

or

http://hotfile.com/dl/81614017/63da788f/Nice.Guy.Johnny.DVDRip.XviD-Kata-www.wrzscene.info.part1.rar.html
http://hotfile.com/dl/81614847/b167d34f/Nice.Guy.Johnny.DVDRip.XviD-Kata-www.wrzscene.info.part2.rar.html
http://hotfile.com/dl/81615535/4f55d16/Nice.Guy.Johnny.DVDRip.XviD-Kata-www.wrzscene.info.part3.rar.html
http://hotfile.com/dl/81615065/040ba454/Nice.Guy.Johnny.DVDRip.XviD-Kata-www.wrzscene.info.part4.rar.html

If you want to download faster,you can get premium account for free too. Click here to know

You might also like:


Rust (2010) BRRip


Devils Playground (2010) 700MB DVDRIP


Inception (2010) DVDRip-aXxo


My Girlfriend's Boyfriend (2010) DVDRip-AC3

Download 123 Flash Chat Server Right Now!

Ads By Clipser
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clipser
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clipser
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clipser
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clipser
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clipser
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!

# Chatroom [2010] R5-Line-x264-Team-TDK -[300 MB]

0 Comments

Labels: 2010.rips, 300 Mb Movie collection, Chatroom, dvd.scr, English.mov.es, r5

Download 123 Flash Chat Server Right Now!

Ads By Clicksor

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server



[FORMAT]:.................[ Matroska
[GENRE]:..................[ Thriller
[FILE SIZE]:..............[ 300 MB
[NO OF CDS]:..............[ 1
[RESOLUTION]:.............[ 624 x 352
[Audio].........[ 2 ch AAC
[LANGUAGE ]..............[ English
[SUBTITLES]:.............[ NO
[RELEASE RUNTIME].........[ 01.28.44
[SOURCE]:................[ R5

http://www.imdb.com/title/tt1319704/

http://www.megaupload.com?d=34C099IT
http://www.megaupload.com?d=FHJESRNZ
http://www.megaupload.com?d=6JIAHEVT

OR

http://www.rapidshare.com/files/426663446/CRR5-Team-TDK.part1.rar
http://www.rapidshare.com/files/426663261/CRR5-Team-TDK.part2.rar
http://www.rapidshare.com/files/426663292/CRR5-Team-TDK.part3.rar

If you want to download faster,you can get premium account for free too. Click here to know