# Yeh Exhibit 44

02-Dec-2011
http://hotfile.com/checkfiles.html



Login / Sign up.    Language: ▼ English    简体

hotfile

News    Upload    Premium    Hotlink    Affiliate    FAQ

**Link Checker**
Enter file uris in order to check its current availability. One file per line.
Example:
http://hotfile.com/dl/182987/c2d67b8/PCD.DollDomination.2009.rar.html

| Check Urls |

Home    Premium    Report Abuse    Imprint    File Checker    Reseller    Contacts

Copyright © 2009-2011 hotfile.com. All rights reserved.    Privacy Policy    Intellectual Copyright Policy    Terms of Service