# Yeh Exhibit 45

| | |
|---|---|
| From: | hotfile.mailbox@gmail.com on behalf of HotFile Corp [support@hotfile.com] |
| Sent: | Thursday, March 31, 2011 3:33 AM |
| To: | Vasil Kolev; Iva Ivanova |
| Subject: | Re: messenger |
| Attachments: | app.exe.log |

I am sorry but it was too late last night and I could not write...
This is it in brief:

I de-archived the archive and started up the app.exe file.
It would be good if we have something like a simple installation tool which installs the program and creates at least a shortcut for starting up. As an option this tool may ask the user if it shall start up the program automatically (with the starting of Windows).
Now it is not clear for the ordinary user what to do in order to start up the program.

1 News
- The links do not display in the news (there is text only)

2. Upload
- I uploaded 2 files, the "Resume upload" feature is not supported
The "Upload" folder works, files are uploaded into the main folder (the user cannot select where to upload the files). We may do this so that when a folder is being uploaded from PC, the program to ask in which folder in the server (the user account) to upload the folder, or it may create by default a folder in the server with the same name as the folder in the PC, e.g:

Folder which is being uploaded from the PC:
D:\downloads\Vicious Rumors 2011 - Razorback Killer

Folder in which the files to be uploaded by default (the user can also select another folder/place):
Vicious Rumors 2011 - Razorback Killer


3. Download
- It did not work at first try.
I give a link, I indicate in which folder the files to be recorded, I press "Confirm" too, and then nothing happens. The files do not appear in the download window.

I logged out from the program and restarted it, then it worked:
It downloads with a speed of 200 kb, the same speed as the one through the browser
Chunks: 5 (I have not changed it)
Resume – it is supported
Schedule: it works. Due to the fact that the text "scheduled for..." becomes too long and the field has to be extended in order the user can see what is written, we would better put a small icon for "schedule + date" instead.

Downloading of link list:
http://hotfile.com/list/1628227/052da95

1



CONFIDENTIAL

HF02307230



**TRANSPERFECT**

AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOGOTA
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
CLEVELAND
COLUMBUS
DALLAS
DENVER
DUBAI
DUBLIN
DÜSSELDORF
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
LYON
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SEOUL
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TEL AVIV
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC
ZURICH

AFFIDAVIT OF ACCURACY

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02307230-32] from Bulgarian into English.

_____
Ann Marie Hovey
TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 3rd of December 2011.

_____
Signature, Notary Public

ASHEIKA STEPHENS
Notary Public - State of New York
NO. 01ST6211226
Qualified in Kings County
My Commission Expires 9/14/13

_____
Stamp, Notary Public
New York, NY

THREE PARK AVENUE, NEW YORK, NY 10016 T 212.689.5555 F 212.689.1059 WWW.TRANSPERFECT.COM

| | |
|---|---|
| From: | hotfile.mailbox@gmail.com on behalf of HotFile Corp [support@hotfile.com] |
| Sent: | Thursday, March 31, 2011 3:33 AM |
| To: | Vasil Kolev; Iva Ivanova |
| Subject: | Re: messenger |
| Attachments: | app.exe.log |

Съжалявам, но вчера беше много късно и нямаше как да пиша...
Ето накратко:

Разархивирах архива и стартирах app.exe.
Би било добре да има нещо като инсталатор прост, който да инсталира програмата и да създва поне шорткът за стартиране, като опция - да пита дали иска да се стартира програмата автоматично (със стартирането на виндовс).
Сега не е ясно за обикновения юзър какво да прави за да пусне програмата.

1.News
-не се показват линковете в новините (само текст)

2.Upload
-качих 2 файла, не се поддържа resume upload
Folder upload-работи, файловете се качват в основната папка (не се избира къде да се качат файловете). Може да се направи като се качва папка от компютъра да пита в коя папка на сървъра (акаунта на юзъра) да се ъплоадне или по подразбиране да се създаде папка с името на папката от компютъра, например:

Папка която се ъплоадва от компютъра:
D:\downloads\Vicious Rumors 2011 - Razorback Killer

Папка в която по подразбиране (може да се избере и друга папка/място) да се качват файловете:
Vicious Rumors 2011 - Razorback Killer


3.Download
-Първоначално не сработи:
Давам линк, посочвам в кой фолдър да се запишат файловете, давам и confirm и след това нищо не става. Не се появяват файловете в прозореца за сваляне.

Излязох и стартирах наново програмата, проработи:
Сваля с 200kb, колкото и през браузър-а
Chunks:5 (не съм променял)
Resume-поддържа се
Schedule:работи, вместо текста 'scheduled for ....' понеже става много дълго и трябва да се разтегли полето за да се види какво пише, по-добре е да има малка иконка за schedule+date.

Сваляне на линк лист:
http://hotfile.com/list/1628227/052da95

1

CONFIDENTIAL

HF02307230

Показва правилно всички файлове от папката, избирам всички за сваляне, но след потвърждение не се случва нищо - не се показват файлове да се свалят.
Пробвах да избера 2 файла само - пак не сработва.


Това е,
Прилагам и лог файл ако върши работа.

Андрей


4.Други опции

2011/3/30 Vasil Kolev <vasil@ludost.net>
Девойката ме помоли да предам, ако можеш да пратиш feedback-a преди 8
вечерта, да може да поработи в/у него.

В 10:54 +0300 на 30.03.2011 (ср), HotFile Corp написа:
>
> Yep ;)
> Skype: andrei_bg
>
> 2011/3/29 Vasil Kolev <vasil@ludost.net>
>
> > ти последно skype ли ползваше?
> > --
> > Regards,
> > Vasil Kolev
> >
>
>
>
> --
> ------------------------------------------
> Hotfile.com
>
> Support:http://hotfile.com/contacts.html
> Help/FAQ:http://hotfile.com/help.html
--
Regards,
Vasil Kolev



--
------------------------------------------
Hotfile.com

Support:http://hotfile.com/contacts.html
Help/FAQ:http://hotfile.com/help.html

2

CONFIDENTIAL

HF02307231

3

CONFIDENTIAL

HF02307232