# Yeh Exhibit 46

**From:** Hotfile Corp [hotfile.com@gmail.com]
**Sent:** Friday, December 04, 2009 10:41 AM
**To:** rumen@hotfile.com; Elan; Anton Titov
**Subject:** Fwd: uploaders scamming hotfile: Hotfile (352302,urekis64@gmail.com)

The post below is long, but in brief the problem is:
– many people are cheating by deliberately uploading false content, files with different content than their names and descriptions:
For example, it says: Fringe.S02E09.Snakehead.HDTVFringe.S02E09.Snakehead.HDTV
and in reality, it is some other movie…

My suggestion is:
We put a new link on the download page near the download link:
"Report fake content" (or something like that) and when people are downloading files, and they find it is fake, they can report it to us.
So, if we get for example 100 reports for a given file (or a number proportional to the total number of downloads of the respective file)—this link to be automatically removed by us.

What do you think of it?

---------- Forwarded message ----------
From: <urekis64@gmail.com>
Date: Fri, Dec 4, 2009 at 7:59 AM
Subject: uploaders scamming hotfile: Hotfile (352302,urekis64@gmail.com)
To: hotfile.com@gmail.com

Message sent from user with mail - urekis64@gmail.com:
Reason: I have technical issues with downloading
Username: 352302
Rank: Silver
Status: Premium

ip: 125.238.122.43
URL:

I realise that the odds of this post getting through to anyone who both cares and has the ability to change anything are negligible but I\\'m gonna give it a shot.
I have been with Hotfile a few months now and have only praise for hotfile reliability and speed.
Unfortunately the service is being sabotaged by greedy uploaders who persist in posting fake files.
This campaign must be deliberate because it is so consistent. I have a few other subscription file share accounts (rapidshare, megaupload, storage.to and easynews) and none of them have anything close to an equivalent % of fakes.
I assume you pay uploaders in credits based on the number of account holders who download a particular file.
I have more time than things to do on my hands for the next few weeks and am happy to send you the offending links along with the post showing the files are not what they claimed to be, if hotfile is prepared to do something about it.

EXHIBIT
PENGAD 800-631-6989
Titov 163
12.08.11 AF

- Even me reading that last sentence makes me wonder what the scam is this, but I really don\\\'t want anything other than a more reliable file sharing service.

I had planned on getting rid of my rapidshare account this month because their service has become too slow and will also be getting rid of storage.to because they don\\\'t resume and only allow one connection. I have been with easynews for 6 years and my rapidshare account would be coming up for it\\\'s 2nd anniversary ibut I\\\'m gonna ditch them.

I saw that to try to help you understand that I and many others are loyal customers, provided our vendor is fair to us.

If this fake files issue cannot be resolved I shall have to find a file server which is fast and true.

So the email addy I have posted here is genuine. I can understand that it is very difficult for hotfile.com to be seen to be too proactive regarding keeping servers \\\'neat and tidy\\\' but you may not be aware that a competitor is encouraging these uploaders to post these fake links to websites which receive tens of thousands of original hits every day (eg rlslog.net)

Next time I find a fake gets upped such as Fringe.S02E09.Snakehead.HDTV.XviD-FQM.avi.html (which contains an old prison break episode) and is posted on http://www.rlslog.net/fringe-s02e09-snakehead-hdtv-xvid-fqm/ (along with at least two other fake files posted to hotfiles on the same page check if you don\\\'t believe me) it would be great to know the low-lives posting didn\\\'t get their credit. It would be even better if the links no longer worked

--

http://www.hotfile.com

TRANSPERFECT

AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOGOTA
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
CLEVELAND
COLUMBUS
DALLAS
DENVER
DUBAI
DUBLIN
DÜSSELDORF
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
LYON
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SEOUL
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TEL AVIV
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC
ZURICH

AFFIDAVIT OF ACCURACY

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document *[HF02854213-14]* from Bulgarian into English.

Ann Marie Hovey
TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4

Stamp, Notary Public

New York, NY

**From:** Hotfile Corp [hotfile.com@gmail.com]
**Sent:** Friday, December 04, 2009 10:41 AM
**To:** rumen@hotfile.com; Elan; Anton Titov
**Subject:** Fwd: uploaders scamming hotfile: Hotfile (352302,urekis64@gmail.com)

Писмото по-долу е дълго, но проблема накратко е:
-много хора се изхитрят умишлено да ъплоадват фалшив контент, файл съдържащ контент различен от този за който пише че е:
Например пише че е: Fringe.S02E09.Snakehead.HDTVFringe.S02E09.Snakehead.HDTV
а дефакто е някакъв друг филм...

Моето предложение е:
Да сложим на даунлоад страницата, наред с даунлоад линка, още един:
"Report fake content" (или подобно) и хората свалящи файлове, ако установят че съдържанието е фейк-да ни пращат репорт.
Съответно ако се получат за даден файл да речем 100 репорта (или число пропорционално на общия брой даунлоади за съответния файл) - този линк да се изтрива автоматично от нас.

Какво мислите?

---------- Forwarded message ----------
From: <urekis64@gmail.com>
Date: Fri, Dec 4, 2009 at 7:59 AM
Subject: uploaders scamming hotfile: Hotfile (352302,urekis64@gmail.com)
To: hotfile.com@gmail.com

Message sent from user with mail - urekis64@gmail.com:
Reason: I have technical issues with downloading
Username: 352302
Rank: Silver
Status: Premium

ip: 125.238.122.43
URL:

I realise that the odds of this post getting through to anyone who both cares and has the ability to change anything are negligible but I\\\'m gonna give it a shot.
I have been with Hotfile a few months now and have only praise for hotfile reliability and speed.
Unfortunately the service is being sabotaged by greedy uploaders who persist in posting fake files.
This campaign must be deliberate because it is so consistent. I have a few other subscription file share accounts (rapidshare, megaupload, storage.to and easynews) and none of them have anything close to an equivalent % of fakes.
I assume you pay uploaders in credits based on the number of account holders who download a particular file.
I have more time than things to do on my hands for the next few weeks and am happy to send you the offending links along with the post showing the files are not what they claimed to be, if hotfile is prepared to do something about it.

Even me reading that last sentence makes me wonder what the scam is this, but I really don\\\'t want anything other than a more reliable file sharing service.
I had planned on getting rid of my rapidshare account this month because their service has become too slow and will also be getting rid of storage.to because they don\\\'t resume and only allow one connection. I have been with easynews for 6 years and my rapidshare account would be coming up for it\\\'s 2nd anniversary ibut I\\\'m gonna ditch them.
I saw that to try to help you understand that I and many others are loyal customers, provided our vendor is fair to us.
If this fake files issue cannot be resolved I shall have to find a file server which is fast and true.
So the email addy I have posted here is genuine. I can understand that it is very difficult for hotfile.com to be seen to be too proactive regarding keeping servers \\\'neat and tidy\\\' but you may not be aware that a competitor is encouraging these uploaders to post these fake links to websites which receive tens of thousands of original hits every day (eg rlslog.net)
Next time I find a fake gets upped such as Fringe.S02E09.Snakehead.HDTV.XviD-FQM.avi.html (which contains an old prison break episode) and is posted on http://www.rlslog.net/fringe-s02e09-snakehead-hdtv-xvid-fqm/ (along with at least two other fake files posted to hotfiles on the same page check if you don\\\'t believe me) it would be great to know the low-lives posting didn\\\'t get their credit. It would be even better if the links no longer worked

--
http://www.hotfile.com