# Yeh Exhibit 47

http://twitter.com/#!/hotfile_site

hotfile.com (hotfile_site) on Twitter

Twitter
Search

*Have an account?* **Sign in**

Username or email

Password

☐ Remember me                Sign in

Forgot password?
Already using Twitter via SMS?

hotfile.com **hotfile.com**
@hotfile_site Planet E.
*Earn money while uploading and sharing your files with your friends*
http://www.hotfile.com

Follow

- Tweets
- Favorites
- Following
- Followers
- Lists



hotfile_site hotfile.com
Payments for period up to 27.03.2011 were made.
29 Mar
»

Text follow hotfile_site to your carrier's shortcode



EXHIBIT
Titov 164
Q.8.11  A

08/26/2011 08:31 AM

1 of 20

hotfile.com (hotfile_site) on Twitter

http://twitter.com/#!/hotfile_site


hotfile_site hotfile.com
Every uploader can transform his account to premium one (or extend current). See your account...
6 Jul 09
»


hotfile_site hotfile.com
Payments up to 05.07.2009 are made!
6 Jul 09
»


hotfile_site hotfile.com
HotFile.com FAQ section: http://hotfile.com/faq.html
5 Jul 09
»


hotfile_site hotfile.com
Remote upload from RS: http://username:pass@rapidshare.com/files/179653400/AOKScene3.part3.rar You need PREMIUM RapidShare account.
5 Jul 09
»


hotfile_site hotfile.com
How do I become platinum member / raise my rank? http://bit.ly/3Lq6xf
3 Jul 09
»


hotfile_site hotfile.com
Currently Browsing: http://i6232.tk
3 Jul 09
»

hotfile.com (hotfile_site) on Twitter

http://twitter.com/#!/hotfile_site

## Follow hotfile.com on Twitter

Don't miss any updates from hotfile.com. Sign up today and follow your interests!

**Sign up »**

About @hotfile_site

**99**
Tweets

**0**
Following

**1,300**
Followers

**23**
Listed

About  Help  Blog  Mobile  Status  Jobs  Terms  Privacy  Advertisers  Businesses  Media  Developers  Resources   © 2011 Twitter

08/26/2011 08:31 AM

http://twitter.com/#!/hotfile_site

08/26/2011 08:31 AM

hotfile.com (hotfile_site) on Twitter

20 of 20