# Yeh Exhibit 48

# Digital Point

**File hosting affiliate program presentation**

Printable View

Show 40 post(s) from this thread on one page

Page 4 of 5 | ◄◄ First | ◄ | ... | 2 | 3 | | 5 | ► | Last ►►

---

**viatorek**       Jun 23rd 2009, 4:16 pm

> Quote:
>
> Originally Posted by **campolar** View Post
>
> When u enter the url, the file uploader is getting an html page instead of the file so ur getting that...
>
> in RS its done bcz in rs settings u hav direct downloads turned off...
>
> idk abt netload

its not a problem all people have problem even this with direct download turn ON.probably RAPIDSHARE added all HF servers to black list

---

**elomaniak**       Jun 23rd 2009, 4:39 pm

so netload would have too

I'll try to contactRS support 2morrw.

if anyone else has asolve formy and the others problem then pleae write

---

**george101**       Jun 24th 2009, 10:37 am

lol its HF problem, not RS!

---

**El Llanero**       Jun 26th 2009, 3:50 am

I visit other forums and I see there's a growing complaint towards HF users. They are seen as spammers.
Lots of reposts, fake files, low quality uploads and disregard for the rules are amongst the complaints.
I wouldn't be surprised if HF begins to be banned due to users abuse.
If the main boards/forums beging to ban it, HF will end up as a host file service for bloggers and small boards.
HF is such a fine service and it is a shame to see that its users may kill it.

---

**campolar**       Jun 26th 2009, 4:31 am

Where have you seen that HF is called a scammer? From what i think, u join only to post this so u might be working for a competitor host and trying to bring hotfile down... hotfile always pays, there has been no payment issues till now..

---

**El Llanero**       Jun 26th 2009, 4:52 am

> Did you read what I said?. I said **HF users.**
> If you read carefully you'll see I said:
>> Quote:
>>
>> *HF is such a fine service and it is a shame to see that its **users** may kill it.*
>
> I have nothing to complain about HF. The problem is in its members. Too many spammers, flooding the boards with useless stuff to make money and the members in those boards have started complaing about the bad stuff that it is posted.
> HF is a fine cash host and people shouldn't abuse it.

---

**dduck**  Jun 26th 2009, 5:46 am

I will type one very big board and the other (aslo famous but smaller then the first one), where hotfile is banned.
1st:
phun (you gays have to figure out whole links ;)

2nd:
suzy

The main reason for hotfile start being banned is because lot of ppl who share hotfile links, doing that in a way they really iritate every community. There use few tools that are available to 'remotely' share posts on 100s of boards just by one click. That's why you see lot of started topics with only single post inside. If boards could ban those users, that would be great. But they can't do it so easily.
You guys have to EARN your earnings. Not just put lot of links in your tools, and then just click the button and share. That's why boards started to ban hotfile links. I also don't like when I see 1000 of single posted topics.

I make my way to the first forum page by posting good stuff in one single topic, and that way I'm bumping myself. Then some as*hole comes in and post 100 of single threaded posts, and shoot me back on.....let's say ....10th page just in few minutes.

---

**El Llanero**  Jun 26th 2009, 6:22 am

Didn't know it was already banned in some places!. But it comes as no surprise.

---

**george101**  Jun 26th 2009, 10:31 am

> Quote:
>
> Originally Posted by **El Llanero** View Post
>
> Did you read what I said?. I said **HF users.**
> If you read carefully you'll see I said:
>
> *I have nothing to complain about HF. The problem is in its members. Too many spammers, flooding the boards with useless stuff to make money and the members in those boards have started complaing about the bad stuff that it is posted.*
> *HF is a fine cash host and people shouldn't abuse it.*

i totally agree with u :rolleyes:

---

**dduck**  Jun 26th 2009, 5:35 pm

let me add another 2 boards who forbid sharing hotfile links:

foru*ophilia

&

Optical

So you guys keep flooding the rest of the bigger boards. That will get you just right where you are on those 4 boards I wrote down.

---

**El Llanero**                                                                                   Jun 26th 2009, 5:54 pm

Mods at por*bb complain about the mess they have to clean everyday.
I guess it won't take long before HF is banned.

---

**viatorek**                                                                                     Jun 27th 2009, 9:13 am

> Quote:
>
> Originally Posted by **El Llanero** View Post
>
> Mods at por*bb complain about the mess they have to clean everyday.
> I guess it won't take long before HF is banned.

where they complain? they dont complain about other host? come one!
rapidshare user dont post stuff? and other?

foru*ophilia they never allow hotfile so its not banned its just not on allowed list since start

rapidshare gives 2euro per premium (have 8 alread) and thats why i started spaming boards? nah!

banning will not help,people will switch to other and other

---

**enhu**                                                                                         Jun 27th 2009, 12:14 pm

i've read their faq and that we can upload thru ftp.
is there also a feature like how can we download files thru ftp?

---

**viatorek**                                                                                     Jun 27th 2009, 1:00 pm

> Quote:
>
> Originally Posted by **enhu** View Post
>
> i've read their faq and that we can upload thru ftp.
> is there also a feature like how can we download files thru ftp?

nah.you can't download file from there do it from the link
you can download YOUR files without waiting

---

**campolar**                                                                                     Jun 27th 2009, 1:11 pm

> Quote:
>
> Originally Posted by **enhu** View Post
>
> i've read their faq and that we can upload thru ftp.
> is there also a feature like how can we download files thru ftp?

i guess you can download ur own files via ftp...

---

**enhu**                                                                                   Jun 27th 2009, 2:18 pm

> Quote:
> Originally Posted by **campolar** View Post
> i guess you can download ur own files via ftp...

what i mean is from other user. :D i guess theres no way.

---

**sandeep211499**                                                                          Jun 28th 2009, 4:13 am

Its really great. Suppose we upload a torrent file for some new movie, and get downloads.

It will create crazy wealth :))

---

**campolar**                                                                               Jun 28th 2009, 5:18 am

> Quote:
> Originally Posted by **enhu** View Post
> what i mean is from other user. :D i guess theres no way.

Well, you need to wait to download other files, with FTP there is no waiting...

---

**nomankhan111**                                                                           Jun 28th 2009, 7:13 pm

I totally agree with viaotrek and compolar if u band your user they will switch to diferent file hosting services i did not see on any of the forums for hotfile band links viaotrek u r best on hot file sorry for bad english

---

**happpy**                                                                                 Jun 30th 2009, 10:27 pm

> Quote:
> Originally Posted by **kingmurtaza196** View Post
> When I put my RS premium account link in remote upload . I get an error
>
> "1 downloads failed"
>
> Secondly I also tried this
>
> http://account:pass@http://rapidshar...er.DJANHAR.rar
>
> It didn't work ! Help me outt

# here is a solution to perfectly

# remoteload from rapidshare to hotfile:

kttp://rapidspit.43.gs/generate-rapidshare-direct-links-for-remote-upload-to-other-filehosts/

this page outputs the correct format to remoteload from rapidshare to any other filehost PLUS it checks the files status and tells you deadlinks!

---

**elomaniak**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jul 1st 2009, 3:30 am

still the same

content type is text/html

---

**krazymind**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jul 1st 2009, 4:56 pm

Stop using these types of sites, mostly are phishing sites & steal your Rapidshare account.

Regards

---

**happpy**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jul 2nd 2009, 4:50 pm

Quote:

> Originally Posted by **krazymind** View Post
>
> Stop using these types of sites, mostly are phishing sites & steal your Rapidshare account.
>
> Regards

mostly... but this one not.
also it states not to fill real data,
instead replace bogus data in local texteditor with real data..

anyway, hotfile-admins still can also see the rapidshare account data.

---

**campolar**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jul 3rd 2009, 11:04 am

Quote:

> Originally Posted by **elomaniak** View Post
>
> still the same
>
> content type is text/html

For that you need to edit your RS premium settings to "ALLOW DIRECT UPLOADS!" how many times does it have to be told?

Quote:

> Originally Posted by **happpy** View Post
>
> mostly... but this one not.
> also it states not to fill real data,

> *instead replace bogus data in local texteditor with real data..*
>
> *anyway, hotfile-admins still can also see the rapidshare account data.*

What will they do with "thousands" of rs accounts :p

### elomaniak                                                                 Jul 4th 2009, 3:25 pm

> Quote:
>
> Originally Posted by **campolar** View Post
>
> *For that you need to edit your RS premium settings to "ALLOW DIRECT UPLOADS!" how many times does it have to be told?*

Guess what
already on :p

had it on
trying to remote with the same account it worked 2 weeks ago and now
still nuthing

### campolar                                                                  Jul 11th 2009, 2:50 pm

> Quote:
>
> Originally Posted by **elomaniak** View Post
>
> *Guess what*
> *already on :p*
>
> *had it on*
> *trying to remote with the same account it worked 2 weeks ago and now*
> *still nuthing*

Have you tried "emailing" hotfile?

**george101**  *Jul 12th 2009, 4:46 am*

guys check this out

Code:
```
http://twitter.com/hotfile_site
```

look at this post

Quote:
> Remote upload from RS: hxxp://username:PASS@rapidshare.com/files/179653400/AOKScene3.part3.rar You need PREMIUM RapidShare account.

the link given here is from a porn movie posted in planetsuzy.

Code:
```
http://planetsuzy.org/showpost.php?p=676111&postcount=106
```

looks like hotfile is run by noobs. wonder where they are getting money to pay uploaders!

---

**dduck**  *Jul 12th 2009, 5:26 am*

Quote:
> Originally Posted by **george101** View Post
>
> guys check this out
>
> Code:
> ```
> http://twitter.com/hotfile_site
> ```
>
> look at this post
>
> the link given here is from a porn movie posted in planetsuzy.
>
> Code:
> ```
> http://planetsuzy.org/showpost.php?p=676111&postcount=106
> ```
>
> looks like hotfile is run by noobs. wonder where they are getting money to pay uploaders!

george101, I don't get it. That...last thing about pl**suzy? would you explain it little better?

---

**campolar**  *Jul 12th 2009, 7:37 am*

Quote:
> Originally Posted by **george101** View Post
>
> guys check this out
>
> Code:
> ```
> http://twitter.com/hotfile_site
> ```
>
> look at this post

> *the link given here is from a porn movie posted in planetsuzy.*
>
> Code:
> ```
> http://planetsuzy.org/showpost.php?p=676111&postcount=106
> ```
>
> *looks like hotfile is run by noobs. wonder where they are getting money to pay uploaders!*

Why do you care from where they get their earnings? We upload, earn and get paid. We just have to care about that right?

### george101                                                                 Jul 12th 2009, 10:49 am

guys u didnt understand me

in twitter hotfile has posted an example of how to upload from RS to HF and the link given in example is of a porn movie. its posted by HF site itself and they are using **copyrighted porn movie** as a example...

### dduck                                                                     Jul 13th 2009, 5:26 pm

My hotfile stats saying that I had been 'paid', but my PalPal account show only this:

> Quote:
>
> **PayPal balance: $0.00 USD**

Here is the PP screenshot:

http://i27.tinypic.com/2mpybmf.jpg

Did anyone experienced the same thing?

I already sent one email message to hotfile support, but I am still waiting for them to answer.

### krazymind                                                                 Jul 13th 2009, 9:09 pm

> Quote:
>
> *Did anyone experienced the same thing?*
> *I already sent one email message to hotfile support, but I am still waiting for them to answer.*

money should be in your account now.

Regards

### dduck                                                                     Jul 13th 2009, 9:14 pm

krazymind, thanks for your wishes.

I said wishes, because my account show exactly the some thing:

**PayPal balance: $0.00 USD**

---

**HyPn0sE**                                                            Jul 14th 2009, 10:55 am

My payment is fine, what i noticed new was the name of the sender, have changed to something more professional. Hope you can solve your problem... good luck

---

**dduck**                                                              Jul 14th 2009, 10:58 am

They coudn't send me money, so that put it back on my hotfile profile. Now, the good question is, what should I do with the money I earned? All other payment metods do not work for me, and hotfile doesn't support MoneyBookers or WireTransfer.

---

**krazymind**                                                          Jul 14th 2009, 11:04 am

> Quote:
>
> They coudn't send me money, so that put it back on my hotfile profile. Now, the good question is, what should I do with the money I earned? All other payment metods do not work for me, and hotfile doesn't support MoneyBookers or WireTransfer.

I don't know what's going on. Try ePassporte. They are good too

---

**dr.smsm07**                                                          Jul 14th 2009, 9:38 pm

sounds good

---

**dduck**                                                              Jul 14th 2009, 9:40 pm

> Quote:
>
> Originally Posted by **krazymind** View Post
>
> I don't know what's going on. Try ePassporte. They are good too

I will try to register on ePassporte and see if that will work.
Thx for your suggestion.

---

**ghost260**                                                           Jul 15th 2009, 5:28 am

> Quote:
>
> Originally Posted by **dduck** View Post
>
> They coudn't send me money, so that put it back on my hotfile profile. Now, the good question is, what should I do with the money I earned? All other payment metods do not work for me, and hotfile doesn't support MoneyBookers or WireTransfer.

well, I had the same exprerience as you. nobody could send me money with paypal. When some of my friends tried to send me money, they say they faced with message "this recipient is from ******* country and cannot receive money from other paypal members. This recipient can only spend money from his/her credit or debit card" I registered another paypal address by stating that I am from other country. i hope your country is not also blocked as mine :)

**ira123**  Jul 16th 2009, 12:38 am

http://usernameassword@rapidshare.com/files/193082186/...... i will also try is this the site should start with

Show 40 post(s) from this thread on one page

Page 4 of 5 | First | ◄ | ... | 2 | 3 | | 5 | ► | Last ►►

All times are GMT -5. The time now is 11:13 pm.

Digital Point modules: Sphinx-based search, CSS