# Yeh Exhibit 49

| | |
|---|---|
| From: | Anton Titov [anton@titov.net] |
| Sent: | Friday, July 02, 2010 7:49 PM |
| To: | Rumen Stoyanov |
| Cc: | andrey.yanakov@gmail.com; Elan; Vasil Kolev |
| Subject: | Re: Hotfile |

This may help out too (3rd or 4th news item):
http://rapidshare.com/news.html

Rapidshare discontinued all kinds of points and payments as of July 1st.

Anton

2010/7/2 Rumen Stoyanov <rumenrum@gmail.com>:
> Hi,
>
> Does anyone have a reasonable explanation why our profits increased so rapidly?
> The main increase is in $35 and $55. I can think of several possibilities:
>
> 1) There are cheaters.
> 2) There is a bug somewhere in the site which is forcing them to pay.
> 3) Yesterday appeared 14 sales from gifts, if the Christmas promotion was showing up, that
> could explain the increased sales of $35 and $55.
> 4) Hollywood has closed 3-4 large websites for illegal movies and that could have
> redirected users to us.
> 5) Holidays of the Soccer World Cup.
>
> --
> Regards,
> Rumen Stoyanov
>

--
Regards,
Anton Titov

1



CONFIDENTIAL                                                                 HF02859540



**TRANSPERFECT**
LEGAL SOLUTIONS

AFFIDAVIT OF ACCURACY

I, Jason Perkins, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02859540] from Bulgarian into English.

*[signature]*

Jason Perkins
601 Thirteenth Street NW
Suite 370 South
Washington, DC 20005

Sworn to before me this 3rd of December 2011.

*[signature]*

Signature, Notary Public

Yvonne Burke
Notary Public, District of Columbia
My Commission Expires 9/14/2014

_____

Stamp, Notary Public
Washington, DC

| | |
|---|---|
| **From:** | Anton Titov [anton@titov.net] |
| **Sent:** | Friday, July 02, 2010 7:49 PM |
| **To:** | Rumen Stoyanov |
| **Cc:** | andrey.yanakov@gmail.com; Elan; Vasil Kolev |
| **Subject:** | Re: Hotfile |

Може и това да помага (3та или 4та новина):
http://rapidshare.com/news.html

от 1ви юли рапидшер спират всякакви видове точки и плащания.

Антон

2010/7/2 Rumen Stoyanov <rumenrum@gmail.com>:
> Здравейте,
>
> Някой има ли разумно ояснение защо ни се увеличиха така рязко приходите?
> Основното увеличение е при $35 и $55. Това за което аз се сещам са
> следните
> възможности:
>
> 1) Читъри са ни полазили.
> 2) Някъде имаме грешка по сайта и това ги принуждава да плащат.
> 3) Вчера се появиха 14 продажби от Gifts, ако се е показвала коледната
> промоция това може да обясни увеличените продажби на 35 и 55$.
> 4) Холивуд е затворил 3-4 големи сайта за нелегални филми и може да са
> се пренасочили юзери към нас.
> 5) Почивните дни на световното по футбол.
>
> --
> Regards,
> Rumen Stoyanov
>


--
Regards,
Anton Titov

1

CONFIDENTIAL

HF02859540