# Yeh Exhibit 50

| | |
|---|---|
| **From:** | Nasko [nasko@hotfile.com] |
| **Sent:** | Wednesday, February 24, 2010 5:26 PM |
| **To:** | Rumen; Anton Titov |
| **Subject:** | Fwd: Business Idea for Hotfile and Warner Bros |

This is very interesting.

If we do this with them we would be able to first, show a legitimate use of the service and second, if they start using us for Amazon, iTunes etc., there will be many others who would wish to use us for that.

Nasko

```
---------- Forwarded message ----------
From: Hotfile Corp <hotfile.com@gmail.com>
Date: Wed, Feb 24, 2010 at 8:42 AM
Subject: Fwd: Business Idea for Hotfile and Warner Bros
To: Nasko Beluchi <nasko@hotfile.com>
```

Nasko, I've talked to Michael.Bentkover@warnerbros.com. They have a copyright tool and they use it quite actively.

We don't have any problems for now and we work normally.

Andrei

```
---------- Forwarded message ----------
From: Applen, Ethan <Ethan.Applen@warnerbros.com>
Date: Wed, Feb 24, 2010 at 2:33 AM
Subject: Business Idea for Hotfile and Warner Bros
To: "hotfile.com@gmail.com" <hotfile.com@gmail.com>


To Whom It May Concern,

In the past I know you've been in contact with Michael Bentkover in our office in discussing
takedown tools. I wanted to see if we could arrange a time to talk about potentially
including links on Hotfile to ecommerce sites where Warner Bros content is hosted (iTunes,
Amazon, WBShop, etc). If you could forward me to the correct person to discuss this it would
be greatly appreciated.



Best,



Ethan Applen

Director, Technology and Business Strategy

Worldwide Corporate Anti-Piracy
```

CONFIDENTIAL                                                          HF02854610



HF02854610

Ethan.Applen@WarnerBros.com

Office: 818.954.2287

Cell: 818.522.4827

--
http://www.hotfile.com

2

CONFIDENTIAL

HF02854611

HF02854610



## TRANSPERFECT

AFFIDAVIT OF ACCURACY

AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOGOTÁ
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
CLEVELAND
COLUMBUS
DALLAS
DENVER
DUBAI
DUBLIN
DUSSELDORF
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
LYON
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SEOUL
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TEL AVIV
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC
ZURICH

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02854610-11] from Bulgarian into English.

Ann Marie Hovey
TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

Signature, Notary Public

SARAH E MULLEN
Notary Public - State of New York
No. 01MU6245919
Qualified in New York County
Commission Expires Aug 08, 20__

Stamp, Notary Public

New York, NY

| | |
|---|---|
| **From:** | Nasko [nasko@hotfile.com] |
| **Sent:** | Wednesday, February 24, 2010 5:26 PM |
| **To:** | Rumen; Anton Titov |
| **Subject:** | Fwd: Business Idea for Hotfile and Warner Bros |

Tova e mnogo interesno.
Ako go napravime s tiah, parvo shte moje da pokajeme legitimno izpolzvane na service-a i
vtoro ako pochnat da ni polzvat za amazon, itunes, etc shte doidat i mnogo drugi, koito shte
iskat da ni polzvat za tova.

Nasko


---------- Forwarded message ----------
From: Hotfile Corp <hotfile.com@gmail.com>
Date: Wed, Feb 24, 2010 at 8:42 AM
Subject: Fwd: Business Idea for Hotfile and Warner Bros
To: Nasko Beluchi <nasko@hotfile.com>


Nasko, komunikiral sam si s Michael.Bentkover@warnerbros.com Imat copyright tool i go polzvat
dosta aktivno.
Niamame nikakvi problemi zasega i rabotim normalno.

Andrei

---------- Forwarded message ----------
From: Applen, Ethan <Ethan.Applen@warnerbros.com>
Date: Wed, Feb 24, 2010 at 2:33 AM
Subject: Business Idea for Hotfile and Warner Bros
To: "hotfile.com@gmail.com" <hotfile.com@gmail.com>


To Whom It May Concern,

In the past I know you've been in contact with Michael Bentkover in our office in discussing
takedown tools. I wanted to see if we could arrange a time to talk about potentially
including links on Hotfile to ecommerce sites where Warner Bros content is hosted (iTunes,
Amazon, WBShop, etc). If you could forward me to the correct person to discuss this it would
be greatly appreciated.


Best,


Ethan Applen

Director, Technology and Business Strategy

Worldwide Corporate Anti-Piracy

1

CONFIDENTIAL

HF02854610

Ethan.Applen@WarnerBros.com

Office: 818.954.2287

Cell: 818.522.4827


--
http://www.hotfile.com

CONFIDENTIAL

HF02854611