# Yeh Exhibit 51

| | |
|---|---|
| From: | Nasko [nasko@hotfile.com] |
| Sent: | Wednesday, February 24, 2010 5:43 PM |
| To: | Rumen Stoyanov |
| Subject: | Re: Business Idea for Hotfile and Warner Bros |

I will contact them any way so I can see what they offer

Nasko

2010/2/24 Rumen Stoyanov <rumenrum@gmail.com>:
> Despite all, I think it's good to contact them and hopefully we will start working together. ( to >sell their legal things, to give us trailers and may be other things we cannot think of now).
>
> 2010/2/24 Nasko <nasko@hotfile.com>
>>Yes, it seems I have misunderstood their idea. I don't see how and where we can put links to >>their content.
>>
>> Nasko
>>
>> On Wed, Feb 24, 2010 at 5:28 PM, Anton Titov <anton@titov.net> wrote:
>>As far as I can see, their idea is to promote them, not to upload their content on our site. I don't >>see why we should do it.
>>
>> Anton
>> > On Wed, Feb 24, 2010 at 5:25 PM, Nasko <nasko@hotfile.com> wrote:
>> This is very interesting
>> If we do it with them, firstly we can show legal use of the service and secondly if they start >>using us for amazon, itunes, etc. many others will come willing to use us for this.
>>
>>Nasko
>> >> ---------- Forwarded message ----------
>> >> From: Hotfile Corp <hotfile.com@gmail.com>
>> >> Date: Wed, Feb 24, 2010 at 8:42 AM
>> >> Subject: Fwd: Business Idea for Hotfile and Warner Bros
>> >> To: Nasko Beluchi <nasko@hotfile.com>
>> >>
>> >>
>> >> Nasko, komunikiral sam si s Michael.Bentkover@warnerbros.com
>> Nasko, I've communicated with Michael.Bentkover@warnerbros.com. They have copyright >> tool and they use it very actively.
>> We have no problems so far and we work normally.

>> >>
>> >> Andrei
>> >>
>> >> ---------- Forwarded message ----------
>> >> From: Applen, Ethan <Ethan.Applen@warnerbros.com>
>> >> Date: Wed, Feb 24, 2010 at 2:33 AM

1

CONFIDENTIAL

EXHIBIT
Titov 30
12.06.11

HF02854619

```
>> >> Subject: Business Idea for Hotfile and Warner Bros
>> >> To: "hotfile.com@gmail.com" <hotfile.com@gmail.com>
>> >>
>> >>
>> >> To Whom It May Concern,
>> >>
>> >> In the past I know you've been in contact with Michael Bentkover
>> >> in our office in discussing takedown tools. I wanted to see if we
>> >> could arrange a time to talk about potentially including links on
>> >> Hotfile to ecommerce sites where Warner Bros content is hosted
>> >> (iTunes, Amazon, WBShop, etc). If you could forward me to the
>> >> correct person to discuss this it would be greatly appreciated.
>> >>
>> >>
>> >>
>> >> Best,
>> >>
>> >>
>> >>
>> >> Ethan Applen
>> >>
>> >> Director, Technology and Business Strategy
>> >>
>> >> Worldwide Corporate Anti-Piracy
>> >>
>> >> Ethan.Applen@WarnerBros.com
>> >>
>> >> Office: 818.954.2287
>> >>
>> >> Cell: 818.522.4827
>> >>
>> >>
>> >> --
>> >> http://www.hotfile.com
>> >>
>> >
>> >
>> >
>> > --
>> > Regards,
>> > Anton Titov
>> >
>
>
>
> --
> Regards,
> Rumen Stoyanov
>
```

CONFIDENTIAL   HF02854620



# TRANSPERFECT

AFFIDAVIT OF ACCURACY

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02854619-20] from Bulgarian into English.

*[signature: A M Hovey]*

TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

*[signature: Sarah E Mullen]*

Signature, Notary Public

```
SARAH E MULLEN
Notary Public - State of New York
No. 01MU6245919
Qualified in New York County
Commission Expires Aug 08, 2015
```

Stamp, Notary Public

New York, NY

THREE PARK AVENUE, NEW YORK, NY 10016  T 212.689.5555  F 212.689.1059  WWW.TRANSPERFECT.COM

| | |
|---|---|
| **From:** | Nasko [nasko@hotfile.com] |
| **Sent:** | Wednesday, February 24, 2010 5:43 PM |
| **To:** | Rumen Stoyanov |
| **Subject:** | Re: Business Idea for Hotfile and Warner Bros |

Az shte se svarja s tiah taka ili inache da vidia kakvo predlagat.

Nasko

2010/2/24 Rumen Stoyanov <rumenrum@gmail.com>:
> Въпреки всичко аз мисля че е добре да влеземе в контакт с тях и
> евентуално да започнеме да работиме заедно. (да продаваме легални
> техни неща, да ни дават трейлъри и може би други неща за които не се сещаме в момента).
>
> 2010/2/24 Nasko <nasko@hotfile.com>
>>
>> Da, mai az sam razbral pogreshno ideiata im. Ne vijdam kak i kade
>> shte slojime link-ove kam tehnia content.
>>
>> Nasko
>>
>> On Wed, Feb 24, 2010 at 5:28 PM, Anton Titov <anton@titov.net> wrote:
>> > Аз доколкото виждам идеята им е ние да ги рекламираме, а не да си
>> > качват контента при нас. Не виждам смисъл за нас да го правим.
>> >
>> > Антон
>> >
>> > On Wed, Feb 24, 2010 at 5:25 PM, Nasko <nasko@hotfile.com> wrote:
>> >> Tova e mnogo interesno.
>> >> Ako go napravime s tiah, parvo shte moje da pokajeme legitimno
>> >> izpolzvane na service-a i vtoro ako pochnat da ni polzvat za
>> >> amazon, itunes, etc shte doidat i mnogo drugi, koito shte iskat da
>> >> ni polzvat za tova.
>> >>
>> >> Nasko
>> >>
>> >> ---------- Forwarded message ----------
>> >> From: Hotfile Corp <hotfile.com@gmail.com>
>> >> Date: Wed, Feb 24, 2010 at 8:42 AM
>> >> Subject: Fwd: Business Idea for Hotfile and Warner Bros
>> >> To: Nasko Beluchi <nasko@hotfile.com>
>> >>
>> >> Nasko, komunikiral sam si s Michael.Bentkover@warnerbros.com Imat
>> >> copyright tool i go polzvat dosta aktivno.
>> >> Niamame nikakvi problemi zasega i rabotim normalno.
>> >>
>> >> Andrei
>> >>
>> >> ---------- Forwarded message ----------
>> >> From: Applen, Ethan <Ethan.Applen@warnerbros.com>
>> >> Date: Wed, Feb 24, 2010 at 2:33 AM

1

CONFIDENTIAL                                                                                                        HF02854619

```
>> >> Subject: Business Idea for Hotfile and Warner Bros
>> >> To: "hotfile.com@gmail.com" <hotfile.com@gmail.com>
>> >>
>> >>
>> >> To Whom It May Concern,
>> >>
>> >> In the past I know you've been in contact with Michael Bentkover
>> >> in our office in discussing takedown tools. I wanted to see if we
>> >> could arrange a time to talk about potentially including links on
>> >> Hotfile to ecommerce sites where Warner Bros content is hosted
>> >> (iTunes, Amazon, WBShop, etc). If you could forward me to the
>> >> correct person to discuss this it would be greatly appreciated.
>> >>
>> >>
>> >>
>> >> Best,
>> >>
>> >>
>> >>
>> >> Ethan Applen
>> >>
>> >> Director, Technology and Business Strategy
>> >>
>> >> Worldwide Corporate Anti-Piracy
>> >>
>> >> Ethan.Applen@WarnerBros.com
>> >>
>> >> Office: 818.954.2287
>> >>
>> >> Cell: 818.522.4827
>> >>
>> >>
>> >> --
>> >> http://www.hotfile.com
>> >>
>> >
>> >
>> >
>> > --
>> > Regards,
>> > Anton Titov
>> >
>
>
>
> --
> Regards,
> Rumen Stoyanov
>
```

2

CONFIDENTIAL                                                             HF02854620