# Yeh Exhibit 52

| | |
|---|---|
| From: | Anton Titov [anton@titov.net] |
| Sent: | Sunday, May 09, 2010 6:36 PM |
| To: | Hotfile Corp |
| Cc: | Elan; Andrei |
| Subject: | Re: problem with remote upload: Hotfile (crazyzone,amministratore_e@mail.ru) |

Our policy is not to support transferring of files from our site to other hosting locations, so it is not a problem which we have to make efforts to solve.

Anton

2010/5/9 Hotfile Corp <hotfile.general@gmail.com>:
> Hello, this is the second letter for today, there is obviously some problem. Let me know if you have any
> ideas...
>
>
> Message sent from user with mail - amministratore_e@mail.ru:
> Reason: General question
> Username: crazyzone (974421)
> Rank: Copper
> Status: Premium
> Suspended: No
> Remove premium: No
>
> lastdl:
> http://hotfile.com/dl/22193913/0ffbdad/Sonic_Scenarist_BD.part1.rar.ht
> ml
> ip: 87.0.213.162 IT
> URL:
>
> Dear support i have problemas making remote upload from hotfile to
> others service (radpisahre, depositfiles etc ) all these service wrote
> me that all my files in hotfile are BLACKLISTED because have MD5 code
> blacklisted in all my files uploaded in hotfile please explain me why
> this??
>
> here one reply to my email sent to rapidsahre read the reply:
>
> \"\"Hello,
>
> [12:07:52] Isler Justin: it seems that all remote uploads from one
> hoster to RapidShare are sent with the same MD5 value. Since the
> specific value is identical to a value marked as illegal in our system, uploads are denied.
> We suggest to contact your hoster in this matter. Unfortunately, due
> to security and legal matters, the blockage of the value can not be lifted.
>
>
> Best regards,
>
> Koren
> RapidShare Support
>
> RapidShare AG
> Gewerbestrasse 6

1

CONFIDENTIAL



HF02842599

```
> 6330 Cham
> Switzerland \"\"
>
> you can explain me this? i dont understand this reason i dont know if
> i must believe rapidshare but them are blocking all my files sended from here.
>
>
> thx for your reply
>
>
>
> --
> Best regards,
> Support
> Hotfile.com
>
>
```

--
Regards,
Anton Titov

CONFIDENTIAL

HF02842600



# TRANSPERFECT

AFFIDAVIT OF ACCURACY

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02842599-600] from Bulgarian into English.

*[signature]*

TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

*[signature: Sarah E. Mullen]*
Signature, Notary Public

```
SARAH E MULLEN
Notary Public - State of New York
No. 01MU6245919
Qualified in New York County
Commission Expires Aug 08, 2015
```

Stamp, Notary Public
New York, NY

| | |
|---|---|
| From: | Anton Titov [anton@titov.net] |
| Sent: | Sunday, May 09, 2010 6:36 PM |
| To: | Hotfile Corp |
| Cc: | Elan; Andrei |
| Subject: | Re: problem with remote upload: Hotfile (crazyzone,amministratore_e@mail.ru) |

Нашата политика е да не подкрепяме прехвърлянето на файлове от нас към други хостинги, така че не е проблем, който трябва да се напъваме да решаваме.

Антон

2010/5/9 Hotfile Corp <hotfile.general@gmail.com>:
> Здравейте, това ни е второ такова писмо за днес, изглежда има някакъв
> проблем, ако имате някакви идеи...
>
>
> Message sent from user with mail - amministratore_e@mail.ru:
> Reason: General question
> Username: crazyzone (974421)
> Rank: Copper
> Status: Premium
> Suspended: No
> Remove premium: No
>
> lastdl:
> http://hotfile.com/dl/22193913/0ffbdad/Sonic_Scenarist_BD.part1.rar.ht
> ml
> ip: 87.0.213.162 IT
> URL:
>
> Dear support i have problemas making remote upload from hotfile to
> others service (radpisahre, depositfiles etc ) all these service wrote
> me that all my files in hotfile are BLACKLISTED because have MD5 code
> blacklisted in all my files uploaded in hotfile please explain me why
> this??
>
> here one reply to my email sent to rapidsahre read the reply:
>
> \"\"Hello,
>
> [12:07:52] Isler Justin: it seems that all remote uploads from one
> hoster to RapidShare are sent with the same MD5 value. Since the
> specific value is identical to a value marked as illegal in our system, uploads are denied.
> We suggest to contact your hoster in this matter. Unfortunately, due
> to security and legal matters, the blockage of the value can not be lifted.
>
>
> Best regards,
>
> Koren
> RapidShare Support
>
> RapidShare AG
> Gewerbestrasse 6

1

CONFIDENTIAL                                                                              HF02842599

```
> 6330 Cham
> Switzerland \"\"
>
> you can explain me this? i dont understand this reason i dont know if
> i must believe rapidshare but them are blocking all my files sended from here.
>
>
> thx for your reply
>
>
>
> --
> Best regards,
> Support
> Hotfile.com
>
>


--
Regards,
Anton Titov
```

CONFIDENTIAL                                                                 HF02842600