Yeh Exhibit 53

| | |
|---|---|
| From: | Rumen Stoyanov [rumenrum@gmail.com] |
| Sent: | Sunday, July 04, 2010 12:47 AM |
| To: | Anton Titov |
| Subject: | Thoughts and Passions |

What an unexpected gift we have from Rapidshare :) The bad thing is that they clean up their image while we become the flagship of non-licensed content.

The affair with the Dubaian company is going to fail. None of the Arab countries has a consulate in Panama, while the UAE has not signed the Hague convention and their apostilles are not valid. We have to consider establishing a new company with our direct ownership.

Regarding our options in Switzerland I am speaking with Kaloyan Stoyanov and the best option for the time being is a corporate tax of 9-10%, but the tax on the dividends is 15% if the owners are natural persons. If a Bulgarian company is the owner, then the profit can be transferred to the Bulgarian company and tax on dividends will be paid, not in Switzerland, but in Bulgaria. The idea of transferring 50% of the profit to off-shore companies is not going to work.

I spoke with Nasko about PayPal and we agreed to convey the real status of the situation. It remains for him to contact you by email so that you can specify some details for the letter to PayPal.

Concerning the funds: I suggest you transfer $500,000 each week from PayPal to Lemuria. Then, transfer $180,000 each week from Lemuria to FinArt Ltd. for hosting, servers, etc.

--
Regards,
Rumen Stoyanov

Highly Confidential



HF02868293



**TRANSPERFECT**

AFFIDAVIT OF ACCURACY

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02868293] from Bulgarian into English.

*AM Hovey*

TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

*Signature, Notary Public*

Stamp, Notary Public
New York, NY

THREE PARK AVENUE, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

| | |
|---|---|
| From: | Rumen Stoyanov [rumenrum@gmail.com] |
| Sent: | Sunday, July 04, 2010 12:47 AM |
| To: | Anton Titov |
| Subject: | Razmisli i Strasti |

Рапидшеър какъв неочакван подарък ни направиха :) Лошото е че те си изчистват имиджа и ние ще станеме флагман на нелицензирания контент.

Нещата с дубайската фирма вървят към провал. Панама няма консулство на нито една арабска държава, а пък ОАЕ не са подписали Хагската конвенция и апостилите не важат. Остава да помислим дали да не направим нова фирма и ние да сме собственици директно.

За Швейцария говоря с Калоян Стоянов и засега най-доброто е 9-10% корпоративен данък, но за дивидентите е 15% ако сме физически лица собственици. Ако сме БГ фирма/и собственици, тогава печалбата може да се прехвърли към БГ фирмата и да не се плаща данък дивидент в Швейцария, а в БГ. Това с прехвърлянето на 50% от печалбата към офшорни фирми няма да стане.

За Пейпал говорих с Наско и се разбрахме да си кажеме реално как стоят нещата, но последно остана той да ти пише емайл с който да уточните някои неща по писмото за Пейпал.

За финансите: Предлагам всяка седмица да прехвърляш по $500к от Пайпал към Лемурия. След това всяка седмица да плащаш по $180к от Лемурия към ФинАрт Лтд .- за хостинг/сървъри/.....

--
Regards,
Rumen Stoyanov



1