# Yeh Exhibit 54

| | |
|---|---|
| From: | Elan [no1knows.me@gmail.com] |
| Sent: | Tuesday, May 11, 2010 6:24 PM |
| To: | Nasko |
| Subject: | Re: Hotfile Task |

There it is, from the previous email. I don't know how it can look better.
http://w2.hotfile.com/copyrightremoved.html

I meant that what is protecting us legally is the fact that we don't know what is up there on our site. If we know, then we are susceptible to lawsuits. And now according to the new IP policy, 10 days after a report, we pretend we don't know. That is what I meant :)

2010/5/11 Nasko <nasko369@gmail.com>:
> We have an agreement with the content producer so that he puts his name and link.
> You create the page, so we can show it to them.
>
> Nasko
>
> On 5/11/10, Elan <no1knows.me@gmail.com> wrote:
>> I don't know what else to make it, unless it's a link...
>>
>> http://w2.hotfile.com/copyrightremoved.html
>>
>> By the way, according to the new IP policy, there is a 10-day period for a file, after a report, for the
>> file to not be considered illegally uploaded and the property of the complainant, as there is an option for
>> counter-notification (+15 days) and I'm not sure what our capacity is in determining whom the file
>> belongs to and respectively put a link/advertisement.
>>
>>
>> On 11 May 2010 14:06, Nasko <nasko369@gmail.com> wrote:
>>> ---------- Forwarded message ----------
>>> From: Nasko <nasko369@gmail.com>
>>> Date: Thu, May 6, 2010 at 11:35 AM
>>> Subject: Hotfile Task
>>> To: Elan <no1knows.me@gmail.com>
>>>
>>>
>>> Dido,
>>>
>>> Make a page in Hotfile where under the text that states that the file is deleted due to a
>>> copyright violation, put a text that proposes to the visitor to buy the file from somewhere.
>>> Make to the page as you see fit, and we will discuss how it should be best done.
>>> Write to me when you make it, it would be good if it is before the weekend.
>>>
>>> Nasko
>>>
>>
>

CONFIDENTIAL                                                                                   HF02855246



HF02855246



# TRANSPERFECT

AFFIDAVIT OF ACCURACY

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02855246] from Bulgarian into English.

Ann Marie Hovey
TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

Signature, Notary Public

```
SARAH E MULLEN
Notary Public - State of New York
No. 01MU6245819
Qualified in New York County
Commission Expires Aug 08, 20/5
```

Stamp, Notary Public
New York, NY

| | |
|---|---|
| From: | Elan [no1knows.me@gmail.com] |
| Sent: | Tuesday, May 11, 2010 6:24 PM |
| To: | Nasko |
| Subject: | Re: Hotfile Task |

Ето я, от предния мейл. Не знам как по-добре да изглежда.
http://w2.hotfile.com/copyrightremoved.html

Аз имах предвид, че това което ни пази законово е че не знаеме какво имаме на сайта. Ако знаеме, това ни прави подсъдими. А вече според новото IP Policy, 10 дни след репорт се правиме че не знаеме. Това имах предвид :)

2010/5/11 Nasko <nasko369@gmail.com>:
> Nie sme se razbrali s producera na contenta toi da si slaga imeto I linka.
> Ti napravi kak da izglejda stanicata da im pokajeme.
>
> Nasko
>
> On 5/11/10, Elan <no1knows.me@gmail.com> wrote:
>> Не знам по какъв друг начин да го направя освен линк ..
>>
>> http://w2.hotfile.com/copyrightremoved.html
>>
>> btw, според ново IP Policy до 10 дни след репортването на файл, файла
>> не се счита за нелегално качен и собственост на оплакалия се, тъй
>> като има и опция за counter-notification (+15 дни) и не знам до колко
>> имаме право да определяме чий е файла и съответно да слагаме линк/реклама.
>>
>>
>> On 11 May 2010 14:06, Nasko <nasko369@gmail.com> wrote:
>>> ---------- Forwarded message ----------
>>> From: Nasko <nasko369@gmail.com>
>>> Date: Thu, May 6, 2010 at 11:35 AM
>>> Subject: Hotfile Task
>>> To: Elan <no1knows.me@gmail.com>
>>>
>>>
>>> Dido,
>>>
>>> Napravi edna stranica v hotfile, kadeto pod text-a, che file-a e
>>> iztrir zaradi copyright violation da ima text koito da predlaga na
>>> visitor-a da si go kupi ot niakade.
>>> Napravi go po tvoe usmotrenie i shte go obsadime kak bi bilo
>>> nai-dobre. Pishi mi kato go napravish, shte e hubavo da e predi
>>> weekend-a.
>>>
>>> Nasko
>>>
>>
>



CONFIDENTIAL

HF02855246