# Yeh Exhibit 57

03-Dec-2011
http://hotfile.com/affiliate.html

EXHIBIT
Titov 165
12·8·11

**hotfile**   News   Upload   Premium   Hotlink   Affiliate   FAQ   Login / Sign up   Language

Earn money while uploading and sharing your files with your friends. Our affiliate program is open for every registered member in our site. We have a flexible rate for each of your files.

### Earnings Table

| Rank | 5 - 50MB | 50 - 100MB | 100 - 2000MB |
|---|---|---|---|
| Copper | $2 | $3 | $4 |
| Bronze | $3 | $5 | $7 |
| Silver | $5 | $7 | $10 |
| Gold | $6 | $9 | $12 |
| Platinium | $7 | $10 | $15 |

Note: All prices are for 1000 downloads.

### Ranks

All uploader accounts are checked daily for their performance during the last 14 days. If necessary your status will be changed and your file's downloads will be credited according to the table above. Your status mainly depends on your conversion ratio which includes:

1. The ratio of the users that downloaded your files and the users that become premium based on your uploaded files.

2. The ratio of uploaded files to number of downloads.

### Rules & Conditions

1. We count every successfully completed download, but if a premium user downloads a file more than once, that will be counted as a single download. This doesn't apply for free users downloads - their downloads are counted without limitations (multiple downloads for a file from same IP are counted).

2. We pay every Monday (Paypal, AlertPay, Webmoney). Minimum payment amount is $15. Payments are done automatically, you don't need to do anything.

3. We count downloads from all countries in the list below:

| Americas | Europe | | | | Asia & Rest | | |
|---|---|---|---|---|---|---|---|
| **North:** | Austria | Belgium | Bulgaria | Croatia | Bahrain | China | Hong Kong |
| Canada | Cyprus | Czech Republic | Denmark | Estonia | Israel | Japan | Kuwait |
| Mexico | Finland | France | Germany | Gibraltar | Malaysia | Oman | Qatar |
| **United States** | Greece | Hungary | Ireland | Italy | Saudi Arabia | Singapore | South Africa |
| | Latvia | Liechtenstein | Lithuania | Luxembourg | Turkey | UAE | |
| **South:** | Malta | Netherlands | Norway | Poland | | | |
| Argentina | Portugal | Romania | Russia | Slovakia | **Oceania:** | | |
| Brazil | Slovenia | Spain | Sweden | Switzerland | Australia | New Zealand | |
| | United Kingdom | | | | | | |
| Total: 5 | Total: 33 | | | | Total: 16 | | |

### Hotfile Features

1. FTP upload, Remote Upload, Link List, File Manager (Rename, Copy, Delete, Move files and folders).

2. File copies and different download links are supported (After you upload a file you will be able to create copies of it on our site).

3. Backup for all uploads so files are never lost.

4. We offer unmatched speeds. Free users can download with 128kb and our premiums enjoy unlimited download speed.

5. Usability - we use no popup and ads on our download pages.

6. We do not restrict any country - free downloads for everyone are guaranteed.

7. We have detailed statistics for downloads and revenues.

### Referral programs

We offer 2 additional affiliate programs for people who either own sites where they can post links or that can refer hotfile to fellow uploaders. We are not restricting anybody, so you can use both if you want.

### For site owners

Get 5% commission of all premium accounts sold through your site. For every referrer that comes from your site and buys premium, you will get 5% of the account's price. No matter if download link is yours or you've found it elsewhere! Post interesting download links in your site, blog or forum and earn big money. Click here to add your site.

### Refer a friend

If another uploader registers under a referral link of yours, you will permanently earn 20% of what that uploader earns. Click here to see your referral link.

account's price. No matter if download link is yours or you've found it elsewhere! Post interesting download links in your site, blog or forum and earn big money. Click here to add your site.

**Refer a friend**
If another uploader registers under a referral link of yours, you will permanently earn 20% of what that uploader earns. Click here to see your referral link.

Home   Premium   Report Abuse   Imprint   File Checker   Reseller   Contacts