# Yeh Exhibit 58

HotFile - new rules - who like it?                                    http://forums.digitalpoint.com/printthread.php?t...


# Digital Point

**HotFile - new rules - who like it?**

Printable View

Page 2 of 6 | First | ‹ | 1 | | 3 | 4 | ... | › | Last »          Show 40 post(s) from this thread on one page

---

**ButcherBoy**                                                                                   Jun 26th 2009, 4:41 am

I'd like to make some explanations:

Your acccount type will be calculated each day and depending of this your downloads will be paid regarding the Earnings table (see our Affiliate section)

We change account status daily, but we consider one week back period when we calculate your conversion ratio.

Your old downloads (before 24.06) will be counted by old prices/conditions.

Your status depends mainly on your conversion ratio - in other words, how many people that downloaded your files have become premium users.

There is progress bar in your account "My Stats" - you can check what is your position and how you performs - better or worse.

Number of postings and downloads are not indicator for your account status.
You may have lot of posts, downloads, but your users who download your links don't become premium! We pay for your downloads only from premium users who paid for their accounts.So we implemented new account types.
If your conversion ratio is good-you will be gold or platinum and for these accounts we INCREASED prices.

Other indicators are considered as well, such as:

* - how much files you upload
* - number of downloads
* - server resources load and etc

**The most important indicator, however, is your conversion ratio!**

With this we want to benefit all uploaders which works good, got many downloads of their files, but conversion also!

Possible low rank could affect uploaders whose traffic does not bring the proper premium users to the site. But at the same time, according to statistics, there are substantial overall increase in earnings from partners with higher-converted traffic for the past days.

About payments - we pay each Monday and so far never delayed.
Next Monday payments will be too, so don't need to speculate about this!

If you just upload, yes you may have downloads, but if we don't receive premium conversion from your users, how we supposed to pay you? Where to get money from?

We check all competitors and most of them will do the same (even RapidShare, not mentioned others).

How to convince people to become premium?
From one side-it depends on our site,download page -> this will be improved very soon
From other side-I notice people who just don't make dump links, but make some good description of their file (on their blog,site or forum), their downloaders become premium more often.

We believe this will benefit in long term all good uploaders!

About RapidShare remote upload - for all users with rank Silver+ there is no limit!
Even more - we think to offer for all Silver+ users to use remote upload, even if they don't have their premium



HotFile - new rules - who like it?                                     http://forums.digitalpoint.com/printthread.php?t...

RS account!

Right now RS changed their authentication system and we rewrite our code, hope soon all will be ready.

We are working now also for upload/download tool and other stuff, I'm sure you will be glad to use.

Regards,

---

**dduck**                                                                                                Jun 26th 2009, 4:53 am

I agree with last 2 of you.
Yesterday I was gold (as I am today)...but...
I when new day started I was around 50% between sylver and premium level. Few hours later when I waked up, I had 66%. I was like "Wow, something positive is happening".
So what I did? I killed myself sharing (without sleeping to much), so that I could finaly see that platinum lever right next to my nickname.
Maybe it's a weak result for bigger players here, but:
Previous day when I had 66% and sum of 242 unique downloads (193 being form files bigger then 100 MB in size).
But next day I had 326 unique downloads (326 being from files bigger then 100 MB in size).

One day I earned $2.65, and next one over $4.
What is my reward for that? I am now at 25%. And very close to silver level.
That sucks. I would really like to know how they count our levels.
They keep telling us that 'conversion ratio' is most important. Well here it is how things are going, when you think about it logically:

> Quote:
> 
> *To earn more I have to be platinum user. To make that happen, ppl have to download my files more. But most important is how much of them become premium users. OK, then I have to do this:*
> *Share lot more, and good stuff (from basic user point of view), so that they will finally decide to buy a premium and stop torturing themselfs by downloading as basic users. I will share more, upload more, and that will for sure bring better results in my stats"*

So, again, I share more. Lot more ppl downloaded my files. I earned more (compared to my previouse days, it was the record).
How they thanked me for that? Oh, well, I am now on 25% (but yesterday I earned less, while in the same time was closer to platinum level)

> Quote:
> 
> **IF THE CONVERSION RATIO IS MOST IMPORTANT, THEN TELL US AT ONCE HOW YOU CALCULATE WHOLE DAMN THING. AND PUT THE INFO OF NEW PREMIUM USERS THAT WE BRING YOU IN OUR STATS, SO THAT WE COULD KNOW THAT TOO**

(mods, I know about CAPS rule, I did it with reason 'cause I know hotfile stuff visiting this board, but they always "somehow" overlook what we are saying here. If it can't stay that way, please lower my caps)

---

**dduck**                                                                                                Jun 26th 2009, 5:10 am

> Quote:
> 
> *Originally Posted by* **ButcherBoy** *View Post*
> 
> *If you just upload, yes you may have downloads, but if we don't receive premium conversion from your users, how we supposed to pay you? Where to get money from?*

ButcherBoy, thanks for responding here.
I quted part of your previous message (that is made while I was typing mine, previouse message).

Ok, what I quoted make some sense (if we put ourself in your shoes), but:

> We cannot bring you more premium users while we share few files, because if I am some basic user (as I am) and want to download some file from you, I would do that without buying a premium account. But if I see lot of good stuff and I want those, I would said "damn it, I cannot wait forever to download all this, lets buy a premium account"
> So, you can't say that download count is less important. It is telling you that we "force" ppl to download our files. But we cannot beat them to buy a premium.
> 2 days ago I made a record how much I earned. I was also at 66% closer to platinum. Yesterday I made much bigger jump in download counts and my final earnings, and you rewarded me with 25% closer to silver level. To be honest, your progress bar **SUCKS**. Those are just procents. If it shows how many users became premium users while downloading our files, put that info in stats. So we could know (1,2, 3) users bought premium from our files. Also, give as at last how many % that new premium user is valuable for you.
> We still don't know how you calculate whole thing. We only know "what is most important" and that's it. Again, you cannot have new users if we share only few files. The best indicator that we are going in right direction is how many downloads are made. So we can only hope that one of those users will buy a premium account with you. There is no other way. So we share, lot of ppl downlaod, and that means they LIKE WHAT WE SHARE. That's the end of our part in whole thing.
> It's depends of persons mind if it wants to buy premium. We can't do nothing about it except keep sharing good stuff. And if more ppl downloads, that sure doesn't mean they don't like it. You have to fix something in your 'calculation' and give us more information in our stats.
>
> Maybe you don't like my criticism, but its for benefits of both sides. (your system is not perfect, make it better)

### ButcherBoy                                                    Jun 26th 2009, 5:40 am

> We track all your downloads and all users who become premium from your links.
> Together with other information we monitor - we make your rank and showed it to you.
> This rank is your performance - if your % is increased - this mean your conversion ratio is increased. That's the information you need. If we show you let's say-200 downloads, 3 premiums... would it be easier for you to guess what you did and what you should do to increase conversion? No. Our user rank is more complex indicator, and that's the reason we put it in all accounts.

### dduck                                                          Jun 26th 2009, 5:55 am

> Is it possible to let us have both 'progress bar' and 'new premium users' in our stats?
> If the progress bar is more complex, then I guess, puting also a 'premium users' info is not too much to ask because it's just one part of 'progress bar' formula.
> It's just a number, why you are so 'afraid' about showing us that number? :) (progress bar have to stay, it's just need one more info to goes with it)

### ghel                                                           Jun 26th 2009, 6:19 am

> I want to target the gold one. I know they made the changes for improvements.

### Funkster                                                       Jun 26th 2009, 7:49 am

> Right now the progress bar says: 100% copper.. when wil I transfer to bronze then?

### ButcherBoy                                                    Jun 26th 2009, 9:12 am
Some TIPS for better ranking

> Some TIPS for better ranking:
>
> Essentially to reach a higher status your links should sell more premium accounts. Here are few tips that may help you to be promoted to a higher type of uploader and eventually to reach the platinum status:
> * Don't post links to different file hosting sites for the same file. This kind of mirrors allows users to simultaneously download from different sites and they have less incentive to buy premium.

* Don't switch every day to different file hosting service - that way people are less willing to buy a premium account, as they will need multiple premium accounts from different services to get all the content and that is more expensive.
* Do not upload files that you will not promote. Used server space is also accounted when your rank is considered.
* Put more effort into bringing more visitors to download your files, rather than to upload more files. If you are uploading 10Gb of files everyday just to have every file downloaded few times you are going to stick with Copper.
* Don't post on resources that have popups, try to install troyans and similar stuff. This way users do not have much trust and are less willing to pay.

---

### maxdugan                                                                 Jun 26th 2009, 9:38 am

**@ButcherBoy, we need a referral link so that we can directly sell hotfile premium membership to our downloaders. You don't indicate how many have bought premium from our links and this should be indicated clearly.** 5 people bought premium from my referral links today + more than 1000 downloads and im still on copper status, how do we know that the purchase of premium was accredited to us? Your indicator is not accurate at all, only you know about this conversion ratio and you can always manipulate this to however you want it.

**One thing is very obvious, the more you share, the less you earn, i dont really see the logic here.** You should be rewarding uploaders who work very hard to upload to your server. Why should we upload files that nobody wants to download? That will just be a waste of time, we are with hotfile because of what you offered before. Please take this matter into serious consideration. Thank you very much.

---

### george101                                                                Jun 26th 2009, 12:24 pm

am still at 100% silver, y am i not getting upgraded to gold?

---

### dduck                                                                    Jun 26th 2009, 12:27 pm

george101, try to contact support team by clicking on 'contact' while you are at your account. I am really interested to hear why is that happening.

---

### george101                                                                Jun 26th 2009, 12:55 pm

lol i dont think i will ever get a reply from their support

---

### ButcherBoy                                                               Jun 26th 2009, 2:46 pm

Sometimes no need too much thinking, just try! :)
We try to answer all emails, no matter how much they are...

> Quote:
>
> Originally Posted by **george101** View Post
>
> lol i dont think i will ever get a reply from their support

---

### viatorek                                                                 Jun 26th 2009, 2:52 pm

> Quote:
>
> Originally Posted by **ButcherBoy** View Post

HotFile - new rules - who like it?                                    http://forums.digitalpoint.com/printthread.php?t...

> *Sometimes no need too much thinking, just try! :)*
> *We try to answer all emails, no matter how much they are...*

lol no you dont hehe trust me
i never get replay (since 2 months)
but problem is always solved in few minutes
so i dont complain

---

**ButcherBoy**                                                        Jun 26th 2009, 2:52 pm

Quote:

> *Originally Posted by **maxdugan** View Post*
>
> **@ButcherBoy, we need a referral link so that we can directly sell hotfile premium membership to our downloaders. You don't indicate how many have bought premium from our links and this should be indicated clearly.** *5 people bought premium from my referral links today + more than 1000 downloads and im still on copper status, how do we know that the purchase of premium was accredited to us? Your indicator is not accurate at all, only you know about this conversion ratio and you can always manipulate this to however you want it.*
>
> We show you progress bar, we are not here to manipulate results!
> If you think we act like this - it will be easier to put you stats 'you have 1,5,100 premiums', don't you think?!
> As I explained your rank is not only just one simple indicator-premiums are most important, but not only one.
>
> **One thing is very obvious, the more you share, the less you earn, i dont reallly see the logic here.** *You should be rewarding uploaders who work very hard to upload to your server. Why should we upload files that nobody wants to download? That will just be a waste of time, we are with hotfile because of what you offered before. Please take this matter into serious consideration. Thank you very much.*

The more you share - the more downloads you have and more premium users, all together this is how you are supposed to work!
To pay you just to upload?! Why should we pay you then?
I can easily make all RS or other hosts mirror to all our servers?

Why should we upload files that nobody wants to download?
I wonder also, why? You may think your files are interested and most probably they are, but we must convince downloaders and to convert them to premium users. I post some tips - I didn't invent them, just make observation of platinum users-how the work, what they do and post these tips to all our uploaders.

Regards,

---

**kiradesu**                                                          Jun 26th 2009, 3:01 pm

Well in that case could we get at least formula for each of rank? or information about ratio?

---

**viatorek**                                                          Jun 26th 2009, 3:03 pm

Quote:

> *Originally Posted by **george101** View Post*
>
> am still at 100% silver, y am i not getting upgraded to gold?

HotFile - new rules - who like it?    http://forums.digitalpoint.com/printthread.php?t...

> Butcherboy my guru,
> i want to know answer to that question,really

### nikimyjaan                                                              Jun 26th 2009, 6:52 pm

man hotfiles.com is going really bad, can anyone tell me how many download is required of a single file to be silver?

### AznRico                                                                Jun 26th 2009, 7:23 pm

I have around 50+ downloads per file and I am platinum. If you are at 100% and do not see it change, its okay, it only changes ONCE per day (1am EST) for me

### dduck                                                                  Jun 27th 2009, 12:06 am

WOW, what a jump I made (or better say, they made me to jump there) !!!
I was gold yesterday, but my progress bar was showing that I kept going to Silver level. So I was ready for Silver ("nothing I can do about it, HF system sucks", I was thinking).
DAMN, they surprised me (in a bad way, offcourse). **BRONZE**

I just broke another record (positive). I made downloads like never before. Eearned more then ever before. PPL are downloading my files. I wasn't sharing so much new files (only 29 of them). What I got in return?
BRONZE
Thanks HotFile ! :(

It would be good if they make even lower level then COPPER, cause tomorow...I am sure I would jump over COPPER end straight to that (even) lower level. Lets make "ZERO $ for our good uploaders". I am waiting for that, hotfile team.

**Lets make 0 $ level, so that I could know that is time for me to stop wasting my time whole day, sharing my uploads on lot boards, and making ppl download them. Cause the only thing it matters is 'conversion ratio' which does not make any sense at all.**

Again, your system sucks. I cannot and I wont BEG ppl for you to buy premium account. Nobody should do that. I guess making your links being visited and files being downloaded from your servers is not enough, cause everyday I made more $ you kept lowering my level. :(

### maxdugan                                                               Jun 27th 2009, 2:50 am

Hi **dduck**, you are absolutely right, my actual observation is when you start earning more than $10 per day, you will be shocked the next day - your status will be downgraded to Copper just like what happened to me, this despite very good download figures, all files have been downloaded more than 20 times, some files more than 50 times, **the conversion ratio formula should be made clear.** Thank you.

Hey **ButcherBoy**, you just answered your own questions from my previous posts, but still no clear answer on how many bought premium accounts from our links, also i dare you to come out with the formula for your conversion ratio. Thank you.

### ruthless321                                                            Jun 27th 2009, 6:45 am

Hmm.. ButcherBoy, I feel you SHOULD add the feature of leting us know how many premium accounts we sell / day. There is Uploading.com doing that, now RS, except Hotfile. I have been in this uploading business for alot of time now and right now, I feel.. Uploading.com would earn us MORE than HF. Frankly speaking I don't like uploading.com not because it restricts some countries from downloads but it's support sux, it's always getting some bug in either it's stats page, or some of its server don't respond. But we don't have any other option do we? Deposit Files.. it's dead, quebcash... who shaves download + pays only for unique download, sux ... then comes Uploading.com ... already told it's pros n cons.. and lastly.. Hotfile ..

I personally knew hotfile would do something like this, JUST LIKE any other file hostign company

1) Mass market with sexy download rates
2) once a service is well known or has gained enough popularity, download rates are changed or some crappy rule is applied

but with such a crappy tab on the downloads? No Need. Uploading.com pays for every download. Hotfile pays more attention on the premium accounts sold. This is a weird business. totally weird business. Agreed you had to do this (any uploading business' revenue depends on the premium accounts sold) but atleast give a standard rate of downloads / file / size just like any other file hosting company. Fluctuating the download rates every day has ALREADY de-motivated me from using HotFile. You might not think of just one person leaving but u'll surely see a sharp downfall soon. Maybe that might interest you a bit.

Anyhow, tell me when you're done with this crappy rule. I might join back. Enough of promoting Hotfile for now.

Peace


@ Others - If HotFile is not willing to show the premium accounts purchased through your link
1) it can mean that they are shaving or have started shaving downloads already , so not every premium accounts purchased through your link would count. As a result of that, your status is not affected much and you dont get a higher ranking. That's what I can possibly get out of your posts of all those who are sure that they are able to sell accounts but account status is not affected or still downgrading.

I have friends who have made $4k / month (approx) on HotFile for 2 months and now what? they're downgraded to copper :D .. why? because they must have not got premium accounts OR .. HotFile wanan reduce some 'expenses'. ANyhow, back to Shitloading.com for now.

---

### Briareos1                                                                  Jun 27th 2009, 7:07 am

I'm asking myself, how much the used space does matter.
If I have a typical 1400MB file, splitted in:

1. 200MB parts = 7 files. Each downloaded 30 times, with 2 users buying premium. Result: 210 dls, 2 Premium, 1400Mb diskspace used.

or

2. 100MB parts = 14 files. Each downloaded 30 times, with 2 users buying premium. Result: 420 dls, 2 Premium, 1400MB diskspace used.

In case 1 I have less dls, but the ratio dls/premium would be better.
Case 2 means more dls, but the ratio dls/premium would be worse. What would be the best scenario?

Also, is it useful if I delete unused files from my account? Less used space, but same amount of dls = better ratio = better status?

---

### HyPn0sE                                                                    Jun 27th 2009, 8:01 am

If hotfile gets most of the money from the selling of premium accounts than they should reduce the download speed a little, last time i download a file from them I got more than 150kb/s. People with time to spend downloading a large movie or game will never buy a premium. 50 minutes to download a 400Mb file WOW! Why spend my precious money buying a premium when i can have what I want for free. So, reduce it a little, like to a stable 100kb/s and force people to buy premium. Most of the people around knows the download speed that uploading.com gives to free users, it is a shame but this way they force people to buy premium accounts, there i sell some every week with hotfile i don't know if i sold any.
With this i don't want to tell you how to run your business but you should think about it. You will gain more and maybe with time you can give more to the ones working 4 hotfile.
1 more thing; when do you start your own forum?

---

### ruthless321                                                                Jun 27th 2009, 8:38 am

Quote:

> Originally Posted by **HyPn0sE** View Post
> 
> *1 more thing; when do you start your own forum?*

exactly.. i was gonna ask that.. its about time butcher should setup his own forum... be it the default phpbb... where we can discuss such problems more properly than postin on different forums/blogs and getting random answers.

### nexuslivez                                                                     Jun 27th 2009, 9:07 am

Back to silver.

@ ruthless uploading.com is really horrible..one day the stats won't count, one day the site is down..they don't send the payments on time.I had enough of them.

I guess i'll stick with hotfile..as long as i get the silver rates.

### george101                                                                     Jun 27th 2009, 10:06 am

Quote:

> Originally Posted by **ButcherBoy** View Post
> 
> *Sometimes no need too much thinking, just try! :)*
> *We try to answer all emails, no matter how much they are...*

then please explain y i still havent got a reply from the support. i have sent many emails before and to be frank i just got one reply after i sent some 6 mails. this time i just sent one and no reply

### Bionicman                                                                      Jun 27th 2009, 11:24 am

Quote:

> Originally Posted by **HyPn0sE** View Post
> 
> *If hotfile gets most of the money from the selling of premium accounts than they should reduce the download speed a little.*

haha, no. When I post some file I'm getting a comments like "hotfile sux, it's so slow, upload it on rapidshare"

### ruthless321                                                                    Jun 27th 2009, 1:05 pm

Quote:

> Originally Posted by **Bionicman** View Post
> 
> *haha, no. When I post some file I'm getting a comments like "hotfile sux, it's so slow, upload it on rapidshare"*

Well, i'll be frank here : even at free downloads, my memebrs have told me the at they have got speed upto 2 mbps :D.. but the average download speed is 128 kb/sec if im not wrong. Anyways, even rapidshare isn't good these days with its servers getting problems + the speed at which RS is deleting the files.

HotFile - new rules - who like it?  http://forums.digitalpoint.com/printthread.php?t...

### Bionicman
Jun 27th 2009, 1:14 pm

I'm trying to promote my old files rather than uploading new. I haven't really uploaded that many files (1-3 per day) and I did promote every single one of them but I still can't move from 0% copper. I guess no one is buying premium

### madnessken
Jun 27th 2009, 4:18 pm

got 100 % silver here :) Happy again . I will be platinum i think , iv uploaded files today and some have 400 dl's :)

### Kajt
Jun 27th 2009, 4:30 pm

Quote:

Originally Posted by **AznRico** View Post

*I have around 50+ downloads per file and I am platinum. If you are at 100% and do not see it change, its okay, it only changes ONCE per day (1am EST) for me*

Here is my statistics:

http://img148.imagevenue.com/img.php?image=41051_MWSnap322_122_198lo.jpg

And I have 1200 - 1400 downloads daily.
Well and I'm not platinum,not gold,even not silver.I'm only bronze.
When my downloads are growing up ,my rank going down.

1 question Butcherboy:

**Why we don't seeing in our statistics,how many we are sells premium accounts?**
**Now it's the important thing in our statistics.**

### RRamirez
Jun 27th 2009, 6:59 pm

i was downgraded to copper as well
BULL - TOTAL bull
they must be running out of money
absolute bonkers
btw what do you guys upload cause i can BARELY get people to download my stuff
its adult stuff though :P
been barely getting downloads
but been busy getting around $20 per day form associated content so screw that until i am desperate for some cash

### AznRico
Jun 27th 2009, 8:10 pm

hmm im quiet happy with HotFile at the moment. even since the change i have been platinum for all but 1 day when i was gold! thats good rates for me

### Bionicman
Jun 27th 2009, 8:34 pm

Why do you think you have platinum? Can you give us some tips cause I'm trying everything and it won't move from 0% copper lol

HotFile - new rules - who like it?                    http://forums.digitalpoint.com/printthread.php?t...

There's no way I can control who's buying premium so I'm working on upload-download ration. I'm trying to promote my old files rather than uploading new. I deleted some files I don't intent to use anymore. Some of my files have less than 30 downloads but most of them have over 50 and there are some around 1000 so it is pretty well balanced I think.
But I'm stuck at 0% copper and it never moved since it dropped from gold in one day.

---

**shanewang**                                                                 Jun 27th 2009, 11:45 pm

Wow, $4k/month, I wonder how he did it...

> Quote:
>
> Originally Posted by **ruthless321** View Post
>
> Hmm.. ButcherBoy, I feel you SHOULD add the feature of leting us know how many premium accounts we sell / day. There is Uploading.com doing that, now RS, except Hotfile. I have been in this uploading business for alot of time now and right now, I feel.. Uploading.com would earn us MORE than HF. Frankly speaking I don't like uploading.com not because it restricts some countries from downloads but it's support sux, it's always getting some bug in either it's stats page, or some of its server don't respond. But we don't have any other option do we? Deposit Files.. it's dead, quebcash... who shaves download + pays only for unique download, sux ... then comes Uploading.com ... already told it's pros n cons.. and lastly.. Hotfile ..
>
> I personally knew hotfile would do something like this, JUST LIKE any other file hostign company
>
> 1) Mass market with sexy download rates
> 2) once a service is well known or has gained enough popularity, download rates are changed or some crappy rule is applied
>
> but with such a crappy tab on the downloads? No Need. Uploading.com pays for every download. Hotfile pays more attention on the premium accounts sold. This is a weird business. totally weird business. Agreed you had to do this (any uploading business' revenue depends on the premium accounts sold) but atleast give a standard rate of downloads / file / size just like any other file hosting company. Fluctuating the download rates every day has ALREADY de-motivated me from using HotFile. You might not think of just one person leaving but u'll surely see a sharp downfall soon. Maybe that might interest you a bit.
>
> Anyhow, tell me when you're done with this crappy rule. I might join back. Enough of promoting Hotfile for now.
>
> Peace
>
>
> @ Others - If HotFile is not willing to show the premium accounts purchased through your link
> 1) it can mean that they are shaving or have started shaving downloads already , so not every premium accounts purchased through your link would count. As a result of that, your status is not affected much and you dont get a higher ranking. That's what I can possibly get out of your posts of all those who are sure that they are able to sell accounts but account status is not affected or still downgrading.
>
> I have friends who have made $4k / month (approx) on HotFile for 2 months and now what? they're downgraded to copper :D .. why? because they must have not got premium accounts OR .. HotFile wanan reduce some 'expenses'. ANyhow, back to Shitloading.com for now.

---

**dduck**                                                                     Jun 28th 2009, 12:20 am

So today...I wasn't dropping down (too bad...hofile, you desappinted me now. why am I still on bronze level, when there is one more lower level to achive? )

OK, I joined the club of 100% level without advancing to a higher rank.

Here are the pictures that are made ~1 minute before update, and second one just after update. Look at

them:

**BEFORE upadate**
http://i39.tinypic.com/1z3bgpk.jpg

**AFTER update**
http://i43.tinypic.com/lbqmv.jpg

Now...every person who is sane enough know that this is quite impossible. Where the hell did they found 19% to add to my current status??!!

Why not 18% ... 17% ...16? ... Maybe even 20% (or higher)?

BUT nooo, they found just a nice little number: **19** !

So yesterday it was possible for me to drop down from gold level, **over the silver** and right on bronze level. But for today, I coudn't make it 20% to advance??!! Oh, really?

It's so obvious that it stinks so much. There is a script that doing just that. No matter if you even deserve to advance (by those new crazy rules) , it makes you stay on that crappy level for another 24 hours. (I may only hope it's 'just' 24 hours)

Since I am not the first one who reported being on 100% without advancing on next level, I can say for sure that **there is a script with a purpose to not allow you to advance so fast. (at least for another 24 hours).**

---

### max4download.com
Jun 28th 2009, 12:33 am

sad , my hotfile account is bronze :(

---

### bdprem.com
Jun 28th 2009, 12:51 am

hotfile main problem its not supported all country. I think,its hard to popular any site,if it not supported all countries.

---

### nexuslivez
Jun 28th 2009, 1:03 am

Back to gold again.

---

Page 2 of 6  « First  ◄  1  [2]  3  4 ...  ►  Last »

Show 40 post(s) from this thread on one page

All times are GMT -5. The time now is 11:14 pm.

Digital Point modules: Sphinx-based search, CSS