# Yeh Exhibit 59

# FAQ

**Can broken downloads be resumed?**

A. At this point, only Premium members can resume interrupted downloads. They can use extensive server routines which also support the downloading of segments. In this way, a file can be downloaded much faster in parallel to several streams, e.g. with the download accelerator.

**Your system complains about that I am already downloading files or that I have already downloaded too much. But I did not download anything! What's wrong there?**

A. Our system checks your IP-address in order to count the downloads. If you are getting this message and you really did not download anything, then you are using a proxy-server, which is used by other people as well. Even if you have no proxy-server set up in your configuration, there are many providers who force a transparent proxy-servers between you and the net. If you do not believe us, go to other pages telling you your IP-address (for example http://www.myipaddress.com.) But what can you do? You have to disable this proxy-server. If you are not able to disable the proxy-server, the only solution IS a Premium-account. Premium-users are recognized by cookies, not by IP-address. Unfortunately we cannot disable our IP-check, else people would download so much that we would have to close down this service completely. I hope you understand our situation in this matter.

**I can generally not download any files, what can I do?**

A. If you do not have a Premium Account, you have to deactivate a possible Download Accelerator. This resolves the issue in most cases. If you are still encountering problems, you could possibly be blocking our cookies. Cookies are required for Proxy User.

**Can I search the Hotfile server for certain files?**

A. No. Hotfile protects the privacy of our users. Only the person storing a file on Hotfile gets the download link. That person decides who should have access to the link. A file can only be downloaded if the download link details are known.

**Can I delete my files?**

A. Of course. After successful uploading, you receive two links: a download link and a deletion link. Please keep both. If you want to remove the file from the server, you can click on the deletion link.

**For how long are files stored?**

A. In principle, we host data without a time limit. But files that have not been accessed for 90 days are deleted to relieve the system of forgotten and not needed content. This rule does not apply to Premium members.

**Where can I buy a Premium Account?**

A. You can buy premium account here: http://www.hotfile.com/premium.html

2010-07-28 12:32



EXHIBIT 167

File   Edit   View   History   Bookmarks   Tools   Help

http://www.hotfile.com/faq.html%3Flang=en.html

Most Visited   Getting Started   Latest Headlines

h Hotfile.com One click file hosting

**How to fetch files from other file hostings as RapidShare**
A. Put as download URL: http://username:password@rapidshare.com/files/193082186/filename.rar Where username:password are your password to your RapidShare account

**No login, site only reloads.**
A. Please activate the JavaScript functionality of your browser.

**I uploaded files, but I can't see them?**
A. Usually this will never happen, but in heavy rush hours there is sometimes a time lag and it can take up to dozen minutes before the file is ready for download.

**My files disappear?**
A. Most probably we were received complain from copyright owner or other authority and thus remove your files.

**How to upload with FTP?**
A. ftp.hotfile.com user: your hotfile username pass: your hotfile password You can upload and make folders, but cant rename,move files

**When downloading a video file, and the download button is clicked, instead of downloading the file it starts playing**
A. Please check your media player settings and turn off auto play option.

**I try to pay with sms but have problems?**
A. Please visit sms support page: http://service.smscoin.com/info/sms-help/

**How long does HotFile store my files?**
A. Your files will be stored forever as long as you are a premium member. If you are a registered user without premium status, your files will be stored until at least 90 days after their last download.

**What are limitations on HotFile for the number of downloads or daily download traffic?**
A. There aren't any limitations! All depends of the user connection speed, also there is restriction for free users: 15 minutes wait between each download

**I cannot open a downloaded file: it's corrupt or I get asked for a password, a program to open the file with, or a missing "codec"?**
A. Please ask the person you received the file link from for details about the file format, required codecs or passwords. We have no way of finding them out for you.

**Which download managers can I use?**
A. You may use any of the major accelerators, a few popular ones are: Speedget, Download Accelerator Plus, GetRight, FlashGet and GoZilla also try google file download manager.

Done

2010-07-28 12:32

File Edit View History Bookmarks Tools Help

http://www.hotfile.com/faq.html%3Flang=en.html

Most Visited ▼ ● Getting Started ⓑ Latest Headlines ▼

n Hotfile.com: One click file hosting

**I paid with Paypal but did not receive my username/password?**
A. Please check your mail, also "Junk" folder! If you can't find any mail from us - please send us your Paypal transaction ID and your email, registered with Paypal.

**May I have multiple accounts on hotfile.com?**
A. We don't allow multiple accounts for one user. If we found such an accounts they will be deleted.

**My account was hacked?**
A. You must keep secure your account information. Any mails about hacked accounts, changed information and so on will be ignored! It is your responsibility to keep your account information safe!

**I think there is problem with downloads statistic.**
A. In "My Files" we show all downloads, in "My Stats" we show only paid downloads (downloads from countries mentioned in our Affiliate section)

**Important Notice**
A. All users who post links in sites / forums without following respective rules (spamming, flooding and etc) will be suspended and their accounts will be closed!

**How can I rename, copy, delete, move my files?**
A. You can do this easy with our File Manager - log in to your account and go for "File Manager"

**How can I create list with all files in folder?**
A. You can do it with our File Manager - for each your directory you will find "Get link" option. Click it and you will get url of page, containing all your files in this directory.

**Affiliates: How do I become platinum member / raise my rank?**
A. Essentially to reach a higher status your link's should sell more premium accounts. Here are few tips that may help you to obtain a higher rank and eventually reach platinum status:
- Try to post files from hotfile.com only. Using another file hosting service for the same files allows users to simultaneously download from different sites and they have less incentive to buy premium.
- Switching to different file hosting services every other day hurts your rank - that way people are less willing to buy a premium account, as they will need multiple premium accounts from different services to get all the content and that is more expensive.
- Upload files only if you intent to promote them. Used server space is also accounted when your rank is considered.
- Put more effort into bringing more visitors to download your files, rather than to upload more files. If you upload 10Gb of files everyday just to have every file downloaded just few times you are going to be stuck with Copper.
- Post only on reliable resources. Posting on sites that have popups, try to install trojans or similar stuff hurts your performance and you lose rank.

**May I resell Premium accounts?**
A. Sure you can. Check out our [...] for more information.

Done

2010-07-28 12:32

### How does monthly subscription work?

**A.** When you subscribe to a Hotfile plan, your payment method will automatically be set up for monthly recurring billing for your convenience - without having to always manually send money. Your account will remains premium and you don't need to worry about account expiration. Your payment method will automatically be charged one month after your initial transaction and each month thereafter.

### How do I cancel my Hotfile subscription?

**A.** You can easily cancel your Hotfile monthly subscription at any time.

When you cancel, your account will continue to be the Hotfile premium until the end of the term that you have already paid for.

Customers using PayPal should note that subscriptions are maintained and controlled by PayPal and not by Hotfile, but you can cancel your subscription with them at any time. To cancel your subscription [...]

### How to generate and use voucher?

**A.** You can convert your Earnings to vouchers for Hotfile premium accounts and give them to your friends.

From "Account upgrades" link you can purchase voucher.

You will be given with voucher ID (for example: HOT051A00334BH4241C99FCB56FILE) to enter it here:

[...]

or you can use direct link given also:
http://hotfile.com/usevoucher.php?v=HOT051A00334BH4241C99FCB56FILE

With such a link (voucher ID) your friends can create or extend premium account and start using it instantly.

### How can I enable HotDirect linking for my files?

**A.** Login into your account and select "File Manager" through the dropdown menu under "My Account". You will see list with all your files, select file(s) you want to enable Hotlink for and press button "Hotlink On/Off". You can enable HotDirect link for single file by pressing button "Switch" ("Yes"-hotlink is enabled, "No"-hotlink is disabled)

### Do I still earn downloads when people download my hotlinked files?

**A.** No, while hotlinked your files downloads will not be counted at all, but you will be able to see the traffic used for each file in [...]

2010-07-28 12:32