# Yeh Exhibit 60



# Promote file hosting and affiliate program

Like   Send   Tweet   0   +1   0   Share

| Bids | Avg Bid | | |
|---|---|---|---|
| 6 | $192 USD | | CLOSED |

**Project ID:** 408105   **Project Type:** Fixed
**Budget:** $30-$250 USD

**Project posted by:**
ButcherBoy
(1 Reviews)

**Project Description:**

Hi there.

I need someone to promote a free file hosting site as itself and its affiliate program.

I need link to my sites appears on appropriate sites,forums,blogs and so on - without spamming!

You could put site url in signature.or to mentioned our affiliate program.

Also you could upload some stuff and to put download links in appropriate forums and sites.
Our goal is to reach people who are interested in this kind of business, and to find good uploaders.

We also offer an affiliate program which pays up to $10 per 1k download of files to the file owner. So with all these features its very easy to promote this site, for someone who knows it where to do it.

**Skills required:** Internet Marketing, Link Building

**See more:** file hosting affiliate, affiliate file host, free file hosting affiliate, promote file hosting, promote file hosting site, promote link file hosting, unique file hosting business, affiliate file hosting, affiliate program file hosting, file hosting affiliates, promoting file hosting website, online file storage sites affiliate program, free file host affiliate, file hosting affiliate program, promoting click file hosting site, affiliate delivery file hosting, free signupd, file hosting, per affiliate, signature link forums, business forums, need promote business, business signature, web hosting sites, business owner



Post a Project like this

Report Project

## Public Clarification Board

2 messages

**sreyobhilashi**
Hi! I can do the work. Please let me know. Rate can be negotiable. Thanks & Regards!

**ButcherBoy**
Just to clarify what is our goal

1. Uploading some stuff-mp3,videos,applications,games on our file host and spread these links over forums like pombb org (for videos) and like http://www.zona-musical.com/forum1.html (for mp3) and other forums where download links are posted (to games,applications and so on).
You have to be familiar with such a sites and postings!

2. Promote our affiliate program in webmaster forums,online biz,affiliate forums,money make forums and so on
You have to make regular no-spam postings and put in your signature or just to mentioned our affiliate program. We'll give you special url-so it wont be considered as referral spam.
You must post in big forums,where a lot of webmaster read/post
Such a forums you can read about
here:
http://www.doshdosh.com/26-affiliate-marketing-and-webmaster-forums-to-help-you-make-money-online/

Also we need this job to be done in one week term

Good luck!







Case 1:11-cv-20427-KMW   Document 288-72   Entered on FLSD Docket 02/21/2012   Page 4 of 4

Freelancer.com (formerly GetAFreelancer) is the world's largest outsourcing and crowdsourcing marketplace for small business. We have hundreds of thousands of satisfied customers from all over the world. We connect over 2,992,379 employers and freelancers globally from over 234 countries & regions. Through our website, employers can hire freelancers to do work in areas such as software, writing, data entry and design right through to engineering and the sciences, sales and marketing, and accounting & legal services. The average job is under US$200, making outsourcing for the first time extremely cost effective for small businesses.

Would you like to find freelance jobs and make money online? Just sign up to get started! We have created a safe environment for both freelancers and employers via our secure milestone payment system. We have thousands of freelance coders, writers, programmers, designers, marketers and more. Getting the best web design, professional programming, custom writing or affordable marketing has never been easier. Try outsourcing for free today! Don't forget to bookmark our homepage for your next project or job.

© Copyright 2011 Freelancer Technology Pty Limited (ACN 142 189 759)
Freelancer ® is a registered Trademark of Freelancer Technology Pty Limited (ACN 142 189 759)

Privacy Policy   Terms & Conditions   Copyright Infringement Policy

12/2/2011   http://www.freelancer.com/projects/Web-Promotion-Link-Building/Promote-file-hosting-affiliate-program.html