# Yeh Exhibit 61



**The Linkbucks Forums** (http://forums.linkbucks.com/index.php)
- **Share Links** (http://forums.linkbucks.com/forumdisplay.php?f=4)
- - **Introducing file hosting affiliate program** (http://forums.linkbucks.com/showthread.php?t=3984)

---

### Slimmto     04-07-2009 05:44 PM

how do i remote upload. i've always uploaded my files. but now my upload speed is slow.

EDIT: know how to use it now.

---

### royjohn     04-07-2009 07:04 PM

another file hosting **FAD**.....tsk tsk.

---

### mayau     04-08-2009 01:38 AM

Quote:

> Originally Posted by **wheelbarrow** (Post 32700)
> *Is the download speed for free users still 128kb? I am only getting 30kb and I don't know if it is just me or if the policy has changed.*

Agree.Please check the download speed.Hardly see people finish downloading 200MB links.

---

### ButcherBoy     04-08-2009 06:37 AM

I was asked by few webmasters that their download/upload speed is slow.
We're upgrade our current servers and installed batch of new ones, so I believe things will be NORMAL for every user.
We did some tests for download speed from different country locations and it's true for some countries there is slow speed detected.

But we dont put or change anything in our policy!

Please, apologize us for this inconvenience!

> Quote:
>
> Originally Posted by **mayau** (Post 32727)
> Agree. Please check the download speed. Hardly see people finish downloading 200MB links.

### bluejax
04-08-2009 09:15 AM

Man how do you remote upload from rapidshare it always says **upload failed**. Either I put direct link or by using this

http://username:password@sitename.com

Please reply I need to remote upload some stuff there.

### tekkaman75
04-09-2009 09:13 AM

**how it's going?**

After 10 days of using hotfile service, my statistics are not very good.
Although the only restriction seems to be 15 minutes wait for free users, number of downloads are way too low.
If I compare uploading.com downloads in first 10 days, they were around 4-5 times bigger than hotfile.
Now the only explanation for this big difference is that there is some kind of bug in counting, or there is some filter by IP address.
Please tell here what is your experience and if you notice the same..

### ButcherBoy
04-09-2009 11:12 AM

Hello!
We talked on ICQ and tried to explain that we dont have any limitations for free user, except 15 min wait. We dont have daily download limit, and we count premium/free downloads in difference from uploading .com
About counting downloads we did dozen of tests, even hire 10 people from different countries to test it, and there weren't problems with counting.
Please notice - you think you send same traffic, same people, but this is idealistic situation.
There is no rule 5000 visitors will make 1000 downloads (for example). Depends of

files,country origin,people as surfers.
Ofcourse if uploadingcom works better for you I cant say anything, but just wanted to explain we dont have problems with counting downloads.

> Quote:
>
> Originally Posted by **tekkaman75** (Post 32825)
> *After 10 days of using hotfile service, my statistics are not very good.*
> *Although the only restriction seems to be 15 minutes wait for free users, number of downloads are way too low.*
> *If I compare uploading.com downloads in first 10 days, they were around 4-5 times bigger than hotfile.*
> *Now the only explanation for this big difference is that there is some kind of bug in counting, or there is some filter by IP address.*
> *Please tell here what is your experience and if you notice the same..*

### royjohn                                                                 04-09-2009 11:18 AM

ButcherBoy I think its about time you create your own forum for your site and not leech off of this one. I am sick of seeing another fad..

### highrate                                                                04-09-2009 10:36 PM

> Quote:
>
> Originally Posted by **tekkaman75** (Post 32825)
> *After 10 days of using hotfile service, my statistics are not very good.*
> *Although the only restriction seems to be 15 minutes wait for free users, number of downloads are way too low.*
> *If I compare uploading.com downloads in first 10 days, they were around 4-5 times bigger than hotfile.*
> *Now the only explanation for this big difference is that there is some kind of bug in counting, or there is some filter by IP address.*
> *Please tell here what is your experience and if you notice the same..*

about this difference, i guess is because
1. the file size
in uploadingcom you can only upload files less than 100m, but in hotfile, in order to get the maximum payrate we usually upload files over 100mb. it is much easyer to download small

files so it seems ul has a better statistic
i used a 48mb file to test, using both ul and hf link in same thread and it actually make 2 more dls from hf
2 the premium dls
hf only count 1 for each premium member no matter how many files he download from you and ul count every dls i think

it is just my guess
for me i earned $25 in 2 weeks, which is almost same from ul

---

**ButcherBoy**  04-11-2009 08:53 AM

Quote:

> Originally Posted by **royjohn** (Post 32830)
> *ButcherBoy I think its about time you create your own forum for your site and not leech off of this one. I am sick of seeing another fad..*

Actually it's on the way :)
Also I dont think I'm posting like crazy here?
I dont have dozens of threads or bump-answers...

---

**ButcherBoy**  04-11-2009 09:00 AM

Hello,highrate!
Thanks for your reply!

Uploading com have 100MB daily limit for free download - we dont!
This means there is almost no free user choice! If a user wants for example to download movie or mp3 album over 100MB - he must pay! So this is no free host.

About free downloads it's written here and our site:
*"We count every successfully completed download, but if a premium user downloads a file more than once, that will be counted as a single download. This doesnt apply for free users downloads - their downloads are counted without limitations (multiple downloads for a file from same IP are counted)."*

So, we count premium download just once (from one IP!)
but we count free downloads from one IP!
Also we dont have any adverts.

About how uploading counts - I'm not sure, cause I cant find such an info on their site.

> Quote:
>
> ---
>
> Originally Posted by **highrate** (Post 32867)
> about this difference, i guess is because
> 1. the file size
> in uploadingcom you can only upload files less than 100m, but in hotfile, in order to get the maximum payrate we usually upload files over 100mb. it is much easyer to download small files so it seems ul has a better statistic
> i used a 48mb file to test, using both ul and hf link in same thread and it actually make 2 more dls from hf
> 2 the premium dls
> hf only count 1 for each premium member no matter how many files he download from you and ul count every dls i think
>
> it is just my guess
> for me i earned $25 in 2 weeks, which is almost same from ul

---

### wheelbarrow — 04-11-2009 04:43 PM

How does hotfile make money without ads?

---

### ButcherBoy — 04-12-2009 05:53 AM

> Quote:
>
> ---
>
> Originally Posted by **wheelbarrow** (Post 33026)
> How does hotfile make money without ads?

We try to make money only from premium accounts.
That's the reason we don't share premium signups.
We don't have adverts and will never have.

---

### T.Panneerselvam — 04-12-2009 01:00 PM

15 minutes wait for free user is too high..

**Hman14325**  04-12-2009 01:30 PM

Is HotFile better then Uploading.com?

---

**mejoseph01**  04-12-2009 10:37 PM

Quote:

> Originally Posted by **highrate** (Post 32867)
> 2 the premium dls
> hf only count 1 for each premium member no matter how many files he download from you and ul count every dls i think

UL dont count downloads from premium.(not even one)But they give % of sales they make.I use hf as mirrors with ul so those cant download from ul can download from hf.I think hf is a great service.Also butcherboy,put some ads on your page,not too many or popups,just banners or textlinks.that wont hurt.relying on premium sales only is not a good idea.

Quote:

> Originally Posted by **Hman14325** (Post 33123)
> Is HotFile better then Uploading.com?

I think they are evenly matched.I like both of them.
ul gives more downloads,but they pay different for different countries.hf pays same amount for all accepted countries.

Quote:

> Originally Posted by **royjohn** (Post 32830)
> ButcherBoy I think its about time you create your own forum for your site and not leech off of this one. I am sick of seeing another fad..

Dont mind royjohn.He is the worst member in history of linkbucks forum.Hey douche bag = royjohn,you go create your own forum for your useless and stupid threads and posts.

---

**mayau**  04-13-2009 05:51 AM

4th payment from hotfile.com

Thanks a lot hotfile.com.:)

### CrucifynDi3
04-13-2009 12:03 PM

getting bored..... links are taking forever, to become live
alwayz in processing...........

### ButcherBoy
04-14-2009 02:12 PM

Please,notice that when there are servers pick - a thousands of remote upload request by webmasters, it's not so easy to make all request at once!
I tried other filehosts which support remote upload, and some of them are simply not processed requests...stay 'processed' for 3 days and that's not for 400 MB file (as we accept) but for 5MB mp3...
So my apologies for inconvenience, we work hard to improve this.
Otherwise we have to switch off FTP and remote upload and give them only when webmaster make request and so on...But our goal is to give to EVERY webmaster a chance,not only to big players.

Thanks for your attention!

> Quote:
>
> Originally Posted by **CrucifynDi3** (Post 33190)
> *getting bored..... links are taking forever, to become live*
> *alwayz in processing...........*

### Hman14325
04-15-2009 04:13 AM

I'm having the same issue. After I upload a file, it takes ages for it to appear in the "My Files" section.

### highrate
04-15-2009 03:10 PM

> Quote:
>
> Originally Posted by **ButcherBoy** (Post 33001)
> *Hello,highrate!*
> *Thanks for your reply!*

> *Uploading com have 100MB daily limit for free download - we dont!*
> *This means there is almost no free user choice! If a user wants for example to download movie or mp3 album over 100MB - he must pay! So this is no free host.*
>
> *About free downloads it's written here and our site:*
> *"We count every successfully completed download, but if a premium user downloads a file more than once, that will be counted as a single download. This doesnt apply for free users downloads - their downloads are counted without limitations (multiple downloads for a file from same IP are counted)."*
>
> *So, we count premium download just once (from one IP!)*
> *but we count free downloads from one IP!*
> *Also we dont have any adverts.*
>
> *About how uploading counts - I'm not sure, cause I cant find such an info on their site.*

Thanks for your reply!

and i found one important thing hf has not is file description
every other hosting service has it. plz add it on, because we can write
such as "more download please go to xxx.com" on the file description to advertis our own blog
or website to get more downloads

---

### ButcherBoy                                   04-16-2009 12:50 AM

Quote:

> Originally Posted by **highrate** (Post 33382)
> *Thanks for your reply!*
>
> *and i found one important thing hf has not is file description*
> *every other hosting service has it. plz add it on, because we can write*
> *such as "more download please go to xxx.com" on the file description to advertis our own blog or website to get more downloads*

That's a good idea and we will implement it!
But how it should work-to make possibility to put traffic back url for each different download link, or just to put one link back to all your download links?

Thanks! :)

### Hi-Tech
04-16-2009 03:54 AM

HotFile can not change files name,others can:confused:Pls add it soon.And it's hard to remoteupload from rapidshare(i has premium Rapidshare acc,but i can't do it with hotfile althought i did like FAQ)

### kevinxxx
04-16-2009 05:16 AM

I'm very happy to join your aff

### Hman14325
04-16-2009 05:25 AM

Can you please install an RS Manager like Uploading.com in hotfile?

Thanks

### HyPn0sE
04-19-2009 07:02 AM

Quote:

> Originally Posted by **Hi-Tech** (Post 33417)
> *HotFile can not change files name,others can:confused:Pls add it soon.And it's hard to remoteupload from rapidshare(i has premium Rapidshare acc,but i can't do it with hotfile althought i did like FAQ)*

Remote upload works great for me and i don't need any account at
Rapidshare, just put Rapidshare links at remote upload box and click upload,
some minutes after you have all the files in your account.

### wheelbarrow
04-19-2009 05:48 PM

Is it possible to delete files? I uploaded a few files that haven't gotten any downloads and I don't want to waste server space by keeping them.

### HyPn0sE
04-20-2009 02:36 AM

Quote:

> Originally Posted by **wheelbarrow** (Post 33701)
> *Is it possible to delete files? I uploaded a few files that haven't gotten any downloads*

*and I don't want to waste server space by keeping them.*

It is possible to delete files, but only 1 by 1... click at the file you want to delete, a new window open with the download codes for that file, the last code is the delete code, copy that code and past it into your browser address bar... press enter and the file will be deleted.

---

### wheelbarrow     04-20-2009 06:14 AM

Quote:

> Originally Posted by **HyPn0sE** (Post 33715)
> *It is possible to delete files, but only 1 by 1... click at the file you want to delete, a new window open with the download codes for that file, the last code is the delete code, copy that code and past it into your browser address bar... press enter and the file will be deleted.*

Thank you. :)

---

### ButcherBoy     04-20-2009 10:54 AM

Hello!
I checked many messages about remote upload failure and finaly I just discovered that 90% of all bad uploads are caused by one simply reason:

First, it's obvious you must have PREMIUM rapidshare acc (so you dont have wait to start download) and
Second (most important): you MUST PUT DIRECT DOWNLOAD link!

Example:

Regular RS link:
http://rapidshare.com/files/19308218...DRip.part4.rar

Direct download link:
http://rs439tg.rapidshare.com/files/...DRip.part4.rar

You can use 3rd party sites to convert regular RS links to direct download links: good one I found is http://www.rapidshoot.com/ but you can use whatever you want or simply use direct download link option in your premium RS acc.

In short: to use remote upload you must always use direct download links, not link to download page (this is a must for rs and every similiar file host)

Quote:

> Originally Posted by **Hi-Tech** (Post 33417)
> *HotFile can not change files name,others can:confused:Pls add it soon.And it's hard to remoteupload from rapidshare(i has premium Rapidshare acc,but i can't do it with hotfile althought i did like FAQ)*

---

### devil777                                            04-21-2009 02:13 PM

Quote:

> Originally Posted by **ButcherBoy** (Post 33744)
> *Hello!*
> *I checked many messages about remote upload failure and finaly I just discovered that 90% of all bad uploads are caused by one simply reason:*
>
> *First, it's obvious you must have PREMIUM rapidshare acc (so you dont have wait to start download) and*
> *Second (most important): you MUST PUT DIRECT DOWNLOAD link!*
>
> *Example:*
>
> *Regular RS link:*
> *http://rapidshare.com/files/19308218...DRip.part4.rar*
>
> *Direct download link:*
> *http://rs439tg.rapidshare.com/files/...DRip.part4.rar*
>
> *You can use 3rd party sites to convert regular RS links to direct download links: good one I found is http://www.rapidshoot.com/ but you can use whatever you want or simply use direct download link option in your premium RS acc.*
>
> *In short: to use remote upload you must always use direct download links, not link to download page (this is a must for rs and every similiar file host)*

RS works great. What about netload -> Hotfile?

### highrate
04-23-2009 12:46 AM

i cant remote upload from netload today!
it shows Unable to connect to netload.in all the time
maybe netload banned the hotfile server ips
please communicate with netload
before, we can remote from netload not even need a premium account or direct links, that was great! but now...
please fix it asap
thank you!

### CrucifynDi3
04-23-2009 08:53 PM

hmm soo far still gud, no complaints yet from my users and download/upload speed are still gud as much as our earnings.
uploadbox and uploading seems to hav completely ruined their rep and all ex uploading/uploadbox users seems to be shifting to hotfile day by day ;)
anywayz keep it up guyz.

### CrucifynDi3
04-24-2009 12:34 AM

btw i forgot to add, when r u gonna add the mass delete option? the current delete system is too tedious....
another thing is the rename function......if its gonna be added or not?

### highrate
04-24-2009 05:41 AM

Quote:

> Originally Posted by **CrucifynDi3** (Post 34024)
> *btw i forgot to add, when r u gonna add the mass delete option? the current delete system is too tedious....*
> *another thing is the rename function......if its gonna be added or not?*

i asked this before in this thread;) these are important tools for file management
and file description as well
ButcherBoy please add these! thank you!

### ButcherBoy
04-27-2009 06:52 AM

Hello to all!
File management is almost done, just make final tests.
About remote upload - we implement some new specifications:

Every webmaster can use remote upload, but depending of webmaster's results-upload can be capped to 5GB/daily,10GB/daily or more.

What I mean with 'webmaster's results'?
- it's about how much resources use webmaster-some webmaster just use remote upload, uploads LOTS of gigabytes, but don't promote their files.
So these kind of webmasters use our server resources,upload resources, bandwidth,diskspace and at final they make our service to work slow for webmaster who works active with us.

For webmasters who just uploads but his files are never downloaded or are downloaded very bad - we put this upload quotta. So, they can still use remote upload, but it's limited to 5GB daily.
Also for such a webmaster - on their links (download page) will be increased time wait for each and between downloads. Normal free surfer should wait 60 sec to download file and 15 min for next download.

I know some of you won't be glad, but we try to keep balance - between uploaders,user and our interest and I'm sure most of you will be glad in long term. Because we just started and reach 500k/daily visitors and our plans and goals are much,much higher.

In every webmaster page (when logged) will be displayed info about remote upload...

I'll be glad to answer all your questions and to discuss what you think is important for both of the sides :)

Quote:

> Originally Posted by **highrate** (Post 34039)
> *i asked this before in this thread;) these are important tools for file management and file description as well*
> *ButcherBoy please add these! thank you!*

---

### mayau                                                                          04-27-2009 07:54 AM

Hi.Can you increase the free user download speed?I saw people start complaining about the speed.

### ButcherBoy
04-27-2009 01:15 PM

We just installed few MEGA servers and all remote upload delays will be gone, also download speed will be increased. About free user download we capped it to max 128kb. Right now our tests shows that free users download with 40-50kb average. Our goal is to reach stable 128kb and with these new servers I believe we will do it.

Quote:

> Originally Posted by **mayau** (Post 34307)
> *Hi.Can you increase the free user download speed?I saw people start complaining about the speed.*

### tekkaman75
04-27-2009 02:30 PM

Download speed seems okay to me.
I have seen download page has changed and banners have been added.
Problem is that download counter is now 180 seconds, which is not good at all.
Also, it's 45 minutes to wait for next download.
I am afraid hotfile is starting to do the same as uploading and uploadbox, slowly putting restrictions :(

### CrucifynDi3
04-27-2009 02:43 PM

what the hell... One file per 15-45 minutes

also the "free download" button is crossed...doesn't allow free download when i click the link.

are you guys not allowing specific countries to download at all?

also butcherboy can you please remove my account remote upload limit to 10GB or more? this 5GB limit is killing me :(

All times are GMT -8. The time now is 04:22 PM.

Page 2 of 4 ≤ 1 **2** 3 4 ≥

Show 40 post(s) from this thread on one page

Powered by vBulletin® Version 3.6.8
Copyright ©2000 - 2011, Jelsoft Enterprises Ltd.