# Yeh Exhibit 62

| | |
|---|---|
| From: | Elan [no1knows.me@gmail.com] |
| Sent: | Friday, June 26, 2009 1:13 PM |
| To: | Hotfile Corp |
| Subject: | Re: Kindly check this out |

Give them the new one:

```
Put is simple, you have:

1. number of uploads / user downloads
2. downloads / user bought premium

If these two are higher, your rank will be higher and so.

Don't go for as much uploads as possible. This actually will put you down, if you don't
manage to promote the files very well. Alot of our best users (platinum&gold) have less files
than the average user.
```

And if you want advise them for efficiency increasing:

- to post only our links =E5
- to post in more forums
- to upload less and promote more

And if you want mention that many worthy people get more money at present☺

```
2009/6/26 Hotfile Corp <hotfile.com@gmail.com>:
> Dido,kazi kak po-dobre da obiasnia na vsichki novite pravila...
> DigitalPoint e mnogo goliam forum i e vazno da izpipame dobro obiasnenie.=.
>
> ---------- Forwarded message ----------
> From: Weston Yeo <maxdugan@gmail.com>
> Date: Fri, Jun 26, 2009 at 8:46 AM
> Subject: Kindly check this out
> To: Hotfile Corp <hotfile.com@gmail.com>
>
>
> Hi maybe you should check this out and see how confused people are
> regard=ng your conversion ratio scheme:
>
> http://forums.digitalpoint.com/showthread.php?t=1390401
>
> We were very happy with hotfile till now... you actually discourage us
> fr=m uploading to hotfile despite the slow uploading speed that we
> have to end=re just to earn some money... a lot of uploaders are now
> contemplating on moving to a new host server.
>
> Thank you very much.
>
> Weston Yeo
>
>
>
```

1

CONFIDENTIAL                                                                                       HF02844133


EXHIBIT
Titov 169
12.08.11

```
> --
> http://www.hotfile.com
> Earn real money while sharing your files!
>
```

2

CONFIDENTIAL

HF02844134


**TRANSPERFECT**

AFFIDAVIT OF ACCURACY

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document (HF02844133-34) from Bulgarian into English.

_/s/ A M Hovey_
TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

_/s/ Sarah E. Mullen_
Signature, Notary Public

SARAH E MULLEN
Notary Public - State of New York
No. 01MU6245919
Qualified in New York County
Commission Expires Aug 08, 2015

Stamp, Notary Public
New York, NY

THREE PARK AVENUE, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

| | |
|---|---|
| From: | Elan [no1knows.me@gmail.com] |
| Sent: | Friday, June 26, 2009 1:13 PM |
| To: | Hotfile Corp |
| Subject: | Re: Kindly check this out |

Пусни им това новото:

Put is simple, you have:

1. number of uploads / user downloads
2. downloads / user bought premium

If these two are higher, your rank will be higher and so.

Don't go for as much uploads as possible. This actually will put you down, if you don't manage to promote the files very well. Alot of our best users (platinum&gold) have less files than the average user.

И ако искаш им дай съвети за =EFовишаване на ефективност:

- да постват само наши линков=E5
- да постват в повече форуми
- качват по-малко и промоутва=F2 повече

И ако искаш им спомени, че мн=EEго заслужили хора  , вече по=EBучават повече пари :)

2009/6/26 Hotfile Corp <hotfile.com@gmail.com>:
> Dido,kazi kak po-dobre da obiasnia na vsichki novite pravila...
> DigitalPoint e mnogo goliam forum i e vazno da izpipame dobro obiasnenie.=.
>
> ---------- Forwarded message ----------
> From: Weston Yeo <maxdugan@gmail.com>
> Date: Fri, Jun 26, 2009 at 8:46 AM
> Subject: Kindly check this out
> To: Hotfile Corp <hotfile.com@gmail.com>
>
>
> Hi maybe you should check this out and see how confused people are
> regard=ng your conversion ratio scheme:
>
> http://forums.digitalpoint.com/showthread.php?t=1390401
>
> We were very happy with hotfile till now... you actually discourage us
> fr=m uploading to hotfile despite the slow uploading speed that we
> have to end=re just to earn some money... a lot of uploaders are now
> contemplating on moving to a new host server.
>
> Thank you very much.
>
> Weston Yeo
>
>
>

1

CONFIDENTIAL

HF02844133

```
> --
> http://www.hotfile.com
> Earn real money while sharing your files!
>
```

CONFIDENTIAL                                                                HF02844134