# Yeh Exhibit 63

File hosting affiliate program presentation          http://forums.digitalpoint.com/printthread.php?t...

# Digital Point

**File hosting affiliate program presentation**

Printable View

▼ Page 5 of 5  ◄◄ First  ◄ ... 3 4

Show 40 post(s) from this thread on one page

---

**ira123**                                                                 Jul 16th 2009, 12:40 am

let me know how

---

**krazymind**                                                              Jul 16th 2009, 12:44 am

Code:
```
http://username : password@rapidshare.com/files/5458454846/filename.rar
```

**(Without spaces)**

You must have premium account of Rapidshare.

Regards

---

**campolar**                                                               Jul 16th 2009, 5:10 am

Quote:

> Originally Posted by **krazymind** View Post
>
> Code:
> ```
> http://username : password@rapidshare.com/files/5458454846/filename.rar
> ```
>
> *(Without spaces)*
>
> *You must have premium account of Rapidshare.*
>
> *Regards*

And also have "Direct Downloads" enabled in your rs premium settings

---

**getronit**                                                               Jul 16th 2009, 5:43 am

$5 for 1000 sounds cheap

---

**rekkle**                                                                 Jul 16th 2009, 6:14 am

Quote:

Originally Posted by **campolar** View Post



File hosting affiliate program presentation        http://forums.digitalpoint.com/printthread.php?t...

*And also have "Direct Downloads" enabled in your rs premium settings*

And also you need to provide real RS account ID (only digits!), not login. It works.

@getronit I got most time silver and gold rank and I get over $10 per 1000 downloads. It's not cheap.

http://laptopy.tychy.pl/hu/smile_u.jpg

### george101
Jul 16th 2009, 6:25 am

Quote:
> *Originally Posted by **getronit** View Post*
> $5 for 1000 sounds cheap

lol... bt for newbies its not. i made 230$ in one month by uploading, and i dont even upload every day. it may sound a little, but its a lot for me

### ButcherBoy
Aug 7th 2009, 10:45 am

News from HotFile.com

Earn money spreading links in your site!
Get 5% commission of all premium accounts sold through your site.

For every referrer that comes from your site and buys premium you will get 5% of the account's price. No matter if download link is yours or you find it in other place! Post interesting download links in your site, blog or forum and earn big money.

Please check our Affiliate page for more info.

Regards,

### dduck
Aug 7th 2009, 10:57 am

haha ....hotfile keeps messing with the ppl who made them this far.

It was only a theory that uploader's status is bound for how much premiums he sell. Nobody could see that information because you were hiding it.

Now, one site will take all the prize for all the links. No matter if the owner of that site uploaded all those files. What a nice way to fck with small army of ppl who were spreading your links.

But anyway, this shows only one thing. **You are aware that you made mistake with your new rules.** That's why you need sites to promote your **old links**, because you are left with only few ppl who keep uploading new files on your servers.

I would really like to see how much money will owner of the biggest pr0n and wrz board get from you for selling premiums. 'Cause you are well known for hidding that information.

Only sites who force their users to use code tags will not 'proffit' from that, 'cause users would still need to copy-past links in browsers.

▼ Page 5 of 5 | ◄ First | ◄ |...| 3 | 4 |

Show 40 post(s) from this thread on one page

All times are GMT -5. The time now is 11:13 pm.

File hosting affiliate program presentation     http://forums.digitalpoint.com/printthread.php?t...

Digital Point modules: Sphinx-based search, CSS