# Yeh Exhibit 64

Earn $$$ Uploading files to Uploadline.com!!!        http://forums.digitalpoint.com/printthread.php?t...

# ◇ Digital Point

**Earn $$$ Uploading files to Uploadline.com!!!**

Printable View

---

**rudeturk**                                                                 Mar 25th 2009, 8:19 pm

Earn $$$ Uploading files to Uploadline.com!!!

**Earn easy $$$ Uploading your files to Uploadline.com!**
We have launched a new point system where you can earn cash for your points, we give out 1 point per unique download from any country!
**Why is this different from Uploading.com or any other program such as Uploadbox?**
Because unlike there sites, people like using out service and they can download there files easily your links will be downloaded more often than other ones and our links are not banned on any forums. We have high network connections so you can fetch files from your rapidshare account, also you can upload at up to 1gbps.

We are kind of under beta stages but are 100% stable so we are not going anywhere.

Payments will be made through Paypal only and soon Alertpay!
For more info click here, http://www.uploadline.com/earn.html

---

**egoldzone**                                                               Mar 25th 2009, 10:07 pm

Thanks for your info
why so cheap rate per download..?
Do you have another plan to increase your pay rate soon..?

---

**rudeturk**                                                                 Mar 26th 2009, 4:44 am

Yes we have a plan to increase pay rate, but how can we pay more if we dont earn more? lol.
As soon as we see this program working we will definately increase into a nice price rate.

---

**Kerosene**                                                                 Mar 26th 2009, 6:24 am

Is this correct:

$1 USD for 1000 downloads at Uploadline.com ($20 USD for 20,000)
vs
$10 for 1000 downloads at Uploading.com

I hate to be a wet blanket, but why would I use your service over Uploading.com?

"No other steps **realy**" is misspelled on your 'earn.html' page :p ;)

---

**hbl**                                                                      Mar 26th 2009, 6:40 am

Sounds interesting, Checking it out now

---

**rudeturk**                                                                 Mar 27th 2009, 12:45 pm

Quote:

---



Earn $$$ Uploading files to Uploadline.com!!!                    http://forums.digitalpoint.com/printthread.php?t...

> Originally Posted by **Kerosene** View Post
>
> *Is this correct:*
>
> *$1 USD for 1000 downloads at Uploadline.com ($20 USD for 20,000)*
> *vs*
> *$10 for 1000 downloads at Uploading.com*
>
> *I hate to be a wet blanket, but why would I use your service over Uploading.com?*
>
> *"No other steps **realy**" is misspelled on your 'earn.html' page :p ;)*

Alright,
Uploading.com is a website where you will get less download conversions.
Uploadline is realy easy to use even as a first time user and if you upload any file smaller then 50mb we don't
even ask your users anything before they download there downloads start right away.
The links you share with users will not be liked by everyone.
They stick tons of limits and advertisements on free users.
Minimum payment is $30 with Uploading, our one is 20$ + You will be paid through paypal within 3 days of
your request.
I have tons of reasons for you to use Uploadline instead of Uploading and im sure the users which download
your files will prefer Uploadline.

---

**hash1**                                                    Mar 27th 2009, 12:57 pm

Will give it a go. Already upload alot and was looking for a new host like this.

---

**houck**                                                    Mar 27th 2009, 7:35 pm

I have worked with Uploading.com for sometime, so I will try out your service.

The thing I do like is any country download. This is something I would have to admit Uploading.com has lack,
not only not paying for some types of countries, but also banning them from even downloading. I also like
your less than 50mb wait.

I'm working on a CPA offer at the moment, but when I get sometime, I might try using you as a host for a
new download site I was thinking of creating.

But one question, Do you allow adult content to be uploaded?

---

**rudeturk**                                                    Mar 28th 2009, 12:43 pm

> Quote:
>
> Originally Posted by **houck** View Post
>
> *I have worked with Uploading.com for sometime, so I will try out your service.*
>
> *The thing I do like is any country download. This is something I would have to admit Uploading.com*
> *has lack, not only not paying for some types of countries, but also banning them from even*
> *downloading. I also like your less than 50mb wait.*
>
> *I'm working on a CPA offer at the moment, but when I get sometime, I might try using you as a host*
> *for a new download site I was thinking of creating.*
>
> *But one question, Do you allow adult content to be uploaded?*

Good to hear :).
As long as the adult content is legal it is allowed.

Earn $$$ Uploading files to Uploadline.com!!!                    http://forums.digitalpoint.com/printthread.php?t...

---

**viatorek**                                                        Mar 28th 2009, 12:52 pm

so you guys paying for all country download?
any % for selling premium account like in uploading.com?

---

**rudeturk**                                                        Mar 28th 2009, 1:12 pm

> Quote:
>
> *Originally Posted by* **viatorek** *View Post*
>
> *so you guys paying for all country download?*
> *any % for selling premium account like in uploading.com?*

Not yet, Look we are nothing like Uploading.com try downloading from us as a free user and see if you can
download from them as a free user the same file and see which ones easier to download with Uploading you
will get less download conversions and they earn more from the downloads your files get but with us you get
high ammount of download conversions per visit to the link although we dont earn as much as uploading.

---

**viatorek**                                                        Mar 28th 2009, 5:36 pm

what about hotfile.com (see my siggy for info)? its have better conversation and just started too
i just registered to bought (uploadingline.com) and testing conversation
we will see

---

**shareminator**                                                   Mar 29th 2009, 6:44 am

HI, i am interested in part: "you can fetch files from your rapidshare account" it is nice, i like it, but can i, if i
have a premium account, download any RS files to my UL account?, if no, this feature can be very succesful
for your company, many people have RS premium and can use it for their UL account for uploading files.

p.s. Sorry for my english, i believe that you understand, what i mean :)

---

**ForumDesire**                                                    Mar 29th 2009, 7:40 am

for me the uploading is not working!

---

**rudeturk**                                                        Mar 29th 2009, 7:44 am

> Quote:
>
> *Originally Posted by* **shareminator** *View Post*
>
> *HI, i am interested in part: "you can fetch files from your rapidshare account" it is nice, i like it, but*
> *can i, if i have a premium account, download any RS files to my UL account?, if no, this feature can*
> *be very succesful for your company, many people have RS premium and can use it for their UL*
> *account for uploading files.*
>
> *p.s. Sorry for my english, i believe that you understand, what i mean :)*

Yes shareminator, You can login to your account visit http://www.uploadline.com/?op=my_account And modify
the Rapidshare account settings section so You can fetch your files in your rapidshare account or any
rapidshare link direct to your account! :D.
We currently allow 5 fetches for free users and 20 for premium per day to stop the service from being abused.

Earn $$$ Uploading files to Uploadline.com!!!        http://forums.digitalpoint.com/printthread.php?t...

Also note that you will be able to fetch from rapidshare at 16mb/s when I sort some settings out (thats the max rapidshare allows) from other sites its up to 1gbps!

Please do not upload split archives, we have a larger upload limit compared to other websites for a reason All websites you mentioned do not allow users to stream videos or mp3 files which are uploaded they dont have an easy user interface for downloading Hotfile only allows 1 download per 15 minutes if im correct and they have just launched have you been paid by them yet? We have been running since november 2006 under beta stages check web archive if you like.

---

### rudeturk                                                              Mar 29th 2009, 7:47 am

> Quote:
>
> ---
> Originally Posted by **ForumDesire** *View Post*
> *for me the uploading is not working!*
> ---

Try now, Today we are reinstalling ul1 server (without any loss of users files) due to some security problems so downloads from there will not be possible in the next 9 hours we have to move over 400gb back.

The main upload server is working though let me know if you have any other problems.

---

### ForumDesire                                                          Mar 29th 2009, 7:51 am

yes now is working . I want to ask if you have a ssystem that count the number of viewes that has a video.

---

### rudeturk                                                              Mar 29th 2009, 8:16 am

> Quote:
>
> ---
> Originally Posted by **ForumDesire** *View Post*
> *yes now is working . I want to ask if you have a ssystem that count the number of viewes that has a video.*
> ---

Video views count as downloads as long as they are unique.

---

### ForumDesire                                                          Mar 29th 2009, 8:21 am

Can you make an embed option to player? or to change it?

---

### rudeturk                                                              Mar 29th 2009, 8:24 am

> Quote:
>
> ---
> Originally Posted by **ForumDesire** *View Post*
> *Can you make an embed option to player? or to change it?*
> ---

I cant make an embed option for a player, why you may ask?
if a video is 500mb or 700mb etc, a user embeds it to there site and even if 1000 people view it its 500-700gb per day thats 70mbps constantly in use and we make no profit from it.

Earn $$$ Uploading files to Uploadline.com!!!          http://forums.digitalpoint.com/printthread.php?t...

---

### ForumDesire                                                          Mar 29th 2009, 8:30 am

i want to upload 200-400 mb videos for a tv shows site.

---

### rudeturk                                                            Mar 29th 2009, 8:31 am

Quote:

> Originally Posted by **ForumDesire** *View Post*
> *i want to upload 200-400 mb videos for a tv shows site.*

You can just make an image explaining users what to click to view video and they click it to view the video.

---

### ButcherBoy                                                          Mar 30th 2009, 9:30 am

Quote:

> Originally Posted by **rudeturk** *View Post*
>
> *Please do not upload split archives, we have a larger upload limit compared to other websites for a reason All websites you mentioned do not allow users to stream videos or mp3 files which are uploaded they dont have an easy user interface for downloading Hotfile only allows 1 download per 15 minutes if im correct and they have just launched have you been paid by them yet? We have been running since november 2006 under beta stages check web archive if you like.*

Hello!
As our site is mentioned here I'd like to give you some info:

We're new site, but we got a lot of other sites long time before 2006!
Also-we pay always on time and there are proofs in forums and members from this forum too!
Also-we allow open videos or mp3 directly in browser. But to stream directly - you answered yourself.
We dont have any adverts, dont have captcha, and so on, also despite fact you're from 2006 your stats on alexa is not so good for you, comparing to us ;)

---

### roughsoul                                                          Mar 30th 2009, 10:43 am

Well this is not at all a lucrative offer.
20$ for 20000 point
well then whatz wrong with easy-share then pay much more as their point system is much diverse and quite good.

---

### Kinkyjoe                                                           Mar 30th 2009, 2:13 pm

I already tried this method with uploading but with no success I might try yours lol

---

### rudeturk                                                            Mar 30th 2009, 5:23 pm

Quote:

> Originally Posted by **ButcherBoy** *View Post*
> *Hello!*

---

Earn $$$ Uploading files to Uploadline.com!!!                    http://forums.digitalpoint.com/printthread.php?t...

> *As our site is mentioned here I'd like to give you some info:*
>
> *We're new site, but we got a lot of other sites long time before 2006!*
> *Also-we pay always on time and there are proofs in forums and members from this forum too!*
> *Also-we allow open videos or mp3 directly in browser. But to stream directly - you answered yourself.*
> *We dont have any adverts, dont have captcha, and so on, also despite fact you're from 2006 your*
> *stats on alexa is not so good for you, comparing to us ;)*

Who the f are you?

> Quote:
>
> *Originally Posted by **roughsoul** View Post*
>
> *Well this is not at all a lucrative offer.*
> *20$ for 20000 point*
> *well then whatz wrong with easy-share then pay much more as their point system is much diverse*
> *and quite good.*

Like i said, its hard to download from the sites you mention, they do not have the features Uploadline has do they?
We start from 20$ per 20,000 downloads that is 1$ per 1000 downloads which would be easily achived for you.
Soon we will double the price per point or even triple if you would like to us to start filtering downloads?

---

**karannn**                                                                 Mar 31st 2009, 1:36 am
Premium Point Counter Error...!!!

I have account in your site... i uploaded many files and shared them on forums... by my files your site got lots of traffic but from last 12 hours or so your premium points counter stuck at 1660... still user can download files...

Right now total downloads i count and its near about **2888**... while your premium points counter show 1660...

What to do now ?? i have to remove files from your server ?? because its not fair... u only pay after 20,000 premium points... and like this i think i cant collect those points next 5 years... if your premium points stuck like this...

Let me know what i do...

---

**rudeturk**                                                                 Mar 31st 2009, 6:32 am

> Quote:
>
> *Originally Posted by **karannn** View Post*
>
> *I have account in your site... i uploaded many files and shared them on forums... by my files your*
> *site got lots of traffic but from last 12 hours or so your premium points counter stuck at 1660... still*
> *user can download files...*
>
> *Right now total downloads i count and its near about **2888**... while your premium points counter*
> *show 1660...*
>
> *What to do now ?? i have to remove files from your server ?? because its not fair... u only pay after*
> *20,000 premium points... and like this i think i cant collect those points next 5 years... if your*
> *premium points stuck like this...*
>
> *Let me know what i do...*

The files under 50mb do not give premium points anymore if you wish to upload files over 50mb you can recieve premium points easily like you did, Also please note we are not an image host but we will soon launch

6 of 8                                                                 07/26/2011 11:47 PM

Earn $$$ Uploading files to Uploadline.com!!!          http://forums.digitalpoint.com/printthread.php?t...

our image hosting service which may also pay for uploads ;)

Right now we have tons of free space on the server and bandwidth all we need is promoting and we have all tools available for our uploaders. If you wish to upload for your blog or write a review about Uploadline i may be able to provide anyone a premium account which can do it.

---

**viatorek**                                                          Apr 1st 2009, 6:46 am

> Quote:
>
> Originally Posted by **rudeturk** *View Post*
>
> *Who the f are you?*
>
> *Like i said, its hard to download from the sites you mention, they do not have the features Uploadline has do they?*
> *We start from 20$ per 20,000 downloads that is 1$ per 1000 downloads which would be easily achived for you.*
> *Soon we will double the price per point or even triple if you would like to us to start filtering downloads?*

hotfile worker i think ;]
and yes they are better hehe
check my signature to try

---

**rudeturk**                                                          Apr 2nd 2009, 11:16 am

> Quote:
>
> Originally Posted by **viatorek** *View Post*
>
> *hotfile worker i think ;]*
> *and yes they are better hehe*
> *check my signature to try*

That site realy is slower from what i heard from users ;) also dont advertise your crap on my thread reported.

---

**rudeturk**                                                          Apr 3rd 2009, 6:07 pm

Has anyone tested our upload speeds yet? you would definately not be able to get that speed with any other file host.

---

**Bohra**                                                             Apr 5th 2009, 9:20 am

Your service now has many restrictions and catches so too tough to earn from this. But best of luck

---

**rudeturk**                                                          Apr 5th 2009, 3:56 pm

Earn $$$ Uploading files to Uploadline.com!!!                    http://forums.digitalpoint.com/printthread.php?t...

> Quote:
>
> Originally Posted by **Bohra** *View Post*
>
> *Your service now has many restrictions and catches so too tough to earn from this. But best of luck*

What is the many restrictions and caches? what do you mean?

---

**freestar100**                                                                 Apr 6th 2009, 10:37 am

I think it has a very low rate...almost comparable to Ziddu...the advantage is that downloads from any countries might be accepted...

All times are GMT –5. The time now is 11:46 pm.

Digital Point modules: Sphinx-based search, CSS