# Yeh Exhibit 65

**From:** Hotfile Corp [hotfile.com@gmail.com]
**Sent:** Sunday, July 04, 2010 3:57 PM
**To:** Rumen Stoyanov
**Cc:** Anton Titov; Elan
**Subject:** Re: Migrating from Rapidshare to Hotfile: Hotfile    (,ztwersky@gmail.com)

Ok, so just a text saying "migrate from your current file host to Hotfile..."?

2010/7/4 Rumen Stoyanov <rumen@hotfile.com>
It is not good to advertise ourselves, mentioning other sites.

2010/7/4 Hotfile Corp <hotfile.com@gmail.com>
What do you think about putting a promotion (for instance a special page or announcement)—about migration from Rapidshare to Hotfile—the price will be the same as now, but our obvious advantages to be pointed out + a remote upload to be made possible for people who have purchased an account with that promotion, regardless of their rank. In fact Rapidshare has implemented some very confusing and complicated system—not to mention that if we compare what they are offering as traffic and price, we outdo them a lot.

Andrei

---------- Forwarded message ----------
From: <ztwersky@gmail.com>
Date: Sat, Jul 3, 2010 at 10:35 PM
Subject: Migrating from Rapidshare to Hotfile: Hotfile (,ztwersky@gmail.com)
To: hotfile.com@gmail.com

Message sent from user with mail: ztwersky@gmail.com.
Reason: I have some suggestions for improving your service
Username: (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/39871963/60f8f8d/the.apprentice.s09e07.720p-bajskorv.part12.rar.html
ip: 213.8.122.86 IL
URL:

I don\'t know if you heard but a few days ago Rapidshare has changed their system to \"Rapids\" and changed their whole billing system. The new system is VERY confusing to many premium RS users, as myself, and they started billing daily without permission and prices went up and points are being deleted and it\'s a MESS. ALL RS forums are FULL of angry pissed off RS users and all are talking about canceling RS and moving to a different file hosting service. My thought for you was that you can take advantage of this and make some kind of discount for Rapidshare users who migrate to Hotfile! This will bring you many more customers. Hope this helped. I am opening an account with you as soon as I finish this letter. I hope that if you DO use my idea, even though I am opening my account now, you will credit me with any benefits or discounts you make using my idea. Thank you and hope to enjoy your service

1

CONFIDENTIAL                                                                                     HF02854875


EXHIBIT
STOYANOV 17
DEC 8TH 2011

HF02854875

Case 1:11-cv-20427-KMW   Document 288-77   Entered on FLSD Docket 02/21/2012   Page 3 of 6

--
http://www.hotfile.com - one click file hosting
------------------------------------------------------------

--
Regards,
Rumen Stoyanov

--
http://www.hotfile.com - one click file hosting
------------------------------------------------------------

CONFIDENTIAL

HF02854876

HF02854875



AFFIDAVIT OF ACCURACY

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02854875] from Bulgarian into English.

Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 5th of December 2011.

Signature, Notary Public



THREE PARK AVENUE, NEW YORK, NY 10016  T 212.689.5555  F 212.689.1059  WWW.TRANSPERFECT.COM

| | |
|---|---|
| From: | Hotfile Corp [hotfile.com@gmail.com] |
| Sent: | Sunday, July 04, 2010 3:57 PM |
| To: | Rumen Stoyanov |
| Cc: | Anton Titov; Elan |
| Subject: | Re: Migrating from Rapidshare to Hotfile: Hotfile         (,ztwersky@gmail.com) |

OK, а да има просто текст "migrate from your current file host to Hotfile..."?

2010/7/4 Rumen Stoyanov <rumen@hotfile.com>
Не е добре да си правиме реклама, споменавайки други сайтове.

2010/7/4 Hotfile Corp <hotfile.com@gmail.com>

Какво мислите да вкараме една промоция (например специална страница или анонс) - за миграция от Рапидшеър към Хотфайл - цената да е същата както в момента, но да се изтъкнат очевидните ни преимущества + да се направи възможно remote upload за хората, купили акаунт по тази промоция, независимо от техния ранк? Въобще Рапидшеър са вкарали някаква много сложна и объркана система, да не говорим че ако сравним какво предлагат като трафик и цена, ние ги превъзхождаме многократно.

Андрей

---------- Forwarded message ----------
From: <ztwersky@gmail.com>
Date: Sat, Jul 3, 2010 at 10:35 PM
Subject: Migrating from Rapidshare to Hotfile: Hotfile (,ztwersky@gmail.com)
To: hotfile.com@gmail.com


Message sent from user with mail - ztwersky@gmail.com:
Reason: I have some suggestions for improving your service
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/39871963/60f8f8d/the.apprentice.s09e07.720p-bajskorv.part12.rar.html
ip: 213.8.122.86 IL
URL:

I don\'t know if you heard but a few days ago Rapidshare has changed their system to \"Rapids\" and changed their whole billing system. The new system is VERY confusing to many premium RS users, as myself, and they started billing daily without permission and prices went up and points are being deleted and it\'s a MESS. ALL RS forums are FULL of angry pissed off RS users and all are talking about canceling RS and moving to a different file hosting service. My thought for you was that you can take advantage of this and make some kind of discount for Rapidshare users who migrate to Hotfile! This will bring you many more customers. Hope this helped. I am opening an account with you as soon as I finish this letter. I hope that if you DO use my idea, even though I am opening my account now, you will credit me with any benefits or discounts you make using my idea. Thank you and hope to enjoy your service

1

CONFIDENTIAL  HF02854875

--
http://www.hotfile.com - one click file hosting
---------------------------------------------------------------

--
Regards,
Rumen Stoyanov

--
http://www.hotfile.com - one click file hosting
---------------------------------------------------------------

2

CONFIDENTIAL

HF02854876