# Yeh Exhibit 66

```
From:    Hotfile Corp <hotfile.general@gmail.com>
Sent:    Wednesday, February 17, 2010 1:55 AM
To:      joe__ta <joe__ta@hotmail.com>
Subject: Re: Downloading Avatar 1080p: Hotfile (joevta,joe__ta@hotmail.com)
```

Dear Sir,

The files are deleted because of copyrights.

On Tue, Feb 16, 2010 at 5:36 PM, <joe__ta@hotmail.com> wrote:

> Message sent from user with mail - joe__ta@hotmail.com:
> Reason: I have technical issues with downloading
> Username: joevta (1681083)
> Rank: Silver
> Status: Premium
>
> ip: 190.155.174.184
> URL: http://hotfile.com/list/263463/82ce46c
>
> Hi, yesterday I bought a premiun account to Download Avatar 1080p of that link I found, everything was alright until suddenly the parts 44 and 45 stopped Downloading.
>
> Please help me...
>
> http://hotfile.com/get/28616916/4b79c0f5/383d590/Avatar2009.Telesync.1080p.part44.rar
>
> http://hotfile.com/get/28616916/4b79c0f5/383d590/Avatar2009.Telesync.1080p.part45.rar
>
> THANKS

--
Best regards,
Support
Hotfile.com



HF00040396

```
From:    david.bibby1 <david.bibby1@googlemail.com>
Sent:    Friday, September 3, 2010 5:45 AM
To:      general <general@hotfile.com>
Subject: Premium Account Slow Download: Hotfile
(3072497,david.bibby1@googlemail.com)

Message sent from user with mail - david.bibby1@googlemail.com:
Reason: I have technical issues with downloading
Username: 3072497 (3072497)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

ip: 89.167.221.131 GB
URL: Various
```

I purchased your 12 month premium account so I could download your apps fast to my Iphone 4. 32gig. In particular the Tom Tom eorope navigation app.
It shows on your add non premium account are delayed and take over 5 hours but premium are not delayed and down load in 35 mins. I have tried at different times day and night but still get a very slow download, at worst it takes 60500 mins but crashes after 3gig, at best 2500 mins and still crashes. My router is A DSL 27408 and cable of fast reliable downloads I have a 24 gig account with BE unlimited and I rareley have problems I get appx betwen 5 and 10 wireless download speed to my Iphone can you help me to achieve the fast speeds you say a premium account give
Thanks



HF00001450

```
From:    rylan50 <rylan50@yahoo.co.uk>
Sent:    Tuesday, September 28, 2010 12:59 PM
To:      general <general@hotfile.com>
Subject: fyi : Hotfile (,rylan50@yahoo.co.uk)

Message sent from user with mail - rylan50@yahoo.co.uk:
Reason: General question
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/31906905/eba87c6/Roald_Dahl_Books.rar.html
ip: 109.76.133.156
URL:
```

Dear Sir, I wish to sign up to Hotfile to down load the following Ebooks (see below) however I don\'t know if U have the ebooks listed available on file, please advise accordingly, thanks, kind regards Bernard
1. Charlie & the Chocolate Factory
2. Matilda
3. The Twits
4. All by Roald Dahl
5. The Magician\'s Nephew
6. The Lion, The Witch & The Wardrobe by C.S. Lewis
7. The Worst Witch by Jill Murphy
8. Christmas Carol by Charles Dickens



EXHIBIT
Trov 134
12.07.11 ff

HF00005748

```
From:    mlcosta <mlcosta@cogeco.ca>
Sent:    Saturday, January 1, 2011 1:41 PM
To:      general <general@hotfile.com>
Subject: downloading files: Hotfile (,mlcosta@cogeco.ca)

Message sent from user with mail - mlcosta@cogeco.ca:
Reason: General question
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/90809909/fc125bd/HdeV2.pdf.html
ip: 24.150.146.195 CA
URL: http://hotfile.com/dl/90809909/fc125bd/HdeV2.pdf.html
```

As offered at the www.estanpresentes.com.ar
webaddress, I want to download the PDF files of the books Historias de Vida, Vols. 1 and 2. As indicated in the website, I became a Hotfile premium member. Now I just don\'t know how to proceed to download the PDF files. Can you please help me? Thank you



HF00023259

```
From:    arslan_433 <arslan_433@yahoo.com>
Sent:    Saturday, August 7, 2010 2:18 PM
To:      general <general@hotfile.com>
Subject: Unsuccessful download: Hotfile (,arslan_433@yahoo.com)

Message sent from user with mail - arslan_433@yahoo.com:
Reason: I have technical issues with downloading
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/57711062/9e5581b/MaZIKa2daY.CoM.Gun.Of.Navarone.1961.DvdRip.
By.OsCaR.part1.rar.html
ip: 111.68.102.22 PK
URL:
http://hotfile.com/dl/57711062/9e5581b/MaZIKa2daY.CoM.Gun.Of.Navarone.1961.DvdRip.
By.OsCaR.part1.rar.html

Its very disappointing. I signed up specially to download a movie. But after
downing every thing you have displayed the download link. After I have  clicked
the link it says \"Downloading:
MaZIKa2daY.CoM.Gun.Of.Navarone.1961.DvdRip.By.OsCaR.part1.rar | 170 MB\" but i
dont know where it is downloading. it has\'nt offered me to download and only
message has been displayed. Whats the problem. Sorry to say was it only fraud?
```



EXHIBIT
Titov 136
12-07-11
HF00081244