# Yeh Exhibit 67

| | |
|---|---|
| From: | Emrah Gürkan [egurkan@ekonomist.com.tr] |
| Sent: | Wednesday, February 02, 2011 2:17 AM |
| To: | reseller@hotfile.com; abuse@hotfile.com; info@hotfile.com |
| Subject: | My account |

Hello
This is Emrah. I am the editor of Ekonomist Magazine in Turkey.
I have a huge problem with Hotfile
My account has been downgraded to free from premium
Account is registered on (egurkan@ekonomist.com.tr)
How could it possible?
Firstly I did not share my acount with anyone.
secondly, there is no Multiple IP downloads
thirtly there is no Using your own or 3rd party server to leech traffic and share it
Yes, I just dowload too much. Becouse so far I know that, my accont is premimum and and there is no limit.
I just downloaded Bluray movies...

That's the reason i want my account back.
I gave 55 dolar money to Hotfile, İ did not choose Rapidshare or other things. I choose Hotfile. Did I make a mistake?.

Thanks.
Emrah

1

CONFIDENTIAL                                                                HF02299758