# Yeh Exhibit 68

```
From:    twoon <twoon@optusnet.com.au>
Sent:    Thursday, February 24, 2011 12:47 PM
To:      general <general@hotfile.com>
Subject: Unable to download tv series: Hotfile (3497343,twoon@optusnet.com.au)

Message sent from user with mail - twoon@optusnet.com.au:
Reason: General question
Username: 3497343 (3497343)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/104890321/50d4b1f/two.and.a.half.men.816.hdtv-
lol.avi.html
ip: 210.49.206.115 AU
URL: http://hotfile.com/dl/104890321/50d4b1f/two.and.a.half.men.816.hdtv-
lol.avi.html
```

Can you please explain why I am no longer able to download TV series episodes via hotflie?
This has only occurred over the past few days. My subscription has been paid for 12 months so should not be an issue.
If you no longer support this feature, then I would like a refund as your service is of no use if it cannot be accessed.



EXHIBIT
Titov 146
12.07.11 ff

HF00034459

```
From:    i-matsumoto <i-matsumoto@hotmail.com>
Sent:    Friday, February 25, 2011 9:27 PM
To:      general <general@hotfile.com>
Subject: I can.t downloads series: Hotfile (ILDA.MATSUMOTO-1,i-
matsumoto@hotmail.com)

Message sent from user with mail - i-matsumoto@hotmail.com:
Reason: I have technical issues with downloading
Username: ILDA.MATSUMOTO-1 (3789825)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/106166490/42636e2/Baixartv.com_Greysanatomy.S7E14.rmvb.html
ip: 201.81.68.94 BR
URL: baixartv.com; baixqndofacil.com

I cannott download my favourites series anymore. I have payed an signature for 6
months, finishing on June, 2011.
```



HF00034686

```
From:  flp_meira <flp_meira@yahoo.com.br>
Sent:  Friday, February 25, 2011 7:01 AM
To:    general <general@hotfile.com>
Subject:  Site BaixarTV.com: Hotfile (4329260,flp_meira@yahoo.com.br)

Message sent from user with mail - flp_meira@yahoo.com.br:
Reason: General question
Username: 4329260 (4329260)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/106115868/619ccc8/Baixartv.com_GleeS02E13.rmvb.html
ip: 187.111.168.245
URL:
```

Hello, what happened to the files baixartv.com? All files posted on hotfile deleted form, and I was downloading many series, I signed up to the premium account to download. And now the files were deleted, and I have to stop in half the series that was downloading. Please ask kindly reup posted by baixartv.com the series, if possible, because I\\\'ll still be premium member to finish downloading the whole series. More contrario\\\'ll look for other ways to lower grades. But do not think it\\\'s fair on your part.

I ask you reply to this email as simple as possible because I\\\'m Brazilian, and I\\\'m learning a bit of English, and thanks to that little formulated this email.

Thanks already.



HF00034587