# Yeh Exhibit 69







June 23, 2011

http://www.alexa.com/siteinfo/hotfile.com



June 23, 2011　　　　　　　　　　　　　　　　　　　　　http://www.alexa.com/siteinfo/hotfile.com