# Yeh Exhibit 71

## CONSENT OF SHAREHOLDERS IN LIEU OF

## SPECCIAL MEETING

## OF

## HOTFILE CORP.

The undersigned, being at least the majority of shareholders of Hotfile Corp. (the "Corporation"), do hereby take the following actions by written consent, without a meeting and in lieu of an annual meeting:

**VOTED:** That the Corporation may, through its Board of Directors, pay a dividend to its shareholders in the amount of $100,000 (One hundred thousand USD), and that the proper directors or officers be, and hereby are, authorized, empowered and directed to take any and all actions, including those to facilitate the payment of dividends, and to execute any and all documents such directors or officers deem necessary or advisable to carry out the intent of the foregoing.

Dated: January 12, 2010

_____
[Atanas Vangelov, on behalf of Cyrios Holdings SA]

_____
[Rumen Stoyanov, on behalf of Remaco Investment Management Corp]

_____
[Anton Titov, on behalf of Battele Holdings S.A.]

EXHIBIT
VANGELOV 9
DEC 7TH 2011

Highly Confidential

HF02855568

## CONSENT OF SHAREHOLDERS IN LIEU OF
## SPECCIAL MEETING
## OF
## HOTFILE CORP.

The undersigned, being at least the majority of shareholders of Hotfile Corp. (the "Corporation"), do hereby take the following actions by written consent, without a meeting and in lieu of an annual meeting:

**VOTED:** That the Corporation may, through its Board of Directors, pay a dividend to its shareholders in the amount of $400,000 (Four hundred thousand USD), and that the proper directors or officers be, and hereby are, authorized, empowered and directed to take any and all actions, including those to facilitate the payment of dividends, and to execute any and all documents such directors or officers deem necessary or advisable to carry out the intent of the foregoing.

**VOTED:** That the Corporation may, through its Board of Directors, pay a bonus in the amount of $20,000 (Twenty thousand USD) to the following shareholder: Cyrios Holdings SA, and that the proper directors or officers be, and hereby are, authorized, empowered and directed to take any and all actions, including those to facilitate the payment of dividends, and to execute any and all documents such directors or officers deem necessary or advisable to carry out the intent of the foregoing.

**VOTED:** That the Corporation may, through its Board of Directors, pay a bonus in the amount of $20,000 (Twenty thousand USD) to the following shareholder: Remaco Investment Management Corp, and that the proper directors or officers be, and hereby are, authorized, empowered and directed to take any and all actions, including those to facilitate the payment of dividends, and to execute any and all documents such directors or officers deem necessary or advisable to carry out the intent of the foregoing.

Dated: February 25, 2010

[Atanas Vangelov, on behalf of Cyrios Holdings SA]

[Rumen Stoyanov, on behalf of Remaco Investment Management Corp]

[Anton Titov, on behalf of Battele Holdings S.A.]

EXHIBIT
VANGELOV 10
DEC 7TH 2011

Highly Confidential

HF02855569

## CONSENT OF SHAREHOLDERS IN LIEU OF
## SPECCIAL MEETING
## OF
## HOTFILE CORP.

The undersigned, being at least the majority of shareholders of Hotfile Corp. (the "Corporation"), do hereby take the following actions by written consent, without a meeting and in lieu of an annual meeting:

**VOTED:** That the Corporation may, through its Board of Directors, pay a dividend to its shareholders in the amount of $680,000 (Six hundred and eighty thousand USD), and that the proper directors or officers be, and hereby are, authorized, empowered and directed to take any and all actions, including those to facilitate the payment of dividends, and to execute any and all documents such directors or officers deem necessary or advisable to carry out the intent of the foregoing.

**VOTED:** That the Corporation may, through its Board of Directors, pay a bonus in the amount of $60,000 (Sixty thousand USD) to the following shareholder: Cyrios Holdings SA, and that the proper directors or officers be, and hereby are, authorized, empowered and directed to take any and all actions, including those to facilitate the payment of dividends, and to execute any and all documents such directors or officers deem necessary or advisable to carry out the intent of the foregoing.

**VOTED:** That the Corporation may, through its Board of Directors, pay a bonus in the amount of $60,000 (Sixty thousand USD) to the following shareholder: Remaco Investment Management Corp, and that the proper directors or officers be, and hereby are, authorized, empowered and directed to take any and all actions, including those to facilitate the payment of dividends, and to execute any and all documents such directors or officers deem necessary or advisable to carry out the intent of the foregoing.

Dated: September 30, 2010

_____
[Atanas Vangelov, on behalf of Cyrios Holdings SA]

_____
[Rumen Stoyanov, on behalf of Remaco Investment Management Corp]

_____
[Anton Titov, on behalf of Battele Holdings S.A.]



Highly Confidential

HF02855570

## CONSENT OF SHAREHOLDERS IN LIEU OF
## SPECCIAL MEETING
## OF
## HOTFILE CORP.

The undersigned, being at least the majority of shareholders of Hotfile Corp. (the "Corporation"), do hereby take the following actions by written consent, without a meeting and in lieu of an annual meeting:

**VOTED:** That the Corporation may, through its Board of Directors, pay a dividend to its shareholders in the amount of $900,000 (Nine hundred thousand USD), and that the proper directors or officers be, and hereby are, authorized, empowered and directed to take any and all actions, including those to facilitate the payment of dividends, and to execute any and all documents such directors or officers deem necessary or advisable to carry out the intent of the foregoing.

**VOTED:** That the Corporation may, through its Board of Directors, pay a bonus in the amount of $240,000 (Two hundred and forty thousand USD) to the following shareholder: Cyrios Holdings SA, and that the proper directors or officers be, and hereby are, authorized, empowered and directed to take any and all actions, including those to facilitate the payment of dividends, and to execute any and all documents such directors or officers deem necessary or advisable to carry out the intent of the foregoing.

**VOTED:** That the Corporation may, through its Board of Directors, pay a bonus in the amount of $240,000 (Two hundred and forty thousand USD) to the following shareholder: Remaco Investment Management Corp, and that the proper directors or officers be, and hereby are, authorized, empowered and directed to take any and all actions, including those to facilitate the payment of dividends, and to execute any and all documents such directors or officers deem necessary or advisable to carry out the intent of the foregoing.

Dated: December 2, 2010

[Atanas Vangelov, on behalf of Cyrios Holdings S.A.]

[Rumen Stoyanov, on behalf of Remaco Investment Management Corp]

[Anton Titov, on behalf of Battele Holdings S.A.]

EXHIBIT
VANGELOV 12
DEC 7TH 2011

Highly Confidential                                                                                                      HF02855571

## CONSENT OF SHAREHOLDERS IN LIEU OF

## SPECCIAL MEETING

## OF

## HOTFILE CORP.

The undersigned, being at least the majority of shareholders of Hotfile Corp. (the "Corporation"), do hereby take the following actions by written consent, without a meeting and in lieu of an annual meeting:

**VOTED:** That the Corporation may, through its Board of Directors, pay a dividend to its shareholders in the amount of $1,000,000 (One million USD), and that the proper directors or officers be, and hereby are, authorized, empowered and directed to take any and all actions, including those to facilitate the payment of dividends, and to execute any and all documents such directors or officers deem necessary or advisable to carry out the intent of the foregoing.

Dated: January 20, 2011

_____
[Atanas Vangelov, on behalf of Cyrios Holdings SA]

_____
[Rumen Stoyanov, on behalf of Remaco Investment Management Corp]

_____
[Anton Titov, on behalf of Battele Holdings S.A.]

EXHIBIT
VANGELOV 13
DEC 7TH 2011

Highly Confidential                                                                                                HF02855572

# CONSENT OF SHAREHOLDERS IN LIEU OF SPECCIAL MEETING OF HOTFILE CORP.

The undersigned, being at least the majority of shareholders of Hotfile Corp. (the "Corporation"), do hereby take the following actions by written consent, without a meeting and in lieu of an annual meeting:

**VOTED:** That the Corporation may, through its Board of Directors, pay a dividend to its shareholders in the amount of $3,200,000 (Three million and two hundred thousand USD), and that the proper directors or officers be, and hereby are, authorized, empowered and directed to take any and all actions, including those to facilitate the payment of dividends, and to execute any and all documents such directors or officers deem necessary or advisable to carry out the intent of the foregoing.

Dated: August 4, 2011

_____
[Atanas Vangelov, on behalf of Cyrios Holdings SA]

_____
[Rumen Stoyanov, on behalf of Remaco Investment Management Corp]

_____
[Anton Titov, on behalf of Battele Holdings S.A.]



Highly Confidential

HF02855574