# Yeh Exhibit 72

"*Company*"),

HEREBY MAKES DESIGNATES, CONSTITUTES AND APPOINTS

MR. ANTON TITOV, Russian citizen, passport 51 No. 4044574, date of birth – September 7, 1982, place of birth – Leningrad, USSR (the "*Attorney*"), to be the true and lawful attorney of the *Company* with full power and authority to act in any and all capacities for and in the name, place and stead of the undersigned and to undertake and perform for and on behalf of the *Company* all or any of the following:

a) To open, operate or close bank accounts with any bank; to make deposits of currency with any bank for the account of the *Company*; to sign checks, drafts or other orders with respect to any funds to the credit of the *Company*; to make withdrawals of funds from any account of the *Company* with any bank and to transfer funds from such accounts by any means authorized by any bank, including, without limiting the generality of the foregoing, a debit card, a credit card, a terminal or other electronic or telephone device; to apply for letters or other forms of credit; to buy and/or sell foreign currency, either spot or forward, the power to sell including the power to sell "short"; to contact for any services offered by any bank, including (without limitation) electronic account access and management services as well as to conduct any and all other lawful business with any bank.

b) To act for the *Company* before the government agencies and municipal authorities of all countries.

c) To receive, confirm the correctness and/or file notices, confirmations, requests, demands and/or statements of every kind.

d) To purchase, sell, deal, trade, assign, pledge and/or dispose of any equity, stocks, bonds and/or other securities, under terms and conditions the said *Attorney* may find appropriate, to make or receive payment of any fees, commissions, mark ups or downs or other charges incurred in connection with any such transaction and to sign any documents appertaining thereto.

e) To acquire, sell, deal, trade, assign, rent, mortgage and/or dispose of any real estate, under terms and conditions the said *Attorney* may find appropriate, to make or receive payment of any fees, commissions, mark ups or downs or other charges incurred in connection with any such transaction and to sign any documents appertaining thereto.

f) To execute any agreements and to conduct any correspondence and negotiations appertaining thereto.

g) To commence or initiate legal action on behalf of the *Company* and to submit to arbitration all accounts, claims and disputes between the *Company* and any third party.

h) To settle, compromise, adjust and give releases on behalf of the *Company* with respect to any claims, disputes and controversies.

i) To retain and employ solicitors and/or advocates to advise and/or represent the *Company*.

j) Generally to undertake and perform for and on behalf of the *Company* any acts whatsoever, whether explicitly stated herein or not which in the course of the general business of the *Company* may seem to the said *Attorney* to be requisite or expedient or cause to be in the interest of the *Company*.

k) To delegate and transfer the rights granted herewith, in part or as a whole, to any third person.

The *Company* hereby further and fully ratifies and confirms all and whatsoever the said *Attorney* shall legally do or cause to be done by virtue of these presents.

The powers granted herewith are perpetual and shall be in full force and effect until notice of revocation or modification is received in writing by any interested third party.

IN WITNESS WHEREOF, we have hereunto subscribed our names this 30th day of September 2008.

_____
Javier Arjue Rivera Fernandez, President

_____
Vilma Alicia Morales, Secretary

Yo, Carlos Strah Castrellón, Notario Público Décimo del Circuito de Panamá con Cédula N° 8-147-602
CERTIFICO:
Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes, por consiguiente dicha(s) firma(s) es(son) auténtica(s).

Panamá, 30 SEP. 2008

TESTIGO          TESTIGO

Confidential

HF02855366

EXHIBIT
TITOV 18
12.05.11