# Yeh Exhibit 73

| ДОГОВОР ЗА УПРАВЛЕНИЕ | MANAGEMENT CONTRACT |
|---|---|
| Днес, 22.06.2009 г. между: | Today, 22.06.2009 by and between: |
| 1. „ХОТФАЙЛ" ЕООД, наричано в договора ДРУЖЕСТВОТО, представлявано от Светослав Жоров Димитров, ЕГН 7701245829, в качеството му на пълномощник на ДРУЖЕСТВОТО, упълномощен с протокол от № 5-2009 г. от една страна | 1. HOTFILE Ltd., hereinafter referred to as the COMPANY, represented by Svetoslav Jorov Dimitrov, Attorney at Law, ISNo. 7701245829, in his capacity of proxy of COMPANY, authorized with protocol № 5-2009 г., on the one hand |
| и | and |
| 2. Антон Александрович Титов, постоянно пребиваващ в Република България чужденец, ЕНЧ 8209073864, л. к. № 720925790, издадена на 27.08.2008 г. от МВР – ПОЛИЦИЯ, живущ в гр. Перник, кв. Проучване 13, вх. Д, ет. 8, ап. 22, наричан в договора УПРАВИТЕЛ, от друга страна, | 2. Anton Aleksandrovich Titov, foreigner with permanent residence in republic of Bulgaria, PFN 8209073864, ID Card № 720925790, issued on 27.08.2008, by MVR – Police, with registered address in Pernic city, Prouchvane district 13, entr. D, fl. 8, app. 22, hereinafter referred to as the MANAGING DIRECTOR, on the other hand, |
| заедно наричани за краткост СТРАНИ, | both referred to as the "PARTIES", |
| ИМАЙКИ ПРЕДВИД обстоятелството, че Антон Титов е избран от собственика на капитала на Дружеството за управител на същото с протокол № 5-2009 г. на едноличния собственик, | CONSIDERING the circumstance that Mr. Anton Titov has been chosen by the sole owner of the Company's capital to be the Managing Director of this Company with a protocol № 5-2009, |
| се споразумяха за следното: | agreed upon the following: |
| 1. СФЕРА НА ЗАДЪЛЖЕНИЯ И ПРЕДСТАВИТЕЛСТВО | 1. SCOPE OF OBLIGATIONS AND REPRESENTATION |
| 1.1 ДРУЖЕСТВОТО възлага на УПРАВИТЕЛЯ, а той приема да изпълнява, функциите по управление и представителство на същото, въз основа на законите в Република България, решенията на едноличния собственик и този Договор. | 1.1 The COMPANY shall assign and the MANAGING DIRECTOR shall accept to perform the functions related to the management and the representation of this COMPANY based on the laws of the Republic of Bulgaria, the decisions of the sole owner and this Contract. |
| 1.2. УПРАВИТЕЛЯТ поема отговорността, контрола и управлението на цялостната дейност на ДРУЖЕСТВОТО във всичките й аспекти, включително, материалното снабдяване, финансите, счетоводната отчетност, | 1.2. The MANAGING DIRECTOR shall assume the responsibility, control and management of the overall activities of the COMPANY in all its aspects, including supplies, finance, accounting, information technologies, personnel management and all |

Confidential

EXHIBIT
TITOV 19
12.05.11

HF02855371

| | |
|---|---|
| информационните технологии, управление на персонала и всички други дейности, свързани с предмета на дейност на ДРУЖЕСТВОТО и неговия статут. | other activities related to the principal activity of the COMPANY and its status. |
| 1.3 УПРАВИТЕЛЯТ представлява ДРУЖЕСТВОТО по отношение всички лица, държавни органи и организации, като извършва всички правни и фактически действия във връзка с упълномощаването. | 1.3 The MANAGING DIRECTOR shall represent the COMPANY with respect to all entities, governmental authorities and organizations, performing all legal and factual actions related to the authorisation. |
| 1.4. При изпълнение на функциите си УПРАВИТЕЛЯТ работи според указанията на едноличния собственик и с неговото одобрение и се отчита пред него. | 1.4. In the performance of his functions the MANAGING DIRECTOR shall follow the instructions of the sole owner, shall seek his approval and report to him. |
| 1.5. УПРАВИТЕЛЯТ е длъжен да ръководи дейността на ДРУЖЕСТВОТО, да го управлява и представлява, проявявайки при тази дейност грижата на добър търговец. | 1.5. The MANAGING DIRECTOR shall be obliged to administer the activities of the COMPANY, manage it and represent it with due diligence. |
| 1.6. Този договор не създава трудовоправни отношения между страните. | 1.6. This Contract shall not establish an employment relationship between the parties. |
| 2. ВЪЗНАГРАЖДЕНИЕ И ДОПЪЛНИТЕЛНИ ПРИДОБИВКИ; ВЪЗСТАНОВЯВАНЕ НА РАЗХОДИ; ГОДИШЕН ОТПУСК | 2. REMUNERATION AND ADDITIONAL BENEFITS; REIMBURSEMENT OF EXPENSES; ANNUAL LEAVE |
| 2.1. Възнаграждение на УПРАВИТЕЛЯ за управлението на ДРУЖЕСТВОТО може да се уговаря отделно. | 2.1. The MANAGING DIRECTOR's remuneration for the management of the COMPANY can be negotiated separately. |
| 2.2. Разходи. УПРАВИТЕЛЯТ има право да поиска възстановяване на всички нормални, обичайни и необходими разноски изразходвани в служебен интерес срещу представен документ, удостоверяващ разхода. | 2.2. Expenses. The MANAGING DIRECTOR shall have the right to require reimbursement of all normal, usual and necessary expenses made for the COMPANY interest by presenting a document verifying the expense. |
| 2.3. Годишен отпуск. УПРАВИТЕЛЯТ има право на 20 работни дни отпуск за всяка календарна година. | 2.3. Annual Leave. THE MANAGING DIRECTOR shall be entitled with 20 working days annual leave within each calendar year. |
| 3. СРОК НА ДОГОВОРА, ПРЕКРАТЯВАНЕ И ОБЕЗЩЕТЕНИЯ | 3. TERM OF THE CONTRACT, TERMINATION AND |

Confidential
HF02855372

| | COMPENSATIONS |
|---|---|
| 3.1 Срок. Този договор се сключва за неопределен срок. | 3.1 Term. This Contract shall be concluded for an unlimited period of time. |
| 3.2 Прекратяване по искане на една от страните. Всяка от страните има право да прекрати този Договор с 30-дневно писмено предизвестие до другата страна. | 3.2 Termination requested by one of the parties. Each of the parties shall have the right to terminate this Contract by giving the other party a 30-day notice in writing. |
| 3.3 Прекратяване по искане на ДРУЖЕСТВОТО. ДРУЖЕСТВОТО може да прекрати този Договор незабавно при възникването на някое от следните обстоятелства: | 3.3 Termination requested by the COMPANY. The COMPANY shall be able to terminate this Contract immediately upon the occurrence of one of the following: |
| 3.3.1. смърт, физическо или психическо заболяване или състояние, довело до невъзможност на УПРАВИТЕЛЯ да изпълнява обичайните си служебни задължения в продължение на 90 дни през всеки 12-месечен период; | 3.3.1. death, physical or mental illness or condition leading to the MANAGING DIRECTOR's inability to perform his usual duties for a period of 90 days during any 12-month period; |
| 3.3.2. системно проявяване на небрежност или съществено нарушение на клауза на този договор, което не може да бъде отстранено или не бъде отстранено в 30-дневен срок след получаване на предупреждение от ДРУЖЕСТВОТО с описание на нарушението или нарушенията, за които се твърди, че са извършени и доказателства за извършването му (им); | 3.3.2. systematic negligence or substantial breach of a provision of this Contract which cannot be removed or is not removed within 30-days after the receipt of a notice from the COMPANY describing the presumable breach or breaches and proof thereof; |
| 3.3.3. умишлено действие с цел увреждане на ДРУЖЕСТВОТО; | 3.3.3. intentional actions aimed at damaging the COMPANY; |
| 3.3.4. при взето от едноличния собственик на ДРУЖЕСТВОТО решение за освобождаване на УПРАВИТЕЛЯ от тази длъжност. | 3.3.4. a decision of the sole owner of the COMPANY to dismiss the MANAGING DIRECTOR from his office. |
| 3.4. Задължения при прекратяването. В случай на прекратяване на договора поради каквато и да е причина от която и да е от страните, в срока на предизвестието, УПРАВИТЕЛЯТ е длъжен да полага всички усилия за осигуряване на безпрепятствено прехвърляне на неговите задължения на | 3.4. Obligations at termination. Where the contract is terminated for any reason by any of the parties, during the period of the notice the MANAGING DIRECTOR shall make every effort to ensure the smooth transition of his duties to his successor. |

| | |
|---|---|
| неговия правоприемник. | |
| **4. МЕСТОРАБОТА** | **4. PLACE OF EMPLOYMENT** |
| Като месторабота следва да се третира седалището на ДРУЖЕСТВОТО и всяко друго населено място в България и чужбина, когато това е необходимо за нуждите на ДРУЖЕСТВОТО. | The place of employment shall be the headquarters of the COMPANY and any other location in Bulgaria or abroad where required for the needs of the COMPANY. |
| **5. СЛУЖЕБНА ТАЙНА И ЗАБРАНА ЗА ИЗВЪРШВАНЕ НА КОНКУРЕНТНА ДЕЙНОСТ** | **5. CONFIDENTIALITY AND PROHIBITION OF COMPETITIVE ACTIVITIES** |
| 5.1 <u>Служебна тайна.</u> УПРАВИТЕЛЯТ се съгласява, че: | 5.1 <u>Confidentiality.</u> The **MANAGING DIRECTOR** agrees that: |
| 5.1.1. по време на действието на този Договор ще има достъп до поверителна информация, познания и данни във връзка с дейността на ДРУЖЕСТВОТО и неговите клиенти, независимо дали са получени, придобити или разработени от него или от друго лице, включително търговски тайни, данни за маркетинга, информация за проектите, в които участва или планира да участва ДРУЖЕСТВОТО или негови клиенти и всички други поверителни сведения или данни във връзка с дейността на ДРУЖЕСТВОТО (наричани в Договора "поверителна информация"). | 5.1.1. throughout the term of this Contract he shall have access to confidential information, knowledge and data related to the activities of the **COMPANY** and its customers, irrespective of whether received, obtained or developed by him or another entity, including commercial secrets, marketing data, information on projects in which the **COMPANY** or its customers participate or intend to participate and any other confidential information or data related to the activities of the **COMPANY** (referred to as "**confidential information**" in this Contract). |
| 5.1.2. извън задълженията си по този Договор няма да разкрива, разгласява или съобщава на трети лица по какъвто и да е начин пряко или косвено поверителна информация, освен ако тази информация е станала публично достояние. | 5.1.2. outside his obligations under this Contract he shall not disclose, reveal or announce confidential information to third parties in any direct or indirect way unless this information has become publicly available. |
| 5.1.3. няма да използва за лични облаги или да използва, допуска или подпомага за облаги на трети лица, пряко или косвено, поверителна информация. | 5.1.3. he shall not use confidential information for achieving personal benefit or use, allow or abet the direct or indirect benefit of third parties. |
| 5.1.4. при прекратяването на този Договор незабавно ще предостави на ДРУЖЕСТВОТО цялата налична у него документация, която съдържа поверителна информация, включително всякакво | 5.1.4. upon termination of this Contract he shall immediately make available to the **COMPANY** all available documentation containing confidential information, including any reproduction, copy, abstract, |

Confidential
HF02855374

| | |
|---|---|
| възпроизвеждане, копие, извлечение, резюме или друг документ или запис на поверителна информация. | summary or other document or record of confidential information. |
| **5.2** <u>Забрана за конкурентна дейност.</u> В срока на настоящия Договор **УПРАВИТЕЛЯТ** се задължава да не извършва конкурентна дейност, съгласно изискванията на закона и Учредителния акт на **ДРУЖЕСТВОТО**. | **5.2** <u>Prohibition of competitive activities.</u> For the term of this Contract the **MANAGING DIRECTOR** shall be obliged not to perform competitive activities pursuant to the legal requirements and the **COMPANY** Memorandum of Association. |
| **5.3.** <u>Отговорност за конкурентна дейност.</u> В случай на нарушение на забраната за конкурентна дейност от страна на **УПРАВИТЕЛЯ** и при изпълнението на условието по предходната точка, **ДРУЖЕСТВОТО** има право на обезщетение за вреди, настъпили в резултат на нарушението. | **5.3.** <u>Liability for competitive activities.</u> Where the **MANAGING DIRECTOR** breaches the prohibition of competitive activities and in implementation of the provisions of the previous paragraph, the **COMPANY** shall have the right to indemnities for damages resulting from the breach. |
| **6. ЗАКЛЮЧИТЕЛНИ РАЗПОРЕДБИ** | **6. CONCLUDING PROVISIONS** |
| **6.1** <u>Изменения.</u> Всички изменения и допълнения на този Договор са действителни, само ако са направени в писмена форма. | **6.1** <u>Amendments.</u> All amendments and additions to this Contract shall be considered authentic only if made in writing. |
| **6.2** <u>Приложимо право.</u> За неуредените с този Договор въпроси се прилага действащото законодателство в Република България. | **6.2** <u>Applicable law.</u> For issues not provided for in this Contract current Bulgarian legislation shall be applied. |
| **6.3.** <u>Заглавия.</u> Заглавията на отделните клаузи служат само за улеснение и нямат значение за тълкуването на този Договор. | **6.3.** <u>Titles.</u> The titles of the individual paragraphs shall only serve for convenience and shall not be considered in interpreting this Contract. |
| **6.4.** <u>Цялостност на договореностите.</u> Този Договор представлява пълната договореност между страните по отношение на неговия предмет и отменя всички предходни устни и писмени уговорки, споразумения и обсъждания между тях във връзка с този предмет. Всяко изменение и допълнение на този Договор е валидно, ако е направено в писмена форма и е подписано от страните по Договора. | **6.4.** <u>Entirety of agreement.</u> This Contract shall constitute the entire agreement between the parties with respect to its subject and shall repeal all preceding oral and written reservations, agreements and discussions between the parties with respect to this subject. Any amendments and additions to this Contract shall be considered valid if made in writing and signed by the parties to the Contract. |
| **6.5.** <u>Задължителна сила.</u> Правата и | **6.5.** <u>Binding force.</u> The rights and obligations |

Confidential                                                                                                                          HF02855375

| | |
|---|---|
| задълженията по този Договор са обвързващи и задължителни за ДРУЖЕСТВОТО и неговите правоприемници, както и за УПРАВИТЕЛЯ. Този Договор представлява договор за услуга и УПРАВИТЕЛЯТ не може да прехвърля или превъзлага изпълнението на задълженията по него. | provided for in this Contract shall be binding and mandatory for the COMPANY and its legal successors, as well as for the Managing Director. This Contract shall constitute a service contract and the Managing Director may not transfer or re-assign the performance of his obligations under the Contract. |
| **6.6. Неупражняване на права.** Ако някоя от страните не настоява за строгото изпълнение на дадени условия и разпоредби на този Договор, това не означава отказ от по-нататъшното им спазване или от спазването на други останалите условия и разпоредби, като съответните условия и разпоредби остават в сила. Отказът от упражняване на права по дадени условия или разпоредби на този Договор на някоя от страните е валиден, ако е представен в писмена форма и е подписан от нея. | **6.6. Waiver of rights.** Where one of the parties does not insist upon the strict implementation of certain conditions and provisions of this Contract, this shall not mean a waiver of their further observance or the observance of the other conditions or provisions; the respective conditions and provisions remain in force. The waiver of rights related to certain conditions or provisions of this Contract of any of the parties shall be valid if made in writing and signed by this party. |
| **6.7. Екземпляри.** Този Договор се изготви и подписа в два еднообразни екземпляра на български език и английски език, по един екземпляр за всяка от страните. При различия в тълкуването за меродавен ще се счита българският. | **6.7. Copies.** This Contract was drawn up and signed in two identical copies in the Bulgarian language and the English language, respectively one copy for each of the parties. Where differences in interpretation occur, the Bulgarian text shall prevail. |

За Дружеството / For the Company:

_[signature]_

(Светослав Жоров Димитров – упълномощен с протокол от заседание на Борда на директорите № 5 - 2009)

Управител / Managing Director:

_[signature]_

(Антон Титов / Anton Titov)

Confidential
HF02855376