# Yeh Exhibit 75

# Electronic Articles of Incorporation
## For

P09000085335
FILED
October 15, 2009
Sec. Of State
rdunlap

LEMURIA COMMUNICATIONS INC.

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
LEMURIA COMMUNICATIONS INC.

## Article II
The principal place of business address:
PROUCHVANE
13D/22
PERNIK, --. BG  2300

The mailing address of the corporation is:
PROUCHVANE
13D/22
PERNIK, --. BG  2300

## Article III
The purpose for which this corporation is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
1000

## Article V
The name and Florida street address of the registered agent is:
INCORPORATE NOW INC.
110 E. BROWARD BLVD.
SUITE 1700
FORT LAUDERDALE, FL.  33301

I certify that I am familiar with and accept the responsibilities of registered agent.

P09000085335
FILED
October 15, 2009
Sec. Of State
rdunlap

Registered Agent Signature: CONSTANTIN LUCHIAN

## Article VI

The name and address of the incorporator is:

CONSTANTIN LUCHIAN
110 E. BROWARD BLVD.
SUITE 1700
FORT LAUDERDALE, FL 33301

Incorporator Signature: CONSTANTIN LUCHIAN

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title: P
ANTON TITOV
PROUCHVANE 13D/22
PERNIK, --. 2300 BG

## Article VIII

The effective date for this corporation shall be:

10/15/2009