# Yeh Exhibit 76

**P09000085335**

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



500184836495

09/03/10--01005--025  **35.00





FILED 2010 SEP -3 AM 9:47 SECRETARY OF STATE TALLAHASSEE, FLORIDA

## COVER LETTER

TO: Amendment Section
    Division of Corporations

**NAME OF CORPORATION:** _____ LEMURIA COMMUNICATIONS INC. _____

**DOCUMENT NUMBER:** _____ P09000085335 _____

The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

_____ Constantin Luchian _____
Name of Contact Person

_____ InCorporate Now Inc. _____
Firm/ Company

_____ 1007 N. Federal Hwy., Suite 240 _____
Address

_____ Fort Lauderdale, FL 33304 _____
City/ State and Zip Code

_____ cl@incorporatenow.com _____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

_____ Constantin Luchian _____ at ( _954_ ) _773-8743_
Name of Contact Person                Area Code & Daytime Telephone Number

Enclosed is a check for the following amount made payable to the Florida Department of State:

☑ $35 Filing Fee    ☐ $43.75 Filing Fee &    ☐ $43.75 Filing Fee &    ☐ $52.50 Filing Fee
                      Certificate of Status      Certified Copy             Certificate of Status
                                                 (Additional copy is enclosed)   Certified Copy
                                                                             (Additional Copy is enclosed)

**Mailing Address**                    **Street Address**
Amendment Section                       Amendment Section
Division of Corporations                Division of Corporations
P.O. Box 6327                           Clifton Building
Tallahassee, FL 32314                   2661 Executive Center Circle
                                        Tallahassee, FL 32301

**Articles of Amendment**
to
**Articles of Incorporation**
of

## LEMURIA COMMUNICATIONS INC.

(Name of Corporation as currently filed with the Florida Dept. of State)

P09000085335

(Document Number of Corporation (if known))

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

**A. If amending name, enter the new name of the corporation:**

_____ The new name must be distinguishable and contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.," "Inc.," or Co.," or the designation "Corp," "Inc," or "Co". A professional corporation name must contain the word "chartered," "professional association," or the abbreviation "P.A."

**B. Enter new principal office address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS )*

110 East Broward Blvd.

Suite 1736

Fort Lauderdale, FL 33301

**C. Enter new mailing address, if applicable:**
*(Mailing address MAY BE A POST OFFICE BOX)*

110 East Broward Blvd.

Suite 1736
Fort Lauderdale, FL 33301

**D. If amending the registered agent and/or registered office address in Florida, enter the name of the new registered agent and/or the new registered office address:**

*Name of New Registered Agent:*   InCorporate Now Inc.

*New Registered Office Address:*   1007 N. Federal Hwy., Suite 240
*(Florida street address)*

Fort Lauderdale, FL , Florida 33304
*(City)     (Zip Code)*

**New Registered Agent's Signature, if changing Registered Agent:**
*I hereby accept the appointment as registered agent. I am familiar with and accept the obligations of the position.*

_____
*Signature of New Registered Agent, if changing*

**If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each Officer and/or Director being added:**
(*Attach additional sheets, if necessary*)

| Title | Name | Address | Type of Action |
|---|---|---|---|
| _____ | _____ | _____ | ☐ Add  ☐ Remove |
| _____ | _____ | _____ | ☐ Add  ☐ Remove |
| _____ | _____ | _____ | ☐ Add  ☐ Remove |

**E. If amending or adding additional Articles, enter change(s) here:**
   (*attach additional sheets, if necessary*).   (*Be specific*)

_____
_____
_____
_____
_____
_____
_____

**F. If an amendment provides for an exchange, reclassification, or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself:**
   (*if not applicable, indicate N/A*)

_____
_____
_____
_____
_____
_____

The date of each amendment(s) adoption: 8/31/2010

*(date of adoption is required)*

Effective date **if applicable**: 8/31/2010

*(no more than 90 days after amendment file date)*

**Adoption of Amendment(s)**  **(CHECK ONE)**

[✓] The amendment(s) was/were adopted by the shareholders. The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

[ ] The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

"The number of votes cast for the amendment(s) was/were sufficient for approval

by _____."

*(voting group)*

[ ] The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

[ ] The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

Dated 8/31/2010

Signature _____
(By a director, president or other officer – if directors or officers have not been selected, by an incorporator – if in the hands of a receiver, trustee, or other court appointed fiduciary by that fiduciary)

Anton Titov
(Typed or printed name of person signing)

President
(Title of person signing)