# Yeh Exhibit 79

| | |
|---|---|
| **From:** | Anton Titov [anton@titov.net] |
| **Sent:** | Tuesday, September 29, 2009 4:44 PM |
| **To:** | Nasko |
| **Subject:** | Fwd: RE: Limelight:  4th Port up...next steps? |
| **Attachments:** | Hotfile re DMCA 092809.docx |



Heydenfeldt, Dan <danh@llnw.com> wrote:
>Anton,
>I have been advised by Limelight General Counsel to hold off offering or accepting any
incremental Limelight contractual agreements with Hotfile until an acceptable, written
response is received from you to our Senior Corporate Counsel, as outlined in the attached
letter.  In summary, the volume of complaints from content owners to Limelight is more than
we typically see.
>
>Please advise if you have any questions.  I'm available to speak with you at your request.
>In addition, I'd be happy to meet with you upon your visit to the US.  Pls advise if your
travel plans include Phoenix, Arizona.
>
>Respectfully,
>Dan
>
>-----Original Message-----
>From: Anton Titov [mailto:anton@titov.net]
>Sent: Friday, September 25, 2009 10:59 AM
>To: Heydenfeldt, Dan
>Subject: Re: Limelight: 4th Port up...next steps?
>
>Dan,
>
>me and my partners considered carefully our options and we prefer not to sign 50Gbit
contract for now - we currently do not actually push 50Gbit, we maxed at 43 this week. And
signing a million+ worth of contract based on expectations may be a bit unwise. So please
prepare a 25Gbit contract and we will stay at 2.4 for a while and decide later what to do.
>
>We are aware that not signing 50Gbit contract may prevent us from pushing more than 50Gbit
for a while.
>
>You can reach me until 3PM (Phoenix) at either:
>+359889502282
>+447509016931
>
>Regards,
>Anton
>
>P.S. I'll be travelling to US eventually after two weeks, will you be available for a
meeting?
>
>Heydenfeldt, Dan <danh@llnw.com> wrote:
>>
>>Anton,
>>
>>Hope you know that 4th 10 Gbit port is available.
>>
>>In addition, I&#8217;ve provided the assurances requestedfor traffic above 50 Gbps.

1

CONFIDENTIAL

HF02832110

```
>>
>>I think we should be good to go.  Just checking in.  Plsadvise.
>>
>>
>>
>>-Dan
>>
>>
>>
>>
>>Dan Heydenfeldt
>>Vice President, Sales
>>
>>602.850.5388 telephone
>>602.850.5488 fax
>>www.llnw.com
>>
>>
>>
>>EA : MelissaRodgers
>>
>>602.850.5367telephone
>>
>>Melissa@llnw.com
>>
>>
>>
>>CONFIDENTIALITY:  This e-mail and any attachments areconfidential and may be privileged. If
you are not a named recipient, pleasenotify the sender immediately and do not disclose the
contents to anotherperson, use it for any purpose, or store or copy the information in any
medium.
>>
>>
>--
>Regards
>Anton Titov


--
Regards
Anton Titov
```

2