Yeh Exhibit 81

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants.*
_____/

## DEFENDANTS' SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFFS' INTERROGATORY NO. 1

| | |
|---|---|
| PROPOUNDING PARTY: | Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment |
| RESPONDING PARTIES: | Defendants Hotfile Corporation and Anton Titov (collectively "Hotfile")[1] |
| SET NO.: | One (1) |

---

[1] The Defendants reserve their respective rights to assert all appropriate separate defenses. In particular, Mr. Titov has moved to dismiss all claims against him individually and specifically denies that he has the ability to supervise any alleged infringing activity or has a financial interest in such activity. See Motion and Memorandum Etc., filed 3/31/11, Dkt. 50 at 17. Mr. Titov is included in the shorthand term "Hotfile" along with Hotfile Corp. solely as a convenience and in light of the Parties' agreement "that discovery requests served by one side on the opposing side will be equally applicable to all parties on the other side." Joint Scheduling Conference Report, filed 4/15/11, Dkt. 54 at 16. Nothing in these responses is an admission by Anton Titov or Hotfile Corp. of any particular relationship between them or any other fact.

26501\2642240.3

CASE NO. 11-20427-JORDAN

## GENERAL OBJECTIONS

1. Hotfile has not completed its investigation of facts, witnesses or documents relating to this case, has not completed discovery, has not completed analysis of available information, and has not completed preparation for trial. Hotfile reserves the right to supplement its response to each and every interrogatory (or part thereof) without obligating itself to do so, and reserves the right to introduce and rely upon such information in the course of this litigation.

2. All of the responses set forth below are based solely on such information and documents that are available to and specifically known to Hotfile at this time. It is anticipated that further discovery, independent investigation, and analysis may lead to substantial additions or changes in, and variations from the responses set forth herein.

3. Hotfile objects to each interrogatory to the extent that it is vague, ambiguous, overbroad, and requires an unduly burdensome search for and production of, documents or information neither relevant to the subject matter involved in the pending action nor reasonably calculated to lead to the discovery of admissible evidence, and which will result in unnecessary burden and undue expense to Hotfile.

4. Hotfile objects each interrogatory to the extent that it seeks disclosure of information or documents protected from disclosure or production by the attorney-client privilege, the attorney work-product doctrine, or any other privilege available under statutory, constitutional or common law. Inadvertent production of any such information or documents shall not constitute waiver of any privilege or any other ground for objecting to discovery with respect to such information or documents, nor shall inadvertent production waive Hotfile's right to object to the use of any such information or documents in any proceedings.

5. Hotfile objects to each interrogatory to the extent that it seeks electronically stored information that is not reasonably accessible to Hotfile because of undue burden or cost.

6. Hotfile objects to each interrogatory to the extent that it calls for disclosure of private, proprietary, and confidential information. Hotfile will not produce private, proprietary, and/or confidential information or documents unless and until a Protective Order is issued in this

26501\2642240.3                                    2

CASE NO. 11-20427-JORDAN

litigation. Hotfile reserves its right to object to disclosure of any private, proprietary, and confidential information in light of the terms of the Protective Order in this litigation or based on any state, federal, or international standards or laws governing privacy.

7. Hotfile objects to each interrogatory to the extent it seeks proprietary information of third parties which Hotfile is not authorized to disclose. Hotfile will not produce private, proprietary, and/or confidential information or documents unless and until a Protective Order is issued in this litigation. Hotfile further reserves the right to object to the disclosure of any information protected by any state, federal, or international standards or laws governing privacy.

8. Hotfile objects to the Definition of "Hotfile users" as vague, ambiguous, and overbroad. As currently defined, that term purportedly refers to every internet user who has ever accessed the Hotfile.com website for any purpose, irrespective of whether a given individual has actually downloaded files from or uploaded files to Hotfile.com. To the extent that Plaintiffs' interrogatories seek information regarding or related to all such internet users, such interrogatories are unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

9. Hotfile objects to the Definition of "You" as overbroad. As currently defined, that term would include any entity, business venture, or organization subject to any Defendant's control (assuming any such entity, business venture or organization exists), irrespective of whether such entity has any relation or relevance to the present dispute. To the extent that Plaintiffs' interrogatories seek information regarding or related to irrelevant entities, such interrogatories are unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

10. Hotfile objects to the Definition of "Hotfile entity" as overbroad. As currently defined, that term would include any entity, business venture, or organization subject to any Defendant's control (assuming any such entity, business venture or organization exists), irrespective of whether such entity has any relation or relevance to the present dispute. To the extent that Plaintiffs' interrogatories seek information regarding or related to all such entities,

such requests are unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

11. Hotfile objects to the providing of information about activities outside the United States as overbroad and unduly burdensome. "Federal copyright law has no extraterritorial effect, and cannot be invoked to secure relief for acts of infringement occurring outside the United States." *Palmer v. Braun*, 376 F.3d 1254, 1258 (11th Cir. 2004). Hotfile objects to all interrogatories that seek information related to conduct occurring outside the United States.

12. Hotfile objects to each interrogatory to the extent it imposes on Hotfile obligations that exceed or are inconsistent with the obligations imposed by the Federal Rules of Civil Procedure.

13. Hotfile objects to each interrogatory to the extent it imposes on Hotfile obligations that are inconsistent with United States or foreign privacy laws.

14. All responses to these interrogatories are made without in any way waiving or intending to waive, but on the contrary preserving and intending to preserve:

    a. all objections as to the competence, relevance, and admissibility of any documents or information produced in response to these interrogatories as evidence for any purpose in subsequent proceedings or at the trial of this or any other action, arbitration, proceeding or investigation;

    b. the right to object on any ground at any time to the use of any of the documents or information provided in response to these interrogatories, or the subject matter thereof, in any subsequent proceedings or at any trial(s) of this action, or any other action, arbitration, proceeding or investigation; and

    c. the right to object on any ground at any time to a demand for further responses to these interrogatories or any other requests, or to other discovery proceedings involving or relating to the subject matter of these interrogatories.

15. The general objections stated herein are incorporated by reference into each response herein, as if fully set forth below. While Hotfile has responded to this interrogatory for

CASE NO. 11-20427-JORDAN

production, it does so without waiving any right to object to any further inquiry or any effort to compel responses beyond those provided herein. Any response provided herein is subject to, and limited by, all general and specific objections stated herein.

## RESPONSES TO INTERROGATORIES

### INTERROGATORY NO. 1:

Identify each person who has been employed by, acted as the agent of, or performed work on behalf of or provided any service to (including as a contractor) the Hotfile Website and each Hotfile Entity from January 1, 2007 through the present day. For each such person or entity, state:

a) Full name;

b) Title and/or employer during the period(s) such services or agency were provided (e.g. Hotfile Corp., Hotfile, S.A., Hotfile Ltd., or, if the person is a contractor, the third-party employer);

c) The nature of all work performed and/or the scope of the person's representation or agency (e.g. database manager, marketing manager, DMCA agent, abuse manager, etc.);

d) The length of time such person performed relevant services or representation;

e) Any Hotfile username and user identification number associated with the person; and

f) Present contact information (including current email address, physical address, and telephone number), or, if present contact information is not known to you, last known contact information. It is not sufficient, for purposes of providing a person's contact information, to state that a person can be contacted through Defendants' counsel.

### SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:

Hotfile has conducted further investigation in response to this interrogatory and discovered additional responsive information.

Hotfile hereby supplements and amends its previous response. This response supersedes and replaces Hotfile's previous supplemental response to this Interrogatory No. 1.

CASE NO. 11-20427-JORDAN

**RESPONSE TO INTERROGATORY NO. 1:**

Hotfile incorporates by reference it general objections to this interrogatory. Hotfile further objects to this interrogatory as overbroad and unduly burdensome to the extent that it seeks information pertaining to any "Hotfile Entity" as that term is defined in the Definitions and Instructions. As currently defined, that term would include any entity, business venture, or organization subject to any Defendant's control (assuming any such entity, business venture or organization exists), irrespective of whether such entity has any relation or relevance to the present dispute. Hotfile further objects to this interrogatory as overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence insofar as it seeks information related to "any service" provided to Hotfile, regardless of whether such service has any relevance to the present dispute. Hotfile further objects that this interrogatory is compound.

Subject to those general and specific objections, Hotfile responds as follows:

The following individuals provided services to Hotfile Corp.:

| Deian Chuburov | Software Development Programmer, Blue Ant Ltd.<br>Hotfile Username(s): sbd, sbdref, sbdref2, sbdref3<br>Hotfile User Identification Number(s): 12990, 3990561, 3990569, 3990572, 3990577, 3990585, 3990586, 3990587, 3990590 3990592, 3990594, 4030934, 20835, 20838, 20842<br>Started providing services to Hotfile Corp. in approximately August 2008 |
|---|---|
| Vasil Kolev | Servers Administration, Blue Ant, Ltd.<br>Hotfile Username: vasilbg<br>Hotfile User Identification Number: 1058780<br>Started providing services to Hotfile Corp. in approximately September 2009 |
| Andrei Ianakov | Hotfile Email Support, DMCA Support, Email Inquiries Support, Blue Ant Ltd.<br>Hotfile Username: butcherboy<br>Hotfile User Identification Number: 13204<br>Started providing services to Hotfile Corp. in approximately February or March 2009 |
| Atanas Vangelov | Manager, Blue Ant, Ltd. |

CASE NO. 11-20427-JORDAN

|  | Hotfile Username: nasko<br>Hotfile User Identification Number: 12985<br>Started providing services to Hotfile Corp. in approximately August 2008 |
|---|---|
| Rumen Stoyanov | Manager, Blue Ant, Ltd.<br>Hotfile User Identification Number(s): 12986, 24184, 33801, 33802, 183563, 183607, 2016316, 2099297, 2105384<br>Started providing services to Hotfile.com in approximately August 2008 |
| Anton Titov | Manager, Hotfile, Ltd.<br>Hotfile Username: virco<br>Hotfile User Identification Number: 1<br>Started providing services to Hotfile Corp. in approximately August 2008 |
| Eric Gentry | Hardware & Data Center Support, Private Contractor |
| Stanislav Manov | Hotfile Email Support, DMCA Support, Email Inquiries Support, Private Contractor<br>Hotfile Username(s): n31m, reg<br>Hotfile User Identification Number(s): 2134203, 431206<br>Started providing services to Hotfile Corp. in approximately February 2010 |
| Constantin Luchian | DMCA Agent<br>Started providing services to Hotfile Corp. in approximately December 2009 |

Anton Titov can be contacted at:

>   Farella Braun + Martel LLP
>   235 Montgomery St.
>   17th Floor
>   San Francisco, CA 94102

Deian Chuburov, Vasil Kolev, Andrei Ianakov, Atanas Vangelov, Rumen Stoyanov, and Stanislav Manov, can be contacted at:

>   Penkov, Markov & Partners
>   1113, Sofia, Bulgaria,
>   Iztok Dstr., bl. 22, Entr. A

Constantin Luchian can be contacted at:

26501\2642240.3   7

CASE NO. 11-20427-JORDAN

Boston Law Group
825 Beacon Street, Suite 20
Newton Centre, MA 02459

Relevant entities related to or doing work on behalf of Hotfile include:

| Company Name | Description |
|---|---|
| Hotfile Ltd. | Bulgarian limited liability company, wholly owned by Hotfile Corp. Anton Titov is the general manager of Hotfile Ltd. Hotfile Ltd. provides services to Hotfile Corp. related to the processing of PayPal transactions. |
| Lemuria Communications Inc. | Florida based Internet connectivity and hosting company owned and managed by Anton Titov. Lemuia Communications Inc., provides hosting services for Hotfile Corp. |
| Blue Ant Ltd. | Bulgarian limited liability company. Owned and managed by Atanas Vangelov and Rumen Stoyanov. Blue Ant Ltd. provides email support and software development services to Hotfile Corp. |

DATED: December 5, 2011          By: _____/s/_____
                                     Roderick M. Thompson (admitted *pro hac vice*)
                                     Andrew Leibnitz (admitted *pro hac vice*)
                                     Anthony P. Schoenberg (*admitted pro hac vice*)
                                     Deepak Gupta (admitted *pro hac vice*)
                                     Janel Thamkul (admitted *pro hac vice*)
                                     FARELLA BRAUN + MARTEL LLP
                                     235 Montgomery St.
                                     San Francisco, CA 94104
                                     Telephone: 415.954.4400
                                     Telecopy: 415.954.4480

                                     And

                                     Janet T. Munn, Fla. Bar No. 501281
                                     Rasco Klock
                                     283 Catalonia Avenue, Suite 200
                                     Coral Gables, Fl 33134

CASE NO. 11-20427-JORDAN

Telephone: 305.476.7101
Telecopy: 305.476.7102
Email: jmunn@rascoklock.com

*Counsel for Defendants Hotfile Corp. and Anton Titov*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 235 Montgomery Street, 17th Floor, San Francisco, California 94104; my email address is DGupta@fbm.com.

I HEREBY CERTIFY that on December 5, 2011, I electronically served the following documents on all counsel of record on the attached Service List via their email address(es). The documents served on this date are:

**DEFENDANTS' SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFFS' INTERROGATORY NO. 1**

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 5, 2011, at San Francisco, California.

/s/
_____
Deepak Gupta

26501\2642240.3

CASE NO. 11-20427-JORDAN

## SERVICE LIST: CASE NO. 11-CIV-20427-JORDAN

Karen R. Thorland, Esq.
Motion Picture Association of America, Inc.
15301 Ventura Blvd., Building E
Sherman Oaks, CA 91403
Telephone: (818) 935-5812
Fax: (818) 285-4407
Email: Karen_Thorland@mpaa.org

*Attorneys for Plaintiffs*
Party Name: Disney Enterprises, Inc.,
Twentieth Century Fox Film Corporation,
Universal City Studios Productions LLP,
Columbia Pictures Industries, Inc., Warner
Bros. Entertainment Inc.

**Served via electronic mail by agreement**

Karen Linda Stetson, Esq.
Gray-Robinson P.A.
1221 Brickell Avenue, Suite 1650
Miami, FL 33131
Telephone: (305) 416-6880
Fax: (305) 416-6887
Email: kstetson@gray-robinson.com

*Attorneys for Plaintiffs*
Party Name: Disney Enterprises, Inc.,
Twentieth Century Fox Film Corporation,
Universal City Studios Productions LLP,
Columbia Pictures Industries, Inc., Warner
Bros. Entertainment Inc.

**Served via electronic mail by agreement**

Duane C. Pozza, Esq.
Luke C. Platzer, Esq.
Steven B. Fabrizio, Esq.
Jenner & Block
1099 New York Avenue, N.W., Ste. 900
Washington, DC 20001-4412
Telephone: (202) 639-6094
Fax: (202) 639-6068
Email: dpozza@jenner.com;
lplatzer@jenner.com; sfabrizio@jenner.com

*Attorneys for Plaintiffs*
Party Name: Disney Enterprises, Inc.,
Twentieth Century Fox Film Corporation,
Universal City Studios Productions LLP,
Columbia Pictures Industries, Inc., Warner
Bros. Entertainment Inc.

**Served via electronic mail by agreement**

BOSTON LAW GROUP
Valentin Gurvits
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone: 617-928-1800
Fax: 617-928-1802
vgurvitz@bostonlawgroup.com

*Attorney for Defendants*
*Hotfile Corp. and Anton Titov*

**Served via electronic mail by agreement**

26501\2642240.3

11

CASE NO. 11-20427-JORDAN

Janet T. Munn, Esq.
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
Telephone: (305) 476-7101
Fax: (305) 476-7102
Email: jmunn@rascoklock.com

*Local Attorney for:*    *Defendants*
*Party Name:*    *Hotfile Corp. and Anton Titov*

**Served via electronic mail by agreement**