**Yeh Exhibit 84**

| | |
|---|---|
| From: | hotfile.mailbox@gmail.com on behalf of HotFile Corp [andrew@hotfile.com] |
| Sent: | Tuesday, January 11, 2011 2:40 AM |
| To: | Peter Phinney |
| Subject: | Re: Repeat Offender - Copyright Infringement - Special Rightsholder Account |

Hello Peter,
Thank you for your email.
I checked reported files and they were uploaded by user with email gayavatar.org@gmail.com
I suspended his account and checked all our dbase for user with same email but did not find any.
Please notice if you delete through copyright tool files in correct format:
http://hotfile.com/dl/91769767/ca78557/190MB.wmv.html
Files will be blocked to prevent re-upload.

Regards,
Andrew

On Tue, Jan 11, 2011 at 3:20 AM, Peter Phinney <peter@pornguardian.com> wrote:
Oh you're wonderfully fast and responsive Andrew. We have absolutely no complaints about Hotfile at all......
Of ALL the filesharing services we deal with (and there are many) Hotfile is among the very best in terms of its response time and helpfulness to us. And your Special Rightsholder Account is a HUGE benefit.

Unfortunately, our friend at Gay Avatar (http://gay-avatar.org  password: santa) is at it again. I found these files on his newly re-activated blog just today:

Download from Hotfile   http://rdrct.info/http://hotfile.com/dl/91769767/ca78557/190MB.wmv.html
Download from Hotfile   http://rdrct.info/http://hotfile.com/dl/91737688/d37b20a/205MB.wmv.html
Download from Hotfile   http://rdrct.info/http://hotfile.com/dl/91718072/145beb8/Dec23CM.wmv.html
Download from Hotfile   http://rdrct.info/http://hotfile.com/dl/91710397/93012c4/Dec24CM.wmv.html

You can see that he is using a re-direct to make it very difficult for us to report on the files through our rightsholder account. I will be sending these files through the usual DMCA Reporting routine to Hotfile tonight, but I wanted you to have first look at them because I would like to use this opportunity to ask you to ban this user and cancel his new Hotfile account (again!) as a repeat offender. This time, he is offering content from another of our clients - Chasomen.com a gay adult membership website in Texas, USA. If you need to see our authorization to act on this client's behalf as their copyright protection agent, you can see that letter of authorization on the Chaosmen Website here: http://www.chaosmen.com/porn_guardian_rights_takedown.pdf

Can you please look into the man's blog to confirm that EVERY file he is offering is pirated illegally from a variety of pornographic websites and then I would like to request that Hotfil cancel his new account and do whatever you can to ban him from your service permanently. I known this may be difficult because of his use of an anonimizer, but anything you can do to put a stop to this illegal activity will be appreciated.

Thanks in advance, Andrew -

Best wishes from Los Angeles -
- Peter Phinney, Principal
Porn Guardian: Piracy Stops Here, LLC

1

CONFIDENTIAL                                                                                                                    HF02134706

cc: Dominic Ford, Principal
Porn Guardian; Piracy Stops Here, LLC


On Jan 8, 2011, at 12:33 AM, HotFile Corp wrote:


Hello Peter,
As I wrote in my previous email - we can stop and stopped (suspended) user's account which files violated your copyrights. I explained we can't prevent this guy or any other to create NEW hotfile account with us. We can't stop registering by IP since this guy used some kind of anonymizer. That's what I mean.
About payment info - we don't have credit card, real name or anything - by payment info I mean Webmoney account ID, nothing more. About file you reported it was downloaded few times and immediately after your report I blocked file and complete user's account.
Please notice we did not receive any complain for this user's files except yours.
Let me know If I can do anything else for you?
I believe we act fast for any your request and suspend any reported user's account even without investigating other files (if they are yours).

For any information related with user's account (IP, if we have real one, payment info, as described above, email) we can't send it to you based just for email since we follow strictly our official Privacy policy.

Regards,
Andrew

On Fri, Jan 7, 2011 at 7:31 PM, Peter Phinney <peter@pornguardian.com> wrote:

Hello Andrew and thanks for your fast reply,

I want to understand what you are and are not able to do to help us stop this guy -

Am I correct that you cannot ban or filter his IP Address? I know he's using a service that keeps his real name off the records when I do a "whois?" search under his domain name registration. Do you know if there is any correlation between the location of his blog and his location Hotfile has on file for his payment address?

Except for the payment information (his credit card, billing address, etc.) he could be anyone when he sets up a new account, right? But you CAN ban him by his payment information - so you decline his credit card if he tries to use it again for a new account? If he has five or six credit cards, he can sign up and be banned several times. Do you hold a database of billing addresses for account holders? And do you search your banned list when someone sets up a new account?

What about the payment he sets up as a Hotfile Affiliate? Do you make deposits into a bank account or credits to PayPal or do you send out checks? If I upload files and you pay me a small amount each time a file is downloaded, how are those payments made? Do they come to me as Hotfile credits, or as cash money deposited into an account.... or are they mailed to me in a check each month?

Does someone like this person make $40 a month or does he possibly make $500 - $700 a month? I want to understand if he could be "converted" to becoming an honest affiliate for some of my clients and probably make as much or MORE money really selling their memberships and their content legally? To figure that out I would need to have a guess about how much money he makes doing this illegally.... See what I mean?

2

CONFIDENTIAL                                                                                                          HF02134707

Thanks - Peter

On Jan 7, 2011, at 8:33 AM, HotFile Corp wrote:

Hello Peter,
I just checked link you provided and found this is not new registered user but old one.
This user has different email and files than user I suspended already.
Please notice it's impossible to stop people to create new accounts or to upload specific file.
We ban every reported/deleted by you file by MD5hash, but people always find a way to cheat. Also current user (already suspended) has no real IP address, so we can't filter people by IPs. We can filter people (to stop create new accounts) by payment info and we do it.

Let me know if I can do anything for you.

Regards,
Andrew

On Fri, Jan 7, 2011 at 4:49 PM, Peter Phinney <peter@pornguardian.com> wrote:

# PORNGUARDIAN
offering sophisticated, customized solutions to curb digital piracy

Good Morning Andrew,

I don't think I have heard back from you about Gay Avatar. Have you had a chance to look into this to see if this person has somehow managed to pose under a new identity and re-establish his account with Hotfile? He is doing exactly what he was doing last month -- He is posting hundreds of illegally obtained, copyrighted pornographic files and he appears to be profiting from the distribution through your filesharing host system.

What can we do to have his activities shut down, Andrew? Take a look into his blog and you will see the proliferation of Hotfile links ( as well as others ) all designed to distribute adult content he does not own:

http://gay-avatar.org     password to enter the trading blog:  windows

Please let me know what Hotfile intends to do about this guy. It is very clear that his blog exists for no other reason than to sell illegal content in violation of the DMCA and your terms of service for members.

Thanks Andrew, sorry to keep bothering you about him ...

Best wishes from Los Angeles -
- Peter Phinney, Principal
Porn Guardian: Piracy Stops Here, LLC

CONFIDENTIAL                                                                                                    HF02134708

Begin forwarded message:

**From:** Peter Phinney <peter@pornguardian.com>
**Date:** January 4, 2011 1:16:29 PM PST
**To:** HotFile Corp <andrew@hotfile.com>
**Cc:** Dominic Ford <dominic@pornguardian.com>, Garry <garry@pornguardian.com>
**Subject: Fwd: Repeat Offender - Copyright Infringement - Special Rightsholder Account**

Andrew,

Here is another example from the same piracy blog, gay-avatar.org:

http://rdrct.info/http://hotfile.com/dl/93315037/3a39c9a/a-5c.wmv.html     or     Download from Hotfile

It seems that this person has somehow managed to get himself a new Hotfile account in spite of you banning him from the system a few days ago. Do you have a way to tell, based on a track back from his posted hotfile links, who he actually is and where he is located? I imagine that if Hotfile compensates people for downloads and sale of premium memberships, there must be a way for you to see who is receiving credit for the traffic generated by these links.... Right?

Please let me know. We understand you have an obligation to protect the privacy of your members, but in the case of repeat offenders who traffic in illegal material and break the law this way, is it possible for you to release his identity to us so we can at least alert or clients and they can ban him from their sites where he seems to be stealing their content?

Thank you again for your help with this Andrew -
Best wishes from Los Angeles -
- Peter Phinney, Porn Guardian


Begin forwarded message:

**From:** Peter Phinney <peter@pornguardian.com>
**Date:** January 4, 2011 1:04:29 PM PST
**To:** HotFile Corp <andrew@hotfile.com>
**Cc:** Dominic Ford <dominic@pornguardian.com>
**Subject: Re: Repeat Offender - Copyright Infringement - Special Rightsholder Account**

# PORNGUARDIAN
offering sophisticated, customized solutions to curb digital piracy

Dear Andrew,

4

CONFIDENTIAL

HF02134709

Thanks so much for taking swift action against this person last week. We certainly appreciate the help. Unfortunately, your calculation of his account did top him temporarily, but he has reopened his blog under a new ISP and Hosting Service and he seems to have managed to acquire a new HotFile Account as well. See this link I just located on his new blog (the link uses a re-direct - he is trying to make this as difficult for all of us as he can!):

Download from Hotfile   or   http://hotfile.com/dl/94109915/933932f/k-cf.wmv.html

His new Blog is located here:  http://gay-avatar.org   you need a password to access the blog. The current password is "windows".

Is there some way that HotFile can use his IP address or some other means to PERMANENTLY cancel his access to your servers? Please let me know how we might be able to help you. This illegal activity online hurts all of us - it damages your service, my clients who own the copyrights are hurt by it, and the general public who break the law by downloading the content themselves are at risk.

Thanks again for you continuing help with this difficult problem -
- Peter Phinney, Principal
Porn Guardian: Piracy Stops Here, LLC

cc: Dominic Ford, Principal, Porn Guardian


On Dec 24, 2010, at 1:44 AM, HotFile Corp wrote:


Hello,
I checked reported by you file and it has been deleted already.
File MD5 hash also have been added in our black list to prevent re-upload.
About user who uploaded this file - so far we don't have any complain against him.
I checked user's site and found he spread lot of infringement links so his account was terminated/suspended!

Let me know if you need something more.

Regards,
Andrew

On Thu, Dec 23, 2010 at 7:06 PM, Hotfile Abuse <abuse@hotfile.com> wrote:


---------- Forwarded message ----------
From: **Peter Phinney** <peter@pornguardian.com>
Date: Tue, Dec 21, 2010 at 5:33 PM
Subject: Repeat Offender - Copyright Infringement - Special Rightsholder Account
To: abuse@hotfile.com
Cc: Dominic Ford <DOMINIC@dominicford.com>

5

CONFIDENTIAL                                                                                               HF02134710

# PORNGUARDIAN
offering sophisticated, customized solutions to curb digital piracy

Gentlemen,

It has come to our attention that one of your members is a repeat offender who continually posts links to illegal copyrighted material on his blog. We have notified you of these files in the past and you have always been very cooperative about having them removed from your servers. We thank you for that cooperation.

The time has come, however, for us to speak to you about a more permanent solution to this problem. This blogger continues to re-upload and offer illegally procured files without compensation or permission from our clients, the copyright owners. And now, he has begun masking the links leading to the files on your sever in such a way that it makes it extremely difficult for us to report them to you and exercise our rights under the DMCA. We also cannot remove the files directly through our Special Rightsholder Account with Hotfile.

Here si an examples of the "masked" file URL he is offering: http://gay-avatar.org/hotfile/nathan-price-hayden-kane.html

Can you please help us bring this practice to an end? Surely you have a means of tracking this member's activities and permanently disabling his account with Hotfile. This member is not in compliance with Hotfile's Terms Of Service and his activities are a direct violation of copyright law, of the DMCA and of your membership agreement. He is breaking the law with full knowledge that his activities are illegal.

Please let us know at your earliest convenience how Hotfile can assist us and our clients, the copyright owners, in bringing this activity to an end immediately.

Thank you in advance for your assistance in this, and also thank you again for your outstanding cooperation and past performance in compliance with the Digital Millennium Copyright Act.

Respectfully Submitted,

- Peter K. Phinney
Los Angeles California, USA
Porn Guardian / Piracy Stops Here, LLC


Peter Phinney
peter@pornguardian.com




Peter Phinney
peter@pornguardian.com

CONFIDENTIAL

HF02134711

HF02134712

Peter Phinney
peter@pornguardian.com

Peter Phinney
peter@pornguardian.com

Peter Phinney
peter@pornguardian.com

Peter Phinney
peter@pornguardian.com

7