# Yeh Exhibit 85

  

# IT NEWS

Search News

Home | News by Topic | Whitepapers | RSS | Newsletters

CIVIL LAWSUITS

## MPAA sues Hotfile file sharing service

Feb 08, 2011 03:22 pm | IDG News Service

**Motion picture studios charge the file sharing service with piracy**
by Joab Jackson

The Motion Picture Association of America (MPAA) has filed a lawsuit against the Hotfile file hosting service, charging that it encourages the illegal sharing of copyrighted movies and television shows.

On behalf of U.S. movie studios, the MPAA filed the civil lawsuit against Hotfile and its operator, Anton Titov, in U.S. District Court in the Southern District of Florida, for damages and injunctive relief for violations under the United States Copyright Act of 1976. Hotfile is based in Panama City, Panama.

In a press statement, the MPAA maintains that Hotfile offers from legitimate Internet file-hosting services in that it "encourages and incentivizes users to upload files containing illegal copies of motion pictures and TV shows to its servers."

Frequent users are charged a monthly fee to download material, and the company rewards users who upload the most popular material, the MPAA charges.

A review of the Hotfile website finds that, in addition to a free data hosting service, it offers a number of subscription plans, starting at US$9 per month, aimed at speeding the download process for users. It also offers an affiliate plan that pays out dividends in $15 increments, based on the amount of the participant's material that is downloaded by others. It does not offer any search functionality for finding files on the site, so all sharing of files is done on a peer-to-peer basis.

Amazon-owned Web metrics company Alexa ranks Hotfile as the 87th-most-popular website on the Internet.

"Every day Hotfile is responsible for the theft of thousands of MPAA member companies' movies and TV shows – including movies still playing in theaters," said Daniel Mandil, MPAA general counsel and chief content protection officer, in a statement.

Hotfile did not immediately respond to a request for comment. It does provide a page for copyright owners to register a complaint of copyright infringement. There, the company claims to follow the procedures for removing copyright-infringing material as set forth by the Digital Millennium Copyright Act.

Joab Jackson covers enterprise software and general technology breaking news for The IDG News Service. Follow Joab on Twitter at @Joab_Jackson. Joab's e-mail address is Joab_Jackson@idg.com.



WHITE PAPERS

- Microsoft and the Cloud: Five Essential Things To Know
- Market Landscape Report: Online File Sharing and Collaboration in the Enterprise
- PDF Converter Enterprise 7

Go to full white paper library



**More from IT news**

- Microsoft: We can remotely delete Windows 8 apps
- Microsoft's latest Windows Phone move changes all the loc
- Windows Phone to bump iPhone for second place in '15: IHS predicts
- Apple in the Enterprise: Breaking Microsoft's Grip
- At 43,000 Apps, Windows Phone Marketplace Still Lags

**From Around the Web**

- The craziest things I did to save money
- Cracking MD5 with Google?
- 13 Free Software Alternatives to Save You Money
- Worth Reading: We Are All Guilty of Piracy
- Keyword Analysis – Factors that influence choice of keywords

**Recommended White Papers**

- **Microsoft and the Cloud: Five Essential Things To Know**
  Many of the world's leading companies are making significant investments in cloud computing, and ...
  [Download this white paper]

- **PDF Converter Enterprise 7**
  PDF Converter Enterprise 7 is powerful, intelligent PDF software that enables businesses to creat...
  [Download this white paper]

**Malpractice Lawsuits** Doctor and Hospital Errors. Serious Injuries & Death. We Can Help!
**ITT Tech - Official Site** Associate, Bachelor Degree Programs Browse Programs New & Learn More.
**Transvaginal Mesh Lawsuit** Transvaginal Mesh Side Effects? Get Legal Help For Compensation!
AdChoices ▷

# IT NEWS