# Yeh Exhibit 86

# Digital Point

**HotFile - new rules - who like it?**

Printable View

Show 40 post(s) from this thread on one page

Page 6 of 6 | ◄◄ First | ◄ | ... | 4 | 5

---

**nomankhan111**　　　　　　　　　　　　　　　　　　　　　　　　Jul 16th 2009, 7:18 pm

hello

> no one wanna join hotfile because of new rule can any one help me to get auto poster i tried a lot but still cant get auto poster i haev installe .netframe work but still not work on my system any one can remote help to me

---

**animedbsellersz**　　　　　　　　　　　　　　　　　　　　　　　　Jul 16th 2009, 8:13 pm

> they still not paying me...but the new rules are not band also
>
> im now a gold with 100% platinum?
>
> why im still a gold
>
> but the bar are 100%

---

**shanewang**　　　　　　　　　　　　　　　　　　　　　　　　Jul 16th 2009, 8:24 pm

> My opinion:
> I think it's not 100% which get you promoted, it's actually 150%. I stayed at bronze only for 3 days, then got back at copper yesterday. After the launch of the new rules, I kept checking my hotfile account almost every hour to see what's happening, the first day when I got promoted I remember the figure was 67%, then it started to fall, every one or two hours, one percent or two, it was OK at bronze I guess, at least way much better than at copper. I was happy seeing I still got almost 60% to lose, but when I was dropped to copper yesterday still at 47% to silver several minutes before updating, I was like WTF? I still got 47%, why it drops so fast?? Then I suddenly realized it must be 150% you have to beat, that means at least you have to be above 50% to stay at each rank. So I guess that's why we are 100% and still stuck at copper.
>
> And by the way, what did you do to stay at gold? Some advice?
>
> > Quote:
> >
> > Originally Posted by **animedbsellersz** View Post
> >
> > they still not paying me...but the new rules are not band also
> >
> > im now a gold with 100% platinum?
> >
> > why im still a gold
> >
> > but the bar are 100%

---

**Convert RSS to PHP**　　　　　　　　　　　　　　　　　　　　　　　　Jul 17th 2009, 4:00 am

> Yes, they explained its a conversion/downloads formula automated by their software!

---

**Bionicman**      Jul 17th 2009, 9:28 am

I enjoyed 2 days of gold. Dropped to 100% silver today, hope I'll be gold again tomorrow

---

**george101**      Jul 17th 2009, 9:37 am

lol... i was at gold for over week and suddenly dropped to bronze in one night. left HF for now

---

**dduck**      Jul 20th 2009, 9:59 am

Today I see in my hotfile profile that I had been paid. But in my ePassporte I still have **US$0.00**. Does anyone had this kind of situation? Is there a delay when you been paid thru ePassporte?
I just register for the first time on ePassporte 4-5 days ago. This money that I waited to receive from hotfile, I needed for my account verification. And my ePassporte wallet balance still show **US$0.00**. Anyone with same problem?
Last monday first hotfile had problems with there paypal account, and then they couldn't pay me thru paypal so they took back the money on my hotfile profile. Today, I again see on my hotfile profile that I had been paid, but (as in the case with paypal) I can't see on my ePassporte any money. Only zeros.
I really don't know what should I do.

---

**george101**      Jul 20th 2009, 10:07 am

just wait for a day and if its still not there contact HF

most probably it will be in ur account soon

---

**dduck**      Jul 20th 2009, 10:15 am

Well I am new to ePassporte so I don't know how does that work. Why is there a delay (if it is a delay)?

My country is on some kind of of 'black list', so I can only receive money on my ePassporte from business account holders. I told hotfile support about this, asking them to tell me what kind of account they use for payout. And they told me that they use business account. So...there shoudn't be a problem. But I still see zeros in my account.
If it is a delay, it's ok, I can wait. But what if tomorrow is the same thing? Can hotfile take back that money (that maybe I will not receive) and put it back on my hotfile account ( just like in paypal case last monday) or they can't?
I can't believe that it is this hard to receive money. :(

---

**dduck**      Jul 20th 2009, 11:36 am

I just received hotfile payment on my ePassporte. Finally. :)

---

**HyPn0sE**      Jul 24th 2009, 6:17 am

New rules are becoming even more strange. I do not upload for several days, i post at forums and earn money but... the darn percentage bar is falling some points every day. Last night I've earned around $1 and loss 6 percentage points... very strange. Probably a new (not announced rule)... every time someone download my files i earn money but loose percentage points.
This way not even at the doomsday i will reach Platinum level

### nexuslivez
Jul 24th 2009, 9:54 am

I used to earn to 14$ a day..now around 4-5$ a day..I'm doing nothing on hotfile now..Using storage/depositfiles/uploading for the time being.

### george101
Jul 24th 2009, 2:16 pm

Quote:

> Originally Posted by **dduck** View Post
> I just received hotfile payment on my ePassporte. Finally. :)

glad to know that :)

### lansiko
Jul 24th 2009, 3:21 pm

Quote:

> Originally Posted by **HyPn0sE** View Post
> New rules are becoming even more strange. I do not upload for several days, i post at forums and earn money but... the darn percentage bar is falling some points every day. Last night I've earned around $1 and loss 6 percentage points... very strange. Probably a new (not announced rule)... every time someone download my files i earn money but loose percentage points.
> This way not even at the doomsday i will reach Platinum level

That's not strange, it's their formula. The more downloads you get, you are suppose to generate more sales (premium account) for them. Otherwise, you are just leeching from them and that's why they drop your ranking % over the time. It's that simple :)

I stop using hotfile totally now.

### maxxs
Jul 25th 2009, 7:50 am

my ip was banned from using remote upload.101 - 105 :mad:

### singaporeboyracer.com
Jul 30th 2009, 2:30 am

i still using hotfile, been gold for 2 weeks now, i wonder when will it go up,

### Vikrant
Jul 30th 2009, 2:48 am

no payout from hotfile :(

### dduck
Aug 1st 2009, 12:17 am

haha
The biggest pr0n board (the 'pink one') has a banner on the top of their main page for a poll, asking you if they should ban hotfile? Go there and vote!

> They didn't wanted to pay fairly uploaders, they don't deserve to advertize themselfs for free. And it seams the admin of that board got enough of them, so he decided to make a poll. :D

**hatem20**                                                                                          Aug 2nd 2009, 10:00 pm

anyone have tried **UploadCell** ? **EnterUpload** ? and got **paid** !!

**dduck**                                                                                            Aug 2nd 2009, 10:16 pm

You can find this info on **UploadCell** page:

> Quote:
>
> Whenever someone downloads your files, you earn ePoints!!
>
> You'll make up to 2 ePoints per download. We give out:
> **2 ePoints** when a premium or a registered user downloads your files
> and
> **1 ePoint** for the downloads of anonymous visitors.

> Quote:
>
> Collect your 10.000 ePoints to earn $24

So...

If we imagine that all your downloads are made by anonymous visitors, that means that to collect 10.000 ePoints, you need 10.000 downloads. That further mean: $24 / 10K (downloads) = **$2.4 / 1000 (downloads)**
And that sucks. It's worst then hotfile copper level. :D

Also, if we imagine that you got all 10.000 ePoints from your Premium users, that means 10.000 / 2 = 5.000 (downloads). So, to earn $24 you need 5000 premium downloads, which further mean $24/ 5K = **$4.8 / 1000 (premium downloads)**. And that sucks too.

The count downloads from every coutnry.

(It's hard for me to decide should I use them or hotfile. But at least hotfile pays) :D

**lansiko**                                                                                          Aug 3rd 2009, 1:11 am

Guys, question here. Will I get a better ranking if I upgrade my account from free to premium?

**hatem20**                                                                                          Aug 3rd 2009, 7:26 am

> Quote:
>
> (It's hard for me to decide should I use them or hotfile. But at least hotfile pays)

collect 15$ with copper level not easy :(
i've got $2.61 (983 downloads) :confused:

**dduck**                                                                                            Aug 3rd 2009, 7:36 am

Quote:

> Originally Posted by **hatem20** View Post
> collect 15$ with copper level not easy :(
> i've got $2.61 (983 downloads) :confused:

hatem20, that was a joke that I made. I don't like both of them.

---

### Hipto                                         Aug 3rd 2009, 9:35 am

Ya man, they're smart by using that stupid ranking system but I'll not be using them anymore

---

### steve87                                       Aug 3rd 2009, 1:55 pm

I am using them & its great for me till now, I am always on Gold or sometime Platinum.

If I will down, I can think to leave them.

---

### dduck                                         Aug 7th 2009, 11:03 am

**NEW RULES FROM HOTFILE !**

Guys...you better sit down until you read it. ...at least those of you on gold and premium levels. :D

> Quote:
>
> Originally Posted by **ButcherBoy** View Post
>
> Earn money spreading links in your site!
> Get 5% commission of all premium accounts sold through your site.
>
> For every referrer that comes from your site and buys premium you will get 5% of the account's price.
> No matter if download link is yours or you find it in other place! Post interesting download links in your site, blog or forum and earn big money.
>
> Please check our Affiliate page for more info.
>
> Regards,

So, from now on, all the 'bonus' from selling premiums will go to site's owner. It's is clear that hotfile did this because they know now that they made a mistake with new rules, and that only small group of ppl keep uploading files.
By making new rules that are even worst for uploaders then the ones they made before, hotfile triend to profit from the old links, because I am sure new links do not show up so much these days.

To conclude: If you share on many places, trying hard to make more ppl see your links, in this situation, that would be exellent job from you for hotfile. ..An exellent job for which you will not be paid, because site will profit from that, and not you. Amount of premiums that you were selling this way will drop, and you will soon end up on copper level. When all uploaders drop down on copper level, hotfile will silently just close this part of affiliate program, and it will keep paying only site's owners.
But once all old links get used too much, I am wondering who will upload more links. The only answer is: site owners by themselfs (or by paying a team of uploaders). And then, we are back on the start. Hotfile will continue to shave the earnings, bu this time earnings of sites itself.

Only sites that force users to post links in code tags, so that links are not 'clickable', will not earn from that.

And yes, now everyone will try to steal as much links as he can for his blog. :D

The only chance for survival in this kind of situation would be IF hotfile is willing to pay you (uploader) and site

owner for making a premium for the same link. Well...who knows, maybe even that is possible. At least, they have now enough money that they saved, by shaving your earnings with previous rules, that they can afford it. :)

---

**virco**                                                                                              Aug 7th 2009, 11:56 am

Quote:

> *Originally Posted by* **dduck** *View Post*
>
> *To conclude: If you share on many places, trying hard to make more ppl see your links, in this situation, that would be exellent job from you for hotfile. ..An exellent job for which you will not be paid, because site will profit from that, and not you. Amount of premiums that you were selling this way will drop, and you will soon end up on copper level.*

I don't see how giving money to site owner will get negative impact premium sales. There are more chance for the opposite to happen if site owners somehow encourage uploaders to post hotfile. Another positive consequence can less/lifting bans for hotfile on forums.

---

**dduck**                                                                                              Aug 7th 2009, 12:02 pm

Yes that may happen. But still, when you as an uploader share your link, you are doing all you can to share somethign that ppl will like to download. And if they do, you are sure that you will get paid for that. But you will never be sure if that person would buy a premium.
So that still mean, that your sure money is in downloads, and not in premiums. Premiums are just a nice bonus but you can't affect that. And hotfile still hide the information about how mny premiums you sold, how you gonna know if your hard work is going to be paid by hotfile.

As I said, the only positive thing in all this, would be if hotfile want to pay you both for the same link. You (the uploader) and the site owner (for 'hosting' your link). So if anyone buy a premium, you both profit. That would be nice, but since hotfile already show us that he only cares for himself, it would be a surprise.
This was created to make a huge mess. So, soon you will see your links everywhere. The same links would be posted over and over on 100's of places. And it may happen that your downloads count will rise, but you know what that mean if you are not selling premiums. ;)
Also, it may produce selling of premiums in first month(s) (I agree with that), but after some time, most ppl that wanted to have a premium would already have it. So...who will buy premiums then? It's a nice plan to mess with rapidshare, but the answer from rapidshare will sure be more then clear. Anyway, competition is a good thing (for end users), so rapidshare may offer some even better things for premiums.

The main purpose of this is too make hotfile links more spreaded across the net, and I must admit that this is a nice business idea from hotfile ...for hotfile.
Until they reveal in statistics how many premiums you sold, this only means that the one who sure will profit from new rules is hotfile himself.

---

**virco**                                                                                              Aug 7th 2009, 12:54 pm

Still, I continue to see this as positive move so far. And another good thing may be that people will make search/catalogue sites like rapidlibrary.com and more people will download our links.

---

**dduck**                                                                                              Aug 7th 2009, 1:03 pm

I agree that it will produce more downloads, but that doesn't mean it will produce as much premiums. So...I fear that platinum users may soon loose their rank.

Offcorse I would like to be wrong, 'cause I have old hotfile links too. But in last 6 weeks hotfile wasn't playing a fair game with uploaders.

### HyPn0sE
*Aug 8th 2009, 4:46 am*

> Quote:
>
> *Originally Posted by **dduck** View Post*
>
> **NEW RULES FROM HOTFILE !**
>
> So, from now on, all the 'bonus' from selling premiums will go to site's owner. It's is clear that hotfile did this because they know now that they made a mistake with new rules, and that only small group of ppl keep uploading files.
> By making new rules that are even worst for uploaders then the ones they made before, hotfile triend to profilt from the old links, because I am sure new links do not show up so much these days.
>
> To conclude: If you share on many places, trying hard to make more ppl see your links, in this situation, that would be exellent job from you for hotfile. ..An exellent job for which you will not be paid, because site will profit from that, and not you.

I think you're not getting it correctly. You get the commission only if the site's owner is you... IF you have a forum or blog and if the link is your's and not from other poster. They have a code that the site's owner have to include in his forum HTML to check if you're the real owner of the forum or blog.

**How to verify?**
**In order to verify your site you need to create a file named 7xxxxxxxxxxxxxxx.html that include the text XXXXXXX-XXXXXXXXXXXXXXX in it.**
**Ready that and then click "Verify" bellow to complete the procces.**

### dduck
*Aug 8th 2009, 4:53 am*

Well, I think you didn't even had time to read few posts above from this page. :)

Let me quote again, for you:

> Quote:
>
> *Originally Posted by **ButcherBoy** View Post*
>
> Earn money spreading links in your site!
> Get 5% commission of all premium accounts sold through your site.
>
> **For every referrer that comes from your site** and buys premium you will get 5% of the account's price.
> **No matter if download link is yours or you find it in other place!** Post interesting download links in your site, blog or forum and earn big money.
>
> Please check our Affiliate page for more info.
>
> Regards,

So...what did you said? :)

btw. that is the official quote, and you can find the same information on the bottom of affiliate page on hotfile site.

### xcoolrajx
*Aug 11th 2009, 5:15 am*

> Quote:
>
> *Originally Posted by **dduck** View Post*
>
> **NEW RULES FROM HOTFILE !**

> *So, from now on, all the 'bonus' from selling premiums will go to site's owner. It's is clear that hotfile did this because they know now that they made a mistake with new rules, and that only small group of ppl keep uploading files.*
> *By making new rules that are even worst for uploaders then the ones they made before, hotfile triend to profilt from the old links, because I am sure new links do not show up so much these days.*

I also think this will benefit the uploader. To start with, there is NO bonus for uploaders who sell premium to start with - your status increases but there is no money/ commission. The new rule is basically encouraging website owners to allow hotfile links to be posted so that many sites will lift and even encourage people into downloading hotfile links. As far as my understanding goes, if someone buys premium from your site from another uploaders link, you get 5% of the premium link money - but the fact that the uploader get promoted to higher status does not change. So its a win-win situation. I don't get where you get the idea that that its even worse for the uploaders from.

### dduck
Aug 11th 2009, 5:32 am

Just a simple question:
You upload file
I share your link
if someone buy premium form that link,

I get 5%

But, is that also counted onto your account? (are you granted better level for selling account from your link, or the only one who get bonus is me for posting your link on my site that someone used to buy a premium?)

Also, even if it wasn't me who uploaded that file, but I received a 5% bonus....does that also raise my level, or not?

Show 40 post(s) from this thread on one page

Page 6 of 6 | First | ◄ | ... | 4 | 5 |

All times are GMT -5. The time now is 11:16 pm.

Digital Point modules: Sphinx-based search, CSS