# Yeh Exhibit 87

| | |
|---|---|
| From: | Rumen Stoyanov [rumenrum@gmail.com] |
| Sent: | Monday, March 22, 2010 7:59 PM |
| To: | Nasko |
| Subject: | Re: Hotfile |

Something like: 50:30:20—affiliate:bandwidth:hardware

Tomorrow we have a meeting at 11:00 am with Jules at Hotel Kempinski. Think where we could take him.

On Mon, Mar 22, 2010 at 6:06 PM, Nasko <nasko369@gmail.com> wrote:

Rumen,

Do you know what the distribution in percent of our expenses for affiliates, hosting and hardware is?

Regards,
Nasko


--
Regards,
Rumen Stoyanov

CONFIDENTIAL                                                HF02854657


EXHIBIT
STOYANOV 5
DEC 8TH 2011

HF02854657


TRANSPERFECT

AFFIDAVIT OF ACCURACY

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02854657] from Bulgarian into English.

_____
Ann Marie Hovey
TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

_____
Signature, Notary Public

SARAH E MULLEN
Notary Public - State of New York
No. 01MU6245919
Qualified in New York County
Commission Expires Aug 08, 2015

_____
Stamp, Notary Public
New York, NY