# Yeh Exhibit 88

| | |
|---|---|
| From: | Rumen Stoyanov [rumenrum@gmail.com] |
| Sent: | Monday, March 22, 2010 7:59 PM |
| To: | Nasko |
| Subject: | Re: Hotfile |

gore dolu: 50:30:20 affiliate:bandwith:harware
Utre imame sreshta v 11:00 s Jules v Kempinski. Misli kyde da go zavedeme.

On Mon, Mar 22, 2010 at 6:06 PM, Nasko <nasko369@gmail.com> wrote:
Rumene,

Znaesh li procentno kak sa razpredeleni razhodite za affiliates, hosting i hardware?

Pozdravi,
Nasko


--
Regards,
Rumen Stoyanov



1

CONFIDENTIAL                                                                                          HF02854657