# Yeh Exhibit 93

| | |
|---|---|
| From: | Nasko [nasko369@gmail.com] |
| Sent: | Friday, December 18, 2009 10:50 PM |
| To: | Anton Titov |
| Subject: | Re: Kakvo mislish za tozi text?? |

Oh, yes, you told me, but I didn't take it into account.
Nasko

EXHIBIT
TITOV 25
12.05.11  ff

On Sat, Dec 19, 2009 at 12;46 AM, Anton Titov anton@titov.net wrote:
I have talked with Rumen about that... it's not the proper time now, after 1 Jan. The money Lemuria has on 31th Dec, the tax inspectors will see it as profit, and taxes should be paid. After this for a whole year we will be able to hold as much as we want.

```
> Anton
>
> Nasko <nasko369@gmail.com> wrote:
```
Virus,
Shall we put some of the money in lemuria?
It not good all of the money to be in the hotfile account.
```
>>Nasko
>>
>>On Fri, Dec 18, 2009 at 10:29 PM, Nasko <nasko369@gmail.com> wrote:
```
Ok, thanks. I wanted to write to the Frenchman today during work time.
Nasko
```
>>> On Fri, Dec 18, 2009 at 10:30 PM, Anton Titov <anton@titov.net> wrote:
>>>> IncorporateNow Inc.
```
I transfer the questions and I get answers from the USA ;)

```
>>>> Nasko <nasko369@gmail.com> wrote:
>>>>>?
>>>>>
>>>>>On Fri, Dec 18, 2009 at 2:18 AM, Nasko <nasko369@gmail.com> wrote:
```
Which one is the DMCA agent firm?

```
>>>>>> Nasko
>>>>>>
>>>>>> On 12/18/09, Anton Titov <anton@titov.net> wrote:
```
In my opinion it's too early to give me a French address it's better they send it to:
```
>>>>>>> 1007 North Federal Highway, Suite 240 Fort Lauderdale, FL 33304
>>>>>>> Phone: 954.773.8743
>>>>>>> FAX: 954.414.0865
```
This is the DMCA agent of hotfile.
Anton
```
>>>>>>> Anton
>>>>>>>
>>>>>>> Nasko <nasko369@gmail.com> wrote:
>>>>>>>>Dear Mr.Humbert,
>>>>>>>>
>>>>>>>>We will provide you with the contact details of our legal
```

CONFIDENTIAL                                                                HF02863219

```
>>>>>>>>representative in France for the receipt of the subpoena in the
>>>>>>>>beginning of next week.
>>>>>>>>Meanwhile, if we can help you with any assistance or information
>>>>>>>>for your investigation don't hesitate to contact us.
>>>>>>>>
>>>>>>>>Best regards,
>>>>>>>>Hotfile Abuse
>>>>>>>
>>>>>>> --
>>>>>>> Regards,
>>>>>>> Anton Titov
>>>>>>
>>>>
>>>> --
>>>> Regards,
>>>> Anton Titov
>>>
>
> --
> Regards,
> Anton Titov
```

CONFIDENTIAL                                                                 HF02863220



**TRANSPERFECT**

AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOGOTA
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
CLEVELAND
COLUMBUS
DALLAS
DENVER
DUBAI
DUBLIN
DÜSSELDORF
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
LYON
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
...

AFFIDAVIT OF ACCURACY

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02863219-20] from Bulgarian into English.

_____
TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

_____
Signature, Notary Public

SARAH E MULLEN
Notary Public - State of New York
No. 01MU6245819
Qualified in New York County
Commission Expires Aug 08, 2015

_____
Stamp, Notary Public
New York, NY

THREE PARK AVENUE, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

```
From:       Nasko [nasko369@gmail.com]
Sent:       Friday, December 18, 2009 10:50 PM
To:         Anton Titov
Subject:    Re: Kakvo mislish za tozi text??
```

O da, ti nali kaza, ne go saobrazih tova.

Nasko

On Sat, Dec 19, 2009 at 12:46 AM, Anton Titov <anton@titov.net> wrote:
> Az govorih s Rumen za tova... ne e hubavo sega, sled 1 Jan. Kakvito pari ima Lemuria na 31th Dec, tova izglezhda za danychnite kato profit i trjabva da mu se plashtat danyci. Sled tova cjala godina shte mozhe da dyrzhime kolkoto iskame.
>
> Anton
>
> Nasko <nasko369@gmail.com> wrote:
>>Virus,
>>
>>Da premestime malko ot parite v lemuria?
>>Hubavo e da ne sa vsichkite pari v account-a na hotfile.
>>
>>Nasko
>>
>>On Fri, Dec 18, 2009 at 10:29 PM, Nasko <nasko369@gmail.com> wrote:
>>> Ok, mersi. Az iskah da mu napisha na franseto dneska v rabotno vreme i zatova.
>>>
>>> Nasko
>>
>>> On Fri, Dec 18, 2009 at 10:30 PM, Anton Titov <anton@titov.net> wrote:
>>>> IncorporateNow Inc.
>>>>
>>>> I az preprashtam vyrposite i mi otgovarjat ot shtatite ;)
>>>>
>>>> Nasko <nasko369@gmail.com> wrote:
>>>>>?
>>>>>
>>>>>On Fri, Dec 18, 2009 at 2:18 AM, Nasko <nasko369@gmail.com> wrote:
>>>>>> Koia e firmata na DMCA agenta?
>>>>>>
>>>>>> Nasko
>>>>>>
>>>>>> On 12/18/09, Anton Titov <anton@titov.net> wrote:
>>>>>>> Spored men e rano da im davame adres vyv Francija, da pratjat po-dobre na:
>>>>>>>
>>>>>>> 1007 North Federal Highway, Suite 240 Fort Lauderdale, FL 33304
>>>>>>> Phone: 954.773.8743
>>>>>>> FAX: 954.414.0865
>>>>>>>
>>>>>>> Tova e DMCA agent-a na Hotfile.
>>>>>>>
>>>>>>> Anton
>>>>>>>
>>>>>>> Nasko <nasko369@gmail.com> wrote:
>>>>>>>>Dear Mr.Humbert,
>>>>>>>>
>>>>>>>>We will provide you with the contact details of our legal

CONFIDENTIAL                                                                    HF02863219

```
>>>>>>>>representative in France for the receipt of the subpoena in the
>>>>>>>>beginning of next week.
>>>>>>>>Meanwhile, if we can help you with any assistance or information
>>>>>>>>for your investigation don't hesitate to contact us.
    >>>>>>
>>>>>>>>Best regards,
>>>>>>>>Hotfile Abuse
>>>>>>>
>>>>>>> --
>>>>>>> Regards,
>>>>>>> Anton Titov
>>>>>>
>>>>
>>>> --
>>>> Regards,
>>>> Anton Titov
>>>
>
> --
> Regards,
> Anton Titov
```

CONFIDENTIAL

HF02863220