# Yeh Exhibit 95

| userid | domain | sum(money) |
|---|---|---|
| 1926356 | audiovideo4free.blogspot.com | $ 39,941.84 |
| 93050 | seriesfree.biz | $ 34,891.16 |
| 96211 | piratatuga.net | $ 33,424.36 |
| 134757 | hotfiletv.org | $ 29,836.90 |
| 50151 | warezlander.com | $ 21,652.23 |
| 230062 | audiowarez.net | $ 16,808.81 |
| 242532 | newalbumreleases.net | $ 16,345.12 |
| 183201 | audio.hotfileindex.com | $ 14,236.08 |
| 183201 | books.hotfileindex.com | $ 14,236.08 |
| 183201 | software.hotfileindex.com | $ 14,236.08 |
| 183201 | video.hotfileindex.com | $ 14,236.08 |
| 459973 | mp3albumleri.blogspot.com | $ 13,991.74 |
| 15348 | ebook-free-download.net | $ 13,096.07 |
| 15348 | magazinesdownload.com | $ 13,096.07 |
| 115007 | mp3dload.com | $ 12,261.79 |
| 115007 | mp3dloads.com | $ 12,261.79 |
| 115007 | mp3dlood.blogspot.com | $ 12,261.79 |
| 13048 | 1soundtracks.com | $ 9,057.78 |
| 13048 | free-albums.net | $ 9,057.78 |
| 13048 | full-albums.net | $ 9,057.78 |
| 13048 | full-mp3-albums.com | $ 9,057.78 |
| 13048 | mp3-find.com | $ 9,057.78 |
| 13048 | mp3-search.us | $ 9,057.78 |
| 13048 | mp3-soundtracks.com | $ 9,057.78 |
| 13048 | mp3albums.us | $ 9,057.78 |
| 13048 | mp3download.ws | $ 9,057.78 |
| 13048 | online-television.tv | $ 9,057.78 |
| 13636 | hotfilewarez.blogspot.com | $ 8,172.18 |
| 349186 | warezturkey.net | $ 8,133.17 |
| 20407 | mp3tera.org | $ 7,983.27 |
| 2276613 | warezhackerz.com | $ 7,581.01 |
| 41495 | warezshare.com | $ 6,189.98 |
| 1597896 | downmoviesfree.com | $ 4,730.74 |
| 805577 | capvideotv.com | $ 4,715.27 |
| 966807 | riverwarez.blogspot.com | $ 4,442.62 |
| 966807 | warez-river.com | $ 4,442.62 |
| 966807 | warezdownload.tk | $ 4,442.62 |
| 38351 | ewarezteam.com | $ 4,356.81 |
| 2324855 | cyberwarez.info | $ 4,319.34 |
| 288556 | easewarez.com | $ 4,079.08 |
| 288556 | warezboy.info | $ 4,079.08 |

HIGHLY CONFIDENTIAL

1


EXHIBIT
Titov 156
12.07.11 ff