# Yeh Exhibit 97



Jenner & Block <jbpara2@gmail.com>

# Hotfile.com premium account activated
1 message

**Hotfile.com <support@hotfile.com>**         Fri, Jan 20, 2012 at 3:33 PM
To: jbpara2@gmail.com

Dear customer,

Thank you for your purchase. Your Premium account has been activated and you can now download data easily and without waiting. Please ensure that your browser accepts cookies.

Your e-mail is: jbpara2@gmail.com
Your username is: jbpara2


Best regards,
hotfile.com