# Yeh Exhibit 99

| | |
|---|---|
| **From:** | Weston Yeo [maxdugan@gmail.com] |
| **Sent:** | Tuesday, October 26, 2010 3:59 AM |
| **To:** | HotFile Corp |
| **Subject:** | Re: My site is not listed under my Hotfile account anymore: Hotfile (westonyeo,westonyeo@gmail.com) |
| **Attachments:** | HFscreenshot.jpg |

Thank you very much for your quick response, here are the evidences that you can check, also I am sending a screenshot since I lost my site sales for the Oct 24, 25 and 26 (today):

Authentication Code : westonyeo-b8a9e04195a2f70
And you can access this - http://allyoulike.com/b8a9e04195a2f70.html

Hoping for your prompt response again, please let us resolve this asap, im losing money every minute, hoping for your kind understanding, thank you very much

Weston Yeo

HotFile Corp wrote:
We investigating it right now.
How you will authenticate site is yours?

On Tue, Oct 26, 2010 at 11:34 AM, <westonyeo@gmail.com> wrote:
Message sent from user with mail - westonyeo@gmail.com:
Reason: I found error/bug in your site and want to report it
Username: westonyeo (81415)
Rank: Platinum
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/48588104/13998a4/Beer.rar.html
ip: 112.202.117.72
URL: www.allyoulike.com

Hi again, i hope we can resolve this issue asap, my site is not affiliated with my Hotfile account anymore, this happened just a few hours ago and I did not do anything, I was already receiving 15% commission from it and I lost more than $100 worth of commissions, I dont understand how this can happen since I own the site and I have verified this for the longest time, my ranking has been affected badly due to this, please i need your immediate response, thank you very much


--
---------------------------------------------
Hotfile Support:
http://hotfile.com/contacts.html

1

CONFIDENTIAL                                                                                                                    HF01989056

Daily Stats | Account Upgrades | From: 2010-10-19  To: 2010-10-26  Filter

| Date | Rank | Downloads 5-50 MB | Downloads 50-100 MB | Downloads 100-2000 MB | All | Referrals | Earnings |
|---|---|---|---|---|---|---|---|
| 2010-10-19 | Platinum | 1673 | 465 | 5107 | 7251 | $0.02 | $93.03 |
| 2010-10-20 | Platinum | 1624 | 429 | 4764 | 6827 | $0.02 | $87.21 |
| 2010-10-21 | Platinum | 1730 | 408 | 5049 | 7187 | $0.02 | $91.94 |
| 2010-10-22 | Platinum | 2003 | 487 | 5052 | 7542 | $0.03 | $94.7 |
| 2010-10-23 | Platinum | 2189 | 540 | 5185 | 7914 | $0.03 | $96.53 |
| 2010-10-24 | Platinum | 2418 | 538 | 4842 | 7798 | $0.03 | $94.97 |
| 2010-10-25 | Platinum | 1974 | 418 | 5349 | 7741 | $0.04 | $99.27 |
| 2010-10-26 | Platinum | 246 | 47 | 786 | 1079 | $0 | $13.99 |
| 2010-10-19 | Site sales | | | | | | $30 |
| 2010-10-20 | Site sales | | | | | | $27.75 |
| 2010-10-21 | Site sales | | | | | | $60.9 |
| 2010-10-22 | Site sales | | | | | | $41.50 |
| 2010-10-23 | Site sales | | | | | | $70.05 |
| All: | | 13873 / $97.11 | 3332 / $33.32 | 36134 / $542.01 | 53339 | $0.19 | $908.89 |
| Paid: | | 11653 / $81.57 | 2867 / $28.67 | 29999 / $449.90 | 44519 | $0.15 | $796.64 |
| Not Paid: | | 2220 / $15.54 | 465 / $4.65 | 6135 / $92.03 | 8820 | $0.04 | $112.25 |

CONFIDENTIAL

HF01989057