# Yeh Exhibit 100

| | |
|---|---|
| **From:** | hotfile.mailbox@gmail.com on behalf of HotFile Corp [support@hotfile.com] |
| **Sent:** | Tuesday, October 26, 2010 4:04 AM |
| **To:** | westonyeo@gmail.com |
| **Subject:** | Re: My site is not listed under my Hotfile account anymore: Hotfile (westonyeo,westonyeo@gmail.com) |

OK, I forwarded your request, don't send multiple emails!

On Tue, Oct 26, 2010 at 2:03 PM, Weston Yeo <maxdugan@gmail.com> wrote:
Hello again, please reconsider re-instating my Hotfile account premium sales to 15% based on records and evidences, i am appealing so much since i have worked so hard to reach this level and im so depressed to what is happening, i also don't understand how someone can take credit of my site when a verification code is required thru my email and the website, what precautions do i need to take so it wont happen again? I have fervently worked for Hotfile since May 2009 and has always been very happy with it, I have sold thousands of Hotfile premium accounts from my site, so please do reconsider put me back on the 15% premium sales level which i deserve please, and I would highly appreciate a response from your office, thank you very much


Weston Yeo

HotFile Corp wrote:

>Our investigation is complete and domain will be restored to your account.
>Someone with email reyrcpost@yahoo.com and paypal reyrcpost@yahoo.com seems have access to your server!
>IP:89.19.6.66

>On Tue, Oct 26, 2010 at 11:43 AM, HotFile Corp <support@hotfile.com> wrote:
>We investigating it right now.
>How you will authenticate site is yours?


>On Tue, Oct 26, 2010 at 11:34 AM, <westonyeo@gmail.com> wrote:
>Message sent from user with mail - westonyeo@gmail.com:
>Reason: I found error/bug in your site and want to report it
>Username: westonyeo (81415)
>Rank: Platinum
>Status: Premium
>Suspended: No
>Remove premium: No

>lastdl: http://hotfile.com/dl/48588104/13998a4/Beer.rar.html
>ip: 112.202.117.72
>URL: www.allyoulike.com

>Hi again, i hope we can resolve this issue asap, my site is not affiliated with my Hotfile account anymore, this happened just a few hours ago and I did not do anything, I was already receiving 15% commission from it and I lost more than $100 worth of commissions, I dont understand

1

CONFIDENTIAL                                                                                       HF02828128

how this can happen since I own the site and I have verified this for the longest time, my ranking has been affected badly due to this, please i need your immediate response, thank you very much

--
----------------------------------------------
Hotfile Support:
http://hotfile.com/contacts.html

--
----------------------------------------------
Hotfile Support:
http://hotfile.com/contacts.html

--
----------------------------------------------
Hotfile Support:
http://hotfile.com/contacts.html

2

CONFIDENTIAL

HF02828129