# Yeh Exhibit 101

| | |
|---|---|
| From: | hotfile.mailbox@gmail.com on behalf of HotFile Corp [support@hotfile.com] |
| Sent: | Tuesday, October 26, 2010 10:11 PM |
| To: | westonyeo@gmail.com |
| Subject: | Re: My commision level needs adjustment: Hotfile (westonyeo,westonyeo@gmail.com) |

Yes, I said I forwarded your request to tech administrator, since it was your fault your site to be removed, right? So we need manually to fix things...

On Tue, Oct 26, 2010 at 2:06 PM, Weston Yeo <maxdugan@gmail.com> wrote:
Thank you very much, i am already doing that sir, but can you please respond to my request of putting my account back on the 15% premium sales level which I deserve based on the sales record please? I am appealing so much since I have worked so hard to reach this level sir, your response will be highly appreciated, thank you very much

Weston Yeo


HotFile Corp wrote:
Change your hotfile account password also cause your site was removed through secure validation code sent to your email. So change pass to your email as well!

On Tue, Oct 26, 2010 at 1:53 PM, <westonyeo@gmail.com> wrote:
Message sent from user with mail - westonyeo@gmail.com:
Reason: I found error/bug in your site and want to report it
Username: westonyeo (81415)
Rank: Platinum
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/75918461/027f82b/0117HJ.rar.html
ip: 112.202.117.72
URL: www.allyoulike.com

Hi again, please please please reconsider my request of reinstating my account to the 15% level on premium sales based on records and evidences, I have worked very hard to reach this level, I am not posting files so much because im afraid my ranking will fall... I have been very observant of my uploads and statistics to maintain my level and income, please sir - i am appealing to your kindness since my account deserves to be on the 15% level already, hoping for your prompt response on the matter, thank you very much


--
----------------------------------------------
Hotfile Support:
http://hotfile.com/contacts.html

1

CONFIDENTIAL                                                                                                            HF02828130

--
----------------------------------------------
Hotfile Support:
http://hotfile.com/contacts.html

CONFIDENTIAL

HF02828131