# Yeh Exhibit 102

http://www.allyoulike.com/ Go

OCT 26 2010

Search

allyoulike

DOWNLOAD ALLMOST EVERYTHING YOU LIKE

SPONSORED AD

x Replica Watches

Adult Site Is Back!

Categories

- ANIME
- AUDIO BOOK
- DOCUMENTARIES
- E-BOOKS
  - Adult
  - Comic Book
  - Magazines
- GAMES
  - Mini Games
  - NDS
  - PC
  - PS1
  - PS2
  - PSP
  - Wii
  - XBOX360
- GRAPHICS
- HDTV
- MOBILE
- MOVIES
  - BluRay / DVD-R
  - BRRip / BDRip
  - Cam
  - DVD-Rip
  - DVDSCR / WP
  - Filipino Movies
  - PSP / iPod / iPhone
  - Trailers
  - TS / TC
- MUSIC
  - Concerts
  - Music Videos
- NURSING & MEDICAL
- OTHERS
- SOFTWARE
- TUTORIALS
- Uncategorized

AllYouLike Automatic Updates!

Archives

Select Month

SIGN UP NOW!

MORE SITES ARE NOW USING HOTFILE

hotfile

IS NOW THE FASTEST GROWING HOST SERVER IN THE WORLD.

Chat

Register

Name: Guest

Website:

Message:

Shout!

darscult: to;maxdugan and kavaena;......pls upload a kawaks emulator plus lot of games....thanks

junjunpow: pls re up season 1 of vampire diaries thanks

wicked_fanatic: does anyone here uploads 'wicked' ? you know the annual broadway show who first starred idina menzel and kristin chenoweth??

hard core: [link]

hard core: here is a link for sae 3-d dvd rip is hote file links they wont be up long

Home DONATE Becoming a VIP Disclaimer

Click Here!

**PLEASE HELP SUPPORT ALLYOULIKE**

**IF YOU BUY A PREMIUM ACCOUNT FROM HOTFILE or ANY OTHER HOST SERVER, ALLYOULIKE WILL BENEFIT AND RECEIVE INCENTIVE POINTS AT NO EXTRA COST TO YOU WHATSOVER. THANK YOU.**

hotfile FILESONIC.com (M) fileserve EASY SHARE

PLEASE READ HOW YOU CAN HELP BY CLICKING THIS BANNER

**ENJOY FASTER BROWSING WITHOUT DELAYS**

**Be an AllYouLike VIP Member Now**

**NO ANNOYING POP-UPs! EXTRA BENEFITS!**

CLICK TO JOIN THE ALLYOULIKE VIP MEMBERSHIP CLUB

Oct 26

## How I Met Your Mother Season 6 Episode 1 to 5 – HDTV

HDTV

EPISODE 6 ADDED

Marshall and Lily research how to conceive a baby with the gender of their choice. Meanwhile, Robin is growing more and more irritated by her perky new co-anchor, Becky.

CLICK HERE TO DOWNLOAD

Posted by maxdugan

Oct 26

## The Prodigal Son DVDRip with English Subtitles

Simply put, this is one of the best martial arts movies ever made. But of course, as a fan, you all know everything about this movie. The Prodigal Son is arguably the best film Sammo Hung has directed. It has been praised by aficionados for its detail in portraying the Wing Chun style of kung fu which Sammo had taken great interest in. In truth, the film lives up to its reputation and stands the test of time as an entertaining action film and homage to the conventions of chop-socky films that have gone before.

SEARCH ENGINES OPTIMIZED

SEARCH ENGINE XTREME 2 SEARCH ENGINES USE ONE THAT SUITS YOUR NEEDS

SEARCH ALLYOULIKE

Search

UPDATES AND TIDBITS

NOTES From Maxdugan

ADVERTISE WITH US

GET THE BEST EXPOSURE With MORE than 200,000 Visitors Daily ADVERTISE WITH US

email us at info@allyoulike.com

CHECK THIS OUT!

http://ad.xtendme

Latest

Show All

Page cannot b due to robots.

See ad.xtendmedia.cor robots.txt.

BEST POSTS OF ALLYOULIKE

5/5 STARS BEST POSTS OF AYL

POPULAR POSTS

- Pendragon Sword of His Father - DVDRip
- Battle in Heaven DVDRip with English Subtitles
- The Prodigal Son DVDRip with English Subtitles
- Microsoft Office 2010 PRO Plus Activated Forever – 32 and 64-Bit
- Photorealism - Photoshop Painting DVDRip Tutorial
- The Joy of Erotic Massage – Tutorial DVDRip
- The Best of Vulva Massage – Tutorial DVDRip
- Twelve 2010 DVDRip
- Red (2010) DVDScr AC3
- Sex with Strangers – Documentary DVDRip
- The Diary of Beloved Wife: Saucepot DVDRip
- My Open Minded Wife – DVDRip
- Kanye West – Runaway 30 Minute Movie Feature
- The Andromeda Strain DVDRip

koff: any hotfile crack hehe

Kevin: @Maxdugan Thanks so much for the Microsoft Office 2007 Blue Edition.. ☺

martie: max, im waiting for smallville ep 5, thanks max! Gbu

CHECK THIS OUT!

INTE

HJSPLIT & 7-ZIP Download

HJSplit & 7-Zip

Download K-LITE CODEC

Download JDOWNLOADER

Download HOTFILE Fast & Easy!

JDownloader

CLICK HERE TO DOWNLOAD

JDOWNLOADER TUTORIAL

Yuen Biao shines in his second starring role with the boyish charm and acrobatic grace that his fans would come to expect. The martial arts scenes are excellent, particularly the training scenes with Sammo and the final fight at the end which would be to painfully brutal to watch if it weren't so perfectly staged.

CLICK HERE TO DOWNLOAD

Posted by maxdugan

26

## Photorealism – Photoshop Painting DVDRip Tutorial

DOCUMENTARIES, DVDRip, GRAPHICS, TUTORIALS

**This exclusive digital painting DVD is a chance to watch and learn as I work on one of my most detailed portraits to date, starting with a blank canvas and ending with a personalised portrait of photorealistic detail.**

A running commentary will explain what techniques I use and some of my decisions, while real-time speed videos allow you to follow each process and every stroke along the way. The "After Dark" feature, included on this disc, will show you how to transform your portraits into concept characters or fantasy art for use in games, fiction or commission work. Videos come in high quality Xvid format so you get to see the painting process at full detail. The disc also includes extras, such as brushes, palettes and work stages. Read complete details on next page

**More than 7 Hours of Video Tutorials with Exercise Files. For MAC and WINDOWS.**

CLICK HERE TO DOWNLOAD

Posted by maxdugan

26

## Battle in Heaven DVDRip with English Subtitles

Battle In Heaven opens with a controversial sex scene involving beauty, Ana (Anapola Mushkadiz), and the beast, Marcos (Marcos Hernández). Marcos is Ana's chauffeur, who has kidnapped and accidentally killed a baby. Ana, a general's daughter by day and a prostitute by night, confides in Marcos and performs sexual favors for him in order to persuade him to turn himself in. She is too young, however, to understand Marcos's confused mental state, and her sensitive position with him puts her in peril. This film's merit is based in its experimental energy, and any director who follows up graphic sex scenes with a cut to the waving of the country's flag (in this case Mexico's) has my respect.

Posted by maxdugan

Versions
- The Boy Who Cried Werewolf (2010) DVDRip from HDTV
- Satan's Baby Doll (1982) UNCUT DVDRip
- WWE Bragging Rights (2010) DSR
- Fighter In The Wind DVDRip with English Hard Subbed
- My Brother's Wife DVDRip
- Effortless English – Complete All 5 Courses (Interactive Tutorials)
- The Keeper (2009) DVDRip
- Samaritan Girl DVDRip w/ English Subs
- Striptease - The Art of Erotic Dancing DVDRip
- Wall Street: Money Never Sleeps (2010) R5 LiNE
- Cosi Fan Tutte DVDRip – Tinto Brass Film
- Star Wars: The Force Unleashed 2-CLONEDVD
- Yourself Fitness – Interactive Personal Trainer
- Balmoral Elegant Font
- WiFi Hack AIO – Software and eBooks
- Spring Break Massacre (2010) DVDRip
- Chuck - Season 4 Episode 6
- Pacquiao Margarito 24 / 7 Part 1 – HDTV
- Gossip Girl Season 4 Episode 6 HDTV
- The Event - Season 1 Episode 6
- Hawaii Five-O (2010) - Season 1 Episode 6
- Oblivion Island: Haruka And The Magic Mirror (2009) DVDRip
- Dexter Season 5 Episode 1, 2, 3, 4 and 5 HDTV
- Opposite Day 2009 DVDRip
- Taylor Swift – Speak Now (Deluxe Edition) 2CD 2010

SIGN UP & MAKE MONEY NOW!
GET PAID THE MOST
fileserve
NO TIERS / NO BRACKETS
ALL Countries PAID
$25 per 1000 Downloads

26

## Oxford Activity Books for Children – Book 1 to 6 – Tutorial eBooks

"Oxford Activity Books for Children" are creative activity books for young children.

PDF Format

5 stars

Posted by maxdugan

26

## Professional Cake Decorating – Tutorial eBook

Everything you need to create stunning cake decorations. Cake decorating is an art with specific skills that must be studied and practiced before they can be mastered. Professional Cake Decorating is the first guidebook, reference, and at-your-fingertips resource to the special methods and techniques unique to cake decorating.

Posted by maxdugan

26

## Bleach Episodes

15 year old Kurosaki Ichigo is not your everyday high school student. He has from as far he can remember always had the ability to see ghosts and spirits. A fateful day arrives as Ichigo encounters the shinigami Kuchiki Rukia, who saves him and his family from a Hollow at the cost of injuring herself. During this encounter, with Rukia unable to defeat

the hollow she transfers her shinigami powers into Ichigo. In the aftermath, unable to continue with her job, Rukia allows Ichigo to take on the role of a shinigami in her place as they together defeat the Hollows plaguing Ichigo's town

**EP 294 ADDED**

CLICK HERE TO DOWNLOAD

Posted by kvashna

26

## Fran (1985) DVDRip

DVD-Rip MOVIES

**Fran.1985.DVDRip.XviD-aAF**

A single mother, Fran (Noni Hazlehurst) is selflessly devoted to her children. But something is lacking in her life, and that something is the love of a man her own age. Her efforts to juggle a love life with her home life are largely unsuccessful.

CLICK HERE TO DOWNLOAD

Posted by Slimbo

26

## Smokin' Aces – DVDRip

DVD-Rip MOVIES

**May the best hitman win.**

When a Las Vegas performer-turned-snitch named Buddy Israel decides to turn state's evidence and testify against the mob, it seems that a whole lot of people would like to make sure he's no longer breathing.

CLICK HERE TO DOWNLOAD

Posted by maxdugan

26

## Rhonda Byrne The Power – Tutorial eBook

EBOOKS, TUTORIALS

The Secret revealed the law of attraction. Now Rhonda Byrne reveals the greatest power in the universe — The Power to have anything you want. In this book you will come to understand that all it takes is just one thing to change your relationships, money, health, happiness, career, and your entire life.

CLICK HERE [illegible]

Posted by maxdugan

26

## PixelGenius PhotoKit Sharpener 1.2.9 for Adobe Photoshop

GRAPHICS SOFTWARE · No Comments

Other products may provide useful sharpening tools, but only PhotoKit Sharpener provides a complete image "Sharpening Workflow". From capture to output, PhotoKit Sharpener intelligently produces the optimum sharpness on any image, from any source, reproduced on any output device. But PhotoKit Sharpener also provides the creative controls to address the requirements of individual images and the individual tastes of users.

5 stars

CLICK HERE [illegible]

Posted by maxdugan

26

## Pendragon Sword of His Father – DVDRip

[illegible]

The year is A.D. 411 – the Empire of Rome is crumbling. As the legions are called back to the Eternal City, the Isle of Britain is abandoned to Saxon marauders. . Son of British Chieftain Justinian the Pendragon, young Artos has grown up in a quiet coastal village. Justinian entrusts the boy with a vision to defend the people God has trusted them with. But, with the attack of Barbarian raiders, the village is destroyed, and Artos, the only survivor, is taken as a Saxon slave. He begins to despair. One snowy night, Artos is forced to flee. As he collapses at the end of his own strength. God intervenes. With a new understanding and faith in God's sovereign plan, he sets off with renewed hope. Artos journeys high into the Welsh countryside to the mountain stronghold of Arfon, where the British ruler Ambrosius is raising an army to halt the invading Saxons

[illegible]

Posted by maxdugan

DOWNLOAD THE ALLYOULIKE TOOLBAR NOW

Pages: 1 [illegible]

[illegible]









