# Yeh Exhibit 103



DOWNLOAD **ALL**MOST EVERYTHING **YOU** LIKE

SPONSORED AD

Home | DONATE | Becoming a VIP | Disclaimer | VIP LOGIN

**ENJOY FASTER BROWSING WITHOUT DELAYS**
Be an AllYouLike VIP Member Now
NO ANNOYING POP-UPs! EXTRA BENEFITS!
CLICK TO JOIN THE ALLYOULIKE VIP MEMBERSHIP CLUB

Feb 03 — NEWS ALERT! PLEASE READ! Updated

# NEWS ALERT!
## FILESONIC, FILEJUNGLE, FILEPOST & MANY OTHERS HAVE DISABLED FILE SHARING.

### IT HAS NOT BEEN EASY GETTING A GOOD FILE SERVER. WE ARE STILL EVALUATING OTHER SERVERS SO KINDLY BEAR WITH US FOR THE INCONVENIENCE.

PLEASE REFRAIN FROM PURCHASING ANY PREMIUM ACCOUNT FROM ANY FILE SERVER SO THAT YOUR MONEY IS NOT WASTED UNTIL WE MAKE AN OFFICIAL ANNOUNCEMENT. THANK YOU VERY MUCH. BOTH TURBOBIT AND EXTABIT ARE NOW OVERLOADED AND WE ARE WAITING.

JDOWNLOADER IS NOW WORKING ON A FIX TO WORK WITH RAREFILE.

EXTABIT HAS IMPROVE THEIR DOWNLOADING AND UPLOADING SPEEDS TODAY WHILE TURBOBIT HAD ANNOUNCED THAT THEY ARE DOING SERVER MAINTENANCE AND UPGRADING ON THE SERVERS AND DOWNLOADERS WILL EXPERIENCE DISRUPTIONS AND SLOW DOWNLOADING SPEEDS.

PLEASE READ NEW UPDATES ON NEXT PAGE. THANK YOU.

CLICK HERE TO DOWNLOAD

Posted by maxdugan

17 — Chronicle (2012) TSync – New Great TS Copy with Line Audio!

HERE GOES A VERY GOOD LOOKING TELESYNC COPY OF THE NEW BLOCKBUSTER MOVIE. KINDLY CHECK THE SAMPLE VIDEO BELOW.



CHRONICLE

Three high school students make an incredible discovery, leading to their developing uncanny powers beyond their understanding. As they learn to control these abilities and use them to their advantage, their lives start to spin out of control, and their darker sides begin to take over.

SEARCH ENGINES OPTIMIZED
SEARCH ENGINE XTREME
2 SEARCH ENGINES
USE ONE THAT SUITS YOUR NEEDS

SEARCH ALLYOULIKE
[ Search ]

UPDATES AND TIDBITS

NOTES from Maxdugan

Download the NEW IDM
Internet Download Manager

BEST POSTS OF ALLYOULIKE
★ ★ ★ ★ ★
5/5 STARS







Categories
■ ADULT
■ ANIME
■ AUDIOBOOK
■ DOCUMENTARIES
■ E-BOOKS
    * Comic Book
    * Magazines
■ GAMES
    * Wire Games
    * NDS
    * PC
    * PS1
    * PS2
    * PS3
    * PSP
    * Wii
    * XBOX360
■ GRAPHICS
■ HDTV
■ MOBILE
■ MOVIES
    * BluRay / DVD-R
    * BRRip / BDRip
    * Cam
    * DVD-Rip
    * DVDSCR / VIP

Select Month

phone

manny: why does
jdownloader keep
saving "no permission to
write to hard disk then
stops ... really annoying ... I
checked with their site but
their help does not nep ...
anyone?

Pauli upload.to works
perfect

Pauli file factory is real bad
speed

Pauli file factory **** cel

ak: hi everybody m al

dinesh: Hi Max, Can you
SAP FICO Video Tutorials,
Thnx a ton in advance

Maxdugan: hello everyone,
JDownloader is currently
working on a fix for Rarefile,
will keep everyone posted,
thank you very much

pericali: extabit back up,
slow as it ever wasQl

spiderman911: would you
please change Rarefile with
jumpofiles.com

jhay_whafu: paano mag
download dito sa 3il you like

jhetrynx: Hello Max....can you
ple upload :D photo maker or
plugins for cs3 if theres
anything like

that....tnx

ambot: could someone
upload MX VS. ATV Reflex
Update 3

spiderman: hi guys ... we
have to wait till a new server
with good speed comes ...





DOWNLOAD FILESONIC FAST & EASY
JDownloader
BEST FOR NON-PREMIUM USERS



Guide on How to Use
JDOWNLOADER

CHECK OUT SAMPLE VIDEO

CLICK HERE TO DOWNLOAD

Posted by maxdugan

**17** Justice League Doom (2012) BRRip AC3 + 720p
BluRay x264

BLU-RAY DVDRIP BRRip 720P x264                  14 Comments



An adaptation of Mark Waid's "Tower of Babel" story from the JLA comic. Ra's al Ghul
steals confidential files Batman has compiled on the members of the Justice League,
and learns all their weaknesses.

CLICK HERE TO DOWNLOAD

Posted by maxdugan

**17** White Vengeance (2011) DVDRip with English
Subtitles

DVDRIP MOVIES                                    No Comments



White Vengeance tells the story of two brothers contending for supremacy during the fall
of the Qin Dynasty, which ruled Imperial China from 221 to 206 BC. As rebels rose, the
nation fell into chaos. Liu Bang (Li eon Lai) and Xiang Yu (Feng Shaofeng), became
leaders of the rebellious army and also became sworn brothers in battle. Xiang Yu and
Liu Bang are close friends who both serve King Huai of Chu. Fang Huai plots a plot,
saying that whoever can subvert the Qin kingdom in Guanzhong would be made Lord Qin, in
order to benefit from the competition between Xiang Yu and Liu Bang.

CLICK HERE TO DOWNLOAD

Posted by maxdugan

**17** Kasiping Uncut DVDRip – Filipino Movie



GET THE BEST EXPOSURE
With MORE than
200,000
Visitors Daily
ADVERTISE
WITH US



HJSplit
& 7-Zip



DOWNLOAD K-LITE CODEC
FULL TO PLAY ALL VIDEOS



DOWNLOAD
WinRAR



**KASIPING**

Love thy neighbors, not thy neighbours wife. This story is about two girls finding love ,romance and also satisfy their sexual needs with each others husbands. As the story goes, they find the real love with their own husband and realising their lost towards other guys.

CLICK HERE TO DOWNLOAD

Posted by maxdugan

### Happy Feet 2 (2011) DVDScr AC3

Mumble the penguin has a problem: his son Erik, who is reluctant to dance, encounters The Mighty Sven, a penguin who can fly! Things get worse for Mumble when the world is shaken by powerful forces, causing him to brings together the penguin nations and their allies to set things right.

CHECK OUT SAMPLE VIDEO

CLICK HERE TO DOWNLOAD

Posted by maxdugan

### The One Warrior (2011) R5 DVDRip AC3

The One Warrior is a fantasy/action piece that is loosely based on video adventure games. In our story, the character of The One Warrior finds himself in a mythical world where he must destroy the Evil Lord Shourata, but to do so he must first fight his way through many challenges. These include dragons, the cursed swords of Damacleus, the Samurai So, the Amazon Warriors, and much, much more. With each level he passes through, the more powerful he becomes until the end where we realize it is really a man who may have been testing a new video game. Or was it? The truth may never be known.

CHECK OUT SAMPLE VIDEO

CLICK HERE TO DOWNLOAD

Posted by maxdugan

### Sexposed Uncut DVDRip – Filipino Movie

**17**

More surprises. More exposures. More viewing pleasures. You asked for more. You screamed for more. Now the luscious babes of Philippine showdolls are giving into your feverish desires. Learn the top male sexual fantasies. Peek into unforgettable local voyeur fests. Ditch the bedroom and discover the top love shacks to romp in. So take a seat and enter a world you have never been before. You'll find yourself coming back for more...



Meet the ultimate Pinoy sex goddesses in some of their memorable and titillating skin clips, featuring a string of precious finds: Rosanna, Yorca, Rica, Maki, Katya, Izza, Yani, Criselda, Dessy, Sabrina M, plus the rest of the hot Babes. Indulge in the exciting history of local sexdom - from bomba, ST, TT... and dash of exclusive "pene" Asia.

CLICK HERE TO DOWNLOAD

Posted by maxdugan

### Neverlost DVDRip

**17**

After losing his Kate, his high school sweetheart, in a horrific house fire Josh Higgins' life tumbles into a depressing mix of insomnia and poor choices. After taking seemingly harmless sleeping pill, Josh is thrusted from his current banal existence to



one that he had lost years earlier. As the walls of his own psychosis slowly start to
close in around him, Josh must race to save himself. Kate and the parallel life that he
vows can never again become....lost.

Posted by maxdugan

### Ang Darling Kong Aswang DVDRip – Filipino Movie with English Subtitles

17

Vic Sotto, Cristine Reyes, Dante Rivero, Joey de Leon, Agot Isidro, Jean Garcia, Rafael
Rosell, Allan K, Ritchie d'Horsie, Wally Bayola, Denise Laurel, Jackie Rice, Empress
Schuck, Mika dela Cruz, Barbie Forteza. Victor (Vic Sotto) is a single father who falls in love
with Elisa (Cristine Reyes) who turns out to be an Aswang. But even so, Victor love Elisa
so much that he accepted who she is and even live with her as his second wife. But the
problem comes when the leader of the Aswang clan (Jean Garcia) founds out that Elisa
and her mother (Agot Isidro) are not eating humans anymore. She swells out other
Aswangs to hunt down Elisa and her mother, and also for Victor and his family. Victor then
will face the leader of the Aswang clan to save his beloved Elisa.

Posted by maxdugan

### Blind Side Uncut DVDRip – Filipino Movie

17

A young playboy beds his sexy officemate, only to discover she has an equally
delectable younger sister. The catch: little sis just recently lost her sight (and her
boyfriend) in a car crash. The upside: she walks around in the nude thinking she's all
alone in the house with big sis.

Posted by maxdugan

### 2 Girls Teach Sex Extreme Female Orgasms 8 DVD-Set Tutorial

17

