# Yeh Exhibit 104

| | |
|---|---|
| From: | Anton Titov [anton@titov.net] |
| Sent: | Saturday, February 20, 2010 10:07 AM |
| To: | Hotfile Support |
| Cc: | Rumen Stoyanov |
| Subject: | Re: PlanetSuzzy |

I think it must not appear in any way that we pay for advertising on a pornography site, where piracy activity obviously prospers.

Anton

```
2010/2/20 Hotfile Support <support@hotfile.com>:
>
> Hi,
> Those guy from PlanetSuzy wrote to me today, here is the ICQ conversation below:
>
> Kaktuz (09:34):
> We are bringing back now 3 services from the doom on psuzy.
> we have letitbit/sharingmatrix comming back and i want hotfile.com
> also sharingmatrix already starting and advertising with us & letitbit
> starts next week also.
> do u want to make a deal to ressurect hotfile.com also?
> its once in like 1 year we add few new hosts.
>
> ButcherBoy (09:36):
> ok, what you offer?
>
> Kaktuz (09:37):
> well smatrix pay 1k/month (we include their link in "each" opened new
> thread
> page) let it bit gonna havee a text ad across all forum + thread
> dedicated for them to explain people how to use them and the link goes to that thread.
> Kaktuz (09:37):
> and gonna pay 2k/m for that.
>
> + each of them gives 50premiums so mod can always check links and kill
> + the
> bad ones and so on.
>
> Kaktuz (09:37):
> so we need something along those lines.
> ButcherBoy (09:39):
> ok, I'll talk with other guys from our team and will contact you next
> week
```
This is in brief...
> What do you think about this?
>
> My personal opinion: on the one hand I am not so fascinated that we pay to advertise. We had such a need
> (and we proposed this to PlanetSuzy) before, but they banned us and we left it like this.
> Maybe we can ask them allow our site to again be "trusted".
> On the other hand, opinion is just an opinion, business is business—they were converting well (5% sale)
> and we may agree that they publish not just banners, but more of our links on the first pages in the topics.

1

CONFIDENTIAL                                                                                         HF02867918

```
>
> Andrei
>
>
>
>
>
> --
> http://www.hotfile.com
>
```

--
Regards,
Anton Titov

2

CONFIDENTIAL                                                      HF02867919


**TRANSPERFECT**

AFFIDAVIT OF ACCURACY

I, Jason Perkins, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02867918] from Bulgarian into English.

*[signature]*
Jason Perkins
601 Thirteenth Street NW
Suite 370 South
Washington, DC 20005

Sworn to before me this 3rd of December 2011.

*[signature]*
Signature, Notary Public

**Yvonne Butler**
**Notary Public, District of Columbia**
**My Commission Expires 9/14/2014**

_____
Stamp, Notary Public
Washington, DC