# Yeh Exhibit 106

Exhibit 106 - Hotfile Affiliates

| userid | domain |
|--------|--------|
| 95209 | warezrss.com |
| 1844790 | sharemusic.me |
| 13636 | hotfiledancemusic.blogspot.com |
| 13636 | hotfilewarez.blogspot.com |
| 13636 | uktop40chart.blogspot.com |
| 13636 | 123hotfile123.blogspot.com |
| 607200 | now-hotfilms-movies.blogspot.com |
| 805577 | downea.com |
| 805577 | netbks.org |
| 29430 | dxwarez.com |
| 29430 | extremepirate.com |
| 357296 | movies.egexa.com |
| 1273275 | getmywarez.com |
| 2164682 | todohdtv.com |
| 2960824 | divxfilmindir.net |
| 123671 | movizdb.com |
| 2058492 | audiobooksgratis.net |
| 115007 | mp3dload.com |
| 115007 | mp3dloads.com |
| 115007 | mp3dlood.blogspot.com |
| 682289 | movieindir.com |
| 183201 | books.hotfileindex.com |
| 183201 | hotfileindex.com |
| 183201 | software.hotfileindex.com |
| 349186 | warezturkey.net |
| 296430 | sharemovie.info |
| 1144976 | vtmovie.com |
| 50165 | warezq.info |
| 50165 | warezspot.info |
| 13041 | warezof.net |
| 362245 | mp3hdd.com |
| 18716 | warezcentral.org |
| 13039 | more-mp3.ru |
| 439781 | hotfilemp3.go.ro |
| 438081 | indirmovie.com |
| 1926356 | audiovideo4free.blogspot.com |
| 136155 | openwarez.ru |
| 288556 | easewarez.com |
| 288556 | warezboy.info |
| 388951 | videoramavideos.com |
| 2324855 | cyberwarez.info |
| 1924488 | cgwarez.com |
| 13048 | 1albums.com |
| 13048 | 1soundtracks.com |
| 13048 | free-albums.net |
| 13048 | full-albums.net |

Exhibit 106 - Hotfile Affiliates

| userid | domain |
|---|---|
| 13048 | full-mp3-albums.com |
| 13048 | maxalbums.com |
| 13048 | mp3-find.com |
| 13048 | mp3-soundtracks.com |
| 13048 | mp3albums.us |
| 13048 | mp3download.ws |
| 13048 | online-television.tv |
| 100401 | az-downloads.ucoz.com |
| 100401 | warez-elite.info |
| 71488 | darmowywarez.eu |
| 226246 | lukawarez.com |
| 1856877 | chili-warez.net |
| 38351 | ewares.org |
| 38351 | ewarezteam.com |
| 32852 | warezdownloadcenter.com |
| 1058731 | hotseatsmovies.com |
| 318838 | logicielwarez.bloguez.com |
| 2089604 | newmovies-download.info |
| 2089604 | online-freemovies.info |
| 1495393 | 720pmovies.com |
| 1495393 | rivawarez.com |
| 2156856 | jazzbluesandcobootleg.blogspot.com |
| 181214 | cdscompletos.biz |
| 181214 | cdscompletos.org |
| 26363 | full-version-download.org |
| 26363 | hotfiledownloads.org |
| 3101041 | realwarez.org |
| 1465030 | hotfilemovie.net |
| 1465030 | oneclickmovie.net |
| 510930 | fileserve-movies.com |
| 510930 | hotfile-movies.com |
| 510930 | infinitewarez.net |
| 510930 | wrzdown.com |
| 363197 | 300mbmoviesfile.blogspot.com |
| 1810741 | hugewarez.net |
| 312548 | hotfile.slack.pl |
| 303689 | deamonwarez.com |
| 303689 | freewarezddl.com |
| 303689 | warezcraft.com |
| 1771432 | warezrls.net |
| 2276613 | warezhackerz.com |
| 578378 | ware-z.net |
| 578378 | ware-z.org |
| 3358655 | dowloadwarez.info |
| 3358655 | waredownload.info |
| 171340 | rapidhotlinks.com |

Exhibit 106 - Hotfile Affiliates

| userid | domain |
|---|---|
| 3270152 | fullmp3indir.com |
| 170018 | latest-releases.com |
| 433019 | warezchi.com |
| 784569 | warezxtreme.org |
| 1788350 | free-soft-game-movie-ebook.blogspot.com |
| 1907103 | warezme.org |
| 357873 | bigwarez.org |
| 956650 | downloads.appsddl.com |
| 2671594 | getpcsofts.blogspot.com |
| 40859 | rapidsharemoviezone.com |
| 113428 | rapid-movies4everyone.blogspot.com |
| 464593 | 1stwarez.com |
| 605246 | elitewarez.hu |
| 1148984 | warezrobin.org |
| 1979479 | free-download-ebooks.com |
| 1979479 | free-download-song.com |
| 1979479 | gamedirectdownload.com |
| 1979479 | rsmoviedownloads.com |
| 1979479 | tvshows-dvd.com |
| 1205846 | http://warezqueens.com/forum/index.php |
| 842387 | filmdeposu.blogspot.com |
| 842387 | privatemoviez.blogspot.com |
| 2660156 | azmoviex.com |
| 1711796 | http://warezbul.com |
| 1792785 | filminndir.blogspot.com |
| 870126 | mp3-albums.net |
| 95223 | warezhaven.org |
| 638204 | seekwarez.com |
| 706109 | mmawarez.org |
| 706109 | onelinkmovies.ws |
| 654641 | warez-home.com |
| 193536 | onlywarez.org |
| 446362 | bibemwarez.mlap.hu |
| 1597896 | downhotfile.com |
| 1597896 | downmoviesfree.com |
| 446362 | warezhegy.mlap.hu |
| 42477 | http://alpha-warez.net |
| 1246874 | filmindirevi.com |
| 1221460 | storedivx.com |
| 567540 | french-movies.net |
| 130833 | mp3find.pl |
| 2787144 | moviereleased.net |
| 2005949 | hdmoviedb.com |
| 1744900 | warezleech.net |
| 407534 | uniquewarez.info |
| 918962 | filmsandgames.com |

Exhibit 106 - Hotfile Affiliates

| userid | domain |
|---|---|
| 14830 | movies-megaupload.com |
| 315749 | mp3nvideo4u.blogspot.com |
| 156942 | counterwarez.info |
| 1589131 | fullrelease.net |
| 136126 | freedownloadmovie.us |
| 1388032 | movies.ohfree.net |
| 208029 | hq-arena.com |
| 541502 | downloads-files.com |
| 163451 | warezkingdom.org |
| 2841811 | perfectmusiconline.com |
| 51653 | warez-ape.com |
| 51653 | warezall.com |
| 51653 | warezflix.com |
| 2486604 | warezsfx.com |
| 115909 | piratadosdownloads.hostoi.com |
| 115909 | piratadownloads.net |
| 233961 | heavenwarez.com |
| 13045 | hotfile123.com |
| 13045 | hotfilesearch.com |
| 3009882 | newreleasesdvd.net |
| 2591247 | unlimitedwarez.info |
| 89743 | blwarez.com |
| 33864 | robowarez.net |
| 141418 | WarezPredator.Com |
| 2209786 | http://himym4mobil.co.cc |
| 1778829 | movies4ever.net |
| 1778829 | warez-instinct.net |
| 23597 | warezhouse.pl |
| 1629470 | freemoviemarket.com |
| 2804120 | latestpirate.com |
| 2804120 | warez-bd.info |
| 1767397 | warez-mania.org |
| 966807 | riverwarez.blogspot.com |
| 966807 | warez-river.com |
| 966807 | warezdownload.tk |
| 14384 | warezengine.org |
| 344050 | ebook-freelibrary.blogspot.com |
| 920147 | downloadtvb.blogspot.com |
| 920147 | downloadtvbnow.blogspot.com |
| 18000 | futurama-online.co.cc |
| 52743 | warez.z-lister.pl |
| 14996 | madwarez.info |
| 14996 | madwarez.org |
| 13772 | mp3db.ru |
| 665232 | dizifilminndir.blogspot.com |
| 809136 | ilkwarez.com |

Exhibit 106 - Hotfile Affiliates

| userid | domain |
|--------|--------|
| 1017680 | indiricem.com |
| 459973 | mp3albumleri.blogspot.com |
| 13425 | hq-movies.in |
| 13425 | http://hq-movies.in |
| 158444 | moviespack.com |
| 2488262 | http://hotfilowo.ugu.pl/index.php |
| 159895 | 1hotfile.com |
| 736037 | hotfilemafia.com |
| 1613968 | divixvadasz.blogspot.com |
| 40027 | dl-warez.com |
| 13669 | igotwarez.com |
| 40027 | warez-downloads.org |
| 49003 | warez.vn |
| 40027 | warezcrackserial.com |
| 40027 | warezdatabase.com |
| 40027 | warezfanatics.com |
| 145145 | warezo.net |
| 3438565 | fileathotfile.blogspot.com |
| 1374986 | hotfile24.pl |
| 50556 | HQwarez.info |
| 639206 | http://hannahmontanaletoltesek.blog.hu |
| 87604 | wareztree.com |
| 50556 | warezwizard.info |
| 147231 | sharedwarez.info |
| 147231 | wantedwarez.info |
| 147231 | warezbank.info |
| 147231 | warezcrack.info |
| 1497738 | downloadsturbo.net |
| 1497738 | http://soundtrack-highquality.blogspot.com |
| 265011 | maxiwarez.com |
| 3915466 | movi3plus.blogspot.com |
| 40048 | warezik.eu |
| 1051509 | http://downloadingmovie.blogspot.com |
| 1115722 | dvdfilmindir.org |
| 1961829 | mkvmovies-dvdrips.blogspot.com |
| 1238981 | warez-bg.net |
| 1474603 | warez.freei.me |
| 1725899 | wazaa-bb.com |
| 14219 | watchflicksonline.com |
| 564667 | lewwarez.boo.pl |
| 379909 | moviestvseriesbucket.blogspot.com |
| 3395153 | triniwarez.com |
| 312210 | http://clipstwoshare.blogspot.com |
| 234913 | in-warez.com |
| 774953 | loudwarez.pl |
| 460105 | new-movies4u.blogspot.com |

Exhibit 106 - Hotfile Affiliates

| userid | domain |
|---|---|
| 364080 | Smartwarez.org |
| 30537 | smartwarezworld.com |
| 449926 | warez-vietnam.org |
| 22932 | warez32.com |
| 143855 | warezcc.org |
| 1982908 | warezdeck.com |
| 30537 | warezgalaxy.org |
| 2775297 | yerlidivx.com |
| 3515456 | bookshared.com |
| 4306314 | childrenincinema-clips.blogspot.com |
| 3360281 | descargas-tiburon.blogspot.com |
| 3515456 | dlall4free.com |
| 3757681 | downloading-now.blogspot.com |
| 3757681 | filmlerimiz.co.tv |
| 1940548 | free-onlinestorage.com |
| 2478581 | fulldownloadzone.org |
| 89524 | hflinks.com |
| 1640418 | http://hotfilemoney.vgh.pl |
| 413893 | http://top-softwares-download.blogspot.com |
| 2845341 | livingshare.com |
| 22590 | netwarez.net |
| 2127033 | onelinkmovie.net |
| 270203 | scwarez.com |
| 1645149 | warezmania.info |
| 22590 | worldgamesdownload.com |
| 22590 | ws-films.ws |
| 253557 | asianhorrordvd.blogspot.com |
| 253557 | ebookmagnate.blogspot.com |
| 4486166 | filmindirt.org |
| 4486166 | fullmp3indir.org |
| 3104367 | ghostwarez.com |
| 1512331 | ingyenfilmekitt.5mp.eu |
| 253557 | moviestvseries.com |
| 24453 | tv-dizisi.net |
| 253557 | tvmagnate.blogspot.com |
| 1475530 | warez-4ever.org |
| 1897133 | anti4warez.com |
| 325503 | bdwarezfreak.info |
| 13464 | bewarez.org |
| 148931 | blog.dreamnshare.org |
| 34986 | downloadfreemoviez.info |
| 303569 | downloadult.blogspot.com |
| 4200470 | film-indir.org |
| 1897133 | forum.anti4warez.com |
| 34986 | free-ebook-download.net |
| 540485 | freeapplestore.net |

Exhibit 106 - Hotfile Affiliates

| userid | domain |
|---|---|
| 325503 | hq-videos4u.blogspot.com |
| 1777180 | http://download300.info |
| 24935 | http://megadownloadworld.blogspot.com |
| 610353 | javdownloader.blogspot.com |
| 13464 | lostwarez.com |
| 2165857 | moresharing.com |
| 13464 | rswarez.net |
| 13464 | rswarez.org |
| 3223927 | sixtailjavmovies.com |
| 1597862 | wowfilmler.com |
| 3659245 | captain-amarica-2011.blogspot.com |
| 3659245 | downloadingisfree.blogspot.com |
| 3659245 | downloadingisfree.com |
| 3659245 | downloadingisfreexxx.blogspot.com |
| 1216817 | dvdripindir.com |
| 53919 | filmcool.ru |
| 2226211 | filmdir.ucoz.net |
| 501938 | filmstvshows.blogspot.com |
| 4528296 | filmx5.com |
| 34431 | hotfile-forum.net |
| 230466 | hotfile.linkstoanything.com |
| 759400 | hotfileheaven.blogspot.com |
| 1216085 | hotfileporn.info |
| 38486 | hotfileprotect.com |
| 759400 | hotfiletv.blogspot.com |
| 461011 | iv.katzfree.com |
| 461011 | jav.katzfree.com |
| 1216817 | kalitelidivx.com |
| 461011 | katzfree.com |
| 1434178 | kosdownloads.com |
| 4528296 | mp3-film-indirme.konusu.net |
| 3241549 | pinoywarez.ph |
| 2200055 | rapidshare-porn.com |
| 213504 | simplewarez.info |
| 2255495 | tvbsharing.blogspot.com |
| 495370 | warezdesign.com |
| 495370 | warezone.biz |
| 213504 | warezrocker.info |
| 1782013 | warezslavez.tk |
| 1534284 | 3rabwarez.com |
| 1084357 | deathwarez.org |
| 24415 | e-softwarez.co.cc |
| 1461309 | freeall.donkiehost.com |
| 122425 | freeero.info |
| 2165251 | freemp3albumsdownload.com |
| 34144 | hotfile.200u.com |

Exhibit 106 - Hotfile Affiliates

| userid | domain |
|---|---|
| 114158 | hotfilefactory.net |
| 75702 | hotfileserve.ws |
| 124778 | http://freepspapplications.blogspot.com |
| 124778 | http://freethemesctf.blogspot.com |
| 124778 | http://pspfreemovies.blogspot.com |
| 1797684 | macedonianwarez.com |
| 1168385 | moviesweekends.blogspot.com |
| 178659 | ninjawarez.org |
| 2165251 | onlinefiledownload.com |
| 1064662 | packettracerdownload.com |
| 1461309 | todo-4u.blogspot.com |
| 178659 | warez-witch.com |
| 178659 | warezbitch.net |
| 75702 | warezchick.com |
| 1954278 | warezio.hitowy.pl |
| 75702 | wareznova.com |
| 178659 | warezphantom.com |
| 114158 | warezsource.org |
| 2344569 | warezturkish.com |
| 178659 | warezwitch.com |
| 3397014 | wowwarez.com |
| 2811207 | acessedownload.blogspot.com |
| 664442 | all-in-one-download.blogspot.com |
| 1210242 | blurayindir.com |
| 1245872 | downloadpresent.com |
| 492254 | kalitelifilmvebelgesel.com |
| 447389 | myavshare.tk |
| 1163675 | myebook2share.blogspot.com |
| 113179 | papashare.info |
| 1320151 | ptinfodownloads.com |
| 1316425 | tcdownload.us |
| 110978 | thewarezbay.org |
| 1558926 | warezprivate.net |
| 2961291 | allmoviespack.com |
| 281509 | candysharez.com |
| 2175064 | cz-download.blogspot.com |
| 2175064 | download-worlddj-videoclip.blogspot.com |
| 1716346 | dwshare.com |
| 58228 | fastfreedownload.info |
| 4006923 | filmekostenlosansehen.de |
| 2303215 | filmy-programy.blogspot.com |
| 144527 | freehotfile.com |
| 1370079 | hiroshimamovies.blogspot.com |
| 146296 | hotfile-town.blogspot.com |
| 1946336 | hotfile9.com |
| 1946336 | hotfilelab.com |

Exhibit 106 - Hotfile Affiliates

| userid | domain |
|--------|--------|
| 1659200 | hotfileyukle.com |
| 146347 | ifilmme.com |
| 208347 | scenedownload.com |
| 79313 | sea-of-freedom.ucoz.com |
| 79313 | seaoffreedom.ucoz.com |
| 14764 | sharedbb.com |
| 43011 | war3zunlimit3d.com |
| 788129 | warezbeat.com |
| 915683 | warezdeluxe.net |
| 281509 | warezsuperkings.com |
| 2079361 | warzem.net |
| 2079361 | warzex.net |
| 79903 | zmovie4u.com |
| 2776102 | download.serienjunkies.org |
| 90851 | download4arab.blogspot.com |
| 37999 | downloadrepertoir.info |
| 13369 | freedowns.net |
| 3699626 | hdownload.org |
| 353998 | http://b-share.com |
| 150524 | http://triniwarez.com |
| 2597321 | impulsewarez.com |
| 2263073 | luckywarez.info |
| 2263073 | nicewarez.info |
| 1915100 | warez-town.info |
| 1492242 | warez2000.ru |
| 871726 | 1clickmovies.net |
| 1465177 | 3gpdizifilmindir.tr.gg |
| 135276 | carmenmovies.com |
| 2656548 | clubwarez.ws |
| 3041270 | divxmovie.us |
| 3041604 | dvdfanatic.pl |
| 2309693 | freebus.info |
| 1780136 | freedownloadmusicblog.com |
| 602348 | freewallpapers.ucoz.net |
| 508170 | http://freshwarez.org |
| 990379 | javfreeus.com |
| 1879592 | madwarez.pl |
| 149548 | mafiawarez.com |
| 2526989 | mp3indirdownload.blogspot.com |
| 149548 | otherwarez.com |
| 1915022 | warez-tv.org |
| 1041837 | warez.shraf.net |
| 1998815 | warezipp.us |
| 4202385 | warezs.net |
| 3210026 | warezsitesi.com |
| 328930 | websharebb.blogspot.com |

Exhibit 106 - Hotfile Affiliates

| userid | domain |
|---|---|
| 2278797 | xvid-asd.blogspot.com |
| 2562800 | 9share.org |
| 598898 | divxmerkezi.org |
| 2972118 | downfile.webfreehosting.net |
| 50031 | download300mbmovies.com |
| 2719412 | dvd.vesporn.com |
| 3012698 | ebookdown.info |
| 1096218 | filmizar.com |
| 1870228 | free-livres.blogspot.com |
| 1004739 | freegaydar.blogspot.com |
| 1895658 | freeonlineguide.info |
| 580892 | freesoft32.net |
| 2034795 | hd4share.com |
| 69052 | http://omniafree.net |
| 621893 | mkvmovie.tk |
| 208706 | nicemoviesdvd.blogspot.com |
| 248697 | riskysmovies.com |
| 2904179 | rubikfilm.com |
| 153192 | shared4u.freehostia.com |
| 153192 | shared4u.org |
| 580892 | softwarez.50gigs.net |
| 81940 | warez-nt.pl |
| 21645 | world-of-warez.ru |
| 490157 | arafilms.net |
| 414531 | avmdownload.com |
| 369961 | beyondwarez.com |
| 2648690 | bpviddownload.blogspot.com |
| 2010720 | crazy2shares.com |
| 443192 | divxyurdu.net |
| 2805741 | download4all.freetzi.com |
| 2509460 | ebook4share.info |
| 111966 | enlacewarez.com |
| 119236 | filesonicdownload.com |
| 1609434 | forumdownload.biz |
| 1248917 | free-mixed-porn.thumblogger.com |
| 14887 | free-teenz.com |
| 2914773 | freeanime.dtiblog.com |
| 697326 | full-version-softwarez.blogspot.com |
| 253031 | giwarez.blogspot.com |
| 15133 | hotfiledownloader.info |
| 15133 | hotfilemovies.info |
| 2010720 | http://crazysharescom.blogspot.com |
| 131086 | http://hdflix.org |
| 712369 | http://hotfile4rum.net |
| 712369 | http://hotfileforum.info |
| 153232 | http://movieforfree.info |

Exhibit 106 - Hotfile Affiliates

| userid | domain |
|---|---|
| 81811 | kingwarez.pl |
| 3661526 | latestuploads.wordpress.com |
| 490157 | movies.arafilms.net |
| 1827793 | musicfreedown.com |
| 744347 | nekmovies.com |
| 1662297 | plztodownload.com |
| 2762014 | seventorrents.com |
| 1353613 | sharedvn.net |
| 4553964 | tofree.net |
| 119236 | ugotfiledownload.com |
| 680690 | ugotmovie.co.cc |
| 119236 | warezhotfile.com |
| 397170 | warezqueens.com |
| 703293 | all-downloads-full.blogspot.com |
| 22148 | all-greys-anatomy.blogspot.com |
| 3093853 | aydownload.net |
| 139207 | download4free.us |
| 4223674 | easy-rewards.blogspot.com |
| 670493 | ex-warez.com |
| 2236616 | extreme.punk-warez.com |
| 435417 | filmindir.tk |
| 3314017 | filmletoltes.co.tv |
| 995937 | free-for-desktop.blogspot.com |
| 139207 | freealldownload.us |
| 424013 | freebookdd.blogspot.com |
| 139207 | freedownload-directory.blogspot.com |
| 995937 | freefromdragon.blogspot.com |
| 2197527 | freefullporndownloads.com |
| 139207 | freemoviesdownload.us |
| 1299492 | freemovieshare.org |
| 2673506 | freetu.com |
| 15601 | freshdownloads.org |
| 2197527 | fsdwarez.org |
| 2362854 | goldshare.net |
| 2791089 | heart-hackerz.webs.com |
| 1784245 | hitfilmler.com |
| 875847 | hitzwarez.com |
| 875847 | hitzwarez.net |
| 139207 | hotfilemoviedownload.blogspot.com |
| 139207 | http://hotfilemoviedownload.blogspot.com |
| 2431915 | http://hotpornfiles.thumblogger.com |
| 214879 | http://hotwarez.us |
| 1804177 | latestmoviez.net |
| 3580873 | leordeni-sharezone.forumhit.ro |
| 2625546 | lydownload.com.br |
| 2072311 | movie-releases.net |

Exhibit 106 - Hotfile Affiliates

| userid | domain |
|--------|--------|
| 2208168 | moviemaniax.dtiblog.com |
| 139207 | multilinkdownload.blogspot.com |
| 25366 | project-warez.org |
| 92366 | pspwarez.cz.cc |
| 139207 | share4free.us |
| 578544 | toxic-warez.net |
| 3979190 | warez7.com |
| 27149 | warezdemons.com |
| 2641264 | warezeffect.com |
| 94530 | wareznxt.info |
| 27149 | warezpoets.com |
| 4924082 | warezpt.com |
| 327603 | wareztunnel.com |
| 1208795 | dasamovies.com |
| 372297 | dmzwarez.info |
| 1471502 | download34.com |
| 2074795 | downs-tube.blogspot.com |
| 414165 | free3dstuff.net |
| 125474 | freefilen.com |
| 1826858 | freeloads.org |
| 4153306 | freshwarez.org |
| 216469 | go2share.info |
| 825230 | gotwarez.org |
| 835549 | hitfilmindir.com |
| 394365 | http://allwarezs.3dn.ru |
| 106617 | http://download-movies-4free.blogspot.com |
| 1224234 | http://software2downloads.blogspot.com |
| 39337 | http://superfilm.in.ua |
| 30502 | http://warez2u.info |
| 469663 | megamovie.us |
| 44382 | mostiwarez.com |
| 2136037 | movies.where-to-donate.com |
| 91446 | moviessexscenes.com |
| 799680 | moviezriplatino.blogspot.com |
| 263079 | nitrowarez.com |
| 263079 | nonamewarez.com |
| 44382 | perfectwarez.com |
| 39272 | rlswarez.com |
| 93050 | seriesfree.biz |
| 4570655 | shared4u.me |
| 2557554 | tambay-warez.blogspot.com |
| 65612 | toxicdownloads.net |
| 556929 | tvseries.me |
| 153781 | warez-website.com |
| 153781 | warezinc.com |
| 275541 | cinematecaweb.blogspot.com |

Exhibit 106 - Hotfile Affiliates

| userid | domain |
| --- | --- |
| 3314634 | dailysoftwarez.net |
| 3699946 | downloadanything.info |
| 621211 | downloadcheapmovies.net |
| 1339326 | downloadhaven.net |
| 2815405 | downmovies.info |
| 1448160 | dvdfullgratis.blogspot.com |
| 43666 | extrawarez.pl |
| 1450194 | filesfree.info |
| 2890167 | filmekingyen.com |
| 486585 | filmresponse.com |
| 4376717 | filmsvijay.blogspot.com |
| 4446643 | free4you.look.in |
| 1299191 | freeamateursexvideos.net |
| 2974135 | freeanimemusic2012.blogspot.com |
| 2974135 | freebook2012.blogspot.com |
| 128180 | gutomuploads-movies.blogspot.com |
| 366541 | hf-rs-nl-movies.blogspot.com |
| 1658228 | hongchen.unsidewarez.com |
| 386750 | hotfile888.blogspot.com |
| 1252742 | hotfilecom.boo.pl |
| 3491224 | hotfilecom.ugu.pl |
| 91630 | hotfilelinks.net |
| 1339326 | hotfilez.net |
| 2547695 | http://dl4all.movie-4share.com |
| 839050 | http://downloadfree-sarker.blogspot.com |
| 1884757 | http://hotfile-documentaries.blogspot.com |
| 1406560 | http://hotfile-zone.blogspot.com |
| 1339326 | http://hotfilemoney.tk |
| 606822 | http://warezgang.com |
| 596868 | ihotfile.info |
| 421747 | latestporn.net |
| 1257177 | leechlist.freemoviezdl.com |
| 4446142 | megafile.blog28.fc2.com |
| 2547695 | movie-4share.com |
| 58367 | moviesafe.net |
| 61115 | moviewarez.org |
| 38296 | netshared.net |
| 2206619 | pinoy-warez.com |
| 92430 | royalwarez.org |
| 621211 | seenthismovie.com |
| 1925758 | stickamdownload.co.cc |
| 2061683 | topmoviex.com |
| 1421550 | warez-legend.com |
| 3735787 | warez-place.com |
| 45445 | warez4u.pl |
| 3740403 | warezer.com |

13

Exhibit 106 - Hotfile Affiliates

| userid | domain |
|--------|--------|
| 3740403 | warezer.paralaksa.biz |
| 3001154 | warezforum.biz |
| 3069236 | warezjunky.com |
| 3069236 | warezkillerz.com |
| 1250400 | warezmy.net |
| 3813374 | warezraged.com |
| 284911 | warezshot.com |
| 93341 | warezunion.org |
| 2987041 | world-film.net |
| 2594908 | 24hshared.com |
| 439380 | 300mbmovies.info |
| 500922 | 300mbmovies.org |
| 439380 | 300mbmoviez.info |
| 41719 | aswarez.com |
| 2207290 | av-freedownload.blogspot.com |
| 31939 | azmovie.net |
| 290915 | babaaz.justfree.com |
| 1577104 | bananashare.org |
| 2100280 | bestfreewareprograms.blogspot.com |
| 2539654 | blog.xvidivx.com |
| 3298797 | centraldowgratis.blogspot.com |
| 3271547 | cpcmovie.blogspot.com |
| 2045270 | d-movies.net |
| 541649 | depositfileshare.com |
| 4648654 | digratisps3.blogspot.com |
| 3036969 | divx-indir.net |
| 3061700 | divxindir.us |
| 1549211 | divxodasi.com |
| 630937 | downloadlinkers.blogspot.com |
| 4735113 | downloadturk.net |
| 3271585 | e4downloads.com |
| 467738 | exploze4.free.fr |
| 3057309 | filesonicwarez.net |
| 1906612 | film-birodalom.blogspot.com |
| 3271585 | filmesemhd.com |
| 3670676 | filmindirsenee.blogcu.com |
| 206885 | filmonl.com |
| 1554121 | filmtakimi.com |
| 15172 | free-itunes-us.blogspot.com |
| 1351721 | freeeasymoneyebooks.blogspot.com |
| 4423801 | fulldownload1.tr.gg |
| 2903683 | hdbluraymovie.com |
| 4225207 | hentaifree.dtiblog.com |
| 186565 | hotfiledwarez.org |
| 2380832 | http://download208.mediafire.com/jmnwjqs91k0g/w5 |
| 670195 | http://downthemfree.blogspot.com |

Exhibit 106 - Hotfile Affiliates

| userid | domain |
|--------|--------|
| 91530 | http://free-soft-games.blogspot.com |
| 2474287 | http://free4downloads.over-blog.com |
| 1476182 | http://freegame4mobile.com |
| 1690756 | http://warezposts.com |
| 703434 | ilovewarez.com |
| 77351 | kinofilmfree.com |
| 1479239 | leechsource.com |
| 787948 | lightdownload.com |
| 2179671 | mediamovie.net |
| 598799 | myfilmindir.com |
| 549501 | myworld4free.co.cc |
| 307097 | osawarez.pl |
| 153215 | perfectwarez.info |
| 15195 | rapid-soft.info |
| 68960 | rapidsharedownload.net |
| 68960 | rsdownload.net |
| 430566 | singlewarez.com |
| 4599632 | universo-warez.net |
| 41719 | urbanwarez.net |
| 369441 | usawarez.net |
| 2002850 | videosgratisbr.com |
| 1515086 | ware2share.blogspot.com |
| 153215 | warez-core.com |
| 2100582 | warez-king.com |
| 2028388 | warez4rum.co.cc |
| 500922 | warezbd.com |
| 1499207 | warezbul.com |
| 94799 | warezevo.com |
| 94799 | warezfreak.in |
| 373381 | warezhub.info |
| 266299 | warezlord.net |
| 1690756 | warezmeridian.com |
| 1690756 | warezmeridian.info |
| 227284 | warezs.ipp.lt |
| 24853 | wicked-warez.com |
| 1515086 | z-warez.com |
| 844689 | alienwarez.my3gb.com |
| 3590493 | bestfilmindir.blogspot.com |
| 2560121 | buzzwarez.org |
| 180571 | danielwarez.info |
| 4482502 | download-unlimited-movies.webs.com |
| 406870 | download2x2.blogspot.com |
| 1464088 | downloadeverything.tk |
| 478684 | downloadfrost.com |
| 1955762 | downloadmoon.com |
| 657873 | downloadspot.org |

Exhibit 106 - Hotfile Affiliates

| userid | domain |
|--------|--------|
| 2586690 | downloadstotal.com |
| 2646273 | everyfiles.com |
| 446380 | fileupping.blogspot.com |
| 4741943 | free-movies2011.blogspot.com |
| 3579813 | free-ringtones-download.ws |
| 49386 | freebooksplanet.msk.ru |
| 486127 | freedl3x.blogspot.com |
| 3427072 | freedownloads4all.isgreat.org |
| 3537353 | freshdownloadto.info |
| 2818235 | get-the-movies.com |
| 4623322 | hya-movie.blogspot.com |
| 2187323 | mediafire4u.info |
| 2294104 | mega-download-centre.blogspot.com |
| 315157 | rapidmovie.net |
| 1968301 | rapidmovie.org |
| 581829 | rapidshareuploads.blogspot.com |
| 2359546 | ultimatewarez.org |
| 637727 | warena.org |
| 2560121 | warez-allddl.com |
| 3496632 | warez-go.net |
| 92995 | warez-house.info |
| 49663 | warez-ir.com |
| 2961094 | warez-jb.com |
| 478684 | warez-lib.com |
| 31950 | warez-vn.info |
| 3232876 | warez.comcentar.com |
| 759180 | warez.webcomme.ru |
| 49663 | warez1.warez-ir.com |
| 2095496 | warezauto.info |
| 97667 | warezeva.in |
| 180571 | warezforum.in |
| 156109 | warezgifts.info |
| 1774770 | warezisit.com |
| 2749627 | warezlabs.com |
| 2205769 | warezlovers.org |
| 2234837 | warezmasti.com |
| 822845 | warezrace.com |
| 41495 | warezshare.com |
| 114650 | warforyou.cz |
| 1802887 | afullsoftware.blogspot.com |
| 2489646 | filesonic-zone.blogspot.com |
| 4046742 | filmesgratisdown2010.blogspot.com |
| 1266824 | freedownload4.blogspot.com |
| 2495673 | freelancers.vn |
| 3322393 | freemovietorrents.webs.com |
| 20274 | freenulledscriptz.com |

Exhibit 106 - Hotfile Affiliates

| userid | domain |
|---|---|
| 100658 | fullpedia.blogspot.com |
| 529899 | hotfile-kasa.yoyo.pl |
| 1972046 | hotfile.eu5.org |
| 2803296 | hotfileav.com |
| 1995531 | hotfilefeeder.com |
| 96230 | hotfilego.site11.com |
| 799654 | hotfiles.wu.lt |
| 306904 | hotfilewarez.org |
| 1469795 | http://sharefiles4money.blogspot.com |
| 487961 | http://ultimatewarezportal.blogspot.com |
| 2221388 | mania-warez.eu |
| 2221388 | mania-warez.eu/forum.php |
| 1670597 | piratamania.com |
| 15498 | pirataweb.net |
| 485902 | pirateaccess.info |
| 1013731 | rapid-torrent.blogspot.com |
| 1623823 | rapidall.com |
| 1989462 | rapidseriez.blogspot.com |
| 1860152 | rapidshare-megaupload-torrents.blogspot.com |
| 1860152 | rapidshare-megaupload-torrents.weebly.com |
| 1860152 | rapidshare-torrents.blogspot.com |
| 5121635 | torrentz-download-casanova.blogspot.com |
| 2024570 | trancedownloader.ru |
| 1456106 | tv-holidays.blogspot.com |
| 746081 | ware.vn |
| 1627440 | warez-4m.org |
| 557601 | warez-download.us |
| 4090123 | warez-home.net |
| 2502891 | warez-port.com |
| 4143529 | warez-r.webs.com |
| 2217359 | warez-simple.org |
| 313122 | warez-tr.com |
| 1642370 | warezbolivia.com |
| 4361224 | warezbull.ws |
| 3161011 | warezfullpro.com |
| 4308021 | warezfun.com |
| 179772 | warezgods.info |
| 2644746 | warezholicari.com |
| 1533133 | warezik.ubf.pl |
| 1143395 | warezlegacy.com |
| 198031 | warezlegend.org |
| 1241432 | warezltd.com |
| 986862 | warezmi.com |
| 234607 | warezn.com |
| 322144 | warezshares.com |
| 3277464 | warezshark.com |

Exhibit 106 - Hotfile Affiliates

| userid | domain |
|---|---|
| 908686 | warezsl.org |
| 908686 | warezsl.ws |
| 1995545 | warezslavez.com |
| 854747 | warezspeed.org |
| 18437 | wareztown.org |
| 68765 | warezua.org.ua |
| 68765 | warezua.ru |
| 469141 | warezyukle.com |