# Yeh Exhibit 108

Case 1:11-cv-20427-KMW   Document 109-5   Entered on FLSD Docket 08/03/2011   Page 2 of 3

# P09000085335

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



800161783968



FILED 2009 OCT 20 AM 11:09 SECRETARY OF STATE TALLAHASSEE, FLORIDA

prin & mailing
address change
AL
10/20/09

## Ramsey, Annette

**From:** Constantin Luchian [cl@incorporatenow.com]
**Sent:** Tuesday, October 20, 2009 9:44 AM
**To:** Ramsey, Annette
**Subject:** Address change for Lemuria Communications Inc.

Hello,

Could you please change the Principal Address and Mailing Address of Lemuria Communications Inc. (Document Number: P09000085335) to the following:

401 E. Las Olas Blvd.
Suite 130-508
Fort Lauderdale, FL 33301

Thank you,

*Constantin Luchian*
*InCorporate Now Inc.*
*110 E Broward Blvd., Suite 1700*
*Fort Lauderdale, FL 33301*
*cluchian@incorporatenow.com*
*Office: 954.237.3587*
*Fax: 954.302.2771*

FILED 2009 OCT 20 AM 11:09 SECRETARY OF STATE TALLAHASSEE, FLORIDA

10/20/2009