# Yeh Exhibit 109

