# Yeh Exhibit 110



## Statistical Analysis Of Files Downloaded From Hotfile

Representative sample of 1,750 files

- .5% - Illegal
- 4.5% - Unknowable
- 4.8% - Noninfringing

90.2% of files are copyright infringements

*Conducted by Dr. Richard Waterman, Wharton School, University of Pennsylvania

Appendix B, SUF 10(a)(i)