# Yeh Exhibit 111

