# Yeh Exhibit 112

# Nearly All Hotfile Uploaders Are Copyright Infringers



1,235 Hotfile users from statistics study

98.7% of uploaders are copyright infringers*

*Each user shown to have uploaded blatantly copyright infringing works for public distribution

Appendix D, SUF 10(a)(ii)