# Yeh Exhibit 113



Hotfile Forced To Delete Majority Of Files Ever Downloaded

More popular files more likely to have to be deleted for copyright infringement

Percent of Files Deleted — Number of Downloads: 1+ 68%, 5+ 72%, 10+ 74%, 25+ 76%, 57+ 78% (Average for downloaded files), 100+ 79%, 200+ 80%

Legend: Files deleted as infringing or when uploader terminated as "repeat infringer"

Appendix E, SUF 10(a)(iii)