# Yeh Exhibit 114



Hotfile Users Overwhelmingly Identified As Infringers

The more they upload the more they infringe

Appendix F, SUF 10(a)(iv)