# Yeh Exhibit 115

