# Yeh Exhibit 116



