# Yeh Exhibit 117

# Nearly All Hotfile's Top 500 Affiliates Terminated As Repeat Copyright Infringers

## After This Litigation

### Highest Paid Affiliates Terminated as Repeat Infringers

**444 of 500**



89% terminated as repeat infringers post-litigation

|  | Total | Average per User | Downloads of Files |
|---|---|---|---|
| Hotfile strikes* | 6,768 | 15.24 | |
| Actual strikes from infringement notices** | 56,312 | 126.82 | |
| Files uploaded after 3rd notice | 7,911,940 | 17,819 | 612,136,166 |

*Hotfile only began assigning strikes on 2/18/11
**Strikes Hotfile should have assigned from pre 2/18/11 infringement notices, but did not

**Hotfile paid these repeat infringers**