# Yeh Exhibit 118

