Sealed

# United States District Court
# Southern District of Florida

Case Number: 11-20427 CV-Williams

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to the supplemental paper "court file" in the division where the Judge is chambered. These attachments must not be placed in the "chron file".

☒ **NOT SCANNED**

☐ Due to Poor Quality

☐ Bound Extradition Papers

☐ Photographs

☐ Surety Bond (Original or Letter of Understanding)

☐ CD or DVD (Court Order or Trial Purposes only)

☒ Other: Exhibit 119 Disk

☐ **SCANNED**

☐ But Poor Quality

☐ Habeas Cases (State Court Record/Transcript)

Date: 2/21/12