(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 11-20427-WILLIAMS/TURNOFF
CV

Disney Enterprises, Inc. et al.

Plaintiff

v.

Hotfile Corp. et al.

Defendant

### SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Karen L. Stetson, Esq.
Address: Gray-Robinson, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131
Telephone: (305) 416-6880

On behalf of (select one):    ☒ Plaintiff    ☐ Defendant

Date sealed document filed: 2/21/2012
If sealed pursuant to statute, cite statute: _____
If sealed pursuant to previously entered protective order, date of order and docket entry number: Dkt. 227 (1/17/2012)

The matter should remain sealed until:
☐ Conclusion of Trial          ☐ Arrest of First Defendant
☒ Case Closing                 ☐ Conclusion of Direct Appeal
☐ Other: _____
☐ Permanently. Specify the authorizing law, rule, court order:

The moving party requests that when the sealing period expires, the filed matter should be (select one):
☐ Unsealed and placed in the public portion of the court file    ☐ Destroyed
☒ Returned to the party or counsel for the party, as identified above

Warner's Reply Memorandum Of Law In Support Of Motion To Permit Use At Trial Or Summary Judgment Of Titov Ex. 27 In Its Entirety.

Attorney for: Plaintiff