UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

## [PROPOSED] ORDER GRANTING WARNER BROS. ENTERTAINMENT INC.'S MOTION TO FILE DOCUMENT UNDER SEAL [289]

Upon consideration of Warner Bros. Entertainment Inc.'s Motion to File Document

Under Seal, and all of the papers submitted in support thereof, Warner's request to file document

under seal is GRANTED.

It is hereby ORDERED that Plaintiffs be permitted to file the following document under

seal and that the following document remain under seal until the conclusion of the case:

Warner's Reply Memorandum Of Law In Support Of Motion To Permit Use At Trial Or Summary Judgment Of Titov Ex. 27 In Its Entirety.

DONE AND ORDERED in chambers at Miami, Florida this ____ day of _____ 2012.

William C. Turnoff
United States Magistrate Judge

cc: All Counsel of Record