UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*    /

### REQUEST OF DEFENDANT/COUNTERCLAIMANT HOTFILE CORPORATION FOR ORAL ARGUMENT ON THE MOTION OF PLAINTIFF/COUNTER-DEFENDANT WARNER BROS. ENTERTAINMENT INC. FOR SUMMARY JUDGMENT ON HOTFILE'S COUNTERCLAIM

Pursuant to Local Rule 7.1(b), Defendant/Counterclaimant Hotfile Corporation ("Hotfile"), hereby respectfully requests that the Court conduct oral argument or hearing on the Motion of Plaintiff/Counter-Defendant Warner Bros. Entertainment Inc. ("Warner"), for Summary Judgment on Hotfile's Counterclaim against Warner. This case and Warner's summary judgment motion on Hotfile's counterclaim, present a number of technical issues pertaining to the operation of the Hotfile.com site and Warner's deletion of content from Hotfile

through use of a Special Rightsholder Account. Hotfile would like the opportunity to explain these important issues to the Court and for the Court to have an opportunity if it wishes to ask questions of the parties and believes that a hearing will be of benefit to the Court. Hotfile believes that 30 minutes should suffice for the hearing or oral argument on Warner's Motion for Summary Judgment on Hotfile's Counterclaim, if that is convenient to the Court's schedule.

**CERTIFICATE OF GOOD FAITH ATTEMP TO RESOLVE**

I hereby certify that pursuant to Local Rule 7.1(a)(3), prior to filing this motion, counsel for Hotfile, Janet T. Munn, communicated with counsel for Warner, Steven B. Fabrizio, by e-mail and that Warner, while not agreeing that a hearing is necessary, will not oppose Hotfile's request for hearing or oral argument.

/s/ Janet T. Munn
Janet T. Munn, Esq.

DATED: February 27, 2012                  Respectfully submitted,

/s/ Janet T. Munn
Janet T. Munn, Esq. Fla. Bar No. 501281
Email: jmunn@rascoklock.com
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102

And

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

/s/Roderick M. Thompson
Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email: rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email: aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email: tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email: dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email: jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA  94104
Telephone:  415.954.4400
Telecopy: 415.954.4480

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation
 and Anton Titov*

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2012, a true and correct copy of the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| Karen L. Stetson, Esq.<br>GRAY-ROBINSON, P.A.<br>Email: Karen.Stetson@gray-robinson.com<br>1221 Brickell Avenue<br>Suite 1600<br>Miami, FL  33131<br>Telephone: 305.416.6880<br>Telecopy: 305.416.6887 | Karen R. Thorland, Esq. (admitted *pro hac vice*)<br>Senior Content Protection Counsel<br>Email: Karen_Thorland@mpaa.org<br>Motion Picture Association of America, Inc.<br>15301 Ventura Boulevard, Building E<br>Sherman Oaks, CA  91403-5885<br>Telephone: 818.935.5812 |

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

By: /s/ Janet T. Munn
    Janet T. Munn