# EXHIBIT B

Highly Confidential

Page 1

1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
2           CASE NO. 11-20427-WILLIAMS/TURNOFF
3    - - - - - - - - - - - - - - - - - - - - - - - - - -
     DISNEY ENTERPRISES,
4    INC., TWENTIETH CENTURY
     FOX FILM CORPORATION,
5    UNIVERSAL CITY STUDIOS
     PRODUCTIONS LLLP,
6    COLUMBIA PICTURES
     INDUSTRIES, INC., and
7    WARNER BROS.
     ENTERTAINMENT, INC.,
8
9           Plaintiff,
10   v.
11   HOTFILE CORP., ANTON
     TITOV, and DOES 1-10,
12
13          Defendants.
14
15   HOTFILE CORP.,
16          Counterclaimant,
17   v.
18   WARNER BROS ENTERTAINMENT
     INC.,
19          Counterdefendant.
20   - - - - - - - - - - - - - - - - - - - - - - - - - -
                       VOLUME I
21         H I G H L Y   C O N F I D E N T I A L
           (Pursuant to protective order, the following
22    transcript has been designated highly confidential)
23         30(b)(6) DEPOSITION OF ANTON TITOV
                    Radisson Blu Hotel
24                   Sofia, Bulgaria
               Monday, December 5, 2011
25               Job Number: 44174

Highly Confidential

```
 1              A P P E A R A N C E S
 2    ATTORNEY FOR THE PLAINTIFFS:
 3              JENNER & BLOCK
              BY:  STEVEN B. FABRIZIO, ESQ.
 4            1099 New York Avenue, NW
              Washington, DC  20001
 5
 6
 7
 8
      ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
 9    AND ANTON TITOV:
              FARELLA, BRAUN & MARTEL
10            BY:  RODERICK M. THOMPSON, ESQ.
              235 Montgomery Street
11            San Francisco, California  94104
12
13
              BOSTON LAW GROUP
14            VALENTIN GURVITS
              825 Beacon Street
15            Newton Center, MA 02459
16
17
18
19
20
21
22
23
24
25
```

Highly Confidential

Page 3

1    Also present:

2    Court reporter:

3            Fiona Farson

             TSG Reporting

4

5    Videographer:

6            Simon Rutson

             TSG Reporting

7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 156

4    A.  The counterclaim against Warner reflects the fact that

5        we've given Warner a powerful tool to be able to take

6        down and block content on the Hotfile website, and that

7        this tool, in our opinion, was misused to take down

8        files for which Warner doesn't hold the copyright.

9        That's the substance, without the legal part.

10   BY MR. FABRIZIO:

11   Q.  And do you believe Warner took down material that it

12       didn't own on purpose?

13   MR. THOMPSON:  Objection, vague.

14   A.  I don't know about the motives of Warner doing so.

15   BY MR. FABRIZIO:

16   Q.  Would you believe Warner saw a file, recognized that it

17       wasn't one of their properties, but sent a notice

18       through the special rights holder's account, knowing

19       that it wasn't their property?

20   MR. THOMPSON:  Objection.  Hypothetical, calls for

21       speculation.

22   A.  I don't know what was Warner's goal or policy, so

23       I don't know.

Highly Confidential

Page 157



```
22   Q.   Okay.  As someone who helps operate a very large-scale

23        system, do you agree that any system will yield some

24        errors?

25   MR. THOMPSON:  Objection.  Overbroad and vague.
```

Highly Confidential

Page 158

1    A.   I don't want to say that, and probably somebody

2         operating an online banking account won't agree to you,

3         but mistakes happen.

4    BY MR. FABRIZIO:

5    Q.   But mistakes do happen?

6    A.   Yes, they do.



Highly Confidential

Page 159

██      ███████████

██   ████████████      ████████████████████

██  ██  ██████████    ████████████████████

██      ████████████████

██   ███████████

6    Q.   Is it true, is it not, that Hotfile began looking for

7         a basis for a counterclaim almost immediately upon being

8         sued by plaintiffs?

9    MR. THOMPSON:   Objection, assumes facts.

10   A.   Yes, I think so.

██   ███████████

██   ██  ████████████████████████

██      ████████████████████████

██      ███████████

██   ██████████    ████████████████

██   ██  ████████████████

██   ████████████    ████████████████

██      ██████████████████████

██      █████████████████████

██      ████████████████

██      ████████████████████    ████████████

██      ████████████████

██   ████████████    ████████████████████

██      ███████████

██   ████████████    ██████████

Highly Confidential

Page 162

█  ████████████

█  █  ████████

█  ████████    ██████████████    ███████

█  ████████    ████████

5   Q.  Mr. Titov, you personally participated in the process of

6       Hotfile looking for mistakes among the takedown notices

7       Warner sent, correct?

8   A.  That is correct.

9   Q.  Okay.  And do you understand the files listed on

10      exhibits A through D of the counterclaim to reflect

11      files that Hotfile located that they believed to have

12      been sent in error?

13  A.  Hotfile itself identified a small number of files, and

14      further research was performed by counsels and experts.

15      I -- I don't really know.

16  Q.  Okay.  And all of the files that are identified on

17      exhibits A through D, is it fair to say that the first

18      time Hotfile formed the belief that these files were

19      sent in error was after the complaint in this case had

20      been filed?

21  A.  Yes, I believe so.

22  Q.  And is it also fair to say that within Hotfile, the

23      process of identifying potential mistaken takedowns sent

24      by Warner was a high priority?

25  MR. THOMPSON:  Objection, vague.

Highly Confidential

Page 163

1    A.   I don't know.  It might be, for a certain period of

2         time.

[REDACTED]

16        I was looking at.  I'll take this exhibit back, so we're

17        going to adjust this exhibit; my apologies.

18            And now I will impress you all with my mastery of

19        Bulgarian.  All right.  So we have withdrawn exhibit --

20        the exhibit 26 that had been previously marked, and I'm

21        going to re-mark as exhibit 26 -- is that acceptable?

22   MR. THOMPSON:  Sure.

23   MR. FABRIZIO:  A one-page document -- darn, hold on

24        a second.

25            A one-page document bearing Bates number HF02303232.

Highly Confidential

Page 164

1        (Exhibit Titov 26 re-marked for identification.)

2    BY MR. FABRIZIO:



**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

Highly Confidential

Page 184



21   Q.   Did you assign the users that uploaded those files on

22        exhibits A through D a strike pursuant to your post

23        complaint repeat infringer policy?

24   MR. THOMPSON:   Objection.   Vague and overbroad.

25   A.   I don't know about every and each file, but it is my

Highly Confidential

Page 185

1       belief that there were strikes assigned with --

2       connected to these deletions.

3   BY MR. FABRIZIO:

4   Q.  So my question is, why did you assign a strike to the

5       users who uploaded those files if you believed that

6       Warner's notices were in error?

7   MR. THOMPSON:  Objection, overbroad.

8   A.  The strike was probably assigned quite earlier in time

9       quite earlier in time than Hotfile became -- Hotfile

10      started to believe that these files are mistakenly

11      removed.

12  BY MR. FABRIZIO:

13  Q.  When did you start assigning strikes?  It was only after

14      the complaint was filed, correct?

15  A.  Correct.

16  Q.  Okay.  And shortly after the complaint was filed, you

17      began investigating filing a claim against Warner,

18      correct?

19  MR. THOMPSON:  Objection.  Vague, asked and answered.

20  A.  Correct.

21  BY MR. FABRIZIO:

22  Q.  So I believe it's the case that every single one of the

23      files on exhibits A through D are -- were taken down

24      after the filing of this, or -- I shouldn't say that;

25      either within a week of or -- the filing or after the

Highly Confidential

Page 186

1    filing of this complaint, but you didn't start assigning

2    it strikes until afterwards -- let me do this

3    a different way.  I'm going to stop.  Strike that.

4        At some point before you were assigning strikes, you

5    believe that Warner -- some of the Warner notices were

6    mistaken, correct?

7    MR. THOMPSON:  Objection, misstates prior testimony.

8    A.  I don't know about the exact timeline.

9    BY MR. FABRIZIO:

10   Q.  All right.  Let me just ask it this way:  Why didn't you

11       just go back and remove the strikes you had given the

12       users that uploaded the files on exhibits A through D of

13       the counterclaim, if you believed that those files were

14       taken down in error?

15   MR. THOMPSON:  Objection.  Overbroad, and vague as to time.

16   A.  I don't know.

17   BY MR. FABRIZIO:

18   Q.  There's no technical reason why you couldn't have

19       removed a strike, is there?

20   MR. THOMPSON:  Same objections.

21   A.  Yeah, there is no technical reason not to remove

22       a strike, but it might be too late after months or --

23       generally, this investigation, it takes time.

24   BY MR. FABRIZIO:

25   Q.  Did you go back and remove any strikes?

Highly Confidential

Page 187

1   A.  I did not.

2   Q.  Did anyone in Hotfile, to your knowledge?

3   A.  To my knowledge, no.

4   Q.  Why not?

5   A.  I don't know.



21

22

23

24

25

Highly Confidential

Page 189

1                    HIGHLY CONFIDENTIAL
                CERTIFICATE OF COURT REPORTER
2

3

     I, Fiona Farson, with TSG Reporting, hereby certify that the
4    testimony of the witness Anton Titov in the foregoing
     transcript, taken on Monday, December 5, 2011 was reported
5    by me in machine shorthand and was thereafter transcribed by
     me; and that the foregoing transcript is a true and accurate
6    verbatim record of the said testimony.

7

     I further certify that I am not a relative, employee,
8    counsel or financially involved with any of the parties to
     the within cause, nor am I an employee or relative of any
9    counsel for the parties, nor am I in any way interested in
     the outcome of the within cause.

10

11

12

13

14

     Signed:  ........................
15

     Fiona Farson
16

     Dated:   December 15th, 2011
17

18

19

20

21

22

23

24

25

Highly Confidential

Page 188

1                    HIGHLY CONFIDENTIAL
                 CERTIFICATE OF DEPONENT
2

3

     I, ANTON TITOV, hereby certify that I have read the
4    foregoing pages of my deposition of testimony taken in these
     proceedings on Monday, December 5, 2011, and, with the
5    exception of the changes listed on the next page and/or
     corrections, if any, find them to be a true and accurate
6    transcription thereof.

7

8

9

10

     Signed:  ........................
11
     Name:   ANTON TITOV
12
     Date:   1/29/2012
13

14

15

16

17

18

19

20

21

22

23

24

25

TSG Reporting - Worldwide        800-702-9580

Highly Confidential

Page 190

1                    HIGHLY CONFIDENTIAL

2

3                         E R R A T A

                  Deposition of ANTON TITOV
4

    Page/Line No.        Description           Reason for change
5      14:18         Eitinerum --> Itinerum     Correct transcription

6      14:20         EITINERUM --> ITINERUM     Correct transcription

7      14:21         internet --> intranet      Correct transcription

8      14:24     all in shelves --> online shops   Correct transcription

9      15:7       webcasting --> webhosting      Correct transcription

10     15:10      webcasting --> webhosting      Correct transcription

11     18:6           Ilan --> Elan             Correct transcription

12     20:9   Manix: M-A-N-I-X -> Maniax: M-A-N-I-A-X   Correct trans.

13     35:16      unimportant --> important      Correct transcription

14     35:17     he show choice --> he may choose   Clarify record

15     37:6       Stillings --> Stallings        Correct transcription

16     37:8     S-T-I-L-L-I-N-G-S --> S-T-A-L-L-I-N-G-S  Correct trans.

17     38:3     qualification --> collocation    Correct transcription

18     39:2     Equinix bandwith --> Equinix, bandwith   Clarify record

19

20   Signed:    ....................

21   Name:    ANTON TITOV

22   Date:    ....................

23

24

25

TSG Reporting - Worldwide        800-702-9580

Highly Confidential

Page 190

1                         HIGHLY CONFIDENTIAL

2                             E R R A T A

3                    Deposition of ANTON TITOV

4       Page/Line No.        Description          Reason for change

5       _____

6        44:1            IT --> IP              Correct transcription

7        46:16     with the grade, --> would degrade  Correct trans.

8        46:17   the traffic flows into there from --> when the traffic

9                flows into their network from        Correct transcription

10       47:3 We can say any old --> We cannot say we want  Correct trans.

11       57:23     costing --> hosting           Correct transcription

12       61:15     Vlad --> Blue Ant            Correct transcription

13       65:24   Konstantin Lucyan --> Constantin Luchian  Correct trans.

14       77:11     lemur --> Lima               Correct transcription

15       89:6      SA --> Yes                   Correct transcription

16       89:21     I know what --> I don't know what   Correct trans.

17       99:11     Panek --> Penev              Correct transcription

18       109:23    Chubarov --> Chuburov        Correct transcription

19

20    Signed:    ....................

21    Name:   ANTON TITOV

22    Date:    ....................

23

24

25

TSG Reporting - Worldwide      800-702-9580

HIGHLY CONFIDENTIAL

E R R A T A

Deposition of ANTON TITOV

| Page/Line No. | Description | Reason for change |
|---|---|---|
| 110:1 | Mr. Ianakov manages --> Mr. Stoyanov and Mr. Vangelov manage | Conform to facts |
| 111:15 | SecPay --> SegPay | Correct transcription |
| 119:5 | Limewire --> Limelight | Correct transcription |
| 119:13 | Limewire --> Limelight | Correct transcription |
| 126:10 | I was there --> I checked | Correct transcription |
| 128:17 | And that is tradition the Blue Ant contract is to --> And the Blue Ant contract is still | Correct transcription |
| 128:18 | enforce --> in force | Correct transcription |
| 138:8 | Ignitov --> Ignatov | Correct transcription |
| 138:10 | I-G-N-I-T-O-V --> I-G-N-A-T-O-V | Correct transcription |
| 65:24, 66:3, 66:8, 67:4, 68:3, | Lucyan --> Luchian | Correct trans. |
| 68:16, 70:13, 70:19, 70:21, 71:13, 71:18, 72:3, 72:7, 72:9, | | " |
| 74:3, 75:10, 75:18, 76:4, 76:5, 76:8 | | " |
| 72:17 | Lucyan's --> Luchian's | Correct transcription |

Signed: ..........................

Name: ANTON TITOV

Date: 1/20/2012

Highly Confidential

Page 191

1                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
2                  CASE NO. 11-20427-WILLIAMS/TURNOFF
3      - - - - - - - - - - - - - - - - - - - - - - - - - -
       DISNEY ENTERPRISES,
4      INC., TWENTIETH CENTURY
       FOX FILM CORPORATION,
5      UNIVERSAL CITY STUDIOS
       PRODUCTIONS LLLP,
6      COLUMBIA PICTURES
       INDUSTRIES, INC., and
7      WARNER BROS.
       ENTERTAINMENT, INC.,
8
9               Plaintiff,
10     v.
11     HOTFILE CORP., ANTON
       TITOV, and DOES 1-10,
12
13              Defendants.
14
       HOTFILE CORP.,
15
                Counterclaimant,
16
       v.
17
       WARNER BROS ENTERTAINMENT
18     INC.,
                Counterdefendant.
19
       - - - - - - - - - - - - - - - - - - - - - - - - - -
20                          VOLUME II
            H I G H L Y   C O N F I D E N T I A L
21         (Pursuant to protective order, the following
           transcript has been designated highly confidential)
22
               30(b)(6) DEPOSITION OF ANTON TITOV
23                     Radisson Blu Hotel
                        Sofia, Bulgaria
24               Tuesday, December 6, 2011
                       AT:  9:10 a.m.
25                     Job No: 44175

Highly Confidential

Page 192

```
 1                     A P P E A R A N C E S
 2    ATTORNEY FOR THE PLAINTIFFS:
 3              JENNER & BLOCK
               BY:  STEVEN B. FABRIZIO, ESQ.
 4              1099 New York Avenue, NW
 5              Washington, DC  20001
 6
 7
 8
      ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
 9    AND ANTON TITOV:
               FARELLA, BRAUN & MARTEL
10             BY:  RODERICK M. THOMPSON, ESQ.
               235 Montgomery Street
11             San Francisco, California  94104
12
13             BOSTON LAW GROUP
               VALENTIN GURVITS
14             825 Beacon Street
               Newton Center, MA 02459
15
16
17
18
19
20
21
22
23
24
25
```

Highly Confidential

Page 193

1    Also present:

2    Court reporter:

3            Fiona Farson

             TSG Reporting

4

5    Videographer:

6            Simon Rutson

             TSG Reporting

7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11   Technical expert:

12           Kelly Truelove

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 210

5   Q.  Is it the case that currently Hotfile terminates users

6       who have received three strikes based on Hotfile's

7       receipt of DMCA notices?

8   A.  That is correct, to my knowledge, yes.

15  A.  I don't know.

16  BY MR. FABRIZIO:

17  Q.  You don't know?

18  A.  It's a very broad topic.  I don't have any factual

19      information.

20  Q.  Okay.  Let me ask it this way:  Does Hotfile consider

21      itself entitled to revenue from users who are repeat

22      copyright infringers by Hotfile's own standard?

23  MR. THOMPSON:  Objection.  Vague and ambiguous, calls for

24      a legal conclusion, and argumentative.

25  A.  I don't think so.

Highly Confidential

Page 211

1   BY MR. FABRIZIO:

2   Q.  Okay, let me make sure I understand your answer.

3        Is it correct that Hotfile does not consider itself

4        entitled to revenue from users who are repeat copyright

5        infringers by Hotfile's own standard?

6   MR. THOMPSON:  Same objections, and also it's overbroad.

7   A.  Well, I've said that our standards expect, of course,

8        copyright owners to co-operate; it means to issue right

9        and correct taking-down notices.  So I don't think

10       Hotfile considers income from confirmed copyright

11       infringers -- Hotfile doesn't consider to be entitled

12       for income from repeated copyright infringers.

13  Q.  In Hotfile's counterclaim against Warner, does Hotfile

14       claim damages based on users who were properly

15       terminated by Hotfile's repeat infringer policy pursuant

16       to Hotfile's own three-strikes policy?

17  MR. THOMPSON:  Objection.  Calls for a legal conclusion,

18       vague and ambiguous as to "properly."

19  A.  My belief is that we called for damages that are

20       for users that terminated based on wrongful takedown.

21  BY MR. FABRIZIO:

22  Q.  Okay, let me put it a different way.

23  MR. THOMPSON:  Excuse me, the last word, I think the

24       reporter didn't hear him correctly.

25  MR. FABRIZIO:  It's a rough, but I'm sure she'll correct it.

Highly Confidential

Page 212

1       It says "wrongful data"; it should say "wrongful

2       takedowns."

3   MR. THOMPSON:  Thank you.

4   BY MR. FABRIZIO:

5   Q.  Hotfile's current policy is that users who are the

6       subject of three DMCA notices from copyright owners

7       should be terminated, correct?

8   A.  Yes.  To my belief, it's the current policy.

9   Q.  Okay.  If a user had received more than three notices

10      before a Warner notice that was in error, should that

11      user have been terminated irrespective of the Warner

12      notice?

13  MR. THOMPSON:  Objection.  Vague and ambiguous, incomplete

14      hypothetical.

15  A.  If you assume that other notices were correct, then

16      I believe so.

17  BY MR. FABRIZIO:

18  Q.  Okay.  So in that case, if Warner was -- if the Warner

19      notice that was in error was the fourth, fifth, sixth or

20      tenth strike, Hotfile would not consider that Warner

21      notice to be the cause of that user termination because

22      the user already should have been terminated based on

23      having three previous strikes.  Is that correct?

24  MR. THOMPSON:  Objection.  Hypothetical, calls for

25      speculation.

Highly Confidential

Page 213

1    A.   Yeah, you may say so.



Highly Confidential

Page 214



23   Q.   Has Hotfile ever received a complaint from a Hotfile

24        user regarding one of the files in exhibits A through D

25        of the counterclaim that Hotfile contends were wrongly

Highly Confidential

Page 215

1    taken down?

2    MR. THOMPSON:  I'm instructing Mr. Titov not to reveal the

3        results of any work product investigation.  To the

4        extent he can answer without doing so, he's free to do

5        so.

6    A.  I don't know.

7    BY MR. FABRIZIO:

8    Q.  You don't know whether Hotfile has ever received such

9        a complaint?

10   A.  No, I -- I don't know if Hotfile ever received such

11       a complaint.

12   Q.  So as you sit here today, you are unaware of any

13       complaint Hotfile received from a user based on the

14       Warner takedowns in exhibits A through D of the

15       counterclaim, correct?

16   A.  Yes, that is correct.

Highly Confidential

Page 216

1   Q.   Okay, let me be more specific:  Have you had discussions

2        or communications with any Hotfile affiliates about

3        Warner takedowns that Hotfile believes to be erroneous?

4   A.   I'm not aware of any.

5   Q.   Have you had discussions or communications with any site

6        operator regarding Warner takedowns that Hotfile

7        believes to be erroneous?

8   A.   As I sit here today, I can't think of any.

9   Q.   Are you aware that anyone else at Hotfile having had

10       such conversations or discussions?

11  A.   No, I'm not.  I don't think so.

12  Q.   Have you had communications with any user who was

13       terminated by Hotfile about any Warner takedowns that

14       Hotfile believes to have been erroneously made?

15  A.   I don't know.

Page 223

■ ■ ████████████████████

■ ██████████████

3   Q.  I didn't ask you whether it was possible to do.  I asked

4       you whether, as you sit here today, you can identify

5       a single user who terminated a premium account as

6       a result of a Warner notice that Hotfile beliefs was

7       mistakenly sent.

8   MR. THOMPSON:  Objection, asked and answered.

9   A.  No, I believe I cannot.

■ ██████████████

■ ■ █████████████████████████████████

■ ████████████████████████████████

■ █████████████████████████████

■ ■ ██████████████████████████████

■ █████████

■ ██████████████████

■ ██████████████

■ ■ ██████████████████████████████████

19      revenues.  I'm asking you, as a factual matter, whether

20      you can identify any user who failed to sign up for a

21      premium account because of a Warner Brothers takedown

22      notice that you believe was mistakenly sent.

23  MR. THOMPSON:  Objection.  Asked and answered,

24      argumentative.

25  A.  I don't believe I can.

Highly Confidential

Page 224

■ ▬▬▬▬▬▬▬

■ ▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬

■ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

■ ▬▬▬▬ ▬▬▬▬

■ ▬ ▬▬▬

6   Q.   Can you explain to us what damage to Hotfile's

7        reputation and goodwill you believe resulted from

8        Warner's sending the takedown notices on exhibits A

9        through D of the counterclaim?

10  A.   Users had their files suspended, or even received

11       strikes, and been terminated without a reason for that.

12       That -- normally that will -- it's my opinion that that

13       will damage the reputation.

14  Q.   That's your opinion?

15  A.   It is.

16  Q.   But you previously testified that you can't identify any

17       user who complained about having one of their files

18       taken down as a result of one of the exhibit A through D

19       takedowns, correct?

20  MR. THOMPSON:   Objection.   The testimony speaks for itself.

21       Asked and answered.

22  A.   I'm currently not aware of any.

23  BY MR. FABRIZIO:

24  Q.   Okay.   And you also testified that you're not aware of a

25       single user who was terminated as a result of one of the

Highly Confidential

Page 225

1    takedown notices sent by Warner that are on exhibits A

2    through D of your counterclaim, correct?

3    MR. THOMPSON:  Same objections.

4    A.  I think my testimony was that Hotfile never performed

5        such analysis for its own use and enjoyment.

6    BY MR. FABRIZIO:

7    Q.  Is there any other basis for the contention that

8        Hotfile's reputation and goodwill was injured, other

9        than what you perceived to be wrongly taken down files

10       and wrongly terminated users?

11   MR. THOMPSON:  Objection.  Misstates prior testimony.

12   A.  As of now, I can't think of any, but there might be

13       others.

14   BY MR. FABRIZIO:

15   Q.  In what way does having a user's file removed impact

16       Hotfile's reputation and goodwill?

17   MR. THOMPSON:  Objection, vague.  Do you mean wrongfully

18       removed?  Overbroad.

19   A.  I think that when user receives -- a user -- user's file

20       are being wrongfully take down, he will lose trust and

21       respect for the company who he expected to host him --

22       his file.

23   BY MR. FABRIZIO:

24   Q.  Anything else?

25   A.  Nothing that I think of -- can think of now.  Remind me.

Highly Confidential

Page 226

1   Q.  Does Hotfile, in your view, lose the trust and respect

2       of its users when it takes down a file that is in fact

3       copyright infringing?

4   A.  I don't believe so.

5   Q.  Why not?

6   A.  Because the user is infringing.



Highly Confidential

Page 227

11   Q.   And does Hotfile, in your view, lose the trust and

12        respect of its users when it terminates a user who is

13        a repeat infringer under Hotfile's post complaint

14        policies?

15   MR. THOMPSON:   Objection, overbroad.

16   A.   I don't know if Hotfile is concerned about this.

17   BY MR. FABRIZIO:

18   Q.   What do you mean by that?

19   MR. THOMPSON:   Objection, vague.

20   A.   I mean that if the user is confirmed as copyright

21        infringer, it's not Hotfile's concern what the user

22        thinks about Hotfile.

Highly Confidential

Page 233



17   Q.   Mr. Titov, I will tell you that all or substantially all

18        of the files listed in exhibit A consist of works for

19        which the games maker EA owns the copyright, and EA has

20        authorized Warner to issue the takedown notices that

21        resulted in their takedown upon learning after the fact,

22        after Warner -- after Warner learned of this instance.

23            Does Hotfile still contend that the exhibit A works

24        are wrongful takedowns?

25   MR. THOMPSON:   Objection, to the extent the preamble is

Highly Confidential

Page 234

1    confusing and incomplete.  Also incomplete hypothetical.

2  A.  Since you are presenting me the facts and I don't have

3    the opportunity to confer with anybody else at Hotfile

4    now, I can only ask -- answer for myself, but I won't --

5    I don't think I would consider takedowns of the games

6    you mentioned wrongful.

**REDACTED**

**REDACTED**

Highly Confidential

Page 335

15   Q.   And forgive me, we may have covered this last time,

16        but -- I know it was following the filing of this

17        action, but when after the filing of this action did

18        Hotfile adopt the strike system?

19   A.   I think it was towards the end of February.

Highly Confidential

Page 372

1                        HIGHLY CONFIDENTIAL
                    CERTIFICATE OF COURT REPORTER
2

3

    I, Fiona Farson, with TSG Reporting, hereby certify that the
4   testimony of the witness Anton Titov in the foregoing
    transcript, taken on Tuesday, December 6, 2011 was reported
5   by me in machine shorthand and was thereafter transcribed by
    me; and that the foregoing transcript is a true and accurate
6   verbatim record of the said testimony.

7

    I further certify that I am not a relative, employee,
8   counsel or financially involved with any of the parties to
    the within cause, nor am I an employee or relative of any
9   counsel for the parties, nor am I in any way interested in
    the outcome of the within cause.

10

11

12

13

14

    Signed:  ........................
15

    Fiona Farson
16

    Dated: 12/17/2011
17

18

19

20

21

22

23

24

25

Highly Confidential

Page 371

```
1                    HIGHLY CONFIDENTIAL
                   CERTIFICATE OF DEPONENT
2

3
     I, ANTON TITOV, hereby certify that I have read the
4    foregoing pages of my deposition of testimony taken in these
     proceedings on Tuesday, December 6, 2011, and, with the
5    exception of the changes listed on the next page and/or
     corrections, if any, find them to be a true and accurate
6    transcription thereof.

7

8

9

10
     Signed:  ......./...............
11
     Name:    ANTON TITOV
12
     Date:    1/20/2012...........
13

14

15

16

17

18

19

20

21

22

23

24

25
```

TSG Reporting - Worldwide      (877) 702-9580

Highly Confidential

Page 373

1              HIGHLY CONFIDENTIAL

2

3                   E R R A T A

                Deposition of ANTON TITOV
4

5     Page/Line No.        Description            Reason for change

6       225:25     Remind me. --> There might be.    Correct transcription

7       234:20     Presentation --> representation   Correct transcription

8       234:20     cost of the --> concept of        Correct transcription

9       261:2      As --> That's                     Correct transcription

10      273:20     Limewire --> Limelight            Correct transcription

11      279:3      is --> would                      Correct transcription

12      293:11     following --> logging             Correct transcription

13      306:5      calls --> holds                   Correct transcription

14      306:6   service at hotfile.com --> to abuse@hotfile.com Correct trans.

15      321:6      would decide it --> with this ID  Correct transcription

16      333:20     brought --> blocked               Correct transcription

17      337:7      file --> file ID                  Correct transcription

18    Signed:  ....................

19    Name:  ANTON TITOV

20    Date:  ....................

21

22

23

24

25

TSG Reporting - Worldwide     (877) 702-9580

Highly Confidential

Page 373

1                    HIGHLY CONFIDENTIAL

2                       E R R A T A

3              Deposition of ANTON TITOV

4      Page/Line No.       Description          Reason for change

5

6      361:25        state --> table           Correct transcription

7      368:7  users stay on our uploads --> users_cowner_upload  Correct trans

8

9

10

11

12

13

14

15

16

17

18   Signed:   ..............................

19   Name:    ANTON TITOV

20   Date:    1/20/2012................

21

22

23

24

25

TSG Reporting - Worldwide     (877) 702-9580