# EXHIBIT F

## Schedule 1
## Hotfile Corporation
### Damages Analysis Using Wrongful Takedowns Listed in Counterclaim
### February 2011 – September 7, 2011

| Date | Subscription Revenue | Lost Revenue[1] | Total Lost Profits[2] | Lost Profits Due to Warner[3] | Damages[4] |
|---|---|---|---|---|---|
| 2/11 | $4,020,104.58 | $920,120.11 | $382,046.79 | $31,038.39 | $404.43 |
| 3/11 | $2,960,265.29 | $1,979,959.40 | $822,106.95 | $66,789.93 | $870.27 |
| 4/11 | $2,243,908.67 | $2,696,316.02 | $1,119,548.28 | $90,954.78 | $1,185.14 |
| 5/11 | $1,882,431.02 | $3,057,793.67 | $1,269,638.88 | $103,148.50 | $1,344.02 |
| 6/11 | $1,498,822.17 | $3,441,402.52 | $1,428,918.67 | $116,088.77 | $1,512.63 |
| 7/11 | $1,398,930.62 | $3,541,294.07 | $1,470,395.04 | $119,458.41 | $1,556.54 |
| 8/11 | $1,289,558.80 | $3,650,665.89 | $1,515,807.76 | $123,147.84 | $1,604.61 |
| 9/11[5] | $313,310.52 | $676,062.44 | $280,710.62 | $22,805.60 | $297.16 |
| | | | | **Total Damages[6]** | **$8,774.79** |

Source: payments.csv; userdat.csv; users_cowner_upload.csv; "Defendants' Supplemental Responses to Plaintiffs' Interrogatory Nos. 6 and 9," 9/12/11; "Second Amended Answer, Affirmative Defenses, And Counterclaim of Defendant Hotfile Corporation to Plaintiffs' Complaint," Exhibits A-D, 10/27/11; Interview with Mr. Vasil Kolev, 11/16/11

Note:
[1] Lost revenues (except for September 2011) are calculated as the difference between revenues in January 2011 of $4,940,224.69 and the actual revenues for given months. Lost revenue for September 2011 is calculated from a prorated January 2011 revenue figure to account for the damages analysis ending 9/7/11.
[2] Total lost profits are calculated by multiplying lost revenue by the average total profit margin from 3/09 to 1/11. The total profit margin is calculated by dividing total gross revenues minus total gross expenses by the total gross revenues. Gross revenues and expenses are taken from "Defendants' Supplemental Responses to Plaintiffs' Interrogatory Nos. 6 and 9," 9/12/11.
[3] Lost profits due to Warner are calculated as [Total Lost Profits]*[Percentage of SRA Takedowns by Warner]*[Percentage of SRA takedowns out of All Takedowns]. During the one year period preceding February 2011, Warner was responsible for approximately 20% of all SRA takedowns on average. The percentage of SRA takedowns out of all takedowns is calculated based on figures provided by Mr. Vasil Kolev, 11/16/11.
[4] Damages are calculated as [Lost Profits Due to Warner]*[(Wrongful Takedowns)/(Feb–Aug 2011 Warner Takedowns)]. The number of wrongful takedowns was obtained by counting unique files listed in Exhibits A to D of the "Second Amended Answer, Affirmative Defenses, And Counterclaim of Defendant Hotfile Corporation to Plaintiffs' Complaint". Wrongful takedowns prior to 2011, as well as any wrongful takedowns that appear to be duplicates, have been excluded.
[5] Subscription Revenue for September 2011 is complete to 9/7/11.
[6] Total damages are calculated as the sum of monthly damages from 2/11–9/7/11.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY

## Schedule 1.1
## Hotfile Corporation
### Damages Analysis Using Wrongful Takedowns Listed in Counterclaim
### April 5, 2011 – September 7, 2011

| Date | Subscription Revenue | Lost Revenue[1] | Total Lost Profits[2] | Lost Profits Due to Warner[3] | Damages[4] |
|---|---|---|---|---|---|
| 4/11 | $1,895,874.13 | $2,385,653.93 | $990,557.02 | $80,475.22 | $1,048.59 |
| 5/11 | $1,882,431.02 | $3,057,793.67 | $1,269,638.88 | $103,148.50 | $1,344.02 |
| 6/11 | $1,498,822.17 | $3,441,402.52 | $1,428,918.67 | $116,088.77 | $1,512.63 |
| 7/11 | $1,398,930.62 | $3,541,294.07 | $1,470,395.04 | $119,458.41 | $1,556.54 |
| 8/11 | $1,289,558.80 | $3,650,665.89 | $1,515,807.76 | $123,147.84 | $1,604.61 |
| 9/11[5] | $313,310.52 | $676,062.44 | $280,710.62 | $22,805.60 | $297.16 |
| | | | | Total Damages[6] | $7,363.54 |

Source: payments.csv; userdat.csv; users_cowner_upload.csv; "Defendants' Supplemental Responses to Plaintiffs' Interrogatory Nos. 6 and 9," 9/12/11; "Second Amended Answer, Affirmative Defenses, And Counterclaim of Defendant Hotfile Corporation of Plaintiffs' Complaint," Exhibits A–D, 10/27/11; Interview with Mr. Vasil Kolev, 11/16/11

Note:

[1] Lost revenues (except for April and September 2011) are calculated as the difference between revenues in January 2011 of $4,940,224.69 and the actual revenues for given months. Lost revenue for April 2011 is calculated from a prorated January 2011 revenue figure to account for the damages analysis starting 4/5/11. Lost revenue for September 2011 is calculated from a prorated January 2011 revenue figure to account for the damages analysis ending 9/7/11.

[2] Total lost profits are calculated by multiplying lost revenue by the average total profit margin from 3/09 to 1/11. The total profit margin is calculated by dividing total gross revenues minus total gross expenses by the total gross revenues. Gross revenues and expenses are taken from "Defendants' Supplemental Responses to Plaintiffs' Interrogatory Nos. 6 and 9," 9/12/11.

[3] Lost profits due to Warner are calculated as [Total Lost Profits]*[Percentage of SRA Takedowns by Warner]*[Percentage of SRA takedowns out of All Takedowns]. During the one year period preceding February 2011, Warner was responsible for approximately 20% of all SRA takedowns on average. The percentage of SRA takedowns out of all takedowns is calculated based on figures provided by Mr. Vasil Kolev, 11/16/11.

[4] Damages are calculated as [Lost Profits Due to Warner]*[(Wrongful Takedowns)/(Feb–Aug 2011 Warner Takedowns)]. The number of wrongful takedowns was obtained by counting unique files listed in Exhibits A to D of the "Second Amended Answer, Affirmative Defenses, And Counterclaim of Defendant Hotfile Corporation to Plaintiffs' Complaint". Wrongful takedowns prior to 2011, as well as any wrongful takedowns that appear to be duplicates, have been excluded.

[5] Subscription Revenue for September 2011 is complete to 9/7/11.

[6] Total damages are calculated as the sum of monthly damages from 4/5/11–9/7/11.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY