# EXHIBIT G

Page 1

1                   UNITED STATES DISTRICT COURT

2                   SOUTHERN DISTRICT OF FLORIDA

3              CASE NO. 11-20427-WILLIAMS/TURNOFF

4

  DISNEY ENTERPRISES,          )
5 INC., TWENTIETH CENTURY      )
  FOX FILM CORPORATION,        )
6 UNIVERSAL CITY STUDIOS       )
  PRODUCTIONS LLLP,            )
7 COLUMBIA PICTURES            )
  INDUSTRIES, INC., and        )
8 WARNER BROS.                 )
  ENTERTAINMENT, INC.,         )
9                              )
          Plaintiffs,          )
10                             )
   v.                          )
11                             )
  HOTFILE CORP., ANTON         )
12 TITOV, and DOES 1-10        )
                               )
13        Defendants.          )
  _____  )
14

15

16        H I G H L Y   C O N F I D E N T I A L

17        (Pursuant to protective order, the following
     transcript has been designated highly confidential)

18

19          30(B)(6) DEPOSITION OF ANTON TITOV

20              LOS ANGELES, CALIFORNIA

21           THURSDAY, NOVEMBER 17, 2011

22

23

  REPORTED BY:
24 Alejandria E. Kate
  CSR NO. 11897, HI 448, RPR, CLR
25 JOB NO.:  44003

Highly Confidential

Page 2

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF FLORIDA
 3           CASE NO. 11-20427-WILLIAMS/TURNOFF
 4
    DISNEY ENTERPRISES,        )
 5  INC., TWENTIETH CENTURY    )
    FOX FILM CORPORATION,      )
 6  UNIVERSAL CITY STUDIOS     )
    PRODUCTIONS LLLP,          )
 7  COLUMBIA PICTURES          )
    INDUSTRIES, INC., and      )
 8  WARNER BROS.               )
    ENTERTAINMENT, INC.,       )
 9                             )
            Plaintiffs,        )
10                             )
     v.                        )
11                             )
    HOTFILE CORP., ANTON       )
12  TITOV, and DOES 1-10       )
                               )
13          Defendants.        )
    _____)
14                             )
    HOTFILE CORP.,             )
15                             )
            Counterclaimant,   )
16                             )
    v.                         )
17                             )
    WARNER BROS ENTERTAINMENT  )
18  INC.,                      )
                               )
19          Counterdefendant.  )
    _____)
20
21
22
23
24
25
```

TSG Reporting - Worldwide   (877) 702-9580

Highly Confidential

Page 3

1

2

3

4

5                         NOVEMBER 17, 2011

6                            7:08 A.M.

7

8

9        Videotaped deposition of ANTON TITOV, held at

10       the offices of JENNER & BLOCK, LLP,

11       633 West 5th Street, Suite 3600, Los Angeles,

12       California, before Alejandria E. Kate, a

13       Registered Professional Reporter and

14       Certified Shorthand Reporter of the State of

15       California.

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 4

```
 1    A P P E A R A N C E S:
 2
 3        ATTORNEY FOR THE PLAINTIFFS:
 4            JENNER & BLOCK, LLP
             BY:  STEVEN B. FABRIZIO, ESQ.
 5            1099 New York Avenue, NW
             Suite 900
 6            Washington, DC  20001
             202.639.6040
 7            sfabrizio@jenner.com
 8
 9        ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
         AND ANTON TITOV:
10
             FARELLA, BRAUN & MARTEL, LLP
11            BY:  RODERICK M. THOMPSON, ESQ.
                 (APPEARING VIA VIDEO CONFERENCE)
12            235 Montgomery Street, 17th Floor
             San Francisco, California  94104
13            415.954.4400
             rthompson@fbm.com
14
15
         ATTORNEY FOR THE DEFENDANT ANTON TITOV:
16
             PENKOV, MARKOV & PARTNERS
17            BY:  SVETOSLAV DIMITROV, ESQ.
                 NIKOLAY CVETANOV, ESQ.
18                (APPEARING VIA VIDEO CONFERENCE)
             Iztok Dstr., Bl. 22, Entr. A
19            1113 Sofia
             Bulgaria
20            359-2-9713935
             lawyers@penkov-markov.eu
21
22
         ALSO PRESENT:
23
             KELLY TRUELOVE, consultant for the plaintiffs
24
             GUEORGUI MATVEER, standby Bulgarian interpreter
25            (appearing via video conference)
```

Highly Confidential

Page 54

```
███      ████████████████
███      █████████████████████████
███   ██   ███████████
███   ██   ██████████████████
███  ███████████████
███      █████████████████
███  ██████████████████████
███     ██████   ██████   █████
███     ████████  ██  ████████████
███  ██████████                              08:43
```

11      Q.   Prior to this litigation, did Hotfile assign     08:43

12   strikes to users based on the criteria you have     08:43

13   identified in your testimony today?     08:43

14      A.   Not automatically, no.     08:44

15      Q.   Prior to this litigation, did Hotfile -- well,     08:44

16   strike that.     08:44

17           You said "not automatically."  Did you do it in     08:44

18   some way that was not automatic?     08:44

19           MR. THOMPSON:  Objection.  Vague and ambiguous.     08:44

20           THE WITNESS:  Not really.  I mean it's -- it --     08:44

21   it wasn't like that with strikes and counting.     08:44

22   BY MR. FABRIZIO:     08:44

23      Q.   Okay.  So prior to this litigation, you didn't     08:44

24   have a system of strikes and tallying strikes; correct?     08:44

25           MR. THOMPSON:  Objection.  Vague and outside     08:45

Highly Confidential

Page 55

1    the scope --                                                    08:45

2            (Speaking simultaneously.)                              08:45

3            THE WITNESS:   (Inaudible.)                             08:45

4    BY MR. FABRIZIO:                                                08:45

5        Q.   Go ahead, Mr. Titov.                                   08:45

6            MR. THOMPSON:  Well, excuse me.  Let make me            08:45

7    make my objection, Mr. Fabrizio.                                08:45

8            This -- this last line of inquiries is outside          08:45

9    the scope of the deposition notice.  We're coming up to         08:45

10   two hours, and you're going far afield.  I'll let a few         08:45

11   more questions go before I cut this off.                        08:45

12           MR. FABRIZIO:  Okay.  I understand.                     08:45

13       Q.   Mr. Titov?                                             08:45

14           MR. THOMPSON:  Perhaps you can repeat the               08:45

15   question.                                                       08:45

16           MR. FABRIZIO:  I'm going to.                            08:45

17       Q.   Prior to this litigation, Mr. Titov, did              08:45

18   Hotfile assign strikes to users based on the criteria          08:45

19   you've identified, whether automatically or manually?          08:46

20           MR. THOMPSON:  Objection.  Vague.                       08:46

21           THE WITNESS:  It was not automatic counting of         08:46

22   strikes and manually, if there was something that was          08:46

23   subjective to somebody.                                         08:46

24   BY MR. FABRIZIO:                                                08:46

25       Q.   Was there any place, any data field or location       08:46

Highly Confidential

Page 56

| | | |
|---|---|---|
| 1 | where, prior to this litigation, Hotfile kept track of | 08:46 |
| 2 | how many strikes a user had? | 08:46 |
| 3 | A.   Nothing that I'm aware of. | 08:46 |
| 4 | Q.   In the normal course, prior to this litigation, | 08:46 |
| 5 | when Hotfile received a DMCA takedown notice, did | 08:46 |
| 6 | Hotfile identify the user who had uploaded the file | 08:46 |
| 7 | identified in that takedown notice? | 08:47 |
| 8 | MR. THOMPSON:  Objection.  Vague and ambiguous. | 08:47 |
| 9 | THE WITNESS:  By "Hotfile," if you mean the | 08:47 |
| 10 | servers of Hotfile would -- who would process the | 08:47 |
| 11 | notice, I can't really speak of what it means for a | 08:47 |
| 12 | computer to identify something. | 08:47 |
| 13 | BY MR. FABRIZIO: | 08:47 |
| 14 | Q.   Well, prior to this -- | 08:47 |
| 15 | A.   For a person -- | 08:47 |
| 16 | (Speaking simultaneously.) | 08:47 |
| 17 | BY MR. FABRIZIO: | 08:47 |
| 18 | Q.   I'm sorry.  Please continue. | 08:47 |
| 19 | A.   And for a person who would review a DMCA | 08:47 |
| 20 | notice, he might or may not go through the process of | 08:48 |
| 21 | identifying whose file it is. | 08:48 |
| 22 | Q.   Prior to this litigation, did Hotfile have an | 08:48 |
| 23 | established policy that its personnel reviewing DMCA | 08:48 |
| 24 | takedown notices were supposed to identify the user who | 08:48 |
| 25 | had uploaded the noticed files? | 08:48 |

Highly Confidential

Page 57

1       MR. THOMPSON:  Objection.  Outside the scope of        08:48

2   the Rule 30(b)(6) deposition.  Steve, you're asking a        08:48

3   lot of questions that are not here.        08:48

4   BY MR. FABRIZIO:        08:48

5       Q.   Go ahead, Mr. Titov.        08:48

6       A.   Not --        08:48

7       Q.   Go ahead, Mr. Titov.        08:48

8           (Speaking simultaneously.)        16:25

9   BY MR. FABRIZIO:        16:25

10      Q.   Go ahead, Mr. Titov.        08:48

11      A.   Not anything that I can -- that I can recall.        08:48

C E R T I F I C A T E

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES )

        I, ALEJANDRIA E. KATE, a Registered
Professional Reporter and Certified
Shorthand Reporter within and for the
State of California, do hereby certify:
        That the foregoing record of
proceedings is a full and correct
transcript of the stenographic notes
taken by me therein.
        In witness whereof, I have hereunto
set my hand this 22nd day of November,
2011.


_____

        ALEJANDRIA E. KATE, RPR, CSR 11897

Highly Confidential

Page 80

1          ERRATA SHEET

2

3    NAME OF CASE: "DISNEY ENTERPRISES VS. HOTFILE  CORP."

4    DATE OF DEPOSITION:  NOVEMBER 17, 2011

5    NAME OF WITNESS:  ANTON TITOV

6    Reason Codes:

7        1.  To clarify the record.

         2.  To conform to the facts.

8        3.  To correct transcription errors.

9

10   Page   6      Line   20-21    Reason   1
         which is the Daylight Saving Times,
11   From  with the Dallas time       to  with Daylight Saving Times

12   Page   9      Line   17      Reason   1

13   From  a transaction ID schedule, to  a transaction ID,

14   Page  15      Line   3-4     Reason  1

15   From  for millions of years   to  for many years

16   Page  15      Line   4       Reason   1

17   From  a user for--            to  a user for short period

18   Page  16      Line   8       Reason    3

19   From  Vazell                 to     Vasil

20   Page  16      Line   20      Reason   3

21   From  Vazell is Vazell Kolef  to  Vasil is Vasil Kolev

22   Page  17      Line   6-7     Reason   2

23   From  main file              to   admin panel

24

25                              ANTON TITOV

Highly Confidential

Page 80

1                          ERRATA SHEET

2

3       NAME OF CASE:  "DISNEY ENTERPRISES VS. HOTFILE   CORP."

4       DATE OF DEPOSITION:  NOVEMBER 17, 2011

5       NAME OF WITNESS:  ANTON TITOV

6       Reason Codes:

7           1.  To clarify the record.

            2.  To conform to the facts.

8           3.  To correct transcription errors.

9

10      Page    20        Line    13        Reason   3

11      From then we'll              to   that will

12      Page  21          Line    14        Reason   3

13      From   wipe                  to   whitelist

14      Page   26         Line    20        Reason  3

15      From  Andre                  to   Andrey

16      Page  33          Line    1         Reason   3

17      From   bullet                to  uploaded

18      Page   33         Line    12        Reason      3

19      From  my scale               to   ~~MySOL~~   MySQL

20      Page   33         Line    12        Reason  3

21      From  our increments         to   auto increment

22      Page   34         Line    6         Reason   3

23      From   of this               to    manual

24                              _____

25                          ANTON TITOV

Highly Confidential

Page 80

1                              ERRATA SHEET

2

3       NAME OF CASE:  "DISNEY ENTERPRISES VS. HOTFILE   CORP."

4       DATE OF DEPOSITION:  NOVEMBER 17, 2011

5       NAME OF WITNESS:  ANTON TITOV

6       Reason Codes:

7           1.  To clarify the record.

            2.  To conform to the facts.

8           3.  To correct transcription errors.

9

10      Page   38        Line    15        Reason   3

11      From  match                   to   mention

12      Page   39        Line    1         Reason   3

13      From   coordinate            to   concatenate

14      Page   40        Line    2         Reason   3

15      From  image indicator       to   identifier

16      Page   42        Line    4         Reason   3

17      From   false                 to  uploads

18      Page   45        Line    7         Reason   3

19      From   bot                   to      --

20      Page   46        Line    15        Reason   3

21      From   escrow                to   ~~SQL~~   SQL

22      Page   51        Line    3         Reason   3

23      From   19                    to    90

24                                    _____

25                                    ANTON TITOV

Highly Confidential

Page 80

1                          ERRATA SHEET

2

3       NAME OF CASE:  "DISNEY ENTERPRISES VS. HOTFILE  CORP."

4       DATE OF DEPOSITION:  NOVEMBER 17, 2011

5       NAME OF WITNESS:  ANTON TITOV

6       Reason Codes:

7              1.  To clarify the record.

        2.  To conform to the facts.

8       3.  To correct transcription errors.

9

10      Page ___52___   Line ___9___   Reason _3_____

11      From _pile_____   to _panel_____

12      Page __61___   Line __11-12___   Reason _3_____

13      From _block...block_____   to _last...last_____

14      Page _62_____   Line _8-9___   Reason _3_____

15      From late block...block downloads to _last....uploaddownloads

16      Page _69_____   Line __3___   Reason _3_____

17      From _date_____   to _data_____

18      Page __72____   Line __13___   Reason ____3_____

19      From _mainly_____   to ___many_____

20      Page _____   Line _____   Reason _____

21      From _____   to _____

22      Page _____   Line _____   Reason _____

23      From _____   to _____

24                    _____

25                         ANTON TITOV