# EXHIBIT H

```
From:    twoon <twoon@optusnet.com.au>
Sent:    Thursday, February 24, 2011 12:47 PM
To:      general <general@hotfile.com>
Subject: Unable to download tv series: Hotfile (3497343,twoon@optusnet.com.au)

Message sent from user with mail - twoon@optusnet.com.au:
Reason: General question
Username: 3497343 (3497343)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/104890321/50d4b1f/two.and.a.half.men.816.hdtv-
lol.avi.html
ip: 210.49.206.115 AU
URL: http://hotfile.com/dl/104890321/50d4b1f/two.and.a.half.men.816.hdtv-
lol.avi.html

Can you please explain why I am no longer able to download TV series episodes via
hotflie?
This has only occurred over the past few days. My subscription has been paid for
12 months so should not be an issue.
If you no longer support this feature, then I would like a refund as your service
is of no use if it cannot be accessed.
```



EXHIBIT
Titov 146
12·07·11 ff

HF00034459