# EXHIBIT I

```
From:    i-matsumoto <i-matsumoto@hotmail.com>
Sent:    Friday, February 25, 2011 9:27 PM
To:      general <general@hotfile.com>
Subject: I can.t downloads series: Hotfile (ILDA.MATSUMOTO-1,i-
matsumoto@hotmail.com)

Message sent from user with mail - i-matsumoto@hotmail.com:
Reason: I have technical issues with downloading
Username: ILDA.MATSUMOTO-1 (3789825)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/106166490/42636e2/Baixartv.com_Greysanatomy.S7E14.rmvb.html
ip: 201.81.68.94 BR
URL: baixartv.com; baixqndofacil.com

I cannott download my favourites series anymore. I have payed an signature for 6
months, finishing on June, 2011.
```



HF00034686