# EXHIBIT J

From:   flp_meira <flp_meira@yahoo.com.br>
Sent:   Friday, February 25, 2011 7:01 AM
To:   general <general@hotfile.com>
Subject:   Site BaixarTV.com: Hotfile (4329260,flp_meira@yahoo.com.br)

Message sent from user with mail - flp_meira@yahoo.com.br:
Reason: General question
Username: 4329260 (4329260)
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/106115868/619ccc8/Baixartv.com_GleeS02E13.rmvb.html
ip: 187.111.168.245
URL:

Hello, what happened to the files baixartv.com? All files posted on hotfile
deleted form, and I was downloading many series, I signed up to the premium
account to download. And now the files were deleted, and I have to stop in half
the series that was downloading. Please ask kindly reup posted by baixartv.com the
series, if possible, because I\\\'ll still be premium member to finish downloading
the whole series. More contrario\\\'ll look for other ways to lower grades. But do
not think it\\\'s fair on your part.

I ask you reply to this email as simple as possible because I\\\'m Brazilian, and
I\\\'m learning a bit of English, and thanks to that little formulated this email.

Thanks already.



EXHIBIT
PENGAD 800-631-6989
Titou 148
12·07·11 FF

HF00034587