# EXHIBIT K

WJUNCTION
WEBMASTER HANGOUT

Welcome, **bruce**. [ Log Out ]
You last visited: Today at 03:17 PM
Private Messages: Unread 0, Total 0.

FILESONIC.com
Elite: Get up to 85% for Premium Sales

$14.99 Onwards!

fileserve
FileServe pays the most for ALL countries
Make money uploading your files here

WJunction > Webmasters > File Hosts
**Hotfile: Account Termination**

User CP | FAQ | Community | Calendar | New Posts | Search | Quick Links | Log Out

POST REPLY

Page 1 of 52 **1** 2 3 11 51 > Last »

Thread Tools | Display Modes

18th Feb 2011, 04:12 PM #1

**NightMare**
Member
Website(s):
devilsdivine.org
Join Date: Oct 2010
Posts: 431

**Hotfile: Account Termination**

Just got an E-mail from Hotfile :

Your account has been terminated due to repeated copyright infringement violations.

doesn't Hotfile just rocks ?
why does all of you still using HF ?
its the worst host ever !
Mods please leave it open , i wanna see why someguys still using HF .

and please , don't say you should have changed the md5
coz i DID !

QUOTE MULTI-QUOTE

MAKE MONEY with videobb
Earn US$30 per 10,000 video views
Earn 25% on referrals' earnings
Earn 5% extra on your sites' videos
Sign Up Now

18th Feb 2011, 04:15 PM #2

**buck_rider**
Member
Website(s):
abook.ws
Join Date: Jan 2010
Posts: 27

Got that same e-mail just 2 minutes ago.

Account suspended, money gone. :-/

QUOTE MULTI-QUOTE

18th Feb 2011, 04:15 PM #3

**Mr-R-T**
Global Moderator

Website(s):
HQ-Uploads.com
HotFileServe.org
Join Date: May 2009
Location: Underground
Posts: 2,863

lol I think everyone is getting their account terminated.

Advertise on a 15K unique visitors/day 65% organic, 16% direct popular blog!
http://sig.grumpybumpers.com/host/MrRT.gif

QUOTE MULTI-QUOTE

18th Feb 2011, 04:16 PM #4

**cvrle77**
Member

Join Date: Aug 2009
Posts: 390

repeated means u uploaded same files over and over and over...I got 16 rapidshare accounts down, u think HF sux? lol 4 of them were in same month

QUOTE MULTI-QUOTE

18th Feb 2011, 04:18 PM #5

**ThumperTM**
Member

Website(s):
ThumperDC.com
Join Date: Jan 2011
Location: Heaven
Posts: 55

Use filesonic

***Cheap Adspot on ThumperDC.com***

QUOTE MULTI-QUOTE

18th Feb 2011, 04:18 PM #6

**NightMare**
Member

Website(s):
devilsdivine.org
Join Date: Oct 2010
Posts: 431

well , at least RS used to give good resons !

QUOTE MULTI-QUOTE

18th Feb 2011, 04:18 PM #7

**infernohuman**
Member

Join Date: Aug 2010
Posts: 313

so you ask why does any1 use hotfile...
why did u use it until your account got terminated?
i guess all others will stop when they get same mail as you...

so you got enlighted, good for you...

QUOTE MULTI-QUOTE

18th Feb 2011, 04:20 PM #8

**petertouch**
Member

Join Date: Aug 2010
Posts: 137

Shouldn't violate TOS.

QUOTE MULTI-QUOTE

18th Feb 2011, 04:24 PM #9

**JJJ**
Member

Website(s):
IMGKeep.com
mk3.ca

Join Date: Aug 2009
Location: Canada
Posts: 2,711

You're an idiot for making this thread the way you phrased everything. Read the damn TOS first. Find a file host (large and facing lawsuits at the moment) that would not do this with all the pressure they are facing. Do you think they would risk closing to satisfy your needs? Open a new account and refrain for clicking New Thread.

**Free, Unlimited, Stable Image Hosting**
*Unlimited Bandwidth - Unlimited Space - Image Tracking - Direct Linking*
**NEW FireFox Image Uploader Add-on!**

QUOTE MULTI-QUOTE

18th Feb 2011, 04:24 PM #10

**NightMare**
Member

Website(s):
devilsdivine.org

Join Date: Oct 2010
Posts: 431

does they remove all ur files when they ban the acc ?

QUOTE MULTI-QUOTE

POST REPLY

Page 1 of 52 **1** 2 3 11 51 > Last »

« Previous Thread | Next Thread »

**Currently Active Users Viewing This Thread: 1** (1 members and 0 guests)

bruce

Posting Rules

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Rules

Forum Jump
File Hosts Go

**Similar Threads**

| Thread | Thread Starter | Forum | Replies | Last Post |
|---|---|---|---|---|
| hotfile account help | kamrandahir | Technical Help Desk Support | 1 | 28th May 2010 10:17 AM |
| HotFile Account | Santocool | General Discussion | 10 | 1st May 2010 01:11 AM |
| [Buying] Want to trade a hotfile account, for a WebHosting account, | Angeix | Marketplace (Buy, Sell and Trade) | 10 | 16th Dec 2009 01:18 PM |
| 1 hotfile account for $2 | thianpa | Marketplace (Buy, Sell and Trade) | 7 | 8th Sep 2009 07:20 AM |

All times are GMT -6. The time now is 03:18 PM.

**Advertising** · **Contact Us** · **Archive** · **Top**

Powered by vBulletin®
Copyright ©2000 - 2011, Jelsoft Enterprises Ltd. (Time: **0.524**s)





