# EXHIBIT L

**Digital Point**

BeKnown™ App on Facebook
New Year. New Networking Opportunities. Be Known in 2012!
www.apps.facebook.com/Be AdChoices ▷

User Name   Password   Log in
☐ Remember Me?
Help   Register

Google Analytics not set up for reporting

| Forum | Advertising | Articles | Blogs | Marketplace | Tools | Products | What's New? |

Today's Posts   FAQ/Rules   Calendar   Forum Actions ▼   Quick Links ▼                    Advanced Search

Tweet 0   +1 0   ☐ Like   💡 **Did You Know...** You can buy advertising space on many different sites (including this one) with Digital Point Ads.

🏠 Forum ✦ Marketing ✦ Affiliate Programs ✦ HOTFiLE IS BECOMING SCAM : STAY AWAY

If this is your first visit, be sure to check out the **Rules / FAQ**.
If you wish to become a member and post, you can **register here**.

+ Reply to Thread                                                Results 1 to 20 of 21   ▼ Page 1 of 2  1  2  ▶  Last ▶▶

**Thread: HOTFiLE IS BECOMING SCAM : STAY AWAY**

Thread Tools ▼   Search Thread ▼

■ Feb 18th 2011,  2:59 pm                                                                                              #1

**guilamu** ○                                                                                            Join Date: **Sep 2010**
Grunt                                                                                                        Posts: **30**

⚠ **HOTFiLE IS BECOMING SCAM : STAY AWAY**

Hello guys,

Just to warn you that now hotfile is deleting any account with files violating copyright.

Here is the mail you'll receive :

> Your account has been terminated due to repeated copyright infringement violations.

And that's not it!

All your earnings will go into hotfile's pocket. They won't send you a dime. There will be no warning.

You won't be able to acces your account, it'll be deleted, with all your files, instantly.

**HIPAA 5010 Compliance**
Prepare For New HIPAA X12 standards Version 5010. See 5010 Timeline!
RelayHealth.com/HIPAA-Compliance
AdChoices ▷

If your account was a premium one you'll lose it definitly, even if you've just renewed it, you're fucked.

And last but not least, if you own a website your url will be banned for life.

Hotfile was a good site in the days, now it's the worst scam ever, even worst than storage.to was...

So to everyone : go to any other hosting service, Hotfile is ancient history.

                                                                                                    💬 Reply With Quote

Create your own online store   🛍 shopify

■ Feb 18th 2011,  3:14 pm                                                                                              #2

**fhscout** ○                                                                                            Join Date: **Dec 2010**
Champion of the Naaru                                                                                Location: **file servers...**
Recent Blog: fileserve downloads still works on rapidleech server as of now..                             Posts: **191**

more news at http://torrentfreak.com/hotfile-1000...awsuit-110118/

                                                                                                    💬 Reply With Quote

■ Feb 18th 2011,  3:15 pm                                                                                              #3

**fhscout** ○                                                                                            Join Date: **Dec 2010**
Champion of the Naaru                                                                                Location: **file servers...**
Recent Blog: fileserve downloads still works on rapidleech server as of now..                             Posts: **191**

I hope we do not hear such news for filesonic 😊

                                                                                                    💬 Reply With Quote

■ Feb 18th 2011,  9:31 pm                                                                                              #4

            **dimitri123** ○                                                                            Join Date: **May 2008**
            of the Nightfall                                                                              Posts: **1,576**

Massive account terminations. Lots of people reporting it. It seems they are scared with the recent MPAA lawsuit.

                                                                                                    💬 Reply With Quote



**Feb 21st 2011, 1:27 pm**  #13

**karsh**  Join Date: Jan 2011
Grunt  Posts: 34

> Originally Posted by **edguxco**
> happened to me just now
> the sad part is they terminated my account sunday and monday is the payout

You thought they would pay first and then terminate your account?

Hotfile owner is getting rich at our expenses. Bastard.

Reply With Quote

**Feb 21st 2011, 1:39 pm**  #14

**bingos**  Join Date: Aug 2010
Champion of the Naaru  Location: http://www.techfoxin.com
 Posts: 146

Yeah. Time to use other hosting.

Reply With Quote

**Feb 21st 2011, 3:20 pm**  #15

**Mogggy**  Join Date: May 2010
Champion of the Naaru  Posts: 211

No problems here, not banned and just got paid



Reply With Quote

**Mar 4th 2011, 5:25 pm**  #16

**xferitx**  Join Date: Nov 2010
Peon  Posts: 23

yes same..my premium account suspended

Reply With Quote

**Mar 4th 2011, 9:45 pm**  #17

**br3adman**  Join Date: Feb 2008
of the Nightfall  Location: Louisiana
Recent Blog: Email Soldiers | How to email a soldier or other military personnel  Posts: 1,839

I use http://www.mediafire.com/ they are better in my eyes

Reply With Quote

**Mar 5th 2011, 2:44 pm**  #18

**CheapRDP**  Join Date: Mar 2011
Peon  Posts: 14

They suspended also my account lol

Reply With Quote

**Mar 14th 2011, 4:30 am**  #19

**Black Earth**  Join Date: Feb 2011
Peon  Posts: 26

I read a number of post regarding this account suspension. Hotfile is very much popular and the reason was copyright violation then i think in near future Filesonic users will face this same problem(just my opinion).

Reply With Quote

**Mar 15th 2011, 10:45 am**  #20

**djohan** ○
Peon

Join Date: **Mar 2011**
Posts: **14**

my filesonic account is banned yesterday because got 2 sales and told me I used my own Paypal account for it which the fact affiliate names are different from my Paypal account

**Reply With Quote**

✧ Reply to Thread

▾ Page 1 of 2  1  2  ▸  Last ▸▸

« Previous Thread | Next Thread »

### Similar Threads

| | |
|---|---|
| brinqvisitor.com is a big SCAM, stay away from them!<br>By kn1ckth in forum General Marketing | Replies: 7<br>Last Post: Sep 13th 2010, 9:55 pm |
| cpanation is big scam stay away from them<br>By elkhra in forum Affiliate Programs | Replies: 4<br>Last Post: Aug 2nd 2010, 11:44 pm |
| netklix.com is a Scam Stay Away from Them Dont PAY Us<br>By wap321 in forum General Marketing | Replies: 0<br>Last Post: Mar 10th 2009, 8:58 am |
| Convert Equalizer is SCAM!! Stay Away from it!!<br>By Sxperm in forum General Chat | Replies: 2<br>Last Post: Sep 5th 2007, 5:29 am |
| Stay Away From Scam Site Jensleypay.com !!!<br>By heathercc in forum Payment Processing | Replies: 9<br>Last Post: Feb 18th 2007, 5:35 pm |

### Tags for this Thread

hotfile is dead, hotfile scam, hotfile stealing, hotfile suck
View Tag Cloud

### Posting Permissions

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

**BB code** is On
**Smilies** are On
**[IMG]** code is On
HTML code is Off

**Forum Rules**

Advertising                                                    Contact Us @Twitter  Digital Point Solutions  Privacy  Top

All times are GMT -8. The time now is 5:09 pm.
Digital Point modules: CSS, Sphinx-based search