# EXHIBIT M



The place where **breaking news**, BitTorrent and copyright collide

Subscribe via RSS    Subscribe via Email    Tip Us Off!

Search Torrent**Freak**

[Search]

# Hotfile Goes To War Against Copyright Infringers

enigmax
19/02/2011
170
Hotfile
Print



Hotfile, one of the rising stars on the file-hosting scene, appears to be taking a tougher stance on copyright infringement. Perhaps with an eye on the litigation recently instigated by the MPAA, this week Hotfile has been deleting premium accounts – along with all their files – en masse. Furthermore, Hotfile are reportedly not paying out the money these accounts have earned in the site's rewards program.

As bandwidth and storage capacity have increased, so have the capabilities of file-hosting services. Perhaps inevitably, not only are they used for the storage personal files, but increasingly for the distribution of movies, music, games and software.

Although the MPAA and RIAA have named two of the market leaders – RapidShare and MegaUpload – as 'rogue', to date both sites have avoided becoming a target for litigation from the pair. The same cannot be said about Hotfile.

"In less than two years, Hotfile has become one of the 100 most trafficked sites in the world," said the MPAA when announcing its lawsuit against the company. "That is a direct result of the massive digital theft that Hotfile promotes."

Furthermore, the MPAA insists that Hotfile's business model encourages users to upload "illegal copies of motion pictures and TV shows to its servers." Even if this statement is true – and there's no evidence presented thus far to prove it is – a development this week suggests that Hotfile is taking its DMCA responsibilities seriously.

"Those idiots closed my Hotfile account," one premium account holder told TorrentFreak earlier today. "No warning and now i'm just shut out. All my files are gone, everything."

This is clearly not an isolated incident. On the contrary, recent Hotfile account suspensions are widespread. This morning TorrentFreak was invited to a private IRC channel and there we had a chat with individuals who had all lost premium accounts this week.

In our discussions with these and other people affected by the account suspensions, a common theme was developing. All had been operating premium accounts at Hotfile for some time, some of them for two years. Movies and TV shows were the major items being uploaded and all individuals were being paid weekly through Hotfile's reward program.

Then this week they were all locked out of their accounts, only to be greeted by the following message:

Suspended





## News**Bits**

The latest news about from around the web, not covered on the frontpage

### Research: Inside The Mind of a File-Sharer

Although survey requests are usually ignored by TorrentFreak staff, we make an exception for Brett Caraway...

### Police and Sony Raid PS3 Hacker's Home

The home of a Playstation 3 hacker has been raided by the police in Germany. At...

### Following PS3 Hack, Sony Beefs Up Anti-Piracy Legal Team

Hot on the heels of the very public dissection of their Playstation 3 hardware by hacker...

### Does The ACS:Law Debacle Mean No More Disclosure Orders For File-Sharing?

TorrentFreak readers will already be familiar with the chaos which surrounded the demise of both lawfirm...

### MPAA Threatens to Boycot Cinemas (and Boost Piracy)

The MPA(A) is threatening to deprive Indonesian movie theaters of major US film releases if the...

