UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## [PROPOSED] ORDER GRANTING WARNER BROS. ENTERTAINMENT INC.'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came before the court on Warner Bros. Entertainment Inc.'s Motion for Summary Judgment.  This Court has considered Warner Bros. Entertainment Inc.'s Motion and being otherwise duly advised here, it is hereby:

ORDERED AND ADJUDGED that Warner Bros. Entertainment Inc.'s Motion for Summary Judgment is hereby GRANTED and summary judgment is entered for Warner Bros.

Entertainment Inc. and against Hotfile Corp. on all claims alleged in the Second Amended Counterclaim.

DONE AND ORDERED in chambers at Miami, Florida this ____ day of _____ 2012.

                                                                    _____
                                                                    Kathleen M. Williams
                                                                    United States District Judge

cc:      All Counsel of Record