UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*    /

FILED by AJS D.C.

FEB 27 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**UNOPPOSED MOTION AND MEMORANDUM OF LAW OF
DEFENDANT/COUNTERCLAIMANT HOTFILE CORPORATION
FOR LEAVE TO FILE UNDER SEAL, HOTFILE'S MEMORANDUM OF LAW IN
OPPOSITION TO THE MOTION OF PLAINTIFF/COUNTER-DEFENDANT WARNER
BROS. ENTERTAINMENT INC. FOR SUMMARY JUDGMENT ON HOTFILE'S
COUNTERCLAIM, HOTFILE'S STATEMENT OF DISPUTED FACTS;
DECLARATIONS OF RODERICK THOMPSON; ANTON TITOV AND
<u>MATTHEW LYNDE, PH.D. AND ALL EXHIBITS TO THE FILINGS</u>**

Defendant Hotfile Corporation ("Hotfile"), files this Unopposed Motion to File Documents Under Seal pursuant to Local Rule 5.4, as set forth below in the accompanying memorandum of law.

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## **MEMORANDUM OF LAW**

The documents to be filed under seal are:

a.  Hotfile's Memorandum of Law in Opposition to the Motion of Plaintiff/Couner-Defendant Warner Bros. Entertainment Inc. ("Warner"), for Summary Judgment on Hotfile's Counterclaim and all exhibits thereto;

b.  Hotfile's Statement of Disputed Facts (filed in opposition to Warner's Statement of Undisputed Facts), in Support of Hotfile's Memorandum of Law in Opposition to Warner's Motion for Summary Judgment on Hotfile's Counterclaim and all exhibits thereto; and

c.  Declaration of Roderick M. Thompson, Esq., dated February 27, 2012 and all exhibits thereto;

d.  Declaration of Anton Titov, dated February 27, 2012, and all exhibits thereto and

e.  Declaration of Matthew Lynde, Ph.D., dated February 27, 2012 and all exhibits thereto (collectively, paragraphs a. through e. above are referred to as the "Unopposed Motion for Leave to File Under Seal").

The documents should remain under seal until the conclusion of this case. Upon expiration of the sealing period, the sealed documents should be returned to Defendants' counsel.

This motion is filed pursuant to the Order entered by the Court on May 19, 2011 [D.E. #68], which states that "[in] the event that any Discovery Materials designated under this Protective Order is described, characterized, excerpted or referenced in, or attached to, any Court proceeding or submission in connection with this litigation…the filing party shall seek to file such material under seal pursuant to Local Rule 5.4."

All of the above filings, concern or contain information that has been designated as Confidential or Highly Confidential under the Protective Order. It includes confidential,

2

proprietary and commercially sensitive business documents and material. The Court has authority to grant motions for leave to file under seal pursuant to Local Rule 5.4, when as here prior orders of the Court require submission of the filings under seal. Warner has no opposition to requested sealed filings and indeed, Warner filed its Motion for Summary Judgment on Hotfile's Counterclaim under seal.

## CONCLUSION

On the basis of the foregoing, Hotfile respectfully requests that the Court grant its unopposed motion for leave to file under seal and permit the filing under seal of the filings set forth above. A proposed Order is attached hereto as Exhibit "A."

## CERTIFICATE OF GOOD FAITH ATTEMP TO RESOLVE

I hereby certify that pursuant to Local Rule 7.1(a)(3), prior to filing this motion, counsel for Hotfile, Janet T. Munn, communicated with counsel for Warner, Steven B. Fabrizio, by e-mail, in a good faith attempt to resolve by agreement the matters that are raised in this motion and that Warner has no objection to this motion for leave to file under seal.

_____
Janet T. Munn, Esq.

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DATED: February 27, 2012

Respectfully submitted,

*/s/ Janet T. Munn*
Janet T. Munn, Esq. Fla. Bar No. 501281
Email: jmunn@rascoklock.com
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102

And

*/s/ Janet T. Munn for Roderick M. Thompson*
Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email: rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email: aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email: tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email: dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email: jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.4480

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone: 617.928.1800
Telecopy: 617.928.1802

*Counsel for Defendants Hotfile Corporation
and Anton Titov*

4

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2012, a true and correct copy of the foregoing document, was filed conventionally and served on all counsel of record identified below via e-mail and by Federal Express.

Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL  33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA  91403-5885
Telephone: 818.935.5812

By: /s/ Janet T. Munn
Janet T. Munn