(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 11-20427-CIV-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC., et al.,

    Plaintiff

v.

HOTFILE CORP., ANTON TITOV,

    Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Janet T. Munn, Esq., on behalf of Defendant Anton Titov

Address: Rasco Klock, 283 Catalonia Ave., Suite 200, Coral Gables, FL 33134

Telephone: 305.476.7101

On behalf of (select one):  ☐ Plaintiff   ☑ Defendant

Date sealed document filed: 2/27/2012

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 05-19-11 [DE 68]

The matter should remain sealed until:

- ☐ Conclusion of Trial
- ☐ Case Closing
- ☐ Other: _____
- ☐ Permanently. Specify the authorizing law, rule, court order:
- ☐ Arrest of First Defendant
- ☑ Conclusion of Direct Appeal

The moving party requests that when the sealing period expires, the filed matter should be (select one):

- ☐ Unsealed and placed in the public portion of the court file
- ☑ Returned to the party or counsel for the party, as identified above
- ☐ Destroyed

```
Memorandum of Law of Hotfile Corporation In Opposition to Warner's Motion for Summary
Judgment on Hotfile's Counterclaim
Counter-Statement of Facts of Defendant Hotfile Corporation In Opposition to the Statement
of Uncontroverted Facts Submitted by Plaintiff Warner
```

*[signature: Janet A. Munn]*

**Attorney for:** Defendants