UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

*Defendants.*                                    /
HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counter-Defendant.*                             /

**ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT/
COUNTERCLAIMANT, HOTFILE CORPORATION, FOR LEAVE TO
FILE UNDER SEAL, HOTFILE'S MEMORANDUM OF LAW IN
OPPOSITION TO THE MOTION OF PLAINTIFF/COUNTER-DEFENDANT
WARNER BROS. ENTERTAINMENT INC. FOR SUMMARY
JUDGMENT ON HOTFILE'S COUNTERCLAIM, STATEMENT
OF DISPUTED MATERIAL FACTS; DECLARATIONS IN SUPPORT OF
MEMORANDUM IN OPPOSITION AND ALL EXHIBITS THERETO**

**THIS CAUSE** came before the Court on the Unopposed Motion of Defendant/Counterclaimant, Hotfile Corporation ("Hotfile"), for Leave to File Under Seal the following:

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

    a.    Hotfile's Memorandum of Law in Opposition to the Motion of Plaintiff/Counter-defendant Warner Bros. Entertainment Inc., for Summary Judgment on Hotfile's Counterclaim and all exhibits thereto;

    b.    Hotfile's Statement of Disputed Material Facts in Opposition to Warner's Motion for Summary Judgment on Hotfile's Counterclaim and all exhibits thereto; and

    c.    Declaration of Roderick M. Thompson, Esq., dated February 27, 2012, and all exhibits thereto;

    d.    Declaration of Anton Titov, dated February 27, 2012, and all exhibits thereto and

    e.    Declaration of Matthew Lynde, Ph.D., dated February 27, 2012, and all exhibits thereto (collectively, paragraphs a. through e. above are referred to as the "Unopposed Motion for Leave to File Under Seal").

The Court has considered the Unopposed Motion to File Under Seal and being otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that the Unopposed Motion to File Under Seal is hereby Granted. The filings set forth above in paragraphs a. through c., shall be filed and maintained under seal.

**DONE AND ORDERED** in chambers at Miami, Florida this _____ day of _____ 2012.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record