# EXHIBIT "A"

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

       *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

       *Defendants.*

_____/

HOTFILE CORP.,

       *Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

       *Counter-Defendant.*

_____/

## DECLARATION OF RODERICK THOMPSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF WARNER BROS. MOTION FOR SUMMARY JUDGMENT

I, Roderick Thompson, declare as follows:

1.     I am an attorney at Farella Braun + Martel LLP, counsel for defendant Hotfile Corporation and Anton Titov.  I have personal knowledge of the matters stated herein and, if called and sworn as a witness, I could and would competently testify to the facts set forth herein.

**FILED UNDER SEAL**                    CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

2.      Attached hereto as Exhibit 1 is a true and correct copy of an email from Michael Bentkover to abuse@hotfile.com, dated April 29, 2009. **(WARNER000014-35)**

3.      Attached hereto as Exhibit 2 is a true and correct copy of an email from Hotfile Support to Michael Bentkover, dated August 29, 2009. **(WARNER025890-97)**

4.      Attached hereto as Exhibit 3 is a true and correct copy of an email from Hotfile Support to Michael Bentkover, dated September 21, 2009. **(WARNER025900-02)**

5.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition of David Kaplan, dated October 12, 2011.

6.      Attached hereto as Exhibit 5 is a true and correct copy of a spreadsheet, created at my direction, representing files deleted by Warner through its SRA misidentified as copies of a Warner movie called "Lope." The data in this spreadsheet is excerpted from a spreadsheet produced by Warner as WARNER073292 which contains data regarding the files it deleted through the SRA in 2011. The "Number" column refers to the number of the file identified in Exhibit B to the Declaration of Scott Zebrak in Support of Warner Bros. Motion for Summary Judgment on Hotfile's Counterclaim, filed February 9, 2012. The "URL" is the URL of the deleted file. The "Notice Date/Time" column shows when the file was deleted. The "Search Title" column shows the movie/keyword that Warner's robot was searching for when it deleted the identified file. The "Post Title" column shows the title of the webpage on which the file was found (and which Warner's robot identified as matching its search keyword). The "Zebrak Title" column shows the title of the content of the deleted file, as listed in Exhibit B to the Declaration of Scott Zebrak in Support of Warner Bros. Motion for Summary Judgment on Hotfile's Counterclaim, filed February 9, 2012.

**FILED UNDER SEAL**                    CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

7.      Attached hereto as Exhibit 6 is a true and correct copy of an email from Phillip Hughes to Bret Boivin, dated April 28, 2009. **(WARNER072381)**

8.      Attached hereto as Exhibit 7 is a true and correct copy of emails between Kirsty Spring and Sven Klimek and Bret Boivin, from May 2010. **(WARNER027787-89)**

9.      Attached hereto as Exhibit 8 is a true and correct copy of emails between Bret Boivin and Christian Sommer, dated August 15, 2011. **(WARNER072970-71)**

10.     Attached hereto as Exhibit 9 is a true and correct copy of the Notice of Deposition of Warner Brothers Entertainment, served April 5, 2011.

11.     Attached here to as Exhibit 10 is a true and correct copy of a spreadsheet created by Scott Zebrak, attached as Exhibit B to the Declaration of Scott Zebrak in Support of Warner Bros. Motion for Summary Judgment on Hotfile's Counterclaim, filed February 9, 2012.

12.     Attached hereto as Exhibit 11 is a true and correct copy of the Rebuttal Expert Report of Professor James Boyle, dated January 12, 2012.  This document is Exhibit 2 to the deposition of James Boyle, taken on January 19, 2012 in the above-captioned case.

13.     Attached hereto as Exhibit 12 is a true and correct copy of the Expert Report of Professor James Boyle.  This document is also Exhibit 3 to the deposition of James Boyle, taken on December 21, 2011 in the above-captioned case.

14.     Attached hereto as Exhibit 13 is a true and correct copy of an email from Thomas Rechenmacher to Hotfile, dated May 8, 2010. **(HF00069560)**

15.     Attached hereto as Exhibit 14 is a true and correct copy of emails between Christian Sommer, Bret Boivin and Ethan Applen, dated October 20, 2010. **(WARNER07300)**

**FILED UNDER SEAL**                    CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

16.     Attached hereto as Exhibit 15 is a spreadsheet produced by Warner as WARNER072623, listing all the "exclude" terms used by Warner's robots as of August 17, 2011.

17.     Attached hereto as Exhibit 16 is a true and correct copy of a spreadsheet, created at my direction, representing files deleted by Warner through its SRA misidentified as copies of Warner owned content called "Shorts." The data in this spreadsheet is excerpted from a spreadsheet produced by Warner as WARNER073292 which contains data regarding the files it deleted through the SRA in 2011. The "Number" column refers to the number of the file identified in Exhibit B to the Declaration of Scott Zebrak in Support of Warner Bros. Motion for Summary Judgment on Hotfile's Counterclaim, filed February 9, 2012. The "URL" is the URL of the deleted file. The "Notice Date/Time" column shows when the file was deleted. The "Search Title" column shows the movie/keyword that Warner's robot was searching for when it deleted the identified file. The "Post Title" column shows the title of the webpage on which the file was found (and which Warner's robot identified as matching its search keyword). The "Zebrak Title" column shows the title of the content of the deleted file listed in Exhibit B to the Declaration of Scott Zebrak in Support of Warner Bros. Motion for Summary Judgment on Hotfile's Counterclaim, filed February 9, 2012.

18.     Attached hereto as Exhibit 17 is a true and correct copy of a spreadsheet, created at my direction, representing files deleted by Warner through its SRA misidentified as copies of a Warner movie called "Primos." The data in this spreadsheet is excerpted from a spreadsheet produced by Warner as WARNER073292 which contains data regarding the files it deleted through the SRA in 2011. The "Number" column refers to the number of the file identified in Exhibit B to the Declaration of Scott Zebrak in Support of Warner Bros. Motion for Summary

**FILED UNDER SEAL**                    CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

Judgment on Hotfile's Counterclaim, filed February 9, 2012. The "URL" is the URL of the

deleted file. The "Notice Date/Time" column shows when the file was deleted. The "Search

Title" column shows the movie/keyword that Warner's robot was searching for when it deleted

the identified file. The "Post Title" column shows the title of the webpage on which the file was

found (and which Warner's robot identified as matching its search keyword). The "Zebrak

Title" column shows the title of the content of the deleted file listed in Exhibit B to the

Declaration of Scott Zebrak in Support of Warner Bros. Motion for Summary Judgment on

Hotfile's Counterclaim, filed February 9, 2012.

      19.     Attached hereto as Exhibit 18 is a true and correct copy of emails between Bret

Boivin and Kristy Spring, dated November 12, 2009. **(WARNER072585)**

      20.     Attached hereto as Exhibit 19 is a true and correct copy of a spreadsheet, created

at my direction, representing files deleted by Warner through its SRA misidentified as copies of

a Warner movie called "V 2009." The data in this spreadsheet is excerpted from a spreadsheet

produced by Warner as WARNER073292 which contains data regarding the files it deleted

through the SRA in 2011. The "Number" column refers to the number of the file identified in

Exhibit B to the Declaration of Scott Zebrak in Support of Warner Bros. Motion for Summary

Judgment on Hotfile's Counterclaim, filed February 9, 2012. The "URL" is the URL of the

deleted file. The "Notice Date/Time" column shows when the file was deleted. The "Search

Title" column shows the movie/keyword that Warner's robot was searching for when it deleted

the identified file. The "Post Title" column shows the title of the webpage on which the file was

found (and which Warner's robot identified as matching its search keyword). The "Zebrak

Title" column shows the title of the content of the deleted file listed in Exhibit B to the

FILED UNDER SEAL                          CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

Declaration of Scott Zebrak in Support of Warner Bros. Motion for Summary Judgment on

Hotfile's Counterclaim, filed February 9, 2012.

21.     Attached hereto as Exhibit 20 is a true and correct copy of an internal Warner

Bros. memo entitled "Kapow Update," dated April 15, 2009. **(WARNER072348-50)**

22.     Attached hereto as Exhibit 21 is a true and correct copy of a spreadsheet created

at my direction, representing files deleted by Warner through its SRA misidentified as copies of

a Warner video game called "The Bachelor Video Game." The data in this spreadsheet is

excerpted from a spreadsheet produced by Warner as WARNER073292 which contains data

regarding the files it deleted through the SRA in 2011. The "Number" column refers to the

number of the file identified in Exhibit B to the Declaration of Scott Zebrak in Support of

Warner Bros. Motion for Summary Judgment on Hotfile's Counterclaim, filed February 9, 2012.

The "URL" is the URL of the deleted file. The "Notice Date/Time" column shows when the file

was deleted. The "Search Title" column shows the movie/keyword that Warner's robot was

searching for when it deleted the identified file. The "Post Title" column shows the title of the

webpage on which the file was found (and which Warner's robot identified as matching its

search keyword). The "Zebrak Title" column shows the title of the content of the deleted file

listed in Exhibit B to the Declaration of Scott Zebrak in Support of Warner Bros. Motion for

Summary Judgment on Hotfile's Counterclaim, filed February 9, 2012.

23.     Attached hereto as Exhibit 22 is a true and correct copy of an email from

Christian Sommer to Breit Boivin, dated February 4, 2011. **(WARNER072368-69)**

24.     Attached hereto as Exhibit 23 is a true and correct copy of a spreadsheet, created

at my direction, of files improperly taken down by Leak ID, on behalf of Warner Bros. The data

in this spreadsheet is excerpted from a spreadsheet produced by Warner as WARNER073292

**FILED UNDER SEAL**                    CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

which contains data regarding the files it deleted through the SRA in 2011. The "Number" column refers to the number of the file identified in Exhibit B to the Declaration of Scott Zebrak in Support of Warner Bros. Motion for Summary Judgment on Hotfile's Counterclaim, filed February 9, 2012. The "URL" is the URL of the deleted file. The "Notice Date/Time" column shows when the file was deleted. The "Search Title" column shows the movie/keyword that Warner was searching for when it deleted the identified file. The "Post Title" column shows the title of the webpage on which the file was found (there is no information regarding the post title of the webpage on which these files were found because they were located by LeakID on behalf of Warner). The "Zebrak Title" column shows the title of the content of the deleted file listed in Exhibit B to the Declaration of Scott Zebrak in Support of Warner Bros. Motion for Summary Judgment on Hotfile's Counterclaim, filed February 9, 2012.

25.     Attached hereto as Exhibit 24 is a true and correct copy of email from Herve Lemaire to abuse@hotfile.com, dated February 9, 2011. **(HF00151039-72)**

26.     Attached hereto as Exhibit 25 is a true and correct copy of email from Herve Lemaire to abuse@hotfile.com, dated February 8, 2011. **(HF00150633)**

27.     Attached hereto as Exhibit 26 is a true and correct copy of screen shots of comments posted to discussions of online articles regarding Warner's improper deletion of files on Hotfile, located at http://yro.slashdot.org/story/11/09/13/1811250/hotfile-sues-warner-bros-over-abuse-of-takedown-tool and http://torrentfreak.com/warner-bros-admits-sending-hotfile-false-takedown-requests-111109/#disqus_thread . **(HF02868379-80)**

28.     Attached hereto as Exhibit 27 is a true and correct copy of a spreadsheet attached as Exhibit E to the Declaration of Jennifer Yeh in Support of Warner's Motion for Summary Judgment on Hotfile's Counterclaim in the above-captioned case, filed February 9.

**FILED UNDER SEAL**                    CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

29.     Attached hereto as Exhibit 28 is a true and correct copy of the resume of Scott Zebrak, attached as Exhibit A to the Declaration of Scott Zebrak in Support of Warner Bros. Motion for Summary Judgment on Hotfile's Counterclaim, filed February 9, 2012.

30.     Attached hereto as Exhibit 29 is a true and correct copy of an article from the WK Journal, entitled, "Computer and Internet Lawyer (January 2004-Present), A DMCA Thrown Off Balance: *UMG v. Veoh* and Beyond," written by Scott Zebrak, published May 1, 2010.

31.     Attached hereto as Exhibit 30 is a true and correct copy of excerpts of the deposition of Scott Zebrak, taken on January 20, 2012 in the above-captioned case.

32.     Attached hereto as Exhibit 31 is a true and correct copy of a spreadsheet, created by Scott Zebrak, relating to takedown notices in the counterclaim.

33.     Attached hereto as Exhibit 32 is a true and correct copy of excerpts of the deposition of Scott Zebrak, taken on December 20, 2011 in the above-captioned case.

34.     Attached hereto as Exhibit 33 is a true and correct copy of the Affidavit of Leigh Mackay, dated January 19, 2012.  This document is Exhibit 132 to the deposition of Scott Zebrak, taken on January 20, 2012, in the above-captioned matter.

35.     Attached hereto as Exhibit 34 is a true and correct copy of the Expert Report of Matthew Lynde, dated November 15, 2011.

36.     Attached hereto as Exhibit 35 is a true and correct copy of excerpts to the Rebuttal Expert Report of Scott Zebrak, dated January 6, 2012.

37.     Attached hereto as Exhibit 36 is a true and correct copy of the SRA takedown page from Hotfile's website.  This document is Exhibit 6 to the Deposition of David Kaplan, taken October 12, 2011 in the above-captioned matter.

**FILED UNDER SEAL**                    CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

  38. Attached hereto as Exhibit 37 is a true and correct copy of excerpts of the deposition of Matthew Lynde, taken on December 16, 2011, in the above-captioned matter.

  39. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Executed on this 27 day of February 2012, at San Francisco, California.

Roderick Thompson

26501\2972069.1

# EXHIBIT 1

| | |
|---|---|
| **From:** | Bentkover, Michael |
| **To:** | 'abuse@hotfile.com' |
| **CC:** | Kaplan, David P.; Applen, Ethan |
| **Sent:** | 4/29/2009 4:36:55 PM |
| **Subject:** | Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM |

**VIA ELECTRONIC MAIL**

RE:     Unauthorized Use of Warner Bros.' Property

Dear Abuse Manager,

I was wondering if you have any type of takedown tool that could assist us in removing content from HOTFILE that infringes Warner Bros. Entertainment Inc. rights, rather than sending an official takedown abuse notice every time URL's are identified. As you know, we recently requested over 1000 URL's which were hosted on HOTFILE that infringed Warner Bros. Entertainment Inc. rights and we would like to request a directly way to remove links as fast as possible.

Other sites have provided Warner Bros. Entertainment Inc. with a take down tool that allows us to log in and remove the infringing URL's immediately and hence more efficiently curb spread of piracy of Warner Bros. content.

This takedown tool will also require less work from HOTFILE and Warner Bros. Entertainment Inc. staff to process our requests.

I swear, under penalty of perjury, that the information in the notification is accurate.

I may be contacted at:

Michael Bentkover
Warner Bros. Entertainment Inc.
4000 Warner Boulevard
Bridge Building 156 South, # 5333
Burbank, California 91522
Phone: (818) 954-3639
Fax:     (818) 954-7898
michael.bentkover@warnerbros.com

Truthfully,

/mb/

**Example of files already reported for removal and have been removed:**
**17 Again**

    http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
    http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
    http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
    http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
    http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
    http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
    http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
    http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
    http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
    http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
    http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
    http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
    http://hotfile.com/dl/207900/503eb2f/Thank.you.html
    http://hotfile.com/dl/296547/103154d/17 Again-THS.part1.rar.html
    http://hotfile.com/dl/296567/b1465d6/17 Again-THS.part2.rar.html

WARNER000014

http://hotfile.com/dl/296576/f439970/17 Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17 Again-THS.part4.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/330078/aa2e4b2/GoLeech.org-17.Again.400.part1.rar.html
http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/296547/103154d/17 Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17 Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17 Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17 Again-THS.part4.rar.html
http://hotfile.com/dl/319796/929ca01/17A.part1.rar.html
http://hotfile.com/dl/319826/4573b92/17A.part2.rar.html
http://hotfile.com/dl/319849/36548ac/17A.part3.rar.html
http://hotfile.com/dl/319866/6b3cddf/17A.part4.rar.html

WARNER000015

http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85f/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/296547/103154d/17 Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17 Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17 Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17 Again-THS.part4.rar.html
http://hotfile.com/dl/296547/103154d/17 Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17 Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17 Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17 Again-THS.part4.rar.html
http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.by.fiippy07.part1.rar.html
http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.by.flippy07.part2.rar.html
http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.by.flippy07.part3.rar.html
http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.by.flippy07.part4.rar.html
http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.by.flippy07.part5.rar.html
http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html
http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html
http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.flippy07.part8.rar.html
http://hotfile.com/dl/319699/e5c60ba/17A.CAM.XViD-CAMERAx.part2.rar.html
http://hotfile.com/dl/320007/967bb60/17A.CAM.XViD-CAMERAx.part1.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85f/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/306214/2c12c0c/cam-17.part1 rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html

WARNER000016

http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/324599/ad0ddae/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/324606/51b1304/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/324607/f1c02eb/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/324609/320ccf5/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331873/f782e12/17.Again.CAM.XVID-STGx.part2.rar.html
http://hotfile.com/dl/331998/f508176/17.Again.CAM.XVID-STGx.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.ra�
http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.rar.html
http://hotfile.com/dl/296547/103154d/17 Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17 Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17 Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17 Again-THS.part4.rar.html
http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.by.fiippy07.part1.rar.html
http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.by.flippy07.part2.rar.html
http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.by.flippy07.part3.rar.html
http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.by.fiippy07.part4.rar.html
http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.by.flippy07.part5.rar.html
http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html
http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html
http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.fiippy07.part8.rar.html
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html

WARNER000017

http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html

http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html

http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html

http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html

http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.by.flippy07.part1.rar.html

http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.by.flippy07.part2.rar.html

http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.by.flippy07.part3.rar.html

http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.by.flippy07.part4.rar.html

http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.by.flippy07.part5.rar.html

http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html

http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html

http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.flippy07.part8.rar.html

http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html

http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html

http://hotfile.com/dl/293643/8c8d287/17.Again.2009.CaM.XviD_THS.part1.rar.html

http://hotfile.com/dl/293652/540376d/17.Again.2009.CaM.XviD_THS.part2.rar.html

http://hotfile.com/dl/293668/6cd5e22/17.Again.2009.CaM.XviD_THS.part3.rar.html

http://hotfile.com/dl/293681/4dd26a9/17.Again.2009.CaM.XviD_THS.part4.rar.html

http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html

http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html

http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html

WARNER000018

http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html

WARNER000019

http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/300507/c7b8644/SeventeenAG_www.swnetwork.info.avi.001.html
http://hotfile.com/dl/300513/dc3aada/SeventeenAG_www.swnetwork.info.avi.002.html
http://hotfile.com/dl/300519/e1c495f/SeventeenAG_www.swnetwork.info.avi.003.html
http://hotfile.com/dl/300526/ce82db1/SeventeenAG_www.swnetwork.info.avi.004.html
http://hotfile.com/dl/300534/f37b424/SeventeenAG_www.swnetwork.info.avi.005.html
http://hotfile.com/dl/300540/676a04c/SeventeenAG_www.swnetwork.info.avi.006.html
http://hotfile.com/dl/304606/7597417/cam-17-sample.avi.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.by.flippy07.part1.rar.html
http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.by.flippy07.part2.rar.html
http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.by.flippy07.part3.rar.html
http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.by.flippy07.part4.rar.html
http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.by.flippy07.part5.rar.html
http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html
http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html
http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.flippy07.part8.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.by.flippy07.part1.rar.html
http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.by.flippy07.part2.rar.html
http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.by.flippy07.part3.rar.html
http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.by.flippy07.part4.rar.html
http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.by.flippy07.part5.rar.html
http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html
http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html
http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.flippy07.part8.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/293697/a457ade/ths-17 Again.part2.rar.html
http://hotfile.com/dl/293698/a8ab1e4/ths-17 Again.part1.rar.html
http://hotfile.com/dl/293699/3aa7cae/ths-17 Again.part3.rar.html
http://hotfile.com/dl/293734/9a97178/ths-17 Again.part4.rar.html
http://hotfile.com/dl/293744/813a12e/ths-17 Again.part5.rar.html
http://hotfile.com/dl/293745/fdf611b/ths-17 Again.part6.rar.html
http://hotfile.com/dl/293772/a6524bf/ths-17 Again.part7.rar.html
http://hotfile.com/dl/293776/ee2a8e0/ths-17 Again.part8.rar.html

WARNER000020

http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/295213/b417438/17.Again.2009.CaM.XviD-THS.avi.part4.rar.html
http://hotfile.com/dl/295215/a588448/17.Again.2009.CaM.XviD-THS.avi.part1.rar.html
http://hotfile.com/dl/295223/e3ad9a4/17.Again.2009.CaM.XviD-THS.avi.part2.rar.html
http://hotfile.com/dl/295227/37131b1/17.Again.2009.CaM.XviD-THS.avi.part3.rar.html
http://hotfile.com/dl/295238/b6d1a86/17.Again.2009.CaM.XviD-THS_sample.avi.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/324599/ad0ddae/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/324606/51b1304/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/324607/f1c02eb/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/324609/320ccf5/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html
http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html
http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html
http://hotfile.com/dl/296374/85bb405/17.Again.2009.CaM.XviD-THS.part1.rar.html
http://hotfile.com/dl/296460/76cb01c/17.Again.2009.CaM.XviD-THS.part2.rar.html
http://hotfile.com/dl/296542/281f571/17.Again.2009.CaM.XviD-THS.part3.rar.html
http://hotfile.com/dl/296547/103154d/17again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17again-THS.part4.rar.html
http://hotfile.com/dl/296587/8f6056c/17.Again.2009.CaM.XviD-THS.part4.rar.html
http://hotfile.com/dl/437492/d6bcd28/17A.Rapid-Serbia.com.part1.rar.html
http://hotfile.com/dl/437502/344166b/17A.Rapid-Serbia.com.part2.rar.html
http://hotfile.com/dl/437507/78e96ca/17A.Rapid-Serbia.com.part3.rar.html
http://hotfile.com/dl/295213/b417438/17.Again.2009.CaM.XviD-THS.avi.part4.rar.html
http://hotfile.com/dl/295215/a588448/17.Again.2009.CaM.XviD-THS.avi.part1.rar.html
http://hotfile.com/dl/295223/e3ad9a4/17.Again.2009.CaM.XviD-THS.avi.part2.rar.html
http://hotfile.com/dl/295227/37131b1/17.Again.2009.CaM.XviD-THS.avi.part3.rar.html
http://hotfile.com/dl/295238/b6d1a86/17.Again.2009.CaM.XviD-THS_sample.avi.html
http://hotfile.com/dl/319699/e5c60ba/17A.CAM.XViD-CAMERAx.part2.rar.html
http://hotfile.com/dl/320007/967bb60/17A.CAM.XViD-CAMERAx.part1.rar.html
http://hotfile.com/dl/331873/f782e12/17Again.CAM.XViD-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17Again.CAM.XViD-STGx.part1.rar.html
http://hotfile.com/dl/429109/216817e/17A.09.coolhead.part1.rar.html
http://hotfile.com/dl/429114/18d834e/17A.09.coolhead.part2.rar.html

WARNER000021

http://hotfile.com/dl/429121/8834e7d/17A.09.coolhead.part3.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/296547/103154d/17again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17again-THS.part4.rar.html
http://hotfile.com/dl/429109/216817e/17A.09.coolhead.part1.rar.html
http://hotfile.com/dl/429114/18d834e/17A.09.coolhead.part2.rar.html
http://hotfile.com/dl/429121/8834e7d/17A.09.coolhead.part3.rar.html
http://hotfile.com/dl/295252/16b8892/17.Again.2009.CaM.XviD-THS.part4.rar.html
http://hotfile.com/dl/295289/be8bd7c/17.Again.2009.CaM.XviD-THS.part3.rar.html
http://hotfile.com/dl/295331/0e90328/17.Again.2009.CaM.XviD-THS.part2.rar.html
http://hotfile.com/dl/295356/d830c95/17.Again.2009.CaM.XviD-THS.part1.rar.html
http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html
http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html
http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html
http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/374731/2ae050f/17.Again.2009.CaM.XviD-THS.avi.part1.rar.html
http://hotfile.com/dl/374767/a052598/17.Again.2009.CaM.XviD-THS.avi.part2.rar.html
http://hotfile.com/dl/374832/9685847/17.Again.2009.CaM.XviD-THS.avi.part3.rar.html
http://hotfile.com/dl/374860/3027cbe/17.Again.2009.CaM.XviD-THS.avi.part4.rar.html
http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html
http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html
http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html
http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/331873/f782e12/17again.CAM.XVID-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17again.CAM.XVID-STGx.part1.rar.html
http://hotfile.com/dl/385530/338cbd9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/385544/81a30aa/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/385546/767023f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/385550/843b87c/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html

WARNER000022

http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/304606/7597417/cam-17-sample.avi.html
http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/385530/338cbd9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/385544/81a30aa/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/385546/767023f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/385550/843b87c/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/439718/b277817/17A300.part1.rar.html
http://hotfile.com/dl/439733/2f76940/17A300.part3.rar.html
http://hotfile.com/dl/439744/fafdfcb/17A300.part2.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/429109/216817e/17A.09.coolhead.part1.rar.html
http://hotfile.com/dl/429114/18d834e/17A.09.coolhead.part2.rar.html
http://hotfile.com/dl/429121/8834e7d/17A.09.coolhead.part3.rar.html
http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/429109/216817e/17A.09.coolhead.part1.rar.html
http://hotfile.com/dl/429114/18d834e/17A.09.coolhead.part2.rar.html
http://hotfile.com/dl/429121/8834e7d/17A.09.coolhead.part3.rar.html

WARNER000023

http://hotfile.com/dl/429109/216817e/17A.09.coolhead.part1.rar.html
http://hotfile.com/dl/429114/18d834e/17A.09.coolhead.part2.rar.html
http://hotfile.com/dl/429121/8834e7d/17A.09.coolhead.part3.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/330078/aa2e4b2/GoLeech.org-17.Again.400.part1.rar.html
http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.by.flippy07.part1.rar.html
http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.by.flippy07.part2.rar.html
http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.by.flippy07.part3.rar.html
http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.by.flippy07.part4.rar.html
http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.by.flippy07.part5.rar.html
http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html
http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html
http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.flippy07.part8.rar.html
http://hotfile.com/dl/378680/dd273b2/ths-17a.part1.rar.html
http://hotfile.com/dl/379242/66a8c32/ths-17a.part2.rar.html
http://hotfile.com/dl/379588/be5c544/ths-17a.part3.rar.html
http://hotfile.com/dl/379820/2632dfe/ths-17a.part4.rar.html
http://hotfile.com/dl/380009/9a68da6/ths-17a.part5.rar.html
http://hotfile.com/dl/380175/17a3e08/ths-17a.part6.rar.html
http://hotfile.com/dl/380351/8cef2e1/ths-17a.part7.rar.html
http://hotfile.com/dl/293697/a457ade/ths-17again.part2.rar.html
http://hotfile.com/dl/293698/a8ab1e4/ths-17again.part1.rar.html
http://hotfile.com/dl/293699/3aa7cae/ths-17again.part3.rar.html
http://hotfile.com/dl/293734/9a97178/ths-17again.part4.rar.html
http://hotfile.com/dl/293744/813a12e/ths-17again.part5.rar.html
http://hotfile.com/dl/293745/fdf611b/ths-17again.part6.rar.html
http://hotfile.com/dl/293772/a6524bf/ths-17again.part7.rar.html
http://hotfile.com/dl/293776/ee2a8e0/ths-17again.part8.rar.html
http://hotfile.com/dl/293643/8c8d287/17.Again.2009.CaM.XviD_THS.part1.rar.html
http://hotfile.com/dl/293652/540376d/17.Again.2009.CaM.XviD_THS.part2.rar.html

WARNER000024

http://hotfile.com/dl/293668/6cd5e22/17.Again.2009.CaM.XviD_THS.part3.rar.html
http://hotfile.com/dl/293681/4dd26a9/17.Again.2009.CaM.XviD_THS.part4.rar.html
http://hotfile.com/dl/295252/16b8892/17.Again.2009.CaM.XviD-THS.part4.rar.html
http://hotfile.com/dl/295289/be8bd7c/17.Again.2009.CaM.XviD-THS.part3.rar.html
http://hotfile.com/dl/295331/0e90328/17.Again.2009.CaM.XviD-THS.part2.rar.html
http://hotfile.com/dl/295356/d830c95/17.Again.2009.CaM.XviD-THS.part1.rar.html
http://hotfile.com/dl/296547/103154d/17again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17again-THS.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/330246/8f2bed0/17.Again.CAM.XVID.STG.part1.rar.html
http://hotfile.com/dl/330260/8969fca/17.Again.CAM.XVID.STG.part2.rar.html
http://hotfile.com/dl/330268/d57af05/17.Again.CAM.XVID.STG.part3.rar.html
http://hotfile.com/dl/330269/f47e6d4/17.Again.CAM.XVID.STG.part4.rar.html
http://hotfile.com/dl/331061/afa7720/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331092/3e6aa97/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331115/c403d1e/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/331128/4038457/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331171/a65c81c/cam-17-sample.avi.html
http://hotfile.com/dl/385530/338cbd9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/385544/81a30aa/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/385546/767023f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/385550/843b87c/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.by.flippy07.part1.rar.html
http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.by.flippy07.part2.rar.html
http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.by.flippy07.part3.rar.html
http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.by.flippy07.part4.rar.html
http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.by.flippy07.part5.rar.html
http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html
http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html
http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.flippy07.part8.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/293643/8c8d287/17.Again.2009.CaM.XviD_THS.part1.rar.html
http://hotfile.com/dl/293652/540376d/17.Again.2009.CaM.XviD_THS.part2.rar.html
http://hotfile.com/dl/293668/6cd5e22/17.Again.2009.CaM.XviD_THS.part3.rar.html
http://hotfile.com/dl/293681/4dd26a9/17.Again.2009.CaM.XviD_THS.part4.rar.html
http://hotfile.com/dl/295252/16b8892/17.Again.2009.CaM.XviD-THS.part4.rar.html
http://hotfile.com/dl/295289/be8bd7c/17.Again.2009.CaM.XviD-THS.part3.rar.html
http://hotfile.com/dl/295331/0e90328/17.Again.2009.CaM.XviD-THS.part2.rar.html
http://hotfile.com/dl/295356/d830c95/17.Again.2009.CaM.XviD-THS.part1.rar.html
http://hotfile.com/dl/295252/16b8892/17.Again.2009.CaM.XviD-THS.part4.rar.html
http://hotfile.com/dl/295289/be8bd7c/17.Again.2009.CaM.XviD-THS.part3.rar.html
http://hotfile.com/dl/295331/0e90328/17.Again.2009.CaM.XviD-THS.part2.rar.html

WARNER000025

http://hotfile.com/dl/295356/d830c95/17.Again.2009.CaM.XviD-THS.part1.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/293697/a457ade/ths-17again.part2.rar.html
http://hotfile.com/dl/293698/a8ab1e4/ths-17again.part1.rar.html
http://hotfile.com/dl/293699/3aa7cae/ths-17again.part3.rar.html
http://hotfile.com/dl/293734/9a97178/ths-17again.part4.rar.html
http://hotfile.com/dl/293744/813a12e/ths-17again.part5.rar.html
http://hotfile.com/dl/293745/fdf611b/ths-17again.part6.rar.html
http://hotfile.com/dl/293772/a6524bf/ths-17again.part7.rar.html
http://hotfile.com/dl/293776/ee2a8e0/ths-17again.part8.rar.html
http://hotfile.com/dl/374731/2ae050f/17.Again.2009.CaM.XviD-THS.avi.part1.rar.html
http://hotfile.com/dl/374767/a052598/17.Again.2009.CaM.XviD-THS.avi.part2.rar.html
http://hotfile.com/dl/374832/9685847/17.Again.2009.CaM.XviD-THS.avi.part3.rar.html
http://hotfile.com/dl/374860/3027cbe/17.Again.2009.CaM.XviD-THS.avi.part4.rar.html
http://hotfile.com/dl/374731/2ae050f/17.Again.2009.CaM.XviD-THS.avi.part1.rar.html
http://hotfile.com/dl/374767/a052598/17.Again.2009.CaM.XviD-THS.avi.part2.rar.html
http://hotfile.com/dl/374832/9685847/17.Again.2009.CaM.XviD-THS.avi.part3.rar.html
http://hotfile.com/dl/374860/3027cbe/17.Again.2009.CaM.XviD-THS.avi.part4.rar.html
http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17Again.CAM.XVID-STGx.part1.rar.html
http://hotfile.com/dl/293697/a457ade/ths-17again.part2.rar.html
http://hotfile.com/dl/293698/a8ab1e4/ths-17again.part1.rar.html
http://hotfile.com/dl/293699/3aa7cae/ths-17again.part3.rar.html
http://hotfile.com/dl/293734/9a97178/ths-17again.part4.rar.html
http://hotfile.com/dl/293744/813a12e/ths-17again.part5.rar.html
http://hotfile.com/dl/293745/fdf611b/ths-17again.part6.rar.html
http://hotfile.com/dl/293772/a6524bf/ths-17again.part7.rar.html
http://hotfile.com/dl/293776/ee2a8e0/ths-17again.part8.rar.html
http://hotfile.com/dl/295252/16b8892/17.Again.2009.CaM.XviD-THS.part4.rar.html
http://hotfile.com/dl/295289/be8bd7c/17.Again.2009.CaM.XviD-THS.part3.rar.html
http://hotfile.com/dl/295331/0e90328/17.Again.2009.CaM.XviD-THS.part2.rar.html
http://hotfile.com/dl/295356/d830c95/17.Again.2009.CaM.XviD-THS.part1.rar.html
http://hotfile.com/dl/300507/c7b8644/SeventeenAG_www.swnetwork.info.avi.001.html
http://hotfile.com/dl/300513/dc3aada/SeventeenAG_www.swnetwork.info.avi.002.html
http://hotfile.com/dl/300519/e1c495f/SeventeenAG_www.swnetwork.info.avi.003.html
http://hotfile.com/dl/300526/ce82db1/SeventeenAG_www.swnetwork.info.avi.004.html
http://hotfile.com/dl/300534/f37b424/SeventeenAG_www.swnetwork.info.avi.005.html
http://hotfile.com/dl/300540/676a04c/SeventeenAG_www.swnetwork.info.avi.006.html
http://hotfile.com/dl/304650/5b60bbb/17aga1n.cam3ra.part1.rar.html

WARNER000026

http://hotfile.com/dl/304655/e9bfc2d/17aga1n.cam3ra.part2.rar.html
http://hotfile.com/dl/304659/c4bf573/17aga1n.cam3ra.part3.rar.html
http://hotfile.com/dl/304662/11481dc/17aga1n.cam3ra.part4.rar.html
http://hotfile.com/dl/319699/e5c60ba/17A.CAM.XVID-CAMERAx.part2.rar.html
http://hotfile.com/dl/320007/967bb60/17A.CAM.XVID-CAMERAx.part1.rar.html
http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17Again.CAM.XVID-STGx.part1.rar.html
http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17Again.CAM.XVID-STGx.part1.rar.html
http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html
http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html
http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html
http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html
http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html
http://hotfile.com/dl/439718/b277817/17A300.part1.rar.html
http://hotfile.com/dl/439733/2f76940/17A300.part3.rar.html
http://hotfile.com/dl/439744/fafdfcb/17A300.part2.rar.html
http://hotfile.com/dl/374731/2ae050f/17.Again.2009.CaM.XviD-THS.avi.part1.rar.html
http://hotfile.com/dl/374767/a052598/17.Again.2009.CaM.XviD-THS.avi.part2.rar.html
http://hotfile.com/dl/374832/9685847/17.Again.2009.CaM.XviD-THS.avi.part3.rar.html
http://hotfile.com/dl/374860/3027cbe/17.Again.2009.CaM.XviD-THS.avi.part4.rar.html
http://hotfile.com/dl/300507/c7b8644/SeventeenAG_www.swnetwork.info.avi.001.html
http://hotfile.com/dl/300513/dc3aada/SeventeenAG_www.swnetwork.info.avi.002.html
http://hotfile.com/dl/300519/e1c495f/SeventeenAG_www.swnetwork.info.avi.003.html
http://hotfile.com/dl/300526/ce82db1/SeventeenAG_www.swnetwork.info.avi.004.html
http://hotfile.com/dl/300534/f37b424/SeventeenAG_www.swnetwork.info.avi.005.html
http://hotfile.com/dl/300540/676a04c/SeventeenAG_www.swnetwork.info.avi.006.html
http://hotfile.com/dl/300507/c7b8644/SeventeenAG_www.swnetwork.info.avi.001.html
http://hotfile.com/dl/300513/dc3aada/SeventeenAG_www.swnetwork.info.avi.002.html
http://hotfile.com/dl/300519/e1c495f/SeventeenAG_www.swnetwork.info.avi.003.html
http://hotfile.com/dl/300526/ce82db1/SeventeenAG_www.swnetwork.info.avi.004.html
http://hotfile.com/dl/300534/f37b424/SeventeenAG_www.swnetwork.info.avi.005.html
http://hotfile.com/dl/300540/676a04c/SeventeenAG_www.swnetwork.info.avi.006.html
http://hotfile.com/dl/304650/5b60bbb/17aga1n.cam3ra.part1.rar.html
http://hotfile.com/dl/304655/e9bfc2d/17aga1n.cam3ra.part2.rar.html
http://hotfile.com/dl/304659/c4bf573/17aga1n.cam3ra.part3.rar.html
http://hotfile.com/dl/304662/11481dc/17aga1n.cam3ra.part4.rar.html
http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17Again.CAM.XVID-STGx.part1.rar.html
http://hotfile.com/dl/304606/7597417/cam-17-sample.avi.html
http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html

WARNER000027

http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XVID-CAMERA.part4.rar.html
http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/385530/338cbd9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/385544/81a30aa/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/385546/767023f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/385550/843b87c/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.rar.html
http://hotfile.com/dl/330078/aa2e4b2/GoLeech.org-17.Again.400.part1.rar.html
http://hotfile.com/dl/293697/a457ade/ths-17again.part2.rar.html
http://hotfile.com/dl/293698/a8ab1e4/ths-17again.part1.rar.html
http://hotfile.com/dl/293699/3aa7cae/ths-17again.part3.rar.html
http://hotfile.com/dl/293734/9a97178/ths-17again.part4.rar.html
http://hotfile.com/dl/293744/813a12e/ths-17again.part5.rar.html
http://hotfile.com/dl/293745/fdf611b/ths-17again.part6.rar.html
http://hotfile.com/dl/293772/a6524bf/ths-17again.part7.rar.html
http://hotfile.com/dl/293776/ee2a8e0/ths-17again.part8.rar.html
http://hotfile.com/dl/293697/a457ade/ths-17again.part2.rar.html
http://hotfile.com/dl/293698/a8ab1e4/ths-17again.part1.rar.html
http://hotfile.com/dl/293699/3aa7cae/ths-17again.part3.rar.html
http://hotfile.com/dl/293734/9a97178/ths-17again.part4.rar.html
http://hotfile.com/dl/293744/813a12e/ths-17again.part5.rar.html
http://hotfile.com/dl/293745/fdf611b/ths-17again.part6.rar.html
http://hotfile.com/dl/293772/a6524bf/ths-17again.part7.rar.html
http://hotfile.com/dl/293776/ee2a8e0/ths-17again.part8.rar.html
http://hotfile.com/dl/293697/a457ade/ths-17again.part2.rar.html
http://hotfile.com/dl/293698/a8ab1e4/ths-17again.part1.rar.html
http://hotfile.com/dl/293699/3aa7cae/ths-17again.part3.rar.html
http://hotfile.com/dl/293734/9a97178/ths-17again.part4.rar.html
http://hotfile.com/dl/293744/813a12e/ths-17again.part5.rar.html
http://hotfile.com/dl/293745/fdf611b/ths-17again.part6.rar.html
http://hotfile.com/dl/293772/a6524bf/ths-17again.part7.rar.html
http://hotfile.com/dl/293776/ee2a8e0/ths-17again.part8.rar.html
http://hotfile.com/dl/429109/216817e/17A.09.coolhead.part1.rar.html
http://hotfile.com/dl/429114/18d834e/17A.09.coolhead.part2.rar.html
http://hotfile.com/dl/429121/8834e7d/17A.09.coolhead.part3.rar.html
http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html
http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html
http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html
http://hotfile.com/dl/331873/f782e12/17Again.CAM.XViD-STGx.part2.rar.html

WARNER000028

http://hotfile.com/dl/331998/f608176/17Again.CAM.XViD-STGx.part1.rar.html
http://hotfile.com/dl/293697/a457ade/ths-17again.part2.rar.html
http://hotfile.com/dl/293698/a8ab1e4/ths-17again.part1.rar.html
http://hotfile.com/dl/293699/3aa7cae/ths-17again.part3.rar.html
http://hotfile.com/dl/293734/9a97178/ths-17again.part4.rar.html
http://hotfile.com/dl/293744/813a12e/ths-17again.part5.rar.html
http://hotfile.com/dl/293745/fdff611b/ths-17again.part6.rar.html
http://hotfile.com/dl/293772/a6524bf/ths-17again.part7.rar.html
http://hotfile.com/dl/293776/ee2a8e0/ths-17again.part8.rar.html
http://hotfile.com/dl/304650/5b60bbb/17aga1n.cam3ra.part1.rar.html
http://hotfile.com/dl/304655/e9bfc2d/17aga1n.cam3ra.part2.rar.html
http://hotfile.com/dl/304659/c4bf573/17aga1n.cam3ra.part3.rar.html
http://hotfile.com/dl/304662/11481dc/17aga1n.cam3ra.part4.rar.html
http://hotfile.com/dl/304663/2a1edff/cam-17-sample.avi.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XviD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/319796/929ca01/17A.part1.rar.html
http://hotfile.com/dl/319826/4573b92/17A.part2.rar.html
http://hotfile.com/dl/319849/36548ac/17A.part3.rar.html
http://hotfile.com/dl/319866/6b3cddf/17A.part4.rar.html
http://hotfile.com/dl/330246/8f2bed0/17.Again.CAM.XVID.STG.part1.rar.html
http://hotfile.com/dl/330260/8969fca/17.Again.XVID.STG.part2.rar.html
http://hotfile.com/dl/330268/d57af05/17.Again.CAM.XVID.STG.part3.rar.html
http://hotfile.com/dl/330269/f47e6d4/17.Again.CAM.XVID.STG.part4.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/437492/d6bcd28/17A.Rapid-Serbia.com.part1.rar.html
http://hotfile.com/dl/437502/344166b/17A.Rapid-Serbia.com.part2.rar.html
http://hotfile.com/dl/437507/78e96ca/17A.Rapid-Serbia.com.part3.rar.html
http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/429109/216817e/17A.09.coolhead.part1.rar.html

WARNER000029

http://hotfile.com/dl/429114/18d834e/17A.09.coolhead.part2.rar.html
http://hotfile.com/dl/429121/8834e7d/17A.09.coolhead.part3.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/385530/338cbd9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/385544/81a30aa/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/385546/767023f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/385550/843b87c/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/304650/5b60bbb/17aga1n.cam3ra.part1.rar.html
http://hotfile.com/dl/304655/e9bfc2d/17aga1n.cam3ra.part2.rar.html
http://hotfile.com/dl/304659/c4bf573/17aga1n.cam3ra.part3.rar.html
http://hotfile.com/dl/304662/11481dc/17aga1n.cam3ra.part4.rar.html
http://hotfile.com/dl/304663/2a1edff/cam-17-sample.avi.html
http://hotfile.com/dl/437492/d6bcd28/17A.Rapid-Serbia.com.part1.rar.html
http://hotfile.com/dl/437502/344166b/17A.Rapid-Serbia.com.part2.rar.html
http://hotfile.com/dl/437507/78e96ca/17A.Rapid-Serbia.com.part3.rar.html
http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html
http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html
http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html
http://hotfile.com/dl/374731/2ae050f/17.Again.2009.CaM.XviD-THS.avi.part1.rar.html
http://hotfile.com/dl/374767/a052598/17.Again.2009.CaM.XviD-THS.avi.part2.rar.html
http://hotfile.com/dl/374832/9685847/17.Again.2009.CaM.XviD-THS.avi.part3.rar.html
http://hotfile.com/dl/374860/3027cbe/17.Again.2009.CaM.XviD-THS.avi.part4.rar.html
http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html
http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html
http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html
http://hotfile.com/dl/300507/c7b8644/SeventeenAG_www.swnetwork.info.avi.001.html
http://hotfile.com/dl/300513/dc3aada/SeventeenAG_www.swnetwork.info.avi.002.html
http://hotfile.com/dl/300519/e1c495f/SeventeenAG_www.swnetwork.info.avi.003.html
http://hotfile.com/dl/300526/ce82db1/SeventeenAG_www.swnetwork.info.avi.004.html
http://hotfile.com/dl/300534/f37b424/SeventeenAG_www.swnetwork.info.avi.005.html
http://hotfile.com/dl/300540/676a04c/SeventeenAG_www.swnetwork.info.avi.006.html
http://hotfile.com/dl/300507/c7b8644/SeventeenAG_www.swnetwork.info.avi.001.html
http://hotfile.com/dl/300513/dc3aada/SeventeenAG_www.swnetwork.info.avi.002.html
http://hotfile.com/dl/300519/e1c495f/SeventeenAG_www.swnetwork.info.avi.003.html
http://hotfile.com/dl/300526/ce82db1/SeventeenAG_www.swnetwork.info.avi.004.html
http://hotfile.com/dl/300534/f37b424/SeventeenAG_www.swnetwork.info.avi.005.html
http://hotfile.com/dl/300540/676a04c/SeventeenAG_www.swnetwork.info.avi.006.html

WARNER000030

http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html

http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html

http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html

http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html

http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html

http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html

http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html

http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html

http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html

http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html

http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html

http://hotfile.com/dl/437492/d6bcd28/17A.Rapid-Serbia.com.part1.rar.html

http://hotfile.com/dl/437502/344166b/17A.Rapid-Serbia.com.part2.rar.html

http://hotfile.com/dl/437507/78e96ca/17A.Rapid-Serbia.com.part3.rar.html

http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html

http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html

http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html

http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html

http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html

http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html

http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html

http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html

http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.rar.html

http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html

http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html

http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html

http://hotfile.com/dl/330078/aa2e4b2/GoLeech.org-17.Again.400.part1.rar.html

http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.rar.html

http://hotfile.com/dl/718585/3723175/Pape_17.part1.rar

http://hotfile.com/dl/718591/3664b0b/Pape_17.part2.rar

http://hotfile.com/dl/718601/009da99/Pape_17.part3.rar

http://hotfile.com/dl/718641/bed143c/Pape_17.part4.rar

http://hotfile.com/dl/694319/dfce36f/Pape.snova.17.2009.L1.CAMRip.part4.rar.html

http://hotfile.com/dl/694320/b47e7d6/Pape.snova.17.2009.L1.CAMRip.part6.rar.html

http://hotfile.com/dl/694321/35c7eed/Pape.snova.17.2009.L1.CAMRip.part5.rar.html

http://hotfile.com/dl/694322/a1f4faa/Pape.snova.17.2009.L1.CAMRip.part3.rar.html

http://hotfile.com/dl/694323/f5c20df/Pape.snova.17.2009.L1.CAMRip.part7.rar.html

http://hotfile.com/dl/694324/dbd9533/Pape.snova.17.2009.L1.CAMRip.part8.rar.html

http://hotfile.com/dl/694326/6a05610/Pape.snova.17.2009.L1.CAMRip.part2.rar.html

http://hotfile.com/dl/698280/5e27042/Pape.snova.17.2009.L1.CAMRip.part1.rar.html

WARNER000031

http://hotfile.com/dl/718585/3723175/Pape_17.part1.rar
http://hotfile.com/dl/718591/3664b0b/Pape_17.part2.rar
http://hotfile.com/dl/718601/009da99/Pape_17.part3.rar
http://hotfile.com/dl/718641/bed143c/Pape_17.part4.rar
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17Again.CAM.XVID-STGx.part1.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/333792/fd56c60/VA-17_Again-OST-2009-C4.rar.html
http://hotfile.com/dl/733238/145c18b/17_Again_300MB_Audio_Fixed.part1.rar.html
http://hotfile.com/dl/733345/edfc91a/17_Again_300MB_Audio_Fixed.part2.rar.html
http://hotfile.com/dl/733567/cbba860/17_Again_300MB_Audio_Fixed.part3.rar.html
http://hotfile.com/dl/733666/b81f255/17_Again_300MB_Audio_Fixed.part4.rar.html
http://hotfile.com/dl/332864/e35cde7/VA17AOST.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.ht�
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.ht�
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.ht�
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.ht�
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.ht�
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.ht�
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.ht�
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.ht�
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.ra�
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.ra�
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.ra�
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.ra�
http://hotfile.com/dl/330078/aa2e4b2/GoLeech.org-17.Again.400.part1.ra�
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/330078/aa2e4b2/GoLeech.org-17.Again.400.part1.rar.html

WARNER000032

http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.rar.html
http://hotfile.com/dl/295213/b417438/17.Again.2009.CaM.XviD-THS.avi.part4.rar.html
http://hotfile.com/dl/295215/a588448/17.Again.2009.CaM.XviD-THS.avi.part1.rar.html
http://hotfile.com/dl/295223/e3ad9a4/17.Again.2009.CaM.XviD-THS.avi.part2.rar.html
http://hotfile.com/dl/295227/37131b1/17.Again.2009.CaM.XviD-THS.avi.part3.rar.html
http://hotfile.com/dl/295238/b6d1a86/17.Again.2009.CaM.XviD-THS_sample.avi.html
http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html
http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html
http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html
http://hotfile.com/dl/437492/d6bcd28/17A.Rapid-Serbia.com.part1.rar.html
http://hotfile.com/dl/437502/344166b/17A.Rapid-Serbia.com.part2.rar.html
http://hotfile.com/dl/437507/78e96ca/17A.Rapid-Serbia.com.part3.rar.html
http://hotfile.com/dl/718585/3723175/Pape_17.part1.rar
http://hotfile.com/dl/718591/3664b0b/Pape_17.part2.rar
http://hotfile.com/dl/718601/009da99/Pape_17.part3.rar
http://hotfile.com/dl/718641/bed143c/Pape_17.part4.rar
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/385530/338cbd9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/385544/81a30aa/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/385546/767023f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/385550/843b87c/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/385530/338cbd9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/385544/81a30aa/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/385546/767023f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/385550/843b87c/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/304606/7597417/cam-17-sample.avi.html
http://hotfile.com/dl/296547/103154d/17again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17again-THS.part4.rar.html
http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html

WARNER000033

http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/319699/e5c60ba/17A.CAM.XViD-CAMERAx.part2.rar.html
http://hotfile.com/dl/320007/967bb60/17A.CAM.XViD-CAMERAx.part1.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331061/afa7720/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331092/3e6aa97/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331115/c403d1e/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/331128/4038457/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17Again.CAM.XVID-STGx.part1.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/295252/16b8892/17.Again.2009.CaM.XviD-THS.part4.rar.html
http://hotfile.com/dl/295289/be8bd7c/17.Again.2009.CaM.XviD-THS.part3.rar.html
http://hotfile.com/dl/295331/0e90328/17.Again.2009.CaM.XviD-THS.part2.rar.html
http://hotfile.com/dl/295356/d830c95/17.Again.2009.CaM.XviD-THS.part1.rar.html
http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html
http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html
http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html
http://hotfile.com/dl/437492/d6bcd28/17A.Rapid-Serbia.com.part1.rar.html
http://hotfile.com/dl/437502/344166b/17A.Rapid-Serbia.com.part2.rar.html
http://hotfile.com/dl/437507/78e96ca/17A.Rapid-Serbia.com.part3.rar.html
http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html
http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html
http://hotfile.com/dl/437492/d6bcd28/17A.Rapid-Serbia.com.part1.rar.html
http://hotfile.com/dl/437502/344166b/17A.Rapid-Serbia.com.part2.rar.html
http://hotfile.com/dl/437507/78e96ca/17A.Rapid-Serbia.com.part3.rar.html
http://hotfile.com/dl/319699/e5c60ba/17A.CAM.XViD-CAMERAx.part2.rar.html
http://hotfile.com/dl/320007/967bb60/17A.CAM.XViD-CAMERAx.part1.rar.html
http://hotfile.com/dl/307321/926b9e6/17.Again.CAM.XViD-CAMERA.part1.rar
http://hotfile.com/dl/307404/e5f76a0/17.Again.CAM.XViD-CAMERA.part2.rar
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17Again.CAM.XVID-STGx.part1.rar.html

WARNER000034

http://hotfile.com/dl/437492/d6bcd28/17A.Rapid-Serbia.com.part1.rar.html
http://hotfile.com/dl/437502/344166b/17A.Rapid-Serbia.com.part2.rar.html
http://hotfile.com/dl/437507/78e96ca/17A.Rapid-Serbia.com.part3.rar.html
http://hotfile.com/dl/780126/cc18cab/osgabugbjkbaiiufaufaih.part1.rar.html
http://hotfile.com/dl/780140/bb0866a/osgabugbjkbaiiufaufaih.part2.rar.html
http://hotfile.com/dl/780151/34ad7aa/osgabugbjkbaiiufaufaih.part3.rar.html
http://hotfile.com/dl/780153/7f4ce07/osgabugbjkbaiiufaufaih.part4.rar.html
http://hotfile.com/dl/295213/b417438/17.Again.2009.CaM.XviD-THS.avi.part4.rar.html
http://hotfile.com/dl/295215/a588448/17.Again.2009.CaM.XviD-THS.avi.part1.rar.html
http://hotfile.com/dl/295223/e3ad9a4/17.Again.2009.CaM.XviD-THS.avi.part2.rar.html
http://hotfile.com/dl/295227/37131b1/17.Again.2009.CaM.XviD-THS.avi.part3.rar.html

WARNER000035

# EXHIBIT 2

| | |
|---|---|
| **From:** | hotfile.com@gmail.com on behalf of Hotfile Support |
| **To:** | Bentkover, Michael |
| **Sent:** | 8/29/2009 9:24:33 AM |
| **Subject:** | Re: Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM |

Hello!
We created account for you.
Please open our main site and login with this data:

Username: Michael.Bentkover

Password: pgmxzn

You will notice "Copyright Tools" (http://hotfile.com/copyright/)

You can paste here all links, which violate your copyrights.
They will be deleted and also will be included in black list database, so same files can't be uploaded again.

If you have any questions don't hesitate to contact us.

Regards,

On Wed, Aug 26, 2009 at 9:32 PM, Bentkover, Michael <Michael.Bentkover@warnerbros.com> wrote:

Dear Hotfile,

I wanted to follow-up and find out if Hotfile is ready for Warner Bros. to use a rapid takedown tool which you have been working on establishing.

We have been sending many takedown notices (including thousands of infringing links) and we appreciate how fast you've been removing files, but unfortunately the files are reposted immediately and having a takedown tool would be ideal in order to curb piracy.


Kind regards,

Michael Bentkover

Warner Bros. Entertainment Inc.


Michael Bentkover

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Bridge Building 156 South, # 5333

Burbank, California 91522

Phone: (818) 954-3639

Fax:    (818) 954-7898

michael.bentkover@warnerbros.com

WARNER025890

**From:** Hotfile Corp [mailto:hotfile.com@gmail.com]
**Sent:** Wednesday, April 29, 2009 11:28 PM
**To:** Bentkover, Michael
**Subject:** Re: Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM

Hello!
We are developing such a tool and will give you access to delete all your materials.
So far we tried to delete as fast as it possible all reported links and we believe you're satisfied with our fast reaction.
Also we can do it every your mail with reported abuse to be processed automatically and all reported files to be deleted immediately without checking and reading your mail by our abuse agent.

Tell me which way you prefer?

I suggest to give me your emails from which reports are comming and we will add these emails to our dbase and all will be processed in auto mode.

Regards,

On Thu, Apr 30, 2009 at 2:36 AM, Bentkover, Michael <Michael.Bentkover@warnerbros.com> wrote:

**VIA ELECTRONIC MAIL**


RE:     Unauthorized Use of Warner Bros.' Property


Dear Abuse Manager,


I was wondering if you have any type of takedown tool that could assist us in removing content from HOTFILE that infringes Warner Bros. Entertainment Inc. rights, rather than sending an official takedown abuse notice every time URL's are identified.   As you know, we recently requested over 1000 URL's which were hosted on HOTFILE that infringed Warner Bros. Entertainment Inc. rights and we would like to request a directly way to remove links as fast as possible.


Other sites have provided Warner Bros. Entertainment Inc. with a take down tool that allows us to log in and remove the infringing URL's immediately and hence more efficiently curb spread of piracy of Warner Bros. content.


This takedown tool will also require less work from HOTFILE and Warner Bros. Entertainment Inc. staff to process our requests.


I swear, under penalty of perjury, that the information in the notification is accurate.


I may be contacted at:

WARNER025891

Michael Bentkover

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Bridge Building 156 South # 5333

Burbank, California 91522

Phone: (818) 954-3639

Fax:    (818) 954-7898

michael.bentkover@warnerbros.com


Truthfully,


/mb/


**Example of files already reported for removal and have been removed:**

**17 Again**

http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/306214/2e12c0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/207900/503eb2f/Thank.you.html
http://hotfile.com/dl/296547/103154d/17.Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17.Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17.Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17.Again-THS.part4.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.rar.html

WARNER025892

http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/330078/aa2e4b2/GoLeech.org-17.Again.400.part1.rar.html
http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2ef759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/306214/2c12e0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/e46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2ef759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/296547/103154d/17.Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17.Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17.Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17.Again-THS.part4.rar.html
http://hotfile.com/dl/319796/929ca01/17A.part1.rar.html
http://hotfile.com/dl/319826/4573b92/17A.part2.rar.html
http://hotfile.com/dl/319849/36548ac/17A.part3.rar.html
http://hotfile.com/dl/319866/6b3eddf/17A.part4.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/296547/103154d/17.Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17.Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17.Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17.Again-THS.part4.rar.html
http://hotfile.com/dl/296547/103154d/17.Again-THS.part1.rar.html

WARNER025893

http://hotfile.com/dl/296567/b1465d6/17.Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17.Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17.Again-THS.part4.rar.html
http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.bv.flippv07.part1.rar.html
http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.bv.flippv07.part2.rar.html
http://hotfile.com/dl/316847/da3720e/svtnugh.CAM.bv.flippv07.part3.rar.html
http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.bv.flippv07.part4.rar.html
http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.bv.flippv07.part5.rar.html
http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.bv.flippv07.part6.rar.html
http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.bv.flippv07.part7.rar.html
http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.bv.flippv07.part8.rar.html
http://hotfile.com/dl/319699/e5e60ba/17A.CAM.XViD-CAMERAx.part2.rar.html
http://hotfile.com/dl/320007/967bb60/17A.CAM.XViD-CAMERAx.part1.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/e46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/324599/ad0ddae/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/324606/51b1304/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/324607/f1c02eb/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/324609/320ccf5/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html

WARNER025894

http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331873/f782e12/17.Again.CAM.XVID-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17.Again.CAM.XVID-STGx.part1.rar.html
http://hotfile.com/dl/309589/5206d6e/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/e4103b6/GoLeech.org-17.Again.200.part3.rar.html
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.ra�
http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.rar.html
http://hotfile.com/dl/296547/103154d/17.Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17.Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17.Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17.Again-THS.part4.rar.html
http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.by.flippy07.part1.rar.html
http://hotfile.com/dl/316826/e6199ed/svtnugh.CAM.by.flippy07.part2.rar.html
http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.by.flippy07.part3.rar.html
http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.by.flippy07.part4.rar.html
http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.by.flippy07.part5.rar.html
http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html
http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html
http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.flippy07.part8.rar.html
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html

WARNER025895

http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/331494/ef906c9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/331494/ef906c9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfe7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfac/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.bv.flippv07.part1.rar.html
http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.bv.flippv07.part2.rar.html
http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.bv.flippv07.part3.rar.html
http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.bv.flippv07.part4.rar.html
http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.bv.flippv07.part5.rar.html
http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.bv.flippv07.part6.rar.html
http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.bv.flippv07.part7.rar.html
http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.bv.flippv07.part8.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/293643/8c8d287/17.Again.2009.CaM.XviD_THS.part1.rar.html
http://hotfile.com/dl/293652/540376d/17.Again.2009.CaM.XviD_THS.part2.rar.html
http://hotfile.com/dl/293668/6cd5e22/17.Again.2009.CaM.XviD_THS.part3.rar.html
http://hotfile.com/dl/293681/4dd26a9/17.Again.2009.CaM.XviD_THS.part4.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html
http://hotfile.com/dl/310591/366e0be/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html

WARNER025896

http:.hotfile.com.dl.327068.edaab42.17.Again.CAM.XViD-CAMERA.part2.rar.html
http:.hotfile.com.dl.327075.2ed4194.17.Again.CAM.XViD-CAMERA.part3.rar.html
~span style="font-size:9.0pt;font-family:Arial;color:black

…

[Message clipped]

--
http://www.hotfile.com

WARNER025897

# EXHIBIT 3

| From: | hotfile.com@gmail.com on behalf of Hotfile Support |
|---|---|
| To: | Bentkover, Michael |
| Sent: | 9/21/2009 8:37:39 AM |
| Subject: | Re: Warner Bros. Entertainment Inc. Premium access for Hotfile |

Hello!
No problem at all.
Here are premium accounts:

Username: warnerbros1
Password: kgfatm


Username: warnerbros2
Password: jyihzw


Username: warnerbros3
Password: tibxtp


Username: warnerbros4
Password: hqumwh


Username: warnerbros5
Password: hjmmkw


Regards,
Andrew
www.hotfile.com

On Mon, Sep 21, 2009 at 6:26 PM, Bentkover, Michael <Michael.Bentkover@warnerbros.com> wrote:

Dear Hotfile,

We appreciate the hotfile takedown removal tool and the tool has been working well as instructed.


Would it also be possible for you to provide me with five premium accounts in order for us to verify files more quickly?  I would like these accounts for our anti-piracy managers in the USA, UK, Germany, APAC, and Latin America offices.


Kind regards,

Michael Bentkover

WARNER025900

Manager, Anti-Piracy Internet Operations, Forensics

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Bridge Building 156 South, # 5333

Burbank, California 91522

Phone: (818) 954-3639

Fax:   (818) 954-7898

michael.bentkover@warnerbros.com

---

**From:** Bentkover, Michael
**Sent:** Thursday, September 03, 2009 8:59 AM
**To:** 'Hotfile Support'
**Subject:** RE: Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM

Hello again,

I just wanted to thank you again for the removal tool and increasing our limit to 1000 per day for Warner Bros. removals. Warner Bros. has several large (tentpole) titles releasing soon (The Informant, Where the Wild Things Are, Ninja Assassin, Invictus, and Sherlock Holmes). I'm worried that when these releases happen we will have up to 2,000 removals per day – which is quiet usual for us around the release of our titles.

Can you increase our limit to 2,000 just to be on the safe side which will ensure we don't have to email you for your prompt action?

Kind regards,

Michael

---

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Support
**Sent:** Wednesday, September 02, 2009 12:09 PM
**To:** Bentkover, Michael
**Subject:** Re: Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM

Hello!
It's 24:00 CDT (server time)

On Wed, Sep 2, 2009 at 6:34 PM, Bentkover, Michael <Michael.Bentkover@warnerbros.com> wrote:

Thank you for increasing our limit to 1000 per day.

Can you advise what time the file quota is reset so I can plan deletions accordingly??

WARNER025901

Thanks,

Michael


Michael Bentkover

Manager, Anti-Piracy Internet Operations, Forensics

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Bridge Building 156 South, # 5333

Burbank, California 91522

Phone: (818) 954-3639

Fax    (818) 954-7898

michael.bentkover@warnerbros.com

---

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Support
**Sent:** Tuesday, September 01, 2009 4:06 AM
**To:** Bentkover, Michael
**Subject:** Re: Automated Takedown tool - Unauthorized Use of Warner Bros.` Property - HOTFILE.COM


Hello!
Yes, limit will be increased.
Just forwarded this task to our tech department.


--
http://www.hotfile.com

WARNER025902

# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA


DISNEY ENTERPRISES, INC.,          )
TWENTIETH CENTURY FOX FILM          )
CORPORATION, UNIVERSAL CITY         )
STUDIOS PRODUCTIONS LLP,            )
COLUMBIA PICTURES INDUSTRIES,       )
INC., AND WARNER BROS.              )
ENTERTAINMENT, INC.,                )
                                    )
                Plaintiffs,         )
                                    )
        vs.                         )No. 11-20427-Jordan
                                    )
HOTFILE CORP., ANTON TITOV,         )
AND DOES 1-10,                      )
                                    )
                Defendants.         )
                                    )



HIGHLY CONFIDENTIAL

30(b)(6) Deposition of Warner Bros.

Entertainment, Inc.

by and through DAVID KAPLAN

WEDNESDAY, OCTOBER 12, 2011

LOS ANGELES, CALIFORNIA



ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY:  JEANINE CURCIONE
              CSR NO. 10223, RPR

FILE NO.: A505CAB

Page 2

```
 1              Deposition of DAVID KAPLAN, taken on

 2      behalf of Defendant, at 9:37 A.M., Wednesday,

 3      October 12, 2011, at 633 West Fifth Street, Suite

 4      3500, Los Angeles, California, before Jeanine

 5      Curcione, C.S.R. No. 10223, RPR, pursuant to

 6      notice.

 7

 8      APPEARANCES OF COUNSEL:

 9      FOR THE PLAINTIFFS:

10              JENNER & BLOCK, LLP
                BY:  STEVEN FABRIZIO, ESQ.
11              633 West Fifth Street
                Suite 3500
12              Los Angeles, California 90071

13                  AND

14              MOTION PICTURE ASSOCIATION OF AMERICA, INC.
                BY:  KRISTA S. COONS, ESQ.
15              15301 Ventura Boulevard
                Building E
16              Sherman Oaks, California 91403

17      FOR THE DEFENDANTS:

18              FARELLA BRAUN & MARTEL, LLP
                BY:  RODERICK M. THOMPSON, ESQ.
19              235 Montgomery Street
                17th Floor Russ Building
20              San Francisco, California 94104

21      ALSO PRESENT:

22              EVAN M. ENGSTROM, ESQ.

23              DAN ACKLEY, VIDEOGRAPHER

24

25
```

Page 16

| | | |
|---|---|---|
| 09:50:03 | 1 | where revenue that would be earned possibly by |
| 09:50:08 | 2 | referral, referring the traffic to other sites. |
| 09:50:12 | 3 | There could be some sort of affiliate payments |
| 09:50:15 | 4 | that would come back and be shared with Hotfile. |
| 09:50:19 | 5 | That was the general concept, but like I said it |
| 09:50:21 | 6 | never, it didn't go anywhere. |
| 09:50:22 | 7 | Q.  Did you talk to Mr. Applen about that |
| 09:50:24 | 8 | subject in preparation for your deposition? |
| 09:50:27 | 9 | A.  No. |
| 09:50:36 | 10 | Q.  Was there also a project within your |
| 09:50:39 | 11 | department whereby Warner would load content onto |
| 09:50:46 | 12 | Hotfile with the purpose of directing potential |
| 09:50:50 | 13 | customers to iTunes? |
| 09:50:54 | 14 | A.  I'm not sure I'd call it a project. |
| 09:50:58 | 15 | But there was a one time test done in I think |
| 09:51:05 | 16 | May 2010 or around April, May 2010 in connection |
| 09:51:11 | 17 | with an effort to put iTunes -- make Vampire |
| 09:51:20 | 18 | Diaries' episodes available on iTunes in the UK in |
| 09:51:24 | 19 | advance of their terrestrial broadcasts in the UK, |
| 09:51:34 | 20 | free television broadcast in the UK. |
| 09:51:37 | 21 | Q.  And that included loading content from |
| 09:51:42 | 22 | Vampire Diaries into Hotfile? |
| 09:51:45 | 23 | MR. FABRIZIO:  Objection.  Vague. |
| 09:51:46 | 24 | Q.  BY MR. THOMPSON:  Is that right? |
| 09:51:47 | 25 | A.  Not exactly.  It included loading |

Page 17

| | | |
|---|---|---|
| 09:51:49 | 1 | portions of episodes of -- I think four episodes |
| 09:51:52 | 2 | of Vampire Diaries onto a couple of different |
| 09:51:58 | 3 | cyberlockers, Hotfile being one of them, for about |
| 09:51:58 | 4 | a three-week period of time. |
| 09:52:10 | 5 | Q.  You said for about three weeks? |
| 09:52:15 | 6 | A.  I think three or four weeks, yeah. |
| 09:52:19 | 7 | Q.  What did Warner do after that with |
| 09:52:23 | 8 | respect to the content loaded on Hotfile? |
| 09:52:27 | 9 | MR. FABRIZIO:  Objection.  Vague. |
| 09:52:30 | 10 | Q.  BY MR. THOMPSON:  Did you leave it |
| 09:52:31 | 11 | there? |
| 09:52:31 | 12 | A.  I don't know.  I believe it was taken |
| 09:52:34 | 13 | down at some point. |
| 09:52:38 | 14 | Q.  Wasn't it taken down by one of the |
| 09:52:40 | 15 | Warner bots? |
| 09:52:43 | 16 | A.  Originally, yes. |
| 09:52:45 | 17 | Q.  And then it was put back up? |
| 09:52:47 | 18 | A.  It was put back up, that's correct. |
| 09:52:52 | 19 | Q.  Did Warner notify Hotfile that it had |
| 09:52:55 | 20 | uploaded content onto Hotfile? |
| 09:52:57 | 21 | A.  No. |
| 09:52:59 | 22 | Q.  So Hotfile would have no way of knowing |
| 09:53:01 | 23 | whether the content that was loaded by Warner was |
| 09:53:03 | 24 | authorized or not? |
| 09:53:05 | 25 | MR. FABRIZIO:  Objection.  Lacks |

Page 43

| | | |
|---|---|---|
| 10:24:10 | 1 | A. On the subject of premium accounts? |
| 10:24:12 | 2 | Q. And verifying files more quickly with |
| 10:24:15 | 3 | premium accounts. |
| 10:24:15 | 4 | A. I think so. |
| 10:24:21 | 5 | Q. Now, it's true, is it not, that with |
| 10:24:25 | 6 | respect to the Hotfile takedown removal tool that |
| 10:24:32 | 7 | is referenced in Exhibit 1 that Warner, in fact, |
| 10:24:36 | 8 | did not verify content before using that tool? |
| 10:24:41 | 9 | MR. FABRIZIO: Objection. Lacks |
| 10:24:42 | 10 | foundation. |
| 10:24:43 | 11 | THE WITNESS: That's not correct. |
| 10:24:46 | 12 | Q. BY MR. THOMPSON: Did Warner ever view |
| 10:24:49 | 13 | the content on Hotfile, the actual content, not |
| 10:24:56 | 14 | the words in the URL, before utilizing the Hotfile |
| 10:25:01 | 15 | takedown tool? |
| 10:25:04 | 16 | A. I'm going to say no because I'm unaware |
| 10:25:07 | 17 | of any instance. |
| 10:25:08 | 18 | Q. Fair enough. And Warner's practice and |
| 10:25:11 | 19 | procedure is not to have any human being view the |
| 10:25:14 | 20 | content before using the tool? |
| 10:25:16 | 21 | A. I'm going to amend my answer a little |
| 10:25:19 | 22 | bit only because there were instances where we did |
| 10:25:22 | 23 | use these premium accounts for the reasons I just |
| 10:25:25 | 24 | described, so we would have seen in those |
| 10:25:27 | 25 | instances that there was a pirated version of |

Page 44

| | | |
|---|---|---|
| 10:25:30 | 1 | whatever it was on Hotfile, but that was not -- |
| 10:25:32 | 2 | and then we would do forensic analysis on it, but |
| 10:25:35 | 3 | that was not connected to the notice sending |
| 10:25:41 | 4 | Hotfile robot. |
| 10:25:44 | 5 | Q.  It was Warner's practice and procedure |
| 10:25:46 | 6 | not to have any human review of the content on |
| 10:25:49 | 7 | Hotfile before utilizing the Hotfile takedown |
| 10:25:53 | 8 | removal tool? |
| 10:25:54 | 9 | A.  By human review you mean downloading |
| 10:25:57 | 10 | the content before the tool was used to send a |
| 10:25:59 | 11 | notice? |
| 10:26:02 | 12 | Q.  Downloading or otherwise viewing the |
| 10:26:04 | 13 | content? |
| 10:26:04 | 14 | A.  That's correct. |
| 10:26:08 | 15 | Q.  It's also true, is it not, that |
| 10:26:10 | 16 | Warner's practice was not to make any attempt to |
| 10:26:13 | 17 | fingerprint the content before utilizing the |
| 10:26:18 | 18 | Hotfile takedown removal tool? |
| 10:26:21 | 19 | A.  That's correct.  Well, I should back up |
| 10:26:28 | 20 | and explain.  The content is fingerprinted.  It's |
| 10:26:31 | 21 | just not then connected to the use of the tool. |
| 10:26:37 | 22 | Your question made it sound like it was a time |
| 10:26:41 | 23 | thing as opposed to causal link thing.  Warner's |
| 10:26:46 | 24 | does fingerprint content before the Hotfile tool |
| 10:26:49 | 25 | is used.  It's just not done in concert with each |

Page 46

| 10:28:26 | 1 | THE WITNESS:  Yes. |
|----------|----|----|

10:28:26  1          THE WITNESS:  Yes.

10:28:28  2          Q.  BY MR. THOMPSON:  And maybe I made that

10:28:30  3   more complicated than I needed to.  It's possible

10:28:32  4   for Warner just to take a fingerprint from a file

10:28:35  5   in Hotfile and confirm by use of that fingerprint

10:28:40  6   that the content is Warner's property?

10:28:43  7          A.  No.

10:28:43  8          MR. FABRIZIO:  Objection.  Lacks foundation

10:28:45  9   and been asked and answered.  Just pause and let

10:28:47  10  me object.

10:28:48  11         THE WITNESS:  No.

10:28:54  12         Q.  BY MR. THOMPSON:  Does Warner have to

10:28:55  13  download the file in order to check a fingerprint?

10:28:57  14         A.  Yes.

10:29:02  15         Q.  And, in fact, Warner's practice and

10:29:04  16  procedure was not to download any file before

10:29:09  17  using the Hotfile takedown tool to delete the

10:29:13  18  file?

10:29:13  19         MR. FABRIZIO:  Objection.  Asked and

10:29:14  20  answered.

10:29:14  21         THE WITNESS:  That's correct.

10:29:22  22         MR. THOMPSON:  I'm going to have another

10:29:24  23  document marked now, and I think this one may

10:29:26  24  be -- we'll hit a few other questions first and

10:29:37  25  come back to that.

Page 74

| | | |
|---|---|---|
| 11:21:35 | 1 | would be a number of robots assigned to Warez-BB? |
| 11:21:40 | 2 | A.  Correct. |
| 11:21:42 | 3 | Q.  Probably more than one. |
| 11:21:43 | 4 | A.  Yes. |
| 11:21:44 | 5 | Q.  And these robots would scan for Warner |
| 11:21:49 | 6 | content and they would -- what would they look |
| 11:21:52 | 7 | for? |
| 11:21:53 | 8 | A.  On a site -- on Warez-BB they would |
| 11:21:57 | 9 | look for games, TV, and film content. |
| 11:22:01 | 10 | Q.  Would they look for words? |
| 11:22:06 | 11 | A.  Yes.  Part of the logic in the -- in |
| 11:22:08 | 12 | the robot is word matching. |
| 11:22:15 | 13 | Q.  In the URL title? |
| 11:22:18 | 14 | A.  On some sites, yes. |
| 11:22:21 | 15 | Q.  Let's stay with Warez-BB.  Do you know |
| 11:22:23 | 16 | if that's true? |
| 11:22:24 | 17 | A.  Not on Warez-BB because I believe it's |
| 11:22:26 | 18 | a search site with advanced search functionality. |
| 11:22:30 | 19 | Q.  So would the robot use the advanced |
| 11:22:34 | 20 | search functionality? |
| 11:22:35 | 21 | A.  Yes, it does.  Or I should say they all |
| 11:22:37 | 22 | do. |
| 11:22:37 | 23 | Q.  They all do.  All the robots on |
| 11:22:40 | 24 | Warez-BB? |
| 11:22:41 | 25 | A.  Right. |

Page 83

| | | |
|---|---|---|
| 11:31:42 | 1 | Q.  And all of this process is done without |
| 11:31:44 | 2 | any human review of the results before the robot |
| 11:31:50 | 3 | sends the message to delete the work? |
| 11:31:53 | 4 | A.  No. |
| 11:31:53 | 5 | MR. FABRIZIO:  Objection.  Vague and |
| 11:31:54 | 6 | ambiguous. |
| 11:31:55 | 7 | Q.  BY MR. THOMPSON:  Where is there human |
| 11:31:56 | 8 | review in any of this process? |
| 11:31:58 | 9 | A.  So maybe we should step back to the |
| 11:32:01 | 10 | beginning of this process.  The -- initially when |
| 11:32:04 | 11 | the robots are built and first there is scanning |
| 11:32:11 | 12 | done to see if they're built in a -- in a way that |
| 11:32:13 | 13 | is effective for the site, meaning that we can |
| 11:32:15 | 14 | crawl a site and be confident that we are -- well, |
| 11:32:20 | 15 | let me back up before that. |
| 11:32:22 | 16 | First, before we even decide, you know, |
| 11:32:23 | 17 | which sites to scan we have to make a |
| 11:32:26 | 18 | determination that it's a linking site that is |
| 11:32:29 | 19 | dedicated to hosting full length content.  So that |
| 11:32:35 | 20 | determination is made.  Assuming it passes that |
| 11:32:38 | 21 | hurdle, then we see whether or not technically we |
| 11:32:41 | 22 | think the site is configured in a way that would |
| 11:32:43 | 23 | allow us to build a robot that could effectively |
| 11:32:47 | 24 | crawl the site.  And some aren't. |
| 11:32:51 | 25 | Then -- then we'd have to build the |

Page 84

| | | |
|---|---|---|
| 11:32:54 | 1 | robot and test to see what kind of results we were |
| 11:32:56 | 2 | getting scanning.  That's one whole process.  On a |
| 11:33:02 | 3 | title-by-title basis, titles are -- would be |
| 11:33:06 | 4 | vetted before they're considered to be scanned. |
| 11:33:09 | 5 | So recognizing that some things have |
| 11:33:13 | 6 | the same name or similar names the -- we would do |
| 11:33:18 | 7 | research into -- by going to places like Warez-BB |
| 11:33:23 | 8 | to see how titles are commonly being identified by |
| 11:33:29 | 9 | the pirate community, and go to legitimate places |
| 11:33:34 | 10 | like IMDB to see how -- whatever works may be out |
| 11:33:39 | 11 | there that might have similar names or words that |
| 11:33:42 | 12 | might pull up something that's not the thing we're |
| 11:33:43 | 13 | looking for. |
| 11:33:45 | 14 | So that process happens.  So when I |
| 11:33:49 | 15 | said before the title searching, it's not just the |
| 11:33:52 | 16 | title.  It's often the title and it could be also |
| 11:33:55 | 17 | foreign language versions of the title and it |
| 11:33:57 | 18 | could be also search terms that come from the way |
| 11:34:01 | 19 | the content is being identified by pirate sites. |
| 11:34:07 | 20 | All that -- all that is a human -- or |
| 11:34:09 | 21 | humans are involved in all that process to |
| 11:34:11 | 22 | determine it.  Building the robots, clearing the |
| 11:34:14 | 23 | titles, making sure the robots run effectively. |
| 11:34:18 | 24 | So that -- that's human review there.  The overall |
| 11:34:22 | 25 | process has a great deal of human review built |

Page 85

```
11:34:25  1    into the process.
11:34:26  2             There isn't -- in the example you gave
11:34:28  3    before you were talking about one particular link
11:34:30  4    off of Warez-BB.  That particular link wouldn't be
11:34:35  5    reviewed by a human before it was sent to a notice
11:34:38  6    [sending robot, but the overall system is
11:34:42  7    continually being evaluated and any new
11:34:46  8    information that comes in where an error may have
11:34:49  9    been discovered is figured into how to improve the
11:34:52  10   system.
11:34:55  11        Q.  I understand that humans are involved
11:34:58  12   in creating the robots, testing the robots, and
11:35:00  13   titles are vetted by humans.  Once that process is
11:35:04  14   complete and you have the latest Harry Potter
11:35:10  15   release as priority 1, from there on it's
11:35:13  16   automated with just the robots?
11:35:15  17        MR. FABRIZIO:  Objection.  Asked and
11:35:15  18   answered.  Mischaracterizes the answer.
11:35:18  19        Q.  BY MR. THOMPSON:  I just want the
11:35:19  20   record to be clear.  I think I'm repeating what
11:35:21  21   you just said?
11:35:22  22        A.  The notice sending -- the results of
11:35:23  23   the notice sending are continually checked to see
11:35:27  24   what kind of errors if any are coming up.  So
11:35:32  25   that -- that process has gone on from the very
```

| | | |
|---|---|---|
| 11:36:33 | 1 | going to be reviewed after the fact, but the |
| 11:36:35 | 2 | process includes looking at generally every -- the |
| 11:36:38 | 3 | whole -- of the many links that are sent out or -- |
| 11:36:43 | 4 | well, links [and/or actions and hosting files |
| 11:36:48 | 5 | taken down on a daily basis, the results are |
| 11:36:51 | 6 | looked at and have always been looked at to |
| 11:36:54 | 7 | determine whether or not errors are being made, |
| 11:36:55 | 8 | and I would add that probably -- well, it was |
| 11:36:58 | 9 | really -- really because of the -- this litigation |
| 11:37:01 | 10 | that we continued to -- well, I should say the |
| 11:37:06 | 11 | information in the notices of deposition that were |
| 11:37:08 | 12 | provided that help us kind of further refine our |
| 11:37:13 | 13 | process and so we now have a daily audit that's |
| 11:37:20 | 14 | very specific in terms of the protocol it follows |
| 11:37:23 | 15 | to do the after -- to do the result checking. |
| 11:37:28 | 16 | Q.  Before you received Exhibit 3, which is |
| 11:37:31 | 17 | the April deposition notice, was there any audit |
| 11:37:35 | 18 | process in place? |
| 11:37:36 | 19 | A.  Yes. |
| 11:37:36 | 20 | Q.  What was that audit process? |
| 11:37:38 | 21 | A.  That process was that the -- people in |
| 11:37:43 | 22 | my department would look at the daily results of |
| 11:37:48 | 23 | links actioned by title, by site, and see whether |
| 11:37:54 | 24 | anything looked strange to them in terms of things |
| 11:38:00 | 25 | that were broken, for example, or titles that |

Page 88

| 11:38:02 | 1  | looked like, they should -- they popped up higher |
| 11:38:04 | 2  | in the results or lower in the results than you |
| 11:38:06 | 3  | would have expected them to appear based on their |
| 11:38:09 | 4  | popularity. |
| 11:38:12 | 5  | Q.  Before April when you look -- when your |
| 11:38:16 | 6  | people looked at the results, did they keep a |
| 11:38:18 | 7  | record of false positives? |
| 11:38:20 | 8  | MR. FABRIZIO:  Objection.  Vague as to |
| 11:38:22 | 9  | false positive. |
| 11:38:24 | 10 | Q.  BY MR. THOMPSON:  False positive is a |
| 11:38:26 | 11 | term you use; correct? |
| 11:38:27 | 12 | A.  Well, it's used in -- it's used in some |
| 11:38:28 | 13 | of these documents, yes.  Some of the documents |
| 11:38:30 | 14 | that were produced in the case, yes. |
| 11:38:32 | 15 | Q.  You understand what it means? |
| 11:38:34 | 16 | A.  Although we might have a slightly |
| 11:38:36 | 17 | different definition so I want to make sure that |
| 11:38:38 | 18 | we understand, when -- when -- that we're talking |
| 11:38:41 | 19 | about the same thing. |
| 11:38:41 | 20 | Q.  Why don't you tell us what false |
| 11:38:43 | 21 | positives mean? |
| 11:38:44 | 22 | A.  When we say false positive we mean -- |
| 11:38:47 | 23 | in -- within our department that the thing that |
| 11:38:49 | 24 | was returned doesn't look exactly like the thing |
| 11:38:52 | 25 | that was being searched for.  So for example, |

Page 101

12:02:13  1    this is a screen shot from the Hotfile website and

12:02:18  2    what I wanted you to focus on is the little check

12:02:23  3    box under -- there's a large blank box in the

12:02:26  4    middle, do you see that?

12:02:27  5               (Exhibit 6 was marked for

12:02:27  6               identification by the Reporter.)

12:02:28  7          THE WITNESS:  Yes.

12:02:28  8          Q.  BY MR. THOMPSON:  And underneath

12:02:29  9    there's a check box and it states, "I certify

12:02:32  10   under penalty -- penalty of perjury that I am the

12:02:34  11   owner or authorized legal representative of the

12:02:37  12   owner of the copyrights to this material.  I have

12:02:42  13   a good faith belief that use of this material is

12:02:46  14   not authorized by the copyright owner, the

12:02:51  15   copyright owners agent or by law.  The foregoing

12:02:55  16   information is accurate as to this material."

12:02:58  17              Isn't it true that Warner made this

12:03:00  18   representation to Hotfile every time it used the

12:03:04  19   Hotfile SRA?

12:03:07  20         A.  Well, I'm sorry.  Are you asking

12:03:09  21   whether or not the -- the robot clicked the box as

12:03:12  22   part of getting access to the SRA tool?

12:03:18  23         Q.  It would have to click the box to use

12:03:19  24   the SRA tool?

12:03:21  25         A.  I think so, yes.

Page 102

| | | |
|---|---|---|
| 12:03:22 | 1 | Q.  And Warner knew that was the case; |
| 12:03:23 | 2 | correct? |
| 12:03:24 | 3 | A.  Yes. |
| 12:03:25 | 4 | Q.  So Warner knew that every time the |
| 12:03:27 | 5 | robot was using the SRA tool, that representation |
| 12:03:31 | 6 | was being made to Hotfile? |
| 12:03:33 | 7 | A.  The robot was clicking the box. |
| 12:03:35 | 8 | Q.  And by clicking the box, making the |
| 12:03:39 | 9 | representation I just read? |
| 12:03:41 | 10 | A.  The robot was making the |
| 12:03:42 | 11 | representation, yes. |
| 12:03:43 | 12 | Q.  The robot was making the representation |
| 12:03:46 | 13 | on behalf of Warner; correct? |
| 12:03:47 | 14 | A.  Yes. |
| 12:03:48 | 15 | Q.  Now, going back to the two deposition |
| 12:03:54 | 16 | notices, Exhibits 2 and 3 I believe, let's take a |
| 12:04:07 | 17 | look at 2 first if you can.  And turning to |
| 12:04:18 | 18 | Exhibit -- sorry -- Attachment A to Exhibit 2, |
| 12:04:24 | 19 | this is the list of URLs we referred to earlier. |
| 12:04:27 | 20 | A.  Yes. |
| 12:04:28 | 21 | Q.  Isn't it true, Mr. Kaplan, that with |
| 12:04:32 | 22 | respect to the URLs listed on Attachment A to |
| 12:04:35 | 23 | Exhibit 2 that the statement made that I just read |
| 12:04:42 | 24 | by the Warner robot was not accurate? |
| 12:04:46 | 25 | MR. FABRIZIO:  Objection.  Lacks |

Electronically signed by Jeanine Curcione (601-181-089-2662)                                    a7c38bf7-dabc-4c88-b57f-4a045d26c2f9

Page 103

| | | |
|---|---|---|
| 12:04:46 | 1 | foundation. |
| 12:04:48 | 2 | THE WITNESS:  Well, I think I would put it |
| 12:04:49 | 3 | this way.  The -- the statement is based on our |
| 12:04:54 | 4 | faith of the overall system that we developed. |
| 12:04:58 | 5 | Errors are made in any system that's being |
| 12:05:00 | 6 | developed.  The fact that we took any errors that |
| 12:05:03 | 7 | we discovered and used them to improve the system |
| 12:05:06 | 8 | I think further gave us confidence that the system |
| 12:05:08 | 9 | was one that was the best one that we could |
| 12:05:10 | 10 | create. |
| 12:05:11 | 11 | So our good faith belief comes from our |
| 12:05:15 | 12 | faith in the system, not that we understood that |
| 12:05:18 | 13 | we were creating a system that would be error free |
| 12:05:21 | 14 | because I think we believed that any system |
| 12:05:22 | 15 | whether it's robotic or whether it has humans |
| 12:05:27 | 16 | involved reviewing things is prone to have errors. |
| 12:05:35 | 17 | Q.  BY MR. THOMPSON:  Isn't it true, |
| 12:05:35 | 18 | Mr. Kaplan, that the statement made by Warner in |
| 12:05:39 | 19 | using the SRA was not accurate with respect to |
| 12:05:42 | 20 | each of the URLs listed in Attachment A to Exhibit |
| 12:05:48 | 21 | 2? |
| 12:05:48 | 22 | MR. FABRIZIO:  Objection.  Asked and |
| 12:05:50 | 23 | answered and continues to lack a foundation.  You |
| 12:05:59 | 24 | can answer. |
| 12:06:01 | 25 | THE WITNESS:  On these I have not seen or |

Page 104

| | | |
|---|---|---|
| 12:06:04 | 1 | had access to any of the actual files themselves, |
| 12:06:08 | 2 | so I couldn't definitively say that, in fact, |
| 12:06:10 | 3 | these are not what we thought they were, but as we |
| 12:06:15 | 4 | discussed, based on the -- the information in the |
| 12:06:17 | 5 | URL, it suggests that after the fact when looking |
| 12:06:21 | 6 | at this -- that this may have not have been |
| 12:06:24 | 7 | what we thought it was, but again, the statement |
| 12:06:26 | 8 | that was being made in that box is based on our |
| 12:06:29 | 9 | faith in the system we had developed. |
| 12:06:32 | 10 | We knew that there was going to be in the |
| 12:06:34 | 11 | system, you know, an error now and again.  The |
| 12:06:39 | 12 | issue was when we discovered those errors what we |
| 12:06:42 | 13 | did with them and based on what we did with them |
| 12:06:45 | 14 | we continued to have faith, a good faith belief |
| 12:06:47 | 15 | that -- that the content that we were submitting |
| 12:06:50 | 16 | through the tool was, in fact, what we thought it |
| 12:06:53 | 17 | was. |
| 12:07:13 | 18 | Q.  BY MR. THOMPSON:  Is it Warner's |
| 12:07:14 | 19 | position that the representation it made with |
| 12:07:16 | 20 | respect to the SRA tool that we've just read |
| 12:07:20 | 21 | cannot be evaluated on a link-by-link basis but |
| 12:07:23 | 22 | must be looked at in the overall picture that you |
| 12:07:26 | 23 | just described? |
| 12:07:26 | 24 | MR. FABRIZIO:  Objection.  Lacks |
| 12:07:27 | 25 | foundation. |

Page 105

```
12:07:28   1          Q.  BY MR. THOMPSON:  Is that right?

12:07:29   2          A.  Yes.

12:07:35   3          Q.  And you explained, Mr. Kaplan, I think

12:07:39   4     now twice, that the URLs listed in Attachment A

12:07:44   5     give you reason to believe that perhaps it's not

12:07:47   6     the content that was owned by Warner and that's

12:07:51   7     based on looking at the words in the URL; correct?

12:07:54   8          MR. FABRIZIO:  Objection.  Asked and

12:07:55   9     answered.

12:07:55  10          THE WITNESS:  Correct.

12:07:56  11          Q.  BY MR. THOMPSON:  Isn't that the same

12:07:57  12     information that the robot used to select these

12:08:00  13     URLs, the words in the URLs?

12:08:03  14          MR. FABRIZIO:  Objection.  Lacks

12:08:03  15     foundation.

12:08:04  16          THE WITNESS:  In some instances, yes.

12:08:11  17          Q.  BY MR. THOMPSON:  Now, just for the

12:08:12  18     record, would you turn to Exhibit 3.  Exhibit 3 is

12:08:17  19     the other deposition notice, and there's a

12:08:22  20     different Attachment A to Exhibit 3.  Isn't it

12:08:31  21     true that Warner Bros. did not, in fact, own the

12:08:39  22     content that is listed on any of the files in this

12:08:45  23     multi-page attachment?

12:08:47  24          MR. FABRIZIO:  Objection.  Lacks foundation

12:08:51  25     and I believe asked and answered.
```

Page 119

| | | |
|---|---|---|
| 12:28:39 | 1 | Q.  No. |
| 12:28:39 | 2 | A.  Well, I thought the deposition was |
| 12:28:42 | 3 | limited to me talking about cyberlockers. |
| 12:28:46 | 4 | MR. FABRIZIO:  Let's clarify. |
| 12:28:48 | 5 | Q.  BY MR. THOMPSON:  I'm not sure what you |
| 12:28:48 | 6 | mean by cyber -- cyberlockers.  I'm talking about |
| 12:28:51 | 7 | the Warner use of robots, the Kapow robots? |
| 12:28:55 | 8 | MR. FABRIZIO:  The Kapow robots. |
| 12:28:56 | 9 | THE WITNESS:  Yeah, I think only about four |
| 12:29:01 | 10 | or five times, and -- and the complaint -- and |
| 12:29:04 | 11 | that includes complaints from the site -- the |
| 12:29:05 | 12 | hosting site as well as from the individual |
| 12:29:10 | 13 | uploader to the hosting site. |
| 12:29:12 | 14 | Q.  BY MR. THOMPSON:  Okay.  But there were |
| 12:29:13 | 15 | a lot more than four or five times where Warner |
| 12:29:16 | 16 | personnel had concluded that a particular file had |
| 12:29:19 | 17 | been taken down in error in all likelihood? |
| 12:29:22 | 18 | MR. FABRIZIO:  Objection.  Lacks |
| 12:29:23 | 19 | foundation. |
| 12:29:24 | 20 | THE WITNESS:  Probably more than four or |
| 12:29:25 | 21 | five times, yes. |
| 12:29:26 | 22 | Q.  BY MR. THOMPSON:  In those times, did |
| 12:29:27 | ?3 | Warner take any steps to notify the content owner |
| 12:29:32 | 24 | of Warner's mistake? |
| 12:29:36 | 25 | A.  No. |

Page 124

13:25:23    1    either because I'm not completely technical,

13:25:25    2    but -- but yes, the idea is that those would be --

13:25:26    3    the scan would be collected and then the notice

13:25:30    4    sending robots to the extent they were built for a

13:25:33    5    hosting site would look at the scan results and

13:25:35    6    pick those out that were specific to that hosting

13:25:38    7    site and then send them.

13:25:41    8           Q.  And the scan results would be based on

13:25:43    9    searching, however the robot is programmed, for

13:25:48   10    words that appear on the entire page, not just any

13:25:51   11    particular link on the page?

13:25:59   12           MR. FABRIZIO:  Objection.  Asked and

13:25:59   13    answered.

13:26:00   14           THE WITNESS:  Again, it depends on the

13:26:00   15    site.

13:26:00   16           Q.  BY MR. THOMPSON:  We are using Warez-BB

13:26:01   17    as an example?

13:26:02   18           A.  On that site it would be based on words

13:26:05   19    on the post page.

13:26:05   20           Q.  The post page?

13:26:06   21           A.  Not as distinguished from words in the

13:26:07   22    URL.

13:26:08   23           Q.  I want to make sure I have this right.

13:26:12   24    For Warez-BB assuming that according to the logic

13:26:15   25    of the robot the words on the post page qualify,

Page 125

13:26:21  1      then all the links on that page would be sent

13:26:24  2      for -- to the other robot for notification?

13:26:29  3           MR. FABRIZIO:  Objection.  Lacks

13:26:30  4      foundation.

13:26:32  5           THE WITNESS:  The first part is right.

13:26:34  6      Again, the second part is assuming that there's a

13:26:36  7      robot for the hosting site that's been built, yes,

13:26:39  8      that's correct.

13:26:40  9           Q.  BY MR. THOMPSON:  So it's -- my point

13:26:41  10     is it's not done link by link.  It's done with

13:26:44  11     respect to all the links on the page?

13:26:47  12          MR. FABRIZIO:  Objection.  Asked and

13:26:47  13     answered.

13:26:48  14          THE WITNESS:  Correct.

13:26:54  15          Q.  BY MR. THOMPSON:  Just one particular

13:26:55  16     point on this.  On page 6 in the last paragraph

13:27:00  17     the sentence says, "This is -- this is the

13:27:03  18     software we would use to teach the bot how to

13:27:06  19     navigate a site, conduct searches and identify

13:27:09  20     links to be downloaded."  Do you see that?

13:27:14  21          A.  Yes.

13:27:14  22          Q.  Is that how, in fact, Kapow works to

13:27:19  23     download the links?

13:27:21  24          MR. FABRIZIO:  Objection.  Vague and

13:27:22  25     ambiguous.

Page 181

| | | |
|---|---|---|
| 14:57:31 | 1 | search terms were, that's all done by people. |
| 14:57:34 | 2 | Q.  Right.  But no human being ever looked |
| 14:57:37 | 3 | at the Warez posting listing all these links? |
| 14:57:42 | 4 | MR. FABRIZIO:  Objection to form.  Vague |
| 14:57:44 | 5 | and ambiguous as to time. |
| 14:57:47 | 6 | Q.  BY MR. THOMPSON:  Before Warner asked |
| 14:57:48 | 7 | for these files to be deleted? |
| 14:57:51 | 8 | MR. FABRIZIO:  Same objection. |
| 14:57:52 | 9 | THE WITNESS:  That's correct. |
| 14:57:53 | 10 | Q.  BY MR. THOMPSON:  And after the fact |
| 14:57:55 | 11 | since we made the allegations and included these |
| 14:57:58 | 12 | on Exhibit D, someone from Warner, perhaps from |
| 14:58:01 | 13 | Mr. Fabrizio's office, did further research and |
| 14:58:04 | 14 | came up with this conclusion, that's listed on |
| 14:58:07 | 15 | Exhibit 14; correct? |
| 14:58:08 | 16 | MR. FABRIZIO:  Objection.  Lacks |
| 14:58:09 | 17 | foundation. |
| 14:58:09 | 18 | THE WITNESS:  Yes. |
| 14:58:10 | 19 | Q.  BY MR. THOMPSON:  Who did that by the |
| 14:58:11 | 20 | way? |
| 14:58:12 | 21 | A.  Brett Boivin. |
| 14:58:14 | 22 | Q.  One of the people in your department? |
| 14:58:16 | 23 | A.  Yes. |
| 14:58:21 | 24 | Q.  Do you know if Mr. Boivin actually |
| 14:58:22 | 25 | looked at the page, the post page? |

Page 225

| | | |
|---|---|---|
| 16:32:07 | 1 | Q.  Does that appear that, in fact, Warner |
| 16:32:09 | 2 | found or created a robot that was searching the |
| 16:32:11 | 3 | Taringa site? |
| 16:32:13 | 4 | MR. FABRIZIO:  Objection to form. |
| 16:32:13 | 5 | THE WITNESS:  Well, at least Taringa.net, |
| 16:32:17 | 6 | which is the -- the site here. |
| 16:32:26 | 7 | Q.  BY MR. THOMPSON:  And the conclusion |
| 16:32:27 | 8 | here is really the same as the other conclusions |
| 16:32:31 | 9 | regarding posting on link sites except there's a |
| 16:32:36 | 10 | reference to the Spanish version of Little Red |
| 16:32:43 | 11 | Riding Hood? |
| 16:32:44 | 12 | A.  No. |
| 16:32:45 | 13 | Q.  No?  Can you explain that? |
| 16:32:47 | 14 | A.  It looks like this was -- the URL in |
| 16:32:50 | 15 | this had the word JDownloader in it, and so the |
| 16:32:54 | 16 | conclusion was that file was probably taken down |
| 16:32:56 | 17 | because JDownloader was posted with the Spanish |
| 16:32:59 | 18 | version of Little Red Riding Hood -- what's |
| 16:33:03 | 19 | described as a DVD rip for the Spanish version of |
| 16:33:08 | 20 | our film in an effort to help people download the |
| 16:33:13 | 21 | pirated version more rapidly. |
| 16:33:26 | 22 | Q.  And you see the JDownloader back on the |
| 16:33:28 | 23 | other exhibit, Exhibit 13? |
| 16:33:33 | 24 | A.  Yes. |
| 16:33:33 | 25 | Q.  That's because of the URL -- that's |

Page 226

```
16:33:35   1   what you said.  It shows up in the URL as
16:33:38   2   JDownloader.
16:33:38   3        A.  Correct.
16:33:50   4        Q.  So in this case Warner deleted the
16:33:53   5   JDownloader file to which it didn't have rights as
16:33:58   6   well as the Spanish version of Little Red Riding
16:33:59   7   Hood, which presumably you do have rights to?
16:34:05   8        MR. FABRIZIO:  Objection.  Form.  Lacks
16:34:05   9   foundation.
16:34:08  10        Q.  BY MR. THOMPSON:  Is that accurate?
16:34:09  11        MR. FABRIZIO:  Same objections.
16:34:11  12        THE WITNESS:  That's what this looks like.
16:34:20  13        Q.  BY MR. THOMPSON:  The next row on page
16:34:24  14   88 simply says, "Leak ID."  What does Leak ID
16:34:28  15   mean?
16:34:29  16        A.  Leak ID is a French on line scanning
16:34:33  17   vendor.
16:34:37  18        Q.  And why does Leak ID appear on row 88?
16:34:43  19        A.  The France office employs Leak ID to do
16:34:50  20   scanning.  This is in addition to other vendors
16:34:54  21   that may be doing scanning.  Leak ID specializes
16:34:59  22   in -- has a better knowledge of French linking
16:35:04  23   sites, the results from Leak ID scan are vetted --
16:35:11  24   the URLs are looked at by Leak ID personnel and
16:35:25  25   then forwarded to Warner Bros. to Didier Wang in
```

Page 227

```
16:35:28   1    our French -- in our France office.
16:35:33   2            Q.  And does Didier Wang then automatically
16:35:40   3    delete whatever links are provided by Leak ID?
16:35:45   4            MR. FABRIZIO:  Objection.  Lacks
16:35:45   5    foundation.
16:35:47   6            Q.  BY MR. THOMPSON:  Or does he make any
16:35:48   7    further review?
16:35:49   8            A.  No.  Compound.
16:35:49   9            Q.  Does he make any further review?
16:35:50  10            A.  He does.
16:35:50  11            Q.  What does he do?
16:35:51  12            A.  He or the intern that is working for
16:35:54  13    him at the time will look at the URLs as well and
16:36:05  14    then forward them on -- then forward those results
16:36:08  15    into the takedown bot system for Kapow.
16:36:16  16            Q.  Did Mr. Boivin make any further
16:36:18  17    conclusion about this particular URL?
16:36:21  18            MR. FABRIZIO:  Objection.  Lacks
16:36:22  19    foundation.
16:36:23  20            Q.  BY MR. THOMPSON:  Other than it was
16:36:24  21    scanned by Leak ID?
16:36:26  22            A.  No.
16:36:28  23            Q.  Yet Warner did further review of the
16:36:30  24    URLs before deleting?
16:36:33  25            MR. FABRIZIO:  Objection.  Vague.  Are you
```

Page 231

16:40:48  1          A.  Same thing as when we were discussing
16:40:51  2     the previous example.  For Little Red Riding Hood
16:40:53  3     in Spanish, that the person posted the
16:40:57  4     JDownloader -- link to JDownloader along with the
16:41:00  5     post to the pirated file and in an effort to get
16:41:04  6     people to click on it so that it would be
16:41:09  7     downloaded real quickly.
16:41:12  8          Q.  The Sims 3 is one of the EA files;
16:41:14  9     correct?
16:41:15 10          A.  I think it is.
16:41:16 11          Q.  And we've covered this before, but to
16:41:19 12     be clear, Warner did not have pre-authorization
16:41:20 13     from EA to delete this file, did it?
16:41:26 14          MR. FABRIZIO:  Objection to form.
16:41:28 15          Q.  BY MR. THOMPSON:  To ask for the
16:41:28 16     deletion of the file?
16:41:30 17          MR. FABRIZIO:  Same objection.
16:41:32 18          THE WITNESS:  Correct.  Assuming that this
16:41:35 19     is -- assuming this is an EA file in which we do
16:41:39 20     not have rights, that's correct.
16:41:43 21          MR. FABRIZIO:  Please don't speculate.
16:41:50 22          Q.  BY MR. THOMPSON:  Number 90 also looks
16:41:53 23     to be a JDownloader file or at least the reference
16:41:56 24     is JDownloader in the URL, and the conclusion now
16:42:02 25     refers to Sherlock Holmes.  Is that the same

Page 232

16:42:08  1    explanation that both Sherlock Holmes and

16:42:10  2    JDownloader were part of this link or were

16:42:13  3    included in this link?

16:42:15  4        MR. FABRIZIO:  Objection to form.

16:42:17  5        THE WITNESS:  They weren't on the same

16:42:18  6    link.  They were included on the same post page

16:42:22  7    under the title Sherlock Holmes 2009 TS screen or

16:42:26  8    Xvid.

16:42:30  9        Q.  So when you were saying before the

16:42:32 10    Little Red Riding Hood situation, was that the

16:42:36 11    same where it's on just on the post page?  It's

16:42:39 12    not the same link, it's the same post page?

16:42:42 13        A.  Right.  The link to JDownloader -- I

16:42:43 14    didn't see the page, but normally -- typically the

16:42:46 15    link to JDownloader would be right next to the

16:42:48 16    links for the pirated work.

16:42:55 17        Q.  And all the links on that page -- we've

16:42:58 18    covered this -- but all the links are deleted?

16:43:02 19        MR. FABRIZIO:  Objection to form.  Lacks

16:43:02 20    foundation.

16:43:03 21        THE WITNESS:  For a site like Warez-BB,

16:43:07 22    yes.

16:43:07 23        Q.  BY MR. THOMPSON:  And for a site like

16:43:08 24    Warez-BB to this day Warner Bros. would delete the

16:43:12 25    entire page and not separately examine each link.

Page 233

| | | |
|---|---|---|
| 16:43:17 | 1 | MR. FABRIZIO:  Objection to form.  Lacks |
| 16:43:18 | 2 | foundation. |
| 16:43:19 | 3 | Q.  BY MR. THOMPSON:  Is that correct? |
| 16:43:19 | 4 | MR. FABRIZIO:  Same objection. |
| 16:43:24 | 5 | THE WITNESS:  Yes.  The searching for |
| 16:43:27 | 6 | Warez-BB is based on the words on the post page |
| 16:43:30 | 7 | not on the words in the individual URLs. |
| 16:43:33 | 8 | Q.  BY MR. THOMPSON:  And after examining |
| 16:43:34 | 9 | the counter-claim in this information we've been |
| 16:43:37 | 10 | looking at has Warner made any changes in its |
| 16:43:40 | 11 | procedure for dealing with post pages on Warez-BB? |
| 16:43:45 | 12 | MR. FABRIZIO:  Other than what he's |
| 16:43:46 | 13 | testified to all day? |
| 16:43:48 | 14 | THE WITNESS:  Right.  I was about to say |
| 16:43:49 | 15 | that.  Other than what I've previously testified |
| 16:43:51 | 16 | to, no. |
| 16:43:55 | 17 | MR. THOMPSON:  Counsel, it's late.  Let's |
| 16:43:56 | 18 | not start coaching. |
| 16:43:58 | 19 | MR. FABRIZIO:  I'm not coaching. |
| 16:43:59 | 20 | Q.  BY MR. THOMPSON:  But, you know, your |
| 16:44:00 | 21 | testimony is on the record.  It's going to be |
| 16:44:03 | 22 | there.  With respect to Warez-BB specifically were |
| 16:44:06 | 23 | any changes made? |
| 16:44:07 | 24 | A.  That I don't know.  Those kind of |
| 16:44:10 | 25 | changes would have to be robot-specific to the |

Page 234

16:44:12  1    scanning robot, and I don't know the answer to
16:44:14  2    that question.
16:44:19  3        Q.  We've seen Warez-BB come up
16:44:22  4    consistently in these documents.  We saw that it
16:44:24  5    was mentioned in the robot proposal by Mr. Hughes
16:44:27  6    way back when, and you said it's a well known
16:44:31  7    pirate linking site; correct?
16:44:34  8        A.  Correct.
16:44:36  9        Q.  Is it fair to say that Warez-BB has
16:44:39 10    produced a significant amount of false positive
16:44:43 11    deletions by Warner Bros.?
16:44:49 12        MR. FABRIZIO:  Objection to form.  Lacks
16:44:50 13    foundation.
16:44:51 14        THE WITNESS:  No.
16:44:52 15        Q.  BY MR. THOMPSON:  Just so we're on the
16:44:53 16    same terminology, in the situation of JDownloader
16:44:55 17    being on the same page, this two or three times in
16:44:58 18    these various rows we've been talking about, do
16:45:01 19    you agree that that is a false positive takedown?
16:45:05 20        MR. FABRIZIO:  Objection to form.  Lacks
16:45:06 21    foundation.
16:45:10 22        THE WITNESS:  The file is posted in order
16:45:12 23    to facilitate the infringement, but JDownloader is
16:45:17 24    not something that we own, even though it is
16:45:21 25    posted to facilitate the infringement, so we

Page 235

16:45:25   1       should not have taken down -- if we did -- the

16:45:28   2       JDownload file.

16:45:31   3           Q.   BY MR. THOMPSON:   And I realize it's

16:45:31   4       not perfect or a certainty but to the best of your

16:45:36   5       ability investigating is that Warner did take down

16:45:38   6       the JDownloader files in the instances reflected

16:45:41   7       in Exhibit 14?

16:45:43   8           MR. FABRIZIO:   Objection.   Calls for

16:45:43   9       speculation.

16:45:44   10          THE WITNESS:   Yes.   The fact that we didn't

16:45:50   11      actually download the file -- we don't have the

16:45:58   12      file available to us to check, now to confirm, but

16:46:00   13      it appears that way.   [We don't have the file

16:46:01   14      available to us to check, but from these records

16:46:01   15      it appears that way.

16:46:05   16          MR. FABRIZIO:   Just so the record is clear,

16:46:06   17      we may, in fact, now have the file that's been

16:46:09   18      produced in the last couple of days.   We just

16:46:16   19      simply have not had a chance to analyze that [by

16:46:19   20      our deposition.

16:46:20   21          MR. THOMPSON:   I was just going to mention

16:46:21   22      that they have been provided to your counsel, but

16:46:21   23      I know there's a lot of information.

16:46:23   24          Q.   Mr. Kaplan, I know you may not

16:46:24   25      appreciate JDownloader being there because in your

Page 236

| | | |
|---|---|---|
| 16:46:27 | 1 | view it facilitates infringement, but the fact is |
| 16:46:30 | 2 | that Warner had no right to take down the |
| 16:46:33 | 3 | JDownloader files; is that right? |
| 16:46:36 | 4 | MR. FABRIZIO: Objection to form. Asked |
| 16:46:36 | 5 | and answered and now calls for a legal conclusion. |
| 16:46:39 | 6 | Q. BY MR. THOMPSON: Is that correct? |
| 16:46:39 | 7 | A. I'm not sure I would necessarily go to |
| 16:46:42 | 8 | that place with the conclusion. |
| 16:46:44 | 9 | Q. Well, speaking on behalf of Warner, |
| 16:46:46 | 10 | does Warner contend it had the legal right to take |
| 16:46:49 | 11 | down the JDownloader file? |
| 16:46:52 | 12 | MR. FABRIZIO: Objection to form. Calls |
| 16:46:54 | 13 | for a legal conclusion. |
| 16:46:54 | 14 | THE WITNESS: I would say that the -- that |
| 16:47:00 | 15 | wasn't the intention of the -- we didn't intend to |
| 16:47:04 | 16 | take down JDownloader, but I'm not prepared to say |
| 16:47:06 | 17 | that we would have no legal right to take down |
| 16:47:10 | 18 | JDownloader in some circumstances at least. |
| 16:47:12 | 19 | Q. BY MR. THOMPSON: What would give |
| 16:47:13 | 20 | Warner the right to take down the JDownloader |
| 16:47:14 | 21 | files reflected in rows 89 and 90 on Exhibit 13? |
| 16:47:22 | 22 | MR. FABRIZIO: Objection to form. Calls |
| 16:47:23 | 23 | for a legal conclusion. |
| 16:47:24 | 24 | THE WITNESS: I have not fully thought |
| 16:47:27 | 25 | about this or investigated all legal arguments |

Page 245

| | | |
|---|---|---|
| 16:57:05 | 1 | just then and the page 6 which shows the |
| 16:57:11 | 2 | conclusions for Exhibit D; correct? |
| 16:57:13 | 3 | A.  Correct. |
| 16:57:18 | 4 | MR. THOMPSON:  Okay.  I think we can put |
| 16:57:20 | 5 | these aside. |
| 16:57:47 | 6 | Q.  Mr. Engstrom's reminding me that the -- |
| 16:57:51 | 7 | you've described the Warez-BB link site and how it |
| 16:57:57 | 8 | operates and how the whole page is identified and |
| 16:58:03 | 9 | that all the links are eventually taken down in |
| 16:58:07 | 10 | the process.  The question we have is as Warner |
| 16:58:10 | 11 | has become aware of the problem of occasional |
| 16:58:12 | 12 | false positives, how can it say that it had a good |
| 16:58:17 | 13 | faith belief that all the files on the page were |
| 16:58:21 | 14 | Warner property or Warner's property to take down? |
| 16:58:27 | 15 | MR. FABRIZIO:  First of all, objection as |
| 16:58:30 | 16 | to the multiple lacks of foundation in your -- in |
| 16:58:33 | 17 | your question and also vague as to time frame. |
| 16:58:35 | 18 | Q.  BY MR. THOMPSON:  You can answer. |
| 16:58:37 | 19 | A.  The good faith belief as to any |
| 16:58:41 | 20 | particular file comes from our belief that the |
| 16:58:44 | 21 | system that we're using is one of the best ones |
| 16:58:47 | 22 | that's -- that's available.  It's a robust system |
| 16:58:51 | 23 | that is capable of scaling.  I've answered this |
| 16:59:08 | 24 | question a couple of different times.  But I don't |
| 16:59:09 | 25 | know, I'm trying not to come up with different |

Page 249

| | | |
|---|---|---|
| 17:03:15 | 1 | titles is nonexistent.  It -- it doesn't happen; |
| 17:03:19 | 2 | correct? |
| 17:03:19 | 3 | MR. FABRIZIO:  Objection.  Lacks foundation |
| 17:03:21 | 4 | and vague. |
| 17:03:22 | 5 | THE WITNESS:  And I've also answered that |
| 17:03:25 | 6 | probably a number of times during this deposition, |
| 17:03:27 | 7 | that's correct. |
| 17:03:27 | 8 | MR. FABRIZIO:  Asked and answered as well. |
| 17:03:29 | 9 | THE WITNESS:  The -- the process for |
| 17:03:30 | 10 | Warez-BB does not include downloading the content |
| 17:03:34 | 11 | because it wouldn't be possible to have any kind |
| 17:03:37 | 12 | of [infective on line enforcement at scale with |
| 17:03:44 | 13 | the process that included downloading the files. |
| 17:03:47 | 14 | Q.  I know we've been through this, but my |
| 17:03:49 | 15 | question is not about downloading the files.  It's |
| 17:03:51 | 16 | making any examination of the individual URLs |
| 17:03:54 | 17 | listed on the page. |
| 17:03:56 | 18 | MR. FABRIZIO:  What is the question? |
| 17:03:58 | 19 | Q.  BY MR. THOMPSON:  It's true, is it not, |
| 17:03:59 | 20 | that Warner's process allows Warner to locate |
| 17:04:03 | 21 | pages with Warner titles, but Warner does not |
| 17:04:10 | 22 | examine the individual URLs before asking them to |
| 17:04:12 | 23 | be taken down? |
| 17:04:13 | 24 | MR. FABRIZIO:  Objection.  Vague. |
| 17:04:14 | 25 | THE WITNESS:  In some instances URLs that |

Page 250

| | | |
|---|---|---|
| 17:04:18 | 1 | are provided by cyberlocker hosting sites have |
| 17:04:24 | 2 | something in the URL that approximates -- |
| 17:04:25 | 3 | approximates some sort of name or initials or |
| 17:04:29 | 4 | something -- or description of the file that it |
| 17:04:32 | 5 | purports to be, but that's not typically the case. |
| 17:04:37 | 6 | So an examination of those URLs typically wouldn't |
| 17:04:42 | 7 | yield information one way or the other.  That's |
| 17:04:44 | 8 | why we focus on the information that's on the post |
| 17:04:47 | 9 | page. |
| 17:04:48 | 10 | Q.  And the fact is Warner makes no |
| 17:04:49 | 11 | examination of the URLs themselves; correct? |
| 17:04:53 | 12 | A.  On Warez-BB. |
| 17:04:55 | 13 | Q.  Thank you. |
| 17:05:14 | 14 | MR. FABRIZIO:  We've been going a little |
| 17:05:16 | 15 | over an hour.  Maybe we should take a quick break? |
| 17:05:21 | 16 | MR. THOMPSON:  Okay.  We'll take a quick, |
| 17:05:22 | 17 | like a five minute break. |
| 17:05:25 | 18 | THE VIDEO OPERATOR:  Now going off the |
| 17:05:26 | 19 | record.  The time is 5:06 P.M. |
| 17:10:36 | 20 | (Recess taken.) |
| 17:10:51 | 21 | THE VIDEO OPERATOR:  Now, back on the |
| 17:10:52 | 22 | record.  The time was 5:11 P.M. |
| 17:10:57 | 23 | Q.  BY MR. THOMPSON:  Mr. Kaplan, please |
| 17:11:00 | 24 | return back to Exhibit 14 one more time.  I think |
| 17:11:04 | 25 | this will be short.  Page 5. |

```
 1                    REPORTER'S CERTIFICATE

 2

 3    I, JEANINE CURCIONE, C.S.R. NO. 10223, RPR, in and

 4    for the State of California, do hereby certify:

 5          That prior to being examined, the witness

 6    named in the foregoing deposition was by me duly

 7    sworn to testify the truth, the whole truth and

 8    nothing but the truth.

 9          That said deposition was taken down by me

10    in shorthand at the time and place therein named,

11    and thereafter reduced to typewriting under my

12    direction, and the same is a true, correct and

13    complete transcript of said proceedings.

14          That the witness, before examination, was

15    by me duly sworn to testify the truth, the whole

16    truth, and nothing but the truth, and that the

17    witness reserved the right of signature;

18          I further certify that I am not interested

19    in the event of the action.

20          Witness my hand this 26th day of October,

21    2011.

22

23                               Certified Shorthand
24                               Reporter for the
                                 State of California
25
```

# EXHIBIT 5

Deletions for "Lope"
(Excerpts from WARNER073292)

| Number | URL | Notice Date/Time | Search Title | Post Title | Zebrak Title |
|--------|-----|------------------|--------------|------------|--------------|
| 482 | http://hotfile.com/dl/114479972/0112075/SharpPlus.Sqlite.Developer.v3 8.4.500-BEAN.rar.html | 4/15/2011 11:49 | Lope | SharpPlus Sqlite Developer 3.8.4.500 | SharpPlus Sqlite Developer |
| 483 | http://hotfile.com/dl/118554870/686e466/Zombitech_Encyclopedia_Of_History_of_World_Volume_1_To_7.rar.html | 5/24/2011 16:17 | Lope | Encyclopedia Of History of World Volume 1 To 7-P2P | Encyclopedia of World History |

# EXHIBIT 6

| From: | Hughes, Phillip |
| --- | --- |
| To: | Boivin, Bret |
| Sent: | 4/28/2009 9:57:38 AM |
| Subject: | Observe and Report |
| Attachments: | Kapow server stress test - 20 robots 2.JPG |

Hey Bret,

Ok the robots still haven't finished today's movie scan, and because I added the title to the main title list this morning, it's the last in the pile...
You should check to see how many links are present tomorrow when they'll have finished. Just put:
**SELECT * FROM wb_output WHERE title='Observe and Report';**

Anyway, here are the results we have...
The runs I did for this title were mainly on the old database which is why there weren't many runs for this title last week *(I was fiddling a lot with the database and had to adjust the robots accordingly, so there was quite a lot of robot down-time last week...)*, although there were **524 links from 4 sites**, which I submitted to P4M.
The robots I ran last Thursday returned **1063 positive results from 5 sites**, which I submitted to P4M.
**That's a total of 1587 links for the title removed from 5 sites from several runs over the last week.**

There were no false positives for this title...

This title is being scanned for automatically now, so just check every other day to see the progress, and submit the links to P4M if you like.

I also attached a screenshot of the Robot under load, running 12 robots at once FYI.

**So far a total of 402,260 links have been scraped since last Thursday from 5 sites** (TV, Movies and Games, **a total of 692 titles including foreign language titles**) and going up all the time. However this figure does contain a lot of false positives which I've been scraping through today with a toothcomb, although I still have a way to go before it's perfect.

So in Summary...

**1587 links for Observe and Report scraped and reported so far from 5 sites over the last week.**

**402,260 links have been scraped in total from 5 sites; using 692 titles since last Thursday** (Although I'd estimate around 5 – 10% of these are false positives.)

Best,

Phil

Highly Confidential

WARNER072381

# EXHIBIT 7

| From: | Spring, Kirsty |
|---|---|
| To: | Klimek, Sven; Boivin, Bret |
| CC: | Sommer, Christian; Blaut, Michael |
| Sent: | 5/7/2010 8:59:30 AM |
| Subject: | RE: Kapow - Excluding of TVD Links |

Hi Sven,

These links will be ignored by Kapow

Best,
Kirsty

-----Original Message-----
**From:** Klimek, Sven
**Sent:** 07 May 2010 14:20
**To:** Boivin, Bret; Spring, Kirsty
**Cc:** Sommer, Christian; Blaut, Michael
**Subject:** RE: Kapow - Excluding of TVD Links

Hi again,

here are the Cyberlocker Links for the new episode. Please exclude them in Kapow:

Rapidshare
http://rapidshare.com/files/384567445/The.Vampire.Diaries.S01E21.-.Isobel.part1.rar
http://rapidshare.com/files/384569111/The.Vampire.Diaries.S01E21.-.Isobel.part2.rar
http://rapidshare.com/files/384570687/The.Vampire.Diaries.S01E21.-.Isobel.part3.rar
http://rapidshare.com/files/384571483/The.Vampire.Diaries.S01E21.-.Isobel.part4.rar

MegaUpload
http://www.megaupload.com/?d=2EIYWPTE
http://www.megaupload.com/?d=G0P1AMI0
http://www.megaupload.com/?d=3IDISQMI
http://www.megaupload.com/?d=AB3LF0K3

Hotfile
http://hotfile.com/dl/41712988/e52a111/The.Vampire.Diaries.S01E21.-.Isobel.part1.rar.html
http://hotfile.com/dl/41713579/b469d05/The.Vampire.Diaries.S01E21.-.Isobel.part2.rar.html
http://hotfile.com/dl/41714235/5340e27/The.Vampire.Diaries.S01E21.-.Isobel.part3.rar.html
http://hotfile.com/dl/41714628/9b7f241/The.Vampire.Diaries.S01E21.-.Isobel.part4.rar.html

Best,
Sven
-----Original Message-----
**From:** Boivin, Bret
**Sent:** Wednesday, May 05, 2010 2:41 PM
**To:** Spring, Kirsty; Klimek, Sven
**Cc:** Sommer, Christian; Blaut, Michael
**Subject:** RE: Kapow - Excluding of TVD Links

Yeah, you need to give them to us before you put them on the site...Our system is too fast J

B

-----Original Message-----
**From:** Spring, Kirsty
**Sent:** 05 May 2010 13:39

Highly Confidential

WARNER027787

**To:** Boivin, Bret; Klimek, Sven
**Cc:** Sommer, Christian; Blaut, Michael
**Subject:** RE: Kapow - Excluding of TVD Links

The Rapidshare and Hotfile links will need to be reactivated because Kapow had already sent them for takedown

Best,
Kirsty

-----Original Message-----
**From:** Boivin, Bret
**Sent:** 05 May 2010 13:25
**To:** Klimek, Sven; Spring, Kirsty
**Cc:** Sommer, Christian; Blaut, Michael
**Subject:** RE: Kapow - Excluding of TVD Links

Hi Kirsty,

Just add them into the DB and set the status to Down.

B

-----Original Message-----
**From:** Klimek, Sven
**Sent:** 05 May 2010 13:24
**To:** Boivin, Bret; Spring, Kirsty
**Cc:** Sommer, Christian; Blaut, Michael
**Subject:** Kapow - Excluding of TVD Links

Hello Bret and Kirsty,

i hope you are well?
Maybe you know the The Vampire Diaries iTunes redirect project? I've created Fake-Files from new episodes and  uploaded them on Rapidshare, Megaupload and Hotfile and linked them to boards like warez-bb. However my files got deleted. I'm guessing that Kapow scanned the Forum and reported the files.
Can you **exclude** the following files from Kapow scan and report?

If this works for you i will forward the new links as soon as i uploaded the files for new episodes.
Rapidshare
http://rapidshare.com/files/381914437/The.Vampire.Diaries.S01E20.-.Blood.Brothers.XviD-2HD.part1.rar
http://rapidshare.com/files/381916088/The.Vampire.Diaries.S01E20.-.Blood.Brothers.XviD-2HD.part2.rar
http://rapidshare.com/files/381917508/The.Vampire.Diaries.S01E20.-.Blood.Brothers.XviD-2HD.part3.rar
http://rapidshare.com/files/381918347/The.Vampire.Diaries.S01E20.-.Blood.Brothers.XviD-2HD.part4.rar

http://rapidshare.com/files/379183802
/The.Vampire.Diaries.S01E19.-.Miss.Mystic.Falls.part1.rar
http://rapidshare.com/files/379190301
/The.Vampire.Diaries.S01E19.-.Miss.Mystic.Falls.part2.rar
http://rapidshare.com/files/379198618
/The.Vampire.Diaries.S01E19.-.Miss.Mystic.Falls.part3.rar
http://rapidshare.com/files/379201606
/The.Vampire.Diaries.S01E19.-.Miss.Mystic.Falls.part4.rar

Highly Confidential

WARNER027788

Hotfile
http://hotfile.com/links/40546881/13ed9fe/The.Vampire.Diaries.S01E20.-.Blood.Brothers.XviD-2HD.part2.rar.html
http://hotfile.com/dl/40547853/9b8177a/The.Vampire.Diaries.S01E20.-.Blood.Brothers.XviD-2HD.part3.rar.html
http://hotfile.com/dl/40548570/0b08673/The.Vampire.Diaries.S01E20.-.Blood.Brothers.XviD-2HD.part4.rar.html

Megaupload
http://www.megaupload.com/?d=3UTUGVA0
http://www.megaupload.com/?d=CMUP8X37
http://www.megaupload.com/?d=QAHMVUFR
http://www.megaupload.com/?d=Z08J4DHH

Best regards,
**Sven Klimek**
Assistant to Anti Piracy
Anti Piracy Operations WB, German Speaking Territories
Tel: +49 (0)40 22 650 130
sven.klimek@warnerbros.com

Warner Bros. Entertainment GmbH
Humboldtstrasse 62, 22083 Hamburg, Germany
Geschäftsführer: Wilfried Geike
Gerichtsstand Hamburg, HRB 47528

Highly Confidential

WARNER027789

# EXHIBIT 7

| From: | Spring, Kirsty |
|---|---|
| To: | Klimek, Sven; Boivin, Bret |
| CC: | Sommer, Christian; Blaut, Michael |
| Sent: | 5/7/2010 8:59:30 AM |
| Subject: | RE: Kapow - Excluding of TVD Links |

Hi Sven,

These links will be ignored by Kapow

Best,
Kirsty

> -----Original Message-----
> **From:** Klimek, Sven
> **Sent:** 07 May 2010 14:20
> **To:** Boivin, Bret; Spring, Kirsty
> **Cc:** Sommer, Christian; Blaut, Michael
> **Subject:** RE: Kapow - Excluding of TVD Links
>
> Hi again,
>
> here are the Cyberlocker Links for the new episode. Please exclude them in Kapow:
>
> Rapidshare
> http://rapidshare.com/files/384567445/The.Vampire.Diaries.S01E21.-.Isobel.part1.rar
> http://rapidshare.com/files/384569111/The.Vampire.Diaries.S01E21.-.Isobel.part2.rar
> http://rapidshare.com/files/384570687/The.Vampire.Diaries.S01E21.-.Isobel.part3.rar
> http://rapidshare.com/files/384571483/The.Vampire.Diaries.S01E21.-.Isobel.part4.rar
>
> MegaUpload
> http://www.megaupload.com/?d=2EIYWPTE
> http://www.megaupload.com/?d=G0P1AMI0
> http://www.megaupload.com/?d=3IDISQMI
> http://www.megaupload.com/?d=AB3LF0K3
>
> Hotfile
> http://hotfile.com/dl/41712988/e52a111/The.Vampire.Diaries.S01E21.-.Isobel.part1.rar.html
> http://hotfile.com/dl/41713579/b469d05/The.Vampire.Diaries.S01E21.-.Isobel.part2.rar.html
> http://hotfile.com/dl/41714235/5340e27/The.Vampire.Diaries.S01E21.-.Isobel.part3.rar.html
> http://hotfile.com/dl/41714628/9b7f241/The.Vampire.Diaries.S01E21.-.Isobel.part4.rar.html
>
> Best,
> Sven
> -----Original Message-----
> **From:** Boivin, Bret
> **Sent:** Wednesday, May 05, 2010 2:41 PM
> **To:** Spring, Kirsty; Klimek, Sven
> **Cc:** Sommer, Christian; Blaut, Michael
> **Subject:** RE: Kapow - Excluding of TVD Links
>
> Yeah, you need to give them to us before you put them on the site...Our system is too fast J
>
> B
>
> > -----Original Message-----
> > **From:** Spring, Kirsty
> > **Sent:** 05 May 2010 13:39

Highly Confidential

WARNER027787

**To:** Boivin, Bret; Klimek, Sven
**Cc:** Sommer, Christian; Blaut, Michael
**Subject:** RE: Kapow - Excluding of TVD Links

The Rapidshare and Hotfile links will need to be reactivated because Kapow had already sent them for takedown

Best,
Kirsty

----Original Message----
**From:** Boivin, Bret
**Sent:** 05 May 2010 13:25
**To:** Klimek, Sven; Spring, Kirsty
**Cc:** Sommer, Christian; Blaut, Michael
**Subject:** RE: Kapow - Excluding of TVD Links

Hi Kirsty,

Just add them into the DB and set the status to Down.

B

----Original Message----
**From:** Klimek, Sven
**Sent:** 05 May 2010 13:24
**To:** Boivin, Bret; Spring, Kirsty
**Cc:** Sommer, Christian; Blaut, Michael
**Subject:** Kapow - Excluding of TVD Links

Hello Bret and Kirsty,

i hope you are well?
Maybe you know the The Vampire Diaries iTunes redirect project? I've created Fake-Files from new episodes and uploaded them on Rapidshare, Megaupload and Hotfile and linked them to boards like warez-bb. However my files got deleted. I'm guessing that Kapow scanned the Forum and reported the files.
Can you **exclude** the following files from Kapow scan and report?

If this works for you i will forward the new links as soon as i uploaded the files for new episodes.
Rapidshare
http://rapidshare.com/files/381914437/The.Vampire.Diaries.S01E20.-.Blood.Brothers.XviD-2HD.part1.rar
http://rapidshare.com/files/381916088/The.Vampire.Diaries.S01E20.-.Blood.Brothers.XviD-2HD.part2.rar
http://rapidshare.com/files/381917508/The.Vampire.Diaries.S01E20.-.Blood.Brothers.XviD-2HD.part3.rar
http://rapidshare.com/files/381918347/The.Vampire.Diaries.S01E20.-.Blood.Brothers.XviD-2HD.part4.rar

http://rapidshare.com/files/379183802
/The.Vampire.Diaries.S01E19.-.Miss.Mystic.Falls.part1.rar
http://rapidshare.com/files/379190301
/The.Vampire.Diaries.S01E19.-.Miss.Mystic.Falls.part2.rar
http://rapidshare.com/files/379198618
/The.Vampire.Diaries.S01E19.-.Miss.Mystic.Falls.part3.rar
http://rapidshare.com/files/379201606
/The.Vampire.Diaries.S01E19.-.Miss.Mystic.Falls.part4.rar

Hotfile
http://hotfile.com/links/40546881/13ed9fe/The.Vampire.Diaries.S01E20.-.Blood.Brothers.XviD-2HD.part2.rar.html
http://hotfile.com/dl/40547853/9b8177a/The.Vampire.Diaries.S01E20.-.Blood.Brothers.XviD-2HD.part3.rar.html
http://hotfile.com/dl/40548570/0b08673/The.Vampire.Diaries.S01E20.-.Blood.Brothers.XviD-2HD.part4.rar.html

Megaupload
http://www.megaupload.com/?d=3UTUGVA0
http://www.megaupload.com/?d=CMUP8X37
http://www.megaupload.com/?d=QAHMVUFR
http://www.megaupload.com/?d=Z08J4DHH

Best regards,
**Sven Klimek**
Assistant to Anti Piracy
Anti Piracy Operations WB, German Speaking Territories
Tel:  +49 (0)40 22 650 130
sven.klimek@warnerbros.com

Warner Bros. Entertainment GmbH
Humboldtstrasse 62, 22083 Hamburg, Germany
Geschäftsführer: Wilfried Geike
Gerichtsstand Hamburg, HRB 47528

Highly Confidential

WARNER027789

# EXHIBIT 8

| From: | Boivin, Bret |
|---|---|
| To: | Sommer, Christian |
| Sent: | 8/15/2011 3:51:19 AM |
| Subject: | RE: Audit CSV for 2011-08-13 |

Shut down to work on the false positives issue, it is still mostly shut down - working with LA.

B

-----Original Message-----
From: Sommer, Christian
Sent: 15 August 2011 11:49
To: Boivin, Bret
Subject: RE: Audit CSV for 2011-08-13

I think even 2 out of 144 (the lowest so far) is quite high. Almost 1,5 percent... this would translate to 75.000 false positives out of 5 million links. We def need to define a level of false positives that would be accepted by everyone to be ok and measure this against this every time.

BTW: Why was the system shut down? Cooler?

-----Original Message-----
From: Boivin, Bret
Sent: Montag, 15. August 2011 12:41
To: Sommer, Christian
Subject: RE: Audit CSV for 2011-08-13

It is Random and was just lucky that time, also 3/4 the system was shut down. The last day there was 1 or 2 out of 144.

B

-----Original Message-----
From: Sommer, Christian
Sent: 15 August 2011 11:38
To: Boivin, Bret
Subject: RE: Audit CSV for 2011-08-13

But based on the number of rows it is this high... and there is a good chance that this will be across all links as we found false positive in every sample.

-----Original Message-----
From: Boivin, Bret
Sent: Montag, 15. August 2011 12:33
To: Sommer, Christian
Subject: RE: Audit CSV for 2011-08-13

It is not that high. The system was shut down last week which is why the audit rows has not been 144 each day, and we're going through an audit process with LA.

B

-----Original Message-----
From: Sommer, Christian
Sent: 15 August 2011 11:15
To: Boivin, Bret
Subject: RE: Audit CSV for 2011-08-13

On average, it looks like we have almost 10%(!) false positives so far since we did the auditing... this is way too much.

-----Original Message-----
From: Sommer, Christian

Highly Confidential

WARNER072970

Sent: Sonntag, 14. August 2011 15:01
To: Boivin, Bret
Subject: FW: Audit CSV for 2011-08-13

I guess this is not a real pirate release as there is no dvd rip out:

[MULTI]Final Destination 5 (2011) DvDRip XviD-TARGET,http://www.filesonic.com/file/1663783391
/Final.Destination.5.2011.DVDRip.XviD-TARGET.part3.rar,http://www.smartforumz.org,"Final
Destination 5"

[MULTI]Final Destination 5 (2011) DvDRip XviD-TARGET [hot!],http://www.wupload.com
/file/92664670/Final_Destination_5_2011_DVDRip_XviD-TARGET.part7.rar,http:
//www.just4freeplanet.com,"Final Destination 5"

Final Destination 5 (2011) DVDrip XviD,http://www.filesonic.com/file/1631757231
/Final_Destination_5__2011___DVDrip_XviD.part2.rar,http://www.just4freeplanet.com,"Final
Destination 5"

Final Destination 5 (2011) DVDRip XviD,http://www.filesonic.com/file/1521343761
/Final_Destination_5__2011___DVDrip_XviD.part4.rar,http://warezguru.org,"Final Destination 5"


These are also a false positives:

BBC Days That Shook The World Chuck Yeager And The Blue Bird DVDRip XviD
ELiA,http://www.wupload.com/file/w867/78678999
/BBC.Days.That.Shook.The.World.Chuck.Yeager.And.The.Blue.Bird.DVDRip.XviD-ELiA.rar,http:
//www.filestube.com/,Chuck


DJ Vlad, Dirty Harry & DJ Green Lantern â€" 2Pac Vs Biggie Rap Phenomenon (Special Collectors
Edition),https://rapidshare.com/#!download|0cg2|120048631|92Gstyles_-
_2pB_Part_2.rar|0|File%20not%20found.%20(e029a7af),http://www.oneddl.com/,"Green Lantern: Rise
Of The Manhunters"

Madison Ivy This Aint Two And A Half Men,http://www.filesonic.com/file/1660214384
/ylhrapp7qar3.zip,http://efileforum.com/,"Two and a Half Men"

-----Original Message-----
From: Kapow Row Audit Program [mailto:krap@peacockfrog.org.uk]
Sent: Sonntag, 14. August 2011 13:00
To: Boivin, Bret
Cc: Pilch, Daniel; Bentkover, Michael; Applen, Ethan; Sommer, Christian
Subject: Audit CSV for 2011-08-13

74 rows in attached .CSV file - open with Excel or similar spreadsheet application.

Download JDownloader from here: http://jdownloader.org/download/index in order to automate the
download of the URLs contained within the .CSV (Copy/Paste into JDownloader)

Highly Confidential                                                                    WARNER072971

# EXHIBIT 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.

## NOTICE OF DEPOSITION OF WARNER BROS. ENTERTAINMENT INC. PURSUANT TO F.R.C.P. 30(B)(6)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, Defendant Hotfile Corporation ("Hotfile"), by and through its attorneys, will take the

deposition upon oral examination of Plaintiff Warner Bros. Entertainment Inc. ("Warner") at

10:00 a.m. on April 22, 2011, or such date and time as is mutually agreed by the parties, at the

offices of Sarnoff Court Reporters located at 707 Wilshire Boulevard, Suite 4750, Los Angeles,

California 90017.

Pursuant to Fed. R. Civ. P. 30(b)(6), Warner is required to produce one or more

officer(s), director(s), managing agent(s), or other persons who are designated and consent to

testify on its behalf as to each of the subject matters set forth in Schedule A, attached hereto.

Pursuant to said Rule, Warner is required to prepare said designee(s) to testify as to matters

known by, or reasonably available to, defendant falling within each of the stated subject matters. The deposition will proceed in accordance with the Federal Rules of Civil Procedure and will continue from day to day (Saturdays, Sundays and legal holidays excluded) until completed unless otherwise agreed.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Fed. R. Civ. P. 30(b)(2), the deposition will be recorded stenographically. The deposition may also be recorded by videotape. Real time transcription may also be used.

DATED:  April 5, 2011                    FARELLA BRAUN & MARTEL LLP

By: _____
    Roderick M. Thompson

    Attorneys for Defendant
    Hotfile Corporation