| 2206 | The Prestige | red |
|------|--------------|-----|
| 2207 | The Prestige | cliff |
| 2208 | The Prestige | thirteenth |
| 2209 | The Prestige | floor |
| 2210 | The Prestige | wrestler |
| 2211 | The Prestige | shawshank |
| 7460 | the town | night |
| 7461 | the town | on |
| 7462 | the town | talk |
| 7463 | the town | quiet |
| 7464 | the town | big |
| 7465 | the town | terror |
| 7466 | the town | garfield |
| 7467 | the town | ghost |
| 7468 | the town | cape |
| 7469 | the town | hero |
| 7470 | the town | game |
| 7471 | the town | santa |
| 7473 | the town | wrong |
| 7474 | the town | this |
| 3490 | Thirteen Ghosts | ocean's |
| 3491 | Thirteen Ghosts | oceans |
| 2304 | Three Kings | 2007 |
| 2306 | Three Kings | stephen |
| 2307 | Three Kings | street |
| 6191 | Three Kings | race |
| 6282 | Three Kings | new |
| 6285 | Three Kings | s0 |
| 6301 | Three Kings | beach |
| 3492 | Three kings | all |
| 3493 | Three kings | men |
| 3494 | Three kings | royals |
| 3495 | Three kings | indians |
| 3496 | Three kings | season |
| 3497 | Three kings | row |
| 3498 | Three kings | suicide |
| 3499 | Three kings | original |
| 3500 | Three kings | queen |
| 6072 | Three Kings | beach |
| 2308 | Torque | oceans |
| 6636 | torque | project |
| 6637 | torque | game |
| 2309 | Training Day | bodybuilding |
| 2310 | Training Day | videos |
| 2311 | Training Day | ceasar |
| 2312 | Training Day | fighting |
| 2313 | Training Day | kelby |

| 2314 | Training Day | police |
|------|--------------|--------|
| 2315 | Training Day | website |
| 2317 | Training Day | design |
| 2318 | Training Day | film |
| 2319 | Training Day | raf |
| 2320 | Training Day | r.a.f |
| 2321 | Training Day | animation |
| 6182 | Training Day | series |
| 6183 | Training Day | s.a.i.d. |
| 6184 | Training Day | video |
| 6185 | Training Day | paintball |
| 6186 | Training Day | system |
| 6194 | Training Day | mirko |
| 6277 | Training Day | cisco |
| 3501 | training day | pull |
| 6112 | Training Day | sight |
| 6113 | Training Day | fitness |
| 6114 | Training Day | arts |
| 2322 | Troy | helen |
| 2323 | Troy | ocean |
| 2324 | Troy | viking |
| 2325 | Troy | wanna |
| 7489 | Troy | Keith |
| 7490 | Troy | Night Out |
| 6477 | Troy | pastor |
| 7513 | Troy | Night Out |
| 6750 | troy | truth |
| 6751 | troy | destroy |
| 6752 | troy | trojan |
| 6753 | troy | slayer |
| 6754 | troy | stetina |
| 6755 | troy | lil |
| 7543 | Troy | ibiza |
| 5254 | Troy | trojan |
| 6071 | Troy | bbc |
| 4566 | troy | destroy |
| 6638 | troy | siege |
| 6639 | troy | casa |
| 2326 | Trust Me | god |
| 2328 | Trust Me | cobrador |
| 2329 | Trust Me | heroes |
| 2330 | Trust Me | debt |
| 2331 | Trust Me | pot |
| 2332 | Trust Me | economics |
| 2333 | Trust Me | taggart |
| 6756 | trust me | craig |
| 6281 | Trust Me | hawthorne |

| 7562 | Trust Me | one |
|------|----------|-----|
| 6283 | Trust Me | love |
| 6289 | Trust Me | raising |
| 6297 | Trust Me | dealer |
| 7597 | Trust me | blonde |
| 4568 | trust me | damages |
| 7639 | Two and a half men | madison |
| 4411 | Two and Half Men | potter |
| 4412 | Two and Half Men | harry |
| 4221 | Two and Half Men | game |
| 4222 | Two and Half Men | xbox |
| 4223 | Two and Half Men | xbox360 |
| 4224 | Two and Half Men | ps2 |
| 4225 | Two and Half Men | ds |
| 4226 | Two and Half Men | ps3 |
| 4227 | Two and Half Men | wii |
| 4228 | Two and Half Men | razor1911 |
| 4229 | Two and Half Men | pal |
| 4230 | Two and Half Men | ntsc |
| 4231 | Two and Half Men | local |
| 4232 | Two and Half Men | rom |
| 4233 | Two and Half Men | global |
| 4234 | Two and Half Men | clonedvd |
| 4235 | Two and Half Men | avenged |
| 4236 | Two and Half Men | avgened |
| 4237 | Two and Half Men | eur |
| 4238 | Two and Half Men | psp |
| 4239 | Two and Half Men | 360 |
| 4240 | Two and Half Men | usa |
| 6152 | Unforgiven | rwanda |
| 6153 | Unforgiven | elektra |
| 2334 | unforgiven | eastwood |
| 2335 | unforgiven | good |
| 2336 | unforgiven | bad |
| 2337 | unforgiven | ugly |
| 5275 | Unforgiven | wwe |
| 6105 | Unforgiven | wwe |
| 7517 | Unknown | dealth |
| 7518 | Unknown | mask |
| 7519 | Unknown | woman |
| 7520 | Unknown | code |
| 7521 | Unknown | soilder |
| 7522 | Unknown | persons |
| 7523 | Unknown | letter |
| 7524 | Unknown | the |
| 7525 | Unknown | secrets |
| 7526 | Unknown | origin |

| 7527 | Unknown | sender |
|------|---------|--------|
| 7528 | Unknown | pleasures |
| 7529 | Unknown | chaplin |
| 7530 | Unknown | white |
| 7531 | Unknown | male |
| 7532 | Unknown | world |
| 7545 | Unknown | address |
| 7592 | Unknown | madagascar |
| 7612 | Unknown | zookeeper |
| 6789 | v | festival |
| 6790 | v | wwe |
| 7591 | V | madagascar |
| 7115 | valentines day | ost |
| 7116 | valentines day | hate |
| 7117 | valentines day | st |
| 7118 | valentines day | happy |
| 7119 | valentines day | for |
| 7120 | valentines day | soundtrack |
| 7121 | valentines day | wallpaper |
| 7122 | valentines day | trailer |
| 8279 | Vampire Diaries | Various |
| 8280 | Vampire Diaries | Various |
| 8285 | Vampire Diaries | OST |
| 3502 | vegas vacation | paura |
| 3503 | vegas vacation | sua |
| 2862 | Watchmen | freighter |
| 2873 | Watchmen | hood |
| 2961 | Watchmen | comic |
| 4569 | watchmen | ost |
| 2339 | West Wing | saturday |
| 2340 | West Wing | lost |
| 2341 | West Wing | gundam |
| 2342 | What a Girl Wants | american |
| 2343 | What a Girl Wants | cat |
| 2344 | What a Girl Wants | birthday |
| 2345 | What a Girl Wants | confesiones |
| 2346 | What a Girl Wants | dungeon |
| 2347 | What a Girl Wants | fast |
| 2348 | What a Girl Wants | finns |
| 2350 | What a Girl Wants | interrupted |
| 2351 | What a Girl Wants | hotel |
| 2352 | What a Girl Wants | boy |
| 2353 | What a Girl Wants | thing |
| 2354 | What a Girl Wants | jersey |
| 2355 | What a Girl Wants | juno |
| 2356 | What a Girl Wants | kit |
| 2357 | What a Girl Wants | lars |

| 2358 | What a Girl Wants | best |
|------|-------------------|------|
| 2359 | What a Girl Wants | sassy |
| 2361 | What a Girl Wants | suburban |
| 2362 | What a Girl Wants | tank |
| 2363 | What a Girl Wants | dead |
| 2364 | What a Girl Wants | park |
| 2365 | What a Girl Wants | next |
| 2366 | What a Girl Wants | door |
| 2367 | What a Girl Wants | good |
| 2368 | What a Girl Wants | machine |
| 2369 | What a Girl Wants | drummer |
| 2370 | What a Girl Wants | other |
| 2372 | What a Girl Wants | ramen |
| 2373 | What a Girl Wants | tres |
| 2374 | What a Girl Wants | campus |
| 2375 | What a Girl Wants | zohan |
| 6061 | What a Girl Wants | guys |
| 3504 | What a Girl Wants | kung |
| 3505 | What a Girl Wants | call |
| 3506 | What a Girl Wants | cyborg |
| 3507 | What a Girl Wants | daddys |
| 3508 | What a Girl Wants | explores |
| 3509 | What a Girl Wants | devil |
| 3510 | What a Girl Wants | gossip |
| 6070 | What a Girl Wants | daddy's |
| 3511 | What a Girl Wants | my |
| 3512 | What a Girl Wants | russell |
| 3513 | What a Girl Wants | uptown |
| 3514 | What a Girl Wants | racers |
| 3515 | What a Girl Wants | secret |
| 7552 | whiteout | britney |
| 2376 | Wild Wild West | into |
| 2377 | Wild Wild West | futurama |
| 2378 | Wild Wild West | child |
| 6757 | wild wild west | jim |
| 6104 | Wild Wild West | naked |
| 6640 | wild wild west | comedy |
| 2379 | Wizard of Oz | muppets |
| 2380 | Wizard of Oz | veggie |
| 3516 | Wizard of Oz | gore |
| 6132 | Wizard of Oz | 1989 |
| 6133 | Wizard of Oz | dark |
| 6134 | Wizard of Oz | floyd |
| 6135 | Wizard of Oz | waverly |
| 3535 | Wonder Woman | slit |
| 3536 | Wonder Woman | gone |
| 3537 | Wonder Woman | never |

| 3538 | Wonder Woman | spit |
|------|-------------|------|
| 3539 | Wonder Woman | wall |
| 3540 | Wonder Woman | pretty |
| 3541 | Wonder Woman | red |
| 3542 | Wonder Woman | scent |
| 3543 | Wonder Woman | the |
| 3544 | Wonder Woman | forgotten |
| 2381 | wonderwoman | bionic |
| 2384 | wonderwoman | lost |
| 5123 | XARRI POTTER KAI O EMIOMOS PRINGIPS | 1191rozar |
| 4877 | XARRI POTTER KAI O EMIOMOS PRINGIPS | razer-1911 |
| 5164 | XARRI POTTER KAI O EMIOMOS PRINGIPS | rozar |
| 4918 | XARRI POTTER KAI O EMIOMOS PRINGIPS | razor-1911 |
| 5205 | XARRI POTTER KAI O EMIOMOS PRINGIPS | twilight |
| 4959 | XARRI POTTER KAI O EMIOMOS PRINGIPS | razor |
| 5000 | XARRI POTTER KAI O EMIOMOS PRINGIPS | gloruska |
| 5041 | XARRI POTTER KAI O EMIOMOS PRINGIPS | wallp |
| 5082 | XARRI POTTER KAI O EMIOMOS PRINGIPS | wallpaper |
| 6170 | Yes Man | wild |
| 6175 | Yes Man | other |
| 2385 | Yes Man | apart |
| 2386 | Yes Man | 2003 |
| 2387 | Yes Man | austin |
| 2388 | Yes Man | powers |
| 2389 | Yes Man | superman |
| 2390 | Yes Man | black |
| 2391 | Yes Man | cicak |
| 2392 | Yes Man | cinderella |
| 2393 | Yes Man | dead |
| 2395 | Yes Man | digital |
| 2396 | Yes Man | grizzly |
| 2397 | Yes Man | harley |
| 2398 | Yes Man | quiet |
| 2399 | Yes Man | hollow |
| 6239 | Yes Man | answer |
| 2400 | Yes Man | love |
| 2401 | Yes Man | inside |
| 2402 | Yes Man | ip |

| 2403 | Yes Man | iron |
|------|---------|------|
| 2404 | Yes Man | jimmy |
| 2406 | Yes Man | rio |
| 2407 | Yes Man | ladron |
| 2408 | Yes Man | little |
| 2409 | Yes Man | dog |
| 2410 | Yes Man | chair |
| 2411 | Yes Man | east |
| 2412 | Yes Man | house |
| 2413 | Yes Man | fire |
| 2414 | Yes Man | year |
| 2415 | Yes Man | fire |
| 2417 | Yes Man | moon |
| 2418 | Yes Man | wire |
| 2419 | Yes Man | metal |
| 2420 | Yes Man | mommas |
| 2421 | Yes Man | farmer |
| 2422 | Yes Man | nightmare |
| 2423 | Yes Man | rain |
| 2424 | Yes Man | spider |
| 2425 | Yes Man | elephant |
| 2426 | Yes Man | gray |
| 2428 | Yes Man | invincible |
| 2429 | Yes Man | hit |
| 6292 | Yes Man | answer |
| 6293 | Yes Man | erotic |
| 5276 | Yes man | ost |
| 3517 | Yes Man | alan |
| 3518 | Yes Man | frontline |
| 3519 | Yes Man | tank |
| 3520 | Yes Man | monsterquest |
| 3521 | Yes Man | ladies |
| 3522 | Yes Man | undertaker |

# EXHIBIT 16

Deletions for "Shorts"
(Excerpts from WARNER073292)

| Number | URL | Notice Date/Time | Search Title | Post Title | Zebrak Title |
|---|---|---|---|---|---|
| 481 | http://hotfile.com/dl/41526034/9255d99/Candice-StuffMyShortsHere.zip.html | 6/8/2011 17:17 | Shorts | [HF]Candice Cardinelle - Stuff My Shorts Here | Candice Images |
| 830 | http://hotfile.com/dl/113651451/1bd8d1f/dLBoX.orG__-_Hot_Girls_In_Shorts_HD_Wallpapers_Widescreen.rar.html | 5/14/2011 20:18 | Shorts | Hot Girls In Shorts HD Wallpapers Widescreen | |
| 883 | http://hotfile.com/dl/118867663/89a1309/Calzada.avi.html | 8/5/2011 10:17 | Shorts | Videos Upskirts-Shorts-Rabos y Cameltoe - Comunidad ChileComparte | Calzada |
| 884 | http://hotfile.com/dl/96883976/75a30a2/CamelToe.mp4.html | 8/5/2011 11:17 | Shorts | Videos Upskirts-Shorts-Rabos y Cameltoe - Comunidad ChileComparte | CamelToe |
| 885 | http://hotfile.com/dl/87486171/e439049/LaCalza.mpg.html | 8/5/2011 10:17 | Shorts | Videos Upskirts-Shorts-Rabos y Cameltoe - Comunidad ChileComparte | |
| 886 | http://hotfile.com/dl/91611720/6c6a3b5/mex.0333.wmv.html | 8/5/2011 10:17 | Shorts | Mexicana tetona en shorts acaba follada por el ... - Programas Warez | Busty Mexican in Shorts [XXX] by her boyfriend |

# EXHIBIT 17

Deletions for "Primos"
(Excerpts from WARNER0732292)

| Number | URL | Notice Date/Time | Search Title | Post Title | Zebrak Title |
|---|---|---|---|---|---|
| 484 | http://hotfile.com/dl/98834461/9f9a7da/Prima.zip.html | 2/11/2011 16:34 | Primos | video entre primos calientes(+18) | Video Entre Primos Calientes (+18) |
| 485 | http://hotfile.com/dl/104508693/b3fe3f7/Primos.Mastering.part1.rar.html | 2/22/2011 3:44 | Primos | Descargar Gratis - Argentina Warez Primos Mastering | Mastering the Art: Guide to Calling Waterfowl |
| 486 | http://hotfile.com/dl/104508520/177065c/Primos.Mastering.part2.rar.html | 2/22/2011 3:44 | Primos | Primos Mastering | Mastering the Art: Guide to Calling Waterfowl |
| 487 | http://hotfile.com/dl/104509761/d48d342/Primos.Mastering.part4.rar.html | 2/22/2011 3:44 | Primos | Primos Mastering | Mastering the Art: Guide to Calling Waterfowl |
| 488 | http://hotfile.com/dl/104510221/df72160/Primos.Mastering.part3.rar.html | 2/22/2011 3:44 | Primos | Primos Mastering | Mastering the Art: Guide to Calling Waterfowl |
| 489 | http://hotfile.com/dl/104508643/06ea1af/Primos.Mastering.part6.rar.html | 2/22/2011 3:44 | Primos | Primos Mastering | Mastering the Art: Guide to Calling Waterfowl |
| 490 | http://hotfile.com/dl/104508726/d8360c5/Primos.Mastering.part5.rar.html | 2/22/2011 3:44 | Primos | Primos Mastering | Mastering the Art: Guide to Calling Waterfowl |
| 491 | http://hotfile.com/dl/104509776/d137567/Primos.Mastering.part8.rar.html | 2/22/2011 3:44 | Primos | Primos Mastering | Mastering the Art: Guide to Calling Waterfowl |
| 492 | http://hotfile.com/dl/104510354/5a16094/Primos.Mastering.part7.rar.html | 2/22/2011 3:44 | Primos | Primos Mastering | Mastering the Art: Guide to Calling Waterfowl |

# EXHIBIT 18

| | |
|---|---|
| **From:** | Boivin, Bret |
| **To:** | Spring, Kirsty |
| **Sent:** | 11/12/2009 8:55:28 AM |
| **Subject:** | RE: False Positives |

But these results are for today I was looking at.

B

-----Original Message-----
**From:** Spring, Kirsty
**Sent:** 12 November 2009 16:53
**To:** Boivin, Bret
**Subject:** RE: False Positives

I thought I had deleted the Sherlock Holmes links yesterday – none of the links are WB material. I have added logic for this title now so we don't extract other SH films.

I added V to our title table yesterday as I noticed some links for it on a site. It would seem that searching 'v 2009' is definitely too vague! I will do some more research for the title

Kirsty

 -----Original Message-----
 **From:** Boivin, Bret
 **Sent:** 12 November 2009 16:40
 **To:** Spring, Kirsty
 **Subject:** False Positives

 Could you have a look at the false positives for Sherlock Holmes Game and "V"?  Today those are the most links found which I find surprising.

 Thanks
 Bret

Confidential

WARNER072585

# EXHIBIT 19

Deletions for "V"

(Excerpts from WARNER073292)

| Number | URL | Notice Date/Time | Search Title | Post Title | Zebrak Title |
|---|---|---|---|---|---|
| 504 | http://hotfile.com/dl/115604313/a27d531/Life.After.People.S01.0 4of10.Heavy.Metal.XviD.AC3.MVGroup.part1.rar.html | 6/3/2011 10:18 | V | History Channel - Life After People : Heavy Metal (2009) DVDRip XviD AC3 - MVGroup | Life After People: Heavy Metal |
| 505 | http://hotfile.com/dl/115604325/e9176bc/Life.After.People.S01.0 4of10.Heavy.Metal.XviD.AC3.MVGroup.part2.rar.html | 6/3/2011 10:18 | V | History Channel - Life After People : Heavy Metal (2009) DVDRip XviD AC3 - MVGroup | Life After People: Heavy Metal |
| 506 | http://hotfile.com/dl/115604338/71e89b3/Life.After.People.S01.0 4of10.Heavy.Metal.XviD.AC3.MVGroup.part3.rar.html | 6/3/2011 10:18 | V | History Channel - Life After People : Heavy Metal (2009) DVDRip XviD AC3 - MVGroup | Life After People: Heavy Metal |
| 507 | http://hotfile.com/dl/115604293/ae88a8a/Life.After.People.S01.0 3of10.The.Capital.Threat.XviD.AC3.MVGroup.part1.rar.html | 6/3/2011 10:18 | V | History Channel - Life After People : The Capital Threat (2009) DVDRip XviD AC3 - MVGroup | Life After People: The Capital Threat |
| 508 | http://hotfile.com/dl/115604296/2703944/Life.After.People.S01.0 3of10.The.Capital.Threat.XviD.AC3.MVGroup.part2.rar.html | 6/3/2011 10:18 | V | History Channel - Life After People : The Capital Threat (2009) DVDRip XviD AC3 - MVGroup | Life After People: The Capital Threat |
| 509 | http://hotfile.com/dl/115604303/0c6c952/Life.After.People.S01.0 3of10.The.Capital.Threat.XviD.AC3.MVGroup.part3.rar.html | 6/3/2011 10:18 | V | History Channel - Life After People : The Capital Threat (2009) DVDRip XviD AC3 - MVGroup | Life After People: The Capital Threat |
| 512 | http://hotfile.com/dl/115604200/fbdec18/Life.After.People.S01.02 of10.Outbreak.XviD.AC3.MVGroup.part2.rar.html | 6/3/2011 10:18 | V | History Channel - Life After People : Outbreak (2009) DVDRip XviD AC3 - MVGroup | Life After People: Outbreak |
| 510 | http://hotfile.com/dl/115604201/32e0b77/Life.After.People.S01.0 2of10.Outbreak.XviD.AC3.MVGroup.part1.rar.html | 6/3/2011 10:18 | V | History Channel - Life After People : Outbreak (2009) DVDRip XviD AC3 - MVGroup | Life After People: Outbreak |
| 511 | http://hotfile.com/dl/115604278/d6a20f6/Life.After.People.S01.0 2of10.Outbreak.XviD.AC3.MVGroup.part3.rar.html | 6/3/2011 10:18 | V | History Channel - Life After People : Outbreak (2009) DVDRip XviD AC3 - MVGroup | Life After People: Outbreak |
| 513 | http://hotfile.com/dl/115405900/e9112a2/Britains.Best.Drives.S0 1E05.part1.rar.html | 6/3/2011 10:34 | V | BBC – Britain's Best Drives : The Wye Valley and Forest of Dean (2009) TVRip x264 - Phase | Britain's Best Drives |
| 514 | http://hotfile.com/dl/115405905/f48b639/Britains.Best.Drives.S01 E05.part2.rar.html | 6/3/2011 10:37 | V | BBC – Britain's Best Drives : The Wye Valley and Forest of Dean (2009) TVRip x264 - Phase | Britain's Best Drives |
| 515 | http://hotfile.com/dl/115405915/cb50e08/Britains.Best.Drives.S01 E05.part3.rar.html | 6/3/2011 10:39 | V | BBC – Britain's Best Drives : The Wye Valley and Forest of Dean (2009) TVRip x264 - Phase | Britain's Best Drives |
| 516 | http://hotfile.com/dl/115405878/395814c/Britains.Best.Drives.S01 E04.part1.rar.html | 6/3/2011 10:28 | V | BBC – Britain's Best Drives : Lake District (2009) TVRip x264 Phase | Britain's Best Drives |
| 517 | http://hotfile.com/dl/115405887/8d24867/Britains.Best.Drives.S0 1E04.part2.rar.html | 6/3/2011 10:30 | V | BBC – Britain's Best Drives : Lake District (2009) TVRip x264 Phase | Britain's Best Drives |
| 518 | http://hotfile.com/dl/115405890/79f3b6c/Britains.Best.Drives.S01 E04.part3.rar.html | 6/3/2011 10:32 | V | BBC – Britain's Best Drives : Lake District (2009) TVRip x264 Phase | Britain's Best Drives |

Deletions for "V"
(Excerpts from WARNER073292)

| | | | | | |
|---|---|---|---|---|---|
| 519 | http://hotfile.com/dl/115131477/c2eb38e/The.Trials.of.Robert.Op penheimer.part1.rar.html | 6/3/2011 10:04 | V | PBS â€" The Trials of Robert Oppenheimer (2009) DVDRip x264 Wide | The Trials of Robert Oppenheimer |
| 520 | http://hotfile.com/dl/115131489/41a340a/The.Trials.of.Robert.Op penheimer.part2.rar.html | 6/3/2011 10:06 | V | PBS â€" The Trials of Robert Oppenheimer (2009) DVDRip x264 Wide | The Trials of Robert Oppenheimer |
| 521 | http://hotfile.com/dl/115131505/521f5aa/The.Trials.of.Robert.Op penheimer.part3.rar.html | 6/3/2011 10:09 | V | PBS â€" The Trials of Robert Oppenheimer (2009) DVDRip x264 Wide | The Trials of Robert Oppenheimer |
| 522 | http://hotfile.com/dl/115131536/62794ad/The.Trials.of.Robert.Op penheimer.part4.rar.html | 6/3/2011 10:11 | V | PBS â€" The Trials of Robert Oppenheimer (2009) DVDRip x264 Wide | The Trials of Robert Oppenheimer |
| 523 | http://hotfile.com/dl/115131539/735d5d2/The.Trials.of.Robert.Op penheimer.part5.rar.html | 6/3/2011 10:13 | V | PBS â€" The Trials of Robert Oppenheimer (2009) DVDRip x264 Wide | The Trials of Robert Oppenheimer |
| 524 | http://hotfile.com/dl/115131543/1686c01/The.Trials.of.Robert.Op penheimer.part6.rar.html | 6/3/2011 10:15 | V | PBS â€" The Trials of Robert Oppenheimer (2009) DVDRip x264 Wide | The Trials of Robert Oppenheimer |
| 525 | http://hotfile.com/dl/115131555/f7e599e/The.Trials.of.Robert.Op penheimer.part7.rar.html | 6/3/2011 10:17 | V | PBS â€" The Trials of Robert Oppenheimer (2009) DVDRip x264 Wide | The Trials of Robert Oppenheimer |
| 526 | http://hotfile.com/dl/115131573/cec8bd4/Time.Life.The.lost.civilis ations.01.Mesopotamia.part1.rar.html | 6/3/2011 10:19 | V | Time Life - The lost civilisations : Mesopotamia Return To Eden (2009) DVDrip XviD - Wide | Time Life Records |
| 527 | http://hotfile.com/dl/115131595/a7b8589/Time.Life.The.lost.civili sations.01.Mesopotamia.part2.rar.html | 6/3/2011 10:22 | V | Time Life - The lost civilisations : Mesopotamia Return To Eden (2009) DVDrip XviD - Wide | Time Life Records |
| 528 | http://hotfile.com/dl/115131599/7c95d58/Time.Life.The.lost.civili sations.01.Mesopotamia.part3.rar.html | 6/3/2011 10:23 | V | Time Life - The lost civilisations : Mesopotamia Return To Eden (2009) DVDrip XviD - Wide | Time Life Records |
| 529 | http://hotfile.com/dl/115131603/8fedc79/Time.Life.The.lost.civilis ations.01.Mesopotamia.part4.rar.html | 6/3/2011 10:26 | V | Time Life - The lost civilisations : Mesopotamia Return To Eden (2009) DVDrip XviD - Wide | Time Life Records |
| 530 | http://hotfile.com/dl/115131305/15e7ed4/south.pacific.s01e06.pa rt1.rar.html | 6/3/2011 9:50 | V | BBC - South Pacific : Fragile Paradise (2009) HDTV x264 - Gypson | South Pacific: Fragile Paradise |
| 531 | http://hotfile.com/dl/115131330/b36dea0/south.pacific.s01e06.p rt2.rar.html | 6/3/2011 9:52 | V | BBC - South Pacific : Fragile Paradise (2009) HDTV x264 - Gypson | South Pacific: Fragile Paradise |
| 532 | http://hotfile.com/dl/115131338/433946/south.pacific.s01e06.p art3.rar.html | 6/3/2011 9:55 | V | BBC - South Pacific : Fragile Paradise (2009) HDTV x264 - Gypson | South Pacific: Fragile Paradise |
| 533 | http://hotfile.com/dl/115131370/627fe2b/south.pacific.s01e06.pa rt4.rar.html | 6/3/2011 9:57 | V | BBC - South Pacific : Fragile Paradise (2009) HDTV x264 - Gypson | South Pacific: Fragile Paradise |
| 534 | http://hotfile.com/dl/115131375/1038c0e/south.pacific.s01e06.pa rt5.rar.html | 6/3/2011 9:59 | V | BBC - South Pacific : Fragile Paradise (2009) HDTV x264 - Gypson | South Pacific: Fragile Paradise |
| 535 | http://hotfile.com/dl/115131382/4b9f9bc/south.pacific.s01e06.pa rt6.rar.html | 6/3/2011 10:02 | V | BBC - South Pacific : Fragile Paradise (2009) HDTV x264 - Gypson | South Pacific: Fragile Paradise |

Deletions for "V"
(Excerpts from WARNER073292)

| | | | | |
|---|---|---|---|---|
| 536 | http://hotfile.com/dl/119230125/c84774b/Known.Universe.2of3.WS-PDTV.XviD.Ekolb.part1.rar.html | 6/3/2011 10:49 | V | National Geographic - The Known Universe S01E02 Sizing Up The Universe (2009) WS PDTV XviD-Ekolb | The Known Universe |
| 537 | http://hotfile.com/dl/119230191/259c17f/Known.Universe.2of3.WS-PDTV.XviD.Ekolb.part2.rar.html | 6/3/2011 10:51 | V | National Geographic - The Known Universe S01E02 Sizing Up The Universe (2009) WS PDTV XviD-Ekolb | The Known Universe |
| 538 | http://hotfile.com/dl/119230209/29e6520/Known.Universe.2of3.WS-PDTV.XviD.Ekolb.part3.rar.html | 6/3/2011 10:53 | V | National Geographic - The Known Universe S01E02 Sizing Up The Universe (2009) WS PDTV XviD-Ekolb | The Known Universe |
| 539 | http://hotfile.com/dl/119230218/62ifcde/Known.Universe.2of3.WS-PDTV.XviD.Ekolb.part4.rar.html | 6/3/2011 10:55 | V | National Geographic - The Known Universe S01E02 Sizing Up The Universe (2009) WS PDTV XviD-Ekolb | The Known Universe |
| 540 | http://hotfile.com/dl/119230221/676d47b/Known.Universe.2of3.WS-PDTV.XviD.Ekolb.part5.rar.html | 6/3/2011 10:57 | V | National Geographic - The Known Universe S01E02 Sizing Up The Universe (2009) WS PDTV XviD-Ekolb | The Known Universe |
| 541 | http://hotfile.com/dl/119230058/91da67c/Known.Universe.1of3.Ekolb.part1.rar.html | 6/3/2011 10:45 | V | National Geographic - The Known Universe S01E01 Blowing Up The Universe (2009) WS PDTV XviD-Ekolb | The Known Universe |
| 542 | http://hotfile.com/dl/119230076/3c64de8/Known.Universe.1of3.Ekolb.part2.rar.html | 6/3/2011 10:47 | V | National Geographic - The Known Universe S01E01 Blowing Up The Universe (2009) WS PDTV XviD-Ekolb | The Known Universe |

# EXHIBIT 20

**Kapow update – 15/04/09**

### 1) Scheduler:

We can now schedule robots to run automatically.
(We have to create a batch file and use windows scheduler)

These are the robots we currently have running on a daily basis for TV shows:

ForumW
Warez BB
Rapid Links
DL4 All

(More come soon, I'm refining the other robots still)

I have temporarily been submitting excel report sheets from the robot to P4M for link removal while we wait for database link to become active (see point 2).

**Upcoming developments in scheduler:**

Dom informed me of a new integrated scheduler that Kapow is working on. Essentially this is a full web based service that we can upload our robots to and manage them. The site then interfaces with our server and instructs it to start a particular robot at a said time.

### 2) Content Removal

We had discussions with Petur from P4M about best method for link removal.

Instead of creating a robot to use lawnmower, P4M is developing a web service for us that will allow us to interface our SQL databases directly. We expect this to be working late next week at the earliest.

This also required us to re-work our database (see point 4).

### 3) Logic improvements:

The original logic I developed for the robot proved inefficient; we kept getting a lot of false positives.

After discussions with Dom we devised a solid logic process.

Basically, the robot scans the post title against all entries for that particular title in the logic database.

Phillip Hughes                         Page 1                         23/09/2011

Highly Confidential                                                    WARNER072348

For example, when searching for the film "Get Smart", there are lots of conflicts with other films such as "Smart People", "Get Smart Again" etc. By ignoring post titles containing words like "again" and "people" this can be avoided.

(Bret – although this sounds similar to the original logic system the way it works is actually much different and quite complex, I will have to sit down and show you how it works sometime.)

### 4) Re-designed the database

I designed the database from scratch to make it more flexible and more organised, and also to conform to P4M's requirements for the database link.

### 5) Complex sites

*Brazil-series (requested by Lucia)*
We have had difficulty with brazil-series as majority of site is in Java script; it's definitely been a challenge.

With help from Dom I've managed to create a robot which navigates the java script to get to the links. (I can demo this to you if you like).

The robot for this site is much slower than others because the server has to process all the Java script, and load each link individually to get the URL.

*Taringa*
One of the top 10 Global most wanted linking sites. This site is proving complex due to its unorganised nature and love for "mega posts" (lots of films in a single post).

As there is little to no pattern throughout the site it's difficult to give a set of instructions to the robot. I'm currently in discussions with Dom and IFPI to figure out how this can be solved, a few ideas have emerged on how we can get around this but they seem very complex.

I've just been in touch with Arjun at IFPI to see how they deal with the site but unfortunately it does not look as though they have devised a solution for this site yet. We may be able to get it to spot basic patterns but we will most likely miss a lot of content out…

### 6) WB Games Content

I've been working with Fernando on using the robots to remove Game content.

    F.E.A.R. 2 Project Origin
    Wanted: Weapons of Fate
    Watchmen game

Phillip Hughes                    Page 2                    23/09/2011

                                                      WARNER072349

Fernando requested that I run the robots on a daily basis for the sites we have, and send him the links while we wait for the takedown procedure to be finalised.

I'm in the process of configuring the games robots to automatically e-mail the robot results to Fernando on a daily basis.

### 7) Sites in development (no order)

| | |
|---|---|
| Taringa | (Requested by Lucia and Fernando, Global top 10) |
| Inter-latino | (Spanish top 5) |
| Rapid Files | |
| Brazil-series | (Requested by Lucia) |
| Couch Tater | (Requested by Michael) |
| Release log | (Global top 10) |

Upcoming:

The rest of everyone's "top 5" local territory sites

The rest of our new global "top 10"

Feel free to ask me any questions and I'm more than happy to demo something if you'd like to know more on how the robots/database works.

# EXHIBIT 21

Deletions for "The Bachelor the Videogame"
(Excerpts from WARNER073292)

| Number | URL | Notice Date/Time | Search Title | Post Title | Zebrak Title |
|---|---|---|---|---|---|
| 834 | http://hotfile.com/dl/124544873/696409/Toukou-Ura-king_No.0004_kana.part1.rar.html | 7/21/2011 11:18 | The Bachelor the Videogame | [HF] his Isnt The Bachelor The XXX Parody XXX DVDRip XviD | Toukou Ura King (kana) |
| 835 | http://hotfile.com/dl/124544899/d2d7eec/Toukou-Ura-king_No.0004_kana.part2.rar.html | 7/21/2011 11:18 | The Bachelor the Videogame | [HF] his Isnt The Bachelor The XXX Parody XXX DVDRip XviD | Toukou Ura King (kana) |
| 836 | http://hotfile.com/dl/124544901/f4d095c/Toukou-Ura-king_No.0004_kana.part3.rar.html | 7/21/2011 11:18 | The Bachelor the Videogame | [HF] his Isnt The Bachelor The XXX Parody XXX DVDRip XviD | Toukou Ura King (kana) |

# EXHIBIT 22

| | |
|---|---|
| **From:** | Sommer, Christian |
| **To:** | Boivin, Bret; Blaut, Michael; Allen, Harriet |
| **Sent:** | 2/4/2011 6:20:55 AM |
| **Subject:** | RE: mp3 song claim... |

Also: For 4shared.com the filesize limit is 200mb, if there is only one link per title it's very very likely that it is not the full movie.

**From:** Boivin, Bret
**Sent:** Freitag, 4. Februar 2011 15:19
**To:** Sommer, Christian; Blaut, Michael; Allen, Harriet
**Subject:** RE: mp3 song claim...

I noticed in the 4shared url there is a /audio/ so Hattie please include that in the bots going forward, and change for filestube...but still suspend it until you've tested for other false positives.

Thanks
Bret

----Original Message----
**From:** Boivin, Bret
**Sent:** 04 February 2011 14:14
**To:** Sommer, Christian; Blaut, Michael; Allen, Harriet
**Subject:** RE: mp3 song claim...

The link doesn't have mp3, just a hash/description. I found it, another picked up on Filestube, scanning for Insomnia. Filestube is giving us all of the problems but it is an important site to scan...so for now we'll have to suspend the bot for that one (so Hattie can you please do that) and also Hattie, look into seeing if there is a way to do more strict validation on it (like title contains mp3, etc)

Here is the link:

http://www.4shared.com/audio/8DDCp5Zm/HumanHunter_-_02_-_Insomnia.htm?aff=7637829

Best,
Bret

----Original Message----
**From:** Sommer, Christian
**Sent:** 04 February 2011 14:10
**To:** Blaut, Michael; Boivin, Bret; Allen, Harriet
**Subject:** RE: mp3 song claim...

Argh... why do we even remove MP3 files? Shouldn't there be a filter?

–
Christian Sommer
Director
EMEA Anti-Piracy Operations
Warner Bros. Entertainment

Tel: +49 (0) 40 22650 366
Fax: +49 (0) 40 22650 149
Mob: +49 (0) 172 453 71 59
Email: christian.sommer@warnerbros.com

If this e-mail is received in error, please delete it, notify the sender and don't make any use of its contents. Confidentiality and privilege are not waived. Warner Bros. Entertainment GmbH, Humboldtstrasse 62, 22083 Hamburg, Germany, Geschäftsführer: Wilfried Geike - Gerichtsstand Hamburg, HRB 47528.

P   Think of the environment before you print this email

**From:** Blaut, Michael
**Sent:** Freitag, 4. Februar 2011 15:08
**To:** Boivin, Bret; Allen, Harriet
**Cc:** Sommer, Christian
**Subject:** FW: mp3 song claim...

the next one... what are we telling the other guy (joel patterson)?

---

**From:** David Lorente [mailto:lasermetal@hotmail.com]
**Sent:** Friday, February 04, 2011 3:10 AM
**To:** Antipiracy.Germany@warnerbros.com
**Subject:** mp3 song claim...

Hola, mi nombre es David, y las personas de 4shared.com, han eliminado un archivo de audio (mp3), el archivo en cuestión es:
HumanHunter - 02 - Insomnia.mp3

Me gustaría saber porque ustedes han hecho una reclamación, siendo esta canción de mi grupo musical, y está registrada como copyleft.

Espero noticias vuestras, Saludos y gracias!!!

-----------------------------------------------------------------------------

Hi, my name is David, and people of 4shared.com have deleted an audio file (mp3), the file in question is:
HumanHunter - 02 - Insomnia.mp3

I would like to know because you have made a claim, being the song of my band, and is registered as copyleft

I hope to hear from you, greetings and thanks!!!

-----------------------------------------------------------------------------

Contacto:
David (Nano)
Producciones Laser
lasermetal@hotmail.com
+034 663 060 776
www.humanhuntermetal.zxq.net

WARNER072369

# EXHIBIT 23

Deletions by Leak ID
(Excerpts from WARNER073292)

| Number | URL | Notice Date/Time | Search Title | Post Title | Zebra Title |
|---|---|---|---|---|---|
| 436 | http://hotfile.com/dl/83888026/bae1ded/java-windows-i586-s.exe.html | 1/31/2011 14:55 | Due Date | n/a | Java SE Runtime Environment 6.0 |
| 437 | http://hotfile.com/dl/97739207/c4f8cb3/Ball_Park_Music-_Conquer_The_Town_Easy_As_Cake-EP-2010-OZM.rar.html | 2/3/2011 2:02 | The Town | n/a | Conquer The Town, Easy as Cake (Ball Park Music) |
| 438 | http://hotfile.com/dl/438/100794785/4a0d6fd/Punisher_-_In_The_Blood_C3_2011_GreenGiant-DCP.cbr.html | 2/1/2011 17:23 | The Town | n/a | Punisher in the Blood #3 |
| 439 | http://hotfile.com/dl/101261546/5824512/Married.In.A.Year.2011.DVDRip.Xvi D-FiCO.avi.html | 2/7/2011 15:28 | The Town | n/a | Married in a Year |
| 440 | http://hotfile.com/dl/101233251/5cfaf8c/detroit.1-8-7.s01e13.720p.hdtv.x264-orenji.mkv.html | 2/8/2011 16:44 | The Town | n/a | Detroit 1-8-7 |
| 443 | http://hotfile.com/dl/64452864/a350c4c/Little_Big_Town-The_Reason_Why-2010-2NZ.rar.html | 2/14/2011 17:29 | The Town | n/a | The Reason Why (Little Big town) |
| 444 | http://hotfile.com/dl/88836486/0514216/William_Kanengiser_-_Effortless_Classical_Guitar.part04.rar.html | 2/14/2011 17:29 | The Town | n/a | William Kanengiser Effortless Classical Guitar |
| 445 | http://hotfile.com/dl/84991988/e7cbc93/Rod_Stewart_-_1976_-_A_Night_on_The_Town.rar.html | 2/21/2011 18:06 | The Town | n/a | A Night on the Town (Rod Stewart) |
| 446 | http://hotfile.com/dl/97914519/50ced80/colo_sal_stik.rar.html | 2/21/2011 17:54 | The Town | n/a | Stickers and Sales Tags |
| 447 | http://hotfile.com/dl/97659187/0ead430/CIBER_GIRL.part01.rar.html | 2/21/2011 17:54 | The Town | n/a | Cyber Girl with Javier Soto |
| 448 | http://hotfile.com/dl/97659192/92dc794/CIBER_GIRL.part02.rar.html | 2/21/2011 17:54 | The Town | n/a | Cyber Girl with Javier Soto |
| 449 | http://hotfile.com/dl/97659197/fb95ce9/CIBER_GIRL.part04.rar.html | 2/21/2011 17:54 | The Town | n/a | Cyber Girl with Javier Soto |
| 450 | http://hotfile.com/dl/97659199/e65398d8/CIBER_GIRL.part05.rar.html | 2/21/2011 17:54 | The Town | n/a | Cyber Girl with Javier Soto |
| 451 | http://hotfile.com/dl/97659278/9d9070f/CIBER_GIRL.part03.rar.html | 2/21/2011 17:54 | The Town | n/a | Cyber Girl with Javier Soto |
| 452 | http://hotfile.com/dl/97659350/15c2fa8/CIBER_GIRL.part06.rar.html | 2/21/2011 17:54 | The Town | n/a | Cyber Girl with Javier Soto |
| 453 | http://hotfile.com/dl/97659367/1c9fd70/CIBER_GIRL.part07.rar.html | 2/21/2011 17:54 | The Town | n/a | Cyber Girl with Javier Soto |
| 454 | http://hotfile.com/dl/97659378/91b8fc4/CIBER_GIRL.part09.rar.html | 2/21/2011 17:54 | The Town | n/a | Cyber Girl with Javier Soto |
| 455 | http://hotfile.com/dl/97659394/59af6d6/CIBER_GIRL.part10.rar.html | 2/21/2011 17:54 | The Town | n/a | Cyber Girl with Javier Soto |
| 456 | http://hotfile.com/dl/97659407/9549046/CIBER_GIRL.part11.rar.html | 2/21/2011 17:54 | The Town | n/a | Cyber Girl with Javier Soto |
| 457 | http://hotfile.com/dl/97659279/844fd9e/CIBER_GIRL.part08.rar.html | 2/21/2011 17:54 | The Town | n/a | Cyber Girl with Javier Soto |
| 470 | http://hotfile.com/dl/85448808/3e4af67/NewinTwn.Br_urgrove.com.mkv.001.html | 3/24/2011 16:09 | The Town | n/a | New In Town |
| 605 | http://hotfile.com/dl/122601183/7d65a8a/Planete_des_Arbres_Mameya.avi.ht ml | 7/1/2011 13:11 | Hall Pass | n/a | Planet of the Trees |
| 606 | http://hotfile.com/dl/122505141/f68d6cc/Planeta_Derevev_Orexovoe_derevo.avi.html | 7/1/2011 13:03 | Hall Pass | n/a | Planet of the Trees |
| 616 | http://hotfile.com/dl/64764337/f920e21/26_August_BangbrosPornprosRK_An d_More_Passes.rar.html | 6/23/2011 17:18 | Hall Pass | n/a | A Nice Ride |
| 637 | http://hotfile.com/dl/110811053/9b37ba5/New_Scientist_March_19_2011.pdf. html | 3/21/2011 14:24 | Clash of the Titans | n/a | New Scientist Magazine |
| 638 | http://hotfile.com/dl/84745962/809474/Canadian.Living2009-2010.part1.rar.html | 3/21/2011 14:24 | Clash of the Titans | n/a | Canadian Living Magazine |
| 639 | http://hotfile.com/dl/84746071/6787821/Canadian.Living2009-2010.part2.rar.html | 3/21/2011 14:24 | Clash of the Titans | n/a | Canadian Living Magazine |
| 640 | http://hotfile.com/dl/84746446/feebb9e/Canadian.Living2009-2010.part3.rar.html | 3/21/2011 14:24 | Clash of the Titans | n/a | Canadian Living Magazine |
| 641 | http://hotfile.com/dl/84746585/a56d8d7/Canadian.Living2009-2010.part4.rar.html | 3/21/2011 14:24 | Clash of the Titans | n/a | Canadian Living Magazine |
| 692 | http://hotfile.com/dl/59004023/6a4d54d/Sports_vector.rar.html | 3/7/2011 17:44 | Jonah Hex | n/a | Sports Vector |
| 693 | http://hotfile.com/dl/108898189/82f0126/Amateur_couple_motel_fuck.rar.ht ml | 3/7/2011 17:41 | Inception | n/a | Amateur Couple Motel Fuck |

Deletions by Leak ID
(Excerpts from WARNER073292)

| # | URL | Inception | Due Date | Project | Status | Title |
|---|-----|-----------|----------|---------|--------|-------|
| 694 | http://hotfile.com/dl/33225046/3b7793e/SP.People_Eating.rar.html | 3/7/2011 17:39 | Inception | | n/a | People Eating Stock Photos |
| 695 | http://hotfile.com/dl/98082101/5192419/pw_virusscan_Fun_App_Dis_Mat.rar.html | 3/7/2011 17:24 | Due Date | | n/a | Fundamental Approach to Discrete Mathematics |
| 696 | http://hotfile.com/dl/67341557/ffaf743/XTM.JingWeiTianDi.IswSky.us.01.mkv.html | 3/7/2011 17:24 | Due Date | | n/a | Jing Wei Tian Di |
| 721 | http://hotfile.com/dl/99793887/6dfa46b/Red.Dirt.Rising.2011.720p.BluRay.x26 4-SEMTEX.part01.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |
| 722 | http://hotfile.com/dl/99793892/dd35d73/Red.Dirt.Rising.2011.720p.BluRay.x2 64-SEMTEX.part02.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |
| 723 | http://hotfile.com/dl/99793893/aba1a2d/Red.Dirt.Rising.2011.720p.BluRay.x26 4-SEMTEX.part03.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |
| 724 | http://hotfile.com/dl/99793900/0ca32a3/Red.Dirt.Rising.2011.720p.BluRay.x26 4-SEMTEX.part04.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |
| 725 | http://hotfile.com/dl/99793901/8d67d8b/Red.Dirt.Rising.2011.720p.BluRay.x2 64-SEMTEX.part05.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |
| 726 | http://hotfile.com/dl/99793902/3062e0e/Red.Dirt.Rising.2011.720p.BluRay.x26 4-SEMTEX.part06.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |
| 727 | http://hotfile.com/dl/99793918/dd520b2/Red.Dirt.Rising.2011.720p.BluRay.x2 64-SEMTEX.part07.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |
| 728 | http://hotfile.com/dl/99794153/c4182c9/Red.Dirt.Rising.2011.720p.BluRay.x26 4-SEMTEX.part08.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |
| 729 | http://hotfile.com/dl/99794159/ce6cc70/Red.Dirt.Rising.2011.720p.BluRay.x26 4-SEMTEX.part09.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |
| 730 | http://hotfile.com/dl/99794174/522bb47/Red.Dirt.Rising.2011.720p.BluRay.x26 4-SEMTEX.part10.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |
| 731 | http://hotfile.com/dl/99794228/003f531/Red.Dirt.Rising.2011.720p.BluRay.x26 4-SEMTEX.part11.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |
| 732 | http://hotfile.com/dl/99794229/a9cc7713/Red.Dirt.Rising.2011.720p.BluRay.x26 4-SEMTEX.part12.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |
| 733 | http://hotfile.com/dl/99794231/e699e78/Red.Dirt.Rising.2011.720p.BluRay.x26 4-SEMTEX.part13.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |
| 734 | http://hotfile.com/dl/101253369/ce2536e/Optical_Flares_v1.2.123_Pro.part1.r ar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Optical Flares Pro V1.2.123 |
| 735 | http://hotfile.com/dl/99794235/d9f75af/Red.Dirt.Rising.2011.720p.BluRay.x26 4-SEMTEX.part14.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |
| 736 | http://hotfile.com/dl/99794250/7bbd3fb/Red.Dirt.Rising.2011.720p.BluRay.x26 4-SEMTEX.part15.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |
| 737 | http://hotfile.com/dl/99794253/139bd0c/Red.Dirt.Rising.2011.720p.BluRay.x26 4-SEMTEX.part16.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |
| 738 | http://hotfile.com/dl/99794257/09c0ec0/Red.Dirt.Rising.2011.720p.BluRay.x26 4-SEMTEX.part17.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |
| 739 | http://hotfile.com/dl/99794482/a8045f/Red.Dirt.Rising.2011.720p.BluRay.x26 4-SEMTEX.part18.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |
| 740 | http://hotfile.com/dl/99794489/38ba0b1/Red.Dirt.Rising.2011.720p.BluRay.x26 4-SEMTEX.part19.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |
| 741 | http://hotfile.com/dl/99794504/3d88c43/Red.Dirt.Rising.2011.720p.BluRay.x26 4-SEMTEX.part20.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |
| 742 | http://hotfile.com/dl/99794594/d468a88/Red.Dirt.Rising.2011.720p.BluRay.x26 4-SEMTEX.part21.rar.html | 2/18/2011 16:14 | | Sherlock Holmes | n/a | Red Dirt Rising |

Deletions by Leak ID
(Excerpts from WARNER073292)

| # | URL | Date/Time | Title | | Work |
|---|---|---|---|---|---|
| 743 | http://hotfile.com/dl/99794602/8560856d/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part22.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | Red Dirt Rising |
| 744 | http://hotfile.com/dl/99794603/b336457/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part23.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | Red Dirt Rising |
| 745 | http://hotfile.com/dl/101253388/4316ee9/Optical_Flares_v1.2.123_Pro.part2.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | Optical Flares Pro V1.2.123 |
| 746 | http://hotfile.com/dl/101253413/259428/Optical_Flares_v1.2.123_Pro.part3.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | Optical Flares Pro V1.2.123 |
| 747 | http://hotfile.com/dl/101253446/16556/Optical_Flares_v1.2.123_Pro.part4.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | Optical Flares Pro V1.2.123 |
| 748 | http://hotfile.com/dl/101253449/4116f6b/Optical_Flares_v1.2.123_Pro.part5.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | Optical Flares Pro V1.2.123 |
| 749 | http://hotfile.com/dl/88540445/e68405d/Recycling_Project.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | Recycling Projects for the Evil Genius |
| 753 | http://hotfile.com/dl/83299439/9427154/HDRI_image_04.rar.html | 2/17/2011 15:29 | Sex and the City 2 | n/a | Dosch Design Metal Sphere |
| 758 | http://hotfile.com/dl/103113937/4fcdc05/Insider_Tales_BETA_7z.html | 2/15/2011 18:04 | Due Date | n/a | Insider Tales: the Stolen Venus |
| 759 | http://hotfile.com/dl/43140794/3bad36b/Computer_Networks_-_Andrew_S_1_-_Tanenbaum_.RaW.rar.html | 2/16/2011 8:43 | Cop Out | n/a | Computer Networks, 4th edition (Andrew Tanenbaum) |
| 765 | http://hotfile.com/dl/94409144/cceeeec/Color_Schemer_v3.1.rar.html | 2/9/2011 16:49 | Inception | n/a | Color Schemer 3 |
| 771 | http://hotfile.com/dl/29177719/94e921a/100-CD3.rar.html | 2/9/2011 16:39 | Cop Out | n/a | 100 Essential Love Songs |
| 772 | http://hotfile.com/dl/76728913/1c87e52/mTOO_MP3_Encoder_6.1.2.0827.rar.html | 2/9/2011 16:39 | Cop Out | n/a | IM Too MP3 Encoder |
| 773 | http://hotfile.com/dl/89584287/fc19bd2/snowflakes_and_stars_descending_on_background.rai.html | 2/9/2011 16:39 | Cop Out | n/a | Snowflakes and star descending Background |
| 775 | http://hotfile.com/dl/102360959/988d3a5/WebSite-Watcher.11.0.rar.html | 2/7/2011 17:49 | Inception | n/a | Website Watcher 2011 |
| 776 | http://hotfile.com/dl/30214563/79ebc69/SP Shopping-Carts.rar.html | 2/7/2011 17:49 | Harry Potter and the Deathly Hallows Part 1 | n/a | Shopping Carts Stock Photos |
| 777 | http://hotfile.com/dl/86549102/45b6371/Flash.Creator.Pro.1.37.rar.html | 2/7/2011 17:49 | Deathly Hallows Part 1 | n/a | Flash Center Pro |
| 784 | http://hotfile.com/dl/89440014/eea4c72/Space_Hack.part2.rar.html | 2/9/2011 20:29 | Sex and the City 2 | n/a | Space Hack (pc game) |
| 785 | http://hotfile.com/dl/89440016/3aa4d4f/Space_Hack.part1.rar.html | 2/9/2011 20:30 | Sex and the City 2 | n/a | Space Hack (pc game) |
| 786 | http://hotfile.com/dl/100963657/aef5eaf/Emma_Mae_-_Foot_Fetish_Daily_4.avi.html | 2/1/2011 16:53 | Cop Out | n/a | Emma Mae Hardcore |
| 787 | http://hotfile.com/dl/101504757/9bb2b05/teklinkindir.rar.html | 2/7/2011 17:49 | Lego Harry Potter : Years 1 - 4 | n/a | Looking for Jackie |
| 788 | http://hotfile.com/dl/115445125/62f22b9/indir.rar.html | 5/10/2011 13:02 | Red Riding Hood | n/a | So Fine (Sean Paul) |
| 795 | http://hotfile.com/dl/25171979/53844fa/JDownloader.exe.ompare23.rar.html | 2/5/2010 16:48 | Sherlock Holmes | n/a | Jdownloader |
| 796 | http://hotfile.com/dl/26980528/bda3d1f/Tutorial_del_JDownloader.avi.html | 2/5/2010 16:48 | Sherlock Holmes | n/a | Jdownloader |
| 803 | http://hotfile.com/dl/58899839/ba5822e/Blender_Basics_New_Version.rar.html | 2/15/2011 17:59 | Clash of the Titans | n/a | Blender Basics Classroom Tutorial |
| 804 | http://hotfile.com/dl/84812825/cecad26/CitroenConcept.rar.html | 2/14/2011 17:29 | Jonah Hex | n/a | Concept Electric Images |
| 811 | http://hotfile.com/dl/86470818/c9f787f/wedding_couple.rar.html | 2/9/2011 16:39 | Cop Out | n/a | Stock Photo: Magnificent Wedding |
| 812 | http://hotfile.com/dl/90035564/e96427c/Beautiful_snow-capped.rar.html | 2/9/2011 16:39 | Cop Out | n/a | Snow-Capped Photos |
| 813 | http://hotfile.com/dl/89768397/4ffdd46/christmas_background_with.rar.html | 2/9/2011 16:39 | Cop Out | n/a | Christmas backgrounds |

Deletions by Leak ID
(Excerpts from WARNER073292)

| # | URL | Date/Time | Title | | Description |
|---|-----|-----------|-------|---|-------------|
| 814 | http://hotfile.com/dl/86419795/a069b2/Christmas_cakes_collection.rar.html | 2/9/2011 16:39 | Cop Out | n/a | Christmas Cookies Backgrounds |
| 815 | http://hotfile.com/dl/91378375/83180e2/beautiful_girl_in_the_suit_of_snow.rar.html | 2/9/2011 16:39 | Cop Out | n/a | Beautiful Girl in the Foot of Snow |
| 816 | http://hotfile.com/dl/87727457/a408134/Christmas_background_with_snowflakes.rar.html | 2/9/2011 16:39 | Cop Out | n/a | Christmas Background with Snowflakes |
| 817 | http://hotfile.com/dl/90956137/0461467/romantic_floral_card_with_vintage_flowers.rar.html | 2/9/2011 16:39 | Cop Out | n/a | Romantic Floral Card |
| 818 | http://hotfile.com/dl/86673351/8b7f4e0/Chocolates_and_cherry_in_a_vector.rar.html | 2/9/2011 16:39 | Cop Out | n/a | Chocolates and Cherry |
| 819 | http://hotfile.com/dl/89584512/23ffeab/Spheres_and_snowflakes_background.rar.html | 2/9/2011 16:39 | Cop Out | n/a | Spheres and snowflakes background |
| 837 | http://hotfile.com/dl/98227912/f01e6ce/Dark.rar.html | 3/7/2011 17:44 | Inception | n/a | Dark Wallpapers (Play Station 3, others) |
| 839 | http://hotfile.com/dl/106223984/0829295/Premium_Link_Generator.rar.html | 3/2/2011 15:23 | Due Date | n/a | Premium Link Generator v1.2 (freeware to bypass Hotfile wait time) |
| 840 | http://hotfile.com/dl/94752446/130bd3c/TheProfessionalTheme.zip.html | 2/25/2011 17:44 | Due Date | n/a | The Professional Theme |
| 842 | http://hotfile.com/dl/89925519/2fc2d32/shareislove_PHPVideoTuts.part01.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 843 | http://hotfile.com/dl/89925687/feb778c/shareislove_PHPVideoTuts.part02.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 844 | http://hotfile.com/dl/89925890/d697271/shareislove_PHPVideoTuts.part03.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 845 | http://hotfile.com/dl/89926197/ac0c048/shareislove_PHPVideoTuts.part04.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 846 | http://hotfile.com/dl/89926409/7dfcc96/shareislove_PHPVideoTuts.part05.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 847 | http://hotfile.com/dl/89926624/a9d46c6/shareislove_PHPVideoTuts.part06.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 848 | http://hotfile.com/dl/89926897/5225810/shareislove_PHPVideoTuts.part07.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 849 | http://hotfile.com/dl/89927184/5f26b82/shareislove_PHPVideoTuts.part08.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 850 | http://hotfile.com/dl/89927407/843dd5/shareislove_PHPVideoTuts.part09.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 851 | http://hotfile.com/dl/89927593/d7e2837/shareislove_PHPVideoTuts.part10.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 852 | http://hotfile.com/dl/89929914/384be23/shareislove_PHPVideoTuts.part11.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 853 | http://hotfile.com/dl/89930036/75c4515/shareislove_PHPVideoTuts.part19.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 854 | http://hotfile.com/dl/89930212/a6a309f/shareislove_PHPVideoTuts.part12.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 855 | http://hotfile.com/dl/89930297/c67c57e/shareislove_PHPVideoTuts.part20.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 856 | http://hotfile.com/dl/89930441/9cca7a6/shareislove_PHPVideoTuts.part13.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 857 | http://hotfile.com/dl/89930526/9339Ic3/shareislove_PHPVideoTuts.part21.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |

Deletions by Leak ID
(Excerpts from WARNER073292)

| # | URL | | | |
|---|---|---|---|---|
| 858 | http://hotfile.com/dl/89930672/ed9f563/shareislove_PHPVideoTuts.part14.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 859 | http://hotfile.com/dl/89930725/3791e5a/shareislove_PHPVideoTuts.part22.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 860 | http://hotfile.com/dl/89930949/8e16ece/shareislove_PHPVideoTuts.part23.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 861 | http://hotfile.com/dl/89930967/04885cd/shareislove_PHPVideoTuts.part15.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 862 | http://hotfile.com/dl/89931266/8f8120a/shareislove_PHPVideoTuts.part24.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 863 | http://hotfile.com/dl/89931272/c32c810/shareislove_PHPVideoTuts.part16.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 864 | http://hotfile.com/dl/89931534/152a132/shareislove_PHPVideoTuts.part17.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 865 | http://hotfile.com/dl/89931568/013439f/shareislove_PHPVideoTuts.part25.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 866 | http://hotfile.com/dl/89931759/c1b398c/shareislove_PHPVideoTuts.part26.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 867 | http://hotfile.com/dl/89931804/8f0571/shareislove_PHPVideoTuts.part18.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 868 | http://hotfile.com/dl/89931972/f1f928a/shareislove_PHPVideoTuts.part27.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 869 | http://hotfile.com/dl/89932147/2e75ae6/shareislove_PHPVideoTuts.part28.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 870 | http://hotfile.com/dl/89933266/cab9a30/shareislove_PHPVideoTuts.part29.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 871 | http://hotfile.com/dl/89933283/1a25110/shareislove_PHPVideoTuts.part36.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 872 | http://hotfile.com/dl/89933428/c46a53c/shareislove_PHPVideoTuts.part37.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 873 | http://hotfile.com/dl/89933519/5625b35/shareislove_PHPVideoTuts.part30.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 874 | http://hotfile.com/dl/89933594/012140a/shareislove_PHPVideoTuts.part38.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 875 | http://hotfile.com/dl/89933608/73c8c66/shareislove_PHPVideoTuts.part39.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 876 | http://hotfile.com/dl/89933700/f52ef1e/shareislove_PHPVideoTuts.part31.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 877 | http://hotfile.com/dl/89933943/1cc18e7/shareislove_PHPVideoTuts.part32.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 878 | http://hotfile.com/dl/89934185/13ec179/shareislove_PHPVideoTuts.part33.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 879 | http://hotfile.com/dl/89934432/a82472c/shareislove_PHPVideoTuts.part34.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 880 | http://hotfile.com/dl/89934600/60fb7b3/shareislove_PHPVideoTuts.part35.rar.html | 2/18/2011 16:14 | Sherlock Holmes | n/a | PHP Video Tutorials |
| 881 | http://hotfile.com/dl/88425633/57bdb2e/Morozmyj_risunok.rar.html | 2/18/2011 16:14 | Sex and the City 2 | n/a | Brushes Frosty Pattern |

# EXHIBIT 24

**From:**        herve.lemaire@leakid.com
**Sent:**        Wednesday, February 09, 2011 4:48 AM
**To:**          abuse@hotfile.com
**Subject:**     [2011-02-09] Copyright infringement for Metropolitan
**Attachments:** links_1.csv

Hello, My Name is Hervé Lemaire , CEO of LeakID,

I am legal representative of lemaire which does business under the name Metropolitan,
Authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

You are hereby given notice valid under the DMCA copyright infringement notification requirements, 17
U.S.C.512.
I am the designated agent  of the owner of the copyrights of the images and audio/visual works listed  below.
I believe that the images and audio/visual works listed at the times cited below are being copied and distributed
in a manner that has been not authorized by the owner of the copyrights, its agent or the law.
All link below containing pirated versions of lemaire copyrighted works. The information in the notice is
accurate, under penalty of perjury.

Please remove all linksAs soon as possible, we will check them everyday.
Thanks to inform us about your actions .
We appreciate your efforts toward this common goal.

Very truly yours,

Hervé Lemaire
Leakid
15 bis rue de chateaudun
92250 La garenne colombes
France

0033698211000

Contact lemaire

**Kick ass**

- http://hotfile.com/dl/102833703/8f0d610/Kick.Ass.2010.480p.BDRip.x264.Riddl3rA.part1.rar.html
  (http://www.futuredl.com/104574-kick-add-2010-480p-bdrip-x264-riddlera.html)
- http://hotfile.com/dl/102833662/bb597af/Kick.Ass.2010.480p.BDRip.x264.Riddl3rA.part2.rar.html
  (http://www.futuredl.com/104574-kick-add-2010-480p-bdrip-x264-riddlera.html)
- http://hotfile.com/dl/102833704/4407341/Kick.Ass.2010.480p.BDRip.x264.Riddl3rA.part3.rar.html
  (http://www.futuredl.com/104574-kick-add-2010-480p-bdrip-x264-riddlera.html)
- http://hotfile.com/dl/102833696/b63b997/Kick.Ass.2010.480p.BDRip.x264.Riddl3rA.part4.rar.html
  (http://www.futuredl.com/104574-kick-add-2010-480p-bdrip-x264-riddlera.html)
- http://hotfile.com/dl/56224284/8d777fd/ASD.The.Bannen.Way.2010.DVDRip.X264.DooSH.part1.rar.ht
  ml (http://www.ceeook.com/Kick-Ass-DVDRip-Ifile-it-LINKS/page-9.html)
- http://hotfile.com/dl/56839896/224b7a7/Boston.Girls.2010.DVDRip.Fonekat.Net.part2.rar.html
  (http://www.ceeook.com/Kick-Ass-DVDRip-Ifile-it-LINKS/page-9.html)

CONFIDENTIAL                                                    HF00151039

- http://hotfile.com/dl/56415280/001b1f0/ASD.Shanghai.2010.DVDRip.X264.DooSH.part2.rar.html (http://www.ceeok.com/Kick-Ass-DVDRip-Ifile-it-LINKS/page-9.html)
- http://hotfile.com/dl/102990424/8ba41de/Khick-4ss-tt1250777.part1.rar.html (http://forumindir.net/2010-vizyon-filmleri-yabanci/45828-kick-ass-2010-r5-ps3-uyumlu-hf-tr-altyazi.html)
- http://hotfile.com/dl/103002226/fc0a5c0/Khick-4ss-tt1250777.part2.rar.html (http://forumindir.net/2010-vizyon-filmleri-yabanci/45828-kick-ass-2010-r5-ps3-uyumlu-hf-tr-altyazi.html)
- http://hotfile.com/dl/103014115/ce6e5a7/Khick-4ss-tt1250777.part3.rar.html (http://forumindir.net/2010-vizyon-filmleri-yabanci/45828-kick-ass-2010-r5-ps3-uyumlu-hf-tr-altyazi.html)

## resident evil afterlife

- http://hotfile.com/dl/102730477/1df2c5b/Resident_Evil_4.rar.html (http://www.lideroyuncu.com/en-populer-oyunlar-torrent-arsivi-full-hiz-bol-t-33750.html)
- http://hotfile.com/dl/89493497/3a35a82/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part01.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493500/b5468fc/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part02.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493498/862b6c8/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part03.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493525/a74debc/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part04.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493506/8ecac4d/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part05.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493520/5450e90/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part06.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493495/a5bb8db/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part07.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493509/38cc2da/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part08.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493501/ab9c84e/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part09.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493515/dec077e/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part10.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493508/01305dd/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part11.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493496/b22f466/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part12.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)

HF00151040

- http://hotfile.com/dl/89493521/e0ae0cf/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part13.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493512/277a691/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part14.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493514/78b1629/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part15.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493519/ffc8cd0/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part16.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493524/3ae2a6f/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part17.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493511/2c95cdb/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part18.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/92126621/49e2630/rev.part1.rar.html (http://wiaderko.net/fr/download-filmy/186087-orginalny-lektor-bdrip-resident-evil-afterlife-2010-a.html)
- http://hotfile.com/dl/92126617/7db0769/rev.part2.rar.html (http://wiaderko.net/fr/download-filmy/186087-orginalny-lektor-bdrip-resident-evil-afterlife-2010-a.html)
- http://hotfile.com/dl/102784741/7aa8fe8/Resident_Evil_Afterlife2010DvDripEng-FXG.part1.rar.html (http://www.uniquewarez.com/300_mb_600_mb_movies_collection/1243023-resident_evil_afterlife_2010_dvdrip.html)
- http://hotfile.com/dl/102783956/7f5724c/Resident_Evil_Afterlife2010DvDripEng-FXG.part4.rar.html (http://www.uniquewarez.com/300_mb_600_mb_movies_collection/1243023-resident_evil_afterlife_2010_dvdrip.html)
- http://hotfile.com/dl/102787399/de04d05/Resident_Evil_Afterlife2010DvDripEng-FXG.part3.rar.html (http://www.uniquewarez.com/300_mb_600_mb_movies_collection/1243023-resident_evil_afterlife_2010_dvdrip.html)
- http://hotfile.com/dl/102786227/9c6bc87/Resident_Evil_Afterlife2010DvDripEng-FXG.part2.rar.html (http://www.uniquewarez.com/300_mb_600_mb_movies_collection/1243023-resident_evil_afterlife_2010_dvdrip.html)

**La nuit nous appartient**

- http://hotfile.com/dl/76728913/1c87e52/ImTOO_MP3_Encoder_6.1.2.0827.rar.html (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/87727457/a408134/Christmas_background_with_snowflakes.rar.html (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/87968397/4ffdd46/christmas_background_with.rar.html (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/90035564/e96427c/Beautiful_snow-capped.rar.html (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/90956137/0461467/romantic_floral_card_with_vintage_flowers.rar.html (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/91378375/83180e1/beautiful_girl_in_the_suit_of_snow.rar.html (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/86470818/c9f787f/wedding_couple.rar.html (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)

HF00151041

- http://hotfile.com/dl/86419795/4a069b2/Christmas_cakes_collection.rar.html
  (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)

**Sanctum**

- http://hotfile.com/dl/98709148/4ec4ebf/Sanctum252020102520DVDRip.XviD.Eng.part09.rar.html
  (http://forum.xipem.com/sanctum-2010-dvdrip-xvid-eng-353989.html)
- http://hotfile.com/dl/98708873/506b7dc/Sanctum252020102520DVDRip.XviD.Eng.part04.rar.html
  (http://forum.xipem.com/sanctum-2010-dvdrip-xvid-eng-353989.html)
- http://hotfile.com/dl/98708991/bfad71c/Sanctum252020102520DVDRip.XviD.Eng.part05.rar.html
  (http://forum.xipem.com/sanctum-2010-dvdrip-xvid-eng-353989.html)
- http://hotfile.com/dl/98709803/6b9a2dc/Sanctum252020102520DVDRip.XviD.Eng.part06.rar.html
  (http://forum.xipem.com/sanctum-2010-dvdrip-xvid-eng-353989.html)
- http://hotfile.com/dl/98709063/9873c5e/Sanctum252020102520DVDRip.XviD.Eng.part07.rar.html
  (http://forum.xipem.com/sanctum-2010-dvdrip-xvid-eng-353989.html)
- http://hotfile.com/dl/98708875/3285f7e/Sanctum252020102520DVDRip.XviD.Eng.part03.rar.html
  (http://forum.xipem.com/sanctum-2010-dvdrip-xvid-eng-353989.html)
- http://hotfile.com/dl/98708917/899eb45/Sanctum252020102520DVDRip.XviD.Eng.part02.rar.html
  (http://forum.xipem.com/sanctum-2010-dvdrip-xvid-eng-353989.html)
- http://hotfile.com/dl/98708874/9e2df9d/Sanctum252020102520DVDRip.XviD.Eng.part01.rar.html
  (http://forum.xipem.com/sanctum-2010-dvdrip-xvid-eng-353989.html)
- http://hotfile.com/dl/98709049/705818d/Sanctum252020102520DVDRip.XviD.Eng.part08.rar.html
  (http://forum.xipem.com/sanctum-2010-dvdrip-xvid-eng-353989.html)
- http://hotfile.com/dl/98133033/16d55f0/Sanctum.2010.DVDRip.XviD.part01.rar.html
  (http://warungxxx.net/31461-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/98133084/517824a/Sanctum.2010.DVDRip.XviD.part02.rar.html
  (http://warungxxx.net/31461-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/98133098/71733de/Sanctum.2010.DVDRip.XviD.part03.rar.html
  (http://warungxxx.net/31461-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/97904136/20cf8c5/Sanctum.2010.DVDRip.XviD.part04.rar.html
  (http://warungxxx.net/31461-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/98133157/0de4bd6/Sanctum.2010.DVDRip.XviD.part05.rar.html
  (http://warungxxx.net/31461-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/98133169/f515997/Sanctum.2010.DVDRip.XviD.part06.rar.html
  (http://warungxxx.net/31461-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/98133221/aea2c97/Sanctum.2010.DVDRip.XviD.part07.rar.html
  (http://warungxxx.net/31461-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/98133236/be2a714/Sanctum.2010.DVDRip.XviD.part08.rar.html
  (http://warungxxx.net/31461-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/98133286/0a4fd36/Sanctum.2010.DVDRip.XviD.part09.rar.html
  (http://warungxxx.net/31461-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/98867542/280ae78/Sanctum252020102520DVDRip.XviD.Eng.part01.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1036699-sanctum-2010-dvdrip-xvid-eng.html)
- http://hotfile.com/dl/98867396/23ccb14/Sanctum252020102520DVDRip.XviD.Eng.part02.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1036699-sanctum-2010-dvdrip-xvid-eng.html)
- http://hotfile.com/dl/98867560/ad19fa7/Sanctum252020102520DVDRip.XviD.Eng.part03.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1036699-sanctum-2010-dvdrip-xvid-eng.html)
- http://hotfile.com/dl/98867481/7fc5ba6/Sanctum252020102520DVDRip.XviD.Eng.part04.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1036699-sanctum-2010-dvdrip-xvid-eng.html)
- http://hotfile.com/dl/98867671/5e0b8d1/Sanctum252020102520DVDRip.XviD.Eng.part05.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1036699-sanctum-2010-dvdrip-xvid-eng.html)

CONFIDENTIAL

HF00151042

- http://hotfile.com/dl/98867532/d08994b/Sanctum252020102520DVDRip.XviD.Eng.part06.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1036699-sanctum-2010-dvdrip-xvid-eng.html)
- http://hotfile.com/dl/98867684/e87d212/Sanctum252020102520DVDRip.XviD.Eng.part07.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1036699-sanctum-2010-dvdrip-xvid-eng.html)
- http://hotfile.com/dl/98867640/a26cac6/Sanctum252020102520DVDRip.XviD.Eng.part08.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1036699-sanctum-2010-dvdrip-xvid-eng.html)
- http://hotfile.com/dl/98867693/b68f499/Sanctum252020102520DVDRip.XviD.Eng.part09.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1036699-sanctum-2010-dvdrip-xvid-eng.html)
- http://hotfile.com/dl/99345794/722e336/Sanctum252020102520DVDRip.XviD.Eng.part09.rar.html
  (http://cafeden.com/diendan/showthread.php?127843-Sanctum-2010-
  DVDRip.XviD.Eng&p=136425#post136425)
- http://hotfile.com/dl/99346500/db6ef76/Sanctum252020102520DVDRip.XviD.Eng.part04.rar.html
  (http://cafeden.com/diendan/showthread.php?127843-Sanctum-2010-
  DVDRip.XviD.Eng&p=136425#post136425)
- http://hotfile.com/dl/99345785/16cbcfd/Sanctum252020102520DVDRip.XviD.Eng.part05.rar.html
  (http://cafeden.com/diendan/showthread.php?127843-Sanctum-2010-
  DVDRip.XviD.Eng&p=136425#post136425)
- http://hotfile.com/dl/99346292/9a03ec3/Sanctum252020102520DVDRip.XviD.Eng.part06.rar.html
  (http://cafeden.com/diendan/showthread.php?127843-Sanctum-2010-
  DVDRip.XviD.Eng&p=136425#post136425)
- http://hotfile.com/dl/99346416/138d396/Sanctum252020102520DVDRip.XviD.Eng.part07.rar.html
  (http://cafeden.com/diendan/showthread.php?127843-Sanctum-2010-
  DVDRip.XviD.Eng&p=136425#post136425)
- http://hotfile.com/dl/99346323/1413aad/Sanctum252020102520DVDRip.XviD.Eng.part03.rar.html
  (http://cafeden.com/diendan/showthread.php?127843-Sanctum-2010-
  DVDRip.XviD.Eng&p=136425#post136425)
- http://hotfile.com/dl/99345952/9dc8179/Sanctum252020102520DVDRip.XviD.Eng.part02.rar.html
  (http://cafeden.com/diendan/showthread.php?127843-Sanctum-2010-
  DVDRip.XviD.Eng&p=136425#post136425)
- http://hotfile.com/dl/99345416/bdf2a8a/Sanctum252020102520DVDRip.XviD.Eng.part01.rar.html
  (http://cafeden.com/diendan/showthread.php?127843-Sanctum-2010-
  DVDRip.XviD.Eng&p=136425#post136425)
- http://hotfile.com/dl/99346761/9882c32/Sanctum252020102520DVDRip.XviD.Eng.part08.rar.html
  (http://cafeden.com/diendan/showthread.php?127843-Sanctum-2010-
  DVDRip.XviD.Eng&p=136425#post136425)
- http://hotfile.com/dl/100545089/f1a77bc/Sanctum.2010.DVDRip.XvID.part01.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1119739-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/100545096/7c8bdab/Sanctum.2010.DVDRip.XvID.part02.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1119739-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/100545092/e0c531e/Sanctum.2010.DVDRip.XvID.part03.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1119739-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/100545194/3ff79f6/Sanctum.2010.DVDRip.XvID.part04.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1119739-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/100545430/33eb05e/Sanctum.2010.DVDRip.XvID.part05.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1119739-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/100545424/a00fb13/Sanctum.2010.DVDRip.XvID.part07.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1119739-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/100545296/ac7ed98/Sanctum.2010.DVDRip.XvID.part08.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1119739-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/100546072/e1bb46b/Sanctum.2010.DVDRip.XvID.part09.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1119739-sanctum-2010-dvdrip-xvid-vision.html)

CONFIDENTIAL

- http://hotfile.com/dl/100807885/e19352e/Sanctum.2010.DVDRip.XviD.part08.rar.html (http://www.filmyboard.com/showthread.php?26834-FS-HF-FSN-BS-Sanctum-(2010)-DVDRip-XviD&p=194467#post194467)
- http://hotfile.com/dl/100807886/a89bceb/Sanctum.2010.DVDRip.XviD.part09.rar.html (http://www.filmyboard.com/showthread.php?26834-FS-HF-FSN-BS-Sanctum-(2010)-DVDRip-XviD&p=194467#post194467)
- http://hotfile.com/dl/100859978/0ee8928/Sanctum.2010.DVDRip.XviD.part09.rar.html (http://www.renslt.org/showthread.php?5163494-%5BFS-HF%5D-Sanctum-%282010%29-DVDRip-XviD&utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+renslt%2FOGzD+%28Romanian+Electronic+Network+Security+Lab+Team%29)
- http://hotfile.com/dl/100859977/ff9650d/Sanctum.2010.DVDRip.XviD.part08.rar.html (http://www.renslt.org/showthread.php?5163494-%5BFS-HF%5D-Sanctum-%282010%29-DVDRip-XviD&utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+renslt%2FOGzD+%28Romanian+Electronic+Network+Security+Lab+Team%29)
- http://hotfile.com/dl/101355161/41a9e5f/S-DH_forum.rar.html (http://forum.esoft.in/english-mp3-music-videos/1326186-sanctum-david-hirschfelder-soundtrack-2011-a.html)
- http://hotfile.com/dl/101637806/37b404c/Ost_-_Sanctum_2011.rar.html (http://buzzmedia.ws/music/soundtrack/18425-sanctum-ost-sanktum-3d-saundtrek-2011.html)
- http://hotfile.com/dl/101727057/3f0fd7b/Sanctum.CAM.XViD-RUSSiAN.avi.001.html (http://www.duckdownloads.net/2011/02/santuario-cam-xvid-russian.html?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+duckdowns+%28Duck+Downloads%29)
- http://hotfile.com/dl/101725595/ef3876b/Sanctum.CAM.XViD-RUSSiAN.avi.002.html (http://www.duckdownloads.net/2011/02/santuario-cam-xvid-russian.html?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+duckdowns+%28Duck+Downloads%29)
- http://hotfile.com/dl/101775666/ce052ad/Sanctum_Soundtrack_2011_-_David_Hirschfelder.rar.html (http://soundtrackbase.com/fr/films/soundtrack-sanctum-tÃ©lÃ©chargement/)
- http://hotfile.com/dl/102319593/71d01ca/Sanctum2525202010252520DVDRip.XviD.Eng.part09.rar.html (http://www.filmyboard.com/showthread.php?28409-Sanctum-2010-DVDRip.XviD.Eng&p=196401#post196401)
- http://hotfile.com/dl/102319876/a3383ce/Sanctum2525202010252520DVDRip.XviD.Eng.part04.rar.html (http://www.filmyboard.com/showthread.php?28409-Sanctum-2010-DVDRip.XviD.Eng&p=196401#post196401)
- http://hotfile.com/dl/102319577/19e6741/Sanctum2525202010252520DVDRip.XviD.Eng.part05.rar.html (http://www.filmyboard.com/showthread.php?28409-Sanctum-2010-DVDRip.XviD.Eng&p=196401#post196401)
- http://hotfile.com/dl/102319566/7765730/Sanctum2525202010252520DVDRip.XviD.Eng.part06.rar.html (http://www.filmyboard.com/showthread.php?28409-Sanctum-2010-DVDRip.XviD.Eng&p=196401#post196401)
- http://hotfile.com/dl/102327317/759d04d/Sanctum2525202010252520DVDRip.XviD.Eng.part03.rar.html (http://www.filmyboard.com/showthread.php?28409-Sanctum-2010-DVDRip.XviD.Eng&p=196401#post196401)
- http://hotfile.com/dl/102318910/f7bdb7d/Sanctum2525202010252520DVDRip.XviD.Eng.part02.rar.html (http://www.filmyboard.com/showthread.php?28409-Sanctum-2010-DVDRip.XviD.Eng&p=196401#post196401)
- http://hotfile.com/dl/102319049/f979c0c/Sanctum2525202010252520DVDRip.XviD.Eng.part01.rar.html (http://www.filmyboard.com/showthread.php?28409-Sanctum-2010-DVDRip.XviD.Eng&p=196401#post196401)
- http://hotfile.com/dl/102320377/73ce52e4/Sanctum2525202010252520DVDRip.XviD.Eng.part08.rar.html (http://www.filmyboard.com/showthread.php?28409-Sanctum-2010-DVDRip.XviD.Eng&p=196401#post196401)

HF00151044

- http://hotfile.com/dl/102369649/e41791a/Sanctum.2010.DVDRip.XviD.part07.rar.html
  (http://forum.s2u.vn/action-adventure-horror/14800-sanctum-2010-dvdrip-xvid.html)
- http://hotfile.com/dl/102369719/36be362/Sanctum.2010.DVDRip.XviD.part08.rar.html
  (http://forum.s2u.vn/action-adventure-horror/14800-sanctum-2010-dvdrip-xvid.html)
- http://hotfile.com/dl/102369739/fe80358/Sanctum.2010.DVDRip.XviD.part09.rar.html
  (http://forum.s2u.vn/action-adventure-horror/14800-sanctum-2010-dvdrip-xvid.html)
- http://hotfile.com/dl/102369648/83fe991/Sanctum.2010.DVDRip.XviD.part06.rar.html
  (http://forum.s2u.vn/action-adventure-horror/14800-sanctum-2010-dvdrip-xvid.html)
- http://hotfile.com/dl/102369390/8e77bc9/Sanctum.2010.DVDRip.XviD.part03.rar.html
  (http://forum.s2u.vn/action-adventure-horror/14800-sanctum-2010-dvdrip-xvid.html)
- http://hotfile.com/dl/102343728/31696f1/Sanctum.2010.DVDRip.XviD.part01.rar.html
  (http://forum.s2u.vn/action-adventure-horror/14800-sanctum-2010-dvdrip-xvid.html)
- http://hotfile.com/dl/102369387/c83a6f4/Sanctum.2010.DVDRip.XviD.part02.rar.html
  (http://forum.s2u.vn/action-adventure-horror/14800-sanctum-2010-dvdrip-xvid.html)
- http://hotfile.com/dl/102369386/febb70b/Sanctum.2010.DVDRip.XviD.part04.rar.html
  (http://forum.s2u.vn/action-adventure-horror/14800-sanctum-2010-dvdrip-xvid.html)
- http://hotfile.com/dl/102369391/bf1926e/Sanctum.2010.DVDRip.XviD.part05.rar.html
  (http://forum.s2u.vn/action-adventure-horror/14800-sanctum-2010-dvdrip-xvid.html)
- http://hotfile.com/dl/102427041/f43be49/S.2010.D.CMRip.ELEKTRI4KA.avi.part1.rar.html
  (http://www.freshscene.net/movies/movies-cam/213620-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102427302/3a00e24/S.2010.D.CMRip.ELEKTRI4KA.avi.part2.rar.html
  (http://www.freshscene.net/movies/movies-cam/213620-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102429238/2c52f2d/S.2010.D.CMRip.ELEKTRI4KA.avi.part3.rar.html
  (http://www.freshscene.net/movies/movies-cam/213620-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102426979/1b5e004/S.2010.D.CMRip.ELEKTRI4KA.avi.part4.rar.html
  (http://www.freshscene.net/movies/movies-cam/213620-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102428744/6501c3f/S.2010.D.CMRip.ELEKTRI4KA.avi.part5.rar.html
  (http://www.freshscene.net/movies/movies-cam/213620-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102427499/b678675/S.2010.D.CMRip.ELEKTRI4KA.avi.part6.rar.html
  (http://www.freshscene.net/movies/movies-cam/213620-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102427731/0de80a9/S.2010.D.CMRip.ELEKTRI4KA.avi.part7.rar.html
  (http://www.freshscene.net/movies/movies-cam/213620-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102336217/4ff5d83/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part1.rar.html
  (http://blog.egexa.com/movies/851526-sanctum-2011-camrip-
  elektri4ka.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102336193/a71c6bf/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part2.rar.html
  (http://blog.egexa.com/movies/851526-sanctum-2011-camrip-
  elektri4ka.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102401415/e29c441/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part3.rar.html
  (http://blog.egexa.com/movies/851526-sanctum-2011-camrip-
  elektri4ka.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102401323/4483a06/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part4.rar.html
  (http://blog.egexa.com/movies/851526-sanctum-2011-camrip-
  elektri4ka.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102336292/fa8dda8/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part5.rar.html
  (http://blog.egexa.com/movies/851526-sanctum-2011-camrip-
  elektri4ka.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102336293/921d917/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part6.rar.html
  (http://blog.egexa.com/movies/851526-sanctum-2011-camrip-
  elektri4ka.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)

HF00151045

- http://hotfile.com/dl/102335986/f626bc8/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part1.rar.html (http://blog.egexa.com/movies/851489-sanctum-2011-xvid-camrip-rutor.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102336001/5ad0839/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part2.rar.html (http://blog.egexa.com/movies/851489-sanctum-2011-xvid-camrip-rutor.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102336018/270dab5/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part3.rar.html (http://blog.egexa.com/movies/851489-sanctum-2011-xvid-camrip-rutor.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102336071/7d1cb6c/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part4.rar.html (http://blog.egexa.com/movies/851489-sanctum-2011-xvid-camrip-rutor.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102336072/771aee2/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part5.rar.html (http://blog.egexa.com/movies/851489-sanctum-2011-xvid-camrip-rutor.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102336079/26d833a/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part6.rar.html (http://blog.egexa.com/movies/851489-sanctum-2011-xvid-camrip-rutor.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102336120/0988076/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part7.rar.html (http://blog.egexa.com/movies/851489-sanctum-2011-xvid-camrip-rutor.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102469227/2db964c/STM.2010.D.CAM.part1.rar.html (http://ahcnena.net/movies/419-sanctum-2011-camrip-3lektri4ka.html)
- http://hotfile.com/dl/102469219/6597c9f/STM.2010.D.CAM.part2.rar.html (http://ahcnena.net/movies/419-sanctum-2011-camrip-3lektri4ka.html)
- http://hotfile.com/dl/102469630/9042f8b/STM.2010.D.CAM.part3.rar.html (http://ahcnena.net/movies/419-sanctum-2011-camrip-3lektri4ka.html)
- http://hotfile.com/dl/102469566/8d18663/STM.2010.D.CAM.part4.rar.html (http://ahcnena.net/movies/419-sanctum-2011-camrip-3lektri4ka.html)
- http://hotfile.com/dl/102469885/469bb05/STM.2010.D.CAM.part5.rar.html (http://ahcnena.net/movies/419-sanctum-2011-camrip-3lektri4ka.html)
- http://hotfile.com/dl/102469743/4b728cc/STM.2010.D.CAM.part6.rar.html (http://ahcnena.net/movies/419-sanctum-2011-camrip-3lektri4ka.html)
- http://hotfile.com/dl/102482762/28f4077/Sanctum_2010_TS_XViD_-_IMAGiNE.avi_NSFZ.part6.rar.html (http://www.warez-bb.org/viewtopic.php?t=8564493)
- http://hotfile.com/dl/102482838/489a797/Sanctum_2010_TS_XViD_-_IMAGiNE.avi_NSFZ.part4.rar.html (http://www.warez-bb.org/viewtopic.php?t=8564493)
- http://hotfile.com/dl/102482848/3e16df7/Sanctum_2010_TS_XViD_-_IMAGiNE.avi_NSFZ.part5.rar.html (http://www.warez-bb.org/viewtopic.php?t=8564493)
- http://hotfile.com/dl/102483005/4f3392e/Sanctum_2010_TS_XViD_-_IMAGiNE.avi_NSFZ.part2.rar.html (http://www.warez-bb.org/viewtopic.php?t=8564493)
- http://hotfile.com/dl/102483137/e37957a/Sanctum_2010_TS_XViD_-_IMAGiNE.avi_NSFZ.part1.rar.html (http://www.warez-bb.org/viewtopic.php?t=8564493)
- http://hotfile.com/dl/102483146/e2642e9/Sanctum_2010_TS_XViD_-_IMAGiNE.avi_NSFZ.part3.rar.html (http://www.warez-bb.org/viewtopic.php?t=8564493)
- http://hotfile.com/dl/102486095/267bd92/Sanctum_2010_TS_XViD_-_IMAGiNE.avi.html (http://www.post-zone.com/movies/sanctum-2010-ts-xvid-imagine/)
- http://hotfile.com/dl/102492124/5bb68f6/axiforum.net_Sanctum.TS.XviD-IMAGiNE.SpecteR.avi.html (http://axiforum.net/1-link-sanctum-2010-ts-xvid-imagine-t933.0.html;msg1400#msg1400)
- http://hotfile.com/dl/102484755/c51bba5/Sanctum.TS.Sample.avi.html (http://www.allyoulike.com/55404/sanctum-2011-tsync/)

CONFIDENTIAL

- http://hotfile.com/dl/102484761/dd84345/Sanc.2011.part01.rar.html
  (http://www.allyoulike.com/55404/sanctum-2011-tsync/)
- http://hotfile.com/dl/102484766/9e007f3/Sanc.2011.part02.rar.html
  (http://www.allyoulike.com/55404/sanctum-2011-tsync/)
- http://hotfile.com/dl/102484764/0edb06c/Sanc.2011.part03.rar.html
  (http://www.allyoulike.com/55404/sanctum-2011-tsync/)
- http://hotfile.com/dl/102484811/2e2dc76/Sanc.2011.part04.rar.html
  (http://www.allyoulike.com/55404/sanctum-2011-tsync/)
- http://hotfile.com/dl/102485146/a3a705c/Sanc.2011.part05.rar.html
  (http://www.allyoulike.com/55404/sanctum-2011-tsync/)
- http://hotfile.com/dl/102485171/50c3d1c/Sanc.2011.part06.rar.html
  (http://www.allyoulike.com/55404/sanctum-2011-tsync/)
- http://hotfile.com/dl/102485196/acd3c94/Sanc.2011.part07.rar.html
  (http://www.allyoulike.com/55404/sanctum-2011-tsync/)
- http://hotfile.com/dl/102485232/61c736e/Sanc.2011.part08.rar.html
  (http://www.allyoulike.com/55404/sanctum-2011-tsync/)
- http://hotfile.com/dl/102477947/da5545d/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part1.rar.html
  (http://mywarez.biz/download-hotfile-sanctum-2011-camrip-elektri4ka-3-hotfile-links)
- http://hotfile.com/dl/102479017/5c731ac/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part2.rar.html
  (http://mywarez.biz/download-hotfile-sanctum-2011-camrip-elektri4ka-3-hotfile-links)
- http://hotfile.com/dl/102447578/41dff25/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part3.rar.html
  (http://mywarez.biz/download-hotfile-sanctum-2011-camrip-elektri4ka-3-hotfile-links)
- http://hotfile.com/dl/102448345/3586e65/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part4.rar.html
  (http://mywarez.biz/download-hotfile-sanctum-2011-camrip-elektri4ka-3-hotfile-links)
- http://hotfile.com/dl/102449896/a7bf8d3/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part5.rar.html
  (http://mywarez.biz/download-hotfile-sanctum-2011-camrip-elektri4ka-3-hotfile-links)
- http://hotfile.com/dl/102461974/b49bb66/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part6.rar.html
  (http://mywarez.biz/download-hotfile-sanctum-2011-camrip-elektri4ka-3-hotfile-links)
- http://hotfile.com/dl/102493784/e2a6823/Sanctum.2011.TS.XViD.CyberDeViLZ.rar.html
  (http://www.cyberdevilz.net/f4/sanctum-2011-ts-xvid-imagine-4114.html)
- http://hotfile.com/dl/102507010/8b6422a/_Sanctum.2010.TS.XViD-IMAGiNE.avi.part1.rar.html
  (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102507069/4ab756d/_Sanctum.2010.TS.XViD-IMAGiNE.avi.part2.rar.html
  (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102506993/a8f69b3/_Sanctum.2010.TS.XViD-IMAGiNE.avi.part3.rar.html
  (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102506740/e8ce2ff/_Sanctum.2010.TS.XViD-IMAGiNE.avi.part4.rar.html
  (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102507937/bdd220c/_Sanctum.2010.TS.XViD-IMAGiNE.avi.part1.rar.html
  (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102507938/ed2281e/_Sanctum.2010.TS.XViD-IMAGiNE.avi.part2.rar.html
  (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102507939/20927e4/_Sanctum.2010.TS.XViD-IMAGiNE.avi.part3.rar.html
  (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102507940/d170983/_Sanctum.2010.TS.XViD-IMAGiNE.avi.part4.rar.html
  (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102511921/ebab04d/Sanctum.2010.TS.IMAGiNE.part1.rar.html
  (http://gfxpost.com/movies/81923-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102511919/d42f2fc/Sanctum.2010.TS.IMAGiNE.part2.rar.html
  (http://gfxpost.com/movies/81923-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102511917/ad20cae/Sanctum.2010.TS.IMAGiNE.part3.rar.html
  (http://gfxpost.com/movies/81923-sanctum-2011-ts-xvid-imagine.html)

CONFIDENTIAL

- http://hotfile.com/dl/102511913/f039688/Sanctum.2010.TS.IMAGiNE.part4.rar.html
  (http://gfxpost.com/movies/81923-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102511920/142a642/Sanctum.2010.TS.IMAGiNE.part5.rar.html
  (http://gfxpost.com/movies/81923-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102511916/0f2a920/Sanctum.2010.TS.IMAGiNE.part6.rar.html
  (http://gfxpost.com/movies/81923-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102511918/2ce3424/Sanctum.2010.TS.IMAGiNE.part7.rar.html
  (http://gfxpost.com/movies/81923-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102511915/68a5f0c/Sanctum.2010.TS.IMAGiNE.part8.rar.html
  (http://gfxpost.com/movies/81923-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102478292/062b61b/Sanctum-IMAGiNE.part1.rar.html
  (http://www.moonlightexpress.net/2011/02/sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102478270/f7a7fa9/Sanctum-IMAGiNE.part2.rar.html
  (http://www.moonlightexpress.net/2011/02/sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102478290/4c78bb1/Sanctum-IMAGiNE.part3.rar.html
  (http://www.moonlightexpress.net/2011/02/sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102478318/d637ac7/Sanctum-IMAGiNE.part4.rar.html
  (http://www.moonlightexpress.net/2011/02/sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102478423/120d925/Sanctum-IMAGiNE.part5.rar.html
  (http://www.moonlightexpress.net/2011/02/sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102478424/67f1170/Sanctum-IMAGiNE.part6.rar.html
  (http://www.moonlightexpress.net/2011/02/sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102478494/8a9eb51/Sanctum-IMAGiNE.part7.rar.html
  (http://www.moonlightexpress.net/2011/02/sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102478381/4834089/Sanctum-IMAGiNE.part8.rar.html
  (http://www.moonlightexpress.net/2011/02/sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102500721/3e92356/Sanctum.2010.TS.Ganool.com.mkv.html
  (http://300mkv.blogspot.com/2011/02/sanctum-2011-ts-400mb-mkv-download.html)
- http://hotfile.com/dl/102489991/67edd21/sanctum20201020ts20xvid20-20imagine.part4.rar.html
  (http://www.zonadecrotoz.com.ar/foros/peliculas-10/sanctum-2011-ts-imagine-73767/)
- http://hotfile.com/dl/102486739/11a39ea/sanctum20201020ts20xvid20-20imagine.part1.rar.html
  (http://www.zonadecrotoz.com.ar/foros/peliculas-10/sanctum-2011-ts-imagine-73767/)
- http://hotfile.com/dl/102487509/1e1b3d7/sanctum20201020ts20xvid20-20imagine.part2.rar.html
  (http://www.zonadecrotoz.com.ar/foros/peliculas-10/sanctum-2011-ts-imagine-73767/)
- http://hotfile.com/dl/102489612/69ae8b8/sanctum20201020ts20xvid20-20imagine.part3.rar.html
  (http://www.zonadecrotoz.com.ar/foros/peliculas-10/sanctum-2011-ts-imagine-73767/)
- http://hotfile.com/dl/102478322/24204e1/sanctum-ts-imagine.part1.rar.html
  (http://www.zonadecrotoz.com.ar/foros/peliculas-10/sanctum-2011-ts-imagine-73767/)
- http://hotfile.com/dl/102478323/ef98730/sanctum-ts-imagine.part3.rar.html
  (http://www.zonadecrotoz.com.ar/foros/peliculas-10/sanctum-2011-ts-imagine-73767/)
- http://hotfile.com/dl/102478324/fbc3c3d/sanctum-ts-imagine.part4.rar.html
  (http://www.zonadecrotoz.com.ar/foros/peliculas-10/sanctum-2011-ts-imagine-73767/)
- http://hotfile.com/dl/102510971/a2963b9/Sanctum20201020DVDRip.XviD.Eng.part05.rar.html
  (http://www.filmyboard.com/showthread.php?28622-HF-Sanctum-2010-DVDRip-XviD-
  Eng&p=196650#post196650)
- http://hotfile.com/dl/102510970/93462f4/Sanctum20201020DVDRip.XviD.Eng.part04.rar.html
  (http://www.filmyboard.com/showthread.php?28622-HF-Sanctum-2010-DVDRip-XviD-
  Eng&p=196650#post196650)
- http://hotfile.com/dl/102510969/c31391f/Sanctum20201020DVDRip.XviD.Eng.part03.rar.html
  (http://www.filmyboard.com/showthread.php?28622-HF-Sanctum-2010-DVDRip-XviD-
  Eng&p=196650#post196650)

- http://hotfile.com/dl/102510972/a50f672/Sanctum20201020DVDRip.XviD.Eng.part06.rar.html
  (http://www.filmyboard.com/showthread.php?28622-HF-Sanctum-2010-DVDRip-XviD-Eng&p=196650#post196650)
- http://hotfile.com/dl/102510973/4a8b301/Sanctum20201020DVDRip.XviD.Eng.part07.rar.html
  (http://www.filmyboard.com/showthread.php?28622-HF-Sanctum-2010-DVDRip-XviD-Eng&p=196650#post196650)
- http://hotfile.com/dl/102510975/22c5e52/Sanctum20201020DVDRip.XviD.Eng.part09.rar.html
  (http://www.filmyboard.com/showthread.php?28622-HF-Sanctum-2010-DVDRip-XviD-Eng&p=196650#post196650)
- http://hotfile.com/dl/102510974/2b724d6/Sanctum20201020DVDRip.XviD.Eng.part08.rar.html
  (http://www.filmyboard.com/showthread.php?28622-HF-Sanctum-2010-DVDRip-XviD-Eng&p=196650#post196650)
- http://hotfile.com/dl/102510968/a469887/Sanctum20201020DVDRip.XviD.Eng.part02.rar.html
  (http://www.filmyboard.com/showthread.php?28622-HF-Sanctum-2010-DVDRip-XviD-Eng&p=196650#post196650)
- http://hotfile.com/dl/102510967/43b9d86/Sanctum20201020DVDRip.XviD.Eng.part01.rar.html
  (http://www.filmyboard.com/showthread.php?28622-HF-Sanctum-2010-DVDRip-XviD-Eng&p=196650#post196650)
- http://hotfile.com/dl/102520054/4b50fe2/SanctumIMAGiNE.part1.rar.html
  (http://www.tinydl.com/movies/1059298797-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102520075/b040944/SanctumIMAGiNE.part2.rar.html
  (http://www.tinydl.com/movies/1059298797-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102520088/1919bfa/SanctumIMAGiNE.part3.rar.html
  (http://www.tinydl.com/movies/1059298797-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102520097/99a9a74/SanctumIMAGiNE.part4.rar.html
  (http://www.tinydl.com/movies/1059298797-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102520120/d551e33/SanctumIMAGiNE.part5.rar.html
  (http://www.tinydl.com/movies/1059298797-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102520132/2362f8d/SanctumIMAGiNE.part6.rar.html
  (http://www.tinydl.com/movies/1059298797-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102509069/739cced/Sanctum_2010_TS_XViD_-_IMAGiNE.part1.rar.html
  (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102509112/7f8f223/Sanctum_2010_TS_XViD_-_IMAGiNE.part2.rar.html
  (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102509195/3eae735/Sanctum_2010_TS_XViD_-_IMAGiNE.part3.rar.html
  (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102509061/10fe8e5/Sanctum_2010_TS_XViD_-_IMAGiNE.part4.rar.html
  (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102520789/1d9ca92/Sanctum_2010_TS_XViD_-_IMAGiNE.avi.html
  (http://imfamous.softarchive.net/sanctum_ts_xvid_imagine_eng_audio.580970.html)
- http://hotfile.com/dl/102519891/1cad5b3/Sanctum_imfamous.softarchive.net_IMAGiNE.part1.rar.html
  (http://imfamous.softarchive.net/sanctum_ts_xvid_imagine_eng_audio.580970.html)
- http://hotfile.com/dl/102519899/c0864c0/Sanctum_imfamous.softarchive.net_IMAGiNE.part2.rar.html
  (http://imfamous.softarchive.net/sanctum_ts_xvid_imagine_eng_audio.580970.html)
- http://hotfile.com/dl/102519944/fd572e3/Sanctum_imfamous.softarchive.net_IMAGiNE.part3.rar.html
  (http://imfamous.softarchive.net/sanctum_ts_xvid_imagine_eng_audio.580970.html)
- http://hotfile.com/dl/102519955/c2499ef/Sanctum_imfamous.softarchive.net_IMAGiNE.part4.rar.html
  (http://imfamous.softarchive.net/sanctum_ts_xvid_imagine_eng_audio.580970.html)
- http://hotfile.com/dl/102519962/570c102/Sanctum_imfamous.softarchive.net_IMAGiNE.part5.rar.html
  (http://imfamous.softarchive.net/sanctum_ts_xvid_imagine_eng_audio.580970.html)
- http://hotfile.com/dl/102519981/91ba0a8/Sanctum_imfamous.softarchive.net_IMAGiNE.part6.rar.html
  (http://imfamous.softarchive.net/sanctum_ts_xvid_imagine_eng_audio.580970.html)

CONFIDENTIAL

- http://hotfile.com/dl/102518442/6c5da8c/SAMPLE.avi.html (http://www.directlinkspot.com/sanctum-2010-ts-xvid-imagine/)
- http://hotfile.com/dl/102496838/77783f4/Sanctum.2010.TS.Ganool.com.mkv.001.html (http://gudangfilmeyncom.blogspot.com/2011/02/sanctum-2011-ts.html)
- http://hotfile.com/dl/102496579/14e0dde/Sanctum.2010.TS.Ganool.com.mkv.002.html (http://gudangfilmeyncom.blogspot.com/2011/02/sanctum-2011-ts.html)
- http://hotfile.com/dl/102496237/494fc32/WarezLeech.Net_Sanctum_2010_TS_XViD_-_IMAGiNE.part1.rar.html (http://www.warezleech.net/forum/showthread.php?p=42430#post42430)
- http://hotfile.com/dl/102496236/8bd5b3f/WarezLeech.Net_Sanctum_2010_TS_XViD_-_IMAGiNE.part2.rar.html (http://www.warezleech.net/forum/showthread.php?p=42430#post42430)
- http://hotfile.com/dl/102496235/47f4e52/WarezLeech.Net_Sanctum_2010_TS_XViD_-_IMAGiNE.part3.rar.html (http://www.warezleech.net/forum/showthread.php?p=42430#post42430)
- http://hotfile.com/dl/102496708/3c47fe5/WarezLeech.Net_Sanctum_2010_TS_XViD_-_IMAGiNE.part4.rar.html (http://www.warezleech.net/forum/showthread.php?p=42430#post42430)
- http://hotfile.com/dl/102497177/6ea7915/WarezLeech.Net_Sanctum_2010_TS_XViD_-_IMAGiNE.part5.rar.html (http://www.warezleech.net/forum/showthread.php?p=42430#post42430)
- http://hotfile.com/dl/102497249/c750088/WarezLeech.Net_Sanctum_2010_TS_XViD_-_IMAGiNE.part6.rar.html (http://www.warezleech.net/forum/showthread.php?p=42430#post42430)
- http://hotfile.com/dl/102497258/0dbf4b8/WarezLeech.Net_Sanctum_2010_TS_XViD_-_IMAGiNE.part7.rar.html (http://www.warezleech.net/forum/showthread.php?p=42430#post42430)
- http://hotfile.com/dl/102497805/6a20966/WarezLeech.Net_Sanctum_2010_TS_XViD_-_IMAGiNE.part8.rar.html (http://www.warezleech.net/forum/showthread.php?p=42430#post42430)
- http://hotfile.com/dl/102533368/018f8b7/Sanctum.IMAGiNE.avi.001.rar.html (http://www.duckdownloads.net/2011/02/santuario-ts-xvid-imagine.html?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+duckdowns+%28Duck+Downloads%29)
- http://hotfile.com/dl/102533376/7f9de42/Sanctum.IMAGiNE.avi.002.rar.html (http://www.duckdownloads.net/2011/02/santuario-ts-xvid-imagine.html?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+duckdowns+%28Duck+Downloads%29)
- http://hotfile.com/dl/102523223/f75c8a6/2010_TS_XViD_-_IMAGiNE.rar.html (http://warezmad.com/movies/140712-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102530345/4931d48/2010_TS_XVjD_-_jMAGjN3.part1.rar.html (http://www.go4dwl.com/movies/38577-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102530348/1d27438/2010_TS_XVjD_-_jMAGjN3.part2.rar.html (http://www.go4dwl.com/movies/38577-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102530347/a7074a4/2010_TS_XVjD_-_jMAGjN3.part3.rar.html (http://www.go4dwl.com/movies/38577-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102530346/e95e610/2010_TS_XVjD_-_jMAGjN3.part4.rar.html (http://www.go4dwl.com/movies/38577-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102530370/d4e3e29/2010_TS_XVjD_-_jMAGjN3.part5.rar.html (http://www.go4dwl.com/movies/38577-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102530509/84c64e9/2010_TS_XVjD_-_jMAGjN3.part6.rar.html (http://www.go4dwl.com/movies/38577-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102530514/e269e57/2010_TS_XVjD_-_jMAGjN3.part7.rar.html (http://www.go4dwl.com/movies/38577-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102530519/0869a77/2010_TS_XVjD_-_jMAGjN3.part8.rar.html (http://www.go4dwl.com/movies/38577-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102530059/9c51425/sanimag.www.warezrls.net.rar.html (http://www.warezrls.net/movies/sanctum-2010-ts-xvid-imagine/)
- http://hotfile.com/dl/102521997/f872c6e/Sanctum.2010.TS.wancuiX.mkv.001.html (http://jieazzmovie.net/english/sanctum-2011-ts-wancuix/)

HF00151050

- http://hotfile.com/dl/102526893/ac9f463/S4NCTUM-Jie.Azz.Movie.mkv.001.html
  (http://jieazzmovie.net/english/sanctum-2011-ts-line-mkv-jie/)
- http://hotfile.com/dl/102526898/e185d31/S4NCTUM-Jie.Azz.Movie.mkv.002.html
  (http://jieazzmovie.net/english/sanctum-2011-ts-line-mkv-jie/)
- http://hotfile.com/dl/102556271/6720b05/Sanctum_2010_TS_XViD_-_IMAGiNE.avi.html
  (http://warezme.org/sanctum-2010-ts-xvid-imagine-t931890.html)
- http://hotfile.com/dl/102541706/ef0be62/a3x32San.ne.part1.rar.html
  (http://flickw.com/forum/f75/sanctum-2010-ts-xvid-imagine-1link-460506/)
- http://hotfile.com/dl/102541842/d2eb610/a3x32San.ne.part2.rar.html
  (http://flickw.com/forum/f75/sanctum-2010-ts-xvid-imagine-1link-460506/)
- http://hotfile.com/dl/102541889/fa6905e/a3x32San.ne.part3.rar.html
  (http://flickw.com/forum/f75/sanctum-2010-ts-xvid-imagine-1link-460506/)
- http://hotfile.com/dl/102541764/e3e9434/a3x32San.ne.part4.rar.html
  (http://flickw.com/forum/f75/sanctum-2010-ts-xvid-imagine-1link-460506/)
- http://hotfile.com/dl/102480752/0fa8b32/2010_TS_XViD_-_IMAGiNE.rar.html
  (http://mediahype101.blogspot.com/2011/02/sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102563352/3937118/Sanctum.TS.IMAGiNE.part1.rar.html
  (http://forum.esoft.in/english-other-movies/1332281-sanctum-2011-ts-xvid-imagine6-1links.html)
- http://hotfile.com/dl/102563574/685c68c/Sanctum.TS.IMAGiNE.part2.rar.html
  (http://forum.esoft.in/english-other-movies/1332281-sanctum-2011-ts-xvid-imagine6-1links.html)
- http://hotfile.com/dl/102561449/cb209d6/Sanctum.TS.IMAGiNE.part3.rar.html
  (http://forum.esoft.in/english-other-movies/1332281-sanctum-2011-ts-xvid-imagine6-1links.html)
- http://hotfile.com/dl/102560908/9cab903/Sanctum.TS.IMAGiNE.part4.rar.html
  (http://forum.esoft.in/english-other-movies/1332281-sanctum-2011-ts-xvid-imagine6-1links.html)
- http://hotfile.com/dl/102477261/40cfd43/Sanctum_2010_TS_XViD_-_IMAGiNE.part1.rar.html
  (http://www.smartforumz.org/forums/english-movies/1097985-rs-mu-fs-hf-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102477258/8405af5/Sanctum_2010_TS_XViD_-_IMAGiNE.part2.rar.html
  (http://www.smartforumz.org/forums/english-movies/1097985-rs-mu-fs-hf-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102477255/379ef86/Sanctum_2010_TS_XViD_-_IMAGiNE.part3.rar.html
  (http://www.smartforumz.org/forums/english-movies/1097985-rs-mu-fs-hf-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102541628/df24d3b/Sanctum_2010_TS_XViD_-_IMAGiNE.part4.rar.html
  (http://www.smartforumz.org/forums/english-movies/1097985-rs-mu-fs-hf-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102570327/408973d/sanctum2010TSXviD.SHNe.part1.rar.html
  (http://www.superpaylas.com/35300-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102570330/4c1e15f/sanctum2010TSXviD.SHNe.part2.rar.html
  (http://www.superpaylas.com/35300-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102570290/1d6de2f/sanctum2010TSXviD.SHNe.part3.rar.html
  (http://www.superpaylas.com/35300-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102570294/2f2a250/sanctum2010TSXviD.SHNe.part4.rar.html
  (http://www.superpaylas.com/35300-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102570293/c3fd5c4/sanctum2010TSXviD.SHNe.part5.rar.html
  (http://www.superpaylas.com/35300-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102570292/8498e48/sanctum2010TSXviD.SHNe.part6.rar.html
  (http://www.superpaylas.com/35300-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102570291/7d75670/sanctum2010TSXviD.SHNe.part7.rar.html
  (http://www.superpaylas.com/35300-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102553316/d1a4a16/Sanctu.300.softarchive.net.part1.rar.html
  (http://300.softarchive.net/sanctum_ts_mb.581058.html)
- http://hotfile.com/dl/102553850/adda158/Sanctu.300.softarchive.net.part2.rar.html
  (http://300.softarchive.net/sanctum_ts_mb.581058.html)
- http://hotfile.com/dl/102553324/44962d2/Sanctu.300.softarchive.net.part3.rar.html
  (http://300.softarchive.net/sanctum_ts_mb.581058.html)

HF00151051

- http://hotfile.com/dl/102553873/65b6c4d/Sanctu.300.softarchive.net.part4.rar.html (http://300.softarchive.net/sanctum_ts_mb.581058.html)
- http://hotfile.com/dl/102560162/1a1d877/Snctm.part3.rar.html (http://www.softymania.com/11583-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102560166/91fc2eb/Snctm.part4.rar.html (http://www.softymania.com/11583-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102541136/9956a63/IMG3.SCTM.2010.part1.rar.html (http://gigabitwarez.com/main/171110-sanctum-2011-ts-xvid-imagin3.html)
- http://hotfile.com/dl/102541085/862b6d9/IMG3.SCTM.2010.part2.rar.html (http://gigabitwarez.com/main/171110-sanctum-2011-ts-xvid-imagin3.html)
- http://hotfile.com/dl/102541356/87d779e/IMG3.SCTM.2010.part3.rar.html (http://gigabitwarez.com/main/171110-sanctum-2011-ts-xvid-imagin3.html)
- http://hotfile.com/dl/102541357/ff224d9/IMG3.SCTM.2010.part4.rar.html (http://gigabitwarez.com/main/171110-sanctum-2011-ts-xvid-imagin3.html)
- http://hotfile.com/dl/102541690/32463bc/IMG3.SCTM.2010.part5.rar.html (http://gigabitwarez.com/main/171110-sanctum-2011-ts-xvid-imagin3.html)
- http://hotfile.com/dl/102541543/a86de48/IMG3.SCTM.2010.part6.rar.html (http://gigabitwarez.com/main/171110-sanctum-2011-ts-xvid-imagin3.html)
- http://hotfile.com/dl/102550187/6165034/WWEARAB.COM.Sanctum.TS.2011.XviD-XJeffHardyX.part1.rar.html (http://www.vb.wwearab.com/t257918.html#post2381638)
- http://hotfile.com/dl/102557188/97504da/WWEARAB.COM.Sanctum.TS.2011.XviD-XJeffHardyX.part2.rar.html (http://www.vb.wwearab.com/t257918.html#post2381638)
- http://hotfile.com/dl/102561976/f96f54a/WWEARAB.COM.Sanctum.TS.2011.XviD-XJeffHardyX.part3.rar.html (http://www.vb.wwearab.com/t257918.html#post2381638)
- http://hotfile.com/dl/102565780/06558be/WWEARAB.COM.Sanctum.TS.2011.XviD-XJeffHardyX.part4.rar.html (http://www.vb.wwearab.com/t257918.html#post2381638)
- http://hotfile.com/dl/102584604/8337772/Sanctum_2010_TS_XViD_-_IMAGiNE.avi.html (http://hotfile-uploads.com/movies/sanctum-2010-ts-xvid-imagine/)
- http://hotfile.com/dl/102604121/7c34118/Sanctum.2010.TS.XViD.www.divxup.net.part4.rar.html (http://www.majaa.net/showthread.php/94511-Sanctum-2011-TS-XviD-IMAGINE?s=f280c9c02082049d9febcddb0a50999e&p=126669#post126669)
- http://hotfile.com/dl/102603232/c23c367/Sanctum.2010.TS.XViD.www.divxup.net.part1.rar.html (http://www.majaa.net/showthread.php/94511-Sanctum-2011-TS-XviD-IMAGINE?s=f280c9c02082049d9febcddb0a50999e&p=126669#post126669)
- http://hotfile.com/dl/102603211/13d589b/Sanctum.2010.TS.XViD.www.divxup.net.part2.rar.html (http://www.majaa.net/showthread.php/94511-Sanctum-2011-TS-XviD-IMAGINE?s=f280c9c02082049d9febcddb0a50999e&p=126669#post126669)
- http://hotfile.com/dl/102604521/b3d77bc/Sanctum.2010.TS.XViD.www.divxup.net.part3.rar.html (http://www.majaa.net/showthread.php/94511-Sanctum-2011-TS-XviD-IMAGINE?s=f280c9c02082049d9febcddb0a50999e&p=126669#post126669)
- http://hotfile.com/dl/102605701/9f2b286/Sanctum_2010_TS_XViD_-_SAMPLE.avi.html (http://www.scenedowns.com/movies/26893/?utm_source=feedburner&utm_medium=feed&utm_camp aign=Feed%3A+Scenedownscom+%28SceneDowns+-+Share+and+Download+Latest+Scene+and+P2P+Releases%29)
- http://hotfile.com/dl/102586636/c7fb83e/Sanctum_2010_TS_XViD_IMAGiNE.part1.rar.html (http://www.downextra.com/movies/385084-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102586642/b18ee73/Sanctum_2010_TS_XViD_IMAGiNE.part2.rar.html (http://www.downextra.com/movies/385084-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102586660/174a99c/Sanctum_2010_TS_XViD_IMAGiNE.part3.rar.html (http://www.downextra.com/movies/385084-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102586637/6ef32bf/Sanctum_2010_TS_XViD_IMAGiNE.part4.rar.html (http://www.downextra.com/movies/385084-sanctum-2010-ts-xvid-imagine.html)

HF00151052

- http://hotfile.com/dl/102606523/fd4f3a6/Sanctum_2010_DVDRip.XviD.Eng.part01.rar.html
  (http://www.localstrike.net/foros/43/videos-peliculas-etc/136309-sanctum-2010-dvdrip-xvid-uplinks-07-02-2011-a.html)
- http://hotfile.com/dl/102606609/3fb7069/Sanctum_2010_DVDRip.XviD.Eng.part02.rar.html
  (http://www.localstrike.net/foros/43/videos-peliculas-etc/136309-sanctum-2010-dvdrip-xvid-uplinks-07-02-2011-a.html)
- http://hotfile.com/dl/102606646/fd3cfd7/Sanctum_2010_DVDRip.XviD.Eng.part03.rar.html
  (http://www.localstrike.net/foros/43/videos-peliculas-etc/136309-sanctum-2010-dvdrip-xvid-uplinks-07-02-2011-a.html)
- http://hotfile.com/dl/102606682/f65af5d/Sanctum_2010_DVDRip.XviD.Eng.part04.rar.html
  (http://www.localstrike.net/foros/43/videos-peliculas-etc/136309-sanctum-2010-dvdrip-xvid-uplinks-07-02-2011-a.html)
- http://hotfile.com/dl/102606725/a32f2ed/Sanctum_2010_DVDRip.XviD.Eng.part05.rar.html
  (http://www.localstrike.net/foros/43/videos-peliculas-etc/136309-sanctum-2010-dvdrip-xvid-uplinks-07-02-2011-a.html)
- http://hotfile.com/dl/102606738/a50d5a8/Sanctum_2010_DVDRip.XviD.Eng.part06.rar.html
  (http://www.localstrike.net/foros/43/videos-peliculas-etc/136309-sanctum-2010-dvdrip-xvid-uplinks-07-02-2011-a.html)
- http://hotfile.com/dl/102606753/6b27171/Sanctum_2010_DVDRip.XviD.Eng.part07.rar.html
  (http://www.localstrike.net/foros/43/videos-peliculas-etc/136309-sanctum-2010-dvdrip-xvid-uplinks-07-02-2011-a.html)
- http://hotfile.com/dl/102606769/fc613e0/Sanctum_2010_DVDRip.XviD.Eng.part08.rar.html
  (http://www.localstrike.net/foros/43/videos-peliculas-etc/136309-sanctum-2010-dvdrip-xvid-uplinks-07-02-2011-a.html)
- http://hotfile.com/dl/102606781/8a9f6a7/Sanctum_2010_DVDRip.XviD.Eng.part09.rar.html
  (http://www.localstrike.net/foros/43/videos-peliculas-etc/136309-sanctum-2010-dvdrip-xvid-uplinks-07-02-2011-a.html)
- http://hotfile.com/dl/102514872/73e1fbd/2010.ts.xvid.imagine.rar.html
  (http://www.root.co.il/threads/247689-Sanctum-2010-TS-XviD-â€“-IMAGINE?s=ff2ba6a80c53eb7f37cf497b50a2e6bb&p=772777#post772777)
- http://hotfile.com/dl/102542225/78acecc/Sanctum_2010_TS_XViD_-_SAMPLE.avi.html
  (http://warezme.org/the-resident-2011-720p-brrip-xvid-ac3-flawl3ss-t932939.html)
- http://hotfile.com/dl/102640001/e074afc/Sanctum.2010.TS.XViD-IMAGiNE.avi.html
  (http://www.freshwap.net/forums/movies/3116199-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102567391/d0716ad/Sanctum.2010.TS.IMAGiNE.part1.rar.html
  (http://www.dlpoint.net/45375-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102567415/cad6b39/Sanctum.2010.TS.IMAGiNE.part2.rar.html
  (http://www.dlpoint.net/45375-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102567425/0060a53/Sanctum.2010.TS.IMAGiNE.part3.rar.html
  (http://www.dlpoint.net/45375-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102567484/516be0a/Sanctum.2010.TS.IMAGiNE.part4.rar.html
  (http://www.dlpoint.net/45375-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102567519/c76358a/Sanctum.2010.TS.IMAGiNE.part5.rar.html
  (http://www.dlpoint.net/45375-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102567684/13a8386/Sanctum.2010.TS.IMAGiNE.part6.rar.html
  (http://www.dlpoint.net/45375-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102567736/3596078/Sanctum.2010.TS.IMAGiNE.part7.rar.html
  (http://www.dlpoint.net/45375-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102567748/f3c9b12/Sanctum.2010.TS.IMAGiNE.part8.rar.html
  (http://www.dlpoint.net/45375-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102558200/c9effcb/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part1.rar.html
  (http://downhotfile.com/movies/177627-sanctum-2011-xvid-camrip-rutor.html)

HF00151053

- http://hotfile.com/dl/102558232/903dbcf/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part2.rar.html
  (http://downhotfile.com/movies/177627-sanctum-2011-xvid-camrip-rutor.html)
- http://hotfile.com/dl/102558319/78f9dae/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part3.rar.html
  (http://downhotfile.com/movies/177627-sanctum-2011-xvid-camrip-rutor.html)
- http://hotfile.com/dl/102558336/8bd53eb/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part4.rar.html
  (http://downhotfile.com/movies/177627-sanctum-2011-xvid-camrip-rutor.html)
- http://hotfile.com/dl/102558389/70826a6/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part5.rar.html
  (http://downhotfile.com/movies/177627-sanctum-2011-xvid-camrip-rutor.html)
- http://hotfile.com/dl/102558436/67377ac/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part6.rar.html
  (http://downhotfile.com/movies/177627-sanctum-2011-xvid-camrip-rutor.html)
- http://hotfile.com/dl/102558500/9e6bcd9/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part7.rar.html
  (http://downhotfile.com/movies/177627-sanctum-2011-xvid-camrip-rutor.html)
- http://hotfile.com/dl/102596639/e74ff07/Sanctum.2010.TS.IMAGiNE.part1.rar.html
  (http://www.tinydl.com/movies/1059299611-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102596842/f3c49e1/Sanctum.2010.TS.IMAGiNE.part2.rar.html
  (http://www.tinydl.com/movies/1059299611-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102596906/6b65782/Sanctum.2010.TS.IMAGiNE.part3.rar.html
  (http://www.tinydl.com/movies/1059299611-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102596525/c08e3cd/Sanctum.2010.TS.IMAGiNE.part4.rar.html
  (http://www.tinydl.com/movies/1059299611-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102596901/8c3681c/Sanctum.2010.TS.IMAGiNE.part5.rar.html
  (http://www.tinydl.com/movies/1059299611-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102596408/ba1c4bb/Sanctum.2010.TS.IMAGiNE.part6.rar.html
  (http://www.tinydl.com/movies/1059299611-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102596434/9d27ec8/Sanctum.2010.TS.IMAGiNE.part7.rar.html
  (http://www.tinydl.com/movies/1059299611-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102596295/25815ac/Sanctum.2010.TS.IMAGiNE.part8.rar.html
  (http://www.tinydl.com/movies/1059299611-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102611719/190d5e7/MovizXpress.com-BackUpFileSc-IMAGiNE.avi.html
  (http://www.movizxpress.com/2011/02/07/sanctum-2010-ts-xvid-%e2%80%93-imagine/)
- http://hotfile.com/dl/99458411/bcb7890/Sanctum.2010.DVDRip.XvID.part07.rar.html
  (http://www.sharehalls.com/f6/sanctum-2010-dvdrip-xvid-54966/)
- http://hotfile.com/dl/99458308/3e368ae/Sanctum.2010.DVDRip.XvID.part08.rar.html
  (http://www.sharehalls.com/f6/sanctum-2010-dvdrip-xvid-54966/)
- http://hotfile.com/dl/99458267/a8c806f/Sanctum.2010.DVDRip.XvID.part09.rar.html
  (http://www.sharehalls.com/f6/sanctum-2010-dvdrip-xvid-54966/)
- http://hotfile.com/dl/99458186/4988e9e/Sanctum.2010.DVDRip.XvID.part06.rar.html
  (http://www.sharehalls.com/f6/sanctum-2010-dvdrip-xvid-54966/)
- http://hotfile.com/dl/99458244/365662a/Sanctum.2010.DVDRip.XvID.part05.rar.html
  (http://www.sharehalls.com/f6/sanctum-2010-dvdrip-xvid-54966/)
- http://hotfile.com/dl/99458043/06f888d/Sanctum.2010.DVDRip.XvID.part03.rar.html
  (http://www.sharehalls.com/f6/sanctum-2010-dvdrip-xvid-54966/)
- http://hotfile.com/dl/99458082/984fc44/Sanctum.2010.DVDRip.XvID.part04.rar.html
  (http://www.sharehalls.com/f6/sanctum-2010-dvdrip-xvid-54966/)
- http://hotfile.com/dl/99457975/0e5de83/Sanctum.2010.DVDRip.XvID.part02.rar.html
  (http://www.sharehalls.com/f6/sanctum-2010-dvdrip-xvid-54966/)
- http://hotfile.com/dl/99457931/fcb7d54/Sanctum.2010.DVDRip.XvID.part01.rar.html
  (http://www.sharehalls.com/f6/sanctum-2010-dvdrip-xvid-54966/)
- http://hotfile.com/dl/102497547/c15c6e0/Sanctum.TS.XViD-
  IMAGiNE.WAREZONE.BIZ_by_miguelithor.avi.part1.rar.html
  (http://www.brasildownloads.net/sanctum-ts-avi)

HF00151054

- http://hotfile.com/dl/102497257/60c5361/Sanctum.TS.XViD-IMAGiNE.WAREZONE.BIZ_by_miguelithor.avi.part2.rar.html (http://www.brasildownloads.net/sanctum-ts-avi)
- http://hotfile.com/dl/102497285/6f945b6/Sanctum.TS.XViD-IMAGiNE.WAREZONE.BIZ_by_miguelithor.avi.part3.rar.html (http://www.brasildownloads.net/sanctum-ts-avi)
- http://hotfile.com/dl/102497055/8a54c23/Sanctum.TS.XViD-IMAGiNE.WAREZONE.BIZ_by_miguelithor.avi.part4.rar.html (http://www.brasildownloads.net/sanctum-ts-avi)
- http://hotfile.com/dl/102616705/b96c9f6/IMG3.SCTM.2010.part1.rar.html (http://ahcnena.net/movies/542-sanctum-2011-ts-xvid-sy.html)
- http://hotfile.com/dl/102616723/64cd06f/IMG3.SCTM.2010.part2.rar.html (http://ahcnena.net/movies/542-sanctum-2011-ts-xvid-sy.html)
- http://hotfile.com/dl/102616891/d5ecc73/IMG3.SCTM.2010.part3.rar.html (http://ahcnena.net/movies/542-sanctum-2011-ts-xvid-sy.html)
- http://hotfile.com/dl/102616972/07b317e/IMG3.SCTM.2010.part4.rar.html (http://ahcnena.net/movies/542-sanctum-2011-ts-xvid-sy.html)
- http://hotfile.com/dl/102617135/c10a227/IMG3.SCTM.2010.part5.rar.html (http://ahcnena.net/movies/542-sanctum-2011-ts-xvid-sy.html)
- http://hotfile.com/dl/102617263/d1a5e00/IMG3.SCTM.2010.part6.rar.html (http://ahcnena.net/movies/542-sanctum-2011-ts-xvid-sy.html)
- http://hotfile.com/dl/102622753/ecbc627/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part1.rar.html (http://www.omedia.org/212616-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102622850/3cff862/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part2.rar.html (http://www.omedia.org/212616-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102623233/192e0f6/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part3.rar.html (http://www.omedia.org/212616-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102623275/0543b5f/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part4.rar.html (http://www.omedia.org/212616-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102623506/59dcfeb/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part5.rar.html (http://www.omedia.org/212616-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102623560/609f160/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part6.rar.html (http://www.omedia.org/212616-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102483796/d6f7c6d/img-s-SHeRiF.part2.rar.html (http://www.mostiwarez.com//movies/27771-%5Brs-hf-fs%5D-sanctum-2010-ts.html)
- http://hotfile.com/dl/102483799/c1e186f/img-s-SHeRiF.part3.rar.html (http://www.mostiwarez.com//movies/27771-%5Brs-hf-fs%5D-sanctum-2010-ts.html)
- http://hotfile.com/dl/102483804/169a324/img-s-SHeRiF.part4.rar.html (http://www.mostiwarez.com//movies/27771-%5Brs-hf-fs%5D-sanctum-2010-ts.html)
- http://hotfile.com/dl/102483803/9953309/img-s-SHeRiF.part5.rar.html (http://www.mostiwarez.com//movies/27771-%5Brs-hf-fs%5D-sanctum-2010-ts.html)
- http://hotfile.com/dl/102483797/378c003/img-s-SHeRiF.part6.rar.html (http://www.mostiwarez.com//movies/27771-%5Brs-hf-fs%5D-sanctum-2010-ts.html)
- http://hotfile.com/dl/102483798/33ad5e1/img-s-SHeRiF.part7.rar.html (http://www.mostiwarez.com//movies/27771-%5Brs-hf-fs%5D-sanctum-2010-ts.html)
- http://hotfile.com/dl/102483800/027cd4e/img-s-SHeRiF.part8.rar.html (http://www.mostiwarez.com//movies/27771-%5Brs-hf-fs%5D-sanctum-2010-ts.html)
- http://hotfile.com/dl/102621880/5ad10ca/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part1.rar.html (http://allbest4you.com/movies/27958-sanctum-2011-xvid-camrip-rutor.html)
- http://hotfile.com/dl/102622000/1554eef/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part2.rar.html (http://allbest4you.com/movies/27958-sanctum-2011-xvid-camrip-rutor.html)

HF00151055