| # | Ex | URL | Title | Category | Company | Notes |
|---|---|---|---|---|---|---|
| 751 | D | http://hotfile.com/dl/98125642/2dac5bb/Analyxtssxe.720P.part10.r ar.html | Analyze This | Highly Likely Infringing | Third Degree Films | |
| 752 | D | http://hotfile.com/dl/98125950/58bea3e7/AnalyIcsxxe.720P.part11.r ar.html | Analyze This | Highly Likely Infringing | Third Degree Films | |
| 753 | D | http://hotfile.com/dl/99793987/6ofa46b/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part01.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | http://native-intelligence.com/ http://webcache.googleusercontent.com/search?q=cache:A8-eXfY_mfAJ:www.torrentreactor.net/release/736/red-dirt-rising-2011-720p-bluray-x264-semtex+http://hotfile.com/dl/99793987/6ofa46b/Red.Dirt.Rising.2011.720p.BluRay.x264-SEMTEX.part01.rar.html+dc+clnk&gl=us |
| 754 | D | http://hotfile.com/dl/99793892/6d45d73/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part02.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 755 | D | http://hotfile.com/dl/99793893/aba1a2d/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part03.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 756 | D | http://hotfile.com/dl/99793900/0ca32a3/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part04.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 757 | D | http://hotfile.com/dl/99793901/8d67d8a/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part05.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 758 | D | http://hotfile.com/dl/99793902/2062ebc/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part06.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 759 | D | http://hotfile.com/dl/99793918/6d520b2/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part07.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 760 | D | http://hotfile.com/dl/99794153/4182c9/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part08.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 761 | D | http://hotfile.com/dl/99794150/e6dcc70/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part09.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 762 | D | http://hotfile.com/dl/99794174/522b847/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part10.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 763 | D | http://hotfile.com/dl/99794228/003f531/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part11.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 764 | D | http://hotfile.com/dl/99794229/a9e7713/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part12.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 765 | D | http://hotfile.com/dl/99794231/e699e78/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part13.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 766 | D | http://hotfile.com/dl/101253369/ce253be/Optical_Flares_v1.2.123. rar.html | Optical Flares Pro V1.2.123 | Highly Likely Infringing | Video Copilot and Final Image, Inc. | |
| 767 | D | http://hotfile.com/dl/99794235/e9f75f/Red.Dirt.Rising.2011.720p.B luRay.x264-SEMTEX.part14.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 768 | D | http://hotfile.com/dl/99794250/71bd3fb/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part15.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 769 | D | http://hotfile.com/dl/99794253/139b896/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part16.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 770 | D | http://hotfile.com/dl/99794257/09c9ec0/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part17.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 771 | D | http://hotfile.com/dl/99794482/1a4d45f/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part18.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 772 | D | http://hotfile.com/dl/99794489/38ba0b1/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part19.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 773 | D | http://hotfile.com/dl/99794504/3d8bc43/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part20.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 774 | D | http://hotfile.com/dl/99794594/6b68a88/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part21.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 775 | D | http://hotfile.com/dl/99794602/8560856/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part22.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 776 | D | http://hotfile.com/dl/99794603/b334457/Red.Dirt.Rising.2011.720p. BluRay.x264-SEMTEX.part23.rar.html | Red Dirt Rising | Highly Likely Infringing | Native Intelligence | |
| 777 | D | http://hotfile.com/dl/89925519/2fe2d32/shareidlove_PHPVideoTuts. part01.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | http://phpvideotutorials.com/; http://www.heroturko.me/tutorials/724742-all-php-web-application-courses-site-rip-tutorials-2010.html |
| 778 | D | http://hotfile.com/dl/89925687/feb778c/shareidlove_PHPVideoTuts. part02.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | http://uprise.com/view1.php?id=3241608 |

| # | Ex | URL | Title | Category | Company | Notes |
|---|---|---|---|---|---|---|
| 779 | D | http://hotfile.com/dl/89925890/d697271/shareislove_PHPVideoTuts_part03.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 780 | D | http://hotfile.com/dl/102253388/4316ee9/Optical_Flares_v1.2.123_Pro.part2.rar.html | Optical Flares Pro V1.2.123 | Highly Likely Infringing | Video Copilot and Final Image, Inc. | http://www.videocopilot.net/products/opticalflares/ http://www.downturk.net/471060-hfloptical-flares-v12124-pro-presets-2.html; http://www.downtr.cc/405405-optical-flares-v12124-pro-presets-2.html |
| 781 | D | http://hotfile.com/dl/102253413/2594286/Optical_Flares_v1.2.123_Pro.part3.rar.html | Optical Flares Pro V1.2.123 | Highly Likely Infringing | Video Copilot and Final Image, Inc. | |
| 782 | D | http://hotfile.com/dl/102253446/f165f56/Optical_Flares_v1.2.123_Pro.part4.rar.html | Optical Flares Pro V1.2.123 | Highly Likely Infringing | Video Copilot and Final Image, Inc. | |
| 783 | D | http://hotfile.com/dl/102253449/416676b/Optical_Flares_v1.2.123_Pro.part5.rar.html | Optical Flares Pro V1.2.123 | Highly Likely Infringing | Video Copilot and Final Image, Inc. | |
| 784 | D | http://hotfile.com/dl/89926197/4c0c048/shareislove_PHPVideoTuts_part04.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 785 | D | http://hotfile.com/dl/89926409/7d4cc96/shareislove_PHPVideoTuts_part05.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 786 | D | http://hotfile.com/dl/89926624/49d46c6/shareislove_PHPVideoTuts_part06.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 787 | D | http://hotfile.com/dl/89926897/5225810/shareislove_PHPVideoTuts_part07.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 788 | D | http://hotfile.com/dl/89927184/5f26b82/shareislove_PHPVideoTuts_part08.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 789 | D | http://hotfile.com/dl/89927407/c843a65/shareislove_PHPVideoTuts_part09.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 790 | D | http://hotfile.com/dl/89927593/47e2837/shareislove_PHPVideoTuts_part10.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 791 | D | http://hotfile.com/dl/89929914/2848e23/shareislove_PHPVideoTuts_part11.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 792 | D | http://hotfile.com/dl/89930036/75c4515/shareislove_PHPVideoTuts_part19.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 793 | D | http://hotfile.com/dl/89930212/66a30f6/shareislove_PHPVideoTuts_part12.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 794 | D | http://hotfile.com/dl/89930287/c67c5e7/shareislove_PHPVideoTuts_part20.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 795 | D | http://hotfile.com/dl/89930441/9cca7a6/shareislove_PHPVideoTuts_part13.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 796 | D | http://hotfile.com/dl/89930526/93391c3/shareislove_PHPVideoTuts_part21.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 797 | D | http://hotfile.com/dl/89930672/e4f9563/shareislove_PHPVideoTuts_part14.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 798 | D | http://hotfile.com/dl/89930725/3796a/shareislove_PHPVideoTuts_part22.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 799 | D | http://hotfile.com/dl/89930949/8e16ece/shareislove_PHPVideoTuts_part23.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 800 | D | http://hotfile.com/dl/89931096/7a4865c/shareislove_PHPVideoTuts_part15.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 801 | D | http://hotfile.com/dl/89931266/8f8120a/shareislove_PHPVideoTuts_part24.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 802 | D | http://hotfile.com/dl/89931272/c32c810/shareislove_PHPVideoTuts_part16.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 803 | D | http://hotfile.com/dl/89931534/152a132/shareislove_PHPVideoTuts_part25.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 804 | D | http://hotfile.com/dl/89931568/013439f/shareislove_PHPVideoTuts_part26.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 805 | D | http://hotfile.com/dl/89931759/c1b398c/shareislove_PHPVideoTuts_part17.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 806 | D | http://hotfile.com/dl/89931804/800571/shareislove_PHPVideoTuts_part18.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 807 | D | http://hotfile.com/dl/89931972/2f1f928a/shareislove_PHPVideoTuts_part27.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 808 | D | http://hotfile.com/dl/89932147/2e75ae6/shareislove_PHPVideoTuts_part28.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 809 | D | http://hotfile.com/dl/89933266/ca9fa30/shareislove_PHPVideoTuts_part29.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |

| # | Ex | URL | Title | Category | Company | Notes |
|---|----|-----|-------|----------|---------|-------|
| 810 | D | http://hotfile.com/dl/89933283/1a251f0/sharexlove_PHPVideoTuts_part36.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 811 | D | http://hotfile.com/dl/89933428/c46a55e/sharexlove_PHPVideoTuts_part37.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 812 | D | http://hotfile.com/dl/89933519/562535/sharexlove_PHPVideoTuts_part35.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 813 | D | http://hotfile.com/dl/89933594/012140/sharexlove_PHPVideoTuts_part38.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 814 | D | http://hotfile.com/dl/89933608/73c8c66/sharexlove_PHPVideoTuts_part39.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 815 | D | http://hotfile.com/dl/89933700/052e41e/sharexlove_PHPVideoTuts_part33.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 816 | D | http://hotfile.com/dl/89933943/1cc18e7/sharexlove_PHPVideoTuts_part32.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 817 | D | http://hotfile.com/dl/88540045/e684056/Recycling_Project.rar.html | Recycling Projects for the Evil Genius | Highly Likely Infringing | McGraw-Hill Companies, Inc. | http://www.mhprofessional.com/product.php?isbn=0071736123 |
| 818 | D | http://hotfile.com/dl/89934185/13ecf79/sharexlove_PHPVideoTuts_part33.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 819 | D | http://hotfile.com/dl/89934432/a82472c/sharexlove_PHPVideoTuts_part34.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 820 | D | http://hotfile.com/dl/89934600/60f07b3/sharexlove_PHPVideoTuts_part35.rar.html | PHP Video Tutorials | Highly Likely Infringing | PHP Video Tutorials | |
| 821 | D | http://hotfile.com/dl/88425633/519abb2h/Morozmj_risunok.rar.html | Brushes Frosty Pattern | Unknowable | graphicsharex.com | http://www.graphicsharex.com/photoshop/156669-photoshop-brushes-frosty-pattern.html |
| 822 | D | http://hotfile.com/dl/10340311/0bb247b/freeRapid-0.82_By_EL_YUG7.rar.html | Yuka's DL Manager (Appears on 4 separate video game DLs and directs to his own DL manger where pirated games can be found.) | Noninfringing | Yuca (User name on various sites) | |
| 823 | D | http://hotfile.com/dl/67051375/466234f/VA.Amazing.Dancefloor.(2E.Amazing.Dancefloor.(2010).rar.html | Amazing Dancefloor (2010) | Highly Likely Infringing | Clubsound / Believe Digital | http://www.amazon.com/Amazing-Dancefloor-2010/dp/B003J3W46C/ref=sr_1_1?ie=UTF8&qid=1322503086&sr=8-1 |
| 824 | D | http://hotfile.com/dl/47309241/7ac5e5a/Ultra_Video_Splitter_5.01_key.rar.html | Ultra Video Splitter | Noninfringing | Aone Software | http://www.aone-soft.com/ |
| 825 | D | http://hotfile.com/dl/62827364/da74182/AoneZAlarm.Ex.5.9.3.014.00/0.rar_shytex.com.html | Zone Alarm Extreme Security | Highly Likely Infringing | Checkpoint Software Technologies, Inc. | http://www.zonealarm.com/ |
| 826 | D | http://hotfile.com/dl/46912760/be04a16/TechSmith_Camtasia_Studio_7.0.0.rar.html | Camtasia Studio | Highly Likely Infringing | Tech Smith | http://www.techsmith.com/camtasia.html; http://rapid4all.org/forums/applications/1039389-techsmith-camtasia-studio-7-0-0-a.html |
| 827 | D | http://hotfile.com/dl/83299439/9427154/hDKI_image_04.rar.html | Dosch Design Metal Sphere Sample | Highly Likely Infringing | Dosch Design | http://www.doschdesign.com/pdf/overviews/DH-EH_pdf.pdf http://www.dawnit.co/graphics/240471-extreme-high-resolution-hdri-image-atrium-sunny-day.html; http://webcache.googleusercontent.com/search?q=cache_W8tb0124fqxd: www.moniker.com/Ad/N0E6MAgyvNJPk3D/+http://hotfile.com/dl/83299943 9/9427154/hDKI_image_04.rar.html&cd=2&hl=en&ct=clnk&gl=us |
| 828 | D | http://hotfile.com/dl/172989073/636e500/This_is_Funk.part1.rar.html | This is Funk | Highly Likely Infringing | Metro Triples | http://rateyourmusic.com/label/metro_triples http://itunes.apple.com/gb/album/this-is-funk-vol._2/id313436756; http://download.tidb.com/forums/t/7363318.aspx; http://www.chilecompatte.cl/type/947094-va-this-is-funk-2007/ |
| 829 | D | http://hotfile.com/dl/172999179/2813736e/This_is_Funk.part2.rar.html | This is Funk | Highly Likely Infringing | Metro Triples | |
| 830 | D | http://hotfile.com/dl/172999336/c91cc5f/This_is_Funk.part3.rar.html | This is Funk | Highly Likely Infringing | Metro Triples | |
| 831 | D | http://hotfile.com/dl/105138481/c83e5de/tumberou.rar.html | Tumbador Explosivamente vo. 2 | Highly Likely Infringing | Discos Fuentes, others | http://www.discosfuentesedimusica.com/ |
| 832 | D | http://hotfile.com/dl/103113937/4fcdc05/Insider_Tales_BETA_7z.html | Insider Tales: the Stolen Venus | Highly Likely Infringing | Big Fish Games, Inc. | http://www.bigfishgames.com/download-games/5089/insider-tales-the-stolen-venus/index.html http://www.torrentreactor.net/release/6228/insider-tales-the-stolen-venus-2-pceng2011-3 |

| # | Ex | URL | Title | Category | Company | Notes |
|---|---|---|---|---|---|---|
| 833 | | http://hotfile.com/dl/43140794/2bad36b/Computer_Networks_-_Andrew_S_1._Tanenbaum_RxW.rar.html | Computer Networks, 4th Edition (Andrew Tanenbaum) | Highly Likely Infringing | Prentice Hall | http://www.pearsoned.com/legal-notice/; http://in.todecoms.com/computer-networks-ht; http://www.amazon.com/Computer-Networks-4th-Andrew-Tanenbaum/dp/0130661023 |
| 834 | D | http://hotfile.com/dl/58899939/ba5822e/Blender_Basics_New_Versi on.rar.html | Blender Basics Classroom Tutorial | Noninfringing | James Chroister | http://www.cdschools.org/cihs/site/default.asp |
| 835 | D | http://hotfile.com/dl/84812825/cecad26/CitroenConcept.rar.html | Concept Electric Images | Unknowable | Citroen | http://www.psa-peugeot-citroen.com/en/functionele/contact.php; http://www.herotiorks.me/wallpapers/674580-citroen-concept-electric-ultra-run.html; http://iwannaflic.com/?x=352516 |
| 836 | D | http://hotfile.com/dl/43762330355152/VA_-_The_Best_Love_Songs-_Ever_part1.rar.html | Best Love Songs Ever | Highly Likely Infringing | EMI Import | http://www.amazon.com/Best-Love-Songs-Various-Artists/dp/B00002MG13; http://www.chikecompanie.cl/topic/B1804/use-the-best-love-songsever-1999/ |
| 837 | D | http://hotfile.com/dl/43762475/fc3d065/VA_-_The_Best_Love_Songs_Ever_part2.rar.html | Best Love Songs Ever | Highly Likely Infringing | EMI Import | |
| 838 | D | http://hotfile.com/dl/43762396/444621c/VA_-_The_Best_Love_Songs_Ever_part3.rar.html | Best Love Songs Ever | Highly Likely Infringing | EMI Import | |
| 839 | D | http://hotfile.com/dl/43763308/626ce2/VA_-_The_Best_Love_Songs_Ever_part4.rar.html | Best Love Songs Ever | Highly Likely Infringing | EMI Import | |
| 840 | | http://hotfile.com/dl/103545372/7d591bb7/Explosivemente.rumblam | Tumbador Explosivamente vo. 2 | Highly Likely Infringing | Discos Fuentes, others | http://www.discosfuentesedimusica.com/; http://rjcartamayal.blogspot.com/2011/02/sonido-tumbador-vol-2-explodovamente.html |
| 841 | D | http://hotfile.com/dl/1337141611/a478545/Alternative.exe.html | Real Alternative | Unknowable | Real | http://download.cnet.com/Real-Alternative/3000-2139_4-10950201.html |
| 842 | D | http://hotfile.com/dl/94409144/cccenee/Color_Schemer_v31.rar.ht ml | Color Schemer 3 | Highly Likely Infringing | Colorschemer | http://www.colorschemer.com/contact.php; http://api944M.com/forum/application/273624-color-scheme-3-1-a.html; http://makewerxz.net/viewtools.php?f=9&t=59782;http://www.colorschemer.com/order.php |
| 843 | D | http://hotfile.com/dl/102316399/74d1b45/G_dSync6.6.1.1.rar.html | GoodSync | Highly Likely Infringing | Siber Systems | http://www.chilecompanie.cl/topic/3155977-goodsync-enterprise-8611-soanish/ |
| 844 | D | http://hotfile.com/dl/102810888/b38b212/newwpe4.rar.html | Women Desktop Images | Highly Likely Infringing | Desktopgirls.com, Aleksey & Marina, and others | desktopgirls.com; http://www.alekseymarina.com/calendars.html |
| 845 | D | http://hotfile.com/dl/102804903/5e91ead/Boris_Vallejo.rar.html | Boris Vallejo Prints | Highly Likely Infringing | Boris Vallejo | http://www.imaginistix.com/borisbio.cfm; http://www.imaginistix.com/paintings.cfm |
| 846 | D | http://hotfile.com/dl/102801715/00d6502/2qereyer.rar.html | Sexy Girls Wallpapers | Highly Likely Infringing | JP Online Ltd. (Pier999.com), others | pier999.com |
| 847 | D | http://hotfile.com/dl/102804149/4ccc159/733eggs.rar.html | Girls Wallpapers | Unknowable | Michael Moebius, others | http://www.moebiusart.com/contact.html |
| 848 | | http://hotfile.com/dl/102767245/5a1ecd6/Collection_Of_Erotic_Wal lpapers_Girls.htm | Collection of Erotic Wallpapers | Unknowable | Penthouse.com (GMC) Internet Operations, Inc, others | http://penthouse.com/get/page/corporate.html?who=_6a4/oWufbGCQ1xR 3k5isB0e31t0qTcwV1Q_cOHu_5f4e5OQB8_gl5RKM2gdXYPo2msaC#HTzN5Q x0gjWFE52psYuMVxFBwPu8Pu2LonfKYoq2wd.posC8i7ZtwU1k&logakitug |
| 849 | D | http://hotfile.com/dl/102766654/6d46a4/Very_Best_Collection_Of_ Wallpapers.rar.html | Very Best Collection of Erotic Wallpapers | Highly Likely Infringing | Dreval | http://translate.googleusercontent.com/translate_c?hl=en&rurl=translate. google.com&sl=ru&tl=en&u=http://dreval.ru/dataset.html&usg=ALkJrhii mWyokeWxHe0bovx9Kx4p2YzwJA; http://translate.googleusercontent.com/translate_c?hl=en&rurl=translate. google.com&sl=ru&tl=en&u=http://dreval.ru/privacy_policy.html&usg=Al kJrhazaxa0kGOd7noZ8kwXjtWRzdAkD |
| 850 | D | http://hotfile.com/dl/102726136/7cf16e1/Min_Wallpapers_1920x10 80.html | Women Wallpapers | Noninfringing | | |
| 851 | D | http://hotfile.com/dl/102736519/ab306ce/krasivyie_oboi_na_raboc hij_stol_39.rar.html | Women Wallpapers | Unknowable | Skins.be | http://www.skins.be/help/ |
| 852 | D | http://hotfile.com/dl/102767577/5cee638/Beautiful_Wallpaper_Coll ection_Of_High_Cuality.html | Women Wallpapers | Unknowable | | |
| 853 | D | http://hotfile.com/dl/29177719/94c921a/100-CD3.rar.html | 100 Essential Love Songs | Highly Likely Infringing | Universal Music | http://itunes.apple.com/en/album/100-essential-love-songs/id158355420; http://jartd1.com/download/?v=8211+100+Essential+Love+Songs+5+Cds+2 005+2x7Naj; http://www.serialcrack.net/Download/VA-100-Essential-Love-Songs-5-CDs-2005--87709.html |

| # | Ex | URL | Title | Category | Company | Notes |
|---|----|-----|-------|----------|---------|-------|
| 854 | D | http://hotfile.com/dl/88670818/c9f787f/wedding_couple.rar.html | Stock Photo: Magnificent Wedding | Unknowable | Highive Studio | http://www.hotlykinc.com/; http://www.fleetsbe.com/6Mq1Lb49KQ5gTH0hQnxdC/wedding-couple.html; http://www.uniquewarez.com/graphics_animation_font_icon/780307-stock_photo_magnificent_wedding.html?landel=1 |
| 855 | D | http://hotfile.com/dl/90035564/e96427b/Beautiful_snow-capped.rar.html | Snow-Capped Photos | Unknowable | Ksimia (uploader) | http://ksimia.lovejournal.com/profile; http://www.free-softwares.co.in/stock-photo-beautiful-snow-capped/; http://www.uniquewarez.com/graphics_animation_font_icon/880964-stock_photo_beautiful_snow_capped.html |
| 856 | D | http://hotfile.com/dl/89568397/4f0646c/christmas_background_wit h.rar.html | Christmas Backgrounds | Unknowable | Ksimia (uploader) | |
| 857 | D | http://hotfile.com/dl/86419795/4a069b2/Christmas_cakes_collectio n.rar.html | Christmas Cookies Backgrounds | Unknowable | Ksimia (uploader) | |
| 858 | D | http://hotfile.com/dl/76728933/1c87a52/ImtOQ_MP3_Encoder_6 1 Im Too MP3 Encoder | Im Too Software Studio | Highly Likely Infringing | | http://www.imtoo.com/contact.html |
| 859 | D | http://hotfile.com/dl/91378357/6831380a1/beautiful_girl_in_the_suit _of_snow.rar.html | Beautiful Girl in the Suit of Snow | Unknowable | Ksimia (uploader) | |
| 860 | D | http://hotfile.com/dl/87727457/a408134/Christmas_background_wi th_snowflakes.rar.html | Christmas Background with Snowflakes | Unknowable | Ksimia (uploader) | |
| 861 | D | http://hotfile.com/dl/90956137/046146c7/romantic_floral_card_with _vintage_flowers_la.html | Romantic Floral Card | Unknowable | Ksimia (uploader) | |
| 862 | D | http://hotfile.com/dl/86673351/8b7fed0/Chocolates_and_cherry_in _a_vector.rar.htm | Chocolates and Cherry | Unknowable | Ksimia (uploader) | |
| 863 | D | http://hotfile.com/dl/88584512/23ffeab/Spheres_and_snowflakes_b ackground.rar.html | Spheres and Snowflakes Background | Unknowable | Ksimia (uploader) | |
| 864 | D | http://hotfile.com/dl/68584287/b190a0/snowflakes_and_stars_des cending_on_back/ground.rar.html | Snowflakes and stars descending Background | Highly Likely Infringing | Shutterstock Images LLP | http://www.shutterstock.com/pic-62867662/stock-photo-snowflakes-and-stars-descending-on-background.html |
| 865 | D | http://hotfile.com/dl/10716031/90cb752/1_Love_Puddle.com.rar.h tml | Puddle PC Game | Highly Likely Infringing | Konami Digital Entertainment, Inc. | www.tonami.com; http://www.game32.pl/gry-na-pc/21633-puddle-2009-eng-portable.html; http://www.konami.com/games/puddle |
| 866 | D | http://hotfile.com/dl/12072994/712a8d8/Atomper_caras.part1.rar. html | Tehra Dark Warrior V1.1.1 | Highly Likely Infringing | StormBASIC S.L. | http://www.stormbasic.com/; http://iphoneate.com/tehra-dark-warrior-1-1-1.html; http://itunes.apple.com/us/app/tehra-dark-warrior/id351692290?mt=8 |
| 867 | D | http://hotfile.com/dl/12073645/b15a6bc/Atomper_caras.part2.rar | Tehra Dark Warrior V1.1.1 | Highly Likely Infringing | StormBASIC S.L. | http://www.stormbasic.com/; http://iphoneate.com/tehra-dark-warrior-1-1-1 |
| 868 | D | http://hotfile.com/dl/27586305/3821315/CaritoMegaChulitos.Url) GT Racing | | Highly Likely Infringing | Gameloft S.A. | http://www.gameloft.com/mobile-games/gt-racing-motor-academy/?adid=101066 |
| 869 | D | http://hotfile.com/dl/102360959/9860a6/Website-Watcher.11.0.rar.html | Website Watcher 2011 | Highly Likely Infringing | Aignesberger Software | http://aignes.net/; http://webcache.googleusercontent.com/search?q=cache:5tszT7jGaRzzo mpartingsgratis.net/softwares-portables/165394-website-watcher-2011-11-0-final-multilanguage-portable.html+http://hotfile.com/dl/102360959/9860a6/Website Watcher.11.0.rar.html&cd=2&hl=en&ct=clnk&us |
| 870 | D | http://hotfile.com/dl/90214563/79ecb9/59_Shopping-Carts.rar.html | Shopping Carts Stock Photos | Highly Likely Infringing | Shutterstock Images LLP | http://www.shutterstock.com/cat.mhtml?searchterm=shopping+cart&x=1 9&y=13&search_group=&lang=en&search_source=search_form&sc=24828 74 |
| 871 | D | http://hotfile.com/dl/86549102/456637/Flash_Creator.Pro.1.37.rar html | Flash Creator Pro | Highly Likely Infringing | SoocSoft Co. Ltd. | http://webcache.googleusercontent.com/search?q=cache:VJhdVxefacts/d a-pirates.com/general-softwares/ultrasalshow-flash-creator-professional-1-37%3Fswap2+http://hotfile.com/dl/86549102/456637/Flash.Creator.Pro 1.37.rar.html&cd=3&hl=en&ct=clnk&us |
| 872 | D | http://hotfile.com/dl/1762510/a6e4194/Cargo_Delivery_Beta_viv Cargo Delivery | | Highly Likely Infringing | Cats in the Sky, Ltd. | http://www.cargodeliverygame.com/ |
| 873 | D | http://hotfile.com/dl/01483227/f8b9655/Crazy_Chicken_-_Sky_Bots_vivo9002.rar.html | Crazy Chicken Sky Bots | Highly Likely Infringing | Mumbo Jumbo | http://www.game32.pl/gry-na-pc/21639-crazy-chicken-sky-botz-2009.html; http://en.wikipedia.org/wiki/Moorhuhn; http://www.digpbop.uk/techsplder.com/index.php?header= |
| 874 | D | http://hotfile.com/dl/100879580/ea0460b/euflor_portable_vivo900 Euforia | | Highly Likely Infringing | Omni Systems | http://www.iodiedb.com/games/euflora.php/www.euflorie game.com/Reg75agreview; https://secure.brintexico.com/servlets/Orders.ShoppingCart?cID=5574&P28 O0J/C1D=5574 0000 |

| # | Ex | URL | Title | Category | Company | Notes |
|---|----|-----|-------|----------|---------|-------|
| 875 | D | http://hotfile.com/dl/86933942/81a37c7/Euforia.v2.06.multi8.full-THETA_dla_EXSite.rar.html | Euforia | Highly Likely Infringing | | |
| 876 | D | http://hotfile.com/dl/101048759/f333272/Excruciating.Guitar.Voyage_outlaws_vince002.part1.rar.html | Excruciating Guitar Voyage | Highly Likely Infringing | Wickedworx | http://www.wickedworx.net/games.php?id=4 |
| 877 | D | http://hotfile.com/dl/101058660/b98b68/Excruciating.Guitar.Voyage_outlaws_vince002.part2.rar.html | Excruciating Guitar Voyage | Highly Likely Infringing | Wickedworx | http://www.wickedworx.net/games.php?id=4 |
| 878 | D | http://hotfile.com/dl/89440014/eea4c72/Space_Hack.part2.rar.html | Space Hack (pc game) | Highly Likely Infringing | Meridian 4 Inc. | http://www.filestube.com/88Ks04j0b7q8zn6l8bjb1UM/Space-Hack.html; http://www.torrentlook.com/games/305102-space-hack-pc-game.html |
| 879 | D | http://hotfile.com/dl/89440016/3aa44f/Space_Hack.part1.rar.html | Space Hack (pc game) | Highly Likely Infringing | Meridian 4 Inc. | http://www.meridian4.com/games/spacehack |
| 880 | D | http://hotfile.com/dl/94896735/5609515/VA-Push_My_Button_Vol_1.part1.rar.html | Push My Button Vol.1 | Highly Likely Infringing | Millgold Records | http://millgoldrecords.blogspot.com/2011/01/va-push-my-button-milg02bcp0007-is-now.html; http://soundcloud.com/mrpnk/ag09-from-push-my-button |
| 881 | D | http://hotfile.com/dl/94896738/393d127/VA-Push_My_Button_Vol_1.part2.rar.html | Push My Button Vol.1 | Highly Likely Infringing | Millgold Records | |
| 882 | D | http://hotfile.com/dl/94896742/b263e51/VA-Push_My_Button_Vol_1.part3.rar.html | Push My Button Vol.1 | Highly Likely Infringing | Millgold Records | |
| 883 | D | http://hotfile.com/dl/115758000/e3eb37a/WebInstaller.exe.html | IDownloader | Noninfringing | Appworld GmbH | http://idownloader.org/download/index; http://creativecommons.org/licenses/by-nc-sa/2.0/ |
| 884 | D | http://hotfile.com/dl/115757975/de46943/Mipony-Installer.exe.html | Mipony Installer | Noninfringing | Mipony | mipony.net |
| 885 | D | http://hotfile.com/dl/100963657/aef5eaf/Emma_Mae_-_Fool_Fetish_Daily_4.avi.html | Emma Mae Hardcore | Highly Likely Infringing | Kick Ass Pictures, Inc. | http://www.footfetishdaily.com/guest/legal/terms.php |
| 886 | D | http://hotfile.com/dl/101504757/9bb2b05/lekbikindle.rar.html | Looking For Jackie | Highly Likely Infringing | Phase 4 Films | http://www.imdb.com/title/tt1478291/companycredits |
| 887 | D | http://hotfile.com/dl/115445125/6232269/indir.rar.html | So Fine (Sean Paul) | Highly Likely Infringing | Atlantic Recording Corp, others | http://www.amazon.com/So-Fine-Album-Version/dp/B0028285SO |
| 888 | D | http://hotfile.com/dl/48577479/10ee578/FuchoNoMuertos.zip.html | Pro Zombie Soccer | Highly Likely Infringing | Chillingo Ltd. | http://www.chillingo.com/games/featured/; http://3cnamidatouch-games.blogspot.com/2010/06/pro-zombie-soccer.html; http://rapidlibrary.com/files/fuchonomuertos-zip_36455953.html; http://translate.google.com/translate?hl=en&sl=es&u=http://www.iphone-chile.cl/17/meta-zombis-jugando-lo-futbol-con-pro-zombie-soccer/&ei=etQeG5t5NL4OYhCdf86dGrAOJ&sa=X&oi=translate&ct=result&resnum=3&sqi=2&ved=0CDAQ7gEwAg&prev=/search%3Fq%3DDhttp%3A//hotfile.com/dl/48577479/10ee578/FuchoNoMuertos.zip.htm%26zbln%26zbln%26zbln%2Bm%26hl%3D599%26prm%3Dmvns |
| 889 | D | http://hotfile.com/dl/88674006/f8217bf/NinjaMataFruta.zip.html | Fruit Ninja 1.2 | Highly Likely Infringing | Halfbrick Studios | http://www.halfbrick.com/contact-us/; http://www.angrypolis.com/artefactos/fruit-ninja-1-2/; http://webcache.googleusercontent.com/search?q=cache:KE8pSVOX_PgJ:aingabook.com/mac/873491/juego-para-ipod-touch_iphone-e-ipad-_Megapost_.html+http://hotfile.com/dl/4367406/f8217bf/NinjaMataFruta.zip.html&cd=3&hl=en&ct=clnk&gl=us; http://itunes.apple.com/us/app/pro-zombie-soccer/id358101524?mt=8 |
| 890 | D | http://hotfile.com/dl/43517395/910be13/CarreritasMatonas.zip.html | Split Second | Highly Likely Infringing | Walt Disney | http://www.bhgorama.com.mx/Gadgets/splitsecond-0-9-4/; http://www.angrypolis.com/artefactos/splitsecond-0-9-4/; https://disney.go.com/disneyinteractivestudios/splitsecond/ |

# EXHIBIT 32

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

-----------------------------------x

DISNEY ENTERPRISES, INC., et al.,   )

            Plaintiffs,    ) Case No.

    v.                        ) 11-20427-

HOTFILE CORP., et al.,          ) WILLIAMS/

       Defendants.    ) TURNOFF

-----------------------------------x

HOTFILE CORP.,                )

    Counterclaimant,    )

    v.                     )

WARNER BROS. ENTERTAINMENT, INC.,  )

    Counterdefendant.    )

-----------------------------------x


VIDEOTAPED DEPOSITION OF SCOTT A. ZEBRAK, ESQUIRE

    Washington, D.C.

    Tuesday, December 20, 2011

    9:43 a.m.



Job No.: 439702

Pages 1 - 370

Reported By:  Joan V. Cain

Page 2

1    Videotaped Deposition of SCOTT A. ZEBRAK,

2    ESQUIRE, held at the law offices of:

3

4         STRADLEY RONON STEVENS & YOUNG, LLP

5         Suite 500

6         1250 Connecticut Avenue, Northwest

7         Washington, D.C. 20036

8         (202) 822-9611

9

10    Pursuant to Notice, before Joan V. Cain, Court

11   Reporter and Notary Public in and for the District of

12   Columbia.

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1          A P P E A R A N C E S

 2

 3      ON BEHALF OF PLAINTIFFS:

 4          STEVEN B. FABRIZIO, ESQUIRE

 5          JENNER & BLOCK, LLP

 6          Suite 900

 7          1099 New York Avenue, Northwest

 8          Washington, D.C. 20001

 9          Telephone:  (202) 639-6000

10          E-mail:  sfabrizio@jenner.com

11

12      ON BEHALF OF DEFENDANTS AND COUNTERCLAIMANT:

13          ANDREW LEIBNITZ, ESQUIRE

14          FARELLA BRAUN & MARTEL, LLP

15          Russ Building

16          235 Montgomery Street

17          San Francisco, California 94104

18          Telephone:  (415) 954-4400

19          E-mail:  aleibnitz@fbm.com

20

21      ALSO PRESENT:

22          Terry Michael King, Videographer

23

24

25
```

Page 126

1  my -- my answer's the same with respect to -- to each

2  of these specific questions you asked in terms of --

3  you know, I've explained what my expertise is.  As to

4  a particular facet of a particular type of copyrighted

5  material that's, you know, that's not where my -- I

6  have a familiarity and I researched those quite

7  extensively here, but, you know, I'm not an expert in

8  Japanese Manga, for example, or the example you gave

9  on -- whatever the title was for that gaming tool.

10  BY MR. LEIBNITZ:

11     Q   What did you do to research the Manga

12  industry for this case?

13     A   Well, there's sort of general and specific

14  answers to that.  You know, most of the research that

15  I did began in connection with research on a

16  particular file.

17        So, you know, on a particular file we'd

18  attempt to see who was commercializing it and who the

19  copyright owner or its licensee was, and for example,

20  you know, the definition of highly likely infringing

21  that I applied was, you know, if it was copyrighted

22  content and it was being commercialized by that, you

23  know, entity, whether it was located in Japan or the

24  creator of, you know, that sort of material elsewhere,

25  you know, if they were commercializing it and selling

Page 127

1    it and it was copyrighted content, it would be

2    entirely inconsistent with how they were developing

3    and selling that content for them to have authorized

4    that content to be reproduced and distributed across

5    the web on a viral basis.

6         So, you know, my -- my research on that

7    industry generally or that specific provider

8    specifically involved looking through the sites of

9    those providers, looking at secondary research

10   material on that space as I ran across it or looked

11   for it, and I think that's probably it.

12    Q    To what degree does the Japanese Manga

13   industry encourage fan translations?

14       MR. FABRIZIO:  Objection, vague and

15   ambiguous.

16       THE WITNESS:  I am familiar -- well, let me

17   take a step back.

18       MR. FABRIZIO:  And overbroad.

19       THE WITNESS:  Yeah.  When you're talking

20   about the whole industry, I'm familiar with fans

21   translate certain works from one language to another.

22   Sometimes they may -- I don't -- they may do other

23   things with the content.  The -- I -- probably what

24   each particular company does varies based on a -- on a

25   company.

1  won't let the witness review.

2      MR. LEIBNITZ:  I'm not going to look at it

3  then.

4  BY MR. LEIBNITZ:

5    Q  Mr. Zebrak?

6    A  I mean, again, I'm trying to answer the

7  best -- question as best as I can.  You've put forward

8  a document that -- that you I believe said was printed

9  from the file on the drive that corresponds to this

10  upload and two pages that you said correspond to the

11  links I have in my notes section.  Doing the review, I

12  would have been looking at all this information along

13  with other information and doing it also in a more

14  meaningful way, not in -- in printouts, but seeing it

15  in color on a larger screen where I could zoom in, and

16  I would have been looking at other information too

17  about -- about this, including perhaps a takedown

18  notice, other information about the status of the

19  uploader perhaps.  There's a whole -- you know, the

20  term I used before.  There's a whole quilt of

21  information.  It's very hard right now for this work

22  for me to remember more than what I've already told

23  you.

24      I can tell you the process I went through.

25  For this particular work, this doesn't jog my memory

1   as to the exact basis for my determination.  But I

2   could tell you the process I would have gone through

3   to arrive at that determination.

4       Q   Mr. Zebrak, there was no DMCA notice for

5   this according to Exhibit 101, right?

6       MR. FABRIZIO: Okay.  Objection.  Lacks

7   foundation and misstates Hotfile's own records.  Let

8   him see the other document that he brought with him.

9       THE WITNESS:  Should I answer the question?

10  BY MR. LEIBNITZ:

11      Q   Please.

12      A   This -- this document you put in front of me

13  for -- excuse me -- for 1767 says null in the Noticed

14  field.  You know, again, there -- there's other

15  correlation of takedown information that -- that is

16  available both to you and to us that would further

17  inform whether this is properly designated highly

18  likely infringing.  I have no reason to think that

19  it's anything other than a highly likely infringing

20  designation.  If I'm wrong, I'd be the first one to

21  want to correct that, but right now I don't think that

22  that's the case.  I don't -- I recall the process I

23  went through.  I can't footnote the exact specific for

24  it.  I could supplement the answer afterwards, and

25  that's -- really, I'm not sure what else you want me

1   read it back.

2   BY MR. LEIBNITZ:

3      Q   Here's the question.  Did you ask anybody to

4   confirm your findings?

5      A   And I believe the answer I gave to you

6   was -- well, maybe -- maybe I didn't include this

7   portion of it within my answer.  I did, for the

8   reasons we've discussed earlier, find that it was

9   feasible for me to reach out to the plaintiffs in the

10  case and they with respect to their works confirmed

11  for me that they owned them and did not authorize them

12  for distribution through Hotfile.  With respect to

13  reaching out to other copyright owners, I didn't view

14  that to be necessary or feasible for the reasons we've

15  discussed.

16        So beyond that, in terms of confirming my

17  findings in answering your question a moment ago and

18  again now, the only other thing I did by way of asking

19  people to confirm my findings was -- in terms of

20  reaching out to others, I reached out in conversations

21  like the one I described to you a little while ago

22  with the head of the Free Speech Coalition.

23     Q   Do you have any scientifically reliable

24  reason to believe your findings are representative of

25  anybody but yourself?

Page 370

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2        I, Joan V. Cain, Court Reporter, the officer

3    before whom the foregoing deposition was taken, do

4    hereby certify that the foregoing transcript is a true

5    and correct record of the testimony given; that said

6    testimony was taken by me stenographically and

7    thereafter reduced to typewriting under my direction

8    and that I am neither counsel for, related to, nor

9    employed by any of the parties to this case and have

10   no interest, financial or otherwise, in its outcome.

11       IN WITNESS WHEREOF, I have hereunto set my

12   hand and affixed my notarial seal this 29th day of

13   December 2011.

14

15   My commission expires:

16   June 14, 2014

17   _____

18   NOTARY PUBLIC IN AND FOR THE

19   DISTRICT OF COLUMBIA

20

21

22

23

24

25

# EXHIBIT 33

<u>Affidavit of Leigh Mackay</u>

Leigh Mackay, does depose and state as follows:

1.    My name is Leigh Mackay.  Unless otherwise stated, I make this affidavit of my own personal knowledge.  I am a citizen of Australia and over 18 years old.

2.    I was the original owner and creator of the website PHPTutorials.com.

3.    PHPTutorials.com was a site where I maintained a series of videos which I created.  As the website's name implies, the videos were tutorials to help people learn PHP, a computer scripting language used in creating websites.  Although I have since given the website domain name to a friend (who intends at some point to post his own videos there), I remain the sole owner of the videos which had previously been posted at PHPTutorials.com.

4.    I have been informed that some or all of my videos have been posted at Hotfile.com, a cyber-locker site that allows users to store and/or share large files over the internet.

5.    I have no objection to my videos being stored and/or shared in this manner and do not consider such storing and/or sharing to infringe my intellectual property rights.

Signed under the pains and penalties of perjury this 19th day of January, 2012.


_Leigh Mackay_
Leigh Mackay

EXHIBIT

# EXHIBIT 34

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES INC.,
and WARNER BROS. ENTERTAINMENT
INC.,

        Plaintiff,

    v.

HOTFILE CORP., Anton Titov, and DOES 1-10,

      Defendant;

Civil Action No. 1:11-cv-20427

HOTFILE CORP., Anton Titov, and DOES 1-10,

      Counterplaintiff,

    v.

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES INC.,
and WARNER BROS. ENTERTAINMENT
INC.,

      Counterdefendant.

**EXPERT REPORT OF MATTHEW R. LYNDE**
*HIGHLY CONFIDENTIAL*
*OUTSIDE ATTORNEYS EYES ONLY*
*SUBJECT TO PROTECTIVE ORDER*

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY*

*HIGHLY CONFIDENTIAL*
*OUTSIDE ATTORNEYS EYES ONLY*
*SUBJECT TO PROTECTIVE ORDER*

## TABLE OF CONTENTS

Page

I.     QUALIFICATIONS .................................................................................................1

II.    ASSIGNMENT.......................................................................................................2

III.   SUMMARY OF CONCLUSIONS..........................................................................3

IV.    CASE OVERVIEW AND BACKGROUND ............................................................3

V.     DAMAGES ANALYSIS .........................................................................................8

       A.     The Damages Period ...................................................................................8

       B.     Damages Analysis........................................................................................8

VI.    PREJUDGMENT INTEREST...............................................................................13

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY*

I, Matthew R. Lynde, submit this report of my opinions in the captioned matter, along with the bases and reasons in support of those opinions. It is my intent and belief that this report complies with the requirements for an expert report as set forth in Federal Rule 26. I am prepared to testify about the subject matter of this report in the present litigation if called upon to do so.

## I.    QUALIFICATIONS

1.    I am an economist specializing in applied economic, financial, and statistical analysis of complex business matters, including the calculation of damages involving intellectual property issues. I have over thirty years of experience as a practicing applied economist for the government, academia, and business. I am currently Vice President of Cornerstone Research, an economic and financial consulting firm with offices in Menlo Park, San Francisco, and Los Angeles, California, Boston, Massachusetts, Washington, D.C., and New York, New York.

2.    I earned both a B.A. and a Ph.D. in Economics from the University of California at Berkeley. As an undergraduate at Berkeley, I studied Electrical Engineering in addition to Economics. During the interval between degrees, I worked in the federal government, attached to the President's Council on Wage and Price Stability, and at the Brookings Institution. Following my doctorate, I was on the faculty of the City University of New York where I taught corporate finance as well as microeconomics and econometrics courses. I then joined Price Waterhouse in New York, and eventually became the partner in charge of that firm's intellectual property practice in the San Francisco Bay Area. I was invited to join Cornerstone Research in 2001.

3.    For more than fifteen years, I have been involved in analyzing and addressing damages and liability questions in complex commercial litigation, as well as advising companies on patent and copyright licensing issues. I have testified as an expert witness in arbitration,

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY*

deposition, and in both state and federal courts on patent, copyright, trademark, and trade secret damages, contract breach damages, and securities fraud damages. I have submitted expert reports and consulted on many more cases where testimony was not required or in support of the expert witness. In licensing consultations, I have advised clients in high-tech industries about portfolio management, exploitation and implementation strategies, licensing-in and licensing-out, and royalty examinations.

4.      I am a member of the American Economics Association, the National Association of Business Economists, the American Statistical Association, and the Licensing Executives Society. My Curriculum Vitae, including my publications within the last ten years and testimony given in the last four years, is attached as Appendix I.

5.      Cornerstone Research is being compensated at $585 per hour for my time spent on this case. The compensation to Cornerstone Research is in no way based on the outcome of this litigation.

## II.   ASSIGNMENT

6.      I have been informed that Disney Enterprises, Inc., Twentieth Century Fox Film Corporation ("Fox"), Universal Studios Productions LLLP ("Universal"), Columbia Pictures Industries, Inc. ("Columbia"), and Warner Bros. Entertainment Inc. ("Warner") (collectively the "Studios") have alleged that Hotfile Corporation, Anton Titov, and DOES 1–10 ("Hotfile") directly and indirectly infringe the Studios' copyrights, and also induce and contribute to copyright infringement by others  In its Counterclaim, Hotfile has alleged that Warner knowingly misrepresented that it owns the copyrights to materials on Hotfile, causing the wrongful deletion of files owned by Hotfile users. Hotfile also alleges that Warner specifically requested and misused Hotfile's anti-piracy tool.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY*

7.      I have been asked by counsel for Hotfile to study the economic issues in this case and to render an expert opinion as to the amount of damages that would be due to Hotfile in the event that Hotfile proves Warner knowingly misrepresented that it owns the copyrights to materials on Hotfile that it wrongfully deleted by its use of Hotfile's anti-piracy tool. Accordingly, for purposes of my analysis, I have assumed that the Hotfile's allegations are true. A list of the materials I have reviewed in connection with my report is attached as Appendix II.

8.      I may amend or supplement my opinions to address any issues by any experts of the Studios or resulting from any additional information or documents that become available, including any depositions that have yet to be taken. I may also testify about matters that are: (1) raised on direct or cross-examination at trial; (2) necessary to rebut any other matters that the Court allows the Studios to introduce or rely upon; or (3) otherwise raised at trial by counsel or the Court in relation to matters in this report.

### III.    SUMMARY OF CONCLUSIONS

9.      Based on my review of the documents and deposition testimony, confirmed through discussions with Hotfile senior staff, I have reached the following conclusions. Warner's misrepresentations and misuse of Hotfile's anti-piracy tool injured Hotfile and negatively affected and continues to affect Hotfile's revenues and profits. I estimate that Hotfile's damages related to Warner's actions are between $9,100 and $80,670 depending on the scenario.

### IV.    CASE OVERVIEW AND BACKGROUND

10.     Hotfile is a Panamanian corporation with its principal place of business located outside of the U.S. Hotfile operates a website, *hotfile.com,* which provides file hosting services

to users of its website.  Hotfile offers network storage and access which allow its users to store and share digital files.  Registered and non-registered users of Hotfile website may upload digital files to *hotfile.com*.  Once the file is uploaded, a URL is generated.  With this URL, other users may download linked files.  Users can download the files for free, but they may also purchase premium memberships with Hotfile costing up to $9 per month.  These premium memberships carry benefits such as faster download speeds, access to simultaneous downloads, and no initial delays or download time restrictions in contrast to free downloads.[1]

11.     Hotfile enables file sharing among users.  According to the Cisco forecast, consumer file sharing is growing globally, and is expected to more than double by 2015 from its 2010 level.[2]  Hotfile's mode of operation is sometimes described by the terms "cyberlocker" and "cloud computing."  From the user's perspective, Hotfile provides a digital storage space  for users, just like gym lockers provide storage for gym clothes and equipment or library lockers provide storage for books.  The distinguishing characteristic of cyberlockers is that they can be accessed from anywhere by anyone with the correct link to the file on the Hotfile website.  Because files on the Hotfile website may be uploaded and downloaded from anywhere by any user with an Internet access (and knowledge of the file's specific URL in case of downloads), it also fits with the definition of "cloud computing." [3]

---

[1] Second Amended Answer, Affirmative Defenses and Counterclaim of Defendant Hotfile Corporation to Plaintiffs' Complaint, 10/27/11, Answer ¶24 ("Counterclaim").

[2] Cisco, "Cisco Visual Networking Index:  Forecast and Methodology, 2010–2015," 6/1/11 (see Table 9).

[3] The National Institute of Standards and Technology defines "cloud computing" as "a model for enabling convenient, on-demand network access to a shared pool of configurable computing resources (e.g., networks, servers, storage, applications, and services) that can be rapidly provisioned and released with minimal management effort or service provider interaction."  It notes that there are five essential characteristics of cloud computing:  (1) on-demand self-service; (2) broad network access; (3) resource pooling (resources are pulled to serve multiple customers dynamically so that the customers do not control or even know the exact location of the provided resources); (4) rapid elasticity (capabilities can be rapidly and elastically provisioned so that to the user the capabilities available appear to be unlimited and can be purchases in any quantity in any time); and (5) measured service (resource use is measured so its usage may be monitored, controlled, and reported providing transparency to both the provider and the user).  It appears that Hotfile's services have these characteristics.  National Institute of Standards and Technology, "The NIST Definition of Cloud Computing," Version 15, 10/7/09, at http://www.nist.gov/itl/cloud/upload/cloud-def-v15.pdf.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY*                                          4

12.     Hotfile allows the users "to store and access files of all kinds online" and also to share those files with others by providing them with URLs to those files.[4] Hotfile does not routinely monitor the content of the files uploaded or downloaded from Hotfile. Hotfile also does not offer the ability to search its file depository for specific files; the files are only accessible if the exact download link is known.

13.     Hotfile offers an affiliate program where users who upload files to *hotfile.com* may receive payments from Hotfile based on the number of files placed on *hotfile.com* and how often those files are downloaded as well as the number of users who purchased premium access to download these files.[5] In addition, Hotfile offers payments to site owners who refer users to Hotfile.[6]

14.     Hotfile's provision of internet services includes activities that are covered under the Digital Millennium Copyright Act (DMCA). In particular, Hotfile complies with the DMCA notice and takedown requirements in two ways. First, copyright owners may notify Hotfile via e-mail that a particular file stored on *hotfile.com* infringes their copyright and Hotfile's staff will take down the infringing content from its website. In addition, on request, Hotfile provides copyright owners with access to Hotfile's anti-piracy tool via a Special Rightsholder Account (SRA) on *hotfile.com*. SRA holders can directly and instantaneously delete or disable any number of files on *hotfile.com* where the file content infringes their copyrights, provided they represent under penalty of perjury that they are the owner or authorized by the owner to make the deletion and they have a good faith belief that use of the material in the manner complained of is not authorized by law.

---

[4] http://hotfile.com/terms-of-service.html, accessed 11/17/11.
[5] http://hotfile.com/affiliate.html, accessed 11/17/11.
[6] http://hotfile.com/affiliate.html, accessed 11/17/11.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY*

15.     The Studios create and distribute filmed entertainment.  They own or control the copyrights and/or exclusive reproduction and distribution rights to thousands of popular films and television programs.[7]  The Studios allege that infringing copies of their copyrighted films and programs are uploaded to and downloaded from Hotfile servers.

16.     Warner is a Delaware corporation with its principal place of business located in Burbank, California.[8]  Warner uses Hotfile's SRA to remove content from Hotfile servers that they believe infringes its copyrights and I understand that in the past Warner has complimented Hotfile's efforts to protect copyrighted materials.[9]

17.     When *hotfile.com* first started its operations, Warner submitted takedown notices to Hotfile by e-mail.[10]  In April 2009, Warner asked Hotfile to provide a special anti-piracy tool which would allow Warner to directly remove its copyrighted materials from *hotfile.com* instead of sending e-mail notices to Hotfile and relying on Hotfile's staff to remove such files.  In August 2009, Hotfile provided Warner with such a tool—access to Hotfile's SRA.  The SRA use was registered to Michael.Bentkover@warnerbros.com e-mail.[11]  Using this e-mail with its corresponding password, a user may login onto *hotfile.com* and command the Hotfile servers to block any file so that nobody can download it.  Warner may enter one or several URLs to files it wishes to block, which will then be blocked immediately.  Warner may also upload a batch file with a list of links, and all files corresponding to those links will be blocked.  The SRA takedown

---

[7] Complaint for Copyright Infringement, *Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.*, 2/8/11, ¶15 ("Complaint").

[8] Counterclaim, ¶7.

[9] Answer and Defenses of Warner Bros. Entertainment, Inc. to Hotfile Corp.'s Second Amended Counterclaim, 11/7/11, ¶36 ("Warner Answer to Counterclaim").

[10] Warner Answer to Counterclaim, ¶12.

[11] Warner Answer to Counterclaim, ¶¶12–13.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY*

process is fully automated and requires no further action by Hotfile staff.  Subsequently, Warner requested five additional SRAs to remove files from *hotfile.com*.[12]

18.     Warner relies on a robot to identify potentially infringing works on Hotfile servers.[13]  The robot does not identify infringing works precisely, which results in some false positives.  According to Warner's internal documents, the false positive rate for its robot is almost 10% on average.[14]  Warner is well aware that its robot may erroneously identify some files as infringing on Warner's copyrights when in fact they do not.[15]  However, Warner still relies on the robot's analysis to take down files on Hotfile servers by using the SRA tool.  As a result, and as acknowledged by Warner, some files removed by Warner have content that does not infringe Warner copyrights.[16]  For example, Warner has acknowledged that it removed from Hotfile a software program and gaming software for which Warner does not hold copyrights.[17]

19.     Hotfile's SRA requires the SRA account holder to agree to "certify under penalty of perjury that I am owner or an authorized legal representative of the owner of the copyrights to this material.  I have a good faith belief that use of this material is not authorized by the copyright owner, the copyright owner's agent, or the law.  The foregoing information is accurate as to this material" prior to taking down files on Hotfile servers.[18]  This request is presented every time the SRA is used to delete files on Hotfile servers.

---

[12] Warner Answer to Counterclaim, ¶16.
[13] Warner Answer to Counterclaim, ¶27.
[14] Deposition of David Kaplan, 10/12/11 ("Kaplan Deposition") (see Exhibit 11 at WARNER072191).
[15] Kaplan Deposition, p. 91.
[16] Warner Answer to Counterclaim, ¶¶22–32.
[17] Warner Answer to Counterclaim, ¶¶22–23.
[18] Kaplan Deposition, Exhibit 6 and pp. 87–88.  See also Warner Answer to Counterclaim, ¶15.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY*

## V.    DAMAGES ANALYSIS

### A.    The Damages Period

20.     Following Warner's April 2009 request for an automated takedown tool, Hotfile made such a tool available via SRA to Warner and other copyright owners in August of 2009. On April 5, 2011, Hotfile provided Warner with a list of files that were removed by Warner in February 2011 even though these files appear not to infringe on Warner's copyrights.[19]  To date, Warner continues its use of the SRA and, as described in Hotfile's Counterclaim, continues to take down files for which it does not own copyrights.  Hence, I consider the following damages periods that begin either:  (1) in February 2011, the first date for which improperly removed files were identified in the Counterclaim; or (2) on April 5, 2011, when Hotfile provided Warner with the list of files erroneously removed by Warner.  Both damages periods end in September 2011 (the last period for which data are available).  Hence, the corresponding damages periods are eight or six months in duration.

### B.    Damages Analysis

21.     Because the SRA access allows the SRA holder to remove any file on the Hotfile servers, misuse of this tool can have harmful consequences.  For example, when a file is deleted by the SRA holder, the Hotfile system automatically blocks uploading of the same file or any other copy of the file with the same hash value.[20]  Hence, even if the SRA holder mistakenly removes a file from Hotfile, all copies of this file will be blocked from being uploaded to Hotfile in the future.

22.     Given the power of the SRA, it needs to be used responsibly.  Hotfile granted Warner SRA access to its anti-piracy tool to remove only those files to which Warner owns

---

[19] Kaplan Deposition, Exhibit 3, Attachment A.
[20] Counterclaim, ¶14.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY*

copyrights. However, Warner deleted thousands of files from Hotfile without ever downloading them, and thus without ever verifying whether the file content in fact infringed on Warner's copyrights.[21] Warner also acknowledges that some of the files deleted by Warner did not infringe Warner's copyrights.[22]

23.     When Warner received SRA access, Warner stopped sending takedown requests by e-mail and relied on the SRA alone.[23] Since that date, Warner has taken down approximately 750,000 files from *hotfile.com* using its SRA access.[24] On average, in the year prior to February 2011 when this litigation commenced, Warner was responsible for approximately 20 percent of all SRA takedowns. According to Warner's internal documents, Warner has a 10 percent false positive rate for takedown requests, so approximately 10 percent of Warner's takedowns affected files for which Warner does not own copyrights.[25]

24.     In February 2011, Hotfile announced on its website that it would be more aggressive in terminating accounts for users who repeatedly upload files containing copyrighted materials to which they do not hold rights.[26] Hotfile then proceeded to terminate the accounts of users who repeatedly uploaded files that were subject to takedown requests.

25.     Hotfile's only source of revenues is payments for premium accounts. Because users may download files from *hotfile.com* for free, they do not need premium accounts to access files on the Hotfile servers. Users may choose to pay for premium access to obtain faster download speeds and access to simultaneous downloads, as well as no initial delays or download time restrictions. To generate premium accounts, Hotfile needs to attract users to its site.

---

[21] Warner Answer to Counterclaim, ¶22.
[22] Warner Answer to Counterclaim, ¶¶22–32.
[23] Kaplan Deposition, Exhibit 7.
[24] Users_cowner_upload.csv.
[25] Kaplan Deposition, Exhibit 11 at WARNER072191.
[26] http://hotfile.com/news.html, accessed 11/17/11.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY*                                                    9

Hotfile's affiliate program aims to attract premium accounts through users who can direct internet traffic to Hotfile's website, which is a common practice in online advertising. Additional traffic to Hotfile's site increases the likelihood that at least some of the visitors might sign up for premium account access, thereby increasing Hotfile's revenues. Historically, approximately 45 percent of all the files uploaded to Hotfile have been downloaded at least once, with approximately 25 percent via premium access. Approximately 1% of these files generated premium subscriptions; that is, a user purchased a premium subscription to download that file.[27]

26.     Wrongful takedowns have several adverse effects on Hotfile and its business. First, wrongful takedowns may lead to termination of a premium account and therefore loss of all future revenues associated with that account.

27.     Second, reduction in the number of files available to users for download reduces the value of the premium account to users. This in turn lowers their incentive to pay for premium access, which leads to a reduction in Hotfile's revenues.

28.     Third, wrongful takedowns negatively affect Hotfile's affiliates and the revenues associated with the traffic they generate. Takedowns may lead to termination of affiliate accounts. Even if an account is not terminated, wrongful takedowns reduce affiliates' earnings and lower their incentive to direct traffic to Hotfile. More broadly, wrongful takedowns are likely to adversely affect Hotfile's business reputation and goodwill. As a result, affiliates may decide to leave Hotfile because there are many other competing file hosting service providers to choose from.[28] A loss of an affiliate means a loss of all the traffic generated by that affiliate and the associated revenues via premium subscriptions at the time and in the future. This is the

---

[27] Uploaddownloads.csv.

[28] Mahanti, A., C. Williamson, N. Carlsson, M. Arlitt, and A. Mahanti, "Characterizing the File Hosting Ecosystem: A View from the Edge," 2011, forthcoming *Performance Evaluation Journal.*

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY*

traffic that is unlikely to be recaptured.  Hence, damages will continue to accumulate into the future.

29.     Hotfile also benefits from informal advertising where users may learn about Hotfile's existence or popularity from other users.  Conversely, negative feedback from other users harms Hotfile.  Wrongful takedowns create negative publicity for Hotfile.  Negative reputation effects create lasting damages that continue into the future.

30.     Indeed, Hotfile revenues declined sharply following the introduction of the more aggressive account termination policy, and continue to decline to this day.[29]  Reduction in revenues associated with takedowns of infringing materials is to be expected.  However, reduction in revenues attributable to wrongful takedowns causes economic harm to Hotfile.  Because reputational effects take time to manifest themselves, it is not surprising that the slowdown of Hotfile revenues continued past February 2011.

31.     To determine the reduction in revenues that is attributable to wrongful takedowns, I first estimate the decline in Hotfile revenues since February 2011 relative to the level of revenues in January 2011 for each month starting with February 2011 onward.  This decline is driven by the takedown activity and related account terminations.  Because Warner is responsible for only a fraction of takedown activity on the Hotfile servers, I calculate Warner's share of Hotfile's takedown activity.

32.     Takedown requests on Hotfile are made either via an e-mail request or the use of the SRA.  SRA takedowns account for approximately 40 percent of all Hotfile takedowns.[30]  As described above, when Warner received SRA access, Warner stopped sending takedown requests

---

[29] Defendants' Supplemental Responses to Plaintiffs' Interrogatory Nos. 6 and 9, 9/12/11, pp. 6–7.
[30] Interview with Mr. Vasil Kolev, who does server administration for Hotfile, 11/16/11.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY*                                                          11

by e-mail and relied on the SRA access alone.[31]  Because the SRA gives copyright owners direct control over content removal, it is likely that owners most concerned with unauthorized distribution would rely on the SRA.  On average, in the year prior February 2011 when this litigation commenced, Warner was responsible for approximately 20 percent of all SRA takedowns.

33.    Most of Warner's takedown requests have been fair, but as many as 10 percent were in error.  According to Warner's internal documents, Warner has a 10 percent false positive rate for takedown requests, so approximately 10 percent of Warner's takedowns removed files for which Warner does not own the copyright.[32]  Through careful examination and diligence, Hotfile has managed to identify over 800 specific errors as set forth in Counterclaim Exhibits A through D.[33]  These files were removed during the February 2011–August 2011 time period.[34]  During this period, Warner took down over 66,500 files from the Hotfile servers.  Thus, with over 800 specific errors identified by Hotfile for this period, more than one percent of all Warner's takedowns were identified by Hotfile as wrongful.  However, as described above, by Warner's own estimates, 10 percent of its takedowns are likely to be wrongful.

34.    Hence, at least 1 percent and possibly as much as 10 percent of Warner's takedowns are wrongful. Therefore, the associated decline in Hotfile revenues is wrongful as well, and harms Hotfile.

35.    As I understand it, the DMCA law provides for recovery of any damages incurred by a service provider such as Hotfile injured by misrepresentation, including economic harm in

---

[31] Kaplan Deposition, Exhibit 7.
[32] Kaplan Deposition, Exhibit 11 at WARNER072191.
[33] Counterclaim, Exhibits A–D.
[34] Wrongful takedowns prior to 2011, as well as any takedowns that appear to be duplicates, have been excluded.  By its nature, a wrongful deletion will normally result in the destruction of the content of the file and it is therefore difficult to verify what was deleted; since the filing of the lawsuit in February, the content of files have generally been preserved making content verification possible.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY*

the form of lost profits due to wrongful takedown notices. I estimate Hotfile's profit rate using Hotfile's historic gross revenues and gross expenses from March 2009 to January 2011, i.e. from the time period prior to the damages period, and apply that profit rate to revenue figures to calculate how profits declined given the decline in revenues.[35]

36.      I find that the economic harm to Hotfile that can be conservatively attributed to Warner's actions is:

- at least $10,511 for the wrongful takedowns listed in the Counterclaim, and possibly as high as $80,670 for Warner's self-reported 10 percent wrongful takedowns, for the damages period February 2011–September 2011 (see Schedules 1 and 2); or

- at least $9,100 for the wrongful takedowns listed in the Counterclaim, and possibly as high as $69,839 for Warner's self-reported 10 percent wrongful takedowns, for the damages period April 5, 2011–September 2011 (see Schedules 1.1 and 2.1).

VI.      PREJUDGMENT INTEREST

In the event Hotfile prevails at trial, and should the Court determine that prejudgment interest be awarded, I am prepared to supply a calculation of such damages in accordance with the guidelines put forward by the Court.

Date:   November 18, 2011

_Matthew R. Lynde, Ph.D._

---

[35] Defendants' Supplemental Responses to Plaintiffs' Interrogatory Nos. 6 and 9, 9/12/11, pp. 6–7.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY*

# Schedule 1
## Hotfile Corporation
## Damages Analysis Using Wrongful Takedowns Listed in Counterclaim
### February 2011 – September 2011

| Date | Subscription Revenue | Lost Revenue[1] | Total Lost Profits[2] | Lost Profits Due to Warner[3] | Damages[4] |
|------|----------------------|-----------------|-----------------------|-------------------------------|------------|
| 2/11 | $4,020,104.58 | $920,120.11 | $382,046.79 | $31,038.39 | $404.43 |
| 3/11 | $2,960,265.29 | $1,979,959.40 | $822,406.95 | $66,789.93 | $870.27 |
| 4/11 | $2,243,908.67 | $2,696,316.02 | $1,119,548.28 | $90,954.78 | $1,185.14 |
| 5/11 | $1,382,431.02 | $3,057,793.67 | $1,269,638.88 | $103,148.50 | $1,344.02 |
| 6/11 | $1,498,822.17 | $3,441,402.52 | $1,428,918.67 | $116,088.77 | $1,512.63 |
| 7/11 | $1,398,930.62 | $3,541,294.07 | $1,470,395.04 | $119,458.41 | $1,556.54 |
| 8/11 | $1,289,558.80 | $3,650,665.89 | $1,515,807.76 | $123,147.84 | $1,804.61 |
| 9/11 | $313,310.52 | $4,626,914.17 | $1,921,159.75 | $156,079.36 | $2,033.71 |
| | | | | **Total Damages[5]** | **$10,511.34** |

Source: payments.csv; userdat.csv; users_cowner_upload.csv; "Defendants' Supplemental Responses to Plaintiffs' Interrogatory Nos. 6 and 9,"
9/12/11; "Second Amended Answer, Affirmative Defenses, And Counterclaim of Defendant Hotfile Corporation to Plaintiffs' Complaint," Exhibits A-D,
10/27/11; Interview with Mr. Vasil Kolev, 11/16/11
Note:
[1] Lost revenues are calculated as the difference between revenues in January 2011 of $4,940,224.69 and the actual revenues for given months.
[2] Total lost profits are calculated by multiplying lost revenue by the average total profit margin from 3/09 to 1/11. The total profit margin is
calculated by dividing total gross revenues minus total gross expenses by the total gross revenues. Gross revenues and expenses are taken from
"Defendants' Supplemental Responses to Plaintiffs' Interrogatory Nos. 6 and 9," 9/12/11.
[3] Lost profits due to Warner are calculated as [Total Lost Profits]*[Percentage of SRA Takedowns by Warner]*[Percentage of SRA takedowns out of
All Takedowns]. During the one year period preceding February 2011, Warner was responsible for approximately 20% of all SRA takedowns on
average. The percentage of SRA takedowns out of all takedowns is calculated based on figures provided by Mr. Vasil Kolev, 11/16/11.
[4] Damages are calculated as [Lost Profits Due to Warner]*[(Wrongful Takedowns)/(Feb–Aug 2011 Warner Takedowns)]. The number of wrongful
takedowns was obtained by counting unique files listed in Exhibits A to D of the "Second Amended Answer, Affirmative Defenses, And Counterclaim
of Defendant Hotfile Corporation to Plaintiffs' Complaint". Wrongful takedowns prior to 2011, as well as any wrongful takedowns that appear to be
duplicates, have been excluded.
[5] Total damages are calculated as the sum of monthly damages from 2/11–9/11.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY*

# Schedule 1.1
# Hotfile Corporation
# Damages Analysis Using Wrongful Takedowns Listed in Counterclaim
## April 5, 2011 – September 2011

| Date | Subscription Revenue | Lost Revenue[1] | Total Lost Profits[2] | Lost Profits Due to Warner[3] | Damages[4] |
|------|---------------------|----------------|----------------------|------------------------------|-----------|
| 4/11 | $1,895,874.13 | $2,385,653.93 | $990,557.02 | $80,475.22 | $1,048.59 |
| 5/11 | $1,866,731.02 | $3,057,793.67 | $1,269,638.86 | $103,248.50 | $1,344.02 |
| 6/11 | $1,498,822.17 | $3,441,402.52 | $1,428,918.67 | $116,088.77 | $1,512.63 |
| 7/11 | $1,396,930.62 | $3,541,294.07 | $1,470,395.04 | $119,458.41 | $1,556.54 |
| 8/11 | $1,289,558.80 | $3,650,665.89 | $1,515,807.76 | $123,147.84 | $1,604.61 |
| 9/11 | $313,310.52 | $4,626,914.17 | $1,921,156.75 | $156,079.61 | $2,033.71 |
| | | | | Total Damages[5] | $9,100.10 |

Source: payments.csv; userdat.csv; users_cowner_upload.csv; "Defendants' Supplemental Responses to Plaintiffs' Interrogatory Nos. 6 and 9," 9/12/11; "Second Amended Answer, Affirmative Defenses, And Counterclaim of Defendant Hotfile Corporation to Plaintiffs' Complaint," Exhibits A-D, 10/27/11; Interview with Mr. Vasil Kolev, 11/16/11

Note:

[1] Lost revenues (except for April 2011) are calculated as the difference between revenues in January 2011 of $4,940,224.69 and the actual revenues for given months. Lost revenue for April 2011 is calculated from a prorated January 2011 revenue figure to account for the damages analysis starting 4/5/11.

[2] Total lost profits are calculated by multiplying lost revenue by the average total profit margin from 3/09 to 1/11. The total profit margin is calculated by dividing total gross revenues minus total gross expenses by the total gross revenues. Gross revenues and expenses are taken from "Defendants' Supplemental Responses to Plaintiffs' Interrogatory Nos. 6 and 9," 9/12/11.

[3] Lost profits due to Warner are calculated as [Total Lost Profits]*[Percentage of SRA Takedowns by Warner]*[Percentage of SRA takedowns out of All Takedowns]. During the one year period preceding February 2011, Warner was responsible for approximately 20% of all SRA takedowns on average. The percentage of SRA takedowns out of all takedowns is calculated based on figures provided by Mr. Vasil Kolev, 11/16/11.

[4] Damages are calculated as [Lost Profits Due to Warner]*[(Wrongful Takedowns)/(Feb–Aug 2011 Warner Takedowns)]. The number of wrongful takedowns was obtained by counting unique files listed in Exhibits A to D of the "Second Amended Answer, Affirmative Defenses, And Counterclaim of Defendant Hotfile Corporation to Plaintiffs' Complaint". Wrongful takedowns prior to 2011, as well as any wrongful takedowns that appear to be duplicates, have been excluded.

[5] Total damages are calculated as the sum of monthly damages from 4/5/11–9/11.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY*

# Schedule 2
## Hotfile Corporation
## Damages Analysis Using Wrongful Takedowns as Reported by Warner
### February 2011 – September 2011

| Date | Subscription Revenue | Lost Revenue[1] | Total Lost Profits[2] | Lost Profits Due to Warner[3] | Damages[4] |
|------|---------------------|-----------------|----------------------|-------------------------------|------------|
| 2/11 | $4,020,104.58 | $920,120.11 | $382,046.79 | $31,038.39 | $3,103.84 |
| 3/11 | $2,960,265.29 | $1,979,959.40 | $822,105.95 | $66,789.93 | $6,678.99 |
| 4/11 | $2,243,908.67 | $2,696,316.02 | $1,119,548.28 | $90,954.78 | $9,095.48 |
| 5/11 | $1,882,431.02 | $3,057,793.67 | $1,269,634.90 | $103,146.50 | $10,314.65 |
| 6/11 | $1,498,822.17 | $3,441,402.52 | $1,428,918.67 | $116,088.77 | $11,608.88 |
| 7/11 | $1,398,930.62 | $3,541,294.07 | $1,470,395.04 | $119,458.11 | $11,945.64 |
| 8/11 | $1,289,558.80 | $3,650,665.89 | $1,515,807.76 | $123,147.84 | $12,314.78 |
| 9/11 | $313,310.52 | $4,626,614.17 | $1,921,159.75 | $156,079.61 | $15,607.96 |
| | | | | **Total Damages[5]** | **$80,670.62** |

Source:  payments.csv; userdat.csv; users_cowner_upload.csv; "Defendants' Supplemental Responses to Plaintiffs' Interrogatory Nos. 6 and 9,"
9/12/11; Exhibit 11 to the Deposition of David Kaplan, 10/12/11, [WARNER072190–WARNER072192 at 191]; Interview with Mr. Vasil Kolev, 11/16/11
Note:
[1]  Lost revenues are calculated as the difference between revenues in January 2011 of $4,940,224.69 and the actual revenues for given months.
[2]  Total lost profits are calculated by multiplying lost revenue by the average total profit margin from 3/09 to 1/11.  The total profit margin is
calculated by dividing total gross revenues minus total gross expenses by the total gross revenues.  Gross revenues and expenses are taken from
"Defendants' Supplemental Responses to Plaintiffs' Interrogatory Nos. 6 and 9," 9/12/11.
[3]  Lost profits due to Warner are calculated as [Total Lost Profits]*[Percentage of SRA Takedowns by Warner]*[Percentage of SRA takedowns out
of All Takedowns].  During the one year period preceding February 2011, Warner was responsible for approximately 20% of all SRA takedowns on
average.  The percentage of SRA takedowns out of all takedowns is calculated based on figures provided by Mr. Vasil Kolev, 11/16/11.
[4]  Damages are calculated as [Lost Profits Due to Warner]*10%.  Exhibit 11 to the Deposition of David Kaplan, 10/12/11, shows Warner calculated
that its takedown method had a 10% false positive rate.
[5]  Total damages are calculated as the sum of monthly damages from 2/11–9/11.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY*

## Schedule 2.1
## Hotfile Corporation
## Damages Analysis Using Wrongful Takedowns as Reported by Warner
### April 5, 2011 – September 2011

| Date | Subscription Revenue | Lost Revenue[1] | Total Lost Profits[2] | Lost Profits Due to Warner[3] | Damages[4] |
|------|---------------------|-----------------|----------------------|------------------------------|------------|
| 4/11 | $1,895,874.13 | $2,385,653.93 | $990,557.02 | $80,475.22 | $8,047.52 |
| 5/11 | $1,882,431.02 | $3,057,793.67 | $1,269,698.88 | $103,148.50 | $10,314.85 |
| 6/11 | $1,498,822.17 | $3,441,402.52 | $1,428,918.67 | $116,088.77 | $11,608.88 |
| 7/11 | $1,398,930.62 | $3,541,294.07 | $1,470,398.04 | $119,459.41 | $11,945.84 |
| 8/11 | $1,289,558.80 | $3,650,665.89 | $1,515,807.76 | $123,147.84 | $12,314.78 |
| 9/11 | $1,313,310.52 | $4,628,914.17 | $1,921,759.75 | $156,079.61 | $15,607.96 |
| | | | | Total Damages[5] | $69,839.83 |

Source: payments.csv; userdat.csv; users_cowner_upload.csv; "Defendants' Supplemental Responses to Plaintiffs' Interrogatory Nos. 6 and 9,"
9/12/11; Exhibit 11 to the Deposition of David Kaplan, 10/12/11, [WARNER072190–WARNER072192 at 191]; Interview with Mr. Vasil Kolev,
11/16/11
Note:
[1] Lost revenues (except for April 2011) are calculated as the difference between revenues in January 2011 of $4,940,224.69 and the actual
revenues for given months. Lost revenue for April 2011 is calculated from a prorated January 2011 revenue figure to account for the damages
analysis starting 4/5/11.
[2] Total lost profits are calculated by multiplying lost revenue by the average total profit margin from 3/09 to 1/11. The total profit margin is
calculated by dividing total gross revenues minus total gross expenses by the total gross revenues. Gross revenues and expenses are taken from
"Defendants' Supplemental Responses to Plaintiffs' Interrogatory Nos. 6 and 9," 9/12/11.
[3] Lost profits due to Warner are calculated as [Total Lost Profits]*[Percentage of SRA Takedowns by Warner]*[Percentage of SRA takedowns out
of All Takedowns]. During the one year period preceding February 2011, Warner was responsible for approximately 20% of all SRA takedowns on
average. The percentage of SRA takedowns out of all takedowns is calculated based on figures provided by Mr. Vasil Kolev, 11/16/11.
[4] Damages are calculated as [Lost Profits Due to Warner]*10%. Exhibit 11 to the Deposition of David Kaplan, 10/12/11, shows Warner calculated
that its takedown method had a 10% false positive rate.
[5] Total damages are calculated as the sum of monthly damages from 4/5/11–9/11.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY*

# Appendix I

## MATTHEW R. LYNDE, Ph.D.
### Vice President

**Cornerstone Research**
353 Sacramento Street, 23rd Floor
San Francisco, California 94111
415.229.8146 • fax 415.229.8199
mlynde@cornerstone.com

## ACADEMIC BACKGROUND

**University of California at Berkeley**                    Berkeley, California
*Ph.D. in Economics 1988*
Thesis: *Testing an Imperfect Competition Model of Trade*

**University of California at Berkeley**                    Berkeley, California
*B.A. in Economics, with Distinction 1979*
Significant coursework in Electrical Engineering (member ***Tau Beta Pi***, Engineering
Honors Society) and in French (Université de Poitiers, France)

## RANGE OF EXPERIENCE

Practicing economist for more than 25 years with experience in Federal policy, academic teaching
and research, and commercial applications. Commercial applications include analysis, advice, and
testimony regarding complex commercial decisions and disputes, covering antitrust, securities,
contract, public policy impact, and intellectual property matters. Analysis and advice on intellectual
property matters includes licensing, commercialization, and litigation issues. Qualified as expert and
testified in Federal and State courts, in mediation, and at deposition. Experience with all types of
intellectual property matters, including lost profits and royalties for patent, copyright, trademark, and
trade secret causes of action. Industry experience includes computer hardware and software, Internet,
telecommunications, pharmaceuticals, biotech, and medical devices.

## PROFESSIONAL & BUSINESS HISTORY

2001 – present   **Cornerstone Research, Inc.**                    San Francisco, California
                 *Vice President*

1992 – 2001   **PricewaterhouseCoopers**                    San Francisco, California
              *Partner (Principal)*

1987 – 1992   **City University of New York**                    New York, New York
              *Assistant Professor of Economics*

1980 – 1981   **The Brookings Institution**                    Washington, D.C.
              *Research Assistant*

1979 – 1980   **President's Council on Wage and Price Stability**                    Washington, D.C.
              *(Assigned from ERS Dept. of Ag.) Economics Analyst*

**MATTHEW R. LYNDE, Ph.D.**
**Vice President**

### REPRESENTATIVE EXPERIENCE

Officer in charge, San Francisco practice office, Cornerstone Research.

Damages expert in patent matter in computer peripheral hardware industry.

Damages expert in patent matter in medical device industry.

Damages expert in contract and copyright matter in Internet software infrastructure industry.

Damages expert in contract breach and warranty matter in computer hard drive industry.

Damages expert in trade secrets matter in optical router industry.

Damages expert in patent matter in computer printer industry.

Consulting expert in patent dispute for high-end consumer software.

Consulting expert in trademark dilution matter in personal products industry.

Damages expert in false advertising matter in personal products industry.

Damages expert in royalty contract dispute for biotech drug sold internationally.

Consulting expert in bankruptcy matter for high-speed Internet access industry.

Damages expert in patent matter for enterprise software industry.

Damages expert in patent matter for Internet secure payments industry.

Consulting expert in trust matter regarding portfolio returns.

Damages expert in patent dispute in computer software industry involving OS enhancement products.

Damages expert in patent dispute in business applications software industry.

Consulting expert for contract breach damages in high-speed Internet access industry.

Damages expert in patent dispute in digital telecommunications testing equipment industry.

Damages expert in patent dispute in Internet secure transactions industry.

Damages expert in employment dispute regarding stock option valuation in Internet industry.

Damages expert in pharmaceutical licensing dispute.

Consulting expert in GAAP related issue in the computer software industry.

Damages expert in trade secret / contract breach dispute in multiplexing edge router industry.

Damages expert in employment dispute regarding stock option valuation in Internet media industry.

Consulting expert for business and licensing strategy in Internet payments security industry.

Damages expert in a patent dispute in the computer industry; patents involving handheld data entry.

**MATTHEW R. LYNDE, Ph.D.**
**Vice President**

## REPRESENTATIVE EXPERIENCE (CONTINUED)

Damages expert in a patent dispute in the Internet industry; patents involving Internet enabled contributions.

Damages expert in contract breach dispute involving electronic management of A/P.

Damages expert in products liability class action in the medical device industry.

Consulting expert in GAAP related issue in the document management industry.

Damages expert in a patent dispute in the Internet industry; patents involving fundamental web technology.

Damages expert in patent and licensing dispute in computer modem industry.

Consulting expert for business and licensing strategy in regional smartcard applications.

Damages expert in a patent valuation dispute in the computerized robotics industry.

Damages expert in a patent royalty dispute in the computer telecomm industry; patents involving modem technology.

Damages expert in copyright and contract breach matter in integrated circuit manufacturing machinery.

Damages expert in a copyright dispute in the movie industry; alleged copyrights involved background sound.

Consulting expert for business and licensing strategy in innovative radio technology.

Damages expert in a copyright dispute in the Internet industry; alleged copyrights in text originally authored for other media.

Damages expert in ERISA class action matter involving over $1 billion in telecommunications industry.

Damages expert in a copyright dispute in the computer industry; copyrights involving major platform software and its distribution.

Damages expert in a copyright dispute in the software industry. Issues involved profit accounting, apportionment, licensing involving tens of billions of dollars.

Damages expert in a contract breach, fiduciary duty, trade secret dispute in the biotech pharmaceutical industry.

Damages expert in a trade secret, copyright dispute in the software industry.

Damages expert in a patent dispute in the integrated circuit industry.

Damages expert in a copyright dispute in the entertainment industry.

Damages expert in a royalty dispute with university employees in the high technology medical device industry.

Damages expert in ERISA class action matter in the computer industry.

Damages expert in an interference dispute deriving from various Internet connections.

**MATTHEW R. LYNDE, Ph.D.**
**Vice President**

**REPRESENTATIVE EXPERIENCE (CONTINUED)**

Consulting partner in a patent dispute in the electronics manufacturing tools industry.

Damages expert on copyright dispute involving FDA submissions in the cardiac medical device industry.

Damages expert on a $100 million trademark, trade dress, and copyright dispute in the electronic musical device industry.

Damages expert in a patent dispute in the movie film technology industry.

Damages expert in a copyright dispute in the movie industry.

Partner and designated expert in a trade secret dispute in the computer related integrated circuit industry.

Consulting expert in $40 million copyright matter in the music industry.

Damages expert in a patent dispute in the computer related compact disc device industry.

Damages expert in a patent and trade secret dispute in the computer related printer device industry.

Consulting partner in a patent and trade secret dispute in the computer chip manufacturing device industry.

Damages expert in a patent dispute in the biotech pharmaceutical industry, regarding likely impact of legal proceedings on IPO stock price.

Consulting expert in a trade secret dispute in the computer integrated circuit manufacturing industry, regarding 10b5 economic exposure for irreparable harm claim.

Consulting partner in a Research & Development Process review consulting engagement in the microcomputer peripheral device industry.

**MATTHEW R. LYNDE, Ph.D.**
**Vice President**

**TESTIMONY**                                        *(\* Indicates Client)*

*Motorola Mobility, Inc. v. Microsoft Corporation\**, United States District Court for the Southern District of Florida, (Deposition July 2011)

*Pet Food Express Limited, v. Royal Canin USA, Inc.\**, United States District Court for the Northern District of California, (Deposition January 2011)

*Sanofi-Aventis Deutschland GMBH, v. Genentech, Inc. And Biogen IDEC, Inc.\**, Unites States District Court for the Northern District of California, San Francisco Division, (Deposition December 2010)

*Abbott Point of Care Inc. v. Epocal, Inc.\**, United States District Court for the Northern District of Alabama, (Deposition December 2010)

*Jasmine Networks, Inc. v. Marvell Semiconductors, Inc.\* et al.*, Superior Court of the State of California, County of Santa Clara, (Deposition April 2009 Trial November 2010)

*Dongxiao Yue and Netbula, LLC v. Chordiant Software, Inc.\* et al.* United States District Court Northern District of California (Deposition October 2009; Trial April 2010)

*Johnson & Johnson Vision Care, Inc. v. CIBA Vision Corporation\**, United States District Court Middle District of Florida Jacksonville Division, (Hearing on Motion for Grant of Permanent Injunction March 2010; Deposition February 2010)

*Tyco Healthcare Group LP v. Applied Medical Resources Corp\*.*, United States District Court for the Eastern District of Texas, (Trial March 2010; Deposition February 2010)

*Linear Technology Corp., v. Applied Materials, Inc., Novellus Systems, Inc., and Tokyo Electron Ltd.\**, Superior Court of the State of California, County of Santa Clara, (Trial February 2010; Deposition August 2009)

*Fujitsu Limited\*, LG Electronics, Inc.\*, and U.S.Philips Corporation\* v. Netgear, Inc.*, United States District Court Western District of Wisconsin (Deposition July 2009)

*Madison Tyler Holdings, LLC, et al. Against Financial Asset Trading & Technology of California, LLC, et al.\** JAMS Arbitration, Los Angeles, California (Deposition June 2009)

*Hansen Medical, Inc. v. Luna Innovations Inc.\**, Superior Court of the State of California, County of Santa Clara, (Deposition February 2009; Trial June 2009)

*Stamps.com, Inc. v. Endicia, Inc., and PSI Systems, Inc\*.*, United States District Court Central District of California, (Deposition November 2008)

*Kevin Keithley, et al. v. The Home Store.com,Inc. et al\*.*, United States District Court Northern District of California, (Deposition September 2008)

*Rambus, Inc.\* v. Hynix Semiconductor, Inc. et al.*, United States District Court Northern District of California, San Jose Division, (Deposition August 2008)

Page 5 of 11

**MATTHEW R. LYNDE, Ph.D.**
**Vice President**

---

**TESTIMONY (CONTINUED)**                                  (* indicates client)

*Bid for Position, LLC. v. AOL, LLC, Google, Inc.\*, Microsoft Corp. and MIVA, Inc.,* United States District Court for the Eastern District of Virginia, Alexandria Division, (Deposition August 2008)

*Iovate Health Sciences, Inc., University of Florida Research Foundation, Inc., and Flamma SpA, v. Bio-Engineered Supplements & Nutrition, Inc. d/b/a BSN, Inc. and Medical Research Institute\*,* United States District Court for the Eastern District of Texas, (Deposition July 2008)

*Tyco Healthcare Group LP v. Applied Medical Resources Corp\*.,* United States District Court for the Eastern District of Texas, (Deposition July 2008)

Ronald A. Katz Technology Licensing, L..P.\* v. General Electric Capital Corporation, et al. United States District Court Central District of California, (Deposition June 2008)

*Net2Phone, Inc\*. v. Ebay, Inc., Skype Technologies SA, Skype, Inc. et al.,* United States District Court for the District of New Jersey, (Deposition May 2008)

*Karen Neuberger v. San Francisco Network,Inc\*. et al.,* Superior Court of the State of California in and for the County of Marin, (Deposition December 2006; Trial February 2008)

*Aviza Technology, Inc\*. v. ASML U.S. Inc., et al.,*JAMS San Francisco, (Deposition November 2007; Aribtration December 2007)

*Netbula, LLC v. Bindview Development Corporation\*, Symnatec Corporation\*, et al.* United States District Court Northern District of California (Deposition August 2007)

*Nidec Corporation\* v. Victor Company of Japan, Ltd. et al.,* United States District Court, Northern District of California (Deposition July 2007)

*The Regents of the University of California\* v. Micro Therapeutics,Inc. and Dendron GmbH,* United States District Court, Northern District of California (Deposition June 2007)

*In re Debtor 3dfx Interactive Inc., Debtor, William A. Brandt, Jr., Trustee, plaintiff, vs. nVidia Corporation\*, et al., defendants;* United States Bankruptcy Court Northern District of California San Jose Division, (Trial March 2007)

*Network-1 Security Solutions, Inc.\* v. D-Link Corporation and D-Link Systems, Inc.,* United States District Court for the Eastern District of Texas Tyler Division, (Deposition March 2007)

*Johnson & Johnson Vision Care, Inc. v. CIBA Vision Corporation\*,* United States District Court Middle District of Florida Jacksonville Division, (Deposition March 2007)

*Affymetrix, Inc.\* v. Illumina, Inc.,* United States District Court for the District of Delaware, (Trial March 2007; Deposition November 2006)

*Johnson & Johnson Vision Care, Inc. v. CIBA Vision Corporation\*,* United States District Court for the Southern District of New York, (Trial February 2007; Deposition September 2005)

*CollegeNet, Inc. v. XAP Corporation\*,* United States District Court, District of Oregon, (Deposition, March 2006; Trial October 2006 and January 2007)

**MATTHEW R. LYNDE, Ph.D.**
**Vice President**

---

**TESTIMONY (CONTINUED)**                                     *(\* indicates client)*

*Blumberg Capital et al. adv. Asgent et al.\*,* American Arbitration Association, International Centre for Dispute Resolution, San Francisco, California, (Deposition November 2006)

*Shufflemaster, Inc. v. MP Games LLC d/b/a Mindplay Games\*; Robert Mouchou; Alliance Gaming Corp. d/b/a Bally Gaming and Systems\*; Bally Gaming, Inc.\*;* United States District Court for the District of Nevada, (Deposition October 2006)

*Cadent, Ltd. v. 3M Unitek Corporation\*,* United States District Court, Central District of California, Western Division, (Deposition March 2006)

*In Re 3Dfx Interactive, Inc., debtor, Carlyle Fortran Trust, CarrAmerica Realty Corporation, and William A. Brandt, Jr., Trustee, plaintiffs, v nVidia Corporation\*, et al., United States Bankruptcy Court, Northern District of California, San Jose Division, (Deposition November 2005)*

*R2 Technology, Inc\*. and Shih-Ping Wang v. iCAD, Inc.,* AAA Arbitration at Washington, D.C. (deposition September 2005, arbitration testimony October 2005)

*Padcom, Inc. v. Netmotion Wireless, Inc\*.,* United States District Court for the District of Delaware, (Deposition August 2005)

*TiVo, Inc. v. Echostar Communications Corporation\* et al.,* United States District Court for the Eastern District of Texas, Marshall Division, (Deposition August 2005)

*KB Home\* v. Antares Homes Ltd. et al.,* United States District Court for the Northern District of Texas, Dallas Division, (Deposition July 2005)

*Liveworld, Inc. v. SocialNet, Inc. and MatchNet PLC\*, et al.,* Superior Court of the State of California, County of Santa Clara, (Deposition February 2005)

*Software AG and Software AG, Inc. v. BEA Systems, Inc.\*,* United States District Court for the District of Delaware, (Deposition January 2005)

*State of California v. Underwriters at Lloyd's and Other London Market Insurers\*, et al. (re: U.S.A. v. Stringfellow),* Superior Court of the State of California for the County of Riverside, (Deposition November 2004)

*Koninklijke Philips Electronics, N.V.\* v. Sumitomo Bakelite et al.,* Superior Court of the State of California, County of Santa Clara, (Trial November 2004)

*Research Corporation Technologies, Inc. v. Microsoft Corporation\*,* United States District Court for the District of Arizona, (Deposition November 2004)

*Comdisco, Inc. v. SocialNet, Inc., MatchNet PLC\*, et al.,* Superior Court of the State of California, County of Santa Clara, (Deposition August 2004)

*Maxtor Corporation\* v. Koninklijke Philips Electronics, N.V., et al.,* Superior Court of the State of California, County of Santa Clara, (Deposition March 2004)

**MATTHEW R. LYNDE, Ph.D.**
**Vice President**

---

**TESTIMONY (CONTINUED)**                                    *(\* indicates client)*

*Herodian Corporation, fka picoTurboCorporation adv. ARM, Ltd\*.,* American Arbitration Association, San Francisco, California (Deposition January 2004 and arbitration February 2004).

*Sybase, Inc. adv. AT&T Wireless Services, Inc.\** JAMS arbitration, San Francisco, California (Deposition 2003 and arbitration November 2003).

*Silicon Valley Expert Witness Group, Inc.\* v. David McDonald,* American Arbitration Association, Menlo Park, California (arbitration, October 2003)

*Michael Crawford et al. v. SAP America, Inc\*., SAP AG\*, and Hasso Plattner,* United States District Court for the Eastern District of Pennsylvania, (Deposition October 2003)

*Minebea Co., Ltd. v. Think Outside, Inc\*. and Peripheral Technology, Inc\*.,* United States District Court, Southern District of California, (Deposition August 2003)

*Playtex Products, Inc\*. v. Proctor & Gamble Company,* United States District Court, Southern District of New York; (Deposition April 2003; trial May 2003)

*Leon Stambler v. RSA Security Inc., Verisign Inc., First Data Corporation\*, Openwave Systems Inc., Omnisky Corporation and Certicom Corporation,* United States District Court for the District of Delaware; (Deposition 2003)

*Fabrizio Caffarelli, Rossella de Peverelli and Whitney Lynn v. Adaptec, Inc.\*,* Superior Court of the State of California for the County of Santa Clara; (Deposition Oct. 2002)

*Optical Coating Laboratory,Inc. v. Cierra Photonics, Inc. et al.\* and Cierra Photonics, Inc. v. Optical Coating Laboratory, Inc., JDS Uniphase Corporation et al.,* Superior Court of the State of California for the County of Sonoma; (Deposition Oct. 2002)

*Ramin Firoozye, d.b.a. Wizen Software v. Earthlink Network, Inc., a Delaware corporation operating in California as Earthlink-Mindspring, Inc., et al.\*,* Superior Court of the State of California in and for the City and County of San Francisco; (Deposition Sept. 2002)

*Tegic Communications, Inc. et al\*. v. Zi Corporation and Zi Corporation of America,* United States District Court in and for the Northern District of California; (Deposition 2001; trial August 2002;)

*National Instrument Corporation v. The Mathworks, Inc\*.,* United States District Court for the Eastern District of Texas, Marshall Division; (Deposition July 2002; trial August 2002)

*Business Objects, S.A. v. Cognos, Inc. and Cognos Corporation\*,* United States District Court, Northern District of California, San Francisco Division; (Deposition 2002)

*Unisys Corporation\* and First Union National Bank. v. Maryland Life and Health Insurance Guaranty Association,* Circuit Court for Baltimore City, Maryland; (Deposition 2002)

*ACTV, Inc.\* v. ABC Corp., ESPN, The Walt Disney Company, Inc.,* United States District Court, Southern District of New York; (Deposition 2002)

*Digital Link Corporation\* v. Tiara Networks, Inc. et al.,* Superior Court of the State of California, County of Santa Clara, San Jose Division; (Deposition and Trial 2001)

**MATTHEW R. LYNDE, Ph.D.**
**Vice President**

---

**TESTIMONY (CONTINUED)**                                   (* indicates client)

*In Re Lifescan, Inc*. Consumer Litigation,* U.S. District Court for the Northern District of California, San Jose Division; (Deposition 2001)

*Unisys Corporation* and First Union National Bank v. Mississippi Life and Health Insurance Guaranty Association, Circuit Court of the First Judicial District of Hinds County, Mississippi (Declaration 2001)*

*Vinnie Chieco v. Lands' End* and Willis & Geiger,* U.S. District Court for the Northern District of California; (Trial 2001)

*Novell, Inc.* v. Cableware Technologies, Inc., MJ Systems, Inc., et al.,* U.S. District Court for the Central District of California, Western Division; (Deposition 2001)

*Mattel, Inc.* v. Walking Mountain Productions and Tom Forsythe,* U.S. District Court for the Central District of California, Western Division; (Deposition 2001)

*Seth Harman v. Mediaplex, Inc.*, et al.,* Superior Court of the State of California, County of San Francisco; (Deposition and Trial 2001)

*Nativ Computers Ltd. V. Nikon Precision Inc*.,* U.S. District Court for the Northern District of California; (Deposition 2001)

*Witold A. Ziarno v. The American National Red Cross, International Business Machines Corporation*, et al.,* U.S. District Court for the Northern District of Illinois; (Deposition 2001)

*Skywalker Sound*, a division of Lucas Digital Ltd. LLC. v. Alexander Villegas; Alexander Villegas v. Christopher Boyes, Lucas Digital Ltd., LLC, Universal Studios, et al.,* U.S. District Court for the Northern District of California; (Trial and Deposition 2001)

**MATTHEW R. LYNDE, Ph.D.**
**Vice President**

---

### REPRESENTATIVE PRESENTATIONS

"Evidence of Japanese Market Openness from Two-Way Trade Patterns," presented to the Eastern Economic Association Meetings, New York, October 1989.

"Current Trends in Software Copyrights," presented to Price Waterhouse DA&CR Annual Managers' Meeting, August 1993.

"Apportionment in Patent Damages," presented at the Price Waterhouse Intellectual Property Leadership Forum, February 1994.

"Valuation of Intellectual Property for Licensing or Sale," presented at the Intellectual Property Conference sponsored by the American Conference Institute:  New York, December 1994 and Boston, January 1996.

"Transfer Pricing in Patent Damages," presented at the annual meeting of the American Economics Association, San Francisco, December 1996.

### TEACHING EXPERIENCE

City University of New York:
- Introduction to Economics, Macroeconomics, Microeconomics, International Trade, Econometrics.

InterAmerican University of Puerto Rico:
- Introductory Corporate Finance.

University of California at Berkeley:
- Introduction to Economics, Intermediate Microeconomics, Econometrics, Health Economics

**MATTHEW R. LYNDE, Ph.D.**
**Vice President**

---

**PUBLICATIONS**

"Antitrust," in R.L. Weil, M.J. Wagner, and P.B. Frank (eds.) *Litigation Services Handbook*, (2nd Edition) New York, John Wiley & Sons, Inc., 1995.

"Testing an Imperfect Competition Model of Trade," in M.G. Dagenais and Pierre-Alain Muet (eds.) *International Trade Modeling*, London: Chapman & Hall, 1992.

**HONORS**

Baruch College, CUNY, Teaching Excellence Award

Baruch College, CUNY, Research Assistance Grant

Flood Fellowship for Graduate Study at Berkeley

B.A. with Distinction U. Cal. Berkeley

Omicron Delta Epsilon, Honor Society in Economics

Tau Beta Pi, Honor Society in Engineering

National Merit Honors

# Appendix II

# Documents Relied Upon by Matthew R. Lynde, Ph.D.

| Document Title, Bates Numbers | Document Date |
|---|---|
| Complaint for Copyright Infringement | February 8, 2011 |
| Defendants' Supplemental Responses to Plaintiffs' Interrogatory Nos. 6 and 9 | September 12, 2011 |
| Second Amended Answer, Affirmative Defenses, and Counterclaim of Defendant Hotfile Corporation to Plaintiffs' Complaint | October 27, 2011 |
| Answer and Defenses of Warner Bros. Entertainment, Inc. to Hotfile Corp.'s Second Amended Counterclaim, with Exhibits A-D | November 7, 2011 |
| Deposition of David Kaplan, with Exhibits 1-21 WARNER025830-1; WARNER025900-2; WARNER072190-2; WARNER072348-50; WARNER072366-7; WARNER072391; WARNER072456; WARNER072587-90; WARNER072616-7; WARNER072620-1; WARNER072897; WARNER072945-56 | October 12, 2011 |
| Mahanti, Aniket, Carey Williamson, Niklas Carlsson, Martin Arlitt and Anirban Mahanti, "Characterizing the File Hosting Ecosystem: A View from the Edge," 2011, forthcoming Performance Evaluation Journal | |
| Cisco Visual Networking Index: Forecast and Methodology, 2010-2015 | June 1, 2011 |
| Mell, Peter and Tim Grance, "The NIST Definition of Cloud Computing," National Institute of Standards and Technology, Version 15, 10/07/09, http://www.nist.gov/itl/cloud/upload/cloud-def-v15.pdf | October 7, 2009 |
| Documents Produced by Hotfile: Payments.csv | |
| Documents Produced by Hotfile: Userdat.csv | |
| Documents Produced by Hotfile: Uploaddownloads.csv | |
| Documents Produced by Hotfile: Users_cowner_upload.csv | |
| All other materials cited in the report and schedules. | |

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY*

# EXHIBIT 35

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

## RULE 26(a)(2)(B) REPORT OF SCOTT A. ZEBRAK

1.     My name is Scott A. Zebrak, and I am an attorney with extensive experience and

familiarity analyzing copyrighted works and online infringement.  For the past 15 years, I have

represented and advised clients on a range of matters involving copyright, trademark, and other

intellectual property issues, including those that arise in an online or digital environment.

Further details of my educational background, professional experience, qualifications,

publications, previous testimony, and compensation are included in my November 18, 2011 Rule 26(a)(2)(B) report in this case, and are incorporated herein by reference.

2.     In response to the reports submitted by Professor James Boyle and Dr. Matthew Lynde, I was asked by the plaintiffs' counsel to conduct an analysis of certain sets of files that had been uploaded to the website www.hotfile.com ("Hotfile"). My role was to investigate and analyze the identification, copyright status, and authorization status of files to determine whether they were highly likely to be infringing. Throughout this report, when I refer to a "highly likely infringing file," I mean the file was determined to contain copyrighted content and it is highly likely that the content was not authorized for free and unrestricted distribution on Hotfile by its copyright owner, using the same definition and approach described at greater length in my November 18, 2011 report.

3.     In connection with my analysis, I followed the same methodology described in my November 18, 2011 report. For each of the files that I analyzed, I closely supervised a team that reviewed the metadata about the files and in some cases, the actual content files, and researched information about the content contained in the file. I was often still able to analyze and make an infringement determination about a file even where I did not have content for the file. I investigated, assessed, and reached my own conclusions regarding the identification and infringement status ultimately assigned to each file. Overall, in reaching my opinions and conclusions, I relied upon my knowledge and experience, as well as the resources described in my November 18, 2011 report and my productions of supporting materials and deposition testimony regarding the November 18 report.

4.     I am aware that Hotfile Corp. has filed a counterclaim against the plaintiff Warner Bros. Entertainment Inc. ("Warner"), which identified 890 files on Hotfile as the basis of its 17

U.S.C. § 512(f) claim against Warner, and on which Hotfile Corp. has based its damages calculations.  I have reviewed each of the files using the methodology described above in order to determine whether any of the files are infringing.  Attached hereto as Exhibit A is a chart that lists the 890 files along with information regarding the title of the work and an identification of those files that, to date, I have been able to determine are highly likely infringing.  Exhibit A also includes other data about those files that I was provided and understand to have been derived from defendants' data by Dr. Ian Foster.  That data includes the following fields:  the URL, date and time of the Warner notice, whether takedown notices were sent on that title, the user ID of the uploading user, the number of strikes for the uploading user, the number of days of infringement notices for the uploader user's files, whether the user was suspended for copyright infringement, the suspension date, days between Warner's notice and the suspension, the number of days after February 18, 2011 on which the user received a notice for a counterclaim file, whether the user was Premium, when the user stopped being Premium, the amount of Affiliate payments received, and whether Hotfile has a copy of the file.  It may be supplemented with data as to whether takedown notices were sent by the company that appeared to own the distribution rights.  Additionally, for certain of the uploaders of the files in Exhibit A, I examined other files that I understand were uploaded by the same user and identified highly likely infringing files that the user also uploaded.  In the column "Other Infringing Uploads" on Exhibit A, I have indicated where I have found other highly likely infringing uploads for that user.  Attached as Exhibit B is a chart listing the User ID of each of those users, and the highly likely infringing files I identified for each.  My review of other uploads by these users was not intended to be exhaustive, but merely to determine whether these users had uploaded other highly likely infringing files.

     5.     Attached as Exhibit C is an updated version of a chart (the original of which was

CASE NO. 11-20427-WILLIAMS/TURNOFF

Dated:  January   2012

Scott A. Zebrak

CASE NO. 11-20427-WILLIAMS/TURNOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 6th day of January, 2012, I served the following document on all counsel of record on the attached Service List via their email address(es) as set forth on the Court's CM/ECF filing system, pursuant to the service agreement of the parties.

### RULE 26(a)(2)(B) REBUTTAL REPORT OF SCOTT A. ZEBRAK

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this Certificate of Service was executed on this date.

By: _____
Duane C. Pozza

CASE NO. 11-20427-WILLIAMS/TURNOFF

## SERVICE LIST

### Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
### CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and
Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and
Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and
Anton Titov*

# Exhibit B – User Uploads

| UserID | URL | Title |
|---|---|---|
| 2319396 | http://hotfile.com/dl/46507332/d92753d/Not_My_Life__2006_.dvdrip.pl.part1.rar.html | Not My life |
| 2319396 | http://hotfile.com/dl/46507649/a7514c4/Not_My_Life__2006_.dvdrip.pl.part2.rar.html | Not My life |
| 2319396 | http://hotfile.com/dl/46508046/b6e3c31/Not_My_Life__2006_.dvdrip.pl.part3.rar.html | Not My life |
| 2319396 | http://hotfile.com/dl/46508255/0571f21/Not_My_Life__2006_.dvdrip.pl.part4.rar.html | Not My life |
| 2319396 | http://hotfile.com/dl/50586952/6de4260/Unbreakable.2000.PL.DVDRip.part1.rar.html | Unbreakable |
| 2324855 | http://hotfile.com/dl/108118279/d1e7ee9/Hors.La.Loi.2010.DVDRip.XviD.DivxUp.Net.part2.rar.html | Outside the Law |
| 2324855 | http://hotfile.com/dl/108118420/5205780/Hors.La.Loi.2010.DVDRip.XviD.DivxUp.Net.part4.rar.html | Outside the Law |
| 2324855 | http://hotfile.com/dl/108118426/942ebb6/Hors.La.Loi.2010.DVDRip.XviD.DivxUp.Net.part3.rar.html | Outside the Law |
| 2324855 | http://hotfile.com/dl/108118470/ab81a1c/Hors.La.Loi.2010.DVDRip.XviD.DivxUp.Net.part1.rar.html | Outside the Law |
| 2488775 | http://hotfile.com/dl/55523225/522c77c/Prince.Of.Persia.2010.TS.Proper.XVID.part1.rar.html | Prince of Persia: The Sands of Time |
| 2488775 | http://hotfile.com/dl/55523294/0a93c7d/Prince.Of.Persia.2010.TS.Proper.XVID.part2.rar.html | Prince of Persia: The Sands of Time |
| 2488775 | http://hotfile.com/dl/55523351/ffea007/Prince.Of.Persia.2010.TS.Proper.XVID.part3.rar.html | Prince of Persia: The Sands of Time |
| 2488775 | http://hotfile.com/dl/55523402/f0c6995/Prince.Of.Persia.2010.TS.Proper.XVID.part4.rar.html | Prince of Persia: The Sands of Time |
| 2561550 | http://hotfile.com/dl/52495036/953c125/Tom.And.Jerry.Fun.And.Speed.Extreme.2010.DVDRip.XviD-LUSi.part1.rar.html | Tom and Jerry Fun and Speed Extreme |
| 2561550 | http://hotfile.com/dl/52495510/f1b9fe4/Tom.And.Jerry.Fun.And.Speed.Extreme.2010.DVDRip.XviD-LUSi.part2.rar.html | Tom and Jerry Fun and Speed Extreme |
| 2561550 | http://hotfile.com/dl/52495919/f77c823/Tom.And.Jerry.Fun.And.Speed.Extreme.2010.DVDRip.XviD-LUSi.part3.rar.html | Tom and Jerry Fun and Speed Extreme |
| 2561550 | http://hotfile.com/dl/52496157/3ad59b0/Tom.And.Jerry.Fun.And.Speed.Extreme.2010.DVDRip.XviD-LUSi.part4.rar.html | Tom and Jerry Fun and Speed Extreme |
| 2561550 | http://hotfile.com/dl/60879203/404f464/Brian.Herbert.Legends.of.Dune.1.Butlerian.Jihad.part1.rar.html | Dune the Butlerian Jihad |

| UserID | URL | Title |
|---|---|---|
| 2561550 | http://hotfile.com/dl/60879342/b4aa1de/Brian.Herbert.Legends.of.Dune.1.Butlerian.Jihad.part2.rar.html | Dune the Butlerian Jihad |
| 2561550 | http://hotfile.com/dl/60879455/d3f0d59/Brian.Herbert.Legends.of.Dune.1.Butlerian.Jihad.part3.rar.html | Dune the Butlerian Jihad |
| 3150986 | http://hotfile.com/dl/113367608/0430fed/MaZiKa2daY.CoM.Toy.Story.2.rmvb.html | Toy Story 2 |
| 3150986 | http://hotfile.com/dl/113367610/f25723b/MaZiKa2daY.CoM.Toy.Story.3.rmvb.html | Toy Story 3 |
| 3150986 | http://hotfile.com/dl/113367614/fa95ada/MaZiKa2daY.CoM.Up.rmvb.html | Up |
| 3150986 | http://hotfile.com/dl/113367628/1ba16fa/MaZiKa2daY.CoM.WALL.E.rmvb.html | WALL E |
| 3632389 | http://hotfile.com/dl/90614644/75c219c/Linkin Park - A Thousand Suns {MP3 320kbs}.rar.html | A Thousand Suns (Linkin Park) |
| 3632389 | http://hotfile.com/dl/102502293/f02d889/Beverly.Hills.Chihuahua.2.2011.DVDRip.XViD-nCODE.avi.html | Beverly Hills Chihuahua 2 |
| 3632389 | http://hotfile.com/dl/99912427/59056b8/Adobe Dreamweaver CS5.rar.html | Adobe Dream Weaver |
| 4790377 | http://hotfile.com/dl/115139653/1f7635d/Conan.2011.04.19.Tina.Fey.HDTV.XviD-LMAO.avi.html | Conan |
| 4790377 | http://hotfile.com/dl/115143848/805b683/deadliest.catch.s07e02.proving.grounds.hdtv.xvid-momentum.avi.html | Deadliest Catch |
| 4790377 | http://hotfile.com/dl/115044835/0512a26/Linkin_Park-A_Thousand_Suns_Plus-%28DVD%29-2011-MTD.rar.html | A Thousand Suns (Linkin Park) |
| 4830701 | http://hotfile.com/dl/116189710/8a13ae5/warezdock.com_The.Big.Bang.Theory.S04E21.HDTV.XviD-ASAP.avi.html | The Big Bang Theory |
| 4830701 | http://hotfile.com/dl/116729638/8ce3022/warezdock.com_Endgame.S01E08.HDTV.XviD-2HD.avi.html | Endgame |
| 4830701 | http://hotfile.com/dl/116739023/fdb5427/warezdock.com_the.colbert.report.2011.05.03.hdtv.xvid-fqm.avi.html | The Colbert Report |
| 4830701 | http://hotfile.com/dl/116741764/2ca887a/warezdock.com_the.daily.show.2011.05.03.hdtv.xvid-fqm.avi.html | The Daily Show |
| 329034 | http://hotfile.com/dl/116639541/2ff5438/Sak Noel - Loca People (Original Mix).mp3.html | Loca People (Sak Noel) |
| 329034 | http://hotfile.com/dl/71479329/9ad708b/Jazzbit - Sing Sing Sing 2010 ( Yolanda Be Cool Remix Drm ).mp3.html | Sing Sing Sing |
| 329034 | http://hotfile.com/dl/68004160/244f291/Taio Cruz - Dynamite (Ralphi Rosario Club Remix).mp3.html | Dynamite EP |

| UserID | URL | Title |
|---|---|---|
| 333107 | http://hotfile.com/dl/10358710/0e0f5c9/Aquadelic_GT_El_Yuca.part1.rar.html | Aquadelic GT |
| 333107 | http://hotfile.com/dl/10358812/db3c82b/Aquadelic_GT_El_Yuca.part2.rar.html | Aquadelic GT |
| 333107 | http://hotfile.com/dl/10358918/c69fcc7/Aquadelic_GT_El_Yuca.part3.rar.html | Aquadelic GT |
| 333107 | http://hotfile.com/dl/10359060/e985bf5/Aquadelic_GT_El_Yuca.part4.rar.html | Aquadelic GT |
| 333107 | http://hotfile.com/dl/10359166/7640f30/Aquadelic_GT_El_Yuca.part5.rar.html | Aquadelic GT |
| 449235 | http://hotfile.com/dl/81331910/840e106/Medal of Honor Airborne.By.Osmosisblind.part01.rar.html | Metal of Honor: Airborne |
| 449235 | http://hotfile.com/dl/81337712/7a1a841/Medal of Honor Airborne.By.Osmosisblind.part02.rar.html | Metal of Honor: Airborne |
| 449235 | http://hotfile.com/dl/81342882/fd82f68/Medal of Honor Airborne.By.Osmosisblind.part03.rar.html | Metal of Honor: Airborne |
| 449235 | http://hotfile.com/dl/81348091/c6070e7/Medal of Honor Airborne.By.Osmosisblind.part04.rar.html | Metal of Honor: Airborne |
| 2122819 | http://hotfile.com/dl/54625606/4525623/Call of Juarez.rar1.html | Call of Juarez |
| 2122819 | http://hotfile.com/dl/54625945/d8de4cc/Call of Juarez.rar2.html | Call of Juarez |
| 2122819 | http://hotfile.com/dl/54626711/dd3179c/Call of Juarez.rar3.html | Call of Juarez |
| 2122819 | http://hotfile.com/dl/54626939/ecc29fd/Call of Juarez.rar4.html | Call of Juarez |
| 2122819 | http://hotfile.com/dl/54627154/165cbd5/Call of Juarez.rar5.html | Call of Juarez |
| 3059764 | http://hotfile.com/dl/91002906/242e53f/Aimersoft.Video.Converter.Ultimate.4.1.0.2.rar.html | Video Converter Ultimate |
| 3059764 | http://hotfile.com/dl/90998450/9f40e52/SpeedUpMyPC_2011_5.1.0.6.rar.html | Speed up my PC 2011 |
| 3059764 | http://hotfile.com/dl/91013546/21954eb/PowerSuite_2010_v2.1.11.rar.html | Power Suite 2010 |
| 3892110 | http://hotfile.com/dl/88738486/bb75f8f/GQIndiaDec2010.pdf.html | GQ India (December 2010) |
| 3892110 | http://hotfile.com/dl/105257140/1cf6f9c/MensHealthFeb2011Russia.pdf.html | Men's Health |
| 3892110 | http://hotfile.com/dl/105261405/33ef91e/Menshealthfebruary2011.pdf.html | Men's Health |
| 4445108 | http://hotfile.com/dl/107407238/34c40ae/Billboard_Hot_100.part1.rar.html | Billboard Hot 100 |
| 4445108 | http://hotfile.com/dl/107407392/0eef412/Billboard_Hot_100.part2.rar.html | Billboard Hot 100 |
| 4445108 | http://hotfile.com/dl/107407500/bb28b5a/Billboard_Hot_100.part3.rar.html | Billboard Hot 100 |
| 4601503 | http://hotfile.com/dl/108331578/cd54950/Avira_AntiVirus_Personal.rar.html | Avira Antivirus |

| UserID | URL | Title |
|---|---|---|
| 4684131 | http://hotfile.com/dl/112793440/3f02a9d/dLBoX.orG__-___SuperGrann | Super Granny 6 |
| 4684131 | http://hotfile.com/dl/112748220/5edccde/dLBoX.orG__-___The_Mechanic_2010_BRRip_XviD_LTRG.avi.001.html | The Mechanic |
| 4684131 | http://hotfile.com/dl/112748378/b7d6ba6/dLBoX.orG__-___The_Mechanic_2010_BRRip_XviD_LTRG.avi.002.html | The Mechanic |
| 4714518 | http://hotfile.com/dl/124543854/c708fd5/Busty.Solos.2.XXX.DVDRip.XviD-STARLETS.CD1.part1.rar.html | Busty Solos 2 |
| 4714518 | http://hotfile.com/dl/124543861/b562e7b/Busty.Solos.2.XXX.DVDRip.XviD-STARLETS.CD1.part2.rar.html | Busty Solos 2 |
| 4714518 | http://hotfile.com/dl/124543865/35197be/Busty.Solos.2.XXX.DVDRip.XviD-STARLETS.CD1.part3.rar.html | Busty Solos 2 |
| 4714518 | http://hotfile.com/dl/124543871/d919718/Busty.Solos.2.XXX.DVDRip.XviD-STARLETS.CD1.part4.rar.html | Busty Solos 2 |
| 4714518 | http://hotfile.com/dl/124543888/7d37e86/Busty.Solos.2.XXX.DVDRip.XviD-STARLETS.CD1.part5.rar.html | Busty Solos 2 |

# EXHIBIT 36



# EXHIBIT 37

Highly Confidential

Page 1

```
 1             UNITED STATES DISTRICT COURT
 2             SOUTHERN DISTRICT OF FLORIDA
 3           CASE NO. 11-20427-WILLIAMS/TURNOFF
 4    DISNEY ENTERPRISES, INC.,  )
      TWENTIETH CENTURY          )
 5    FOX FILM CORPORATION,      )
      UNIVERSAL CITY STUDIOS     )
 6    PRODUCTIONS LLLP,          )
      COLUMBIA PICTURES          )
 7    INDUSTRIES, INC., and      )
      WARNER BROS.               )
 8    ENTERTAINMENT, INC.,       )
                                 )
 9              Plaintiffs,      )
                                 )
10          v.                   )
                                 )
11    HOTFILE CORP., ANTON       )
      TITOV, and DOES 1-10       )
12                               )
      Defendants.                )
13    _____)
14
             H I G H L Y   C O N F I D E N T I A L
15
16     (Pursuant to protective order, the following
          transcript has been designated highly
17                    confidential)
18       DEPOSITION OF MATTHEW LYNDE, Ph.D.
19            SAN FRANCISCO, CALIFORNIA
20          FRIDAY, DECEMBER 16, 2011
21
22
23
24    REPORTED BY:  Linda Vaccarezza, CSR No. 10201
25    JOB NO.:  44313
```

Highly Confidential

Page 2

1
2
3
4

DECEMBER 16, 2011

5

10:07 A.M.

6
7

Deposition of MATTHEW LYNDE, Ph.D.,

8

held at the offices of Farella,

9

Braun & Martel, 235 Montgomery

10

Street, San Francisco, California, before

11

Linda Vaccarezza, a Registered

12

Professional Reporter and Certified

13

Shorthand Reporter of the State of

14

California.

15
16
17
18
19
20
21
22
23
24
25

Highly Confidential

Page 3

```
 1        A P P E A R A N C E S:
 2     ATTORNEY FOR THE PLAINTIFFS:
           JENNER & BLOCK
 3         BY:  STEVEN B. FABRIZIO, ESQ.
           1099 New York Avenue, NW
 4         Washington, DC 20001
 5

 6

 7     ATTORNEY FOR THE DEFENDANTS
        HOTFILE CORP., AND ANTON TITOV:
 8         FARELLA, BRAUN & MARTEL
           BY:  RODERICK M. THOMPSON, ESQ.
 9         235 Montgomery Street
           San Francisco, California 94104
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Highly Confidential

Page 97

1    Bulgaria I saw.

2            But in any event, Mr. Titov

3    testified that if a file is actually infringing,

4    and it's removed from Hotfile due to a notice,

5    that Hotfile doesn't consider itself injured as a

6    result of the loss of that infringing file.

7            Do you agree that Hotfile is not

8    injured by taking down a file that is, in fact,

9    copyright infringing?

10           MR. THOMPSON:  Objection.  Vague.

11       Calls for a legal conclusion, and to the

12       extent it states Mr. Titov's testimony.

13           MR. FABRIZIO:  I'll take my

14       chances on that one.

15           THE WITNESS:  Well, I'm not sure I

16       understand the full context of the

17       question, because it's my understanding

18       that Hotfile has a policy of not allowing

19       infringing material and taking down

20       material for which it receives notice

21       that it's infringing, so that would not

22       be a part of its expectation of revenue.

23       Q.    So infringing files are not part

24    of Hotfile's expectation of revenue, to your

25    understanding?

Highly Confidential

Page 98

1      A.     That is my understanding, yes.

2      Q.     And do you have that understanding

3  through people at Hotfile?

4      A.     Not specifically, but from my

5  review of the materials and my understanding of

6  Hotfile's policy of taking down material for

7  which it receives notice that the copyright owner

8  does not concur that that is appropriately on the

9  Hotfile site.  And that's what Hotfile does, it

10  takes those files down.

11      Q.     So from an economic perspective,

12  if Hotfile removes from its site a file that is,

13  in fact, copyright infringing, that does not

14  affect Hotfile's expected revenues?

15          MR. THOMPSON:  Objection.  Vague

16          and overbroad.

17          THE WITNESS:  Well, for -- with

18          respect to its policy of not having

19          infringing files and taking them down

20          timely when they have received notice,

21          which I understand is their policy and

22          obligation, yes.  It's my understanding

23          that business models is based on users

24          using the site to store and share files

25          for which they have rights.

Highly Confidential

Page 291

1          MR. FABRIZIO:  Okay.  I'm good.

2     Thank you, Dr. Lynde.

3               (Time noted: 5:59 p.m.)

4

5

6               _____

7               MATTHEW LYNDE

8

9                          *See Below*

10    Subscribed and sworn to before me

11    This  30th day of  January  , 20 12.

12    _____

13

14

15

16

17

18    State of California
      County of  San Francisco
19    Subscribed and sworn to (or affirmed) before me
      on this 30th day of January , 2012
20    by Matthew Lynde ,
      proved to me on the basis of satisfactory evidence
      to be the person(s) who appeared before me.
      Signature _____ (Seal)

      MARK MCQUILLEN
      COMM. #1793325
      NOTARY PUBLIC-CALIFORNIA
      SAN FRANCISCO COUNTY
      My Comm. Expires Mar. 10, 2012

21

22

23

24

25

# Errata to the Deposition of Matthew R. Lynde
## December 16, 2011
*Disney Enterprises, Inc. et al. v. Hotfile Corp., et al.*
*Hotfile Corp., et al. v. Disney Enterprises, Inc. et al.*

| Page | Line | Now reads | Should read | Reason |
|------|------|-----------|-------------|--------|
| 9 | 13 | "didn't" | "don't" | Misspoke |
| 42 | 14 | "affect" | "effect" | Transcribing error |
| 52 | 9-10 | "up loader" | "uploader" | Transcribing error |
| 75 | 3 | "I result" | "results" | Misspoke |
| 84 | 9 | "up loaders" | "uploaders" | Transcribing error |
| 118 | 14 | "prescription" | "subscription" | Misspoke |
| 126 | 10 | "focused in" | "focused on" | Transcribing error |
| 150 | 4 | "I was" | "I" | Misspoke |
| 157 | 25 | "basis is" | "basis" | Transcribing error |
| 162 | 17 | "have" | "have;" | Transcribing error |
| 178 | 23 | "an" | "a" | Transcribing error |
| 179 | 18 | "or" | "where" | Transcribing error |
| 185 | 15 | "MegaDownload" | "Megaupload" | Misspoke |
| 212 | 22 | "over" | "of" | Transcribing error |
| 212 | 22 | "and" | "that" | Transcribing error |
| 213 | 10 | "it's bought and" | "its robot" | Transcribing error |
| 218 | 1 | "variants" | "variance" | Transcribing error |
| 218 | 22 | "is you" | "is that you" | Transcribing error |
| 245 | 3 | "ELLS" | "Yale" | Transcribing error |
| 262 | 18 | "provided" | "have been provided" | Transcribing error |
| 276 | 19 | "Tolav" | "Kolev" | Transcribing error |

1/30/12
_____
Date

_____
Matthew R. Lynde

_____
Notary Public

State of California
County of San Francisco
Subscribed and sworn to (or affirmed) before me
on this 30 day of January, 20 12
by Matthew R. Lynde
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.
Signature _____ (Seal)

MARK MCQUILLEN
COMM. #1793325
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires Mar. 10, 2012

*Highly Confidential*

Page 1 of 1

Highly Confidential

Page 292

```
 1          C E R T I F I C A T E

 2     STATE OF CALIFORNIA      )

 3                              )

 4     COUNTY OF SAN FRANCISCO )

 5          I, LINDA VACCAREZZA, a Certified

 6     Shorthand Reporter for the State of

 7     California, do hereby certify:

 8          That MATTHEW LYNDE, the witness

 9     whose deposition is hereinbefore set

10     forth, was duly sworn by me and that such

11     deposition is a true record of the

12     testimony given by such witness.

13          I further certify that I am not

14     related to any of the parties to this

15     action by blood or marriage; and that I

16     am in no way interested in the outcome of

17     this matter.

18          IN WITNESS WHEREOF, I have hereunto

19     set my hand this 29th day of December

20     2011.

21

22     _____

23      LINDA VACCAREZZA, CSR. NO. 10201

24

25
```