UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

### WARNER'S MOTION AND MEMORANDUM OF LAW TO CONVERT REPORT AND RECOMMENDATION INTO AN ORDER

Warner Bros. Entertainment Inc. ("Warner") respectfully moves to convert the Honorable William C. Turnoff's Report and Recommendation on Warner's Motion to Permit Use at Trial or Summary Judgment of Titov Ex. 27 in its Entirety, dated February 28, 2012 (the "Report"), into an Order. Warner requests this relief so as to have the benefit of the ruling in time to obtain and incorporate the relevant document, Titov Ex. 27, into Warner's Reply in Support of its Motion for Summary Judgment, which is currently due to be filed in less than two weeks on March 12, 2012. To make meaningful

1

use of the document (which Warner previously destroyed based on Hotfile's clawback), Warner must be able to obtain a copy from Hotfile in advance of Warner's summary judgment reply memorandum. Absent converting the Report into an Order, therefore, Warner will thus be unable to obtain a copy of the full document, or make use of it, until after in summary judgment briefing has concluded, and the relief recommended by the Report will effectively be mooted by the case schedule.

Because Warner's original motion goes to a nondispositive issue and was referred to the Magistrate Judge by the Court for appropriate disposition, Warner believes that under 28 U.S.C. § 636 and the rules of this Court, its motion can and should be resolved by an Order and that the Report and Recommendation procedure is not necessary here. *See* February 8, 2012 Order of Referral (Docket No. 248); 28 U.S.C. § 636(b)(1)(A); S.D. Fla. Magistrate L.R. 1(c). In addition, since Hotfile can file Objections to the Magistrate Judge's decision irrespective of whether that decision is styled as an "Order" or as a "Report and Recommendation" – and can, if it so chooses, raise a contingent evidentiary objection to Warner's use of the full Titov Ex. 27 in its summary judgment briefing pending the Court's resolution of any such Objection – converting the Report into an Order would not prejudice Hotfile's rights in any way. Therefore, Warner respectfully requests that the Court convert the Report into an order.

Dated: February 29, 2012                           Respectfully submitted,

                                                   By:   /s/ Karen L. Stetson
                                                   Karen L. Stetson
                                                   GRAY-ROBINSON, P.A.
                                                   1221 Brickell Avenue
                                                   16th Floor
                                                   Miami, Fl 33131
                                                   Telephone: (305) 461-6880
                                                   Facsimile:  (305) 461-6887

MOTION PICTURE ASSOCIATION                         JENNER & BLOCK LLP
 OF AMERICA, INC.                                  Steven B. Fabrizio (*Pro Hac Vice*)
Karen R. Thorland (*Pro Hac Vice*)                 Duane C. Pozza (*Pro Hac Vice*)
15301 Ventura Blvd.                                Luke C. Platzer (*Pro Hac Vice*)
Building E                                         1099 New York Ave., N.W.
Sherman Oaks, CA 91403                             Suite 900
Phone:  (818) 995-6600                             Washington, DC 20001

Fax: (818) 285-4403

Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for Plaintiffs and the MPAA*

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that, pursuant to Local Rule 7.1(a)(3), U.S. District Court for the Southern District of Florida, counsel for Plaintiffs have conferred with counsel for Defendant Hotfile Corp. in a good faith effort to resolve the issues raised in this Motion without court action, and have been unable to reach agreement.

Dated: February 29, 2012                     By: _/s/ Karen L. Stetson__

                                                                    Karen L. Stetson
                                                                    GRAY-ROBINSON, P.A.
                                                                    1221 Brickell Avenue
                                                                    16th Floor
                                                                    Miami, Fl 33131
                                                                    Telephone: (305) 461-6880
                                                                    Facsimile: (305) 461-6887

| MOTION PICTURE ASSOCIATION | JENNER & BLOCK LLP |
| --- | --- |
| OF AMERICA, INC. | Steven B. Fabrizio (*Pro Hac Vice*) |
| Karen R. Thorland (*Pro Hac Vice*) | Duane C. Pozza (*Pro Hac Vice*) |
| 15301 Ventura Blvd. | Luke C. Platzer (*Pro Hac Vice*) |
| Building E | 1099 New York Ave., N.W. |
| Sherman Oaks, CA 91403 | Suite 900 |
| Phone: (818) 995-6600 | Washington, DC 20001 |
| Fax: (818) 285-4403 | Telephone: (202) 639-6000 |
| | Facsimile: (202) 639-6066 |

*Attorneys for Plaintiffs and the MPAA*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 29th day of February, 2012, I served the following document on all counsel of record on the attached service list via the Court's ECF System:

> **Warner's Motion and Memorandum of Law to Convert Report and Recommendation into an Order**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this Certificate of Service was executed on this date.

By: /s/ Karen L. Stetson<br>Karen L. Stetson

5

65469.1

## SERVICE LIST

## Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
### CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*

65469.1