UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## [PROPOSED] ORDER GRANTING WARNER'S MOTION TO CONVERT REPORT AND RECOMMENDATION INTO AN ORDER AND ORDERING HOTFILE CORP. TO PRODUCE THE FULL TITOV EX. 27

Upon consideration of Warner's Motion and Memorandum of Law to Convert Report and Recommendation into an Order, Warner's request to convert is GRANTED, and the Honorable William C. Turnoff's Report and Recommendation, dated February 28, 2012, is hereby

converted into an Order.  Further, Defendant Hotfile Corp. is ORDERED to promptly produce the full document to Warner and its counsel in compliance with said Order.

DONE AND ORDERED in chambers at Miami, Florida this ____ day of _____ 2012.

                                                                   _____
                                                                   William C. Turnoff
                                                                   United States Magistrate Judge

cc:      All Counsel of Record