UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-CIV-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV,
and DOES 1-10.

*Defendants.*
_____/

**NOTICE OF DEFENDANT/COUNTERCLAIMANT HOTFILE
CORPORATION, OF SCRIVENER'S ERROR IN EXHIBIT 26 TO
THE DECLARATION OF RODERICK M. THOMPSON FILED IN
SUPPORT OF HOTFILE'S MEMORANDUM OF LAW IN
OPPOSITION TO THE MOTION OF PLAINTIFF/
COUNTER-DEFENDANT WARNER BROS. ENTERTAINMENT
INC. FOR SUMMARY JUDGMENT ON HOTFILE'S COUNTERCLAIM**

Defendant/Counterclaimant, Hotfile Corporation ("Hotfile"), hereby gives notice to the Court and to Plaintiff/Counter-Defendant, Warner Bros. Entertainment Inc. ("Warner"), of a scrivener's error in Exhibit 26 to the Declaration of Roderick M. Thompson, filed on February 27, 2012, in support of Hotfile's Memorandum of Law in Opposition to Warner's Motion for Summary Judgment on Hotfile's Counterclaim.  Exhibit 26 was stamped with the incorrect Bates Numbers. The correct Bates Numbers for this document are: HF028683988-89. Undersigned counsel apologizes to the Court for the error.

CASE NO. 11-20427-CIV-WILLIAMS/TURNOFF

DATED:  February 29, 2012

Respectfully submitted,

s/ Janet T. Munn
Janet T. Munn, Fla. Bar No. 501281
Email: jmunn@rascoklock.com
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone:  305.476.7101
Telecopy: 305.476.7102

AND

s/ Roderick M. Thompson
Roderick M. Thompson (admitted *pro hac vice*)
Email:  rthompson@fbm.com
Andrew Leibnitz (admitted *pro hac vice*)
Email:  aleibnitz@fbm.com
Anthony P. Schoenberg (admitted *pro hac vice*)
Email:  tschoenberg@fbm.com
Deepak Gupta (admitted *pro hac vice*)
Email:  dgupta@fbm.com
Janel Thamkul (admitted *pro hac vice*)
Email:  jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA  94104
Telephone:  415.954.4400
Telecopy: 415.954.4480

*Counsel for Defendants Hotfile Corporation
   and Anton Titov*

2

CASE NO. 11-20427-CIV-WILLIAMS/TURNOFF

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2012, the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Janet T. Munn
     Janet T. Munn

Karen L. Stetson, Fla. Bar No.: 742937
GRAY-ROBINSON, P.A.
Email: karen.stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Steven B. Fabrizio (*Pro Hac Vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza (*Pro Hac Vice*)
Email: dpozza@jenner.com
Luke C. Platzer (*Pro Hac Vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

Karen R. Thorland, Esq. *(Pro Hac Vice)*
Senior Content Protection Counsel
Motion Picture Association of America, Inc.
15301 Ventura Boulevard Building E
Sherman Oaks, CA
Telephone: 818.935.5812
Email: Karen_Thorland@mpaa.org

3