# EXHIBIT "A"

# PUBLIC VERSION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    *Defendants*.

_____/

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant*.

_____/

### [REDACTED] DECLARATION OF ANTHONY SCHOENBERG IN SUPPORT OF DEFENDANT ANTON TITOV'S MOTION FOR SUMMARY JUDGMENT

I, Anthony Schoenberg, declare as follows:

1.    I am an attorney at Farella Braun + Martel LLP and counsel for defendant Hotfile Corporation and Anton Titov. I have personal knowledge of the matters stated herein and, if called and sworn as a witness, I could and would competently testify to the facts set forth herein.

26501\2980822.1

1

FILED UNDER SEAL                    CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

2.  Attached hereto as Exhibit 1 is a true and correct copy of ███████

███████████████████████████████████████████████

3.  Attached hereto as Exhibit 2 is a true and correct copy of ███████

███████████████████████████████████████████████

4.  Attached hereto as Exhibit 3 is a true and correct copy of ███████

███████████████████████████████████████████████

5.  Attached hereto as Exhibit 4 is a true and correct copy of the first two pages of Exhibit 22 to the deposition of Anton Titov, taken on December 2, 2011 in the above-captioned case.

6.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16 day of February 2012, at San Francisco, California.

Anthony Schoenberg

26501\2959544.1