**PUBLICLY FILED VERSION OF EXHIBITS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*    /

**NOTICE OF FILING OF DEFENDANT HOTFILE CORPORATION OF
REDACTED DECLARATION OF DEEPAK GUPTA,
INCLUDING EXHIBITS THERETO, IN SUPPORT OF
<u>HOTFILE CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

    Defendant Hotfile Corporation ("Hotfile"), hereby files the attached publicly filed version of the redacted Declaration of Deepak Gupta, including exhibits 1-21 thereto, in support of Hotfile's Motion for Partial Summary Judgment Based on the Digital Millennium Copyright Act Safe Harbor.

                                                CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DATED: March 5, 2012                Respectfully submitted,

                                        s/Janet T. Munn
                                        Janet T. Munn, Esq. Fla. Bar No. 501281
                                        Email: jmunn@rascoklock.com
                                        RASCO KLOCK
                                        283 Catalonia Avenue, Suite 200
                                        Coral Gables, Fl 33134
                                        Telephone:  305.476.7101
                                        Telecopy: 305.476.7102

                                        And

                                        s/Roderick M. Thompson
                                        Roderick M. Thompson, Esq. (admitted *pro hac vice*)
                                        Email:  rthompson@fbm.com
                                        Andrew Leibnitz, Esq. (admitted *pro hac vice*)
                                        Email:  aleibnitz@fbm.com
                                        Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
                                        Email:  tschoenberg@fbm.com
                                        Deepak Gupta, Esq. (admitted *pro hac vice*)
                                        Email:  dgupta@fbm.com
                                        Janel Thamkul, Esq. (admitted *pro hac vice*)
                                        Email:  jthamkul@fbm.com
                                        FARELLA BRAUN + MARTEL LLP
                                        235 Montgomery St.
                                        San Francisco, CA  94104
                                        Telephone:  415.954.4400
                                        Telecopy: 415.954.4480

                                        And

                                        s/Valentin Gurvits
                                        Valentin Gurvits, Esq. (admitted *pro hac vice*)
                                        Email: vgurvits@bostonlawgroup.com
                                        BOSTON LAW GROUP
                                        825 Beacon Street, Suite 20
                                        Newton Center, MA 02459
                                        Telephone:  617.928.1800
                                        Telecopy:  617.928.1802

                                        *Counsel for Defendants Hotfile Corporation*
                                         *and Anton Titov*

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2012, a true and correct copy of the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL  33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA  91403-5885
Telephone: 818.935.5812

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

By: /s/ Janet T. Munn
    Janet T. Munn

4839-4036-7630, v.  1