# EXHIBIT 7

Solmon, Vicki R.                    12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

      Plaintiffs,

  vs.

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

      Defendants.
_____

AND RELATED CROSS-ACTION.
_____

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF VICKI R. SOLMON, ESQUIRE

PURSUANT TO FEDERAL RULE 30(b)(6)

Los Angeles, California

Friday, December 9, 2011

Volume 1

Reported by:
LORI SCINTA, RPR
CSR No. 4811

Job No. 178932

Page 2

1                    UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF FLORIDA

3                    CASE NO. 11-20427-WILLIAMS-TURNOFF

4    DISNEY ENTERPRISES, INC.,
     TWENTIETH CENTURY FOX FILM
5    CORPORATION, UNIVERSAL CITY
     STUDIOS PRODUCTIONS LLLP,
6    COLUMBIA PICTURES INDUSTRIES,
     INC., and WARNER BROS.
7    ENTERTAINMENT INC.,

8              Plaintiffs,

9         vs.

10   HOTFILE CORP., ANTON TITOV,
     and DOES 1-10,
11
               Defendants.
12   _____
     AND RELATED CROSS-ACTION.
13   _____

14

15      HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

16           Videotaped deposition of VICKI R. SOLMON,

17   ESQUIRE, Volume 1, pursuant to Federal Rule 30(b)(6),

18   taken on behalf of Defendants, at 633 West Fifth Street,

19   Los Angeles, California, beginning at 9:53 A.M. and

20   ending at 6:19 P.M. on Friday, December 9, 2011, before

21   LORI SCINTA, RPR, Certified Shorthand Reporter No. 4811.

22

23

24

25

Page 3

```
 1    APPEARANCES:

 2

 3    For Plaintiffs:

 4
          JENNER & BLOCK LLP
 5        BY:  DUANE C. POZZA
          Attorney at Law
 6        1099 New York Avenue, NW, Suite 900
          Washington, D.C. 20001-4412
 7        202.639.6000
          Email:  dpozza@jenner.com
 8
               -- and --
 9
          SONY PICTURES ENTERTAINMENT
10        BY:  MAGGIE HEIM
          Attorney at Law
11        10202 West Washington Boulevard
          Culver City, California 90232-3195
12        310.244.6946
          Email:  maggie_heim@spe.sony.com
13

14
      For Defendants:
15

16        FARELLA BRAUN + MARTEL LLP
          BY:  DEEPAK GUPTA
17        Attorney at Law
          235 Montgomery Street
18        San Francisco, California 94104
          415.954.4400
19        Email:  dgupta@fbm.com

20

21    Videographer:

22
          VONYARN MASON
23        SARNOFF COURT REPORTERS
          20 Corporate Park, Suite 350
24        Irvine, California 92606
          877.955.3855
25
```

Solmon, Vicki R.                    12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 117



Electronically signed by Lori Scinta (601-264-733-0670)                    a0cdbc8c-50cf-4234-9830-de2940bc5076

Solmon, Vicki R.                    12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 118



Solmon, Vicki R.                    12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 119



Electronically signed by Lori Scinta (601-264-733-0670)                    a0cdbc8c-50cf-4234-9830-de2940bc5076

Solmon, Vicki R.                    12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 120



Solmon, Vicki R.                    12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 121

```
02:33   1       Q   And you have no reason to believe that it's not
02:33   2   authentic, correct?
02:33   3       A   I have no reason.
02:33   4       Q   Isn't this document an example of Hotfile
02:33   5   reaching out to Columbia, trying to cooperate, offering
02:33   6   a tool to assist Columbia in takedown notices?
02:33   7       A   No --
02:33   8           MR. POZZA:   Objection.  Vague and ambiguous.
02:33   9   BY MR. GUPTA:
02:33  10       Q   Please explain why.
02:33  11       A   I do not see where it is sent to Columbia.
02:33  12       Q   So your view is because it was sent to Sony
02:33  13   Pictures Entertainment, it doesn't constitute an
02:34  14   outreach to Columbia Pictures?
02:34  15           Is that what you're saying?
02:34  16       A   I'm just answering your question as it was
02:34  17   phrased, that I have no -- you're asking me to review
02:34  18   from this document, and there is nothing on this
02:34  19   document that indicates it was in connection with
02:34  20   Columbia.
02:34  21           And so I can't agree to your statement.
02:34  22       Q   At the time of this email, who was your
02:34  23   employer?
02:34  24       A   You mean which entity?
02:34  25       Q   Correct.
```

Solmon, Vicki R.                    12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 196



Solmon, Vicki R.                    12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 197



Electronically signed by Lori Scinta (601-264-733-0670)                    a0cdbc8c-50cf-4234-9830-de2940bc5076



9    I, VICKI R. SOLMON, ESQUIRE, do hereby declare

10   under penalty of perjury that I have read the foregoing

11   transcript; that I have made any corrections as appear

12   noted, in ink, initialed by me, or attached hereto; that

13   my testimony as contained herein, as corrected, is true

14   and correct.

17   EXECUTED this 15th day of February,

18   20 12, at Los Angeles , Ca .
                    (City)              (State)

22   VICKI R. SOLMON, ESQUIRE
23   Volume 1



877.955.3855

217

Errata Sheet
Deposition of Vicki Solmon
December 9, 2011 and December 23, 2011

| Location | Correction |
|---|---|
| **Day 1** | |
| 7:7 | change "Hotfield" to "Hotfile" |
| 17:15 | change "ERA services" to "ARA Services" |
| 21:15 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 21:17 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 21:20 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 21:21 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 22:19 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 24:14-15 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 24:16-17 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 31:11 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 31:14 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 32:2 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 35:18 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 47:21 | change "Michelle Huynh" to "Michelle Wang" |
| 47:22 | change "Huynh" to "Wang" |
| 58:25 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 71:1 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 81:10 | change "A-Plex" to "Aiplex" |
| 141:8 | change "compiled each to" to "compelled each to" |
| **Day 2** | |
| 231:16 | change "question" to "answer" |

Solmon, Vicki R.                    12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 219

1

2            I, the undersigned, a Certified Shorthand

3    Reporter of the State of California, do hereby certify:

4            That the foregoing proceedings were taken

5    before me at the time and place herein set forth; that

6    any witnesses in the foregoing proceedings, prior to

7    testifying, were duly sworn; that a record of the

8    proceedings was made by me using machine shorthand

9    which was thereafter transcribed under my direction;

10   that the foregoing transcript is a true record of the

11   testimony given.

12           Further, that if the foregoing pertains to

13   the original transcript of a deposition in a Federal

14   Case, before completion of the proceedings, review of

15   the transcript [ x ] was [ ] was not requested.

16           I further certify I am neither financially

17   interested in the action nor a relative or employee

18   of any attorney or party to this action.

19           IN WITNESS WHEREOF, I have this date

20   subscribed my name.

21

22   Dated: 12-12-11

23

24                    _____
                      LORI SCINTA, RPR
25                    CSR No. 4811