# EXHIBIT 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**PLAINTIFFS' RESPONSES AND OBJECTIONS TO HOTFILE'S FIRST SET OF REQUESTS FOR ADMISSION**

Pursuant to Federal Rule of Civil Procedure 36, Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., Warner Bros. Entertainment Inc., and the Motion Pictures Association of America (collectively, "Plaintiffs") hereby provide the following Responses and Objections to Defendant Hotfile's ("Defendant" or "Hotfile's") First Set of Requests for Admission (the "First RFAs"):

**PLAINTIFFS' RESPONSE AND OBJECTIONS TO REQUEST NO. 2**

Plaintiffs incorporate each General Objection and Specific Objection to Definitions as if set forth herein.

Subject to and without waiving those objections, Plaintiffs deny the Request.

**REQUEST NO. 3:**

Separately for each file identified by THE STUDIOS in Schedule A to their response to HOTFILE's Interrogatory No.1, admit that Hotfile was not aware of facts or circumstances from which infringing activity was apparent. *See* 17 U.S.C. § 512(c).

**PLAINTIFFS' RESPONSE AND OBJECTIONS TO REQUEST NO. 3**

Plaintiffs incorporate each General Objection and Specific Objection to Definitions as if set forth herein.

Subject to and without waiving those objections, Plaintiffs deny the Request.

**REQUEST NO. 4:**

Admit that Hotfile is a "service provider" under the Digital Millennium Copyright Act.

**PLAINTIFFS' RESPONSE AND OBJECTIONS TO REQUEST NO. 4**

Plaintiffs incorporate each General Objection and Specific Objection to Definitions as if set forth herein.

Subject to and without waiving those objections, Plaintiffs deny that Hotfile is a "service provider" under 17 U.S.C. § 512(k)(1)(B). However, Plaintiffs do not and will not contend, for purposes of this litigation, that Hotfile is ineligible for the DMCA safe harbor at 17 U.S.C. § 512(c) by virtue of not being a "service provider" under 17 U.S.C. § 512(k)(1)(B). Plaintiffs further deny that Hotfile is eligible for safe harbor under 17 U.S.C. § 512(c) or any other DMCA safe harbor.

**REQUEST NO. 5:**

Admit that no later than February 19, 2011, Hotfile adopted and reasonably implemented a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

**PLAINTIFFS' RESPONSE AND OBJECTIONS TO REQUEST NO. 5**

Plaintiffs incorporate each General Objection and Specific Objection to Definitions as if set forth herein.

Subject to and without waiving those objections, Plaintiffs deny the Request.

Dated:  January 3, 2012            By:  s/ Luke C. Platzer
                                                                         Luke C. Platzer

| GRAY-ROBINSON, P.A. | JENNER & BLOCK LLP |
|---|---|
| Karen L. Stetson (FL Bar No. 742937) | Steven B. Fabrizio (*Pro Hac Vice*) |
| 1221 Brickell Avenue | Duane C. Pozza (*Pro Hac Vice*) |
| Suite 1600 | Luke C. Platzer (*Pro Hac Vice*) |
| Miami, FL 33131 | 1099 New York Ave., N.W. |
| Phone: 305-416-6880 | Suite 900 |
| Fax: 305-416-6887 | Washington, DC 20001 |
| | Phone: 202-639-6000 |
| MOTION PICTURE ASSOCIATION | Fax: 202-639-6066 |
| OF AMERICA, INC. | |
| Karen R. Thorland (*Pro Hac Vice*) | |
| 15301 Ventura Blvd. | |
| Building E | |
| Sherman Oaks, CA  91403 | |

*Attorneys for Plaintiffs*

10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
                                                              /

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
                                                              /

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 3d Day of January, 2012, I served the foregoing Plaintiffs' Responses and Objections to Defendant Hotfile's First Set of Requests for Admission on all counsel of record on the attached Service List via their email address(es) as set forth on the Court's CM/ECF filing system per the parties' service agreement, as indicated on the attached Service List.

  I further certify that I am admitted *pro hac vice* in the United States District Court for the Southern District of Florida and certify that this Certificate of Service was executed on this date at Sofia, Bulgaria.

                  /s/ Luke C. Platzer
                  Luke C. Platzer

11

## SERVICE LIST

**Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.**
**CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF**

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*
**Served via electronic mail by agreement**

BOSTON LAW GROUP
Valentin Gurvits
825 Beacon Street, Suite 20
Newton Center, MA 02459
Phone: 617-928-1800
Fax: 617-928-1802
vgurvitz@bostonlawgroup.com

*Attorney for Defendants Hotfile Corp. and Anton Titov*
**Served via electronic mail by agreement**

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*
**Served via electronic mail by agreement**