# EXHIBIT 16

Page 1

To: Bentkover, Michael[Michael.Bentkover@warnerbros.com]
Cc: 'Jonathan Turco'[jturco@kleinzelman.com]; Kaplan, David P.[David.P.Kaplan@warnerbros.com]
From: chris
Sent: Wed 7/21/2010 3:12:41 AM
Importance: Normal
Sensitivity: None
Subject: Re: FW: THIRD REQUEST: Unauthorized Use of Warner Bros.' Property - takedown tool request [Fileserve.com]
Categories: WBWBURPEX7HT1.amer.warnerbros.com

Dear Michael,

Would you kindly give me some more details on who is sending DMCA requests over - what emails and names - and I will request that person to prioritize emails received from your side.

Please kindly let me know.

Sincerely,
Chris


On 7/21/2010 3:06 AM, Bentkover, Michael wrote:

> Thanks Chris for your cooperation with infringing links found on Fileserve.
>
>
> If you have a preferred method for receiving DMCA complaints please let us know. We will work with you in order to expedite the handling of Warner Bros. takedown request as we would like our content removed as fast as possible to avoid the spreading of the infringing files. An automated way to remove files from your system is preferred. Do you have any plans for this moving forward? If you would like to provide us with a special email address which can accelerate the takedown process that would also be appreciated.
>
>
> Kind regards,
>
> Michael

WARNER027296

Michael Bentkover

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Burbank, California 91522

Phone: (818) 954-3639

Fax:    (818) 954-7898

michael.bentkover@warnerbros.com

From: chris [mailto:chris@fileserve.com]
Sent: Tuesday, July 20, 2010 11:37 AM
To: Bentkover, Michael; Jonathan Turco
Subject: Re: FW: THIRD REQUEST: Unauthorized Use of Warner Bros.' Property - takedown tool request [Fileserve.com]

Dear Michael,

Thanks for your email.

As you are aware, we are a smaller operation than others such as Hotfile, Rapidshare and some of the other entities operating in this space. As such, our resources are limited, and we are not able to respond to take-down requests sooner.

Nevertheless, we will make an effort to respond to your requests on an expedited basis.

Sincerely,

Chris
FileServe

On 7/21/2010 1:46 AM, Bentkover, Michael wrote:

**FOURTH REQUEST**

WARNER027297

From: Bentkover, Michael
Sent: Tuesday, June 22, 2010 3:33 PM
To: 'dmca@fileserve.com'
Cc: Kaplan, David P.
Subject: THIRD REQUEST: Unauthorized Use of Warner Bros.' Property - takedown tool request [Fileserve.com]

**THIRD REQUEST**

From: Bentkover, Michael
Sent: Wednesday, June 16, 2010 10:12 AM
To: 'dmca@fileserve.com'
Cc: Kaplan, David P.
Subject: SECOND REQUEST: Unauthorized Use of Warner Bros.' Property - takedown tool request [Fileserve.com]
Importance: High

**SECOND REQUEST**

From: Bentkover, Michael
Sent: Tuesday, June 08, 2010 1:36 PM
To: 'dmca@fileserve.com'
Cc: Kaplan, David P.
Subject: Unauthorized Use of Warner Bros.' Property - takedown tool request [Fileserve.com]
Importance: High

Dear Abuse Manager,

I was wondering if you have any tool or any way that could assist us to remove links from Fileserve.com with content that infringes Warner Bros. Entertainment Inc.

WARNER027298

rights in a more efficient and faster manner.

Nevertheless, even with your quick removal, the infringing links hosted at Fileserve.com spread quickly to users computers and foreign sites

around the world in minutes and are causing great harm to Warner. Other sites that offer same kind of services as Fileserve.com have provided

Warner with a take down tool that allows Warner to log in and remove the infringing link immediately and hence more efficiently curb spread

of piracy of Warner's content. This takedown tool will also require less work from Fileserve.com and Warner staff to process our notices of

infringing content hosted at Fileserve.com.

We really appreciate any assistance or tool you could provide us, because a faster way to remove the infringing links is required in

solving this problem.

You can call me directly at 818-954-3639 or provide a phone number and good time to reach you if you have any further questions.

Michael Bentkover

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Burbank, California 91522

Phone: (818) 954-3639

Fax: (818) 954-7898

michael.bentkover@warnerbros.com

WARNER027299

_____ Information from ESET NOD32 Antivirus, version of virus signature database 5294 (20100720) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

--

Best regards,
Chris

Business Development Manager
http://www.fileserve.com
FileServe

Yahoo IM: fschris2010@yahoo.com
email: chris@fileserve.com

_____ Information from ESET NOD32 Antivirus, version of virus signature database 5294 (20100720) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

--

Best regards,
Chris

Business Development Manager
http://www.fileserve.com
FileServe

Yahoo IM: fschris2010@yahoo.com
email: chris@fileserve.com

WARNER027300