# EXHIBIT 18

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF FLORIDA
 3
 4   DISNEY ENTERPRISES, INC.,
     TWENTIETH CENTURY FOX FILM
 5   CORPORATION, UNIVERSAL CITY
     STUDIOS PRODUCTIONS LLLP,
 6   COLUMBIA PICTURES INDUSTRIES,
     INC., and WARNER BROS.
 7   ENTERTAINMENT INC.,
 8                       Plaintiffs,
 9   vs.                       No. 11-20427-WILLIAMS-TURNOFF
10   HOTFILE CORP., ANTON TITOV, and
     DOES 1-10,
11
12                       Defendants.
13   _____
14
15        PORTIONS OF THIS TRANSCRIPT ARE CONFIDENTIAL
16                DEPOSITION OF YANGBIN WANG
17                  Palo Alto, California
18              Thursday, December 22, 2011
19
20
21   REPORTED BY:
     LYNNE LEDANOIS
22   CSR No. 6811
     Job No. CA128631
23
24
25   PAGES 105 - 113 ARE HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
```

Page 1

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF FLORIDA
 3
 4   DISNEY ENTERPRISES, INC.,
     TWENTIETH CENTURY FOX FILM
 5   CORPORATION, UNIVERSAL CITY
     STUDIOS PRODUCTIONS LLLP,
 6   COLUMBIA PICTURES INDUSTRIES,
     INC., and WARNER BROS.
 7   ENTERTAINMENT INC.,
 8                    Plaintiffs,
 9   vs.               No. 11-20427-WILLIAMS-TURNOFF
10   HOTFILE CORP., ANTON TITOV, and
     DOES 1-10,
11
12                    Defendants.
13   _____
14
15        Deposition of YANGBIN WANG, taken on behalf of
16   Defendant, at 2475 Hanover Street, Palo Alto,
17   California, beginning at 9:43 a.m. and ending at 12:21
18   p.m. on Thursday, December 22, 2011, before LYNNE
19   LEDANOIS, CSR 6811.
20
21
22
23
24
25
                                                    Page 2
```

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1    APPEARANCE OF COUNSEL:
 2
 3    For Plaintiffs:
 4         JENNER & BLOCK LLP
           BY: LUKE C. PLATZER
 5         Attorney at Law
           1099 New York Avenue, NW, Suite 900
 6         Washington, DC 20001
           202.639.6000
 7         lplatzer@jenner.com
 8
 9    For Defendants Hotfile and Anton Titov:
10         FARELLA BRAUN & MARTEL LLP
           BY: ANDREW LEIBNITZ
11         Attorney at Law
           Russ Building, 235 Montgomery Street
12         San Francisco, California 94104
           415.954.4400
13         aleibnitz@fbm.com
14
15    For Witness:
16         PILLSBURY WINTHROP SHAW PITTMAN LLP
           BY: JOSEPH R. TIFFANY II
17         Attorney at Law
           2475 Hanover Street
18         Palo Alto, California 94304-1114
           650.233.4500
19         joseph.tiffany@pillsburylaw.com
20
21    VIDEOGRAPHER:
22         SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
           BY:  MARTY MAJDOUB
23
24
25
```

Page 3

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | they allow them to exist. | 09:53:07 |
| 2 | Q   So the copyright owner dictates the business | 09:53:10 |
| 3 | rule? | 09:53:13 |
| 4 | A   Yes. | 09:53:13 |
| 5 | Q   Is it understanding that in this case the | 09:53:16 |
| 6 | plaintiffs are the copyright owners? | 09:53:18 |
| 7 | A   Yes. | 09:53:20 |
| 8 | Q   Does the results that are returned from | 09:53:38 |
| 9 | MediaWise depend in any way on content provided by | 09:53:43 |
| 10 | rights holders? | 09:53:49 |
| 11 | MR. PLATZER:  Objection to the form. | 09:53:51 |
| 12 | BY MR. LEIBNITZ: | 09:53:55 |
| 13 | Q   Let me rephrase. | 09:53:56 |
| 14 | A   Yes. | 09:53:57 |
| 15 | Q   Does Vobile have any relationship with movie | 09:53:59 |
| 16 | studios? | 09:54:02 |
| 17 | MR. PLATZER:  Objection, form. | 09:54:04 |
| 18 | THE WITNESS:  What do you mean relationship? | 09:54:07 |
| 19 | BY MR. LEIBNITZ: | 09:54:08 |
| 20 | Q   Does Vobile get anything from movie studios? | 09:54:08 |
| 21 | A   Yes, they provide the fingerprint. | 09:54:12 |
| 22 | Q   Can you describe that for me, please? | 09:54:13 |
| 23 | A   We provide tools to the studios, and basically | 09:54:15 |
| 24 | business rules and fingerprints are provided by the | 09:54:20 |
| 25 | studios. | 09:54:24 |

Page 13

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q    And what do you mean by fingerprint? | 09:54:25 |
| 2 | A    Fingerprint is a technology term to describe, | 09:54:30 |
| 3 | you know, ways to -- the features to identify the | 09:54:36 |
| 4 | content.  So very much like the fingerprint of a person. | 09:54:42 |
| 5 | It's a signature, basically, extracted from the content | 09:54:46 |
| 6 | and use that to identify the content. | 09:54:48 |
| 7 | Q    Is it fair to say that Vobile provides to the | 09:54:53 |
| 8 | plaintiff studios the protocol for determining a | 09:54:58 |
| 9 | fingerprint? | 09:55:05 |
| 10 | A    It's not the protocol. | 09:55:07 |
| 11 | MR. PLATZER:  Objection to the form. | 09:55:08 |
| 12 | THE WITNESS:  It's not a protocol. | 09:55:09 |
| 13 | BY MR. LEIBNITZ: | 09:55:11 |
| 14 | Q    How do the plaintiff studios, if you know, pull | 09:55:11 |
| 15 | together the fingerprint that is supplied to Vobile? | 09:55:19 |
| 16 | MR. PLATZER:  Objection to the form. | 09:55:22 |
| 17 | MR. TIFFANY:  You can answer. | 09:55:26 |
| 18 | THE WITNESS:  Okay.  So I was confused a little | 09:55:28 |
| 19 | bit.  That's okay. | 09:55:30 |
| 20 | Basically, it's a piece of software.  You know, | 09:55:32 |
| 21 | generating the fingerprint, it requires using our | 09:55:33 |
| 22 | technology and software.  So we provide that software to | 09:55:38 |
| 23 | the studios and other content owners to allow them to | 09:55:41 |
| 24 | generate fingerprints. | 09:55:45 |
| 25 | BY MR. LEIBNITZ: | 09:55:45 |

Page 14

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1        A    Definitely.  Definitely true.  Everything, the     10:33:55
 2   full file, every file possible.  Just like a virus scan,     10:33:58
 3   you want to scan every possible files.                       10:34:02
 4        Q    Do you know on behalf of Vobile the range of       10:34:09
 5   latency periods in obtaining results?                        10:34:13
 6             MR. PLATZER:  Objection to the form.               10:34:17
 7             THE WITNESS:  We have our SLA sign up with         10:34:18
 8   customer in general.  You know, we return -- depends on      10:34:21
 9   each different cases -- you know, seconds, minutes, you      10:34:26
10   know, I mean, that's basically within the specific           10:34:30
11   application's acceptable range.                              10:34:33
12   BY MR. LEIBNITZ:                                             10:34:35
13        Q    What is an SLA?                                    10:34:36
14        A    Service level agreement.                           10:34:38
15        Q    So as you sit here today, you don't know, for      10:34:46
16   example, the shortest latency period that Hotfile            10:34:48
17   experienced?                                                 10:34:52
18        A    I don't know specific case with Hotfile at all,    10:34:53
19   you know.                                                    10:34:55
20        Q    And you wouldn't know the longest latency          10:34:56
21   period that Hotfile experienced?                             10:34:58
22        A    I don't know.  Just we have too many customers.    10:34:59
23        Q    What is vCloud9?                                   10:35:10
24        A    VCloud9 is a content identification products we    10:35:13
25   design and provided for storage-based service providers.     10:35:17
```

Page 42

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q    What is a storage-based service provider? | 10:35:26 |
| 2 | A    It's -- you know, if you're looking at the file | 10:35:29 |
| 3 | distribution on Internet today, they are UGC, like | 10:35:35 |
| 4 | YouTube, for example, streaming sites.  There's P2P | 10:35:41 |
| 5 | streaming sites like Ustream, Justin.TV. | 10:35:45 |
| 6 | There's a storage based companies, you know, | 10:35:53 |
| 7 | like Hotfile, Drop Box, you know, all those kinds of | 10:35:58 |
| 8 | place -- online storage service provider. | 10:36:02 |
| 9 | Q    You said UGC, as in user-generated content; | 10:36:08 |
| 10 | right? | 10:36:12 |
| 11 | A    Yes, user-generated content sites, like YouTube | 10:36:13 |
| 12 | as an example. | 10:36:15 |
| 13 | Q    How long did vCloud9 take to develop? | 10:36:19 |
| 14 | A    Again, the product shared the same foundation, | 10:36:25 |
| 15 | VDDB and VDNA technology.  It's a different branch of | 10:36:29 |
| 16 | the product.  And, you know, so it's -- when you say how | 10:36:36 |
| 17 | long it takes, you know, if you include everything, it | 10:36:40 |
| 18 | takes very long.  If you including the vCloud9 specific, | 10:36:46 |
| 19 | you know, it takes shorter period of time. | 10:36:49 |
| 20 | Q    Well, let's start with everything. | 10:36:51 |
| 21 | A    Yes. | 10:36:53 |
| 22 | Q    Can you tell me in your estimation how many | 10:36:53 |
| 23 | engineering man years or man hours it took to develop | 10:36:55 |
| 24 | vCloud9? | 10:37:01 |
| 25 | MR. PLATZER:  Objection to the form. | 10:37:03 |

Page 43

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. LEIBNITZ: Let's mark this as Wang 2. | 10:38:34 |
| 2 | (Whereupon, Wang Exhibit 2 was marked | 10:38:38 |
| 3 | for identification by the court | 10:38:38 |
| 4 | reporter.) | 10:38:38 |
| 5 | BY MR. LEIBNITZ: | 10:38:48 |
| 6 | Q   Mr. Wang, do you recognize this document? | 10:38:49 |
| 7 | A   Yes. | 10:38:52 |
| 8 | Q   What is it? | 10:38:53 |
| 9 | A   It's a press release. | 10:38:54 |
| 10 | Q   Regarding vCloud9? | 10:38:56 |
| 11 | A   Yes. | 10:38:58 |
| 12 | Q   How do you know this to be a press release | 10:38:58 |
| 13 | regarding the release of vCloud9? | 10:39:01 |
| 14 | A   Just by reading it, and I do read every single | 10:39:04 |
| 15 | press release we -- go out. | 10:39:08 |
| 16 | Q   It's part of your job responsibility? | 10:39:11 |
| 17 | A   Yes. | 10:39:13 |
| 18 | Q   Does Vobile keep in the ordinary course of its | 10:39:15 |
| 19 | business all of its press releases? | 10:39:18 |
| 20 | A   Yes, it's on our website. | 10:39:20 |
| 21 | Q   Do you have any reason to believe that this is | 10:39:21 |
| 22 | not an authentic copy of a Vobile press release? | 10:39:23 |
| 23 | A   I certainly have not checked every word by | 10:39:26 |
| 24 | word, but the version on our website is the authentic | 10:39:28 |
| 25 | version. | 10:39:31 |

Page 45

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1      Q   You have no reason to doubt that -- you can        10:39:32
 2   take more time if you'd like.  But you have no reason to  10:39:34
 3   doubt that this is that release?                          10:39:37
 4      A   No, I don't doubt it, unless someone altered       10:39:40
 5   it, a word, you know, but I don't think so.               10:39:42
 6      Q   I will represent to you I did not alter the        10:39:46
 7   document.                                                 10:39:48
 8      A   Yes.  If you took it from our website, that's      10:39:49
 9   authentic.                                                10:39:53
10      Q   Okay.  Thank you, sir.                             10:39:54
11          Why did Vobile issue a press release on or         10:40:01
12   about September 26th, 2011?                               10:40:04
13      A   Well, we issue press release all the time.         10:40:09
14   From time to time when we have new product, we always do  10:40:12
15   that.  So that specific timeline, I don't have control.   10:40:15
16   It's -- as you see here, Spiral Group is our marketing,   10:40:20
17   consulting group and, you know, they handle the details.  10:40:23
18      Q   Prior to September 26th, 2011 -- well, strike      10:40:29
19   that.                                                     10:40:33
20          Do you know when Vobile first told Hotfile         10:40:34
21   about vCloud9, if it did?                                 10:40:40
22      A   I don't know, because, again, that -- I am not     10:40:43
23   a contact person, you know, dealing with Hotfile.         10:40:47
24      Q   So you don't know even if prior to September       10:40:49
25   26th -- well, I guess it's fair to say that you could     10:40:53
```

Page 46

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | not testify under oath the time at which Hotfile became | 10:40:59 |
| 2 | aware of vCloud9, whether before or after September | 10:41:09 |
| 3 | 26th? | 10:41:13 |
| 4 | A    I cannot know for sure, but my -- you know, I | 10:41:16 |
| 5 | cannot know for sure, but that's really to Mike, but... | 10:41:20 |
| 6 | Q    Why did -- so you say that you review every | 10:41:26 |
| 7 | press release issued by Vobile. Is that true? | 10:41:31 |
| 8 | A    Yes. | 10:41:34 |
| 9 | Q    Do you review them for accuracy, to make sure | 10:41:34 |
| 10 | that the content they deliver is true? | 10:41:37 |
| 11 | A    Generally, they -- the process they need to | 10:41:40 |
| 12 | submit to -- because they put quote there, you know, and | 10:41:44 |
| 13 | they need to submit for my approval. | 10:41:46 |
| 14 | And most time, you know, I give them approval, | 10:41:49 |
| 15 | unless there is a timing pressure that this goes out | 10:41:53 |
| 16 | before my review. That happens sometime. | 10:41:57 |
| 17 | Q    Did that happen here, to your knowledge? | 10:42:00 |
| 18 | A    I think this is a normal process. I probably | 10:42:02 |
| 19 | reviewed, yes. | 10:42:05 |
| 20 | Q    Do you see the second paragraph beginning with | 10:42:13 |
| 21 | the words "copyrighted content contained"? | 10:42:15 |
| 22 | A    Yes. | 10:42:19 |
| 23 | Q    Why did Vobile state, Copyrighted content | 10:42:22 |
| 24 | contained within Cloud-based cyberlockers is very | 10:42:27 |
| 25 | difficult to find? | 10:42:31 |

Page 47

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A    I do review every press release, but I don't | 10:42:36 |
| 2 | challenge every word the marketing person put in there. | 10:42:41 |
| 3 | Q    You don't think that's inaccurate though -- | 10:42:45 |
| 4 | A    I don't think it's inaccurate.  I mean, it's | 10:42:47 |
| 5 | difficult in general.  It's all difficult. | 10:42:50 |
| 6 | Q    Why is that? | 10:42:51 |
| 7 | MR. PLATZER:  Objection, lacks foundation. | 10:42:57 |
| 8 | THE WITNESS:  It's -- you know, if it's an easy | 10:42:59 |
| 9 | problem, then there is no need for Vobile's service. | 10:43:02 |
| 10 | BY MR. LEIBNITZ: | 10:43:08 |
| 11 | Q    And how is it that you know that -- counsel | 10:43:13 |
| 12 | just made an objection.  I want to make sure that you | 10:43:19 |
| 13 | have a basis to give me your answer. | 10:43:21 |
| 14 | So how is it that you know that copyrighted | 10:43:24 |
| 15 | content in Cloud-based cyberlockers is difficult to | 10:43:29 |
| 16 | find? | 10:43:32 |
| 17 | A    It's because, as I said, our theory is this is | 10:43:33 |
| 18 | difficult, so people need our service, they pay us.  If | 10:43:37 |
| 19 | it's such a simple job, the customers won't come to us | 10:43:40 |
| 20 | for help and won't pay us for services. | 10:43:44 |
| 21 | Q    Is -- the word "cyberlocker" is used here. | 10:43:49 |
| 22 | Is it fair to say that Hotfile is a | 10:43:53 |
| 23 | cyberlocker? | 10:43:55 |
| 24 | A    Yes. | 10:43:56 |
| 25 | Q    The next sentence says, On cyberlockers, the | 10:43:58 |

Page 48

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

1      I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby certify:
3      That the foregoing proceedings were taken
4  before me at the time and place herein set forth; that
5  any witnesses in the foregoing proceedings, prior to
6  testifying, were duly sworn; that a record of the
7  proceedings was made by me using machine shorthand which
8  was thereafter transcribed under my direction; that the
9  foregoing transcript is a true record of the testimony
10 given.
11     Further, that if the foregoing pertains to the
12 original transcript of a deposition in a Federal Case,
13 before completion of the proceedings, review of the
14 transcript [ ] was [ ] was not requested.
15     I further certify I am neither financially
16 interested in the action nor a relative or employee of
17 any attorney or party to this action.
18     IN WITNESS WHEREOF, I have this date subscribed
19 my name.
20
21 Dated: January 12, 2012
22
23                              _____
                                LYNNE MARIE LEDANOIS
24                              CSR No. 6811
25

Page 115