# EXHIBIT 19

**CONTACT**
Jean Sexton
Spiralgroup for Vobile
(530) 432-1820
jeans@spiralgroup.com



Powering the internet Video Economy℠

**Vobile vCloud9 Helps File-Hosting Services Easily Comply with International Copyright Law; Opens New Opportunities for Monetization for Content Owners and Publishers**

Santa Clara, CA -- September 26, 2011 – Vobile®, creator of the world's most trusted multimedia content monitoring and protection technology, today introduced vCloud9™, a new Software-As-A-Service solution that helps cloud-based file hosting services identify and manage unauthorized content that has been uploaded to their sites.

Copyrighted content contained within cloud-based cyberlockers is very difficult to find. On cyberlockers, the vast majority of unauthorized content– such as copyrighted movies or TV shows – is saved as compressed files to allow easier file downloading; however, file compression "hides" the true content, which – until now – has made it impossible to identify.

Vobile's VDNA® technology, the *de facto* content identification technology for the world's leading content owners, including major movie studios, television networks, record labels, and sports leagues, forms the foundation of vCloud9. When vCloud9 finds new content, it matches the content to Vobile's VDNA Database (VDDB®), the world's largest registry of copyrighted audiovisual content. If a match is found, business rules set by the content owner are automatically triggered; the rules range from serving ads against the uploaded content to removing the material.

Because vCloud9 can specifically identify content contained within compressed files, vCould9 helps file-hosting services comply with international copyright law and provides content owners with a tool to manage the distribution and monetization of their content over the Web.

 "Vobile vCloud9 offers an important new tool for website operators offering legitimate cloud-based storage services to be able to discover unauthorized content online and ensure copyright compliance, thereby protecting the rights of content owners and the creative community," said Kevin Suh, Senior Vice President, Content Protection, Internet for Motion Picture Association of America (MPAA).

"Vobile vCloud9 is a revolutionary tool that could mark a turning point in the fight against online piracy. Movies, and other creative content, can be uploaded, stored anonymously and distributed via cyber-locker websites anywhere in the world and rights holders like us are powerless to stop them. Vobile vCloud9 will not only allow us



to find illegal copies of our content online, but it will offer us the option of monetizing that content. It's a huge technological breakthrough and finally gives us an effective way to leverage interest in our film in a positive way. Both the audience and content creators will be the beneficiaries in this," said independent film producer and anti-piracy advocate Ellen Seidler.

"As traditional content distribution channels continue to face new challenges, industry support for our new vCloud9 service underscores our success in ensuring fair use and proper monetization of copyrighted material as it is distributed and stored throughout the Web," said Yangbin Wang, Vobile CEO.

File-hosting services, content publishers and content owners interested in vCloud9 are invited to visit the Vobile site at www.vobileinc.com, email info@vobileinc.com or call 408-217-5000.

**About Vobile**

Vobile is the leading provider of video content identification and management services. Its core VDNA technology enables fully automated identification, tracking and management of any video and audio content with high performance, accuracy and scalability. Vobile operates the VDNA Database (VDDB), which is the most comprehensive database of authorized video fingerprints, metadata and business rules from major movie studios, television networks and record labels. Founded in 2005, the company is headquartered in Santa Clara, California, with additional offices in China, Japan and Singapore. For more information, please visit http://www.vobileinc.com.

Vobile, vCloud9, VDNA, VDDB, the Vobile and VDNA logos are registered trademarks or trademarks of Vobile, Inc.