# EXHIBIT 4

Redacted

-------- Original Message --------
**Subject:** Fwd: Counter-Notification
**Date:** Tue, 23 Aug 2011 09:14:59 +0300
**From:** Hotfile Abuse <abuse@hotfile.com>
**To:** Herve Lemaire <herve.lemaire@leakid.com>
**CC:** anton@titov.net


Hello,
Please respond ASAP, we deleted user's file/account due your report....

---------- Forwarded message ----------
From: **Marjan Mijic** <marjan_mijic@yahoo.com>
Date: Tue, Aug 23, 2011 at 1:35 AM
Subject: Counter-Notification
To: "abuse@hotfile.com" <abuse@hotfile.com>


This file is the album of MY band, and it's not abuse since My album is free and I can distribute it however I want!

http://hotfile.com/dl/113643491/7c7ae9a/Tiarah_-_Extinction_Ceremony_-_FREE_2011_MP3_320kbps_SKiN.rar.html

My name is Marjan Mijic and I am the vocalist and owner of all the rights of the recorded material and the writer, producer and tehnician of this material.
If someone reported this link I would like to know who.

This album is free, and not signed to any label!!!
You can check it!

Marjan Mijic
www.tiarah.com
www.chainroom.com
marjanmijic.blogspot.com
    Karadjordjeva 3
24400
Senta
Serbia
+38163335003



--
http://hotfile.com/reportabuse.html
http://hotfile.com/ippolicy.html

8/26/2011

HF02868355