# EXHIBIT 5



-------- Original Message --------
**Subject:** Fwd: Account Suspended Counter Claim
**Date:** Thu, 10 Nov 2011 09:13:14 +0200
**From:** Hotfile Abuse <abuse@hotfile.com>
**To:** anton@titov.net



---------- Forwarded message ----------
From: **Dan - AH.FM** <dan@afterhours.fm>
Date: Wed, Nov 9, 2011 at 1:13 PM
Subject: Account Suspended Counter Claim
To: abuse@hotfile.com


Hello it has come to my attention that account ahfm (mscice@gmail.com) has been suspended.

I would like to say that we run a online radio station thats well respected on the www. We have over 200 artists that upload their special works to us on daily basis, we have permission by them to share their works online.

Our full legal regulatory is: www.ah.fm/legal.html
**DJ's/Composers/Producers/Agencies**
Afterhours.FM uses your mixed shows to be aired on the radio also for download as a promotional pack using 3rd party hosting websites. Afterhours.FM does not sell these mixed shows, and are for promotional use only. You acknowledge that you have the rights to and consent to (by uploading your scheduled show) share the works by being broadcasted by Afterhours.FM. You also acknowledge that Afterhours.FM does not assume nor will be held accountable for any legal infringements you may cause due to not having the permission of composers to upload their works, and that you can be responsible for damages that may occur due to infringement. Any complaints due to infringements mailed to admins of Afterhours.FM will be taken seriously, upon proof of infringement that particular show will be canceled & removed from the station, contact information will be shared upon discretion of the parties involved.

So any 3rd party wanting us NOT to upload artists works online they need to contact us and we will be happy to remove those artists from being shared online...

Please ublock our account as many artists depend on hotfile links as for promotion, if not we will try to look for alternative place to host our permission given works.


Best Regards

1

--
Dan
Founder/Owner
Afterhours.FM, Inc.
Leading Trance Radio

Web: http://www.ah.fm
Facebook: http://www.facebook.com/Afterhoursfm
Twitter: http://twitter.com/Afterhoursfm
Mobile: http://www.ah.fm/apps



--
http://hotfile.com/reportabuse.html
http://hotfile.com/ippolicy.html

2

HF02868357