# EXHIBIT 6


Redacted

---------- Forwarded message ----------
From: **Notices** <Notices@ifpi.org>
Date: Thu, Nov 10, 2011 at 1:57 PM
Subject: RE: Counter Claim
To: Hotfile Abuse Department <abuse@hotfile.com>


Dear Sir/Madam

We are writing regarding the claim we asserted against the following file:

http://hotfile.com/dl/115379401/78283d5/Orkidea_-_Radio_Unity_028_on_AH.FM_20-04-2011.mp3.zip.html

Despite our earlier good faith belief, we have become aware that this file was removed in error and they are not in fact infringing our member or represented company's rights:

We would therefore like to withdraw our claim in relation to these files.

Yours faithfully
IFPI


-----Original Message-----
From: Hotfile Abuse Department [mailto:abuse@hotfile.com]
Sent: None
To: Notices
Subject: Counter Claim

Message-Id: <20111109183541.6E412622F4@a1.hotfile.com>
Date: Wed,  9 Nov 2011 12:35:41 -0600 (CST)
Return-Path: lighttpd@a1.hotfile.com
X-OriginalArrivalTime: 09 Nov 2011 18:35:47.0499 (UTC) FILETIME=[65E867B0:01CC9F0E]

Constantin Luchian
1007 N. Federal Highway, Suite 240
Fort Lauderdale, Florida, 33304
United States of America
Fax: +1 954 414 0865

HF02868358

November 09, 2011

RE: Mistaken Removal

Dear Constantin Luchain;

    Please find attached to this letter a list of material removed by you pursuant to 17 U.S.C. Section 512.  I have a good faith belief that this material was removed or disabled in error as a result of mistake or misidentification of the material.  I declare that this is true and accurate under penalty of perjury under the laws of the United States of America.

    For the purposes of this matter, I consent to the jurisdiction of the Federal District Court for the judicial district in which the service provider may be found. I also consent to service of process by the person providing notification under  Section 512(c)(1)(C) or that personâ€™s agent. However, by this letter, I do not waive any other rights, including the ability to pursue an action for the removal or disabling of access to this material, if wrongful.

    Having complied with the requirements of Section 512(g)(3), I remind you that you must now replace the blocked or removed material and cease disabling access to it within fourteen business days of your receipt of this notice.  Please notify me when this has been done.

    I appreciate your prompt attention to this matter.  If you have any questions about this notice, please do not hesitate to contact me.
Sincerely,

_____
dan k (AH.FM)
mscice@gmail.com
48510652789
toronto, ontario

Enclosure

File List:
http://hotfile.com/dl/115379401/78283d5/Orkidea_-_Radio_Unity_028_on_AH.FM_20-04-2011.mp3.zip.html


--
http://hotfile.com/reportabuse.html
http://hotfile.com/ippolicy.html




--
http://hotfile.com/reportabuse.html
http://hotfile.com/ippolicy.html

2

HF02868359