# EXHIBIT 7

This chart shows the number of premium conversions (the *paidfor* field of the *dailydownload* table) for the files in each category of Zebrak's list.

| **Zebrak Category** | **Sum of *paidfor*** | **Dailydownload Total** | **Conversion Rate** |
|---|---|---|---|
| Confirmed Infringing | 44 | 215302 | 0.0204% |
| Highly Likely Infringing | 1245 | 2123933 | 0.0586% |
| Noninfringing | 699 | 650727 | 0.1074% |
| Unknowable | 116 | 316235 | 0.0367% |