# EXHIBIT 9



Confidential   HF02835697