# EXHIBIT 10

| | |
|---|---|
| From: | DtecNet AntiPiracy |
| To: | abuse@hotfile.com |
| Sent: | 4/29/2009 11:14:30 AM |
| Subject: | Unauthorized Use of Warner Bros. Property |

Dear Abuse Manager,

I am writing this letter on behalf of Warner Bros. Entertainment Inc. ("Warner Bros."), in response to the discovery of copyrighted works from Warner Bros.' located at hotfile.com. Specifically, we note the unauthorized use therein of images and content from the following motion pictures and/or television programs in which Warner Bros. owns copyright and/or exclusive distribution rights:

Title: 17 Again
Infringement Source: N/A
Initial Infringement Timestamp: N/A
Infringing URLs:
http://hotfile.com/dl/296547/103154d/17again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17again-THS.part4.rar.html
http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/319699/e5c60ba/17A.CAM.XViD-CAMERAx.part2.rar.html
http://hotfile.com/dl/320007/967bb60/17A.CAM.XViD-CAMERAx.part1.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331061/afa7720/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331092/3e6aa97/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331115/c403d1e/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/331128/4038457/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17Again.CAM.XVID-STGx.part1.rar.html
http://hotfile.com/dl/295252/16b8892/17.Again.2009.CaM.XviD-THS.part4.rar.html
http://hotfile.com/dl/295289/be8bd7c/17.Again.2009.CaM.XviD-THS.part3.rar.html
http://hotfile.com/dl/295331/0e90328/17.Again.2009.CaM.XviD-THS.part2.rar.html
http://hotfile.com/dl/295356/d830c95/17.Again.2009.CaM.XviD-THS.part1.rar.html
http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html
http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html
http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html
http://hotfile.com/dl/437492/d6bcd28/17A.Rapid-Serbia.com.part1.rar.html
http://hotfile.com/dl/437502/344166b/17A.Rapid-Serbia.com.part2.rar.html
http://hotfile.com/dl/437507/78e96ca/17A.Rapid-Serbia.com.part3.rar.html
http://hotfile.com/dl/307321/926b9e6/17.Again.CAM.XViD-CAMERA.part1.rar
http://hotfile.com/dl/307404/e5f76a0/17.Again.CAM.XViD-CAMERA.part2.rar
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/437507/78e96ca/17A.Rapid-Serbia.com.part3.rar.html
http://hotfile.com/dl/780126/cc18cab/osgabugbjkbaiiufaufaih.part1.rar.html
http://hotfile.com/dl/780140/bb0866a/osgabugbjkbaiiufaufaih.part2.rar.html
http://hotfile.com/dl/780151/34ad7aa/osgabugbjkbaiiufaufaih.part3.rar.html
http://hotfile.com/dl/780153/7f4ce07/osgabugbjkbaiiufaufaih.part4.rar.html
http://hotfile.com/dl/295213/b417438/17.Again.2009.CaM.XviD-THS.avi.part4.rar.html
http://hotfile.com/dl/295215/a588448/17.Again.2009.CaM.XviD-THS.avi.part1.rar.html

```
http://hotfile.com/dl/295223/e3ad9a4/17.Again.2009.CaM.XviD-THS.avi.part2.rar.html
http://hotfile.com/dl/295227/37131b1/17.Again.2009.CaM.XviD-THS.avi.part3.rar.html
```

I have a good faith belief that such content is not authorized by Warner Bros., its agent, or the law and therefore infringe Warner Bros.� rights. This material is infringing and should be removed or access to it disabled.

The copyrighted materials described above on the allegedly infringing web pages is not authorized by the copyright owner, its agent, or the law. The information in the notification is accurate, and under penalty of perjury, I declare that I am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Please disable access to all such unauthorized Warner Bros. materials and cease display and distribution immediately, via all means, of all proprietary Warner Bros. materials. Your failure to respond to this matter as requested and/or any further unauthorized use of Warner Bros.' copyrighted materials may compel Warner Bros. to pursue more formal channels to protect its rights.

Please note that nothing contained in this letter nor any act or omission to act by Warner Bros., its parents, subsidiaries and affiliates is intended or should be deemed to be a waiver or modification of any rights or remedies which Warner Bros., its parents, subsidiaries and affiliates may have, and all such rights.

I look forward to your prompt response to this matter.

Sincerely,
/dk

David Kaplan
Senior Vice President, Intellectual Property Counsel
Warner Bros. Entertainment Inc.
4000 Warner Boulevard
Burbank, California 91522
Phone: (818) 954-3091
david.p.kaplan@warnerbros.com


sent on behalf of Warner Bros. Entertainment Inc. by


DtecNet

WARNER000832