# EXHIBIT 11

**From:** sony-pictures-no-reply@copyright-compliance.com
**To:** support@hotfile.com <support@hotfile.com>
**Sent:** 5/29/2009 11:32:05 AM
**Subject:** Unauthorized Use of Columbia Pictures Industries, Inc. Property

Unauthorized Use of Columbia Pictures Industries, Inc. Property
Notice ID: 8-4391636
Notice Date: 29 May 2009 23:28:34 GMT

Dear Sir or Madam:

"Columbia Pictures Industries, Inc.", and its affiliated companies are the exclusive owners of copyrights in motion pictures and television, including the property listed below.

It has come to our attention that your website is hosting and facilitating the streaming and downloading of the Columbia Pictures Industries, Inc. movie in which Columbia Pictures Industries, Inc. is the owner in copyright and/or the owner of exclusive rights. These properties (listed below) are currently available on your website located at hotfile.com (the "Website") which is available worldwide. No one is authorized to exhibit, reproduce, transmit, or otherwise distribute the Columbia Pictures Industries, Inc. Properties without the express written permission of Columbia Pictures Industries, Inc., which permission Columbia Pictures Industries, Inc. has not granted to you.

This unauthorized streaming and distribution constitutes copyright infringement under Section 106 of the U.S. Copyright Act. Depending upon the type of service hotfile.com is, it may have legal and/or equitable liability if it does not expeditiously remove or disable access to the (property)(s) listed below, or if it fails to implement a policy that provides for termination of subscribers who are repeat infringers (see, 17 U.S.C. 512).

Despite the above, Columbia Pictures Industries, Inc. believes that the entire Internet community benefits when these matters are resolved cooperatively. We urge you to take immediate action to stop this infringing activity and inform us of the results of your actions. We appreciate your efforts toward this common goal.

The undersigned has a good faith belief that use of the (property)(s) in the manner described herein is not authorized by Columbia Pictures Industries, Inc., its agent or the law. The information contained in this notification is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Columbia Pictures Industries, Inc. with respect to this matter.

Please be advised that this letter is not and is not intended to be a complete statement of the facts or law as they may pertain to this matter or of Columbia Pictures Industries, Inc.'s positions, rights or remedies, legal or equitable, all of which are specifically reserved.

Please direct all correspondence to:
http://webreply.baytsp.com/webreply/webreply.jsp?customerid=8&commhash=d363fc60d80fb814080dda99637a80f8

Please direct any further questions or comments to:
mailto:sony-pictures@copyright-compliance.com?subject=RE%3A%20Unauthorized%20Use%20of%20Columbia%20Pictures%20Industries%2C%20Inc%2E%20Property

Regards,

Mark Ishikawa
BayTSP, Inc.
PO Box 1314
Los Gatos, CA 95031

v: 408-341-2300
f: 408-341-2399

*pgp public key is available on the key server at http://pgp.mit.edu

Note: The information transmitted in this Notice is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, reproduction, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from all computers.


Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 28 May 2009 00:03:33 GMT
Recent Infringement Timestamp: 29 May 2009 15:17:50 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson.2008.720p.BluRay.x264-AVS720
Infringing File Size: 296940812
Bay ID: hotfile_296940812|296940812
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/210641/9374d88/avs720-tyson.part08.rar.html http://hotfile.com/dl/210632/03e2603/avs720-tyson.part02.rar.html http://hotfile.com/dl/210638/57cb352/avs720-tyson.part10.rar.html http://hotfile.com/dl/210636/8fc81a5/avs720-tyson.part03.rar.html http://hotfile.com/dl/210642/67c1b03/avs720-tyson.part09.rar.html http://hotfile.com/dl/210640/96cd24f/avs720-tyson.part04.rar.html http://hotfile.com/dl/210619/8f45225/avs720-tyson.part12.rar.html http://hotfile.com/dl/210639/a20b98a/avs720-tyson.part11.rar.html http://hotfile.com/dl/210629/0f4ec1b/avs720-tyson.part01.rar.html http://hotfile.com/dl/210634/a6921ea/avs720-tyson.part07.rar.html http://hotfile.com/dl/210630/382de93/avs720-tyson.part05.rar.html http://hotfile.com/dl/210637/04b7a1b/avs720-tyson.part06.rar.html
Infringer's User Name:


Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 28 May 2009 00:07:00 GMT
Recent Infringement Timestamp: 29 May 2009 15:17:50 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson (2009/DVDRip)
Infringing File Size: 300918743
Bay ID: hotfile_300918743|300918743
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/189681/82ba5f0/Tysn.2009.DvdRip.Xvid.MegaGunn1.part2.rar.html http://hotfile.com/dl/189678/a17a4bc/Tysn.2009.DvdRip.Xvid.MegaGunn1.part1.rar.html
Infringer's User Name:


Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 28 May 2009 00:15:33 GMT
Recent Infringement Timestamp: 29 May 2009 15:17:50 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson 2009 DVD Rip
Infringing File Size: 296284313
Bay ID: hotfile_296284313|296284313
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/137788/a29541a/yson.2009.part3.rar.html http://hotfile.com/dl/137790/c8f2f01/yson.2009.part4.rar.html http://hotfile.com/dl/137782/1c1f5af/yson.2009.part2.rar.html http://hotfile.com/dl/137775/ca9d9ad/yson.2009.part1.rar.html
Infringer's User Name:

Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 28 May 2009 01:59:15 GMT
Recent Infringement Timestamp: 29 May 2009 23:35:18 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson (2009)
Infringing File Size: 296882765
Bay ID: hotfile_296882765|296882765
Port ID: 80
Infringer's DNS Name: wl.hotfile.com
URL: http://hotfile.com/dl/182579/b97e354/Tyson.2009.coolhead.part2.rar.html http://hotfile.com/dl/182584/b788c38/Tyson.2009.coolhead.part4.rar.html http://hotfile.com/dl/182574/37f286d/Tyson.2009.coolhead.part1.rar.html http://hotfile.com/dl/182581/bd60745/Tyson.2009.coolhead.part3.rar.html
Infringer's User Name:

Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 28 May 2009 01:59:15 GMT
Recent Infringement Timestamp: 29 May 2009 23:35:18 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson.2008.BDRip.XviD.AC3-DEViSE
Infringing File Size: 300759399
Bay ID: hotfile_300759399|300759399
Port ID: 80
Infringer's DNS Name: wl.hotfile.com
URL: http://hotfile.com/dl/441804/6b9c42f/Tyson.uploaded.by.POK.part5.rar.html http://hotfile.com/dl/441453/a16631c/Tyson.uploaded.by.POK.part3.rar.html http://hotfile.com/dl/441387/bffd9d6/Tyson.uploaded.by.POK.part1.rar.html http://hotfile.com/dl/441491/3e2fcf1/Tyson.uploaded.by.POK.part6.rar.html http://hotfile.com/dl/441417/d6eb9a9/Tyson.uploaded.by.POK.part2.rar.html http://hotfile.com/dl/441478/db56c72/Tyson.uploaded.by.POK.part4.rar.html
Infringer's User Name:

Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 28 May 2009 01:59:15 GMT
Recent Infringement Timestamp: 29 May 2009 23:35:18 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson.2009.DVDRip.XviD-ELiXER
Infringing File Size: 296886135
Bay ID: hotfile_296886135|296886135
Port ID: 80
Infringer's DNS Name: wl.hotfile.com
URL: http://hotfile.com/dl/192699/4ee81cd/elixer-tyson.part2.rar.html http://hotfile.com/dl/192704/2e8d018/elixer-tyson.part1.rar.html
Infringer's User Name:

Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 28 May 2009 02:20:25 GMT
Recent Infringement Timestamp: 29 May 2009 23:45:31 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson (2009) DVDRip
Infringing File Size: 298641118
Bay ID: hotfile_298641118|298641118
Port ID: 80

Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/964497/b889f01/N.O.S.Y.T.2008.part5.rar.html http://hotfile.com/dl/964432/ac19f4a/N.O.S.Y.T.2008.part3.rar.html http://hotfile.com/dl/964514/79610f2/N.O.S.Y.T.2008.part6.rar.html http://hotfile.com/dl/964382/d92db5e/N.O.S.Y.T.2008.part2.rar.html http://hotfile.com/dl/964472/3107b92/N.O.S.Y.T.2008.part4.rar.html http://hotfile.com/dl/964367/737c021/N.O.S.Y.T.2008.part1.rar.html http://hotfile.com/dl/964536/2f421b6/N.O.S.Y.T.2008.part7.rar.html http://hotfile.com/dl/964541/cf94ab7/N.O.S.Y.T.2008.part8.rar.html
Infringer's User Name:

Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 28 May 2009 04:28:02 GMT
Recent Infringement Timestamp: 29 May 2009 22:44:13 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson 2009 DvdRip Xvid MegaGun
Infringing File Size: 296327497
Bay ID: hotfile_296327497|296327497
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/137788/a29541a/yson.2009.part3.rar.html http://hotfile.com/dl/137790/c8f2f01/yson.2009.part4.rar.html http://hotfile.com/dl/137782/1c1f5af/yson.2009.part2.rar.html http://hotfile.com/dl/137775/ca9d9ad/yson.2009.part1.rar.html
Infringer's User Name:

Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 28 May 2009 05:05:24 GMT
Recent Infringement Timestamp: 29 May 2009 19:31:40 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson (2008)
Infringing File Size: 297178262
Bay ID: hotfile_297178262|297178262
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/137788/a29541a/yson.2009.part3.rar.html http://hotfile.com/dl/137790/c8f2f01/yson.2009.part4.rar.html http://hotfile.com/dl/137782/1c1f5af/yson.2009.part2.rar.html http://hotfile.com/dl/137775/ca9d9ad/yson.2009.part1.rar.html
Infringer's User Name:

Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 28 May 2009 05:28:42 GMT
Recent Infringement Timestamp: 29 May 2009 23:35:18 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson (2008)
Infringing File Size: 300743339
Bay ID: hotfile_300743339|300743339
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/3769245/2d7afc5/Tyson.2008.DVDrip.XviD.RAF19.part4.rar.html
http://hotfile.com/dl/3769224/6c358c8/Tyson.2008.DVDrip.XviD.RAF19.part3.rar.html
http://hotfile.com/dl/3769275/d6b814a/Tyson.2008.DVDrip.XviD.RAF19.part5.rar.html
http://hotfile.com/dl/3769292/b3233ab/Tyson.2008.DVDrip.XviD.RAF19.part7.rar.html
http://hotfile.com/dl/3769283/401e5cf/Tyson.2008.DVDrip.XviD.RAF19.part6.rar.html
http://hotfile.com/dl/3769215/eae4db4/Tyson.2008.DVDrip.XviD.RAF19.part2.rar.html
http://hotfile.com/dl/3769202/73a0c26/Tyson.2008.DVDrip.XviD.RAF19.part1.rar.html
http://hotfile.com/dl/3769300/483a9dd/Tyson.2008.DVDrip.XviD.RAF19.part8.rar.html

Infringer's User Name:


Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 29 May 2009 03:16:08 GMT
Recent Infringement Timestamp: 29 May 2009 21:33:04 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson (2008) DVDrip XviD
Infringing File Size: 301116230
Bay ID: hotfile_301116230|301116230
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/2306618/30b7077/Tyson.2009.DvdRip.Xvid.iNDIA.part3.rar.html
http://hotfile.com/dl/2306674/98ed265/Tyson.2009.DvdRip.Xvid.iNDIA.part1.rar.html
http://hotfile.com/dl/2306643/1a06fdb/Tyson.2009.DvdRip.Xvid.iNDIA.part2.rar.html
http://hotfile.com/dl/2306594/08e9607/Tyson.2009.DvdRip.Xvid.iNDIA.part4.rar.html
Infringer's User Name:


Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 29 May 2009 03:16:08 GMT
Recent Infringement Timestamp: 29 May 2009 21:33:04 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson (2008) DVDrip XviD
Infringing File Size: 301120636
Bay ID: hotfile_301120636|301120636
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/2306618/30b7077/Tyson.2009.DvdRip.Xvid.iNDIA.part3.rar.html
http://hotfile.com/dl/2306674/98ed265/Tyson.2009.DvdRip.Xvid.iNDIA.part1.rar.html
http://hotfile.com/dl/2306643/1a06fdb/Tyson.2009.DvdRip.Xvid.iNDIA.part2.rar.html
http://hotfile.com/dl/2306594/08e9607/Tyson.2009.DvdRip.Xvid.iNDIA.part4.rar.html
Infringer's User Name:


Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 29 May 2009 03:16:08 GMT
Recent Infringement Timestamp: 29 May 2009 21:33:04 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson (2008) DVDrip XviD
Infringing File Size: 301113964
Bay ID: hotfile_301113964|301113964
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/2306618/30b7077/Tyson.2009.DvdRip.Xvid.iNDIA.part3.rar.html
http://hotfile.com/dl/2306674/98ed265/Tyson.2009.DvdRip.Xvid.iNDIA.part1.rar.html
http://hotfile.com/dl/2306643/1a06fdb/Tyson.2009.DvdRip.Xvid.iNDIA.part2.rar.html
http://hotfile.com/dl/2306594/08e9607/Tyson.2009.DvdRip.Xvid.iNDIA.part4.rar.html
Infringer's User Name:


Evidentiary Information:
Notice ID: 8-4391636
Initial Infringement Timestamp: 29 May 2009 03:16:08 GMT
Recent Infringement Timestamp: 29 May 2009 21:33:04 GMT
Infringers IP Address: 208.88.227.68
Protocol: Cyberlocker
Infringed Work: Tyson
Infringing File Name: Tyson (2008) DVDrip XviD

Infringing File Size: 301117172
Bay ID: hotfile_301117172|301117172
Port ID: 80
Infringer's DNS Name: w1.hotfile.com
URL: http://hotfile.com/dl/2306618/30b7077/Tyson.2009.DvdRip.Xvid.iNDIA.part3.rar.html
http://hotfile.com/dl/2306674/98ed265/Tyson.2009.DvdRip.Xvid.iNDIA.part1.rar.html
http://hotfile.com/dl/2306643/1a06fdb/Tyson.2009.DvdRip.Xvid.iNDIA.part2.rar.html
http://hotfile.com/dl/2306594/08e9607/Tyson.2009.DvdRip.Xvid.iNDIA.part4.rar.html
Infringer's User Name:

---Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>

<Infringement xmlns:xsi="http://www.w3.org/2001/XMLSchema-instance"
xsi:noNamespaceSchemaLocation="http://mpto.unistudios.com/xml/Infringement_schema.xsd">
<Case>
<ID>4391636</ID>
<Status>Open</Status>
</Case>
<Complainant>
<Entity>BayTSP</Entity>
<Contact>Compliance Team, Compliance Administrator</Contact>
<Address>P.O. Box 1314, Los Gatos, California 95031 </Address>
<Phone>(408) 341-2300,(408) 341-2399</Phone>
<Email>sony-pictures@copyright-compliance.com</Email>
</Complainant>
<Service_Provider>
<Entity>hotfile.com</Entity>
<Address></Address>
<Email>support@hotfile.com</Email>
</Service_Provider>
<Source>
<TimeStamp>2009-05-29T23:45:31.000Z</TimeStamp>
<IP_Address>208.88.227.68</IP_Address>
<Port>80</Port>
<DNS_Name>w1.hotfile.com</DNS_Name>
<Type>Cyberlocker</Type>
<UserName></UserName>
<Number_Files>14</Number_Files>
<Deja_Vu>No</Deja_Vu>
</Source>
<Content>
<Item>
<Title>Tyson</Title>
<FileName>Tyson (2008)</FileName>
<FileSize>300743339</FileSize>
<URL>http://hotfile.com/dl/3769245/2d7afc5/Tyson.2008.DVDrip.XviD.RAF19.part4.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson (2008)</FileName>
<FileSize>297178262</FileSize>
<URL>http://hotfile.com/dl/137788/a29541a/yson.2009.part3.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson 2009 DvdRip Xvid MegaGun</FileName>
<FileSize>296327497</FileSize>
<URL>http://hotfile.com/dl/137788/a29541a/yson.2009.part3.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson (2008) DVDrip XviD</FileName>
<FileSize>301116230</FileSize>
<URL>http://hotfile.com/dl/2306618/30b7077/Tyson.2009.DvdRip.Xvid.iNDIA.part3.rar.html</URL>
</Item>

<Item>
<Title>Tyson</Title>
<FileName>Tyson (2008) DVDrip XviD</FileName>
<FileSize>301117172</FileSize>
<URL>http://hotfile.com/dl/2306618/30b7077/Tyson.2009.DvdRip.Xvid.iNDIA.part3.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson (2008) DVDrip XviD</FileName>
<FileSize>301113964</FileSize>
<URL>http://hotfile.com/dl/2306618/30b7077/Tyson.2009.DvdRip.Xvid.iNDIA.part3.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson (2008) DVDrip XviD</FileName>
<FileSize>301120636</FileSize>
<URL>http://hotfile.com/dl/2306618/30b7077/Tyson.2009.DvdRip.Xvid.iNDIA.part3.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson 2009 DVD Rip</FileName>
<FileSize>296284313</FileSize>
<URL>http://hotfile.com/dl/137788/a29541a/yson.2009.part3.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson (2009/DVDRip)</FileName>
<FileSize>300918743</FileSize>
<URL>http://hotfile.com/dl/189681/82ba5f0/Tysn.2009.DvdRip.Xvid.MegaGunn1.part2.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson.2008.720p.BluRay.x264-AVS720</FileName>
<FileSize>296940812</FileSize>
<URL>http://hotfile.com/dl/210641/9374d88/avs720-tyson.part08.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson (2009)</FileName>
<FileSize>296882765</FileSize>
<URL>http://hotfile.com/dl/182579/b97e354/Tyson.2009.coolhead.part2.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson (2009) DVDRip</FileName>
<FileSize>298641118</FileSize>
<URL>http://hotfile.com/dl/964497/b889f01/N.O.S.Y.T.2008.part5.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson.2009.DVDRip.XviD-ELiXER</FileName>
<FileSize>296886135</FileSize>
<URL>http://hotfile.com/dl/192699/4ee81cd/elixer-tyson.part2.rar.html</URL>
</Item>
<Item>
<Title>Tyson</Title>
<FileName>Tyson.2008.BDRip.XviD.AC3-DEViSE</FileName>
<FileSize>300759399</FileSize>
<URL>http://hotfile.com/dl/441804/6b9c42f/Tyson.uploaded.by.POK.part5.rar.html</URL>
</Item>
</Content>
</Infringement>
---End ACNS XML