# EXHIBIT 12

| | |
|---|---|
| From: | DtecNet AntiPiracy |
| To: | abuse@hotfile.com |
| Sent: | 4/25/2009 11:38:08 AM |
| Subject: | Infringement of Fox copyright - X-man Origins: Wolverine |

Digital Milennium Copyright Notice

SUBJECT: Infringement of Fox copyright - X-man Origins: Wolverine

Notice of Infringement via Email

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com <mailto:webenforcement@fox.com>

04/25/2009

hotfile.com
http://www.hotfile.com

Dear hotfile.com:

I, the undersigned, confirm that I am an authorized agent of Twentieth Century Fox Film
Corporation and/or its subsidiaries and affiliated companies ("Fox") and am authorized to act
on Fox's behalf in this matter.

I am writing to notify you of the infringement of Fox's intellectual property rights on your
site as identified below and demand that you take immediate action to permanently stop the
infringing conduct.

I have a good faith belief that the links / files identified in the attached addendum are not
authorized by Fox, any of its agents or the law, and therefore infringe Fox's rights. On
behalf of Fox, I demand that you immediately remove and disable these links / files.

I may be contacted at:

Email: antipiracy@dtecnet.com

Sincerely,

DtecNet


Addendum to Notice of Infringement
X-man Origins: Wolverine - List of Allegedly Infringing Links:
http://hotfile.com/dl/429747/574a84d/XMOW.09.coolhead.part1.rar.html
http://hotfile.com/dl/429752/c701798/XMOW.09.coolhead.part2.rar.html
http://hotfile.com/dl/429758/5feadab/XMOW.09.coolhead.part3.rar.html
http://hotfile.com/dl/429759/4ba9a8e/XMOW.09.coolhead.part4.rar.html
http://hotfile.com/dl/336910/871e326/XmenOrigins.zip.html
http://hotfile.com/dl/377502/573beb9/backup.XmenOrigins.part1.rar.html
http://hotfile.com/dl/377520/3d627ec/backup.XmenOrigins.part2.rar.html
http://hotfile.com/dl/377532/ba2927f/backup.XmenOrigins.part3.rar.html
http://hotfile.com/dl/377534/214a2e1/backup.XmenOrigins.part4.rar.html
http://hotfile.com/dl/277178/5570e7d/18Apr1300mb.part1.rar.html
http://hotfile.com/dl/277195/19c7ff7/18Apr1300mb.part2.rar.html
http://hotfile.com/dl/277209/4a9fcde/18Apr1300mb.part3.rar.html
http://hotfile.com/dl/277234/ab4dd0f/18Apr1300mb.part4.rar.html
http://hotfile.com/dl/277254/829ffe9/18Apr1300mb.part5.rar.html
http://hotfile.com/dl/277267/a7cbfd9/18Apr1300mb.part6.rar.html
http://hotfile.com/dl/277300/6ba6ce6/18Apr1300mb.part7.rar.html

FOX020834

```
http://hotfile.com/dl/277307/9e8e4f2/13Apr1300mb.part3.rar.html
http://hotfile.com/dl/198332/cd6d3b0/XORWol.part1.rar.html
http://hotfile.com/dl/198190/d6b554a/XORWol.part2.rar.html
http://hotfile.com/dl/196263/645340a/XORWol.part3.rar.html
http://hotfile.com/dl/198227/b157f23/XORWol.part4.rar.html
http://hotfile.com/dl/180488/e5ff776/X-MeN-Origins.Volverine.2009.Mstr-SeCo.part1.rar.html
http://hotfile.com/dl/180493/f42da0e/X-MeN-Origins.Volverine.2009.Mstr-SeCo.part2.rar.html
```

FOX020835