# EXHIBIT 13

| | |
|---|---|
| From: | Disney MyTeam International on behalf of Internet Enforcement |
| To: | abuse@hotfile.com |
| Sent: | 9/18/2009 11:01:29 AM |
| Subject: | URGENT: Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 1248] (TMS) |

Friday, September 18, 2009

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:1248 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Flash Forward*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/12689030/6d27cb5/a2b4b7314be367dac758822f88d94484-1253112180.flv.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 9/17/2009 3:56:10 PM)*


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/12689030/6d27cb5/a2b4b7314be367dac758822f88d94484-1253112180.flv.html

--------------------

DISNEY002836