# EXHIBIT 14

| | |
|---|---|
| **From:** | Anti Piracy (NBC Universal) |
| **To:** | 'abuse@hotfile.com' |
| **Sent:** | 10/3/2009 9:29:13 PM |
| **Subject:** | Notice of Copyright Infringement |

Dear Sir/Madam:

Please be advised that NBC Universal and/or its subsidiary and affiliated companies (collectively, NBC Universal) are the owners of intellectual property rights in numerous television shows and motion pictures. NBC Universal diligently enforces such intellectual property rights.

Hotfile is and has been infringing NBC Universal's intellectual property rights in numerous properties including, but not limited to, the title(s) listed at the bottom of this letter. By way of example, we are providing with this letter a non-exhaustive list of NBC Universal properties infringed by Hotfile, along with the URL corresponding to each listed infringement. NBC Universal demands that Hotfile immediately remove or otherwise disable access to the links identified in this letter, and cease and desist from any further infringement of NBC Universal properties.

The undersigned has a good faith belief that Hotfile's use of NBC Universal property as referenced herein infringes NBC Universal's rights and is not authorized by NBC Universal, its agent or the law. The information contained in this notification is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of NBC Universal with respect to this matter.

Please be advised that this letter is not a complete statement of the facts or law as it may pertain to this matter, or of NBC Universal's positions, rights or remedies, legal or equitable, all of which are specifically reserved.

Very truly yours

Anti-Piracy Technical Operations
100 Universal City Plaza
Universal City, CA 91608
tel. (818) 777-4876
fax (818) 866-2155


Love Happens - http://hotfile.com/dl/14046645/aafef2d/Love.Happens.CAM.XviD-FUSiON.part1.rar.html
Love Happens - http://hotfile.com/dl/14046789/c7e6b70/Love.Happens.CAM.XviD-FUSiON.part2.rar.html
Love Happens - http://hotfile.com/dl/14046931/75133ea/Love.Happens.CAM.XviD-FUSiON.part3.rar.html
Love Happens - http://hotfile.com/dl/14046980/54a980c/Love.Happens.CAM.XviD-FUSiON.part4.rar.html
Love Happens - http://hotfile.com/dl/14051226/49ae2e4/Love.Happens.2009.CAM.XviD-FUSiON.part1.rar.html
Love Happens - http://hotfile.com/dl/14051275/53bc46d/Love.Happens.2009.CAM.XviD-FUSiON.part2.rar.html
Love Happens - http://hotfile.com/dl/14051298/dd05e69/Love.Happens.2009.CAM.XviD-FUSiON.part3.rar.html
Love Happens - http://hotfile.com/dl/14051321/bc8a425/Love.Happens.2009.CAM.XviD-FUSiON.part4.rar.html
Love Happens - http://hotfile.com/dl/14051354/0b241f8/Love.Happens.2009.CAM.XviD-FUSiON.part5.rar.html
Love Happens - http://hotfile.com/dl/14051369/02c580a/Love.Happens.2009.CAM.XviD-FUSiON.part6.rar.html
Love Happens - http://hotfile.com/dl/14051383/8f53012/Love.Happens.2009.CAM.XviD-FUSiON.part7.rar.html
Love Happens - http://hotfile.com/dl/14051387/e90bba4/Love.Happens.2009.CAM.XviD-FUSiON.part8.rar.html
Love Happens - http://hotfile.com/dl/14051869/27db8cc/fusion-lovehappens-cam.part1.rar.html
Love Happens - http://hotfile.com/dl/14052371/47628d4/fusion-lovehappens-cam.part2.rar.html
Love Happens - http://hotfile.com/dl/14052457/9a38555/fusion-lovehappens-cam.part3.rar.html
Love Happens - http://hotfile.com/dl/14051931/13b1e9f/fusion-lovehappens-cam.part4.rar.html
Love Happens - http://hotfile.com/dl/14052548/cefceea/fusion-lovehappens-cam.part5.rar.html