# EXHIBIT 15

http://hotfile.com/reportabuse.html

4 captures

APR 27 2009

English | Russian

Upload   Premium   Affiliate   FAQ   Contacts   Sign up

Username:
Password:
Forgot Password

HotFile (www.hotfile.com) is an Online Service Provider under Title II of the Digital Millennium Copyright Act, 17 U.S.C. Section 512 ("DMCA"). This document outlines the policy that hotfile.com have introduced in order to implement notice and takedown policy as required by DMCA. This document guides copyright owners interested in utilizing this procedure, as well as service users interested in restoring access to material mistakenly taken down.

## Writing and sending Proper Notification

The DMCA provides a legal procedure by which you can request any Online Service Provider to disable access to a website where your copyrighted work(s) are appearing without your permission. The legal procedure consists of two parts: (1) Writing a Proper DMCA Notice, and (2) Sending the Proper DMCA Notice to hotfile.com Designated Agent.

## To write a Proper DMCA Notice, state the following information:

* Identify yourself as an owner of copyrighted work or exclusive rights that you believe were infringed, or a person acting on behalf of such owner.

* State your contact information, including your name, street address, phone number, and email address.

* Identify the copyrighted work that you believe is being infringed, or if a large number of works are being infringed, a representative list of the works.

* Identify the location of materials that allegedly are infringing your copyrighted work, by providing Web URLs on hotfile.com site that contain these materials.

* State that you have "a good faith belief that use of the aforementioned material is not authorized by the copyright owner, its agents, or the law".

* State that the information in the notice is accurate, under penalty of perjury.

Your notice **must be signed with a physical signature** (when it is in paper form) or **electronic signature** (when it is in electronic form).

To exercise your DMCA rights, your Proper DMCA Notice must be sent to Designated Agent of hotfile.com to email: **abuse@hotfile.com**

## Notice and takedown procedure

HotFile.com will follow the procedures provided in the DCMA to properly enforce rights of copyright holders. When a Proper DMCA notification is received by Designated Agent, or when hotfile.com becomes otherwise aware that copyright rights are infringed, it will remove or disable access to infringing materials as soon as possible. You don't need to wait confirmation from us about this action.

If users submitting or downloading materials believe that their use of materials was lawful, they have the right of sending a Proper Counter-notification in order to restore access to these materials. Hotfile.com will comply with the appropriate provisions of the DMCA in the event a counter notification is received by its Designated Agent.
Thank you for your understanding!

Copyright © 2008, 2009 hotfile.com, All Rights Reserved.
Home | Premium | Privacy Policy | Terms of Service | Report Abuse | Contacts