# EXHIBIT 22

Page 1 of 1

Quota: 100 files

Report files:

I certify under penalty of perjury that I am owner or an authorized legal representative of the owner of the copyrights to this material. I have a good faith belief that use of this material is not authorized by the copyright owner, the copyright owner's agent, or the law. The foregoing information is accurate as to this material.

Additionaly, you can upload a batch file with links in it:

Choose File | No file chosen

File must be plain text (txt file created by notepad and NOT a word/wordpad/pdf file).

Delete

Confidential                                                                                                                                          HF02835678