# EXHIBIT 23

| | |
|---|---|
| From: | hotfile.com@gmail.com on behalf of Hotfile Support |
| To: | Bentkover, Michael |
| Sent: | 8/29/2009 9:24:33 AM |
| Subject: | Re: Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM |

Hello!
We created account for you.
Please open our main site and login with this data:

Username: Michael.Bentkover
Password: pgmxzn

You will notice "Copyright Tools" (http://hotfile.com/copyright/)

You can paste here all links, which violate your copyrights.
They will be deleted and also will be included in black list database, so same files can't be uploaded again.

If you have any questions don't hesitate to contact us.

Regards,

On Wed, Aug 26, 2009 at 9:32 PM, Bentkover, Michael <Michael.Bentkover@warnerbros.com> wrote:

Dear Hotfile,

I wanted to follow-up and find out if Hotfile is ready for Warner Bros. to use a rapid takedown tool which you have been working on establishing.

We have been sending many takedown notices (including thousands of infringing links) and we appreciate how fast you've been removing files, but unfortunately the files are reposted immediately and having a takedown tool would be ideal in order to curb piracy.


Kind regards,

Michael Bentkover

Warner Bros. Entertainment Inc.


Michael Bentkover

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Bridge Building 156 South, # 5333

Burbank, California 91522

Phone: (818) 954-3639

Fax:    (818) 954-7898

michael.bentkover@warnerbros.com

WARNER025890