# EXHIBIT 24

| | |
|---|---|
| From: | hotfile.abuse@gmail.com on behalf of Hotfile Abuse |
| To: | Anti Piracy (NBC Universal); abuse@flamingorecordings.net; eseidler@fastgirlfilms.com; mailbox@ruprotect.com; dmca-ve1@degban.com; dwilson@kmwlaw.com; nate@takedownpiracy.com; konstantin@webkontrol.ru; jagxj6@sbcglobal.net; webmaster_mike@spanked-in-uniform.com; support@flavaworks.com |
| Sent: | 6/16/2010 4:12:46 AM |
| Subject: | Special Rightsholder Account |

Dear Sir/Madame,

We're writing to inform you that we want to create you a Special Rightsholder Account. Please read our Intellectual Property Policy and send us the needed information for the creation. Thank you for the cooperation.

Best Regards,
Abuse Department
Hotfile.com

Universal EXHIBIT 46
for identification
LORI SCINTA, CSR #4811  12·16·11
Date: _____
Witness: Perkins

UNIVERSAL000110