# EXHIBIT 25

Document ID: 0.7.14.134713

| | |
|---|---|
| From: | hotfile.com@gmail.com <hotfile.com@gmail.com> on belhaf of Hotfile Corp <andrew@hotfile.com> |
| To: | Jessup, Melissa </o=sony/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=62775d01-7801090f-88257478-60a109> |
| Cc: | |
| Bcc: | |
| Subject: | Re: DMCA 10.15.10 Notices of Infringement re hotfile.com |
| Date: | Sat Oct 16 2010 02:01:17 PDT |
| Attachments: | |

Hello,
Attached link was removed immediately.
If you are interested we could provide Special Rightholders Account as it was described here: http://hotfile.com/ippolicy.html

Regards,

On Sat, Oct 16, 2010 at 2:31 AM, Jessup, Melissa <Melissa_Jessup@spe.sony.com> wrote:

This email is sent on behalf of Vicki Solmon.

Internet Email Confidentiality: Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated (or designated as responsible for delivery of this message to such person), you may not copy or deliver this to anyone else. In such case, you should destroy this message, and notify me immediately. Thank you.

--
http://www.hotfile.com - one click file hosting
----------------------------------------

SONY008610