# EXHIBIT 33



Hotfile Corp <hotfile.com@gmail.com>

# BayTSP - Additional Login Request

3 messages

---

**Natasha Lakeman <natashas@baytsp.com>**    Tue, Apr 13, 2010 at 8:39 PM
To: hotfile.com@gmail.com, support@hotfile.com
Cc: copyright@softlayer.com

Dear Andrew and Hotfile Abuse Department,

We would like to request an additional login for your takedown tool - one that would be specific to our client Home Box Office (HBO) and the email address hbo@copyright-compliance.com. Please let us know if you need any additional information from us to set this up.

Thank you kindly, once again, for your time and cooperation. We look forward to your response.

Kind regards,

**Natasha Lakeman**

COMPLIANCE ADMINISTRATOR

**BAY TSP, INC.**

*******

(408) 341-2305 ~ Main

(408) 341-2342 ~ Direct

*******

Compliance Department Email ~ Copyright-compliance@baytsp.com

*******

Company Website ~ www.baytsp.com

*******

**\*\*Attorney Client Privileged Work Product\*\*** The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

---

**Hotfile Support <support@hotfile.com>**    Wed, Apr 14, 2010 at 9:03 AM
To: Natasha Lakeman <natashas@baytsp.com>

Hello Natasha,

Here is additional login you requested:

HF02868376

Username: HBO.WarnerBros

Password: uzbwth

Email: hbo@copyright-compliance.com

Please let me know if you need anything else.

Regards,
Andrew

[Quoted text hidden]

--
http://www.hotfile.com

---

**Natasha Lakeman <natashas@baytsp.com>**     Thu, Apr 15, 2010 at 2:30 AM
To: Hotfile Support <support@hotfile.com>
Cc: Copyright-Compliance <Copyright-Compliance@baytsp.com>

Dear Andrew,

Thank you for your quick response and the additional login information as per our request. We appreciate your time and cooperation!

Kind regards,

**Natasha Lakeman**

COMPLIANCE ADMINISTRATOR

**BAY TSP, INC.**

*******

(408) 341-2305 ~ Main

(408) 341-2342 ~ Direct

*******

Compliance Department Email ~ Copyright-compliance@baytsp.com

*******

Company Website ~ www.baytsp.com

*******

**Attorney Client Privileged Work Product** The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

---

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Support
**Sent:** Tuesday, April 13, 2010 11:03 PM

HF02868377

**To:** Natasha Lakeman
**Subject:** Re: BayTSP - Additional Login Request

[Quoted text hidden]

HF02868378