# EXHIBIT 34

**From:** Applen, Ethan
**To:** 'andrew@hotfile.com'
**Sent:** 3/26/2010 1:38:24 PM
**Subject:** RE: Business Idea for Hotfile and Warner Bros

Hi Andrew,
That sounds exactly the type of thing I'm envisioning – we could do links off to WBShop, Amazon, and iTunes, and each pays affiliate commissions via Commission Junction (WBShop pays about triple what the others do I believe).

For next steps, would you guys like to mockup what it might look like?

*Ethan Applen*
Director, Technology and Business Strategy
Worldwide Corporate Anti-Piracy
Ethan.Applen@WarnerBros.com
Office: 818.954.2287
Cell: 818.522.4827

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Corp
**Sent:** Friday, March 26, 2010 12:57 AM
**To:** Applen, Ethan
**Subject:** Re: Business Idea for Hotfile and Warner Bros

Dear Ethan,

We apologize for the delay of our response.

We have been discussing your idea and the way it can be done and we would like to give it a try.
What we can do is to create you a special box in the copyright holder tool where you will be able to add the Title of the removed content and a link where the content can be purchased.
Then when a user try to access such removed file we will show page with a message that the file was removed because of violation of your copyrights (like we do at the moment) and under the message we will show the link to the e-commerce site and some text.

Let us know what you think.

Best regards


On Mon, Mar 22, 2010 at 8:27 PM, Applen, Ethan <Ethan.Applen@warnerbros.com> wrote:
Andrew,
Just following up – are there any concerns you have regarding this idea? If there are, I'm happy to set up a call to discuss – if there are any changes we could make to the concept to make it more palatable, I'm totally open.

Best,

*Ethan Applen*
Director, Technology and Business Strategy
Worldwide Corporate Anti-Piracy
Ethan.Applen@WarnerBros.com
Office: 818.954.2287
Cell: 818.522.4827

**From:** Applen, Ethan
**Sent:** Wednesday, March 10, 2010 10:07 AM
**To:** 'Hotfile Corp'
**Subject:** RE: Business Idea for Hotfile and Warner Bros



Δ π EXHIBIT 31
Deponent KAPLAN VOL 2
Date 12-14-11 ptr.
WWW.DEPOBOOK.COM

WARNER025825

Hi Andrew,

I wanted to follow up after my last email – is this redirection idea something Hotfile would be interested in? If so, I'd love to set up a call to discuss how we could move forward.

Best,

*Ethan Applen*
Director, Technology and Business Strategy
Worldwide Corporate Anti-Piracy
Ethan.Applen@WarnerBros.com
Office: 818.954.2287
Cell: 818.522.4827

**From:** Hotfile Corp [mailto:hotfile.com@gmail.com]
**Sent:** Thursday, February 25, 2010 8:10 AM
**To:** Applen, Ethan
**Subject:** Re: Business Idea for Hotfile and Warner Bros

Dear Ethan,

Thank you for your email.

We are open for discussion of any good idea you may have for us to co-operate. Do you have anything particular in mind?

We also hope that the take-down tool is helping you to prevent the illegal distribution of your content.
If you have any suggestions or need anything don't hesitate to contact us.

Best regards,
Andrew

On Wed, Feb 24, 2010 at 2:33 AM, Applen, Ethan <Ethan.Applen@warnerbros.com> wrote:
To Whom It May Concern,
In the past I know you've been in contact with Michael Bentkover in our office in discussing takedown tools. I wanted to see if we could arrange a time to talk about potentially including links on Hotfile to ecommerce sites where Warner Bros content is hosted (iTunes, Amazon, WBShop, etc). If you could forward me to the correct person to discuss this it would be greatly appreciated.

Best,

*Ethan Applen*
Director, Technology and Business Strategy
Worldwide Corporate Anti-Piracy
Ethan.Applen@WarnerBros.com
Office: 818.954.2287
Cell: 818.522.4827



--
http://www.hotfile.com


--

WARNER025826

http://www.hotfile.com

WARNER025827