# EXHIBIT 36

# REDACTED