# EXHIBIT 37

# REDACTED