# EXHIBIT 38



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL