# Yeh Exhibit 1

Highly Confidential

Page 1

1                 UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
2              CASE NO. 11-20427-WILLIAMS/TURNOFF
3      - - - - - - - - - - - - - - - - - - - - - - - - - -
    DISNEY ENTERPRISES,
4   INC., TWENTIETH CENTURY
    FOX FILM CORPORATION,
5   UNIVERSAL CITY STUDIOS
    PRODUCTIONS LLLP,
6   COLUMBIA PICTURES
    INDUSTRIES, INC., and
7   WARNER BROS.
    ENTERTAINMENT, INC.,
8
9              Plaintiff,
10   v.
11   HOTFILE CORP., ANTON
    TITOV, and DOES 1-10,
12
13             Defendants.
14
15   HOTFILE CORP.,
16             Counterclaimant,
17   v.
18   WARNER BROS ENTERTAINMENT
    INC.,
19             Counterdefendant.
20      - - - - - - - - - - - - - - - - - - - - - - - - - -
                        VOLUME I
21         H I G H L Y   C O N F I D E N T I A L
          (Pursuant to protective order, the following
22      transcript has been designated highly confidential)
23          30(b)(6) DEPOSITION OF ANTON TITOV
                    Radisson Blu Hotel
24                   Sofia, Bulgaria
              Monday, December 5, 2011
25                Job Number: 44174

Highly Confidential

1          A P P E A R A N C E S

2   ATTORNEY FOR THE PLAINTIFFS:

3          JENNER & BLOCK
           BY:  STEVEN B. FABRIZIO, ESQ.
4          1099 New York Avenue, NW
           Washington, DC  20001

5

6

7

8

    ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
9   AND ANTON TITOV:

           FARELLA, BRAUN & MARTEL
10         BY:  RODERICK M. THOMPSON, ESQ.
           235 Montgomery Street
11         San Francisco, California  94104

12

13

           BOSTON LAW GROUP
14         VALENTIN GURVITS
           825 Beacon Street
15         Newton Center, MA 02459

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 3

1    Also present:

2    Court reporter:

3            Fiona Farson

             TSG Reporting

4

5    Videographer:

6            Simon Rutson

             TSG Reporting

7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

[redacted]



Highly Confidential

Page 15

1    A.   I would say 2001 to 2003.

2    Q.   Okay.  Continue, please.

3    A.   After that, I worked for a company called Blue Ant.

4         I was doing programming and search engine optimization

5         there, and probably some server administration.

6    Q.   Anything else?

7    A.   After that, a friend of mine and I created a webcasting

8         company called host.bg.  And I was one of the acting

9         managers over there, but my duties would generally fall

10        within -- within the technical part of the webcasting.

11   Q.   You said it was host dot ... ?

12   A.   BG.

13   INTERPRETER:  BG.

14   MR. THOMPSON:  Bulgaria, BG.

15   MR. FABRIZIO:  Oh, BG.  Thank you.

16   Q.   Can I -- before we move on, what were the years that you

17        worked for Blue Ant?

18   A.   Approximately through 2003, 2005, maybe.

19   Q.   And for host.bg?

20   A.   They overlapped slightly, so 2004 or 2005 up until early

21        2010.

22   Q.   And after host.bg?

23   A.   After host.bg, I would be part of the team that

24        developed the hotfile.com website.

Highly Confidential

Page 16

14   Q.   And when did you begin work on the hotfile.com website?

15   A.   Approximately August 2008.

16   Q.   When did hotfile.com website become available for use by

17        the public?

18   A.   I think February or March 2009.

19   Q.   And what was the nature of the work you did for the

20        Hotfile website between August of 2008 and February

21        or March of 2009?

22   MR. THOMPSON:   Objection, vague.

23   A.   I was developing software and administrating servers.

24   BY MR. FABRIZIO:

25   Q.   And administrating the servers?

Highly Confidential

Page 22

1       Securax, something.

2    Q.  Could you spell that?

3    A.  S-E-C-U-R-A-X.  And they normally deal with

4       voice-over-IP communications, to my best knowledge.

5    Q.  Have there been any other people that have worked on the

6       development side of the Hotfile website?

7    A.  If you include the web design, then yes.

8    Q.  I was going to go back to those, since you separate that

9       as different area.

10   A.  So if you rule out the web design, I don't think that

11      anybody else would make any significant or noticeable

12      contributions.

13   Q.  And was Mr. Chuburov involved as early as August 2008?

14   MR. THOMPSON:  Objection, asked and answered.

15   A.  Yes, he was.  He was already employed by Blue Ant.

16   BY MR. FABRIZIO:

17   Q.  And working on the Hotfile website as of that date?

18   A.  Approximately, yes.

19   Q.  Okay.  So the three people that were responsible for the

20      development of the Hotfile website were yourself,

21      Mr. Chuburov, and Mr. Kolev; is that correct?

22   A.  Yes, that's correct.

23   Q.  Were one of you considered the lead developer?

24   A.  Yes, I think that would be me.

25   Q.  Do either of Messrs. Chuburov or Kolev have any

Highly Confidential

Page 23

1    ownership interest in the Hotfile website, directly or

2    indirectly?

3    MR. THOMPSON:  Objection, vague.

4    A.  No, I don't think so.

5    BY MR. FABRIZIO:

6    Q.  What activities do you consider to be part of the

7    development of the Hotfile website?

8    A.  I would generally say writing a program code and

9    designing the database.

10   Q.  Anything else?

11   A.  Not if you stay apart from the web design.

12   Q.  Okay.  You identified designing the functionality as

13   a separate area.  Did you yourself participate in

14   designing the functionality for the Hotfile website?

15   A.  To some extent, yes.

16   Q.  Was anybody else involved in designing the functionality

17   for the website?

18   A.  Yes.

19   Q.  Who?

20   A.  Rumen Stoyanov.

21   Q.  Did you say Rumen Stoyanov?

22   A.  Yes.

23       Atanas Vangelov will do some part in that.  And of

24   course Diyan Chuburov would be able to suggest, to do

25   suggestions.

Highly Confidential

Page 24

1   Q.   Of course -- what did you say?

2   A.   Diyan Chuburov was able to make suggestions.

3   Q.   Okay.  And what was your role in designing the

4        functionality of the website?

5   A.   I part -- generally I would -- my normal responsibility

6        would be to give an opinion wherever something is

7        technically feasible and implementable, and of course

8        I -- anybody would listen to any suggestions that

9        I would make.

10  Q.   Did you make suggestions as to functionality for the

11       system?

12  A.   Nothing specific.  Nothing specific that I can remember

13       right now.

14  Q.   Okay.  And what was Mr. Stoyanov's role in designing the

15       functionality for the system?

16  A.   Well, again, the roles was not strictly implemented.  He

17       would normally give opinion whether a certain business

18       model or certain numbers would work, and of course many

19       other things.  It's hard to think of something specific.

20  Q.   And what about Mr. Vangelov?  What was his role?

21  A.   I would say that he would have generally more of the

22       control in terms of inventing things.  He would

23       participate in taking important decisions, business

24       decisions.

25  Q.   What was Mr. Chuburov's role?

Highly Confidential

Page 30

1   Q.   And you said "we"; who is the "we" in your sentence?

2        Did that include you?

3   MR. THOMPSON:   Objection, compound.

4   BY MR. FABRIZIO:

5   Q.   Well, let me ask the question this way:   Who

6        participated in the decision to redesign the Hotfile

7        website in the beginning of 2010?

8   A.   It was probably me, Rumen Stoyanov and Atanas Vangelov.

9   Q.   Do you, Mr. Stoyanov, and Mr. Vangelov have an

10       understanding as to which responsibilities each of you

11       will take primary -- let me rephrase the question.

12           Did you, Mr. Stoyanov, and Mr. Vangelov have an

13       allocation of responsibilities among yourselves with

14       regard to the Hotfile system?

15  MR. THOMPSON:   Objection, vague and overbroad.

16  A.   There are some principal understandings, but they're not

17       really hardly defined.

18  BY MR. FABRIZIO:

19  Q.   What are those understandings?

20  A.   I would generally cover everything that goes on the

21       technical part.   Rumen would be normally responsible for

22       finances, and I would say that he's a bit more involved

23       in day-to-day operations.   And Atanas Vangelov would be

24       generally -- would generally deal with potential

25       investors, advertising on the site, to the extent we

Highly Confidential

Page 31

1    have it, and some communication, just -- some external

2    contractors, people.

3  Q.  But you said the roles are not particularly -- are not

4    strictly defined?  Is that correct?

5  MR. THOMPSON:  Objection, vague.

6  A.  I won't say that they are strictly defined, yes.

7  BY MR. FABRIZIO:

8  Q.  Do you have any role in the day-to-day operations of the

9    Hotfile website?

10  MR. THOMPSON:  Objection.  Overbroad, vague.

11  A.  I wouldn't say day to day, because days can pass --

12    a lot of days can pass without me doing anything.  But

13    I have some, I would say, recurring duties.

14  BY MR. FABRIZIO:

15  Q.  What are your recurring duties?

16  A.  I am responsible for making the payments to the

17    affiliates every Monday.

18  Q.  Who's paying the affiliates today, as you sit here?

19  MR. THOMPSON:  Objection, assumes facts.

20  A.  Today is a long day.

21  BY MR. FABRIZIO:

22  Q.  Understand.  What other responsibilities do you have

23    that are recurring?

24  A.  I wouldn't say that there is anything.  It really

25    depends if I -- I have certain duties to oversee, the

Highly Confidential

Page 37

1   BY MR. FABRIZIO:

2   Q.  Okay.

3   A.  -- somewhere to say, and at some point Hotfile Corp.

4       hired external contractor to do this job.

5   Q.  What was the external contractor's name?

6   A.  Jami Stillings.

7   Q.  Can you spell, please.

8   A.  J-A-M-I, S-T-I-L-L-I-N-G-S.

9   Q.  And does Mr. Stillings work in Texas?

10  A.  Yes, he does.

11  Q.  And when you say "the data center," what do you mean by

12      "the data center"?

13  A.  I would mean a building with a room full of cabinets and

14      servers, in Dallas, Texas.

15  Q.  Okay.  Is there a name for it?

16  A.  Name changed over time because company merged, but it's

17      Equinix.

18  Q.  Can you spell, please?

19  A.  E-Q-U-I-N-I-X.

20  Q.  And are all servers that constitute the Hotfile system

21      maintained at the data center owned by Equinix?

22  A.  Yes.  All working servers are currently there.

23  Q.  And that is in Dallas, Texas?

24  A.  Yes, that is in Dallas, Texas.

25  Q.  Do you know who owns Equinix?

Highly Confidential

Page 38

1    A.  No, I don't.

2    Q.  What services does Equinix provide for Hotfile?

3    A.  I would think that a normal qualification provider would

4        provide normally server space and a rack, power,

5        cooling, cabling, and occasionally support.  There might

6        be others.

7    Q.  Who owns the Hotfile computer servers, or who owns the

8        servers that operate the Hotfile system?

9    A.  Servers in the majority part are purchased by Lemuria.

10   Q.  You said in their majority part; what does that mean?

11   A.  That would mean that they are part of the servers that

12       were purchased directly by Hotfile Corp.  That would be

13       before Lemuria formation.

14   Q.  Since the formation of Lemuria, all of the servers that

15       constitute the Hotfile system have been purchased by

16       Lemuria?

17   A.  It is my belief, yes.

18   Q.  Okay.  And are there any other services that Lemuria

19       provides for Hotfile?

20   MR. THOMPSON:  Objection, vague.

21   A.  Other than purchasing servers, Lemuria would purchase

22       other things for Hotfile, including paying bills to

23       Equinix and other bills.

24   BY MR. FABRIZIO:

25   Q.  So Lemuria pays for Equinix on behalf of Hotfile?

Highly Confidential

Page 39

1  MR. THOMPSON:  Objection, vague.

2  A.  Yeah, Lemuria pays for Equinix bandwidth bills and

3      others.

4  BY MR. FABRIZIO:

5  Q.  What are the other bills that Lemuria pays for Hotfile?

6  MR. THOMPSON:  Hotfile Corp.?

7          Objection, vague.

8  BY MR. FABRIZIO:

9  Q.  Well, let me make sure I get it.  There is Hotfile

10     Corporation, correct?

11 A.  Correct.

12 Q.  And then there's Hotfile Limited, correct?

13 A.  Correct.

14 Q.  And there's another entity, Hotfile SA, correct?

15 A.  Correct.

16 Q.  Are there any other Hotfile-related entities?

17 A.  None that I'm aware of.

18 Q.  Can I just refer to them as "Hotfile entities," to

19     include all of them?

20 A.  If it -- if it works for you.

21 Q.  Okay.  What other bills does Lemuria pay for any other

22     Hotfile entity?

23 A.  I'd say legal bills.

24 Q.  Any others?

25 A.  Servers, colocation, bandwidth, legal.  I think that

Highly Confidential

Page 40

```
1        would be the majority, but there might be very small

2        other bills.

3   Q.   Okay.  And the -- who provides the bandwidth for the

4        Hotfile website, Equinix or Lemuria?

5   MR. THOMPSON:  Objection, assumes facts.

6   A.   It's definitely not Equinix, but Lemuria is a closer

7        answer.  But Lemuria doesn't produce bandwidth to

8        provide it, so ...

9   BY MR. FABRIZIO:

10  Q.   Fair enough.

11  A.   Can I actually take a break?

12  Q.   Could we just finish this one question?  Then we'll take

13       a break.

14            What entity or entities provides bandwidth for the

15       Hotfile website?

16  A.   That's a complicated question.  The answer changes in

17       time, and there is sometimes a difference between who

18       you pay to for bandwidth and who you get the bandwidth

19       from.  So can you be more specific?  Are you more

20       interested --

21  Q.   Sure.  Let's start from the beginning, and we'll start

22       with who's actually providing the bandwidth.

23  MR. THOMPSON:  Mr. Fabrizio, since he asked for a break, can

24       we take the break before we get into the details?

25  MR. FABRIZIO:  Sure, I'm fine with that.
```

Highly Confidential

Page 47

1   A.  No.  IP addresses are kind of precious resource, so we

2       generally apply for this resource with -- within

3       a reasonable time.  We can say any old IP addresses that

4       we use the next ten years, normally they will be

5       assigned IP addresses that you can prove you will need

6       in the next 6 to 12 months.

7   Q.  Okay.  And somebody looking up Hotfile's ISP would

8       identify Lemuria as Hotfile's ISP?

9   MR. THOMPSON:  Objection, vague.

10  A.  That is correct.

11  BY MR. FABRIZIO:

12  Q.  So let me now understand the full scope of services that

13      Lemuria provides for Hotfile.  Hotfile contracts with

14      Lemuria for its bandwidth, correct?

15  A.  Correct.

16  Q.  But Lemuria contracts out to purchase that bandwidth

17      from IP Transit and Comcast, correct?  Currently?

18  A.  Correct.

19  Q.  And Hotfile contracts with Lemuria for the co-location

20      facilities?

21  A.  I have a general understanding, Hotfile contracts with

22      Lemuria for co-location facilities.

23  Q.  I guess I should ask, does Hotfile contract with --

24      well, who has the contract with Equinix for co-location

25      facilities?

Highly Confidential

Page 48

1   A.   Currently it is Lemuria.

2   Q.   Has it always been Lemuria since Lemuria's been in

3        operations?

4   A.   I'm not sure about the timeline, at what exact point the

5        contract was changed from Hotfile to Lemuria, but my

6        belief is at a certain point after Lemuria began

7        operating, it was reassigned this way.

8   Q.   And you said the servers are owned by Lemuria, at least

9        in large part, since Lemuria being came into being.

10       Correct?

11  A.   I said that in large part the servers are purchased by

12       Lemuria.

13  Q.   Okay.  And who owns the servers?

14  MR. THOMPSON:  Objection, compound.

15  A.   I don't know to what extent that's legal opinion or my

16       understanding, but it is my understanding that servers

17       are owned by Lemuria.

18  MR. THOMPSON:  Let me add an objection that it calls for

19       a legal conclusion.

20  BY MR. FABRIZIO:  Mr. Titov already made that objection.

21  MR. THOMPSON:  He did.

22  BY MR. FABRIZIO:

23  Q.   Does a Hotfile entity have a contract with Lemuria for

24       the purchase of servers?

25  MR. THOMPSON:  Objection, vague.  And calls for a legal

Highly Confidential

Page 49

1       conclusion.

2   A.   It does have mutual understanding of a written contract.

3   BY MR. FABRIZIO:

4   Q.   And what is that understanding?

5   A.   The understanding is that Lemuria is buying servers that

6        are to be operated, and they would perform work for

7        Hotfile, to the extent servers perform work.

8   Q.   Okay.  For Hotfile, are you the person that orders or

9        that directs Lemuria to buy more servers?

10  MR. THOMPSON:  Objection.  Assumes facts, and vague.

11  BY MR. FABRIZIO:

12  Q.   Well, let me -- let me just back up and ask you how this

13       works.

14       When it's determined that Hotfile needs additional

15       servers, what is the process, from decision-making at

16       Hotfile to actual purchase of servers?

17  A.   Normally the -- the need of servers would be observed by

18       Vasil currently, and since he started working.  And he

19       would inform me.  I will use my judgment wherever it is

20       needed or not, and I would normally inform Rumen about

21       the fact and about approximate price of the expected

22       purchase.  And most of the time I will go and make the

23       purchase.

24  Q.   And when you make the purchase, you purchase those

25       servers through Lemuria?

Highly Confidential

Page 50

1   A.  Yes, I do.

2   Q.  Okay.  Who pays for the servers?

3   MR. THOMPSON:  Objection.  Vague, calls for a legal

4       conclusion.

5   A.  Lemuria pays the money to the company that assembles and

6       provides the servers are transferred from Lemuria's bank

7       account.

8   BY MR. FABRIZIO:

9   Q.  Okay.  Does any Hotfile entity reimburse Lemuria for the

10      cost of the servers?

11  A.  Yes, it does.

12  Q.  In what way?

13  A.  By paying Lemuria.

14  Q.  Is it on a server-by-server basis?  For instance, does

15      Lemuria say, "I just bought ten servers, and here's what

16      they cost; transfer me that amount of money?"

17  MR. THOMPSON:  Objection, vague.

18  BY MR. FABRIZIO:

19  Q.  All right, let me ask it this way:  Does Lemuria issue

20      an invoice or a bill to any Hotfile entity for the cost

21      of the servers that Lemuria has purchased for Hotfile?

22  MR. THOMPSON:  Objection, vague and overbroad.

23  A.  I wouldn't say that it goes servers -- server by server.

24      It would be more like a general invoice for one month of

25      services that will deal with bandwidth servers

Highly Confidential

Page 51

1    co-location, and other things.

2    BY MR. FABRIZIO:

3    Q.  Does Lemuria -- so, does Hotfile -- excuse me, let me

4        just -- which Hotfile entity has the arrangement with

5        Lemuria?

6    A.  It's my understanding that that would be Hotfile Corp.,

7        but the actual payment would be -- to Lemuria would be

8        performed by Hotfile to the -- on behalf of Hotfile

9        Corp.

10   Q.  Okay.  So let me just -- I'll just refer to

11       that "Hotfile"?

12   A.  Okay.

13   Q.  Does Hotfile pay Lemuria monthly for the services that

14       Lemuria provides Hotfile?

15   A.  I wouldn't say that it's strictly monthly, but -- but

16       generally, we try to do it that way.

17   Q.  Well, there is a contract between Hotfile and Lemuria,

18       correct?

19   MR. THOMPSON:  Objection.  Vague and compound.

20   A.  Previously I said it's more like a verbal mutual

21       understanding.  You can -- whatever is the contract, up

22       to you.

23   BY MR. FABRIZIO:

24   Q.  I guess -- fair enough; I misunderstood.

25           Is there a written document that expresses the

Highly Confidential

Page 52

1    terms, the business terms, of the relationship between

2    the Hotfile entities and Lemuria?

3    MR. THOMPSON:  Objection.  Vague and overbroad.

4    A.  There is no written contract with either Hotfile Ltd.,

5        Hotfile Corp., and Lemuria.

6    MR. THOMPSON:  Just so the record is clear, I think the

7        witness said "Hotfile Ltd.," as well as Hotfile Corp.

8    BY MR. FABRIZIO:

9    Q.  So your answer was that there is no written contract

10       with either Hotfile Ltd. or Hotfile Corp. on the one

11       hand and Lemuria on the other hand?

12   A.  Yes, that was my answer.

Highly Confidential

Page 53



Highly Confidential

Page 54



10   Q.   Okay.  Do you personally own Lemuria?

11   A.   Yes, I do.

12   Q.   Through a -- as an individual, or through another

13        company that you own?

14   A.   As an individual.

15   Q.   Okay.  Do you own 100 per cent of Lemuria?

16   A.   Yes, I do.

17   Q.   Okay.  Are you -- do you have a title with Lemuria?  For

18        instance, president, CEO?

19   A.   I don't have a favorite title but I would say manager.

Highly Confidential

Page  55

███  ███  ██████████

███  ███  ██████████████████

███  ███  ███████████████████

███  ███  ███████████

███  ███  ███  ██████████████

███  ███  ██████████████

███  ███  ████

███  ███  ████████████████

███  ███  █████████

███  ███  ███████████████████████████

███  ███  █████████

███  ███  ██████████████████████████████████

███  ████████

███  ███  █████████████

15   Q.   So let's again turn back to Lemuria and identify all of

16        the services that Lemuria performs for any of the

17        Hotfile entities or for the Hotfile website.  And if

18        I can go through the ones that I'm aware of, and then

19        we'll ask if there are others.  Okay?

20   A.   Okay.

21   Q.   Lemuria contracts for co-location facilities, correct?

22   A.   Correct.

23   Q.   With Equinix, if I'm saying that right?

24   A.   Yes.

25   Q.   But Lemuria does not itself provide the co-location

Highly Confidential

Page 56

1      facilities, correct?

2    MR. THOMPSON:  Objection.  Vague, calls for a legal

3      conclusion.

4    A.  Yeah, Lemuria is basically reselling the same

5      co-location facility it contracts with Equinix, if

6      that's what's you're asking.

7    BY MR. FABRIZIO:

8    Q.  And Lemuria contracts with IP Transit and Comcast for

9      bandwidth facilities, correct?

10   A.  To the extent that they use -- the word "facility," in

11     my mind, doesn't go with the bandwidth, but that's

12     correct.

13   Q.  Okay.  Lemuria contracts with IP Transit and Comcast for

14     bandwidth for Hotfile?

15   A.  Correct.

16   Q.  Lemuria purchases servers for Hotfile as Hotfile needs

17     additional servers, correct?

18   A.  Correct.

19   MR. THOMPSON:  I didn't have a chance to object, as vague.

20   BY MR. FABRIZIO:

21   Q.  Are there any other services that Lemuria performs for

22     Hotfile or for any of the Hotfile entities?

23   A.  As we just mentioned shortly before, Lemuria has

24     a contract with Blue Ant, so the software development

25     goes through Lemuria to Hotfile.

Highly Confidential

Page 57

1    Q.  Does software development continue today?

2    A.  I would say that currently the state would be probably

3        better described as maintenance, rather than

4        development.

5    Q.  Okay, let me ask it this way, I guess:  If Hotfile

6        needed new software developed for the website, would

7        that software be developed pursuant to the Lemuria/Blue

8        Ant contract?

9    MR. THOMPSON:  Objection.  Calls for speculation.

10   A.  It could be.

11   BY MR. FABRIZIO:

12   Q.  Okay.  So Lemuria contracts with Blue Ant for software

13       development for Hotfile, correct?

14   MR. THOMPSON:  Objection, vague.

15   A.  Yeah, correct.

16   BY MR. FABRIZIO:

17   Q.  Does Lemuria perform any other services for Hotfile

18       website or any Hotfile entity?

19   A.  Providing the actual IP addresses -- no, everything

20       connected with networking, administering routers, making

21       traffic flow -- I would say that it's fair to say that

22       services that Lemuria provides to Hotfile can be

23       qualified as managed costing.

24   Q.  Now, are those last services you just identified, the IP

25       addresses, networking, administration of routers and

Highly Confidential

Page 61

1    matter.

2    Q.  Okay.  And Hotfile has business dealings with other

3        companies; who handles those business dealings?

4    MR. THOMPSON:  Objection, vague.

5    A.  It really depends on what are business dealings; depends

6        how -- how major the decision is; depends ...

7    BY MR. FABRIZIO:

8    Q.  Well, who handles major decisions?

9    A.  Major decisions will generally be discussed and maybe

10       voted, but I would say that's too formal a word for our

11       environment.  But between the shareholders of Hotfile.

12       That would include me, of course.

13   Q.  Okay.  And does Hotfile have a -- or any of the Hotfile

14       entities have a physical office here in Bulgaria?

15   A.  Vlad has a physical office in Bulgaria.

16   Q.  But do any of the Hotfile entities -- does Hotfile

17       Limited have an office, a physical office?

18   MR. THOMPSON:  Objection, vague.

19   A.  Not an office it would use for operations.

20   BY MR. FABRIZIO:

21   Q.  Well, let me try and ask it clearly:  Does Hotfile

22       Limited have a physical office space here in Bulgaria or

23       anywhere?

24   A.  No, no physical space.

25   Q.  Does Hotfile Corporation have physical office space here

Highly Confidential

Page 62

1      in Bulgaria or anywhere?

2  A.  Hotfile Corporation, to the best of my knowledge,

3      doesn't own or rent any physical office space.

4  Q.  Does Hotfile SA have any physical office space anywhere?

5  A.  It tends to have limited knowledge about Hotfile SA.  It

6      would be Atanas who would move things forward there.

7      But I think answering this question would need to go

8      through almost legal conclusions.

9  Q.  Well, to your knowledge, does Hotfile SA have physical

10     office space anywhere?

11  MR. THOMPSON:  Objection.  Calls for a legal conclusion.

12         Mr. Titov, you can answer if you understand, if you

13     understand the question.

14  A.  I do understand the question.

15         Hotfile SA doesn't rent or own any office for the

16     company, but it was general understanding that the

17     manager of Hotfile SA would use his office for

18     operations of the company, and he would actually do some

19     of the operations of the company.  And again, I am not

20     the most knowledgeable person on the matter.

21  BY MR. FABRIZIO:

22  Q.  And who is the managing officer of Hotfile SA?

23  MR. THOMPSON:  Objection.  Calls for a legal conclusion.

24  A.  If I'm not mistaken, his name is Kaloyan Stoyanov.

25  BY MR. FABRIZIO:

Highly Confidential

Page 67

1    A.   Social reasons.   It's just more fun to be able to talk

2         to somebody.

3    BY MR. FABRIZIO:

4    Q.   And Mr. Lucyan is the DMCA agent for the Hotfile

5         website?

6    A.   Yes, he is.

7    Q.   Is he an employee of any of the Hotfile entities?

8    A.   No, he's not.

9    Q.   Is he an employee of Blue Ant?

10   A.   No, he's not.

11   Q.   Is he an employee of Lemuria?

12   A.   No, he is not.

13   Q.   Does he get paid for being the DMCA agent for the

14        Hotfile website?

15   A.   The company he works for is being paid for this.   What

16        is his personal share, I'm not aware of.

17   Q.   What is the company that he works for?

18   A.   Incorporate Now.

19   Q.   What is the business of Incorporate Now?

20   MR. THOMPSON:   Objection.   Calls for speculation.

21   A.   For what I'm aware of, incorporating companies, being

22        agent for them, and providing DMCA agent services.   And

23        there might be others as part of those.

24   BY MR. FABRIZIO:

25   Q.   Okay.   Did Incorporate Now help incorporate Lemuria?

Highly Confidential

Page 69

1      personally?

2   A.  To a certain extent, yes.

3   Q.  Well, what do you mean, "to a certain extent"?

4   A.  No -- yes.

5   Q.  For Hotfile Corporation, did you personally ask

6       Incorporate Now to serve as the DMCA agent for Hotfile?

7   A.  I performed the actual act of asking Incorporate Now of

8       being DMCA agent after I was authorized by other

9       shareholders.

10  Q.  Okay.  What other shareholders?  Or should I say, was it

11      both Mr. Vangelov and Mr. Stoyanov who authorized you?

12  A.  I don't remember completely.  It was a general

13      understanding that if two of the shareholders are on the

14      same page about some decision, not always consent of the

15      third is needed, because frankly his vote could be

16      meaningless.

17  Q.  Okay.  Did you need consent from the other shareholders,

18      in your mind, to retain Incorporate Now to act as a DMCA

19      agent?

20  A.  Yes, I did.

21  Q.  And you would not have felt authorized to do that

22      without the consent of at least one other shareholder?

23  MR. THOMPSON:  Objection, calls for speculation.

24  A.  I wouldn't feel authorized, but it's not impossible for

25      me to make a decision alone when I'm almost 99 per cent

Highly Confidential

Page 70

1      sure that I will be able to convince somebody to back me

2      up.  But that wasn't the case anyway.

3   BY MR. FABRIZIO:

4   Q.  But that wasn't the case what?

5   A.  That wasn't the case.  I think I -- I talked with at

6       least Rumen about acquiring the DMCA agent.

7   Q.  Okay.  Earlier we talked about discussing major

8       decisions with the other shareholders, correct?

9   A.  Correct.

10  Q.  And did you consider this a major decision?

11  A.  To a certain extent, yes.

12  Q.  Does Incorporate Now have any other employees other than

13      Mr. Lucyan?

14  MR. THOMPSON:  Objection, calls for speculation.

15  A.  I don't know.

16  BY MR. FABRIZIO:

17  Q.  To your knowledge, have you -- well, strike that.

18          Have you dealt with anyone else other than

19      Mr. Lucyan who you -- well, let me start it this way --

20      strike that.

21          Are you aware of anyone else other than Mr. Lucyan

22      who works for Incorporate Now?

23  A.  Yeah, I think so.

24  Q.  You think you are aware of other people?

25  A.  Yeah.

Highly Confidential

Page 72

Highly Confidential

Page 73

Highly Confidential

Page 74

Highly Confidential

Page 76

11    MR. THOMPSON:  Steve, we're heading towards 12:30, so

12        whenever's a good time for you.

13    MR. FABRIZIO:  It may be very close.  Let me just clean up

14        a couple of things; maybe take five minutes.

15    Q.  Vasil Kolev:  Does he go by any other names?

16    A.  I think we covered this question already.  It is the guy

17        I said goes like Maniax and the Green Crocodile.

18    Q.  Oh, the Green Crocodile.  Okay.  That's right.

19        Andre Ianakov:  Does he go by any other names?

20    A.  The one I am aware of is Butcher Boy.

21    Q.  Any others?

22    A.  Not that I can think of.

23    Q.  Okay.  And Butcher Boy is the screen name that

24        Mr. Ianakov uses, generally speaking?

25    MR. THOMPSON:  Objection.  Lacks foundation, calls for

Highly Confidential

Page 77

1    speculation.

2    A.  I've seen him using on several occasions, but I don't

3        know if it's one that he will use all the time, so ...

4    BY MR. FABRIZIO:

5    Q.  What about Stanislav Manov:  Does he have any other

6        names?

7    A.  Yes.

8    Q.  What are they?

9    A.  N3LM.

10   Q.  Can you say that again?

11   A.  N, like November; 3, like the number 3; L, like lemur;

12       M, like Mike.

13   Q.  N3LM?

14   A.  I believe it could be read like NELM.

15   Q.  Any others?

16   A.  I'm not aware of any.

17   Q.  What about yourself?  Do you go by any other names?

18   A.  I would use "Virus" or "Virco," V-I-R-C-O.

19   Q.  And for what purposes do you use Virus and Virco?

20   A.  I don't know.  Different purposes.  That's how people

21       actually call me once in a while, so ...

22   Q.  Do you use them, for instance, in -- for online screen

23       names?

24   A.  Yeah, I would say so, sometimes.

25   Q.  Do you ever post on forums or message boards using those

Highly Confidential

Page 78

1       names?

2   A.  Could be.

3   Q.  Are you aware of a screen name Campolar,

4       C-A-M-P-O-L-A-R?

5   A.  No, I'm not.

6   Q.  You've never heard that before?

7   A.  It doesn't sound familiar.

8   Q.  Okay.  Atanas Vangelov:  Does he go by any other names?

9   A.  Except of "Nasko," which is typical nickname for

10      "Atanas" in Bulgaria, I'm not aware of that.

11  Q.  Nasko, N-A-S-K-O?

12  A.  Yes.

13  Q.  Does he also go by Nasko Beluchi, B-E-L-U-C-H-I?

14  A.  Yeah, sometimes he does.

15  Q.  Do you know why he uses an alternative name, Nasko

16      Beluchi?

17  MR. THOMPSON:  Objection, misstates testimony.

18  A.  No, I'm not aware of any reason.

19  BY MR. FABRIZIO:

20  Q.  Okay.  Rumen Stoyanov:  Does he go by any other names?

21  A.  Not that I'm aware of.

22  MR. FABRIZIO:  Is everybody ready to break for lunch?

23  VIDEOGRAPHER:  Going off the record at 12:31.

24                  (Lunch break taken.)

25  VIDEOGRAPHER:  Back on the record, 1:52.

Highly Confidential

Page 79



Highly Confidential

Page 80

Highly Confidential

Page 81

Highly Confidential

Page 82



Highly Confidential

Page 84

Highly Confidential

Page 85

Highly Confidential

Page 87

Highly Confidential

Page 88



Highly Confidential

Page 89



18   BY MR. FABRIZIO:

19   Q.  When was Hotfile Corporation started?

20   MR. THOMPSON:  Objection, vague.

21   A.  I know what the word "started" means when you refer

22       to --

23   BY MR. FABRIZIO:

24   Q.  When was it -- when was it incorporated?

25   A.  Now, as I see this document, I have reasons to believe

Highly Confidential

Page 90

1       that it should be around 30th of September 2008.

2   MR. THOMPSON:  For the record, the witness is referring to

3       exhibit 18.

4   BY MR. FABRIZIO:

5   Q.  When was Hotfile Limited incorporated?

6   A.  I don't know for a fact.

7   Q.  What year was it incorporated?

8   A.  2009.

9   Q.  And when was Hotfile SA incorporated?

10  A.  I don't know.

11  Q.  Okay.  Leaving aside Hotfile SA for a second, what was

12      the reason for incorporating Hotfile Limited?

13  MR. THOMPSON:  Objection, assumes facts.

14  A.  The reason to incorporate Hotfile Limited was to operate

15      a PayPal account.

16  BY MR. FABRIZIO:

17  Q.  Any other reasons?

18  A.  I don't remember any other reasons.

19  Q.  Was there a reason Hotfile Corporation couldn't operate

20      a PayPal account?

21  A.  Yes.

22  Q.  What was that reason?

23  A.  Back in the time, it was PayPal's policy not to allow

24      Panamanian accounts to receive money.

25  Q.  What activities does Hotfile Limited perform?

Highly Confidential

Page 91

1  A.  It operates the PayPal account on behalf of Hotfile

2     Corp.

3  Q.  Anything else?

4  A.  Nothing that I can think of.

5  Q.  Did -- was it Hotfile Limited that contracted with

6     Lemuria on behalf of Hotfile Corporation?

7  MR. THOMPSON:  Objection, vague.

8  A.  I think it was your intent not to use the word

9     "contracted" for the agreements that we have.

10  MR. THOMPSON:  Mr. Fabrizio, perhaps you can rephrase the

11     question.

12  MR. FABRIZIO:  Well, let me -- let him use his own words.

13        Can we mark as Titov exhibit 20 a document captioned

14     "Declaration of Anton Titov in Support of Lemuria

15     Communications Inc.'s Motion to Dismiss," in the case of

16     Perfect 10 v. Hotfile Corp., 10-CV-2031.

17     (Titov exhibit 20 marked for identification.)

18  BY MR. FABRIZIO:

19  Q.  Mr. Titov, I assume you've seen this document before?

20  A.  Not recently.

21  Q.  I just want to refer you to paragraph 5.  It says:

22        "Lemuria has a contract with Hotfile, Ltd. to

23     provide web hosting services for Hotfile.com."

24  A.  It does.

25  Q.  Okay.  So does that refresh your recollection that the

Highly Confidential

Page 92

1       contract is with Hotfile Limited?

2  MR. THOMPSON:  Objection, vague.

3  BY MR. FABRIZIO:

4  Q.  Well, let me ask it this way:  Was that an accurate

5       statement, when you made it?

6  A.  It is.  It was.

7  Q.  Okay.  And is it accurate today?

8  A.  It is.

9  Q.  So Lemuria has a contract with Hotfile Limited to

10      provide web hosting services for the Hotfile website,

11      correct?

12 A.  Lemuria has a contract with Hotfile Limited to the

13      extent that Hotfile Limited -- to the extent that

14      Hotfile Limited is acting on behalf of Hotfile Corp.

15              (Reporter clarification.)

16 MR. THOMPSON:  "... acting on behalf of Hotfile Corp."

17 BY MR. FABRIZIO:

18 Q.  And in paragraph 5, what did you mean by a "contract"?

19 MR. THOMPSON:  I object to calling for a legal conclusion.

20 MR. FABRIZIO:  Well, the witness is -- every time I use the

21      term "contract," he expresses a misunderstanding of what

22      I mean.  So I want to just get a common understanding.

23 MR. THOMPSON:  Same objection.

24          You can answer if you understand the question.

25 A.  I understand the question, and beyond the fact that

Highly Confidential

Page 93

1   there is no written contract, I think that -- my

2   understanding was that verbal or other kind of

3   understanding is still a contract.

4   BY MR. FABRIZIO:

5   Q.   Okay, I just want to confirm:  So there is no written

6        contract between Lemuria and Hotfile Limited?

7   A.   I don't know anything about any such contract.

8   Q.   Okay.  Did Lemuria and Hotfile Limited reach an

9        agreement under the terms as to which Lemuria would

10       provide web hosting services to Hotfile?

11  MR. THOMPSON:  Objection, vague, calls for a legal

12       conclusion.

13  A.   Since the two companies are doing business, I think it's

14       fair to say that they have reached an agreement.

15  BY MR. FABRIZIO:

16  Q.   Well, I guess what I'm trying to get at is, was there

17       a point in time when Hotfile Limited and Lemuria sat

18       down and said, "Here's what our agreement is," and

19       specified the terms of their agreement?

20  MR. THOMPSON:  Objection, vague.

21  A.   It was more like Hotfile Corp defining the terms of

22       agreement and then Hotfile implementing them with their

23       contract with Lemuria.

24  BY MR. FABRIZIO:

25  Q.   I'm not quite sure I understood your answer.

Page 94

```
 1    MR. THOMPSON:  Maybe we should make sure that we got the

 2        right "Hotfile."  The second use of "Hotfile" in the

 3        last answer doesn't have anything after it.

 4    MR. FABRIZIO:  I didn't think he said anything after it.

 5        I think that was what confused everybody.

 6    MR. THOMPSON:  Perhaps you can clarify.

 7    MR. FABRIZIO:  Maybe I can just ask the question again.

 8    Q.  Was there a point in time when Hotfile Limited and

 9        Lemuria reached a specific agreement as to the terms of

10        Lemuria's contract?

11    MR. THOMPSON:  Objection, vague.

12    A.  I don't know.

13    BY MR. FABRIZIO:
```

Highly Confidential

Page 95

16   BY MR. FABRIZIO:

17   Q.   Does Hotfile -- strike that.

18        Does Lemuria send Hotfile Limited invoices for the

19        services it performs?

20   A.   It keeps track of records and money movement, but not

21        each time a document is created.

22   Q.   Well, how does Hotfile Limited know how much to pay

23        Lemuria at any given time?

24   A.   That would be by Hotfile -- by Hotfile Corp. and Lemuria

25        agreeing on special terms on payments, and then it's

Highly Confidential

Page 96

1       given to them.

2   Q.  So Hotfile and Lemuria reach an agreement as to how much

3       Hotfile will pay Lemuria each time Hotfile pays Lemuria?

4   MR. THOMPSON:  Objection, vague in the use of "Hotfile."

5   BY MR. FABRIZIO:

6   Q.  Well, let me correct -- let me clarify that.

7           Has Hotfile Corporation ever made a payment to

8       Lemuria?

9   A.  Not directly, I believe, no.

10  Q.  Has any company other than Hotfile Limited ever made

11      a payment to Lemuria?

12  A.  I don't know.

13  Q.  You can't recall, or you don't know?

14  MR. THOMPSON:  Objection, vague.

15  A.  I can't recall.

16  BY MR. FABRIZIO:

17  Q.  So speaking of Hotfile Limited, how does Hotfile Limited

18      -- well, strike that.



Highly Confidential

Highly Confidential

Page 105

Highly Confidential

Page 106



Highly Confidential



Highly Confidential

Page 108

Highly Confidential

Page 109



7       If -- may I ask if when we finish with the document,

8    to take a break?

9  MR. FABRIZIO:  We're finished with the document, and we can

10    take a break.

11  VIDEOGRAPHER:  Going off the record at 3 o'clock.  This is

12    the end of tape 2, volume I, of Anton Titov's

13    deposition.

14             (A break was taken.)

15  VIDEOGRAPHER:  This is the beginning of tape 3, volume I,

16    and a continuation of the deposition of Mr. Anton Titov.

17    On the record, 3:14.

18  BY MR. FABRIZIO:

Highly Confidential

Page 110

Highly Confidential

Page 111



7    Q.   Okay.  Is that the only payment-processing account that

8         Hotfile Limited operates?

9    A.   Yeah, I think so.

10   Q.   Okay.  Does Hotfile accept other types of payments for

11        premium subscriptions?

12   A.   Yes, it does.

13   Q.   What are some of those?

14   A.   At certain -- at certain point, Hotfile accepted credit

15        cards through SecPay and other processors; I am not sure

16        if we do now.  Generally for different countries, there

17        are different means of payment.

18   Q.   Okay.  And does Hotfile Corporation receive those funds

19        from those other payment means directly?

20   A.   Yes, I think so.

Highly Confidential

Page 112

Highly Confidential

Page 113



Highly Confidential

Page 114



Highly Confidential

Page 117

▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮

▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮

▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮ ▮▮▮▮

7    MR. FABRIZIO:  I am going to ask the court reporter to mark

8        as Titov exhibit 22 an application for a DMCA subpoena

9        in the matter of Corbin Fisher, dated August 28, 2009.

10           (Titov exhibit 22 marked for identification.)

11   BY MR. FABRIZIO:

12   Q.  Mr. Titov, this is a long document.  The only question

13       that I want to ask you is:  Were you aware in the August

14       2009 timeframe that -- that the operators or that the

15       owners of Corbin Fisher had served a subpoena on

16       Webzilla for Webzilla to identify the operators of

17       Hotfile?

18   A.  I don't know about the timeframe, but yeah, I believe

19       that's Webzilla for Hotfile did -- about this.

20   Q.  And Webzilla informed Hotfile about the subpoena roughly

21       contemporaneous with the subpoena?

22   MR. THOMPSON:  Objection.  Lacks foundation, calls for

23       speculation.

24   A.  Sorry, can you rephrase?  I don't --

25   BY MR. FABRIZIO:

Highly Confidential

Page 118

1   Q.   Sure.  Did you learn about the subpoena roughly at the

2        time the subpoena was issued?

3   A.   Probably it was some time after.  A matter of days,

4        probably.  I don't know.

5   Q.   Was Hotfile still a customer of Webzilla at the time you

6        learned about this subpoena?

7   A.   Yes, I believe so, or at least partly.

8   Q.   Okay.  And Corbin Fisher, do you understand that the

9        owners of the Corbin Fisher works are Liberty Media?

10  A.   I understand that.

Highly Confidential

Page 119

Highly Confidential

Page 120

Highly Confidential

Page 121

BY MR. FABRIZIO:

Q.   When was Lemuria incorporated?

A.   If I'm not mistaken, it would be October 2009.

Q.   And are you the sole director of Lemuria?

A.   Yes, I manage Lemuria Communications.

Q.   Let me just make sure that's clear.  You own Lemuria 100

     percent, correct?

A.   Yes, I do.

Q.   And you manage Lemuria?

A.   Yes, I do.

Q.   Does anybody manage Lemuria with you?

A.   No.

Q.   Okay.  And are you on the board of directors of Lemuria?

A.   Yeah, I think I am the only director of Lemuria.

Q.   Is anybody else on the board of directors with you?

Highly Confidential

Page 122

1   A.  No.

2   Q.  Are you an employee of Lemuria?

3   MR. THOMPSON:  Objection, calls for a legal conclusion.

4   BY MR. FABRIZIO:

5   Q.  Well, strike that.

6       You said previously that you received a salary from

7       Lemuria, correct?

8   A.  Yes, I do.

9   Q.  Okay.  Do you have a title at Lemuria?

10  A.  To the extent that -- again, I don't really assign or we

11      don't really assign, in our team, titles.  But I would

12      say that I am manager of Lemuria.

13  Q.  Okay.  Is there anybody more senior than you at Lemuria?

14  A.  No.

15  Q.  And Lemuria provides hosting services and the other

16      services we've described for Hotfile, correct?

17  A.  That is correct.

18  Q.  Does it provide services for any other company?

19  A.  Yes, it does.

20  Q.  Okay, for what other company?

21  A.  The company name is Neterra.

22  Q.  Can you spell that?

23  A.  N-E-T-E-R-A [sic].

24  Q.  Okay.  What services does Lemuria provide for Neterra?

25  A.  They have two servers with Lemuria.

Highly Confidential

1    for that.  And once the system was already set up, the
2    plaintiffs already bring the litigation, and I didn't
3    really have time to negotiate with Mr. Dilkov anymore.
4    Q.  But is that -- are those servers up and running?
5    A.  Yes.
6    Q.  Are they streaming?
7    A.  I don't know for a fact.
8    Q.  Excuse me?
9    A.  I don't know for a fact what they are doing.  Last time
10       I was there they were generating some bandwidth.
11   Q.  Do you have a contract -- strike that.
12           Does Lemuria have a contract with Neterra?
13   A.  No, it does not.
14   Q.  I meant a written agreement.
15   A.  Mmm?
16   Q.  A written agreement of any kind.
17   A.  No written agreement of any kind.
18   Q.  Other than Neterra, does Lemuria provide services for
19       any other company or person?
20   A.  No, I don't think so.
21   Q.  Are the payments Lemuria receives from Hotfile the only
22       revenues Lemuria has?
23   A.  I believe so.

■  ■  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
■  ■  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Highly Confidential

Page 127

Highly Confidential

Page 128



Highly Confidential

Page 129

Highly Confidential



19  Q.  Okay.  Maybe you should then explain exactly what

20      Mr. Vangelov does for Hotfile.

21  MR. THOMPSON:  Objection, vague, and asked and answered.

22  A.  He would be participating in taking decisions; he would

23      be responsible for contacting -- or contacts with

24      potential investors, and other types of external

25      communication.

Highly Confidential

Page 132

1   BY MR. FABRIZIO:

2   Q.  Do you perform services for Hotfile in your personal

3       capacity as opposed to Lemuria performing them?

4   MR. THOMPSON:  Objection.  Vague, calls for a legal

5       conclusion.

6   A.  I think so, yes.

7   BY MR. FABRIZIO:

8   Q.  What activities do you perform for Hotfile in your

9       personal capacity and not through Lemuria?

10  A.  I would say participating in making decisions is an

11      activity that I would perform in my personal capacity as

12      a shareholder of Hotfile Corp.

13  Q.  Do you also supervise Chubarov, Kolev and Ianakov?

14  MR. THOMPSON:  Objection, vague.

15  A.  To the term "supervise," I'm not sure that I do in fact

16      supervise them, but to -- to the extent they need some

17      guidance and understanding of the technical parts of

18      the -- of our system, yes, we do communicate, and --

19      yes, I would say that I have certain authority over

20      them.

21  BY MR. FABRIZIO:

22  Q.  So is it your understanding that part of your Lemuria

23      salary is compensation for the work you do for Hotfile

24      in your individual capacity?

25  MR. THOMPSON:  Objection.  Asked and answered.

Highly Confidential

Page 135

1   Q.  Well, do you know anything else about the business of

2       FinArt other than what you've testified?

3   MR. THOMPSON:   Objection.  Overbroad, and vague.

4   A.  Nothing that I can think of currently.

5   BY MR. FABRIZIO:

6   Q.  Does FinArt Limited perform any services for Lemuria?

7   A.  No services, no.

Highly Confidential

Page 136

Highly Confidential

Page 137



Highly Confidential

Page 138



Highly Confidential

Page 142

1    translation that I'm asking him about.

2    MR. THOMPSON:  Well, we can go off the record and take the

3        time to let him read and compare word for word.

4            Why don't you focus on what you care about in the

5        document, and let him see if he has any problem with

6        that.

7    MR. FABRIZIO:  Okay.

Highly Confidential

Page 143



Highly Confidential

Page 144



Highly Confidential

Page 145



Highly Confidential

Page 150

Highly Confidential

Page 151



Highly Confidential

Page 152



Highly Confidential

Page 188

1          HIGHLY CONFIDENTIAL
          CERTIFICATE OF DEPONENT
2

3

    I, ANTON TITOV, hereby certify that I have read the
4   foregoing pages of my deposition of testimony taken in these
    proceedings on Monday, December 5, 2011, and, with the
5   exception of the changes listed on the next page and/or
    corrections, if any, find them to be a true and accurate
6   transcription thereof.

7

8

9

10

    Signed:  ........................
11

    Name:   ANTON TITOV
12
    Date:   1/29/2012
13

14

15

16

17

18

19

20

21

22

23

24

25

TSG Reporting - Worldwide      800-702-9580

Highly Confidential

1              HIGHLY CONFIDENTIAL

2

                     E R R A T A
3
            Deposition of ANTON TITOV
4
Page/Line No.      Description          Reason for change
5   14:18        Eitinerum --> Itinerum      Correct transcription

6   14:20        EITINERUM --> ITINERUM      Correct transcription

7   14:21        internet --> intranet       Correct transcription

8   14:24    all in shelves --> online shops   Correct transcription

9   15:7      webcasting --> webhosting      Correct transcription

10  15:10     webcasting --> webhosting      Correct transcription

11  18:6          Ilan --> Elan             Correct transcription

12  20:9  Manix: M-A-N-I-X -> Maniax: M-A-N-I-A-X  Correct trans.

13  35:16    unimportant --> important       Correct transcription

14  35:17   he show choice --> he may choose   Clarify record

15  37:6    Stillings --> Stallings          Correct transcription

16  37:8   S-T-I-L-L-I-N-G-S --> S-T-A-L-L-I-N-G-S Correct trans.

17  38:3   qualification --> collocation      Correct transcription

18  39:2   Equinix bandwith --> Equinix, bandwith  Clarify record

19

20  Signed:    ...................

21  Name:   ANTON TITOV

22  Date:    ...................

23

24

25

TSG Reporting – Worldwide        800-702-9580

Highly Confidential

Page 190

1                    HIGHLY CONFIDENTIAL

2

                           E R R A T A
3

              Deposition of ANTON TITOV
4

   Page/Line No.        Description          Reason for change
5
   _____
6     44:1          IT --> IP            Correct transcription

7     46:16    with the grade, --> would degrade  Correct trans.

8     46:17  the traffic flows into there from --> when the traffic

9             flows into their network from      Correct transcription

10    47:3 We can say any old --> We cannot say we want  Correct trans.

11    57:23    costing --> hosting         Correct transcription

12    61:15    Vlad --> Blue Ant            Correct transcription

13    65:24  Konstantin Lucyan --> Constantin Luchian  Correct trans.

14    77:11    lemur --> Lima              Correct transcription

15    89:6     SA --> Yes                  Correct transcription

16    89:21   I know what --> I don't know what   Correct trans.

17    99:11   Panek --> Penev             Correct transcription

18    109:23  Chubarov --> Chuburov        Correct transcription

19

20  Signed:   ....................

21  Name:   ANTON TITOV

22  Date:   ....................

23

24

25

TSG Reporting - Worldwide      800-702-9580

Highly Confidential

Page 190

1                  HIGHLY CONFIDENTIAL

2

3                      E R R A T A

4              Deposition of ANTON TITOV

   Page/Line No.      Description        Reason for change
5  110:1 Mr. Ianakov manages --> Mr. Stoyanov and Mr. Vangelov manage

6                                        Conform to facts

7  111:15    SecPay --> SegPay          Correct transcription

8  119:5     Limewire --> Limelight     Correct transcription

9  119:13    Limewire --> Limelight     Correct transcription

10 126:10    I was there --> I checked  Correct transcription

11 128:17    And that is tradition the Blue Ant contract is to -->

12         And the Blue Ant contract is still    Correct transcription

13 128:18    enforce --> in force       Correct transcription

14 138:8     Ignitov --> Ignatov        Correct transcription

15 138:10    I-G-N-I-T-O-V --> I-G-N-A-T-O-V   Correct transcription

16 65:24, 66:3, 66:8, 67:4, 68:3, Lucyan --> Luchian   Correct trans.

17 68:16, 70:13, 70:19, 70:21,
   71:13, 71:18, 72:3, 72:7, 72:9,          "

18 74:3, 75:10, 75:18, 76:4, 76:5, 76:8      "

19 72:17    Lucyan's --> Luchian's      Correct transcription

20 Signed: .................

21 Name:   ANTON TITOV

22 Date:   1/20/2012

23

24

25

TSG Reporting - Worldwide      800-702-9580

Highly Confidential

Page 189

1                    HIGHLY CONFIDENTIAL
                CERTIFICATE OF COURT REPORTER
2

3

    I, Fiona Farson, with TSG Reporting, hereby certify that the
4   testimony of the witness Anton Titov in the foregoing
    transcript, taken on Monday, December 5, 2011 was reported
5   by me in machine shorthand and was thereafter transcribed by
    me; and that the foregoing transcript is a true and accurate
6   verbatim record of the said testimony.

7

    I further certify that I am not a relative, employee,
8   counsel or financially involved with any of the parties to
    the within cause, nor am I an employee or relative of any
9   counsel for the parties, nor am I in any way interested in
    the outcome of the within cause.

10

11

12

13

14

    Signed:  ........................

15

    Fiona Farson

16

    Dated:   December 15th, 2011

17

18

19

20

21

22

23

24

25

Page 191

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
 2            CASE NO. 11-20427-WILLIAMS/TURNOFF
 3  - - - - - - - - - - - - - - - - - - - - - - - - - -
    DISNEY ENTERPRISES,
 4  INC., TWENTIETH CENTURY
    FOX FILM CORPORATION,
 5  UNIVERSAL CITY STUDIOS
    PRODUCTIONS LLLP,
 6  COLUMBIA PICTURES
    INDUSTRIES, INC., and
 7  WARNER BROS.
    ENTERTAINMENT, INC.,
 8
 9            Plaintiff,
10  v.
11  HOTFILE CORP., ANTON
    TITOV, and DOES 1-10,
12
13            Defendants.
14
    HOTFILE CORP.,
15
              Counterclaimant,
16
    v.
17
    WARNER BROS ENTERTAINMENT
18  INC.,
              Counterdefendant.
19
    - - - - - - - - - - - - - - - - - - - - - - - - - -
20                  VOLUME II
          H I G H L Y   C O N F I D E N T I A L
21      (Pursuant to protective order, the following
        transcript has been designated highly confidential)
22
            30(b)(6) DEPOSITION OF ANTON TITOV
23                 Radisson Blu Hotel
                    Sofia, Bulgaria
24            Tuesday, December 6, 2011
                   AT:  9:10 a.m.
25                 Job No: 44175
```

Highly Confidential

Page 192

```
1                   A P P E A R A N C E S
2    ATTORNEY FOR THE PLAINTIFFS:
3              JENNER & BLOCK
               BY:  STEVEN B. FABRIZIO, ESQ.
4              1099 New York Avenue, NW
5              Washington, DC  20001
6

7

8

     ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
9    AND ANTON TITOV:
               FARELLA, BRAUN & MARTEL
10             BY:  RODERICK M. THOMPSON, ESQ.
               235 Montgomery Street
11             San Francisco, California  94104
12
13             BOSTON LAW GROUP
               VALENTIN GURVITS
14             825 Beacon Street
               Newton Center, MA 02459
15
16
17
18
19
20
21
22
23
24
25
```

Highly Confidential

Page 193

1    Also present:

2    Court reporter:

3            Fiona Farson

             TSG Reporting

4

5    Videographer:

6            Simon Rutson

             TSG Reporting

7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11   Technical expert:

12           Kelly Truelove

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 209

Highly Confidential

Page 210

Highly Confidential

Page 247

1    holders account tool?

2    A.  Again, I don't know for a fact.

3    Q.  Was Hotfile developing the special rights holders

4        account tool prior to the request by Warner for such

5        a tool?

6    A.  I don't know for a fact.

Highly Confidential

Page 248

Highly Confidential

Page 249

Highly Confidential

Page 252

Highly Confidential

Page 258

7    Q.   Okay, thank you very much.

8    MR. FABRIZIO:   Do you want him to translate any more?

9    MR. THOMPSON:   No, I don't -- I object to any translation at

10       all.  You're -- it's -- you're the one who's harassing

11       him, sir.

12   MR. FABRIZIO:   Oh, okay.

13   MR. THOMPSON:   So the record's clear, you asked him

14       a question; he answered your question; you cut him off

15       in mid-sentence because you didn't like the end of the

16       sentence.

17   MR. FABRIZIO:   I have no problem with the end of the

18       sentence.  It was translated twice in English.  It

19       simply -- I was trying to be sensitive to the fact that

20       you were objecting to him spending time translating.

21   MR. THOMPSON:   So don't ask him to translate.

22   MR. FABRIZIO:   I just wanted the first part translated.

23   MR. THOMPSON:   Which has been translated inconsistently by

24       your expert translators.

25   MR. FABRIZIO:   It's not inconsistent.

Highly Confidential

Page 259

1   MR. THOMPSON:  Oh, come on.  Let's not argue anymore.

2      Please proceed, and please respect the witness.  And

3      he's not a translator.

4   MR. FABRIZIO:  I have been very respectful to the witness,

5      and I'm not treating him as a translator; I just wanted

6      to make sure I understood what he understood that

7      sentence to mean.

Highly Confidential

Page 260



Highly Confidential

Page 261

Highly Confidential

Page 279

1      you believe Hotfile informs its users of a policy to

2      terminate repeat copyright infringers?

3  A.  I'm not aware of any other place where Hotfile is

4      informed about this except in the terms of service.

5  Q.  Okay.  Now we talked about the fact that after this

6      complaint was filed, Hotfile modified its practice with

7      regard to repeat infringers, right?

8  A.  Correct.

9  Q.  And Hotfile now has a strike system?

10 A.  Correct.

11 Q.  And prior to the filing of this lawsuit, Hotfile did not

12     have a strike system?

13 MR. THOMPSON:  Objection, vague.

14 A.  No, it did not ...

15                (Reporter clarification.)

16 A.  ... have a system that would automatically assign and

17     count strikes.

18 BY MR. FABRIZIO:

19 Q.  Did Hotfile have any systematic process to identify

20     repeat copyright infringers prior to this litigation?

21 MR. THOMPSON:  Objection, vague.

22 A.  Not based on a computer decision, if that is what you

23     mean by "systematic."

24 BY MR. FABRIZIO:

25 Q.  Well, that's one thing that I mean by "systematic."  But

Highly Confidential

Page 280

1     was there a regular practice of identifying copyright

2     infringers and tracking copyright infringers so that

3     Hotfile could identify repeat copyright infringers?

4  MR. THOMPSON:  Objection, vague.

5  A.  The practice was to terminate repeat infringers after

6     a complaint from owner of a copyright, and -- or even

7     just an indication from copyright owner that he has

8     a certain problem with the user.  And there might be

9     other ways to -- I mean, the general idea was that it

10    was by discretion.

11  BY MR. FABRIZIO:

12  Q.  By discretion of who?

13  A.  Most of the time it was by Ianakov and Manov.

14  Q.  Did you or any of the other shareholders, to your

15    knowledge, give Mr. Ianakov or Manov instructions as to

16    when they should terminate copyright infringers?

17  MR. THOMPSON:  Objection.  Overbroad, vague as to time.

18  BY MR. FABRIZIO:

19  Q.  For the current time, all my questions concern the

20    period of time prior to the filing of this action.  When

21    we're shifting to the post complaint period of time,

22    I'll let you know.  Okay?

23  A.  Yes.

24  Q.  So did you -- or, to your knowledge, any of the other

25    Hotfile shareholders -- ever give Mr. Ianakov or

Highly Confidential

Page 281

1     Mr. Manov instructions with regard to terminating

2     copyright infringers?

3   MR. THOMPSON:  Objection, overbroad.

4   A.  I believe so.

5   BY MR. FABRIZIO:

6   Q.  What instructions did you give them?

7   A.  I don't remember any specifics, but I think that the

8     outline of the instructions was to terminate on request

9     and to try to help the complaining party.

10  Q.  Prior to the filing of this complaint, when Hotfile

11    received a DMCA notice from a copyright owner, did

12    Hotfile attempt to identify the user who had uploaded

13    the offending file?

14  MR. THOMPSON:  Objection, overbroad.

15  A.  I don't believe that would be the case most of the time.

16    But again, on discretion, employees could investigate

17    further.

18  BY MR. FABRIZIO:

19  Q.  When you say "on occasion," [sic] do you mean when

20    a copyright owner insisted?

21  MR. THOMPSON:  Objection.  Vague, misstates testimony.

22  BY MR. FABRIZIO:

23  Q.  Well, let me -- let me rephrase that.

24      Absent a request, a specific request by a copyright

25    owner, prior to the filing of this action, did Hotfile

Highly Confidential

Page 282

1      have a practice of identifying the user who had uploaded

2      files identified as infringing in DMCA notices?

3   MR. THOMPSON:  Objection.  Overbroad, and asked and

4      answered.

5   A.  I won't say "specific request," but if a copyright

6      holder would raise some kind of concern that I -- I

7      think can be -- can be summarized, again, a discretion,

8      identification could be made.

9   BY MR. FABRIZIO:

10  Q.  Okay.  My question, though, is without a request from

11     a copyright owner, when Hotfile received a DMCA notice,

12     did Hotfile, as a matter of practice, identify the user

13     who had uploaded the offending file?

14  MR. THOMPSON:  Objection.  Asked and answered.

15  A.  I don't believe so.

16  BY MR. FABRIZIO:

17  Q.  Is there any written document, formal or informal,

18     through which Hotfile communicated with Mr. Ianakov or

19     Manov whether and how they should terminate copyright

20     infringers?

21  A.  I'm not aware of any.

22  Q.  Did you personally give either of those gentlemen

23     instructions as to how to treat copyright infringers?

24  MR. THOMPSON:  Objection.  Overbroad and vague.

25  A.  I don't remember.

Highly Confidential

Page 283

1  BY MR. FABRIZIO:

2  Q.  Are you aware that either of the other shareholders

3      specifically instructed Mr. Ianakov or Manov as to how

4      they should deal with repeat copyright infringers?

5  A.  I don't have any clear memories of what happened in

6      2009.

7  Q.  Do you have any memory at all?

8  MR. THOMPSON:  Objection.  Overbroad and vague.

9  A.  I remember some discussions on the topic, but not

10     specifically the time, or --

11 BY MR. FABRIZIO:

12 Q.  What do you --

13 A.  -- who said what.

14 Q.  What do you remember?

15 A.  I remember Andrew raising some concerns, or asking

16     questions, and somebody telling him to terminate users

17     that are -- users that are reported by a copyright owner

18     to be repeat infringers.

19 Q.  Was that in regard to a specific user, or as a general

20     policy?

21 MR. THOMPSON:  Objection, vague.

22 A.  I don't remember.

23 BY MR. FABRIZIO:

24 Q.  Prior to the filing of this complaint, did Hotfile have

25     a system that in some way flagged users that had

Highly Confidential

Page 284

1        numerous complaints about copyright infringement?

2   MR. THOMPSON:  Objection.  Vague and ambiguous, asked and

3        answered.

4   A.  No, I don't believe so.

5   BY MR. FABRIZIO:

6   Q.  Prior to the filing of this complaint, did Hotfile have

7        a determined policy as to how many copyright owner

8        complaints it would take before Hotfile would terminate

9        a user?

10  MR. THOMPSON:  Objection.  Vague and ambiguous, overbroad.

11  A.  I don't believe Hotfile had any policy of how many DMCA

12       notices it would take to terminate --

13                (Reporter clarification.)

14  A.  -- DMCA notices it would take to terminate

15       a user, repeat infringer.

Highly Confidential

Page 285



Highly Confidential

Page 286

Highly Confidential

Page 287

Highly Confidential

Page 288

Highly Confidential

Page 289

Highly Confidential

Page 290

Highly Confidential

Page 291

Highly Confidential

Page 295

Highly Confidential

Page 296

Highly Confidential

Page 299

Highly Confidential

Page 300

Highly Confidential

Page 301

███
███

3        And why don't we change the tape while the witness

4        reviews the document.

5        (Titov Exhibit 35 marked for identification.)

6    VIDEOGRAPHER:  Off the record, 2:39.  This is the end of

7        tape 2, volume II, of Anton Titov's deposition.

8                    (A break was taken.)

9    VIDEOGRAPHER:  This is the beginning of tape 3, volume II,

10       and a continuation in the deposition of Mr. Anton Titov.

11       On the record, 2:41.

12   BY MR. FABRIZIO:

13   Q.  Mr. Titov, does the email from -- actually, could I see

14       that exhibit one more time?

15   MR. FABRIZIO:  Wrong document.  Let's just leave it as

16       exhibit 35.  But that wasn't the document I intended to

17       mark.

18       (Titov exhibit 36 marked for identification.)

Highly Confidential

Page 302

Highly Confidential

Page 303



Highly Confidential

Page 304

Highly Confidential

Highly Confidential

Page 306



Highly Confidential

Page 307



25    MR. THOMPSON:  Mr. Titov would like to take a break when you

Highly Confidential

Page 308

1       have a chance.

2   MR. FABRIZIO:  Why don't we take a break now, and I'll mark

3       things while we're off the record.

4   VIDEOGRAPHER:  Off the record, 3 o'clock.

5                        (A break was taken.)

6       (Titov exhibits 39 and 40 marked for identification.)

7   VIDEOGRAPHER:  Back on the record, 3:12.

Highly Confidential

Page 309

Highly Confidential

Page 310

Highly Confidential

Page 311

(Titov exhibit 41 marked for identification.)

25

Highly Confidential

Page 312



Highly Confidential

Page 313

Highly Confidential

Page 314



Highly Confidential

Page 315



(Titov exhibit 42 marked for identification.)

Highly Confidential

Page 316

Highly Confidential

Page 317



Highly Confidential

Page 318



Highly Confidential

Page 319

Highly Confidential

Page 320

Highly Confidential

Page 321

1    BY MR. FABRIZIO:



Highly Confidential

Page 322

Highly Confidential

Page 325



BY MR. FABRIZIO:

Q.  Do you want to take a quick break now, or do you want to

    go on for a little bit?

A.  A quick break would be nice.

MR. FABRIZIO:  Let's take a quick break.

VIDEOGRAPHER:  Off the record at 3:53.

              (A break was taken.)

VIDEOGRAPHER:  Back on the record, 4:04.

BY MR. FABRIZIO:

Highly Confidential

Page 326

Highly Confidential

Page 332

Highly Confidential

Page 333



Highly Confidential

Page 334

Highly Confidential

Page 335



Highly Confidential

Page 336

Highly Confidential

Page 337



Highly Confidential

Page 338



Highly Confidential

Page 339

Highly Confidential

Page 340

Highly Confidential

Page 341

9   Q.  Currently -- just wait one second; I kind of feel like

10      it's dial-an-expert.  It's kind of like he's here.

11   MR. THOMPSON:  We can't hear what he's saying, though.

12   MR. FABRIZIO:  You can't hear what he's saying; I can.

13      I feel like a newscaster.

14   MR. THOMPSON:  That's right.  Maybe a puppet, huh?

15   BY MR. FABRIZIO:

16   Q.  Okay.  Sorry, my editor was talking.

17      Currently, Hotfile receives DMCA notices by regular

18      mail, correct?

19   A.  Correct.

20   Q.  By facsimile, correct?

21   A.  Correct.

22   Q.  By email, correct?

23   A.  Correct.

24   Q.  And by special rights holder account, correct?

25   A.  Correct.

Highly Confidential

Page 371

1                    HIGHLY CONFIDENTIAL
                 CERTIFICATE OF DEPONENT
2

3
     I, ANTON TITOV, hereby certify that I have read the
4    foregoing pages of my deposition of testimony taken in these
     proceedings on Tuesday, December 6, 2011, and, with the
5    exception of the changes listed on the next page and/or
     corrections, if any, find them to be a true and accurate
6    transcription thereof.

7

8

9

10
     Signed:  ............................
11
     Name:   ANTON TITOV
12
     Date:  1/20/2012...............
13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 373

1                    HIGHLY CONFIDENTIAL

2

3                      E R R A T A

                  Deposition of ANTON TITOV
4

5      Page/Line No.        Description              Reason for change

6      225:25     Remind me. --> There might be.    Correct transcription

7      234:20     Presentation --> representation   Correct transcription

8      234:20     cost of the --> concept of        Correct transcription

9      261:2      As --> That's                     Correct transcription

10     273:20     Limewire --> Limelight            Correct transcription

11     279:3      is --> would                      Correct transcription

12     293:11     following --> logging             Correct transcription

13     306:5      calls --> holds                   Correct transcription

14     306:6   service at hotfile.com --> to abuse@hotfile.com Correct trans.

15     321:6      would decide it --> with this ID  Correct transcription

16     333:20     brought --> blocked              Correct transcription

17     337:7      file --> file ID                  Correct transcription

18     Signed:  ....................

19     Name:   ANTON TITOV

20     Date:    ....................

21

22

23

24

25

TSG Reporting - Worldwide    (877) 702-9580

Highly Confidential

Page 373

1                        HIGHLY CONFIDENTIAL

2                          E R R A T A

3                    Deposition of ANTON TITOV

4        Page/Line No.        Description        Reason for change

5

6        361:25          state --> table          Correct transcription

7        368:7  users stay on our uploads --> users_cowner_upload  Correct trans

8

9

10

11

12

13

14

15

16

17

18     Signed:      ..........................

19     Name:     ANTON TITOV

20     Date:     1/20/2012 ...............

21

22

23

24

25

TSG Reporting - Worldwide      (877) 702-9580

Highly Confidential

Page 372

```
 1              HIGHLY CONFIDENTIAL
            CERTIFICATE OF COURT REPORTER
 2

 3

    I, Fiona Farson, with TSG Reporting, hereby certify that the
 4  testimony of the witness Anton Titov in the foregoing
    transcript, taken on Tuesday, December 6, 2011 was reported
 5  by me in machine shorthand and was thereafter transcribed by
    me; and that the foregoing transcript is a true and accurate
 6  verbatim record of the said testimony.

 7

    I further certify that I am not a relative, employee,
 8  counsel or financially involved with any of the parties to
    the within cause, nor am I an employee or relative of any
 9  counsel for the parties, nor am I in any way interested in
    the outcome of the within cause.
10

11

12

13

14

    Signed:  ........................
15

    Fiona Farson
16

    Dated: 12/17/2011
17

18

19

20

21

22

23

24

25
```

H I G H L Y   C O N F I D E N T I A L

Page 374

1                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
2              CASE NO. 11-20427-WILLIAMS/TURNOFF
3    - - - - - - - - - - - - - - - - - - - - - - - - - -
     DISNEY ENTERPRISES,
4    INC., TWENTIETH CENTURY
     FOX FILM CORPORATION,
5    UNIVERSAL CITY STUDIOS
     PRODUCTIONS LLLP,
6    COLUMBIA PICTURES
     INDUSTRIES, INC., and
7    WARNER BROS.
     ENTERTAINMENT, INC.,
8              Plaintiff,
9    v.
10   HOTFILE CORP., ANTON
     TITOV, and DOES 1-10,
11
12             Defendants.
13
14   HOTFILE CORP.,
15             Counterclaimant,
16   v.
17   WARNER BROS ENTERTAINMENT
     INC.,
18             Counterdefendant.
19   - - - - - - - - - - - - - - - - - - - - - - - - - -
                        VOLUME III
20         H I G H L Y   C O N F I D E N T I A L
          (Pursuant to protective order, the following
21    transcript has been designated highly confidential)
22          30(b)(6) DEPOSITION OF ANTON TITOV
                    Radisson Blu Hotel
23                   Sofia, Bulgaria
              Wednesday, December 7, 2011
24                  AT:  9:09 a.m.
25   Job # 44429

HIGHLY CONFIDENTIAL

Page 375

1   A P P E A R A N C E S

2       ATTORNEY FOR THE PLAINTIFFS:

                    JENNER & BLOCK, LLP
3                   BY:  STEVEN FABRIZIO, ESQ.

                    1099 New York Avenue, NW
4                   Washington, DC  20001

5

6

7

        ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
8       AND ANTON TITOV:

                    FARELLA, BRAUN & MARTEL, LLP
9                   BY:  RODERICK THOMPSON, ESQ.

                    235 Montgomery Street
10                  San Francisco, California  94104

11

12                  BOSTON LAW GROUP

                    BY:  VALENTIN GURVITS
13                  825 Beacon Street

                    Newton Center, MA 02459

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 376

1    Also present:

2    Court reporter:

3              Fiona Farson
               TSG Reporting

4

5    Videographer:

6              Simon Rutson
               TSG Reporting

7

8    Interpreter:

9              Assist. Prof. Boris Naimushin, Ph.D.

10             Elena Alexieva

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 400

HIGHLY CONFIDENTIAL

Page 401

HIGHLY CONFIDENTIAL

Page 402

HIGHLY CONFIDENTIAL

14    Q.  Okay.  Why does Hotfile -- well, strike that.  When

15        Mr. Ianakov or whoever is looking at the actual emails

16        in the email box, reviews a user email, does it -- is he

17        able to view the information that we see on exhibit 50?

18    MR. THOMPSON:  Objection, overbroad.

19    A.  I believe so.

20    BY MR. FABRIZIO:

21    Q.  Okay.  Why does Hotfile add all of the information that

22        we discussed as either automatically generated or input

23        by Hotfile?

24    A.  I don't know for a fact.

25    Q.  What do you believe?

HIGHLY CONFIDENTIAL

Page 405

1    MR. THOMPSON:  Objection, calls for speculation.

2    A.  I believe that this information, that may make his work

3        more efficient.

4    BY MR. FABRIZIO:

5    Q.  In what way?

6    A.  Provide him more input about the user.

7    Q.  Who decided what information would be presented on these

8        user communications?

9    A.  I don't know for a fact.

10   Q.  Well, somebody wrote code to make this happen, correct?

11   MR. THOMPSON:  Objection, vague.

12   A.  Correct.

13   BY MR. FABRIZIO:

14   Q.  Did you write the code?

15   A.  No, I did not.

16   Q.  Who wrote that code?

17   A.  I believe that to be Diyan Chuburov.

18   Q.  All right.  What I'm going to do now, hopefully, is

19       I have a series of user communications through the

20       Contact us page that were produced to us by Hotfile, and

21       I'm going to give you a whole stack of them that I've

22       premarked, give you an opportunity to review them, and

23       then, generally speaking, what I intend to do is simply

24       to confirm that these are authentic copies of user

25       communications through the Contact us page, and in some

HIGHLY CONFIDENTIAL

Page 415

1    A.  Yes, I had an opportunity to review them.

2    Q.  Okay.  Are Titov exhibits 51 through 142 a true and

3        correct copy of user communications with Hotfile and, in

4        some cases, Hotfile's responses to those users?

5    MR. THOMPSON:  Objection.  Overbroad and compound for 91

6        separate exhibits.  And Mr. Titov has certainly had

7        a chance to scan them, but obviously not read every

8        word.

9    A.  I don't have reasons to believe that they're not.

10   BY MR. FABRIZIO:

11   Q.  Okay.  Did you -- do you recognize the format of the

12       communications being similar to the format that we

13       discussed at some length with regard to Titov

14       exhibit 50?

15   A.  Yes, I do.

16   Q.  Okay.  And were Titov exhibits 51 through 142 roughly in

17       that same format?

18   MR. THOMPSON:  Objection.  Vague.

19   A.  I can't say about all of them, but definitely most of

20       them, yes.

21   BY MR. FABRIZIO:

22   Q.  Okay.  Do you have any reason to believe that Titov

23       exhibits 151 [sic] through 142 are not true and correct

24       copies of user communications to and from Hotfile?

25   MR. THOMPSON:  I think you misstated on 51.

HIGHLY CONFIDENTIAL

Page 416

1    MR. FABRIZIO:  Titov exhibits 51 through --

2    MR. THOMPSON:  You said "151."  Okay.  I'm sorry.  She

3        corrected it for you.

4    BY MR. FABRIZIO:

5    Q.  Let me just state it again.

6        Do you have any reason to believe that Titov

7        exhibits 51 through 142 are not true and correct copies

8        of user communications to and from Hotfile Corporation?

9    MR. THOMPSON:  Objection.  Compound.

10   A.  No, I don't.

11   MR. FABRIZIO:  Okay.  Why don't we take that break now so

12       you can --

13   VIDEOGRAPHER:  Off the record, 10:24.

14                   (A break was taken.)

15   VIDEOGRAPHER:  Back on the record, 10:45.

16   BY MR. FABRIZIO:

17   Q.  All right, as promised, I'm only going to ask you

18       questions about a few of these, so let me just start by

19       turning to exhibit 51, which is the one right on top for

20       you.

21        The top part of exhibit 51, it says "From:  ...

22       hotfile.general@gmail.com," when Hotfile responded to

23       users' -- user communications, would those responses

24       sometimes come from the hotfile.general@gmail.com

25       account?

H I G H L Y   C O N F I D E N T I A L

Page 418

H I G H L Y   C O N F I D E N T I A L

Page 434



16    MR. FABRIZIO:  Let me mark as Titov exhibit 145 -- Titov

17        exhibit 145, a one-page document titled, "Interim

18        Designation of Agent to Receive Notification of Claimed

19        Infringement," which is a Copyright Office document, and

20        it is marked, "Received" on December 24, 2009.

21        (Titiv exhibit 145 marked for identification.)

22    BY MR. FABRIZIO:

23    Q.  Is exhibit 145 Hotfile's registration of a DMCA agent

24        with the United States Copyright Office?

25    A.  I believe so.

HIGHLY CONFIDENTIAL

Page 435

1    Q.  Is this the first time Hotfile registered a DMCA agent

2        with the United States Copyright Office?

3    A.  Yes, this is the first time.

4    Q.  Why didn't Hotfile register a DMCA agent with the

5        Copyright Office prior to December 24, 2009?

6    A.  Hotfile believed that an email address posted on the

7        website is enough to have a DMCA agent.

8    Q.  Okay.  So prior to December 24, 2009, Hotfile was aware

9        of the obligation to register a DMCA agent, is that

10       correct?

11   MR. THOMPSON:  Objection, misstates testimony.

12   A.  Hotfile was aware of the obligation to have a DMCA

13       agent.

14   BY MR. FABRIZIO:

15   Q.  Okay.  Prior to December 24, 2009, correct?

16   A.  Correct.

17   Q.  And as early as February of 2009, correct?

18   A.  Correct.

19   Q.  Was there an event that led Hotfile to file

20       a registration with the US Copyright Office for the DMCA

21       agent?

22   MR. THOMPSON:  Mr. Titov, don't reveal any attorney/client

23       information.  You can answer.

24   A.  Yes, there was.

25   BY MR. FABRIZIO:

HIGHLY CONFIDENTIAL

Page 438

1   Q.  Had you ever read the DMCA prior to the time Hotfile

2       registered an agent with the Copyright Office?

3   MR. THOMPSON:  Objection, overbroad and vague.

4   A.  Are you asking me personally?

5   BY MR. FABRIZIO:

6   Q.  Right now I am asking you personally.

7   A.  I don't know.  I don't remember.

8   Q.  To your knowledge had anyone at Hotfile reviewed the

9       DMCA prior to December 24, 2009?

10  MR. THOMPSON:  Objection, vague.

11  A.  I don't know.

12  BY MR. FABRIZIO:

13  Q.  Is there somebody at Hotfile that has responsibility for

14      the DMCA or other legal matters?

15  MR. THOMPSON:  Objection, compound.

16  A.  I wouldn't say that it's a strictly defined

17      responsibility, but I would say that it's Atanas

18      Vangelov.

19  BY MR. FABRIZIO:

20  Q.  If you take a look at exhibit 145, in the section that

21      says, "Full Address of Designated Agent... " there's an

22      address that's 1007 North Federal Highway, Suite 240,

23      Fort Lauderdale, Florida, do you see that?

24  A.  I do see that.

25  Q.  Okay.  That wasn't the address you gave me at the

HIGHLY CONFIDENTIAL

Page 439

1            beginning of the deposition as either Hotfile's or as

2            either Lemuria's Florida address or as Lucyan's Florida

3            address, is it?

4       MR. THOMPSON:  Objection, misstates testimony.

5       A.  No, it is not.

6       BY MR. FABRIZIO:

7       Q.  Okay.  What is 1007 North Federal Highway?

8       A.  I don't know for a fact.

9       Q.  Is it a mail service, a PO box?

10      A.  I don't know for a fact.

11      Q.  Have you ever been to 1007 North Federal Highway?

12      A.  I don't believe so.

13      Q.  Okay.  What do you understand it to be?

14      A.  I don't know what it is.

15      Q.  Have you ever been told that 1007 North Federal Highway

16           in Fort Lauderdale is a UPS store?

17      A.  I don't believe so.

18      Q.  Okay.  So you have no idea what is at the address

19           1007 North Federal Highway, is that your testimony?

20      MR. THOMPSON:  Objection, argumentative.

21      A.  No, I don't know what is there.

22      BY MR. FABRIZIO:

23      Q.  Okay.  Who filled out Hotfile's DMCA registration form?

24      A.  I believe it was Mr. Lucyan.

25      Q.  And did you or somebody else at Hotfile direct him to do

HIGHLY CONFIDENTIAL

Page 441

1    A.  I don't think so.

2    BY MR. FABRIZIO:

3    Q.  Does Hotfile have any other source of revenue, other

4        than premium subscriptions?

5    MR. THOMPSON:  Objection, overbroad and vague.

6    A.  Currently, no.

7    BY MR. FABRIZIO:  Has Hotfile ever had a source of revenue,

8        other than premium subscriptions?

9    A.  I believe that at the very beginning there was some

10       advertising on the website.

11   Q.  How long did that last?

12   A.  I don't know for sure, but maybe until July 2009.

13   Q.  Why did Hotfile stop having advertising on its website?

14   A.  I don't know for a fact.

15   Q.  What do you believe?

16   A.  I believe that the advertising revenue wasn't -- wasn't

17       something that we wanted to consider the possibility

18       that someone is stealing clients, I would say.

19   Q.  What do you mean by consider the possibility that

20       somebody is stealing clients?

21   MR. THOMPSON:  Objection, vague.

22   A.  Again, I am reminded of just my belief about something

23       that happened a long time ago, and I don't remember any

24       factual information, but when you sell service, somebody

25       else advertising on your website may sell something to

HIGHLY CONFIDENTIAL

Page 442

1        the users, or he won't have money to buy your service or

2        whatever.

3    BY MR. FABRIZIO:

4    Q.  And why would that lead -- strike that.

5            Why did that lead Hotfile to cease carrying

6        advertising on its website?

7    A.  It was just not impressed with the financial result of

8        the advertising.

9    Q.  Did you participate in the decision to stop carrying

10       advertising?

11   A.  I don't remember.

12   Q.  Who made the decision to stop carrying advertising?

13   A.  I don't have any clear memories, but it was maybe Rumen

14       Stoyanov.

15   Q.  Okay.  So -- but since the time Hotfile stopped carrying

16       advertising, Hotfile's only source of revenues was the

17       sale of premium subscriptions, correct?

18   A.  That is correct.

19   Q.  Okay.  And one of the advantages or benefits that

20       Hotfile advertises about its premium service is faster

21       downloads?

22   A.  That is correct, that's one of the advantages.

23   Q.  And another is no waiting time in order to download?

24   A.  I believe so.

25   Q.  So Hotfile clearly understands that users will be

HIGHLY CONFIDENTIAL

Page 444

1           server for non-premium users as well?

2      A.   Sometimes, I believe.

3      Q.   Under what circumstances does it do so?

4      A.   I'm not sure about the numbers but it's after a few

5           downloads of the file.

6      Q.   So, I go back to Hotfile clearly understands that

7           users -- well, strike that.

8                Clearly an important part of Hotfile's business

9           model is that users will be downloading files from

10          Hotfile, is that not correct?

11     MR. THOMPSON:  Objection, vague.

12     A.   It's fair to say that.

13     BY MR. FABRIZIO:

14     Q.   Yeah, and in order to download files, users have to be

15          able to locate those files and know they're hosted on

16          Hotfile, correct?

17     MR. THOMPSON:  Objection, compound.

18     A.   Either locate or some -- or some reason they receive

19          a link from somebody, then yes.

20     BY MR. FABRIZIO:

21     Q.   And a search function on the Hotfile website would aid

22          users in locating files stored on Hotfile, correct?

23     MR. THOMPSON:  Objection, vague and ambiguous.

24     A.   Yeah, search files is a search function, it will be able

25          to search.

H I G H L Y   C O N F I D E N T I A L

Page 445

1    BY MR. FABRIZIO:

2    Q.  Okay.  And it would not be difficult from a technical

3        matter to have a search function that only would locate

4        files that users have designated for public

5        distribution, correct?

6    MR. THOMPSON:  Objection, vague and overbroad.

7    A.  It's possible, yes.

8    BY MR. FABRIZIO:

9    Q.  Okay.  So I ask again, why does Hotfile not have such

10       a search function on its website?

11   MR. THOMPSON:  Objection, asked and answered.

12   A.  It just doesn't.

13   BY MR. FABRIZIO:

14   Q.  Well, my question, sir, is; why?

15   MR. THOMPSON:  Objection, asked and answered, now twice.

16   A.  The same reasons I said before.

17   BY MR. FABRIZIO:

18   Q.  And before you said that Hotfile was effectively for

19       storage, and I believe now we've established that it's

20       for downloading as well, so, with that new context, I'd

21       like to understand as best you can tell us why Hotfile

22       doesn't have a search function on its website?

23   MR. THOMPSON:  Objection to the preamble as argumentative,

24       misstating testimony.  The question has been asked and

25       answered three times.

HIGHLY CONFIDENTIAL

Page 446

1          If you have any more -- any more to add, go ahead.

2    A.   Well, you are correct that downloading is part of the

3         process, all the Hotfile idea is for the user to choose

4         who would be downloading his files and not to publish

5         them to the whole word.

6    MR. FABRIZIO:  Okay.  We'll leave it there.

7          I'm going to mark as Titov exhibit 146 a document

8         numbered HF34459, marked as 147 is a document numbered

9         HF34686, and as Titov exhibit 148, a document numbered

10        HF34587.

11   (Titov exhibits 146, 147 and 148 marked for identification.)

12   BY MR. FABRIZIO:

13   Q.   Have you had a chance to look at exhibits 146, 147 and

14        148, Mr. Titov?

15   A.   Yes, I did.

16   Q.   Are these further examples of user communications to

17        Hotfile through the Contact us page?

18   MR. THOMPSON:  Objection, vague.

19   A.   I don't have any reason to believe they're not.

20   BY MR. FABRIZIO:

21   Q.   Okay.  And are they true and correct copies of user

22        communications to Hotfile in the February 2001 [sic]

23        timeframe?

24   MR. THOMPSON:  Objection, compound.

25   A.   2011?

HIGHLY CONFIDENTIAL

Page 447

1    BY MR. FABRIZIO:

2    Q.  I said 2011, yes.

3    A.  I don't have any reason to believe that it's not.

4    Q.  Okay.  And look at exhibit 146, please.

5    A.  Yes.

6    Q.  This user says that they're no longer able to download

7         TV serial -- strike that.

8             The user says that he is no longer able to download

9         TV series and then says:

10            "If you no longer support this feature, then I would

11        like a refund as your service is of no use as it cannot

12        be accessed."

13            Do you see that?

14   A.  I do see that.

15   Q.  Was this user a premium subscriber?

16   A.  From what it says in the email, yes, he was.

17   Q.  Okay.  And the email reflects that this user last

18        visited a page concerning Two and a Half Men?

19   MR. THOMPSON:  Objection, the document speaks for itself,

20        and misstates its content.

21   A.  Yes, there is a URL with Two and a Half Men in the

22        subject.

23   BY MR. FABRIZIO:

24   Q.  And, to your knowledge, did Hotfile respond to this

25        user?

HIGHLY CONFIDENTIAL

Page 448

1    A.  I don't know.

2    Q.  In the period of time after the filing of this lawsuit,

3        did other users ask Hotfile for refunds because some of

4        the files they wanted to get were no longer available?

5    MR. THOMPSON:  Objection, overbroad, calls for speculation.

6    A.  I don't know.

7    BY MR. FABRIZIO:

8    Q.  Who at Hotfile would handle requests for refunds?

9    A.  That would be Andre.

10   Q.  Okay.  Did -- of the shareholders of Hotfile, is there

11       one of the shareholders that would have more

12       responsibility for dealing with issues of user requests

13       for refunds?

14   A.  I don't believe so.  I think that the policy is to issue

15       refunds when requested.

16   Q.  Is Mr. Ianakov an owner of Hotfile Corporation?

17   A.  No, he is not.

18   Q.  Does he have any ownership interests in Hotfile

19       Corporation?

20   A.  No, he does not.

21   Q.  Does he have an ownership interest in Hotfile Ltd?

22   A.  No, he does not.

23   Q.  Does he have an ownership interest in Lemuria?

24   A.  No, he does not.

HIGHLY CONFIDENTIAL

Page 468

The page is mostly redacted content with some visible dialogue.


Page 469



```
15   MR. FABRIZIO:  Bear with me, I'm looking for an exhibit from

16        the ESI deposition that I think we used yesterday.

17   A.   Mm-hmm.

18   MR. THOMPSON:  What's the number?

19   MR. FABRIZIO:  Seven and 15.
```

H I G H L Y   C O N F I D E N T I A L

Page 471

H I G H L Y   C O N F I D E N T I A L

Page 472

H I G H L Y   C O N F I D E N T I A L

Page 473

HIGHLY CONFIDENTIAL

Page 474

H I G H L Y   C O N F I D E N T I A L

Page  475



HIGHLY CONFIDENTIAL

Page 493

1    Q.  You consider yourself a technologist, do you not?

2    A.  Yeah, I do.

3    Q.  Do you consider Mr. Vangelov a technologist?

4    A.  I won't say so.

5    Q.  Do you consider Mr. Stoyanov a technologist?

6    A.  To a certain extent.

7    Q.  And does he write computer code?

8    A.  To my best knowledge, he used to, like 20 years ago.

9    Q.  Excuse me -- did he write any of the code for Hotfile?

10   A.  No, he did not.

11   Q.  Did Mr. Vangelov?

12   A.  No, he did not.

13   Q.  Other than you and Mr. Chuburov, did anybody else write

14       the code for Hotfile?

15   A.  Vasil Kolev can write a code, but most of the time he

16       doesn't enjoy the process, so, if it's very necessary to

17       do some fix, he might do it, but it's not his general

18       practice to do so.

19   Q.  What about Mr. Ianakov?

20   A.  No, I don't think he writes any code.

21   Q.  In addition to his responsibilities in communicating

22       with users, did Mr. Ianakov promote Hotfile through

23       internet forums and the like?

24   MR. THOMPSON:  Objection, vague.

25   A.  Not since the beginning.

HIGHLY CONFIDENTIAL

Page 494

1   BY MR. FABRIZIO:

2   Q.  But in the beginning he did?

3   A.  I believe so.

4   Q.  Okay.  And you knew he was doing it at the beginning?

5   A.  I think so.

6   Q.  And you approved of him doing it at the beginning?

7   A.  I guess I didn't say anything, so ...

8   Q.  You understood he was trying to help Hotfile become more

9       well-known and gain users, correct?

10  A.  I think it was my understanding, yes.

11  Q.  So you considered his activities good for Hotfile?

12  MR. THOMPSON:  Objection, vague.

13  A.  I don't know about all his activities but, generally,

14      yes.

15  BY MR. FABRIZIO:

16  Q.  Do you know any of the forums on which Mr. Ianakov

17      promoted Hotfile?

18  MR. THOMPSON:  Objection, assumes facts.

19  A.  Nothing that I can remember now, they were in

20      interrogatory response.

21  BY MR. FABRIZIO:

HIGHLY CONFIDENTIAL

Page 496

H I G H L Y   C O N F I D E N T I A L

Page 497



18   BY MR. FABRIZIO:

19   Q.  Okay.  Currently you said Hotfile uses a source code

20       version control system?

21   A.  Yes, it does.

22   Q.  What source code version control system does Hotfile

23       currently use?

24   A.  I believe it's Subversion.

25   Q.  When did Hotfile begin using Subversion?

HIGHLY CONFIDENTIAL

Page 506

7      MR. FABRIZIO:  Okay.  Why don't we take that break.

8      VIDEOGRAPHER:  Off the record, 3:57.

9                      (A break was taken.)

10     VIDEOGRAPHER:  Back on the record, 4:13.

11     BY MR. FABRIZIO:

12     Q.  Has Hotfile implemented some form of copyright filtering

13         since the institution of this lawsuit?

14     A.  Ask you asking about overall?

15     Q.  Well, I was asking any form of copyright filtering.

16     A.  Do you consider this?

17     Q.  Yeah, I do consider it -- well, let me put it this way;

18         since the institution of this lawsuit, has Hotfile

19         implemented any form of content identification

20         technology?

21     A.  Yes, we started using Vobile.

22     Q.  Anything else?

23     A.  No, I don't think so.

24     Q.  Okay.  And for the record, what is Vobile?

25     MR. THOMPSON:  Objection, vague.

H I G H L Y   C O N F I D E N T I A L

Page 507

1    A.  Vobile is a company that will provide technology for
2        fingerprinting, taking fingerprints from videos --
3        videos, and they -- then they have service for
4        presenting these fingerprints to them, and they will
5        respond if this video matches any video in their
6        database.
7    BY MR. FABRIZIO:
8    Q.  And when they respond, because a finger -- they have
9        a fingerprint match, do they provide information about
10       the copyright owner and instructions from a copyright
11       owner with regard to a particular file?
12   MR. THOMPSON:  Objection, compound and vague.
13   A.  I know for sure that they provide the copyright owner,
14       but I'm not sure about the instructions.
15   BY MR. FABRIZIO:
16   Q.  Okay.  Well, let me put it this way, if there's a -- if
17       upon submission of a fingerprint to Vobile there's
18       a fingerprint match, Vobile sends information back to
19       you?
20   A.  It's more like we are supposed to connect and to check
21       if the submission is processed, but basically that's the
22       idea.
23   Q.  Okay.  And when Hotfile connects in to check, what
24       information does Vobile make available to Hotfile about
25       the file that it was checking?

HIGHLY CONFIDENTIAL

Page 508

1    A.  It would be an XML file that will either say that there

2        is no match, or a response that will indicate

3        a copyrighted work name, maybe the producer of the

4        copyrighted work, and I believe the offset in the video

5        where the fingerprint starts the partial match.

6    Q.  Does -- anything else?

7    A.  That is what I can think of.

8    Q.  Does the Vobile data indicate whether the file should be

9        allowed for distribution or blocked?

10   A.  Since you are mentioning a certain time, I assume that

11       it does, but I don't have clear memory of it doing so.

12   Q.  Okay.

13   MR. THOMPSON:  Again, Mr. Titov, I know Mr. Fabrizio knows

14       a lot about this, but you should just testify to what

15       you know.

16   MR. FABRIZIO:  Don't give me too much credit.

17   BY MR. FABRIZIO:

18   Q.  Did Hotfile consider using -- well, strike that.

19           If I refer to Vobile's technology as "video

20       fingerprinting technology," will you understand what I'm

21       referring to?

22   A.  Yes, I will.

23   Q.  Is that how you refer to it as well?

24   A.  Let's say yes.

25   Q.  Okay.  Did Hotfile consider using video fingerprinting

HIGHLY CONFIDENTIAL

Page 509

1          technology prior to the institution of this lawsuit?

2     MR. THOMPSON:  Objection, vague.

3     A.  No, I don't think so.

4     BY MR. FABRIZIO:

5     Q.  Did you have any discussions with your co-shareholders

6          about using any form of video fingerprinting?

7     A.  I don't recall any such discussion.

8     Q.  And, again, I'm talking about video fingerprinting

9          technology, whether it's offered by Vobile or some other

10         supplier, or even developed on your own, I'm speaking of

11         the technology itself; do you understand that?

12    A.  Yes, I understand that.

13    Q.  So, with that clarification, did Hotfile consider

14         deploying video fingerprinting technology in its system

15         prior to the institution of this litigation?

16    A.  I don't remember any such discussion.

17    Q.  Did Hotfile consider using any form of content

18         recognition technology in order to prevent copyrighted

19         content from being uploaded to Hotfile prior to this

20         litigation?

21    MR. THOMPSON:  Objection, vague, to some extent asked and

22         answered.

23    A.  No, I don't remember anything like that.

24    BY MR. FABRIZIO:

25    Q.  Why, after the commencement of this litigation, did

HIGHLY CONFIDENTIAL

Page 525

H I G H L Y   C O N F I D E N T I A L

Page 526



10    Q.  Have you formed a personal opinion as to the

11        effectiveness of the Vobile technology in identifying

12        copyrighted video content?

13    MR. THOMPSON:  Objection, calls for opinion.  You can

14        answer.

15    A.  No, I don't think I did.

16    BY MR. FABRIZIO:

17    Q.  Either way -- well, strike that.

18        Have you formed an opinion -- well, strike that.

19        Have you personally given any consideration to

20        whether the Vobile technology is effective in

21        identifying copyrighted video content?

22    A.  No, I don't think so.

23    Q.  Has Hotfile been receiving fewer DMCA notices from video

24        content owners since it began using the Vobile

25        technology?

HIGHLY CONFIDENTIAL

Page 531

1          I guess what we're really getting at is Hotfile

2      maintains and uses the data as part of its normal

3      operations?

4  A.   That is correct -- one answer for all this?

5  MR. FABRIZIO:  I was going to say, I wish I could tell you

6      that those answers resulted in five or six pages of

7      striking but, no, that was the whole -- the whole

8      filtering thing.

9          I'm going to mark as Titov exhibit 154 a two-page

10      document.  The second page is a screenshot from the

11      Hotfile website which I believe to be the home page, the

12      first page is the URL and date that was captured, and

13      I'll mark as Titov exhibit 155 a two-page document.  The

14      second page is another screenshot from the Hotfile

15      website captioned "Link Checker," and the first page is

16      the URL and date.

17    (Titov exhibits 154 and 155 marked for identification.)

18  BY MR. FABRIZIO:

19  Q.   As to exhibit 154, I simply want to confirm that at the

20      very bottom, there is a -- well, not the very bottom,

21      the very bottom in the white border, there is a link to

22      "File Checker," do you see that?

23  A.   Yes, I do.

24  Q.   And that appears on every page of the Hotfile website?

25  A.   I think so.

HIGHLY CONFIDENTIAL

Page 532

1   Q.   Okay.  And that link leads to the web page that we've

2        marked as Titov exhibit 155?

3   A.   I believe so.

4   Q.   Okay.  Looking at Titov 155, can you tell us what this

5        is?

6   A.   It's a functionality of the website that will allow

7        a user to check if any link or number of links are

8        valid, or if they're working.

9   Q.   How does it work?

10  A.   If Hotfile still has the file we're handling for

11       download.

12  Q.   Okay.  So a user inputs the URL or cut and pastes the

13       URL into the box we see on exhibit 155, clicks the Check

14       URLs button, and if the file is still available for

15       download, Hotfile returns some information to the user

16       telling the user that?

17  A.   That's what I believe, how it works.

18  Q.   Do you know what Hotfile returns to the user to indicate

19       the file is still available?

20  A.   No, I don't know how the results are achieved.

21  Q.   If a file is blocked through the hash blocking mechanism

22       we've talked about, but the file is still on the Hotfile

23       server, does Hotfile advise the user that the file is

24       still available, or does it indicate that the file is

25       unavailable?

H I G H L Y   C O N F I D E N T I A L

Page 535

H I G H L Y   C O N F I D E N T I A L

Page 538

H I G H L Y  C O N F I D E N T I A L

Page 539

H I G H L Y   C O N F I D E N T I A L

Page 540

H I G H L Y   C O N F I D E N T I A L

Page 542

H I G H L Y   C O N F I D E N T I A L

Page 543



H I G H L Y   C O N F I D E N T I A L

Page 549

1          MR. FABRIZIO:  You always have a choice.  It's the

2              consequences that matter.  You can just talk -- okay.

3                    (Discussion off the record.)



H I G H L Y   C O N F I D E N T I A L

Page 550



24     MR. FABRIZIO:  Why don't we break there.

25     VIDEOGRAPHER:  Off the record, 6:05, end of tape 4,

H I G H L Y   C O N F I D E N T I A L

Page 552

1                      HIGHLY CONFIDENTIAL
                     CERTIFICATE OF DEPONENT
2

3

      I, ANTON TITOV, hereby certify that I have read the
4     foregoing pages of my deposition of testimony taken in these
      proceedings on Wednesday, December 7, 2011, and, with the
5     exception of the changes listed on the next page and/or
      corrections, if any, find them to be a true and accurate
6     transcription thereof.

7

8

9

10

      Signed: _____
11
      Name:    ANTON TITOV
12
      Date:    1/20/2012
13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 554

1          HIGHLY CONFIDENTIAL

2    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

3    DATE OF DEPOSITION: 12-7-2011

4    NAME OF WITNESS: ANTON TITOV

5    Reason Codes:

6          1.  To clarify the record.

7          2.  To conform to the facts.

8             3.  To correct transcription errors.

9    Page _396_ Line _16_ Reason _3_

10   From _no_ to _to_

11   Page _402_ Line _13_ Reason _3_

12   From _Googles_ to _cookies_

13   Page _402_ Line _15_ Reason _3_

14   From _Googles_ to _cookies_

15   Page _418_ Line _5_ Reason _3_

16   From _user field field_ to _user input field_

17   Page _439_ Line _24_ Reason _3_

18   From _Lucyan_ to _Luchian_

19   Page _458_ Line _5_ Reason _5_

20   From _only the_ to _only if the_

21   Page _483_ Line _19_ Reason _3_

22   From _to upload down the file from_ to _will pull down the file from_

23

24          _____

25                    ANTON TITOV

H I G H L Y   C O N F I D E N T I A L

Page 554

1                    HIGHLY CONFIDENTIAL

2       NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

3       DATE OF DEPOSITION: 12-7-2011

4       NAME OF WITNESS: ANTON TITOV

5       Reason Codes:

6            1.  To clarify the record.

7            2.  To conform to the facts.

8                 3.  To correct transcription errors.

9       Page   436   Line   18   Reason   3

10      From   Lucyan                 to   Luchian

11      Page   436   Line   23   Reason   3

12      From   Lucyan                 to   Luchian

13      Page   439   Line   24   Reason   3

14      From   Lucyan                 to   Luchian

15      Page   439   Line   2   Reason   3

16      From   Lucyan's               to   Luchian's

17      Page _____ Line _____ Reason _____

18      From _____ to _____

19      Page _____ Line _____ Reason _____

20      From _____ to _____

21      Page _____ Line _____ Reason _____

22      From _____ to _____

23

24                                    _____

25                                    ANTON TITOV

TSG Reporting - Worldwide

HIGHLY CONFIDENTIAL

Page 553

1                    HIGHLY CONFIDENTIAL
                CERTIFICATE OF COURT REPORTER
2

3

        I, Fiona Farson, with TSG Reporting, hereby certify that the
4    testimony of the witness Anton Titov in the foregoing
     transcript, taken on Wednesday, December 7, 2011 was
5    reported by me in machine shorthand and was thereafter
     transcribed by me; and that the foregoing transcript is a
6    true and accurate verbatim record of the said testimony.
7
        I further certify that I am not a relative, employee,
8    counsel or financially involved with any of the parties to
     the within cause, nor am I an employee or relative of any
9    counsel for the parties, nor am I in any way interested in
     the outcome of the within cause.
10

11

12

13

14

     Signed: _____
15

     Fiona Farson
16

     Dated: 12-19-2011
17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 555

1             UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
2           CASE NO. 11-20427-WILLIAMS/TURNOFF
3   - - - - - - - - - - - - - - - - - - - - - - - - -
    DISNEY ENTERPRISES,
4   INC., TWENTIETH CENTURY
    FOX FILM CORPORATION,
5   UNIVERSAL CITY STUDIOS
    PRODUCTIONS LLLP,
6   COLUMBIA PICTURES
    INDUSTRIES, INC., and
7   WARNER BROS.
    ENTERTAINMENT, INC.,
8
9             Plaintiff,
10  v.
11  HOTFILE CORP., ANTON
    TITOV, and DOES 1-10,
12
13            Defendants.
14
15  HOTFILE CORP.,
16            Counterclaimant,
17  v.
18  WARNER BROS ENTERTAINMENT
    INC.,
19            Counterdefendant.
20  - - - - - - - - - - - - - - - - - - - - - - - - -
                        VOLUME IV
21          H I G H L Y   C O N F I D E N T I A L
            (Pursuant to protective order, the following
22      transcript has been designated highly confidential)
23          30(b)(6) DEPOSITION OF ANTON TITOV
                    Radisson Blu Hotel
24                  Sofia, Bulgaria
                Thursday, December 8, 2011
25  Job #44430          AT:  9:10 a.m.

HIGHLY CONFIDENTIAL

Page 556

```
 1              A P P E A R A N C E S
 2      ATTORNEY FOR THE PLAINTIFFS:
 3              JENNER & BLOCK
                BY:  STEVEN FABRIZIO, ESQ.
 4              1099 New York Avenue, NW
                Washington, DC  20001
 5
 6
 7
 8
        ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
 9      AND ANTON TITOV:
                FARELLA, BRAUN & MARTEL
10              BY:  RODERICK THOMPSON, ESQ.
                235 Montgomery Street
11              San Francisco, CA 94104
12
13              BOSTON LAW GROUP
                By: VALENTIN GURVITS, ESQ.
14              825 Beacon Street
                Newton Center, MA 02459
15
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 557

1    Also present:

2    Court reporter:

3            Fiona Farson

             TSG Reporting

4

5    Videographer:

6            Simon Rutson

             TSG Reporting

7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 570



HIGHLY CONFIDENTIAL

Page 571

16   BY MR. FABRIZIO:

17   Q.   Switching topics -- and for the record, the sarcasm on

18        my face, the expression on my face was not directed

19        towards you, Mr. Titov, it was directed towards your

20        counsel, since you know darn well why all that was

21        relevant.

22   MR. THOMPSON:   Let the record reflect that I disagree with

23        that statement, both about your face and about what's

24        relevant, but let's move on.

25   BY MR. FABRIZIO:

H I G H L Y   C O N F I D E N T I A L

Page 593



11    MR. FABRIZIO:  Okay.

12    MR. THOMPSON:  Time for the break?

13    MR. FABRIZIO:  Yeah, go ahead.

14    VIDEOGRAPHER:  Off the record, 10:23.

15                  (A break was taken.)

16       (Titov exhibit 159 marked for identification.)

17    VIDEOGRAPHER:  Back on the record at 10:42.

18    BY MR. FABRIZIO:

HIGHLY CONFIDENTIAL

Page 594

HIGHLY CONFIDENTIAL

Page 595

9   BY MR. FABRIZIO:

10  Q.  Yesterday we talked about parts of the Hotfile system

11      that you personally coded, wrote the source code for,

12      correct?

13  A.  Yes, we did.

14  Q.  Okay.  But that was initially.  Over time, have you

15      continued to write parts of the source codes for the

16      Hotfile website and service?

17  MR. THOMPSON:  Objection, vague and compound.

18  A.  To the extent it deals with the functionality

19      I mentioned of moving files, balancing files and so on,

20      I did, and probably some other small changes or small

21      things.

22  BY MR. FABRIZIO:

23  Q.  I believe you said you also personally implemented the

24      Vobile technology?

25  A.  Yes, I said so, and I believe I said with help with

HIGHLY CONFIDENTIAL

Page 596

1    Vasil Kolev.

2  Q.  Okay.  And for the parts of the Hotfile system that you

3      didn't personally code yourself, did you give

4      instructions to the people who coded those parts?

5  MR. THOMPSON:  Objection, overbroad and vague, assumes

6      facts.

7  A.  Obviously there were some instances of me giving

8      instructions like the previous exhibit has shown us, but

9      for the most part, I don't believe so.

10 BY MR. FABRIZIO:

11 Q.  Okay.  What role did you have in the website design?

12 MR. THOMPSON:  Objection, overbroad and vague.

13 A.  When you say "design," do you say -- do you mean the

14     look of the website or something --

15 BY MR. FABRIZIO:

16 Q.  The user interface.

17 A.  I don't really know.  I don't know.

18 Q.  Okay.  You had input into the design of the affiliate

19     programs, correct?

20 MR. THOMPSON:  Objection, vague.

21 A.  To the extent it concerns database design and where --

22     what to store, I think I had some input.

23 BY MR. FABRIZIO:

24 Q.  Okay.  What about the business terms of the affiliate

25     program?  Did you have any input into that?

HIGHLY CONFIDENTIAL

Page 597

1    MR. THOMPSON:  Objection, vague, overbroad.

2    A.  I don't recall having any specific input into that.

3        I don't know.

4    BY MR. FABRIZIO:

5    Q.  Would you and the other shareholders generally talk

6        about issues of that level of significance?

7    MR. THOMPSON:  Objection, vague and ambiguous, and

8        overbroad.

9    A.  Probably, yes.

10   BY MR. FABRIZIO:

11   Q.  Is it fair to say that on major issues like that, the

12       three shareholders tried to reach a consensus as to how

13       to proceed?

14   MR. THOMPSON:  Same objections.

15   A.  I'm not sure that a consensus was needed, but I think

16       it's fair to say that probably there was some

17       discussion.

18   BY MR. FABRIZIO:

19   Q.  When you say consensus wasn't needed, why is that?  Was

20       there some other protocol that the shareholders used to

21       make decisions?

22   MR. THOMPSON:  Objection, vague.

23   A.  I would say that general approach would be without

24       taking opportunity of anybody to explain his position,

25       but in situations where the shareholders will want to do

HIGHLY CONFIDENTIAL

Page 598

1           something, I think this thing will pass.

2    BY MR. FABRIZIO:

3    Q.  So if you and one other shareholder wanted to do

4           something, generally that would pass?

5    MR. THOMPSON:  Objection, overbroad.

6    A.  It depends on seriousness of the issue, but could be.

7    BY MR. FABRIZIO:

8    Q.  Did one of the shareholders have more authority than the

9           others?

10   MR. THOMPSON:  Objection, overbroad and vague, asked and

11          answered.

12   A.  I mean to the extent that different shareholders have

13          different areas of expertise, it's known for others to

14          trust more their opinion in certain levels of -- you

15          know, certain categories of decisions.

16              Also there are other things that are maybe

17          subjective, like age.  For me, personally, it doesn't

18          make sense to oppose Rumen, he has more experience --

19                  (Reporter clarification.)

20              Oppose Rumen, he has more experience of all areas of

21          business, but I would say the general approach would be

22          some kind of vote.

23   BY MR. FABRIZIO:

24   Q.  You spoke of certain areas of expertise.  Mr. Stoyanov

25          you considered to have particular expertise with regard

HIGHLY CONFIDENTIAL

Page 601

1      three shareholders tended to agree on matters of

2      consequence related to Hotfile?

3   MR. THOMPSON:  Objection, overbroad, vague and ambiguous.

4   A.  I don't know if it's fair to say that.

5   BY MR. FABRIZIO:

6   Q.  Well, can you think of instances where the shareholders

7      didn't agree on matters of consequence for Hotfile?

8   MR. THOMPSON:  Objection, asked and answered.

9   A.  Not about anything particular.

10  BY MR. FABRIZIO:

11  Q.  Let me go through a couple.

12      Obviously Hotfile decided on a design for its

13      website; did you disagree personally as to the direction

14      Hotfile chose for the design of its website?

15  MR. THOMPSON:  Objection, vague and ambiguous as to time,

16      and vague generally.

17  A.  I don't remember disagreement.

18  BY MR. FABRIZIO:

19  Q.  Okay.  Did you disagree with Hotfile's decision to have

20      an affiliate program?

21  A.  I don't remember disagreeing with this decision.

22  Q.  Did you disagree with Hotfile's decision to structure

23      the affiliate program so that users were compensated

24      based on whether the files they uploaded were frequently

25      downloaded by other users?

HIGHLY CONFIDENTIAL

Page 602

1    MR. THOMPSON:  Objection, assumes facts.

2    A.  I don't remember disagreeing with the affiliate program

3         the way it is.

4    BY MR. FABRIZIO:

5    Q.  Okay -- well, wait -- at some points during Hotfile's

6         payment of users through the affiliate program, did you

7         pay affiliates through your personal PayPal account?

8    A.  That's not really how it happened.

9    Q.  Well, first, let's start with the facts; were there

10        instances in which Hotfile affiliates were paid from

11        an Anton Titov PayPal account?

12   MR. THOMPSON:  Objection, vague.

13   A.  Yes, there were instances where users were paid by

14        an account opened on my name.

15   BY MR. FABRIZIO:

16   Q.  Okay.  Yesterday we spoke of a point in time when

17        Hotfile began hash blocking, do you recall that?

18   A.  Yes, I recall that.

19   Q.  And so there was a period of time when Hotfile wasn't

20        hash blocking we talked about, correct?

21   A.  Correct.

22   Q.  Okay.  Did you disagree with Hotfile's decision not to

23        do hash blocking in the earlier period?

24   MR. THOMPSON:  Objection, assumes facts not in evidence.

25   A.  I don't think there was a decision not to do hash

HIGHLY CONFIDENTIAL

Page 603

1    blocking.

2    BY MR. FABRIZIO:

3    Q.  Hotfile knew it was not hash blocking in that earlier

4        period, correct?

5    MR. THOMPSON:  Objection, vague and ambiguous.

6    A.  That is correct.

7    BY MR. FABRIZIO:

8    Q.  Okay.  And you knew Hotfile was not hash blocking in

9        that earlier period, correct?

10   A.  Correct.

11   Q.  Okay.  And in that earlier period, did you approve of

12       the fact that Hotfile was not hash blocking?

13   MR. THOMPSON:  Objection, assumes facts.

14   A.  I don't know.

15   BY MR. FABRIZIO:

16   Q.  Okay.  We talked yesterday about parent and child files,

17       correct?

18   A.  Correct.

19   Q.  And in some earlier period, when Hotfile received a DMCA

20       notice for a child file, it would disable the URL only

21       for that child file and not for the parent file or any

22       other child files -- do you recall that?

23   A.  I do recall that.

24   MR. THOMPSON:  Excuse me, for the record, objection to the

25       extent that it misconstrues prior testimony.

HIGHLY CONFIDENTIAL

Page 604

1  BY MR. FABRIZIO:

2  Q.  Did you make the decision on the technology side that

3      Hotfile would disable only the specifically noticed URL?

4  MR. THOMPSON:  Objection, vague, assumes facts.

5  A.  I don't believe so.

6  BY MR. FABRIZIO:

7  Q.  Who did?

8  MR. THOMPSON:  Objection, assumes facts.

9  A.  I don't know.

10  BY MR. FABRIZIO:

11  Q.  Okay.  Did you disagree with the practice of disabling

12      only the specifically noticed child file?

13  A.  I don't remember.

14  Q.  We spoke yesterday about the remote uploader

15      functionality, do you recall?

16  A.  Yes, I do.

17  Q.  And there was a point where, unbeknownst to Hotfile, the

18      remote uploader functionality allowed users to make

19      Hotfile to Hotfile copies, correct?

20  A.  Correct.

21  Q.  And then, at some point, Hotfile understood what was

22      happening and modified the remote uploader in order to

23      perform the same function in a technically more

24      efficient manner, correct?

25  A.  Correct.

HIGHLY CONFIDENTIAL

Page 605

1    Q.   Okay.  Did you make the decision to modify the remote

2         uploader function in order to perform the same function

3         in a more technically efficient manner?

4    MR. THOMPSON:  Objection, vague and ambiguous, and

5         misconstrues prior testimony.

6    A.   I don't really remember.

7    BY MR. FABRIZIO:

8    Q.   As you sit here, are you able to deny that you made that

9         decision?

10   MR. THOMPSON:  Objection, argumentative, and vague.

11   A.   I guess no, since I don't remember.

12   BY MR. FABRIZIO:

13   Q.   And we spoke yesterday or the day before about Hotfile's

14        policies and practices prior to the filing of this

15        complaint with regard to repeat copyright infringers,

16        correct?

17   A.   That's correct.

18   Q.   Okay.  Did you personally disagree with Hotfile's policy

19        or practices with regard to repeat infringers prior to

20        the filing of this complaint?

21   MR. THOMPSON:  Objection, overbroad, vague as to time.

22   BY MR. FABRIZIO:

23   Q.   Well, let me rephrase that.  In the time period prior to

24        the filing of this complaint, did you disagree with

25        Hotfile's policies with regard to repeat infringers?

HIGHLY CONFIDENTIAL

Page 606

1    MR. THOMPSON:  Same objection, also compound.

2    A.  I don't remember disagreeing.  I never considered it

3        part of my job to make an opinion in this matter.

4    BY MR. FABRIZIO:

5    Q.  In the time period prior to the filing of this

6        complaint, did you disagree with Hotfile's practice from

7        a technological standpoint of dealing with repeat

8        infringers?

9    MR. THOMPSON:  Objection, vague and ambiguous, and

10       unintelligible.

11   MR. FABRIZIO:  Is "unintelligible" a subset of vague or

12       ambiguous?

13   MR. THOMPSON:  It's extreme vague and ambiguous.

14   MR. FABRIZIO:  Got it.

15   MR. THOMPSON:  I can tell you why, if you like.

16   MR. FABRIZIO:  No.

17   A.  I don't remember doing so.

18   BY MR. FABRIZIO:

19   Q.  If you had disagreed, you would have had the ability to

20       raise your objections with your co-shareholders,

21       correct?

22   A.  I think that's correct, yes.

23   Q.  Okay.  And if one other of your co-shareholders agreed

24       with you, you could have changed the practice, correct?

25   MR. THOMPSON:  Objection, overbroad and vague, also calls

HIGHLY CONFIDENTIAL

Page 607

1      for speculation.

2   A.  I don't know if that would happen, I can't say what

3       would happen.  Something.

4   BY MR. FABRIZIO:

5   Q.  We talked yesterday about the fact that Hotfile doesn't

6       have a policy about terminating refer domains for repeat

7       infringement, correct?

8   A.  Correct.

9   Q.  Do you agree with Hotfile's policy not to terminate

10      refer domains for repeat infringement?

11  MR. THOMPSON:  Objection, overbroad, and object to the

12      extent it misconstrues prior testimony.

13  A.  I don't have an opinion on this matter.

14  BY MR. FABRIZIO:

15  Q.  Following the filing of this -- strike that.

16      Following the filing of this complaint, Hotfile

17      altered its repeat infringer practices, correct?

18  A.  Correct.

19  Q.  Did you personally participate in the decision to alter

20      the post-complaint repeat infringer practices?

21  MR. THOMPSON:  Let me caution Mr. Titov not to reveal any

22      attorney/client communications.

23      You can answer the question as phrased.

24  A.  Yes, I participate.

25  BY MR. FABRIZIO:

HIGHLY CONFIDENTIAL

Page 608

1    Q.  What was the nature of your participation?

2    MR. THOMPSON:  The same caution.

3    A.  I participated in discussions about.

4    BY MR. FABRIZIO:

5    Q.  Did you disagree with the revisions to the repeat

6        infringer practices adopted post-complaint?

7    MR. THOMPSON:  Same caution to Mr. Titov.

8    A.  I don't remember doing so.

9    BY MR. FABRIZIO:

10   Q.  Okay.  We spoke yesterday about the fact that, prior to

11       the filing of this complaint, Hotfile had not

12       investigated or considered content identification

13       technologies, correct?

14   A.  Correct.

15   MR. THOMPSON:  Excuse me, for the record, I object that it

16       misconstrues prior testimony and was also compound.

17   BY MR. FABRIZIO:

18   Q.  Did you disagree with Hotfile's decision not to consider

19       content protection technologies -- well, strike that.

20           Did you disagree with Hotfile's decision not to

21       consider content identification technologies prior to

22       the filing of this complaint?

23   MR. THOMPSON:  Objection, assumes facts not in evidence.

24   A.  I don't think such a decision was ever made.

25   BY MR. FABRIZIO:

HIGHLY CONFIDENTIAL

Page 609

1    Q.   Prior to the complaint you understood that content

2         identification technologies existed, did you not?

3    MR. THOMPSON:   Objection, overbroad and vague.

4    A.   Not really in a way that they exist.  I think I knew

5         that YouTube would be doing something, but I think my

6         general belief is that it's something that they

7         developed in-house.

8    BY MR. FABRIZIO:

9    Q.   Did you take any steps to investigate what YouTube was

10        doing?

11   A.   I don't remember doing so.

12   Q.   Did you take steps to determine whether YouTube was

13        licensing their technology to be used by third party

14        sites?

15   A.   I don't remember doing so.

16   Q.   Okay.  In talking about the Vobile implementation,

17        you -- you said that the original uploading, even if

18        a file was identified as a block, the original uploading

19        user is permitted to download it, correct?

20   A.   Correct.

21   Q.   And the means that that user is permitted to download it

22        is by having a combination of the URL and the user's

23        screen name and password credentials, correct?

24   MR. THOMPSON:   Objection, vague.

25   A.   That's correct.

HIGHLY CONFIDENTIAL

Page 613



H I G H L Y   C O N F I D E N T I A L

Page 614

HIGHLY CONFIDENTIAL

Page 615



H I G H L Y   C O N F I D E N T I A L

Page 616



HIGHLY CONFIDENTIAL

Page 617

11    MR. FABRIZIO:  Do you want to change the tape?

12    VIDEOGRAPHER:  Going off the record at 11:29.  This is the

13        end of tape 1, volume IV, deposition of Mr. Anton Titov.

14                    (A break was taken.)

15        (Titov exhibit 160 marked for identification.)

16    VIDEOGRAPHER:  This is the beginning of tape 2, volume IV

17        and a continuation in the deposition of Anton Titov.  On

18        the record at 11:37.

19    BY MR. FABRIZIO:

H I G H L Y   C O N F I D E N T I A L

Page 628



H I G H L Y   C O N F I D E N T I A L

Page 629

H I G H L Y   C O N F I D E N T I A L

Page 630



H I G H L Y   C O N F I D E N T I A L

Page 631



H I G H L Y   C O N F I D E N T I A L

Page 632



H I G H L Y   C O N F I D E N T I A L

Page 633



H I G H L Y   C O N F I D E N T I A L

Page 634



HIGHLY CONFIDENTIAL

Page 635



H I G H L Y   C O N F I D E N T I A L

Page 636



HIGHLY CONFIDENTIAL

Page 637

██   ██   ████████████████████

2   BY MR. FABRIZIO:

3   Q.   Does Hotfile have a Twitter account?

4   A.   I believe so.

5   Q.   Okay.  What's the Twitter account name?  What's the

6        handle?

7            Maybe I can help you, it's not a memory game.  Is it

8        "hotfile_site"?

9   A.   Maybe.  I can't remember.

10  Q.   And who tweets through that Hotfile Twitter account?

11  MR. THOMPSON:  Objection, vague.

12  MR. FABRIZIO:  Maybe to you, but undoubtedly not to him.

13  A.   That would be Mr. Ianakov.

14  BY MR. FABRIZIO:

15  Q.   Anybody else?

16  A.   I don't believe so.

17  Q.   Okay.  And is he -- is that part of -- is that something

18       he's permitted to do as part of his job responsibility

19       for Hotfile?

20  MR. THOMPSON:  Objection, assumes facts.

21  A.   I have impression that Mr. Stoyanov allowed him to do

22       so, yes.

23  MR. FABRIZIO:  I'm going to mark as Titov 164 a four-page

24       document that is a printout from the Hotfile Twitter

25       account.

HIGHLY CONFIDENTIAL

Page 638

1        (Titov exhibit 164 marked for identification.)

2    BY MR. FABRIZIO:

3    Q.  First, if you could just confirm that this is in fact

4        the Hotfile Twitter account?

5    A.  Yes, I believe so.

6    Q.  Okay.  And as best you can tell, this is a true and

7        accurate copy of the -- of some Hotfile tweets?

8    MR. THOMPSON:  Objection, lacks foundation, vague and

9        ambiguous.

10   A.  I don't know for a fact, but I don't have any reason to

11       doubt it.

12   BY MR. FABRIZIO:

13   Q.  Okay.  If you look at the second page, the tweet from

14       5 July 09, there are a couple of them -- I'm talking

15       about the second one that says "Remote upload from RS,"

16       and then there's a colon there -- as a technical matter,

17       do you know what that means?

18   MR. THOMPSON:  Objection, vague.

19   A.  I believe that is remote upload from Rapidshare.

20   BY MR. FABRIZIO:

21   Q.  Remote upload from Rapidshare to a Hotfile account?

22   A.  I believe so, yes.

23   Q.  So Mr. Ianakov is giving an illustration of remote

24       uploading a file from Rapidshare to Hotfile in that

25       tweet?

HIGHLY CONFIDENTIAL

Page 639

1    MR. THOMPSON:  Objection, calls for speculation.

2    A.  I believe so.

3    BY MR. FABRIZIO:

4    Q.  Okay.  And you understand it to be an illustration

5        because in the URL that follows, it says "user

6        name:pass@rapidshare.com," correct?

7    A.  Correct.

8    Q.  If it had been an actual remote upload, there would be

9        inserted there the uploader's Rapidshare user name and

10       password?

11   MR. THOMPSON:  Objection, calls for a hypothetical and

12       speculation.

13   A.  Sorry, can you define who is the uploader?

14   BY MR. FABRIZIO:

15   Q.  The remote uploader is -- sure, a remote uploader with

16       a Rapidshare account who wanted to upload files from his

17       Rapidshare account to the Hotfile server, using this

18       exhibit as an illustration, that user would insert their

19       Rapidshare user name and their Rapidshare password in

20       the URL string where this illustration says

21       "username:pass"?

22   A.  My understanding is that "username:pass" refers to

23       a premium account at Rapidshare.

24   Q.  Okay.  I think we're saying the same thing.

25           Do you know what the file is that Mr. Ianakov used

HIGHLY CONFIDENTIAL

Page 647

13    MR. FABRIZIO:  When we were on the break I had the court

14        reporter -- actually I marked exhibit 165 of the Titov

15        deposition.  It is a three-page document, the last two

16        pages are -- consist of a screenshot of the Hotfile

17        affiliate web page, and the cover page, as before,

18        simply contains the URL and the date of capture, for the

19        record.

20    BY MR. FABRIZIO:

21    Q.  Mr. Titov, is exhibit 165 a true and correct copy of the

22        Hotfile affiliates web page as it exists currently?

23    A.  I don't have any reasons to believe that it's not.

24    Q.  Thank you.  Hotfile has three aspects to its affiliate

25        program; one aspect is -- is an affiliate program geared

HIGHLY CONFIDENTIAL

Page 648

1           towards uploaders of files, correct?

2    MR. THOMPSON:  Objection, vague and ambiguous as to

3           "aspect."

4    BY MR. FABRIZIO:

5    Q.  Right.  Let me ask it this way; Hotfile has an affiliate

6           program geared towards uploading users, correct?

7    A.  That is correct.

8    Q.  Okay.  Hotfile has an affiliate program geared towards

9           sites that refer users to Hotfile, correct?

10   A.  Correct.

11   Q.  Okay.  And Hotfile has an affiliate program that is

12          geared towards anyone who refers users to Hotfile,

13          correct?

14   MR. THOMPSON:  Objection, vague.

15   BY MR. FABRIZIO:

16   Q.  The "refer a friend" program?

17   A.  Correct.

18   Q.  Okay.  And then Hotfile also has a reseller program, but

19          do you consider that part of the affiliate program?

20   A.  No, I don't say so.

21   Q.  For the purposes of our discussion can -- well, do you

22          consider those three separate affiliate programs or all

23          part of the same affiliate program?

24   MR. THOMPSON:  Objection, vague and ambiguous.

25   A.  I don't -- I don't have opinion on that, so whatever.

HIGHLY CONFIDENTIAL

Page 649

1    BY MR. FABRIZIO:

2    Q.   Doesn't matter.  Okay.  When I'm talking about the

3         affiliate program geared towards users that upload

4         files, I'll refer to that as the uploader affiliate

5         program, is that okay?

6    A.   That is okay.

7    Q.   When I'm talking about an affiliate program geared

8         towards sites that refer users, I'll refer to that as

9         the site operator affiliate program, is that okay?

10   A.   That is okay.

11   Q.   And when I refer to the affiliate program that is titled

12        "refer a friend," I'll refer to it as the "refer

13        a friend" program, okay?

14   A.   That is okay.

15   Q.   Let's first talk about the uploader affiliate program.

16             At the top of exhibit 165, there is an earnings

17        table; does that accurately represent the current

18        earnings table for uploader affiliates?

19   A.   I think so.

20   Q.   Okay.  And in the -- in the left column there is

21        a heading called "Ranks," and below that it says

22        "Copper," "Bronze," "Silver," "Gold," "Platinum."  Can

23        you describe for the record what the ranks mean?

24   A.   The rank is -- is some kind of status of the user that

25        will determine how much it will get paid to the

HIGHLY CONFIDENTIAL

Page 650

1          affiliate program.

2     Q.   In order of hierarchy, copper is the lowest rank?

3     A.   Correct.

4     Q.   And platinum is the highest rank?

5     A.   Correct.

6     Q.   Is there a -- are there unranked affiliates, meaning

7          an affiliate that doesn't have a -- hasn't earned

8          a copper ranking yet?

9     A.   No, I don't believe so.

10    Q.   Okay.  So every affiliate is at least a copper ranking?

11    A.   Yes, I believe so.

12    Q.   How does Hotfile determine the rank of an affiliate?

13    A.   Most basically it's based on number of premium accounts

14         the affiliate is selling.

15    Q.   And when you say "selling," you mean, in the context of

16         an uploader affiliate, you mean the number of premium

17         accounts purchased by downloaders of the files that were

18         uploaded by the uploader affiliate?

19    A.   That is correct.

20    Q.   Okay.  You also referred to that as the uploader

21         affiliate selling a premium account, for shorthand?

22    A.   I don't know.  I just said that.

23    Q.   Okay.  I'm just trying to use your language wherever

24         it's more comfortable for you.

25              Is it based on the number of premium accounts that

HIGHLY CONFIDENTIAL

Page 651

1    the uploader affiliate has sold or the ratio, or some

2    ratio of sales?

3    MR. THOMPSON:  Objection, vague as to "it."

4    A.   I believe it is based on the total sum of sales that the

5         affiliate converted, and I believe that the formula also

6         includes some estimates for Hotfile expenses for

7         bandwidth on this user.

8    BY MR. FABRIZIO:

9    Q.   "User" meaning the uploader affiliate?

10   A.   Yeah.

11   Q.   Focusing just for a second on the first part of the

12        equation, just to make sure we understand it, you said

13        the total sum of sales that the affiliate converted, so

14        the total number of users who converted to premium --

15        well, from the downloader page of a file that was

16        uploaded by one of those affiliates, correct?

17   A.   I actually meant that the money value also matters.

18                     (Reporter clarification.)

19        The money value.

20   Q.   The money value?  Oh, what -- what level of premium

21        service that downloader purchases, okay.

22   A.   Correct.

23   Q.   Let me just ask by way of illustration to confirm

24        something.

25                     Assuming the downloader purchased -- two

HIGHLY CONFIDENTIAL

Page 653

1      converted is one?

2  A.  Again, I think in the -- it's monetary value, so it will

3      be nine.

4                  (Reporter clarification.)

5          The monetary value, dollars, so I think it will be

6      $9 if they purchased --

7  Q.  Okay.  So the total sum -- the total monetary sum of

8      sales that each affiliate converted, okay, I was

9      thinking "sum" as being number of downloads, all right.

10         So if the up -- if the downloading users both

11     converted to premium at the $9 rate, in both instances

12     the uploading affiliate would -- would have a total

13     number of sales converted of $9, okay?

14 A.  Correct.

15 Q.  And that's not affected by the ratio of the number of

16     downloads it took to get that conversion?

17 A.  As I said, it is a formula, and what -- the monetary

18     value is part of the formula, so, yes, the ratio is

19     an issue.

20 Q.  Let me -- let me try to simplify it; if you look at

21     exhibit 165, at the top on the right-hand side there is

22     the heading "Ranks" --

23 MR. THOMPSON:  Excuse me.

24 BY MR. FABRIZIO:

25 Q.  -- and towards the bottom of that paragraph there's two

HIGHLY CONFIDENTIAL

Page 654

1          numbered paragraphs, and one says -- and then they

2          are -- they're talking about -- well, it says:

3              "Your status mainly depends on your conversion ratio

4          which includes:

5              1.  The ratio of the users that downloaded your

6          files and the users that become premium based on your

7          uploaded files."

8              Do you see that?

9    A.  Yes, I do see that.

10   Q.  What does that mean?

11   MR. THOMPSON:  Objection, vague and ambiguous.  The document

12       speaks for itself.

13   A.  As I tried to explain before, the formula actually works

14       like a money equation; you have income and you have

15       expenses, you divide them, and you get a number, and,

16       based on this number, a rank will be assigned.

17   BY MR. FABRIZIO:

18   Q.  What I'm trying to figure out is how the income and

19       expenses description you're giving me relates to the

20       description in exhibit 165.

21   A.  And given the fact that one of the expenses is

22       bandwidth, so it counts here.

23   Q.  Okay.  And on exhibit 165 -- 165, number 2 says:

24          "The ratio of uploaded files to [the] number of

25       downloaded files," that's the part that accounts for

HIGHLY CONFIDENTIAL

Page 655

1    expenses?

2    A.   Yes.

3    Q.   Okay.  And if I understand that, a user that has

4         uploaded one file downloaded 10,000 times is going to

5         have a higher rank than a user that uploaded 10,000

6         files each downloaded once, correct?

7    MR. THOMPSON:  Objection, vague and ambiguous and incomplete

8         hypothetical.

9    BY MR. FABRIZIO:

10   Q.   I should actually -- that actually is right because

11        other factors may affect the rank.

12             It is better for a user's rank to have uploaded one

13        file, downloaded 10,000 times, than to have uploaded

14        10,000 files, each downloaded once, correct?

15   MR. THOMPSON:  Same objection.

16   A.   Given the fact that if you assume the same file size for

17        it, then you are correct.

18   BY MR. FABRIZIO:

19   Q.   Okay.  And why is that?

20   A.   That is the formula our affiliate program is using.

21   Q.   I understand that.  Why does your affiliate program use

22        a formula that rewards users more for uploading a fewer

23        number of files that are downloaded very frequently than

24        for uploading a large number of files that are

25        downloaded only infrequently?

H I G H L Y   C O N F I D E N T I A L

Page 656

1   MR. THOMPSON:  Objection, incomplete, hypothetical.

2          You can answer.

3   A.  I don't know.  That is how the formula works.

4   BY MR. FABRIZIO:

5   Q.  Well, you said it related to expenses; is Hotfile trying

6       to discourage users from uploading large numbers of

7       files that aren't going to be downloaded frequently?

8   MR. THOMPSON:  Objection, vague and overbroad.

9   A.  I don't know.  It depends what users want to do.

10  BY MR. FABRIZIO:

11  Q.  If a user wants to increase his rank as much as

12      possible, is the formula Hotfile uses designed to

13      encourage that user to upload a smaller number of files

14      that will be downloaded very frequently rather than

15      a large number of files that may not be downloaded that

16      much at all?

17  MR. THOMPSON:  Objection, vague and ambiguous, and

18      incomplete hypothetical.

19  A.  Yes, that is how it would work, yes.

20  BY MR. FABRIZIO:

21  Q.  Does Hotfile give users a higher rank for uploading

22      files for personal storage?

23  MR. THOMPSON:  Objection, vague, calls for speculation.

24  BY MR. FABRIZIO:

25  Q.  Let me clarify this.  By "personal storage," I mean

HIGHLY CONFIDENTIAL

Page 657

1       files that are uploaded and never downloaded, okay?

2   A.  Okay.

3   Q.  Okay.  So does Hotfile give users a higher rank for

4       uploading files for personal storage?

5   MR. THOMPSON:  Same objection.

6   A.  I don't believe so.

7   BY MR. FABRIZIO:

8   Q.  Why not?

9   A.  I don't know.

10  Q.  At the top, there are what I believe to be file size

11      ranges, 5 to 50 megabytes, 50 to 100 megabytes and 100

12      to 2000 megabytes, do you see those?

13  A.  Yes, I see those.

14  Q.  What do those -- strike that.

15          How does file size factor into Hotfile's affiliate

16      program?

17  MR. THOMPSON:  Objection, overbroad.

18  A.  Affiliates are generally rewarded more for larger files.

19  BY MR. FABRIZIO:

20  Q.  How did the ranges here get chosen?

21  A.  They were just chosen.  What do you mean by "how"?

22  Q.  Well, why doesn't the first range say 5 to 25 megabytes

23      as to opposed to 5 to 50 megabytes?  How was it

24      determined that 5 to 50 megabytes was the -- was the

25      most appropriate low range?

HIGHLY CONFIDENTIAL

Page 660

1          Why does Hotfile reward the larger file so much more

2      than the smaller file?

3  MR. THOMPSON:  Objection, assumes facts.

4  MR. FABRIZIO:  You can't say the document speaks for itself

5      and then I assume facts.

6  MR. THOMPSON:  You're characterizing the document.

7  A.  I guess it just made sense.

8  BY MR. FABRIZIO:

9  Q.  Why does it make sense?

10  A.  It's probably how others worked back in the time.

11  Q.  All right.  But, other than that it may have been how

12      others worked, why does it make sense for Hotfile?

13  MR. THOMPSON:  Objection, asked and answered.

14  A.  I don't know for a fact.

15  BY MR. FABRIZIO:

16  Q.  What do you believe?

17  A.  I believe that a user downloading a larger file would be

18      more likely to want to download it faster and upgrade to

19      premium.

20  Q.  So, from Hotfile's perspective, larger files are more --

21      provide a greater benefit to Hotfile, because they are

22      more likely to encourage users to convert to premium

23      users?

24  MR. THOMPSON:  Objection, vague and ambiguous, overbroad and

25      misstates testimony.

HIGHLY CONFIDENTIAL

Page 661

1   A.   As I said, that is my belief.

2   BY MR. FABRIZIO:

3   Q.   In the rules and conditions under paragraph 2 it says

4        minimum payment amount is $15; does that mean users will

5        simply accrue their affiliate earnings until -- until

6        those earnings reach the $15 level?

7   A.   Yes, I believe so.

8   Q.   Okay.  So, just to go back for an example, a user with

9        a copper status that has uploaded a file between 50 and

10       100 megabytes, that user would earn $3 for every

11       thousand downloads, correct?

12  A.   Correct.

13  Q.   So before that user would get paid under this program,

14       that file would have to be downloaded 5,000 times?

15  MR. THOMPSON:  Objection, incomplete hypothetical.

16  A.   That is correct.

17  BY MR. FABRIZIO:

18  Q.   Okay.  And under the rules and conditions, paragraph 3

19       it says:

20           "We count downloads from all countries in the list

21       [below]... "

22           And then there's a list, a list of, if my math is

23       working well enough -- 21 and 33 is 44 countries?

24           Is that right?

25  A.   I counted 54.

HIGHLY CONFIDENTIAL

Page 662

1   Q.  Yeah, I'm sorry, 54 countries, I'm sorry -- the reason

2       I went to law school.

3           Why does Hotfile not count downloads from countries

4       not on this list?

5   A.  This is how it was designed.

6   Q.  Yes, I can see that.  Why was it designed like that?

7   MR. THOMPSON:  Objection, lacks foundation, calls for

8       speculation.

9   A.  I believe it was because Hotfile believed that those

10      countries are more likely to buy premium accounts.

11  BY MR. FABRIZIO:

12  Q.  Why, for instance, is India not on the list?  It's

13      obviously a very populated country.

14  MR. THOMPSON:  Same objection.

15  MR. FABRIZIO:  I do believe this is a 30(b)(6) topic and

16      I realize we're not asking for speculation, but the

17      witness should be educated about some basic questions

18      about things like this.

19  MR. THOMPSON:  You asked about India.  I'm not sure that's

20      a basic question.  In any event I believe we did

21      indicate to you, and others have also acknowledged, he's

22      prepared to testify and give you his knowledge, but you

23      can't expect him to have memorized every detail.

24  BY MR. FABRIZIO:

25  Q.  Again, for instance, why is -- why is India, a very

HIGHLY CONFIDENTIAL

Page 665

1    from the downloading patterns of users from countries

2    that are not on the list of 54?

3    MR. THOMPSON:  Same objection.

4    A.  I can't think of anything.

5    BY MR. FABRIZIO:

6    Q.  Have the list of 54 -- well, have the same 54 countries

7    been on this list since the beginning of Hotfile?

8    A.  No, I don't think so.

9    Q.  So the list has changed over time?

10   A.  Yes, I think so.

11   Q.  How has the list changed?

12   A.  I think that countries has been added -- added.

13   Q.  Which countries have been added?

14   A.  I don't know the full history of the list.

15   Q.  Okay.  Can you describe for us how the site operator's

16   affiliate program operates?

17   MR. THOMPSON:  Objection, overbroad, also asked and

18   answered.

19   A.  It is a program where site owners would get commission

20   of the sales, the users referred to by their website.

21   BY MR. FABRIZIO:

22   Q.  And they get 5 per cent of the sale price for every user

23   they refer that converts to a premium account?

24   A.  I think it could be 5 or more per cent.

25   Q.  Under what circumstances would it be more than 5 per

H I G H L Y   C O N F I D E N T I A L

Page 666

1     cent?

2  A.  There is -- I agree that there is or was a program that

3     would assign different percentages based on I think

4     number of sales.

5  Q.  Would the commission percentage be higher for site

6     operators with more sales?

7  A.  I believe so.

8  Q.  What is the range of commission percentages that are

9     available to site operators?

10  A.  I don't know for a fact.

11  Q.  Okay.  That doesn't appear, at least to my eye, to be

12     reflected on the affiliates page of the website.  Do you

13     see it reflected here in a manner that I may just be

14     missing?

15  A.  No, I don't see that.

16  Q.  Okay.  So that's not something that you promote on the

17     website?

18  A.  Yeah, it turns out.

19  Q.  Okay.  Is that something Hotfile discusses individually

20     with site operators?

21  MR. THOMPSON:  Objection, assumes facts not in evidence.

22  A.  As far as I know, it's assigned automatically based on

23     performance.

24  BY MR. FABRIZIO:

25  Q.  Is it a graduating scale from 5 per cent to a higher

HIGHLY CONFIDENTIAL

Page 668

1        to be produced, so can we ask you guys to check on that

2        and make a production?

3    MR. THOMPSON:  Well, if you send me an email, we'll consider

4        it.

5    BY MR. FABRIZIO:

6    Q.  In exhibit 165, in the second sentence under "For site

7        owners," it says:

8            "No matter if download link is yours or you've found

9        it elsewhere!  Post interesting download links in your

10        site, blog or forum and earn big money."

11            Do you see that?

12    A.  Yes, I see that.

13    Q.  What does it mean when you say, "No matter if the link

14        is yours or you found it"?  What's the distinction

15        Hotfile is drawing between a link that is a site

16        operator's or one that a site operator found?

17    MR. THOMPSON:  Objection, compound and complex.

18    A.  I don't know for a fact, but I have my belief.

19    BY MR. FABRIZIO:

20    Q.  What is your belief?

21    A.  The URLs will be uploaded by you.

22    Q.  And "found" would be?  And "found" would be?

23    A.  Anything else.

24    Q.  Well, how would a site operator find a Hotfile URL link?

25    MR. THOMPSON:  Objection, calls for speculation, lacks

HIGHLY CONFIDENTIAL

Page 669

1          foundation.

2      A.  I don't know.  Up to the site operator.

3      BY MR. FABRIZIO:

4      Q.  And then it says, "Post interesting download links," and

5          by "interesting," does Hotfile mean links that will be

6          popular with downloaders?

7      MR. THOMPSON:  Objection, vague and ambiguous.

8      A.  I don't know what exactly was this language supposed to

9          say, but I believe it could be.

10     BY MR. FABRIZIO:

11     Q.  You believe it could refer to files that are popular

12         with downloaders?

13     MR. THOMPSON:  Objection, vague and ambiguous.

14     A.  Yes.

15     BY MR. FABRIZIO:

16     Q.  And, briefly, how does the "refer a friend" affiliate

17         program work?

18     A.  It is when the user would convince or recommend to

19         a friend to subscribe to Hotfile, and this friend

20         becomes an affiliate, they're referring a friend who

21         will earn a percentage of the referred affiliate

22         earnings.

23     Q.  From a technical perspective, how does Hotfile know when

24         a user has been referred by another user?

25     A.  I believe that every user has their own link that they

HIGHLY CONFIDENTIAL

Page 670

1           can advertise or give to their friends.

2      Q.   Okay.

3      A.   So their friends come --

4      Q.   So if I had -- so if I had some place to post a link or

5           give out to my friends and my friends clicked that link

6           to get to Hotfile and became premium members, they would

7           then be considered somebody that I'd referred.

8      MR. THOMPSON:   Objection, vague.

9      A.   Yes, I believe so.

10     BY MR. FABRIZIO:

11     Q.   I'm trying to distinguish something.  If a site operator

12          has a URL link to a file hosted on Hotfile, is there

13          a way of combining the "refer a friend" link and the URL

14          to content, so that, if a user referred signs up for

15          a premium account, the site operator gets both 5 per

16          cent of the subscription commission and 20 per cent of

17          all affiliate earnings of the referred user?

18     A.   I don't really know how that works, but my belief is

19          that the referring user is supposed to send his friends

20          to a page that I believe is the registration page, so

21          I don't really know how it works.

22     Q.   Two separate processes?

23     A.   Yes, I think so.

24     Q.   That's what I thought.

25               (Titov exhibit 166 marked for identification.)

H I G H L Y   C O N F I D E N T I A L

Page 671

1    MR. FABRIZIO:  I've marked as Titov exhibit 166 a three-page

2        document, although the last page is effectively blank,

3        but it's a printout from a Digital Point forum

4        reflecting forum communications in July and August of

5        2009.

6            And while you're reviewing that, the videographer is

7        just going to change tape.

8    VIDEOGRAPHER:  Going off the record, 2:49.  This is the end

9        of --

10   MR. FABRIZIO:  We don't want to take a break, we just want

11       to --

12   VIDEOGRAPHER:  -- tape 2, volume IV of Anton Titov's

13       deposition.

14   A.  But do you mind a break like in 15 minutes?

15   VIDEOGRAPHER:  This is the beginning of tape 3, volume IV,

16       a continuation of the deposition of Mr. Anton Titov.  On

17       the record at 2:52.

18   BY MR. FABRIZIO:

19   Q.  Mr. Titov, would you turn to the second page of

20       exhibit 166.  Do you see about halfway down the page,

21       there is a post from Butcher Boy with a subcaption "News

22       from Hotfile.com"?

23   A.  I see that.

24   Q.  Is Digital Point one of the forums that Mr. Ianakov used

25       in the early days of Hotfile to promote Hotfile and

HIGHLY CONFIDENTIAL

Page 672

1       spread the word about Hotfile?

2   MR. THOMPSON:  Objection, assumes facts, calls for

3       speculation.

4   A.  I don't know for a fact, but it seems so.

5   BY MR. FABRIZIO:

6   Q.  You see the -- the text that Butcher Boy has posted in

7       the August 7 post is I think almost word for word what

8       was on Hotfile's web page that we were just looking at?

9   A.  Yes.

10  Q.  And you don't know anyone else that uses the screen name

11      "Butcher Boy", do you --

12  A.  No.

13  Q.  -- that has any association at all with Hotfile?

14  MR. THOMPSON:  Objection, compound.

15  A.  I don't know anybody else.

16  BY MR. FABRIZIO:

17  Q.  Okay.  So do you have any doubt that this is a posting

18      from Mr. Ianakov?

19  MR. THOMPSON:  Objection, vague, calls for speculation.

20  A.  I don't know.  It seems like it was him.

21  BY MR. FABRIZIO:

22  Q.  Okay.  My question to you was; do you have any reason to

23      doubt that this was a posting from Mr. Ianakov?

24  A.  Not really.

25  Q.  All the indicia, the "News from Hotfile," the text of

HIGHLY CONFIDENTIAL

Page 673

1    the message, the screen name, they all indicate that

2    it's a post from him, correct?

3    MR. THOMPSON:  Objection, vague and ambiguous and compound.

4    A.  That is correct.

5    MR. FABRIZIO:  All right.  It's a wonderful printer, but

6        I haven't quite figured out how to get it to print out

7        in order.

8    BY MR. FABRIZIO:

9    Q.  Before we leave exhibit 166, on the first page there is

10       a July 16, 5:10 a.m. post, there's a screen name, and

11       I don't know if it's Campolar or Campolar --

12       C-A-M-P-O-L-A-R?

13   A.  Yes, I see that.

14   Q.  Do you have any idea who that is?

15   A.  No, I don't.

16   MR. FABRIZIO:  I'm going to mark as exhibit 167

17       a three-page -- four-page document that is a screenshot

18       from the Hotfile FAQ web page.  And just so no one's

19       confused by the writing on the top, this is exhibit C to

20       the complaint.  It's in color, so probably easier for

21       you to read.

22       (Titov exhibit 167 marked for identification.)

23   MR. THOMPSON:  So it's clear, Steve, is that it same date as

24       the printout in the complaint, or is it --

25   MR. FABRIZIO:  It's literally the exhibit from the

HIGHLY CONFIDENTIAL

Page 674

1       complaint --

2   MR. THOMPSON:  Okay.

3   MR. FABRIZIO:  -- with the court ECF stamp on top.

4   BY MR. FABRIZIO:

5   Q.  Mr. Titov, is exhibit 167 a true and correct copy of the

6       Hotfile FAQ web page from the time period of

7       around February 2011?

8   A.  Actually there's a time stamp at the bottom indicating

9       an earlier time, so ...

10  Q.  Oh.  Oh, there we go.  So this is a true and correct

11      copy of the Hotfile FAQ page as it appeared on the

12      Hotfile website in the July 2010 timeframe?

13  MR. THOMPSON:  Objection, calls for a legal conclusion, and

14      I assume you mean excluding the court stamps and the

15      like?

16  MR. FABRIZIO:  Yes.

17  A.  I don't have any reasons to believe it is not.

18  BY MR. FABRIZIO:

19  Q.  Okay.  Are you aware that the -- strike that.

20          Did the FAQ page change between July of 2010

21      and February of 2011?

22  MR. THOMPSON:  Objection, overbroad and vague.

23  A.  I don't know.

24  BY MR. FABRIZIO:

25  Q.  Okay.  If you look at the third page of the exhibit,

H I G H L Y   C O N F I D E N T I A L

Page 676

1    MR. THOMPSON:  Objection -- excuse me.  Were you finished?

2    BY MR. FABRIZIO:

3    Q.  -- that users wanting to increase their rank should

4        upload files only if they intend to promote them?

5    MR. THOMPSON:  Objection, vague and ambiguous, with

6        "sentiment."

7    A.  I don't know.

8    BY MR. FABRIZIO:

9    Q.  In words or substance, not -- maybe not those exact

10       words.

11   MR. THOMPSON:  Same objections.

12   A.  I don't remember.

13   BY MR. FABRIZIO:

14   Q.  Okay.  And by "intent to promote them," does that mean

15       that the uploading user should make the URL link to that

16       file available on websites for other users to

17       download -- to use to download?

18   MR. THOMPSON:  Objection, calls for speculation, lacks

19       foundation.

20   A.  That is how I understand it.

21   BY MR. FABRIZIO:

22   MR. THOMPSON:  Mr. Fabrizio, is this a good time?

23   MR. FABRIZIO:  Yeah, might as well.

24   VIDEOGRAPHER:  Off the record, 3:04.

25                       (A break was taken.)

H I G H L Y   C O N F I D E N T I A L

Page 677

1          (Titov exhibit 168 marked for identification.)

2     VIDEOGRAPHER:  Back on the record, 3:19.

3     MR. FABRIZIO:  When we were off the record, I marked as

4          Titov exhibit 168 a two-page document that is exhibit B

5          to the complaint.  It is the hotfile.com affiliate web

6          page as it existed on July 28, 2010.

7     BY MR. FABRIZIO:

8     Q.  Mr. Titov, is exhibit 168 a true and correct copy of the

9          Hotfile affiliates web page as it appeared on the

10         Hotfile website on July 28, 2010?

11    MR. THOMPSON:  Objection, calls for speculation and a legal

12         conclusion.

13    A.  I don't have any reason to believe that it's not.

14    BY MR. FABRIZIO:

15    Q.  Okay.  If you look under the term "Affiliate," about

16         halfway down the first page, under the paragraphs

17         numbered 1 and 2, there is a line that says:

18              "We are trying to encourage the good promoters by

19         increasing their earnings and to reduce the earnings for

20         uploaders that mainly use the free Hotfile resources for

21         storage."

22              Do you see that?

23    A.  I see that.

24    Q.  And is that consistent with your understanding of what

25         Hotfile is attempting to do with its uploader affiliate

H I G H L Y   C O N F I D E N T I A L

Page 678

1       program?

2    MR. THOMPSON:  Objection, overbroad and vague.

3    A.  I don't know.  I guess so.

4       (Titov exhibit 169 marked for identification.)



H I G H L Y   C O N F I D E N T I A L

Page 679

H I G H L Y   C O N F I D E N T I A L

Page 680



H I G H L Y   C O N F I D E N T I A L

Page 681



H I G H L Y   C O N F I D E N T I A L

Page 682



HIGHLY CONFIDENTIAL

Page 683

8        (Titov exhibit 170 marked for identification.)

9   MR. FABRIZIO:  I have marked as Titov exhibit 170,

10       an 11-page document that is a printout from the Digital

11       Point forum, with the forum posts running from June 26,

12       2009 to June 28, 2009.

13           If it helps you, Mr. Titov, I'm going to refer you

14       to the Butcher Boy quotes on page 1, page 3 and page 5.

15   MR. THOMPSON:  What was the last page you wanted him to look

16       at, 3 and ...?

17   MR. FABRIZIO:  Five.

18   BY MR. FABRIZIO:

19   Q.  Okay.

20   A.  You said page 5, right?

21   BY MR. FABRIZIO:

22   Q.  Yes.

23           All right.  So turning to the first page of

24       exhibit 170, you'll see it's the same day as the email

25       we previously looked at, talking about Mr. Ianakov's

HIGHLY CONFIDENTIAL

Page 684

1           postings on Digital Point?

2     A.    Yeah, I see that.

3     Q.    Okay.  And looking at Mr. Ianakov's post from June 26,

4           2009, given the screen name "Butcher Boy" and the text

5           and context of -- do you have any -- any reason to doubt

6           that that is an actual posting by Mr. Ianakov?

7     MR. THOMPSON:  Objection, vague and ambiguous, lacks

8           foundation, compound and calls for speculation.

9     A.    I don't have any reason to believe that it's not

10          Mr. Ianakov.

11    BY MR. FABRIZIO:

12    Q.    Okay.  Turning to page 3, there are two Butcher Boy

13          posts.  The first one is June 26, 2009, 5:40 a.m., and,

14          again, from the name and the content of message, do you

15          have any reason to doubt that that is an actual post

16          from Mr. Ianakov?

17    A.    I don't have any reason to doubt that.

18    Q.    And the one at the bottom of the page, it carries over

19          to page 4, it's June 26, 2009 at 9:12 a.m., and once

20          again, from the name "Butcher Boy" and the content of

21          the post, do you have any reason to doubt that that is

22          an actual posting from Mr. Ianakov?

23    MR. THOMPSON:  Objection, calls for speculation.

24    A.    No, I don't have any reason to doubt that.

25    BY MR. FABRIZIO:

HIGHLY CONFIDENTIAL

Page 685

1   Q.  Okay.  Turning to page 5 there is a post by Mr. Ianakov

2       on June 26, 2009 at 2:52 p.m., and in this post, he is

3       responding to a post by maxdugan, so I'm not -- not

4       asking you whether the maxdugan post -- asking about the

5       maxdugan post, I'm asking about what Mr. Ianakov says

6       below that -- do you understand what I'm saying?

7   A.  I understand what you're saying.

8   Q.  Okay.  So given the "Butcher Boy" screen name and the

9       content of Mr. Ianakov's post, do you have any reason to

10      doubt that that is an actual posting made by Mr. Ianakov

11      on or around June 26, 2009?

12  MR. THOMPSON:  Objection, lacks foundation, calls for

13      speculation, assumes facts.

14  A.  I don't have any reason to doubt that.

15          (Titov exhibit 171 marked for identification.)

16  MR. FABRIZIO:  I have marked as Titov exhibit 71 --

17  MR. THOMPSON:  Are you talking about 171?

18  MR. FABRIZIO:  What did I say?

19  MR. THOMPSON:  "71."

20  MR. FABRIZIO:  I'm sorry.  I have marked as Titov

21      exhibit 171, a three-page exhibit which is a printout

22      from a forum titled "freelancer," and this is

23      from December 2, 2011, that's the date of the printout.

24          The post that I will refer you to from Butcher Boy

25      indicates that it was posted over two years ago, so in

HIGHLY CONFIDENTIAL

Page 686

1       the 2009 timeframe, and it looks like we've printed out

2       the full thread for completeness, but, obviously, the

3       only text of consequence is on the first page.

4    BY MR. FABRIZIO:

5    Q.  All right.  Are you familiar with the freelancer message

6       board?

7    A.  Not really, I am not.

8    Q.  Have you ever heard of it before?

9    A.  Probably while exchanging interrogatory answers.

10   Q.  Okay.

11   MR. THOMPSON:  Just to clarify, Mr. Titov, Mr. Fabrizio

12      doesn't want you to give any knowledge you've learned in

13      the course of replying to discovery in our case.

14   MR. FABRIZIO:  Well, that's actually not true.  You don't

15      need to give me your counsel's work product -- but he's

16      a corporate representative; the purpose of this

17      deposition is responding to discovery and that's of

18      course what --

19   MR. THOMPSON:  So you want him to respond, "I know it from

20      the interrogatory"?

21   MR. FABRIZIO:  I want him to respond by saying,

22      "I personally didn't know it, but, in preparing to be

23      a corporate representative of Hotfile Corporation,

24      I understand what it is from information available to

25      the corporation."

HIGHLY CONFIDENTIAL

Page 687

1    MR. THOMPSON:  That's a different -- I think you don't want

2        him to read your interrogatories and testify from that

3        now, that's all I am saying.

4    BY MR. FABRIZIO:

5    Q.  Mr. Titov, if you look down at the bottom of the page,

6        there's a comment posted by Butcher Boy?

7    A.  I see that.

8    Q.  Okay.  And all the way at the bottom under the words,

9        "Good luck!" it says "over 2 years ago," do you see

10       that?

11   A.  I see that.

12   Q.  And that's a fairly common phenomena in these sorts of

13       website post comments that they -- that they give an

14       indication after the post as to how long ago it was

15       posted?

16   MR. THOMPSON:  Objection, calls for speculation, lacks

17       foundation, and vague.

18   BY MR. FABRIZIO:

19   Q.  Isn't that correct?

20   A.  I would say so.

21   Q.  Okay.  Given the "Butcher Boy" handle and the content of

22       the comment, do you have any doubt that that represents

23       an actual post from Mr. Ianakov some time in 2009?

24   MR. THOMPSON:  Objection, lacks foundation, calls for

25       speculation.

HIGHLY CONFIDENTIAL

Page 688

1    A.  I don't have any reason to believe that it's not.

2    BY MR. FABRIZIO:

3    Q.  Okay.  And if you look at the top on the page, there is

4        a -- a project description, and it says, "Hi there," and

5        then the next line says:

6            "I need someone to promote a free file hosting site

7        as itself and its affiliate program."

8            Do you see that?

9    A.  I see that.

10   Q.  And then, if you look to right, it says, "Project posted

11       by" and then it says "ButcherBoy," do you see that?

12   A.  I see that.

13   Q.  Okay.  From the content and the "ButcherBoy" handle and

14       the general timeframe, do you have any doubt in your

15       mind that that represents a project posting by

16       Mr. Ianakov some time in the 2009 timeframe?

17   MR. THOMPSON:  Objection, calls for speculation, lacks

18       foundation.

19   A.  I don't have any reasons to believe that it's not.

20           (Titov exhibit 172 marked for identification.)

21   MR. FABRIZIO:  Thank you.  I'm done with that exhibit.

22           Marked as Titov exhibit 172, an eight-page document

23       which is a printout of a Digital Point forum thread, the

24       first post on the thread is March 25, 2009, and the last

25       post on the thread is April 6, 2009.

HIGHLY CONFIDENTIAL

Page 689

1          Mr. Titov, just for your convenience, I'm only

2      planning on asking you about the postings on page 5 of

3      8.

4  BY MR. FABRIZIO:

5  Q.  Mr. Titov, looking at page 5 of exhibit 172, do you see

6      in the middle, there is a posting from Butcher Boy dated

7      March 30, 2009?

8  A.  I see that, yes.

9  Q.  Okay.  And from the timeframe, the screen name and the

10      content of the posting, have you any doubt in your mind

11      that that is an actual posting by Mr. Ianakov on or

12      about March 30, 2009?

13  MR. THOMPSON:  Objection, calls for speculation, lacks

14      foundation.

15  A.  I don't have any reasons to believe it's not him.

16      (Titov exhibit 173 marked for identification.)

17  MR. FABRIZIO:  I'm going to mark as exhibit Titov 173

18      a four-page printout from the link bucks forum.  The

19      postings here begin on April 7, 2009 and continue

20      through April 27, 2009.

21          Only one small problem here, Rod, is my binder copy

22      is missing, so I'm happy to let you look at this, but

23      I'm going to need it back to ask my questions.

24  MR. THOMPSON:  I'd like to see it.

25  MR. FABRIZIO:  I'll give it back to you after that.

HIGHLY CONFIDENTIAL

Page 690

1    MR. THOMPSON:  Steve, do you want this on the record?

2              (Discussion off the record.)

3    BY MR. FABRIZIO:

4    Q.  Are you ready, Mr. Titov?  I'm stepping around the table

5        because I don't -- inadvertently, I didn't have my own

6        copy, so I'm just going to read over Rod's shoulder.

7           Mr. Titov, looking at page 1 of exhibit 173, you see

8        there is an entry for a post by Butcher Boy?

9    A.  I see.

10   Q.  It carries over to page 2.

11   A.  I see that.

12   Q.  Okay.  And from the timeframe, the screen name and the

13       content, do you have any doubt that that is an actual

14       posting from Mr. Ianakov?

15   MR. THOMPSON:  Objection, calls for speculation, lacks

16       foundation.

17   A.  I don't have any reasons to believe that it's not.

18   MR. FABRIZIO:  Okay.  I can save us both time.  You can have

19       that same objection for every -- every time I want to do

20       that --

21   MR. THOMPSON:  You're going to give me a standing objection?

22   MR. FABRIZIO:  For this exhibit --

23   MR. THOMPSON:  Thank you.

24   MR. FABRIZIO:  Because there are a lot of them, we'll save

25       each other a little time.

H I G H L Y   C O N F I D E N T I A L

Page 691

1    BY MR. FABRIZIO:

2    Q.  If you turn to page 2, at the bottom of page 2 carrying

3        over to page 3, there is another post by Mr. Ianakov

4        dated April 4, 2009 and, from the timeframe, the screen

5        name and the content of the post itself, do you have any

6        doubt that that's an actual post from Mr. Ianakov on or

7        about April, 2009?

8    A.  I don't have any reasons to believe that it's not --

9    Q.  Can you turn --

10   MR. THOMPSON:  Did you get his full answer?

11   BY MR. FABRIZIO:

12   Q.  If you turn to page 4, there two posts by Mr. Ianakov,

13       one on April 11, 2009, and the other a little -- seven

14       minutes later on the same date, and the second one

15       carries over to page 5.

16           From the screen names, the timeframe and the actual

17       content of those two posts, do you have any doubt that

18       those are actual posts made by Mr. Ianakov on April 11,

19       2009?

20   A.  I don't have any reasons to believe that they are not.

21   Q.  If you turn to page 5, there's a post by Mr. Ianakov on

22       the bottom portion of the page, dated April 12, 2009.

23           Again from the timeframe, the screen name and the

24       actual content of the post, do you have any doubt that

25       that's an actual posting from Mr. Ianakov on or

H I G H L Y   C O N F I D E N T I A L

Page 692

1    about April 12, 2009?

2    A.  I don't have any reasons to believe that it's not.

3    Q.  If you turn to page 7, towards the top of the page,

4        there's another Ianakov post, dated April 13, 2009 at

5        2:12 p.m.

6            Again, from timeframe, the screen name and the

7        actual content of the post itself, is there any doubt in

8        your mind that that is an actual posting from

9        Mr. Ianakov on or about April 14, 2009?

10   A.  I don't have any reasons to believe that it's not.

11   Q.  Turning to the next page, page 8, at the bottom of the

12       page, there is another post by Mr. Ianakov dated April

13       16, 2009 -- is that what that says?

14   MR. THOMPSON:  Yeah, I believe so.

15   A.  Yeah.

16   MR. FABRIZIO:  My eyes just went.

17   MR. THOMPSON:  Steve, since you got interrupted, let me

18       start off by saying it's not Mr. Ianakov, it's from

19       Butcher Boy, in the question.

20   BY MR. FABRIZIO:

21   Q.  Okay.  There is a post at the bottom of the page from

22       Butcher Boy dated April 6, 2009; from the timeframe, the

23       screen name, Butcher Boy, and the actual content of this

24       posting, is there any doubt in your mind that this is an

25       actual posting from Mr. Ianakov dated April 16, 2009?

HIGHLY CONFIDENTIAL

Page 693

1    A.   I don't have any reason to believe that it's not.

2    Q.   If you turn to page 14 -- I'm sorry, page 10, at the

3         bottom of the page, carrying over to page 11, there is

4         a post from Butcher Boy dated April 20, 2009.

5              From the timeframe, the screen name "Butcher Boy"

6         and the actual content of the post itself, is there any

7         doubt in your mind that that's an actual posting from

8         Mr. Ianakov on or about April 20, 2009?

9    A.   I don't have any reasons to believe that it's not.

10   Q.   If you turn to page 12, carrying over to page 13, at the

11        very bottom of page 12, there is the beginning of

12        a post, just the header information of -- by Butcher Boy

13        dated April 27, 2009.

14             From the timeframe, the screen name "Butcher Boy"

15        and the actual content of the text of the post, which is

16        on page 13, is there any doubt in your mind that that is

17        an actual posting from Mr. Ianakov on April 27, 2009?

18   A.   I don't have any reasons to believe that it's not.

19   Q.   On the last page, page 14, at the very top of the page,

20        there's another post by Butcher Boy dated April 27,

21        2009, from the timeframe, the screen name and the actual

22        content of this post, is there any doubt in your mind

23        that this is an actual posting from Mr. Ianakov dated

24        April 27, 2009?

25   A.   I don't have any reasons to believe that it's not.

HIGHLY CONFIDENTIAL

Page 705

███   ██████████████████████████████████████

███   ████████████████████████████████████████████

███   ███████████

4       Mr. Titov, do you personally believe that Hotfile is

5       used by most users to download infringing content?

6   MR. THOMPSON:  Objection, calls for opinion and a legal

7       conclusion, and overbroad.

8   A.  I don't know.

9   BY MR. FABRIZIO:

10  Q.  Have you ever done anything to see what files users are

11      downloading from Hotfile?

12  MR. THOMPSON:  Objection, overbroad, and I'll instruct the

13      witness to exclude from his answer anything he's done at

14      the request of lawyers in this case.

15  MR. FABRIZIO:  I'll rephrase the question, because I didn't

16      intend to get work product.

17  BY MR. FABRIZIO:

18  Q.  Other than investigations that you may have done at the

19      direction of your counsel in this litigation, has

20      Hotfile ever done anything to see what files users are

21      downloading from the website?

22  MR. THOMPSON:  Objection, overbroad and vague.

23  A.  I don't remember doing so.

24  BY MR. FABRIZIO:

25  Q.  But if Hotfile wanted to, it readily could check,

HIGHLY CONFIDENTIAL

Page 706

1       correct?

2   MR. THOMPSON:  Objection, vague, overbroad.

3   A.  That is probably possible.

4   BY MR. FABRIZIO:

5   Q.  And is Hotfile purposely avoiding exploring what its

6       users are downloading?

7   MR. THOMPSON:  Objection, vague and ambiguous, overbroad.

8   A.  I don't believe so.

9   BY MR. FABRIZIO:

10  Q.  Do you believe that Hotfile's revenues would go down if

11      Hotfile were to eliminate all infringement on its

12      system?

13  MR. THOMPSON:  Objection, calls for a legal conclusion,

14      hypothetical, and opinion testimony.

15  A.  I don't know.

16  BY MR. FABRIZIO:

17  Q.  You don't know?  You don't have a belief one way or the

18      other?

19  MR. THOMPSON:  Objection, asked and answered.

20  A.  I don't know.

21  BY MR. FABRIZIO:

22  Q.  Is there any doubt in your mind that at least some

23      portion of Hotfile's profits are a result of copyright

24      infringement?

25  MR. THOMPSON:  Objection, calls for a legal conclusion and

HIGHLY CONFIDENTIAL

Page 709

1    "infringing content," if I had used expression

2    "unauthorized copyrighted content," would any of your

3    answers have been different?

4    MR. THOMPSON:  Same objection.

5    A.  I don't think so.

6    BY MR. FABRIZIO:

7    Q.  Has Hotfile -- no, strike that.

8         Other than work that Hotfile may have done at the

9    direction of its counsel in this litigation, has Hotfile

10   ever attempted to figure out how many copyright owners

11   use Hotfile to distribute their own works?

12   A.  I'm not aware of any study like that.

13   Q.  Why not?

14   MR. THOMPSON:  Objection, vague, overbroad.

15   A.  I don't know.

16   BY MR. FABRIZIO:

17   Q.  Okay, switching topics, some time during this deposition

18   you said that Hotfile will delete the files of

19   non-premium users if they are not -- if those files are

20   not downloaded for a certain period of time, and

21   I believe you said it was 14 to 90 days, is that

22   correct?

23   A.  That is correct.

24   Q.  Okay.  What determines whether that period of time is 14

25   days or 90 days or something in between?

HIGHLY CONFIDENTIAL

Page 710

1    A.   I believe there are two factors involved, one being if

2         the upload is anonymous or not.

3    Q.   One being if the uploader was anonymous?

4    A.   If the file was anonymously uploaded.

5    Q.   Okay.

6    A.   And the second factor would be whether the file was ever

7         downloaded at all.

8    Q.   Okay.  So is it the case that if the file was uploaded

9         anonymously and had never been downloaded before, the

10        period of time is 14 days?

11   A.   That is my belief.

12   Q.   And if the file was uploaded by a registered but

13        non-premium user and the file had been downloaded at

14        some point, then the period becomes 90 days?

15   A.   Yes, that is my belief, that it will be 90 days from the

16        last download.

17   Q.   Okay.  And is it possible -- is it possible that the

18        period of time could be something between 14 and 90

19        days, or is it one or the other?

20   A.   It is possible.

21   Q.   And is it based on the same considerations, just

22        different combinations of them?

23   A.   Correct.

24   Q.   Okay.  Why does Hotfile delete the files of non-premium

25        users when they haven't been downloaded for a period of

HIGHLY CONFIDENTIAL

Page 711

1    time?

2    A.  I believe that is to free disk space.

3    Q.  But if Hotfile is supposed to be at least in part

4        a storage service, isn't it contrary to the notion of

5        storage that Hotfile deletes files that have been stored

6        on it?

7    MR. THOMPSON:  Objection, argumentative, and assumes facts.

8    A.  I think it was implemented based on the model of other

9        websites.

10                       (Reporter clarification.)

11            Model of other websites.

12   BY MR. FABRIZIO:

13   Q.  "Model of other websites."  Other websites such as

14       Rapidshare and MegaUpLoad?

15   A.  Correct.

16   Q.  Has Hotfile ever given consideration to, instead of

17       deleting those files, simply charging those users to

18       store them?

19   MR. THOMPSON:  Objection, overbroad and vague.

20   A.  If user buy a premium account, these files will be in

21       fact stored.

22   BY MR. FABRIZIO:

23   Q.  Switching topics again -- I'm getting towards the end,

24       so I'm trying to cover some things I missed along the

25       way, that's why there will be a lot of shifting.

H I G H L Y   C O N F I D E N T I A L

Page 717



H I G H L Y   C O N F I D E N T I A L

Page 719



H I G H L Y   C O N F I D E N T I A L

Page 720

HIGHLY CONFIDENTIAL

Page 721



H I G H L Y   C O N F I D E N T I A L

Page 722



HIGHLY CONFIDENTIAL

Page 723

■ ███████████   █████████████████████

■ ██ █████████████████████████████████

■    ████████████████

4      BY MR. FABRIZIO:

5      Q.   Have you heard of the website hotfile123.com?

6      A.   Yes, I did.

7      Q.   Have you heard of the website hotfilesearch.com?

8      A.   Yes, I did.

9      Q.   Do you know who the operators are of either of those

10          sites?

11     A.   I'm not aware who the operators of these websites are.

12     Q.   Have you ever communicated with them in any way?

13     A.   I don't believe so.

14     Q.   Okay.  Is there any way for a file hosted on Hotfile to

15          be accessible on either hotfile123 or hotfilesearch if

16          the uploading user has never hosted the URL publically?

17     MR. THOMPSON:  Objection, calls for speculation, incomplete

18          hypothetical.

19     A.   It should not be possible.

20     BY MR. FABRIZIO:

21     Q.   Do you recognize the name Joni Dev, J-O-N-I, D-E-V?

22     A.   No, I do not.

23     Q.   Has Hotfile ever had any dealings with either

24          hotfile123.com or hotfilesearch.com that would provide

25          those websites with access to content posted on Hotfile?

H I G H L Y   C O N F I D E N T I A L

Page 724

1    MR. THOMPSON:  Objection, vague and ambiguous and overbroad.

2    A.  I'm not aware of any such dealings.

3    MR. THOMPSON:  That means we're very, very close.

4    MR. FABRIZIO:  We really -- I'm trying.

5         (Titov exhibit 177 marked for identification.)

HIGHLY CONFIDENTIAL

Page 729

1

CERTIFICATE OF DEPONENT

2

3

4   I, ANTON TITOV, hereby certify that I have read the
   foregoing pages of my deposition of testimony taken in these
5   proceedings on Thursday, December 8, 2011, and, with the
   exception of the changes listed on the next page and/or
6   corrections, if any, find them to be a true and accurate
   transcription thereof.

7

8

9

10

Signed: ...................................

11

Name:   ANTON TITOV

12

Date:   1/20/2012 ...............

13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1   NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2   DATE OF DEPOSITION: 12-8-2011

3   NAME OF WITNESS: ANTON TITOV

4   Reason Codes:

5       1.  To clarify the record.

6       2.  To conform to the facts.

7       3.  To correct transcription errors.

8   Page __581__ Line __8__ Reason __3__

9   From __make it to the__ to __make it to__

10  Page __581__ Line __9__ Reason __3__

11  From __log, the__ to __log the__

12  Page __582__ Line __17__ Reason __3__

13  From __cannot exist__ to __can notice if__

14  Page __582__ Line __20__ Reason __1__

15  From __accounts hacking, limitation__ to __accounts to prevent hacking is a limitation__

16  Page __582__ Line __22__ Reason __3__

17  From __force on__ to __force hacking on__

18  Page __586__ Line __16__ Reason __3__

19  From __or__ to __of__

20  Page __586__ Line __17__ Reason __3__

21  From __servers of__ to __service__

22

23                              _____

24                              ANTON TITOV

25

TSG Reporting - Worldwide

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5        1.  To clarify the record.

6        2.  To conform to the facts.

7        3.  To correct transcription errors.

8    Page __587__ Line __3__ Reason __3__

9    From __all product__ to __will protect__

10   Page __587__ Line __5__ Reason __3__

11   From __stage__ to __limitation__

12   Page __589__ Line __24__ Reason __3__

13   From __it's correct__ to __it isn't a correct__

14   Page __592__ Line __25__ Reason __1__

15   From __it__ to __we would__

16   Page __597__ Line __25__ Reason __3__

17   From __the shareholders__ to __two shareholders__

18   Page __611__ Line __22__ Reason __3__

19   From __Lucyan__ to __Luchian__

20   Page __612__ Line __8__ Reason __3__

21   From __Lucyan__ to __Luchian__

22

23   _____

24                ANTON TITOV

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1   NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2   DATE OF DEPOSITION: 12-8-2011

3   NAME OF WITNESS: ANTON TITOV

4   Reason Codes:

5        1.   To clarify the record.

6        2.   To conform to the facts.

7        3.   To correct transcription errors.

8   Page   612   Line   15   Reason   3

9   From   Lucyan            to   Luchian

10  Page   612   Line   17   Reason   3

11  From   Lucyan            to   Luchian

12  Page   616   Line   8    Reason   3

13  From   FABRIZIO          to   THOMPSON

14  Page   616   Line   13   Reason   3

15  From   man               to   him

16  Page   620   Line   4    Reason   3

17  From   Lemuria paid      to   Lemuria ever paid

18  Page   620   Line   4    Reason   3

19  From   other             to   any

20  Page   620   Line   5    Reason   3
         and if there is still other      and the answer is still no, and
21  From   shareholders      to   other shareholders, no.

22

23                                _____

24                                ANTON TITOV

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5         1.   To clarify the record.

6         2.   To conform to the facts.

7         3.   To correct transcription errors.

8    Page __626__ Line __22__ Reason __3__

9    From __financial election__ to __FinArt transaction__

10   Page __632__ Line __25__ Reason __3__

11   From __a port tool__ to __upload tool__

12   Page __649__ Line __25__ Reason __3__

13   From __paid to the__ to __paid through the__

14   Page __675__ Line __13__ Reason __3__

15   From __responding to the__ to __responding to user__

16   Page __675__ Line __14__ Reason __3__

17   From __query in__ to __inquiries via__

18   Page __675__ Line __15__ Reason __1__

19   From __frequently questions__ to __frequently asked questions__

20   Page __701__ Line __11__ Reason __3__

21   From __ask him the question__ to __ask him a new question__

22

23                          _____

24                          ANTON TITOV

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5        1.  To clarify the record.

6        2.  To conform to the facts.

7        3.  To correct transcription errors.

8    Page ___723___ Line __16__ Reason ___3___

9    From ___hosted___ to ___posted___

10   726:25-727:1
     Page _____ Line _____ Reason ___3___

11   From ___our court file___ to ___Hotfile___

12   Page ___611___ Line __22__ Reason ___3___

13   From ___Lucyan___ to ___Luchian___

14   Page ___612___ Line __8__ Reason ___3___

15   From ___Lucyan___ to ___Luchian___

16   Page ___612___ Line __12__ Reason ___3___

17   From ___Lucyan___ to ___Luchian___

18   Page ___612___ Line __15__ Reason ___3___

19   From ___Lucyan___ to ___Luchian___

20   Page ___612___ Line __17__ Reason ___3___

21   From ___Lucyan___ to ___Luchian___

22

23   _____

24              ANTON TITOV

25

TSG Reporting - Worldwide

HIGHLY CONFIDENTIAL

Page 730

1                   HIGHLY CONFIDENTIAL
                CERTIFICATE OF COURT REPORTER

2

3

      I, Fiona Farson, with TSG Reporting, hereby certify that the
4     testimony of the witness Anton Titov in the foregoing
      transcript, taken on Thursday, December 8, 2011 was reported
5     by me in machine shorthand and was thereafter transcribed by
      me; and that the foregoing transcript is a true and accurate
6     verbatim record of the said testimony.

7

      I further certify that I am not a relative, employee,
8     counsel or financially involved with any of the parties to
      the within cause, nor am I an employee or relative of any
9     counsel for the parties, nor am I in any way interested in
      the outcome of the within cause.

10

11

12

13

14

      Signed:  ........................

15

      Fiona Farson

16

      Dated: 12-20-2011

17

18

19

20

21

22

23

24

25

# Yeh Exhibit 2

Page 1

1            UNITED STATES DISTRICT COURT
2            SOUTHERN DISTRICT OF FLORIDA
3          CASE NO. 11-20427-WILLIAMS/TURNOFF
4

     DISNEY ENTERPRISES,        )
5    INC., TWENTIETH CENTURY    )
     FOX FILM CORPORATION,      )
6    UNIVERSAL CITY STUDIOS     )
     PRODUCTIONS LLLP,          )
7    COLUMBIA PICTURES          )
     INDUSTRIES, INC., and      )
8    WARNER BROS.               )
     ENTERTAINMENT, INC.,       )
9                               )
          Plaintiffs,           )
10                              )
      v.                        )
11                              )
     HOTFILE CORP., ANTON       )
12   TITOV, and DOES 1-10       )
                                )
13        Defendants.           )
     _____)
14

15

16        H I G H L Y   C O N F I D E N T I A L
17       (Pursuant to protective order, the following
     transcript has been designated highly confidential)
18

19        30(B)(6) DEPOSITION OF ANTON TITOV
20            LOS ANGELES, CALIFORNIA
21         THURSDAY, NOVEMBER 17, 2011
22

23

     REPORTED BY:
24   Alejandria E. Kate
     CSR NO. 11897, HI 448, RPR, CLR
25   JOB NO.:  44003

Highly Confidential

Page 2

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF FLORIDA
 3           CASE NO. 11-20427-WILLIAMS/TURNOFF
 4
    DISNEY ENTERPRISES,        )
 5  INC., TWENTIETH CENTURY    )
    FOX FILM CORPORATION,      )
 6  UNIVERSAL CITY STUDIOS     )
    PRODUCTIONS LLLP,          )
 7  COLUMBIA PICTURES          )
    INDUSTRIES, INC., and      )
 8  WARNER BROS.               )
    ENTERTAINMENT, INC.,       )
 9                             )
            Plaintiffs,        )
10                             )
     v.                        )
11                             )
    HOTFILE CORP., ANTON       )
12  TITOV, and DOES 1-10       )
                               )
13          Defendants.        )
    _____)
14                             )
    HOTFILE CORP.,             )
15                             )
            Counterclaimant,   )
16                             )
    v.                         )
17                             )
    WARNER BROS ENTERTAINMENT  )
18  INC.,                      )
                               )
19          Counterdefendant.  )
    _____)
20
21
22
23
24
25
```

Highly Confidential

Page 3

1

2

3

4

5                        NOVEMBER 17, 2011

6                          7:08 A.M.

7

8

9        Videotaped deposition of ANTON TITOV, held at

10       the offices of JENNER & BLOCK, LLP,

11       633 West 5th Street, Suite 3600, Los Angeles,

12       California, before Alejandria E. Kate, a

13       Registered Professional Reporter and

14       Certified Shorthand Reporter of the State of

15       California.

16

17

18

19

20

21

22

23

24

25

Page 4

1     A P P E A R A N C E S:

2

3          ATTORNEY FOR THE PLAINTIFFS:

4               JENNER & BLOCK, LLP
                BY:  STEVEN B. FABRIZIO, ESQ.

5               1099 New York Avenue, NW
                Suite 900

6               Washington, DC  20001
                202.639.6040

7               sfabrizio@jenner.com

8

9          ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
           AND ANTON TITOV:

10

                FARELLA, BRAUN & MARTEL, LLP
11              BY:  RODERICK M. THOMPSON, ESQ.
                     (APPEARING VIA VIDEO CONFERENCE)

12              235 Montgomery Street, 17th Floor
                San Francisco, California  94104

13              415.954.4400
                rthompson@fbm.com

14

15

           ATTORNEY FOR THE DEFENDANT ANTON TITOV:

16

                PENKOV, MARKOV & PARTNERS

17              BY:  SVETOSLAV DIMITROV, ESQ.
                     NIKOLAY CVETANOV, ESQ.

18                   (APPEARING VIA VIDEO CONFERENCE)
                Iztok Dstr., Bl. 22, Entr. A

19              1113 Sofia
                Bulgaria

20              359-2-9713935
                lawyers@penkov-markov.eu

21

22

           ALSO PRESENT:

23

                KELLY TRUELOVE, consultant for the plaintiffs

24

                GUEORGUI MATVEER, standby Bulgarian interpreter

25              (appearing via video conference)

Highly Confidential

Page 16

Highly Confidential

Page 17

Highly Confidential

Page 19

Highly Confidential

Page 20

Highly Confidential

Page 30

Highly Confidential

Page 31

Highly Confidential

Page 32

Highly Confidential

Page 43

Highly Confidential

Page 44

Highly Confidential

Page 51

Highly Confidential

Page 52

Page 54

22   BY MR. FABRIZIO:                                    08:44

23       Q.   Okay.  So prior to this litigation, you didn't   08:44

24   have a system of strikes and tallying strikes; correct?   08:44

25            MR. THOMPSON:  Objection.  Vague and outside   08:45

Highly Confidential

Page 55

1    the scope --                                        08:45

2         (Speaking simultaneously.)                     08:45

3         THE WITNESS:  (Inaudible.)                      08:45

4    BY MR. FABRIZIO:                                    08:45

5       Q.   Go ahead, Mr. Titov.                        08:45

6         MR. THOMPSON:  Well, excuse me.  Let make me   08:45

7    make my objection, Mr. Fabrizio.                    08:45

8         This -- this last line of inquiries is outside 08:45

9    the scope of the deposition notice.  We're coming up to  08:45

10   two hours, and you're going far afield.  I'll let a few  08:45

11   more questions go before I cut this off.             08:45

12        MR. FABRIZIO:  Okay.  I understand.             08:45

13      Q.   Mr. Titov?                                   08:45

14        MR. THOMPSON:  Perhaps you can repeat the      08:45

15   question.                                            08:45

16        MR. FABRIZIO:  I'm going to.                    08:45

Highly Confidential

Page 56

Highly Confidential

Page 57

Highly Confidential

Page 67

Highly Confidential

Page 68

Highly Confidential

Page 76

1                    C E R T I F I C A T E

2

3        STATE OF CALIFORNIA      )
                                  ) ss.
4        COUNTY OF LOS ANGELES  )

5

6

7

8              I, ALEJANDRIA E. KATE, a Registered

9        Professional Reporter and Certified

10       Shorthand Reporter within and for the

11       State of California, do hereby certify:

12             That the foregoing record of

13       proceedings is a full and correct

14       transcript of the stenographic notes

15       taken by me therein.

16             In witness whereof, I have hereunto

17       set my hand this 22nd day of November,

18       2011.

19

20

21       _____

22             ALEJANDRIA E. KATE, RPR, CSR 11897

23

24

25

Highly Confidential

Page 80

1                              ERRATA SHEET

2

3      NAME OF CASE:  "DISNEY ENTERPRISES VS. HOTFILE  CORP."

4      DATE OF DEPOSITION:  NOVEMBER 17, 2011

5      NAME OF WITNESS:  ANTON TITOV

6      Reason Codes:

7          1.  To clarify the record.

           2.  To conform to the facts.

8          3.  To correct transcription errors.

9

10     Page ___6___   Line __20-21__   Reason __1_____
                        which is the Daylight Saving Times,
11     From _with the Dallas time_____   to _with Daylight Saving Times

12     Page _9____    Line __17___    Reason __1_____

13     From _a transaction ID schedule, to _a transaction ID,_____

14     Page _15_____  Line _3-4____   Reason _1_____

15     From _for millions of years_   to _for many years_____

16     Page _15_____  Line _4_____    Reason _1_____

17     From _a user for--_____    to _a user for short period

18     Page _16_____ Line _8_____    Reason ___3_____

19     From _Vazell_____        to ___Vasil_____

20     Page _16_____ Line _20____    Reason _3_____

21     From _Vazell is Vazell Kolef  to _Vasil is Vasil Kolev_

22     Page _17_____ Line _6-7___    Reason _2_____

23     From _main file_____      to __admin panel_____

24                           _____

25                                ANTON TITOV

Highly Confidential

Page 80

1                            ERRATA SHEET

2

3      NAME OF CASE:  "DISNEY ENTERPRISES VS. HOTFILE  CORP."

4      DATE OF DEPOSITION:  NOVEMBER 17, 2011

5      NAME OF WITNESS:  ANTON TITOV

6      Reason Codes:

7          1.  To clarify the record.

           2.  To conform to the facts.

8          3.  To correct transcription errors.

9

10     Page   20        Line   13        Reason   3

11     From then we'll                   to   that will

12     Page  21         Line   14        Reason   3

13     From   wipe                       to   whitelist

14     Page   26        Line   20        Reason  3

15     From  Andre                       to   Andrey

16     Page  33         Line   1         Reason   3

17     From   bullet                     to  uploaded

18     Page   33        Line   12        Reason   3

19     From   my scale                   to   ~~MySOL~~  MySQL

20     Page   33        Line   12        Reason  3

21     From   our increments             to   auto increment

22     Page   34        Line   6         Reason   3

23     From   of this                    to   manual

24                            _____

25                            ANTON TITOV

Highly Confidential

Page 80

1                          ERRATA SHEET

2

3     NAME OF CASE:  "DISNEY ENTERPRISES VS. HOTFILE  CORP."

4     DATE OF DEPOSITION:  NOVEMBER 17, 2011

5     NAME OF WITNESS:  ANTON TITOV

6     Reason Codes:

7          1.  To clarify the record.

         2.  To conform to the facts.

8          3.  To correct transcription errors.

9

10    Page  38      Line  15      Reason  3

11    From  match              to  mention

12    Page  39      Line  1      Reason  3

13    From  coordinate          to  concatenate

14    Page  40      Line  2      Reason  3

15    From  image indicator     to  identifier

16    Page  42      Line  4      Reason  3

17    From  false               to  uploads

18    Page  45      Line  7      Reason  3

19    From  bot                 to  --

20    Page  46      Line  15     Reason  3

21    From  escrow              to  ~~SQL~~  SQL

22    Page  51      Line  3      Reason  3

23    From  19                  to  90

24                          _____

25                          ANTON TITOV

Highly Confidential

Page 80

1                              ERRATA SHEET

2

3      NAME OF CASE:  "DISNEY ENTERPRISES VS. HOTFILE  CORP."

4      DATE OF DEPOSITION:  NOVEMBER 17, 2011

5      NAME OF WITNESS:  ANTON TITOV

6      Reason Codes:

7           1.   To clarify the record.

            2.   To conform to the facts.

8           3.   To correct transcription errors.

9

10     Page ___52___    Line ___9___    Reason __3_____

11     From _pile_____    to _panel_____

12     Page __61____    Line __11-12__    Reason __3_____

13     From _block...block_____    to _last...last_____

14     Page __62____    Line __8-9___    Reason _3_____

15     From_late block...block downloads_to_last....uploaddownloads_

16     Page _69_____    Line __3___    Reason __3_____

17     From __date_____    to _data_____

18     Page __72____    Line __13___    Reason ___3_____

19     From _mainly_____    to ___many_____

20     Page _____    Line _____    Reason _____

21     From _____    to _____

22     Page _____    Line _____    Reason _____

23     From _____    to _____

24                         _____

25                              ANTON TITOV

# Yeh Exhibit 3

1                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
2                CASE NO. 11-20427-WILLIAMS/TURNOFF
3    DISNEY ENTERPRISES, INC.,                )
     TWENTIETH CENTURY FOX FILM               )
4    CORPORATION, UNIVERSAL CITY              )
     STUDIOS PRODUCTIONS LLLP,                )
5    COLUMBIA PICTURES INDUSTRIES             )
     INC., and WARNER BROS.                   )
6    ENTERTAINMENT INC.,                      )
                                              )
7                    Plaintiffs,              )
                                              )
8    -vs-                                     )
                                              )
9    HOTFILE CORP., ANTON TITOV,              )
     and DOES 1-10,                           )
10                                            )
                    Defendants.               )
11   _____      )
                                              )
12   HOTFILE CORP.,                           )
                                              )
13                   Counterclaimant,         )
                                              )
14      -vs-                                  )
                                              )
15   WARNER BROS. ENTERTAINMENT, INC.,        )
                                              )
16                   Counterdefendant.        )
                                              )
17
          VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
18
                              OF
19
                       RUMEN STOYANOV
20
                    HIGHLY CONFIDENTIAL
21
                 on Thursday, December 8, 2011
22                  commencing at 9:10 a.m.
                        Taken at:
23                 The Raddison Blu Hotel
                      Sofia, Bulgaria
24   Job Number:   43401
25   Reported by:  Thelma Harries, MBIVR, ACR

1                A P P E A R A N C E S

2     On behalf of the Plaintiffs
          JENNER & BLOCK
3         10909 New York Avenue, NW
          Washington, DC 20001

4
              BY:  LUKE C. PLATZER,SQ.

5

6

7     On behalf of the Defendant HOTFILE CORP.
          FARELLA BRAUN + MARTEL LLP
8         Russ Building
          235 Montgomery Street
9         San Francisco, CA 94104

10            BY:  ANDREW LEIBNITZ, ESQ.

11

12    In attendance:

13    INTERPRETER:
          GEORGE M. MATVEEV
14        GO Ltd.
          15, Krusheva Gradina Str.
15        Sofia 1415
          Bulgaria

16

17    VIDEOGRAPHER:
          SIMON ADDINSELL
18        TSG Court Reporting

19

20

21

22

23

24

25

Page 21













[redacted]

[redacted]

[redacted]

in the budget dropped down.

[redacted]



Page 56

██ ██████████████

██          ██   ██████████████████

3            At some point in time, RapidShare had

4    an affiliate programme that was similar to Hotfile,

5    is that correct?

6            A     Yes.

7            Q     And did RapidShare terminate its

8    affiliate programme at one point?

9            A     I think so, yes.

10           Q     Do you recall when that was?

11           A     I'm not absolutely sure, but I think

12   it was in 2010.

██          ████████   █████████████████

██          █████████████████

██          ███████████

██   █████████

██     █   ████████████████

██   ████████████████████████████

██   ██   ██████████████████████

██   ██████████████████████

██   ██████████   ████████████████

██   ██████████████████████

██          ████████████████████

██   ██████████████████████████

██   ████████████████████



[redacted]



[redacted]







[redacted]

[redacted]

■ ██████████████   ████████████████

■     ██████████   ████████████   ██████████

■ ██████████

4   BY MR PLATZER:

5         Q    You can put the document aside.

6              I would like to ask about cheaters

7   more generically.  Was an issue that Hotfile faced

8   users who tried to crack the system in order to get

9   more money?

10        A    Could you repeat the question?

11        Q    Did Hotfile have an issue with users

12  who tried to cheat your system?

13        A    Yes.

14        Q    And can you tell me what methods

15  those cheaters use?

16             MR LEIBNITZ:  Objection.  Lacks

17  foundation.

18             THE WITNESS:  Technically, I don't

19  know how they actually do this, but I'm looking at

20  the main indicator and, if something seems to be

21  going wrong, then I will instruct the technical

22  staff to start looking for issues.

23  BY MR PLATZER:

24        Q    And when cheaters were successful in

25  cracking Hotfile's system, that cost Hotfile money,

Page 71

1    definition, so now I am acquainted with a

2    phenomenon.



Page 72



Page 73



4    Q    Earlier we discussed the case in July

5  of 2010 when you were trying to find an explanation

6  for why Hotfile's revenue had suddenly increased.

7  Did you eventually arrive at a conclusion for why

8  Hotfile's revenues increased?

9    A    I don't recall.

10        Are we done with this document?

11        MR PLATZER:   Oh, yes.   You can put

12  that away, sorry.

[redacted]



Page 75



4                    MR PLATZER:  Mark these, please.

5                    MR LEIBNITZ:  Do you want to take

6     a break for lunch?

7                    MR PLATZER:  I'd like to get through

8     this document first.

9                    (Exhibits 15 and 16 marked

10                    for identification)

11     BY MR PLATZER:

Page 78

1          A     I don't even remember ever discussing

2      anything which we could do to attract them.

3                  MR PLATZER:  These are the next

4      exhibits;  Exhibits 17 and 18.

5                       (Exhibits 17 and 18 marked

6                       for identification)

7      BY MR PLATZER:



[redacted]

These are next.

(Exhibits 19 and 20 marked

for identification)

BY MR PLATZER:

[redacted]



[redacted]

ACKNOWLEDGEMENT

1

2       The witness and the within and foregoing
deposition of the aforementioned witness was taken
before THELMA HARRIES, MBIVR, ACR, at the place,

3  date and time aforementioned.

4       There were present during the taking of the
deposition the previously named counsel.  The said

5  witness was first duly sworn and was then examined
upon oral interrogatories; the questions and

6  answers were taken down in shorthand by the
undersigned, acting as stenographer; and the within

7  and foregoing is a true, accurate and complete
record of all of the questions asked of and answers

8  made by the aforementioned witness at the time and
place hereinabove referred to.

9

10      The signature of the witness was not waived, and
the deposition was submitted and the undersigned is
not interested in the within case, nor of kin or

11  counsel to any of the parties.

12      I, RUMEN STOYANOV, being first duly sworn, on
oath say that I am the deponent in the aforesaid

13  deposition taken on December 8th, 2011; that I have
read the foregoing transcript of my deposition,

14  consisting of pages 1 through 92 inclusive, and
affix my signature to same.

15

16

17  _____

18  RUMEN STOYANOV

19  Subscribed and sworn to
before me this _16_ day

20  of _January_, 2011.

21

22

23

24

25

TSG Reporting - Worldwide

Page 93

CERTIFICATE

1

2      I, THELMA HARRIES, MBIVR, ACR, do hereby

3  certify:

4      That RUMEN STOYANOV, the witness whose

5  examination is hereinbefore set forth, was duly

6  sworn by me and the within transcript is a true

7  record of the testimony given by such witness.

8      I further certify that I am not related to any

9  of the parties of this action nor in any way

10  interested in the outcome of this matter.

11

12

_____

13  THELMA HARRIES, MBIVR, ACR

    Certified Court Reporter

14  Dated: December 20th, 2011

15

16

17

18

19

20

21

22

23

24

25

# Yeh Exhibit 4

HIGHLY CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2            CASE NO. 11-20427-WILLIAMS/TURNOFF
 3

     DISNEY ENTERPRISES, INC.,              )
 4   TWENTIETH CENTURY FOX FILM             )
     CORPORATION, UNIVERSAL CITY            )
 5   STUDIOS PRODUCTIONS LLLP,              )
     COLUMBIA PICTURES INDUSTRIES           )
 6   INC., and WARNER BROS.                 )
     ENTERTAINMENT INC.,                    )
 7                                          )
                 Plaintiffs,                )
 8                                          )
     -vs-                                   )
 9                                          )
     HOTFILE CORP., ANTON TITOV,            )
10   and DOES 1-10,                         )
                                            )
11               Defendants.                )
     _____)
12                                          )
     HOTFILE CORP.,                         )
13                                          )
                 Counterclaimant,           )
14                                          )
        -vs-                                )
15                                          )
     WARNER BROS. ENTERTAINMENT, INC.,      )
16                                          )
                 Counterdefendant.          )
17                                          )
18        VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
19                           OF
20                    ATANAS VANGELOV
21                  HIGHLY CONFIDENTIAL
22          on Wednesday, December 7, 2011
                 commencing at 9:10 a.m.
23   Reported by:
                      Taken at the offices of
24   Thelma Harrie      RADDISON BLU HOTEL
                         SOFIA, BULGARIA
25   Job# 43403
```

HIGHLY CONFIDENTIAL

1                    A P P E A R A N C E S

2    On behalf of the Plaintiffs
         JENNER & BLOCK LLP
3        1099 New York Avenue, NW
         Washington, DC 20001
4              BY:  LUKE PLATZER, ESQ.

5

6

7    On behalf of the Defendant HOTFILE CORP.
         FARELLA BRAUN & MARTEL LLP
8        Russ Building
         235 Montgomery Street
9        San Francisco, CA 94104
               BY:  ANDREW LEIBNITZ, ESQ.

10

11

12   In attendance:

13   INTERPRETER:
         GEORGE M. MATVEEV
14       GO Ltd.
         15, Krusheva Gradina Str.
15       Sofia 1415
         Bulgaria
16       Tel. +359 888 13 50 62

17   VIDEOGRAPHER:
         SIMON ADDINSELL
18       TSG Court Reporting

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL



```
 9    BY MR PLATZER:
10          Q     Thank you.  I'd like to ask some
11    questions about your involvement in Hotfile.
12          A     Okay.
```

HIGHLY CONFIDENTIAL

Page 25

HIGHLY CONFIDENTIAL



Page  29



HIGHLY CONFIDENTIAL

Page 30



HIGHLY CONFIDENTIAL

Page 31



HIGHLY CONFIDENTIAL

Page 32



HIGHLY CONFIDENTIAL

Page 141



HIGHLY CONFIDENTIAL

Page 150

1    conversations about that?

2              MR LEIBNITZ:  I'll object to the

3    extent it seems like you're asking for a legal

4    conclusion about legal liability.

5              (To the witness)  So, obviously,

6    Mr Vangelov, to the extent you had conversations

7    with counsel, he is not asking for that, and I'll

8    instruct you not to answer about communications you

9    would have had with your co-workers in the presence

10   of counsel to seek legal advice.

11             But his question is did you have

12   discussions with your co-workers that, if Hotfile

13   knew what files were hosted on the system, that

14   that could give rise to legal liability?

15             THE WITNESS:  As I can recall now --

16   as I recall now, I don't remember of any discussion

17   like this without the presence of our attorneys.

18             MR PLATZER:  Mark these as Exhibits

19   25 and 26.

20             (Exhibits 25 and 26 marked

21             for identification)

22   BY MR PLATZER:

■         ■         ████████████████████

■         ███████████████████████████████████

■     ████   ████████████████████████

HIGHLY CONFIDENTIAL

Page 151



HIGHLY CONFIDENTIAL

Page 166

1     VIDEOGRAPHER:  This is the end of

2        tape 3 in volume 1 of the deposition of Antanas

3        Vangelov.  We're going off the record at 3:44.

4

5

6

7

8        (Deposition concluded at 3:44 p.m.)

9

10

11

12

13    ATANAS VANGELOV

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 169

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-7-2011

3    NAME OF WITNESS: ATANAS VANGELOV

4    Reason Codes:

5         1.   To clarify the record.

6         2.   To conform to the facts.

7         3.   To correct transcription errors.

8    Page __11__ Line __16__ Reason __1__

9    From _UNIVERSITY FOR ECONOMY_ to _UNIVERSITY OF NATIONAL AND WORLD_

10   Page __106__ Line __14__ Reason __3__  ECONOMY

11   From _LEMURIA_ to _BLUE ANT_

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22

23

24                                    _____

25                                    ATANAS VANGELOV

HIGHLY CONFIDENTIAL

Page 167

1                        CERTIFICATE

2        I, THELMA HARRIES, MBIVR, ACR, do hereby

3    certify:

4        That ATANAS VANGELOV, the witness whose

5    examination is hereinbefore set forth, was duly

6    sworn by me and the within transcript is a true

7    record of the testimony given by such witness.

8        I further certify that I am not related to any

9    of the parties of this action nor in any way

10   interested in the outcome of this matter.

11

12

     _____

13   THELMA HARRIES, MBIVR, ACR

     Certified Court Reporter

14

15

16   Subscribed and sworn to

17   before me this 19th day

18   of December, 2011.

19

20

21

22

23

24

25

# Yeh Exhibit 5

1                  UNITED STATES DISTRICT COURT

2                  SOUTHERN DISTRICT OF FLORIDA

3                   CASE NO. 11-20427-WILLIAMS

4

5    DISNEY ENTERPRISES, INC.,      )
     TWENTIETH CENTURY FOX FILM     )
6    CORPORATION, UNIVERSAL CITY    )
     STUDIOS PRODUCTIONS LLLP,      )
7    COLUMBIA PICTURES              )
     INDUSTRIES, INC., and          )
8    WARNER BROS. ENTERTAINMENT     )
     INC.,                          )
9                                   )
                                    )
10   Plaintiffs,                    )
                                    )
11                                  )
     v.                             )
12                                  )
     HOTFILE CORP., ANTON TITOV     )
13   and DOES 1-10,                 )
                                    )
14   Defendants.                    )

15

16

17            Continued Deposition of JAMES BOYLE

18                        Volume II

19               (Taken by the Plaintiffs)

20               Raleigh, North Carolina

21                   January 19, 2012

22

23

24   Reported by:    Marisa Munoz-Vourakis -
                      RMR, CRR and Notary Public
25   TSG Job # 45588

Page 205

1    APPEARANCE OF COUNSEL:

2    For the Plaintiffs:

3              DUANE POZZA, ESQ.

4              Jenner & Block

5              1099 New York Avenue, NW, Suite 900

6              Washington, DC 20001

7

8

9

10   For the Defendants:

11             DEEPAK GUPTA, ESQ.

12             Farella Braun & Martel

13             Russ Building

14             235 Montgomery Street, 17th Floor

15             San Francisco, CA 94104

16

17

18                       o0o

19

20             Continued Deposition of JAMES BOYLE,

21   taken by the Plaintiffs, at Office Suites Plus, 3737

22   Glenwood Avenue, Suite 100, Raleigh, North Carolina, on

23   the 19th day of January, 2012 at 9:38 a.m., before

24   Marisa Munoz-Vourakis, Registered Merit Reporter,

25   Certified Realtime Reporter and Notary Public.

1    uploaders that mainly use the free Hotfile resources

2    for storage seem to indicate that Hotfile had an

3    intention not to have users use their free service if

4    they were engaging in storage, but rather to use some

5    paid service, which I presume, but do not know, is the

6    premium service.

7         Q.     Do you have a general familiarity with the

8    affiliate program based on -- let me back up.

9              In your initial report, you became

10   generally familiar with the affiliate program on

11   Hotfile, correct?

12        A.     In my initial report, I talked about the

13   affiliate program to the extent that I analyzed it in

14   order to see whether or not it could be used by

15   copyright holders to indirectly compensate them for the

16   copyrighted materials that they owned and which they

17   uploaded.  And I concluded based on the fact that the

18   affiliate members would receive monies proportional to

19   downloading, number one; and number two, that two of

20   the specific developers that I looked at were actually

21   members of the affiliate program, that those facts were

22   consistent with copyright holders using Hotfile to

23   distribute their own copyrighted materials and being

24   compensated for it.

25              That I would say pretty much exhausts my

Page 462

```
 1                    SIGNATURE PAGE

 2        you.

 3              (Whereupon the deposition was

 4        concluded at 5:43 p.m.)

 5              (Signature reserved.)

 6

 7        _____

 8        JAMES BOYLE

 9

10

11   SUBSCRIBED AND SWORN to before me this _____

12   day of_____, 2012

13

14

15        _____

16                  NOTARY PUBLIC

17

18   My Commission expires:_____

19

20

21

22

23

24

25
```

Page 463

```
 1                        TRANSCRIPTION

 2                                              MMV

 3   CASE NAME:  Disney vs. Hotfile

 4

 5

 6   WITNESS NAME:  JAMES BOYLE

 7   DATE:  January 19, 2012

 8

 9   PAGE          LINE    READS          SHOULD READ

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25                        _____
```

1              C E R T I F I C A T E

2        I, Marisa Munoz-Vourakis, RMR, CRR and Notary Public,

3   the officer before whom the foregoing proceeding was

4   conducted, do hereby certify that the witness(es) whose

5   testimony appears in the foregoing proceeding were duly

6   sworn by me; that the testimony of said witness(es) were

7   taken by me to the best of my ability and thereafter

8   transcribed under my supervision; and that the foregoing

9   pages, inclusive, constitute a true and accurate

10   transcription of the testimony of the witness(es).

11        I do further certify that I am neither counsel for,

12   related to, nor employed by any of the parties to this

13   action in which this proceeding was conducted, and

14   further, that I am not a relative or employee of any

15   attorney or counsel employed by the parties thereof, nor

16   financially or otherwise interested in the outcome of the

17   action.

18   IN WITNESS WHEREOF, I have hereunto subscribed my name

19   this 23rd of January, 2012.

20

21

                     _____
22                      MARISA MUNOZ-VOURAKIS

23                      Notary #20032900127

24

25

# Yeh Exhibit 6

Page 1

1           UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
2         CASE NO. 11-20427-WILLIAMS/TURNOFF
3

4   DISNEY ENTERPRISES, INC.,
    TWENTIETH CENTURY FOX FILM
5   CORPORATION, UNIVERSAL CITY
    STUDIOS PRODUCTIONS LLLP,
6   COLUMBIA PICTURES INDUSTRIES,
    INC., and WARNER BROS.
7   ENTERTAINMENT, INC.,
8                 Plaintiffs,
9   v.
    HOTFILE CORP., ANTON TITOV,
10  and DOES 1-10,
11                Defendants.
12  _____
13  HOTFILE CORP.,
14                Counterclaimant,
15  v.
16  WARNER BROS. ENTERTAINMENT
    INC.,
17
                  Counterdefendant.
18  _____
                    Thursday, December 15, 2011
19                  9:15 a.m. - 2:39 p.m.
                    1221 Brickell Avenue
20                  Miami, Florida
21        DEPOSITION OF CONSTANTIN LUCHIAN
22        Taken on behalf of the PLAINTIFFS before
    Michael J. D'Amato, RMR, Notary Public in and for the
23  State of Florida at Large, pursuant to Notice of Taking
    Deposition in the above cause.
24

25  Job No. 44703

Page 2

APPEARANCES

—————————

For the Plaintiffs:

     JENNER & BLOCK
     BY: JENNIFER V. YEH, ESQ.
     1099 New York Avenue
     Washington, DC 20001

For the Defendant Hotfile and Titov:

     RASCO, KLOCK, REININGER PEREZ ESQUENAZI
     VIGIL & NIETO
     BY: JANET MUNN, ESQ.
     283 Catalonia Avenue
     Coral Gables, FL 33134

     -AND-

     BOSTON LAW GROUP
     BY: VAL GURVITZ, ESQ.
     20 Park Plaza
     Boston, MA 02116

Page 15

1    these clients?

2        A.   No.

3        Q.   So for all the clients who have DMCA agents

4    through Incorporate Now you would be the DMCA agent?

5            MS. MUNN:   Objection to the form of the

6        question.   You can answer.

7        A.   Yes.

8        Q.   Let's move to your work for Hotfile Corp. as a

9    DMCA agent.   Is there -- which Hotfile entity do you

10   perform DMCA services for?

11       A.   We perform services for Hotfile.com and for

12   Hotfile Corp.

13       Q.   In working for Hotfile.com who do you interact

14   with at Hotfile Corp.?

15       A.   I sent all the interactions to

16   Abust@Hotfile.com.

17       Q.   Is there a specific individual that you

18   communicate with?

19       A.   I don't know.   It goes to Abust@Hotfile.com.

20       Q.   So more generally speaking, not just the

21   notices that you are sending, but is there somebody

22   that -- who is the contact person at Hotfile Corp. if

23   you are looking for specific answers for something?

24       A.   It still will go to Abuse@Hotfile.com.

25       Q.   So there is no individual that you interact

1   with at Hotfile Corp.?

2       A.   I have interacted with Anton Titov.

3       Q.   When did you first meet Mr. Titov?

4       A.   As far as I remember it was in 2009.

5       Q.   Can you be more specific when in 2009?

6       A.   I can't.  I don't remember.

7       Q.   When you were -- I understand that Hotfile did

8   some work with Webazilla.  Did you ever meet Mr. Titov

9   through Webazilla?

10      A.   As far as I remember I met Mr. Titov when he

11  was referred to be a DMCA client for us.

12      Q.   What is your understanding of Mr. Titov's role

13  in Hotfile?

14      A.   As far as I know he's a firm representative.

15      Q.   Can you be more specific, what do you mean by

16  firm representative?

17      A.   He represents the company Hotfile.com.

18      Q.   Do you believe that -- strike that.  Other

19  than Mr. Titov is there any other individual that you

20  have dealt with at Hotfile?

21      A.   No, not as far as I remember.

22      Q.   Are you aware of what Mr. Titov does for

23  Hotfile?

24      A.   As far as I know it's just what services I

25  perform to him and to Hotfile.com.

Page 17

1      Q.   Can you be more specific?

2      A.   My interaction with Mr. Titov was on the part

3   of DMCA, correct.  What else he might be doing I don't

4   know.

5      Q.   So you only interact with Mr. Titov in your

6   capacity as a DMCA agent, is that correct?

7      A.   Yes.

8      Q.   You mentioned earlier that Hotfile Corp. is

9   the entity for which Incorporate Now performs DMCA

10  services for, is that correct?

11     A.   Yes, that's correct, we perform services for

12  Hotfile.com.

13     Q.   Is there a contract that governs those

14  services?

15     A.   Yes, there's a contract that governs the

16  services.



Page 26

10        Q.    Prior to December 2009 do you know who the

11   DMCA agent for Hotfile was?

12        A.    No, I do not.

13        Q.    Do you know whether there was a DMCA agent?

14        A.    No, I do not.

15        Q.    Currently are you the only DMCA agent for

16   Hotfile?

17        A.    As far as I know, yes.

18        Q.    Let's go back to your responsibilities as a

19   DMCA agent.  Aside from forwarding the notices you get,

20   what other responsibilities do you have?

21        A.    As far as that's the only responsibilities

22   that we provide.

23        Q.    Let's walk through this process.  What happens

24   when you first receive a notice?

25        A.    The notice is being saved and then forwarded

Page 46



18      Q.   I just wanted to be clear that you actually

19  don't have access to the Abuse@Hotfile e-mail address?

20      A.   No, I do not.

21      Q.   Are you authorized to delete content?

22      A.   Can you explain?

23      Q.   So these notices that are sent, they ask that

24  certain content be deleted off of Hotfile.  Do you have

25  the ability to delete content?

1      A.    No, I do not.

2            MS. MUNN:  Why don't we take a short break.

3            MS. YEH:  Okay.

4            (Recess taken in the proceedings)

5    BY MS. YEH:

6      Q.    Mr. Luchian, do you understand that you are

7    still under oath?

8      A.    Yes, I do.

9      Q.    Can I ask, what did you do to prepare for this

10   deposition?

11     A.    I have consulted my attorney.

12     Q.    Did you speak with Mr. Titov?

13     A.    Yes, I have.

14     Q.    What did you speak to Mr. Titov about?

15     A.    Mr. Titov contacted me several weeks ago to

16   refresh his memory about the process of our service.

17     Q.    Other than that did you have any other

18   conversations with Mr. Titov?

19     A.    No.

20     Q.    Have you had any conversations with anybody

21   else at Hotfile Corp. to prepare for this deposition?

22     A.    I have not -- well, first of all I have not

23   contacted Mr. Titov to prepare for the deposition.  He

24   has contacted me to refresh his memory of how exactly

25   our services are provided.

1  pertaining to access of content.

2      Q.  Did you -- when you entered into that

3  agreement did you inform Mr. Titov of your policy that

4  you don't usually access content?

5      A.  As far as I remember this conversation could

6  take place.  I don't remember if we spoke particularly

7  about any type of account that would grant access to

8  the Web site or not.

9      Q.  In those initial discussions with Mr. Titov,

10  was there anybody present other than you and Mr. Titov?

11      A.  As far as I remember my partner, Constantin

12  Bolotin might have been present.

13      Q.  Have you discussed this Hotfile litigation

14  with Mr. Bolotin?

15      A.  As far as I remember he's aware of the

16  litigation but we didn't discuss any details.

17      Q.  Did you talk with Mr. Bolotin to refresh any

18  memories before this deposition?

19      A.  No, I have not.

20      Q.  Did you take any notes during those initial

21  meetings with Mr. Titov?

22      A.  No, I don't remember taking any notes.

23      Q.  So moving from content to user accounts.  Are

24  you authorized to take any action with regard to user

25  accounts?

1       A.   No, I do not.

2       Q.   When you receive a take-down notice do you

3   have any way of knowing what user uploaded or

4   downloaded the content being complained of?

5       A.   No, I do not.

6       Q.   Do you ever receive requests to terminate

7   specific users?

8       A.   I don't remember.  I do not read every notice

9   in detail.

10      Q.   Do you have any knowledge of Hotfile's policy

11  for repeat infringers?

12      A.   The only knowledge I have is that it probably

13  exists, but I don't have any knowledge about the policy

14  in general.

15      Q.   When you first entered into the copyright

16  agent agreement were there any discussions about a

17  repeat infringer policy?

18          MS. MUNN:  Objection to the form of the

19      question.  Go ahead.

20      A.   As far as I remember there were not.

21      Q.   The initial discussions with Mr. Titov for

22  DMCA services, how long were those discussions?

23      A.   I don't remember.

24      Q.   Did they take place over the phone or in

25  person?

Page 54

1     A.   I don't remember exactly if it take place on

2     the phone or in person.  I don't remember exactly how

3     did it take place.

4     Q.   Were there multiple discussions?

5     A.   I don't remember if there were multiple

6     discussions or just one discussion.

7     Q.   At least when you signed the agreement were

8     you and Mr. Titov together physically when you signed

9     the agreement?

10    A.   As far as I remember at the time of the

11    signature Mr. Titov was with me.

12    Q.   At the signing of the agreement did you ask

13    any further questions about your responsibilities as a

14    DMCA agent?

15    A.   As far as I remember we probably have talked

16    about the process of the service, how do we perform the

17    service for our client.  That should have been the only

18    discussion that could have take place but it's been a

19    while.  Don't remember exactly what we talked about.

20    Q.   When you formed Incorporate Now with Mr.

21    Bolotin did you have in mind that you would provide

22    DMCA services for clients?

23    A.   I don't remember at the time of company

24    formation that we had DMCA services in mind.

25    Q.   Who came up with the idea of offering DMCA

Page 58

1    Q.   Did you ever discuss with Hotfile what to do

2    about counter-notifications?

3    A.   As far as I remember our discussion with my

4    attorney about those e-mails and as far as I remember I

5    have to just keep a track of it.

6    Q.   Do you know whether Hotfile responds to those

7    counter-notifications?

8    A.   I don't know.

9    Q.   Does anybody at Hotfile provide any guidance

10   about how to respond to the take down notices you

11   receive?

12   A.   As far as I remember, no.

13   Q.   So there's never been any instructions about

14   what to do with the notices?

15   A.   According to our service we request our

16   clients to provide their contact information such as

17   e-mail where we send the notice.  I don't remember any

18   instructions from Hotfile, particular instructions that

19   state what we should do with the notice.  Because we

20   tell our customers that we will send the notice to

21   their contact information, which is their e-mail

22   address that they specified.

23   Q.   Do you ever follow up with Hotfile after you

24   sent a notice to ask whether something was actually

25   taken down?

Page 59

1     A.    No, I don't.

2     Q.    So you never verify that any of the notices

3   are actually dealt with accordingly?

4     A.    As far as I remember I'm not requesting that

5   information from Hotfile.

6         MS. YEH:  I'm going to have this marked as

7     Exhibit 9.

8         (Exhibit 9 marked for identification)

1      Q.    What are you mean not at this time?  Does that

2   mean at some future point you may be reimbursed?

3      A.    Probably by Incorporate Now.  Yeah, probably

4   will be reimbursed by Incorporate Now but that's

5   speculation.

6      Q.    You are registered as a DMCA agent for

7   Hotfile.  What address is used for the notices?

8      A.    The general address for Incorporate Now.

9      Q.    And that is the PO -- the UPS address, is that

10  correct?

11     A.    A physical address, yes.

12     Q.    So when people send DMCA notices to Hotfile it

13  gets mailed to the UPS Store?

14     A.    It gets mailed to Incorporate Now at the

15  address 1007 North Federal Highway.

16     Q.    What is the DMCA address for Lemuria?

17     A.    The address is the same.

18     Q.    Is it the same box number?

19     A.    The address for Lemuria is the general address

20  for Incorporate Now.

21          MS. MUNN:   Objection.

22     Q.    Is it the same address as -- is it the same

23  UPS address?

24     A.    We use the same physical address for all of

25  our clients.

Page 130

1       Q.   So for all of the clients for which you are a

2   DMCA agent all the notices get sent to the same

3   addresses, correct?

4       A.   Correct.

5       Q.   And that address is a UPS address, correct?

6       A.   No.   It's Incorporate Now address.

7       Q.   It is an Incorporate Now address and where is

8   that address, at a UPS store?

9       A.   UPS Store facilitates their receiving the mail

10  and processing.

11      Q.   I just want to be clear that there's no

12  physical office that is receiving these notices?

13      A.   UPS Store is a physical office that's

14  receiving notices.

15      Q.   I mean a physical office of Incorporate Now.

16      A.   As you mentioned before, Incorporate Now

17  doesn't have a chair or desk at the location.



1    copy.

2         (Deposition concluded at 2:39 p.m.)

3         (Reading and signing not waived)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    _____

24              Constantin Luchian

25

Page 136

1

2

3                     CERTIFICATE OF OATH

4

5

6    STATE OF FLORIDA       )

                                        SS

7    COUNTY  OF MIAMI-DADE )

8

9         I, Michael J. D'Amato, Notary Public for the

10   State of Florida, certify that on the 15th day of

11   December 2011, CONSTANTIN LUCHIAN personally appeared

12   before me on and was duly sworn or affirmed.

13         WITNESS my hand and official seal this 28th day

14   of December 2011.

15

16                         _____

17                         Michael J. D'Amato

                           Notary Public - State of Florida

18                         My Commission #DD 778385

                           Expires: June 13, 2012

19

20

21

22

23

24

25

Page 137

CERTIFICATE OF COURT REPORTER

1

2     I, MICHAEL J. D'AMATO, a Registered Merit Reporter

3  and Notary Public in and for the State of Florida at

4  Large, do HEREBY CERTIFY that I was authorized to and

5  did stenographically report the deposition of CONSTANTIN

6  LUCHIAN; that a review of the transcript was; and that

7  the foregoing transcript, pages from 1 to 135, is a true

8  and accurate record of my stenographic notes.

9     I FURTHER CERTIFY that I am not a relative,

10  employee, attorney, or counsel of any of the parties, nor

11  am I a relative or employee of any of the parties'

12  attorney or counsel connected with the action, nor am I

13  financially interested in the action.

14     Dated this 28th day of December 2011.

15                   _____

16                   MICHAEL J. D'AMATO,

17                   Registered Merit Reporter

18

19

20

21

22

23

24

25

Page 138

1                    E R R A T A   S H E E T

          (Do not write on transcript - Enter any changes here)

2      IN RE:DISNEY v HOTFILE          Date taken:12/15/11

       PAGE/LINE                Change      Reason for Change

3      _____

4      _____

5      _____

6      _____

7      _____

8      _____

9      _____

10     _____

11     _____

12     _____

13     _____

14     _____

15     _____

16     _____

17     _____

18     _____

19     _____

20     _____

21     _____

22     Under penalties of perjury, I declare that I have read

       my deposition and that the facts stated herein are true.

23

24     _____        _____

25     CONSTANTIN LUCHIAN                        DATE

1              E R R A T A   S H E E T

        (Do not write on transcript - Enter any changes here)

2     IN RE:DISNEY v HOTFILE          Date taken:12/15/11

      PAGE/LINE              Change      Reason for Change

3     132/20      "Anton Titov" should be replaced with "I did"

4     _____ Reason for change: I misunderstood the question. I thought I was being

5                          asked "Whose name is filed in". The answer to

6                          "Who filed in" is "I did".

7     7/3   "web posting" has to be "web hosting"

8           Reason for change: transcriber error

9     8/14  "web posting" has to be "web hosting"

10          Reason for change: transcriber error

11    12/13  "DMC" has to be "DMCA"

12          Reason for change: transcriber error

13    36/21  "CL@incorporate.com" has to be "CL@incorporatenow.com"

14          Reason for change: transcriber error

15    39/19  "DMC" has to be "DMCA"

16          Reason for change: transcriber error

17    50/4   "CL@incorporate.com" has to be "CL@incorporatenow.com"

18          Reason for change: transcriber error

19    50/19  "DMC" has to be "DMCA"

20          Reason for change: transcriber error

21                          Page 1 of 2 Continued on page 2

22    Under penalties of perjury, I declare that I have read

      my deposition and that the facts stated herein are true.

23

24    _____          1/31/2012

      CONSTANTIN LUCHIAN                    DATE

25

E R R A T A    S H E E T

(Do not write on transcript - Enter any changes here)

IN RE:DISNEY v HOTFILE          Date taken:12/15/11

PAGE/LINE                Change        Reason for Change

| PAGE/LINE | Change | Reason for Change |
|---|---|---|
| 60/17 | "DMC" has to be "DMCA" | |
| | Reason for change: transcriber error | |
| 90/1 | "Lemuriaco" has to be "Lemuria | |
| | Reason for change: transcriber error | |
| 90/14 | "Lemuriaco" has to be "Lemuria | |
| | Reason for change: transcriber error | |
| 92/24 | "open" has to be "owned" | |
| | Reason for change: transcriber error | |
| 100/21 | "DMC" has to be "DMCA" | |
| | Reason for change: transcriber error | |
| 101/22 | "DMC" has to be "DMCA" | |
| | Reason for change: transcriber error | |
| 109/8 | "Depositfile.com" has to be "Depositfiles.com" | |
| | Reason for change: transcriber error | |

Page 2 of 2. End

Under penalties of perjury, I declare that I have read
my deposition and that the facts stated herein are true.

_____        1/31/2012
CONSTANTIN LUCHIAN                       DATE

# Yeh Exhibit 7

Highly Confidential

1              UNITED STATES DISTRICT COURT
2               SOUTHERN DISTRICT OF FLORIDA
3            CASE NO. 11-20427-WILLIAMS/TURNOFF
4    DISNEY ENTERPRISES, INC., )
     TWENTIETH CENTURY         )
5    FOX FILM CORPORATION,     )
     UNIVERSAL CITY STUDIOS    )
6    PRODUCTIONS LLLP,         )
     COLUMBIA PICTURES         )
7    INDUSTRIES, INC., and     )
     WARNER BROS.              )
8    ENTERTAINMENT, INC.,      )
                               )
9              Plaintiffs,     )
                               )
10        v.                   )
                               )
11   HOTFILE CORP., ANTON      )
     TITOV, and DOES 1-10      )
12                             )
     Defendants.               )
13   _____)
14

          H I G H L Y   C O N F I D E N T I A L
15
16    (Pursuant to protective order, the following
        transcript has been designated highly
17                    confidential)
18       DEPOSITION OF MATTHEW LYNDE, Ph.D.
19           SAN FRANCISCO, CALIFORNIA
20           FRIDAY, DECEMBER 16, 2011
21
22
23
24   REPORTED BY:  Linda Vaccarezza, CSR No. 10201
25   JOB NO.:  44313

Highly Confidential

1
2
3
4

DECEMBER 16, 2011

5

10:07 A.M.

6
7

Deposition of MATTHEW LYNDE, Ph.D.,

8

held at the offices of Farella,

9

Braun & Martel, 235 Montgomery

10

Street, San Francisco, California, before

11

Linda Vaccarezza, a Registered

12

Professional Reporter and Certified

13

Shorthand Reporter of the State of

14

California.

15
16
17
18
19
20
21
22
23
24
25

Highly Confidential

Page 3

1        A P P E A R A N C E S:

2     ATTORNEY FOR THE PLAINTIFFS:

           JENNER & BLOCK

3          BY:  STEVEN B. FABRIZIO, ESQ.

           1099 New York Avenue, NW

4          Washington, DC 20001

5

6

7     ATTORNEY FOR THE DEFENDANTS

       HOTFILE CORP., AND ANTON TITOV:

8          FARELLA, BRAUN & MARTEL

           BY:  RODERICK M. THOMPSON, ESQ.

9          235 Montgomery Street

           San Francisco, California 94104

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

1        reputation, including customer surveys or

2        other kinds of systemic responses.

3                    That kind of evidence may or

4        may not exist, depending on the

5        circumstances of each case, in my

6        experience.

7        Q.    In your past work as an expert

8    economist, when assessing the impact of some

9    event on goodwill, have you reviewed and

10   considered specific customer complaints?

11               MR. THOMPSON:  Objection.

12        Overbroad broad and vague.

13               THE WITNESS:  To the best of my

14        recollection, sometimes that kind of

15        information is available.

16                    My understanding in the

17        circumstances of this case is that a

18        customer who is dissatisfied with Hotfile

19        really has very low switching costs, as

20        we call it, of going to a different

21        provider of online storage services.

22                    So as I understand it, it's

23        hardly worth the trouble of sending an

24        complaining e-mail.

25        Q.    Are you aware that Hotfile

Highly Confidential

Page 179

1    provides a mechanism for users to communicate

2    with Hotfile, a web-based message center?

3            A.    I'm generally aware of that, yes.

4            Q.    Are you aware of how many of

5    Hotfile users take the time to communicate with

6    Hotfile about their dissatisfaction with various

7    aspects of the service?

8            A.    I understand, I believe from

9    Mr. Titov, that most users don't bother to send

10   in feedback, they would simply switch.

11           Q.    And you relied on Mr. Titov's

12   statements in that regard?

13           A.    Well, in part.  Certainly he would

14   know the business, also it comports with my

15   experience with other websites that switching

16   costs, as we say in economics, is rather low and

17   that would be a logical choice for a consumer as

18   opposed to -- or switching costs are higher and

19   it might be worthwhile to send in a complaint to

20   your supplier.

21           Q.    Would you consider the switching

22   costs from Hotfile users to go to a competitor to

23   be low?

24           A.    It's my understanding that they

25   are low, yes.

Highly Confidential

Page 180

1          Q.     On what is your understanding

2     based?

3          A.     That one simply is a click away

4     from a competitor.

5          Q.     Did you, or to your knowledge,

6     Hotfile, conduct consumer surveys to understand

7     whether any of Hotfile's users felt aggrieved in

8     any way by Warner Brothers' takedown notices?

9          A.     I did not.  And I'm not aware of

10    any such.

11         Q.     You're familiar with the DMCA or

12    the Digital Millennium Copyright Acts?

13         A.     I have a lay understanding, of

14    course.  It's a legal document.

15         Q.     Fair enough.  Do you understand

16    that the DMCA provides a mechanism for users

17    whose content has been removed from a website to

18    provide what is known as a counter notification?

19         A.     I do have a lay understanding that

20    that is part of the DMCA.

21         Q.     And that if a user provides a

22    counter notification, that there are rules and

23    processes by which a sales provider such as

24    Hotfile might be required to reinstate content

25    that had been disabled, is that part of your

Highly Confidential

Page 182

1    Hotfile's competitors?

2            A.    I understand that there are other

3    providers of storage services.  I don't have

4    their names to mind.  Such as --

5            Q.    Megaupload?

6            A.    Megaupload or -- obviously I'm not

7    a user, in which case I might know some of the

8    names, but I don't.

9            Q.    Good for you.

10           Are you aware that in the --

11   strike that.

12           Let me actually go a different

13   direction.

14           You referred to Hotfile as a

15   storage facility?

16           A.    Generally.  I didn't mean a

17   specific technical term by it.

18           Q.    Have you, in the course of

19   preparing your report, have you considered the

20   nature of the business model of Hotfile?

21           A.    Yes.

22           Q.    And in your professional judgment,

23   would you consider it more of a distribution

24   model or of a storage model?

25           MR. THOMPSON:  Objection.  Vague.

Page 184



24    Q.    You said that there was a low cost
25  to switching to a competitor -- strike.

Highly Confidential

Page 185

1          Let me start with a foundation.

2          Are you aware that in the --

3    either cyberlocker, we refer to them as download

4    hub space, that there are new entrants regularly

5    coming into the market?

6               MR. THOMPSON:  Objection.  Assumes

7          facts.

8               THE WITNESS:  I'm not specifically

9          aware of that.

10    Q.    Have you looked at the market of

11    Hotfile's competitors?

12    A.    I have not specifically evaluated

13    the market.  I was aware, as I said, of a small

14    number of specific competitors such as

15    MegaDownload and the like.

16    Q.    Do you have any sense of what it

17    is about the offerings of the various competitors

18    that they use to compete with each other to

19    attract users?

20    A.    Well, my general understanding is

21    that at least one of the key features would be

22    download speed and quality.

23    Q.    Anything else?

24    A.    That's the principle one that I'm

25    aware of.  There are probably other details in

Highly Confidential

Page 186

1   terms of storage space and other -- and price and

2   other aspects of their offering.

3          Q.    What about their affiliate

4   programs?  Are you aware that one download hub

5   may compete with another download hub by offering

6   users a more generous affiliate program?

7          A.    I was generally aware that that

8   might be a possible way for them to compete.

9          Q.    And what about the variety of

10  content offered on the download hub, are you

11  generally aware that users are attracted to

12  differences of these services, based on their

13  perception as to who has the most and best

14  content?

15              MR. THOMPSON:  Objection.  Vague.

16          Overbroad.

17              THE WITNESS:  I'm not sure I

18          understand that question since my

19          understanding of at least Hotfile is that

20          it's not a searchable site in any way, so

21          it's not something that a particular user

22          would be aware of.

23          Q.    How -- in your mind, how do you

24  believe users find content located on Hotfile?

25          A.    My understanding is that the user

Highly Confidential

Page 261



Highly Confidential

Page 262



Page 267



22      Q.    Let me ask you this:

23            As an economist, as a matter of

24  economic principle, if Hotfile is -- operates an

25  affiliate program that compensates users for

Highly Confidential

Page 268

1  uploading files based on how many times those

2  files are downloaded by others, as a matter of

3  basic economics, would you say that Hotfile is

4  inducing users to upload files that are going to

5  be popular with downloaders?

6          MR. THOMPSON:  Objection.  Vague

7      and ambiguous.  Compound and complex, and

8      incomplete hypothetical.

9          THE WITNESS:  Well, in the

10      hypothetical situation if that is the

11      incentive structure, that could be one

12      economically logical conclusion.

13      Q.    Well, that's what you understand

14  the Hotfile user affiliate program to do, right?

15          MR. THOMPSON:  Objection.

16      Compound.  Complex.

17          MR. FABRIZIO:  I'll address your

18      Counsel's objection.

19      Q.    You familiarized yourself with the

20  Hotfile affiliate program that you testified to,

21  correct?

22      A.    Yes.

23      Q.    And one aspect of that program, as

24  you understand it, is to compensate users for the

25  files they upload, correct?

Highly Confidential

Page 269

1          MR. THOMPSON:  Objection.  Assumes

2     facts.

3          THE WITNESS:  That payment to

4     affiliates is part of the affiliate

5     program.

6     Q.    Okay.  I'm speaking specifically

7  of payment to users who upload files.

8          You understand that to be part of

9  Hotfile's affiliate program, correct?

10          MR. THOMPSON:  Objection.

11     Overbroad and vague.

12          THE WITNESS:  Generally, yes.

13     Q.    And you understand that those

14  uploading users are compensated based on how

15  often the files that they have uploaded are

16  downloaded by others, correct?

17     A.    That's my general understanding.

18     Q.    As a matter of economic principle,

19  isn't it true that that sort of affiliate program

20  is designed to encourage users to upload files

21  that will be popular with downloaders?

22          MR. THOMPSON:  Objection.  Asked

23     and answered.  Vague and ambiguous, and

24     far beyond the scope of anything in his

25     report.

Highly Confidential

Page 270

1           You're trying to prove your

2       affirmative case, and this is about the

3       counterclaim.

4           You can answer the question,

5       Dr. Lynde.

6           THE WITNESS:  In a general sense,

7       that would be consistent with that kind

8       of incentive structure.

9           Q.   And if copyrighted files were the

10  most popular files with downloaders, would you

11  then agree that Hotfile's affiliate program

12  encourages users to upload copyrighted content?

13          MR. THOMPSON:  Objection.  Assumes

14      facts far beyond the scope of his

15      report.  And incomplete hypothetical.

16      Also calls for speculation, since he

17      hasn't done any work on this.

18          MR. FABRIZIO:  Are you done

19      coaching?

20          MR. THOMPSON:  Are you done

21      straying on?  It's late.

22              I'll try to be reserved.

23          THE WITNESS:  I have no basis to

24      form any conclusion about that.

25          (Noise Interruption.)

Highly Confidential

Page 291

1          MR. FABRIZIO:  Okay.  I'm good.

2     Thank you, Dr. Lynde.

3               (Time noted: 5:59 p.m.)

4

5

6                    _____

7                    MATTHEW LYNDE

8

9                              *See Below*

10    Subscribed and sworn to before me

11    This  30th  day of  January   , 20 12.

12    _____

13

14

15

16

17

18    State of California
      County of  San Francisco
19    Subscribed and sworn to (or affirmed) before me
      on this 30th day of January , 20 12
20    by  Matthew Lynde          ,
      proved to me on the basis of satisfactory evidence
      to be the person(s) who appeared before me.
      Signature _____ (Seal)

      MARK MCQUILLEN
      COMM. #1793325
      NOTARY PUBLIC-CALIFORNIA
      SAN FRANCISCO COUNTY
      My Comm. Expires Mar. 10, 2012

21

22

23

24

25

# Errata to the Deposition of Matthew R. Lynde
## December 16, 2011

*Disney Enterprises, Inc. et al. v. Hotfile Corp., et al.*
*Hotfile Corp., et al. v. Disney Enterprises, Inc. et al.*

| Page | Line | Now reads | Should read | Reason |
|------|------|-----------|-------------|--------|
| 9 | 13 | "didn't" | "don't" | Misspoke |
| 42 | 14 | "affect" | "effect" | Transcribing error |
| 52 | 9-10 | "up loader" | "uploader" | Transcribing error |
| 75 | 3 | "I result" | "results" | Misspoke |
| 84 | 9 | "up loaders" | "uploaders" | Transcribing error |
| 118 | 14 | "prescription" | "subscription" | Misspoke |
| 126 | 10 | "focused in" | "focused on" | Transcribing error |
| 150 | 4 | "I was" | "I" | Misspoke |
| 157 | 25 | "basis is" | "basis" | Transcribing error |
| 162 | 17 | "have" | "have;" | Transcribing error |
| 178 | 23 | "an" | "a" | Transcribing error |
| 179 | 18 | "or" | "where" | Transcribing error |
| 185 | 15 | "MegaDownload" | "Megaupload" | Misspoke |
| 212 | 22 | "over" | "of" | Transcribing error |
| 212 | 22 | "and" | "that" | Transcribing error |
| 213 | 10 | "it's bought and" | "its robot" | Transcribing error |
| 218 | 1 | "variants" | "variance" | Transcribing error |
| 218 | 22 | "is you" | "is that you" | Transcribing error |
| 245 | 3 | "ELLS" | "Yale" | Transcribing error |
| 262 | 18 | "provided" | "have been provided" | Transcribing error |
| 276 | 19 | "Tolav" | "Kolev" | Transcribing error |

1/30/12
_____
Date

_____
Matthew R. Lynde

_____
Notary Public

State of California
County of San Francisco
Subscribed and sworn to (or affirmed) before me
on this 30 day of January, 2012,
by Matthew R. Lynde,
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.
Signature _____ (Seal)

MARK MCQUILLEN
COMM. #1793325
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires Mar. 10, 2012
PC01

Highly Confidential

Page 292

1          C E R T I F I C A T E

2     STATE OF CALIFORNIA        )

3                                )

4     COUNTY OF SAN FRANCISCO )

5          I, LINDA VACCAREZZA, a Certified

6     Shorthand Reporter for the State of

7     California, do hereby certify:

8          That MATTHEW LYNDE, the witness

9     whose deposition is hereinbefore set

10    forth, was duly sworn by me and that such

11    deposition is a true record of the

12    testimony given by such witness.

13         I further certify that I am not

14    related to any of the parties to this

15    action by blood or marriage; and that I

16    am in no way interested in the outcome of

17    this matter.

18         IN WITNESS WHEREOF, I have hereunto

19    set my hand this 29th day of December

20    2011.

21

22    _____

23     LINDA VACCAREZZA, CSR. NO. 10201

24

25

# Yeh Exhibit 8

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF FLORIDA
 3
 4   DISNEY ENTERPRISES, INC.,
     TWENTIETH CENTURY FOX FILM
 5   CORPORATION, UNIVERSAL CITY
     STUDIOS PRODUCTIONS LLLP,
 6   COLUMBIA PICTURES INDUSTRIES,
     INC., and WARNER BROS.
 7   ENTERTAINMENT INC.,
 8                       Plaintiffs,
 9   vs.                     No. 11-20427-WILLIAMS-TURNOFF
10   HOTFILE CORP., ANTON TITOV, and
     DOES 1-10,
11
12                       Defendants.
13   _____
14
15        PORTIONS OF THIS TRANSCRIPT ARE CONFIDENTIAL
16             DEPOSITION OF YANGBIN WANG
17               Palo Alto, California
18            Thursday, December 22, 2011
19
20
21   REPORTED BY:
     LYNNE LEDANOIS
22   CSR No. 6811
     Job No. CA128631
23
24
25   PAGES 105 - 113 ARE HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
```

Page 1

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3

 4    DISNEY ENTERPRISES, INC.,

      TWENTIETH CENTURY FOX FILM

 5    CORPORATION, UNIVERSAL CITY

      STUDIOS PRODUCTIONS LLLP,

 6    COLUMBIA PICTURES INDUSTRIES,

      INC., and WARNER BROS.

 7    ENTERTAINMENT INC.,

 8                      Plaintiffs,

 9    vs.                    No. 11-20427-WILLIAMS-TURNOFF

10    HOTFILE CORP., ANTON TITOV, and

      DOES 1-10,

11

12                      Defendants.

13    _____

14

15        Deposition of YANGBIN WANG, taken on behalf of

16    Defendant, at 2475 Hanover Street, Palo Alto,

17    California, beginning at 9:43 a.m. and ending at 12:21

18    p.m. on Thursday, December 22, 2011, before LYNNE

19    LEDANOIS, CSR 6811.

20

21

22

23

24

25

                                                Page 2
```

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
1       APPEARANCE OF COUNSEL:
2
3       For Plaintiffs:
4            JENNER & BLOCK LLP
             BY: LUKE C. PLATZER
5            Attorney at Law
             1099 New York Avenue, NW, Suite 900
6            Washington, DC 20001
             202.639.6000
7            lplatzer@jenner.com
8
9       For Defendants Hotfile and Anton Titov:
10           FARELLA BRAUN & MARTEL LLP
             BY: ANDREW LEIBNITZ
11           Attorney at Law
             Russ Building, 235 Montgomery Street
12           San Francisco, California 94104
             415.954.4400
13           aleibnitz@fbm.com
14
15      For Witness:
16           PILLSBURY WINTHROP SHAW PITTMAN LLP
             BY: JOSEPH R. TIFFANY II
17           Attorney at Law
             2475 Hanover Street
18           Palo Alto, California 94304-1114
             650.233.4500
19           joseph.tiffany@pillsburylaw.com
20
21      VIDEOGRAPHER:
22           SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
             BY:  MARTY MAJDOUB
23
24
25
```

                                          Page  3

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1    providers Vobile was providing fingerprinting services    11:21:19
 2    to around early 2009?                                      11:21:22
 3        A   I can't recall the exact numbers, but the large   11:21:26
 4    ones, there's only a few.  I mean, even as of today,       11:21:29
 5    there's only a few large ones.                             11:21:34
 6        Q   But that was a market in which Vobile was          11:21:37
 7    offering services in early 2009?                           11:21:40
 8        A   Yes.                                               11:21:42
 9        Q   And are you aware of any reason that Vobile        11:21:46
10    might have turned hosting providers away who approached    11:21:48
11    Vobile to purchase its services back in early 2009?        11:21:52
12        A   No.                                                11:21:58
13        Q   So if a customer came to you and was willing to   11:22:01
14    pay for your services, you would have provided them?       11:22:03
15            MR. LEIBNITZ:  Object to form.                     11:22:06
16            THE WITNESS:  Definitely.                          11:22:08
17    BY MR. PLATZER:                                            11:22:09
18        Q   Now, I know we've distinguished here today        11:22:24
19    between sort of different product lines that Vobile        11:22:26
20    offers, such as vCloud9 and MediaWise.  Do you recall     11:22:30
21    that testimony earlier?                                    11:22:33
22        A   Yes.                                               11:22:34
23        Q   And did you testify earlier that it's the same    11:22:35
24    core identification technology that underlies both of     11:22:37
25    them?                                                      11:22:41
```

Page 69

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 11:22:41 |
| 2 | Q | Is that what you called video DNA? | 11:22:42 |
| 3 | A | Yes. | 11:22:45 |
| 4 | Q | And video DNA was also being used in Vobile's | 11:22:45 |
| 5 | products that it was offering to hosting providers back | | 11:22:49 |
| 6 | in early 2009? | | 11:22:52 |
| 7 | A | Yes. | 11:22:54 |
| 8 | MR. LEIBNITZ:  Object to form. | | 11:22:55 |
| 9 | THE WITNESS:  Sorry.  Yes. | | 11:22:57 |
| 10 | BY MR. PLATZER: | | 11:22:58 |
| 11 | Q | So the particular product lines may have | 11:22:59 |
| 12 | changed over time, but video DNA has been consistently | | 11:23:00 |
| 13 | part of Vobile's product offerings over the years? | | 11:23:05 |
| 14 | A | Yes. | 11:23:07 |
| 15 | Q | I apologize if we already went over this in | 11:23:14 |
| 16 | Hotfile's counsel's questioning earlier. | | 11:23:16 |
| 17 | But do you recall the first time that Vobile | | 11:23:22 |
| 18 | had communications with Hotfile? | | 11:23:23 |
| 19 | A | I don't.  I can't recall for sure. | 11:23:26 |
| 20 | Q | Do you know what year it was? | 11:23:28 |
| 21 | A | I don't know.  It must be before we signed up | 11:23:31 |
| 22 | as a customer. | | 11:23:35 |

23

Page 70

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY



Page 71

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1          Q   So forgive me, I'm not an engineer, but it's a    11:47:07

 2     two-step process?  There is an unarchiving or              11:47:12

 3     decompressing component and then there is a                11:47:16

 4     fingerprinting component?                                  11:47:18

 5          MR. LEIBNITZ:  Object to form.                        11:47:20

 6          THE WITNESS:  Yes, but it's -- integrated             11:47:21

 7     together, there's an open efficiency by doing that         11:47:22

 8     together.                                                  11:47:26

 9     BY MR. PLATZER:                                            11:47:31

10          Q   So instead of trying to extract the              11:47:37

11     fingerprints directly from an archived or compressed      11:47:39

12     file, you are decompressing or unarchiving the file and   11:47:43

13     extracting a fingerprint from the unarchived and/or       11:47:47

14     decompressed copy?                                         11:47:51

15          MR. LEIBNITZ:  Object to form.                        11:47:52

16          THE WITNESS:  Yes, and that's the process you        11:47:53

17     have to go through from an engineering point of view.     11:47:55

18     BY MR. PLATZER:                                            11:47:59

19          Q   And is the reason you have to go through that    11:48:05

20     process, that video DNA requires media files to be in     11:48:07

21     certain CODEC in order to extract a fingerprint?          11:48:11

22          MR. LEIBNITZ:  Object to form.                        11:48:14

23          THE WITNESS:  It's, you know, just by the            11:48:16

24     nature of this design, DNA is extracting from media       11:48:17

25     files.  So you got to, you know, have a media file in     11:48:23
```

Page 87

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1     BY MR. PLATZER:                                    11:51:30

 2         Q   To your knowledge, do any of Vobile's customers  11:51:30

 3     apply a two-step process rather than using the      11:51:33

 4     integrated software provided by vCloud9?            11:51:37

 5             MR. LEIBNITZ:  Object to form.              11:51:42

 6             THE WITNESS:  Again, we have no knowledge for  11:51:43

 7     sure, because what we see is the API, and what customer  11:51:44

 8     does before that, it's not to our knowledge.        11:51:49

 9     BY MR. PLATZER:                                     11:51:52

10         Q   But in your understanding of Vobile's       11:51:52

11     technology, there is no technical reason that a customer  11:51:54

12     could not decompress or unarchive a file and then apply  11:52:00

13     video DNA?                                          11:52:04

14             MR. LEIBNITZ:  Object to form.              11:52:06

15             THE WITNESS:  True.  Agreed.                11:52:07

16     BY MR. PLATZER:                                     11:52:11

17         Q   I would like to direct your attention back to  11:52:12

18     Wang Exhibit 2.  That was the press release we discussed  11:52:13

19     earlier.  I would like to direct you back to the second  11:52:20

20     paragraph.                                          11:52:31

21             At the end -- the second paragraph -- sorry,  11:52:34

22     the second sentence of the second paragraph says, On  11:52:38

23     cyberlockers, the vast majority of unauthorized content,  11:52:41

24     such as copyrighted movies or T.V. shows, is saved as  11:52:46

25     compressed files to allow easier downloading; however,  11:52:49
```

Page 90

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

1

2

3

4

5

6

7

8

9          I, YANGBIN WANG, do hereby declare under

10    penalty of perjury that I have read the foregoing

11    transcript; that I have made any corrections as appear

12    noted, in ink, initialed by me; that my testimony as

13    contained herein, as corrected, is true and correct.

14          EXECUTED this _____ day of _____,

15    20__, at _____, _____.

                  (City)                    (State)

16

17

18

          _____

19              YANGBIN WANG

20

21

22

23

24

25

                                    Page 114

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1            I, the undersigned, a Certified Shorthand

 2      Reporter of the State of California, do hereby certify:

 3            That the foregoing proceedings were taken

 4      before me at the time and place herein set forth; that

 5      any witnesses in the foregoing proceedings, prior to

 6      testifying, were duly sworn; that a record of the

 7      proceedings was made by me using machine shorthand which

 8      was thereafter transcribed under my direction; that the

 9      foregoing transcript is a true record of the testimony

10      given.

11            Further, that if the foregoing pertains to the

12      original transcript of a deposition in a Federal Case,

13      before completion of the proceedings, review of the

14      transcript [ ] was [ ] was not requested.

15            I further certify I am neither financially

16      interested in the action nor a relative or employee of

17      any attorney or party to this action.

18            IN WITNESS WHEREOF, I have this date subscribed

19      my name.

20

21      Dated: January 12, 2012

22

23                    _____

                      LYNNE MARIE LEDANOIS

24                    CSR No. 6811

25
```

Page 115

# Yeh Exhibit 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.

_____/

## DECLARATION OF ANTON TITOV IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR ORDER PRESERVING EVIDENCE

I, ANTON TITOV, declare as follows:

1.  I am appearing in this case specially and I reserve my rights at this point to object to personal jurisdiction. I offer this Declaration in support of the opposition that Hotfile and I are filing to Plaintiffs' "Emergency Motion for Order Prohibiting Spoliation and Preserving Evidence." This declaration is based on personal knowledge unless indicated otherwise and all statements contained in this declaration are true and correct. If called as a witness, I could and would testify to the facts set forth in this declaration.

2.  I am a founder, minority shareholder, and technologist at Hotfile – as well as the former CEO of Bulgaria's leading web-hosting company. I am a Russian citizen who has

resided in Bulgaria for the past two decades. My wife, son, mother, and brother also live in Bulgaria, where I pay taxes, possess bank accounts, and own a home and a car.

3.     I am the Founder and President of Lemuria Communications, Inc. ("Lemuria") which provides web hosting capabilities for Hotfile. I incorporated Lemuria in the United States after Hotfile learned that a Panamanian corporation could not obtain Internet Protocol addresses from the Latin American and Caribbean Internet Addresses Registry (LACNIC) for servers located outside of Latin America. By serendipity, the first agent I reached for purposes of incorporating a U.S. business happened to be located in Florida. I had never visited the United States prior to October 2009, when I visited Florida to incorporate and setup Lemuria's business.

4.     Although I spent the summer of 2010 in Miami Beach, I am not a permanent resident of the United States. To provide me with this Complaint, Plaintiffs had a process server come to my hotel while I was vacationing in Las Vegas, Nevada. I am not a permanent resident of Nevada either.

<u>**Background on Hotfile**</u>

5.     Hotfile is an online file storage and sharing service for enterprises and individuals. Using Hotfile's website, people can upload voluminous files onto the 700+ available servers in Dallas, obtain a web link (or "URL") pertaining to those files, share that link with employees or invited members of the public, and in this way permit people to access files remotely from any internet-enabled location. With periodic maintenance fees, those files can remain securely stored indefinitely, thereby providing backup file storage capacity to companies. Also, open source software developers can store and share lengthy program files with online communities. Bloggers can share photos, video footage, or other files. Independent musicians,

photographers and film-makers can promote their albums and images and movies directly to fans and members of the public without relying upon studios for distribution or promotion.

6.      As a hosting service, it is not Hotfile's role to access the contents of stored files. Hotfile does not generally access the information stored by users on its servers because, among other things, the quantity of data stored would make it impracticable and it would compromise users' privacy expectations.  Hotfile employs fingerprinting as set forth below and takes down material in response to DMCA requests.

7.      Hotfile derives revenue from "premium" subscriptions, whereby users pay up to $9 per month for faster downloads and other benefits.

8.      Founded in 2008, Hotfile is a Panamanian corporation with its principal place of business in Sofia, Bulgaria.  Hotfile was founded to compete with the services provided by Google® Docs, Windows® Live SkyDrive, RapidShare®, DepositFiles®, MegaUpload®, and MediaFire®. Hotfile wholly owns Hotfile Ltd., a Bulgarian limited liability company, which supports Hotfile's website operations.

## The Safe Harbor Provisions Of The DMCA

9.      Hotfile is an online service provider with a designated agent at the copyright office and a posted repeat infringer policy.   Attached hereto as Exhibit 1 is a true and correct copy of Hotfile's DMCA designated agent filing with the Copyright Office.  Hotfile typically responds in under 24 hours of receiving a DMCA takedown notice.

10.     Hotfile uses MD5/SHA1 digital fingerprinting technology, in cooperation with copyright owners, to detect and block copyrighted works from appearing on its website.

11.     To take advantage of Hotfile's MD5/SHA1 filtering technology, a verified copyright owner can open a "special rightsholder account" with Hotfile.  Hotfile has created special rightsholder accounts for any verified copyright owner that has requested one in the past.

3

Plaintiff Warner Brothers has created such an account. So has DtecNet, a third-party contractor who sends takedown notices on behalf of companies including some other plaintiffs. Microsoft is another example of a holder of a special rightsholder account owner.

12. Such special rightsholder account owners can enter identifying data for a protected work into Hotfile's filtering system. This is done by entering any Hotfile-generated URL for the work in question. Attached hereto as Exhibit 2 is a true and correct copy of the portal that allows such rightsholders to enter URLs for fingerprinting. After a file's URL has been entered into the system, Hotfile's filtering technology identifies a digital fingerprint for that file. That file is immediately suspended, meaning that it can no longer be downloaded. The file is also immediately blocked, and cannot be uploaded again by the same user or other users, even under a different name. Due to the limitations of filtering technology, it may be possible for users to subsequently upload an altered version of the file. If that occurs, the copyright owner can block the altered file by entering the new URL into the filtering system, which will immediately delete and block the altered file.

13. Hotfile has had an abuse policy to combat infringement since its outset and maintains a policy of terminating the accounts of repeat copyright infringers in compliance with the DMCA. Hotfile terminates the accounts of users who have repeatedly uploaded files that are or are asserted to be protected by copyright.

14. Hotfile recently decided to be even more aggressive against repeat infringers and beginning on or around February 18, 2011 further tightened its policies.

### Hotfile's Preservation Of All Potentially-Relevant Evidence

15. Hotfile maintains and preserves a broad spectrum of data, even when not in active litigation. It has acted to preserve more data in response to litigation obligations. Hotfile is

4

currently preserving the following electronic information, corresponding to the areas discussed in Plaintiffs' motion.

16.   "Content Files": Hotfile is preserving all content files on its systems, even those that are inactive, are the subject of a DMCA takedown notice, or are being deleted by users.[1] Instead of being "deleted," files are actually being "suspended," i.e. disabled from being publicly accessible.   Hotfile took on the expense of this preservation effort itself, because Plaintiffs refused to share in the cost.

17.   "Content Reference Data, User Data and Activity Data": This category is vague.

a.   *Content Reference Data.*   Hotfile is preserving content file metadata and databases of the content files on its systems. Some fields in the database, such as download counts, are changing but essential information is being maintained.

b.   *User data*.   Hotfile maintains identifying information on its users in a database, including a list of content files a user has uploaded.  Hotfile is logging events of significance, such as when a user performs a task such as changing his or her password.   Hotfile is maintaining records of payments to users for downloads of their uploaded content, as Plaintiffs requested.   Plaintiffs can obtain some of this information from third-parties such as PayPal as well.[2]

---

[1] These files are stored across approximately 700 servers that have RAID backup capability.

[2] Plaintiffs' suggestion that the account suspensions starting on around February 18, 2011 somehow mean that user information was deleted is false.  All of that user information is still available.

    c. *Activity Data.* In addition to IP addresses for uploaders, which Hotfile has recorded and preserved almost since its inception, soon after this case was filed, Hotfile started affirmatively logging each download of a content file, including a time stamp, user IP address, number of bytes, number of seconds for the transfer, whether the user is premium or not, TCP quality information, the IP address serving the file, user id of the downloader (if not anonymous), and upload id. The IP addresses for users should give Plaintiffs the ability to look up, using public databases, the countries of origin for Hotfile's users. To the extent Hotfile outsources any user tracking data functions to third parties, such as Google Analytics, Hotfile is not deleting any of that user activity data in its possession. There is some "activity data" that Hotfile does not maintain, such as IP addresses of users who may click on the Hotfile "Frequently Asked Questions" page.

    18.    "Communications Regarding the Hotfile Service Including Records of Communications With Users and Website Operations Via Any of Defendants' Email Systems Or Addresses": Hotfile is preserving Hotfile-related emails for its principals and employees. Hotfile does not record phone calls with its customer service employees, so there is nothing of that nature to be preserved.

    19.    "Business And Marketing Plans Related To Defendants' Hotfile-related Businesses": Hotfile agrees to preserve business and marketing plans without representing that any such plans exist.

6

20.     "Internal Communications Between And Among Defendants And Their Employees Regarding Defendants' Hotfile-Related Businesses": Hotfile is preserving all emails regarding the Hotfile business exchanged among its principals and employees.

### The Declaration of Dr. Ian Foster

21.     I have reviewed Dr. Foster's Declaration. I believe his declaration is vague and incorrect on a number of points.

22.     Dr. Foster states that, "The effective functioning of Hotfile as a content dissemination site requires that it be possible, by examining these files, to determine the content embodied therein (for example, if a Content File represented a particular motion picture, that fact could be determined by examining the file itself)." Hotfile cannot examine files that are encrypted or password protected archives. Similarly, Dr. Foster is vague as to whether by "examine" he is referring to manual review, or review by technical means such as content filtering/fingerprinting. Any of these methodologies poses a variety of challenges.

23.     Dr. Foster suggests that Hotfile must maintain, for each Content File, "the link associated with that file." In reality, while the link itself is not kept in the database, it can be readily constructed from the data that is there.

24.     Dr. Foster suggests that Hotfile must maintain for each Content File, "The number of times the file has been downloaded." Hotfile generally counts completed downloads, which means that if a user decides to abort the download process in the middle, Hotfile will not count this download. Hotfile also takes measures to prevent inflation of download numbers.

25.     Dr. Foster suggests that Hotfile must use certain information regarding each request to download a Content File, including country. Country, with some level of accuracy, can be derived from IP address. In normal operation, Hotfile derives the country of the user that

7

downloaded the file to determine if the download is qualifying for affiliate payment or not, but does not record the country in the database. Hotfile is keeping IP address for downloads for this litigation.

26. Dr. Foster states that Hotfile must maintain "[b]asic account information." This is vague because it fails to define what fields are expected.

27. Dr. Foster is incorrect that Hotfile must maintain "[w]hich Content Files the user has downloaded (if the user is a premium user)," in its normal business. However, as part of the litigation hold, such download information is being logged.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of February 2011, at Sofia, Bulgaria.

Anton Titov

# Yeh Exhibit 10

**REDACTED**

# Yeh Exhibit 11

**REDACTED**

# Yeh Exhibit 12

**REDACTED**

# Yeh Exhibit 13

**REDACTED**

# Yeh Exhibit 14

**REDACTED**

# Yeh Exhibit 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

**DECLARATION OF DUANE C. POZZA IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPEL RESPONSES TO SUBPOENA TO
THIRD PARTY LEMURIA COMMUNICATIONS, INC.**

I, Duane C. Pozza, hereby declare as follows:

1.      I am a partner at the law firm of Jenner & Block LLP, and counsel to the plaintiffs

Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios

Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc.

("plaintiffs"). I submit this declaration in support of Plaintiffs' Motion to Compel Responses to

Subpoena to Third Party Lemuria Communications, Inc ("Lemuria"). The statements made in

this declaration are based on my personal knowledge including on information provided to me by

colleagues or other personnel working under my supervision on this case. If called to testify as a

witness, I would testify as follows:

1

2.      The parties have met and conferred extensively regarding plaintiffs' subpoena to Lemuria.  Plaintiffs served the subpoena to Lemuria on April 4, 2011, and Lemuria served its objections on April 18, 2011.  Counsel for plaintiffs and Lemuria met and conferred on May 9, 2011 and June 13 and 20, 2011.  During those meet and confer discussions, Lemuria's counsel has made clear that Lemuria will not produce all of the requested documents and information responsive to the following requests: Request Nos. 1(a), (b), and (d), 2(d) and (e), 4, 9, and 11. For each of those requests, other than 2(e), described below, Lemuria is standing on the objections and limitations on production indicated in its responses.  Counsel for plaintiffs and Lemuria have conferred as to these requests and made a good faith effort to resolve the issues between the parties, but have been unable to reach a resolution.  Relevant portions of the meet and confer discussion on particular requests are described below.

3.      Regarding Request Nos. 1(a), (b), (d), and 2(d) seeking documents concerning Lemuria's relationship with Hotfile, Lemuria has restricted its production to documents pertaining to "the provision of hosting services to Hotfile."  During the meet and confer process, in an attempt to address Lemuria's relevance objection to producing the requested data, plaintiff's counsel sought clarification as to whether Lemuria provided any other services to Hotfile to determine whether there might be other services provided that may be excluded from the request.  Lemuria's counsel would not identify any other specific services that Lemuria provided to Hotfile.

4.      During the meet and confer process, plaintiffs and Lemuria also discussed Request No. 2(e) seeking documents pertaining to any financial arrangements between Lemuria and any Hotfile Entity.  Although Lemuria's written responses indicated that it was producing "all nonprivileged documents in its possession, custody, or control located after a reasonable

2

search relating to Lemuria's provision of hosting services to Hotfile," Lemuria's counsel further limited its response during the meet and confer process to the documents to be produced in response to Request No. 11, which include documents sufficient to show income from defendant Hotfile Corp. to Lemuria related to the provision of hosting services.  Further, in our meet and confer discussions, counsel for Lemuria has indicated that Lemuria's production in response to Request No. 9 would be limited to Board records related to Lemuria's provision of hosting services to Hotfile.

     5.     Attached hereto as Exhibit A is a true and correct copy of the Declaration of Anton Titov in Support of Lemuria Communications Inc.'s Motion to Dismiss filed by Lemuria Communications Inc. on December 20, 2010 in *Perfect 10, Inc. v. Hotfile Corp. et al.,* No. 3:10-cv-02031-MMA-POR (S.D. Cal.).

     6.     Attached hereto as Exhibit B is a true and correct copy of the Articles of Incorporation of Lemuria Communications Inc. filed with the Florida Department of State on October 15, 2009, and publicly available on and printed from the Florida Department of State website.

     7.     Attached hereto as Exhibit C is a true and correct copy of Articles of Amendment to the Articles of Incorporation of Lemuria Communications Inc., signed by Anton Titov as "President" of Lemuria Communications Inc., filed with the Florida Department of State on September 3, 2010, and publicly available on and printed from the Florida Department of State website.

     8.     Attached hereto as Exhibit D is a true and correct copy of an email message sent by Constantin Luchian, on behalf of Lemuria Communications Inc., to the Florida Department of State on October 20, 2009, and publicly available on and printed from the Florida Department of

State website, requesting that the principal place of business address and mailing address for

Lemuria to be changed to 401 E. Las Olas Blvd., Suite 130-508, Fort Lauderdale, FL 33301.

The UPS Store website, http://www.theupsstorelocal.com/4356/, indicates that UPS Store #4356

is located at 401 E. Las Olas Blvd., Suite 130, Fort Lauderdale, FL 33301.  Persons under my

supervision telephoned UPS Store #4356 and spoke with a UPS employee who confirmed that no

other businesses are located at that address and suite number, and that the store provides

customers with rented mailboxes at that address and suite number.  Persons under my

supervision also performed a general Internet search for Lemuria Communications Inc., which

turned up no apparent website for Lemuria.

9.      Attached hereto as Exhibit E is a redacted copy of the Paypal business account

information for Lemuria Communications, Inc. produced by Paypal, Inc. ("Paypal").  This

document has been designated as "Confidential" according to the terms of the Protective Order

entered in this case.  Plaintiffs have met and conferred with Lemuria regarding redactions to this

exhibit, and have redacted certain information at the request of Lemuria.  An unredacted version

of this exhibit has been filed under seal at Docket #79.

10.     Attached hereto as Exhibit F is a redacted copy of Lemuria's withdrawal

information from Lemuria's Paypal account produced by Paypal.  This document has been

designated as "Confidential" according to the terms of the Protective Order entered in this case.

Plaintiffs have met and conferred with Lemuria regarding redactions to this exhibit, and have

redacted certain information at the request of Lemuria.

11.     Attached hereto as Exhibit G is a true and correct copy of an excerpted portion of

the court-issued subpoena, in the matter of *In re: Corbin Fisher: The identification of John Does

1-500 Pursuant to the Digital Millennium Copyright Act of 1998*, No. 09-MC-61349, issued by

4

the U.S. District Court for the Southern District of Florida on August 28, 2009 and directed at

Webazilla, LLC, the former Internet Service Provider for Hotfile.

   12.  Attached hereto as Exhibits H and I are redacted copies of email communications

produced by third party Constantin Luchian at bates numbers LUCHIAN 0526-27 and 0424-28.

These documents have been designated as "Confidential" according to the terms of the

Protective Order entered in this case.  Plaintiffs have met and conferred with Lemuria regarding

redactions to this exhibit, and have redacted certain information at the request of Lemuria.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 3, 2011, at Washington, D.C.

Duane C. Pozza

# Yeh Exhibit 16

**REDACTED**

# Yeh Exhibit 17

**REDACTED**

# Yeh Exhibit 18

**REDACTED**

# Yeh Exhibit 19

**REDACTED**

# Yeh Exhibit 20

**REDACTED**

# Yeh Exhibit 21

**REDACTED**

# Yeh Exhibit 22



**Digital Point**

### File hosting affiliate program presentation

Printable View

▼ Page 2 of 5 | ◀◀First | ◀ | 1 | 2 | 3 | 4 | ... | ▶ | Last ▶▶        Show 40 post(s) from this thread on one page

---

**cobacoba159**                                                      Apr 17th 2009, 6:23 am

> Quote:
> ---
> Originally Posted by **campolar** *View Post*
> *You are paid for international downloads, downloads from all countries are counted. Hope that answers the question.*
> ---

but i see this in their rules and condition :

> Quote:
> ---
> *Downloads are counted only if done from the following countries: United States, Canada, Norway, Finland, Sweden, United Kingdom, Germany, Latvia, Estonia, France, Spain, Portugal, Italy, Austria, Switzerland, Hungary, Czech Republic, Netherlands, Belgium, Greece, Denmark, Ireland, Poland, Slovakia, Slovenia, Lithuania, Bulgaria, Romania, Australia, Russia, Belarus, Ukraine and Liechtenstein.*
> ---

which one is right? it's not so interesting if they only count downloads from those country

---

**ghost260**                                                         Apr 17th 2009, 10:08 am

well I have tried everything to upload remotely from rapidshare to hotfile. I have a rapidshare premium account. It does not work. they have to fix this problem.

---

**Briareos1**                                                        Apr 17th 2009, 12:35 pm

More importantly you should buy new servers, speed for free users is awful. Less speed -> less points -> less money.

---

**campolar**                                                         Apr 17th 2009, 2:47 pm

> Quote:
> ---
> Originally Posted by **cobacoba159** *View Post*
> *but i see this in their rules and condition :*
>
> *which one is right? it's not so interesting if they only count downloads from those country*
> ---

The one in the TOS will be correct then :).

> Quote:
>
> *Originally Posted by **ghost260** View Post*
>
> *well I have tried everything to upload remotely from rapidshare to hotfile. I have a rapidshare premium account. It does not work. they have to fix this problem.*

Hmmm...I'll have to look into that :)

> Quote:
>
> *Originally Posted by **Briareos1** View Post*
>
> *More importantly you should buy new servers, speed for free users is awful. Less speed -> less points -> less money.*

Speed is not cloaked in anyway, There's something up from your side. I had the same problem, didn't happen when i used a different computer.

---

### Briareos1                                      Apr 17th 2009, 5:24 pm

Looks like the speed varies with daytime. This afternoon 30kb, now 90kb. What we really need is a proper linkexport, clicking all the checkboxes is stupid :(.

---

### campolar                                       Apr 18th 2009, 4:01 am

> Quote:
>
> *Originally Posted by **Briareos1** View Post*
>
> *Looks like the speed varies with daytime. This afternoon 30kb, now 90kb. What we really need is a proper linkexport, clicking all the checkboxes is stupid :(.*

You can use the "Copy" link written on the right of the link. That can help.

---

### tommyas123                                     Apr 18th 2009, 7:34 am

I have method allowing remote upload from RS to hotfile
You need to have premium RS account

PM me

---

### campolar                                       Apr 19th 2009, 4:36 am

Well i believe there's no secret in that, so why PM you...The method mentioned by the HotFile team is supposed to work properly....

---

### sure36                                         Apr 19th 2009, 4:52 am

i fetched 12 files from rapidshare but after am getting error, Notice: Undefined variable: lang in /hotfile /www/root/remoteupload.php on line 79.
pls help me soon...id is : sam36666

| campolar | Apr 19th 2009, 4:52 pm |
|---|---|

Check your account for the files, if they are there, ignore the problem. But we will hav it looked over :)

| ButcherBoy | Apr 20th 2009, 1:04 pm |
|---|---|

Hello!
I forwarded this to our admin and it will be fixed tomorrow.
My guess is that this is related with multilanguage versions we make now.

Quote:

Originally Posted by **sure36** *View Post*

*i fetched 12 files from rapidshare but after am getting error, Notice: Undefined variable: lang in /hotfile/www/root/remoteupload.php on line 79.*
*pls help me soon...id is : sam36666*

| ghost260 | Apr 23rd 2009, 6:01 am |
|---|---|

I cannot upload remotely from Netload for the last 3 days. I have a premium account in netload. when i try to remote upload from netload it says : Unable to connect to netload.in please fix this issue. and also have never been able to remote upload from rapidshare also. my id is my user name. thanks.

| campolar | Apr 23rd 2009, 4:06 pm |
|---|---|

I dont believe there is a way to use a netload.in premium account for direct downloads. Try using the same syntax as of rapidshare and that MIGHT work, there is no guarantee tho.

| krazymind | Apr 23rd 2009, 7:38 pm |
|---|---|

I have tried all above suggestion for Remote Upload from RS to Hotfile,

but always, give me error.

**"Download Failed"**

| shareminator | Apr 24th 2009, 6:18 am |
|---|---|

Remote upload was removed, forever?

| krazymind | Apr 24th 2009, 8:47 am |
|---|---|

Oh, Same.

Where is Remote Upload ?????

| campolar | Apr 24th 2009, 12:28 pm |
|---|---|

Quote:

Originally Posted by **HotFile.com**

*Remote upload is temporarily unavailable for new uploaders.*

No its not removed forever, read the above quote...

## upload69
Apr 24th 2009, 12:53 pm

Quote:

Originally Posted by **campolar** View Post

*No its not removed forever, read the above quote...*

I'm old uploader but can not see it:confused:

## campolar
Apr 24th 2009, 3:46 pm

Well, it is disabled to all uploaders. I THINK premium users are still allowed, but that only my guess.

## nihangshah
Apr 24th 2009, 4:14 pm

I get this error, when choosing to view stats by file.

Code:

```
Warning: max() [function.max]: Array must contain at least one element in /hotfile/www/inc
/misc.inc.php on line 334
```

## campolar
Apr 24th 2009, 7:14 pm

nihandshah, There is no problem at the site for me. I can see my files and stats without any problem. Try refreshing...

## rekkle
May 2nd 2009, 4:32 am

Thanks for Polish language version

## campolar
May 2nd 2009, 6:59 am

HotFile.com will surey bring more multi-language options, more languages to come ;)

## enhu
May 2nd 2009, 9:03 am

does hotfile allow porn file?

**campolar**                                                        May 4th 2009, 3:54 am

Yes, porn and warez are allowed. They will stay on the server until they are reported. If any of you files are reported by a real representative (see http://hotfile.com/reportabuse.html ), then the file will be deleted, but your account credit will not be removed, and you will not be suspended from hotfile.com

**rekkle**                                                          May 4th 2009, 3:56 am

As I know they do allow porn.
Edit:
@up was faster :)

http://laptopy.tychy.pl/hu/smile_u.jpg

**Radz**                                                            May 4th 2009, 10:33 am

I joined and spread few files... if it goes well i will continue uploading on HotFile.

**campolar**                                                        May 4th 2009, 12:52 pm

Surely you will be pleased with hotfile.com's service :)

**Renegadez**                                                       May 4th 2009, 5:45 pm

How do sites like these make any money? Just curious.

**nihangshah**                                                      May 4th 2009, 5:57 pm

How long do files remain on HotFile.com if nobody downloads it?

**Choppaholik**                                                     May 4th 2009, 9:02 pm

Anyone have been paid today??
Im still waiting for my payment.

**ButcherBoy**                                                      May 13th 2009, 2:08 pm

Hello!
We answered your question already in our FAQ section :)
http://hotfile.com/faq.html

It's always good to take a look first in FAQ :)

About payment - since the begining we don't miss any payment - every monday we sent thousands of dollars to our webmasters and uploaders.

Quote:

Originally Posted by **nihangshah** View Post

How long do files remain on HotFile.com if nobody downloads it?

File hosting affiliate program presentation                    http://forums.digitalpoint.com/printthread.php?t...

## rekkle                                                     May 18th 2009, 10:20 am

Today is payout day :D .

Images from polish users:
http://www.uploadking.de/out.php/i17...eenShot001.jpg
PayPal screen:
http://i42.tinypic.com/lweon.png

## mihirp                                                     May 18th 2009, 12:31 pm

which type of files u need to download? its depand upon it

## enhu                                                       May 18th 2009, 3:35 pm

i just tried it and my fellows can't download my files, is hotfile available to everywhere? i mean all country?

## campolar                                                   May 18th 2009, 5:19 pm

Yes, people from all countries can download, but you are not credited for all countries...

## enhu                                                       May 18th 2009, 10:14 pm

Quote:

Originally Posted by **campolar** View Post

*Yes, people from all countries can download, but you are not credited for all countries...*

what do you mean when you say "not credited for all countries"? dyou mean, theyll download without value
and that i don't earn with it?

can anyone show me the list of the countries? :D

## SarMa                                                      May 18th 2009, 11:27 pm

I have a little suggestion. : )

Would be great, if there would added a file descripton function, because then you have many files like:
482728ds.rar sometimes it's problematic.

Thanks.

P.S. You are the best, just after working one week I received my first payout : )

## enhu                                                       May 19th 2009, 12:56 am

ules & Conditions

* 1. Downloads are counted only if done from the following countries: United States, Canada, Norway, Finland,

Sweden, United Kingdom, Germany, Latvia, Estonia, France, Spain, Portugal, Italy, Austria, Switzerland, Hungary, Czech Republic, Netherlands, Belgium, Greece, Denmark, Ireland, Poland, Slovakia, Slovenia, Lithuania, Bulgaria, Romania, Australia, Russia, Belarus, Ukraine, Liechtenstein, Kuwait, Qatar, United Arab Emirates, Saudi Arabia and Bahrain.
* 2. We pay you 20% from the money earned from affiliates who you referred to the HotFile.com

where can i get the traffic from these countries? any tips?

---

**campolar**                                                                    May 19th 2009, 11:04 am

> Quote:
> _____
> *Originally Posted by* **SarMa** *View Post*
> *I have a little suggestion. : )*
>
> *Would be great, if there would added a file descripton function, because then you have many files like: 482728ds.rar sometimes it's problematic.*
>
> *Thanks.*
>
> *P.S. You are the best, just after working one week I received my first payout : )*
> _____

Thanks for the suggestion, as for now you can have proper file names, or you can make a folder with a specific short description and move the file into that.

> Quote:
> _____
> *Originally Posted by* **enhu** *View Post*
> *ules & Conditions*
>
> *\* 1. Downloads are counted only if done from the following countries: United States, Canada, Norway, Finland, Sweden, United Kingdom, Germany, Latvia, Estonia, France, Spain, Portugal, Italy, Austria, Switzerland, Hungary, Czech Republic, Netherlands, Belgium, Greece, Denmark, Ireland, Poland, Slovakia, Slovenia, Lithuania, Bulgaria, Romania, Australia, Russia, Belarus, Ukraine, Liechtenstein, Kuwait, Qatar, United Arab Emirates, Saudi Arabia and Bahrain.*
> *\* 2. We pay you 20% from the money earned from affiliates who you referred to the HotFile.com*
>
> *where can i get the traffic from these countries? any tips?*
> _____

When you put your links for downloads, people who are from those countries get you credit. You can post your links on several websites for global traffic :)

---

Show 40 post(s) from this thread on one page

▼ Page 2 of 5    ◀◀First   ◀   1   2   3   4  ...   ▶   Last ▶▶

All times are GMT -5. The time now is **11:12 pm**.

Digital Point modules: **Sphinx-based search**, **CSS**

# Yeh Exhibit 23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.

_____/

## **DEFENDANTS' AMENDED SUPPLEMENTAL RESPONSE TO PLAINTIFFS' INTERROGATORY NO. 2**

PROPOUNDING PARTY:        Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox
                          Film Corporation, Universal City Studios Productions
                          LLLP, Columbia Pictures Industries, Inc., and Warner
                          Bros. Entertainment

RESPONDING PARTIES:       Defendants Hotfile Corporation and Anton Titov
                          (collectively "Hotfile")[1]

SET NO.:                  One (1)

---

[1] The Defendants reserve their respective rights to assert all appropriate separate defenses.  In particular, Mr. Titov has moved to dismiss all claims against him individually and specifically denies that he has the ability to supervise any alleged infringing activity or has a financial interest in such activity.  See Motion and Memorandum Etc., filed 3/31/11, Dkt. 50 at 17. Mr. Titov is included in the shorthand term "Hotfile" along with Hotfile Corp. solely as a convenience and in light of the Parties agreement "that discovery requests served by one side on the opposing side will be equally applicable to all parties on the other side."   Joint Scheduling Conference Report, filed 4/15/11, Dkt. 54 at 16.  Nothing in these responses is an admission by Anton Titov or Hotfile Corp. of any particular relationship between them or any other fact.

26501\2633554.1



EXHIBIT
Titov 143
12-07-11 AF

CASE NO. 11-20427-JORDAN

## GENERAL OBJECTIONS

1.      Hotfile has not completed its investigation of facts, witnesses or documents relating to this case, has not completed discovery, has not completed analysis of available information, and has not completed preparation for trial.  Hotfile reserves the right to supplement its response to each and every interrogatory (or part thereof) without obligating itself to do so, and reserves the right to introduce and rely upon such information in the course of this litigation.

2.      All of the responses set forth below are based solely on such information and documents that are available to and specifically known to Hotfile at this time.  It is anticipated that further discovery, independent investigation, and analysis may lead to substantial additions or changes in, and variations from the responses set forth herein.

3.      Hotfile objects to each interrogatory to the extent that it is vague, ambiguous, overbroad, and requires an unduly burdensome search for and production of, documents or information neither relevant to the subject matter involved in the pending action nor reasonably calculated to lead to the discovery of admissible evidence, and which will result in unnecessary burden and undue expense to Hotfile.

4.      Hotfile objects each interrogatory to the extent that it seeks disclosure of information or documents protected from disclosure or production by the attorney-client privilege, the attorney work-product doctrine, or any other privilege available under statutory, constitutional or common law.  Inadvertent production of any such information or documents shall not constitute waiver of any privilege or any other ground for objecting to discovery with respect to such information or documents, nor shall inadvertent production waive Hotfile's right to object to the use of any such information or documents in any proceedings.

5.      Hotfile objects to each interrogatory to the extent that it seeks electronically stored information that is not reasonably accessible to Hotfile because of undue burden or cost.

6.      Hotfile objects to each interrogatory to the extent that it calls for disclosure of private, proprietary, and confidential information.  Hotfile will not produce private, proprietary, and/or confidential  information or documents unless and until a Protective Order is issued in this

2

litigation.  Hotfile reserves its right to object to disclosure of any private, proprietary, and confidential information in light of the terms of the Protective Order in this litigation or based on any state, federal, or international standards or laws governing privacy.

7.      Hotfile objects to each interrogatory to the extent it seeks proprietary information of third parties which Hotfile is not authorized to disclose.  Hotfile will not produce private, proprietary, and/or confidential information or documents unless and until a Protective Order is issued in this litigation.  Hotfile further reserves the right to object to the disclosure of any information protected by any state, federal, or international standards or laws governing privacy.

8.      Hotfile objects to the Definition of "Hotfile users" as vague, ambiguous, and overbroad.  As currently defined, that term purportedly refers to every internet user who has ever accessed the Hotfile.com website for any purpose, irrespective of whether a given individual has actually downloaded files from or uploaded files to Hotfile.com.  To the extent that Plaintiffs' interrogatories seek information regarding or related to all such internet users, such interrogatories are unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

9.      Hotfile objects to the Definition of "You" as overbroad.  As currently defined, that term would include any entity, business venture, or organization subject to any Defendant's control (assuming any such entity, business venture or organization exists), irrespective of whether such entity has any relation or relevance to the present dispute.  To the extent that Plaintiffs' interrogatories seek information regarding or related to irrelevant entities, such interrogatories are unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

10.      Hotfile objects to the Definition of "Hotfile entity" as overbroad.  As currently defined, that term would include any entity, business venture, or organization subject to any Defendant's control (assuming any such entity, business venture or organization exists), irrespective of whether such entity has any relation or relevance to the present dispute.  To the extent that Plaintiffs' interrogatories seek information regarding or related to all such entities,

3

such requests are unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

11.    Hotfile objects to the providing of information about activities outside the United States as overbroad and unduly burdensome. "Federal copyright law has no extraterritorial effect, and cannot be invoked to secure relief for acts of infringement occurring outside the United States." *Palmer v. Braun,* 376 F.3d 1254, 1258 (11th Cir. 2004). Hotfile objects to all interrogatories that seek information related to conduct occurring outside the United States.

12.    Hotfile objects to each interrogatory to the extent it imposes on Hotfile obligations that exceed or are inconsistent with the obligations imposed by the Federal Rules of Civil Procedure.

13.    Hotfile objects to each interrogatory to the extent it imposes on Hotfile obligations that are inconsistent with United States or foreign privacy laws.

14.    All responses to these interrogatories are made without in any way waiving or intending to waive, but on the contrary preserving and intending to preserve:

a.    all objections as to the competence, relevance, and admissibility of any documents or information produced in response to these interrogatories as evidence for any purpose in subsequent proceedings or at the trial of this or any other action, arbitration, proceeding or investigation;

b.    the right to object on any ground at any time to the use of any of the documents or information provided in response to these interrogatories, or the subject matter thereof, in any subsequent proceedings or at any trial(s) of this action, or any other action, arbitration, proceeding or investigation; and

c.    the right to object on any ground at any time to a demand for further responses to these interrogatories or any other requests, or to other discovery proceedings involving or relating to the subject matter of these interrogatories.

15.    The general objections stated herein are incorporated by reference into each response herein, as if fully set forth below. While Hotfile has responded to this interrogatory for

<div align="center">4</div>

CASE NO. 11-20427-JORDAN

production, it does so without waiving any right to object to any further inquiry or any effort to compel responses beyond those provided herein.  Any response provided herein is subject to, and limited by, all general and specific objections stated herein.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 2:**

Identify each individual or entity that you contend has ever acted as a DMCA agent for the Hotfile Website or any Hotfile Entity; including:

a)   The date you contend the person commenced (and, if applicable, concluded) acting as a DMCA agent for the Hotfile Website or any Hotfile Entity;

b)   The date on which a designation of the person's status as DMCA agent was filed with the copyright office; and

c)   The date on which the person's status as DMCA agent was first listed on the Hotfile Website.

**AMENDED SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Hotfile has conducted further investigation in response to this interrogatory and discovered additional responsive information.  Hotfile has reviewed the available Archive.org screen captures of hotfile.com to reconstruct to the best of its present ability the requested historical information about the listing of DMCA agents on the website.

Hotfile hereby supplements and amends its previous original and supplemental responses. This response supersedes and replaces Hotfile's previous responses to this Interrogatory No. 2.

Hotfile incorporates by reference its general objections to this interrogatory.  Hotfile further objects to this interrogatory as overbroad and unduly burdensome to the extent that it seeks information pertaining to any "Hotfile Entity" as that term is defined in the Definitions and Instructions.  As currently defined, that term would include any entity, business venture, or organization subject to any Defendant's control (assuming any such entity, business venture or organization exists), irrespective of whether such entity has any relation or relevance to the present dispute.

5

Subject to those general and specific objections, Hotfile responds as follows:

The hotfile.com website has had in a location available to the public an effective method to receive and process notices of claimed infringement and/or requests to takedown files since its launch in February 2009. For example, a screen shot of the terms of service as it appeared on February 23, 2009 as shown on the Archive.org website screen capture attached as Exhibit A shows a link at the bottom of the page to "Report Abuse" to initiate Hotfile.com's notice and takedown procedure. Any message received from the "Report Abuse" link was forwarded for handling to an individual acting on behalf of Hotfile. Such individuals included Andrei Ianokov. The identity of other such individuals, if any, may be derived from the contents of the "abuse@hotfile.com" mailbox; Plaintiffs are directed to those documents to be produced pursuant to Federal Rule of Civil Procedure 33(d).

By sometime in March or April 2009, Hotfile.com had posted on its website a written description of this already-implemented notice and takedown procedure, specifically citing DMCA requirements. For example, an Archive.org screen capture on April 24, 2009 (attached as Exhibit B) stated in part that "Hotfile.com will follow the procedures provided in the DCMA [sic] to properly enforce rights of copyright holders," and with respect to a designated agent, "To exercise your DMCA rights, your Proper DMCA Notice must be sent to Designated Agent of hotfile.com to email: abuse@hotfile.com." See Exhibit B. Emails sent to the abuse@hotfile.com address continued to be forwarded for handling to an individual acting on behalf of Hotfile. Such individuals included Andrei Ianokov. As noted above, Hotfile will produce documents from its "abuse" mailbox and directs Plaintiffs to those documents pursuant to Federal Rule of Civil Procedure 33(d). Defendants are informed and believe that both the terms of service and DMCA notice page were accessible to the public and appeared substantially in the forms attached as Exhibits A and B on the website beginning in the early months of operation of hotfile.com, and that at all times since hotfile.com has made available through its service, including on its website in a location accessible to the public for use by copyright owners, a designated agent that could be contacted at the abuse@hotfile.com email box.

6

CASE NO. 11-20427-JORDAN

Constantin Luchian has acted as a designated DMCA agent for Hotfile since December 8, 2009. His formal designation as DMCA agent was filed with the Copyright Office on December 17, 2009 and was registered as of December 24, 2009. Hotfile is informed and believes that Mr. Luchian's name and status as DMCA agent was first listed on the Hotfile.com website in early May 2010 and has been listed on the website ever since.

DATED: June 2, 2011          By: _____

Roderick M. Thompson (admitted *pro hac vice*)
Andrew Leibnitz (admitted *pro hac vice*)
Anthony P. Schoenberg (*admitted pro hac vice*)
Deepak Gupta (admitted *pro hac vice*)
Janel Thamkul (admitted *pro hac vice*)
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA  94104
Telephone: 415.954.4400
Telecopy: 415.954.4480

And


Janet T. Munn, Fla. Bar No. 501281
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone:  305.476.7101
Telecopy: 305.476.7102
Email: jmunn@rascoklock.com

*Counsel for Defendants Hotfile Corp. and Anton Titov*

7

CASE NO. 11-20427-JORDAN

## VERIFICATION

I, Anton Titov, am a Manager of Hotfile Corporation, a defendant in this lawsuit.  I make this verification on behalf of said party and on behalf of myself as an individual.  I have read the foregoing Defendants' Amended Supplemental Response to Plaintiffs' Interrogatory No. 2 and know the contents thereof.  To the best of my knowledge, information and belief, the responses set forth therein are true and correct.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Executed this 2 day of June, 2011, in Sofia, Bulgaria.

By: _____

Anton Titov

8

# EXHIBIT A

Hotfile.com: One click filehosting

INTERNET ARCHIVE
WayBackMachine™

http://hotfile.com/terms-of-service.html   Go

JAN **FEB** MAY   Close ✕

3 captures
23 Feb 09 - 2 Jan 10

2008 **23** 2010   Help ?
2009

Upload   Premium   FAQ   Contacts   Sign up

hotfile

Username:
Password:
**Forgot Password**   Login

# Terms of Service

### Services of Hotfile.

Hotfile offers the Client services provided the Client completely and unconditionally undertakes to comply with the present Agreement. In this Agreement, it is agreed that: - The client (if you, or the user, or the subscriber) means a private person or an organization, including its employees that uses or intends to use the Services of Hotfile; - Services of Hotfile mean the electronic or interactive services rendered by Hotfile.

Hotfile reserves the right to change or stop all of the rendered Services at any time.

### The rights to use the Services of Hotfile.

Our Services are rendered to private persons or organizations that have the corresponding legal status that enables the conclusion of legally binding arrangements in accordance with legislation. Accepting this agreement, the User confirms the fact that he or she has the license of economic activity (to be the consumer of services) in accordance with the law (during a period of validity in the present Agreement), he or she is not a business rival of Hotfile, and also declares that in accepting the present Agreement, the Client is at least 18 years of age and has the right to conclude the contracts, which have a binding force, as the Client.

### Account of the Client. Rights of the client. Responsibilities of the client.

The client undertakes to give to Hotfile the true, exact, and full information about him or herself for all of the questions that are requested on the registration form. The client agrees the update and support information to be true, exact, and in a full state. Otherwise, Hotfile has the right to suspend or cancel your account and present Agreement.

The client is the unique legal owner for the data of the account (the login, password and all attendant data). The client has full responsibility for all and any (successful or unsuccessful) attempts to access the Services or use of Services (including all actions and transactions) with the use of the account of Client, except for cases when access or the utilization of Services is a direct result of negligence of Hotfile.

The client agrees that the voluntary transfer of login and password of its privileged account (GOLD-account) to third parties leads to the automatic lifting of the privileged status of the account, and notes that a violation of the user's agreement used.

The client is completely responsible for the preservation of the confidentiality of the information of access to his or her account, as well as has full responsibility for the actions that occur by way of his or her account.

The client undertakes to notify Hotfile immediately in case of nascence of the circumstances indicating that his or her account or information was used unauthorized. These cases are (but not limited): reception by the Client of confirmation his or her orders of services, made on his or her account that the Client didn't order; occurrence in client's account of data regarding actions (downloading or uploading files) that the client didn't do or other similar inconsistent actions.

### Client's data. Ordering information. Changing the information about the client.

The client has exclusive obligations and full responsibility for the information, which he or she saved on the servers of Hotfile. The client supervises his or her own files through the unique reference generated for him or her. The client has full responsibility for the data and exclusive obligation for any lost and unreduced information. The client agrees to contain the information according to legal responsibilities. The client agrees to reception on the e-mail address of news of service, the information on new services and actions of service Hotfile. Hotfile undertakes to delete the client's information after completing a period of validity in the present Agreement. Hotfile reserves the right to keep the client's information in the archives after his or her deletion, and has not any obligation to the Client for such information.

In using our service IP address your browser will be identified and brought into the databases of our servers. This IP address is saved by the servers of Hotfile only for our internal utilization (calculation of visiting, optimum usage of downloading files, etc.). Hotfile uses cookies to save the options of the users' browsers, in the case that users provide their consent. Utilization of cookies doesn't permit one to find out confidential information about a client - e-mail address, postal address, numbers on a credit card, etc.

Our service calculates the e-mail addresses of users of Hotfile with the purpose of registration and the enumeration of users. Hotfile does not sell and does not share your personal information with any companies.

### Ownership of information and copyrights.

You recognize that all materials (except the users' uploading), submitted on the present Web page, switching the information, documentation, goods, trademarks, drawings, sounds, GUI, software, and services (further called Materials), rendered by Hotfile or third parties - authors, developers, suppliers (in generally called Intermediaries), belong to Hotfile and/or to Intermediaries. Elements of Web pages are protected by legislation on a set of various nonfunctional elements of the goods or services and other legislation and cannot be copied or reproduced in part or whole. Hotfile, trademark of Hotfile and other goods mentioned in the present agreement, are trademark of Hotfile. Other names of goods, names of companies, marks, trademarks, and symbols are trademarks of corresponding organizations.

Services of Hotfile can be used in legitimate objectives. Transmission, distribution, or storage of any materials that violate laws are forbidden. This includes without restriction patented materials, copyright laws, trademarks,commercial secrets and other intellectual property rights. The client is obliged to receive the author's preliminary agreement in the case of the use of his or her materials. In using the Services, you declare and guarantee that you are the author and owner of the copyrights and/or have due licenses for the represented information, you also declare and guarantee that your information does not offend trademarks and other rights of third parties. Hotfile reserves the right to immediately suspend or delete the account of a client, which, in the opinion of Hotfile, offends the present agreement or laws or decisions.

Attention! In case of using Hotfile Service for distribution of the files containing materials which appear to involve child exploitation, the account of the user who placed such files will be immediately deleted and all neccesary information will be passed on to the National Center for Missing & Exploited Children as well as to the administrative tribunals and/or members of the ISP.

## You agree to not use the services of Hotfile

for the purpose of: Loading, accommodation, sending by way of e-mail, transmission or publication by other means of information distributing for terrorist propagation, propagandizing of kindling interethnic, racial or religious break a set, representing violence or death;

Causing of harm to minors, including any form of child pornography; in the case that we shall regard this as sufficiently serious, it will be transferred to the corresponding administrative tribunals and/or members of the ISP;

Loading, accommodation, sending by way of e-mail, transmission or publication by other means of information, which offends the rights of some party on all patents, trademarks, commercial secrets, copyrights, or other property rights.

You undertake to not place information containing illegal materials, as well as other forms of the transmission of illegal or obscene contents and information prompting illegal actions inducing gaming, illegal sales of the weapons, advertising, or the publication of materials that violate legislation regarding the distribution of pornography and racism. You also undertake to not place discrediting information concerning some person, without the consent or intentionally rendering such to someone as mental cruelty.

In the case of the non-observance of the present requirements, **Hotfile reserves the right to immediately suspend or delete, without preliminary prevention, your account or the transaction** violating the present agreement.

Illegal actions also include intrusions or attempts of intrusion into the information system of Hotfile, or attempts to affect the ability of Hotfile to render Services.

These are (but not limited to the following actions):

Unauthorized access to the Services of Hotfile, which includes attempts to probe, test systems for availability, to try to break down the system of information protection of the website without permission from Hotfile;

Intervention in the process of rendering Services to any client or users' network for example avalanche routing or intentional attempts to overload system;

There are many other actions that can destroy the infrastructure of Hotfile, which are strictly prohibited and are the subject of criminal and civil liability.

Lawfully or not, Hotfile reserves the right to decide for the fate of the activity of Hotfile and its Clients.

Attentions please, in such a case if it will be detected that an account or transmitted information violates any of those rules, Hotfile reserves the right to delete the account or stop the transfer of information. If it is necessary, Hotfile will send claims to the corresponding legal structures. In this case, Hotfile will actively cooperate with administrative tribunals in the investigation and criminal prosecution of similar actions, which means the disclosure of the data of the Client's account.

**Attention! In case of using Hotfile Service for distribution of the files containing materials which appear to involve child exploitation, the account of the user who placed such files will be immediately deleted and all neccesary information will be passed on to the National Center for Missing & Exploited Children as well as to the administrative tribunals and/or members of the ISP.**

Complaints of the persons, breaking our Rules, are accepted here. Each complaint will be considered; and depending on the results, can lead to the deletion of the Client's account without preliminary prevention.

## Absence of guarantees. Responsibility.

You express understanding and agreement with the following:

You use these services at your own risk.

Services of Hotfile are rendered "as is" and "as far as possible". Hotfile and its representatives, within the limits allowed by legislation, haven't the responsibility for the any guarantees, for example, the guarantee of conformity of the user's purpose, guarantee of commercial suitability, and guarantee of absence of violation of third parties rights. Hotfile and its representatives do not guarantee accuracy, reliability, completeness, timeliness of Services, software or other information content;

We don't guarantee that Services will correspond to your requirements, Services will be rendered continuously, quickly, reliably, and without mistakes, Results which can be received through the utilization of services, will be exact and reliable, Quality of some product, service, information, or other materials, which you received through the utilization of Services, will correspond to your expectations. Some materials, which you loaded or otherwise received through the utilization of Services, are used by you at your own discretion and at your own risk, and only you have exclusive responsibility for any data that is lost or damaged, which can also damage your computer system or as the result of loading these materials;

Any consultation or information, written or oral, received by you through the utilization of Services, doesn't represent a guarantee, except for direct guarantees in the present Agreement.

Hotfile.com: One click filehosting

You agree to recover damages, including reasonably the necessary payment of legal services, and to release Hotfile, its affiliated organizations, and branches, management, employees, agents from responsibility for any claims and requirements based on your utilization of Services; or violation of the present Agreement or other rules and conditions of Hotfile.

You use the services of Hotfile at your own risk. If you are not satisfied with our Services or present user agreement, or any other rules, you have the right to stop the utilization of Services. You agree that Hotfile is not responsible for any sheer, indirect, collateral, or penal losses as such as lucrum cessans, lost of reputation, data that is lost or other non-material losses, taken place for reasons of utilization or impossibility of utilization of services; necessities to pay anew the unremunerative goods or services purchased through the utilization of Services; unauthorized access or modification in transmitted information or data; statements or actions of any third party within the framework of services; any other event concerning the Services.

## Modification of the Agreements and Rules for extension of Services.

We reserve the right at any time to modify the present agreement for the extension of Services. We also reserve the right at any time to modify or stop all Services, with the prior notification or without, for a specified time or without a time limit.

You agree that Hotfile does not have any obligations to you, nor to any third party for any modification, suspension, or termination of Services. You recognize that we can establish the general rules and restrictions of using Services, including the maximal disk space allotted to you on the servers of Hotfile, the maximal number of look-up, (and their time of duration) to Services for the specified time.

In addition, you recognize that Hotfile has the right, without preliminary prevention, to change tariffs for the utilization of Services. Modification of tariffs for the utilization of Services inures after the termination of the validity of an existing subscription of the Client.

Hotfile has the immediate right to prevent, suspend, (without a time limit or temporarily) to close access and to stop the extension of Services to the client, or to delete the account of the Client, and also to refuse to render service to the client further in the case of: Hotfile is justified to believe that the Client has broken or has not executed any aspect of the present Agreement or other contracts or instructions of Hotfile, Client hasn't paid for services or any others indebtednesses to Hotfile, Hotfile cannot establish authenticity of the information given by the Client, Hotfile is justified to believe that actions of the Client can entail the legal responsibility of the Client, other Clients of Hotfile or Hotfile. Hotfile reserves the right at their own discretion at any time to stop Services or their part, with the prior notification or without such. You agree that the termination of access to Services on any item of present user's agreement can inure without prior notification, and also agree that Hotfile has the immediate right to deactivate, archive, or delete your account and their parts: information, data and-or refuse to access in the further to those data or Services. Furthermore, you agree that Hotfile is not responsible to you or any third party for the termination of your access to Services.

After the cancellation of the present Agreement by the Client or Hotfile, all privileges of the Client stipulated in the Agreement, and obligations of Hotfile extension of Services, are immediately cancelled.

Incapacity of Hotfile to undertake actions concerning violations performed by theClient or other persons, does not deprive the right of Hotfile to take measures concerning subsequent or similar violations.

Any requirement or claim raised by the Client for any items of the present Agreement should be given within twelve months from the moment of occurrence of the requirement or the claim's basis.

The client and Hotfile are independent contractors. The present Agreement does not provide and does not create such forms of legal relationship with the Client as an establishment, company, joint venture, labor relations, trading relations.

For the conditions of the present Agreement, the Client has not the right to transfer any rights or to assign other persons duties. Any attempts of transfer those rights have not validity.

Our activity for the extension of Services can be broken by various factors, which we can't control. We have not the responsibility for any delays, or the incapacity to render Service as a result of reasons, which do not depend on us.

If any clause of the present Agreement is declared invalid, that clause should be bypassed, with the least damage of interests of the parties, and other clauses of the Agreement continue to be in effect. Headings of items of the Agreement serve only for convenience, and in any degree do not determine, limit, interpret, or describe a spectrum or a measure of an item of agreement.

Accepting this agreement, you declare and guarantee to Hotfile company, that you are not a competitor of Hotfile and you undertake to not use the information received through the utilization of the website of Hotfile and Services of Hotfile for being in a competition to the last.

## Excepting agreements and conditions that are published on the website, the present Agreement regulates full understanding and agreement between the parties concerning the discussed subject.

Department of the fight against abuse: Click here

Counterfeit files will be immediately deleted after the reception of your proven confirmation. In the case of the detection of such files, we will take advantage of this form and send a full reference on such a file.

Copyright © 2008, 2009 hotfile.com, All Rights Reserved.
Home | Premium | Privacy Policy | Terms of Service | Report Abuse | Contacts

# **EXHIBIT B**

Hotfile.com: Размещение файлов в один клик

**INTERNET ARCHIVE** **WaUBackMachine** | http://hotfile.com/reportabuse.html | Go | MAR **APR** MAY | Close ✕
4 captures | 24 Apr 09 - 2 Jan 10 | 2008 **2009** 2010 | Help ?

🌐 English | ▬ Russian

**hotfile**

Закачать файл    Премиум-аккаунт    Партнерская программа    FAQ    Контакты    Зарегистрироваться

Имя пользователя: [____]
Пароль: [____]
Напомнить пароль [____]

HotFile (www.hotfile.com) is an Online Service Provider under Title II of the Digital Millennium Copyright Act, 17 U.S.C. Section 512 ("DMCA"). This document outlines the policy that hotfile.com have introduced in order to implement notice and takedown policy as required by DMCA. This document guides copyright owners interested in utilizing this procedure, as well as service users interested in restoring access to material mistakenly taken down.

**Writing and sending Proper Notification**

The DMCA provides a legal procedure by which you can request any Online Service Provider to disable access to a website where your copyrighted work(s) are appearing without your permission. The legal procedure consists of two parts: (1) Writing a Proper DMCA Notice, and (2) Sending the Proper DMCA Notice to hotfile.com Designated Agent.

**To write a Proper DMCA Notice, state the following information:**

* Identify yourself as an owner of copyrighted work or exclusive rights that you believe were infringed, or a person acting on behalf of such owner.

* State your contact information, including your name, street address, phone number, and email address.

* Identify the copyrighted work that you believe is being infringed, or if a large number of works are being infringed, a representative list of the works.

* Identify the location of materials that allegedly are infringing your copyrighted work, by providing Web URLs on hotfile.com site that contain these materials.

* State that you have "a good faith belief that use of the aforementioned material is not authorized by the copyright owner, its agents, or the law".

* State that the information in the notice is accurate, under penalty of perjury.

Your notice **must be signed with a physical signature** (when it is in paper form) or **electronic signature** (when it is in electronic form).

To exercise your DMCA rights, your Proper DMCA Notice must be sent to Designated Agent of hotfile.com to email: **abuse@hotfile.com**

**Notice and takedown procedure**

HotFile.com will follow the procedures provided in the DCMA to properly enforce rights of copyright holders. When a Proper DMCA notification is received by Designated Agent, or when hotfile.com becomes otherwise aware that copyright rights are infringed, it will remove or disable access to infringing materials as soon as possible. You don't need to wait confirmation from us about this action.

If users submitting or downloading materials believe that their use of materials was lawful, they have the right of sending a Proper Counter-notification in order to restore access to these materials. Hotfile.com will comply with the appropriate provisions of the DMCA in the event a counter notification is received by its Designated Agent.
Thank you for your understanding!

Copyright © 2008, 2009 hotfile.com, Все права защищены.
Главная страница | Премиум-аккаунт | Конфиденциальность данных | Условия обслуживания | Сообщить о нарушениях | Контакты

CASE NO. 11-20427-JORDAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.

_____/

### CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

I HEREBY CERTIFY that on June 2, 2011, I electronically served the following documents on all counsel of record on the attached Service List via their email address(es).  The documents served on this date are:

### DEFENDANTS' AMENDED SUPPLEMENTAL RESPONSE TO PLAINTIFFS' INTERROGATORY NO. 2

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 2, 2011, at San Francisco, California.

_____
Lauren Jensen

9

26501\2633554.1

CASE NO. 11-20427-JORDAN

**SERVICE LIST: CASE NO. 11-CIV-20427-JORDAN**

Karen R. Thorland, Esq.
Motion Picture Association of America, Inc.
15301 Ventura Blvd., Building E
Sherman Oaks, CA 91403
Telephone:     (818) 935-5812
Fax:               (818) 285-4407
Email: Karen_Thorland@mpaa.org

*Attorneys for Plaintiffs*
*Party Name:   Disney Enterprises, Inc.,*
*Twentieth Century Fox Film Corporation,*
*Universal City Studios Productions LLP,*
*Columbia Pictures Industries, Inc., Warner*
*Bros. Entertainment Inc.*

**Served via electronic mail by agreement**

Duane C. Pozza, Esq.
Luke C. Platzer, Esq.
Steven B. Fabrizio, Esq.
Jenner & Block
1099 New York Avenue, N.W.,  Ste. 900
Washington, DC 20001-4412
Telephone:     (202) 639-6094
Fax:               (202) 639-6068
Email: dpozza@jenner.com;
lplatzer@jenner.com; sfabrizio@jenner.com

*Attorneys for Plaintiffs*
*Party Name:   Disney Enterprises, Inc.,*
*Twentieth Century Fox Film Corporation,*
*Universal City Studios Productions LLP,*
*Columbia Pictures Industries, Inc., Warner*
*Bros. Entertainment Inc.*

**Served via electronic mail by agreement**

Karen Linda Stetson, Esq.
Gray-Robinson P.A.
1221 Brickell Avenue, Suite 1650
Miami, FL 33131
Telephone:     (305) 416-6880
Fax:               (305) 416-6887
Email: kstetson@gray-robinson.com

*Attorneys for Plaintiffs*
*Party Name:   Disney Enterprises, Inc.,*
*Twentieth Century Fox Film Corporation,*
*Universal City Studios Productions LLP,*
*Columbia Pictures Industries, Inc., Warner*
*Bros. Entertainment Inc.*

**Served via electronic mail by agreement**

BOSTON LAW GROUP
Valentin Gurvits
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:     617-928-1800
Fax:               617-928-1802
vgurvitz@bostonlawgroup.com

*Attorney for Defendants*
*Hotfile Corp. and Anton Titov*

**Served via electronic mail by agreement**

CASE NO. 11-20427-JORDAN

Janet T. Munn, Esq.
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
Telephone:    (305) 476-7101
Fax:            (305) 476-7102
Email: jmunn@rascoklock.com

*Local Attorney for:    Defendants*
*Party Name:   Hotfile Corp. and Anton Titov*

**Served via electronic mail by agreement**

11

# Yeh Exhibit 24



**EXHIBIT**
Titov 145
12-09-11 PF



RECE... D
Informatio... Div
DEC 24 2009
Copyright Office

## Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** Hotfile Corp.

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** Hotfile.com

**Address of Service Provider:** 43-20 Calle 34, Panama 5, Republic of Panama

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 1007 N. Federal Hwy., Suite 240, Fort Lauderdale, FL 33304

**Telephone Number of Designated Agent:** (954) 773 8743

**Facsimile Number of Designated Agent:** (954) 414 0865

**Email Address of Designated Agent:** abuse@hotfile.com, support@hotfile.com

Signature of Officer or Representative of the Designating Service Provider:

 Date: 12/08/2009

Typed or Printed Name and Title: Anton Titov, Manager

SCANNED   1   21-2010

**Note: This Interim Designation Must be Accompanied by a Filing Fee\***
**Made Payable to the Register of Copyrights.**
**\*Note: Current and adjusted fees are available on the Copyright website at**
**www.copyright.gov/docs/fees.html**

Mail the form to:
**Copyright GC/I&R**
**P.O. Box 70400**
**Washington, DC 20024**

162864185



RECEIVED
DEC 24 2009
COPYRIGHT OFFICE

# Yeh Exhibit 25

**REDACTED**

# Yeh Exhibit 26

```
From:     ████████████████████
Sent:     Monday, October 18, 2010 10:20 AM
To:       general <general@hotfile.com>
Subject:  Slow download: Hotfile ████████████████

Message sent from user with mail - ████████████
Reason: I have technical issues with downloading
Username: ███████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/75420933/d63c3f3/OneDDL.com-House.S07E04.HDTV.XviD-
LOL.avi
ip: 89.78.238.███ PL
URL:

I download your file to conection test -1-2kb/s what is that? fix it
```

EXHIBIT

Titou 137
12·07·11  ff

HF00009910

```
From: ████████████████████████
Sent:  Tuesday, November 9, 2010 8:51 PM
To:  general <general@hotfile.com>
Subject:  Restore my account: Hotfile ████████████████

Message sent from user with mail ████████████████
Reason: General question
Username: ████████████████
Rank: Silver
Status: Free
Suspended: No
Remove premium: Yes (Reason: traffic 153GB, dt: 2010-11-06 23:00:01)

lastdl: http://hotfile.com/dl/79395178/c29264f/Inception.DVDR-
BOW.WwW.SceneTube.Net.part12.rar.html
ip: 108.14.201.█
URL:

My account was closed for no reason. You are not replying to any of the emails.
Restore my account or issue a partial refund. Otherwise, I will report this
transaction to my credit card company as fraudulent.
```

EXHIBIT

Titou 138

12·57·11 ff

HF00014579

```
From:    ███████████████████
Sent:  Monday, December 27, 2010 8:13 PM
To:   general <general@hotfile.com>
Subject:  it says upgrade to premium: Hotfile ██████████████████

Message sent from user with mail -███████████████████
Reason: I am a paid user but it still says \'Upgrade to premium\'
Username: ████████████████
Rank: Silver
Status: Free
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/59777737/3a57c59/Wall_E_PROPER_DVDRip_XviD_ULTRASON_Warez-
Centre.com.part1.rar.html
ip: 64.131.133 ████ US
URL:
http://hotfile.com/dl/59777737/3a57c59/Wall_E_PROPER_DVDRip_XviD_ULTRASON_Warez-
Centre.com.part1.rar.html

i paid for monthly use and yet it worked before and now it says upgrade.

problem is at your end check servers.
```



EXHIBIT

Titov 139

12·07·11

HF00022467

```
From:      ███████████████████████████
Sent:   Thursday, January 20, 2011 3:17 PM
To:   general <general@hotfile.com>
Subject:   Slow download speeds:███████████████████████
```

```
Message sent from user with mail - █████████████████
Reason: General question
Username: ████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No
```

```
lastdl:
http://hotfile.com/dl/97603194/5ac670a/Two.and.a.Half.Men.S08E14.720p.HDTV.X264-
DIMENSION.mkv.html
ip: 85.243.235.███ PT
URL: http://w2.hotfile.com/data.bin
```

```
I tried downloading your file  http://w2.hotfile.com/data.bin and the speed was
25kb/s i download a another file with a different file storage site and the speed
goes to 1.5mb/s what wrong it\'s not my internet i already paid  January what
happen to my speed please help thanks
```

**EXHIBIT**

_Titov 140_

_12·11·07_

PENGAD 800-631-6989

HF00026791

```
From:     ███████████████████
Sent:  Friday, January 21, 2011 6:03 PM
To:   general <general@hotfile.com>
Subject:  paid sibscription to premium: Hotfile ████████████████████

Message sent from user with mail - ███████████████
Reason: I am a paid user but it still says \'Upgrade to premium\'
Username: ████████████████
Rank: Silver
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/98303400/8758a60/No.Ordinary.Family.S01E13.rmvb.html
ip: 189.122.158.███ BR
URL:

Hi
I have renewed my subscription on January 17th but I get always the message
Upgrade to premium.
Hope to solve this problem asap.
SIncerely Yours
██████████████
```

EXHIBIT

Trov 141

12·07·11  ff

PENGAD 800-631-6989

HF00026980

**From:** Hotfile Corp [hotfile.com@gmail.com]
**Sent:** Thursday, November 11, 2010 2:47 AM
**To:** Andrei
**Subject:** Fwd: Suggestion: Enable the option to organize the folders alphabetically: Hotfile

---------- Forwarded message ----------
From: **Elan** <no1knows.me@gmail.com>
Date: 2010/6/30
Subject: Re: Suggestion: Enable the option to organize the folders alphabetically: Hotfile

To: Hotfile Corp <hotfile.com@gmail.com>

има резон. ще сложа сортиране и по други работи.

On 30 June 2010 21:58, Hotfile Corp <hotfile.com@gmail.com> wrote:
> Suggestion
>
> ---------- Forwarded message ----------
> From
> Date: Wed, Jun 30, 2010 at 6:06 PM
> Subject: Suggestion: Enable the option to organize the folders
> alphabetically: Hotfile
> To: hotfile.com@gmail.com
>
>
> Message sent from user with mail -
> Reason: I hahove some suggestions for improving your service
> Username:
> Rank: Bronze
> Status: Premium
> Suspended: No
> Remove premium: Yes (Reason: traffic 160GB, dt: 2010-06-21 04:10:01)
>
> lastdl:
>
> ip: 115.135.82.    MY
> URL:
>
> Dear Hotfile team,
>
> As stated in the subject, I would like to suggest that the aforementioned
> option to be enable in your system. Currently there are hundreds of folders
> in my account and when I searching for certain folders, it would take a long

1

CONFIDENTIAL



HF02158248

> time to go through one by one. Yeah alt + f would be an option, but then
> another problem is when I want to move some files into certain folders, I
> will have to go through, AGAIN, the unsorted list of folders,which is very
> tiring. Enabling this option would make everything to be easier and
> smoother, at least for me. I\\\'m sure other users would want this option to
> be activated too. Lastly, I hope my suggestion would not fall on deaf ears
> and please do something about this in the near future.
>
> Thank you.
>
> Regards.
> ███████
>
>
>
> --
> http://www.hotfile.com - one click file hosting
> -----------------------------------------------------------------
>


--
http://www.hotfile.com - one click file hosting
-----------------------------------------------------------------

2

HF02158249

# Yeh Exhibit 27

| Bates Number of Hotfile User Email | URL in 'Last DL' Field of Hotfile User Email Also Identified by Plaintiffs' as Infringing in Response to Hotfile's Interrogatory No. 1 | Plaintiff Work Infringed |
|---|---|---|
| HF00003350 | | 2012 |
| HF00037635 | | 2012 |
| HF00063244 | | 2012 |
| HF00063414 | | 2012 |
| HF00063415 | | 2012 |
| HF00066750 | | 2012 |
| HF00071842 | | 2012 |
| HF00073537 | | 2012 |
| HF00073866 | | 2012 |
| HF00073867 | | 2012 |
| HF00022297 | | 127 HOURS |
| HF00024248 | | 127 HOURS |
| HF00025999 | | 127 HOURS |
| HF00027376 | | 127 HOURS |
| HF00030040 | | 127 HOURS |
| HF00030323 | | 127 HOURS |
| HF00031583 | | 127 HOURS |
| HF00035218 | | 127 HOURS |
| HF00016138 | | 21 Grams |
| HF00034456 | | 30 Rock |
| HF00076065 | | 500 DAYS OF SUMMER |
| HF00066750 | | 8 Mile |
| HF00062312 | | A Clockwork Orange |
| HF00024000 | | Accepted |
| HF00036851 | | Accepted |
| HF00034591 | | ADAM |
| HF00067019 | | ADAM |
| HF00064129 | | Alice in Wonderland |
| HF00071406 | | Alice in Wonderland |
| HF00009020 | | ALIEN 3 |
| HF00009032 | | ALIEN 3 |
| HF00033707 | | All-Star Superman |
| HF00085404 | | ANASTASIA |
| HF00025208 | | Animatrix |
| HF00000671 | | Armageddon |
| HF00084676 | | Army Wives |
| HF00001610 | | A-TEAM |
| HF00004662 | | A-TEAM |
| HF00009543 | | A-TEAM |
| HF00010886 | | A-TEAM |
| HF00011585 | | A-TEAM |
| HF00014448 | | A-TEAM |
| HF00015168 | | A-TEAM |
| HF00018312 | | A-TEAM |
| HF00021019 | | A-TEAM |
| HF00074772 | | A-TEAM |
| HF00076744 | | A-TEAM |
| HF00076745 | | A-TEAM |
| HF00077097 | | A-TEAM |
| HF00077306 | | A-TEAM |
| HF00077310 | | A-TEAM |
| HF00077311 | | A-TEAM |
| HF00078067 | | A-TEAM |
| HF00078286 | | A-TEAM |
| HF00080696 | | A-TEAM |
| HF00081408 | | A-TEAM |
| HF00083921 | | A-TEAM |
| HF00007894 | | August Rush |
| HF00005327 | | AVATAR |
| HF00005328 | | AVATAR |
| HF00005336 | | AVATAR |
| HF00012944 | | AVATAR |
| HF00017154 | | AVATAR |
| HF00020658 | | AVATAR |
| HF00020940 | | AVATAR |
| HF00030893 | | AVATAR |
| HF00034852 | | AVATAR |
| HF00063489 | | AVATAR |
| HF00065101 | | AVATAR |

| Bates Number of Hotfile User Email | URL in 'Last DL' Field of Hotfile User Email Also Identified by Plaintiffs' as Infringing in Response to Hotfile's Interrogatory No. 1 | Plaintiff Work Infringed |
|---|---|---|
| HF00067866 | | AVATAR |
| HF00068006 | | AVATAR |
| HF00068270 | | AVATAR |
| HF00069234 | | AVATAR |
| HF00070216 | | AVATAR |
| HF00071056 | | AVATAR |
| HF00071057 | | AVATAR |
| HF00071621 | | AVATAR |
| HF00075853 | | AVATAR |
| HF00085403 | | AVATAR |
| HF00083355 | | Batman |
| HF00023692 | | Batman Forever |
| HF00078721 | | Batman Returns |
| HF00078984 | | Batman Returns |
| HF00039130 | | BATTLE LOS ANGELES |
| HF00027610 | | Beverly Hills Chihuahua 2 |
| HF00028989 | | Big Bang Theory |
| HF00021269 | | BLACK SWAN |
| HF00021294 | | BLACK SWAN |
| HF00026584 | | BLACK SWAN |
| HF00029327 | | BLACK SWAN |
| HF00032827 | | BLACK SWAN |
| HF00034039 | | BLACK SWAN |
| HF00018886 | | Body of Lies |
| HF00015458 | | Bolt |
| HF00081967 | | Bolt |
| HF00086133 | | Bolt |
| HF00007637 | | BONES |
| HF00009731 | | BONES |
| HF00011192 | | BONES |
| HF00027000 | | BONES |
| HF00027500 | | BONES |
| HF00028835 | | BONES |
| HF00031529 | | BONES |
| HF00063200 | | BONES |
| HF00066737 | | BONES |
| HF00070228 | | BONES |
| HF00007151 | | Book of Eli |
| HF00007152 | | Book of Eli |
| HF00061822 | | Book of Eli |
| HF00065383 | | Book of Eli |
| HF00068963 | | Book of Eli |
| HF00069214 | | Book of Eli |
| HF00071073 | | Book of Eli |
| HF00073042 | | Book of Eli |
| HF00074965 | | Book of Eli |
| HF00082102 | | Book of Eli |
| HF00082184 | | Book of Eli |
| HF00018428 | | BURN NOTICE |
| HF00072563 | | BURN NOTICE |
| HF00074795 | | BURN NOTICE |
| HF00081044 | | BURN NOTICE |
| HF00085553 | | BURN NOTICE |
| HF00000910 | | Camp Rock 2: The Final Jam |
| HF00022276 | | Casablanca |
| HF00001930 | | Casanova |
| HF00025149 | | CASINO ROYALE 2006 |
| HF00003785 | | CAST AWAY |
| HF00013163 | | Castle |
| HF00013225 | | Castle |
| HF00016601 | | Castle |
| HF00024951 | | Castle |
| HF00037293 | | Castle |
| HF00038518 | | Castle |
| HF00079504 | | Castle |
| HF00085373 | | Castle |
| HF00027347 | | Chuck |
| HF00003083 | | Clash of the Titans |
| HF00011963 | | Clash of the Titans |

| Bates Number of Hotfile User Email | URL in 'Last DL' Field of Hotfile User Email Also Identified by Plaintiffs' as Infringing in Response to Hotfile's Interrogatory No. 1 | Plaintiff Work Infringed |
|---|---|---|
| HF00021487 | | Clash of the Titans |
| HF00026385 | | Clash of the Titans |
| HF00071749 | | Clash of the Titans |
| HF00076423 | | Clash of the Titans |
| HF00076565 | | Clash of the Titans |
| HF00077182 | | Clash of the Titans |
| HF00078934 | | Clash of the Titans |
| HF00079126 | | Clash of the Titans |
| HF00080564 | | Clash of the Titans |
| HF00022206 | | Closer, The |
| HF00028656 | | Cobra |
| HF00072409 | | Cold Case |
| HF00030239 | | Da Vinci Code |
| HF00067158 | | DATE NIGHT |
| HF00081481 | | DATE NIGHT |
| HF00077362 | | Daylight |
| HF00025303 | | Departed |
| HF00005665 | | Desperate Housewives |
| HF00006267 | | Desperate Housewives |
| HF00009678 | | Desperate Housewives |
| HF00009803 | | Desperate Housewives |
| HF00011279 | | Desperate Housewives |
| HF00013327 | | Desperate Housewives |
| HF00014336 | | Desperate Housewives |
| HF00015398 | | Desperate Housewives |
| HF00015429 | | Desperate Housewives |
| HF00015601 | | Desperate Housewives |
| HF00015619 | | Desperate Housewives |
| HF00015925 | | Desperate Housewives |
| HF00023453 | | Desperate Housewives |
| HF00023572 | | Desperate Housewives |
| HF00026627 | | Desperate Housewives |
| HF00062924 | | Desperate Housewives |
| HF00066214 | | Desperate Housewives |
| HF00084663 | | Desperate Housewives |
| HF00013027 | | Detroit 1-8-7 |
| HF00017926 | | Detroit 1-8-7 |
| HF00027219 | | Dinosaur |
| HF00019724 | | Dollhouse |
| HF00026717 | | Dragonfly |
| HF00017346 | | Due Date |
| HF00017982 | | Due Date |
| HF00028800 | | Due Date |
| HF00029034 | | Due Date |
| HF00029165 | | Due Date |
| HF00032102 | | Due Date |
| HF00033740 | | Due Date |
| HF00081226 | | Eureka |
| HF00082491 | | Everything is Illuminated |
| HF00006174 | | FAMILY GUY |
| HF00013737 | | FAMILY GUY |
| HF00016642 | | FAMILY GUY |
| HF00025687 | | FAMILY GUY |
| HF00026008 | | FAMILY GUY |
| HF00026337 | | FAMILY GUY |
| HF00035231 | | FAMILY GUY |
| HF00061950 | | FAMILY GUY |
| HF00074507 | | FAMILY GUY |
| HF00077767 | | FAMILY GUY |
| HF00085518 | | FAMILY GUY |
| HF00006233 | | Fear and Loathing in Las Vegas |
| HF00009616 | | Firefox |
| HF00009362 | | FlashForward |
| HF00024257 | | FlashForward |
| HF00024766 | | FlashForward |
| HF00024767 | | FlashForward |
| HF00024768 | | FlashForward |
| HF00024769 | | FlashForward |
| HF00024770 | | FlashForward |

| Bates Number of Hotfile User Email | URL in 'Last DL' Field of Hotfile User Email Also Identified by Plaintiffs' as Infringing in Response to Hotfile's Interrogatory No. 1 | Plaintiff Work Infringed |
|---|---|---|
| HF00024771 | | FlashForward |
| HF00024772 | | FlashForward |
| HF00024773 | | FlashForward |
| HF00031942 | | FlashForward |
| HF00068358 | | FlashForward |
| HF00070498 | | FlashForward |
| HF00018369 | | Flipped |
| HF00011333 | | Fool's Gold |
| HF00020282 | | Friday Night Lights |
| HF00000524 | | Friends |
| HF00018149 | | Friends |
| HF00026291 | | Fright Night 1985 |
| HF00073099 | | Fringe |
| HF00077942 | | Fringe |
| HF00077952 | | Fringe |
| HF00078375 | | Fringe |
| HF00003226 | | Fun with Dick and Jane |
| HF00000544 | | FUTURAMA |
| HF00017021 | | FUTURAMA |
| HF00017457 | | FUTURAMA |
| HF00074877 | | FUTURAMA |
| HF00076553 | | FUTURAMA |
| HF00078289 | | FUTURAMA |
| HF00080051 | | FUTURAMA |
| HF00080116 | | FUTURAMA |
| HF00080451 | | FUTURAMA |
| HF00017810 | | GARFIELD |
| HF00085605 | | GARFIELD |
| HF00025862 | | GATTACA |
| HF00010722 | | Get Him to the Greek |
| HF00011232 | | Get Him to the Greek |
| HF00013670 | | Get Him to the Greek |
| HF00030354 | | Get Him to the Greek |
| HF00034510 | | Get Him to the Greek |
| HF00073425 | | Get Him to the Greek |
| HF00074250 | | Get Him to the Greek |
| HF00079870 | | Get Him to the Greek |
| HF00075337 | | Get Smart |
| HF00076584 | | Get Smart |
| HF00079557 | | G-Force |
| HF00079564 | | G-Force |
| HF00000782 | | GLADES |
| HF00082622 | | GLADES |
| HF00034814 | | Gladiator |
| HF00075942 | | Gladiator |
| HF00007232 | | GLEE |
| HF00008642 | | GLEE |
| HF00008829 | | GLEE |
| HF00009587 | | GLEE |
| HF00010454 | | GLEE |
| HF00010727 | | GLEE |
| HF00014092 | | GLEE |
| HF00015061 | | GLEE |
| HF00015884 | | GLEE |
| HF00020005 | | GLEE |
| HF00032076 | | GLEE |
| HF00035566 | | GLEE |
| HF00055871 | | GLEE |
| HF00070865 | | GLEE |
| HF00071266 | | GLEE |
| HF00085405 | | GLEE |
| HF00004255 | | Gone with the Wind |
| HF00083922 | | Gone with the Wind |
| HF00018244 | | Gremlins |
| HF00005783 | | GREY'S ANATOMY |
| HF00007874 | | GREY'S ANATOMY |
| HF00008022 | | GREY'S ANATOMY |
| HF00009887 | | GREY'S ANATOMY |
| HF00010936 | | GREY'S ANATOMY |

| Bates Number of Hotfile User Email | URL in 'Last DL' Field of Hotfile User Email Also Identified by Plaintiffs' as Infringing in Response to Hotfile's Interrogatory No. 1 | Plaintiff Work Infringed |
|---|---|---|
| HF00011074 | | GREY'S ANATOMY |
| HF00011683 | | GREY'S ANATOMY |
| HF00013920 | | GREY'S ANATOMY |
| HF00026542 | | GREY'S ANATOMY |
| HF00029395 | | GREY'S ANATOMY |
| HF00066118 | | GREY'S ANATOMY |
| HF00071296 | | GREY'S ANATOMY |
| HF00073531 | | GREY'S ANATOMY |
| HF00078182 | | GREY'S ANATOMY |
| HF00079539 | | GREY'S ANATOMY |
| HF00085900 | | GREY'S ANATOMY |
| HF00000762 | | Grown Ups |
| HF00006630 | | Grown Ups |
| HF00008245 | | Grown Ups |
| HF00011086 | | Grown Ups |
| HF00076574 | | Grown Ups |
| HF00077446 | | Grown Ups |
| HF00078013 | | Grown Ups |
| HF00084939 | | Grown Ups |
| HF00085008 | | Grown Ups |
| HF00085242 | | Grown Ups |
| HF00025759 | | GULLIVER'S TRAVELS |
| HF00026140 | | GULLIVER'S TRAVELS |
| HF00029167 | | GULLIVER'S TRAVELS |
| HF00029169 | | GULLIVER'S TRAVELS |
| HF00029170 | | GULLIVER'S TRAVELS |
| HF00029172 | | GULLIVER'S TRAVELS |
| HF00029173 | | GULLIVER'S TRAVELS |
| HF00029174 | | GULLIVER'S TRAVELS |
| HF00029175 | | GULLIVER'S TRAVELS |
| HF00030132 | | GULLIVER'S TRAVELS |
| HF00036758 | | GULLIVER'S TRAVELS |
| HF00000913 | | Hangover |
| HF00005384 | | Hannah Montana |
| HF00072588 | | Hannah Montana |
| HF00015598 | | Harry Potter and the Deathly Hallows Part I |
| HF00017678 | | Harry Potter and the Deathly Hallows Part I |
| HF00018057 | | Harry Potter and the Deathly Hallows Part I |
| HF00024727 | | Harry Potter and the Deathly Hallows Part I |
| HF00026656 | | Harry Potter and the Deathly Hallows Part I |
| HF00078993 | | Harry Potter and the Deathly Hallows Part I |
| HF00018006 | | Harry Potter and the Goblet of Fire |
| HF00010002 | | Heroes |
| HF00020312 | | Heroes |
| HF00080739 | | Heroes |
| HF00062138 | | HITCH |
| HF00024428 | | HITMAN |
| HF00064086 | | HITMAN |
| HF00003100 | | House |
| HF00006599 | | House |
| HF00015357 | | House |
| HF00021874 | | House |
| HF00025022 | | House |
| HF00028460 | | House |
| HF00067502 | | House |
| HF00073383 | | House |
| HF00008587 | | HOW I MET YOUR MOTHER |
| HF00008769 | | HOW I MET YOUR MOTHER |
| HF00008837 | | HOW I MET YOUR MOTHER |
| HF00010106 | | HOW I MET YOUR MOTHER |
| HF00010283 | | HOW I MET YOUR MOTHER |
| HF00010799 | | HOW I MET YOUR MOTHER |
| HF00013360 | | HOW I MET YOUR MOTHER |
| HF00013553 | | HOW I MET YOUR MOTHER |
| HF00015731 | | HOW I MET YOUR MOTHER |
| HF00015840 | | HOW I MET YOUR MOTHER |
| HF00015905 | | HOW I MET YOUR MOTHER |
| HF00017143 | | HOW I MET YOUR MOTHER |
| HF00017253 | | HOW I MET YOUR MOTHER |

| Bates Number of Hotfile User Email | URL in 'Last DL' Field of Hotfile User Email Also Identified by Plaintiffs' as Infringing in Response to Hotfile's Interrogatory No. 1 | Plaintiff Work Infringed |
|---|---|---|
| HF0007750 | | HOW I MET YOUR MOTHER |
| HF0019868 | | HOW I MET YOUR MOTHER |
| HF00026737 | | HOW I MET YOUR MOTHER |
| HF00027453 | | HOW I MET YOUR MOTHER |
| HF00065313 | | HOW I MET YOUR MOTHER |
| HF00082495 | | HOW I MET YOUR MOTHER |
| HF00082720 | | HOW I MET YOUR MOTHER |
| HF00082721 | | HOW I MET YOUR MOTHER |
| HF00029023 | | Hunted |
| HF00019771 | | I am Legend |
| HF00079289 | | I STILL KNOW WHAT YOU DID LAST SUMMER |
| HF00024067 | | In the Name of the Father |
| HF00000748 | | Inception |
| HF00002942 | | Inception |
| HF00003936 | | Inception |
| HF00004055 | | Inception |
| HF00004810 | | Inception |
| HF00004848 | | Inception |
| HF00006118 | | Inception |
| HF00006790 | | Inception |
| HF00007218 | | Inception |
| HF00007566 | | Inception |
| HF00007981 | | Inception |
| HF00007982 | | Inception |
| HF00008146 | | Inception |
| HF00008430 | | Inception |
| HF00009440 | | Inception |
| HF00011935 | | Inception |
| HF00012594 | | Inception |
| HF00013344 | | Inception |
| HF00013839 | | Inception |
| HF00014258 | | Inception |
| HF00014579 | | Inception |
| HF00014868 | | Inception |
| HF00015503 | | Inception |
| HF00015759 | | Inception |
| HF00016786 | | Inception |
| HF00017736 | | Inception |
| HF00018267 | | Inception |
| HF00018766 | | Inception |
| HF00020870 | | Inception |
| HF00022913 | | Inception |
| HF00023619 | | Inception |
| HF00037726 | | Inception |
| HF00073380 | | Inception |
| HF00076050 | | Inception |
| HF00077503 | | Inception |
| HF00078568 | | Inception |
| HF00078716 | | Inception |
| HF00078824 | | Inception |
| HF00079854 | | Inception |
| HF00080054 | | Inception |
| HF00080248 | | Inception |
| HF00080514 | | Inception |
| HF00080547 | | Inception |
| HF00081197 | | Inception |
| HF00081543 | | Inception |
| HF00082212 | | Inception |
| HF00082253 | | Inception |
| HF00082267 | | Inception |
| HF00083059 | | Inception |
| HF00084225 | | Inception |
| HF00084572 | | Inception |
| HF00084725 | | Inception |
| HF00085382 | | Inception |
| HF00000516 | | Jonah Hex |
| HF00003199 | | Jonah Hex |
| HF00005145 | | Jonah Hex |
| HF00006501 | | Jonah Hex |

| Bates Number of Hotfile User Email | URL in 'Last DL' Field of Hotfile User Email Also Identified by Plaintiffs' as Infringing in Response to Hotfile's Interrogatory No. 1 | Plaintiff Work Infringed |
|---|---|---|
| HF00009322 | | Jonah Hex |
| HF00010723 | | Jonah Hex |
| HF00013095 | | Jonah Hex |
| HF00015691 | | Jonah Hex |
| HF00019906 | | Jonah Hex |
| HF00019913 | | Jonah Hex |
| HF00030828 | | KILLING, THE |
| HF00030829 | | KILLING, THE |
| HF00031196 | | KILLING, THE |
| HF00032191 | | KILLING, THE |
| HF00068287 | | Kyle XY |
| HF00074475 | | Kyle XY |
| HF00006479 | | Lake House |
| HF00226659 | | Last Samurai |
| HF00079711 | | Last Song, The |
| HF00018762 | | Life As We Know It |
| HF00025662 | | Life As We Know It |
| HF00027820 | | Life As We Know It |
| HF00028653 | | Life As We Know It |
| HF00030195 | | Life As We Know It |
| HF00035798 | | Life As We Know It |
| HF00001092 | | Lost |
| HF00011383 | | Lost |
| HF00061062 | | Lost |
| HF00065923 | | Lost |
| HF00067317 | | Lost |
| HF00067583 | | Lost |
| HF00067639 | | Lost |
| HF00069192 | | Lost |
| HF00070330 | | Lost |
| HF00070355 | | Lost |
| HF00070607 | | Lost |
| HF00070660 | | Lost |
| HF00072077 | | Lost |
| HF00072510 | | Lost |
| HF00081214 | | Lost |
| HF00073238 | | MARMADUKE |
| HF00075847 | | MARMADUKE |
| HF00082256 | | MARMADUKE |
| HF00082937 | | MARMADUKE |
| HF00029460 | | Matrix |
| HF00023968 | | Matrix Reloaded |
| HF00008182 | | Memoirs of a Geisha |
| HF00006240 | | Mentalist |
| HF00006751 | | Mentalist |
| HF00010386 | | Mentalist |
| HF00010884 | | Mentalist |
| HF00013039 | | Mentalist |
| HF00014010 | | Mentalist |
| HF00014016 | | Mentalist |
| HF00014114 | | Mentalist |
| HF00014115 | | Mentalist |
| HF00014117 | | Mentalist |
| HF00014118 | | Mentalist |
| HF00014119 | | Mentalist |
| HF00014125 | | Mentalist |
| HF00014238 | | Mentalist |
| HF00017214 | | Mentalist |
| HF00018356 | | Mentalist |
| HF00021716 | | Mentalist |
| HF00021882 | | Mentalist |
| HF00024673 | | Mentalist |
| HF00029507 | | Mentalist |
| HF00029811 | | Mentalist |
| HF00031958 | | Mentalist |
| HF00032155 | | Mentalist |
| HF00033048 | | Mentalist |
| HF00033925 | | Mentalist |
| HF00033928 | | Mentalist |

| Bates Number of Hotfile User Email | URL in 'Last DL' Field of Hotfile User Email Also Identified by Plaintiffs' as Infringing in Response to Hotfile's Interrogatory No. 1 | Plaintiff Work Infringed |
|---|---|---|
| HF00033934 | | Mentalist |
| HF00047139 | | Mentalist |
| HF00063186 | | Mentalist |
| HF00068930 | | Mentalist |
| HF00069839 | | Mentalist |
| HF00070778 | | Mentalist |
| HF00072078 | | Mentalist |
| HF00014073 | | Million Dollar Baby |
| HF00014172 | | Million Dollar Baby |
| HF00014489 | | Million Dollar Baby |
| HF00007547 | | Moulin Rouge 2001 |
| HF00011721 | | Munich |
| HF00017520 | | No Ordinary Family |
| HF00019821 | | No Ordinary Family |
| HF00002643 | | Northern Exposure |
| HF00004785 | | Office |
| HF00009820 | | Office |
| HF00013860 | | Office |
| HF00017537 | | Office |
| HF00018297 | | Office |
| HF00027067 | | Office |
| HF00033507 | | Office |
| HF00034566 | | Office |
| HF00079017 | | Office |
| HF00003009 | | Old Dogs |
| HF00000451 | | OTHER GUYS |
| HF00000502 | | OTHER GUYS |
| HF00001468 | | OTHER GUYS |
| HF00001683 | | OTHER GUYS |
| HF00002973 | | OTHER GUYS |
| HF00011832 | | OTHER GUYS |
| HF00015716 | | OTHER GUYS |
| HF00016754 | | OTHER GUYS |
| HF00020017 | | OTHER GUYS |
| HF00020363 | | OTHER GUYS |
| HF00020381 | | OTHER GUYS |
| HF00022837 | | OTHER GUYS |
| HF00027582 | | OTHER GUYS |
| HF00081946 | | OTHER GUYS |
| HF00083251 | | OTHER GUYS |
| HF00084877 | | OTHER GUYS |
| HF00084897 | | OTHER GUYS |
| HF00084920 | | OTHER GUYS |
| HF00085177 | | OTHER GUYS |
| HF00005105 | | PREDATORS |
| HF00005245 | | PREDATORS |
| HF00005335 | | PREDATORS |
| HF00005919 | | PREDATORS |
| HF00006320 | | PREDATORS |
| HF00006444 | | PREDATORS |
| HF00007411 | | PREDATORS |
| HF00007825 | | PREDATORS |
| HF00007826 | | PREDATORS |
| HF00008101 | | PREDATORS |
| HF00012766 | | PREDATORS |
| HF00076571 | | PREDATORS |
| HF00076789 | | PREDATORS |
| HF00077812 | | PREDATORS |
| HF00078545 | | PREDATORS |
| HF00082427 | | PREDATORS |
| HF00023789 | | Pretty Little Liars |
| HF00030666 | | Pretty Little Liars |
| HF00035305 | | Pretty Little Liars |
| HF00083603 | | Pretty Little Liars |
| HF00071903 | | Princess and The Frog |
| HF00001260 | | Psych |
| HF00077268 | | Psych |
| HF00079454 | | Psych |
| HF00080816 | | Psych |

| Bates Number of Hotfile User Email | URL in 'Last DL' Field of Hotfile User Email Also Identified by Plaintiffs' as Infringing in Response to Hotfile's Interrogatory No. 1 | Plaintiff Work Infringed |
|---|---|---|
| HF00037007 | | Pursuit Of Happyness |
| HF00079351 | | REBOUND |
| HF00000908 | | Robin Hood |
| HF00000969 | | Robin Hood |
| HF00001558 | | Robin Hood |
| HF00001582 | | Robin Hood |
| HF00001618 | | Robin Hood |
| HF00001699 | | Robin Hood |
| HF00002079 | | Robin Hood |
| HF00002339 | | Robin Hood |
| HF00003633 | | Robin Hood |
| HF00006200 | | Robin Hood |
| HF00009593 | | Robin Hood |
| HF00010963 | | Robin Hood |
| HF00016330 | | Robin Hood |
| HF00071824 | | Robin Hood |
| HF00074528 | | Robin Hood |
| HF00075699 | | Robin Hood |
| HF00076277 | | Robin Hood |
| HF00084172 | | Robin Hood |
| HF00033228 | | Royal Pains |
| HF00033379 | | Royal Pains |
| HF00034654 | | Royal Pains |
| HF00000642 | | SALT |
| HF00001528 | | SALT |
| HF00002652 | | SALT |
| HF00002654 | | SALT |
| HF00004156 | | SALT |
| HF00005517 | | SALT |
| HF00011107 | | SALT |
| HF00015931 | | SALT |
| HF00016371 | | SALT |
| HF00016372 | | SALT |
| HF00016495 | | SALT |
| HF00016593 | | SALT |
| HF00017682 | | SALT |
| HF00019390 | | SALT |
| HF00022418 | | SALT |
| HF00023100 | | SALT |
| HF00025109 | | SALT |
| HF00025291 | | SALT |
| HF00033987 | | SALT |
| HF00038469 | | SALT |
| HF00071089 | | SALT |
| HF00072323 | | SALT |
| HF00075059 | | SALT |
| HF00078914 | | SALT |
| HF00079027 | | SALT |
| HF00079694 | | SALT |
| HF00080224 | | SALT |
| HF00080319 | | SALT |
| HF00081723 | | SALT |
| HF00081777 | | SALT |
| HF00082379 | | SALT |
| HF00082555 | | SALT |
| HF00082984 | | SALT |
| HF00083064 | | SALT |
| HF00083181 | | SALT |
| HF00083250 | | SALT |
| HF00084015 | | SALT |
| HF00084268 | | SALT |
| HF00084308 | | SALT |
| HF00084713 | | SALT |
| HF00085111 | | SALT |
| HF00085141 | | SALT |
| HF00085251 | | SALT |
| HF00003726 | | Saturday Night Live |
| HF00002224 | | Scott Pilgrim vs. The World |
| HF00003467 | | Scott Pilgrim vs. The World |

| Bates Number of Hotfile User Email | URL in 'Last DL' Field of Hotfile User Email Also Identified by Plaintiffs' as Infringing in Response to Hotfile's Interrogatory No. 1 | Plaintiff Work Infringed |
|---|---|---|
| HF00007907 | | Scott Pilgrim vs. The World |
| HF00007919 | | Scott Pilgrim vs. The World |
| HF00075428 | | Scrubs |
| HF00061049 | | Secret Life of the American Teenager |
| HF00022853 | | Secretariat |
| HF00023507 | | Secretariat |
| HF00023634 | | Secretariat |
| HF00031955 | | Secretariat |
| HF00027533 | | SENTINEL |
| HF00007335 | | Serenity |
| HF00007356 | | SIMPSONS |
| HF00016519 | | SIMPSONS |
| HF00017030 | | SIMPSONS |
| HF00017414 | | SIMPSONS |
| HF00019060 | | SIMPSONS |
| HF00020018 | | SIMPSONS |
| HF00020259 | | SIMPSONS |
| HF00020400 | | SIMPSONS |
| HF00031816 | | SIMPSONS |
| HF00065565 | | SIMPSONS |
| HF00069985 | | SIMPSONS |
| HF00072556 | | SIMPSONS |
| HF00073992 | | SIMPSONS |
| HF00073993 | | SIMPSONS |
| HF00073994 | | SIMPSONS |
| HF00074090 | | SIMPSONS |
| HF00076852 | | SIMPSONS |
| HF00081159 | | SIMPSONS |
| HF00083194 | | SIMPSONS |
| HF00011478 | | Smallville |
| HF00011669 | | Smallville |
| HF00022553 | | Smallville |
| HF00076640 | | Smallville |
| HF00084478 | | Smallville |
| HF00014498 | | Snatch |
| HF00014806 | | Snatch |
| HF00014829 | | Snatch |
| HF00014850 | | Snatch |
| HF00003698 | | SONS OF ANARCHY |
| HF00006231 | | SONS OF ANARCHY |
| HF00009031 | | SONS OF ANARCHY |
| HF00009928 | | SONS OF ANARCHY |
| HF00010269 | | SONS OF ANARCHY |
| HF00011884 | | SONS OF ANARCHY |
| HF00013112 | | SONS OF ANARCHY |
| HF00017961 | | SONS OF ANARCHY |
| HF00018182 | | SONS OF ANARCHY |
| HF00018849 | | SONS OF ANARCHY |
| HF00022679 | | SONS OF ANARCHY |
| HF00004268 | | Sorcerer's Apprentice |
| HF00007846 | | Sorcerer's Apprentice |
| HF00008610 | | Sorcerer's Apprentice |
| HF00013937 | | Sorcerer's Apprentice |
| HF00014910 | | Sorcerer's Apprentice |
| HF00015279 | | Sorcerer's Apprentice |
| HF00015321 | | Sorcerer's Apprentice |
| HF00020537 | | Sorcerer's Apprentice |
| HF00067900 | | Sorcerer's Apprentice |
| HF00068946 | | Sorcerer's Apprentice |
| HF00076790 | | Sorcerer's Apprentice |
| HF00079695 | | Sorcerer's Apprentice |
| HF00080833 | | Sorcerer's Apprentice |
| HF00010576 | | State of Play |
| HF00033333 | | Stealth |
| HF00064972 | | SUNSHINE |
| HF00032223 | | SUPERBAD |
| HF00001637 | | Swordfish |
| HF00000612 | | Tarzan |
| HF00010842 | | Three Kings |

| Bates Number of Hotfile User Email | URL in 'Last DL' Field of Hotfile User Email Also Identified by Plaintiffs' as Infringing in Response to Hotfile's Interrogatory No. 1 | Plaintiff Work Infringed |
|---|---|---|
| HF00006115 | | Town |
| HF00018083 | | Town |
| HF00018530 | | Town |
| HF00018970 | | Town |
| HF00021185 | | Town |
| HF00024635 | | Town |
| HF00026236 | | Town |
| HF00026523 | | Town |
| HF00029606 | | Town |
| HF00019827 | | Tron |
| HF00023128 | | Tron |
| HF00023239 | | Tron |
| HF00023848 | | Tron |
| HF00023851 | | Tron |
| HF00026059 | | Tron |
| HF00026167 | | Tron |
| HF00026685 | | Tron |
| HF00026911 | | Tron |
| HF00026975 | | Tron |
| HF00033223 | | Tron |
| HF00033577 | | Tron |
| HF00034905 | | Tron |
| HF00005987 | | Troy |
| HF00033003 | | UNIT |
| HF00018951 | | Vampire Diaries |
| HF00071752 | | Wanted |
| HF00081680 | | Wanted |
| HF00003906 | | Watchmen |
| HF00021509 | | Wizards of Waverly Place |
| HF00066827 | | X-Files |
| HF00031653 | | Yogi Bear |
| HF00018571 | | You Again |

# Yeh Exhibit 28

From:   Hotfile Corp <hotfile.general@gmail.com>
Sent:   Tuesday, February 16, 2010 3:18 AM
To:     █████████   <█████████   >
Subject:   Re: Can\\\'t download file: Hotfile (█████████,█████████)

Dear Sir,

I just tried to do the same with the same fle and there is no problem, please
contact us if the problem is still availiable.Thank you.

Best Regards,
Support
Hotfile.com


On Tue, Feb 16, 2010 at 4:38 AM, <████████████████> wrote:

    Message sent from user with mail - █████████████:
    Reason: I have technical issues with downloading
    Username: ███████
    Rank: Silver
    Status: Premium

    lastdl: http://hotfile.com/dl/15608663/928c9b8/SolidWorks_2010r.part12.rar
    ip: 66.41.173.███
    URL: hotfile.com/dl/15607024/74dafec/SolidWorks_2010r.part03.rar

    I am trying to download a series of files, including the following:

    hotfile.com/dl/15607024/74dafec/SolidWorks_2010r.part03.rar

    but I get a message stating that it cannot be downloaded.

    Is there a \\\'typo\\\" in the URL? Can you tell me how to download it?

    Thanks!



    --
    Best regards,
    Support
    Hotfile.com



EXHIBIT

Titov 51
12·07·11   ff

HF00040345

**From:** ███████ ██████████
**Sent:** Tuesday, December 07, 2010 7:44 AM
**To:** support@hotfile.com
**Subject:** RE: premium page not found: Hotfile ███████████

yes i logged in and then tried to download it but it transferred me to a page not found.

premium Url :

████████████████████████████████████████████

error on the page : 404 Not Found
█████████████████████████████████████

From: support@hotfile.com
Date: Tue, 7 Dec 2010 14:28:03 +0200
Subject: Re: premium page not found: Hotfile ███████████████)
To: ██████████

Did you logged as premium user first?
You must be logged as premium and then to copy/paste links in browser window.

On Tue, Dec 7, 2010 at 2:26 PM, < █████████ > wrote:
Message sent from user with mail - ████████████
Reason: I found error/bug in your site and want to report it
Username: ███████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: █████████████████████████████
ip: 119.156.51  ██K
URL: ████████████████████████████████

Hello,
i m a premium user n im trying to download from the below link but after clicking download button, page not found
appears

██████████████████████████████

thanku
bye

--
----------------------------------------------
Hotfile.com

## Check our Xmas most funny pic contest!

Support:http://hotfile.com/contacts.html

1

EXHIBIT
Tituv 52
12·07·u  ff

CONFIDENTIAL

HF01990289

Help/FAQ:http://hotfile.com/help.html
Facebook:http://facebook.com/HotfileCorp

CONFIDENTIAL

HF01990290

| | |
|---|---|
| **From:** | hotfile.mailbox@gmail.com on behalf of HotFile Corp [support@hotfile.com] |
| **Sent:** | Sunday, February 06, 2011 12:39 PM |
| **To:** | ▓▓▓▓▓▓▓▓ |
| **Subject:** | Re: Download Speed Problem . see attached 2 x correspondance below |

Hello,

Sorry for inconvenience, could you make a tracert to hotfile.com and send us the results?

Running a Traceroute on Windows XP:

1) Go to Start (start button on the lower left of the desktop)

2) Choose 'Run'

3) Type: "cmd" (no quotes)

4) This should bring up a DOS prompt. Once there, type: "tracert hotfile.com" (without quotes)

This should result in a series of hops from your computer to the server you are tracing to.

You should send us also your IP (address) - you can check it here http://whatismyip.com


Regards,


On Sun, Feb 6, 2011 at 6:20 PM, ▓▓▓▓▓▓▓▓ <▓▓▓▓▓▓▓▓▓▓▓▓▓▓> wrote:
> ==============================
> Login: ▓▓▓▓▓
> Password: ▓▓▓▓▓
> ==============================

Hi, I've been onto your contacts page read faq and followed your instructions, results are below.
There is no link to contact you direct from there so I'm having to do a separate email again.


Results;

Speedtest website;  4836 kbps
Data Bin download;  450 kbps average

Slow link examples; ████████████████████████████

1

EXHIBIT
Titov 53
12-07-11 AP

HF02300423

Today these links are 15 kbps for me and yesterday they were only 2-4 kbps so I gave up downloading them! Nothing else is downloading/uploading at the same time, and I have no issues with rapidshare/uploaded which I also use. Your data Bin was downloaded very fast so my Isp has no issues too.

Could you please look into this and let me know asap?

Many thanks ████████

---

**Dear users and premium customers of Hotfile.com,**

To improve respond time and to track every your request/problem starting from today you should send us emails only through our contact form:

http://hotfile.com/contacts.html

**You must be logged in your Hotfile account (if you have) and it is very important to use proper subject, for example:**

*"I can't login with with my user/pass?"*
and follow given instructions when you select proper subject.

# Please notice direct emails won't be processed!

Please read our FAQ & News, before contacting us. You may find your question/problem answered already.

**Please notice emails with questions answered already in our FAQ/Affiliate/News section won't be processed.**

Regards,
Hotfile Support Dep.

From: ████████
To: support@hotfile.com
Subject: RE: Hotfile.com premium account details
Date: Sat, 5 Feb 2011 19:39:42 +0000

Hi, thanks for my confirmation email. I am having no problem with actual downloading however I'm getting

2

CONFIDENTIAL

HF02300424

**really** slow speeds. my internet connection is ok & other servers I use regularly (rapidshare/uploaded) are working fast as normal.

Could you have a look for me please & let me know asap?

Regards ▮▮▮

> To: ▮▮▮▮▮▮▮▮▮
> Subject: Hotfile.com premium account details
> From: support@hotfile.com
> Date: Sat, 5 Feb 2011 10:22:42 -0600
>
> Dear customer,
>
> Thank you for your purchase. Your Premium account has been activated and you can now download data easily and without waiting. Please ensure that your browser accepts cookies.
>
> ==================================
> Login ▮▮▮▮
> Password ▮▮▮
> ==================================
>
>
>
> Best regards,
> hotfile.com
>


--
-----------------------------------------------
Hotfile.com

Support: http://hotfile.com/contacts.html
Help/FAQ: http://hotfile.com/help.html

3

CONFIDENTIAL

HF02300425

| | |
|---|---|
| **From:** | ████████ [████████████] |
| **Sent:** | Wednesday, December 08, 2010 11:32 AM |
| **To:** | support@hotfile.com |
| **Subject:** | Fw: Re: Hotfile.com premium account slow... |
| **Attachments:** | Capture.PNG |

Dear Sir/Madam

As I have not had a reply and your company have not been supplying me a service for the past 2 weeks please can I have a refund.

I am reaching speeds of 500kbps as a free user with fileserve.com and the fastest I can currently get with your premium service is 10kbps.

Please can the refund be processed asap.

Many Thanks

████████

--- On **Thu, 2/12/10,** ██████████ < ████████████████ > wrote:

From: ██████████ < ████████████ >
Subject: Re: Hotfile.com premium account slow...
To: "HotFile Corp" <support@hotfile.com>
Date: Thursday, 2 December, 2010, 17:17

Hi,

Please find attached the results your requested, I have tried downloading from your servers once again and i'm getting less then 8kbps.

Tracing route to hotfile.com [199.7.177.244]
over a maximum of 30 hops:

```
  1   <1 ms   <1 ms   <1 ms  api.home [192.168.1.254]
  2    7 ms    7 ms    7 ms  217.32.145.233
  3    8 ms    8 ms    9 ms  217.32.146.46
  4   11 ms   11 ms   11 ms  213.120.181.86
  5   11 ms   11 ms   11 ms  213.120.179.50
  6   12 ms   11 ms   12 ms  213.120.179.182
  7   11 ms   11 ms   11 ms  acc2-10GigE-3-3-0.sf.21cn-ipp.bt.net [109.159.25
1.219]
  8   18 ms   17 ms   17 ms  core1-te0-12-0-6.ilford.ukcore.bt.net [109.159.2
51.133]
  9   21 ms   19 ms   19 ms  core1-pos0-7-0-9.ealing.ukcore.bt.net [62.6.201.
54]
 10   36 ms   19 ms   19 ms  mgre.customer.bt.net [194.72.9.2]
```

1



EXHIBIT
Titov 54
12-07-11  AF

CONFIDENTIAL

HF01990348

```
11   19 ms   19 ms   19 ms  t2c1-ge11-0-0.uk-eal.eu.bt.net [166.49.168.29]
12   19 ms   19 ms   19 ms  t2c2-p3-0-0.uk-lon1.eu.bt.net [166.49.208.210]
13   19 ms   19 ms   20 ms  t2a1-ge7-0-0.uk-lon1.eu.bt.net [166.49.135.110]

14   20 ms   19 ms   36 ms  166-49-211-34.eu.bt.net [166.49.211.34]
15   20 ms   19 ms   20 ms  ldn-bb2-link.telia.net [80.91.251.14]
16   95 ms   94 ms   94 ms  ash-bb1-link.telia.net [80.91.246.68]
17  107 ms  108 ms  153 ms  atl-bb1-link.telia.net [213.248.80.142]
18  128 ms  139 ms  128 ms  dls-bb1-link.telia.net [80.91.246.72]
19  137 ms  137 ms  137 ms  lemuria-ic-140893-dls-bb1.c.telia.net [213.248.1
00.166]
20  129 ms  129 ms  129 ms  w19.hotfile.com [199.7.177.244]
```

Trace complete.


Kind Regards

██████████

--- On **Tue, 30/11/10, HotFile Corp** <*support@hotfile.com*> wrote:

From: HotFile Corp <support@hotfile.com>
Subject: Re: Hotfile.com premium account slow...
To: ▓██████████ <██████████████████>
Date: Tuesday, 30 November, 2010, 19:32

Hello,

Sorry for inconvenience, could you make a tracert to hotfile.com and send us the results?

Running a Traceroute on Windows XP:

1) Go to Start (start button on the lower left of the desktop)

2) Choose 'Run'

3) Type: "cmd" (no quotes)

4) This should bring up a DOS prompt. Once there, type: "tracert hotfile.com" (without quotes)

This should result in a series of hops from your computer to the server you are tracing to.


On Tue, Nov 30, 2010 at 8:28 PM, ████████ <████████████████> wrote:
Dear Sir/Madam

Over the past 3 days my hotfile downloads have gone really slow e.g. 4kbps from originally 2mbps no matter which link I try to download.

The first few days with my account was great and I could download whatever I liked within minutes, but it now

2

HF01990349

takes days.

I have now tried over 50 links from different websites and all download at less then 10kbps

I am using a download manager and with other suppliers I can still get 4mbps.

An example of a link I'm now trying to download is a TV show:

███████████████████████████████████████████

or

███████████████████████████████████████████

It's downloading at 4kbps and is saying it will take another 27 hours.

The http://w2.hotfile.com/data.bin link on your website downloaded at an average of 4,7mbps and takes a few seconds to download.

Please let me know A.S.A.P how this can be resolved?

Many Thanks

███████████

--- On **Thu, 25/11/10, Hotfile.com <*support@hotfile.com*>** wrote:

From: Hotfile.com <support@hotfile.com>
Subject: Hotfile.com premium account details
To: ███████████████████
Date: Thursday, 25 November, 2010, 14:24


Dear customer,

Thank you for your purchase. Your Premium account has been activated and you can now download data easily and without waiting. Please ensure that your browser accepts cookies.

==================================

==================================



Best regards,
hotfile.com



--

3

HF01990350

-----------------------------------------------
Hotfile.com
Support:http://hotfile.com/contacts.html
Help/FAQ:http://hotfile.com/help.html
News:http://hotfile.com/news.html

4

CONFIDENTIAL

HF01990351

From:  Hotfile Corp <hotfile.general@gmail.com>
Sent:  Sunday, February 21, 2010 7:10 AM
To:    ██████████████████ <    ██████████ >
Subject:  Re: I paid with paypal but did not receive username/password: Hotfile
(1734279,██████████████████)

Your account info was changed by someone!
Please keep your account info secure!
Someone read your email or got access to your computer!

Current account info is:


Username:  ████████
Password:  ████████




Please, login ASAP and change all info to yours!


--
Best regards,
Support
Hotfile.com



On Sun, Feb 21, 2010 at 5:09 PM, Hotfile Corp <hotfile.general@gmail.com> wrote:


    Dear Sir,

    When this message was sent, you're loged in with your premium account!


    On Sun, Feb 21, 2010 at 2:20 AM, <██████████████████> wrote:


        Message sent from user with mail - ████████████████:
        Reason: I paid with PayPal but did not receive username/password?
        Username:██████████████
        Rank: Silver
        Status: Premium

        lastdl: http://hotfile.com/dl/28627928/8ac559a/Danny_Darko-
Disco_Revenge-ORX099-WEB-2010-UKHx.rar.html
        ip: 93.163.57.███
        URL:

        I paid with paypal but did not receive username/password.. and I
downloaded,, and couldent open the tune,,, all is wrong
        Pls help me



        --



HF00040796

Best regards,
Support
Hotfile.com

--
Best regards,
Support
Hotfile.com

| | |
|---|---|
| **From:** | hotfile.mailbox@gmail.com on behalf of HotFile Corp [support@hotfile.com] |
| **Sent:** | Wednesday, January 19, 2011 3:09 AM |
| **To:** | ██████████████████████████████ |
| **Subject:** | Re: slow download: Hotfile ████████████████████████) |

Hello!

When you download from our site, please be sure you don't make other downloads (for example from torrent sites, other downloads and etc). If you make multiple downloads from other sites/places all your download speed is shared between each download and this will cause you slow download from us.

Be sure also that you're logged and then to start download, because free users (or not logged) got capped download speed.

If you download through browser please notice your download speed could be limited due to browser settings. For high speed download it is always better to use any Download Manager program. For example:

http://freedownloadmanager.org
http://jdownloader.org/download/index

We don't limit download speed for our Premium users and if you download speed is slow this could be also your ISP issue.

If you still have slow download speed - please send us link you try to download and get slow download speed. We will check it asap.

For testing your download speed from our servers, please download this file:
http://w2.hotfile.com/data.bin
And report us what speed you get, we need this to check where could it be a problem.

Also check your internet download speed here and report us what numbers you get:
http://www.ip-adress.com/speedtest/

Regards,

http://www.hotfile.com


On Tue, Jan 18, 2011 at 11:05 PM, <██████████████████> wrote:
Message sent from user with mail -██████████████████
Reason: I have technical issues with uploading
Username: ████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: ██████████████████████████████████

1

EXHIBIT

PENGAD 800-631-6989

T. tov 56
2·07·11  ff

CONFIDENTIAL

HF02298703

ip: 85.240.245███
URL:

I download www.baixartv.com contained in, and have always been very fast lately and come to take 3 hours
?!?!?

 I am paying for that?


--
-----------------------------------------------
Hotfile.com

Support:http://hotfile.com/contacts.html
Help/FAQ:http://hotfile.com/help.html
Facebook:http://facebook.com/HotfileCorp

2

CONFIDENTIAL                                                    HF02298704

From:  Hotfile Corp <hotfile.general@gmail.com>
Sent:  Wednesday, July 14, 2010 6:57 AM
To:    ▮▮▮▮▮▮▮      <▮▮▮▮▮▮▮▮▮▮>
Subject:  Re: Download not premium: Hotfile ▮▮▮▮▮▮▮▮▮▮▮▮▮ )

Dear Sir/Madame,

1.Please try to change your browser security levels.
2.Delete your browser cache.
3.Check your antivirus and firewall settings.
4.Try to log in again.

--
Best regards,
Support
Hotfile.com


On Wed, Jul 14, 2010 at 12:34 AM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ > wrote:

     Message sent from user with mail - ▮▮▮▮▮▮▮▮▮▮ :
     Reason: I have technical issues with downloading
     Username: ▮▮▮▮▮▮▮▮
     Rank: Silver
     Status: Premium
     Suspended: No
     Remove premium: No

     lastdl:
http://hotfile.com/dl/54628290/30d7fcf/That.Evening.Sun.LiMiTED.DVDSCR.XviD-
DoNE.part1.rar.html
     ip: 86.134.244.▮ GB
     URL:

     I have joined Hotfile for a month as a trial,but cannot download at Premium
speed.The Hotfile Cookie has been set but is not working.Please sort it or refund.



--
Best regards,
Support
Hotfile.com



HF00050586

**From:**      hotfile.mailbox@gmail.com on behalf of HotFile Corp [support@hotfile.com]
**Sent:**      Friday, May 13, 2011 3:25 AM
**To:**        ██████████████
**Subject:**   Re: 500 Internal Server Error: Hotfile (██████████████████)

Could you make a screenshot and send it to us?
On what page exactly did you see such an error?

On Wed, May 11, 2011 at 7:57 PM, <████████████████> wrote:
Message sent from user with mail - ████████████████
Reason: I found error/bug in your site and want to report it
Username: ██████████████████
Rank: Silver
Status: Free
Suspended: No
Remove premium: No

lastdl: ████████████████████████████████████████
ip: 24.193.226 ████ US
URL:

500 Internal Server Error

████████████████████████████████████████████████████

--
-----------------------------------------------
Hotfile.com

Support: http://hotfile.com/contacts.html
Help/FAQ: http://hotfile.com/help.html

1

EXHIBIT
Trtov 58
12-07-11  ff
PENGAD 800-631-6989

CONFIDENTIAL                                              HF02310896

From:  Hotfile Corp <hotfile.general@gmail.com>
Sent:  Tuesday, October 19, 2010 10:34 AM
To:  ███████████    <███████████████>
Subject:  Re: Double payment: Hotfile ██████ (█████████████)

We're really sorry for all the troubles, but we have to know some information about your payment.

In order to identify your payment, we require your Email and  at least one of the following information:

- The transaction code (ID) of PayPal, this is a 17 character code made up of letters and digits.

- The transaction ID - if you paid through SegPay (credit card).

The transactions ID  can be found in your PayPal account or in payment confirmation email received from us.

---
Best regards,
Support
Hotfile.com



On Mon, Oct 18, 2010 at 6:25 PM, ████████████  <████████████████> wrote:

        Hi, this is the reply I get. I don't know why I'm being passed around like this. You could just refund it to me since it's obvious I've overpaid. This is very unprofessional


        On Oct 18, 2010, at 8:04 AM, Segpay Billing Support wrote:


                Dear Sir/Madam,

                Thank you for contacting SegPay, a third party payment providers for many sites on the Internet.

                About your concern, if the charge is coming from PayPal, you have to contact them directly as we are not affliated to them.

                If you have any additional questions or concerns, please contact us back.

                Thank You,
                ███████SegPay Billing Support


                From: ██████████████ [███████████████████
                Sent: Monday, October 18, 2010 10:53 AM
                To: Segpay Billing Support
                Subject: Hotfile double payment

EXHIBIT
T.tov 59
12-07-11  AA

HF00055626

Hi there, I just renewed my account for 3 months. but today i got charged again for 9 dollars because of recurring payments on paypal. i was wondering if you could refund me the 9 dollars since ive already renewed my accounts for 3 months? thanks


On Oct 18, 2010, at 7:52 AM, Hotfile Corp wrote:


Dear Sir/Madame,

Please send mail to help@segpay.com to cancel your monthly subscription.

--
Best regards,
Support
Hotfile.com


On Sat, Oct 16, 2010 at 7:01 AM, <████████████> wrote:

Message sent from user with mail - ██████████:
Reason: General question
Username: █████████████
Rank: Copper
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/74946708/20a15e5/Far_East_Movement-Free_Wired-2010.rar.html
ip: 97.93.105.███ US
URL:

Hi there, I just renewed my account for 3 months. but today i got charged again for 9 dollars because of recurring payments on paypal. i was wondering if you could refund me the 9 dollars since ive already renewed my accounts for 3 months? thanks




--
Best regards,
Support
Hotfile.com




--
Best regards,
Support
Hotfile.com

From: ██████████ <██████████>
Sent: Tuesday, March 30, 2010 5:52 PM
To: Hotfile Corp <hotfile.general@gmail.com>
Subject: Re: restrictions: Hotfile (████████, █████████)

Hello.. 150 GB?    ?????  I'm very confused??

150 GB is like 15-20 movies per day or more?

Currently I download (not everyday)  around 4-5 GB per day or so.  I don't even
get 15-20 movies between Hotfiles, Rapidshares
AND Megaupload AND  superfastfiles!!!

I collect the links into my download manager and  kind of TRY to GUESS at each and
not go over 5GB per day..

What day did I ever take 150 GB??   If this has happened to my  account.. then
someone is HACKING INTO MY SHARES!!
And we then need to do something to find out who/how/when... is doing it?

I'm assuming that you are saying  JUST DON'T DO IT RIGHT?  Not that I am doing it?

Like today.. IT'S NOW 5:48 PM.   For today...I JUST now took my first data.
I am downloading 3 links (ONLY 3 BECAUSE YOU'VE ALREADY BLOCKED ME OUT!!)....

So today so far I've only used  400 MB!!!  and the server is closing me out!!!
_____

Are you saying that my account IS BEING USED TO MAX and/or OVER 150GB per day?
IF YOU ARE SAYING THIS..
THEN TELL ME WHAT I HAVE TO DO TO SECURE IT OKAY?
Take a look at the IP address!!    Maybe they have hidden their IP address with
Hide my IP address too??

In any case...let me know BECAUSE IT ISN'T ME USING ALL THAT!!   And I know people
steal it too!!

PLEASE WRITE ME BACK ASAP AND LET ME KNOW WHAT'S GOING ON OKAY?     I MAY NEED TO
GET A NEW ACCOUNT.. USER ID AND/OR PASSWORD..   ASAP!!!

I saw you're e-mail with the title and just when I went to START getting a file
today.. THIS HAPPENED AGAIN!!
400MB.... that's a far distance from 400MB  to 150 GB!!

On Tue, Mar 30, 2010 at 3:38 AM, Hotfile Corp <hotfile.general@gmail.com> wrote:

        Dear Sir,

        Don't download more than 150gb per day and everything will be ok.That is
all!

        On Sun, Mar 28, 2010 at 9:25 PM, <██████████████> wrote:

                Message sent from user with mail - ████████████:
                Reason: I have technical issues with downloading
                Username: ████████████
                Rank: Silver
                Status: Premium
                Suspended: No
                Remove premium: No



HF00065741

```
          lastdl:
http://hotfile.com/dl/34834217/b32afe8/Combination.part7.rar.html
          ip: 68.4.121.201
          URL:
http://hotfile.com/dl/34834217/b32afe8/Combination.part7.rar.html
```

Hello,  can you check my account please?
Lately I can\'t even download a full movie or more than 5 links before hotfiles seems to close the connection?   Aren\'t we supposed to get unlimited parallel downloads within our quota?

Also, I wrote a few weeks ago asking about quota too??  I try to stay within it and since I\'m busy using 4 accounts, sometimes I lose track.  I can tell w/ rapidshare because it crosses over to premium shares and I know when to stop daily...
Here is says 0 used, 0 left, 0 quota??
How do I know when I\"m over my daily limit?

Just want to do this right and not over use okay?  Please reply and let me know

more about how my account works?

Thank You ███

```
--
Best regards,
Support
Hotfile.com
```

# Yeh Exhibit 29

Yeh Exhibit 29 - Hotfile Personal Downloads

| Name | URL of Downloaded File | Title of Work | Description | Company | Classification | Notes |
|---|---|---|---|---|---|---|
| | | PGP Desktop Professional v9.12 | Encryption Software | Symantec | Highly Likely Infringing | http://forum.esoft.in/security-antispyware/82440-pgp-desktop-professional-9-12-multilingual.html; http://www.symantec.com/business/products/purchasing.jsp?pvid=desktop_pro_1&pcid=pcat_info_risk_comp |
| | | Flash2 Video Converter | Video Converter Software | Thundersoft | Highly Likely Infringing | http://www.flash2video.com/ |
| | | Cedar Rapids | Movie, only one part | Twentieth Century Fox Film Corporation | Highly Likely Infringing | http://www.imdb.com/title/tt1477837/ |
| | | MineCraft Mod | Modification for Minecraft Video Game | iChun | Highly Likely Infringing | http://www.monixer.com/id/NDE5NDQ2Mzk=/; http://www.minecraftforum.net/topic/199391-18119p5-portal-gun-v1-updated-to-prerelease/ |
| | | Leverage Season 4 | Two subtitle files for episodes, and one video file of a behind the scenes documentary | Turner Network Television | Highly Likely Infringing | http://www.imdb.com/title/tt1103987/ |
| | | Private Magazine | Pdf images of Private Magazine | Private Media Group, Inc. | Highly Likely Infringing | http://www.porn-w.org/post7002109.html; http://en.wikipedia.org/wiki/Private_Media_Group |
| | | Angel Dark - A███ - Threesome ! | High Production Quality Porn Video | Angel Dark | Highly Likely Infringing | http://entnt.com/viewthread.php?tid=463182; 19m13s; http://www.angeldark.com/warning.html |
| | | Indian Teen A██ | High Production Quality Porn Video | Indian | Highly Likely Infringing | http://www.filezoo.com/results/b62929a3f348e472/Indian-teen-anal; 29m1s |
| | | Black July | Professional Porn Video | Sirina | Highly Likely Infringing | http://www.pornbb.org/post10584304.html; http://www.sirina.tv/category/free-tag/porn |
| | | Ellembi 8 Gega | Professional Arabic Movie | Rotana Studios | Highly Likely Infringing | http://webcache.googleusercontent.com/search?q=cache:HPz0XksBu80J:ar-ar.facebook.com/permalink.php%3Fstory_fbid%3D172878466069865%26id%3D144400795606934+http://hotfile.com/dl/85215469/3c2e542/MyEgY.CoM.El+Lemby+8+Giga.rmvb.html&cd=1&hl=en&ct=clnk&gl=us; http://www.imdb.com/title/tt2210581/ |
| | | Shape Magazine | Pdf images from the magazine | Weider Publications, LLC | Highly Likely Infringing | http://www.shape.com/ |
| | | Desi beauty Soniya in Her First Hardcore Scene | High Production Quality Porn Video | Foreign | Highly Likely Infringing | 34m30s |
| | | Swimmeat, others | Erotic Comics by Nick Shadow | Nick shadow | Highly Likely Infringing | http://gay.pornbb.org/my-favorite-pics-t1065840.html |
| | | Winter night | Themes for Windows, and other wallpapers | Fel-X | Highly Likely Infringing | http://www.topdg.com/29098-theme-for-windows-7-dark-blue-2011.html; http://fel-x.deviantart.com/art/Winter-Night-185594595 |
| | | My Brother's Hot Friend | Professional Porn Video | La Touraine, Inc | Highly Likely Infringing | http://webcache.googleusercontent.com/search?q=cache:ATNZyhOg1HQJ:www.mastiya.com/pics-n-vids-adult/1143138-gay-quality-video-dvdrip-movies-multi_links-27.html+http://hotfile.com/dl/96001784/ad3ee47/S703+Nikko+Alexander+%26+Trevor+Knight.mp4.html&cd=3&hl=en&ct=clnk&gl=us; http://suite703.com/ |
| | | 96094620.pid.wmv | Professional Porn Video | scorehd.com | Highly Likely Infringing | http://planetsuzy.org/archive/index.php/t-394236.html; http://www.scorehd.com/ |

| Name | URL of Downloaded File | Title of Work | Description | Company | Classification | Notes |
|---|---|---|---|---|---|---|
| | | Japanese Secret Projects | Book published by Ian Allan Publishing | Ian Allan Publishing | Highly Likely Infringing | http://www.ebook3000.com/Japanese-Secret-Projects--Experimental-Aircraft-of-the-IJA-and-IJN-1939-1945_128656.html; http://www.amazon.com/Japanese-Secret-Projects-Experimental-1939-1945/dp/1857803175 |
| | | Nude Night Disco | Professional Nudes Video | hegre-art.com | Highly Likely Infringing | http://webcache.googleusercontent.com/search?q=cache:w06nO3q3q9oJ:jetdl.com/download/6657/5ig2s+http://hotfile.com/dl/11797975/37deb1e/6657.rar.html&cd=1&hl=en&ct=clnk&gl=us; http://hegre-art.com/ |
| | | Monster Origami | Pdf file containing the book published by Sterling | Sterling | Highly Likely Infringing | http://thewarezscene.org/forums/monster-origami-t4173289.html; http://www.amazon.com/Monster-Origami-Duy-Nguyen/dp/140274014X |
| | | After Wild Collage Party | Professional Porn Video | collegefuckfest.com | Highly Likely Infringing | http://translate.google.com/translate?hl=en&sl=ar&u=http://3at3ot.com/archive/index.php/t-39015-p-2.html&ei=qgI8TSLOOM26OQG9opyRCw&sa=X&oi=translate&ct=result&resnum=2&ved=0CCQQ7gEwAQ&prev=/search%3Fq%3Dhttp://hotfile.com/dl/71956171/54acfc1/AfterWildCollageParty.zip.html%26hl%3Den%26biw%3D1680%26bih%3D949%26prmd%3Dimvns; http://collegefuckfest.com/ |
| | | Origami Alpine Flowers | Book by Yoshohide Momotani | Ishizue Publishers | Highly Likely Infringing | http://softarchive.net/blogs/ductit/origami_alpine_flowers.428645.html; http://www.amazon.com/Origami-Alpine-Flowers-Yama-Japanese/dp/4900747041 |
| | | Origami to Astonish and Amuse | Pdf file containing the book published by Sterling | Sterling | Highly Likely Infringing | http://www.amazon.com/Origami-Astonish-Amuse-Jeremy-Shafer/dp/0312254040 |
| | | Wp-Style | Wordpress themes and web design | themeforest.net | Highly Likely Infringing | http://themeforest.net/wiki/support/legal-terms/legal-user-terms-and-conditions/ |
| | | Vector Dandelion | Professional Vector Images for sale on Shutterstock.com | Shutterstock.com | Highly Likely Infringing | http://filenewz.com/download/15b95502c94122eec/Dandelion-Vector/; http://www.shutterstock.com/pic-58730014/stock-vector-vector-dandelion.html |
| | | Origami - The Collection! | Copyrighted Origami Templates | Sy Chen, Others | Highly Likely Infringing | http://webcache.googleusercontent.com/search?q=cache:ZWDzKVT8aoEJ:artisonsuzumi.wordpress.com/2011/02/23/48/+http://hotfile.com/dl/107027241/5910545/Origami_-_THE_Collection.rar.html&cd=1&hl=en&ct=clnk&gl=us |
| | | Sapphic Erotica- Kimberly, Nicole & Anna | Professional porn | Sapphicerotica.com | Highly Likely Infringing | Sapphicerotica.com |
| | | Sapphic Erotica- Kimberly, Nicole & Anna | Professional porn | Sapphicerotica.com | Highly Likely Infringing | Sapphicerotica.com |
| | | Sapphic Erotica- Petra Short and Samantha on Balcony | Professional porn | Sapphicerotica.com | Highly Likely Infringing | Sapphicerotica.com |
| | | Origami to Astonish and Amuse | Pdf file containing the book published by Sterling | Sterling | Highly Likely Infringing | http://www.fulldonanim.com/archive/index.php/t-69332.html; http://www.amazon.com/Origami-Astonish-Amuse-Jeremy-Shafer/dp/0312254040 |
| | | Ashida Misuzu | Cover Art and part of a Video file from a professional Japanese Porn | Noah | Highly Likely Infringing | http://idols4u.mybisi.com/product/ashida-misuzu-noah-31 |
| | | Fabulous Origami Boxes | Pdf file containing the book | Japan Publications Trading | Highly Likely Infringing | http://www.amazon.com/Fabulous-Origami-Boxes-Tomoko-Fuse/dp/0870409786 |

Yeh Exhibit 29 - Hotfile Personal Downloads

| Name | URL of Downloaded File | Title of Work | Description | Company | Classification | Notes |
|---|---|---|---|---|---|---|
| | | 3D Origami: Step-by-Step Illustrations | Pdf file containing the book | Japan Publications Trading | Highly Likely Infringing | http://www.yapimuhendisi.com/Forums-file-viewtopic-t-231.html; http://www.amazon.com/3D-Origami-Step-Step-Illustrations/dp/4889960570 |
| | | Oni Chichi Vol. 1 | Professional Anime Cartoon | Poro | Highly Likely Infringing | http://www.filesmap.com/file/UxSv/oni-chichi-vol-1-english-sub/oni-chichi-vol-1-english-sub-part1-rar/; http://www.amazon.com/Chichi-CENSORED-NON-SUBTITLED-DISC-ONLY/dp/B003THFV0U/ref=sr_1_1?s=movies-tv&ie=UTF8&qid=1323277448&sr=1-1 |
| | | Oni Chichi Vol. 1 | Professional Anime Cartoon | Poro | Highly Likely Infringing | http://webcache.googleusercontent.com/search?q=cache:tLn2ZdZr9H8J:www.hentaiarena.com/forum/index.php%3Faction%3Dprintpage%3Btopic%3D2632.0+http://hotfile.com/dl/110399653/c2af8d3/Oni+Chichi+Vol.+1+-+English+Sub+.part2.rar.html&cd=1&hl=en&ct=clnk&gl=us; http://www.amazon.com/Chichi-CENSORED-NON-SUBTITLED-DISC-ONLY/dp/B003THFV0U/ref=sr_1_1?s=movies-tv&ie=UTF8&qid=1323277448&sr=1-1 |
| | | Oni Chichi Vol. 1 | Professional Anime Cartoon | Poro | Highly Likely Infringing | http://webcache.googleusercontent.com/search?q=cache:tLn2ZdZr9H8J:www.hentaiarena.com/forum/index.php%3Faction%3Dprintpage%3Btopic%3D2632.0+http://hotfile.com/dl/110405252/c57962f/Oni+Chichi+Vol.+1+-+English+Sub+.part3.rar.html&cd=1&hl=en&ct=clnk&gl=us; http://www.amazon.com/Chichi-CENSORED-NON-SUBTITLED-DISC-ONLY/dp/B003THFV0U/ref=sr_1_1?s=movies-tv&ie=UTF8&qid=1323277448&sr=1-1 |
| | | Stock Vector Seamless Floral Patterns | Professional Vector Images for sale on Shutterstock.com | Shutterstock.com | Highly Likely Infringing | http://www.shutterstock.com/pic-71686570/stock-vector-elegance-seamless-floral-pattern-on-leaves-theme.html |
| | | 24 Nights (by Eric Clapton) | Music files from the album by Eric Clapton | Reprise / Wea | Highly Likely Infringing | http://www.amazon.com/24-Nights-Eric-Clapton/dp/B000002LN9 |
| | | FM-2062 | Images and script from copyrighted estebanlozada.com | Personal Portfolio | Highly Likely Infringing | http://estebanlozada.com/ejemplo1/main.swf |
| | | [Naoshi Onizuka] Lovable [2008-12-27](loli manga) | Jpg files with images from the comic book | Akaneshinsha | Highly Likely Infringing | http://filegaga.com/fileinfo/68rpms; http://www.akaneshinsha.co.jp/online/home/index.htm |
| | | Perfect Blonde | Video from mydirtyhobby.com | Colbette Holdings Limited | Highly Likely Infringing | http://mydirtyhobby.com/ |
| | | Pilladas en la Calle | Video from putalocurax.com | Putalocurax.com | Highly Likely Infringing | http://javichuparadise.com/foros/archive/index.php/t-124165.html; putalocurax.com |
| | | 82288176.pid.wmv | Video from myprincesslisa.com | http://myprincesslisa.com | Highly Likely Infringing | http://myprincesslisa.com/home.html |
| | | Zane's Sex Chronicles | High Production Quality Porn Video (taken from rageroo-celebs.com) | Cinemax | Highly Likely Infringing | http://www.imdb.com/title/tt1242774/ |
| | | 101901339.pid.wmv | Porn Video from schoolboysecrets.com | schoolboysecrets.com | Highly Likely Infringing | http://www.schoolboysecrets.com/ |
| | | Sila Sahin | Video clip taken from RTL chanel | RTL interactive GmbH | Highly Likely Infringing | http://webcache.googleusercontent.com/search?q=cache:KrcwUkn1Xh8J:filegaga.com/fileinfo/qkgghs+http://hotfile.com/dl/115322452/e2f9c23/sila_sahin3_canay.com.avi.html&cd=3&hl=en&ct=clnk&gl=us; http://www.rtl.de/cms/index.html |
| | | Free Bird, others | Rar containing music files including Freebird by Lynyrd Skynyrd | Geffen Records | Highly Likely Infringing | |

Yeh Exhibit 29 - Hotfile Personnel Downloads

| Name | URL of Downloaded File | Title of Work | Description | Company | Classification | Notes |
|---|---|---|---|---|---|---|
| | | Music Video | Professional Music Video by Leonid Rudenko | Be Yourself Music/IKRA | Highly Likely Infringing | http://www.myspace.com/leonidrudenko |
| | | The Wrap Up Show | Media file containing the Wrap up Show | Sirius XM Radio Inc | Highly Likely Infringing | http://www.howardstern.com/ |
| | | Pro Audio Review | Pdf file containing the May 2011 issue of the Review | NewBay Media, LLC | Highly Likely Infringing | http://webcache.googleusercontent.com/search?q=cache:uB-ZazYzZ-sJ:jetdl.com/download/par%28201105/5?tvo+http://hotfile.com/dl/118054542/977be96/par_201105.pdf.html&cd=2&hl=en&ct=clnk&gl=us; http://www.prosoundnetwork.com/index |