# Yeh Exhibit 30

From: ████████ <████████████████████>
Sent:  Friday, September 3, 2010 10:07 PM
To:    general <general@hotfile.com>
Subject:  SUPER SLOW download though PREMIUM user: Hotfile
(████████████████)

Message sent from user with mail - ████████████████
Reason: General question
Username: ████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/40088287/30372b9/South.Park.10x08.by.www.seriesfree.biz.rmvb
.html
ip: 219.74.14.██  SG
URL:
http://hotfile.com/dl/40088369/0a997ac/South.Park.10x09.by.www.seriesfree.biz.rmvb
.html

Hi Hotfile,

I\\\\\\\'m only making 1 download from Hotfile, no other downloads.

I\\\\\\\'m also a Premium user, you can check via this email account.

Even if it\\\\\\\'s through browser, it can\\\\\\\'t be that slow till 1 kb / sec
and i\\\\\\\'ve no issue downloading other files at other web sites at 200 kb /
sec.

Link (1 example) -
http://hotfile.com/dl/40088369/0a997ac/South.Park.10x09.by.www.seriesfree.biz.rmvb
.html
Download speed of < 1 kb / sec

I tried to download data.bin file and the speed was ard 200 kb / sec.

Last Result from http://www.ip-adress.com/speedtest/:
Download Speed: 793 kbps (99.1 KB/sec transfer rate)
Upload Speed: 572 kbps (71.5 KB/sec transfer rate)
Sat Sep 04 2010 12:40:30 GMT+0800 (Malay Peninsula Standard Time)

Pls get back to me ASAP.
The downloading speed is super disappointing.


Rgds,



EXHIBIT

Titov 61
12.07.11 AF

HF00001552

```
From:      ███████████  <███████████████████████>
Sent:   Sunday, September 5, 2010 5:30 AM
To:    general <general@hotfile.com>
Subject:   Can\\\'t download by my premium account: Hotfile
██████████,              )

Message sent from user with mail - ████████████████:
Reason: I have technical issues with downloading
Username: ████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/66932610/baadbb4/Lady_Gaga-
Alejandro_www.ChocoCeleb.com.rar.html
ip: 95.168.161.██ DE
URL:

Hello,

I have premium account from you guyz, but when I want to download a file I
can\\\'t use it and I have to download the files as regular user!
for example, when I go to this link :
http://hotfile.com/dl/66932610/baadbb4/Lady_Gaga-
Alejandro_www.ChocoCeleb.com.rar.html
and want to download the file, I have to login to system, and when I enter my
login info in the login popup up of the page, I will be redirected to the
hotfile.com and it\\\'s shown that I\\\'m a premium user, but when I enter the
link again, I have to do the login steps again ! and won\\\'t recognize me as
premium user in the download page of files but in the main page of hotfile system
recognize me as premium user !
even in IDM ( Internet Download Manager ) when I enter my login it won\\\'t work
and I can\\\'t download the files,
my login info is:
username: ████████████████
password: ████████████████

please tell me what is the problem.

Thanks.
```



HF00001783

```
From:      ███████  <███████████████>
Sent:   Monday, September 6, 2010 10:24 AM
To:     general <general@hotfile.com>
Subject:  Acesso para download: Hotfile (,████████████)

Message sent from user with mail - ███████████████
Reason: I am a paid user but it still says \'Upgrade to premium\'
Username:  ██████
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/63688977/5df5a4d/SV-
04x01_www.IRRESTRITO.com_.rmvb.html
ip: 201.37.201.██ BR
URL:

Não consigo baixar os arquivos da 4a. temporada de Smallville no site \"VM -
Series\", apesar de ter pago o hotfile premium. Gostaria de receber orientações de
como fazê-lo, passo a passo.
Obrigado
```

EXHIBIT

T.tov  63
12·07·11  PF

PENGAD 800-631-6989

HF00001979

```
From:     ████████  <████████████████>
Sent:  Tuesday, September 14, 2010 6:25 AM
To:    general <general@hotfile.com>
Subject:  link proplemi: Hotfile (█████████, ██████████████)

Message sent from user with mail - █████████████████;
Reason: I have technical issues with downloading
Username: ███████████████
Rank: Copper
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/68391872/afcc1ff/Iron.Man.BluRay.1080p.DUAL.x264-
HDArsivi.part05.rar.html
ip: 78.180.60.███  TR
URL: http://hotfile.com/dl/68391872/afcc1ff/Iron.Man.BluRay.1080p.DUAL.x264-
HDArsivi.part05.rar.html

http://hotfile.com/dl/68391872/afcc1ff/Iron.Man.BluRay.1080p.DUAL.x264-
HDArsivi.part05.rar.html


bu normal indirmede çalı...?ıyor fakat premium üyeliklerde çalı...?ma oldugunu
söylüyor nasıl mantıktır anlatırmısınız bana
```

EXHIBIT
Titov 64
12 07 11   AF
PENGAD 800-631-6989

HF00003381

```
From:     ███████ <███████████████>
Sent:     Saturday, September 25, 2010 7:37 AM
To:       general <general@hotfile.com>
Subject:  Very Slow Downloading Speed: Hotfile ██████ ███████████)

Message sent from user with mail - ████████████████:
Reason: I have technical issues with downloading
Username: ███████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/45617807/26a61c9/www.blackboyrealm.com.Stargate.Atlantis.S04
E01-Adrift.avi.html
ip: 41.135.15███ ZA
URL:
http://hotfile.com/dl/45619781/5519ad3/www.blackboyrealm.com.Stargate.Atlantis.S05
E01-Search_and_Rescue.avi.html


I having trouble downloading these links from your website i purchased a premium
package but when i try to download the speaad is very slow
here are the links please check them for me i have a 384kbs line which i download
most of my file at 120kbs per second but these files i have been downloading them
and less than 5kbs and its frustratin me

Stargate Season 4

http://hotfile.com/dl/45617807/26a61c9/www.blackboyrealm.com.Stargate.Atlantis.S04
E01-Adrift.avi.html
http://hotfile.com/dl/45617461/9a4c494/www.blackboyrealm.com.Stargate.Atlantis.S04
E02-Lifeline.avi.html
http://hotfile.com/dl/45617953/4c0ebae/www.blackboyrealm.com.Stargate.Atlantis.S04
E03-Reunion.avi.html
http://hotfile.com/dl/45618537/2c36b50/www.blackboyrealm.com.Stargate.Atlantis.S04
E04-Doppelganger.avi.html
http://hotfile.com/dl/45618285/d7e8f5b/www.blackboyrealm.com.Stargate.Atlantis.S04
E05-Travelers.avi.html
http://hotfile.com/dl/45618956/696d137/www.blackboyrealm.com.Stargate.Atlantis.S04
E06-Tabula_Rasa.avi.html
http://hotfile.com/dl/45618950/5fb70c8/www.blackboyrealm.com.Stargate.Atlantis.S04
E07-Missing.avi.html
http://hotfile.com/dl/45618504/47c74b1/www.blackboyrealm.com.Stargate.Atlantis.S04
E08-The_Seer.avi.html
http://hotfile.com/dl/45618911/c4ca8ee/www.blackboyrealm.com.Stargate.Atlantis.S04
E09-Millers_Crossing.avi.html
http://hotfile.com/dl/45618452/8cb8942/www.blackboyrealm.com.Stargate.Atlantis.S04
E10-This_Mortal_Coil.avi.html
http://hotfile.com/dl/45618997/cdd5da5/www.blackboyrealm.com.Stargate.Atlantis.S04
E11-Be_All_My_Sins_Rememberd.avi.html
http://hotfile.com/dl/45619353/ab9eaff/www.blackboyrealm.com.Stargate.Atlantis.S04
E12-Spoils_Of_War.avi.html
http://hotfile.com/dl/45618970/0d4e76b/www.blackboyrealm.com.Stargate.Atlantis.S04
E13-Quarantine.avi.html
http://hotfile.com/dl/45620004/262bf6c/www.blackboyrealm.com.Stargate.Atlantis.S04
E14-Harmony.avi.html
http://hotfile.com/dl/45619654/4810928/www.blackboyrealm.com.Stargate.Atlantis.S04
E15-Outcast.avi.html
http://hotfile.com/dl/45619407/3d6d92f/www.blackboyrealm.com.Stargate.Atlantis.S04
E16-Trio.avi.html
http://hotfile.com/dl/45619467/61388bd/www.blackboyrealm.com.Stargate.Atlantis.S04
E17-Midway.avi.html
```



EXHIBIT
Titov 65
12.07.11 PF
PENGAD 800-631-6989

HF00005208

http://hotfile.com/dl/45619480/31dffcd/www.blackboyrealm.com.Stargate.Atlantis.S04
E18-The_Kindred__Part1_.avi.html
http://hotfile.com/dl/45620073/e6e5cec/www.blackboyrealm.com.Stargate.Atlantis.S04
E19-The_Kindred__Part2_.avi.html
http://hotfile.com/dl/45619884/dc96d0e/www.blackboyrealm.com.Stargate.Atlantis.S04
E20-The_Last_Man.avi.html

Season 5

http://hotfile.com/dl/45619781/5519ad3/www.blackboyrealm.com.Stargate.Atlantis.S05
E01-Search_and_Rescue.avi.html

http://hotfile.com/dl/45620757/6669198/www.blackboyrealm.com.Stargate.Atlantis.S05
E02-The_Seed.avi.html

http://hotfile.com/dl/45620284/3a6fabf/www.blackboyrealm.com.Stargate.Atlantis.S05
E03-Broken_Ties.avi.html

http://hotfile.com/dl/45620096/38c6e9b/www.blackboyrealm.com.Stargate.Atlantis.S05
E04-The_Daedalus_Variations.avi.html

http://hotfile.com/dl/45620321/08de03c/www.blackboyrealm.com.Stargate.Atlantis.S05
E05-Ghost_in_the_Machine.avi.html

http://hotfile.com/dl/45620374/61117f3/www.blackboyrealm.com.Stargate.Atlantis.S05
E06-The_Shrine.avi.html

http://hotfile.com/dl/45620790/5a7ba12/www.blackboyrealm.com.Stargate.Atlantis.S05
E07-Whispers.avi.html

http://hotfile.com/dl/45620520/eb408f6/www.blackboyrealm.com.Stargate.Atlantis.S05
E08-The_Queen.avi.html

http://hotfile.com/dl/45621055/f084b7d/www.blackboyrealm.com.Stargate.Atlantis.S05
E09-Tracker.avi.html

http://hotfile.com/dl/45621648/faf39f2/www.blackboyrealm.com.Stargate.Atlantis.S05
E10-First_Contact.avi.html

http://hotfile.com/dl/45620931/5a34575/www.blackboyrealm.com.Stargate.Atlantis.S05
E11-The_Lost_Tribe.avi.html

http://hotfile.com/dl/45620696/baae75b/www.blackboyrealm.com.Stargate.Atlantis.S05
E12-Outsiders.avi.html

http://hotfile.com/dl/45621049/4c8a903/www.blackboyrealm.com.Stargate.Atlantis.S05
E13-Inquisition.avi.html

http://hotfile.com/dl/45621270/7353410/www.blackboyrealm.com.Stargate.Atlantis.S05
E14-The_Prodigal.avi.html

http://hotfile.com/dl/45621692/c4a193c/www.blackboyrealm.com.Stargate.Atlantis.S05
E15-Remnants.avi.html

http://hotfile.com/dl/45621340/04a29e8/www.blackboyrealm.com.Stargate.Atlantis.S05
E16-Brain_Storm.avi.html

http://hotfile.com/dl/45621735/d74c3c7/www.blackboyrealm.com.Stargate.Atlantis.S05
E17-Infection.avi.html

http://hotfile.com/dl/45621949/eb33900/www.blackboyrealm.com.Stargate.Atlantis.S05
E18-Identity.avi.html

http://hotfile.com/dl/45621718/fef4e86/www.blackboyrealm.com.Stargate.Atlantis.S05
E19-Vegas.avi.html

http://hotfile.com/dl/45621641/2121e47/www.blackboyrealm.com.Stargate.Atlantis.S05
E20-Enemy_at_the_Gate.avi.html

```
From:     ████   <████████████>
Sent:  Monday, September 27, 2010 5:35 AM
To:   general <general@hotfile.com>
Subject:  Slow download speed: Hotfile ████████████████)

Message sent from user with mail - ████████████████
Reason: I have technical issues with downloading
Username: ████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/72004486/e337e17/dexter.s05e01.720p.hdtv.x264-
orenji.mkv.html
ip: 188.75.129.███ DE
URL:
http://hotfile.com/dl/71972469/9680036/Desperate.Housewives.S07E01.720p.HDTV.X264-
DIMENSION.mkv.html

Hello,
I am having issues downloading this file. Suddenly I am maxing out at about
250KB/s but before was able to make 2MB/s. Connection speed is still the same and
I am using JDownloader. My ISP is not shaping traffic. Thanks
```

EXHIBIT

Titov 66
12·07·11  ff

HF00005468

```
From:  ██████  <██████████████>
Sent:  Thursday, September 30, 2010 4:29 AM
To:  general <general@hotfile.com>
Subject:  problem with a link: Hotfile ████████████████

Message sent from user with mail - ████████████████:
Reason: I have technical issues with downloading
Username: ██████████████
Rank: Copper
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl%2F60993370%2F4fd0f63%2FJourney.To.The.Center.Of.The.Earth.20
08.2-3D.2in1.1080p.BluRay.AC3.x264-
HDC.part024.rar.html?uploadid=60993370&fname=Journey.To.The.Center.Of.The.Earth.20
08.2-3D.2in1.1080p.BluRay.AC3.x264-HDC.part024.rar.html&hash=4fd0f63&lang=en
ip: 79.112.53.█ RO
URL:
http://hotfile.com/dl/60993370/4fd0f63/Journey.To.The.Center.Of.The.Earth.2008.2-
3D.2in1.1080p.BluRay.AC3.x264-HDC.part024.rar.html

Hello,
Someone can\'t download the file from this link as a premium user:
http://hotfile.com/dl/60993370/4fd0f63/Journey.To.The.Center.Of.The.Earth.2008.2-
3D.2in1.1080p.BluRay.AC3.x264-HDC.part024.rar.html

I\'ve tried myself while was logged in, from Firefox or using a download manager
with hotfile premium information provided and didn\'t work.
Please fix this.
Many thanks.
```

EXHIBIT
Titov 67
12.07.11  ff

HF00006056

```
From:  ██████  ████████████████████████████
Sent:  Thursday, September 30, 2010 7:50 PM
To:  general <general@hotfile.com>
Subject:  unable to access files for download: Hotfile
████████████████████████████████████)

Message sent from user with mail - ████████████████████████
Reason: I have technical issues with downloading
Username: ████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/47567718/d884785/mefamileAx.part1.rar.html
ip: 121.44.11██ AU
URL:

Dear People,

I have been trying unsuccessfully to download Avatar, but each attempt brings up
the message that the file has been removed!!! I haven\'tr seen anything to
indicate that I should have logged on. I rcently purchased a Premium account. What
am I doing wrong? I have previously used the site successfully.

Sincerely,

████████████████
```

EXHIBIT

Titov  68
12·07·11  ff

PENGAD 800-631-6989

HF00006173

```
From:    ████████████ <████████████████████>
Sent:    Sunday, October 3, 2010 10:10 AM
To:      general <general@hotfile.com>
Subject: Movie download: Hotfile (████████████████████

Message sent from user with mail - ████████████████
Reason: I have technical issues with downloading
Username: ████████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/63251043/74164fc/spunky-teens-jane-from-shy-girl-to-
hooker-by-cantona841.wmv.html
ip: 87.10.8.███ IT
URL:

I\'ve tried to dl the movie Up in the Air which is broken up into 55 parts.
Unfortunately when I try and reassemble them it turns out that the file

Up.In.The.Air.2009.BluRay.1080p.DTS.x264.dxva-EuReKA.part55.rar.html

is corrupt. Is there anything I can do to correct this or substitute it so that I
can see the movie?

Thanks

████████
```



EXHIBIT
Titov 69
12.07.11 AF

HF00006585

```
From: ███████ <███████████████>
Sent: Monday, October 4, 2010 7:34 PM
To:  general <general@hotfile.com>
Subject:  eroors: Hotfile (████████████████████)

Message sent from user with mail - ████████████████
Reason: I have technical issues with downloading
Username:███████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/73340494/3dd1db5/Devil.2010.CAM.x264-
Jucified.part1.rar.html
ip: 189.146.199.██ MX
URL:
http://hotfile.com/dl/73787691/aec0d5b/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part01.rar.html
http://hotfile.com/dl/73787514/e2aa0a9/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part02.rar.html
http://hotfile.com/dl/73787515/80505ec/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part03.rar.html
http://hotfile.com/dl/73787516/0ae4dd4/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part04.rar.html
http://hotfile.com/dl/73787525/daec807/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part05.rar.html
http://hotfile.com/dl/73787524/d4ef2ba/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part06.rar.html
http://hotfile.com/dl/73787521/7a59d2b/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part07.rar.html
http://hotfile.com/dl/73787519/1f8e245/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part08.rar.html
http://hotfile.com/dl/73787526/3ef978d/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part09.rar.html
http://hotfile.com/dl/73787517/8fb5777/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part10.rar.html http
 ://hotfile.com/dl/73787513/dea39b9/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part11.rar.html
http://hotfile.com/dl/73787522/70bc545/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part12.rar.html
http://hotfile.com/dl/73787512/933cbfc/Furry.Vengeance.2010.BRRip.XvidHD.720p-
NPW.part13.rar.html

I find error messages trying to download these files and others. please help
```

EXHIBIT

Tītōu 70
12·07·11 PP

PENGAD 800-631-6989

HF00006875

```
From:        ███████  <█████████████████>
Sent:  Wednesday, October 6, 2010 6:37 PM
To:   general <general@hotfile.com>
Subject:  Time is to long for download: Hotfile███████████████████

Message sent from user with mail - ████████████████:
Reason: I have technical issues with downloading
Username: █████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/34650310/569fb64/SN.513.www.BaixarTv.com.rmvb.html
ip: 201.41.93.███ BR
URL:

Hi again,
returned to the site to redownload and now time has increased even more. It is
more than two or three hours. The links I tried were:
http://upmirror.com/26eaaa0d_
http://upmirror.com/7060bceee
I tried several times and dowload went wrong. Today was the first time it
happened. always had time to dowload from thirty to forty minutes. I liked that I
pointed out to friends.
I await response.
Thank you.
my login is ████████


For your information, my previous message was this:
I\'m premium since 09/15/2010 and today I renewed my subscription for pay for
another month. It\'s all right to payment and although this can not download the
fifth season of the supernatural. The time for the download is very long, over an
hour. Why does this happen?
My login is ████████
Thanks.
```



EXHIBIT
Titov 71
12·07·11 PF

HF00007346

```
From:       ████    ████████████ >
Sent:  Saturday, October 9, 2010 10:53 AM
To:    general <general@hotfile.com>
Subject:  Baixar Download: Hotfile ███████████ )

Message sent from user with mail - ████████████ :
Reason: General question
Username: ████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/35073038/b06c760/Baixartv.com_smal903.zip.html
ip: 189.46.63.███ BR
URL:

Até agora nao consegui entender como faço para baixar os arquivos que estão em
outros sites.
Entro nos arquivos e tento baixa-los , mas abre telas que nao tem nada  a ver com
a hotfile.
Ex:http://www.baixartv.com/download/smallville/
Quero baixar toda a temporada ? como faço?
```



HF00007938

From: ████████  <████████████>
Sent:  Sunday, October 10, 2010 10:32 AM
To:  general <general@hotfile.com>
Subject:  problem with downloading files  - very low speed=: Hotfile
████████████████████

Message sent from user with mail - ████████████████:
Reason: I have technical issues with downloading
Username:████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

ip: 83.28.141.███  PL
URL: links in message body

Hi. I\\\\\\\'ve got premium account, my id is 3059051. I\\\\\\\'m downloading
files from your server, but I\\\\\\\'ve got problem with few links. I checked
everything you mentioned in FAQ. My downloading speed is 240kB/s, but this files
goes in about 5kB/s. I tryed to get this file as said in FAQ:
http://w2.hotfile.com/data.bin, and it was download at my full speed. I think that
maybe problem with asap. I enclose those low speed links:
http://hotfile.com/dl/46111767/864a060/Maczek.S05E01.PL.rmvb.html
http://hotfile.com/dl/46111782/16ebce0/Maczek.S05E02.PL.rmvb.html
http://hotfile.com/dl/46112034/0ce8c16/Maczek.S05E05.PL.rmvb.html
http://hotfile.com/dl/46112070/88e0842/Maczek.S05E06.PL.rmvb.html
http://hotfile.com/dl/46113276/30e17f0/Maczek.S05E21.PL.rmvb.html
http://hotfile.com/dl/46113580/7fdff80/Maczek.S06E02.PL.rmvb.html
http://hotfile.com/dl/46113797/e3fe5f8/Maczek.S06E04.PL.rmvb.html
http://hotfile.com/dl/46114013/45a5fbd/Maczek.S06E06.PL.rmvb.html
http://hotfile.com/dl/46114331/b7dcd0c/Maczek.S06E09.PL.rmvb.html
http://hotfile.com/dl/46114513/065f322/Maczek.S06E11.PL.rmvb.html
http://hotfile.com/dl/46114781/09f1118/Maczek.S06E13.PL.rmvb.html
http://hotfile.com/dl/46114861/e153af1/Maczek.S06E15.PL.rmvb.html
http://hotfile.com/dl/46114895/4779726/Maczek.S06E16.PL.rmvb.html
http://hotfile.com/dl/46115177/fc5516f/Maczek.S06E18.PL.rmvb.html
http://hotfile.com/dl/46115639/487fba1/Maczek.S07E03.PL.rmvb.html
http://hotfile.com/dl/46115902/fe63aac/Maczek.S07E05.PL.rmvb.html
http://hotfile.com/dl/46115966/d2ef088/Maczek.S07E06.PL.rmvb.html
http://hotfile.com/dl/46116012/c664f6f/Maczek.S07E07.PL.rmvb.html
http://hotfile.com/dl/46116155/b5fcbed/Maczek.S07E08.PL.rmvb.html
http://hotfile.com/dl/46116317/1556638/Maczek.S07E10.PL.rmvb.html
http://hotfile.com/dl/46116375/83c63be/Maczek.S07E11.PL.rmvb.html
http://hotfile.com/dl/46116660/ad5dffa/Maczek.S07E13.PL.rmvb.html
http://hotfile.com/dl/46116789/253fc98/Maczek.S07E14.PL.rmvb.html

I would be gratful for fast resolving this issue.

████

sorry for previus message, ctrl+shift :/



EXHIBIT
PENGAD 800-631-6989
Trou 73
12.07.11  ff

HF00008113

```
From:  ████████████ < ███████████████████ >
Sent:  Monday, October 11, 2010 1:57 AM
To:    general <general@hotfile.com>
Subject:  link down: Hotfile ( ████████████████████████████

Message sent from user with mail - ████████████████ :
Reason: General question
Username: ████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/74053117/16bae37/HTTD7BHRRG.part04.rar.html
ip: 125.161.70.████ ID
URL: http://hotfile.com/dl/62096997/fe5862a/Victor.Victoria.1995.720p.BluRay.x264-
iBEX.mkv.033.html

Dear hotfile,

I try to download this file:
http://hotfile.com/dl/62096997/fe5862a/Victor.Victoria.1995.720p.BluRay.x264-
iBEX.mkv.033.html

And it directs to:
http://s536.hotfile.com/get/2d04454c3bed5b917523713152f811fa87dfbf73/4caf8d32/1/16
704212cda04b7a/3b38665/3196875/Victor.Victoria.1995.720p.BluRay.x264-iBEX.mkv.033

The problem is that link is down, I can\'t download the file. could you please fix
the link?

Thanks!!!!
```



HF00008215

```
From: ████████ <████████████████████>
Sent:  Thursday, October 14, 2010 1:24 AM
To:  general <general@hotfile.com>
Subject:  I\'m asked to upgraded to premium: Hotfile
████████████████████████

Message sent from user with mail - ██████████████
Reason: I am a paid user but it still says \'Upgrade to premium\'
Username: ████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/75182557/03997e0/the.x.factor.uk.s07e12.hdtv.xvid-
ftp.avi.html
ip: 220.255.7.███ SG
URL: http://hotfile.com/dl/75182557/03997e0/the.x.factor.uk.s07e12.hdtv.xvid-
ftp.avi.html

Trying to download this file (or any) but I\'m being directed to a screen that
requires me to pay for a premium account even though mine is still current
```

EXHIBIT

Titov 75
12-07-11  PF

HF00008885

```
From:  ███████  ███████████████████  <
Sent:  Thursday, October 21, 2010 3:34 PM
To:    general <general@hotfile.com>
Subject:  not understanding how to d/l: Hotfile (██████████████████████)

Message sent from user with mail -███████████████████:
Reason: I have technical issues with downloading
Username: ████████████████
Rank: Copper
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/77293972/79d5204/3642114733.rar.html
ip: 74.14.26.██ CA
URL: http://hotfile.com/dl/77406109/c0f6bf1/The.Social.Network.2010.CAM.XviD-
iLG.part1.rar.html

Please explain to me how to d/l.  I am doing something wrong!  One of the movies
has the following links:
http://hotfile.com/dl/77406109/c0f6bf1/The.Social.Network.2010.CAM.XviD-
iLG.part1.rar.html
http://hotfile.com/dl/77406111/f4551d6/The.Social.Network.2010.CAM.XviD-
iLG.part2.rar.html
http://hotfile.com/dl/77406112/b2b0858/The.Social.Network.2010.CAM.XviD-
iLG.part3.rar.html
http://hotfile.com/dl/77406110/9cae377/The.Social.Network.2010.CAM.XviD-
iLG.part4.rar.html

Thanking You In Advance

████████
```

EXHIBIT

Titov 76

12·07·11  FF

HF00010603

```
From:      ████  <██████████████>
Sent:  Tuesday, November 2, 2010 2:55 PM
To:   general <general@hotfile.com>
Subject:   Pasting Links: Hotfile (████████████████████
```

```
Message sent from user with mail - ████████████████:
Reason: General question
Username: ███████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No
```

```
lastdl: http://hotfile.com/dl/37702028/c021f48/Hot_Blonde_Lana_Hard_Fuck.wmv.html
ip: 96.48.213.██ CA
URL: http://www.filestube.com/5Vf66XImxR2zeB6OjMrbzr/Spiderman-3-P53.html
```

Refer to the link i have pasted. I am currently clicking on each link separately, and opening it up in a new tab, than pressing download with i getter which is my downloading client. I also have a rapid share account and it allows me to copy multiple links to i getter. I want to know how i can save time by doing this with hot file links. Im using a macbook pro, and i getter for my downloading client. If another program works better please let me know.

EXHIBIT

PENGAD 800-631-6989

Titov 77
120711   AF

HF00013333

```
From:       ███████  <███████████>
Sent:  Saturday, November 6, 2010 3:48 AM
To:    general <general@hotfile.com>
Subject:  I am a paid user but it still says \"Upgrade to premium\": Hotfile
████████████████  )

Message sent from user with mail - ████████:
Reason: I am a paid user but it still says \'Upgrade to premium\'
Username: ████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/80718744/e67ca60/Supernatural.S06E07.HDTV.XviD-
2HD.part1.rar.html
ip: 174.133.108.███ US
URL: http://hotfile.com/dl/80718744/e67ca60/Supernatural.S06E07.HDTV.XviD-
2HD.part1.rar.html

I login but I can\'t seem to download the files, nor stay logged in.
```

EXHIBIT

Titov 78
12.07.12

PENGAD 800-631-6989

HF00013959

```
From:      ██████████  <██████████████████>
Sent:   Thursday, December 2, 2010 1:13 PM
To:     general <general@hotfile.com>
Subject:   Slow download speed with url: Hotfile (██████████████████████████)

Message sent from user with mail - chriscpb@hotmail.com:
Reason: General question
Username:██████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

ip: 194.72.9.██ GB
URL: http://hotfile.com/dl/84858664/3cae338/McGrhill-Warez.CoM-
Clarkson.The.Italian.Job.200Mb.part1.rar.html

hi, can you please help.

I\'m trying to download this file yet the fastest download rate is 3-5kbs.

my internet through put is 2.5meg.

Is my account capped in some way??

Many thanks

██████████
```

EXHIBIT

Titov 79

12.07.11 FF

HF00018225

From: ███████ <██████████████████>
Sent:  Sunday, December 12, 2010 9:17 AM
To:  general <general@hotfile.com>
Subject:  speed: Hotfile ███████████████████)

Message sent from user with mail - ██████████████:
Reason: General question
Username: ████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/77084105/0dd7267/LeomanRed.DVDSCR.CROPPED.AC3.XViD-
IMAGiNE.part1.rar.html
ip: 194.72.9.██ GB
URL: http://hotfile.com/dl/88621673/0afcee5/Smvl.1011.WarezLeech.Net.avi.html

download speed is 4357kbps= im lucky if im getting 36 kbps.  small downloads are
taking hours
http://hotfile.com/dl/88621673/0afcee5/Smvl.1011.WarezLeech.Net.avi.html takes
over 5 hours!

EXHIBIT

Titov 80
12.07.11

HF00019922

From: ████████ <████████████████>
Sent: Monday, December 20, 2010 6:31 AM
To: general <general@hotfile.com>
Subject: user/pass suspended (error or mistake of you): Hotfile
(███████████████████████)

Message sent from user with mail - ████████████████
Reason: I can\'t login with with my user/pass?
Username: ████████████
Rank: Copper
Status: Free
Suspended: No
Remove premium: Yes (Reason: traffic 157GB, dt: 2010-12-20 05:30:01)

lastdl:
http://hotfile.com/dl/90388711/5bad477/BaixarTv.com_The.Good.Wife.209.rmvb.html
ip: 201.27.164.██  BR
URL:

Hi,

I\'m a person, I love downloading movies and music, I constantly renewed my
account, and is an absurd and arbitrary what they are doing, because I never
shared my access, I do not know how to cheat downloads qiue the email you sent me,
as multiple I download on my IP down several files at the same time, long ago,
what I do wrong, I have to download a file and only when finish it can download
again, if so this is new to me.
Enable my access in 25/11 days to thirty days, then not yet expired, I intend to
renew it but let me fuck around and return the remaining time of my approach.
At most I have no idea of any violation of these Terms and Conditions.
I look forward to contact you for clarification.
Sites that accessed http://www.vmseries.com/; http://www.seriesfree.biz/;
http://www.baixartv.com/; http://series-br.com/; http:/ / portugalseries.net /

Thanks...

EXHIBIT

Titov  81
12·07·11    FC

PENGAD 800-631-6989

HF00021263

```
From:    ██████████  <██████████████████>
Sent:    Saturday, December 25, 2010 2:44 PM
To:      general <general@hotfile.com>
Subject: Technical Problem: Hotfile ████████████████████

Message sent from user with mail - ████████████████████
Reason: I have technical issues with downloading
Username: ████████████████
Rank: Copper
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/76455112/fa54071/Alien.1979.Directors.Cut.720p.BluRay.x264.D
TS-WiKi_divxsaati.com.part24.rar.html?down=1
ip: 144.122.116██  TR
URL:
http://hotfile.com/dl/76455112/fa54071/alien.1979.directors.cut.720p.bluray.x264.d
ts-wiki.divxsaati.com.part24.rar.html

http://hotfile.com/dl/76454742/c0f2c7f/Alien.1979.Directors.Cut.720p.BluRay.x264.D
TS-WiKi_divxsaati.com.part16.rar.html


http://hotfile.com/dl/76454907/f36a65f/alien.1979.directors.cut.720p.bluray.x264.d
ts-wiki.divxsaati.com.part20.rar.html

http://hotfile.com/dl/76455030/2778a7e/alien.1979.directors.cut.720p.bluray.x264.d
ts-wiki.divxsaati.com.part22.rar.html
http://hotfile.com/dl/76455081/58be070/alien.1979.directors.cut.720p.bluray.x264.d
ts-wiki.divxsaati.com.part23.rar.html


http://hotfile.com/dl/76455112/fa54071/alien.1979.directors.cut.720p.bluray.x264.d
ts-wiki.divxsaati.com.part24.rar.html


there is still technical problem with these links plese get fixed on it
```



EXHIBIT

Titov 82
12.02.11 ff

HF00022062

```
From: ██████████   <███████████████████>
Sent:  Tuesday, December 28, 2010 5:08 PM
To:  general <general@hotfile.com>
Subject:  download link gone: Hotfile (████████████████████

Message sent from user with mail - ███████████████:
Reason: I have technical issues with downloading
Username: ████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premiu███

lastdl:
http://hotfil████dl/67582007/7bcf70a/Perry_Mason_418_The_Angry_Dead_Man.dvdrip.a
vi.html
ip: 114.79.51██
URL:
http://www.hotfile.com/dl/67582007/7bcf70a/Perry_Mason_418_The_Angry_Dead_Man.dvdr
ip.avi.html

I try to download from this link several times, but everytime it\'s almost
finished the connection is gone and it can\'t be resume.
I\'m using internet download manager as download accelerator.
I have to start download from the beginning several times but never finish.
It is really annoying!
```



EXHIBIT
*Titov 83*
12.07.11

HF00022667

```
From:    ████████  <██████████████████████>
Sent:    Sunday, January 2, 2011 7:21 AM
To:      general <general@hotfile.com>
Subject: DOWNLOADS: Hotfile (█████████████████████)

Message sent from user with mail - ██████████████████████████
Reason: I have technical issues with downloading
Username: (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/93345176/cfc5577/TrueGrit.2010.SCR.part1.rar.html
ip: 75.94.173.███ US
URL:

I have been trying to download some movies.
(http://hotfile.com/dl/93345176/cfc5577/TrueGrit.2010.SCR.part1.rar.html, part 2,
3 and 4)
Every time I try to download, I end up in an UPLOAD location.
What am I doing wrong?
```

EXHIBIT

Trtov 84

12.07.11 ff

PENGAD 800-631-6989

HF00023354

From: ████ <████████████>
Sent:  Sunday, January 2, 2011 8:39 AM
To:  general <general@hotfile.com>
Subject:  Downloading times: Hotfile ████████████

Message sent from user with mail - ████████████:
Reason: I have technical issues with downloading
Username: ████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/90557599/255738a/breaking.bad.s01e01.dvdrip.xvid-
orpheus.rar.html
ip: 194.72.9.██ GB
URL: http://hotfile.com/dl/90557599/255738a/breaking.bad.s01e01.dvdrip.xvid-
orpheus.rar.html

Hello
I have just paid for a subscription for a year with hotfile. When I originally
selected a file to download it told me that if I subscribed I could download the
file in approximately 9.2 minutes. So I have signed up but the episodes seem to be
taking in excess of 10 hours to download. We have tested our broadband speed and
our download speed is 5.9Mb so better than average. Is there a particular process
I am missing in terms of getting the files downloaded quicker?
Thanks
████



EXHIBIT
Titov 85
12.07.11    ff
PENGAD 800-631-6989

HF00023362

```
From:     ████████ <████████████████>
Sent:     Wednesday, January 12, 2011 6:39 AM
To:       general <general@hotfile.com>
Subject:  fake links: Hotfile ██████████████████)
```

```
Message sent from user with mail - ██████████████:
Reason: General question
Username:██████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No
```

```
lastdl:
http://hotfile.com/dl/94152005/8fdfcd6/DueDate.2010.DVDRIP.XviD.27102010.part08.ra
r.html
ip: 46.12.124.███
URL:
```

Hi i just waned to inform your company about some fake links. I hate IT scams and
when ever i find some on my way i tend to do as much as i can to tackle them.

The following links suppose to provide a certain file but when you download the
links and extract them the content/file is completely different hence the links
are fake made by scams. I dont know whats the benefit of such an action but i am
assuming that has to do with points.

the links are:

```
http://hotfile.com/dl/94152651/f4e5226/DueDate.2010.DVDRIP.XviD.27102010.part01.ra
r.html
http://hotfile.com/dl/94152436/79c36ff/DueDate.2010.DVDRIP.XviD.27102010.part02.ra
r.html
http://hotfile.com/dl/94152564/4931d8f/DueDate.2010.DVDRIP.XviD.27102010.part03.ra
r.html
http://hotfile.com/dl/94151947/4f1a061/DueDate.2010.DVDRIP.XviD.27102010.part04.ra
r.html
http://hotfile.com/dl/94152904/728e165/DueDate.2010.DVDRIP.XviD.27102010.part05.ra
r.html
http://hotfile.com/dl/94152806/1cae278/DueDate.2010.DVDRIP.XviD.27102010.part06.ra
r.html
http://hotfile.com/dl/94152867/0725324/DueDate.2010.DVDRIP.XviD.27102010.part07.ra
r.html
http://hotfile.com/dl/94152005/8fdfcd6/DueDate.2010.DVDRIP.XviD.27102010.part08.ra
r.html
```

p.s i am a premium member of HF



EXHIBIT
PENGAD 800-631-6989
Titov 86
12.07.11  ff

HF00025100

```
From:        ███████ <████████████>
Sent:   Saturday, January 15, 2011 3:32 PM
To:   general <general@hotfile.com>
Subject:  Broken links: Hotfile ███████████████)

Message sent from user with mail - ██████████████:
Reason: I have technical issues with downloading
Username: █████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No


lastdl:
http://hotfile███om/dl/82642950/ef2f38b/MONSTERS_VS_ALIENS_3D.part355.rar.html
ip: 67.167.43.██ US
URL: http://hotfile.com/list/1009884/bf2c356

Hi,

Links to two files are broken.

MONSTERS_VS_ALIENS_3D.part192.rar
MONSTERS_VS_ALIENS_3D.part399.rar

I\\\'ve been trying to download them for a few days now without success.

Thanks in advance for your help.
```

EXHIBIT

PENGAD 800-631-6989

Trov 87
12-07-11 FF

HF00025702

```
From:       ███████ < ████████████ >
Sent:   Sunday, January 16, 2011 4:48 AM
To:     general <general@hotfile.com>
Subject:  download stuff!: Hotfile ( █████████████████ )

Message sent from user with mail - ██████████████ :
Reason: General question
Username: ████████████████
Rank: Silver
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/42023844/cae1630/How_I_Met_Your_Mother_1x01_-
_Pilot.avi.html
Ip: 111.221.3.███ AU
URL:

How will I be able to Download all the episodes of How i met your mother? I tried
to do it, but i cant. Can you give me the link, so that i can download from this
site!?
thank you :)
```

EXHIBIT

Titov 88

12-07-11

PENGAD 800-631-6989

HF00025764

```
From:      ████████████████████
Sent:  Friday, January 28, 2011 11:56 AM
To:    general <general@hotfile.com>
Subject:  download stopped: Hotfile ██████████████████████

Message sent from user with mail - ████████████████
Reason: General question
Username: ███████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/84267255/84efe50/kod9.2000.BluRay.1080p.Dual.x264.BI20101122
182006.part01.rar.html
ip: 213.153.180.███ TR
URL:
http://hotfile.com/dl/98409017/b955ba0/Enemy.At.The.Gates.2001.1080p.DUAL.BluRay.x
264.DTS.EuReKA-HDA.part03.rar.html

My download stopped all of a sudden and it does not resume...
```

EXHIBIT

PENGAD 800-631-6989

Titov 89
12-07-11  AF

HF00028403

```
From:     ████████████████████
Sent:  Saturday, February 5, 2011 3:37 AM
To:   general <general@hotfile.com>
Subject:  flashget and hotfile: Hotfile ███████████████████

Message sent from user with mail - ████████████████:
Reason: I have technical issues with downloading
Username: ████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/99591980/6a049e3/Legend.of.the.Guardians.2010.BRRip.XVid.TR.
DUBLAJ.BTRG.part1.rar.html
ip: 150.101.244.███AU
URL:

how does Flashget work with hotfile when cut and pasting multiple links. It goes
to the link but doesn\'t follow it to the final source.
eg.
http://hotfile.com/dl/99941928/7804ca7/Winters.Bone.2010.LIMITED.DVDRip.XviDDiVERS
iTY.part2.rar
is redirected to
http://s276.hotfile.com/get/1ec7c6a7b8aa500c87c77fb36e1c741bf3c4d9e3/4d4d3617/1/fb
a5f49e6fb833e2/5f4fe28/4325428/Winters.Bone.2010.LIMITED.DVDRip.XviD-
DiVERSiTY.part2.rar

and flashget doesn\'t see that.
Please help.
```

EXHIBIT

Titov 90
12-07.11  FF

PENGAD 800-631-6989

HF00029941

```
From:      █████████  <████████████████████>
Sent:  Tuesday, February 8, 2011 11:39 PM
To:  general <general@hotfile.com>
Subject:  downloading causes a lost internet conection.: Hotfile
(,█████████████████)
```

Message sent from user with mail - █████████████████:
Reason: I have technical issues with downloading
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/63085778/db9abc1/vBulletin.Forum.v4.0.6.PL1.PHP.REPACK-COG.rar.html
ip: 72.235.220.█ US
URL: http://hotfile.com/dl/98659541/d39d382/ncis.s01e10.dvdrip.xvid.avi.html

NCIS.S01E09.DVDRip.XviD.avi
NCIS.S01E05.DVDRip.XviD.avi
I\\\\\\\'ve tried to download these and several others. Same files, the only thing
that is different is the Episode number. Each time I initiate a download, it will
start and several minutes later the internet connection is lost.  I have to wait
the required time and start over.
1.--Is this normal?
2.--What can I do?
3--Will a premium account be any different and free of these problems?
4.--Is this a method of frustrating us to get us to purchase?
Awaiting your recommendation to correct this.
Many thanks

EXHIBIT

Titov 91
12.07.11    PE

HF00030736

```
From:      ████ < ████████████ >
Sent:  Sunday, February 20, 2011 1:31 PM
To:  general <general@hotfile.com>
Subject:  absolutely no speed: Hotfile ████████████

Message sent from user with mail - ████████████
Reason: General question
Username: ████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/19741111/e164767/JDownloader_xmas.zip.html?lang=en
ip: 194.72.9.██ GB
URL:
http://hotfile.com/dl/103996598/5ef0351/Wall.Street.2010.DVDRip.XviD.CZ.MY.part3.r
ar.html

Hi here is just one from many files i tryed to download
http://hotfile.com/dl/103996598/5ef0351/Wall.Street.2010.DVDRip.XviD.CZ.MY.part3.r
ar.html and me sped is around 5 kb\\s. I tryed many download akcelators as well
and still same. I want to cancel me account and me money back. Y do not provide
anything ...i will use again rapidshare whitch have own download manager and
working. Waiting for answer
```



EXHIBIT
Titov 92
12.07.11   pp

HF00033683

```
From:        ██████████████████████>
Sent:  Tuesday, February 22, 2011 12:54 AM
To:  general <general@hotfile.com>
Subject:  deleted files: Hotfile (,██████████████████)

Message sent from user with mail - ████████████████:
Reason: General question
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No


lastdl:
http://hotfile.com/dl/88423334/d24215a/Legend.of.the.Guardians.part06.rar.html
ip: 125.163.89.██ ID
URL:
http://hotfile.com/dl/88423334/d24215a/Legend.of.the.Guardians.part06.rar.html

why I can\'t download next file.
there\'s \"This file is either removed due to copyright claim or is deleted by the
uploader.\"
```

EXHIBIT

Titov 9.3
12-07-11 ff

PENGAD 800-631-6989

HF00033960

From: ██████████████████████████
Sent:  Sunday, March 27, 2011 11:49 AM
To:  general <general@hotfile.com>
Subject:  how can I download the file: Hotfile ████████████████████████

Message sent from user with mail - ████████████████
Reason: I have technical issues with downloading
Username: ████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/109641776/0f526aa/Grace_Under_Fire_04.rmvb.html
ip: ████████████
URL: http://63aece8f.linkbucks.com

how I can start download the file ????

EXHIBIT
T. tov 94
12.07.11

HF00037995

```
From:     ████████████████████
Sent:  Monday, February 15, 2010 3:14 AM
To:    general <general@hotfile.com>
Subject:   corruption in file: Hotfile (████████████████)

Message sent from user with mail - ██████████████
Reason: I have technical issues with downloading
Username:
Rank:
Status: Free

lastdl:
http://hotfile.com/dl/24809133/7a85419/National.Geographic.Megacities.Tai.Pei.720p
.HDTV.x264-DHD.part10.rar.html
ip: 115.133.4.██
URL:

hi
i download these to file three times but still got error when extracting,none of
them work.
http://hotfile.com/dl/16280958/26942b0/b1u3eyes.Hidden.Hawaii.part04.rar.html

http://hotfile.com/dl/16280957/5d12eb2/b1u3eyes.Hidden.Hawaii.part06.rar.html
```

EXHIBIT
PENGAD 800-631-6989
Titov 95
12·07·11 ff

HF00060813

From: ███████████ < ████████████████████
Sent:  Monday, March 1, 2010 8:51 AM
To:  Hotfile Corp <hotfile.general@gmail.com>
Subject:  Re: slow speeds: Hotfile ████████████████████████████

hi, when downloading data.bin through my browser and JDownloader i am able to
reach my maximum speeds of approx 240kb/s, but whenever i try a different link
such as the ones below using firefox/IE or JDownloader i can only reach speeds of
about 30kb/s.

http://hotfile.com/dl/30084382/1140bfc/I_love_paris_Hotfile-
Zone.com.part1.rar.html
http://hotfile.com/dl/28445882/1813d30/Hulk.Vs.Thor.avi.html
http://hotfile.com/dl/25607590/d43d02c/Onelinkmoviez.com_30.rock.407.hdtv-
lol.avi.html

i am not running other downloads concurrently in the background, or is my speed
being limited elsewhere since the data.bin is downloading at full speed and my
torrents can also download at full speed when i enable them.


On Sun, Feb 28, 2010 at 3:33 PM, Hotfile Corp <hotfile.general@gmail.com> wrote:

        Hello!

        When you download from our site, please be sure you don't make other
    downloads (for example from torrent sites, other downloads and etc). If you make
    multiple downloads from other sites/places all your download speed is shared
    between each download and this will cause you slow download from us.

        Be sure also that you're logged and then to start download, because free
    users (or not logged) got capped download speed.

        If you download through browser please notice your download speed could be
    limited due to browser settings. For high speed download it is always better to
    use any Download Manager program. For example:

        http://freedownloadmanager.org <http://freedownloadmanager.org/>
        http://jdownloader.org/download/index

        We don't limit download speed for our Premium users and if you download
    speed is slow this could be also your ISP issue.

        If you still have slow download speed - please send us link you try to
    download and get slow download speed. We will check it asap.

        For testing your download speed from our servers, please download this
    file:
        http://w2.hotfile.com/data.bin
        And report us what speed you get, we need this to check where could it be a
    problem.

        Also check your internet download speed here and report us what numbers you
    get:
        http://www.ip-adress.com/speedtest/

        Regards,

        http://www.hotfile.com <http://www.hotfile.com/>



EXHIBIT
T.tov 96
12.11.07 AF
PENGAD 800-631-6989

HF00062707

On Sat, Feb 27, 2010 at 3:26 PM, ██████████ wrote:

    Message sent from user with mail - ████████████:
    Reason: I have technical issues with downloading
    Username: ███████████
    Rank: Silver
    Status: Premium

    ip: 86.164.33.███
    URL:

    i can only seem to download files at around 30-40kb/s although i have
a premium account, is there any way i can speed this up as i should be getting
around 200kb/s at max speed.



--
Best regards,
Support
Hotfile.com

```
From:       ███████████████████>
Sent:  Monday, March 1, 2010 1:13 PM
To:   general <general@hotfile.com>
Subject:  downloading: Hotfile (█████████████

Message sent from user with mail - █████████████:
Reason: I have technical issues with downloading
Username:  (0)
Rank:
Status: Free

lastdl: http://hotfile.com/dl/30515660/47913c4/th.hrt.lck_MGirl.part3.rar.html
ip: 216.164.151.███
URL:

I\'ve been trying to download the last part of \"The Fourth Kind\" movie and for
hours it says that I\'m still downloading at this moment.  Pleas HELP.

Thanks!
```

**EXHIBIT**

_Trtov 97_

12.07.11 ff

HF00062739

```
From:     ███████████████████
Sent:  Wednesday, March 3, 2010 5:30 AM
To:    general <general@hotfile.com>
Subject:   Download error: Hotfile ████████████████

Message sent from user with mail - ████████████████:
Reason: I have technical issues with downloading
Username:  (0)
Rank:
Status: Free

lastdl: http://hotfile.com/dl/9433412/3b98191/After_the_Wedding_004.wmv.html
ip: 92.236.77██
URL: http://hotfile.com/dl/9433412/3b98191/After_the_Wedding_004.wmv.html

This file won\'t download, the other three are fine though
```

EXHIBIT

PENGAD 800-631-6989

Titov 98
12·07·11  FF

HF00062936

From: ██████████████
Sent:  Thursday, March 4, 2010 6:58 PM
To:  Hotfile Corp <hotfile.general@gmail.com>
Subject:  Re: Slow download: Hotfile (████████████████

Hi.

The test file was DLing at over 300 Kb/sec. and the Internet download speed checker was giving me 2585 kbps download and 658 kbps upload.  Tha's good but I'm still getting around 30 kb/s download.

Please test the following 2 links.  I'm only geting around 30 kb/s.

http://hotfile.com/dl/28668198/4f79b29/shear.genius.s03e02.hdtv.xvid-momentum.avi.part1.rar.html

http://hotfile.com/dl/28668199/3effc9f/shear.genius.s03e02.hdtv.xvid-momentum.avi.part2.rar.html


Thanks for you help.

██████████

On Thu, Mar 4, 2010 at 2:11 AM, Hotfile Corp <hotfile.general@gmail.com> wrote:

        Hello!

        When you download from our site, please be sure you don't make other downloads (for example from torrent sites, other downloads and etc). If you make multiple downloads from other sites/places all your download speed is shared between each download and this will cause you slow download from us.

        Be sure also that you're logged and then to start download, because free users (or not logged) got capped download speed.

        If you download through browser please notice your download speed could be limited due to browser settings. For high speed download it is always better to use any Download Manager program. For example:

        http://freedownloadmanager.org <http://freedownloadmanager.org/>
        http://jdownloader.org/download/index

        We don't limit download speed for our Premium users and if you download speed is slow this could be also your ISP issue.

        If you still have slow download speed - please send us link you try to download and get slow download speed. We will check it asap.

        For testing your download speed from our servers, please download this file:
        http://w2.hotfile.com/data.bin
        And report us what speed you get, we need this to check where could it be a problem.

        Also check your internet download speed here and report us what numbers you get:
        http://www.ip-adress.com/speedtest/

        Regards,



EXHIBIT
Titov  99
12-07-11  ff

HF00063129

http://www.hotfile.com <http://www.hotfile.com/>


On Wed, Mar 3, 2010 at 12:44 AM, ██████████████ wrote:

  Message sent from user with mail - ████████████
  Reason: I have technical issues with downloading
  Username:  (0)
  Rank:
  Status: Free

  ip: 70.50.140█
  URL:

  Hi.

  When I DL, my speed is around 60 Kb/sec. but when I use Rapidshare I
  Dl @ over 350Kb/sec.  Why the big difference?

  I am using Internet Download Manager.

  Thanks,

  ████████



  --
  Best regards,
  Support
  Hotfile.com

```
From:        ████████████████
Sent:   Wednesday, April 14, 2010 11:36 PM
To:   general <general@hotfile.com>
Subject:   download: Hotfile ████████████████)

Message sent from user with mail - ████████████:
Reason: I have technical issues with downloading
Username: ████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

ip: 85.244.247.███ PT
URL:
any::dl(â??http://hotfile.com/dl/34682808/6da9100/RH.(2010).part1.rar.htmlâ? ,
â??Robin Hood 2010 part 1â?')::

How do I download a movie?
```



HF00067654

```
From: ██████████████████
Sent: Wednesday, May 19, 2010 3:24 AM
To:  general <general@hotfile.com>
Subject:  Deleted links: Hotfile (,██████████████)

Message sent from user with mail - ████████████████:
Reason: General question
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/40861603/81860f0/Avatar.2009.1080p.BluRay.DTS.x264-
ESiR.part82.rar.html
ip: 88.229.83.███ TR
URL: http://hotfile.com/list/481056/09da302

Please bring back this files i just needed to download only last 20 parts and it
has gone!i beg of you admin please.....
```

EXHIBIT

T.tov 101
12·07·11 ff

PENGAD 800-631-6989

HF00071056

```
From:       ████████████████████████
Sent:  Wednesday, May 19, 2010 5:55 PM
To:   general <general@hotfile.com>
Subject:  slow downloads: Hotfile ████████████████████

Message sent from user with mail - ██████████████████:
Reason: I have technical issues with downloading
Username: ████████████████████
Rank: Copper
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/35209631/ecc818f/MVAWERV_PSEHER4_0.R.RA.part24.rar.html
ip: 72.229.40.███ US
URL:
http://hotfile.com/dl/43313746/b4b907c/Wall.E.2008.x264.utkuemre.part1.rar.html
http://hotfile.com/dl/43313754/77cc2ef/Wall.E.2008.x264.utkuemre.part2.rar.html
http://hotfile.com/dl/43313837/62718d0/Wall.E.2008.x264.utkuemre.part3.rar.html
http://hotfile.com/dl/43313972/3638e6a/Wall.E.2008.x264.utkuemre.part4.rar.html

To who may concern

I just renew my 6 months contract and I was downloading at my ISP full speed with
is 1.5 MB/s. it has been 2 days that my hotfile download speed went drammatically
down to 20 kbps.

Please advice.

Here it is the link I was trying to download today. Yesterday they were different
links, so they are probably not located on the same server.

http://hotfile.com/dl/43313746/b4b907c/Wall.E.2008.x264.utkuemre.part1.rar.html
http://hotfile.com/dl/43313754/77cc2ef/Wall.E.2008.x264.utkuemre.part2.rar.html
http://hotfile.com/dl/43313837/62718d0/Wall.E.2008.x264.utkuemre.part3.rar.html
http://hotfile.com/dl/43313972/3638e6a/Wall.E.2008.x264.utkuemre.part4.rar.html
```

EXHIBIT
Titov 102
12-07-11 ff
PENGAD 800-631-6989

HF00071161

```
From:    ████████████████████████
Sent:    Saturday, May 29, 2010 11:13 PM
To:      general <general@hotfile.com>
Subject: Password for file The A Team: Hotfile (██████████████████████

Message sent from user with mail - ██ ███████████████
Reason: General question
Username: ████████████████████
Rank: Copper
Status: Free
Suspended: No
Remove premium: No

ip: 110.136.191.██3 ID
URL:

i have some question about what is the password for the file The A Team
2010_ts_.rar.? Because when i click link \"click here for the archive password\" i
get nothing at all. Thank you so much before.
```

EXHIBIT

Titov 103
12-07-11 PA
PENGAD 800-631-6989

HF00072354

```
From: ████████████████████████
Sent:  Tuesday, June 1, 2010 3:42 AM
To:  general <general@hotfile.com>
Subject:  Problem downloading: Hotfile (,████████████████

Message sent from user with mail - ████████████████████:
Reason: I have technical issues with downloading
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/40750112/b3fc2ab/Nanny.McPhee.And.The.Big.Bang.2010.DVDrip.X
viD.part01.rar.html
ip: 62.30.249.███ GB
URL:
http://hotfile.com/dl/40750112/b3fc2ab/Nanny.McPhee.And.The.Big.Bang.2010.DVDrip.X
viD.part01.rar.html

Im trying to download the above but it says im already downloading which i am not,
then it said to wait, which i did,  when i tried again it said i was already
downloading agiain
thanks for your help
████████
```



HF00072549

```
From:     ███████████████████████████
Sent:    Friday, June 18, 2010 11:31 AM
To:      general <general@hotfile.com>
Subject:  Very slow downloads: Hotfile ████████████████████

Message sent from user with mail - █████████████████
Reason: I have technical issues with downloading
Username: ██████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/14582988/ffa7060/AD3.25_.part01.rar.html
ip: 86.179.237.███ GB
URL:

Hi,
I\'m getting fed up with your slow service. I do pay but i don\'t get what i pay
for. My download speeds are around of 10-15kb/sec with premium account.

Your test file is downloading with correct speed of 600kb/sec.

It\'s not problem with my ISP.

Check those links:

http://hotfile.com/dl/49264968/aa151c9/Iron.man.2.DVDRip.part1.rar.html
http://hotfile.com/dl/49265169/26306d6/Iron.man.2.DVDRip.part2.rar.html
http://hotfile.com/dl/49268675/4a4691b/Iron.man.2.DVDRip.part3.rar.html
http://hotfile.com/dl/49268679/c273b30/Iron.man.2.DVDRip.part4.rar.html
http://hotfile.com/dl/49268702/bc55e7d/Iron.man.2.DVDRip.part5.rar.html
http://hotfile.com/dl/49268689/86170d7/Iron.man.2.DVDRip.part6.rar.html
http://hotfile.com/dl/49268648/f57c8b9/Iron.man.2.DVDRip.part7.rar.html
http://hotfile.com/dl/49268696/c30924c/Iron.man.2.DVDRip.part8.rar.html

Please fix it or give my money back.

Disappointed Customer
```



EXHIBIT

Trlov 105

12.07.11

HF00074277

```
From:    ██████████████████████████
Sent:    Friday, July 9, 2010 8:00 AM
To:      general <general@hotfile.com>
Subject: Download Speed slow: Hotfile ████████████████████

Message sent from user with mail - ████████████████:
Reason: General question
Username: ████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/52470167/666beaf/TheKarateKidDVD.part01.rar.html
ip: 121.7.82.███ SG
URL: http://hotfile.com/dl/52473779/cfbdcde/TheKarateKidDVD.part03.rar.html

Hi,

I\'m trying to download from this link, but its very slow.
Part 4 is also very slow. Can you check it out?
Parts 1,2,5,6 are ok.

Thanks!

Cheers,

████████
```

EXHIBIT

Trbov 106

12·07·4

PENGAD 800-631-6989

HF00076548

```
From:      ███████████████████████
Sent:  Saturday, July 17, 2010 2:50 PM
To:   general <general@hotfile.com>
Subject:  I don\\\'t know how to download multiple files: Hotfile
(,███████████████████)

Message sent from user with mail - ████████████████████
Reason: I have technical issues with downloading
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/47416871/ad17cd1/ad_ph_11_cs4_ext_I-
Zone.info.part1.rar.html
ip: 67.233.175.██ US
URL: http://hotfile.com/dl/53382578/a9a544c/The-T-L-E-(2010)-TS-V2-
IMAGiNE.part1.rar.htmlhttp://hotfile.com/dl/53382655/1e35c5c/The-T-L-E-(2010)-TS-
V2-IMAGiNE.part2.rar.htmlhttp://hotfile.com/dl/53382704/9d3fa07/The-T-L-E-(2010)-
TS-V2-IMAGiNE.part3.rar.html

http://hotfile.com/dl/53382578/a9a544c/The-T-L-E-(2010)-TS-V2-
IMAGiNE.part1.rar.html
http://hotfile.com/dl/53382655/1e35c5c/The-T-L-E-(2010)-TS-V2-
IMAGiNE.part2.rar.html
http://hotfile.com/dl/53382704/9d3fa07/The-T-L-E-(2010)-TS-V2-
IMAGiNE.part3.rar.html

How do I download these?
```



EXHIBIT
Titov 107
12-07-11 ff

HF00077641

```
From:    ████████████████████
Sent:    Wednesday, July 28, 2010 3:29 PM
To:      general <general@hotfile.com>
Subject: i can not download directly: Hotfile (████████████████████████)

Message sent from user with mail - ████████████████:
Reason: I am a paid user but it still says \'Upgrade to premium\'
Username: ████████████████
Rank: Silver
Status: Free
Suspended: No
Remove premium: Yes (Reason: paypal: Reversed, dt: 2010-07-27 13:57:15)

lastdl:
http://hotfile.com/dl/58109473/6e9acfe/Sex_And_The_City_2_2010_READNFO_V2_DVDRip_X
viD_AC3-KiNGDOM_(Kingdom-Release).part1.rar.html
ip: 94.97.10.███ SA
URL:
http://hotfile.com/dl/58109473/6e9acfe/Sex_And_The_City_2_2010_READNFO_V2_DVDRip_X
viD_AC3-KiNGDOM_(Kingdom-Release).part1.rar.html

i can not download directly the link listed pls. help.
```



HF00079230

```
From:      ████████████████████████
Sent:   Friday, August 20, 2010 4:13 PM
To:   general <general@hotfile.com>
Subject:  DL speed is extremly slow: Hotfile ███████████████████████

Message sent from user with mail - ███████████████████:
Reason: I have technical issues with downloading
Username: ██████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/14527819/fd8bf60/DVD_4.part05.rar.html
ip: ███████████CA
URL:

In total there are 11 files that I am most recently having issue with download
speed yet I can DL a file from another server at over 400KB/s same thing with your
test file.
Bandwidth speed test results
DL 191.5KB/s
UL 75.3KB/s

My initial DL speeds were good then as time went by since signing up my speed
decreased.

http://hotfile.com/dl/59776759/cf738c6/Cezalandirici.2004.720p.bluray.part07.rar.h
tml
http://hotfile.com/dl/59776764/8274d48/Cezalandirici.2004.720p.bluray.part08.rar.h
tml
http://hotfile.com/dl/59776765/4a64f46/Cezalandirici.2004.720p.bluray.part09.rar.h
tml
http://hotfile.com/dl/59776762/e80f860/Cezalandirici.2004.720p.bluray.part10.rar.h
tml
http://hotfile.com/dl/59778017/15b08ff/Cezalandirici.2004.720p.bluray.part11.rar.h
tml
http://hotfile.com/dl/59778022/d435714/Cezalandirici.2004.720p.bluray.part12.rar.h
tml
http://hotfile.com/dl/59778030/bef749b/Cezalandirici.2004.720p.bluray.part13.rar.h
tml
http://hotfile.com/dl/59778048/3a35106/Cezalandirici.2004.720p.bluray.part14.rar.h
tml
http://hotfile.com/dl/59778070/b6f0fe5/Cezalandirici.2004.720p.bluray.part15.rar.h
tml
http://hotfile.com/dl/59778071/f7840c3/Cezalandirici.2004.720p.bluray.part16.rar.h
tml
http://hotfile.com/dl/59778074/f00b839/Cezalandirici.2004.720p.bluray.part17.rar.h
tml
```



EXHIBIT
Titov 109
12-07-11  PF

HF00083474

```
From: ███████████████████
Sent:  Saturday, August 21, 2010 7:22 AM
To:  general <general@hotfile.com>
Subject:  indirme problemi: Hotfile (███████████████)

Message sent from user with mail - ████████████████:
Reason: I have technical issues with downloading
Username: ███████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/48512254/b68b99e/24S02E12.rar.html
ip: 81.215.12.███TR
URL: http://hotfile.com/dl/48512254/b68b99e/24S02E12.rar.html

I am unable to download files 24S02E12.rar  and 24S02E09.rar.
```



EXHIBIT

*Titov 110*

12·07·11

HF00083558

```
From:      ████████████████████
Sent:   Tuesday, April 26, 2011 6:27 PM
To:   general <general@hotfile.com>
Subject:   Can not download any file: Hotfile (████████████████████)

Message sent from user with mail - ████████████████:
Reason: General question
Username: ████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/92410143/d65e628/Leoman_Little_20Fockers_20TS_20XViD_20-
_20IMAGiNE.part1.rar.html
ip: 76.112.202.███ US
URL: http://hotfile.com/dl/92410143/d65e628/Leoman_Little_20Fockers_20TS_20XViD_20-
_20IMAGiNE.part1.rar.html

Since becoming a member, I have not been able to download a single movie. They are
all in html format and the message is that the file may have been removed by the
uploader. It is been fraustrating and annoying. Am I doing anything wrong?

████████   .
```

EXHIBIT

Titov III

12.01.11

PENGAD 800-631-6989

HF00085805

```
From:      ██████████████████████
Sent:   Tuesday, May 3, 2011 6:27 AM
To:     general <general@hotfile.com>
Subject:  download cinderela: Hotfile ██████████████████████

Message sent from user with mail - ██████████████████:
Reason: I have technical issues with downloading
Username: ██████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/86294955/c0a580b/Cinderela.www.sargentodown.com.AVI.html
ip: 187.112.15.██
URL:

Dear Sir,
My question is very simple.
I am a premium user and don´t know how to use it.
I want  download the film Cinderela1 from Disney. Indeed i made a download but ir
doesn´t work and i don´t know how to see the film. And i am not sure if i did the
download correct. Please H E L P  me !!!!

Best regards,
██████████████████
```



HF00085951

| | |
|---|---|
| **From:** | hotfile.mailbox@gmail.com on behalf of HotFile Corp [support@hotfile.com] |
| **Sent:** | Thursday, December 09, 2010 3:01 PM |
| **To:** | ███████████ |
| **Subject:** | Re: Fw: Re: Hotfile.com premium account slow... |

Refund was issued.

On Thu, Dec 9, 2010 at 6:25 PM, ████████████████████████ wrote:
Many Thanks for your reply,

My paypal transation ID is Unique Transaction ID ██████████████

Kind Regards

██████████████

--- On **Wed, 8/12/10, HotFile Corp <_support@hotfile.com_>** wrote:

From: HotFile Corp <support@hotfile.com>
Subject: Re: Fw: Re: Hotfile.com premium account slow...

To: ██████████    ████████████████
Date: Wednesday, 8 December, 2010, 19:50

Hello!

Sorry for your troubles.

We can't find solution for your problem and we will issue you refund.

Send us your premium account payment transaction ID.

Thanks,

On Wed, Dec 8, 2010 at 6:32 PM, ████████████████████████ wrote:
Dear Sir/Madam

As I have not had a reply and your company have not been supplying me a service for the past 2 weeks please can I have a refund.

I am reaching speeds of 500kbps as a free user with fileserve.com and the fastest I can currently get with your premium service is 10kbps.

1

EXHIBIT

Titou 113

12-07-11 ff

CONFIDENTIAL

HF02711240

Please can the refund be processed asap.

Many Thanks

██████

--- On **Thu, 2/12/10,** ██████████ █████████████████ wrote:

From: ██████████████████
Subject: Re: Hotfile.com premium account slow...
To: "HotFile Corp" <support@hotfile.com>
Date: Thursday, 2 December, 2010, 17:17

Hi,

Please find attached the results your requested, I have tried downloading from your servers once again and i'm getting less then 8kbps.

Tracing route to hotfile.com [199.7.177.244]
over a maximum of 30 hops:

```
 1   <1 ms   <1 ms   <1 ms  api.home [192.168.1.254]
 2    7 ms    7 ms    7 ms  217.32.145.233
 3    8 ms    8 ms    9 ms  217.32.146.46
 4   11 ms   11 ms   11 ms  213.120.181.86
 5   11 ms   11 ms   11 ms  213.120.179.50
 6   12 ms   11 ms   12 ms  213.120.179.182
 7   11 ms   11 ms   11 ms  acc2-10GigE-3-3-0.sf.21cn-ipp.bt.net [109.159.25
1.219]
 8   18 ms   17 ms   17 ms  core1-te0-12-0-6.ilford.ukcore.bt.net [109.159.2
51.133]
 9   21 ms   19 ms   19 ms  core1-pos0-7-0-9.ealing.ukcore.bt.net [62.6.201.
54]
10   36 ms   19 ms   19 ms  mgre.customer.bt.net [194.72.9.2]
11   19 ms   19 ms   19 ms  t2c1-ge11-0-0.uk-eal.eu.bt.net [166.49.168.29]
12   19 ms   19 ms   19 ms  t2c2-p3-0-0.uk-lon1.eu.bt.net [166.49.208.210]
13   19 ms   19 ms   20 ms  t2a1-ge7-0-0.uk-lon1.eu.bt.net [166.49.135.110]

14   20 ms   19 ms   36 ms  166-49-211-34.eu.bt.net [166.49.211.34]
15   20 ms   19 ms   20 ms  ldn-bb2-link.telia.net [80.91.251.14]
16   95 ms   94 ms   94 ms  ash-bb1-link.telia.net [80.91.246.68]
17  107 ms  108 ms  153 ms  atl-bb1-link.telia.net [213.248.80.142]
18  128 ms  139 ms  128 ms  dls-bb1-link.telia.net [80.91.246.72]
19  137 ms  137 ms  137 ms  lemuria-ic-140893-dls-bb1.c.telia.net [213.248.1
00.166]
20  129 ms  129 ms  129 ms  w19.hotfile.com [199.7.177.244]
```

Trace complete.

2

HF02711241

Kind Regards

████████

--- On **Tue, 30/11/10, HotFile Corp <_support@hotfile.com_**> wrote:

From: HotFile Corp <support@hotfile.com>
Subject: Re: Hotfile.com premium account slow...
To: ███████████████████████████████
Date: Tuesday, 30 November, 2010, 19:32

Hello,

Sorry for inconvenience, could you make a tracert to hotfile.com and send us the results?

Running a Traceroute on Windows XP:

1) Go to Start (start button on the lower left of the desktop)

2) Choose 'Run'

3) Type: "cmd" (no quotes)

4) This should bring up a DOS prompt. Once there, type: "tracert hotfile.com" (without quotes)

This should result in a series of hops from your computer to the server you are tracing to.


On Tue, Nov 30, 2010 at 8:28 PM, ███████████████████████████ wrote:
Dear Sir/Madam

Over the past 3 days my hotfile downloads have gone really slow e.g. 4kbps from originally 2mbps no matter which link I try to download.

The first few days with my account was great and I could download whatever I liked within minutes, but it now takes days.

I have now tried over 50 links from different websites and all download at less then 10kbps

I am using a download manager and with other suppliers I can still get 4mbps.

An example of a link I'm now trying to download is a TV show:

████████████████████████████████████████████████████████

or

████████████████████████████████████████████████████████

It's downloading at 4kbps and is saying it will take another 27 hours.

3

                                          HF02711242

The http://w2.hotfile.com/data.bin link on your website downloaded at an average of 4,7mbps and takes a few seconds to download.

Please let me know A.S.A.P how this can be resolved?

Many Thanks

████████

--- On **Thu, 25/11/10, Hotfile.com <*support@hotfile.com*>** wrote:

From: Hotfile.com <support@hotfile.com>
Subject: Hotfile.com premium account details
To:████████████
Date: Thursday, 25 November, 2010, 14:24


Dear customer,

Thank you for your purchase. Your Premium account has been activated and you can now download data easily and without waiting. Please ensure that your browser accepts cookies.

===============================

===============================



Best regards,
hotfile.com




--
-----------------------------------------------
Hotfile.com
Support:http://hotfile.com/contacts.html
Help/FAQ:http://hotfile.com/help.html
News:http://hotfile.com/news.html




--
-----------------------------------------------
Hotfile.com

4

**Check our Xmas most funny pic contest!**

Support:http://hotfile.com/contacts.html
Help/FAQ:http://hotfile.com/help.html
Facebook:http://facebook.com/HotfileCorp

--
-----------------------------------------------
Hotfile.com

**Check our Xmas most funny pic contest!**

Support:http://hotfile.com/contacts.html
Help/FAQ:http://hotfile.com/help.html
Facebook:http://facebook.com/HotfileCorp

5

CONFIDENTIAL

HF02711244

**From:** ██████████████
**Sent:** Tuesday, March 15, 2011 2:49 PM
**To:** support@hotfile.com
**Subject:** Information

Good evening ]This is ████████████ in ██████████ user name ████████████

can you tell me why am i getting download failed when i go to download movie For  Eg  do i
use Remote Upload



Thanks for your help
█████████████████████████████

1



CONFIDENTIAL

HF02242913

```
From: ████████████████████████
Sent:  Saturday, September 4, 2010 9:54 PM
To:  general <general@hotfile.com>
Subject:  Downloading is so slow to some files: Hotfile
(████████████████████████ )

Message sent from user with mail - ████████████████████:
Reason: I have technical issues with downloading
Username: ██████████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/34592968/462614c/seXXXes.Unfaithful.2002.part1.rar.html
ip: 121.6.145.███SG
URL: http://hotfile.com/dl/34593022/47f1988/seXXXes.Unfaithful.2002.part2.rar.html

It is intermittent. Downloading files below are slow, but the rest are not. this
is just an example file, it is always like this when i signed up. i regret so i
unsubscribe. just messaging here to let you know, if you care to know and
troubleshoot.

http://hotfile.com/dl/34593022/47f1988/seXXXes.Unfaithful.2002.part2.rar.html

http://hotfile.com/dl/34593210/bfc0c83/seXXXes.Unfaithful.2002.part6.rar.html
```



HF00001736

```
From:    ███████████████████████████
Sent:    Wednesday, September 22, 2010 8:04 AM
To:      general <general@hotfile.com>
Subject: Why do my files are deleted?: Hotfile
███████████████████████████████

Message sent from user with mail - ████████████████████████:
Reason: General question
Username: ████████████████████████
Rank: Bronze
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/70552264/8213956/Resident_Evil_Afterlife.part1.rar.html
ip: 78.177.0██ TR
URL: http://hotfile.com/dl/70552264/8213956/Resident_Evil_Afterlife.part1.rar.html

Why do my files are deleted? Why mine? Why is this clear?

http://hotfile.com/dl/70630793/3a83c8e/Get.him.to.the.greek2010.unrated.720p.x264.
Ceroks.part1.rar.html
http://hotfile.com/dl/70630831/5e66477/Get.him.to.the.greek2010.unrated.720p.x264.
Ceroks.part2.rar.html
http://hotfile.com/dl/70630682/97f3fbd/Get.him.to.the.greek2010.unrated.720p.x264.
Ceroks.part3.rar.html
http://hotfile.com/dl/70630681/bdd759c/Get.him.to.the.greek2010.unrated.720p.x264.
Ceroks.part4.rar.html

Please do not delete my files....
```

EXHIBIT

Titov 116

12-07-11 AF

HF00004783

```
From:    ████████████████████████
Sent:    Tuesday, October 5, 2010 10:26 AM
To:      general <general@hotfile.com>
Subject: Downloading: Hotfile (,████████████████)

Message sent from user with mail -████████████████:
Reason: I have technical issues with downloading
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/39443130/d5e1527/119cvmp.rar
ip: 195.93.60.██ DE
URL:

Hi!
I have downloaded  \"The Vampire Diaries\" sound track.
119cvmp
But I can\'t open it, it needs pass word.
```

EXHIBIT

Titov 117

12-07-11   AF

PENGAD 800-631-6989

HF00007021

```
From: ██████████████████████
Sent:  Saturday, October 9, 2010 3:41 AM
To:  general <general@hotfile.com>
Subject:  downloading speed: Hotfile ████████████████████)

Message sent from user with mail - ████████████████
Reason: I have technical issues with downloading
Username: ████████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/26519746/f0c5aad/rld-nfss.part01.rar.html
ip: 94.129.145.██ KW
URL:

hi ...
i have issues with dawnloading speed
1) some file are in good speed some not like this one it gives me (50 to 150 kp)
and sometim other link\\\'s speed  in range of 200 kb

http://s404.hotfile.com/get/0cfe6ab873b5d6e0b2a9ecc11e56574cd3782ed6/4cafc001/1/8b
c70a0ba794a9c2/4688818/3335741/The.Fast.And.The.Furious.III.Tokyo.Drift.2006.BluRa
y.720p.x264.DTS-WiKi.part01.rar


** i useed you\\\'rs test downloading file in \\\"reason to contact us - my
downloading is very slow \\\" and it gives me ( 250 to 450 kp )

** speed test  Result by  \\\"http://www.ip-adress.com \\\" is
Download Speed: 4589 kbps (573.6 KB/sec transfer rate)
Upload Speed: 342 kbps (42.8 KB/sec transfer rate)
Saturday, October 09, 2010 1:38:52 PM

i have rapidshare account and all link are Between 350 - 650 kb
2) i can to resume downloading some like\\\'s like the that link in my example

i am using internet downloading manager
and i am frome kuwait my isp is viva ... with 7.2 mb download speed
my system is windows 7
  thank you ...
██████████████████
```



EXHIBIT

Titov 118

12.07.11 AF

HF00007863

```
From:        ████████████████████
Sent:  Wednesday, October 13, 2010 8:49 AM
To:    general <general@hotfile.com>
Subject:   Some problem with download: Hotfile ██████████████████████)

Message sent from user with mail - ████████████████:
Reason: I have technical issues with downloading
Username: ████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/70984690/a286be7/NCIS.S06E07.DVDRip.XviD-
SAiNTS.avi.html
ip: 89.78.236.███ PL
URL:

I don\\\'t know what is happening. Some files I download with full speed 3 MB/s,
but a lot of files I download with for example 130 KB/s. For example
http://s529.hotfile.com/get/5b2b4aa4dbfb351b44178d0d1821ffc194f1cb56/4cb46d05/1/3b
dde10253f22ec0/3da4733/3366709/Criminal.Minds.S05E21.Exit.Wounds.DVDRip.XviD.SAiNT
S.avi
and
http://s529.hotfile.com/get/5b2b4aa4dbfb351b44178d0d1821ffc194f1cb56/4cb46d05/1/3b
dde10253f22ec0/3da4733/3366709/Criminal.Minds.S05E21.Exit.Wounds.DVDRip.XviD.SAiNT
S.avi

Please, check it!!!
```



HF00008732

```
From:     ███████████████████████████
Sent:     Saturday, October 16, 2010 6:48 AM
To:       general <general@hotfile.com>
Subject:  Download speed is very slow: Hotfile ███████████████████████████

Message sent from user with mail - ███████████████████:
Reason: General question
Username: ███████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

ip: 109.255.98██
URL:

Hi,

The download speed is extremely slow for the past few days. Details are below:

speed test: 23373 kbps download
data.bin download: avg 10.7 kbps

http://hotfile.com/dl/75974148/47fa4b8/0.Legend.of.Guardians.2010.u9.part6.rar.htm
l - 0.00 - 5.6 kbps

Thanks
```



EXHIBIT

Titou 120

12-07-11 FF

HF00009421

From: ██████████████████ >
Sent:  Saturday, October 16, 2010 6:59 AM
To:  general <general@hotfile.com>
Subject:  Very very slow download speed: Hotfile ███████████████ )

Message sent from user with mail - ████████████ :
Reason: General question
Username: ██████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/56651062/84d6863/Mad.Sex.Party.GangBanged.Cum.Dumpsters.XXX.
DVDRip.XviD-ESCORT.part1.rar.html
ip: 80.83.53.██ CH
URL:

Since 4-5 days the downlad speed of files comming from Hofile is very bad (400Mb
could take 6-8 hours!).
I also have a account on rapidshare and have no problem at all (400Mb takes only 5-
10 minutes).
I just checkd the banwidth, here is the result:
Download Speed: 4535 kbps (566.9 KB/sec transfer rate)
Upload Speed: 6359 kbps (794.9 KB/sec transfer rate)
Sat Oct 16 2010 15:30:19 GMT+0200 (Central Europe Daylight Time)

Just an example:
The estimated time to download the file
http://hotfile.com/dl/74473916/0aa6158/DUMBO-Kidzcorner.part1.rar.html (105Mb) is
3-4 hours (current download speed is 2341 B/s, same download using rapidshare
(http://rapidshare.com/files/255235184/Dumbo__1941__by_Riciu.part01.rar), 191Mb is
done in 5 minutes)!

Could you let me know if you have some troubles on your servers since a few days?



HF00009425

```
From:      ████████████████████████
Sent:  Tuesday, October 19, 2010 1:50 PM
To:   general <general@hotfile.com>
Subject:  slow download speed: Hotfile (████████████████████████

Message sent from user with mail - ████████████████████:
Reason: I have technical issues with downloading
Username:████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/69213335/88d30f1/Superman.Batman.Apocalypse.2010.DvdRip.XviD-
Noir.part2.rar
ip: 212.186.104████AT
URL:     http://hotfile.com/dl/58355991/3a48a4d/The.Sorceres.Apprentice.300MB.TS-
Krazzy7i.part1.rar.html
http://hotfile.com/dl/58356025/e0f5da6/The.Sorceres.Apprentice.300MB.TS-
Krazzy7i.part2.rar.html
http://hotfile.com/dl/58356042/5aebb2d/The.Sorceres.Apprentice.300MB.TS-
Krazzy7i.part3.rar.html

i tried this urls,with first one i get 10MBspeed b ut with other two just 10-
20KB.Can you explain that to me
```



EXHIBIT

Trtou 122

12·07·11   ff

PENGAD 800-631-6989

HF00010183

From: Hotfile Corp <hotfile.general@gmail.com>
Sent: Sunday, October 31, 2010 10:18 AM
To: ███████████████████████
Subject: Re: Refund: Hotfile ██████████████████████████████

Dear Sir/Madame,

The refund is made.

--
Best regards,
Support
Hotfile.com

On Sat, Oct 23, 2010 at 1:24 PM, < ████████████████████████ > wrote:

          Message sent from user with mail`-  ████████████████████████ :
          Reason: General question
          Username: ██████████████████████
          Rank: Silver
          Status: Premium
          Suspended: No
          Remove premium: No

          ip: 194.72.9.██ GB
          URL:

          Hello, I would like a refund of my subscription please as I find the level
of service unacceptable.

          I have tried several download links and all download @ <80KB/s.  I was
previously with Rapidshare was getting around 700KB/s.

          I have run the speed test listed on your help page and my speed is
6210kpbs.  The only file that downloads at close to this speed is the test
download file that you list on your page, but this must be hosted differently as
no other file downloads at above 80KB/s.

          For example...

          http://hotfile.com/dl/76857636/23ceecb/Dexter.S05E04.HDTV.XviD-FQM.rar -
This downloads @ <50KB/s!

          Only being able to download at speeds at around a seventh of my connection
speed is unacceptable for a premium download service.

          I have tested all my settings, tested with multiple files and ensured that
I am logging in correctly.

          Please arrange for my account to be cancelled and my money refunded ASAP.
Thank you.

          Regards,



EXHIBIT
Titov 123
12·07·11

HF00056224

--
Best regards,
Support
Hotfile.com

```
From: ██████████████████████
Sent:  Saturday, October 23, 2010 6:53 AM
To:  general <general@hotfile.com>
Subject:  My download spped is very slow: Hotfile (████████████████████████)

Message sent from user with mail - ██████████████████
Reason: I have technical issues with downloading
Username: ██████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/77684380/1f032d2/Ince.rar.html
ip: 83.31.22 ███ PL
URL:
http://s562.hotfile.com/get/3fb5c11de8314506ae59ad56f6aecf9201515f8c/4cc2aaa1/1/25
567ca4f1430d3b/4105874/3439151/Salt_2010_PL.part1.rar
http://s562.hotfile.com/get/3fb5c11de8314506ae59ad56f6aecf9201515f8c/4cc2aaa1/1/25
567ca4f1430d3b/4105874/3439151/Salt_2010_PL.part1.rar

With some files my download speed is slow and is max 10KB/s for example this file
i have downlanded with 10KB/s -
http://s562.hotfile.com/get/3fb5c11de8314506ae59ad56f6aecf9201515f8c/4cc2aaa1/1/25
567ca4f1430d3b/4105874/3439151/Salt_2010_PL.part1.rar
and this with 236 KB/s -
http://s220.hotfile.com/get/2ce9be4cb8d11731aada3b0368f9baafc9916622/4cc2aad3/1/a6
5996a15eca5f4d/41062f5/3439151/Salt_2010_PL.part3.rar
Thank you for reaktion.
```



HF00010898

```
From:     ███████████████████████
Sent:  Wednesday, October 27, 2010 4:00 PM
To:  general <general@hotfile.com>
Subject:  VS/ Server error: Hotfile ████████████████████

Message sent from user with mail - ██████████████████
Reason: I have technical issues with downloading
Username: ██████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/36180129/7423538/DANCING_+WITH_+THE_+STAR_+US.part1.rar.html
ip: 93.50.208.███ IT
URL:

i downloaded various files music video and is fantastic...always the videos do not
password. ex. Lady Gaga \" Bad Romance \" send me the password please for open the
file.
Thank i have a premium account.
```



HF00011705

```
From:    ███████████████████
Sent:    Tuesday, November 2, 2010 10:27 AM
To:      general <general@hotfile.com>
Subject: Downloader game: Hotfile (,████████████████

Message sent from user with mail - ████████████████
Reason: I have technical issues with downloading
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/32909065/46bbdff/4762.html
ip: 46.40.214.██████
URL:

Hi I just downloaded Alice in wonderland ,but it does noet show as a NDs file it
just says file how can I change that
```



HF00013267

```
From: ███████
Sent:  Saturday, December 4, 2010 5:06 AM
To:  general <general@hotfile.com>
Subject:  Slow Downloads: Hotfile ██████████████

Message sent from user with mail - ████████████████
Reason: I have technical issues with downloading
Username: ███████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/86314977/61d9990/209gli.part1.rar
ip: 79.97.51.███ IE
URL: http://hotfile.com/dl/86613946/ae83ad7/the.office.710.hdtv-lol.part1.rar.html
http://hotfile.com/dl/86613891/caae36b/the.office.710.hdtv-lol.part2.rar.html
```

Above are just a sample of hotfile links I have tried. But any hotfile link I try
to download returns the same result. Single file downloads speeds of 10-20kb per
second. I have a 15mb down / 1.5mb up cable link. It was all working perfectly up
until a week or so ago. I have an account that is fully paid up.



HF00018533

```
From:    ████████████████████
Sent:    Thursday, December 9, 2010 7:27 PM
To:      general <general@hotfile.com>
Subject: About remote from mediafire to hotfile: Hotfile
(████████████████████████)
```

```
Message sent from user with mail - ████████████████:
Reason: General question
Username: ███████████████████
Rank: Copper
Status: Free
Suspended: No
Remove premium: No
```

```
ip: 123.24.101.██ VN
URL:
```

Hi.

I\\\'m ███████. My acc on hf is \\\"████████████\\\"

I use remote upload from mediafire.com to hotfile.com. I use direct link from
mediafire by right click on \\\"Click here to download\\\" on mediafire.com.

My movie have 5 parts. Why i only can remote 3 parts, 2 parts remote have a error.
Please see:

3 files successfully uploaded:
http://hotfile.com/dl/88394284/edf5476/MediaFire4U.Com_LstKngofSctlnd.Br.mkv.005.h
tml
http://hotfile.com/dl/88394339/d1a1022/MediaFire4U.Com_LstKngofSctlnd.Br.mkv.004.h
tml
http://hotfile.com/dl/88394411/1d614c4/MediaFire4U.Com_LstKngofSctlnd.Br.mkv.003.h
tml

2 parts error:
http://www.mediafire.com/?ba5p69ubkqxr8rj: Content-Type is text/html. Please use a
direct download link.
http://www.mediafire.com/?1fkzla2s47ttclm: Content-Type is text/html. Please use a
direct

Please help me, many thanks.



EXHIBIT
Titou 128
12-07-11 AF
PENGAD 800-631-6989

HF00019541

```
From:     ████████████████
Sent:     Sunday, May 9, 2010 8:43 PM
To:       general <general@hotfile.com>
Subject:  download of file: Hotfile (,██████████████

Message sent from user with mail - ████████████:
Reason: I have technical issues with downloading
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/41427838/f40d886/Splitsville20(1999).avi.part10.rar.html
ip: 58.96.115.██ AU
URL:
http://hotfile.com/dl/41427838/f40d886/Splitsville20(1999).avi.part10.rar.html

parts 1 to  9 downloaded ok but now I get wrong code message for part 10 upward.
What code?
```



EXHIBIT

Titou 129

12-07-11 FF

HF00069773

From: Hotfile Corp <hotfile.general@gmail.com>
Sent: Thursday, May 20, 2010 6:36 AM
To: ████████████████████████
Subject: Re: Changed to Free with in An Hour: Hotfile
████████████████████████████)

Dear Sir/Madame,

There is a waiting pending refund, please contact paypal for some advice, but this
payment have to be finished,till then your account is not paid.  Thank you for the
understanding.

--
Best regards,
Support
Hotfile.com


On Wed, May 19, 2010 at 9:29 PM, ████████████████████████   wrote:

        Thanks for reverting.

        The Email Address used was  ████████████████████

        Transaction ID is  ████████████████

        Yours  ██████


        On Wed, May 19, 2010 at 5:35 PM, Hotfile Corp <hotfile.general@gmail.com>
wrote:

                In order to identify your payment, we require at least one of the
        following information:

                        - The email address that you used for the payment

                        - The transaction code (ID) of PayPal, this is a 17 character code
        made up of letters and digits.

                        - The transaction ID - if you paid through Gate2Shop (credit card)

                        The transactions ID  can be found in your  payment confirmation
        email.


                Regards,


                On Sun, May 16, 2010 at 9:04 PM, <████████████████████> wrote:

                        Message sent from user with mail - ████████████████████



HF00047866

Reason: I am a paid user but it still says \'Upgrade to premium\'

Username: ████████████████

Rank: Silver

Status: Free

Suspended: No

Remove premium: Yes (Reason: paypal: Reversed, dt: 2010-05-16 12:49:47)

lastdl: http://hotfile.com/dl/42966184/2f2c38d/Prince.of.Persia.The.Sands.of.Time.2010.part5.rar.html

ip: 122.248.████1 IN

URL:

Hey, Whats going on here?

I just paid 9$ for HotFile Premium account(Directly from Hotfile.com) and started down loading a Movie. Disgusting, with in an hour my status on the top changed to FREE from PREMIUM.Whats the hell is this?

So you wanted me to pay 9$ just for an hour?

Really Disappointing. I head Hotfile is the best filesharing Site. But it turned to be different.

--

Best regards,

Support

Hotfile.com

--

Best regards,

Support

Hotfile.com

**From:** ████████████████

**Sent:** Saturday, January 15, 2011 10:41 PM

**To:** support@hotfile.com

**Subject:** cant sowload file: Hotfile (,████████████

Message sent from user with mail - ████████████████

Reason: I found error/bug in your site and want to report it

Username:  (0)

Rank:

Status: Free

Suspended: No

Remove premium: No

lastdl:

████████████████████████████████████████

i was downloading this file but my computer crashed halfway though , now when i try to download it says i am currently downloading when im not downloading at all.

1


EXHIBIT

Titou 131

12 07 - 11 AF

CONFIDENTIAL

HF02298516

# Yeh Exhibit 31



# Yeh Exhibit 32



# Yeh Exhibit 33



# Yeh Exhibit 34





English | PDF | 140 pages | 142.1Mb

**Drag Illustrated** is a leading publication for the hardcore drag racing industry. Celebrating the drivers, teams and machines that comprise the fastest motorsport on the planet. [More]

⋆ ⋆ ⋆ ⋆ ⋆  Be the first to rate this post

Tags: drag, cars, sports, extreme, ebooks, download                    > Drag Illustrated

Permalink | Comments (0)

Download Opera
Download Latest Version!
100% Free!
Download Opera Right Now!

Download Ccleaner
Download Latest Version!
100% Free!
Download Ccleaner Right Now!

### Wanderlust - March 2012

16 February 2012 13:05



English | PDF | 148 pages | 75Mb

**Wanderlust** is the magazine for people who love to get out there and explore – travelers who long to escape the crowds and seek out the most unique cultures, wildlife and activities. [More]

⋆ ⋆ ⋆ ⋆ ⋆  Be the first to rate this post

Tags: nature, wild, travel, ebooks, download                    > Wanderlust

Permalink | Comments (0)

### Cycling Weekly - 16 February 2012

16 February 2012 11:57



English | PDF | 90 pages | 42.2Mb

**Cycling Weekly** is the UK's only weekly special interest magazine focusing on the cycling market. It is the best source of breaking international and UK news, race reportage, reliable fitness advice, trustworthy product reviews and inspirational features for British cyclists. Always a great read, Cycling Weekly inspires you to ride your bike more! [More]

⋆ ⋆ ⋆ ⋆ ⋆  Be the first to rate this post

Tags: bicycle, sport, cycling, ebooks, download                    > Cycling Weekly

Permalink | Comments (0)

### Yoga Journal - March 2012 / USA

16 February 2012 08:34



English | PDF | 108 pages | 39.1Mb

**Yoga Journal** is an American based media company that publishes a magazine, a website, DVDs, and puts on conferences all devoted to yoga, food and nutrition, fitness, wellness, and fashion and beauty. [More]

⋆ ⋆ ⋆ ⋆ ⋆  Be the first to rate this post

Tags: yoga, health, spirit, fitness, wellness, beauty, fashion, food, ebooks, download     > Yoga Journal

Permalink | Comments (0)

### Us Weekly - 27 February 2012

16 February 2012 06:20



English | PDF | 92 pages | 40.6Mb

**Us Weekly** is the magazine that keeps the closest watch on the ever changing and ever exciting entertainment industry, unlike any other magazine. It takes you backstage at award shows and sneaks you into celebrity parties. Us Weekly peers into the minds (and dressing rooms) of the biggest stars, and escorts you around the world to see exactly where and with whom the hottest names in entertainment have been hanging out. Us gives you more access than any other magazine on the newsstand. [More]

⋆ ⋆ ⋆ ⋆ ⋆  Be the first to rate this post

Tags: entertainment, celebrity, ebooks, download                    > Us Weekly

Permalink | Comments (0)

### Penthouse - March 2012

16 February 2012 03:58



**English | PDF | 140 pages | 48.1Mb**

**Penthouse**, a men's magazine founded by Bob Guccione, combines urban lifestyle articles and soft-core pornographic pictorials that, in the 1990s, evolved into hardcore.
[More]

★★★☆☆ Currently rated 3.0 by 1 people

Tags: for men, sex, erotic, ebooks download

⬆ Penthouse

Permalink | Comments (0)

<< Previous posts

© Ebook-Free-Download-net | DMCA Information | Privacy Policy

# Yeh Exhibit 35

copymovie.net





© 2011 Copymovie.net. All Rights Reserved.
Photos & certain artwork used on copymovie.net are copyright protected and are the property of their respective owners.
Studio logos & other trademarks used herein are the property of their respective owners. DMCA   Privacy Policy   Disclaimer   Contact Us