# Yeh Exhibit 36





# Yeh Exhibit 37



