# Yeh Exhibit 38





