# Yeh Exhibit 39

Home | All Hotfile Movies | OneClickMovie | 5000 Free Mix Download -mp3

**Hotfilemovie.net for SALE! Contact: hapi3000 at gmail.com**

Hello!
This site deals with Hotfile movie downloads. Will be ready soon ---

Free Hotfile Movies Download!
hotfilemovie at gmail-com

## Black Death 2010 Download


Rating: 6.7/10
Genres: Adventure / Drama / Horror / Mystery

Plot: Set during the time of the first outbreak of bubonic plague in England, a young monk is tasked with learning the truth about reports of people being brought back to life in a small village.

## Centurion 2010 Download


Rating: 6.5/10
Genres: Action / Adventure / Drama / History / Thriller / War

Plot: A splinter group of Roman soldiers fight for their lives behind enemy lines after their legion is decimated in a devastating guerrilla attack

## Clash of the Titans 2010 Download


Rating: 5.9/10
Genres: Action / Adventure / Drama / Fantasy

Plot: The mortal son of the god Zeus embarks on a perilous journey to stop the underworld and its minions from spreading their evil to Earth as well as the heavens. |

## Date Night 2010 Download


Rating: 6.5/10
Genres: Comedy / Crime / Romance

Plot: In New York City, a case of mistaken identity turns a bored married couple's attempt at a glamorous and romantic evening into something more thrilling and dangerous.

## Downstream 2010 Download


Rating: 4.0/10
Genres: Action / Sci-Fi

Plot: The future of America, when the world runs out of oil.

## Four Lions 2010 Download


Rating: 7.7/10
Genres: Comedy / Drama

Plot: Four Lions tells the story of a group of British jihadists who push their abstract dreams of glory to the breaking point...

## Killers 2010 Download


Rating: 4.5/10
Genres: Action / Comedy / Romance / Thriller

Plot: A vacationing woman meets her ideal man, leading to a swift marriage. Back at home, however, their idyllic life is upset when they discover their neighbors could be assassins who have been contracted to kill the couple

## Kung Fu Panda 2 (2011) Download



Po joins forces with a group of new kung-fu masters to take on an old enemy with a deadly new weapon

## My Family's Secret 2010 Download


Rating: n/A
Genres: Crime / Mystery / Thriller

Plot: Grady suffers from multiple personality disorder. Lara doesn't know she just angered the most dangerous one. |

## Ong Bak 3 2010 Download




Rating: 4.6/10
Genres: Action
Plot: Ong Bak 3 picks up where Ong Bak 2 had left off- Tien is captured and almost beaten to death before...

## Prince of Persia: The Sands of Time 2010 Download


Rating: 6.8/10
Genres: Action / Adventure / Fantasy / Romance
Plot: A young fugitive prince and princess must stop a villain who unknowingly threatens to destroy the world with a special dagger that enables the magic sand inside to reverse time.

## Solitary Man (2009) Download


Rating: 6.7/10
Genres: Comedy / Drama / Romance
Plot: A car magnate watches his personal and professional life hit the skids because of his business and romantic indiscretions.

## Takers 2010 Download


Rating: 4.0/10
Genres: Action / Crime / Thriller
Plot: A group of bank robbers find their $20 million plan interrupted by a hard-boiled detective.

## The A-Team 2010 Download


Rating: 7.2/10
Genres: Action / Adventure / Thriller
Plot: A group of Iraq War veterans looks to clear their name with the U.S. military, who suspect the four men of committing a crime for which they were framed.

## The Book of Eli 2010 Download


Rating: 6.9/10
Genres: Action / Adventure / Drama / Mystery / Thriller
Plot: A post-apocalyptic tale, in which a lone man fights his way across America in order to protect a sacred book that holds the secrets to saving humankind.

## The Ghost Writer 2010 Download


Rating: 7.6/10
Genres: Drama / Mystery / Thriller
Plot: A ghostwriter hired to complete the memoirs of a former British prime minister uncovers secrets that put his own life in jeopardy.

## The Hangover Part II Download


Right after the bachelor party in Las Vegas, Phil, Stu, Alan, and Doug jet to Thailand for Stu's wedding. Stu's plan for a subdued pre-wedding brunch, however, goes seriously awry.

## The Karate Kid 2010 Download


Rating: 6.1/10
Genres: Action / Drama / Family / Sport
Plot: Work causes a single mother to move to China with her young son; in his new home, the boy embraces kung fu taught to him by a master.

## The Losers 2010 Download


Rating: 6.4/10
Genres: Action / Adventure / Crime / Mystery / Thriller
Plot: After being betrayed and left for dead, members of a CIA black ops team root out those who targeted them for assassination.

## The Other Guys 2010 Download


Rating: 7.0/10
Genres: Action / Comedy / Crime
Plot: Two mismatched New York City detectives seize an opportunity to step up like the city's top cops whom they idolize Then Mullen — and the latter



**The Wrath of Cain 2010 Download**



Rating: n/A
Genres: Action

Pot: n/A

**Titanic II 2010 Download**



Rating: 2.1/10
Genres: Action / Adventure

Pot: On the 100th anniversary of the original voyage, a modern luxury liner christened "Titanic 2," follows the path of its namesake...

**Transformers 2 Revenge Of The Fallen Download**



Rating: 6.0/10
Genres: Action / Adventure / Sci-Fi / Thriller

Pot: Sam Witwicky leaves the Autobots behind for a normal life. But when his mind is filled with cryptic symbols, the Decepticons target him and he is dragged back into the Transformers war.

**Transformers 2007 Download**



Rating: 7.3/10
Genres: Action / Sci-Fi / Thriller

Pot: An ancient struggle re-erupts on Earth between two extraterrestrial clans, the heroic Autobots and the evil Decepticons, with a clue to the ultimate power held by a young teenager.

**Twelve 2010 Download**



Rating: 5.5/10
Genres: Drama / Thriller

Pot: A young drug dealer watches as his high-rolling life is dismantled in the wake of his cousin s murder, which sees his best friend arrested for the crime. |

Copyright © 2010 Hotfilemovie.net | http://napifilm.com | Free Download

# Yeh Exhibit 40



# TVseries

| Home | About | Archives | Contact Us |

Home :: 24 :: 24 Season 1 :: 24 – Season 1

**List**

Western Series (2)
10 Things I Hate About You (1)
10 Things Hate About You S1 (1)

24 (1)
24 Season 1 (1)

**Other links**

**Popular Tags**

10 Things I Hate About You Action
comedy cops drama funny joke killer
police pretty

## 24 – Season 1

Posted by [Nipples] on April 17th, 2011   No Comments   Printer-Friendly

**KIEFER SUTHERLAND**

Federal Agent Jack Bauer can't afford to always play by the rules. As a member of
the L.A. Counter Terrorist Unit, Jack must stop bombs, viruses, assassination
attempts, and usually save someone he cares about at the same time. Every season
of this series has 24 episodes, each unfolding in real time following a consecutive
hour in one very bad day.

Creators:
Robert Cochran, Joel Surnow
Stars:
Kiefer Sutherland, Mary Lynn Rajskub and Carlos Bernard

### Download via Fileserve

### Download via UploadStation

### Download via Filesonic

Episode 01
Episode 02
Episode 03
Episode 04
Episode 05
Episode 06
Episode 07
Episode 08
Episode 09
Episode 10
Episode 11
Episode 12
Episode 13
Episode 14
Episode 15
Episode 16
Episode 17
Episode 18
Episode 19
Episode 20
Episode 21
Episode 22
Episode 23
Episode 24

**More from this category**
24 – Season 1

**More from this author**
24 – Season 1
10 Things I Hate About You Season 1

Subscribe to this author



You must be logged in to view download links

You must be logged in to view or post a comment

**Recent** Archives

▸ April 2011

**Blog** Roll

- Indobokepz Forum
- Indomp3z Blog
- Indomp3z Forum
- Jav Movie Collection

© 2012 TV Series – Find Your Favorite TV Shows – Powered by www.indomp3z.us
& Mimbo Pro v...

☐ Entries (RSS)

# Yeh Exhibit 41









Baixou os arquivos mas não sabe o que fazer ou não consegue abrir o episódio? clique aqui

Não sabe baixar? Dê uma olhada em nossos tutorias aqui!

Desperate Housewives S08E13 RMVB legendado Download:

Uploaded :: Depositfiles :: Freakshare

Quer saber quando saem novos episódios? Então clique aqui!

Desperate Housewives    8ª temporada: Desperate Housewives: download: otima qualidade: rmvb legendado: S08E13

### How I Met Your Mother – S07E16 – The Drunk Train

14, fevereiro, 2012   jack bauer                    Sem comentarios

f Like  5      +1  1      Tweet  0

Baixou os arquivos mas não sabe o que fazer ou não consegue abrir o episódio? clique aqui

Dificuldade em baixar? Dê uma olhada em nossos tutorias aqui!

How I Met Your Mother S07E16 RMVB legendado Download:

Uploaded :: Depositfiles :: Freakshare

Quer saber quando saem novos episódios? Então clique aqui!

How I Met Your Mother    7ª temporada: download: How I Met Your Mother: otima qualidade: rmvb legendado: S07E16

### Two and a Half Men – S09E16 – Sips, Sonnets And Sodomy

1, fevereiro, 2012   jack bauer                    Sem comentários

f Like  2      +1  0      Tweet  1

- True Blood
- Two and a Half Men
- Unforgettable
- Up All Night
- Vera
- Warehouse 13
- Web Therapy
- Web Therapy Online
- Weeds
- White Collar
- Whitney
- Wilfred
- Work It
- Workaholics
- XIII The Series

**Miniséries / Documentários**
- 1066: The Battle for Middle Earth
- A Verdadeira Face de Jesus
- Acused
- Alice
- América: A Saga dos EUA
- Apparitions
- Atlantis: End of a World, Birth of a Legend
- Bag of Bones
- Band of Brothers
- Batalhas Decisivas
- Bedlam
- Ben Hur
- Black Mirror
- Bouquet of Barbed Wire
- Brave New World
- Carlos, O Chacal
- Case Sensitive
- Cases Histories
- Cidades Ocultas
- Como Funciona o Universo
- Confronto dos Deuses
- Construindo um Império
- Exile
- Fallen
- Frozen Planet
- Great Expectations
- Hidden
- História Secreta
- Human Planet
- Identity
- Injustice
- Inside the Medieval Mind
- Inventos da Antiguidade
- Kidnap and Ransom
- Life
- Mad Dogs
- Making Scotland's Landscape
- Meteor
- Mildred Pierce
- Neverland
- Nostradamus Effect
- O Mundo Sem Ninguém
- O Universo
- Occupation
- Origins of Us

- Smallville
- Sons of Tucson
- South of Nowhere
- Stanley Park
- Star Trek Deep Space Nine
- Star Trek Enterprise
- Star Trek The Next Generation
- Star Trek The Originals Series
- Star Trek Voyager
- Stargate Atlantis
- Stargate SG-1
- Stargate Universe
- State of Georgia
- Surface
- Survivors
- Terminator: The Sarah Connor Chronicles
- Terriers
- That '70s Show
- The 4400
- The A-Team
- The Beast
- The Beautiful Life
- The Cape
- The Chicago Code
- The Confession
- The Dead Zone
- The Deep End
- The Defenders
- The Event
- The Fixer
- The Forgotten
- The Fresh Prince of Bel-Air
- The Gates
- The Good Guys
- The Hard Times of RJ Berger
- The IT Crowd
- The L Word
- The Lost Room
- The Lost World
- The New Adventures of Old Christine
- The Nine Lives of Chloe King
- The O.C.
- The Philanthropist
- The Playboy Club
- The Pretender
- The Protector
- The Royal Bodyguard
- The Sopranos
- The Tudors
- The Twilight Zone – Alem da Imaginação
- The Unit
- The West Wing
- The Whole Truth
- The Wire
- Third Watch
- Three Rivers
- Tower Prep
- Traffic Light
- Trauma
- Tru Calling
- Trust Me
- Twin Peaks
- Ugly Betty
- Undercovers
- United States of Tara





# Yeh Exhibit 42









**Rating:**

8.2/10 (40,466 votes)

**Genre:**

Animation | Adventure | Comedy | Family | Fantasy

**Plot:**

A hapless young Viking who aspires to hunt dragons becomes the unlikely friend of a young dragon himself, and learns there may be more to the creatures than he assumed.

IMDB

http://www.filesonic.com/file/2123838791/HowToTrainDragon_2010_aXXo.avi

http://www.fileserve.com/file/CYfQqrJ/HowToTrainDragon_2010_aXXo.avi

http://www.wupload.com/file/202763779/HowToTrainDragon_2010_aXXo.avi

http://ul.to/qmoypzdx/HowToTrainDragon_2010_aXXo.avi

http://bitshare.com/files/jbk85fap/HowToTrainDragon_2010_aXXo.avi.html

http://depositfiles.com/files/87wgrsxpo

http://oron.com/up5hptysjmzs

http://www.filejungle.com/f/HMTTGp/HowToTrainDragon_2010_aXXo.avi

http://www.uploadstation.com/file/eqT2DwB/HowToTrainDragon_2010_aXXo.avi

0 Comments |

## The Social Network (2010)

### The Social Network (2010)

YOU DON'T
GET TO





