# Yeh Exhibit 43



**1CLICKMOVIES.NET**

HOME    CONTACT US    DMCA

| MOVIES | TV-SHOWS | GAMES | MOBILE | MUSIC | OTHER |
|--------|----------|-------|--------|-------|-------|
| 720p | DVDRip | | | | Ebook |
| 1 link | 1080p | | | | eLearning |
| 1080p | 720p | | | | |
| DVDRip | DVDRip | | | | |
| 3D | | | | | |
| Cam | | | | | |
| Telesync | | | | | |

30/01/2012
by Akilwood
0 comments

## Underworld Awakening (2012) CAMRip – Akilwood



INFO
Cast
Cast overview, first billed only:
Kate Beckinsale ... Selene
Stephen Rea ... Dr. Jacob Lane
Michael Ealy ... Detective Sebastian
Theo James ... David
India Eisley ... Eve
Sandrine Holt ... Lida
Charles Dance ... Thomas

http://www.imdb.com/title/tt1496025/

Continue Reading →

Categories: 1 link, Movies | Permalink 283 views

30/01/2012
by Akilwood
0 comments

## Seeking Justice (2011) DVDRip XviD-FTW



SEARCH



Join now!

Music

### CATEGORIES

1 link 3D 720p 720p 1080p
1080p Cam DVDRip
DVDRip Ebook eLearning
Mobile Movies Music Other
PPVRip R5 Telesync TV-Shows
Uncategorized Video

### RECENT POSTS

- Underworld Awakening (2012) CAMRip – Akilwood
- Seeking Justice (2011) DVDRip XviD-FTW
- The Three Musketeers (2011) DvDSCR V2
- The Thing (2011) 720p
- Sea Of Love (1989) 720p
- Real Steel (2011) 720p
- Moneyball (2011) 720p
- Margin Call (2011) Proper Retail 720p
- Leon The Professional (1994) DC 720p – Akilwood
- Killer Elite (2011) Proper Final 720p
- J Edgar (2011) CAM XviD
- Immortals (2011) R5-FILTERED- 400MB
- Hugo (2011) CAM – Akilwood
- Contraband (2012) CAM XViD AAC-JCRG – 450MB
- Arthur Christmas (2011) DvDScr
- Anonymous (2011) 720p – Akilwood
- Psycho (1960) BRRip 720P 1Link
- 50/50 (2011) 720p
- Drive Angry 3D (2011) 1080p Half-SBS DTS
- Doomsday (2008) UNCUT 720p BRRip x264-DMZ



RECENT COMMENTS

- admin on Harry Potter – 1–8 (2001-2011) (Movies Pack) BluRay 720p DTS x264-CHD
- admin on Harry Potter – 1–8 (2001-2011) (Movies Pack) BluRay 720p DTS x264-CHD
- admin on Harry Potter – 1–8 (2001-2011) (Movies Pack) BluRay 720p DTS x264-CHD
- admin on Harry Potter & The Deathly Hallows – Part 2 3D (2011) 720p Blu-Ray x264 7.1 AAC
- admin on Harry Potter & The Deathly Hallows – Part 2 3D (2011) 720p Blu-Ray x264 7.1 AAC-ExtraTorrentRG

INFO

*Cast*
*Credited cast:*
*Nicolas Cage ... Will Gerard*
*January Jones ... Laura Gerard*
*Guy Pearce ... Simon*
*Jennifer Carpenter*
*Harold Perrineau ... Jimmy*
*Xander Berkeley ... Lieutenant Durgan*

Continue Reading →

Categories: 1 link, Movies | Permalink 113 views

---

*30/01/2012*
*by Akilwood*
*0 comments*

### The Three Musketeers (2011) DvDSCR V2



**Information:**

[IMDB]:........................[ 6.0/10 | 13,407 votes | Top 250 #none
[AWARDS]:.....................[ None as of now
[GENRE]:.......................[ Action | Adventure | Romance
[FORMAT]:.....................[ Matroska
[FILE SIZE]:...................[ 398 MiB
[NO OF CDs]:..................[ 1
[RESOLUTION]:................[ 648*292
[ASPECT RATIO]:.............[ 2.1
[FRAME RATE]:...............[ 23.976 fps
[LANGUAGE]:.................[ English
[SUBTITLES]:.................[ none
[ORIGINAL RUNTIME]:.........[ 01:49:00
[RELEASE RUNTIME]:..........[ 01:44:00 (some of closing credits cut)

http://www.imdb.com/title/tt1509767/

Continue Reading →

Categories: 1 link, Movies | Permalink 146 views

*30/01/2012*
by *Aldwood*
0 comments

### The Thing (2011) 720p



**Information:**

[FORMAT]:.....................[ Matroska
[AWARDS]:.....................[ NONE
[TRAILER]:.....................[
http://www.imdb.com/video/imdb/vi2985204761/
[GENRE]:.....................[ Horror | Mystery | Sci-Fi |
Thriller
[FILE SIZE]:.....................[ 649 MiB
[NO OF CDs]:.....................[ 1
[RESOLUTION]:.....................[ 1280*534
[ASPECT RATIO]:.................[ 2.35:1
[FRAME RATE]:.....................[ 23.976 fps
[LANGUAGE ]:.....................[ English
[SUBTITLES]:.....................[ yes : muxed
[ORIGINAL RUNTIME]:............[ 01:43:00
[RELEASE RUNTIME]:.............[ 01:43:00

http://www.imdb.com/title/tt0905372/

Continue Reading →

Categories: 1 link, Movies | Permalink 93 views

*30/01/2012*
by *Aldwood*
0 comments

### Sea Of Love (1989) 720p



**Information:**

[FORMAT]:.....................[ Matroska
[GENRE]:.....................[ Crime | Thriller | Drama
[FILE SIZE]:.....................[ 500 MiB
[NO OF CDs]:.....................[ 1
[RESOLUTION]:.....................[ 1280*688
[ASPECT RATIO]:.................[ 1.860
[FRAME RATE]:.....................[ 23.976 fps
[LANGUAGE ]:.....................[ English
[SUBTITLES]:.....................[ yes muxed
[ORIGINAL RUNTIME]:............[ 01:52:49
[RELEASE RUNTIME]:.............[ 01:52:49
[SOURCE]:.....................[ Sea Of Love (1989) 720p HDDVD
x264-REVEiLLE

http://www.imdb.com/title/tt0098273/

Continue Reading →

Categories: 1 link, Movies | Permalink 87 views

*30/01/2012*
*by Akkwood*
*0 comments*

### Real Steel (2011) 720p



Information:

[iMDB]:..........................[ 7.5/10 | 29,510 votes | Top 250 #none
[AWARDS]:.......................[ none as of now
[GENRE]:.........................[ Action | Drama | Sci-Fi | Sport
[FORMAT]:.......................[ Matroska
[FILE SIZE]:.....................[ 849 MiB
[NO OF CDs]:....................[ 1
[RESOLUTION]:..................[ 1280*544
[ASPECT RATIO]:................[ 2.35:1
[FRAME RATE]:..................[ 23.976 fps
[LANGUAGE ]:...................[ English
[SUBTITLES]:....................[ english subs muxed
[ORIGINAL RUNTIME]:...........[ 02:06:00
[RELEASE RUNTIME]:............[ 02:06:00

http://www.imdb.com/title/tt0433035/

Continue Reading →

Categories: 1 link, Movies  |  Permalink 106 views

---

*30/01/2012*
*by Akkwood*
*0 comments*

### Moneyball (2011) 720p



Information:

[FORMAT]:.......................[ Matroska
[AWARDS]:.......................[ 4 wins & 9 nominations
[GENRE]:.........................[ Biography | Drama | Sport
[FILE SIZE]:.....................[ 848 MiB
[NO OF CDs]:....................[ 1
[RESOLUTION]:..................[ 1280*696
[ASPECT RATIO]:................[ 16:9
[FRAME RATE]:..................[ 23.976 fps
[LANGUAGE ]:...................[ English

[SUBTITLES]:.....................[ muxed
[ORIGINAL RUNTIME]:.............[ 02:13:00
[RELEASE RUNTIME]:..............[ 02:13:00
[SOURCE]:.......................[ AVS720

http://www.imdb.com/title/tt1210166/

Continue Reading →

Categories: 1 link, Movies | Permalink 107 views

---

*30/01/2012*
*by Akilwood*
0 comments

### Margin Call (2011) Proper Retail 720p



**Information:**

[FORMAT]:.......................[ Matroska
[AWARDS]:.......................[ 1 nomination
[GENRE]:........................[ Thriller
[FILE SIZE]:....................[ 698 MiB
[NO OF CDs]:....................[ 1
[RESOLUTION]:...................[ 1280*720
[ASPECT RATIO]:.................[ 16:9
[FRAME RATE]:...................[ 23.976 fps
[LANGUAGE ]:....................[ English
[SUBTITLES]:....................[ muxed
[ORIGINAL RUNTIME]:.............[ 01:47:00
[RELEASE RUNTIME]:..............[ 01:47:00
[SOURCE]:.......................[ 720p.TWIZTED

http://www.imdb.com/title/tt1615147/

Continue Reading →

Categories: 1 link, Movies | Permalink 69 views

---

*30/01/2012*
*by Akilwood*
0 comments

### Leon The Professional (1994) DC 720p – Akilwood

**Information:**

[Movie Title ]....[ Leon
[Release Year ]...[ 1994
[IMDb Rating ]....[ 8.6/10
[Genre ]..........[ Crime | Drama | Thriller
[Runtime ]........[ 133min
[File Size ]......[ 750MB
[Resolution ].....[ 1280*544
[Language ].......[ English
[Subtitle ].......[ NONE, sorry
[Container ]......[ MatRoska (.mkv)

http://www.imdb.com/title/tt0110413/

Continue Reading →

Categories: 1 link, Movies | Permalink 88 views

*30/01/2012*
*by Aktwood*
*0 comments*

### Killer Elite (2011) Proper Final 720p



**Information:**

*[FORMAT]:..........................[ Matroska*
*[AWARDS]:..........................[ None*
*[TRAILER]:..........................[*
*http://www.imdb.com/video/imdb/vi70294553/*
*[GENRE]:..........................[ Action | Crime | Thriller*
*[FILE SIZE]:..........................[ 598 MiB*
*[NO OF CDs]:..........................[ 1*
*[RESOLUTION]:..........................[ 1280*536*
*[ASPECT RATIO]:..........................[ 2.35:1*
*[FRAME RATE]:..........................[ 23.976 fps*
*[LANGUAGE ]:..........................[ English*
*[SUBTITLES]:..........................[ muxed*
*[ORIGINAL RUNTIME]:..............[ 01:56:00*
*[RELEASE RUNTIME]:..............[ 01:56:00*

*http://www.imdb.com/title/tt1448755/*

Continue Reading →

Categories: 1 link, Movies | Permalink 91 views

**← Older posts**

**CATEGORIES**

Mobile (35)

Movies (585)

1 link (206)   1080p (265)   3D (117)   720p (137)   Cam (35)   DVDRip (71)   PPVRip (1)   R5 (11)
Telesync (16)

Music (17)   Other (30)   TV-Shows (269)

Video (17)   Ebook (2)   eLearning (26)   1080p (6)   720p (12)   DVDRip (248)

Uncategorized (1)

**PAGES**

Contact Us

DMCA

**ARCHIVES**

January 2012 (18)   November 2011 (400)   October 2011 (516)

**SOCIAL**

twitter

Proudly powered by WordPress | Theme: Yoko by Elmastudio
Top



iMDB URL

Click Here to Read More

**Direct Link to Download CyberBully 2011 DVDRip XviD AC3 – CrEwSaDe at Superfast Speeds**

### Penguins Of Madagascar: Operation Ducky 2012 DVDRip XviD – WBZ

This One Link Download was posted by **YThisKolaveri**



Penguins Of Madagascar: Operation Ducky 2012 DVDRip XviD – WBZ

Plot:

*Not Available*

Home Page

Click Here to Read More

**Direct Link to Download Penguins Of Madagascar: Operation Ducky 2012 DVDRip XviD – WBZ at Superfast Speeds**

### Underworld: Awakening 2012 TS XviD – StoNerS

This One Link Download was posted by **YThisKolaveri**

Underworld Awakening 2012 TS XviD – StoNerS

Plot:

*When human forces discover the existence of the Vampire and Lycan clans, a war to eradicate both species commences. The vampire warrioress Selene leads the battle against humankind.*

iMDB URL

Click Here to Read More

**Direct Link to Download Underworld: Awakening 2012 TS XviD – StoNerS at Superfast Speeds**

### Mission Impossible 4: Ghost Protocol 2011 V2 CAM XViD – DTRG

This One Link Download was posted by **YThisKolaveri**

Mission Impossible 4: Ghost Protocol 2011 V2 CAM XViD – DTRG

Plot:

*The IMF is shut down when it's implicated in the bombing of the Kremlin, causing Ethan Hunt and his new team to go rogue to clear their organization's name.*



iMDB URL

Click Here to Read More

Direct Link to Download Mission Impossible 4: Ghost Protocol 2011 V2 CAM XViD – DTRG at Superfast Speeds

## Man On A Ledge 2012 CAM READNFO XViD – INSPiRAL

This One Link Download was posted by Nirmal

**Man On A Ledge 2012 CAM READNFO XViD – INSPiRAL**

Plot:

An ex-cop turned con threatens to jump to his death from a Manhattan hotel rooftop. The nearest New York Police officer immediately responds to a screaming woman and calls dispatch. More Officers arrive with SWAT and tactical command along with fire-fighters. The police then dispatches a female police psychologist personally requested to talk him down from the ledge. However, things aren.t as straightforward and clearcut as they appear to be.

iMDB URL | Screenshots

Click Here to Read More

Direct Link to Download Man On A Ledge 2012 CAM READNFO XViD – INSPiRAL at Superfast Speeds

## The Decoy Bride 2011 R2 DVDRip XViD-DTRG

This One Link Download was posted by Nirmal

**The Decoy Bride 2011 R2 DVDRip XViD-DTRG**

Plot:

When the world's media descend on the remote Scottish island where a Hollywood actress is attempting to get married, a local girl is hired as a decoy bride to put the paparazzi off the scent.

iMDB URL | Screenshots

Click Here to Read More

Direct Link to Download The Decoy Bride 2011 R2 DVDRip XViD-DTRG at Superfast Speeds

Page 1 of 406 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | ... | »» | Last Page »»

SECTORZ    HOME FOR PROTECTED GAMERS

Download Full Free Nintendo Games

Click Here

**About**

DVDRip Movies, Download Movies 2011, Free Movies, One Link Movies, 300mb Movies

**Pages**

About Us
Contact Us
DMCA

Copyright © 2012 1LinkMovies.Com. All rights reserved.                    Free Movie Downloads





IMDB | NFO | Trailer
Read more...

📁 720p, BlueRay, Movies   🏷 1999, BluRay, HD4U, Shes All That

### Good Vibes S01E11 HDTV XviD-ASAP

📅 December 30th, 2011   👤 Markers   💬 No comments

HOMEPAGE | TV.COM
Read more...

📁 HDTV XviD, TV Shows   🏷 ASAP, Good Vibes, HDTV, S01E11

### Awkward S01 DVDRip HD XviD-REWARD

📅 December 28th, 2011   👤 Markers   💬 No comments

HOMEPAGE | TV.com | Wikipedia
Read more...

📁 HDTV XviD, TV Shows   🏷 Awkward, dvdrip, HD Xvid, REWARD, s01, SEASON 1

### Dirty Jobs S09E03 Doomsday Seed Banker HDTV XviD-LMAO

📅 December 28th, 2011   👤 Markers   💬 No comments

HOMEPAGE | TV.com
Read more...

📁 1-Click, HDTV XviD, TV Shows   🏷 Dirty Jobs, Doomsday Seed Banker, LMAO, S09E03

### Native Instruments Kontakt v5.0.1 VSTi RTAS-DYNAMiCS + MAC OSX



📅 December 28th, 2011   👤 Markers    💬 No comments

HOMEPAGE | NFO
Read more...

📁 1-Click, Applications, MAC, Windows   🔖 MAC OSX, Native Instruments Kontakt, VSTi

**The Secret of Monkey Island Special Edition v1.0.2 MacOSX Cracked-CORE**

📅 December 28th, 2011   👤 Markers    💬 No comments

HOMEPAGE | NFO Read more...

📁 1-Click, Games, MAC, MAC   🔖 CORE, MacOSX, The Secret of Monkey Island, v1.0.2

**Asphalt 6 Adrenaline v1.0.9 MacOSX Cracked-CORE**

📅 December 28th, 2011   👤 Markers    💬 No comments

HOMEPAGE | NFO

📁 Applications, Games, MAC, PSP, Wii   🔖 Asphalt 6 Adrenaline, CORE, v1.0.9 MacOSX

Older Entries ▶

Copyright © 2011-2012 1stwarez – 0day,p2p,scene releases direct downloads...
Theme Valid XHTML 1.1 and CSS 3.
→ Top

Site Info
1stwarez.com
Feb 11, 2012

Traffic Rank:
21,252,143

Links in:
53

Powered by
Alexa





- Frat Party 2009 DVDRip X264 MKV 300MB - xfile
- Fringe S02E10 Grey Matters HDTV X264 AVI 160mb
- 9 (2009) PROPER DVDRip x264 AVI 310MB
- CSI S10E09 Appendicitement HDTV X264 AVI 160mb

Posted by 300mb Movies File at 10:30 PM 0 comments
Labels: 2009, Action, Movies, Sci-Fi, Thriller

Sunday, December 13, 2009

### Frat Party 2009 DVDRip X264 MKV 300MB - xfile

Frat Party 2009 DVDRip X264 MKV 300MB - xfile at 300mb Movies File

Frat Party 2009 DVDRip X264 MKV 300MB

File Size : 300MB

Genre: Comedy

IMDB rating: N/A

Directed by Robert Bennett

Starring: Randy Wayne, Jareb Dauplaise, Caroline D'Amore, Lauren C. Mayhew

View More on Frat Party 2009 DVDRip X264 MKV 300MB - xfile

- Watch or Download The Counterfeiters (2008) HDRip MKV 300 MB | Mediafire | Rapidshare | Hotfile | Zshare
- Beetle Juice (1988) BRRip MKV 300MB
- Watch or Download Orphan (2009) MKV 300MB | Mediafire | Rapidshare | Hotfile | Zshare
- Watch or Download Underworld Evolution (2006) HDRip 300MB | Mediafire | Rapidshare | Hotfile | Zshare

Posted by 300mb Movies File at 2:39 AM 0 comments
Labels: 2009, Comedy, DVDRip, Romance

Sunday, December 13, 2009

### 9 (2009) PROPER DVDRip x264 AVI 310MB

9 (2009) PROPER DVDRip x264 AVI 310MB at 300mb Movies File

9 (2009) PROPER DVDRip x264 AVI 310MB

Language: English

Subtitle : English

Runtime: 1 hour 19 min

Genre: Animation | Adventure | Drama | Fantasy | Sci-Fi

IMDb Rating: 7.1/10 (13,231 votes)

Directed By Shane Acker

Starring: Christopher Plummer (voice), Martin Landau (voice), John C. Reilly (voice)

Plot Summary: After an apocalyptic war between human and machines, the world is completely destroyed and without human life. The burlap doll 9 awakes without voice and finds a weird object in the middle of the debris that he brings with him. While walking through the ruins, 9 is attacked by a machine called Beast but he is saved by another doll called 2 that fixes his voice. 2 brings 9 to meet his hidden community, leaded by the coward 1. When 2 is captured by a machine, the newcomer 9 convinces the other dolls to go with him to rescue 2. However, 9 places the device that he found in a slot and activates a lethal machine called Brain. The burlap dolls are chased by Brain and despite the advices of 1 that they should hide, 9 organizes an attack to destroy Brain.

View More on 9 (2009) PROPER DVDRip x264 AVI 310MB

- 2012 (2009) R5 Rip SYNCED HQ MKV 500MB - scOrp
- Love Happens (2009) R5rip x264 MKV 400MB - scOrp
- Steven Seagal Lawman S01E04 Too Young to Die HDTV X264 80MB
- American Pie 7 The Book of Love 2009 DVDRip MKV 350MB

Posted by 300mb Movies File at 2:33 AM 1 comments
Labels: 2009, Adventure, Animation, Drama, DVDRip, Fantasy, Movies, Sci-Fi

Sunday, December 13, 2009

### Planet 51 (2009) R5 LiNE x264 MKV 300MB - scOrp

Planet 51 (2009) R5 LiNE x264 MKV 300MB - scOrp at 300mb Movies File

Planet 51 (2009)

Size 300MB

Runtime : 1h 23m

Language : English

Genre: Animation | Adventure | Comedy | Family | Fantasy

Imdb Rating: 6.0/10 798 votes

imdb: http://www.imdb.com/title/tt0762125/

Cast : Dwayne Johnson, Jessica Biel, Justin Long, Gary Oldman

Plot : American astronaut Captain Charles "Chuck" Baker lands on Planet 51 thinking he's the first person to step foot on it. To his surprise, he finds that this planet is inhabited by little green people who are happily living in a white picket fence world, and whose only fear is that it will be overrun by alien invaders...like Chuck!

View More on Planet 51 (2009) R5 LiNE x264 MKV 300MB - scOrp

- Watch or Download Surrogates (2009) DVDRip x264 350MB | Mediafire | Rapidshare | Hotfile | Zshare
- Watch or Download 9 (2009) PROPER DVDRip x264 AVI 310MB | Mediafire | Rapidshare | Hotfile | Zshare

Posted by 300mb Movies File at 2:25 AM 0 comments
Labels: 2009, Adventure, Animation, Comedy, Family, Fantasy, Movies, R5rip

Older Posts                                    Home

Subscribe to: Posts (Atom)

Tag Cloud                              infolinks

New car loan rates   Walking weight loss   Advice
Personal injury lawyer   Law Office   Offices

COMMENTS TO REPORTS THE BROKEN LINK!



► December (6)
► October (20)
► September (26)
► August (52)
► July (4)
► June (2)
► May (12)
► April (15)
► March (17)
► February (34)
► January (46)
► 2010 (134)

TUESDAY, DECEMBER 20, 2011

## The Pagemaster [1994]



You might also like:

The Lion King (1994)  |  The Smurfs (2011)  |  The Fugitive [1993]  |  Basic Instinct [1992]  |  The Adventures of Tin-Tin [2018]

LinkWithin

SUNDAY, DECEMBER 18, 2011

## Mission: Impossible - ( M.I. - IV )Ghost Protocol [2011]







http://allmoviespack.com/



http://allmoviespack.com/







# ALLWAREZOK

весь варез от Цыпы

Главная    Свежее    Регистрация    Люди    FAQ

## Последние новости











### Скачать фильм Меркурий в опасности (1998) HDRip + BDRip-AVC + DVD5 + BDRip 720p + BDRip 1080p



Бывший сотрудник ФБР Арт Джеффрис спасает от федеральных агентов Саймона, девятилетнего мальчика, склонного вскрыть новый. Не поддающийся дешифровке правительственный код, Саймон может читать «Меркурий», новейший шифровальный код, так как легко, как люди читают книги. Это способом ставит под угрозу сам смысл существования новейшей разработки стоимостью миллиардов долларов. А вдруг если враги Соединенных Штатов узнают о необыкновенном таланте мальчика и захотят его. Глава Программы Ник Кудроу приказывает устранить "угрозу безопасности страны", но он не унимается, что в дело вмешивается Джеффрис.

### Скачать мгру Легенды Города: Хаос (2011/ENG/RUS/PC)



### Скачать программу Adobe Acrobat Pro 10.1.0 with keygen (MacOSX)

14.0.6029.1000 Win XP
x86 [RUS] Krokoz Edition



Скачать новейшие темы
для Windows 7
(22.09.2011)





скачать деинсталятор скачать
деинсталятор обои героев
марвела самая простая
програма для взлома осайта
игра сталкер скачать
бесплатно без регистрации
фотоформат

**Adobe Acrobat Pro 10.1.0 with keygen (MacOSX)**

This has been tested on a mac, just dont forget to modify the hosts file by running the crack. I have
updated the Acrobat to latest version via Adobe update and had no problems so far.

## ◎ Скачать Adobe Premiere Pro CS5.5 & Encore CS5.1 Extra Content for Mac OSX

Новость публиковал: updailymac 22-09-2011, 23:13 в категории "Софт".
Её уже посмотрели: 2144 человек и оставили **21** комментария.



**Adobe Premiere Pro CS5.5 & Encore CS5.1 Extra Content for Mac OSX | 3.04Gb**

Adobe Premiere Pro CS5 - a high-performance solution for working in professional video editing. The
program raises the bar on productivity with an entirely new engine Adobe Mercury Playback Engine,
which makes full use of the latest technology, multi-core processors, as well as video card NVIDIA. Of
the features of the new engine also can select the functions of acceleration GPU. Using Premiere Pro
you switch native performance at all levels of work - from scripting to editing, encoding and delivery of
the final product.

## ◎ Скачать альбом VA - DJ Selection 333 The House Jam - Part 86 2011, MP3

Новость публиковал: danbdan 22-09-2011, 23:01 в категории "Музыка".
Её уже посмотрели: 1867 человек и оставили **20** комментарев.



http://allwarezok.ru/

Жанр: House
Производитель диска: Do It Yourself (Italy)
Год издания: 2011
Аудиокодек: MP3
Тип рипа: tracks
Битрейт аудио: VBR V2 kbps
Продолжительность: 01:16:53

◎ **Скачать игру Euro Truck Simulator 2: Trucks & trailers (2011/Русский)**

Новость публиковал: werdna12 22-09-2011, 22:53 в категории "Игры".
Её уже посмотрели: 2801 человек и оставили **13** комментариев.






Рейтинг:
**0**

Игра, которая всецело вошла в игровое пространство. Загрузите ваши навыки вождения грузовиками для теста в этот симулятор ! Полное базовое обучение и набор средств на пути к мастерству широкого спектра задач, которые стоят перед вами. Манипулировать этими огромными транспортными средствами нелегко, особенно, когда вы перемещаетесь вперед. Убедитесь, что вы доставите эти ценные товары в идеальном состоянии - ваша репутация зависит от этого!

◎ **Скачать фильм Чернильное сердце (2008) DVDRip**

Новость публиковал: ur_vlad 22-09-2011, 22:52 в категории "Фильмы".
Её уже посмотрели: 1939 человек и оставили **21** комментарев.






Рейтинг:
**+2**

Книжный лекарь Мортимер: «Мо» Фолькарт и его 12-летняя дочь Мегги обожают книги. Но кроме этой общей страсти они еще и обладают удивительным даром — оживлять героев со страниц прочтенных ими вслух книг. Но не все так просто, ведь когда герой из книги оживает, его место на книжных страницах должен занять настоящий человек.

◎ **Скачать журнал Hustler №12 (декабрь 2011)**

Новость публиковал: fault 22-09-2011, 22:48 в категории "Книги".
Её уже посмотрели: 2101 человек и оставили **19** комментарев.




Рейтинг:
**0**



**Hustler** — американский журнал для мужчин, ставший первым печатным изданием с фотографиями откровенных сексуальных сцен.

## ◉ Скачать Portable Microsoft Office 2010 Professional Plus SP1 14.0.6029.1000 Win XP x86 [RUS] Krokoz Edition

Новость публиковал: GariiMerosyanЭ 22-09-2011, 22:47 в категории "Софт".
Её уже посмотрели: 2079 человек и оставили: **18** комментарев.



**Microsoft Office 2010** — один из лучших наборов офисных приложений для компьютеров, телефонов и браузеров, включающий функции, на которые можно положиться уже сегодня, и возможности, которые могут потребоваться в будущем.

## ◉ Скачать новейшие темы для Windows 7 (22.09.2011)

Новость публиковал: BoguiMir 22-09-2011, 22:31 в категории "Софт".
Её уже посмотрели: 2133 человек и оставили: **22** комментарев.



Представляю на Ваш трибунал **прекрасные новые темы для конфигурации внешнего вида Windows 7**, которые отлично изменят интерфейс и Вам будет приятно работать за компом. Некоторые темы изменят практически всё: звуки, обои, иконки, экраны приветствия, вид окон, меню Пуск и многое другое. Для Вас были отобраны самые лучшие из огромного числа тем.



1 2 3 4 5 6 7 8 9 10 ... 945 →

Публикуемые аудио-видеофайлы, программное обеспечение, графические и текстовые материалы предоставлены здесь только для ознакомления. Все права на них принадлежат их владельцам.
Copyright © 2009-2011 AllWarezok.ru
Все права защищены













- Tomb_Raider on The Shrine 2010 720p BluRay x264-BRMP
- Tomb_Raider on Fred 2 Night of the Living Fred 2011 DVDRiP XViD-OCW
- Tomb_Raider on The Dead 2010 LiMiTED DVDRip XviD-PADDO
- Tomb_Raider on My Run 2009 FESTiVAL DVDRip XviD-AEN

iMDB | NFO | Screen: #1 | Language: English

**Plot:** Fred's life becomes like a horror movie – his favorite music teacher has gone missing and all suspicions point to her replacement, Mr. Devlin. He is a pale man who dresses in all black and carries an umbrella in the sunlight. Fred suspects that he's a vampire. With the help of his faithful friend, Bertha, Fred sets out to save the town from this garlic-hating fiend.

➣ Read more »

## The Dead 2010 LiMiTED DVDRip XviD-PADDO

Posted by Tomb_Raider on February 9, 2012    1 comment



iMDB | NFO | Screen: #1 #2 | Subs | Language: English

**Plot:** In the first zombie road movie set against the spectacular vistas of Africa, the Dark Continent becomes a dead zone. A stunningly shot horror fantasy announcing the arrival of the Ford Brothers on the global genre scene, THE DEAD is as much an emotional journey through terror terrain as it is a physically demanding and beautiful-looking one. Shot in life-threatening, never-before-seen locations in Burkina Faso, French-speaking West Africa, and Ghana, including the Sahara Desert, on 35mm film by the award-winning Ford Brothers, THE DEAD is one of the most unique zombie movies of all time.

➣ Read more »

## My Run 2009 FESTiVAL DVDRip XviD-AEN

Posted by Tomb_Raider on February 9, 2012    1 comment



iMDB | NFO | Screen: #1 | Sample | Language: English

**Plot:** After tragically losing his wife to breast cancer and struggling to raise three young children on his own, real life super hero and modern day Forrest Gump, Terry Hitchcock seized on an idea. He wanted to accomplish the impossible: run in 75 consecutive days to bring attention to the incredibly difficult lives of single-parent families. He ran in spite of freezing rain and unbearable heat, in spite of chest pains and bone fractures that wracked his 57-year-old body. He just kept running – each day, every day – strengthening an unbreakable bond between father and son not stopping until he broke the finish line tape in Atlanta. MY RUN is more than a film about a guy running multiple marathons; it's a film about the daily marathons we all run in life.

➣ Read more »

## The Toy 1982 720p BluRay x264-SEMTEX

Posted by Tomb_Raider on February 9, 2012    1 comment





IMDB | NFO | Screen: #1 | Sample | Language: **English**

**Plot:** An underemployed reporter finds himself literally purchased as a toy for a rich spoiled brat.

↩ Read more »

### On The Bowery 1957 1080p BluRay x264-HD4U

Posted by Tomb_Raider on February 9, 2012                                    1 comment



IMDB | NFO | Screen: #1 | Sample | Language: **English**

**Plot:** A mix of documentary and scripted footage on the Bowery, New York City's skid row. Against a backdrop of men (and a few women) drinking in bars, talking and arguing, and sleeping on sidewalks, we have the story of Ray. He is younger and more vigorous than most on the Bowery. He arrives in Manhattan with a suitcase and a little money in his pocket. On his first night, he drinks himself into a stupor, falls asleep on the sidewalk, and is robbed of his suitcase. Over the next two days, we follow both Ray and the thief, who befriends him. Is there any hope Ray can get out of town and restart a life of work and sobriety, or is he stuck on the Bowery? Can the good thief help?

↩ Read more »

### Perfect Age of Rock n Roll 2009 FESTIVAL DVDRip XviD-AEN

Posted by Tomb_Raider on February 9, 2012                                    1 comment



IMDB | NFO | Screen: #1 | Sample | Language: **English**

**Plot:** A rock star retreats to his hometown after his sophomore album flops.

↩ Read more »

### Cyberbully 2011 DVDRip XviD-IGUANA

Posted by Tomb_Raider on February 9, 2012                                    1 comment







**Plot:** Teen girl Taylor Hillridge gets a laptop for her birthday and signs up on a social networking site. She starts to feel alone as her friends ostracize her and she falls victim to cyberbullying.

HD  Read more »

Page 1 of 1,882   **1**  2  3  4  5  ...  10  20  30  ...  »  Last »

Copyright © 2012 AZmovie.net | Theme zBench | Powered by WordPress

↑ Top





Copyright © 2009 Download Séries. All rights reserved.







**Format:** DivX
**Quality:** DVDRip
**Language:** Dutch

Continue to download... »

### Razend (2011)

February 12, 2012    IMDb    Watch Trailer    Drama

**Format:** DivX
**Quality:** DVDRip
**Language:** Dutch

Continue to download... »

Page 1 of 791 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | ... | 791 | Next Page

Your Ad Here
Display your ad here!
ExoClick.com

© 2008 - 2012 Best-MovieZ.WS                                    ▲ Back to Top



видео бесплатно порно
Обои уялета Security
детская ПОП 2010
sp1

Друзья

G

Каталог



Новая земля, новая жизнь, новые испытания. Попав в этот мир и разобравшись, кто ему свой и кто чужой, бывший военный и бывший бизнесмен, не такой уж, казалось бы, молодой человек Андрей Ярцев со всем пылом вступает в бой на стороне тех, кто стали ему друзьями и соотечественниками. А новый мир предоставил массу возможностей для применения его талантов, подчас довольно специфических.

Audiobook-аудиокнига | Просмотров: 2 | Добавил: riabiza78 | Дата: Сегодня | Комментарии (0)

## Любимой девушке Русский (2012)



**Категория:** Сборник
**Исполнители:** VA
**Название диска:** Любимой девушке Русский (2012)
**Жанр:** Поп
**Год выпуска:** 2012
**Количество треков:** 100
**Формат|Качество:** mp3 256 kbps
**Время звучания:** 05:44:52
**Размер файла:** 692 MB

Рор/ Поп | Просмотров: 1 | Добавил: valent00 | Дата: Сегодня | Комментарии (0)

## За Глаза Твои Карие Праздничный Выпуск (2012)



**Категория:** Сборник
**Исполнители:** VA
**Название диска:** За Глаза Твои Карие Праздничный Выпуск (2012)
**Жанр:** Поп
**Год выпуска:** 2012
**Количество треков:** 100
**Время звучания:** 6:09:55
**Формат|Качество:** MP3|256 kbps
**Размер файла:** 684 Mb

Рор/ Поп | Просмотров: 1 | Добавил: valent00 | Дата: Сегодня | Комментарии (0)

## WPI By StartSoft Update v3.2.12



Сборник программ с автоматической установкой, предназначенный в основном для чистой операционной системы т. е. для людей которые только переустановили Windows и у



Program-программы | Просмотров: 1 | Добавил: valenti00 | Дата: Сегодня | Комментарии (0)

### Союз Зарубежный (2012)

**Категория:** Сборник
**Исполнитель:** VA
**Название диска:** Союз Зарубежный (2012)
**Жанр:** Танцевальный, Поп
**Год выпуска:** 2012
**Количество треков:** 100
**Время звучания:** 6:31:08
**Формат|Качество:** MP3|256 kbps
**Размер файла:** 723 Mb

Rex/ Поп | Просмотров: 1 | Добавил: valenti00 | Дата: Сегодня | Комментарии (0)

### Валентинов день Vol. 2 (2012)

**Категория:** Сборник
**Исполнитель:** VA
**Название диска:** Валентинов день Vol. 2 (2012)
**Жанр:** Поп
**Год выпуска:** 2012
**Количество треков:** 100
**Формат|Качество:** mp3 | 256 kbps
**Время звучания:** 05:32:55
**Размер файла:** 706 MB

Rex/ Поп | Просмотров: 1 | Добавил: valenti00 | Дата: Сегодня | Комментарии (0)

### Honda Satellite Navigation 2011 DVD V3.52 (Eastern Europe)

**Honda Satellite Navigation 2011 DVD V3.52 (Eastern Europe)** Последнее обновление карт Европы в навигационной системе Honda

Program-программы | Просмотров: 1 | Добавил: vital | Дата: Сегодня

**1-10** 11-20 21-30 ... 9861-9870 9871-9874

Copyright MyCorp © 2012





The Last Airbender | 2010 | DVDRip | V2 XviD | AC3...

► September (88)

► August (15)

Monday, October 4, 2010

### The A-Team | A Takımı | 2010 | Dvdrip | XViD | AC3 | iLG

Etichette: Action , Adventure , Comedy , DVDRip , ENG

Screen Shots

IMDB Puanı: 7.2/10

Yapım: 2010 ~ ABD

Tür: Aksiyon , Gerilim , Komedi , Macera

Oyuncular: Jessica Biel , Liam Neeson , Bradley Cooper , Patrick Wilson , Sharlto Copley

Yönetmen: Joe Carnahan

Senaryo: Skip Woods , Stephen J. Cannell , Derek Haas , Michael Brandt

Yapımcı: Ridley Scott , Tony Scott , Stephen J. Cannell , Spike Seldin , Iain Smith

Görüntü Yönetmeni: Mauro Fiore

Görüntü Yönetmeni: Alan Silvestri , The Game , Mike Post

Filmin Websitesi: http://www.ateam-movie.com/

Süre: 1 saat 54 dk

Links

http://hotfile.com/dl/73526709/8e1a6cf/A_Tak.html
http://hotfile.com/dl/73533497/f4924c4/A_Tak.html
http://hotfile.com/dl/73632460/602f3d8/A_Tak.html
http://hotfile.com/dl/73640558/fc36585/A_Tak.html
http://hotfile.com/dl/73663342/87447b7/A_Tak.html