

http://hotfile.com/dl/73692485/c8e8700/A_Tak.html
http://hotfile.com/dl/73700476/0e16ba0/A_Tak.html

http://www.fileserve.com/file/pwrwRNg

http://www.fileserve.com/file/3MKFbyR

http://www.fileserve.com/file/3jFhaW3
http://www.fileserve.com/file/VhXXbaJ

Not: Türkçe altyazı içindedir...

Pubblicato da Divx Film Station a 10:52 AM   0 commenti

Reazioni:

Saturday, October 2, 2010

**The Last Airbender | 2010 | DVDRip | V2 XviD | AC3 | ENG**

Etichette: Action, Adventure, DVDRip, ENG, Fantasy

**The Last Airbender (2010) DVDRip V2 XviD AC3 - ViSiON(Repost)**

English | AVI | 1h 43 mins | 720x304 | Ac3 448kbs | 1.49Gb
*Genre: Action | Adventure | Family | Fantasy*

The story follows the adventures of Aang,a young successor to a long
line of Avatars, who must put his childhood ways aside and stop the Fire
Nation from enslaving the Water,Earth and Air nations.

Screenshots:::

Links:::

Hotfile
http://hotfile.com/dl/73154394/f8cdc7c/DRip.V2.XviD.AC3-
ViSiON.part1.rar
http://hotfile.com/dl/73154451/bd4967f/DRip.V2.XviD.AC3-
ViSiON.part2.rar
http://hotfile.com/dl/73154449/57c2ce0/DRip.V2.XviD.AC3-
ViSiON.part3.rar
http://hotfile.com/dl/73154421/855219e/DRip.V2.XviD.AC3-
ViSiON.part4.rar
http://hotfile.com/dl/73154406/395af50/DRip.V2.XviD.AC3-
ViSiON.part5.rar
http://hotfile.com/dl/73154430/d740a52/DRip.V2.XviD.AC3-
ViSiON.part6.rar
http://hotfile.com/dl/73154395/52984a3/DRip.V2.XviD.AC3-
ViSiON.part7.rar
http://hotfile.com/dl/73154443/b411ca7/DRip.V2.XviD.AC3-
ViSiON.part8.rar

Fileserve
http://www.fileserve.com/file/z4vPESq/DRip.V2.XviD.AC3-ViSiON.part1.rar
http://www.fileserve.com/file/uBZTD2m/DRip.V2.XviD.AC3-
ViSiON.part2.rar
http://www.fileserve.com/file/Zv2kFp6/DRip.V2.XviD.AC3-ViSiON.part3.rar
http://www.fileserve.com/file/3hsTspP/DRip.V2.XviD.AC3-ViSiON.part4.rar
http://www.fileserve.com/file/WmeBHye/DRip.V2.XviD.AC3-
ViSiON.part5.rar
http://www.fileserve.com/file/jdKKDCh/DRip.V2.XviD.AC3-ViSiON.part6.rar
http://www.fileserve.com/file/ZepF9Mh/DRip.V2.XviD.AC3-ViSiON.part7.rar
http://www.fileserve.com/file/NwstlsQM/DRip.V2.XviD.AC3-
ViSiON.part8.rar

Pubblicato da filmania a 7:32 AM   0 commenti





Links:::

Hotfile
http://hotfile.com/dl/71257788/4de0567/30.Days.Of.Night.Dark.Days.2010
.BDRip.XviD-DMZ.part1.rar.html
http://hotfile.com/dl/71257789/3e096fa/30.Days.Of.Night.Dark.Days.2010.
BDRip.XviD-DMZ.part2.rar.html
http://hotfile.com/dl/71258072/1944946/30.Days.Of.Night.Dark.Days.2010
.BDRip.XviD-DMZ.part3.rar.html
http://hotfile.com/dl/71258187/9d71c17/30.Days.Of.Night.Dark.Days.2010
.BDRip.XviD-DMZ.part4.rar.html

Fileserve
http://www.fileserve.com/file/mTNGEAv/30.Days.Of.Night.Dark.Days.2010.
BDRip.XviD-DMZ.part1.rar
http://www.fileserve.com/file/Fp6WN24/30.Days.Of.Night.Dark.Days.2010.
BDRip.XviD-DMZ.part2.rar
http://www.fileserve.com/file/2Ra9pbr/30.Days.Of.Night.Dark.Days.2010.B
DRip.XviD-DMZ.part3.rar
http://www.fileserve.com/file/fThPECE/30.Days.Of.Night.Dark.Days.2010.B
DRip.XviD-DMZ.part4.rar

Pubblicato da filmania a 4:30 AM    0 commenti

Reazioni:

## The Final | 2010 | 720p BRRip | ENG
Etichette: BDRip, Drama, ENG, Horror, Thriller

The Final (2010) 720p BRRip x264-HDLITE
IMDB info
Language: English + Subtitle: SRT file added for non English parts
1h 32mn | x264 @ 2685 Kbps | 1280x528 | 23.976 fps | AAC-LC ~ 493
kbps - 6 channels @ 48.0 KHz | 2.02 GB
Genre: Drama | Horror | Thriller
Director: Joey Stewart

A group of high school outcasts get revenge on the students that
torment them.

Screenshots:::

Links:::

Hotfile
http://hotfile.com/dl/71310709/d28a4e8/TF28xHDLiTE.part01.rar.html
http://hotfile.com/dl/71310714/f25b6b/TF28xHDLiTE.part02.rar.html
http://hotfile.com/dl/71310707/eaa1d3b/TF28xHDLiTE.part03.rar.html
http://hotfile.com/dl/71310708/de33666/TF28xHDLiTE.part04.rar.html
http://hotfile.com/dl/71310713/e50dd19/TF28xHDLiTE.part05.rar.html
http://hotfile.com/dl/71310712/5bc11aa/TF28xHDLiTE.part06.rar.html
http://hotfile.com/dl/71310710/e6c335f/TF28xHDLiTE.part07.rar.html
http://hotfile.com/dl/71310715/ae2e02f/TF28xHDLiTE.part08.rar.html
http://hotfile.com/dl/71310711/6649852/TF28xHDLiTE.part09.rar.html

Pubblicato da filmania a 4:26 AM    0 commenti

Reazioni:

Friday, September 24, 2010

## Transformers 2 Revenge Of The Fallen | 2009 | BDRip | ENG
Etichette: Action, Adventure, BDRip, ENG, Sci-Fi, Thriller



**Transformers 2 Revenge Of The Fallen 2009 BDRip x264 ShAaNiG**
Language:English
149 mins | 720 x 304 | 25fps | Mkv | AAC ~ 128kbs | 725 MB
Genre:Action | Adventure | Sci-Fi | Thriller

A youth chooses manhood. The week Sam Witwicky starts college, the Decepticons make trouble in Shanghai. A presidential envoy believes its because the Autobots are around; he wants them gone. Hes wrong: the Decepticons need access to Sams mind to see some glyphs imprinted there that will lead them to a fragile object that, when inserted in an alien machine hidden in Egypt for centuries, will give them the power to blow out the sun. Sam, his girlfriend Mikaela, and Sams parents are in danger. Optimus Prime and Bumblebee are Sams principal protectors. If one of them goes down, what becomes of Sam?

Screenshots:::

Links:::

Hotfile
http://hotfile.com/dl/71073957/51d67ba/2009.BRRip.x264.ShAaNiG.part1.rar
http://hotfile.com/dl/71073976/9e44b06/2009.BRRip.x264.ShAaNiG.part2.rar
http://hotfile.com/dl/71073940/9d868ca/2009.BRRip.x264.ShAaNiG.part3.rar
http://hotfile.com/dl/71073920/f354992/2009.BRRip.x264.ShAaNiG.part4.rar
http://hotfile.com/dl/71073946/ed0a729/2009.BRRip.x264.ShAaNiG.part5.rar
http://hotfile.com/dl/71073928/fc8b977/2009.BRRip.x264.ShAaNiG.part6.rar
http://hotfile.com/dl/71073929/421d2f5/2009.BRRip.x264.ShAaNiG.part7.rar
http://hotfile.com/dl/71073932/9d1f9cf/2009.BRRip.x264.ShAaNiG.part8.rar

Fileserve
http://www.fileserve.com/file/MaXVsAM/2009.BRRip.x264.ShAaNiG.part1.rar
http://www.fileserve.com/file/WrU8BG3/2009.BRRip.x264.ShAaNiG.part2.rar
http://www.fileserve.com/file/Eb99UZa/2009.BRRip.x264.ShAaNiG.part3.rar
http://www.fileserve.com/file/wt8xSmV/2009.BRRip.x264.ShAaNiG.part4.rar
http://www.fileserve.com/file/QBmzquD/2009.BRRip.x264.ShAaNiG.part5.rar
http://www.fileserve.com/file/wUpJkWE/2009.BRRip.x264.ShAaNiG.part6.rar
http://www.fileserve.com/file/YRM4rBJ/2009.BRRip.x264.ShAaNiG.part7.rar
http://www.fileserve.com/file/yVxSSUN/2009.BRRip.x264.ShAaNiG.part8.rar

Pubblicato da filmania a 5:07 AM   0 commenti
Recommend this on Google
Reazioni:

| Home | Older Posts |

Subscribe to: Posts (Atom)

Awesome Inc. template. Powered by Blogger.





http://www.imdb.com/title/tt0110

**Read more »**

Read more »

### The.Good.The.Bad.And.The.Ugly.1966.EXTE NDED.720p.B luRay.x264-HQF

*Posted by ecoserve on 7:58 AM*

The.Good.The.Bad.And.The.U
Format : mkv  Runtime :  179
Western Video : 1280*544 | x2
| DTS 5.1 | 1500 kbps (SELEC
English, Russian  Rating
http://www.imdb.com/title/tt0060

**Read more »**

Read more »

### The Godfather Part 2 1080p FullHD

*Posted by ecoserve on 7:54 AM*

Read more »

Read more »

### The Godfather Part 1 1080p FullHD

*Posted by ecoserve on 7:52 AM*

Read more »

Read more »

### The.Shawshank.Redemption.1994.720p.BluR ay.x264-SiNNERS

*Posted by ecoserve on 7:48 AM*

The.Shawshank.Redemption.19
mkvRuntime  : 142  minDirecto
1280*720 | x264 | 5946 kbpsA
StoRating : 9.2/10 (547.487 vo

**Read more »**

Read more »

### Antropophagus 1980 DVDRiP XViD-aGGr0

*Posted by ecoserve on 12:48 AM*

Read more »

Read more »

City Of God 2002 720p BluRay x264



Posted by ecoserve on 12:03 AM

Read more »

Read more »

**WEDNESDAY, SE**

### Megas XLR Complete Season 1-2 [80 MB]

Posted by ecoserve on 11:57 PM

Read more »

Read more »

### The Matrix (1999) BDRip m-864p x264

Posted by ecoserve on 11:51 PM

**Read more »**

Read more »

Pages 4 | 1 | 2 | 3 | 4 | » |



# DOWNLOAD 300 MB MOVIES

Just another WordPress site

Skip to content

- Home
- Sample Page

## American Pie 8 – Hole In One (2010/MKV/300MB)

Posted on May 23, 2011 by admin



Continue reading →

Posted in Comedy, Parody, Romance, Teens | Tagged american pie, american pie 8, hole in one | Leave a comment

- Search for: [                ] Search
- **Recent Posts**
    - American Pie 8 – Hole In One (2010/MKV/300MB)
- **Recent Comments**
- **Archives**
    - May 2011
- **Categories**
    - Comedy
    - Parody
    - Romance
    - Teens
- **Meta**
    - Log in
    - Entries RSS
    - Comments RSS
    - WordPress.org

DOWNLOAD 300 MB MOVIES
Proudly powered by WordPress



Read more!

Posted by just me at 12:57:00 PM    0 comments
Labels: Movies - 2009, Movies - DVDRip

AUG 9, 2009

**Ice Age 3 Dawn Of The Dinosaurs (2009) R5 AC3-VISION**



Imdb Info

**Genre:** Comedy | Family
**Directed by:** Carlos Saldanha, Mike Thurmeier (co-director)
**Starring:** Ray Romano, John Leguizamo, Denis Leary, Drea de Matteo
**Size:** 1.09 GB
**Video:** XVID, 672×368, 25 frm/s, 855.024 kbit/s
**Audio:** MP3, 48000 Hz, 1280 kbit/s, Stereo
**Runtime:** 90 min

Read more!

Posted by just me at 8:52:00 AM    0 comments
Labels: Movies - 2009, Movies - R5

JUL 23, 2009

**Visioneers (2008) DVDRip XviD-VH-PROD**

Imdb Info

**Genre:** Comedy
**Directed by:** Jared Drake
**Starring:** Zach Galifianakis, Judy Greer, Missi Pyle, James LeGros, Matthew Glave
**Video:** XviD @ ~897 Kbps - 576×304px (WxH) - AR: 1.895 - FPS: 23.976 fps
**Audio:** MP3 @ 129 Kbps (Variable) - 2 channels
**Runtime:** Release - 94 mins

Read more!

Posted by just me at 2:56:00 AM    0 comments
Labels: Movies - 2008, Movies - DVDRip

**Green Lantern First Flight (2009) STV DVDRiP XviD-DVSKY**



imdb info

Genre: Animation | Action | Fantasy | Sci-Fi
Directed by: Lauren Montgomery
Starring: Christopher Meloni, Victor Garber, Tricia Helfer, Michael Madsen, John Larroquette
Audio Quality: MP3 VBR 123kbps
Video Quality: XviD 23.976fps 624×352 1127kbps
Runtime: Release - 77 mins | Official - 77 mins

Read more!

Posted by just me at 2:13:00 AM        0 comments
Labels: Movies - 2009, Movies - DVDRip

JUL 21, 2009

The Soloist (2009) 720p BRRip XviD AC3-ViSiON

imdb info

Runtime: 117 Minutes
Genre: Drama | Biography | Music
Size: 2.40 GB
Source: 720p
Resolution: 720 x 304
Video: XviD @ 2472 Kbps
Audio: AC3 6 Channels @ 448 Kbps

Read more!

Posted by just me at 5:54:00 AM        0 comments
Labels: Movies - 2009, Movies - BRRip

Race To Witch Mountain (2009) BRRip XviD AC3-ViSiON



imdb info

**Genre:** Comedy | Adventure | Fantasy | Sci-Fi | Thriller
**Directed by:** Andy Fickman
**Starring:** Dwayne Johnson, AnnaSophia Robb, Alexander Ludwig, Carla Gugino
**Resolution:** 720x304
**Video:** XviD @ 1750 Kbps
**Audio:** AC3 6 Channels @ 448 Kbps
**Size:** 1.52 GB
**Runtime:** 98 minutes

Read more!

Posted By just me  at 4:27:00 AM                                    0 comments
                                        Labels: Movies - 2009, Movies - BRRip

Home                                                    Older Posts

Subscribe to:  Posts (Atom)

Internet Explorer cannot display the webpage

© 2009 download-movies-4free.blogspot.com | Powered by blogger.com







region.
- Travel South Korea like a pro with our candid advice and handy Korean-language glossary.
- Also included are accurate regional and town maps, up-to-date advice on finding the best package deals, a glossary of Korean cuisine, and an online directory that makes trip-planning a snap!

PDF | 453 pages | 13.58 Mb | English

Click here to **DOWNLOAD**

🗨 **1 Comment** | 🗃 Filed under: Travel

## Digital Painting Techniques

Posted by **mance**



**Practical Techniques of Digital Art Masters (Masters Collection)**

**Publisher:** Focal Press (September 23, 2009)

Discover the tips, tricks and techniques that really work for concept artists, matte painters and animators. Compiled by the team at 3dtotal.com, Digital Painting Techniques, Volume 1 offers digital inspiration with hands-on insight and techniques from professional digital artists. More than just a gallery book - within Digital Painting Techniques each artist has written a breakdown overview, with supporting imagery of how they made their piece of work. Beginner and intermediate digital artists will be inspired by the gallery style collection of the finest examples of digital painting from world renowned digital artists. Start your mentorship into the world of digital painting today with some of the greatest digital artists in the world and delve into professional digital painting techiques, such as speed painting, custom brush creation and matte painting. Develop your digital painting skills beyond the variety of free online digital painting tutorials and apply the most up to date techniques to your digital canvas with Digital Painting Techniques for Animators.

* Mentor with some of the greatest digital artists in the world and delve into professional digital painting techniques, such as speed painting, custom brush creation and matte painting.
* Inspiration and technique in one digital painting book! Be inspired with a gallery style collection of the finest examples of digital painting from world renowned digital artists and explore the step by step tutorials that explain the digital painting techniques.
* Develop your digital painting skills beyond free digital painting tutorials and apply the most up to date techniques to your digital canvas with this complete guide to digital painting.

PDF | 289 pages | 29.0 Mb | English

Click here to **DOWNLOAD**

🗨 **0 Comments** | 🗃 Filed under: Digital Art

## Frommer's Vietnam by Sherisse Pham

Posted by **mance**

**Publisher:** Frommers; 3 edition (February 2, 2010)

Our author gives you all the details on the latest happenings in Vietnam, from the debuts of new boutique hotels to the downfalls of once-popular restaurants. She's scoped out the hip new places, and offers candid advice on which are really worth your time and budget.

You'll also get up-to-date coverage of attractions and nightlife; accurate walking tours; advice on planning a successful vacation; and in-depth coverage of Angkor Wat in the final Cambodia chapter.

PDF | 484 pages | 12.82 Mb | English

Click here to **DOWNLOAD**

🗨 **0 Comments** | 🗃 Filed under: Travel

## Digital Art Masters: Volume 2

Posted by **mance**

**Publisher:** Focal Press (August 22, 2007)

Meet some of the finest digital 2D and 3D artists working in the industry today, from Patrick Beaulieu, Philip Straub, Benita Winckler, Alessandro Baldasseroni to Khalid Al Muharraqi.



Baldassero to Khalid A. Maharraq,
Marcel Baumann and Marek Denko and
see how they work. More than just a
gallery book – in Digital Arts Masters
each artist has written a breakdown
overview, with supporting imagery of
how they made their piece of work.

With Digital Arts Masters you'll
understand the artists' thought
process and discover the tips, tricks
and techniques which really work.

**Key Features:**
* 50+ artists and 900 stunning color images show the best in today's digital art
* More than just a gallery – each artist offers insight into how their image was created
* From the team at 3Dtotal.com – cutting edge imagery and techniques

English | 64.1 MB | PDF | 291 pages

Click here to **DOWNLOAD**

0 Comments   Filed under: **Digital Art**

## Digital Art Masters: Volume 3
Posted by manco

**Publisher:** Focal Press (July 23, 2008)

Meet some of the finest digital 2D and
3D artists working in the industry
today, and discover how they create
some of the most innovative art in the
world. More than just a gallery book –
in Digital Arts Masters each artist has
written a breakdown overview, with
supporting imagery of how they made
their piece of work.

With Digital Arts Masters you'll
understand the artists' thought
process and discover the tips, tricks
and techniques that really work.

**Key Features:**
* 50+ artists and 900 stunning color images show the best in today's digital art
* More than just a gallery – each artist offers insight into how their image was created
* From the team at 3Dtotal.com – cutting edge imagery and techniques

English | 75.3 MB | PDF | 289 pages

Click here to **DOWNLOAD**

0 Comments   Filed under: **Digital Art**

Older Posts

This blog copyright © 2005 eBook free library. All Rights Reserved.
SoulVision Theme created in Dreamweaver with ThemeDreamer.
Imagery courtesy of Billy Alexander







FILMS & TV SHOWS

Archiwum bloga

▼ 2009 (1)
  ▼ październik (1)
    House Season 6

YOU ARE FROM

Live Traffic Feed

5 PAŹ 2009

House Season 6

## House Season 6

SEZON 6 ODCINEK 1-2 "Broken" + dopasowane napisy PL

http://www.storage.to/get/8tLHdCw2/House [06x01-02] Broken.rar

SEZON 6 ODCINEK 3 "Epic Fail" + dopasowane napisy PL

http://www.storage.to/get/00MOv1eZ/House 06x03 Epic Fail.rar

SEZON 6 ODCINEK 4 "The Tyrant" + Dopasowane napisy PL

http://hotfile.com/dl/14400879/8bcc81f/House.S06E03.HDTV.XviD-NoTV.rar.html

House Sezon 6 Odcinek 5 "Instant Karma" + Dopasowane Napisy PL

http://hotfile.com/dl/14872192/9b25212/house.s06e05.hdtv.xvid-fqm.rar.html

House Sezon 6 Odcinek 6 "Brave Heart" + Dopasowane Napisy PL

http://hotfile.com/dl/15360979/c871ced/house.0605

## Californication Sezon 3

Californication Sezon 3 Odcinek 1 - Wish You Were Here
+ Dopasowane napisy PL

http://www.storage.to/get/fJg9wott/californication.s03e01.hdtv.xvid-fqm.rar

Californication Sezon 3 Odcinek 2 - The Land Of Rape And Honey
+ Dopasowane napisy PL

http://www.storage.to/get/5Btq6q71/Californication.S03E02.DVDSCR.XviD-FFNDVD.rar

Californication Sezon 3 Odcinek 3 Verities & Balderdash + Dopasowane Napisy PL

http://hotfile.com/dl/14780391/5ab0994/Californication.s3e3.hdtv.xivid.rar.html

Californication Sezon 3 Odcinek 4 "Zoso" + Dopasowane Napisy PL

http://hotfile.com/dl/15401485/915689/Californication.S03E04.ra

r.html

**Californication Sezon 3 Odcinek 5 "Slow Happy Boys" + Dopasowane Napisy PL**

http://hotfile.com/dl/15925283/cef6547/CalifornicationS03E05.rar.html

**Californication Sezon 3 Odcinek 6 "Glass Houses" + Dopasowane Napisy PL**

http://hotfile.com/dl/16514536/36d45ee/Californication.S03E06.rar.html

## Fringe / Na granicy światów - Sezon 2 (2009)



**Fringe Sezon 2 Odcinek 1 - A New Day in the Old Town**
http://www.storage.to/get/hZ8tcjPO/Fringe [02x01] A New Day in the Old Town.rar
pass : rmvb

**Fringe Sezon 2 Odcinek 2 - Night of Desirable Objects**
http://www.storage.to/get/X5RGmtRa/Fringe [02x02] Night of Desirable Objects.rar
pass : rmvb

**Fringe Sezon 2 Odcinek 3 -Fracture**
http://www.storage.to/get/PoJmkdU5/fringe.s02e03.hdtv.xvid-2hd.rar
pass : rmvb

**Fringe Sezon 2 Odcinek 4 - Momentum Deferred**
http://www.storage.to/get/JYSPzk10/fringe.s02e04.hdtv.xvid-2hd.rar
pass : rmvb

**Fringe Sezon 2 Odcinek 5 "Dream Logic"**
http://www.storage.to/get/9cpzfP0C/fringe.s02e05.hdtv.xvid-2hd.rar
pass:rmvb



**CZAS HONORU SEZON 2**

**Odcinek 1 - "Krzyż Walecznych"**

http://www.storage.to/get/4pXR7qZv/Czas.Honoru.S02E01.rar

**Odcinek 2 - "Na Syberii"**

http://www.storage.to/get/HkqJcomc/Czas Honoru.02E02.rar

**Odcinek 3 - "Oficer z Berlina"**
http://www.storage.to/get/NTP9U4aB/Czas.Honoru.S02E03.PL.WebRip.XviD.oldER.rar

**Odcinek 4 - "Serwus, Panowie"**
http://www.storage.to/get/WW3hBYBb/Czas.Honoru.S02E04.PL.WebRip.XviD-oldER.rar

**Odcinek 5 - "Mocne Papiery"**

http://hotfile.com/dl/14223594/08ff807/Czas.Honoru.S02E05.PL.WEBRip.XViD.avi.html

**Odcinek 6 - "Wojna i Miłość"**
http://hotfile.com/dl/14713773/87ee986/Czas.Honoru.S02E06.Webrip.XviD-ER.avi.html

**Czas Honoru Odcinek 7 "Ślad na fotografii"**
http://hotfile.com/dl/15248512/bed5f54/Czas.Honoru.S02E07.avi.html

**Czas Honoru Sezon 2 Odcinek 8 "Grupa Rainera"**
http://hotfile.com/dl/15860561/4255b34/Czas.Honoru.S02E08.avi.html

**Czas Honoru Sezon 2 Odcinek 9 "Strzały na Pawiaku"**
http://hotfile.com/dl/16459536/996648d/Czas.Honoru.S02E09.avi.html

Strona główna

Subskrybuj: Posty (Atom)

Web Development



| | | | | | |
|---|---|---|---|---|---|
| 00034 | HDTV | LAIR, THE | 1 | FRANCISCOLX | POSTREPLY |
| 00035 | HDTV | LAKES, THE | 11 | MAGZ | POSTREPLY |
| 00036 | HDTV | LAMBING LIVE | 2 | MAGZ | POSTREPLY |
| 00037 | HDTV | LAND GIRLS | 19 | THE90SKID | POSTREPLY |
| 00038 | WATCH | LAND GIRLS | 3 | CYBER2ND | POSTREPLY |
| 00039 | HIGHDEF | LAND GIRLS • 720P | 6 | CYBER2ND | POSTREPLY |
| 00040 | HDTV | LAND OF THE GIANTS | 7 | THE90SKID | POSTREPLY |
| 00041 | HDTV | LAND OF THE LOST | 5 | THE90SKID | POSTREPLY |
| 00042 | HDTV | LANDSCAPE MAN, THE (BBC) | 10 | MAXMAYHEM | POSTREPLY |
| 00043 | WATCH | LAPLAND | 1 | CYBER2ND | POSTREPLY |
| 00044 | HDTV | LAPLAND | 6 | CYBER2ND | POSTREPLY |
| 00045 | HIGHDEF | LAPLAND • 720P | 2 | CYBER2ND | POSTREPLY |
| 00046 | HDTV | LARK RISE TO CANDLEFORD | 22 | JKFLASH1964 | POSTREPLY |
| 00047 | HIGHDEF | LARK RISE TO CANDLEFORD •720P | 1 | CYBER2ND | POSTREPLY |
| 00048 | HDTV | LARRY KING LIVE 1080I | 0 | KEENAA | POSTREPLY |
| 00049 | HDTV | LARRY SANDERS SHOW, THE | 7 | THE90SKID | POSTREPLY |
| 00050 | HDTV | LARRY THE CABLE GUY - GIT R DONE (2004) | 1 | CHIEF | POSTREPLY |
| 00051 | HDTV | LAS APARACIO | 0 | EPHTHERA | POSTREPLY |
| 00052 | HDTV | LAS VEGAS | 4 | STATICSENSE | POSTREPLY |
| 00053 | HDTV | LAS VEGAS CSU | 1 | C JING TAAM | POSTREPLY |
| 00054 | HDTV | LAS VEGAS JAILHOUSE | 31 | MAGZ | POSTREPLY |
| 00055 | HDTV | LASSIE 50TH ANNIVERSARY COLLECTION | 1 | STBOOKS | POSTREPLY |
| 00056 | HDTV | LAST CAKE STANDING | 12 | MAGZ | POSTREPLY |
| 00057 | HDTV | LAST CALL WITH CARSON DALY | 2 | .:F4F:. | POSTREPLY |
| 00058 | HDTV | LAST CHANCE TO SEE | 1 | CYBER2ND | POSTREPLY |
| 00059 | HDTV | LAST CHRISTMAS. 1944, THE | 2 | MAGZ | POSTREPLY |
| 00060 | HDTV | LAST COMIC STANDING | 13 | .:F4F:. | POSTREPLY |
| 00061 | HDTV | LAST DAY OF THE DINOSAURS | 1 | .:F4F:. | POSTREPLY |
| 00062 | HDTV | THE LAST DAYS OF OSAMA BIN LADEN | 4 | JMH1971 | POSTREPLY |
| 00063 | HDTV | LAST DAYS OF POMPEII (1984) | 6 | DEANFROMUK | POSTREPLY |
| 00064 | HDTV | LAST DON, THE - MINISERIES | 1 | STBOOKS | POSTREPLY |
| 00065 | HDTV | THE LAST ENEMY | 1 | OAREDULE | POSTREPLY |
| 00066 | HDTV | THE LAST EXPLORERS | 4 | MAMMAJAMMA | POSTREPLY |
| 00067 | HDTV | THE LAST KING (2003) | 3 | BOBDB | POSTREPLY |
| 00068 | HDTV | THE LAST LIONS (2011) | 1 | SJARIANEN | POSTREPLY |
| 00069 | HDTV | LAST LIONS, THE (2011) | 4 | .:F4F:. | POSTREPLY |
| 00070 | HDTV | LAST MAN STANDING | 2 | DEANFROMUK | POSTREPLY |
| 00071 | WATCH | LAST MAN STANDING | 21 | BALA | POSTREPLY |
| 00072 | HDTV | LAST MAN STANDING (US) | 178 | LUMBPERICH | POSTREPLY |
| 00073 | HIGHDEF | LAST MAN STANDING • 720P | 50 | TABIPEICH | POSTREPLY |
| 00074 | HDTV | THE LAST MOUNTAIN (2011) | 1 | ENKI | POSTREPLY |
| 00075 | HDTV | LAST OF THE SUMMER WINE (BBC) | 3 | DEANFROMUK | POSTREPLY |
| 00076 | HIGHDEF | LAST OF THE SUMMER WINE • 720P | 1 | CYBER2ND | POSTREPLY |
| 00077 | HDTV | LAST ONE STANDING (2008) CHINESE | 1 | SOOVEY | POSTREPLY |
| 00078 | HDTV | LAST SHUTTLE: OUR JOURNEY | 1 | MAGZ | POSTREPLY |
| 00079 | HDTV | LAST STAND OF THE 300 | 2 | HOPKINS | POSTREPLY |
| 00080 | WATCH | LAST STAND OF THE TEMPLARS (NATIONAL GEOGRAPHIC) | 1 | .:F4F:. | POSTREPLY |
| 00081 | HDTV | LAST TEMPLAR, THE | 25 | THE90SKID | POSTREPLY |
| 00082 | HDTV | LAST TRAIN , THE | 1 | DEANFROMUK | POSTREPLY |
| 00083 | HDTV | LAST TRAIN, THE | 1 | EMPEROR_BOB | POSTREPLY |
| 00084 | HDTV | THE LATE LATE SHOW WITH CRAIG FERGUSON | 909 | .:F4F:. | POSTREPLY |
| 00085 | WATCH | LATE LATE SHOW WITH CRAIG FERGUSON, THE | 23 | .:F4F:. | POSTREPLY |
| 00086 | HDTV | LATE NIGHT WITH JIMMY FALLON | 469 | .:F4F:. | POSTREPLY |
| 00087 | WATCH | LATE NIGHT WITH JIMMY FALLON | 8 | .:F4F:. | POSTREPLY |
| 00088 | HDTV | LATE NIGHT WITH JIMMY FALLON | 11 | HJHMEL | POSTREPLY |

| | | | | | |
|---|---|---|---|---|---|
| 00089 | HDTV | LATE SESSION, THE | 1 | MAGZ | POSTREPLY |
| 00090 | HDTV | LATE SHOW WITH DAVID LETTERMAN | 567 | .:F4F:. | POSTREPLY |
| 00091 | HDTV | LATE SHOW WITH DAVID LETTERMAN | 17 | .:F4F:. | POSTREPLY |
| 00092 | HDTV | LATER WITH JOOLS HOLLAND | 3 | MAGZ | POSTREPLY |
| 00093 | HDTV | LAUNCH MY LINE | 4 | THE90SKID | POSTREPLY |
| 00094 | HDTV | LAVELL | 1 | MAGZ | POSTREPLY |
| 00095 | HDTV | LAVERNE AND SHIRLEY | 12 | DEANFROMUK | POSTREPLY |
| 00096 | HDTV | LAW & ORDER | 17 | JKFLASH1964 | POSTREPLY |
| 00097 | HDHQ | LAW & ORDER CRIMINAL INTENT | 8 | HIYMEL | POSTREPLY |
| 00098 | HDHQ | LAW & ORDER UK • 720P | 22 | CYBERZND | POSTREPLY |
| 00099 | HDTV | LAW & ORDER: LOS ANGELES | 105 | MAMMAJAMMA | POSTREPLY |
| 00100 | WATCH | LAW & ORDER: LOS ANGELES | 3 | .:F4F:. | POSTREPLY |
| 00101 | HDHQ | LAW & ORDER: LOS ANGELES 720 / 1080I | 17 | KEENAA | POSTREPLY |
| 00102 | WATCH | LAW & ORDER: SPECIAL VICTIMS UNIT (SVU) | 14 | .:F4F:. | POSTREPLY |
| 00103 | HDTV | LAW & ORDER: TRIAL BY JURY | 3 | MORIARTY | POSTREPLY |
| 00104 | HDTV | LAW & ORDER: UK | 182 | MAGZ | POSTREPLY |
| 00105 | WATCH | LAW & ORDER: UK | 10 | .:F4F:. | POSTREPLY |
| 00106 | HDTV | LAW AND HARRY MCGRAW (THE) | 3 | PLIANT | POSTREPLY |
| 00107 | HDTV | LAW AND ORDER CRIMINAL INTENT | 81 | DAREDULE | POSTREPLY |
| 00108 | HDHQ | LAW AND ORDER SVU 720P | 41 | WASITAKATISAW | POSTREPLY |
| 00109 | HDTV | LAW AND ORDER: SPECIAL VICTIMS UNIT (SVU) | 207 | .:F4F:. | POSTREPLY |
| 00110 | HDTV | LAWRENCE LEUNG'S UNBELIEVABLE | 19 | .:F4F:. | POSTREPLY |
| 00111 | HDTV | LAX | 2 | DEANFROMUK | POSTREPLY |
| 00112 | HDTV | THE LAYOVER | 57 | JMH1971 | POSTREPLY |
| 00113 | WATCH | THE LAYOVER | 12 | CYBERZND | POSTREPLY |
| 00114 | HDHQ | THE LAYOVER • 720P | 15 | CYBERZND | POSTREPLY |
| 00115 | HDTV | LEAD BALLOON | 18 | DEANFROMUK | POSTREPLY |
| 00116 | HDTV | LEAGUE OF GENTLEMEN, THE (1999) | 0 | IVANDJOLE123 | POSTREPLY |
| 00117 | HDTV | LEAGUE, THE | 168 | THE90SKID | POSTREPLY |
| 00118 | HDHQ | LEAGUE, THE | 31 | EGERT | POSTREPLY |
| 00119 | HDTV | LEAVE IT TO BEAVER | 5 | DEANFROMUK | POSTREPLY |
| 00120 | HDTV | LEAVING AMISH | 2 | MAGZ | POSTREPLY |
| 00121 | WATCH | LEAVING AMISH PARADISE | 1 | .:F4F:. | POSTREPLY |
| 00122 | HDTV | LEBANON 2009 PROPER DVDRIP XVID HORIZON-ARTSUBS | 1 | IVANDJOLE123 | POSTREPLY |
| 00123 | HDTV | LEBRON JAMES 1HR SPECIAL ON ESPN | 0 | ARSENAL123 | POSTREPLY |
| 00124 | HDTV | LEE AND HERRING'S FIST OF FUN | 2 | DEANFROMUK | POSTREPLY |
| 00125 | HDTV | LEE EVANS - LIVE FROM THE WEST END | 1 | DABBY | POSTREPLY |
| 00126 | HDTV | LEE EVANS LIVE: THE DIFFERENT PLANET TOUR (1996) | 1 | BRADZINI | POSTREPLY |
| 00127 | HDTV | LEE EVANS UP CLOSE | 1 | MAGZ | POSTREPLY |
| 00128 | HDTV | LEE EVANS: BIG LIVE AT THE O2 DVDRIP (2008) | 0 | MANCMAN | POSTREPLY |
| 00129 | HDTV | LEE EVANS: ROADRUNNER - LIVE AT THE O2 (2011) | 2 | .:F4F:. | POSTREPLY |
| 00130 | HDTV | LEE HURST LIVE | 1 | DABBY | POSTREPLY |
| 00131 | HDTV | LEE MACK: GOING OUT LIVE (2010) | 2 | FRANTIK | POSTREPLY |
| 00132 | HDTV | LEE MACKS ALL STAR CAST | 11 | MAGZ | POSTREPLY |
| 00133 | HDTV | LEE NELSON WELL GOOD SHOW | 15 | MAGZ | POSTREPLY |
| 00134 | HDTV | LEE NELSONS WELL GOOD SHOW | 1 | BBALLUK | POSTREPLY |
| 00135 | HDTV | LEGACY FIGHTING CHAMPIONSHIPS | 2 | .:F4F:. | POSTREPLY |
| 00136 | HDTV | THE LEGACY OF STONE COLD STEVE AUSTIN | 0 | OLDSCHOOL | POSTREPLY |
| 00137 | HDTV | LEGACY OF THE SILVER SHADOW (2002) | 1 | SALEBRE | POSTREPLY |
| 00138 | HDTV | LEGEND - THE COMPLETE SERIES | 5 | DEANFROMUK | POSTREPLY |
| 00139 | HDTV | LEGEND OF BRUCE LEE, THE (2008) | 3 | DEN78 | POSTREPLY |
| 00140 | HDTV | LEGEND OF MADAME WHITE SNAKE (2006) CHINESE | 1 | SOOVEY | POSTREPLY |
| 00141 | HDTV | LEGEND OF ROBIN HOOD (1975) ,THE | 1 | SALEBRE | POSTREPLY |
| 00142 | HDTV | LEGEND OF THE CONDOR HEROES, THE (2003) [CHINESE] | 2 | JIANG480 | POSTREPLY |
| 00143 | HDTV | LEGEND OF THE CONDOR HEROES, THE (2008) [CHINESE] | 1 | JIANG480 | POSTREPLY |
| 00144 | HDTV | LEGEND OF THE DEMIGODS (2008) CHINESE | 1 | SOOVEY | POSTREPLY |

| | | | | | |
|---|---|---|---|---|---|
| 00145 | HDTV | LEGEND OF THE SEEKER | 99 | ASTUN | POSTREPLY |
| 00146 | MATCH | LEGEND OF THE SEEKER | 3 | wEETOW. | POSTREPLY |
| 00147 | HIGHDEF | LEGEND OF THE SEEKER 720P | 21 | MORGANS | POSTREPLY |
| 00148 | HDTV | LEGEND QUEST | 36 | JMH1971 | POSTREPLY |
| 00149 | HDTV | LEGENDARY SIN CITIES | 1 | JOCKO | POSTREPLY |
| 00150 | HDTV | LEGENDS OF FLIGHT (2010) | 1 | JELLOMAN | POSTREPLY |
| 00151 | HDTV | LEGENDS OF THE CANYON (2010) | 2 | .:F4F:. | POSTREPLY |
| 00152 | HDTV | LEGENDS OF THE HIDDEN TEMPLE (1993) | 1 | SALEBRE | POSTREPLY |
| 00153 | HDTV | LEGO STAR WARS THE PADAWAN MENACE | 1 | AYINSZE | POSTREPLY |
| 00154 | HIGHDEF | LENA - LIEBE MEINES LEBENS (GERMAN) 720P | 9 | TVFLGOD | POSTREPLY |
| 00155 | HDTV | LENNON NAKED (2010) | 1 | SJARIANEN | POSTREPLY |
| 00156 | HDTV | LEONARDO | 2 | TRAD | POSTREPLY |
| 00157 | HDTV | LES BEAUX MECS (2011) - FRENCH/FRANCE | 2 | GTR360 | POSTREPLY |
| 00158 | HDTV | LES MISÉRABLES (2000) | 3 | DEANFROMUK | POSTREPLY |
| 00159 | HDTV | LESS THAN KIND | 34 | .:F4F:. | POSTREPLY |
| 00160 | MATCH | LESS THAN KIND | 0 | CYBER2ND | POSTREPLY |
| 00161 | MICRO | LESS THAN KIND • 480P | 1 | CYBER2ND | POSTREPLY |
| 00162 | HIGHDEF | LESS THAN KIND 720P | 4 | VANZEMOLJAC. | POSTREPLY |
| 00163 | HDTV | LESS THAN PERFECT | 3 | FRANTIK | POSTREPLY |
| 00164 | HDTV | LET THEM EAT CAKE (1999) | 2 | JKFLASH1964 | POSTREPLY |
| 00165 | HDTV | LET'S SPEND THE NIGHT TOGETHER (1982) | 1 | TBTELLY | POSTREPLY |
| 00166 | HDTV | LET'S STAY TOGETHER | 80 | MAMMAJAMMA | POSTREPLY |
| 00167 | MATCH | LET'S STAY TOGETHER | 3 | .:F4F:. | POSTREPLY |
| 00168 | HIGHDEF | LET'S STAY TOGETHER • 720P | 5 | CYBER2ND | POSTREPLY |
| 00169 | HDTV | LETHAL WEAPONS OF LOVE AND PASSION (2006) CHINESE | 1 | SOOVEY | POSTREPLY |
| 00170 | HDTV | LETS DANCE FOR COMIC RELIEF | 4 | MAGZ | POSTREPLY |
| 00171 | HDTV | LETS DO LUNCH WITH GINO AND MEL | 11 | MAGZ | POSTREPLY |
| 00172 | HDTV | LEVEL 9 | 4 | THE90SKID | POSTREPLY |
| 00173 | HDTV | LEVEL UP | 15 | AYINSZE | POSTREPLY |
| 00174 | HDTV | LEVERAGE | 382 | MACIENNE_12 | POSTREPLY |
| 00175 | HIGHDEF | LEVERAGE | 96 | MCPHEE | POSTREPLY |
| 00176 | MATCH | LEVERAGE | 42 | JAY_TEE_619 | POSTREPLY |
| 00177 | HDTV | LEWIS | 45 | MAMMAJAMMA | POSTREPLY |
| 00178 | MATCH | LEWIS | 5 | CYBER2ND | POSTREPLY |
| 00179 | HIGHDEF | LEWIS • 720P | 8 | CYBER2ND | POSTREPLY |
| 00180 | HDTV | LEWIS BLACK - BLACK ON BROADWAY (2003) | 1 | JUNESONGPROVIDER | POSTREPLY |
| 00181 | HDTV | LEWIS BLACK'S ROOT OF ALL EVIL | 1 | BELLE05 | POSTREPLY |
| 00182 | HDTV | LEXX | 8 | DTOMMY79 | POSTREPLY |
| 00183 | HDTV | LIAR GAME [JAPANESE] | 3 | THE90SKID | POSTREPLY |
| 00184 | HDTV | LIBRARIANS, THE | 6 | CYBER2ND | POSTREPLY |
| 00185 | HDTV | LIDIA'S FAMILY TABLE (LIDIA BASTIANICH) | 1 | ZXCVBN123 | POSTREPLY |
| 00186 | HDTV | LIE TO ME | 301 | VAMP666 | POSTREPLY |
| 00187 | MP4 | LIE TO ME | 17 | APD_BLACKOPS | POSTREPLY |
| 00188 | MATCH | LIE TO ME | 12 | JAY_TEE_619 | POSTREPLY |
| 00189 | HIGHDEF | LIE TO ME | 32 | ENKI | POSTREPLY |
| 00190 | HDTV | LIE TO ME (2011) [COMPLETE] KOREAN | 1 | SOOVEY | POSTREPLY |
| 00191 | HDTV | LIFE | 4 | FALLAH | POSTREPLY |
| 00192 | HDTV | LIFE | 1 | .:F4F:. | POSTREPLY |
| 00193 | HDTV | LIFE | 3 | SKEMBEAR | POSTREPLY |
| 00194 | HIGHDEF | LIFE (2009) BBC | 32 | YASIR | POSTREPLY |
| 00195 | HDTV | THE LIFE & TIMES OF GRIZZLY ADAMS | 1 | KATIE85 | POSTREPLY |
| 00196 | HDTV | LIFE & TIMES OF ROGER ROGERSON, THE BEYOND BLUE MURDER | 1 | LUFFY | POSTREPLY |
| 00197 | HDTV | LIFE 2.0 (2010) | 1 | .:F4F:. | POSTREPLY |
| 00198 | HDTV | LIFE 2.0 (OWN) | 1 | JOCKO | POSTREPLY |
| 00199 | HDTV | LIFE AFTER DINOSAURS | 1 | .:F4F:. | POSTREPLY |
| 00200 | HDTV | LIFE AFTER PEOPLE | 7 | HOPKINS | POSTREPLY |

| | | | | |
|---|---|---|---|---|
| 00201 | HDTV | LIFE AFTER PEOPLE | 1 | RFROMP | POSTREPLY |
| 00202 | HDTV | LIFE AND LOVES OF A SHE-DEVIL , THE | 2 | DEANFROMUK | POSTREPLY |
| 00203 | HDTV | THE LIFE AND TIMES OF TIM | 42 | .:F4F:. | POSTREPLY |
| 00204 | MP4 | THE LIFE AND TIMES OF TIM | 1 | UNLIMITED | POSTREPLY |
| 00205 | HDHDR | THE LIFE AND TIMES OF TIM 720P | 6 | WASITARATISAW | POSTREPLY |
| 00206 | HDTV | LIFE AND TIMES OF VIVIENNE VYLE , THE | 2 | DEANFROMUK | POSTREPLY |
| 00207 | HDTV | LIFE AS WE KNOW IT | 1 | DEANFROMUK | POSTREPLY |
| 00208 | HDTV | LIFE IN A COTTAGE GARDEN WITH CAROL KLEIN | 3 | MAGZ | POSTREPLY |
| 00209 | HDTV | LIFE IN A DAY (2011) | 2 | DABBY | POSTREPLY |
| 00210 | HDTV | LIFE IN A DAY (2011) | 3 | .:F4F:. | POSTREPLY |
| 00211 | HDTV | LIFE IN THE UNDERGROWTH (2005) | 2 | DEANFROMUK | POSTREPLY |
| 00212 | HDTV | LIFE IS BEAUTIFUL (2010) KOREAN | 5 | SOOVEY | POSTREPLY |
| 00213 | HDTV | LIFE IS WILD | 5 | IVAN_PSP | POSTREPLY |
| 00214 | HDTV | LIFE OF DESPISED MATSUKO, THE (2007) JAPANESE | 1 | SOOVEY | POSTREPLY |
| 00215 | HDTV | LIFE OF MUHAMMAD, THE | 8 | .:F4F:. | POSTREPLY |
| 00216 | HDTV | LIFE OF RILEY | 27 | CYBER2ND | POSTREPLY |
| 00217 | HDHDR | LIFE OF RILEY • 720P | 3 | CYBER2ND | POSTREPLY |
| 00218 | HDTV | LIFE OF RYAN | 4 | DEANFROMUK | POSTREPLY |
| 00219 | HDTV | LIFE ON A STICK | 1 | TVFLGOD | POSTREPLY |
| 00220 | HDHDR | LIFE ON A WIRE | 1 | KIRMEL | POSTREPLY |
| 00221 | HDTV | LIFE ON A WIRE (2011) | 4 | LUMBPERRY | POSTREPLY |
| 00222 | HDTV | LIFE ON MARS | 9 | DEANFROMUK | POSTREPLY |
| 00223 | HDTV | LIFE ON MARS (US) | 11 | TOPHERJ | POSTREPLY |
| 00224 | HDHDR | LIFE ON MARS (US) | 2 | BAGGA_FAHAD | POSTREPLY |
| 00225 | HDTV | LIFE ON TOP-2009 | 2 | BAGGA_FAHAD | POSTREPLY |
| 00226 | HDTV | LIFE UNEXPECTED | 11 | CATH | POSTREPLY |
| 00227 | WATCH | LIFE UNEXPECTED | 5 | JAKICHAN2010 | POSTREPLY |
| 00228 | HDHDR | LIFE UNEXPECTED 720P/1080I | 22 | JASONBOURNE | POSTREPLY |
| 00229 | HDTV | LIFE WITH DEREK | 7 | THE90SKID | POSTREPLY |
| 00230 | HDTV | LIFE WITH LOUIE | 3 | JIANG480 | POSTREPLY |
| 00231 | HDTV | LIFE'S TOO SHORT | 58 | JMH1971 | POSTREPLY |
| 00232 | WATCH | LIFE'S TOO SHORT | 7 | CYBER2ND | POSTREPLY |
| 00233 | HDHDR | LIFE'S TOO SHORT • 720P | 18 | CYBER2ND | POSTREPLY |
| 00234 | HDTV | LIGHT FANTASTIC | 2 | DEANFROMUK | POSTREPLY |
| 00235 | HDTV | THE LIGHTHOUSE STEVENSONS | 1 | MAGZ | POSTREPLY |
| 00236 | HDTV | LIGHTS OUT | 47 | MAMMAJAMMA | POSTREPLY |
| 00237 | HDTV | LIGHTS OUT (2011) | 2 | .:F4F:. | POSTREPLY |
| 00238 | HDTV | LILIES | 2 | DEANFROMUK | POSTREPLY |
| 00239 | HDTV | LILLIE - DOCUDRAMA MASTERPIECE THEATRE/BBC CLASSIC (1979) | 1 | CHIEF | POSTREPLY |
| 00240 | HDTV | LILY ALLEN FROM RAGS TO RICHES | 7 | MAGZ | POSTREPLY |
| 00241 | HDTV | LILY SAVAGE - LIVE & OUTRAGEOUS | 1 | DABBY | POSTREPLY |
| 00242 | HDTV | LIMMYS SHOW | 8 | MAGZ | POSTREPLY |
| 00243 | HDTV | LINCOLN HEIGHTS | 6 | JIANG480 | POSTREPLY |
| 00244 | HDTV | LINDSAY LOHAN'S INDIAN JOURNEY (2010) | 5 | DILLAN | POSTREPLY |
| 00245 | HDTV | LINE OF FIRE | 7 | DEANFROMUK | POSTREPLY |
| 00246 | HDTV | LINE, THE | 8 | THE90SKID | POSTREPLY |
| 00247 | HDTV | LINGERIE | 5 | DEANFROMUK | POSTREPLY |
| 00248 | HDTV | LION MAN , THE | 4 | DEANFROMUK | POSTREPLY |
| 00249 | HDTV | LIP SERVICE | 21 | CYBER2ND | POSTREPLY |
| 00250 | WATCH | LIP SERVICE | 1 | CYBER2ND | POSTREPLY |
| 00251 | HDHDR | LIP SERVICE • 720P/1080I | 3 | CYBER2ND | POSTREPLY |
| 00252 | HDTV | LIPSTICK JUNGLE | 3 | CYBER2ND | POSTREPLY |
| 00253 | HDTV | LIPSTICK ON YOUR COLLAR | 2 | DEANFROMUK | POSTREPLY |
| 00254 | HDTV | LISA LAMPANELLI - TOUGH LOVE (2011) | 1 | DABBY | POSTREPLY |
| 00255 | HDTV | LISA LAMPANELLI: TAKE IT LIKE A MAN (2005) | 1 | DABBY | POSTREPLY |
| 00256 | HDTV | LISA RAYE THE REAL MCCOY | 12 | MAGZ | POSTREPLY |

| | | | | | |
|---|---|---|---|---|---|
| 00257 | WATCH | LISA WILLIAMS LIFE AMONG THE DEAD | 1 | SAMMY99 | POSTREPLY |
| 00258 | WATCH | LISTENER, THE | 7 | BOQ | POSTREPLY |
| 00259 | HDTV | LISTENER, THE | 99 | THE90SKID | POSTREPLY |
| 00260 | HIGHDEF | LISTENER, THE | 1 | STEVEAGOONER | POSTREPLY |
| 00261 | HDTV | THE LISTENING PROJECT 2008 | 1 | DABBY | POSTREPLY |
| 00262 | HDTV | LITTLE BRITAIN (UK) | 1 | DEANFROMUK | POSTREPLY |
| 00263 | HDTV | LITTLE BRITAIN (USA) | 3 | THE90SKID | POSTREPLY |
| 00264 | HDTV | THE LITTLE COUPLE | 17 | MAGZ | POSTREPLY |
| 00265 | HDTV | LITTLE CRACKERS (SKY1) | 6 | DABBY | POSTREPLY |
| 00266 | HDTV | LITTLE DORRIT | 6 | DEANFROMUK | POSTREPLY |
| 00267 | HDTV | LITTLE ENGLAND | 21 | MAGZ | POSTREPLY |
| 00268 | HDTV | LITTLE GIRL K (2011) KOREAN [COMPLETE] | 1 | SOOVEY | POSTREPLY |
| 00269 | HDTV | LITTLE HOUSE ON THE PRAIRIE (1974) | 20 | ENKI | POSTREPLY |
| 00270 | HDTV | LITTLE HOUSE, THE | 3 | MAGZ | POSTREPLY |
| 00271 | HDTV | LITTLE MOSQUE ON THE PRAIRIE | 82 | ZENICA | POSTREPLY |
| 00272 | WATCH | LITTLE MOSQUE ON THE PRAIRIE | 3 | .:I F4F:. | POSTREPLY |
| 00273 | HIGHDEF | LITTLE MOSQUE ON THE PRAIRIE • 720P | 3 | CHEER2ND | POSTREPLY |
| 00274 | WATCH | LITTLE PEOPLE BIG WORLD | 2 | JAY_TEE_619 | POSTREPLY |
| 00275 | HDTV | LITTLE PEOPLE, BIG WORLD | 36 | TVFLGOD | POSTREPLY |
| 00276 | HIGHDEF | LITTLE PEOPLE, BIG WORLD 720P | 3 | TVFLGOD | POSTREPLY |
| 00277 | HDTV | LITTLE PRINCESS | 1 | THE90SKID | POSTREPLY |
| 00278 | HDTV | THE LITTLE RASCALS (VARIOUS EPISODES 1926-1933) | 1 | DABBY | POSTREPLY |
| 00279 | HDTV | THE LITTLEST HOBO | 3 | KATIE88 | POSTREPLY |
| 00280 | HDTV | LIVE AT THE APOLLO | 29 | .:I F4F:. | POSTREPLY |
| 00281 | HDTV | LIVE FROM THE ARTISTS DEN | 4 | GIGABYTE | POSTREPLY |
| 00282 | HDTV | LIVE N DEADLY | 1 | MAGZ | POSTREPLY |
| 00283 | HDTV | LIVE TO DANCE | 18 | MAMMAJAMMA | POSTREPLY |
| 00284 | WATCH | LIVE TO DANCE | 1 | MAMMAJAMMA | POSTREPLY |
| 00285 | HDTV | LIVE! WITH KELLY | 10 | REB-CAPS | POSTREPLY |
| 00286 | HDTV | LIVIN' FOR THE APOCALYPSE (TLC) | 1 | JOCKO | POSTREPLY |
| 00287 | HDTV | LIVING IN EMERGENCY STORIES OF DOCTORS WITHOUT BORDERS (2008 | 1 | JELLOMAN | POSTREPLY |
| 00288 | HDTV | LIVING IN YOUR CAR | 35 | CYBERKING | POSTREPLY |
| 00289 | HDTV | LIVING ON MARS | 5 | .:I F4F:. | POSTREPLY |
| 00290 | HDTV | LIVING ON MARS (2010) | 2 | CHIEF | POSTREPLY |
| 00291 | HDTV | LIVING SINGLE | 4 | THE90SKID | POSTREPLY |
| 00292 | HDTV | LIVING WITH ED | 5 | DEANFROMUK | POSTREPLY |
| 00293 | HDTV | LIVING WITH FRAN | 1 | THE90SKID | POSTREPLY |
| 00294 | HDTV | LIVING WITH THE AMISH | 24 | MAGZ | POSTREPLY |
| 00295 | HDTV | LIZ SMITH SUMMER CRUISE | 1 | MAGZ | POSTREPLY |
| 00296 | HDTV | LIZA AND HUEY'S PET NATIO | 2 | TVFLGOD | POSTREPLY |
| 00297 | HDTV | LIZARD KINGS 1080I | 0 | KEENAA | POSTREPLY |
| 00298 | HDTV | LIZARD LICK TOWING | 35 | MAMMAJAMMA | POSTREPLY |
| 00299 | HDTV | LIZZIE MCGUIRE | 13 | STATICSENSE | POSTREPLY |
| 00300 | HIGHDEF | LOBSTERMEN 1080I | 1 | KEENAA | POSTREPLY |
| 00301 | HDTV | LOCATION, LOCATION, LOCATION | 61 | MAGZ | POSTREPLY |
| 00302 | HDTV | LOCK N LOAD WITH R. LEE ERMEY | 1 | EGERT | POSTREPLY |
| 00303 | HDTV | LOCK STOCK ... THE SERIES | 3 | DEANFROMUK | POSTREPLY |
| 00304 | HDTV | THE LOCK UP (UK) | 9 | GIGABYTE | POSTREPLY |
| 00305 | HDTV | LOCKIE LEONARD (2007) | 1 | SALEBRE | POSTREPLY |
| 00306 | HDTV | LOCKS AND QUAYS | 3 | MAMMAJAMMA | POSTREPLY |
| 00307 | HIGHDEF | LOCKUP MSNBC | 4 | HJMMEL | POSTREPLY |
| 00308 | HDTV | LOCKUP (2010) | 74 | MAGZ | POSTREPLY |
| 00309 | HDTV | LOGAN'S RUN | 10 | CEPE | POSTREPLY |
| 00310 | MP4 | LOIS & CLARK | 7 | APO_BLACKOPS | POSTREPLY |
| 00311 | HDTV | LOIS & CLARK: THE NEW ADVENTURES OF SUPERMAN | 5 | HELLS BELLS | POSTREPLY |

| | | | | | |
|---|---|---|---|---|---|
| 00312 | HDTV | LONDON INK | 3 | DEANFROMUK | POSTREPLY |
| 00313 | HDTV | LONDON NOBODY KNOWS ,THE | 2 | HOPKINS | POSTREPLY |
| 00314 | HDTV | LONE GUNMEN, THE | 7 | 3US | POSTREPLY |
| 00315 | HDTV | THE LONE RANGER (1949) - SEASON 1 | 3 | STBOOKS | POSTREPLY |
| 00316 | HDTV | LONE STAR | 19 | MAMMAJAMMA | POSTREPLY |
| 00317 | PROHDM | LONE STAR 720P | 4 | TVFLGOD | POSTREPLY |
| 00318 | HDTV | LONE WOLF (1954),THE | 1 | SALEBRE | POSTREPLY |
| 00319 | HDTV | LONESOME DOVE | 8 | JASONBOURNE | POSTREPLY |
| 00320 | HDTV | LONESOME DOVE : THE OUTLAW YEARS | 14 | DEANFROMUK | POSTREPLY |
| 00321 | PROHDM | LONESOME DOVE 720P | 4 | JASONBOURNE | POSTREPLY |
| 00322 | HDTV | THE LONG GOODBYE (2010) | 1 | DABBY | POSTREPLY |
| 00323 | HDTV | LONG ISLAND MEDIUM (TLC) | 30 | LUMBPERRY | POSTREPLY |
| 00324 | HDTV | THE LONG ISLAND SERIAL KILLER | 3 | JOCKO | POSTREPLY |
| 00325 | HDTV | LONG LOST FAMILY | 1 | WHITEROSE63 | POSTREPLY |
| 00326 | HDTV | LONG VACATION [JAPANESE] | 2 | THE90SKID | POSTREPLY |
| 00327 | HDTV | LONG WAY ROUND | 3 | DEANFROMUK | POSTREPLY |
| 00328 | HDTV | LONGITUDE | 1 | TVFLGOD | POSTREPLY |
| 00329 | HDTV | LOOKING BACK IN ANGER (CANTONESE/MANDARIN) | 1 | THE90SKID | POSTREPLY |
| 00330 | PROHDM | THE LOONEY TUNES 2011 720P | 6 | XJONX | POSTREPLY |
| 00331 | MP4 | THE LOONEY TUNES SHOW 2011 | 10 | IRWIN84 | POSTREPLY |
| 00332 | HDTV | LOOP , THE | 4 | DEANFROMUK | POSTREPLY |
| 00333 | HDTV | LOOSE CHANGE 9/11: AN AMERICAN COUP (2009) | 4 | EGERT | POSTREPLY |
| 00334 | HDTV | LOOSE WOMEN | 17 | MAGZ | POSTREPLY |
| 00335 | HDTV | LOPEZ TONIGHT | 94 | .:F4F:. | POSTREPLY |
| 00336 | HDTV | LORD PETER WIMSEY COLLECTION | 1 | SALEBRE | POSTREPLY |
| 00337 | HDTV | LORRAINE KELLY'S NEXT BIG FAT CHALLENGE | 2 | MAGZ | POSTREPLY |
| 00338 | HDTV | LORRAINE'S LAST MINUTE CHRISTMAS | 1 | MAGZ | POSTREPLY |
| 00339 | PROHDM | LOS 80 (CHILE) 720P | 1 | TVFLGOD | POSTREPLY |
| 00340 | HDTV | LOSE THE BACK PAIN COMPLETE SYSTEM | 3 | MATACHILANGOS | POSTREPLY |
| 00341 | HDTV | LOSING IT WITH JILLIAN | 8 | .:F4F:. | POSTREPLY |
| 00342 | HDTV | LOST | 118 | LARA_K | POSTREPLY |
| 00343 | MP4 | LOST | 3 | JIANG480 | POSTREPLY |
| 00344 | PROHDM | LOST - 1080P | 1 | :) | POSTREPLY |
| 00345 | MATCH | LOST (2004-2010) | 3 | COCKROBERTS | POSTREPLY |
| 00346 | PROHDM | LOST 720P | 41 | :) | POSTREPLY |
| 00347 | HDTV | LOST CHRISTMAS BBC 2011 | 7 | MAMMAJAMMA | POSTREPLY |
| 00348 | HDTV | LOST FLEET OF COLUMBUS | 1 | JOCKO | POSTREPLY |
| 00349 | HDTV | LOST FUTURE,THE (2010) | 3 | CHIEF | POSTREPLY |
| 00350 | HDTV | LOST GIRL | 305 | JELLOMAN | POSTREPLY |
| 00351 | MATCH | LOST GIRL | 35 | JAKICHAN2010 | POSTREPLY |
| 00352 | PROHDM | LOST GIRL • 720P | 81 | CYBERPUNK1 | POSTREPLY |
| 00353 | HDTV | LOST HEROES OF WORLD WAR ONE | 7 | MAGZ | POSTREPLY |
| 00354 | HDTV | LOST IN AUSTEN | 8 | 3US | POSTREPLY |
| 00355 | HDTV | LOST IN LA MANCHA (2002) - DVDRIP | 2 | DABBY | POSTREPLY |
| 00356 | HDTV | LOST IN SPACE | 5 | DEANFROMUK | POSTREPLY |
| 00357 | HDTV | LOST IN THE NEVADA TRIANGLE | 1 | JOCKO | POSTREPLY |
| 00358 | HDTV | THE LOST ISLANDS (1976) | 4 | STBOOKS | POSTREPLY |
| 00359 | PROHDM | LOST LAND OF THE TIGER 1080I | 2 | KEENAA | POSTREPLY |
| 00360 | HDTV | LOST LAND OF THE VOLCANO | 3 | DEANFROMUK | POSTREPLY |
| 00361 | HDTV | LOST LAND OF THE VOLCANO (2009) | 1 | EGERT | POSTREPLY |
| 00362 | MICRO | LOST M-HD | 3 | DILLAN | POSTREPLY |
| 00363 | HDTV | THE LOST MUMMY OF IMHOTEP | 1 | JOCKO | POSTREPLY |
| 00364 | HDTV | LOST ROOM , THE | 22 | DEANFROMUK | POSTREPLY |
| 00365 | HDTV | LOST ROOM ( 2006 ), THE | 1 | LEOPARDS | POSTREPLY |
| 00366 | HDTV | LOST SCIENCE OF THE BIBLE | 1 | JELLOMAN | POSTREPLY |
| 00367 | HDTV | LOST SEASONS 1-2-3-4-5-6 99MB | 5 | JIANG480 | POSTREPLY |

| | | | | | |
|---|---|---|---|---|---|
| 00368 | HDTV | LOST TAPES | 1 | CPOSTINGS | POSTREPLY |
| 00369 | HDTV | LOST TEMPLE TO THE GODS | 1 | JOCKO | POSTREPLY |
| 00370 | HDTV | LOST WORLD , THE | 8 | DEANFROMUK | POSTREPLY |
| 00371 | HDTV | THE LOST WORLD OF MITCHELL AND KENYON | 2 | MAGZ | POSTREPLY |
| 00372 | HDTV | LOST WORLDS | 3 | JOCKO | POSTREPLY |
| 00373 | HDTV | LOST: THE MYSTERY OF FLIGHT 447 | 2 | .:F4F:. | POSTREPLY |
| 00374 | HDTV | THE LOTTERY CHANGED MY LIFE | 6 | MAMMAJAMMA | POSTREPLY |
| 00375 | HDTV | LOTUS LANTERN (2005) CHINESE | 1 | SOOVEY | POSTREPLY |
| 00376 | HDTV | LOUIE | 77 | KFP | POSTREPLY |
| 00377 | WATCH | LOUIE | 4 | JAKICHAN2010 | POSTREPLY |
| 00378 | HIGHDEF | LOUIE 720P | 39 | TVFLGOD | POSTREPLY |
| 00379 | HDTV | LOUIE SPENCE'S SHOWBUSINESS | 1 | MAGZ | POSTREPLY |
| 00380 | HDTV | LOUIS C K HILARIOUS (2010) | 3 | FROST3R | POSTREPLY |
| 00381 | HDTV | LOUIS C.K. - CHEWED UP (2008) | 2 | JUNESONGPROVIDER | POSTREPLY |
| 00382 | HDTV | LOUIS C.K.: LIVE AT THE BEACON THEATER (2011) | 2 | .:F4F:. | POSTREPLY |
| 00383 | HDTV | LOUIS C.K.: SHAMELESS (2007) | 1 | .:F4F:. | POSTREPLY |
| 00384 | HDTV | LOUIS THEROUX - AMERICA'S MOST HATED FAMILY IN CRISIS | 2 | MAGZ | POSTREPLY |
| 00385 | HDTV | LOUIS THEROUX - WHEN LOUIS MET... | 8 | PEWELENG | POSTREPLY |
| 00386 | HDTV | LOUIS THEROUX AMERICAS MOST DANGEROUS PETS | 1 | MAGZ | POSTREPLY |
| 00387 | HDTV | LOUIS THEROUX ULTRA ZIONISTS | 1 | .:F4F:. | POSTREPLY |
| 00388 | HDTV | LOUIS THEROUX-MIAMI MEGAJAIL | 10 | .:F4F:. | POSTREPLY |
| 00389 | HDTV | LOUIS WALSH AND KIAN EGANS NEXT BIG THING WONDERLAND | 1 | MAGZ | POSTREPLY |
| 00390 | HDTV | LOVE AND HIPHOP | 58 | MAGZ | POSTREPLY |
| 00391 | HDTV | LOVE AT FIRST FIGHT [CHINESE] | 1 | THE90SKID | POSTREPLY |
| 00392 | HDTV | LOVE BITES | 100 | TABIPEICH | POSTREPLY |
| 00393 | WATCH | LOVE BITES (2011) | 8 | NONAME_NOBODY | POSTREPLY |
| 00394 | HIGHDEF | LOVE BITES • 720P/1080I | 19 | TABIPEICH | POSTREPLY |
| 00395 | HDTV | LOVE BOAT ,THE | 21 | THE90SKID | POSTREPLY |
| 00396 | HDTV | THE LOVE BOAT (1977) | 2 | STBOOKS | POSTREPLY |
| 00397 | WATCH | LOVE GAMES BAD GIRLS NEED LOVE TOO | 2 | WEBTREV | POSTREPLY |
| 00398 | HDTV | LOVE GAMES: BAD GIRLS NEED LOVE TOO | 43 | RICANJOEY08 | POSTREPLY |
| 00399 | HDTV | LOVE HANDLES: COUPLES IN CRISIS | 4 | LUMBPERRY | POSTREPLY |
| 00400 | HDTV | LOVE HATE AND PROPAGANDA | 2 | MAGZ | POSTREPLY |
| 00401 | HDTV | LOVE IN A COLD CLIMATE (1980) | 1 | SALEBRE | POSTREPLY |
| 00402 | HDTV | LOVE IN THE WILD | 45 | MAMMAJAMMA | POSTREPLY |
| 00403 | HDTV | LOVE MONKEY | 1 | R40735 | POSTREPLY |
| 00404 | HDTV | LOVE MONKEY (2006) | 1 | OBIDIJUS | POSTREPLY |
| 00405 | HDTV | LOVE ON THE TRANSPLANT LIST | 1 | MAGZ | POSTREPLY |
| 00406 | HDTV | LOVE SHUFFLE [JAPANESE] | 1 | THE90SKID | POSTREPLY |
| 00407 | HDTV | LOVE SOUP | 2 | DEANFROMUK | POSTREPLY |
| 00408 | HDTV | LOVE THAT GIRL | 59 | MAGZ | POSTREPLY |
| 00409 | HDTV | LOVE THEY NEIGHBOUR (2011) | 15 | MAGZ | POSTREPLY |
| 00410 | HDTV | LOVE THY NEIGHBOUR, A | 3 | DEANFROMUK | POSTREPLY |
| 00411 | HDTV | LOVE TO KILL, A (2005) KOREAN | 2 | SOOVEY | POSTREPLY |
| 00412 | HDTV | LOVE WE MAKE, THE (2011) | 1 | .:F4F:. | POSTREPLY |
| 00413 | HDTV | LOVE YOUR GARDEN | 12 | MAGZ | POSTREPLY |
| 00414 | HIGHDEF | LOVE/HATE | 1 | NATHAN74 | POSTREPLY |
| 00415 | HDTV | LOVE/HATE | 5 | HCTB | POSTREPLY |
| 00416 | HDTV | LOVEJOY | 16 | F1RSTN1GHT | POSTREPLY |
| 00417 | HDTV | LOVERS IN PARIS (2004) KOREAN | 2 | SOOVEY | POSTREPLY |
| 00418 | HDTV | LUCHA LIBRE USA: MASKED WARRIORS | 1 | TVFLGOD | POSTREPLY |
| 00419 | WATCH | LUCK (2011) | 5 | NONAME_NOBODY | POSTREPLY |
| 00420 | WATCH | LUCK (HBO) | 27 | MAMMAJAMMA | POSTREPLY |
| 00421 | HIGHDEF | LUCK (HBO) - 720P | 5 | HIMMEL | POSTREPLY |
| 00422 | HDTV | LUCKY (2010) | 2 | .:F4F:. | POSTREPLY |
| 00423 | WATCH | LUCKY (2010) | 1 | .:F4F:. | POSTREPLY |

| | | | | | |
|---|---|---|---|---|---|
| 00424 | HDTV | LUCKY LOUIE | 18 | RICANJOEY08 | POSTREPLY |
| 00425 | HDTV | LUCKY LUKE (1993) – COMPLETE | 1 | STBOOKS | POSTREPLY |
| 00426 | HDTV | LUCY SHOW (1962) ,THE | 1 | SALEBRE | POSTREPLY |
| 00427 | HDTV | LUKE NGUYEN'S VIETNAM (2009) | 7 | BURNEGGROLL | POSTREPLY |
| 00428 | HDTV | LUNCH MONKEYS | 18 | THE90SKID | POSTREPLY |
| 00429 | HDTV | LUTHER | 87 | CYBER2ND | POSTREPLY |
| 00430 | WATCH | LUTHER | 6 | JAY_TEE_619 | POSTREPLY |
| 00431 | HDHD? | LUTHER • 720P/1080P | 16 | CYBER2ND | POSTREPLY |
| 00432 | HDTV | THE LYING GAME | 169 | TAKKIE | POSTREPLY |
| 00433 | WATCH | THE LYING GAME | 12 | BLACKANGEL666 | POSTREPLY |
| 00434 | HDHD? | THE LYING GAME 720P | 40 | TRAD | POSTREPLY |
| 00435 | HDTV | LYNDEY AND BLAIRS TASTE OF GREECE | 6 | MAGZ | POSTREPLY |

page loaded in 0.024885892868042 seconds
© tvfreeload.com - produced by tvfreeload a-z script

tvfreeload© is powered by phpBB
Download free tv shows, movies and anime with TVFreeload! Registration is free and quick! Download Free TV Shows | Download Free Movies | Download Free Anime & Cartoons!
Download Free Lost Episodes | Download Free Prison Break Episodes | Download Free Glee Episodes | Download Free House Episodes | And Much More!...



http://free-download-ebooks.com/






The 5th edition of this indispensable resource captures the latest insights in neonatal neurology in a totally engaging, readable manner. World authority Dr. Joseph Volpe has completely revised his masterwork from cover to cover, describing everything from the most up-to-the-minute discoveries in genetics through the latest advances in the diagnosis and management of neurologic disorders. He delivers all the clinical guidance you need to provide today's most effective care for neonates with neur

### Neurology of the Newborn



The 5th edition of this indispensable resource captures the latest insights in neonatal neurology in a totally engaging, readable manner. World authority Dr. Joseph Volpe has completely revised his masterwork from cover to cover, describing everything from the most up-to-the-minute discoveries in genetics through the latest advances in the diagnosis and management of neurologic disorders. He delivers all the clinical guidance you need to provide today's most effective care for neonates with neur

### [EX] Electronic Devices (Conventional Current Version) (9th



Electronic Devices (Conventional Current Version), Ninth Edition, provides a solid foundation in basic analog electronics and a thorough introduction to analog integrated circuits and programmable devices. The text identifies the circuits and components within a system, helping students see how the circuit relates to the overall system function. Full-color photos and illustrations and easy-to-follow worked examples support the text's strong emphasis on real-world application and troubleshooting.

### Computeractive 故?February 2012



English | 100 pages | PDF | 99.3 Mb



Computeractive 娀?February 2012

English | 100 pages | PDF | 99.3 Mb

Read more...

[EX] Effective Human Relations: Interpersonal and Organizati

Teach students the human relation skills they need to become successful managers in today's workplace with Reece,Brandt,Howie's EFFECTIVE HUMAN RELATIONS: INTERPERSONAL AND ORGANIZATIONAL APPLICATIONS, 11E. One of the most widely used human relations texts available, this comprehensive, practical text uses an organizational perspective to help students understand the disparate factors that influence employee behavior. Hundreds of examples of real human relations issues and practices in successfu

Read more...

Men娃 Journal USA - March 2012

English | PDF | 141 pages | 131 mb

Read more...

[EX] Effective C#: 50 Specific Ways to Improve Your C#, Seco



Effective C#, Second Edition, follows a clear format that makes it indispensable to hundreds of thousands of developers: clear, practical explanations, expert tips, and plenty of realistic code examples. Drawing on his unsurpassed C# experience, Wagner addresses everything from types to resource management to dynamic typing to multicore support in the C# language and the .NET framework. Along the way, he shows how to avoid common pitfalls in the C# language and the .NET environment. You蒼ll learn

Read more...

**DK State-by-state Atlas**

DK State-by-state Atlas

Read more...

**[EX] Drools Developer's Cookbook**

This book teaches you how to create a more robust business rules implementation, starting with tips on how to write business rules manually, or by using the newest Guvnor rule editors. You will learn how your rules can be integrated with another framework to create a full solution and discover how to use complex features such as event processing. The recipes cover all of the Drools modules and will help you to solve problems with planning, remote execution, and much more.

Read more...

**[EX] Drupal 7 Business Solutions**

http://free-download-ebooks.com/

You'll start by adding blogs and images to your website. Then you'll learn how to add a VIP section to your site so that you can give your logged in users special discounts and other VIP freebies. Next, you will learn to send your customers e-mail newsletters and show them a dynamic events calendar.

🚩 Read more...

**[EX] Drupal 7 Business Solutions**



You'll start by adding blogs and images to your website. Then you'll learn how to add a VIP section to your site so that you can give your logged in users special discounts and other VIP freebies. Next, you will learn to send your customers e-mail newsletters and show them a dynamic events calendar.

🚩 Read more...

**[MULTI] SS:The Secret Archives - Western Front**

❌

The dreaded and powerful Nazi SS (or Schutzstaffel) began as the elite corps of bodyguards to Hitler, under the command of the infamous Heinrich Himmler. The SS soon expanded to include an intelligence arm and, from 1940 to 1945, an elite military corps, the Waffen-SS. This book is part of the two-volume The Secret Archives set that chronicles the exploits of the Waffen-SS, using information collected from old albums, as well as from newspaper and divisional archives. It includes a wealth of pho

🚩 Read more...

First   Previous   **1**   2   3   4   5   6   7   8   9   10   ...   Next   Last

Disclaimer: This site does not store any files on its server. We only index and link to content provided by other sites. Please contact the content providers to delete copyright contents if any and email us, we'll remove relevant links or contents immediately.
Powered by getDDLsite.com



Новые игры каждый день!

FreeFullGames.ru

Сортировать статьи по: дате | популярности | посещаемости | комментариям | алфавиту



**Меню**
- >>Главная страница
- >>>Аркадные
- >>>Логические
- >>>Квесты, Я ищу
- >>>Симуляторы
- >>>Арканоиды
- >>>Танцаром
- >>>Зуманоиды
- >>>Стратегия и RPG
- >>>Стрелялки
- >>>Спортивные
- >>>Детские
- Браузерные онлайн игры
- Завести питомца




**Поиск по сайту:**
Имя:

Пароль (Забыл?):

Войти

**Интересное в сети:**


День Всех Влюбленных


День Святого Валентина


День Всех Влюбленных


Войны Империй


Онлайн казино LIVE с голыми крупье!


Новая ролевая MMORPG! 10000 лет до нашей эры! Начните охоту на мамонта


Стриптиз в казино! Смотрите уже сейчас


Мезолит



## Кафе каменного века - полная версия



**Версия: поставь и играй (без ограничений по времени)**

Добро пожаловать в пещерный ресторанчик! Здесь очень уютно, красиво и современно. Все сделано по последней моде: глиняная посуда, листья-салфетки, каменные стулья и столы, экзотические цветы и, главное, отличное меню.
... Читать дальше >

Категория:Игры | Игры:Симуляторы, правел подай, тайм менеджмент сп | Просмотров: 348 | Дата: Вчера, 12:28 | Комментариев 0

## Легенда о большой рыбе - полная версия




**Версия: поставь и играй (без ограничений по времени)**

Отправляйтесь в невероятное путешествие за легендарной рыбой! Докажите, что вы можете выдержать все испытания: что ни ядовитые скорпионы, ни знойное солнце пустыни, ни ледяное пустою не смогут остановить вас! А ведь все начиналось довольно буднично — нашему герою было скучно одним пасмурным летним днем.
... Читать дальше >

Категория:Игры | Игры:Аркадные игры, бегалки, бродилки, приключения скаи | Просмотров: 471 | Дата: 12-02-2012, 19:14 | Комментариев 0

## Загадки полуночи: призрачный Гудини - полная версия



**Версия: поставь и играй (без ограничений по времени)**

В этой удивительной и мистической игре вам предстоит выяснить загадочные обстоятельства смерти знаменитого Гарри Гудини. Его жена безуспешно многие годы пыталась установить контакт с ним, проводя спиритические сеансы. Но многочисленные попытки не увенчались успехом. Поэтому она обратилась за помощью к вам. Собирайте скрытые предметы, решайте сложные головоломки, чтобы выяснить, кто же убил Гарри Гудини, и навсегда воссоединить души Гарри и его жены.
... Читать дальше >

Категория:Игры | Игры:жанра квест, поиск предметов hidden object бд | Просмотров: 988 | Дата: 12-02-2012, 18:12 | Комментариев 0

## Величайшие сооружения. Маджонг - полная версия



**Игры онлайн:**


FARMERAMA
НАВЕДИ ПОРЯДКИ НА ПОЛЯХ И ГРЯДКАХ ПОСТРОЙ СВОЮ ОНЛАЙН-ФЕРМУ!
ИГРАЙ С НАМИ!
BIGPOINT

**Интересное в сети:**


Cool Samurai watches with blue LED for 10$


Style Watch for 22$


Cheap generic drugs for sale


We have more silicon in our electronics chips. You can buy or sell it here!


Dj Music Blog 2012


Watch free movies, films online with fastest links!




Ролевая MMORPG, сделанная в традициях Diablo и Perfect World!

Play games and make money


Our semicon doctors is best as tits of this girl. Try it now!


TECH HOUSE
CLUB Music 2012



**Версия: поставь и играй (без ограничений по времени)**

Путешествуйте по миру и изучайте историю и искусство. Во время игры вы узнаете, что открыто новое 7 чудес света. Сто миллионов жителей нашей планеты участвовали в голосовании, чтобы выбрать 7 новых уникальных мест, которые отныне будут названы чудесами света. Какие именно? Играйте, расчищая игровые поля и удовлетворите свое любопытство, узнав, какие уголки Земли выбрали жители планеты!
... Читать дальше »

Категория: игры » Логовые игры, головоломки, match-3 сразу бесп | Просмотров: 1030 | Дата: 9-02-2012, 13:53 | Комментарии 0

**Эстетика. Загадка часовой башни - полная версия**



**Версия: поставь и играй (без ограничений по времени)**

В фантастическом мире Эстетики все идет своим чередом, и только время навсегда застыло в глубине мистической башни. Исследуйте мрачные переходы, проложите путь наверх и отыщите утерянные детали волшебных часов, которые угрожают прорвать завесу времен. Помогите часовых дел мастеру и проведите свое расследование, ведь будущее этой чудесной страны зависит только от вас!
... Читать дальше »

Категория: игры » Ищи квест, поиск предметов hidden object ба | Просмотров: 2063 | Дата: 9-02-2012, 13:21 | Комментарии 0

**Другой мир. Повелитель теней. Коллекционное издание - полная версия**



**Версия: поставь и играй (без ограничений по времени)**

После покупки причудливого дома, Вы окунетесь в невероятное приключение волшебного мира!
Используя мистический медальон, Вам предстоит исследовать этот мир и спасти молодую девушку по имени Фиона. Найдите Повелителя теней, который схватил ее и вернитесь в нашу реальность. Спасите девушку пока не поздно!
... Читать дальше »

Категория: игры » Ищи квест, поиск предметов hidden object ба | Просмотров: 2349 | Дата: 9-02-2012, 11:24 |

**Над водой: тайна другого мира. Коллекционное издание - полная версия**



**Версия: поставь и играй (без ограничений по времени)**

Кто бы мог подумать, что веселое путешествие на морское побережье может закончится кошмаром. По дороге домой, в поезде, ваш сын Бобби исчезает, а вы

**Топ news:**

- Наследие ведьм: проклятие Чарльстонов. Коллекционное из ...
- Маэстро 2: Музыка жизни. Коллекционное издание - полная ...
- Тайны сумерек: черное сердце. Коллекционное издание – п ...
- Секретные материалы. Тайна туманного озера. Коллекционно ...
- Над водой: тайна другого мира. Коллекционное издание – ...
- Ущелья тайна. Наследие: Стояников - полная версия
- Licno. Утраченные амулеты - полная версия
- Surfaces: Mystery of Another World Collector's Edition ...
- Они. Глава 1. Зов - полная версия
- Пакелика 2: откровения - полная версия

**Статистика**

LiveInternet
СЕРВИС СТАТИСТИКИ

оказывается в странном мистическом мире. С ужасом вы обнаруживаете, что в этом мире есть мальчик, как две капли похожий на вашего сына. Вам предстоит разобраться, кто в этом мире ваш друг, а кто враг. Ищите спрятанные предметы, решайте головоломки, чтобы не только отыскать своего сына, но и спасти мистический мир от правителя-самозванца.
... Читать дальше »

Категория: игры » Игры жанра квест, поиск предметов hidden object 6д | Просмотров: 3209 | Дата: 7-02-2012, 17:40 | Комментариев 21

## Мистические убийства. Джек потрошитель - полная версия



**Версия: поставь и играй (без ограничений по времени)**

Разыщите одного из самых легендарных серийных убийц в мире - Джека Потрошителя. Помогите всемирно известной ясновидящей Эмме де Вилле и инспектору Скотланд-ярда Фредерику Эберлайну в поисках печально известного маньяка-убийцы. Соединяйте улики, решайте интригующие головоломки и используйте судебные методы исследования мест преступлений, чтобы выследить жестокого убийцу.
... Читать дальше »

Категория: игры » Игры жанра квест, поиск предметов hidden object 6д | Просмотров: 1724 | Дата: 7-02-2012, 14:00 | Комментариев 12

## Летучий голландец. В плену у призраков - полная версия



**Версия: поставь и играй (без ограничений по времени)**

Согласно легенде, если вы потерпели кораблекрушение и судьба не дает вам шанса спастись, надо позвенеть монетами. И тогда появится Летучий голландец - корабль-призрак. Команда Летучего голландца согласна доставить вас до дома. Но за каждый день пути вам надо платить золотом. Ну а если вы бедны, вам придется играть с командой Летучего голландца в игру, где на кону будет ваша жизнь. Выиграв, вы получите золото на оплату дня пути, проиграв - навсегда станете пленником Летучего голландца...
... Читать дальше »

Категория: игры » Логические игры, головоломки, match-3 скачать бесп | Просмотров: 1105 | Дата: 6-02-2012, 19:58 | Комментариев 2

## Атлантическое путешествие. В поисках брата - полная версия



**Версия: поставь и играй (без ограничений по времени)**

Отправляйтесь в увлекательную поездку по всему свету с Мией и ее ученым дядей. Путешествуйте по разным континентам и разгадайте загадку исчезновения брата Мии. Объединитесь с дядей Мии и следуйте по пятам Джека, чтобы раскрыть тайну, которая может спасти все человечество. Исследуйте великолепные локации, решайте непростые головоломки и спасите Джека!
... Читать дальше »

Категория: игры » Игры жанра квест, поиск предметов hidden object 6д | Просмотров: 2580 | Дата: 4-02-2012, 12:19 | Комментариев 2

1 2 3 4 5 6 7 8 9 10 ... 320
Назад
Вперед

FreeFullGames © 2011





about her health. All Shirley
wants is to gather her three
adu...

**Seven Pounds (2008) BRRip 720p MKV – Mediafire**

An aerospace engineer with
a fateful secret embarks on
an extraordinary journey of
redemption by forever
changing the lives of seven
stran...

**Tower Heist 2011 TS XVID AC3 – Mediafire**

Plot: When a group of hard
working guys find out they've
fallen victim to a
wealthybusiness man's
Ponzi scheme, they
conspire to rob his ...

**Green Lantern (2011) CAM MKV – Mediafire**

Millions of years before the
Earth was formed, a group of
beings called the Guardians
of the Universe used the
green essence of Willpower
to...

**Bad Teacher (2011) TS MKV – Mediafire**

A comedy centered around
a foul-mouthed, junior high
teacher who, after being
dumped by her sugar daddy,
begins to woo a colleague —
a mov...

**Total Pageviews**

6 4 7 1 7

**Visitors**

Visitors

| | | |
|---|---|---|
| MY | 1,132 | EG 164 |
| US | 896 | AU 132 |
| IN | 889 | RO 129 |
| ID | 852 | SG 125 |
| VN | 262 | LK 112 |
| GB | 227 | SA 101 |
| PH | 210 | DE 89 |
| PK | 183 | TW 88 |
| CA | 170 | TR 88 |
| TH | 165 | MX 76 |

16,317 pageviews

FLAG counter

Home

NtnVietNam.net

Free Movie For All

Copyright (c) 2010 Free Movie For All. Designed by Video Blogger Templates
Dcreators, Best iPad Case, Concert Tickets

Share   Report Abuse   Next Blog»                                                                    Create Blog   Sign In

# Free movies

Watch New Movies While On Big Screen

Прочувіл то это Google

## Harry Potter and the Deathly Hallows: Part 2



**Plot Summary:**

In Part 2 of the epic finale, the battle between the good and evil forces of the Wizarding world escalates into an all-out war. The stakes have never been higher and no one is safe. But it is _____ who may be called upon to make the ultimate sacrifice as he draws closer to the climactic showdown with Lord Voldemort. It all ends here.

**Download Links:**

http://hotfile.com/dl/120290490/98070d5/file2310.part1.rar.html
http://hotfile.com/dl/120211597/d1fa3a05/file2310.part2.rar.html
http://hotfile.com/dl/120212964/f9p7933/file2310.part3.rar.html
http://hotfile.com/dl/120216224/ed23f4e/file2310.part4.rar.html
http://hotfile.com/dl/120196555/c42bd02/file2310.part5.rar.html
http://hotfile.com/dl/120201479/6a67c7f/file2310.part6.rar.html
http://hotfile.com/dl/120201363/3ee37d5/file2310.part7.rar.html

Прочувіл то это Google

## Green Lantern



**Plot Summary:**

In a universe as vast as it is mysterious, a small but powerful force has existed for centuries. Protectors of peace and justice, they are called the _____ Corps. A brotherhood of warriors sworn to keep intergalactic order, each Green Lantern wears a ring that grants him superpowers. But when a new enemy called Parallax threatens to destroy the balance of power in the Universe, their fate and the fate of Earth lie in the hands of their newest recruit, the first human ever selected: Hal Jordan (Ryan Reynolds). Hal is a gifted and cocky test pilot, but the Green Lanterns have little respect for humans, who have never harnessed the infinite powers of the ring before. But Hal is clearly the missing piece to the puzzle, and along with his determination and willpower, he has one thing no member of the Corps has ever had: humanity. With the encouragement of fellow pilot and childhood sweetheart Carol Ferris (Blake Lively), if Hal can quickly master his new powers and find the courage to overcome his fears, he may prove to be not only the key to defeating Parallax...he will become the greatest Green Lantern of all.

**Download Links:**

http://hotfile.com/dl/120290490/98070d5/file2310.part1.rar.html
http://hotfile.com/dl/120211597/d1fa3a05/file2310.part2.rar.html
http://hotfile.com/dl/120212964/f9p7933/file2310.part3.rar.html
http://hotfile.com/dl/120216224/ed23f4e/file2310.part4.rar.html
http://hotfile.com/dl/120196555/c42bd02/file2310.part5.rar.html
http://hotfile.com/dl/120201479/6a67c7f/file2310.part6.rar.html
http://hotfile.com/dl/120201363/3ee37d5/file2310.part7.rar.html

Прочувіл то это Google

## Conan the Barbarian



**Plot Summary:**

The most legendary Barbarian of all time is back this Summer. Having thrived and evolved for eight consecutive decades in the public imagination - in prose and graphics, on the big screen and small, in games and properties of all kinds- Conan's exploits in the Hyborian Age now come alive like never before in a colossal 3D action-adventure film.
A quest that begins as a personal vendetta for the fierce Cimmerian warrior soon turns into an epic battle against hulking rivals, horrific monsters, and impossible odds, as Conan realizes he is the only hope of saving the great nations of Hyboria from an encroaching reign of supernatural evil.

**Download Links:**

http://hotfile.com/dl/120201495/98070d5/file2310.part1.rar.html
http://hotfile.com/dl/120211597/d1fa3a05/file2310.part3.rar.html
http://hotfile.com/dl/120212964/f9p7933/file2310.part3.rar.html
http://hotfile.com/dl/120216224/ed23f4e/file2310.part4.rar.html
http://hotfile.com/dl/120196555/c42bd02/file2310.part5.rar.html
http://hotfile.com/dl/120201479/6a67c7f/file2310.part6.rar.html
http://hotfile.com/dl/120201363/3ee37d5/file2310.part7.rar.html

Прочувіл то это Google

## Marvel's The Avengers



**Plot Summary:**

Continuing the epic big-screen adventures started in "Iron Man," "The Incredible Hulk," "Iron Man 2," "Thor," and "Captain America: The First Avenger," "Marvel's _____" is the super hero team up of a lifetime. When an unexpected enemy emerges that threatens global safety and security, Nick Fury, director of the international peacekeeping agency known as S.H.I.E.L.D., finds himself in need of a team to pull the world back from the brink of disaster.

**Download Links**

http://hotfile.com/dl/120290490/98070d5/file2310.part1.rar.html
http://hotfile.com/dl/120211597/d1fa3a05/file2310.part2.rar.html
http://hotfile.com/dl/120212964/f9p7933/file2310.part3.rar.html
http://hotfile.com/dl/120216224/ed23f4e/file2310.part4.rar.html
http://hotfile.com/dl/120196555/c42bd02/file2310.part5.rar.html



### Transformers: Dark of the Moon

**Plot Summary:**
Shia LaBeouf returns as Sam Witwicky in "____ ____" Dark of the Moon."
When a mysterious event from Earth's past erupts into the present day it
threatens to bring a war to Earth so big that the Transformers alone will not be
able to save us

**Download Links:**





