[FORMAT]:......................[ Matroska
[GENRE]:.......................[ Action | Horror | Thriller
[FILE SIZE]:...................[ 300 MB
[NO OF CDs]:...................[ 1
[RESOLUTION]:..................[ 720 x 346
[Audio]:.......................[ 2 ch AAC
[LANGUAGE ]:...................[ English
[SUBTITLES]:...................[ NO
[RELEASE RUNTIME]:.............[ 01:25:52
[SOURCE]:......................[ DVDRIP

http://www.imdb.com/title/tt1183276/

Download

http://www.megaupload.com/?d=V55PH0CM
http://www.megaupload.com/?d=CL3NXAIP
http://www.megaupload.com/?d=UNX0X4KX

**If you want to download faster,you can get premium account for free too. Click here to know**

**You might also like:**

Animal Kingdom LIMITED DVDRip XviD

3 Idiots (2009) | 1/3 DVD | DVDRip | AC3 | XviD

Nelly_Furtado-The_Best_Of_(Deluxe_Edition)-2CD-2010

Cherry Tree Lane 2010 DVDRip XviD

## Nanny McPhee Returns (2010) [DVDRip]

0 Comments
Labels: 2010 rips , DVD Rips , English movies , Nanny McPhee Returns

**Nanny McPhee Returns (2010) DVDRip XviD - MC8**
CAM | Avi | English | 1h 45min | 1.4 Gb | 640×272 | XviD -815 kbps | Mp3- 112 kbps
Genre: Comed

403 Forbidden
This file removed due to violation of ImageShack Terms of Service or by user request.

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Nanny McPhee arrives to help a harried young mother who is trying to run the family farm while her husband is away at war, though she uses her magic to teach the woman's children and their two spoiled cousins five new lessons

http://www.imdb.com/title/tt1415283/

http://fileserve.com/list/gcnamV7

or

http://www.fileserve.com/file/ybcp7Qr/Nanny McPhee Returns (2010) DVDRip XviD - MC8.part1.rar
http://www.fileserve.com/file/CUCnMU7/Nanny McPhee Returns (2010) DVDRip XviD - MC8.part2.rar
http://www.fileserve.com/file/fA4ssGN/Nanny McPhee Returns (2010) DVDRip XviD - MC8.part3.rar
http://www.fileserve.com/file/XwZ8hct/Nanny McPhee Returns (2010) DVDRip XviD - MC8.part4.rar
http://www.fileserve.com/file/5Y7ET5Y/Nanny McPhee Returns (2010) DVDRip XviD - MC8.part5.rar
http://www.fileserve.com/file/EzRZpjr/Nanny McPhee Returns (2010) DVDRip XviD - MC8.part6.rar
http://www.fileserve.com/file/GVSDsha/Nanny McPhee Returns (2010) DVDRip XviD - MC8.part7.rar
http://www.fileserve.com/file/XzKAmgF/Nanny McPhee Returns (2010) DVDRip XviD - MC8.part8.rar

**If you want to download faster,you can get premium account for free too. Click here to know**

**You might also like:**

Night at the Museum 2 Battle Of The Smithsonian EN ...

The Lodger 2009 DVDRip

Click (2010) DVDRip XviD

30 Days of Night Dark Days 2010 1080p BluRay x264 DTS

## Catfish 2010 LiMiTED DVDSCR XViD

0 Comments
Labels: 2010 rips , Catfish , DVD Rips , English movies

Ads By Clicksor
**Microsoft Security Essentials**
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
**Download The Guide**
Download Latest Version 100% Free! Download The Guide Right Now!
**Download 123 Flash Chat Server**
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
**Microsoft Security Essentials**
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
**Download The Guide**
Download Latest Version 100% Free! Download The Guide Right Now!
**Download 123 Flash Chat Server**
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
**Microsoft Security Essentials**
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
**Download The Guide**
Download Latest Version 100% Free! Download The Guide Right Now!
**Download 123 Flash Chat Server**
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
**Microsoft Security Essentials**
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
**Download The Guide**
Download Latest Version 100% Free! Download The Guide Right Now!
**Download 123 Flash Chat Server**
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
**Microsoft Security Essentials**
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
**Download The Guide**
Download Latest Version 100% Free! Download The Guide Right Now!
**Download 123 Flash Chat Server**
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
**Microsoft Security Essentials**
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
**Download The Guide**
Download Latest Version 100% Free! Download The Guide Right Now!
**Download 123 Flash Chat Server**
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!





Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!



He quit eating when he was around two years old
01:12:41

Supplied By·····[ HLS
Encoded By······[ HLS
US Release Date·[ 17·09·10 (limited)
HLS Release Date[ 09·11·10
Runtime·········[ 87 min
Discs···········[ 1 Disc
Archives········[ 49 x 15 MB
IMDB rating·····[ 7.0/10 (1,619 votes)

http://www.imdb.com/title/tt1584016/
[rate 7.0] 1,661 votes

Source··········[ DVD SCR
Video Format····[ XviD
Frame Rate······[ 23.976 fps
Aspect Ratio····[ 624x352
Video Bitrate···[ 979 kb/s
Audio Format····[ 128 kb/s
Audio Language··[ English

Plot Outline
In late 2007, filmmakers Ariel Schulman and Henry Joost ensed a story unfolding as they began to film the life of Ariel's brother, Nev. They had no idea that their project would lead to the most exhilarating and unsettling months of their lives.

http://www.fileserve.com/file/MbX35qw

**If you want to download faster,you can get premium account for free too. Click here to know**

**You might also like:**

Winters Bone 2010 LIMITED 480p BRRip XviD and 300MB rip

RUST
Rust (2010) BRRip

Inception [2010] DvDrip-aXXo

Dabangg *2010* DVDRip - XviD - 1CDRip and 2CDRip ( 5.1 ...

## Cherry Tree Lane 2010 DVDRip XviD

0 Comments
Labels: 2010 rips , 700mb rips , Cherry Tree Lane , DVD Rips , English movies

http://www.imdb.com/title/tt1468829/

Genre : Crime | Thriller
Size : 0.70 GB

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free!

Source : DVDR5
Resolution : 700×320
Framerate : 25.000 NTSC
Video : 1186 Kbps
Audio : 128 Kbps
Language : English
Subtitles : English

PLOT : Prosperous professional couple Mike and Christine are settling in for a standard evening of wine, TV and low-level marital hostility when a ring on their doorbell changes everything. Turns out their son Sebastian is in a little trouble with some local boys, who are quite prepared to camp out and wait for him to get home… The resulting culture-clash chamber drama is raw, revealing and nerve-splittingly tense.

http://hotfile.com/dl/81414075/baaf950/Cherry.Tree.Lane.2010.DVDRip.XviD.part1.rar.html
http://hotfile.com/dl/81454056/986e2d8/Cherry.Tree.Lane.2010.DVDRip.XviD.part2.rar.html
http://hotfile.com/dl/81503166/6a319ab/Cherry.Tree.Lane.2010.DVDRip.XviD.part3.rar.html
http://hotfile.com/dl/81519288/3e368b1/Cherry.Tree.Lane.2010.DVDRip.XviD.part4.rar.html
http://hotfile.com/dl/81527684/2856c94/Cherry.Tree.Lane.2010.DVDRip.XviD.part5.rar.html
http://hotfile.com/dl/81535135/98f76f7/Cherry.Tree.Lane.2010.DVDRip.XviD.part6.rar.html
http://hotfile.com/dl/81542752/5eeae17/Cherry.Tree.Lane.2010.DVDRip.XviD.part7.rar.html

If you want to download faster,you can get premium account for free too. Click here to know

You might also like:

Rust (2010) BRRip

13 Hours (2010) DVDRip XviD

Inception [2010] DvDrip-aXXo

Devils Playground (2010) 700MB DVDRiP

## Nice Guy Johnny (2010) DVDRip

0 Comments
Labels: 2010 rips, 700mb rips, DVD Rips, e, English movies, Nice Guy Johnny

Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free!



http://www.imdb.com/title/tt1619037/

http://www.fileserve.com/file/5SW3P35/Nice.Guy.Johnny.DVDRip.XviD-Kata-www.wrzscene.info.part1.rar
http://www.fileserve.com/file/tjCyGfd/Nice.Guy.Johnny.DVDRip.XviD-Kata-www.wrzscene.info.part2.rar
http://www.fileserve.com/file/vtQdywh/Nice.Guy.Johnny.DVDRip.XviD-Kata-www.wrzscene.info.part3.rar
http://www.fileserve.com/file/NDHwVfE/Nice.Guy.Johnny.DVDRip.XviD-Kata-www.wrzscene.info.part4.rar

or

http://hotfile.com/dl/81614017/63da788/Nice.Guy.Johnny.DVDRip.XviD-Kata-www.wrzscene.info.part1.rar.html
http://hotfile.com/dl/81614847/b167d34/Nice.Guy.Johnny.DVDRip.XviD-Kata-www.wrzscene.info.part2.rar.html
http://hotfile.com/dl/81615535/4f55d16/Nice.Guy.Johnny.DVDRip.XviD-Kata-www.wrzscene.info.part3.rar.html
http://hotfile.com/dl/81616065/040da45/Nice.Guy.Johnny.DVDRip.XviD-Kata-www.wrzscene.info.part4.rar.html

**If you want to download faster,you can get premium account for free too. Click here to know**

**You might also like:**

Rust (2010) BRRip

Devils Playground (2010) 700MB DVDRiP

Inception [2010] DvDrip-aXXo

My Girlfriends Boyfriend (2010) DvDRip Ac3

Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free!

# Chatroom [2010] R5-Line-x264-Team-TDK -[300 MB]

0 Comments

Labels: 2010 rips, 300 Mb Movie collection, Chatroom, dvd scr, English movies, r5

[FORMAT]:......................[ Matroska
[GENRE]:.........................[ Thriller
[FILE SIZE]:....................[ 300 MB
[NO OF CDs]:...................[ 1
[RESOLUTION]:..................[ 624 x 352
[Audio]........................[ 2 ch AAC
[LANGUAGE ]:..................[ English
[SUBTITLES]:...................[ NO
[RELEASE RUNTIME]:.............[ 01:28:44
[SOURCE]:......................[ R5

http://www.imdb.com/title/tt1319704/

http://www.megaupload.com/?d=34O099IT
http://www.megaupload.com/?d=FHJESRNZ
http://www.megaupload.com/?d=6JIAHEVT

OR

http://www.rapidshare.com/files/428683446/CRR5-Team-TDK.part1.rar
http://www.rapidshare.com/files/428683261/CRR5-Team-TDK.part2.rar
http://www.rapidshare.com/files/428683292/CRR5-Team-TDK.part3.rar

**If you want to download faster,you can get premium account for free too. Click here to know**

Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server

You might also like:

From Time to Time [2009] DVDRip-x264-[300 MB]

Scott Pilgrim Vs The World [2010] DVDRip-x264-Team-TDK-[350 ...

Compiled List of 300MB Movie collection

300 Mb Movie collection

# From Time to Time [2009] DVDRip-x264-[300 MB]

0 Comments
Labels: 2009 rips , 300 Mb Movie collection , DVD Rips , English movies , From Time to Time

[FORMAT]:..........................[ Matroska
[GENRE]:..........................[ Adventure | Drama | Fantasy
[FILE SIZE]:.....................[ 300 MB
[NO OF CDs]:......................[ 1
[RESOLUTION]:...................[ 720 x 384
[Audio]:..........................[ 2 ch AAC
[LANGUAGE ]:....................[ English
[SUBTITLES]:.....................[ NO
[RELEASE RUNTIME]:..............[ 01:28:33
[SOURCE]:.........................[ DVDRIP

http://www.imdb.com/title/tt1031241/

Download Links

http://www.megaupload.com/?d=81SIHGAB

Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server

http://www.megaupload.com/?d=IWZ7I1UP
http://www.megaupload.com/?d=V2SG1IFD

If you want to download faster,you can get premium account for free too. Click here to know

You might also like:

Compiled List of 300MB Movie collection

Dead Snow (2009) DVDRip 300 MB

300 Mb Movie collection

Chatroom [2010] R5-Line-x264-Team-TDK-[300 MB]

## Inception [2010] DvDrip-aXXo

, 0 Comments
Labels: 2010 rips , 700mb rips , DVD Rips , English movies , Inception

TITLE......[ Inception
YEAR.......[ 2010
GENRE......[ Action | Mystery | Sci-Fi | Thriller
RUNTiME....[ 02:28:08
STORE DATE.[ 2010
iMDB RATE..[ 9.1/10 210,812 votes
iMDB URL...[ http://www.imdb.com/title/tt1375666/

AUDiO......[ MP3 48000Hz 96 kb/s CBR (2 chnls)
LANGUAGE...[ English
ViDEO......[ 744 kbps Divx 23.976 FPS
Q. FRAME...[ 0.178 bits*pixel
RESOLUTiON.[ 640 x 272
DAR........[ 2.353 (40:17)
SUBS.......[ None
FiLES......[ 1
SiZE.......[ 900 MB
SOURCE.....[ DVD

Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!
Download 123 Flash Chat Server

http://www.megaupload.com/?d=VDTRSAZR
http://www.megaupload.com/?d=ZKWFQWNG
http://www.megaupload.com/?d=USVUD7AS
http://www.megaupload.com/?d=0FDTKRCJ
http://www.megaupload.com/?d=ZXUVJUIZ
http://www.megaupload.com/?d=VT0K9KB3
http://www.megaupload.com/?d=NFBAVZ0R
http://www.megaupload.com/?d=02A6AG8W
http://www.megaupload.com/?d=H3THPJOD

**If you want to download faster,you can get premium account for free too. Click here to know**

**You might also like:**

Inception (2010) DVDRip [1008x432] 800MB [1Link]

Letters.To.God [2010]DvDrip-aXXo

Rust (2010) BRRip

Devils Playground (2010) 700MB DVDRiP

## Scott Pilgrim Vs The World [2010] DVDRip-x264-Team-TDK-[350 MB]-Single Link

, 0 Comments
Labels: 1link download , 300 Mb Movie collection , 700mb rips , DVD Rips , English movies , Scott Pilgrim Vs The World

Read more »

**You might also like:**

Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server

  

Compiled List of 300MB Movie collection

Chatroom [2010] R5-Line-x264-Team-TDK-[300 MB]

300 Mb Movie collection

From Time to Time [2009] DVDRip-x264-[300 MB]

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

# Megamind [2010] CAM XviD LU 700MB [1link]

0 Comments
Labels: 1link download , 2010 rips , 700mb rips , cam rip , English movies , Megamind

http://www.imdb.com/title/tt1001526/

General
Complete name : megamind.2010.CAM.XVID.LU.
Format : AVI
Format/Info : Audio Video Interleave
File size : 709 MiB
Duration : 1h 25mn
Overall bit rate : 1 155 Kbps
Writing application : VirtualDubMod 1.5.10.2 (build 2540/release)
Writing library : VirtualDub build 32706/release

Video
ID : 0
Format : MPEG-4 Visual
Format profile : Advanced Simple@L5
Format settings, BVOP : Yes
Format settings, QPel : No
Format settings, GMC : No warppoints
Format settings, Matrix : Default (H.263)
Codec ID : XVID
Codec ID/Hint : XviD
Duration : 1h 25mn
Bit rate : 1 017 Kbps
Width : 672 pixels
Height : 320 pixels
Display aspect ratio : 2.100
Frame rate : 25.000 fps
Color space : YUV
Chroma subsampling : 4:2:0
Bit depth : 8 bits
Scan type : Progressive
Bits/(Pixel*Frame) : 0.189
Stream size : 624 MiB (88%)
Writing library : XviD 1.2.0.dev47 (UTC 2006-11-01)

Audio
ID : 1
Format : MPEG Audio
Format version : Version 1
Format profile : Layer 3
Codec ID : 55
Codec ID/Hint : MP3
Duration : 1h 25mn
Bit rate mode : Constant
Bit rate : 128 Kbps
Channel(s) : 2 channels
Sampling rate : 44.1 KHz
Stream size : 78.6 MiB (11%)
Alignment : Split accross interleaves
Interleave, duration : 40 ms (1.00 video frame)
Interleave, preload duration : 500 ms
Writing library : LAME3.98.2

***Download***
http://www.fileserve.com/file/8NbaGz8

**If you want to download faster,you can get premium account for free too. Click here to know**

**You might also like:**

Scott Pilgrim Vs The World [2010]

London River (2009) DVDRip

Inception (2010) DVDRip

Agora (2009) DVDRip [1link]

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

DVDRip-x264-Team-TDK-[350 ... | [1link] | [1008x432] 800MB [1Link]

# Inception (2010) DVDRip [1008x432] 800MB [1Link]

0 Comments
Labels: 1link download , 2010 rips , English movies , Inception

http://www.imdb.com/title/tt1375666/

TITLE........................ Inception
DIRECTOR...................... Christopher Nolan
RELEASE DATE................. 16 July 2010 (USA)
FORMAT:....................... Matroska (MKV)
GENRE:........................ Action Mystery Sci-Fi Thriller
NO OF CDs..................... 1
FILE SIZE:.................... 800MB
RESOLUTION:................... 1008x432
LANGUAGE :.................... English
SUBTITLES:.................... English (Softcoded)
ORIGINAL RUNTIME:............. 02:28:06
RELEASE RUNTIME:.............. 02:28:06
iMDB RATING:.................. 9.1/10

Downloads

http://www.fileserve.com/file/Bu7cUd4

or

http://hotfile.com/dl/80716908/2cde170/Inception.2010.crazy.mkv.part1.rar.html
http://hotfile.com/dl/80717236/ac89758/Inception.2010.crazy.mkv.part2.rar.html

or

http://www.fileserve.com/file/z6kX2DC
http://www.fileserve.com/file/E84NhEd

**If you want to download faster,you can get premium account for free too. Click here to know**

**You might also like:**

Inception [2010] DvDrip-aXXo

Megamind [2010] CAM XviD LU 700MB [1link]

London River (2009) DVDRip [1link]

Agora (2009) DVDRip [1link]

# Rust (2010) BRRip

0 Comments
Labels: 2010 rips , 700mb rips , br rips , DVD Rips , English movies , Rust

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Screen:

Link:

http://www.fileserve.com/file/gVz47DR
http://www.fileserve.com/file/gj9ZRbG

If you want to download faster,you can get premium account for free too. Click here to know

You might also like:

Megadeth - Rust In Peace Live (2010)

Lake Placid 3 (2010) 700MB BRRiP XviD

Devils Playground (2010) 700MB DVDRiP

Beatdown (2010) 480p BRRip XviD AC3

## The Bannen Way [2010] DvDRiP

0 Comments

Labels: 2010 rips , 700mb rips , English movies , The Bannen Way

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!



The Bannen Way (2010) DVDRip XviD-ReGeN
English | 89Min | 720x480 | H264 - 1423Kbps | 25.000fps | MP3 - 192Kbps | 1.02GB
Genre: Action | Comedy | Thriller

IMDB:

http://www.imdb.com/title/tt1404830/

A slick, sexy, action-packed show about Neal Bannen, a charming con-man with a police chief for a father, a mob boss for an uncle and a weakness for beautiful women, who wants to turn his life around and leave the criminal lifestyle forever.

Download:

http://www.fileserve.com/file/j4nnr4p/The Bannen Way [2010] DvDRiP XviD - ExtraTorrentRG.part1.rar
http://www.fileserve.com/file/2JvMbsD/The Bannen Way [2010] DvDRiP XviD - ExtraTorrentRG.part2.rar
http://www.fileserve.com/file/x2qr4GH/The Bannen Way [2010] DvDRiP XviD - ExtraTorrentRG.part3.rar
http://www.fileserve.com/file/HkfKQQr/The Bannen Way [2010] DvDRiP XviD - ExtraTorrentRG.

**If you want to download faster,you can get premium account for free too. Click here to know**

**You might also like:**

Rust (2010) BRRip

Devils Playground (2010) 700MB DVDRiP

The Sorcerers Apprentice (2010) 700MB

Inception [2010] DvDrip-aXXo

# The Killing Machine 2010 DVDRip XviD AC3-BULL | Single Links

0 Comments
Labels: 2010 rips , DVD Rips , English movies , The Killing Machine

Genre: Action | Drama | Thriller
IMDB Rating: 5.3/10
Directed By: Dolph Lundgren
Starring: Dolph Lundgren | Stefanie von Pfetten | Samantha Ferris

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Starring: Dolph Lundgren | Stefanie von Pfetten | Samantha Ferris

Release Name: The.Killing.Machine.2010.DVDRip.XviD.AC3-BULL
Filename: The.Killing.Machine.2010.DVDRip.XviD.AC3-BULL
Size: 1.3 GB
Video: XviD | 672×288 | 1674 kbps
Audio: English | 448 CBR | AC3
Runtime: 1h28m00sec
Subtitles: English

Plot:

There were those who called him Icarus. Everyone else knew him as a divorced father working for an investment company. But they didn't know his other side-his dark side. Because Icarus was at his best when he was killing people. For years, he'd worked as a sleeper agent in America-but when the Soviet Empire collapsed, he found himself in a foreign country with no one to trust. Determined to break from his dark past, he started over with a new identity. But you can only escape your past for so long. When a sudden mishap in Hong Kong blows Icarus' identity, past and present collide – and the assassin realizes he is now the target. The people that want him dead will stop at nothing to get to him. And that means going after what he cares about most-his wife and daughter. Fighting for his life, Icarus is forced to face the demons of his past to protect the loved ones in his present. He must fight to save the only thing he's ever done right in his life…

IMDB:

http://www.imdb.com/title/tt1261862/

Download:

http://d01.megashares.com/dl/JBibg9y/The.Killing.Machine.2010.DVDRip.XviD.AC3-BULL.avi

http://hotfile.com/dl/78288839/ec33333/The.Killing.Machine.2010.DVDRip.XviD.AC3-BULL.avi.html

http://www.filefactory.com/file/b3hdag7/n/The.Killing.Machine.2010.DVDRip.XviD.AC3-BULL.avi

**If you want to download faster,you can get premium account for free too. Click here to know**

**You might also like:**

Single DIRECT LINK MOVIE COLLECTION

Compiled List of 300MB Movie collection

My Girlfriends Boyfriend (2010) DvDRip Ac3

Get Him To The Greek | 2010 | BRRiP | 480p | MKV | 400MB

## Step Up 3D (2010)

, 0 Comments

Labels: 2010 rips , 700mb rips , English movies , Step Up 3D

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

**Download 123 Flash Chat Server**
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
**Microsoft Security Essentials**
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

**Download The Guide**
Download Latest Version 100% Free!
Download The Guide Right Now!

IMDB

http://www.imdb.com/title/tt1193631

http://cramit.in/yp5a452mrfag/www.amaderforum.com_STP.UP.3D.R6.IMAGiNE.avi

You might also like:

Saw 3D OST 2010

Rust (2010) BRRip

Devils Playground (2010) 700MB DVDRIP

The Sorcerers Apprentice (2010) 700MB

## Smash His Camera (2010) DVDRip XviD

0 Comments

Labels: 700mb rips , DVD Rips , English movies , Smash His Camera

IMDB

http://www.imdb.com/title/tt1280015/

Download
http://cramit.in/nze8dlk9hzo1/www.amaderforum.com_SMSH.HS.CMR.DVD.TASTE.avi

## Cats and Dogs The Revenge of Kitty Galore (2010) DVDRip XviD

0 Comments

Labels: 2010 , 2010 rips , Cats and Dogs , Cats and Dogs The Revenge of Kitty Galore , DVD Rips , English movies

Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!

IMDB

http://www.imdb.com/title/tt1287468/

Download
http://cramit.in/86kd9yx7jje7/www.amaderforum.com_CTS.DGS.TH.RVNG.DVD.ARROW.avi

## Born to Raise Hell (2010) DVDRip XviD-RUBY

0 Comments
Labels: 2010 rips , 700mb rips , Born to Raise Hell , English movies

**IMDB** http://www.imdb.com/title/tt1528718/

http://cramit.in/qjl68qzw8v47/www.amaderforum.com_BRN.RS.HL.DVD.RUBY.avi

## My Son My Son What Have You Done 2009 720p BDRip XviD

0 Comments
Labels: 2009 rips , 720p BluRay rips , BDRip , English movies , My Son My Son What Have You Done

**Imdb Link**

http://www.imdb.com/title/tt1233219/

**Release NFO**

http://i56.tinypic.com/a2vk8w.jpg

**Screenshot's**

Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!
Download 123 Flash Chat Server
Download Latest Version 100% Free! Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free! Download Microsoft Security Essentials Right Now!
Download The Guide
Download Latest Version 100% Free! Download The Guide Right Now!



Links are interchangeable

Netload.in

http://netload.in/dateiTzLWFfBvYP/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3-ViSiON.part1.rar.htm
http://netload.in/datei3S76bBCVYy/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3-ViSiON.part5.rar.htm
http://netload.in/dateipAuVQ7p0zU/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3-ViSiON.part3.rar.htm
http://netload.in/dateil5EW349aH9/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3-ViSiON.part6.rar.htm
http://netload.in/datei3zcu7yE8h4/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3-ViSiON.part2.rar.htm
http://netload.in/dateiXobrbwMjl8/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3-ViSiON.part4.rar.htm

Hotfile.com

http://hotfile.com/dl/77682223/e6791dc/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3-ViSiON.part1.rar.html
http://hotfile.com/dl/77682249/3fc47c8/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3-ViSiON.part2.rar.html
http://hotfile.com/dl/77682244/96f316f/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3-ViSiON.part3.rar.html
http://hotfile.com/dl/77682248/3db5079/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3-ViSiON.part4.rar.html
http://hotfile.com/dl/77682247/20a1083/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3-ViSiON.part5.rar.html
http://hotfile.com/dl/77682246/6dd3602/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3-ViSiON.part6.rar.html

Fileserve

http://www.fileserve.com/file/7MwZ2EU/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3-ViSiON.part1.rar
http://www.fileserve.com/file/MjgTCGy/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3-ViSiON.part2.rar
http://www.fileserve.com/file/yJYS57R/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3-ViSiON.part3.rar
http://www.fileserve.com/file/K7kQ34H/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3-ViSiON.part4.rar
http://www.fileserve.com/file/2UQkMbc/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3-ViSiON.part5.rar
http://www.fileserve.com/file/pzsBPGY/My.Son.My.Son.What.Have.Ye.Done.2010.720p.BDRip.XviD.AC3-ViSiON.part6.rar

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor
Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

No Password

Newer Posts Home Older Posts

Subscribe to: Posts (Atom)

YOUR AD HERE

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Ads By Clicksor

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Download The Guide
Download Latest Version 100% Free!
Download The Guide Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

Download 123 Flash Chat Server
Download Latest Version 100% Free!
Download 123 Flash Chat Server Right Now!

© 2010 Free Movie, Music Downloads |Blogger Author BloggerTheme

powered by Blogger | WordPress by Newwpthemes | Converted by BloggerTheme



## DRIVE ANGRY 3D (2011) BLU-RAY RIP_550MB

**IMDb Link:** http://www.imdb.com/title/tt1502404

**Story:**

A vengeful father escapes from hell and chases after the men who killed his daughter and kidnapped his granddaughter.

Complete Name...................: Drive Angry 3D (2011)

Genre...................: Action | Fantasy | Thriller

IMDb Rating...................: 5.9/10

Audio Language...................: English

Duration...................: 1h 44 min

File size...................: 550 MB

Format...................: Matroska (.mkv)

Resolution...................: 1280 x 720 pixels

Overall bit rate...................: 736 Kbps

Frame rate...................: 23.976 fps

Audio...................: mp3 | 48000KHz | 128KB/s| Stereo

**Download Links:**

Part 1

Part 2

Part 3

Share / Bookmark

Leave A Comment, Written on 0:56:13 , Uncategorized

## ELEPHANT WHITE (2011) BLU-RAY RIP_450MB

Select Language

**LOGIN**

Username

Password

Remember me

LOGIN »

Register
Lost your password?

**SEARCH HERE**

Search

**WANT FREE GIFTS CLICK HERE:**

Join me on fribiz

**RECENT MOVIES**

Drive Angry 3D (2011) Blu-Ray Rip_550MB
Elephant White (2011) Blu-Ray Rip_450MB
Vanishing on 7th Street (2010) Blu-Ray Rip_525MB
Battle: Los Angeles (2011) Blu-Ray Rip_650MB
Takers (2010) Blu-Ray Rip_600MB

**MOVIE GENRE**

2010 2011 Action Adventure Blu-Ray Rip Comedy Crime Fantasy Horror Mystery Romance Sci-Fi Thriller

**PAYPAL DONATION**

Please make donation to keep this site alive

**MOVIE ARCHIVES**

May 2011 (11)

February 2012

| F | S | S | M | T | W | T |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | |

« May

**ABOUT ME**

Hello guys. Its me Dipu the admin of this site. I have completed my graduation (B.Sc in Electrical and Electronic Engineering). Its a free movie site. So, enjoy.

Share / Bookmark

**REQUEST YOUR MOVIE HERE**

Gourab Bhadra Dipu
22:55
You can request ur movie here

Gourab Bhadra Dipu
03:35
we will upload plenty of movies very soon

Gourab Bhadra Dipu
23:40
Hello everyone!!!



**IMDb Link:** http://www.imdb.com/title/tt1578882

**Story:**

An assassin is hired by a businessman to avenge the murder of his daughter by white slave traders in Thailand.

Complete Name...................: Elephant White

Genre...................: Action | Thriller

IMDb Rating...................: 5.2/10

Audio Language...................: English

Duration...................: 1h 31 min

File size...................: 448 MB

Format...................: Matroska (.mkv)

Resolution...................: 1280 x 546 pixels

Overall bit rate...................: 685 Kbps

Frame rate...................: 23.976 fps

Audio...................: AAC 48000KHz

**Download Links:**

Part 1

Part 2

Part 3

Share / Bookmark

Leave A Comment, Written on 19:24:07 , Uncategorized

## VANISHING ON 7TH STREET (2010) BLU-RAY RIP_525MB



**IMDb Link:** http://www.imdb.com/title/tt1452628

**Story:**

When a massive power outage plunges the city of Detroit into total darkness, a disparate group of individuals find themselves alone. The entire city's population has vanished into thin air, leaving behind heaps of empty clothing, abandoned cars and lengthening shadows. Soon the daylight begins to disappear completely, and as the survivors gather in an abandoned tavern, they realize the darkness is out to get them, and only their rapidly diminishing light sources can keep them safe.

Vanishing On 7th Street - Official Trailer [HD]

0:00 / 2:33

Complete Name..................: Vanishing On 7th Street

Genre..................: Horror | Mystery | Thriller

IMDb Rating..................: 5.0/10

Audio Language..................: English

Duration..................: 1h 32 min

File size..................: 523 MB

Format..................: Matroska (.mkv)

Resolution..................: 1280 x 532 pixels

Overall bit rate..................: 799 Kbps

Frame rate..................: 23.976 fps

Audio..................: AAC 48000KHz

**Download Links:**

Part 1

Part 2

Part 3

Part 4

Share / Bookmark

Leave A Comment, Written on 15:20:58 , Uncategorized

<< OLDER ENTRIES

MOVIE WORLD is proudly powered by WordPress, Theme Digontorekha designed by Neerob

MOVIE WORLD THE WORLD WHICH ALLOW YOU TO GET ULTIMATE TEST OF DOWNLOADING MOVIEZ!!! TIPS TO JOIN PARTS CONTACT US



# Free Download Warez Arena

WORLD'S MOST EXCLUSIVE WAREZ SITE EVERSEEN. ALL WAREZ FREE TO DOWNLOAD WITH THEIR CRACKS / SERIALS / KEYGENS AND ACTIVATORS. FREE DOWNLOAD HOSTERS : HOTFILE - DEPOSITFILE - FILESERVE - FILESONIC (Daily Updated)

## Movies & Other Videos

### Stag Night of the Dead (2010) DVDRip XviD

Stag Night of the Dead 2010 DVDRip XviD | 625 Mb Starring: Sebastian Street, Sophie Lovell Anderson and Joe Rainbow Release Date : 11-02-2011 Source : R1 NTSC DVD5 Size : 625 Mb | 1CD Genre : Action | Comedy | Horror Video : 608 x 336,...

### Accidents Happen (2010) DVDRip XviD

Accidents Happen (2010) DVDRip XviD | 302 Mb 92 Min | 640 x 272 | x264 - 404Kbps | 23.976fps | ACC - 48.0KHz Genre: Comedy | Drama There are dysfunctional families... and then there are the Conways. After a family tragedy, 15-year-old Billy Conway has become the de facto glue between his bitter...

### Mega Piranha (2010) DVDRip XviD

Mega Piranha (2010) DVDRip XviD | 368 Mb 88 Min | 624 x 352 | x264 - 468Kbps | 25.000fps | ACC - 48.0KHz Genre: Action | Horror | Sci-Fi A mutant strain of giant ferocious piranha escape from the Amazon and eat their way toward...

### Titanic II (2010)

Titanic II (2010) DVDRip XviD 404 MB 89 Min | 640 x 352 | x264 - 496Kbps | 23.976fps | ACC - 48.0KHz Genre: Action | Adventure On the 100th anniversary of the original voyage, a modern luxury liner christened "Titanic 2," follows the path of its namesake. But when a tsunami hurls an ice berg into the new ship's path, the passengers and crew must fight...

### Aladdin (1992)

Aladdin (1992) DVDRip XviD RealMedia | 572x320 | RealVideo 4-416 Kbps | English | 64.1 Kbps-2 channels | 1h 20mn | 278 Mb Genre: Animation | Adventure | Family Aladdin, a street urchin, accidentally meets Princess Jasmine, who is in the city undercover. They love each other, but she can only marry a prince. Screenshots...

### CUT (2010)

Cut (2010) DVDRip MKV - 388 Mb Genre : Horror | Mystery | Thriller Director : Alexander Williams Language : English Format : .mkv Five friends return from a cocktail party to a cottage deep inside the English woods of the Peak District. Having brushed off the notion of urban legends as rubbish, never...

**Menu**

- Full Softwares
- Portable Softwares
- Security / Antivirus
- Freeware & Betas
- Games/Portable G.
- Movies & Other Videos
- Music & Video Music
- E-Books & Tutorials
- Magazines/Periodicals
- Graphic & Designs
- Miscellaneous / Others
- About Us
- Our Team
- Feedback
- Link to us Banners

**Search site**

Search

**Contact**

**Team Free Download Warez Arena**

Please feel free to share your valuable comments at :

arena2000@ymail.com

HF-DF-FS.txt

www.ddl13.com/topsites/in.php?id=smoha456

warezmeridian.com/topsites/in.pl id=smoha456

ddl-uk.com/in.php?id=smoha456

**Tags**

loops nero fashion magazine action play game internet browser edition security ebook tutorial guide crack serial kapersky bootable studio book system protection disk edit



antivirus
multilingual electronic
project 2010
video image
office converter
portable movie
games computer
recorder player adobe
songs music photo
picture photoshop
editor translator tool
pro software
© 2011 All rights reserved. Disclaimer : This site does not store any file but work as a link to other sites. | Free website webnode

jp61HSocLXFxLsNQgW634WpHkL3-nLbi789J3-jkJ6A" />

PHOTOSHOP RESOURCES
Click Here
OPERATING SYSTEM
Adobe
acer
QUALCOMM
hp
freescale
ASUS
lenovo
TEXAS INSTRUMENTS
Clicke Here
ANTI VIRUS
eset
McAfee
PANDA
KASPERSKY ANTI-VIRUS
AVIRA
bitdefender
AVG
TREND MICRO
Click Here
INTERNET UTILITY
Click Here
Pag. today 8
Subscribe To Our Site
Enter email address
Subscribe
Live Traffic Feed
See your visitors in RealTime!
Get the Free Live Traffic Feed
Get Feedjit Now!
A visitor from Washington, District of Columbia viewed "Home - Pro Software Interactive" 0 secs ago
A visitor from Berlin left "Topic: Sideway New York | Full Version |525MB - Pro Software Interactive" via adf.ly 43 mins ago
A visitor from Berlin viewed "Topic: Sideway New York | Full Version |525MB - Pro Software Interactive" 43 mins ago
A visitor from Makati, Manila viewed "Topic: *New* Angry Birds Seasons v2.0.0 (2011) | Full Version | 49 MB - Pro Software Interactive" 2 hours 19 mins ago
A visitor from Athens, Attiki left "Topic: HJ SPLIT 323KB - Pro Software Interactive" via adf.ly 2 hours 38 mins ago
A visitor from Athens, Attiki viewed "Topic: HJ SPLIT 323KB - Pro Software Interactive" 2 hours 38 mins ago
A visitor from Albania viewed "Topic: ESET Key Finder v8 | Full Version | 3.98 MB - Pro Software Interactive" 2 hours 50 mins ago
A visitor from Los Mochis, Sinaloa left "Topic: Wondershare Data Recovery 3.0.2 | Full Version | 14.72 MB - Pro Software Interactive" via adf.ly 3 hours 39 mins ago
A visitor from Los Mochis, Sinaloa viewed "Topic: Wondershare Data Recovery 3.0.2 | Full Version | 14.72 MB - Pro Software Interactive" 3 hours 39 mins ago
A visitor from Rochester, Michigan left "Topic: Desktop Chess Gadget 1.4.0.0 - Pro Software Interactive" via softpedia.com 4 hours 25 mins ago
Real-time view · Menu
20,000 Visitors $22.9
Instant Traffic Delivery
Increase Sales to Your Site!
Click Here
Alexa Site Audit
Learn More
Alexa
Get Widget
Newest Members
Oh Yes! It's FREE
Page Rank 1/10
Checkpagerank.net
The fastest way to share a file
Copyright @2011ProSoftwareInteractiveTeam all rights reserved All programs have been taken in the free dissemination on the Internet, and are intended for guidance only. All rights to software belong to their authors. Administration of this site www.freesoftwaresgamesmovies.webs.com assume no responsibility for the further use of the program. If a program is a violation of your copyright, then simply contact us and we will remove it from the site!
Create a Free Website

Access Over 150,000 Movies and TV Shows FREE!
Action
graboid video
Download & Sign Up for Free
PussInBoots
Paranormal3
In Time
Immortals
Foot Loose
Real Steel
BreakingDawn
Rum Diary
Absolutely FREE movies and TV Shows!! Yes, Graboid offer exclusively access to over 150.000 movies, TV shows, and many more for FREE!! Equipped with search and playback technology, experience the huge list of our blazingly fast HD quality streaming movies, leaves file sharing applications like BitTorrent in the dust!. And all is for free?! Sounds crazy right? Experience it your self! Be amazed by the shockingly truth!
Unlimited access to Movies, TV Shows, Asian, Indian, Anime & Adult
Use with confident - absolutely FREE, safe, no viruses and legal
Stream instantly without time to load or just download & burn later
Full HD content with blazingly fast for maximum viewing quality
ENJOY NEWEST MOVIE's & TV SHOW VIDEO HERE
IdesOfMarch
MoneyBall
Courageous
HaroldKumar
J. Edgar
Glee
Bones
NCIS
Gossip Girl
Anatomys
Dexter
House
Lost
HD MOVIES & TV SHOWS
CLICK HERE TO START WATCHING
NO ADWARE
NO SPYWARE
READY TO GET STARTED? IT'S AS EASY AS 1 - 2 - 3
1 Download and install Graboid.
2 Sign up for your FREE account.
3 Start watching immediately!
FAQ & Contact | Features | TroubleShooting Guide | Blog in Video
Related Results
Albnetwarez.org
Top answers for Albnetwarez.org
www.SmartShopping.com
Results for Albnetwarez.org
We've got Albnetwarez.org! Shop Online. Shop Smarter.
www.InternetCorkBoard.com
AdChoices
Chitika | Opt out?
2005 - 2012 FreeWatchTv.info. All rights reserved

HOME
DISCLAIMER
SOFTWARE MAP
FULL OF WAREZ OCEAN
IDM ULTRAEDIT PROFESSIONAL V17.00.0.1023
March 19th, 2011
UltraEdit
The very best in text editing, period.
Read the rest of this entry »
Posted in Video | No Comments »
SILVER EFEX PRO 2.0
March 19th, 2011
Silver Efex Pro
Read the rest of this entry »
Posted in Video | No Comments »
JETICO BESTCRYPT 8.21.0.0
March 19th, 2011
BestCrypt
Encryption Suite
Read the rest of this entry »
Posted in Uncategorized | No Comments »
RK LAUNCHER 0.4
March 19th, 2011
RKLauncher
Read the rest of this entry »
Posted in Uncategorized | No Comments »
ANTARES AUTO-TUNE EVO VST 6.09
March 19th, 2011
AUTO-TUNE EVO
antares
SEARCH
Go
POPULAR POSTS
RemoveWAT 2.2.5 9599 view(s)
Garmin Keygen 1.5 - lates... 8411 view(s)
Virtual DJ Pioneer CDJ100... 3342 view(s)
3D Home Architect Design ... 2547 view(s)
UltraSurf 10.03 2522 view(s)
ESRI ArcGIS 9.3 1977 view(s)
Brazzers Accounts Finder ... 1837 view(s)
Visual CertExam Suite v1.... 1809 view(s)
Hotspot Shield 1.54 Multi... 1805 view(s)
Virtual DJ Studio â€¢ Kar... 1739 view(s)
CATEGORIES
2D
3D
Animation
Anti-malware
Antivirus
Archiver
Audio
Backup
Blu-ray
Browsers
Burning
CD&DVD
Codec
Converter
Data
DataBase
Design
Desktop
Developer
Diagnostics
Dictionaries
Download manager
Drive
Drivers
Email
File manager
Firewall
Flash
Fonts
FTP
Fun
Guitar
Hard
Hard Drive
HD
HDD
Icon
Images
Internet
iPhone
IPod
ISO
Keys & Serials
Mail
Map
Media
Multimedia
Network
Office
Optimizers
Other
Paint
PDF
Phone
Photo
PHP
Players
Print
Programming
Rapidshare
Record
Recovery
Registry
Remover
Scan
Screen
Screensavers
Security
Server
System
Text
Torrent
Translation
TV
Uncategorized
Uninstaller
USB
Utilities
Video
Wallpapers
Web
WebCam
Wi-Fi
Windows
WLAN
Youtube
SIMILAR POSTS
IDM UltraEdit 15.10.0.1031
IDM UltraEdit v15.10.0.1031
UltraEdit Professional 16.10.0.1027
Idm Ultraedit V15.20.0.1026
UltraEdit 15.10.0.1028
ARCHIVES
March 2011
February 2011
January 2011
December 2010
November 2010
October 2010
September 2010
August 2010
July 2010
June 2010
May 2010
April 2010
March 2010

Read the rest of this entry »

Posted in Audio | No Comments »

## NORTON PARTITION MAGIC 8.05

March 18th, 2011

Read the rest of this entry »

Posted in Antivirus | No Comments »

## CLONEDVD 2.9.2.10 + KEYGEN

March 18th, 2011

Read the rest of this entry »

Posted in CD&DVD | No Comments »

## XILISOFT MKV CONVERTER 6.5.2

March 18th, 2011

Read the rest of this entry »

Posted in Converter | No Comments »

## PC TOOLS REGISTRY MECHANIC 10.0.0.134

March 18th, 2011

February 2010
January 2010
December 2009
November 2009
October 2009
September 2009
August 2009
July 2009
June 2009
May 2009
April 2009
March 2009

## POPULAR SEARCHES

removewat download rapidshare
garmin 1.5 keygen
Virtual DJ Pioneer CDJ1000MK3 and DJM800
UltraSurf 10.03 Free Download
3d home design
arcgis 9.3 megaupload
Visual.CertExam.Suite.v1.9.987
brazzers аккаунты
download hotspot shield 1.54
warez zone
removewat 2.2.5
city navigator europe nt 2011.40 img +
mapsource (2011/multi/rus) Ñ‚Ð¾Ñ€Ñ€ÐµÐ½Ñ‚
Windows 7 - Open 7 Activator 1.2.7
key guitar pro 5.2
VSO ConvertXtoDVD 4.0.9.322

Read the rest of this entry »
Posted in Registry | 1 Comment »
ANTI TROJAN ELITE 5.3.6
March 18th, 2011
Anti Trojan Elite
Scan
Type
Special File
Folder
Monitors
System
Tools
Network
Process
Services
System Optimize
Version 5.3.6 Release
Date 2011. 3. 5
Quantity 58247
EMail: Support@remove-trojan.com
Website: http://www.remove-trojan.com
This copy is registered by
ZOO
Read the rest of this entry »
Posted in Antivirus | No Comments »
« OLDER ENTRIES
Entries (RSS) and Comments (RSS)

February 14, 2012, 05:59:09 PM
Welcome, **Guest**. Please login or register.
Did you miss your activation email?

FullWarez.Net

Home Rules Search Login Register

510491 Posts in 464139 Topics- by 2176 Members - Latest Member: **kraphael**

Search...

Seleccione su idioma:
English

FULLWAREZ - WAREZ FORUM » ::: DOWNLOAD ZONE ::: » MOVIES » FULL DVD

Pages: [1] 2 3 4

| Subject | Started by | Replies | Views | Last post |
|---|---|---|---|---|
| Puss in Boots (2011) UNRATED BRRip 720p 550 MB Ganool | phamthanh16091990 | 0 | 29 | **Today** at 11:07:22 AM by phamthanh16091990 |
| Conan The Barbarian [2011][Fantástico][DVDR][Latino] | Elitevip | 0 | 110 | **Today** at 01:39:52 AM by Elitevip |
| Cat Run (2011) BRRip 720p H264 AAC | phamthanh16091990 | 0 | 64 | February 13, 2012, 11:48:17 AM by phamthanh16091990 |
| Tower Heist (2011) 720p BRRip x264 AAC-ViSiON | phamthanh16091990 | 0 | 57 | February 12, 2012, 12:10:32 PM by phamthanh16091990 |
| Ronal the Barbarian (2011) BluRay 720p x264-Ganool | phamthanh16091990 | 0 | 53 | February 12, 2012, 11:48:34 AM by phamthanh16091990 |
| Seeking Justice (2011) 720p BluRay x264 W_Eagle | phamthanh16091990 | 0 | 114 | February 09, 2012, 01:39:51 PM by phamthanh16091990 |
| The Twilight Saga Breaking Dawn Part 1 (2011) BDRip XviD - ALLIANCE | phamthanh16091990 | 0 | 263 | February 02, 2012, 09:53:01 AM by phamthanh16091990 |
| The Double (2011) RERIP BDRip XviD-SPRiNTER | phamthanh16091990 | 0 | 562 | January 24, 2012, 10:27:59 PM by phamthanh16091990 |
| The Caller (2011) TRBRRip XviD AC3-BTRG | phamthanh16091990 | 0 | 538 | January 24, 2012, 12:31:13 PM by phamthanh16091990 |
| In Time (2011) 720p BRRip XviD AC3-REFiLL | phamthanh16091990 | 0 | 499 | January 24, 2012, 11:50:30 AM by phamthanh16091990 |
| The Orphan Killer (2011) DVD5 | mishm | 0 | 504 | January 05, 2012, 10:57:33 PM by mishm |
| An Invisible Sign [2010] [DVD-Full] [NTSC][Aud:Ing/Subs:Lat | eternal | 0 | 1136 | November 27, 2011, 07:01:44 PM by eternal |
| Cars 2 [2011] [DVD-Full] [Aud:Lat,Ing/Subs:Lat,Ing] | eternal | 0 | 1128 | November 12, 2011, 10:22:20 AM by eternal |
| Harry Potter and the Deathly Hallows: Part II [DVD [Latino] | eternal | 0 | 1020 | November 04, 2011, 09:26:05 AM by eternal |
| Men In Black DVD Full [Español Latino] | admin | 1 | 1477 | October 15, 2011, 11:18:50 PM by Metallian |
| Ga Hoole La Leyenda De Los Guardianes Dvd Full(NTSC)Lat-Ing | eternal | 1 | 1334 | October 15, 2011, 11:10:58 PM by Metallian |
| Silent hill 1 movie 2006 dvdr ntsc full iso dvd9 | eternal | 0 | 1094 | September 05, 2011, 02:51:09 PM by eternal |
| Los Ojos De Julia [2010|DVDR|Audio:castellano/frances] | eternal | 0 | 993 | September 05, 2011, 01:37:01 AM by eternal |
| Wrong turn Dvd Full Subtitulos Latino | eternal | 0 | 1158 | September 04, 2011, 11:26:38 PM by eternal |
| Elephant White [2011|DVDR|Audio:ingles|Subtitulos:español] | eternal | 0 | 991 | September 04, 2011, 09:29:04 PM by eternal |

Pages: [1] 2 3 4

FULLWAREZ - WAREZ FORUM » ::: DOWNLOAD ZONE ::: » MOVIES » FULL DVD

Topic you have posted in
Normal Topic
Hot Topic (More than 15 replies)
Very Hot Topic (More than 25 replies)

Locked Topic
Sticky Topic
Poll

Jump to: ===> Full DVD go

Donate

LinkPlz -

NEXUSDDL

Powered by SMF | SMF © 2006-2011, Simple Machines
Sitemap | Tags | Rules | Contact Us

© 2010-2011 Fullwarez.net All rights reserved.

Share Report Abuse Next Blog» Create Blog Sign In

# HDTV BLOG

SUNDAY, DECEMBER 12, 2010

## Ebates Promo

Join Ebates and get 1-6% money back from online purchases (eBay included!). Works in all countries worldwide! Use this promo link and get $5 bonus ($5 bonus valid thru December):

Ebates Promo Link

You can earn cash back at any of over 1,200 stores any time you start your shopping trip at Ebates.com. There are no points to redeem, no forms to mail in, and no fees. Stores pay Ebates a sales commission for sending shoppers their way, and Ebates uses the commission to pay you cash back. All we need is an email address so we can notify you when your cash back has been credited. To date, our members have already earned more than $55,000,000 and you can join them today!

POSTED BY IPABLOGGER AT 12:09 PM 0 COMMENTS
LABELS: EBATES, PROMO

SUNDAY, SEPTEMBER 19, 2010

## Celine Dion - My Love - Ultimate Essential Collection

Celine Dion - My Love - Ultimate Essential Collection in lossless format

CD1
01. My Heart Will Go On (Love Theme From "Titanic")
02. Think Twice
03. It's All Coming Back To Me Now
04. A New Day Has Come (Radio Remix)
05. My Love (Live Version)
06. Taking Chances
07. That's The Way It Is
08. The Power Of Love
09. Because You Loved Me (Theme from "Up close & personal")
10. Tell Him (Duet With Barbra Streisand)
11. Falling Into You
12. I Drove All Night
13. I'm Alive
14. All By Myself
15. Alone
16. Immortality (Feat. The Bee Gees)
17. Beauty And The Beast (Duet With Peabo Bryson)
18. There Comes A Time

CD2
01. River Deep, Mountain High
02. One Heart
03. I'm Your Angel (Duet With R. Kelly)
04. Only One Road
05. Pour Que Tu M'aimes Encore
06. You & I
07. To Love You More
08. Eyes On Me
09. Have You Ever Been In Love
10. The Reason
11. Seduces Me
12. The First Time Ever I Saw Your Face
13. Dance With My Father
14. Misled
15. Love Can Move Mountains
16. Call The Man
17. Goodbye's (The Saddest Word)
18. The Prayer (Duet With Andrea Bocelli)

POSTED BY IPABLOGGER AT 2:38 PM 1 COMMENTS
LABELS: FILESERVE.COM, LOSSLESS, MUSIC

SATURDAY, AUGUST 21, 2010

## Linton Kwesi Johnson Live In Paris

EBATES

IPHONE BLOG

MACBOOK BLOG

BLOG ARCHIVE

▼ 2010 (24)
▼ December (1)
Ebates Promo
► September (1)
► August (3)
► July (15)
► February (1)
► January (3)
► 2009 (1)

SUBSCRIBE TO

Posts
All Comments

FILESERVE

HOTFILE

EBATES

Linton Kwesi Johnson Live In Paris
Celebrating 25 Years In Reggae
With The Dennis Bovell Dub Band



01. Di Eagle An Di Bear
02. Want Fi Goh Rave
03. Sonny's Lettah
04. Dread Beat An Blood
05. Fite Dem Back
06. Reggae Fi Peach
07. Reggae Fi Radni
08. Di Great Insohreckshan
09. Mekkin Histri
10. Tings An Times
11. Liesense Fi Kill
12. More Time
13. Reggae Fi Bernard
E

POSTED BY IPABLOGGER AT 9:38 AM   1 COMMENTS
LABELS: FILESERVE.COM, MUSIC

## Enigma - The Platinum Collection (2009)

Enigma - The Platinum Collection (2009) Lossless format



Enigma is an electronic musical project founded in Germany by
Michael Cretu, David Fairstein and Frank Peterson in 1990. The
Romanian-born Cretu conceived of the Enigma project while
working in Germany, but had been based at his recording studio
A.R.T. Studios in Ibiza, Spain, since the early 1990s until May
2009, where he has recorded all of Enigma's studio releases to
date. Cretu is both the composer and the producer of the project.
His former wife Sandra often provided vocals on Enigma tracks.
Jens Gad co-arranged and played guitar on three of the Enigma
albums. Peter Cornelius also contributed to Enigma during the
1990's.

The Platinum Collection is a 2009 compilation album by the
musical project, Enigma. It contains three CDs. The first CD
contains most popular Enigma tracks from the previous years, the
second CD is a copy of the first CD except it contains tracks
remixes, the third CD contains never released before tracks
composed and produced by Michael Cretu.

POSTED BY IPABLOGGER AT 9:27 AM   1 COMMENTS
LABELS: FILESERVE.COM, LOSSLESS, MUSIC

SUNDAY, AUGUST 15, 2010

## NASA Voyager Recordings - Symphonies of the Planets - FLAC



The epic space flights of Voyager I & II soar across our Solar
System. This unique series of recordings (5 volumes) is created
from original Voyager recordings of the electromagnetic "voices"
of the planets and moons in our Solar System. Although space is a
virtual vacuum, this does not mean there is no sound in space.
Sound does exist in electronic vibrations. The specially designed

instruments on board the Voyagers performed special experiments to pick up and record these vibrations, all within the range of human hearing. Hear the beautful songs of the planets.

Share the journey of a 5 billion mile trek to the outer limits of our solar system. Hear the beautiful songs of the planets. The complex interactions of the cosmic plasma of the universe, charged electromagnetic particles from the solar wind, planetary magnetosphere, rings and moons create vibration soundscapes which are at once utterly alien and deeply familiar to the ear. Some of these sounds are hauntingly like human voices singing, giant Tibetan bowls, wind waves, birds and dolphins.

POSTED BY IPABLOGGER AT 8:16 AM 1 COMMENTS
LABELS: FILESERVE.COM, FLAC, LOSSLESS, MUSIC

WEDNESDAY, JULY 14, 2010

## Runaway Bride (1999) 720p

Runaway.Bride.1999.720p.BluRay.DD5.1.x264-RuDE

http://www.imdb.com/title/tt0163187/

A reporter is assigned to write a story about a woman who has left a string of fiances at the altar.

Cast: Julia Roberts, Richard Gere, Joan Cusack

POSTED BY IPABLOGGER AT 3:51 PM 1 COMMENTS
LABELS: 720P, BLU-RAY, HOTFILE.COM, MOVIE

## The Imaginarium of Doctor Parnassus 720p

The Imaginarium of Doctor Parnassus 720p BluRay x264-ALLiANCE

http://www.imdb.com/title/tt1054606/

A traveling theater company gives its audience much more than they were expecting.

Cast: Christopher Plummer, Andrew Garfield, Heath Ledger

POSTED BY IPABLOGGER AT 3:51 PM 1 COMMENTS
LABELS: 720P, BLU-RAY, HOTFILE.COM, MOVIE

Home Older Posts

Subscribe to: Posts (Atom)

Hotfile-Movies
DVD | BluRay | 300mb | XXX
Report Bad Posts!
Uploader? Join us!
Home
Register
PhazeDDL
High Definition Warez
Upload & Earn
Hotfile Movies > Movie Downloads
TV SHows
User Name
Remember Me?
Password
Log in
PHAZE DDL
100% FREE SEX
Search topics by first letter
All # A B C D E F G H I J K L M N O P Q R S T U V W X Y Z
New Topic
Page 1 of 5525 1 2 3 11 51 101 501 1001 > Last »
Threads in Forum : TV SHows
Forum Tools
Search this Forum
Thread / Thread Starter
Rating
Last Post
Replies
Views
Sticky: Ben10 Ultimate Alien All Seasons
humour
04-11-2011 05:58 PM by Spicylovers786
2
98
Sticky: Ben10 Alien Force All Seasons
humour
04-11-2011 05:57 PM by Spicylovers786
3
65
Sticky: Ben10 All Seasons
humour
04-11-2011 05:57 PM by Spicylovers786
3
71
Bizarre Crime S01E06 WS PDTV XviD-C4TV
avro
14-02-2012 04:17 PM by avro
0
2
The Simpsons S23E13 HDTV XviD-LOL
blackemil
13-02-2012 08:49 PM by blackemil
0
9
Pan.Am.S01E13
blackemil
13-02-2012 08:36 PM by blackemil
0
2
Lost Girl S02E16 HDTV XviD
blackemil
13-02-2012 08:23 PM by blackemil
0
2
Dumbest.Stuff.on.Wheels.S02E03
blackemil
13-02-2012 08:09 PM by blackemil
0
2
Boardwalk Empire Season 2 HDTV
blackemil
13-02-2012 07:56 PM by blackemil
0
2
American Dad S07Ep10
blackemil
13-02-2012 07:42 PM by blackemil
0
3
House of Lies S01E06 | HDTV-ASAP
blackemil
13-02-2012 10:33 AM by blackemil
0
5
The Roxy Music Story (2008) TVrip
dangnhap
10-02-2012 04:31 AM by dangnhap
0
12
The Office US S08E13 720p HDTV X264-DIMENSION
dangnhap
10-02-2012 04:19 AM by dangnhap
0
2
The Office S08E13 HDTV XviD-LOL
dangnhap
10-02-2012 04:07 AM by dangnhap
0
2
Spartacus S02E02 HDTV XviD-SYS
dangnhap
10-02-2012 03:55 AM by dangnhap
0
6
Spartacus S02E02 720p HDTV X264-DIMENSION
dangnhap
10-02-2012 03:43 AM by dangnhap
0
3
Playback (2012) HDRiP AC3 2.0 XviD-SiC
dangnhap
10-02-2012 03:31 AM by dangnhap
0
2
One Tree Hill S09E04 HDTV XviD-ASAP
dangnhap
10-02-2012 03:18 AM by dangnhap
0
2
National Geographic - The Greatest Flight (1995) DVDRip XviD AC3-MVGroup
dangnhap
10-02-2012 03:06 AM by dangnhap
0
5
National Geographic - Apocalypse: The Rise of Hitler (2011) PDTV x264 AAC-MVGroup
dangnhap
10-02-2012 02:54 AM by dangnhap
0
4
Discovery Health: Depression (2010)
dangnhap
10-02-2012 02:42 AM by dangnhap
0
2
Channel 4 - Terror at Sea: The Sinking of the Concordia (2012) HDTV XviD-C4TV
dangnhap
10-02-2012 02:30 AM by dangnhap
0
4
BBC - Saxon Hoard A Golden Discovery (2012) WS PDTV XviD-C4TV
dangnhap
10-02-2012 02:18 AM by dangnhap
0
5
Page 1 of 5525 1 2 3 11 51 101 501 1001 > Last »
PhazeMP3
WarezInfinite.NET
Your Link
Free download all warez
Audio Books
Funny And Amazing Pictures
WarezAll
Download Full PC Games
Contact Us
Download Movies Free
Disclaimer - Submit DMCA Request - Contact Us - Archive - Top
Hotfile-Movies.Com ©

# HOTFILE WAREZ

TUESDAY, NOVEMBER 24, 2009

## MixMeister.Fusion.v7.3.5.1

Check out the latest version of Mixmeister Fusion here:

MixMeister Fusion can make attractive mix of audio like a true professional DJ in just a couple of minutes and without being an expert on the subject. All you need are a few songs and this program. MixMeister Fusion is an intuitive interface where you can simply drag and drop files you want to use audio (MP3, WAV or WMA).

Then you can choose the transition between songs using a simple drop-down menu, add special sound effects.

The program does all operations automatically so you do not have anything to worry about. Once you have the composition you like, you can burn it to CD from within MixMeister Fusion, export it to a file or pass it directly to your portable MP3 player.

Features:

* Audio Editing.
* Professional program for mixing.
* Special functions for live presentations.
* Cycles and remixes on the fly.
* Powerful editing systems.
* Exact tempo adjustments.
* Visual system time line.
* It allows you to add cycle pulses.
* Allows mixing of up to 8 songs simultaneously.
* Allows automatic adjustments.
* VST audio effects.
* MIDI device driver.
* Recording audio CDs.
* Attractive and intuitive interface.

(Crack or Patch) : Inside

MixMeister.Fusion.v7.3.5.1

POSTED BY ADMIN AT 4:25 AM 0 COMMENTS

MONDAY, OCTOBER 12, 2009

## Steinberg Cubase Sx V3.1.1.944

Designed with the requirements and working methods of professional musicians, composers, audio engineers and producers in mind, Steinberg's flagship Cubase SX3 converges extraordinary sound quality, intuitive handling and a vast range of functions. Cubase SX3 provides creative tools that save you time at every link of the production chain, from the

initial musical idea to final mastering.
Audio + MIDI Recording/Editing/Mixing
Virtual Instruments and Effects
Professional Music Notation and Score Printing
Real Multi-channel Surround Sound
Seamless Integration of External Audio and MIDI Hardware
Pristine 32-bit floating point Audio Engine
New Features

Courtesy of terrific new features such as Audio Warp real-time time-stretching, the Play Order Track for pattern-based arranging, freely configurable Workspaces and the convenient Inplace editor, working with Cubase SX3 is even more intuitive and efficient than ever

BLOG ARCHIVE

▼ 2009 (4)
▼ November (1)
MixMeister.Fusion.v7.3.5.1
► October (1)
► September (2)

before. What's more, external audio and MIDI hardware integrates seamlessly. Cubase SX3 takes Virtual Studio Technology a step up the evolutionary ladder.

Studio Connections Phase II: Audio Integration

Cubase SX 3.1 takes Steinberg and Yamaha's joint Studio Connections standard to the next level: Alongside total recall, it now offers full audio integration for your instruments. Compatible Yamaha sound generators such as the Yamaha Motif ES synthesizer may be integrated, monitored in the Mixer and edited directly via StudioManager panels - just like VST instruments.

Seamless Integration of External Instruments

Cubase SX 3.1 does for hardware sound generators what Cubase SX 3.0 did for external effect devices. Simply connect your external instrument to your audio hardware and you can use it conveniently as a VST instrument. Simply load it to the VST instrument's rack, mix it with the Mixer, patch it through plug-ins, and use the Freeze function at will.

External FX MIDI Integration

External MIDI-enabled effect devices may be integrated as external plug-ins and be employed in Cubase SX 3.1 as MIDI devices. This lets you edit the given parameters right in the program.

Automatic Latency Compensation for External Hardware

Fully automatic latency compensation for plug-ins was one of the sensational innovations in Cubase SX2. With Version 3.1, this feature now ensures tight timing for external sound generators and effect devices that are integrated as plug-ins.

Support for Nuendo Dolby Digital and DTS Encoders

Cubase SX now also supports Steinberg's optionally available Surround encoders and lets you export projects in professional Dolby Digital and DTS multi-channel formats.

MIDI Track Parameter Definition

MIDI track parameters defined in the Inspector - for example, program, transpose or velocity and length compression - can now be converted into real MIDI events using the Define track parameter command. This function also works with MIDI insert effects so that a single click is all it takes to do things like insert a computer-generated arpeggio into the track.

New Equal Power Panorama Knob

The new Equal Power panner automatically balances out the differences in level resulting from panorama position changes and enables smooth pan sweeps across the stereo or Surround image.

Enhanced Mixer Handling

With an enhanced copy function for mixer channels and more than 50 new keyboard shortcuts for controlling the Mixer, mixing in Cubase SX 3.1 is even faster and more convenient.

Extended Archiving Function

Cubase SX/SL 3.1 offers even more versatile archiving options. Now you can opt to import individual tracks from an archive. Moreover, when you're exporting, you can choose to create links to audio files rather than copying the actual files.

Extended Multiprocessing

Cubase SX and Cubase SL Versions 3.1 are tweaked to take advantage of the added power provided by systems with more than two processors, including the latest DualCore processors from AMD and Intel. In practice, this means you enjoy considerably more powerful performance. That means you can use scores of plug-ins and VST instruments simultaneously.

New Features in Cubase SX3

Audio Warp

Audio Warp enables time-stretching and pitch-shifting in real time with lots of new audio processing options, including ACID® file support: Loops adapt automatically to the song tempo, and audio files follow tempo changes in real time. New recordings' tempo and key can be changed immediately without converting them first.

Studio Connections "Total Recall"

Studio Connections Total Recall (optional integration of the Yamaha Studio Manager 2) is ushering in a new era in software and hardware integration. This modular editing system closes the gap between the virtual and the physical studio. Now when you open a project, you can recall all the settings of the entire studio in a matter of seconds.

Play Order Track

The intuitive Play Order Track for pattern-based arranging sets new standards in creative music production. Simply divide your song into sections to make arranging very, very simple. You can compare different versions of your song - a click is all it takes to convert it to the linear form for mixdown and mastering. In addition, you can store different versions of a song within the project without sacrificing the original version.

External FX Plug-ins

External FX plug-ins enable you to integrate digital or analog hardware effect devices directly into the Audio VST Mixer. Now you can use your favorite hardware as a plug-in - of course, with automatic latency compensation.

Inplace Editor

The new Inplace editor lets you quickly edit MIDI events right in the

Project window. Now you'll find it even easier to adapt your MIDI events to match your audio or video tracks.
Freely Configurable Workspaces

The new Workspaces (window layouts) help you organize your user panel. You can create and save different panels for every step of your production. And you can simply change the Workspace view when you wish to work with several computers and monitors.

MIDI-Device Maps/Panels

New MIDI Devices Maps/Panels afford you direct access to external MIDI hardware via freely definable graphical knobs. You can import predefined graphical VST Mixer maps or create your own user interface, even in the Track Inspector and the mixer channel strip. Example panels for various popular devices are already included, with more available for free downloading from the registered customer support pages.
Extended Freeze Function

The Freeze function for virtual instruments and audio tracks is on board to boost flexibility and performance. You can use Freeze for VST instruments with or without insert effects and conserve computing power by automatically deactivating the instrument. Moreover, you can freeze audio tracks with insert effects in order to free up even more CPU performance.
Color Coding

User-defined color-coding of tracks and mixer channels enhances clarity in complex projects.
Part-based Volume Envelopes

With the new part-based volume envelopes, you can eliminate local differences in volume without changing the actual automation track, as well as move events along with their volume envelopes.

Steinberg Cubase Sx V3.1.1.944 (part 1)

Steinberg Cubase Sx V3.1.1.944 (part 2)

POSTED BY ADMIN AT 8:02 AM 0 COMMENTS

TUESDAY, SEPTEMBER 22, 2009

## VA-Retrodance Deluxe Box Edition (6CD) (2009)

Some crap on this,I wont lie to you about that,but some of the digital gems on here more than make up for the weak.

Download :

VA-Retrodance (part 1)

VA-Retrodance (part 2)

VA-Retrodance (part 3)

VA-Retrodance (part 4)

VA-Retrodance (part 5)

VA-Retrodance (part 6)

POSTED BY ADMIN AT 10:43 AM 2 COMMENTS

SUNDAY, SEPTEMBER 20, 2009

## Sound Forge Pro 10

Sony Sound Forge Pro 10.0.368 ISO - RISE x86/x64 | 502MB

Sound Forge Pro 10
software efficiently and reliably provides audio editors and producers complete control over all aspects of audio editing and mastering.

Whether in the studio or field, it's the ultimate all-in-one production suite for professional audio recording and mastering, sound design, audio restoration, and Red Book CD creation. New features in Sound Forge Pro 10 include precise event-based editing, integrated disc-at-once CD burning, musical instrument file processing, and pristine audio conversion and time stretching.

Features:

- Supports 24-bit and 32-bit/64-bit float 192 kHz files
- Edit mono, stereo, and multichannel audio files (up to 32 channels)
- Over 20 real-time DirectX plug-ins
- Multichannel file editing and processing
- Real-time editing and processing
- Automated time-based recording
- ASIO driver support
- Customizable keyboard mapping
- DirectX audio plug-in support
- VST audio effect support
- Video and AVI supportUnlimited undo/redo levels
- Drag-and-drop editing between channels
- Integrated disc-at-once CD burning
- Full support for 4GB + files
- And much, much more...

New features:

- New customizable window layouts
- New default fade types
- New tabbed user interface
- New performance optimizations
- New event-based editing
- New musical instrument file processing
- New metadata windows
- Enhanced Broadcast Wave Format (.bwf) support
- New filters and DirectX plug-ins
- Integrated disc-at-once CD burning

Effects

- New! Includes Mastering Effects Bundle 2 powered by iZotope
- New! Zplane ėlastique Pro timestretch and pitch shift DirectX® plug-in
- New! Resonant Filter plug-in
- VST plug-in effect support
- DirectX® plug-in effects automation
- DirectX Plug-in Manager
- Real-time effects previewing
- Modeless audio Plug-In Chainer
- Wet/dry mix and crossfade options
- Acoustic Mirror environment simulator
- Amplitude Modulation
- Chorus
- Distortion
- Delay/Echo (Simple and Multi-Tap)
- Graphic Dynamics
- Multi-Band Dynamics
- Envelope
- Flange/Wah-Wah/Phaser
- Gapper/Snipper
- Noise Gate
- Pitch Bend/Shift
- Reverb
- Vibrato
- Wave Hammer Compressor/Volume Maximizer

What's new in version 10.0

Event-based editing.
Disc-at-once CD burning.
Enhanced timestretch and pitch shifting with the lastique Timestretch plug-in.
Support for processing musical instrument files (.dls, .sf2, .gig).
The Global media cache setting on the Editing tab of the Preferences dialog allows you to reserve RAM for media recently read from or written to disk.
Metadata windows.
Floating window docks.
Enhanced Broadcast Wave Format (.bwf) support.
Enhanced window layout management — save, recall, and share custom window layouts.
Tabbed browsing for maximized data windows.
iZotope MBIT+ Dither bit-depth conversion and 64-Bit SRC sample rate conversion.
Resonant Filter plug-in.
Custom selection grid lines.
You can now set default fade types for effects on the Editing tab in the Preferences dialog.

Download :

Sound Forge Pro 10 (part 1)

Sound Forge Pro 10 (part 2)

Sound Forge Pro 10 (part 3)

Sound Forge Pro 10 (part 4)

Sound Forge Pro 10 (part 5)

Sound Forge Pro 10 (part 6)

POSTED BY ADMIN AT 7:08 AM 0 COMMENTS

Home

Subscribe to: Posts (Atom)

2/13/2012 http://hotfilewarez.blogspot.com/

Sign In
Create Account
HotfileWarez
Your #1 source for hotfile links
Search...
This forum
Forums
Members
Shoutbox
PS3 iso
DMCA Policy
View New Content
HotfileWarez - Your #1 source for hotfile links → Downloads → Movies → TV Shows
TV Shows
The latest episodes of your favorite TV shows can be found here.
Forum Rules, Read before posting Posted by admin
Page 1 of 2357 NEXT »
Mark this forum as read
You cannot start a new topic
Recently Updated
Start Date
Most Replies
Most Viewed
Custom
Pawn Stars |Season 4| Episode 75 and 76 HDTV XviD
Started by vladasminjas, Yesterday, 10:08 PM
0 replies 0 views
vladasminjas Yesterday, 10:08 PM
Fear Factor S07E06 HTDV XviD-CBM
Started by Wade3Heat, Yesterday, 09:43 PM
0 replies 0 views
Wade3Heat Yesterday, 09:43 PM
House M.D. |Season 8| Episode 12 HDTV XviD
Started by vladasminjas, Yesterday, 09:39 PM
0 replies 0 views
vladasminjas Yesterday, 09:39 PM
Pawn Stars |Season 4| Episode 76 720p HDTV x264
Started by vladasminjas, Yesterday, 09:35 PM
0 replies 0 views
vladasminjas Yesterday, 09:35 PM
Mike and Molly |Season 2| Episode 15 hdtv xvid
Started by vladasminjas, Yesterday, 09:30 PM
0 replies 0 views
vladasminjas Yesterday, 09:30 PM
Being Human US |Season 2| Episode 05 HDTV XviD
Started by vladasminjas, Yesterday, 09:27 PM
0 replies 0 views
vladasminjas Yesterday, 09:27 PM
Little Mosque on the Prairie |Season 6| Episode 06 HDTV XviD
Started by vladasminjas, Yesterday, 09:23 PM
0 replies 0 views
vladasminjas Yesterday, 09:23 PM
Alcatraz |Season 1| Episode 06 HDTV XviD
Started by vladasminjas, Yesterday, 09:19 PM
0 replies 0 views
vladasminjas Yesterday, 09:19 PM
WWE Raw 02 13 12 DSR XviD-XWT
Started by marko84, Yesterday, 09:17 PM
0 replies 1 views
marko84 Yesterday, 09:17 PM
WWE Monday Night RAW 2012 02 13 720p HDTV x264-KYR
Started by marko84, Yesterday, 09:15 PM
0 replies 0 views
marko84 Yesterday, 09:15 PM
Pretty Little Liars |Season 2| Episode 20 HDTV XviD
Started by vladasminjas, Yesterday, 09:14 PM
0 replies 2 views
vladasminjas Yesterday, 09:14 PM
WWE Monday Night RAW 2012 02 13 480p HDTV x264-mSD
Started by marko84, Yesterday, 09:13 PM
0 replies 1 views
marko84 Yesterday, 09:13 PM
The Lying Game |Season 1| Episode 17 HDTV XviD
Started by vladasminjas, Yesterday, 09:11 PM
0 replies 1 views
vladasminjas Yesterday, 09:11 PM
Hart of Dixie |Season 1| Episode 14 HDTV XviD
Started by vladasminjas, Yesterday, 09:07 PM
0 replies 0 views
vladasminjas Yesterday, 09:07 PM
Who Do You Think You Are US S03E01 Martin Sheen 720p HDTV X264-QCF
Started by marko84, Yesterday, 09:05 PM
0 replies 0 views
marko84 Yesterday, 09:05 PM
2 Broke Girls |Season 1| Episode 16 720p HDTV X264
Started by vladasminjas, Yesterday, 09:02 PM
0 replies 2 views
vladasminjas Yesterday, 09:02 PM
Who Do You Think You Are US S03E01 Martin Sheen 480p HDTV x264-mSD
Started by marko84, Yesterday, 09:02 PM
0 replies 1 views
marko84 Yesterday, 09:02 PM
2 Broke Girls |Season 1| Episode 16 HDTV XviD
Started by vladasminjas, Yesterday, 08:59 PM
0 replies 2 views
vladasminjas Yesterday, 08:59 PM
Hawaii Five-0 |Season 2| Episode 16 720p HDTV X264
Started by vladasminjas, Yesterday, 08:56 PM
0 replies 1 views
vladasminjas Yesterday, 08:56 PM
Hawaii Five-0 |Season 2| Episode 16 HDTV XviD
Started by vladasminjas, Yesterday, 08:52 PM
0 replies 2 views
vladasminjas Yesterday, 08:52 PM
Two and a Half Men S09E16 HDTV XviD-LOL
Started by marko84, Yesterday, 08:51 PM
0 replies 1 views
marko84 Yesterday, 08:51 PM
Two and a Half Men |Season 9| Episode 16 HDTV XviD
Started by vladasminjas, Yesterday, 08:49 PM
0 replies 1 views
vladasminjas Yesterday, 08:49 PM
Two and a Half Men S09E16 720p HDTV X264-DIMENSION
Started by marko84, Yesterday, 08:46 PM
0 replies 1 views
marko84 Yesterday, 08:46 PM

Gossip Girl |Season 5| Episode 15 720p HDTV x264
Started by vladasminjas, Yesterday, 08:45 PM
0 replies 2 views
vladasminjas Yesterday, 08:45 PM
Two and a Half Men S09E16 480p HDTV x264-mSD
Started by marko84, Yesterday, 08:44 PM
0 replies 2 views
marko84 Yesterday, 08:44 PM
Gossip Girl |Season 5| Episode 15 HDTV XviD
Started by vladasminjas, Yesterday, 08:42 PM
0 replies 2 views
vladasminjas Yesterday, 08:42 PM
Jimmy Fallon 2012 02 13 Nicolas Cage HDTV XviD-2HD
Started by marko84, Yesterday, 08:42 PM
0 replies 1 views
marko84 Yesterday, 08:42 PM
The Voice S02E03 480p HDTV x264-mSD
Started by marko84, Yesterday, 08:40 PM
0 replies 1 views
marko84 Yesterday, 08:40 PM
How I Met Your Mother |Season 7| Episode 16 HDTV XviD
Started by vladasminjas, Yesterday, 08:39 PM
0 replies 1 views
vladasminjas Yesterday, 08:39 PM
Two and a Half Men S09E16 HDTV XviD-LOL
Started by Wade3Heat, Yesterday, 08:37 PM
0 replies 1 views
Wade3Heat Yesterday, 08:37 PM
Load more topics
Page 1 of 2357 NEXT »
You cannot start a new topic
1 user(s) are browsing this forum
0 members, 1 guests, 0 anonymous users
This forum led by Moderators
MECHODDL
AtomicWarez
NexusDDL
HotfileWarez - Your #1 source for hotfile links → Downloads → Movies → TV Shows
Forum Rules
Mark Community Read
Help
Community Forum Software by IP.Board

McGrhill-Warez
Home
About Us
DMCA
KatzPorn
Latest Download
Porn SiteRip
Sitemap
Search
GO

## Emmanuelle Private Collection The Art of Ecstasy (2006) SATRip

FEB 14 Posted by Phaze Friend in Softcore Movies | 4 views

Private Collection
Emmanuelle
Natasja Vermeer
Art of Ecstasy
16

Emmanuelle Private Collection: The Art of Ecstasy
Year: 2006
Genre: Erotic
Directed by: Yamie Philippi
Cast: Natasha Vermeer, Cyrus Tsantrell, Danny Pape, Lola, Ava Lax, Molly Greene
Read the rest of this entry »

Tags: Emmanuelle Private Collection

## Footloose (2011) DVDRip XviD AC3 – MRX

FEB 14 Posted by Phaze Friend in Movies | 6 views

Footloose
KINGDOM RG DVDRIP
XViD

Footloose (2011)
DVDRip | AVI | English | 1h 48 min | 720×304 | XviD – 1678 kbps | AC3 – 448 kbps | 1.27 GB
Genre: Comedy | Drama | Music
Read the rest of this entry »

Tags: Footloose

## Underworld Awakening (2012) R5 XVID-WBZ

FEB 14 Posted by Phaze Friend in Movies | 9 views

KATE BECKINSALE

### CATEGORIES

- Apps
- Console Games
- eBooks
- Games
- Movies
- Music
- Other
- Softcore Movies
- TV Shows

### AFFILIATES

- One Link FileSonic Movies
- Full Download
- **BananaShare**
- Free PornDDL
- Infinite Warez
- CafeDDL
- **DownBox.me**

EXTABIT PREMIUM
DOWNLOAD REALLY FAST
NO LIMITS!
TRY NOW!

EXTABIT

2/14/2012 http://www.mcgrhill-warez.com/



Underworld Awakening (2012) R5 XVID-WBZ
Language: English
AVI | XviD 1154 Kbps | 656 x 272 25fps | MP3 128 Kbps | 1h 25mn | 702 MB
Genre: Action | Fantasy | Horror
Read the rest of this entry »

Tags: Underworld Awakening

## Emmanuelle Concealed Fantasy (1994) SATRip

FEB 14 *Posted by Phaze Friend in Softcore Movies | 6 views*

Emmanuelle Concealed Fantasy
Year: 1994
Genre: Erotic
Directed by: Kevin Alber
Cast: Krista Allen, Paul Michael Robinson, Tiendra Demian, Lira Angel, David Armstrong, Debra K. Beatty, Hu Beaumont, Jennifer Behr, Daneen Boone, Jonathan Breck, Jennifer Burton, Deena Casiano, Chanda, David Y. Chan, Reginald Chevalier, Priscilla Choi, Angela Cornell.
Read the rest of this entry »

Tags: Emmanuelle Concealed Fantasy

## The Bachelor Party Girl (2002) TVRip

FEB 14 *Posted by Phaze Friend in Softcore Movies | 8 views*



Original title: The Bachelor Party Girl
Year: 2002
Genre: Erotic
Directed by: James Avalon
Cast: Ann Marie, April, Evan Stone, Faith Adams, Holly Hollywood, Joel Lawrence, Noname Jane, Rafe, Sunrise Adams
Read the rest of this entry »

Tags: The Bachelor Party Girl

## Sleeping Beauty (2011) LIMITED 480p BRRip XviD AC3-NYDIC

FEB 14 Posted by Phaze Friend in Movies | 7 views

Sleeping Beauty (2011) LIMITED 480p BRRip XviD AC3-NYDIC
Language: English
AVI | XviD 2030 Kbps | 720 x 384 24fps | AC3 448 Kbps | 1h 44mn | 1.44 GB
Genre: Drama
Read the rest of this entry »

Tags: Sleeping Beauty

## War of The Arrows (2011) BRRip-aTLas

FEB 14 Posted by Phaze Friend in Movies | 5 views

War of The Arrows (2011) BRRip-aTLas
Language: English
AVI | XviD 1024 Kbps | 688 x 288 24fps | MP3 112 Kbps | 2h 02mn | 895 MB

Genre: Action | History
Read the rest of this entry »

Tags: War of The Arrows

## Packed To The Rafters – S05E01

Posted by Ebooks-Don in TV Shows | 6 views

Name : Packed.To.The.Rafters.S05E01.WS.PDTV.XviD-FUtV
Size : 700.10 MB
Genre : Drama
Tags : XviD » PDTV » WS
Group : FUtV
Read the rest of this entry »

Tags: Genre Drama, PDTV, Turbobit Free Links, WS

## Alcatraz – S01E06

Posted by Ebooks-Don in TV Shows | 5 views

Name : Alcatraz.S01E06.480p.HDTV.x264-mSD
Size : 169.90 MB
Genre : Action | Drama | History | Mystery | Sci-Fi | Thriller
Tags : x264 » HDTV » 480p
Group : mSD
Read the rest of this entry »

Tags: HDTV, IMG, Turbobit Free Links

## Pretty Little Liars – S02E20

Posted by Ebooks-Don in TV Shows | 5 views

