

Name : Pretty.Little.Liars.S02E20.480p.HDTV.x264~mSD
Size : 160.73 MB
Genre : Drama | Mystery | Teens
Tags : x264 » HDTV » 480p
Group : mSD
**Read the rest of this entry »**

Tags: HDTV, IMG, Turbobit Free Links

| Page 1 of 1,014 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | ... | Next | Last » |

*RECENT SEARCH*

3D 2011 2012 AAC Action Adobe Anatomy Antivirus Art House AU Australia AutoCAD Autodesk BB CAE CAM Caribbean CBR CIA Comedy CyberLink DHCP DK Download Dragon DVD English Softcoded Erotic Erotica Extabit Free Links FBI Filejungle Free Links Filesonic Free Links FPS FX Game Games Genre Comedy Genre Crime Genre Drama Germany HDTV Holly Hollywood Home HTML IMDB IMG Kbps Variable LA Language English LOCK Los Angeles Mac Matlab MB Mexican American MIDI Mission Control Movie Movies Mp3 Multi Touch Music Name Alaska Naturally Nero New York Nx PC PDF PDTV Photo Booth Portable Practice PROPER QD Professional RAM Rapidshare Free Links Release Size Romance Screen Sharing Second Edition Secrets Softcore Softcore Movies Speaking Studio One Suite Thriller Turbobit Free Links TV Ubuntu UK URL US USA Video Memory Wedding Wii WS

| ExtremePirate | HeavenPlaza | HotfileZone | FuzzyShare | Mediafire Warez | WarezUN | Webmaster Forums | AnimeCat |

**Mcgrhill-warez**
Entries (RSS) and Comments (RSS)





**Puss In Boots (2011) 720p BluRay x264-DON - Chú Mèo Đi Hia**
MKV | 2.92GB | 1h 30mn | 1280x544 | x264, CRF17, L4.1 ~3904kbps | English AC3 5.1 @ 640 kbps
*Genre: Adventure / Comedy / Animation*
IMDb

[Read More]

2 Trả lời | 203 Xem

**A Monster in Paris (2011) 720p BluRay DTS x264-HDChina**
Feb 13, 2012 - 3:23 PM - bởi Admin



**A Monster in Paris (2011) 720p BluRay DTS x264-HDChina**
MKV | France | 4.37 GB | 1h 29mn | 1280x690 | AVC @5449 Kbps | DTS @1510 Kbps
*Genre: Adventure / Comedy / Animation*
IMDb

[Read More]

4 Trả lời | 287 Xem

**Tower Heist (2011) mHD Bluray DD5.1 x264-EPiK - Siêu Trộm Nhà Chọc Trời**
Feb 12, 2012 - 10:44 AM - bởi Admin





**Tower Heist (2011) mHD Bluray DD5.1 x264-EPiK – Siêu Trộm Nhà Chọc Trời**
MKV | USA | 2.38 GiB | 1h 44mn | 1280x534 | AVC @2743 Kbps | AC-3 @448 Kbps
*Genre: Action / Comedy / Crime*
IMDb

[Read More]

4 Trả lời | 493 Xem

**The 33D Invader (2011) 720p BluRay AC3 x264-EbP [18+]**
Feb 12, 2012 - 9:56 AM – bởi Admin

**The 33D Invader (2011) 720p BluRay AC3 x264-EbP[18+]**
MKV | China | 2.68 GiB | 1h 22mn | 1280x544 | AVC @3932 Kbps | AC-3 @640 Kbps
*Genre: Sci-Fi*
IMDb

[Read More]

1 Trả lời | 989 Xem

**Puss In Boots (2011) mHD BluRay DD5.1 x264-EPiK - Chú Mèo Đi Hia**
Feb 12, 2012 - 9:38 AM – bởi Admin



Puss In Boots (2011) mHD BluRay DD5.1 x264-EPiK - Chú Mèo Đi Hia
MKV | USA | Sub: Viet | 1.55 GiB | 1h 30mn | 1280x544 | AVC @1955 Kbps | AC-3 @448 kbps
*Genre: Adventure / Comedy / Animation*
IMDb

[Read More]

4 Trả lời | 527 Xem

**[HD] The Three Musketeers (2011) 720p BluRay DTS x264-EbP - Ba Chàng Lính Ngự Lâm**

Feb 11, 2012 - 11:36 PM - bởi ZEX



The Three Musketeers (2011) 720p BluRay DTS x264-EbP - Ba Chàng Lính Ngự Lâm
MKV | 4.91 GiB | 1h 50mn | 1280x544 | x264, CRF, L4.1 ~4692 Kbps | English DTS 5.1 @ 1510 Kbps | English AAC 2.0 @ q=0.25 (Commentary)
*Genre: Action / Adventure / Romance*
IMDb

[Read More]

0 Trả lời | 442 Xem

**[HD] In Time (2011) 720p BluRay DD5.1 x264-DON - Thời Khắc Sinh Tử**

Feb 11, 2012 - 11:25 PM - bởi ZEX

In Time (2011) 720p BluRay DD5.1 x264-DON - Thời Khắc Sinh Tử
MKV | 4.36GB | 1h 49mn | 1280x544 | x264, 2pass, L4.1 ~507Skbps | English AC3 5.1 @ 640 kbps
*Genre: Action / Thriller / Sci-Fi*
IMDb

[Read More]

1 Trả lời | 403 Xem

**White Vengeance (2011) mHD BluRay DD5.1 x264-EPIK - Hồng Môn Yến**

Feb 11, 2012 - 1:21 PM - bởi ZEX



**White Vengeance (2011) mHD BluRay DD5.1 x264-EPIK - Hồng Môn Yến**
MKV | 2.24 GiB | 2h 17mn | 1280x544 | x264, CRF, L4.1 (DXVA) ~1835 Kbps | Mandarin DD 5.1 @ 448 Kbps (libav)
*Genre: Action / Adventure / Romance*
IMDb

[Read More]

6 Trả lời | 523 Xem

**The Twilight Saga Breaking Dawn Part 1 (2011) 720p BluRay DD5.1 x264-DON - Hừng Đông**

Feb 11, 2012 - 10:18 AM - bởi ZEX

**The Twilight Saga Breaking Dawn Part 1 (2011) 720p BluRay DD5.1 x264-DON - Hừng Đông**
MKV | 5.73GB | 1h 57mn | 1280x534 | x264, CRF16.8, L4.1 ~6168kbps | English AC3 5.1 @ 640 kbps | Commentary with director Bill Condon AAC
2.0 q=0.3 @ 75kbps
*Genre: Adventure / Drama / Fantasy*
IMDb

[Read More]

9 Trả lời | 577 Xem

▼ Trang 1 của 24 | 1 | 2 | 3 | 11 | ... | ▶ | Cuối ▶▶

Powered by vBadvanced CMPS v4.0.0

Liên kết: download driver laptop | Đại Học Y Hà Nội | Sơ Mi Hàn Quốc | Dây chuyền mặt chữ | Xây dựng thương hiệu
MediaFire | NicePhim.Com | KhoTaiLieu.Vn | Diễn Đàn TOICHIASE.NET | Mãi Hạnh Phúc | Free Flash Games | xem phim online chat luong cao | Fresh games | Tin tuc nha dat | Web rao vặt | Vn-MegaFun.Net

2/14/2012                                                                                                          http://movie2share.net/



--HighlightGreen    --Tiếng Việt

| Liên lạc với chúng tôi | Movie2Share.NET - The World of Movies | Lên trên |

Múi giờ GMT +7. Bây giờ là 07:10 AM. Powered by **vBulletin™** Version 4.1.3
Copyright © 2012 vBulletin Solutions, Inc. All rights reserved.   We will not be responsible for any content posted by users.



(more...)

📎 Stars S04E75 Bearly There HDTV XviDLMAO

Feb/12
**14**

## 3D Models Volume Kitchen Appliances – Reupload

0 Comments | Posted by *garryklony* in 1990



(more...)

📎 Models Volume Kitchen Appliances, Reupload

Feb/12
**14**

## 3D Models Volume Kitchen Appliances – Reupload

0 Comments | Posted by *garryklony* in 1998



(more...)

📎 Models Volume Kitchen Appliances, Reupload

1970
1971
1972
1973
1974
1975
1976
1977
1978
1979
1980
1981
1982
1983
1984
1985
1986
1987
1988
1989
1990
1991
1992
1993
1994
1995
1996
1997
1998
1999
2000
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
Doc
EBooks
Forum
Games
Graphics
Magazines
Models
Movies
Music
PhotoShop
Software
Tutorials
TV Show
Uncategorized
Vectors
Wallpapers

**Popular Posts**

A Dirty Western (1975)
5316 view(s)
I Like to Play Games (199...
2241 view(s)

### Turbo Jam Get on the Ball: Kickin Core & Total Body Blast

Feb/12
13

0 Comments | Posted by *garryklony* in 2007



(more...)

🏷 Ball Kickin Core, Jam Get

---

### Blood Creek 2009 DVDrip Xvid-SiNNERS

Feb/12
13

0 Comments | Posted by *garryklony* in 1922

(more...)

🏷 Creek

---

### New Photoshop Action 2012 pack 292

Feb/12
13

0 Comments | Posted by *garryklony* in 1944

Las edades de Lulú (1990)...
2288 view(s)

Swingers (2002)
1867 view(s)

Scorpio Nights 2 (1999)
1824 view(s)

Lajanje na zvezde (1998)
1771 view(s)

Private Lessons (1981)
1745 view(s)

Afblijven (2006)
1718 view(s)

Hot Bubblegum (1981)
1658 view(s)

Barbed Wire Dolls (1975)
1633 view(s)

**Popular Searches**

xxx adult movie adirty wesrtern

les edades de lulu

lajanje na zvezde download

I Like to Play Games (1995)

scorpio nights 1

hot bubblegum

barbed wire dolls

within the woods 1978 movie

megavideo swinger 2001

"Mazurka på sengekanten" rapidshare

The Brave Little Toaster Goes to Mars free download

A Bell for Adano (1949) rapidshare

Pretty Baby (1978)

maladolescenza

Rektor på sengekanten

**Friends:**





(more...)

🏷 Photoshop Action

Feb/12
13

### Lynda.com – Cinema 4D R13 New Features

0 Comments | Posted by garryklony in 1991



(more...)

🏷 Cinema, R13 New Features

Feb/12
13

### The Rum Diary (2011) m640p BluRay x264_GubrakZ

0 Comments | Posted by garryklony in 1989



(more...)

🏷 Bluray, Rum Diary

Older posts >>



**Find it!**

Search... [Go]

**Tag Cloud**

Adjustment Bureau Art BDRip **Bluray**
BluRay AC3 **BRRip** Build Chronicles
Cinema Colbert Report DVDRip XviD
DVDRip XviDaAF **DVDRip** XviD**DMZ**
Elements February Ferguson For
Geographic **HDTV** HDTV
X264DIMENSION HDTV
XviDMOMENTUM House
**Introduction** July Lincoln Lawyer
Magazine Master Classes **Max** May
**Maya** Multilingual November Pack
**Photoshop Portable Pro**
Professional READ NFOTHETA **School**
Studio Superman Three Musketeers Tutors
Vectors Vol

**Archives**

February 2012
January 2012
December 2011
November 2011
October 2011
September 2011
August 2011
July 2011
June 2011
May 2011
April 2011
March 2011

*To top*

Create a site without programming

**--::SUkhPAL::--**

Bollywood Pre Release Pdvd Cam



Online watch Hindi,dubbed,Hollywood,Hindi,Punjabi Movies on >>http://Movies247.mobie.in<< Powered by Sukhvir singh

| Latest Updated |
| --- |



Hollywood Added >> The Karate Kid <<Hollywood Added >> Anglena jolie SALT <<Dubbed Movies >> Tom Cruise Knight and day<<Blue-ray Dual Audio Added >> The A-team <<

| Select Categories |
| --- |

Dubbed Movies

Hollywood Movies

Hindi Movies

Punjabi Movies

Upcoming Movies

| Genre |
| --- |

Action

Adventure

Sci-Fi

Horror

Crime

Comedy

| Useful Sites |
| --- |

Sakohpuria.wapath.com [ Music , Videos , Airtel Tricks ]

Sadapunjab.wapath.com

| Movies247 |
| --- |



**2010 Latest Movies**
Predators 2010 Hollywood Movie Watch Online



Free JavaScripts provided
by The JavaScript Source





continue reading...

💬 Leave a Comment  ·  Boots                                    Read more ➡

📅 No Dough Samples – House Music (Multiformat)
14
                                                                    📁 EBOOKS

continue reading...

💬 Leave a Comment  ·  Dough Samples, House Music              Read more ➡

📅 The League of Extraordinary Gentlemen – Kevin J. Anderson
13
                                                                    📁 Plugins



continue reading...

Leave a Comment    League                                    Read more ➜

Feb 13   A Monster In Paris 2011 BRRiP CAM AUDiO READNFO XViD – INSPiRAL

Horror

continue reading...

Leave a Comment    Monster In Paris                          Read more ➜

Feb 13   Cherry Lane Music – Beginning Blues Guitar – Rhythm And Solos – DVD (2009)

Comedy

Cherry Lane Music – Beginning Blues Guitar – Rhythm And Solos – DVD (2009)

continue reading...

Leave a Comment    Beginning Blues Guitar, Lane Music       Read more ➜

Feb 13   Choplifter HD (Update 1)- (2012/ENG/RePack by Tirael4)

Tutorials

continue reading...

Leave a Comment    HD                                       Read more ➜

Feb   Fists of Fury (1971) 720p XviD AC3-CrEwSaDe



EBOOKS

continue reading...

Leave a Comment    Fury, XviD AC3CrEwSaDe          Read more ➡

Older Entries ▷

Copyright © 2009 The Movies World





Format: AVI
Size: 349 MB
Duration: 0:45:19
Links:
http://www.filesonic.com/file/734080504/1-06TWD.rar
Pass: tvbucket

Posted by Peter Bauer at 12:00 PM

Recommend this on Google
Labels: drama, horror, TV series

Saturday, April 30, 2011

The Walking Dead (S1-E05) - Wildfire

Format: AVI
Size: 349 MB
Duration: 0:45:02
Links:
http://www.filesonic.com/file/723330204/1-05TWD.rar
Pass: tvbucket

Posted by Peter Bauer at 12:00 PM

Recommend this on Google
Labels: drama, horror, TV series

Friday, April 29, 2011

The Walking Dead (S1-E04) - Vatos

Format: AVI
Size: 349 MB
Duration: 0:44:46
Links:
http://www.filesonic.com/file/715918384/1-04TWD.rar
Pass: tvbucket

Posted by Peter Bauer at 12:00 PM

Recommend this on Google
Labels: drama, horror, TV series

Thursday, April 28, 2011

The Walking Dead (S1-E03) - Tell It To The Frogs



Format: AVI
Size: 349 MB
Duration: 0:45:00
Links:
http://www.filesonic.com/file/703720884/1-03TWD.rar
Pass: tvbucket

Posted by Peter Bauer at 12:00 PM

Recommend this on Google
Labels: drama, horror, TV series

## Wednesday, April 27, 2011

### The Walking Dead (S1-E02) - Guts

Format: AVI
Size: 349 MB
Duration: 0:44:38
Links:
http://www.filesonic.com/file/688797584/1-02TWD.rar
Pass: tvbucket

Posted by Peter Bauer at 12:00 PM

Recommend this on Google
Labels: drama, horror, TV series

## Tuesday, April 26, 2011

### The Walking Dead (Pilot Episode)- Days Gone Bye

Format: AVI
Size: 549 MB
Duration: 1:06:29
Links:
http://www.filesonic.com/file/683098534/1-01TWD.part1.rar
http://www.filesonic.com/file/685865734/1-01TWD.part2.rar
Pass: tvbucket

Posted by Peter Bauer at 12:00 PM

Recommend this on Google
Labels: drama, horror, TV series

## Monday, April 11, 2011

### The Adjustment Bureau (2011) TS



Matt Damon, Emily Blunt, Terence Stamp
Format: AVI
Size: 1289 MB
Running Time: 1:34:40
Links:
http://www.filesonic.com/file/527777571/The Adjustment Bureau (2011) TS.part1.rar
http://www.filesonic.com/file/528900054/The Adjustment Bureau (2011) TS.part2.rar
http://www.filesonic.com/file/531393921/The Adjustment Bureau (2011) TS.part3.rar
http://www.filesonic.com/file/532790754/The Adjustment Bureau (2011) TS.part4.rar
Pass: moviebucket

Posted by Peter Bauer at 6:00 PM

M B  Recommend this on Google

Labels: emily blunt, matt damon, move, romance, sci-fi, terence stamp, thriller

Sunday, April 10, 2011

### Season of the Witch (2011)

Nicholas Cage, Ron Perlman, Christopher Lee
Format: AVI
Size: 1489 MB
Running Time: 1:34:37
Links:
http://www.filesonic.com/file/507165381/Season of the Witch (2011).part1.rar
http://www.filesonic.com/file/500808654/Season of the Witch (2011).part2.rar
http://www.filesonic.com/file/513401821/Season of the Witch (2011).part3.rar
http://www.filesonic.com/file/517175011/Season of the Witch (2011).part4.rar
Pass: moviebucket

Posted by Peter Bauer at 6:00 PM

M B  Recommend this on Google

Labels: action, adventure, christopher lee, fantasy, movie, nicholas cage, ron perlman

Home                                          Older Posts

Subscribe to: Posts (Atom)

Powered by Blogger.











| Single extraction | No pass | Interchangeable |

http://rapidshare.com/files/366555512/fa_sub7_0814.prop.part1.rar.html
http://rapidshare.com/files/366555461/fa_sub7_0814.prop.part2.rar.html

http://uploading.com/files/m169888m/fa_sub7_0814.prop.part1.rar/
http://uploading.com/files/c586af84/fa_sub7_0814.prop.part2.rar/

http://netload.in/dateiyGmVrUquRA/fa_sub7_0814.prop.part1.rar.htm
http://netload.in/datei4HZRPN9pU2/fa_sub7_0814.prop.part2.rar.htm

http://hotfile.com/dl/33965477/fcb5500/fa_sub7_0814.prop.part1.rar.html
http://hotfile.com/dl/33965483/fe91071/fa_sub7_0814.prop.part2.rar.html

http://www.megaupload.com/?d=MZSSJU4D
http://www.megaupload.com/?d=OHQ4PELN

Labels: Family Guy season 8

Posted by Subseven7 at 9:20 PM 0 comments

## The.Cleveland.Show.S01E15.PROPER

The.Cleveland.Show.S01E15.PROPER.HDTV.XviD-XII

| Single extraction | No pass | Interchangeable |

http://www.megaupload.com/?d=8GVG5B10
http://www.megaupload.com/?d=VJA0HNAV

http://rapidshare.com/files/366556435/the.cl_sub7_s01e15.prop.part1.rar.html
http://rapidshare.com/files/366556582/the.cl_sub7_s01e15.prop.part2.rar.html

http://uploading.com/files/6e3a51mf/the.cl_sub7_s01e15.prop.part1.rar/
http://uploading.com/files/5b8b9156/the.cl_sub7_s01e15.prop.part2.rar/

http://hotfile.com/dl/33965921/388c465/the.cl_sub7_s01e15.prob78p.part1.rar.html
http://hotfile.com/dl/33965869/d9f6bfd/the.cl_sub7_s01e15.prob78p.part2.rar.html

http://netload.in/dateidimkd75dXq/the.cl_sub7_s01e15.prop.part1.rar.htm
http://netload.in/dateiPgtGagdwJO/the.cl_sub7_s01e15.prop.part2.rar.htm

Labels: The.Cleveland.Show season 1

Posted by Subseven7 at 9:15 PM 0 comments

## The.Simpsons.S21E15



The.Simpsons.S21E15.HDTV.XviD-XII

| Single extraction | No pass | Interchangeable |

http://rapidshare.com/files/366556717/the.si_sub7_s21e15.part1.rar.html
http://rapidshare.com/files/366557455/the.si_sub7_s21e15.part2.rar.html

http://uploading.com/files/6affdf2m/the.si_sub7_s21e15.part1.rar/
http://uploading.com/files/3a3b511f/the.si_sub7_s21e15.part2.rar/

http://netload.in/datei87oaXOKPdl/the.si_sub7_s21e15.part1.rar.htm
http://netload.in/dateiMoo3gyk1OB/the.si_sub7_s21e15.part2.rar.htm

http://hotfile.com/dl/33965946/2d7747f/the.si_sub7_s21e15.part1.rar.html
http://hotfile.com/dl/33967305/eecb297/the.si_sub7_s21e15.part2.rar.html

http://www.megaupload.com/?d=DBIEJDBE
http://www.megaupload.com/?d=PVRG6PB9

Labels: The Simpsons season 21

Posted by Subseven7 at 9:08 PM 0 comments

## Til.Death.S04E20 - S04E21



Til.Death.S04E20.PROPER.HDTV.XviD-XII

| Single extraction | No pass | Interchangeable |

http://rapidshare.com/files/366557420/ti_sub7_s04e20.prop.part1.rar.html
http://rapidshare.com/files/366557570/ti_sub7_s04e20.prop.part2.rar.html

http://uploading.com/files/c986a6fa/ti_sub7_s04e20.prop.part1.rar/

Demons UK season 1
Desperate Housewives Season 1
Desperate Housewives Season 2
Desperate Housewives Season 3
Desperate Housewives Season 4
Desperate Housewives Season 6
Desperate.Housewives
Desperate.Romantics season 1
Destination Truth
Destination Truth season 3
Dexter
Dexter season 4
Dexter[streaming]
Dirt Season 1
Dirt Season 2
Dirty Jobs
Dirty Jobs season 6
Dirty Jobs season 7
Dirty.Sexy.Money
Discovery.Channel.Sunrise.Earth season 1
Do.Not.Disturb
Doctor.Who
Doctor.Who.Greatest.Moments
Dollhouse season 1
Dollhouse season 2
Donators list
Dr.Horribles
Dragons' Den
drop.dead.diva season 1
Durham.County season 2
Earnings for March
East.Bound.and.Down
Eastbound.and.Down season 1
Easy.Money
Eleventh.Hour.
Eli Stone
Eli Stone Season 1
Entourage
Entourage season 6
ER
Eureka
Euro 2008
Eurogoals 2009
Eurovision.Song.Contest.2008
Everybody Hates Chris
Everybody Hates Chris season 3
Everybody Loves Raymond Season 7
Evidence of the Paranormal season 1
Extreme.Makeover.Home.Edition.Season 7
Face.The.Ace
Face.The.Ace season 1
Factory
Family Guy
Family Guy season 6
Family Guy season 8
Farmer Wants A Wife
Fear.Itself.
Fifth.Gear
Fifth.Gear season 13
Fifth.Gear season 15
Fifth.Gear season 16
Flash Gordon Season 1
FlashForward season 1
Flashpoint
Flashpoint season 2
Flashpoint season 3
Flight.Of.The.Conchords
Flight.Of.The.Conchords season 2
freezing season 1
Fresh prince of Bel Air
Friday Night Lights season 2
Friday Night Lights season 4
Friday.Night.Lights
friday.night.with.jonathan.ross season 16
friday.night.with.jonathan.ross season 17
Fringe
Fringe [streaming]
Fringe season 2
Futurama
G4.E3.08.Live.Preview.Special
Gary.Unmarried
Gary.Unmarried season 2
Gene Simmons Family Jewels
Gene Simmons Family Jewels season 4
Generation.Kill
Ghost Hunt
Ghost.Adventures
Ghost.Adventures season 2
Ghost.Hunters
Ghost.Hunters academy season 1
Ghost.Hunters season 4
Ghost.Hunters season 5
Ghost.Hunters.International
Ghost.Hunters.International season 2
Ghost.Whisperer

http://uploading.com/files/mm8f4b2a/ti_sub7_s04e20.prop.part2.rar
http://netload.in/dateiARUEYnBP0Kti_sub7_s04e20.prop.part2.rar
http://netload.in/dateibl32rcYy9F/ti_sub7_s04e20.prop.part1.rar.htm
http://hotfile.com/dl/33967352/ea2b2e6/ti_sub7_s04e20.prop.part1.rar.html
http://hotfile.com/dl/33967356/a9b6f34/ti_sub7_s04e20.prop.part2.rar.html

http://www.megaupload.com/?d=3J6k9QWH
http://www.megaupload.com/?d=RGD7PP28

**Til.Death.S04E21.HDTV.XviD-CRIMSON**

| Single extraction | No pass | Interchangeable |

http://www.megaupload.com/?d=SBIG5QV6D
http://www.megaupload.com/?d=Y2H6GZG

http://rapidshare.com/files/366557744/ti_sub7_s04e21.part1.rar.html
http://rapidshare.com/files/366560833/ti_sub7_s04e21.part2.rar.html

http://uploading.com/files/b8287bfil/ti_sub7_s04e21.part1.rar/
http://uploading.com/files/6D59831f/ti_sub7_s04e21.part2.rar/

http://netload.in/dateitGp3MPoap/ti_sub7_s04e21.part1.rar.htm
http://netload.in/dateiEP1KPAriLi2/ti_sub7_s04e21.part2.rar.htm

http://hotfile.com/dl/33967362/a60dc99/ti_sub7_s04e21.part1.rar.html
http://hotfile.com/dl/33967505/1a6da91/ti_sub7_s04e21.part2.rar.html

Labels: Til Death season 4
Posted by Subseven7 at 8:34 PM  0 comments

# Legend.of.the.Seeker.S02E14



**Legend.of.the.Seeker.S02E14.HDTV.XviD-LOL**

| Single extraction | No pass | Interchangeable |

http://rapidshare.com/files/366306573/Le_sub7_S02E14.part1.rar.html
http://rapidshare.com/files/366306080/Le_sub7_S02E14.part2.rar.html
http://rapidshare.com/files/366307711/Le_sub7_S02E14.part3.rar.html
http://rapidshare.com/files/366307243/Le_sub7_S02E14.part4.rar.html

http://uploading.com/files/mm9f4b2a/Le_sub7_S02E14.part1.rar/
http://uploading.com/files/fef9591/Le_sub7_S02E14.part2.rar/
http://uploading.com/files/8cc4a81a/Le_sub7_S02E14.part3.rar/
http://uploading.com/files/54m33dc4/Le_sub7_S02E14.part4.rar/

http://hotfile.com/dl/33989654/8a77d6/Le_sub7_S02E14.part1.rar.html
http://hotfile.com/dl/33989621/f2bac02/Le_sub7_S02E14.part2.rar.html
http://hotfile.com/dl/33989850/d04a4bb/Le_sub7_S02E14.part3.rar.html
http://hotfile.com/dl/33989888/d3c9442/Le_sub7_S02E14.part4.rar.html

http://netload.in/dateiRKapBKCUd/VLe_sub7_S02E14.part1.rar.htm
http://netload.in/datei7S5pAHD6gz/Le_sub7_S02E14.part2.rar.htm
http://netload.in/dateiXJMRrTnAG/Le_sub7_S02E14.part3.rar.htm
http://netload.in/dateifkZH8Y6es/Le_sub7_S02E14.part4.rar.htm

http://www.megaupload.com/?d=TUHAWDBU
http://www.megaupload.com/?d=RB2DT7CC
http://www.megaupload.com/?d=F1CG9I5J
http://www.megaupload.com/?d=S79JI6KSK

Labels: Legend Of The Seeker season 2
Posted by Subseven7 at 6:48 PM  0 comments

# Spartacus.Blood.and.Sand.S01E09

**Spartacus.Blood.and.Sand.S01E09.HDTV.XviD.SYS**

| Single extraction | No pass | Interchangeable |

http://netload.in/dateizHCucMy3cX/sp_sub7_109.part1.rar.htm
http://netload.in/datei6CbCzKNkt/sp_sub7_109.part2.rar.htm
http://netload.in/dateiMPHfYyjl3zu/sp_sub7_109.part3.rar.htm
http://netload.in/datei004kD60BHEq/sp_sub7_109.part4.rar.htm
http://netload.in/dateiJm2YiwhW1/sp_sub7_109.part5.rar.htm
http://netload.in/dateiDRTWDJpVnD/sp_sub7_109.part6.rar.htm

http://rapidshare.com/files/366317443/sp_sub7_109.part1.rar.html
http://rapidshare.com/files/366317393/sp_sub7_109.part2.rar.html
http://rapidshare.com/files/366319945/sp_sub7_109.part3.rar.html
http://rapidshare.com/files/366318637/sp_sub7_109.part4.rar.html
http://rapidshare.com/files/366318803/sp_sub7_109.part5.rar.html
http://rapidshare.com/files/366318406/sp_sub7_109.part6.rar.html
http://hotfile.com/dl/33983744/650b662/sp_sub7_109.part1.rar.html

http://hotfile.com/dl/33893730/2529cd4/sp_sub7_109.part1.rar.html
http://hotfile.com/dl/33894182/9ac9080/sp_sub7_109.part2.rar.html
http://hotfile.com/dl/33894014/a9d23f2/sp_sub7_109.part3.rar.html
http://hotfile.com/dl/33894275/d9369e7/sp_sub7_109.part4.rar.html
http://hotfile.com/dl/33894260/c9d15e1/sp_sub7_109.part5.rar.html
http://hotfile.com/dl/33894200/c9d15e1/sp_sub7_109.part6.rar.html

http://uploading.com/files/4a114175/sp_sub7_109.part1.rar/
http://uploading.com/files/cbam3eed/sp_sub7_109.part2.rar/
http://uploading.com/files/4b7aeb8f/sp_sub7_109.part3.rar/
http://uploading.com/files/b812bb56/sp_sub7_109.part4.rar/
http://uploading.com/files/m2a67394/sp_sub7_109.part5.rar/
http://uploading.com/files/fs1m84m64/sp_sub7_109.part6.rar/

http://www.megaupload.com/?d=7DWT36EK
http://www.megaupload.com/?d=WNFNLSQ1
http://www.megaupload.com/?d=4KAQWHV
http://www.megaupload.com/?d=OPO78305
http://www.megaupload.com/?d=RQWPYYU7
http://www.megaupload.com/?d=8YA294C7

Labels: Spartacus.Blood.and.Sand.season.1
Posted by Subseven7 at 8:40 PM  0 comments

## NCIS.S07E18.PROPER



NCIS.S07E18.PROPER.HDTV.XviD-2HD

| Single extraction | No pass | Interchangeable |

http://netload.in/dateiUOKjw0wKK7/nic_sub7_s07e18.prop.part1.rar.html
http://netload.in/datei3iTqzDiKy/nic_sub7_s07e18.prop.part2.rar.html
http://netload.in/dateiU8wrYYDXpTnc_sub7_s07e18.prop.part3.rar.html
http://netload.in/dateigvVVQ4VqfLfnc_sub7_s07e18.prop.part4.rar.html

http://rapidshare.com/files/366316850/nic_sub7_s07e18.prop.part1.rar.html
http://rapidshare.com/files/366315673/nic_sub7_s07e18.prop.part2.rar.html
http://rapidshare.com/files/366317017/nic_sub7_s07e18.prop.part3.rar.html
http://rapidshare.com/files/366316588/nic_sub7_s07e18.prop.part4.rar.html

http://uploading.com/files/2877m55f/nic_sub7_s07e18.prop.part1.rar/
http://uploading.com/files/15e73a0d/nc_sub7_s07e18.prop.part2/
http://uploading.com/files/f6cedef7/nc_sub7_s07e18.prop.part3.rar/
http://uploading.com/files/a4974a7f/nc_sub7_s07e18.prop.part4.rar/

http://hotfile.com/dl/33892879/acad4b7/nic_sub7_s07e18.prop.part1.rar.html
http://hotfile.com/dl/33892880/8153t19/nic_sub7_s07e18.prop.part2.rar.html
http://hotfile.com/dl/33893131/73e51ac/nic_sub7_s07e18.prop.part3.rar.html
http://hotfile.com/dl/33893070/cdde06f/nic_sub7_s07e18.prop.part4.rar.html

http://www.megaupload.com/?d=RZH9SLAG
http://www.megaupload.com/?d=M64UXDUX
http://www.megaupload.com/?d=OHE1SZZD
http://www.megaupload.com/?d=S3YUNFD6

Labels: NCIS.season.7
Posted by Subseven7 at 8:32 PM  0 comments

## Caprica.S01E08

Caprica.S01E08.Ghosts.in.the.Machine.HDTV.XviD-FQM

| Single extraction | No pass | Interchangeable |

http://rapidshare.com/files/366312200/ca_sub7_s01e08.part1.rar.html
http://rapidshare.com/files/366312052/ca_sub7_s01e08.part2.rar.html
http://rapidshare.com/files/366312155/ca_sub7_s01e08.part3.rar.html
http://rapidshare.com/files/366311629/ca_sub7_s01e08.part4.rar.html

http://uploading.com/files/48d561af/ca_sub7_s01e08.part1.rar/
http://uploading.com/files/73jvfb41/ca_sub7_s01e08.part2.rar/
http://uploading.com/files/5dmfa830/ca_sub7_s01e08.part3.rar/
http://uploading.com/files/b43m1me9/ca_sub7_s01e08.part4.rar/

http://netload.in/dateiximQ3oPdo2/ca_sub7_s01e08.part1.rar.html
http://netload.in/dateiHK2myap5vC/ca_sub7_s01e08.part2.rar.html
http://netload.in/dateiF5Mm12m02d/ca_sub7_s01e08.part3.rar.html
http://netload.in/datei4balK1V3LR/ca_sub7_s01e08.part4.rar.html

http://hotfile.com/dl/33891829/o4f6f4w/ca_sub7_s01e08.part1.rar.html
http://hotfile.com/dl/33891916/39c9ef7/ca_sub7_s01e08.part2.rar.html
http://hotfile.com/dl/33891907/439b7f13/ca_sub7_s01e08.part3.rar.html
http://hotfile.com/dl/33891856/923a061/ca_sub7_s01e08.part4.rar.html

http://www.megaupload.com/?d=0LZI6JKU
http://www.megaupload.com/?d=OHL1Y5LG
http://www.megaupload.com/?d=6NVGB0TK

Life of Ryan
Life on Mars
Life.Unexpected season 1
Lil' Bush
Lincoln Heights
Lincoln Heights season 4
link checker
lipstick jungle
lipstick jungle season 1
Little Britain
Little Mosque on the Prairie
season 3
Little Mosque on the Prairie
season 4
Lost
lost season 5
lost season 6
Lost.Kingdoms.Of.Africa
season 1
LOSTed
Lunch Monkeys season 1
MacGyver
mad men
mad men season 1
mad men season 3
madTV
Make Me A Supermodel
AU
Make.It.or.break season 2
Make.Me.A.Supermodel
season 2
Man vs Wild
Man vs Wild season 5
Married.Single.Other
season 1
Medium season 4
medium season 5
medium season 6
Meet the Browns season 1
melrin
Melrose Place 2009
season 1
Men in Trees season 2
Men's Wimbledon 2008
Men.of.a.Certain.Age
season 1
Mental season 1
mercy season 1
Merlin 2008
merlin season 2
Miami Ink
Million Dollar Password
Miss Guided season 1
Miss.Universe.Pageant.2008
Miss USA 2005
MI5
models of the runway
Modern Family season 1
Monday Monday season
1
moni
monk season 6
monk season 8
MonsterQuest
Moonlight season 1
Most Shocking
Movie
my banner
My Boys
My Ghost Story
My Name is Earl
My Name Is Earl season 3
My.Boys season 3
My.Own.Worst.Enemy
mythbusters season 8
mythbusters season 7
National Geographic Situation Critical
National Geographic Situation Critical
season 1
NCIS
NCIS Los Angeles season
1
NCIS season 6
NCIS season 7
Neighbours Season 25
New Amsterdam season 1
new site
New Tricks
news
night Rider 2008
Nip Tuck
Nip Tuck Season 5
Nip Tuck Season 6
Nip Tuck Season 7
Nitro Circus season 2
Nostradamus Effect
season 1
Numb3rs
Numb3rs season 1
Numb3rs season 4
Numb3rs season 6
Nurse Jackie season 1
Occupation season 1
October Road season 2
Olympic Games 2006
One Tree Hill
One Tree Hill season 7
One.Tree.Hill season 7
Oprahs.Big.Give
OSCARS
OZ
Paradise Hotel
Paranormal State
Paranormal State season
1
Parenthood 2010 season



http://www.megaupload.com/?d=TA327VEO

Labels: Caprica season 1

Posted by Subseven7 at 8:24 PM  0 comments

## The.Bridge.S01E03

The.Bridge.S01E03.HDTV.XviD-NoTV

| Single extraction | No pass | Interchangeable |

http://rapidshare.com/files/366320017/the_br_sub7_0103.part1.rar.html
http://rapidshare.com/files/366319945/the_br_sub7_0103.part2.rar.html
http://rapidshare.com/files/366319811/the_br_sub7_0103.part3.rar.html
http://rapidshare.com/files/366319196/the_br_sub7_0103.part4.rar.html

http://hotfile.com/dl/33894540/5dc9220/the_br_sub7_0103.part1.rar.html
http://hotfile.com/dl/33894558/3da188c/the_br_sub7_0103.part2.rar.html
http://hotfile.com/dl/33894669/029da02/the_br_sub7_0103.part3.rar.html
http://hotfile.com/dl/33894716/cbc8a9c/the_br_sub7_0103.part4.rar.html

http://netload.in/dateiHcVF8OmwQz/the_br_sub7_0103.part1.rar.htm
http://netload.in/dateiaO9DHdSS6un/the_br_sub7_0103.part2.rar.htm
http://netload.in/dateiM3C70XxlO6/the_br_sub7_0103.part3.rar.htm
http://netload.in/dateiJhjRdFH1u/the_br_sub7_0103.part4.rar.htm

http://uploading.com/files/c65e1fa8/the_br_sub7_0103.part1.rar/
http://uploading.com/files/5f5i41a5/the_br_sub7_0103.part2.rar/
http://uploading.com/files/5a410m23/the_br_sub7_0103.part3.rar/
http://uploading.com/files/c5541489/the_br_sub7_0103.part4.rar/

http://www.megaupload.com/?d=UM6L6RKR
http://www.megaupload.com/?d=Zl.KUEO4E
http://www.megaupload.com/?d=4XOAD1QL
http://www.megaupload.com/?d=WYTZVH6Y

Labels: The Bridge season 1

Posted by Subseven7 at 9:19 PM  0 comments

## The.Ricky.Gervais.Show.S01E05

The.Ricky.Gervais.Show.S01E05.HDTV.XviD-NoTV

| Single extraction | No pass | Interchangeable |

http://rapidshare.com/files/366321462/the_ri_sub7_0105.part1.rar.html
http://rapidshare.com/files/366320494/the_ri_sub7_0105.part2.rar.html

http://hotfile.com/dl/33895111/210aa70/the_ri_sub7_0105.part1.rar.html
http://hotfile.com/dl/33895128/1723c6a/the_ri_sub7_0105.part2.rar.html

http://uploading.com/files/831fm28c/the_ri_sub7_0105.part1.rar/
http://uploading.com/files/d2i4e688/the_ri_sub7_0105.part2.rar/

http://www.megaupload.com/?d=EEAKHHM3
http://www.megaupload.com/?d=VQ5SLXV1

http://netload.in/dateiO2HDuc7pC/the_ri_sub7_0105.part1.rar.htm
http://netload.in/dateipngpw5mku/the_ri_sub7_0105.part2.rar.htm

Labels: The Ricky Gervais Show season 1

Posted by Subseven7 at 9:24 PM  0 comments

## 90210.S02E14.PROPER



90210.S02E14.PROPER.HDTV.XviD-P0W4

| Single extraction | No pass | Interchangeable |

http://rapidshare.com/files/366305141/90_sub7_S02E14.PROP.part1.rar.html
http://rapidshare.com/files/366305108/90_sub7_S02E14.PROP.part2.rar.html
http://rapidshare.com/files/366306706/90_sub7_S02E14.PROP.part3.rar.html
http://rapidshare.com/files/366306200/90_sub7_S02E14.PROP.part4.rar.html

http://netload.in/dateiUmYUagOgC/90_sub7_S02E14.PROP.part1.rar.htm
http://netload.in/dateiRRTBqPgZO8/90_sub7_S02E14.PROP.part2.rar.htm
http://netload.in/dateiMYiPiWcd/90_sub7_S02E14.PROP.part3.rar.htm
http://netload.in/dateiRXv4aJb7d/90_sub7_S02E14.PROP.part4.rar.htm

http://uploading.com/files/23f66c23/90_sub7_S02E14.PROP.part1.rar/
http://uploading.com/files/aaf52e88/90_sub7_S02E14.PROP.part2.rar/
http://uploading.com/files/4ae4c48b/90_sub7_S02E14.PROP.part3.rar/
http://uploading.com/files/aa769d61/90_sub7_S02E14.PROP.part4.rar/

http://hotfile.com/dl/33889302/756ca4d/90_sub7_S02E14.PROP.part1.rar.html
http://hotfile.com/dl/33889317/99d4a2a/90_sub7_S02E14.PROP.part2.rar.html
http://hotfile.com/dl/33889556/b24461c/90_sub7_S02E14.PROP.part3.rar.html

Parks and Recreation season 1
Parks and Recreation season 2
Party Down season 1
Past Life season 1
Peep Show
Penn and Teller Bullsh*t
Penn and Teller Bullsh*t season 2
Personal Affairs season 1
Pickét Fences
Pinky and the Brain
Pretty Handsome
primeval season 2
Primeval season 3
prison break
prison break Season 4 [ video Stream]
Private Practice
Private Practice season 3
Privileged
project runway
project runway season 6
Psych
Psych season 2
Psych season 4
Psychoville season 1
Pushing Daisies
Pussycat Dolls Present Girlicious season 2

Raising the Bar
Raising the Bar season 2
Ramsays Great Britain Nightmare
Randy Jackson Presents Americas Best Dance Crew season 4
rapidshare
Reaper season 1
Reaper season 2
Recount 2008
Red Riding season 1
Red_Dwarf season 9
Regenesis season 4
Reno 911
Reno 911 season 6
Rent A Goalie season 2
Rescue Me season 5
Rich and Reckless
Rita Rock season 2
Rita Rocks
Rita_Rocks season 1
Rob And Big
Robin Hood
Robin Hood season 3
Robot Chicken
Robot Chicken season 4
Rock of Love season 2
Roommates season 1
Royal Pains season 1
Rube_Tube season 2
Rules of Engagement
Rules of Engagement season 3
Rules of Engagement season 4
rush
rush season 2
Samantha Who
Samurai Girl
Sanctuary season 2
Sanctuary
Saturday Night Live
Saturday Night Live season 35
Saturday Night Live season 36
Saving Grace
Saving Grace season 3
Scrubs
Scrubs season 8
Scrubs season 9
Season 2
Secret Diary Of A Call Girl
Secret Diary Of A Call Girl season 3
Secret Girlfriend season 1
Secret Millionaire season 1
shameless season 5
Shameless season 6
Shameless season 7
shark season 2
Shit Down Shut Up season 1
Six Feet Under
Skins season 1 [Streaming]
Skins season 2
skins season 3
skins season 4
Smallville
Smallville season 9
Smallville[Streaming]
Snoop Dogg's
So You Think You Can Dance
So You Think You Can Dance season 6
So You Think You Can Dance season 8
So You Think You Can Dance Canada season 1
Sons Of Anarchy
Sons of Anarchy season 2
Sons of Tucson season 1
sophie
sophie season 1

http://hotfile.com/dl/33889606/723544b/90_sub7_S02E14.PROP.part4.rar.html

http://www.megaupload.com/?d=GPJK8746
http://www.megaupload.com/?d=TLS8CO68
http://www.megaupload.com/?d=T0RXMZW
http://www.megaupload.com/?d=2F882WMA

Labels: 90210 season 2

Posted by Subseven7 at 8:01 PM   0 comments

## Sons.of.Tuscon.S01E02

Sons.of.Tuscon.S01E02.HDTV.XviD-2HD

| Single extraction | No pass | Interchangeable |

http://rapidshare.com/files/366317716/so_sub7_s01e02.part1.rar.html
http://rapidshare.com/files/366317321/so_sub7_s01e02.part2.rar.html

http://hotfile.com/dl/33893690/da7e47b/so_sub7_s01e02.part1.rar.html
http://hotfile.com/dl/33893624/0c1952a/so_sub7_s01e02.part2.rar.html

http://netload.in/dateiRM035DGIz/so_sub7_s01e02.part1.rar.htm
http://netload.in/dateiMOzGWee6qD/so_sub7_s01e02.part2.rar.htm

http://uploading.com/files/2dam2536/so_sub7_s01e02.part1.rar/
http://uploading.com/files/d26a3445/so_sub7_s01e02.part2.rar/

http://www.megaupload.com/?d=SDKCWUYJ
http://www.megaupload.com/?d=J8CFNC09

Labels: Sons of Tucson season 1

Posted by Subseven7 at 7:58 PM   0 comments

## Archer.2009.S01E10

Archer.2009.S01E10.HDTV.XviD-XII

| Single extraction | No pass | Interchangeable |

http://rapidshare.com/files/366311065/ar_sub7_s01e10.part1.rar.html
http://rapidshare.com/files/366310575/ar_sub7_s01e10.part2.rar.html

http://uploading.com/files/96d3mdc5/ar_sub7_s01e10.part1.rar/
http://uploading.com/files/baac413a/ar_sub7_s01e10.part2.rar/

http://hotfile.com/dl/33891473/6fb666a/ar_sub7_s01e10.part1.rar.html
http://hotfile.com/dl/33891474/8b93742/ar_sub7_s01e10.part2.rar.html

http://www.megaupload.com/?d=ILFXB8CU
http://www.megaupload.com/?d=8YJP9ZUM

http://netload.in/dateiHZOUjxLpr5/ar_sub7_s01e10.part1.rar.htm
http://netload.in/dateizkQ9Mwt9Ky/ar_sub7_s01e10.part2.rar.htm

Labels: Archer 2009 season 1

Posted by Subseven7 at 7:53 PM   0 comments

## FlashForward.S01E11-E12.REPACK

FlashForward.S01E11-E12.REPACK.HDTV.XviD-2HD

| Single extraction | No pass | Interchangeable |

http://rapidshare.com/files/366313598/fl_sub7_s01e11-e12.rep.part1.rar.html
http://rapidshare.com/files/366313398/fl_sub7_s01e11-e12.rep.part2.rar.html
http://rapidshare.com/files/366314995/fl_sub7_s01e11-e12.rep.part3.rar.html
http://rapidshare.com/files/366314661/fl_sub7_s01e11-e12.rep.part4.rar.html
http://rapidshare.com/files/366314615/fl_sub7_s01e11-e12.rep.part5.rar.html
http://rapidshare.com/files/366314677/fl_sub7_s01e11-e12.rep.part6.rar.html
http://rapidshare.com/files/366315898/fl_sub7_s01e11-e12.rep.part7.rar.html
http://rapidshare.com/files/366315456/fl_sub7_s01e11-e12.rep.part8.rar.html

http://uploading.com/files/477fm782/fl_sub7_s01e11-e12.rep.part1.rar/
http://uploading.com/files/68f5b47e/fl_sub7_s01e11-e12.rep.part3.rar/
http://uploading.com/files/mambb72e/fl_sub7_s01e11-e12.rep.part4.rar/
http://uploading.com/files/a4f6d66c/fl_sub7_s01e11-e12.rep.part5.rar/
http://uploading.com/files/4ae8f94e/fl_sub7_s01e11-e12.rep.part6.rar/
http://uploading.com/files/m96a7me6/fl_sub7_s01e11-e12.rep.part7.rar/
http://uploading.com/files/d1d323ae/fl_sub7_s01e11-e12.rep.part8.rar/

http://netload.in/dateiLuaWxFRbKl/fl_sub7_s01e11-e12.rep.part1.rar.htm
http://netload.in/datei7ZRC5jW9Xfl_sub7_s01e11-e12.rep.part2.rar.htm
http://netload.in/datei8oRlqL8uhF/fl_sub7_s01e11-e12.rep.part3.rar.htm
http://netload.in/dateiXq4HtYneIHD/fl_sub7_s01e11-e12.rep.part4.rar.htm
http://netload.in/dateiLSkqqTEthy/fl_sub7_s01e11-e12.rep.part5.rar.htm
http://netload.in/datei5bLsbGiPPP/fl_sub7_s01e11-e12.rep.part6.rar.htm
http://netload.in/datei1erHQ4FmI5/fl_sub7_s01e11-e12.rep.part7.rar.htm
http://netload.in/dateiL1tllGxpDl/fl_sub7_s01e11-e12.rep.part8.rar.htm

http://hotfile.com/dl/33892322/9236154/fl_sub7_s01e11-e12.rep.part1.rar.html
http://hotfile.com/dl/33892336/51eeceb/fl_sub7_s01e11-e12.rep.part2.rar.html
http://hotfile.com/dl/33892591/434ae83/fl_sub7_s01e11-e12.rep.part3.rar.html
http://hotfile.com/dl/33892638/dcb5779/fl_sub7_s01e11-e12.rep.part4.rar.html

South Park
South Park season 12
South Park season 13
South Park season 4
Southland season 2
Southland season 2
Spartacus Blood and Sand season 1
Spiks And Specks
Spooks
Star.Wars.The.Clone.Wars
Star.Wars.The.Clone.Wars season 2
Stargate Atlantis
Stargate Atlantis season 4
Stargate Atlantis season 5
Stargate.Continuum.2008
Stargate Universe season 1
Stylista -Season 1
subtitle
Sunset Tan
supernatural
supernatural [Streaming]
supernatural season 3
supernatural season 5
Surviving Suburbia season 1
Survivor
Survivor season 1
Survivor season 16
Survivor season 18
Survivor season 19
Survivor season 20
Survivor South Africa: Panama - Season 1
Survivors 2008
Survivors 2008 season 2
Swingtown
Terminator The Sarah Connor Chronicles
Terminator The Sarah Connor Chronicles Season 1
Textees
Thats Impossible season 1
The A-Team
The Amazing Race
The Amazing Race Asia
The Apprentice season 8
The Apprentice UK season 4
The Apprentice UK season 5
The Bad Girls Club
The Biggest Loser (US) season 6
The Biggest Loser (US) season 8
The Bing bang Theory
The Bing bang Theory season 1
The Bing bang Theory season 3
The Border
The Border season 2
The Border season 3
The Chopping Block US season 1
The Daily Show
The Devils Whore
The Game Season 2
The Girls Next Door
The Girls Next Door season 6
The Goode Family season 1
The Incredible Hulk
the Kardashians
The King Of Queens
The L word
The L word Season 5
The Line season 1
The Lost World - Season 1
The Lost World - Season 2
The New Adventures of Old Christine
The New Adventures of Old Christine season 3
The New Adventures of Old Christine season 4
The Riches season 2
The Simpsons
The Simpsons season 19
The Simpsons season 21
The Storm 2009 Part.One
The Tudors season 2
The Tudors season 3
The Tudors season 4
The wire season 5
The X Factor
The X Factor season 6
The Alaska Experiment
The Amazing Race season 14
The Amazing.Race season 15
The.Andromeda.Strain
The Apprentice UK season 5
The.Assistants season 1
The.Bachelor season 13
The.Beast season 2
The.Bridge season 1
The.Cleaner season 2





True Blood season 2
Trust.Me season 1
Tv series wallpaper
Two And A Half Men
Two And A Half Men
season 5
Two And A Half Men
season 7
Tyler Perrys Meet the Browns
season 2
UFC 92 The Ultimate
2008
UFO Hunters season 1
UFO.Hunters
Ugly Betty
Ugly Betty Season 2
Ugly Betty Season 4
Unbreakable - Season 01
Underbelly season 1
Underbelly season 2
Unhilshed season 1
United States of Tara
season 1
Valentine
Venture brothers
Virtuality.Pilot
Wallace.And.Gromit
Wallander
Warehouse13 season 1
Weeds
Weeds season 5
When We Left Earth: The
NASA Missions
White Collar season 1
Wild.At.Heart season 4
Wildfire season 4
WipeOut
WipeOut season 2
Wire.In.The.Blood.
without a trace
without a trace season 6
Wolverine.and.the.X-Men
Womens N...
Worst.Wee...
WWE Raw
WWE.Wres...
X-Files
XIII.2008

Ads By Clicksor

Internet Download Manager
Download Latest Version 100% Free!
Download Internet Download Manager Right Now!

How to Build Muscle Fast
Scientists in Cambridge have discovered
a revolutionary new muscle builder.

Sleep Disorder
Protect Your Health through Better Sleep
No Confusing Paperwork Free Home Delivery

Microsoft Security Essentials
Download Latest Version 100% Free!
Download Microsoft Security Essentials Right Now!

Vis. toda...

B170910

Copyright © 2007

::Subseven7::

Disclaimer: Information contained in the blog is collected from various sites. The authors did not upload any of them. This blog does not host any files on its server... with respective authors. Please buy the original copy of the movies/ Tv series. If you want any of the links to be removed send an email to shah_protos...





**Glee Season 2**
**Folder:**
**http://uploadstation.com/list/3NeT9XV**

Recuerden que haciendo clic en el boton "Me gusta" o "Twittear"
que está abajo nos ayudan a seguir creciendo. Gracias.!!

| 0 | 👍0 |

Twittear   Like

Etiquetas:  Glee

Entradas antiguas

© 2010 Tv Shows by Team LoP · Proudly powered by Blogger

▲ Back to Top



- Organize your Social Networks in one place -
  Find new customers and/or followers with
  targeted advanced search tech
  http://lx.im/1a1up - ad 349 days ago
- Pureandhealthy.com now offers 98% pure,
  #vegetarian certified, Micronized #Resveratrol !
  http://lx.im/1aBK9 - ad 350 days ago
- Did you know that AXE has hair styling
  products? They sponsored Kassem G's latest
  YouTube video #ad http://lx.im/1aliV - ad 352
  days ago

Follow me on Twitter

Home    Link Name 1    Link Name 2    Link Name 3    Link Name 4    Link Name 5



**WarezAll**

Home

**Galbanum - Abstraction 4 (Wav)**                          February 15th, 2012

Galbanum - Abstraction 4 (Wav) | 651,24 MB

Come back for seconds and unleash total havoc in the club by pairing the tiara of the TR-Era, with random pseudo-organic futurism.
"Abstraction 04: Found Sound Urban Intelligence" is a copious double-dipped follow-up to Galbanum's widely successful Abstraction 03 product.
Read the rest of this entry »

Software                                                    No Comments »

**Earth Moments - Electro Folk India Vol 2 (Wav)**          February 15th, 2012

Earth Moments - Electro Folk India Vol 2 (Wav) | 441 MB

EarthMoments once again breaks new ground to bring you the second of a one of a kind soundscape series with the Electro Folk India Vol II Sample Pack.
Read the rest of this entry »

Software                                                    No Comments »

**VA - Legend valentine's day Collection Five (2012)**      February 15th, 2012

VA - Legend valentine's day Collection Five (2012)
Genre: Love Songs | 10 Albums | MP3 VBR kbps | 3 GB

**Recent Posts**

- Galbanum - Abstraction 4 (Wav)
- Earth Moments - Electro Folk India Vol 2 (Wav)
- VA - Legend valentine's day Collection Five (2012)
- VA - Legend valentine's day Collection Four (2012)
- 5Pin Media - Trance Forms Vol 1 - Elements (Multiformat)

**Categories**

- BRRip
- Console Game
- DVDRip
- Ebook
- Game
- MAC
- Mobile Stuff
- Music
- Software
- TV Show

**Blogroll**

- Clueforumz Free Warez
- H-leech
- Moviesgrabs
- PR 2+
- PR 2+
- Shaboor
- Yoddl.com

Read the rest of this entry »

📄 Music                                          💬 No Comments »

### VA – Legend valentine's day Collection Four (2012)    📅 → February 15th, 2012



**VA – Legend valentine's day Collection Four (2012)**
Genre: Love Songs | 9 Albums | MP3 VBR kbps | 3 GB

Read the rest of this entry »

📄 Music                                          💬 No Comments »

### 5Pin Media – Trance Forms Vol 1 – Elements (Multiformat)    📅 → February 15th, 2012

**5Pin Media – Trance Forms Vol 1 – Elements (Multiformat) | 621,38 MB**

Combining trademark 5Pin Media MIDI and contemporary sample sound patches 'Trance Forms Vol. 1 – Musical Elements' is an essential musical toolbox for Producers of all genres of Trance and Progressive House.
Read the rest of this entry »

📄 Software                                       💬 No Comments »

### Whitney Houston – Collection (1985 – 2012)    📅 → February 15th, 2012



Whitney Houston – Collection (1985 – 2012)
Pop, Soul, R&B | 17 Albums | MP3 320 kbps | 1.69 GB

Read the rest of this entry »

Music                                                No Comments »

Earth Moments – World Woodwind Series – Oriental Ney (Wav)        February 15th, 2012

Earth Moments – World Woodwind Series – Oriental Ney (Wav) | 253MB

EarthMoments releases another bundle of the ultra special World Woodwind Series that explores the many woodwind instruments of the world.
The Oriental Ney Bundle is a hard-to-resist library of 246 organic and husky ethnic Ney flute loops played by exceptional musicians with unmistakable Turkish emotions, and definitive Middle Eastern colours, with signatures ranging from the down tempo to the upbeat.
Read the rest of this entry »

Software                                              No Comments »

Supertramp – Discography (MP3) (1970 – 2010)            February 14th, 2012

Supertramp – Discography (MP3) (1970 – 2010)
MP3 320 KbpsCBR | Progressive RockPop Rock | 3,05 Gb

Read the rest of this entry »

Music                                                No Comments »

VA – Disco 70-x (2012)            February 14th, 2012



VA – Disco 70-x (2012)

Genre: Pop, Disco | 100 Tracks | Format: mp3, : 256 kbps | Size: 700 mb

Read the rest of this entry »

Music                                                                No Comments »

FontExplorer XPro 3.1.1                                    February 14th, 2012

FontExplorer X Pro 3.1.1 | Mac Os X | 27 MB

FontExplorer X Pro is optimized for professional use; it's the solution that gives you the power you need to manage all your fonts. Now you can more easily manage, activate and organize your existing font collection as well as find and experiment with new fonts. Whether you've got a hard drive full of typefaces or a few cherished families, FontExplorer X Pro handles your font library quickly, efficiently and reliably. And when you're ready to add to your collection, you can view thousands of classic designs and the latest releases from independent foundries using the integrated store.

Read the rest of this entry »

MAC                                                                  No Comments »

Previous Entries

© 2012 WarezAll                                     XHTML   CSS   RSS





Source Code 2011 480p HDTVRip AC3 x264-SOuVLaAKI

09    HDRP, Movies                        No Comments

*Source Code 2011 480p HDTVRip AC3 x264-SOuVLaAKI*

Plot: An action thriller centered on a soldier who wakes up in the body of an unknown man and discovers he's part of a mission to find the bomber of a Chicago commuter train.
Genre: Action | Sci-Fi | Thriller | Director: Duncan Jones | IMDB
Starring: Jake Gyllenhaal, Michelle Monaghan and Vera Farmiga

Language: English | Subtitles: N/A| Size: 1.32 GB|

Download:

http://www.filesonic.com/file/1400812884/S.C480P.X.SOuVLaAKI.part1.rar
http://www.filesonic.com/file/1400812794/S.C480P.X.SOuVLaAKI.part2.rar
http://www.filesonic.com/file/1400812954/S.C480P.X.SOuVLaAKI.part3.rar
http://www.filesonic.com/file/1400812834/S.C480P.X.SOuVLaAKI.part4.rar
http://www.filesonic.com/file/1400812684/S.C480P.X.SOuVLaAKI.part5.rar
http://www.filesonic.com/file/1400809664/S.C480P.X.SOuVLaAKI.part6.rar
http://www.filesonic.com/file/1400812874/S.C480P.X.SOuVLaAKI.part7.rar
http://www.filesonic.com/file/1400812994/S.C480P.X.SOuVLaAKI.part8.rar

written by admin

Source Code (2011) DVDRip XviD-MAXSPEED

09    DVDRip, Movies                      No Comments

*Source Code (2011) DVDRip XviD-MAXSPEED*

Plot: An action thriller centered on a soldier who wakes up in the body of an unknown man and discovers he's part of a mission to find the bomber of a Chicago commuter train.
Genre: Action | Sci-Fi | Thriller | Director: Duncan Jones | IMDB
Starring: Jake Gyllenhaal, Michelle Monaghan and Vera Farmiga

Language: English | Subtitles: N/A| Size: 1.373 GB

Download:

http://www.filesonic.com/file/1400656244/SC.DX.MAXSPEED.part1.rar
http://www.filesonic.com/file/1400656654/SC.DX.MAXSPEED.part2.rar
http://www.filesonic.com/file/1400656354/SC.DX.MAXSPEED.part3.rar
http://www.filesonic.com/file/1400658724/SC.DX.MAXSPEED.part4.rar
http://www.filesonic.com/file/1400656444/SC.DX.MAXSPEED.part5.rar
http://www.filesonic.com/file/1400656354/SC.DX.MAXSPEED.part6.rar
http://www.filesonic.com/file/1400656374/SC.DX.MAXSPEED.part7.rar
http://www.filesonic.com/file/1400656234/SC.DX.MAXSPEED.part8.rar

written by admin

### 5 Days of War 2011 BDRip XviD-NODLABS

Jul 05

BDRip, Movies                                            No Comments »

Finally a BDRip of movie "5 Days of War" from NODLABS. The group came with the bluray
release of the same movie few hours ago. A movie about Russo-Georgian war. The story
revolves around an American reporter who gets some secret reports and tries to forward
them to prevent the war. The military equipment and personnel used in the film were
temporarily lent by the Georgian army. ENjoy



5 Days of War Poster

**Synopsis**: A drama set centered around the war between Russia and Georgia, and
focused on an American journalist, his cameraman, and a Georgian native who become
caught in the crossfire.

5 Days of War Image

Download:  FileSonic: CD1 & CD2  |  Wupload: CD1 & CD2

written by admin

### VA-Promo Only Mainstream Radio July-2011-XXL

Jul 04

Albums, Music                                            No Comments »

Here's a new music complition "Promo Only Mainstream Radio July" from Various Arts. It
contains 21 tracks in 1 cd. Enjoy!

**Genre**: Top 40
**Artist**: Various Artists
**Title**: Promo Only Mainstream Radio July VA-Promo
Only Mainstream Radio July-2011-XXL
**Quality**: 250 kbps avg / 44.1KHz / Joint Stereo
**Total Playtime**: 01:15:36 min

**Tracklist**:

01 Coldplay – Every Teardrop is A Waterfall 4:03
02 Britney Spears – I Wanna Go 3:30
03 Mike Posner – Cheated (Single Mix) 3:19
04 Beyonce – Best Thing I Never Had 4:13
05 Joe Jonas – See No More 3:51
06 Charice – Louder 3:03
07 Jason Aldean & Kelly Clarkson – Don't You Wanna Stay 4:15
08 Katy Perry – Last Friday Night (T.G.I.F.) 3:51
09 Gym Class Heroes Ft. Adam Levine – Stereo Hearts 3:32
10 Linkin Park – Iridescent 3:59
11 Ray J Ft. Aaron Fresh – Turnin' Me on 3:16
12 Breathe Carolina – Blackout 3:14
13 Gavin Degraw – Not Over You (Main) 3:36
14 Dev – In the Dark (Clean) 3:47
15 Plain White T's – Boomerang 2:58
16 Ashlyne Huff Ft. Eric Bellinge – Whatever 3:22

17 Goo Goo Dolls – All that You Are 3:12
18 David Cook – The Last Goodbye (with Intro) 3:03
19 Hafdis Huld – Action Man 3:48
20 Runner Runner – I Can't Wait (Be My Wife) 3:54
21 Mark Ballas – Hotwire 3:50

Download:    FileSonic |    Wupload |    FileServe

written by admin

### F.E.A.R.3-SKIDROW

| Jun |
| 28 |

Games, PC                                         No Comments »



**Description:** Nine months ago, Point Man and his F.E.A.R. squad were tapped to stop a telepathically gifted cannibal who had begun a murderous rampage. Point Man learned the target was his brother, Paxton Fettel, working alongside their tortured and psychically powerful mother, Alma Wade. Despite this revelation, Point Man followed orders to destroy them and subsequently ravaged the surrounding city and most of his F.E.A.R. team. Now, it is clear that Alma's psychic influence survived— and worse, she is about to birth something that could destroy the world.

Fettel has returned from death with an unclear agenda, refusing to leave Point Man's side and asking for help to reach Alma. The remaining F.E.A.R. squad is still trying to complete their mission. With his chain of command broken and Point Man calling his own shots, where will his allegiance lie?



**Features:**

F.3.A.R delivers all the hallmarks that define the F.E.A.R. brand: terrifying paranormal horror, frenetic combat, and a dramatic storyline.
F.3.A.R. evolves the brand, introducing Divergent Co-op: deep, social gameplay that gives players distinctly different abilities that affect their own play as well as the experience of gamers they are playing with…or against.
Proprietary technology creates random scare events to increase the feeling of isolation and unpredicatability when playing alone or with a friend, and offers new experiences each time gamers play through.
Active 360 degree cover, evolutionary slow-mo modes, phasing portal systems and best in class mech combat aid players in facing an army of soldiers and paranormal enemies.



**Publisher:** Warner Bros. Interactive
**Developer:** Day 1 Studios

**Minimum system requirements:**

OS: Windows XP, Windows Vista or Windows 7 with DirectX 9.0c
Processor: Intel Core 2 Duo 2.4Ghz, AMD Athlon X2 4800+
RAM: 2GB RAM
Graphics: NVIDIA 8800 GT 512MB RAM, ATI 3850HD 512Mb RAM or better
Required Disc Space: 10GB Free Hard Drive Space
Release name: F.E.A.R.3-SKIDROW

**Size:** 4.07 GB

**Links:** HOMEPAGE

DOWNLOAD:

http://www.filesonic.com/file/1287871684/Crack.rar

http://www.filesonic.com/file/1286637611/F.E.A.R.3-STEAMCLONE-P2P.part1.rar

http://www.filesonic.com/file/1287114171/F.E.A.R.3-STEAMCLONE-P2P.part2.rar

http://www.filesonic.com/file/1287095691/F.E.A.R.3-STEAMCLONE-P2P.part3.rar

http://www.filesonic.com/file/1287244814/F.E.A.R.3-STEAMCLONE-P2P.part4.rar

http://www.filesonic.com/file/1287245611/F.E.A.R.3-STEAMCLONE-P2P.part5.rar

written by **admin**

### May 31 — Minute To Win It S02E26 HDTV XviD-MOMENTUM

📁 TV Shows                                    💬 No Comments »

MOMENTUM released a new episode of NBC's game show "Minute to Win It". This is episode 30 aired last night.



A pair of brothers from North Carolina play the games, including the Hoop De Loop challenge.

**Links:** HOMEPAGE – TV.com

**Minute.To.Win.It.S02E26.HDTV.XviD-MOMENTUM**
XviD | MP3 VBR | 350MB

**Download:** FileSonic | Wupload | FileServe

written by **admin** ¾ tags: HDTV, Minute To Win It, MOMENTUM, S02E26, XviD

### May 30 — Headhunterz – From Within / The Message Is Hardstyle-(SCREL027)-WEB-2011-HB

📁 Music, Singles/Eps                          💬 No Comments »

HB released the WEB release of the famous DJ *Headhunterz*, containing 2 tracks. Enjoy!

❌ :)



**Tracklist:**
01  from within                          06:01
02  the message is hardstyle             05:58

**Release name:** Headhunterz_-_From_Within_The_Message_Is_Hardstyle-(SCREL027)-WEB-2011-HB
**Size:** 28MB

**Download:** FileSonic | Wupload | FileServe

written by **admin** ¾ tags: From Within, Headhunterz, The Message Is Hardstyle



**Scott And Bailey S01E01 HDTV XviD-RiVER**

May 29

📄 TV Shows                                    💬 No Comments ▸

Scott and Bailey is a crime drama series which follows the personal and professional lives of two female detectives working for the Manchester Metropolitan Police. The series stars Lesley Sharp and Suranne Jones.

Janet and Rachel are called in to investigate the case of a pregnant girl who was killed whilst she was in her bedroom. Rachel's love life ends up taking a turn for the worse, Janet receives a telephone call that ends up reawakening a past tragedy.

**Links**: Homepage – TV.com

**Download:** FileSonic | Wupload | FileServe

written by **admin** \\ tags: HDTV, S01E01, Scott And Bailey, XviD-RiVER

◀ Previous Entries

i3Theme 1.7 is designed by N.Design Studio, customized by MangoOrange™.