# Yeh Exhibit 60









## Promote file hosting and affiliate program

🔲 Like    📨 Send   🐦 Tweet   0    +1   0    📤 Share

| Bids | Avg Bid | | CLOSED |
|---|---|---|---|
| 6 | $192 USD | | |

**Project ID:** 408105          **Project Type:** Fixed
**Budget:** $30-$250 USD

**Project Description:**

Hi there,

I need someone to promote a free file hosting site as itself and its affiliate program.

I need link to my sites appears on appropriate sites,forums,blogs and so on - without spamming!

You could put site url in signature,or to mentioned our affiliate program.

Also you could upload some stuff and to put download links in appropriate forums and sites.
Our goal is to reach people who are interested in this kind of business, and to find good uploaders.

We also offer an affiliate program which pays up to $10 per 1k download of files to the file owner. So with all these features its very easy to promote this site, for someone who knows it where to do it.

**Skills required:** Internet Marketing, Link Building

**See more:** file hosting affiliate, affiliate file host, free file hosting affiliate, promote file hosting, promote file hosting site, promote link file hosting, unique file hosting business, affiliate file hosting, affiliate program file hosting, file hosting affiliates, promoting file hosting website, online file storage sites affiliate program, free file host affiliate, file hosting affiliate program, promoting click file hosting site, affiliate delivery file hosting, free signupd, file hosting, per affiliate, signature link forums, business forums, need promote business, business signature, web hosting sites, business owner

Project posted by:
⚪ ButcherBoy ▬
⭐⭐⭐½ ----- (1 Reviews)
🟢🔴🔵

**Post a Project like this**

Report Project

---

### Public Clarification Board

2 messages  ↑

**sreyobhilashi**
Hi! I can do the work. Please let me know. Rate can be negotiable. Thanks & Regards!
over 2 years ago

**ButcherBoy**
Just to clarify what is our goal:

1. Uploading some stuff-mp3,videos,applications,games on our file host and spread these links over forums like pornbb.org (for videos) and like http://www.zona-musical.com/forum1.html (for mp3) and other forums where download links are posted (to games,applications and so on).
You have to be familiar with such a sites and postings!

2. Promote our affiliate program in webmaster forums,online biz,affiliate forums,money make forums and so on.
You have to make regular no-spam postings and put in your signature or just to mentioned our affiliate program. We'll give you special url-so it wont be considered as referral spam.
You must post in big forums,where a lot of webmaster read/post.
Such a forums you can read about here:
http://www.doshdosh.com/26-affiliate-marketing-and-webmaster-forums-to-help-you-make-money-online/

Also we need this job to be done in one week term.

Good luck!
over 2 years ago

If you are the project creator or one of the bidders, please Log In for more options.

## Awarded Bids

| Freelancers ⇕ | Bid (USD) ⇕ | Time of Bid ⇕ | Freelancer Reputation ⊞ |
|---|---|---|---|
| Aqui <br> ✓ Accepted <br><br> Hi pls see pm. | $200 in 14 days | over 2 years ago | ☆★★★☆ 3.6 <br><br> $ ▰▰▰ 4.1 <br> 9 Reviews <br> 25% Completion Rate |

## All Bids (5)

| Freelancers ⇕ | Msg ⇕ | Bid (USD) ⇕ | Time of Bid ⇕ | Reputation ⊞ |
|---|---|---|---|---|
| kumar2009 <br><br> Hi, please see PMB for the detail. Thanks! | | $200 in 30 days | over 2 years ago | ★★★★★ 4.9 <br><br> $ ▰▰▰▰ 6.6 <br> 127 Reviews <br> 71% Completion Rate |
| naderwana <br><br> Please check your PM | | $100 in 15 days | over 2 years ago | ☆★★☆★ 4.9 <br><br> $ ▰▰▰ 5.7 <br> 32 Reviews <br> 80% Completion Rate |
| clayarce <br><br> Hi please check PM thanks ;asbir | | $250 in 8 days | over 2 years ago | ★★★★★ 5.0 <br><br> $ ▰ 1.4 <br> 1 Review <br> 71% Completion Rate |
| orcus <br><br> I have done this before. | | $250 in 2 days | over 2 years ago | 0.0 <br><br> $ 0.0 <br> 0 Reviews <br> New Freelancer! |
| kennethreitz <br><br> I'm a blogger on http://programmerfish.com and I had a feature on slashdot last week! I also have over 800 twitter followers: http://twitter.com/kennethreitz. I'd love to work with you! | | $150 in 0 days | over 2 years ago | 0.0 <br><br> $ 0.0 <br> 0 Reviews <br> New Freelancer! |





| Press | About | Get in Touch | |
|---|---|---|---|
| In the News <br> Press Releases <br> Awards <br> Quotes | About us <br> Competitions <br> Top Users <br> Developer API | Advertise with Us <br> Careers <br> Freelancer Blog <br> Affiliate Program | f Like Us <br> Follow Us <br> Jobs on Twitter <br> Jobs via RSS <br> Youtube |

| 7082 <br> users online now | 2,992,379 <br> freelancers | 1,322,626 <br> projects posted | Select Country ▼ |
|---|---|---|---|

Freelancer.com (formerly GetAFreelancer), is the world's largest outsourcing and crowdsourcing marketplace for small business. We have hundreds of thousands of satisfied customers from all over the world. We connect over 2,992,379 employers and freelancers globally from over 234 countries & regions. Through our website, employers can hire freelancers to do work in areas such as software, writing, data entry and design right through to engineering and the sciences, sales and marketing, and accounting & legal services. The average job is under US$200, making outsourcing for the first time extremely cost effective for small businesses.

Would you like to find freelance jobs and make money online? Just sign up to get started! We have created a safe environment for both freelancers and employers via our secure milestone payment system. We have thousands of freelance coders, writers, programmers, designers, marketers and more. Getting the best web design, professional programming, custom writing or affordable marketing has never been easier! Try outsourcing for free today! Don't forget to bookmark our homepage for your next project or job.

© Copyright 2011 Freelancer Technology Pty Limited (ACN 142 189 759)
Freelancer® is a registered Trademark of Freelancer Technology Pty Limited (ACN 142 189 759)

Privacy Policy   Terms & Conditions   Copyright Infringement Policy

# Yeh Exhibit 61



Page 2 of 4 ≤ 1 **2** 3 4 ≥

Show 40 post(s) from this thread on one page

**The Linkbucks Forums** (*http://forums.linkbucks.com/index.php*)
- **Share Links** (*http://forums.linkbucks.com/forumdisplay.php?f=4*)
- - **Introducing file hosting affiliate program** (*http://forums.linkbucks.com /showthread.php?t=3984*)

---

### Slimmto
04-07-2009 05:44 PM

how do i remote upload. i've always uploaded my files. but now my upload speed is slow.

EDIT: know how to use it now.

---

### royjohn
04-07-2009 07:04 PM

another file hosting **FAD**.....tsk tsk.

---

### mayau
04-08-2009 01:38 AM

Quote:

Originally Posted by **wheelbarrow** (Post 32700)
*Is the download speed for free users still 128kb? I am only getting 30kb and I don't know if it is just me or if the policy has changed.*

Agree.Please check the download speed.Hardly see people finish downloading 200MB links.

---

### ButcherBoy
04-08-2009 06:37 AM

I was asked by few webmasters that their download/upload speed is slow.
We're upgrade our current servers and installed batch of new ones, so I believe things will be NORMAL for every user.
We did some tests for download speed from different country locations and it's true for some countries there is slow speed detected.

But we dont put or change anything in our policy!

Please, apologize us for this inconvenience!

---

1 of 14



EXHIBIT
Trov 173
PENGAD 800-631-6989
12.08.11  ff

08/08/2011 07:22 PM

Quote:

Originally Posted by **mayau** (Post 32727)
*Agree.Please check the download speed.Hardly see people finish downloading 200MB links.*

---

## bluejax

04-08-2009 09:15 AM

Man how do you remote upload from rapidshare it always says **upload failed**. Either I put direct link or by using this

http://username:password@sitename.com

Please reply I need to remote upload some stuff there.

---

## tekkaman75

04-09-2009 09:13 AM

**how it's going?**

After 10 days of using hotfile service, my statistics are not very good.
Although the only restriction seems to be 15 minutes wait for free users, number of downloads are way too low.
If I compare uploading.com downloads in first 10 days, they were around 4-5 times bigger than hotfile.
Now the only explanation for this big difference is that there is some kind of bug in counting, or there is some filter by IP address.
Please tell here what is your experience and if you notice the same..

---

## ButcherBoy

04-09-2009 11:12 AM

Hello!
We talked on ICQ and tried to explain that we dont have any limitations for free user, except 15 min wait. We dont have daily download limit, and we count premium/free downloads in difference from uploading .com
About counting downloads we did dozen of tests, even hire 10 people from different countries to test it, and there weren't problems with counting.
Please notice - you think you send same traffic,same people, but this is idealistic situation.
There is no rule 5000 visitors will make 1000 downloads (for example).Depends of

files,country origin,people as surfers.
Ofcourse if uploadingcom works better for you I cant say anything, but just wanted to explain we dont have problems with counting downloads.

Quote:

> Originally Posted by **tekkaman75** (Post 32825)
> *After 10 days of using hotfile service, my statistics are not very good.*
> *Although the only restriction seems to be 15 minutes wait for free users, number of downloads are way too low.*
> *If I compare uploading.com downloads in first 10 days, they were around 4-5 times bigger than hotfile.*
> *Now the only explanation for this big difference is that there is some kind of bug in counting, or there is some filter by IP address.*
> *Please tell here what is your experience and if you notice the same..*

---

**royjohn**                                                04-09-2009 11:18 AM

ButcherBoy I think its about time you create your own forum for your site and not leech off of this one. I am sick of seeing another fad..

---

**highrate**                                               04-09-2009 10:36 PM

Quote:

> Originally Posted by **tekkaman75** (Post 32825)
> *After 10 days of using hotfile service, my statistics are not very good.*
> *Although the only restriction seems to be 15 minutes wait for free users, number of downloads are way too low.*
> *If I compare uploading.com downloads in first 10 days, they were around 4-5 times bigger than hotfile.*
> *Now the only explanation for this big difference is that there is some kind of bug in counting, or there is some filter by IP address.*
> *Please tell here what is your experience and if you notice the same..*

about this difference, i guess is because
1. the file size
in uploadingcom you can only upload files less than 100m, but in hotfile, in order to get the maximum payrate we usually upload files over 100mb. it is much easyer to download small

files so it seems ul has a better statistic
i used a 48mb file to test, using both ul and hf link in same thread and it actually make 2 more dls from hf
2 the premium dls
hf only count 1 for each premium member no matter how many files he download from you and ul count every dls i think

it is just my guess
for me i earned $25 in 2 weeks, which is almost same from ul

---

**ButcherBoy**                                                              04-11-2009 08:53 AM

Quote:

Originally Posted by **royjohn** (Post 32830)
*ButcherBoy I think its about time you create your own forum for your site and not leech off of this one. I am sick of seeing another fad..*

Actually it's on the way :)
Also I dont think I'm posting like crazy here?
I dont have dozens of threads or bump-answers...

---

**ButcherBoy**                                                              04-11-2009 09:00 AM

Hello,highrate!
Thanks for your reply!

Uploading com have 100MB daily limit for free download - we dont!
This means there is almost no free user choice! If a user wants for example to download movie or mp3 album over 100MB - he must pay! So this is no free host.

About free downloads it's written here and our site:
*"We count every successfully completed download, but if a premium user downloads a file more than once, that will be counted as a single download. This doesnt apply for free users downloads - their downloads are counted without limitations (multiple downloads for a file from same IP are counted)."*

So, we count premium download just once (from one IP!)
but we count free downloads from one IP!
Also we dont have any adverts.

About how uploading counts - I'm not sure, cause I cant find such an info on their site.

Quote:

Originally Posted by **highrate** (Post 32867)
*about this difference, i guess is because*
*1. the file size*
*in uploadingcom you can only upload files less than 100m, but in hotfile, in order to*
*get the maximum payrate we usually upload files over 100mb. it is much easyer to*
*download small files so it seems ul has a better statistic*
*i used a 48mb file to test, using both ul and hf link in same thread and it actually*
*make 2 more dls from hf*
*2 the premium dls*
*hf only count 1 for each premium member no matter how many files he download*
*from you and ul count every dls i think*

*it is just my guess*
*for me i earned $25 in 2 weeks, which is almost same from ul*

---

## wheelbarrow
04-11-2009 04:43 PM

How does hotfile make money without ads?

---

## ButcherBoy
04-12-2009 05:53 AM

Quote:

Originally Posted by **wheelbarrow** (Post 33026)
*How does hotfile make money without ads?*

We try to make money only from premium accounts.
That's the reason we don't share premium signups.
We don't have adverts and will never have.

---

## T.Panneerselvam
04-12-2009 01:00 PM

15 minutes wait for free user is too high..

## Hman14325

04-12-2009 01:30 PM

Is HotFile better then Uploading.com?

## mejoseph01

04-12-2009 10:37 PM

Quote:

> Originally Posted by **highrate** (Post 32867)
> *2 the premium dls*
> *hf only count 1 for each premium member no matter how many files he download*
> *from you and ul count every dls i think*

UL dont count downloads from premium.(not even one)But they give % of sales they make.I use hf as mirrors with ul so those cant download from ul can download from hf.I think hf is a great service.Also butcherboy,put some ads on your page,not too many or popups,just banners or textlinks.that wont hurt.relying on premium sales only is not a good idea.

Quote:

> Originally Posted by **Hman14325** (Post 33123)
> *Is HotFile better then Uploading.com?*

I think they are evenly matched.I like both of them.
ul gives more downloads,but they pay different for different countries.hf pays same amount for all accepted countries.

Quote:

> Originally Posted by **royjohn** (Post 32830)
> *ButcherBoy I think its about time you create your own forum for your site and not*
> *leech off of this one. I am sick of seeing another fad..*

Dont mind royjohn.He is the worst member in history of linkbucks forum.Hey douche bag = royjohn,you go create your own forum for your useless and stupid threads and posts.

## mayau

04-13-2009 05:51 AM

4th payment from hotfile.com

Thanks a lot hotfile.com. :)

## CrucifynDi3
04-13-2009 12:03 PM

getting bored..... links are taking forever, to become live
alwayz in processing...........

## ButcherBoy
04-14-2009 02:12 PM

Please,notice that when there are servers pick - a thousands of remote upload request by webmasters, it's not so easy to make all request at once!
I tried other filehosts which support remote upload, and some of them are simply not processed requests...stay 'processed' for 3 days and that's not for 400 MB file (as we accept) but for 5MB mp3...
So my apologies for inconvenience, we work hard to improve this.
Otherwise we have to switch off FTP and remote upload and give them only when webmaster make request and so on...But our goal is to give to EVERY webmaster a chance,not only to big players.

Thanks for your attention!

Quote:

> Originally Posted by **CrucifynDi3** (Post 33190)
> *getting bored..... links are taking forever, to become live*
> *alwayz in processing...........*

## Hman14325
04-15-2009 04:13 AM

I'm having the same issue. After I upload a file, it takes ages for it to appear in the "My Files" section.

## highrate
04-15-2009 03:10 PM

Quote:

> Originally Posted by **ButcherBoy** (Post 33001)
> *Hello,highrate!*
> *Thanks for your reply!*

*Uploading com have 100MB daily limit for free download - we dont!*
*This means there is almost no free user choice! If a user wants for example to*
*download movie or mp3 album over 100MB - he must pay! So this is no free host.*

*About free downloads it's written here and our site:*
*"We count every successfully completed download, but if a premium user downloads a*
*file more than once, that will be counted as a single download. This doesnt apply for*
*free users downloads - their downloads are counted without limitations (multiple*
*downloads for a file from same IP are counted)."*

*So, we count premium download just once (from one IP!)*
*but we count free downloads from one IP!*
*Also we dont have any adverts.*

*About how uploading counts - I'm not sure, cause I cant find such an info on their site.*

---

Thanks for your reply!

and i found one important thing hf has not is file description
every other hosting service has it. plz add it on, because we can write
such as "more download please go to xxx.com" on the file description to advertis our own blog
or website to get more downloads

---

### ButcherBoy                                                    04-16-2009 12:50 AM

Quote:

Originally Posted by **highrate** (Post 33382)
*Thanks for your reply!*

*and i found one important thing hf has not is file description*
*every other hosting service has it. plz add it on, because we can write*
*such as "more download please go to xxx.com" on the file description to advertis our*
*own blog or website to get more downloads*

---

That's a good idea and we will implement it.
But how it should work-to make possibility to put traffic back url for each different download
link, or just to put one link back to all your download links?

Thanks! :)

## Hi-Tech
04-16-2009 03:54 AM

HotFile can not change files name,others can:confused:Pls add it soon.And it's hard to remoteupload from rapidshare(i has premium Rapidshare acc,but i can't do it with hotfile althought i did like FAQ)

## kevinxxx
04-16-2009 05:16 AM

I'm very happy to join your aff

## Hman14325
04-16-2009 05:25 AM

Can you please install an RS Manager like Uploading.com in hotfile?

Thanks

## HyPn0sE
04-19-2009 07:02 AM

Quote:

Originally Posted by **Hi-Tech** (Post 33417)
*HotFile can not change files name,others can:confused:Pls add it soon.And it's hard to remoteupload from rapidshare(i has premium Rapidshare acc,but i can't do it with hotfile althought i did like FAQ)*

Remote upload works great for me and i don't need any account at Rapidshare, just put Rapidshare links at remote upload box and click upload, some minutes after you have all the files in your account.

## wheelbarrow
04-19-2009 05:48 PM

Is it possible to delete files? I uploaded a few files that haven't gotten any downloads and I don't want to waste server space by keeping them.

## HyPn0sE
04-20-2009 02:36 AM

Quote:

Originally Posted by **wheelbarrow** (Post 33701)
*Is it possible to delete files? I uploaded a few files that haven't gotten any downloads*

*and I don't want to waste server space by keeping them.*

It is possible to delete files, but only 1 by 1... click at the file you want to delete, a new window open with the download codes for that file, the last code is the delete code, copy that code and past it into your browser address bar... press enter and the file will be deleted.

## wheelbarrow                                          04-20-2009 06:14 AM

Quote:

Originally Posted by **HyPn0sE** (Post 33715)
*It is possible to delete files, but only 1 by 1... click at the file you want to delete, a new window open with the download codes for that file, the last code is the delete code, copy that code and past it into your browser address bar... press enter and the file will be deleted.*

Thank you. :)

## ButcherBoy                                          04-20-2009 10:54 AM

Hello!
I checked many messages about remote upload failure and finaly I just discovered that 90% of all bad uploads are caused by one simply reason:

First, it's obvious you must have PREMIUM rapidshare acc (so you dont have wait to start download) and
Second (most important): you MUST PUT DIRECT DOWNLOAD link!

Example:

Regular RS link:
http://rapidshare.com/files/19308218...DRip.part4.rar

Direct download link:
http://rs439tg.rapidshare.com/files/...DRip.part4.rar

You can use 3rd party sites to convert regular RS links to direct download links: good one I found is http://www.rapidshoot.com/ but you can use whatever you want or simply use direct download link option in your premium RS acc.

In short: to use remote upload you must always use direct download links, not link to download page (this is a must for rs and every similiar file host)

Quote:

Originally Posted by **Hi-Tech** (Post 33417)
*HotFile can not change files name,others can:confused:Pls add it soon.And it's hard to remoteupload from rapidshare(i has premium Rapidshare acc,but i can't do it with hotfile althought i did like FAQ)*

## devil777

04-21-2009 02:13 PM

Quote:

Originally Posted by **ButcherBoy** (Post 33744)
*Hello!*
*I checked many messages about remote upload failure and finaly I just discovered that 90% of all bad uploads are caused by one simply reason:*

*First, it's obvious you must have PREMIUM rapidshare acc (so you dont have wait to start download) and*
*Second (most important): you MUST PUT DIRECT DOWNLOAD link!*

*Example:*

*Regular RS link:*
*http://rapidshare.com/files/19308218...DRip.part4.rar*

*Direct download link:*
*http://rs439tg.rapidshare.com/files/...DRip.part4.rar*

*You can use 3rd party sites to convert regular RS links to direct download links: good one I found is http://www.rapidshoot.com/ but you can use whatever you want or simply use direct download link option in your premium RS acc.*

*In short: to use remote upload you must always use direct download links, not link to download page (this is a must for rs and every similiar file host)*

RS works great. What about netload -> Hotfile?

## highrate

04-23-2009 12:46 AM

i cant remote upload from netload today!
it shows Unable to connect to netload.in all the time
maybe netload banned the hotfile server ips
please communicate with netload
before, we can remote from netload not even need a premium account or direct links, that
was great! but now...
please fix it asap
thank you!

## CrucifynDi3

04-23-2009 08:53 PM

hmm soo far still gud, no complaints yet from my users and download/upload speed are still
gud as much as our earnings.
uploadbox and uploading seems to hav completely ruined their rep and all ex
uploading/uploadbox users seems to be shifting to hotfile day by day ;)
anywayz keep it up guyz.

## CrucifynDi3

04-24-2009 12:34 AM

btw i forgot to add, when r u gonna add the mass delete option? the current delete system is
too tedious....
another thing is the rename function......if its gonna be added or not?

## highrate

04-24-2009 05:41 AM

Quote:

> Originally Posted by **CrucifynDi3** (Post 34024)
> *btw i forgot to add, when r u gonna add the mass delete option? the current delete*
> *system is too tedious....*
> *another thing is the rename function......if its gonna be added or not?*

i asked this before in this thread;) these are important tools for file management
and file description as well
ButcherBoy please add these! thank you!

## ButcherBoy

04-27-2009 06:52 AM

Hello to all!
File management is almost done, just make final tests.
About remote upload - we implement some new specifications:

Every webmaster can use remote upload, but depending of webmaster's results-upload can be capped to 5GB/daily,10GB/daily or more.

What I mean with 'webmaster's results'?
- it's about how much resources use webmaster-some webmaster just use remote upload, uploads LOTS of gigabytes, but don't promote their files.
So these kind of webmasters use our server resources,upload resources, bandwidth,diskspace and at final they make our service to work slow for webmaster who works active with us.

For webmasters who just uploads but his files are never downloaded or are downloaded very bad - we put this upload quotta. So, they can still use remote upload, but it's limited to 5GB daily.
Also for such a webmaster - on their links (download page) will be increased time wait for each and between downloads. Normal free surfer should wait 60 sec to download file and 15 min for next download.

I know some of you won't be glad, but we try to keep balance - between uploaders,user and our interest and I'm sure most of you will be glad in long term. Because we just started and reach 500k/daily visitors and our plans and goals are much,much higher.

In every webmaster page (when logged) will be displayed info about remote upload...

I'll be glad to answer all your questions and to discuss what you think is important for both of the sides :)

Quote:

---

Originally Posted by **highrate** (Post 34039)
*i asked this before in this thread;) these are important tools for file management and file description as well*
*ButcherBoy please add these! thank you!*

---

**mayau**                                                    04-27-2009 07:54 AM

Hi.Can you increase the free user download speed?I saw people start complaining about the speed.

## ButcherBoy
04-27-2009 01:15 PM

We just installed few MEGA servers and all remote upload delays will be gone, also download speed will be increased. About free user download we capped it to max 128kb. Right now our tests shows that free users download with 40-50kb average. Our goal is to reach stable 128kb and with these new servers I believe we will do it.

Quote:

_____

Originally Posted by **mayau** (Post 34307)
*Hi.Can you increase the free user download speed?I saw people start complaining about the speed.*

_____

## tekkaman75
04-27-2009 02:30 PM

Download speed seems okay to me.
I have seen download page has changed and banners have been added.
Problem is that download counter is now 180 seconds, which is not good at all.
Also, it's 45 minutes to wait for next download.
I am afraid hotfile is starting to do the same as uploading and uploadbox, slowly putting restrictions :(

## CrucifynDi3
04-27-2009 02:43 PM

what the hell... One file per 15-45 minutes

also the "free download" button is crossed...doesn't allow free download when i click the link.

are you guys not allowing specific countries to download at all?

also butcherboy can you please remove my account remote upload limit to 10GB or more? this 5GB limit is killing me :(

Page 2 of 4 ≤ 1 **2** 3 4 ≥
Show 40 post(s) from this thread on one page

Powered by vBulletin® Version 3.6.8
Copyright ©2000 - 2011, Jelsoft Enterprises Ltd.

# Yeh Exhibit 62

**REDACTED**

# Yeh Exhibit 63

File hosting affiliate program presentation

http://forums.digitalpoint.com/printthread.php?t...

# Digital Point

**File hosting affiliate program presentation**

Printable View

▾ Page 5 of 5 ◄◄ First ◄ ... 3 4 5

Show 40 post(s) from this thread on one page

---

## ira123

Jul 16th 2009, 12:40 am

let me know how

---

## krazymind

Jul 16th 2009, 12:44 am

Code:

```
http://username : password@rapidshare.com/files/5458454846/filename.rar
```

**(Without spaces)**

You must have premium account of Rapidshare.

Regards

---

## campolar

Jul 16th 2009, 5:10 am

Quote:

*Originally Posted by **krazymind** View Post*

*Code:*

```
http://username : password@rapidshare.com/files/5458454846/filename.rar
```

**(Without spaces)**

*You must have premium account of Rapidshare.*

*Regards*

And also have "Direct Downloads" enabled in your rs premium settings

---

## getronit

Jul 16th 2009, 5:43 am

$5 for 1000 sounds cheap

---

## rekkle

Jul 16th 2009, 6:14 am

Quote:

*Originally Posted by **campolar** View Post*



EXHIBIT
PENGAD 800-631-6989
Trfor 166
12-08-11  FF

07/26/2011 11:13 PM

> *And also have "Direct Downloads" enabled in your rs premium settings*

And also you need to provide real RS account ID (only digits!), not login. It works.

@getronit I got most time silver and gold rank and I get over $10 per 1000 downloads. It's not cheap.

http://laptopy.tychy.pl/hu/smile_u.jpg

---

### george101

Jul 16th 2009, 6:25 am

Quote:

> Originally Posted by **getronit** View Post
>
> *$5 for 1000 sounds cheap*

lol... bt for newbies its not. i made 230$ in one month by uploading, and i dont even upload every day. It may sound a little, but its a lot for me

---

### ButcherBoy

Aug 7th 2009, 10:45 am

News from HotFile.com

Earn money spreading links in your site!
Get 5% commission of all premium accounts sold through your site.

For every referrer that comes from your site and buys premium you will get 5% of the account's price. No matter if download link is yours or you find it in other place! Post interesting download links in your site, blog or forum and earn big money.

Please check our Affiliate page for more info.

Regards,

---

### dduck

Aug 7th 2009, 10:57 am

haha ....hotfile keeps messing with the ppl who made them this far.

It was only a theory that uploader's status is bound for how much premiums he sell. Nobody could see that information because you were hiding it.

Now, one site will take all the prize for all the links. No matter if the owner of that site uploaded all those files. What a nice way to fck with small army of ppl who were spreading your links.

But anyway, this shows only one thing. **You are aware that you made mistake with your new rules.** That's why you need sites to promote your **old links**, because you are left with only few ppl who keep uploading new files on your servers.

I would really like to see how much money will owner of the biggest pr0n and wrz board get from you for selling premiums. 'Cause you are well known for hidding that information.

Only sites who force their users to use code tags will not 'proffit' from that, 'cause users would still need to copy-past links in browsers.

---

Show 40 post(s) from this thread on one page

All times are GMT -5. The time now is 11:13 pm.

Digital Point modules: Sphinx-based search, CSS

# Yeh Exhibit 64

# Digital Point

### Earn $$$ Uploading files to Uploadline.com!!!

Printable View

---

#### rudeturk

Mar 25th 2009, 8:19 pm

Earn $$$ Uploading files to Uploadline.com!!!

**Earn easy $$$ Uploading your files to Uploadline.com!**
We have launched a new point system where you can earn cash for your points, we give out 1 point per unique download from any country!
**Why is this different from Uploading.com or any other program such as Uploadbox?**
Because unlike there sites, people like using out service and they can download there files easily your links will be downloaded more often than other ones and our links are not banned on any forums. We have high network connections so you can fetch files from your rapidshare account, also you can upload at up to 1gbps.

We are kind of under beta stages but are 100% stable so we are not going anywhere.

Payments will be made through Paypal only and soon Alertpay!
For more info click here, http://www.uploadline.com/earn.html

---

#### egoldzone

Mar 25th 2009, 10:07 pm

Thanks for your info
why so cheap rate per download..?
Do you have another plan to increase your pay rate soon..?

---

#### rudeturk

Mar 26th 2009, 4:44 am

Yes we have a plan to increase pay rate, but how can we pay more if we dont earn more? lol.
As soon as we see this program working we will definately increase into a nice price rate.

---

#### Kerosene

Mar 26th 2009, 6:24 am

Is this correct:

$1 USD for 1000 downloads at Uploadline.com ($20 USD for 20,000)
vs
$10 for 1000 downloads at Uploading.com

I hate to be a wet blanket, but why would I use your service over Uploading.com?

"No other steps **realy**" is misspelled on your 'earn.html' page :p ;)

---

#### hbl

Mar 26th 2009, 6:40 am

Sounds interesting, Checking it out now

---

#### rudeturk

Mar 27th 2009, 12:45 pm

Quote:

---



EXHIBIT
Trov 172
12-08-11

Earn $$$ Uploading files to Uploadline.com!!!                    http://forums.digitalpoint.com/printthread.php?t...

> *Originally Posted by **Kerosene** View Post*
>
> *Is this correct:*
>
> *$1 USD for 1000 downloads at Uploadline.com ($20 USD for 20,000)*
> *vs*
> *$10 for 1000 downloads at Uploading.com*
>
> *I hate to be a wet blanket, but why would I use your service over Uploading.com?*
>
> *"No other steps **realy**" is misspelled on your 'earn.html' page :p ;)*

Alright,
Uploading.com is a website where you will get less download conversions.
Uploadline is realy easy to use even as a first time user and if you upload any file smaller then 50mb we don't
even ask your users anything before they download there downloads start right away.
The links you share with users will not be liked by everyone.
They stick tons of limits and advertisements on free users.
Minimum payment is $30 with Uploading, our one is 20$ + You will be paid through paypal within 3 days of
your request.
I have tons of reasons for you to use Uploadline instead of Uploading and im sure the users which download
your files will prefer Uploadline.

---

### hash1                                                          Mar 27th 2009, 12:57 pm

Will give it a go. Already upload alot and was looking for a new host like this.

---

### houck                                                          Mar 27th 2009, 7:35 pm

I have worked with Uploading.com for sometime, so I will try out your service.

The thing I do like is any country download. This is something I would have to admit Uploading.com has lack,
not only not paying for some types of countries, but also banning them from even downloading. I also like
your less than 50mb wait.

I'm working on a CPA offer at the moment, but when I get sometime, I might try using you as a host for a
new download site I was thinking of creating.

But one question, Do you allow adult content to be uploaded?

---

### rudeturk                                                       Mar 28th 2009, 12:43 pm

Quote:

> *Originally Posted by **houck** View Post*
>
> *I have worked with Uploading.com for sometime, so I will try out your service.*
>
> *The thing I do like is any country download. This is something I would have to admit Uploading.com*
> *has lack, not only not paying for some types of countries, but also banning them from even*
> *downloading. I also like your less than 50mb wait.*
>
> *I'm working on a CPA offer at the moment, but when I get sometime, I might try using you as a host*
> *for a new download site I was thinking of creating.*
>
> *But one question, Do you allow adult content to be uploaded?*

Good to hear :).
As long as the adult content is legal it is allowed.

Earn $$$ Uploading files to Uploadline.com!!!                    http://forums.digitalpoint.com/printthread.php?t...

---

**viatorek**                                                                    Mar 28th 2009, 12:52 pm

so you guys paying for all country download?
any % for selling premium account like in uploading.com?

---

**rudeturk**                                                                     Mar 28th 2009, 1:12 pm

Quote:

Originally Posted by **viatorek** View Post

so you guys paying for all country download?
any % for selling premium account like in uploading.com?

Not yet, Look we are nothing like Uploading.com try downloading from us as a free user and see if you can
download from them as a free user the same file and see which ones easier to download with Uploading you
will get less download conversions and they earn more from the downloads your files get but with us you get
high ammount of download conversions per visit to the link although we dont earn as much as uploading.

---

**viatorek**                                                                    Mar 28th 2009, 5:36 pm

what about hotfile.com (see my siggy for info)? its have better conversation and just started too
i just registered to bought (uploadingline.com) and testing conversation
we will see

---

**shareminator**                                                                Mar 29th 2009, 6:44 am

HI, i am interested in part: "you can fetch files from your rapidshare account" it is nice, i like it, but can i, if i
have a premium account, download any RS files to my UL account?, if no, this feature can be very succesful
for your company, many people have RS premium and can use it for their UL account for uploading files.

p.s. Sorry for my english, i believe that you understand, what i mean :)

---

**ForumDesire**                                                                 Mar 29th 2009, 7:40 am

for me the uploading is not working!

---

**rudeturk**                                                                     Mar 29th 2009, 7:44 am

Quote:

Originally Posted by **shareminator** View Post

HI, i am interested in part: "you can fetch files from your rapidshare account" it is nice, i like it, but
can i, if i have a premium account, download any RS files to my UL account?, if no, this feature can
be very succesful for your company, many people have RS premium and can use it for their UL
account for uploading files.

p.s. Sorry for my english, i believe that you understand, what i mean :)

Yes shareminator, You can login to your account visit http://www.uploadline.com/?op=my_account And modify
the Rapidshare account settings section so You can fetch your files in your rapidshare account or any
rapidshare link direct to your account! :D.
We currently allow 5 fetches for free users and 20 for premium per day to stop the service from being abused.

Also note that you will be able to fetch from rapidshare at 16mb/s when i sort some settings out (thats the max rapidshare allows) from other sites its up to 1gbps!

Please do not upload split archives, we have a larger upload limit compared to other websites for a reason All websites you mentioned do not allow users to stream videos or mp3 files which are uploaded they dont have an easy user interface for downloading Hotfile only allows 1 download per 15 minutes if im correct and they have just launched have you been paid by them yet? We have been running since november 2006 under beta stages check web archive if you like.

---

### rudeturk　　　　　　　　　　　　　　　　　　　　　　　　Mar 29th 2009, 7:47 am

Quote:

> Originally Posted by **ForumDesire** View Post
>
> for me the uploading is not working!

Try now, Today we are reinstalling ul1 server (without any loss of users files) due to some security problems so downloads from there will not be possible in the next 9 hours we have to move over 400gb back.

The main upload server is working though let me know if you have any other problems.

---

### ForumDesire　　　　　　　　　　　　　　　　　　　　　　Mar 29th 2009, 7:51 am

yes now is working . I want to ask if you have a ssystem that count the number of viewes that has a video.

---

### rudeturk　　　　　　　　　　　　　　　　　　　　　　　　Mar 29th 2009, 8:16 am

Quote:

> Originally Posted by **ForumDesire** View Post
>
> yes now is working . I want to ask if you have a ssystem that count the number of viewes that has a video.

Video views count as downloads as long as they are unique.

---

### ForumDesire　　　　　　　　　　　　　　　　　　　　　　Mar 29th 2009, 8:21 am

Can you make an embed option to player? or to change it?

---

### rudeturk　　　　　　　　　　　　　　　　　　　　　　　　Mar 29th 2009, 8:24 am

Quote:

> Originally Posted by **ForumDesire** View Post
>
> Can you make an embed option to player? or to change it?

I cant make an embed option for a player, why you may ask?
if a video is 500mb or 700mb etc, a user embeds it to there site and even if 1000 people view it its 500-700gb per day thats 70mbps constantly in use and we make no profit from it.

---

### ForumDesire

Mar 29th 2009, 8:30 am

i want to upload 200-400 mb videos for a tv shows site.

---

### rudeturk

Mar 29th 2009, 8:31 am

Quote:

Originally Posted by **ForumDesire** View Post

i want to upload 200-400 mb videos for a tv shows site.

You can just make an image explaining users what to click to view video and they click it to view the video.

---

### ButcherBoy

Mar 30th 2009, 9:30 am

Quote:

Originally Posted by **rudeturk** View Post

Please do not upload split archives, we have a larger upload limit compared to other websites for a reason All websites you mentioned do not allow users to stream videos or mp3 files which are uploaded they dont have an easy user interface for downloading Hotfile only allows 1 download per 15 minutes if im correct and they have just launched have you been paid by them yet? We have been running since november 2006 under beta stages check web archive if you like.

Hello!
As our site is mentioned here I'd like to give you some info:

We're new site, but we got a lot of other sites long time before 2006!
Also-we pay always on time and there are proofs in forums and members from this forum too!
Also-we allow open videos or mp3 directly in browser. But to stream directly - you answered yourself.
We dont have any adverts, dont have captcha, and so on, also despite fact you're from 2006 your stats on
alexa is not so good for you, comparing to us ;)

---

### roughsoul

Mar 30th 2009, 10:43 am

Well this is not at all a lucrative offer.
20$ for 20000 point
well then whatz wrong with easy-share then pay much more as their point system is much diverse and quite
good.

---

### Kinkyjoe

Mar 30th 2009, 2:13 pm

I already tried this method with uploading but with no success I might try yours lol

---

### rudeturk

Mar 30th 2009, 5:23 pm

Quote:

Originally Posted by **ButcherBoy** View Post

Hello!

---

*As our site is mentioned here I'd like to give you some info:*

*We're new site, but we got a lot of other sites long time before 2006!*
*Also-we pay always on time and there are proofs in forums and members from this forum too!*
*Also-we allow open videos or mp3 directly in browser. But to stream directly - you answered yourself.*
*We dont have any adverts, dont have captcha, and so on, also despite fact you're from 2006 your*
*stats on alexa is not so good for you, comparing to us ;)*

Who the f are you?

Quote:

*Originally Posted by **roughsoul** View Post*

*Well this is not at all a lucrative offer.*
*20$ for 20000 point*
*well then whatz wrong with easy-share then pay much more as their point system is much diverse*
*and quite good.*

Like i said, its hard to download from the sites you mention, they do not have the features Uploadline has do
they?
We start from 20$ per 20,000 downloads that is 1$ per 1000 downloads which would be easily achived for
you.
Soon we will double the price per point or even triple if you would like to us to start filtering downloads?

---

### karannn                                                                          Mar 31st 2009, 1:36 am
Premium Point Counter Error...!!!

I have account in your site... i uploaded many files and shared them on forums... by my files your site got lots
of traffic but from last 12 hours or so your premium points counter stuck at 1660... still user can download
files...

Right now total downloads i count and its near about **2888**... while your premium points counter show 1660...

What to do now ?? i have to remove files from your server ?? because its not fair... u only pay after 20,000
premium points... and like this i think i cant collect those points next 5 years... if your premium points stuck
like this...

Let me know what i do...

---

### rudeturk                                                                          Mar 31st 2009, 6:32 am

Quote:

*Originally Posted by **karannn** View Post*

*I have account in your site... i uploaded many files and shared them on forums... by my files your*
*site got lots of traffic but from last 12 hours or so your premium points counter stuck at 1660... still*
*user can download files...*

*Right now total downloads i count and its near about **2888**... while your premium points counter*
*show 1660...*

*What to do now ?? i have to remove files from your server ?? because its not fair... u only pay after*
*20,000 premium points... and like this i think i cant collect those points next 5 years... if your*
*premium points stuck like this...*

*Let me know what i do...*

---

The files under 50mb do not give premium points anymore if you wish to upload files over 50mb you can
recieve premium points easily like you did, Also please note we are not an image host but we will soon launch

our image hosting service which may also pay for uploads ;)

Right now we have tons of free space on the server and bandwidth all we need is promoting and we have all tools available for our uploaders. If you wish to upload for your blog or write a review about Uploadline i may be able to provide anyone a premium account which can do it.

---

**viatorek**                                                                                    Apr 1st 2009, 6:46 am

> Quote:
>
> *Originally Posted by **rudeturk*** *View Post*
>
> *Who the f are you?*
>
> *Like i said, its hard to download from the sites you mention, they do not have the features Uploadline has do they?*
> *We start from 20$ per 20,000 downloads that is 1$ per 1000 downloads which would be easily achived for you.*
> *Soon we will double the price per point or even triple if you would like to us to start filtering downloads?*

hotfile worker i think ;]
and yes they are better hehe
check my signature to try

---

**rudeturk**                                                                                    Apr 2nd 2009, 11:16 am

> Quote:
>
> *Originally Posted by **viatorek*** *View Post*
>
> *hotfile worker i think ;]*
> *and yes they are better hehe*
> *check my signature to try*

That site realy is slower from what i heard from users ;) also dont advertise your crap on my thread reported.

---

**rudeturk**                                                                                    Apr 3rd 2009, 6:07 pm

Has anyone tested our upload speeds yet? you would definately not be able to get that speed with any other file host.

---

**Bohra**                                                                                       Apr 5th 2009, 9:20 am

Your service now has many restrictions and catches so too tough to earn from this. But best of luck

---

**rudeturk**                                                                                    Apr 5th 2009, 3:56 pm

Earn $$$ Uploading files to Uploadline.com!!!                    http://forums.digitalpoint.com/printthread.php?t...

Quote:

Originally Posted by **Bohra** *View Post*

*Your service now has many restrictions and catches so too tough to earn from this. But best of luck*

What is the many restrictions and caches? what do you mean?

---

freestar100                                                     Apr 6th 2009, 10:37 am

I think it has a very low rate...almost comparable to Ziddu...the advantage is that downloads from any countries might be accepted...

All times are GMT -5. The time now is 11:46 pm.

Digital Point modules: Sphinx-based search, CSS

07/26/2011 11:47 PM

# Yeh Exhibit 65

**REDACTED**

# Yeh Exhibit 66

From:  Hotfile Corp <hotfile.general@gmail.com>
Sent:  Wednesday, February 17, 2010 1:55 AM
To:    ███████████████
Subject:  Re: Downloading Avatar 1080p: Hotfile ████████████████████

Dear Sir,

The files are deleted because of copyrights.


On Tue, Feb 16, 2010 at 5:36 PM, ██████████████████

        Message sent from user with mail - ███████████████
        Reason: I have technical issues with downloading
        Username: ███████████████
        Rank: Silver
        Status: Premium

        ip: 190.155.174 ████
        URL: http://hotfile.com/list/263463/82ce46c

        Hi, yesterday I bought a premiun account to Download Avatar 1080p of that
link I found, everything was alright until suddenly the parts 44 and 45 stopped
Downloading.

        Please help me...

        http://hotfile.com/get/28616916/4b79c0f5/383d590/Avatar2009.Telesync.1080p.
part44.rar

        http://hotfile.com/get/28616916/4b79c0f5/383d590/Avatar2009.Telesync.1080p.
part45.rar

        THANKS




--
Best regards,
Support
Hotfile.com



EXHIBIT
Titov 132
12·07·11

HF00040396

From: ████████████████████████████
Sent:  Friday, September 3, 2010 5:45 AM
To:  general <general@hotfile.com>
Subject:  Premium Account Slow Download: Hotfile
████████████████████████████████

Message sent from user with mail - ████████████████████
Reason: I have technical issues with downloading
Username: ████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

ip: 89.167.221.████ GB
URL: Various

I purchased your 12 month premium account so I could download your apps fast to my
Iphone 4. 32gig. In particular the Tom Tom eorope navigation app.
It shows on your add non premium account are delayed and take over 5 hours but
premium are not delayed and down load in 35 mins. I have tried at different times
day and night but still get a very slow download, at worst it takes 60500 mins but
crashes after 3gig, at best 2500 mins and still crashes. My router is A DSL 27408
and cable of fast reliable downloads I have a 24 gig account with BE unlimited and
I rareley have problems I get appx betwen 5 and 10 wireless download speed to my
Iphone can you help me to achieve the fast speeds you say a premium account give
Thanks



HF00001450

```
From:    ████████████████████████
Sent:    Tuesday, September 28, 2010 12:59 PM
To:      general <general@hotfile.com>
Subject: fyi : Hotfile ██████████████████

Message sent from user with mail - ███████████████
Reason: General question
Username:   (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/31906905/eba87c6/Roald_Dahl_Books.rar.html
ip: 109.76.133.███
URL:

Dear Sir, I wish to sign up to Hotfile to down load  the following Ebooks (see
below)  however I don\'t know if U have the ebooks listed  available on file,
please advise accordingly, thanks, kind regards Bernard
1.Charlie & the Chocolate Factory
2. Matilda
3. The Twits
4. All by Roald Dahl
5. The Magician\'s Nephew
6. The Lion, The Witch & The Wardrobe
by C.S. Lewis
7.The Worst Witch by Jill Murphy
8. Christmas Carol by Charles Dickens
```



EXHIBIT

Trbv 134

12.07.11 AF

PENGAD 800-531-6989

HF00005748

```
From:     ████████████████
Sent:     Saturday, January 1, 2011 1:41 PM
To:       general <general@hotfile.com>
Subject:  downloading files: Hotfile ███████████

Message sent from user with mail ████████████
Reason: General question
Username: (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/90809909/fc125bd/HdeV2.pdf.html
ip: 24.150.146.███ CA
URL: http://hotfile.com/dl/90809909/fc125bd/HdeV2.pdf.html

As offered at the www.estanpresentes.com.ar
webaddress, I want to download the PDF files of the books Historias de Vida, Vols.
1 and 2. As indicated in the website, I became a Hotfile premium member. Now I
just don\'t know how to proceed to download the PDF files. Can you please help me?
Thank you
```



EXHIBIT

Trou 135

12·07·11 FF

HF00023259

```
From:    ████████████████████████
Sent:    Saturday, August 7, 2010 2:18 PM
To:      general <general@hotfile.com>
Subject: Unsuccessful download: Hotfile ████████████████

Message sent from user with mail - ████████████████████
Reason: I have technical issues with downloading
Username:  (0)
Rank:
Status: Free
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/57711062/9e5581b/MaZIKa2daY.CoM.Gun.Of.Navarone.1961.DvdRip.
By.OsCaR.part1.rar.html
ip: 111.68.102.███PK
URL:
http://hotfile.com/dl/57711062/9e5581b/MaZIKa2daY.CoM.Gun.Of.Navarone.1961.DvdRip.
By.OsCaR.part1.rar.html

Its very disappointing. I signed up specially to download a movie. But after
downing every thing you have displayed the download link. After I have  clicked
the link it says \"Downloading:
MaZIKa2daY.CoM.Gun.Of.Navarone.1961.DvdRip.By.OsCaR.part1.rar | 170 MB\" but i
dont know where it is downloading. it has\'nt offered me to download and only
message has been displayed. Whats the problem. Sorry to say was it only fraud?
```



EXHIBIT
Titov 136
12-07-11

HF00081244

# Yeh Exhibit 67

**From:**         ████████████████████████
**Sent:**         Wednesday, February 02, 2011 2:17 AM
**To:**           reseller@hotfile.com; abuse@hotfile.com; info@hotfile.com
**Subject:**      My account

Hello
This is ██████ am the ████████████████████████
I have a huge problem with Hotfile
My account has been downgraded to free from premium
Account is registered on ████████████████████
How could ıt possible?
Firstly I did not share my acount with anyone.
secondly, there is no Multiple IP downloads
thirtly there is no Using your own or 3rd party server to leech traffic and share it
Yes, I just dowload too much. Becouse so far I know that, my accont is premimum and and there is no limit.
I just downloaded Bluray movies...

That's the reason ı want my account back.
I gave 55 dolar money to Hotfile, İ did not choose Rapidshare or other things. I choose Hotfile.  Dıd I make a mistake?.

Thanks.
██████████

1

CONFIDENTIAL                                                      HF02299758

# Yeh Exhibit 68

```
From:    ███████████████████████
Sent:    Thursday, February 24, 2011 12:47 PM
To:      general <general@hotfile.com>
Subject: Unable to download tv series: Hotfile ███████████████████

Message sent from user with mail - ███████████████████
Reason: General question
Username: ███████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/104890321/50d4b1f/two.and.a.half.men.816.hdtv-
lol.avi.html
ip: 210.49.206.████ AU
URL: http://hotfile.com/dl/104890321/50d4b1f/two.and.a.half.men.816.hdtv-
lol.avi.html

Can you please explain why I am no longer able to download TV series episodes via
hotflie?
This has only occurred over the past few days. My subscription has been paid for
12 months so should not be an issue.
If you no longer support this feature, then I would like a refund as your service
is of no use if it cannot be accessed.
```



EXHIBIT
PENGAD 800-631-6989
Titov 146
12·07·11 ff

HF00034459

```
From: ████████████████████████████
Sent: Friday, February 25, 2011 9:27 PM
To:   general <general@hotfile.com>
Subject: I can.t downloads series: Hotfile ████████████████
████████████████████████

Message sent from user with mail - ████████████████████████
Reason: I have technical issues with downloading
Username: ██████████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl:
http://hotfile.com/dl/106166490/42636e2/Baixartv.com_Greysanatomy.S7E14.rmvb.html
ip: 201.81.68.███ BR
URL: baixartv.com; baixqndofacil.com

I cannott download my favourites series anymore. I have payed an signature for 6
months, finishing on June, 2011.
```



EXHIBIT
Titov 147
12.07.11 ff

HF00034686

From: ██████████████████████
Sent:  Friday, February 25, 2011 7:01 AM
To:   general <general@hotfile.com>
Subject:  Site BaixarTV.com: Hotfile ████████████████████

Message sent from user with mail - ████████████████
Reason: General question
Username:█████████████████
Rank: Silver
Status: Premium
Suspended: No
Remove premium: No

lastdl: http://hotfile.com/dl/106115868/619ccc8/Baixartv.com_GleeS02E13.rmvb.html
ip: 187.111.168.███
URL:

Hello, what happened to the files baixartv.com? All files posted on hotfile
deleted form, and I was downloading many series, I signed up to the premium
account to download. And now the files were deleted, and I have to stop in half
the series that was downloading. Please ask kindly reup posted by baixartv.com the
series, if possible, because I\\\'ll still be premium member to finish downloading
the whole series. More contrario\\\'ll look for other ways to lower grades. But do
not think it\\\'s fair on your part.

I ask you reply to this email as simple as possible because I\\\'m Brazilian, and
I\\\'m learning a bit of English, and thanks to that little formulated this email.

Thanks already.



HF00034587