# Yeh Exhibit 69



Case 1:11-cv-20427-KMW   Document 87-8   Entered on FLSD Docket 06/24/2011   Page 3 of 32







# Yeh Exhibit 70

**REDACTED**

# Yeh Exhibit 71

**REDACTED**

# Yeh Exhibit 72

**REDACTED**

# Yeh Exhibit 73

**REDACTED**

# Yeh Exhibit 74

1 | JAMES M. CHADWICK, Cal. Bar No. 157114
jchadwick@sheppardmullin.com
2 | GUYLYN R. CUMMINS, Cal. Bar No. 122445
gcummins@sheppardmullin.com
3 | MICHELLE LAVOIE WISNIEWSKI, Cal. Bar No. 234032
mwisniewski@sheppardmullin.com
4 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 W. Broadway, 19th Floor
5 | San Diego, California 92101
Telephone:    619-338-6500
6 | Facsimile:    619-234-3815

7

8 | Specially Appearing for Defendant,
LEMURIA COMMUNICATIONS, INC.

9

10 | UNITED STATES DISTRICT COURT

11 | SOUTHERN DISTRICT OF CALIFORNIA

12

13 | PERFECT 10, INC., a California corporation,

14 |                                          Plaintiff,

15 |              v.

16 | HOTFILE CORP., a Panamanian corporation; HOTFILE, LLC, a Bulgarian limited liability company; ANTON

17 | TITOV, an individual; LEMURIA COMMUNICATIONS, INC., a Florida corporation; and DOES 1 through 100, inclusive,

18 |

19 |

20 |                                          Defendants.

21 |

Case No. 10-CV-2031 MMA
*Hon. Michael M. Anello*

**DECLARATION OF ANTON TITOV IN SUPPORT OF LEMURIA COMMUNICATIONS INC.'S MOTION TO DISMISS**

*[Notice of Motion, Motion, Memorandum of Points and Authorities, and Request for Judicial Notice Filed Concurrently Herewith]*

Hearing:
Date:      January 31, 2011
Time:      2:30 p.m.
Crtrm:    5

[Complaint Filed:  September 20, 2010]

22

23

24

25

26

27

28

W02-WEST:3ML1\403152542.2

TITOV DECLARATION

## DECLARATION OF ANTON TITOV

I, Anton Titov, declare as follows:

1. Appearing specially and without consenting to personal jurisdiction in this Court, I respectfully submit this declaration in support of the motion to dismiss by defendant Lemuria Communications, Inc. ("Lemuria"). I have personal knowledge of the facts stated in this declaration, and if called as a witness I could and would testify thereto.

2. I am a citizen of Russia who resides in Bulgaria.

3. I am the owner and manager of Lemuria. Lemuria is a Florida corporation with its only office located at 110 East Broward Boulevard, Suite 1736, Fort Lauderdale, Florida, 33301. A true and correct copy of Lemuria's Certificate of Good Standing, certified by the Florida Secretary of State, is attached hereto as Exhibit "A."

4. Lemuria has, at all time, maintained corporate formalities. It was duly incorporated in accordance with Florida law. It has regularly filed all necessary corporate documents with the Florida Secretary of State. It has appointed an agent for service of process in accordance with Florida law. It is adequately capitalized, *i.e.* it has and maintains funds adequate to pay for its operations and meet its obligations to creditors. It maintains financial accounts for use in its operations that are separate from the accounts of any other person or entity. I have never used Lemuria's bank account or corporate funds for my own personal use.

5. I did not form Lemuria for the purpose of engaging in the business of illegal storing, displaying and distributing the intellectual property of others. On the contrary, Lemuria was formed for the purpose of providing web-hosting services, in particular for Hotfile.com. Lemuria has a contract with Hotfile, Ltd. to provide web hosting services for Hotfile.com. It receives payment for those services only.

6. Lemuria owns servers and network hardware, and contracts with a data-center operator to house, maintain, and provide connectivity for those servers. Lemuria also contracts with Internet access providers and others as need to provide web hosting

W02-WEST:3ML1\403152542.2

TITOV DECLARATION

services.  Lemuria's servers, which host Hotfile.com, are located in Dallas, Texas. Lemuria does not enlist the assistance of any California businesses, entities, or individuals in connection with its provision of services for Hotfile.com.  Lemuria does not have its own website.  Lemuria does not advertise in California or elsewhere.

7.     Hotfile, Ltd. is a Bulgarian limited liability company with its only offices in Sofia, Bulgaria.  Hotfile, Ltd. is owned by Hotfile Corp., a Panamanian corporation.

8.     Hotfile.com is a file storage and sharing service that provides users the ability to upload files and generate personalized links through which those files can be accessed and shared.  Its services are similar to file sharing services such as Google docs, Windows Live SkyDrive, and others.  Lemuria does not own Hotfile.com, nor does any Hotfile entity own Lemuria.

9.     Lemuria is not involved in the day-to-day operations of Hotfile.com. Lemuria is unable to discern the nature of content that is uploaded to or stored on Hotfile.com unless such content is specifically brought to its attention and it is provided with a URL related to that content.  Lemuria lacks the ability to control content uploaded to or downloaded from Hotfile.com, beyond the ability to remove specific files in response to notice identifying those files and providing URLs.  Lemuria has no control over where the Hotfile.com service is available.

10.     Lemuria does not conduct any business in the State of California.  Lemuria owns no real or personal property in California.  It does not pay California income or property taxes.  It has no California bank or deposit accounts.  Lemuria does not sell any products or services to California residents or businesses.  It does not transact any business in California.  It does not have any officers, employees, agents or representatives in California, nor does it have any officers, employees, agents or representatives who have visited California in order to engage in business there.

11.     Lemuria does not contract with any California entity to receive any goods or services.  Lemuria does not sell monthly memberships to any services and does not sell any goods or services to California residents or solicit customers in California.  Lemuria

-3-

1  does not receive any revenue from Paypal or from any California corporation, business

2  entity, or individual. The only contact Lemuria ever had with California was its purchase

3  of computer servers from a company located in Fremont, California.

4      12.    Prior to this litigation, Lemuria was unaware of Perfect 10's existence or its

5  pornographic works.

6      I declare under penalty of perjury under the laws of the United States of America

7  that the foregoing is true and correct, and that I executed this declaration on

8  December 20, 2010 at Sofia, Bulgaria.

9

10                                  ANTON TITOV

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

W02-WEST:3MLT\403152542.2                           TITOV DECLARATION

# Yeh Exhibit 75

# Electronic Articles of Incorporation
## For

P09000085335
FILED
October 15, 2009
Sec. Of State
rdunlap

LEMURIA COMMUNICATIONS INC.

The undersigned incorporator, for the purpose of forming a Florida
profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

LEMURIA COMMUNICATIONS INC.

## Article II

The principal place of business address:

PROUCHVANE
13D/22
PERNIK, --. BG  2300

The mailing address of the corporation is:

PROUCHVANE
13D/22
PERNIK, --. BG  2300

## Article III

The purpose for which this corporation is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The number of shares the corporation is authorized to issue is:

1000

## Article V

The name and Florida street address of the registered agent is:

INCORPORATE NOW  INC.
110 E. BROWARD BLVD.
SUITE 1700
FORT LAUDERDALE, FL.  33301

Case 1:11-cv-20427-KMW   Document 109-3   Entered on FLSD Docket 08/03/2011   Page 3 of 9

I certify that I am familiar with and accept the responsibilities of
registered agent.

P09000085335
FILED
October 15, 2009
Sec. Of State
rdunlap

Registered Agent Signature:   CONSTANTIN LUCHIAN

# Article VI

The name and address of the incorporator is:

CONSTANTIN LUCHIAN
110 E. BROWARD BLVD.
SUITE 1700
FORT LAUDERDALE, FL 33301

Incorporator Signature:   CONSTANTIN LUCHIAN

# Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:   P
ANTON  TITOV
PROUCHVANE 13D/22
PERNIK, --.   2300  BG

# Article VIII

The effective date for this corporation shall be:

10/15/2009

# Yeh Exhibit 76



P09000085335

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____     Certificates of Status _____

┌─────────────────────────────────┐
│ Special Instructions to Filing Officer: │
│                                         │
│                                         │
│                                         │
│                                         │
└─────────────────────────────────┘

Office Use Only



‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

500184836495

09/03/10--01005--025   **35.00



2010 SEP -3 AM 9: 47
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**COVER LETTER**

**TO:** Amendment Section
     Division of Corporations

**NAME OF CORPORATION:**      LEMURIA COMMUNICATIONS INC.

**DOCUMENT NUMBER:**      P09000085335

The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

Constantin Luchian
Name of Contact Person

InCorporate Now Inc.
Firm/ Company

1007 N. Federal Hwy., Suite 240
Address

Fort Lauderdale, FL 33304
City/ State and Zip Code

cl@incorporatenow.com
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Constantin Luchian     at ( 954 )     773-8743
Name of Contact Person         Area Code & Daytime Telephone Number

Enclosed is a check for the following amount made payable to the Florida Department of State:

☑ $35 Filing Fee    ☐ $43.75 Filing Fee &    ☐ $43.75 Filing Fee &    ☐ $52.50 Filing Fee
               Certificate of Status       Certified Copy          Certificate of Status
                                (Additional copy is enclosed)    Certified Copy
                                                   (Additional Copy is enclosed)

**Mailing Address**             **Street Address**
Amendment Section          Amendment Section
Division of Corporations      Division of Corporations
P.O. Box 6327               Clifton Building
Tallahassee, FL 32314       2661 Executive Center Circle
                                Tallahassee, FL 32301

**Articles of Amendment**

to

**Articles of Incorporation**

of

## LEMURIA COMMUNICATIONS INC.

**(Name of Corporation as currently filed with the Florida Dept. of State)**

### P09000085335

(Document Number of Corporation (if known))

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

**A.  If amending name, enter the new name of the corporation:**

_____ The  new

*name must be distinguishable and contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.," "Inc.," or Co.," or the designation "Corp," "Inc," or "Co". A professional corporation name must contain the word "chartered," "professional association," or the abbreviation "P.A."*

**B.  Enter new principal office address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS )*

110 East Broward Blvd.

Suite 1736

Fort Lauderdale, FL 33301

**C.  Enter new mailing address, if applicable:**
*(Mailing address MAY BE A POST OFFICE BOX)*

110 East Broward Blvd.

Suite 1736
Fort Lauderdale, FL 33301

**D.  If amending the registered agent and/or registered office address in Florida, enter the name of the new registered agent and/or the new registered office address:**

*Name of New Registered Agent:*      InCorporate Now Inc.

*New Registered Office Address:*      1007 N. Federal Hwy., Suite 240
                                                       *(Florida street address)*

Fort Lauderdale, FL _____, Florida 33304
          *(City)*                          *(Zip Code)*

**New Registered Agent's Signature, if changing Registered Agent:**
*I hereby accept the appointment as registered agent.  I am familiar with and accept the obligations of the position.*

_____

*Signature of New Registered Agent, if changing*

**Page 1 of 3**

**If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each Officer and/or Director being added:**

(*Attach additional sheets, if necessary*)

| Title | Name | Address | Type of Action |
|-------|------|---------|----------------|
| _____ | _____ | _____ <br> _____ <br> _____ | ☐ Add <br> ☐ Remove |
| _____ | _____ | _____ <br> _____ <br> _____ | ☐ Add <br> ☐ Remove |
| _____ | _____ | _____ <br> _____ <br> _____ | ☐ Add <br> ☐ Remove |

E. **If amending or adding additional Articles, enter change(s) here:**
   (*attach additional sheets, if necessary*).     (*Be specific*)

_____

_____

_____

_____

_____

_____

_____

_____

F. **If an amendment provides for an exchange, reclassification, or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself:**
   (*if not applicable, indicate N/A*)

_____

_____

_____

_____

_____

_____

_____

**Page 2 of 3**

The date of each amendment(s) adoption: _____

*(date of adoption is required)*

**Effective date if applicable:** 8/31/2010

*(no more than 90 days after amendment file date)*

**Adoption of Amendment(s)**      **(CHECK ONE)**

☑ The amendment(s) was/were adopted by the shareholders. The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

☐ The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

"The number of votes cast for the amendment(s) was/were sufficient for approval

by _____."

*(voting group)*

☐ The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

☐ The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

Dated 8/31/2010

Signature _____
(By a director, president or other officer – if directors or officers have not been selected, by an incorporator – if in the hands of a receiver, trustee, or other court appointed fiduciary by that fiduciary)

Anton Titov

(Typed or printed name of person signing)

President

(Title of person signing)

Page 3 of 3

# Yeh Exhibit 77

1  JAMES M. CHADWICK, Cal. Bar No. 157114
   jchadwick@sheppardmullin.com
2  GUYLYN R. CUMMINS, Cal. Bar No. 122445
   gcummins@sheppardmullin.com
3  MICHELLE LAVOIE WISNIEWSKI, Cal. Bar No. 234032
   mwisniewski@sheppardmullin.com
4  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   501 W. Broadway, 19th Floor
5  San Diego, California 92101
   Telephone:   619-338-6500
6  Facsimile:   619-234-3815

7
   Specially Appearing for Defendant,
8  LEMURIA COMMUNICATIONS, INC.

9

10                    UNITED STATES DISTRICT COURT

11               SOUTHERN DISTRICT OF CALIFORNIA

12

13  PERFECT 10, INC., a California          Case No. 10-CV-2031 MMA
    corporation,                            Hon. Michael M. Anello
14
                    Plaintiff,              DECLARATION OF ANTON TITOV
15                                          IN SUPPORT OF LEMURIA
         v.                                 COMMUNICATIONS INC.'S
16                                          MOTION TO DISMISS
    HOTFILE CORP., a Panamanian
17  corporation; HOTFILE, LLC, a Bulgarian  [Notice of Motion, Motion, Memorandum
    limited liability company; ANTON        of Points and Authorities, and Request for
18  TITOV, an individual; LEMURIA           Judicial Notice Filed Concurrently
    COMMUNICATIONS, INC., a Florida         Herewith]
19  corporation; and DOES 1 through 100,
    inclusive,                              Hearing:
20                                          Date:     January 31, 2011
                    Defendants.             Time:     2:30 p.m.
21                                          Crtrm:    5

22  _____          [Complaint Filed:  September 20, 2010]

23

24

25

26                    EXHIBIT

27           TITOV 20
             12-05-11      ff
28

                                    -1-

# DECLARATION OF ANTON TITOV

I, Anton Titov, declare as follows:

1.       Appearing specially and without consenting to personal jurisdiction in this Court, I respectfully submit this declaration in support of the motion to dismiss by defendant Lemuria Communications, Inc. ("Lemuria"). I have personal knowledge of the facts stated in this declaration, and if called as a witness I could and would testify thereto.

2.       I am a citizen of Russia who resides in Bulgaria.

3.       I am the owner and manager of Lemuria. Lemuria is a Florida corporation with its only office located at 110 East Broward Boulevard, Suite 1736, Fort Lauderdale, Florida, 33301. A true and correct copy of Lemuria's Certificate of Good Standing, certified by the Florida Secretary of State, is attached hereto as Exhibit "A."

4.       Lemuria has, at all time, maintained corporate formalities. It was duly incorporated in accordance with Florida law. It has regularly filed all necessary corporate documents with the Florida Secretary of State. It has appointed an agent for service of process in accordance with Florida law. It is adequately capitalized, *i.e.* it has and maintains funds adequate to pay for its operations and meet its obligations to creditors. It maintains financial accounts for use in its operations that are separate from the accounts of any other person or entity. I have never used Lemuria's bank account or corporate funds for my own personal use.

5.       I did not form Lemuria for the purpose of engaging in the business of illegal storing, displaying and distributing the intellectual property of others. On the contrary, Lemuria was formed for the purpose of providing web-hosting services, in particular for Hotfile.com. Lemuria has a contract with Hotfile, Ltd. to provide web hosting services for Hotfile.com. It receives payment for those services only.

6.       Lemuria owns servers and network hardware, and contracts with a data-center operator to house, maintain, and provide connectivity for those servers. Lemuria also contracts with Internet access providers and others as need to provide web hosting

1   services.  Lemuria's servers, which host Hotfile.com, are located in Dallas, Texas.

2   Lemuria does not enlist the assistance of any California businesses, entities, or individuals

3   in connection with its provision of services for Hotfile.com.  Lemuria does not have its

4   own website.  Lemuria does not advertise in California or elsewhere.

5         7.      Hotfile, Ltd. is a Bulgarian limited liability company with its only offices in

6   Sofia, Bulgaria.  Hotfile, Ltd. is owned by Hotfile Corp., a Panamanian corporation.

7         8.      Hotfile.com is a file storage and sharing service that provides users the

8   ability to upload files and generate personalized links through which those files can be

9   accessed and shared.  Its services are similar to file sharing services such as Google docs,

10   Windows Live SkyDrive, and others.  Lemuria does not own Hotfile.com, nor does any

11   Hotfile entity own Lemuria.

12         9.      Lemuria is not involved in the day-to-day operations of Hotfile.com.

13   Lemuria is unable to discern the nature of content that is uploaded to or stored on

14   Hotfile.com unless such content is specifically brought to its attention and it is provided

15   with a URL related to that content.  Lemuria lacks the ability to control content uploaded

16   to or downloaded from Hotfile.com, beyond the ability to remove specific files in response

17   to notice identifying those files and providing URLs.  Lemuria has no control over where

18   the Hotfile.com service is available.

19         10.     Lemuria does not conduct any business in the State of California.  Lemuria

20   owns no real or personal property in California.  It does not pay California income or

21   property taxes.  It has no California bank or deposit accounts.  Lemuria does not sell any

22   products or services to California residents or businesses.  It does not transact any business

23   in California.  It does not have any officers, employees, agents or representatives in

24   California, nor does it have any officers, employees, agents or representatives who have

25   visited California in order to engage in business there.

26         11.     Lemuria does not contract with any California entity to receive any goods or

27   services.  Lemuria does not sell monthly memberships to any services and does not sell

28   any goods or services to California residents or solicit customers in California.  Lemuria

-3-

W02-WEST:3ML1\403152542.2                                          TITOV DECLARATION

1  does not receive any revenue from Paypal or from any California corporation, business

2  entity, or individual.  The only contact Lemuria ever had with California was its purchase

3  of computer servers from a company located in Fremont, California.

4      12.   Prior to this litigation, Lemuria was unaware of Perfect 10's existence or its

5  pornographic works.

6      I declare under penalty of perjury under the laws of the United States of America

7  that the foregoing is true and correct, and that I executed this declaration on

8  December _20_, 2010 at Sofia, Bulgaria.

9            ANTON TITOV

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-