# Yeh Exhibit 103







## Justice League Doom (2012) BRRip AC3 + 720p BluRay x264

An adaptation of Mark Waid's "Tower of Babel" story from the JLA comic. Ra's al Ghul steals confidential files Batman has compiled on the members of the Justice League, and learns all their weaknesses.

CLICK HERE TO DOWNLOAD

Posted by maxdiagan

## White Vengeance (2011) DVDRip with English Subtitles

White Vengeance tells the story of two brothers contending for supremacy during the fall of the Qin Dynasty which ruled Imperial China from 221 to 206 BC. As rebels rose the nation fell into chaos. Liu Bang (Leon Lai) and Xiang Yu (Feng Shaofeng), became leaders of the rebellious army and also became sworn brothers in battle. Xiang Yu and Liu Bang are close friends who both serve King Huai of Chu. King Huai uses a plot, saying that whoever can subvert the Qin kingdom in Guanzhong would be the Lord QIN. In order to benefit from the competition between Xiang Yu and Liu Bang.

CLICK HERE TO DOWNLOAD

Posted by maxdiagan

## Kasiping Uncut DVDRip – Filipino Movie







**Happy Feet 2 (2011) DVDScr AC3**

**The One Warrior (2011) R5 DVDRip AC3**



The One Warrior is a fantasy/action piece that is loosely based on video adventure games. In our story, the character of The One Warrior finds himself in a mythical world where he must destroy the Evil Lord Shoukata, but to do so he must first fight his way through many challenges. These include dragons, the cursed swords of Damacleus, the Samurai Six, the Amazon Warriors, and much, much more. With each level he passes through, the more powerful he becomes until the end where we realize it is really a man who may have been testing a new video game. Or was it? The truth may never be known.

CHECK OUT SAMPLE VIDEO

CLICK HERE TO DOWNLOAD

Posted by maxdugan

### Sexposed Uncut DVDRip – Filipino Movie

17  ADULT, DVD-Rip, Filpino Movies, MOVIES                    No Comments

More surprises. More exposures. More viewing pleasures. You asked for more. You screamed for more. Now the luscious babes of Philippine moviedom are giving are giving into your feverish desires. Learn the top male sexual fantasies. Peek into unforgettable local voyeur films. Ditch the bedroom and discover the top love shacks to romp in. So take a seat and enter a world you have never been before. You'll find yourself coming back for more...

Meet the ultimate Pinay sex goddesses is some of their memorable and titilating skin clips, featuring a string of precious finds- Rossana, Yoyce, Rica, Maui, Katya, Izza, Ybez, Criselda, Daisy, Sabrina M, plus the rest of the Hot babes. Indulge in the exciting history of local sexdom- from bomba, ST, TT... and dash of exclusive "pene" kula-

CLICK HERE TO DOWNLOAD

Posted by maxdugan

### Neverlost DVDRip

17  DVD-Rip, MOVIES                                           No Comments

After losing his Kate, his high school sweetheart, in a horrific house fire Josh Higgins' life tumbles into a depressing mix of insomnia and poor shutouts. After taking

one that he had lost years earlier. As the walls of his own psychosis slowly start to close in around him, Josh must race to save himself, Kate and the parallel life that he vows can never again become...lost.

CLICK HERE TO DOWNLOAD

Posted by maxdugan

### Ang Darling Kong Aswang DVDRip – Filipino Movie with English Subtitles

17        DVD-Rip, Filipino Movies, MOVIES                    17 Comments



Vic Sotto, Cristine Reyes, Dante Rivero, Joey de Leon, Agot Isidro, Jean Garcia, Rafael Rosell, Allan K, Rinzhin d Horse, Wally Bayola, Denise Laurel, Jackie Rice, Empress Schuck, Mika dela Cruz, Barbie Forteza. Victor (Vic Sotto) is a single father who falls in love with Elisa (Cristine Reyes) who turns out to be an Aswang. But even so, Victor love Elisa so much that he accepted who she is and even led With her as his second wife. But the problem comes when the leader of the Aswang clan (Jean Garcia) founds out that Elisa and her mother (Agot Isidro) are not eating humans anymore. She sents out other Aswangs to hunt down Elisa and her mother, and also for Victor and his family. Victor then will face the leader of the Aswang clan to save his beloved Elisa.

CLICK HERE TO DOWNLOAD

Posted by maxdugan

### Blind Side Uncut DVDRip – Filipino Movie

17        ADULT, DVD-Rip, Filipino Movies, MOVIES                    1o Comments

A young playboy beds his office mate, only to discover she has an equally delectable younger sister. The catch? little sis just recently lost her sight (sight and her boyfriend) in a car crash. The upside: she walks around in the nude thinking she's all alone in the house with big sis.

CLICK HERE TO DOWNLOAD

Posted by maxdugan

### 2 Girls Teach Sex Extreme Female Orgasms 8 DVD-Set Tutorial

17        ADULT, DOCUMENTARIES, DVD-Rip, MOVIES, TUTORIALS                    1o Comments



Just when you thought you knew everything... You will be blown away by the amount of
content in the DVDs! While beginners will enjoy the tips about how to tease, kiss, and
undress a woman, the actual sex and foreplay techniques demonstrated are very HIGH
-LEVEL. These DVDs were shot in HD with great camera work and professional editing.
See next page for complete descriptions.

LINKS RE-UPLOADED. THANK YOU.

CLICK HERE TO DOWNLOAD

Posted by maxdagae

DOWNLOAD THE ALLYOULIKE TOOLBAR NOW

Take a small step to get healthy.
To learn more visit www.smallstep.gov

Page 1 2 3 4 5 ... 2348 2349 2350 Next

Free WordPress Theme designed by ff Design Studio customized by MPageDVPage™
Supported by: Web hosting Reviews, Hosting in Columbus, and Web hosting

# Yeh Exhibit 104

**REDACTED**

# Yeh Exhibit 105

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**PRIORITY SEND**

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 08-8484-JFW (FMOx)**                    Date: February 1, 2010

Title:      Warner Bros. Entertainment, Inc., et al. -v- Free-TV-Video-Online.Info, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

Shannon Reilly                              None Present
**Courtroom Deputy**                            **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                            None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER GRANTING PLAINTIFFS WARNER BROS. ENTERTAINMENT INC. AND DISNEY ENTERPRISES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS MOHY MIR AND SUPERNOVA TUBE, INC. [filed 1/11/2010; Docket No. 108];**

On January 11, 2010, Plaintiffs Warner Bros. Entertainment Inc. and Disney Enterprises, Inc. ("Plaintiffs") filed a Motion for Partial Summary Judgment Against Defendants Mohy Mir and Supernova Tube, Inc. On January 25, 2010, Defendant Mohy Mir filed his Objections in Partial Opposition to Motion for Summary Judgment. Defendant Supernova Tube, Inc. did not file an Opposition. On January 26, 2010, Plaintiffs filed a Reply. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for February 8, 2010 is hereby vacated and the matter taken off calendar. After considering the moving, opposing, and reply papers and the arguments therein, the Court rules as follows:

Defendant Supernova Tube, Inc. failed to file an Opposition or Statement of Genuine Issues as required by Local Rule 56-2, and Defendant Mohy Mir's only argument presented in his Opposition and Statement of Genuine Issues is that he should not be liable for any contributory copyright infringement occurring after February 6, 2009. *See* Local Rule 56-2 (providing that "[a]ny party who opposes the motion shall serve and file with [its] opposing papers a separate document containing a concise 'Statement of Genuine Issues' setting forth all material facts as to which it is contended there exists a genuine issue necessary to be litigated"). "In determining any motion for summary judgment, the Court will assume that the material facts as claimed and adequately supported by the moving party are admitted to exist without controversy except to the extent that such material facts are (a) included in the 'Statement of Genuine Issues' and (b) controverted by

declaration or other written evidence filed in opposition to the motion."  Local Rule 56-3; *see also Moreno v. Baca*, 2002 WL 434596, at *4 (C.D. Cal. Mar. 18, 2002) (granting summary judgment and noting that "Plaintiff has not filed a document containing a 'Statement of Issues' setting forth all material facts as to which it is contended there exists a genuine issue necessary to be litigated, as required by Local Rule 56-2.  Therefore, as directed by Local Rule 56-3, the Court assumes that the material facts as claimed and adequately supported by the moving party are admitted to exist without controversy.").

The Court acknowledges that summary judgment cannot be sustained solely on the ground that the opposing party failed to file opposition papers.  *See Cusano v. Klein*, 264 F.3d 936, 950 (9th Cir. 2001).  Rather, summary judgment is proper where "the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law."  Fed. R. Civ. P. 56(c).  The moving party has the burden of demonstrating the absence of a genuine issue of fact for trial.  *See Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 256 (1986).  A party opposing a properly made and supported motion for summary judgment may not rest upon mere denials but must "set out specific facts showing a genuine issue for trial."  Fed. R. Civ. P. 56(e).  In particular, when the non-moving party bears the burden of proving an element essential to its case, that party must make a showing sufficient to establish a genuine issue of material fact with respect to the existence of that element or be subject to summary judgment.  *See Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986).

Where the non-moving party fails to offer evidence establishing the existence of an essential element, "there can be 'no genuine issue as to any material fact' since a complete failure of proof concerning an essential element of the non-moving party's case necessarily renders all other facts immaterial."  *Celotex*, 477 U.S. at 322-323.  In such a case, "[t]he moving party is 'entitled to a judgment as a matter of law' because the non-moving party has failed to make a sufficient showing on an essential element of [its] case with respect to which [it] has the burden of proof."  *Id.*

After reviewing the evidence submitted by Plaintiffs, the Court finds that the evidence presented demonstrates that Plaintiffs are entitled to partial summary judgment against Defendants Mohy Mir and Supernova Tube, Inc. for contributory copyright infringement for acts of infringement occurring before February 6, 2009.  Accordingly, Plaintiffs' Motion for Partial Summary Judgment Against Defendants Mohy Mir and Supernova Tube, Inc. is **GRANTED**.

IT IS SO ORDERED.

Initials of Deputy Clerk  _sr_

# Yeh Exhibit 106

**REDACTED**

# Yeh Exhibit 107

Login / Sign up   Language: ▼ English 🏴

**hotfile**

News   Upload   Premium   Hotlink   Affiliate   FAQ

## News

### Policy of Terminating Accounts - Update

2011-02-19

Hotfile.com has always maintained a policy of terminating the accounts of users found to have
engaged in repeated copyright infringement.

Our Terms of Service, to which all users must agree, prohibit using Hotfile.com to share content to
which users do not have intellectual property rights. Recently, we have become concerned that
despite these policies, some users persist in attempting to use Hotfile.com to share materials to
which they do not have the necessary rights. Therefore, we have implemented a more aggressive
policy of terminating the accounts of users who are the subject of repeated complaints of
infringement.

**Please ensure that you have all necessary rights to any content that you
share with others using Hotfile.com.**

### New paid download country was added - CHINA

2011-02-01

Starting from today we added **China** to our paid download countries list.

For full country list and more information please visit our Affiliate page

### Promo action will be ended on 10 Jan 2011

2011-01-05

Our Christmas promo action with bonus months added **will be ended on 10 Jan 2011**, so if you want
to get additional months as bonus hurry up and get/extend your premium account -
http://hotfile.com/premium.html

### New paid download country were added

2011-01-03

Starting from today we added **Croatia, Hong Kong, Argentina and Israel** to our paid download
countries list.

For full country list and more information please visit our Affiliate page

### Happy New 2011 Year

2011-01-01

**Happy New Year to all our users!
Wish you all the best!**

Our Christmas promo action with bonus months added **will be ended on 10 Jan 2011**, so if you want
to get additional months as bonus hurry up and get/extend your premium account -
http://hotfile.com/premium.html

Hotfile.com

Browse:   1 | 2 | 3 | ... | 9 | 10   Next

Home     Premium     Report Abuse     Imprint     File Checker     Reseller     Contacts

Copyright © 2008-2011 hotfile.com. All Rights Reserved.     Privacy Policy     Intellectual Property Policy     Terms of Service

# Yeh Exhibit 108

**P09000085335**



800161783968

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



FILED
2009 OCT 20 AM 11:09
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Prin & mailing
address change
AL
10/20/09

## Ramsey, Annette

**From:** Constantin Luchian [cl@incorporatenow.com]
**Sent:** Tuesday, October 20, 2009 9:44 AM
**To:** Ramsey, Annette
**Subject:** Address change for Lemuria Communications Inc.

Hello,

Could you please change the Principal Address and Mailing Address of Lemuria Communications Inc. (Document Number: P09000085335) to the following:

401 E. Las Olas Blvd.
Suite 130-508
Fort Lauderdale, FL 33301

Thank you,

--
*Constantin Luchian*
*InCorporate Now Inc.*
*110 E Broward Blvd., Suite 1700*
*Fort Lauderdale, FL 33301*
*cluchian @ incorporatenow.com*
*Office: 954.237.3587*
*Fax: 954.302.2771*

FILED
2009 OCT 20 AM 11:09
SECRETARY OF STATE
TALLAHASSEE FLORIDA

10/20/2009

# Yeh Exhibit 109

**REDACTED**

# Yeh Exhibit 110

# Statistical Analysis Of Files Downloaded From Hotfile



**Representative sample of 1,750 files**

**90.2%**
of files are
copyright infringements

.5% - Illegal
4.5% - Unknowable
4.8% - Noninfringing

*Conducted by Dr. Richard Waterman, Wharton School, University of Pennsylvania*

*Appendix B, SUF 10(a)(i)*

# Yeh Exhibit 111

# Hotfile is No Different From Other Adjudicated Infringers



*Appendix C, SUF 10(a)(i)*

# Yeh Exhibit 112

**REDACTED**

# Yeh Exhibit 113

**REDACTED**

# Yeh Exhibit 114

**REDACTED**

# Yeh Exhibit 115

**REDACTED**

# Yeh Exhibit 116

**REDACTED**

# Yeh Exhibit 117

**REDACTED**

# Yeh Exhibit 118

**REDACTED**

# Yeh Exhibit 119

**REDACTED**