# Exhibit A

5410 S HARPER AVE • CHICAGO, IL 60615
PHONE 773 493 7664 • E MAIL FOSTER@ANL GOV

# IAN FOSTER

## NARRATIVE

I am a computer scientist whose work at the intersection of computing and the sciences has produced both practical technologies that have seen wide adoption and concepts and methods that have proven influential in research and education My research interests span a range of topics in parallel, distributed, and data-intensive computing. A unifying theme is a desire to use the power of rapid communication to accelerate discovery, whether by linking people with remote computers and data, accelerating complex computational processes, or enabling distributed virtual teams I pursue use-inspired basic research, meaning that I employ challenging practical problems to motivate and focus work on hard problems in computer science. Over the years, these practical problems have come from such fields as environmental science, economics, high-energy physics, biomedicine, and engineering. I often build sophisticated artifacts (software and distributed systems) in order to apply, evaluate, and disseminate new concepts and methods. Thus, my work frequently requires large teams of disciplinary scholars, computer scientists, and software engineers

## EDUCATION

1985 - 1988    Imperial College              London, United Kingdom
*PhD, Computer Science and Diploma of Imperial College*

1977 - 1979    University of Canterbury      Christchurch, New Zealand
*BSc (Hons 1), Computer Science*

## PROFESSIONAL EXPERIENCE

2006 -         Argonne National Laboratory          Argonne, IL
               The University of Chicago            Chicago, IL

*Director, Computation Institute (CI), Argonne Distinguished Fellow, Arthur Holly Compton Distinguished Service Professor of Computer Science*

[Previously Asst. Scientist 1989 1992, Scientist 1992-1997, Senior Scientist 1997-2008, Math & Computer Science Division, Argonne, Assoc. Professor 1996-2000, Professor 2000 2006, Dept of Computer Science, University of Chicago]

- Lead the Computation Institute, a cross-institutional, multi-disciplinary research institute with 100 Fellows, 80 staff, many postdocs and students, and an annual budget of ~$20M

- Conduct research in distributed, parallel, and data-intensive computing, and publish technical articles that have seen more than 50,000 citations, yielding an h index of 90[*]

- Pioneer new technologies that have seen wide adoption, including grid computing (technologies, infrastructures, and applications), parallel climate models (e.g , Parallel Climate Climate Model), and parallel programming languages (e.g., Swift)

- Establish and manage major computer science and computational science projects, including Earth System Grid, Grid Physics Network, International Virtual Data Grid Laboratory, Open Science Grid, TeraGrid, Center for Enabling Distributed Petascale Science, and Center for Robust

---

[*] *H-index is a commonly used measure of scientific impact According to http //www cs ucla edu/ ~palsberg/ h-number html, mine is the fourth highest of any computer scientist in 2010*

Decisions on Climate and Energy Policy

- Lead the establishment of the international Globus Alliance open source community, and the development of the Globus Toolkit, from inception to its adoption by a broad spectrum of national and international projects
- Establish the Open Grid Forum, and play a leadership role in various other national and international projects and organizations
- Serve on national and international advisory committees, including the US Ocean Observatory Initiative and UK eScience Program
- Supervise the work of research staff and graduate students
- Teach graduate and undergraduate classes in computer science

1985 - 1998     Imperial College                    London, U.K.
*Research Associate, Department of Computing*
- Conduct research in concurrent logic programming systems
- Develop programming language technology, commercialized as Strand

## OTHER PROFESSIONAL EXPERIENCE

Founder, Board Member, Chief Open Source Strategist, Univa Corporation

Technical Advisory Board, EMC Corporation (2010-), IOCOM Corporation (2005-), Entropia (2000-2004)

## PUBLICATIONS AND PRESENTATIONS

More than 300 article and technical reports, and six books, in distributed and parallel computing, computational science, and programming languages. More than 100 keynote talks and seminars worldwide.

*The Grid: Blueprint for a New Computing Infrastructure*, I. Foster and C. Kesselman (Eds), Morgan-Kaufmann, 1999 and 2003 (2nd edition).

*Designing and Building Parallel Programs: Concepts and Tools for Parallel Software Engineering*, I. Foster, Addison-Wesley, 1995.

## SELECTED RECOGNITION

D.Sc. (Honoris Causa), CINVESTAV, Mexico, 2010; Fellow, Association for Computing Machinery, 2009; GridWorld "Industry Leadership Award," 2006; Network World's 50 Most Powerful People in Networking, 2005, D.Sc (Honoris Causa), University of Canterbury, NZ, 2005; InfoWorld Innovator, 2003, 2004, 2005, Fellow, American Association for the Advancement of Science, 2004, R&D Magazine Innovator of the Year, 2003; University of Chicago Distinguished Service Award, 2003, MIT Technology Review, one of "Ten Technologies That Will Change the World," 2003, British Computer Society Lovelace Medal, 2002, Fellow, British Computer Society, 2002, Federal Laboratory Consortium Technology Transfer Award, 2002, R&D100 "Most Promising New Technology" Award, 2002, Gordon Bell Award, 2001, Global Information Infrastructure "Next Generation" Award, 1997, Best Paper Award, 1995 Supercomputing Conference, British Computer Society Award for Technical Innovation, 1989.

## Exhibit A (ctd.) - Publications

1. Foster, I., Gregory, S., Ringwood, G. and Satoh, K. A sequential implementation of Parlog. *Third International Conference on Logic Programming*:149-156, 1986.
2. Foster, I.T. and Kusalik, A.J. A logical treatment of secondary storage. *Proceedings of the Third IEEE Symposium on Logic Programming*:58-67, 1986.
3. Clark, K. and Foster, I. A declarative environment for concurrent logic programming. *TAPSOFT'87*:212-242, 1987.
4. Foster, I. and Taylor, S. Flat Parlog: a basis for comparison. *International journal of parallel programming*, 16(2):87-125, 1987.
5. Foster, I. Parallel implementation of Parlog. *International Conference on Parallel Processing. IEEE Computer Society*:9-16, 1988.
6. Butler, R., Butler, T., Foster, I., Karonis, N., Olson, R., Overbeek, R., Pfluger, N., Price, M. and Tuecke, S. Generating alignments of genetic sequences. Argonne National Lab., IL (USA). Mathematics and Computer Science Div., 1989.
7. Foster, I. A multicomputer garbage collector for a single-assignment language. *International Journal of Parallel Programming*, 18(3):181-203, 1989.
8. Foster, I. Implementation of a declarative state-transition system. *Software: Practice and Experience*, 19(4):351-370, 1989.
9. Foster, I. and Taylor, S. Strand: A practical parallel programming language. Argonne National Lab., IL (USA), 1989.
10. Gregory, S., Foster, I.T., Burt, A.D. and Ringwood, G.A. An abstract machine for the implementation of PARLOG on uniprocessors. *New Generation Computing*, 6(4):389-420, 1989.
11. Butler, R., Foster, I., Jindal, A. and Overbeek, R. A high-performance parallel theorem prover. *10th International Conference on Automated Deduction*:649-650, 1990.
12. Foster, I. *Systems programming in parallel logic languages*. Prentice Hall, 1990.
13. Foster, I., Kesselman, C. and Taylor, S. Concurrency: Simple concepts and powerful tools. *The Computer Journal*, 33(6):501-507, 1990.
14. Foster, I. and Overbeek, R. Bilingual parallel programming. Argonne National Lab., IL (USA), 1990.
15. Foster, I. and Stevens, R. Parallel programming with algorithmic skeletons. Argonne National Lab., IL (USA), 1990.
16. Foster, I. and Taylor, S. *Strand*. Prentice-Hall, 1990.
17. Chern, I.L. and Foster, I.T. Parallel implementation of a control volume method for solving pdes on the sphere. *Proceedings of the Fifth SIAM Conference on Parallel Processing for Scientific Computing*:301-306, 1991.
18. Foster, I. Automatic generation of self-scheduling programs. *Parallel and Distributed Systems, IEEE Transactions on*, 2(1):68-78, 1991.
19. Foster, I. A declarative state transition system. *The Journal of Logic Programming*, 10(1):45-67, 1991.
20. Foster, I. Efficient computation control in concurrent logic languages. *New generation computing*, 10(1):1-21, 1991.
21. Foster, I., Gropp, W. and Stevens, R., The parallel scalability of the spectral transform method. 1991, Society for Industrial and Applied Mathematics, 307-312.
22. Chern, I. and Foster, I., Design and parallel implementation of two numerical methods for modeling the atmospheric circulation. 1992, 83-96.
23. Chern, I. and Foster, I. Parallel implementation of a control method for solving PDEs on the sphere. 1992.
24. Foster, I. Fortran M as a language for building earth system models. *Preprint MCS-P345-*

*0193, Argonne National Laboratory, and Proc. 5th ECMWF Workshop on Parallel Processing in Meteorology, ECMWF, Reading, UK*, 1992.

25. Foster, I., Kesselman, C. and Tuecke, S. The 1st Generation Grid. *Communications of the ACM*, 35(6):45-52, 1992.

26. Foster, I., Olson, R. and Tuecke, S. Productive parallel programming: The PCN approach. *Scientific Programming*, 1(1):51-66, 1992.

27. Chandy, K.M. and Foster, I. Deterministic parallel Fortran. *Proceedings of the sixth SIAM conference on parallel processing for scientific computing, Norfolk, Virginia*, 1993.

28. Drake, J., Flanery, R., Walker, D., Worley, P., Foster, I., Michalakes, J., Stevens, R., Hack, J. and Williamson, D. The message passing version of the parallel community climate model. *Parallel Supercomputing in Atmospheric Science: Proceedings of the Fifth ECMWF Workshop on Use of Parallel Processors in Meteorology, G.-R. Ho man and T. Kauranne, eds., World Scientific Publishing Co. Pte. Ltd., Singapore*:500-513, 1993.

29. Foster, I. and Kesselman, C., Integrating task and data parallelism. 1993, ACM, 154-155.

30. Foster, I. and Michalakes, J. MPMM: A massively parallel mesoscale model. *Parallel Supercomputing in Atmospheric Science, G.-R. Hoffmann and T. Kauranne, eds., World Scientific, River Edge, New Jersey*:354-363, 1993.

31. Foster, I.T. and Worley, P.H. Parallelizing the spectral transform method: A comparison of alternative parallel algorithms. *Parallel Processing for Scientific Computing, RF Sincovec, DE Keyes, MR Leuze, LR Petzold, and DA Reed, eds., Society for Industrial and Applied Mathematics, Philadelphia, PA*:100-107, 1993.

32. Fox, G., Ranka, S., Scott, M., Malony, A., Browne, J., Chen, M., Choudhary, A., Cheatham, T., Cuny, J. and Eigenmann, R., Common runtime support for high-performance parallel languages parallel compiler runtime consortium. 1993, IEEE, 752-757.

33. Choudhary, A., Foster, I., Fox, G., Kennedy, K., Kesselman, C., Koelbel, C., Saltz, J. and Snir, M. Languages, compilers, and runtime systems support for parallel input-output. *Scalable I/O Initiative Working Paper Number*, 3, 1994.

34. Drake, J., Foster, I., Hack, J., Michalakes, J., Semeraro, B., Toonen, B., Williamson, D. and Worley, P. PCCM2: A GCM adapted for scalable parallel computers. *Proc. AMS Annual Meeting, AMS*:91-98, 1994.

35. Foster, I. Task parallelism and high-performance languages. *IEEE Parallel & Distributed Technology: Systems & Technology*, 2(3):27-36, 1994.

36. Foster, I. and Kesselman, C. Language constructs and runtime systems for compositional parallel programming. *Parallel Processing: CONPAR 94—VAPP VI*:5-16, 1994.

37. Foster, I., Kesselman, C. and Tuecke, S. The Nexus task-parallel runtime system. *Proc. 1st Intl Workshop on Parallel Processing*:457-462, 1994.

38. Foster, I. and Taylor, S. A compiler approach to scalable concurrent-program design. *ACM Transactions on Programming Languages and Systems (TOPLAS)*, 16(3):577-604, 1994.

39. Foster, I. and Xu, M. Libraries for parallel paradigm integration. *Nova Science Publishers*, 1994.

40. Foster, I., Xu, M. and Avalani, B., A compilation system that integrates High Performance Fortran and Fortran M. 1994, IEEE, 293-300.

41. Foster, I.T. and Toonen, B.R., Load-balancing algorithms for climate models. 1994, IEEE, 674-681.

42. Foster, I.T. and Walker, D.W. Paradigms and strategies for scientific computing on distributed memory concurrent computers. *High Performance Computing Symposium 1994: grand challenges in computer simulation: proceedings of the 1994 Simulation Multiconference, April 10-15, 1994, The Hyatt Regency La Jolla at Aventine, San Diego, Caligornia*:252, 1994.

43. Worley, P. and Foster, I., Parallel spectral transform shallow water model: A runtime-

tunable parallel benchmark code. 1994, IEEE, 207-214.

44. Abramson, D., Foster, I., Michalakes, J. and Sosic, R., Relative debugging and its application to the development of large numerical models. 1995, ACM, 51.

45. Avalini, B., Choudhary, A., Foster, I., Krishnaiyer, R. and Xu, M. A data transfer library for communicating data–parallel tasks. Case center tech report, Syracuse University, 1995.

46. Choudhary, A., Foster, I. and Stevens, R. Multimedia Applications and High-Performance Computing. *IEEE Parallel and Distributed Technology*:2-3, 1995.

47. Drake, J. and Foster, I. Introduction to the special issue on parallel computing in climate and weather modeling. *Parallel Computing*, 21(10):1539-1544, 1995.

48. Drake, J. and Foster, I. Parallel computing in climate and weather modeling. *Parallel Computing*, 21(10):1537, 1995.

49. Drake, J. and Foster, I. Guest Editorial: Parallel computing in climate and weather modeling. *Parallel Computing*, 21(10):1537-1538, 1995.

50. Drake, J., Foster, I., Michalakes, J., Toonen, B. and Worley, P. Design and performance of a scalable parallel community climate model. *Parallel Computing*, 21(10):1571-1591, 1995.

51. Drake, J.B., Foster, I.T., Michalakes, J. and Worley, P.H. Parallel algorithms for semi-Lagrangian transport in global atmospheric circulation models. *Parallel Processing for Scientific Computing*:119-124, 1995.

52. Foster, I. *Designing and building parallel programs: concepts and tools for parallel software engineering*. Addison-Wesley, 1995.

53. Foster, I.T. and Chandy, K.M. Fortran M: A language for modular parallel programming. *Journal of Parallel and Distributed Computing*, 26(1):24-35, 1995.

54. Harrison, R.J., Guest, M.F., Kendall, R.A., Bernholdt, D.E., Wong, A.T., Stave, M., Anchell, J.L., Hess, A.C., Littlefield, R. and Fann, G.I. High Performance Computational Chemistry:(II) A Scalable SCF Program. *J. Computat. Chem*, 1995.

55. Mani Chandy, K. and Foster, I. A notation for deterministic cooperating processes. *Parallel and Distributed Systems, IEEE Transactions on*, 6(8):863-871, 1995.

56. Worley, P.H., Foster, I.T. and Toonen, B. Algorithm comparison and benchmarking using a parallel spectral transform shallow water model. *Proccedings of the Sixth Workshop on Parallel Processing in Meteorology, eds. G.-R. Hoffmann and N. Kreitz, World Scientific, Singapore*:277-289, 1995.

57. Abramson, D., Foster, I., Michalakes, J. and Sosi , R. Relative debugging: A new methodology for debugging scientific applications. *Communications of the ACM*, 39(11):69-77, 1996.

58. Chen, J., Aarsvold, J., Chen, C.T., Griem, M., Davies, P., Disz, T., Foster, I., Hudson, Y., Kwong, M.K. and Lin, B. High-Performance Image Analysis and Visualization for Three-dimensional Light Microscopy. *Proc. IASTED Signal Image Process.*, 1996.

59. Davies, P., Disz, T., Foster, I., Griem, M., Kwong, M.K. and Lin, B. An optical microscopy system for 3D dynamic imaging. *Three-dimensional microscopy: image acquisition and processing III: 30 January-1 February 1996, San Jose, California*, 2655:187, 1996.

60. DeFanti, T.A., Foster, I., Papka, M.E., Stevens, R. and Kuhfuss, T. Overview of the I-WAY: Wide-area visual supercomputing. *International Journal of High Performance Computing Applications*, 10(2-3):123, 1996.

61. Foster, I. Compositional parallel programming languages. *ACM Transactions on Programming Languages and Systems (TOPLAS)*, 18(4):454-476, 1996.

62. Foster, I. Task parallelism and high-performance languages. *The Data Parallel Programming Model*:179-196, 1996.

63. Foster, I. High-performance distributed computing: The I-WAY experiment and beyond. *Euro-Par'96 Parallel Processing*:1-10, 1996.

64. Foster, I., Geisler, J., Kesselman, C. and Tuecke, S., Multimethod communication for high-performance metacomputing applications. 1996, IEEE, 41-41.

65. Foster, I., Geisler, J., Nickless, B., Smith, W. and Tuecke, S., Software infrastructure for the I-WAY high-performance distributed computing experiment. 1996, IEEE, 562-571.

66. Foster, I., Geisler, J. and Tuecke, S., MPI on the I-WAY: A wide-area, multimethod implementation of the Message Passing Interface. 1996, IEEE, 10-17.

67. Foster, I., Kesselman, C. and Snir, M., Generalized communicators in the Message Passing Interface. 1996, IEEE, 42-49.

68. Foster, I., Kesselman, C. and Tuecke, S. The Nexus approach to integrating multithreading and communication. *Journal of Parallel and Distributed Computing*, 37(1):70-82, 1996.

69. Foster, I., Kohr Jr, D.R., Krishnaiyer, R. and Choudhary, A., Double standards: Bringing task parallelism to HPF via the Message Passing Interface. 1996, IEEE Computer Society, 36.

70. Foster, I., Papka, M.E. and Stevens, R., Tools for distributed collaborative environments: a research agenda. 1996, IEEE, 23-28.

71. Foster, I. and Tuecke, S., Enabling technologies for web-based ubiquitous supercomputing. 1996, IEEE, 112-119.

72. Foster, I.T., Kohr, D.R., Olson, R., Tuecke, S. and Xu, M.Q. Point-to-point communication using migrating ports. *Languages, Compilers, and Run-time Systems for Scalable Computers*:199-212, 1996.

73. Foster, I.T., Kohr Jr, D.R. and Krishnaiyer, R., MPI as a coordination layer for communicating HPF tasks. 1996, IEEE, 68-78.

74. Foster, I.T., Kohr Jr, D.R., Krishnaiyer, R. and Choudhary, A., Communicating data-parallel tasks: an MPI library for HPF. 1996, IEEE, 433-438.

75. Foster, I.T., Tilson, J.L., Wagner, A.F., Shepard, R.L., Harrison, R.J., Kendall, R.A. and Littlefield, R.J. Toward high-performance computational chemistry: I. Scalable Fock matrix construction algorithms. *Journal of computational chemistry*, 17(1):109-123, 1996.

76. Foster, I.T., Toonen, B. and Worley, P.H. Performance of parallel computers for spectral atmospheric models. *J. Atm. Oceanic Tech*, 13(5):1031-1045, 1996.

77. Hibbard, W.L., Anderson, J., Foster, I., Paul, B.E., Jacob, R., Schafer, C. and Tyree, M.K. Exploring coupled atmosphere-ocean models using Vis5D. *International Journal of High Performance Computing Applications*, 10(2-3):211, 1996.

78. Hudson, R., Aarsvold, J.N., Chen, C.T., Chen, J., Davies, P., Disz, T., Foster, I., Griem, M., Kwong, M.K. and Lin, B. An optical microscopy system for 3D dynamic imaging. *PROCEEDINGS-SPIE THE INTERNATIONAL SOCIETY FOR OPTICAL ENGINEERING*:187-198, 1996.

79. Nieplocha, J. and Foster, I., Disk resident arrays: An array-oriented I/O library for out-of-core computations. 1996, IEEE, 196-204.

80. Abramson, D., Foster, I., Giddy, J., Lewis, A., Sosic, R., Sutherst, R. and White, N. The Nimrod computational workbench: A case study in desktop metacomputing. *AUSTRALIAN COMPUTER SCIENCE COMMUNICATIONS*, 19:17-26, 1997.

81. Chen, Y., Nieplocha, J., Foster, I. and Winslett, M., Optimizing collective I/O performance on parallel computers: A multisystem study. 1997, ACM, 28-35.

82. Fitzgerald, S., Foster, I., Kesselman, C., Von Laszewski, G., Smith, W. and Tuecke, S., A directory service for configuring high-performance distributed computations. 1997, IEEE, 365-375.

83. Foster, I., Geisler, J., Kesselman, C. and Tuecke, S. Managing multiple communication methods in high-performance networked computing systems. *Journal of Parallel and Distributed Computing*, 40(1):35-48, 1997.

84. Foster, I., Karonis, N.T., Kesselman, C., Koenig, G. and Tuecke, S., A secure communications infrastructure for high-performance distributed computing. 1997, IEEE, 125-136.

85. Foster, I. and Kesselman, C. Globus: A metacomputing infrastructure toolkit. *International Journal of High Performance Computing Applications*, 11(2):115-128, 1997.

86. Foster, I., Kohr, D.R., Krishnaiyer, R. and Choudhary, A. A library-based approach to task

parallelism in a data-parallel language. *Journal of parallel and distributed computing*, 45(2):148-158, 1997.

87.  Foster, I., Kohr Jr, D., Krishnaiyer, R. and Mogill, J., Remote I/O: Fast access to distant storage. 1997, ACM, 14-25.

88.  Foster, I., Thiruvathukal, G.K. and Tuecke, S. Technologies for ubiquitous supercomputing: a Java interface to the Nexus communication system. *Concurrency - Practice and Experience*, 9(6):465-475, 1997.

89.  Foster, I.T. and Worley, P.H. Parallel algorithms for the spectral transform method. *SIAM Journal on Scientific Computing*, 18(3):806-837, 1997.

90.  More, S., Choudhary, A., Foster, I. and Xu, M.Q., MTIO. A multi-threaded parallel I/O system. 1997, IEEE, 368-373.

91.  Moreau, L., De Roure, D. and Foster, I. NeXeme: a Distributed Scheme Based on Nexus. *Euro-Par'97 Parallel Processing*:581-590, 1997.

92.  Tobis, M., Schafer, C., Foster, I., Jacob, R. and Anderson, J., FOAM: Expanding the horizons of climate modeling. 1997, IEEE, 27-27.

93.  Brunett, S., Czajkowski, K., Fitzgerald, S., Foster, I., Johnson, A., Kesselman, C., Leigh, J. and Tuecke, S., Application experiences with the Globus toolkit. 1998, IEEE, 81-88.

94.  Czajkowski, K., Foster, I., Karonis, N., Kesselman, C., Martin, S., Smith, W. and Tuecke, S. A resource management architecture for metacomputing systems. *Job Scheduling Strategies for Parallel Processing*:62-82, 1998.

95.  Czajkowski, K., Foster, I. and Kesselman, C. Resource management for ultra-scale computational grid applications. *Applied Parallel Computing Large Scale Scientific and Industrial Problems*:88-94, 1998.

96.  Fitzgerald, S.B.K.C.S., Foster, I., Leigh, A.J.C.K.J. and Tuecke, S. Application Experiences with the Globus Toolkit. *Seventh IEEE International Symposium on High Performance Distributed Computing*:81, 1998.

97.  Foster, I. Distant I/O: One-Sided Access to Secondary Storage on Remote Processors. *Seventh IEEE International Symposium on High Performance Distributed Computing*:148, 1998.

98.  Foster, I. High-Performance Computational Grids. *KLUWER INTERNATIONAL SERIES IN ENGINEERING AND COMPUTER SCIENCE*:17-18, 1998.

99.  Foster, I., Geisler, J., Gropp, W., Karonis, N., Lusk, E., Thiruvathukal, G. and Tuecke, S. Wide-area implementation of the Message Passing Interface. *Parallel Computing*, 24(12-13):1735-1749, 1998.

100. Foster, I., Geisler, J., Nickless, B., Smith, W. and Tuecke, S. Software infrastructure for the I-WAY metacomputing experiment. *Concurrency: Practice and Experience*, 10(7):567-581, 1998.

101. Foster, I. and Karonis, N.T., A grid-enabled MPI: Message passing in heterogeneous distributed computing systems. 1998, IEEE Computer Society, 1-11.

102. Foster, I., Karonis, N.T., Kesselman, C. and Tuecke, S. Managing security in high-performance distributed computations. *Cluster Computing*, 1:95-107, 1998.

103. Foster, I. and Kesselman, C. Computational grids: On-demand computing in science and engineering. *Computers in Physics*, 12:109, 1998.

104. Foster, I., Kesselman, C., Tsudik, G. and Tuecke, S., A security architecture for computational grids. 1998, ACM, 83-92.

105. Foster, I., Von Laszewski, G., Thiruvathukal, G.K. and Toonen, B. A computational framework for telemedicine. *Future Generation Computer Systems*, 14(1):109-123, 1998.

106. Kesselman, C. and Foster, I. The grid: blueprint for a new computing infrastructure. 1998.

107. Lee, C.A., Stepanek, J., Michel, B.S., Kesselman, C., Lindell, R., Hwang, S., Bannister, J., Foster, I. and Roy, A., Qualis: The quality of service component for the Globus metacomputing

system. 1998, IEEE, 140-142.

108. Nieplocha, J., Foster, I. and Dachsel, H., Distant I/O: One-sided access to secondary storage on remote processors. 1998, IEEE, 148-154.

109. Nieplocha, J., Foster, I. and Kendall, R.A. ChemIO: High performance parallel I/O for computational chemistry applications. *International Journal of High Performance Computing Applications*, 12(3):345, 1998.

110. Smith, W., Foster, I. and Taylor, V. Predicting application run times using historical information. *Job Scheduling Strategies for Parallel Processing*:122-142, 1998.

111. Von Laszewski, G. and Foster, I. Usage of LDAP in Globus. *Mathematics and Computer Science Division, Argonne National Laboratory*, 1998.

112. Barnard, S., Biswas, R., Saini, S., Van der Wijngaart, R., Yarrow, M., Zechtzer, L., Foster, I. and Larsson, O., Large-scale distributed computational fluid dynamics on the information power grid using globus. 1999, IEEE, 60-67.

113. Benger, W., Foster, I., Novotny, J., Seidel, E., Shalf, J., Smith, W. and Walker, P. Numerical relativity in a distributed environment. *Proc. 9th SIAM Conference on Parallel Processing for Scientific Computing*, 1999.

114. Bester, J., Foster, I., Kesselman, C., Tedesco, J. and Tuecke, S., GASS: A data movement and access service for wide area computing systems. 1999, ACM, 78-88.

115. Bresnahan, J., Foster, I., Insley, J., Toonen, B. and Tuecke, S. Communication services for advanced network applications. *Proceedings of the International Conference on Parallel and Distributed Processing Techniques and Applications*, 4:1861-1867, 1999.

116. Brown, M.D., DeFanti, T., McRobbie, M., Verlo, A., Plepys, D., Mcmullen, D.F., Adams, K., Leigh, J., Johnson, A. and Foster, I. The International Grid (iGrid): Empowering global research community networking using high performance international Internet services. *Proceedings of INET'99*:3-9, 1999.

117. Czajkowski, K., Foster, I. and Kesselman, C., Resource co-allocation in computational grids. 1999, IEEE, 219-228.

118. Czajkowski, K., Foster, I. and Kesselman, C. Co-allocation services for computational grids. *Proc. 8th IEEE Symposium on High Performance Distributed Computing*, 1999.

119. Foster, I. Carl kesselman. *The Grid: Blueprint for a Future Computing Infrastructure*, 1999.

120. Foster, I. The Beta Grid: A national infrastructure for computer systems research. *Network Storage Symposium NetStore*, 99, 1999.

121. Foster, I., Insley, J., Von Laszewski, G., Kesselman, C. and Thiebaux, M. Distance visualization: Data exploration on the grid. *Computer*, 32(12):36-43, 1999.

122. Foster, I. and Kesselman, C. The Globus project: A status report. *Future Generation Computer Systems*, 15(5):607-621, 1999.

123. Foster, I. and Kesselman, C. The globus toolkit. *The grid: blueprint for a new computing infrastructure*:259-278, 1999.

124. Foster, I. and Kesselman, C. The Grid: Blueprint for a New Computing Architecture. 1999.

125. Foster, I., Kesselman, C., Lee, C., Lindell, B., Nahrstedt, K. and Roy, A., A distributed resource management architecture that supports advance reservations and co-allocation. 1999, IEEE, 27-36.

126. Hoo, G., Johnston, W., Foster, I. and Roy, A., QoS as middleware: Bandwidth reservation system design. 1999, IEEE, 345-346.

127. Leigh, J., Johnson, A.E., DeFanti, T.A., Brown, M., Ali, M.D., Bailey, S., Banerjee, A., Benerjee, P., Chen, J. and Curry, K., A review of tele-immersive applications in the CAVE research network. 1999, IEEE, 180-187.

128. Nieplocha, J., Dachsel, H. and Foster, I. Implementing noncollective parallel I/O in cluster environments using Active Message communication. *Cluster Computing*, 2(4):271-279, 1999.

129. Reed, D.A., Padua, D.A., Foster, I.T., Gannon, D.B. and Miller, B.P., Delphi: An integrated, language-directed performance prediction, measurement and analysis environment. 1999, IEEE, 156-159.

130. Smith, W., Taylor, V. and Foster, I. Using run-time predictions to estimate queue wait times and improve scheduler performance. *Job Scheduling Strategies for Parallel Processing*:202-219, 1999.

131. Stelling, P., DeMatteis, C., Foster, I., Kesselman, C., Lee, C. and von Laszewski, G. A fault detection service for wide area distributed computations. *Cluster Computing*, 2(2):117-128, 1999.

132. Von Laszewski, G. and Foster, I. Grid infrastructure to support science portals for large scale instruments. *Proc. of the Workshop Distributed Computing on the Web (DCW)*:1-16, 1999.

133. Von Laszewski, G., Su, M.H., Insley, J.A., Foster, I., Bresnahan, J., Kesselman, C., Thiebaux, M., Rivers, M.L., Wang, S. and Tieman, B. Real-time analysis, visualization, and steering of microtomography experiments at photon sources. *Ninth SIAM Conference on Parallel Processing for Scientific Computing*, 56, 1999.

134. Wang, Y., De Carlo, F., Foster, I., Insley, J., Kesselman, C., Lane, P., von Laszewski, G., Mancini, D.C., McNulty, I. and Su, M.H. Quasi-real-time x-ray microtomography system at the Advanced Photon Source. *Proceedings of SPIE*, 3772:318, 1999.

135. Aiken, B., Strassner, J., Carpenter, B., Foster, I., Lynch, C., Mambretti, J., Moore, R. and Teitelbaum, B. Network policy and services: A report of a workshop on middleware. 2000.

136. Allcock, W., Foster, I., Tuecke, S., Chervenak, A. and Kesselman, C. Protocols and services for distributed data-intensive science. *AIP Conference Proceedings*:161-163, 2000.

137. Allen, G., Dramlitsch, T., Foster, I., Goodale, T., Karonis, N., Ripeanu, M., Seidel, E. and Toonen, B. Cactus-G toolkit: Supporting efficient execution in heterogeneous distributed computing environments. *Proceedings of 4th Globus Retreat*, 813, 2000.

138. Butler, R., Welch, V., Engert, D., Foster, I., Tuecke, S., Volmer, J. and Kesselman, C. A national-scale authentication infrastructure. *Computer*, 33(12):60-66, 2000.

139. Chervenak, A., Foster, I., Kesselman, C., Salisbury, C. and Tuecke, S. The data grid: Towards an architecture for the distributed management and analysis of large scientific datasets. *Journal of network and computer applications*, 23(3):187-200, 2000.

140. Foster, I. Internet computing and the emerging grid. *Nature Web Matters*, 7, 2000.

141. Foster, I., Culler, D., Estrin, D., Newman, H. and Stevens, R. The Ten Hottest Topics in Parallel and Distributed Computing for the Next Millennium. *ipdps*:471, 2000.

142. Foster, I. and Kesselman, C. Grid computing. *AIP Conference Proceedings*:51-56, 2000.

143. Foster, I., Lynch, C., Mambretti, J., Moore, R. and Teitelbaum, B. Network Working Group B. Aiken Request for Comments: 2768 J. Strassner Category: Informational Cisco Systems B. Carpenter IBM. *Network*, 2000.

144. Foster, I., Roy, A. and Sander, V., A quality of service architecture that combines resource reservation and application adaptation. 2000, IEEE, 181-188.

145. Iamnitchi, A. and Foster, I., A problem-specific fault-tolerance mechanism for asynchronous, distributed systems. 2000, IEEE, 4-13.

146. Karonis, N.T., De Supinski, B.R., Foster, I., Gropp, W., Lusk, E. and Bresnahan, J., Exploiting hierarchy in parallel computer networks to optimize collective operation performance. 2000, IEEE, 377-384.

147. Laszewski, G., Thiruvathukal, G.K. and Foster, I. Making Large-Scale Telemedicine Work: A Computational Infrastructure for Telemedicine. *Advanced infrastructures for future healthcare*, 79:195, 2000.

148. Roy, A., Foster, I., Gropp, W., Karonis, N., Sander, V. and Toonen, B., MPICH-GQ: Quality-of-service for message passing programs. 2000, IEEE, 19-19.

149. Sander, V., Foster, I., Roy, A. and Winkler, L. A differentiated services implementation for high-performance TCP flows. *Computer Networks*, 34(6):915-929, 2000.

150. Smith, W., Foster, I. and Taylor, V., Scheduling with advanced reservations. 2000, IEEE, 127-132.

151. Teitelbaum, B., Moore, R., Lynch, C., Mambretti, J., Aiken, B., Carpenter, B.E. and Foster, I. Network Policy and Services: A Report of a Workshop on Middleware. *Network*, 2000.

152. Von Laszewski, G., Foster, I. and Gawor, J., CoG kits: a bridge between commodity distributed computing and high-performance grids. 2000, ACM, 97-106.

153. von Laszewski, G., Su, M.H., Foster, I. and Kesselman, C. Quasi Real-Time Microtomography Experiments at Photon Sources. 2000.

154. Von Laszewski, G., Westbrook, M.L., Barnes, C., Foster, I. and Westbrook, E.M. Using computational grid capabilities to enhance the capability of an X-ray source for structural biology. *Cluster Computing*, 3(3):187-199, 2000.

155. Allcock, B., Bester, J., Bresnahan, J., Chervenak, A.L., Kesselman, C., Meder, S., Nefedova, V., Quesnel, D., Tuecke, S. and Foster, I., Secure, efficient data transport and replica management for high-performance data-intensive computing. 2001, IEEE, 13-13.

156. Allcock, W., Chervenak, A., Foster, I., Pearlman, L., Welch, V. and Wilde, M. Globus toolkit support for distributed data-intensive science. *International Conference on Computing in High Energy and Nuclear Physics, Beijing, China*, 2001.

157. Allen, B., Avery, P., Baker, K., Branson, J., Bunn, J., Finn, L.S., Fisk, I., Foster, I., Gardner, R. and George, A. An International Virtual-Data Grid Laboratory for Data Intensive Science. 2001.

158. Allen, G., Angulo, D., Foster, I., Lanfermann, G., Liu, C., Radke, T., Seidel, E. and Shalf, J. The Cactus Worm: Experiments with dynamic resource discovery and allocation in a grid environment. *International Journal of High Performance Computing Applications*, 15(4):345-358, 2001.

159. Allen, G., Foster, I., Karonis, N.T., Ripeanu, M., Seidel, E. and Toonen, B., Supporting efficient execution in heterogeneous distributed computing environments with Cactus and Globus. 2001, IEEE, 52-52.

160. Avery, P. and Foster, I. The griphyn project: Towards petascale virtual data grids. *GriPhyN-2001-15*, 2001.

161. Avery, P., Foster, I., Gardner, R., Newman, H. and Szalay, A. An International Virtual-Data Grid Laboratory for Data Intensive Science. *2001*, 2001.

162. Berman, F., Chien, A., Cooper, K., Dongarra, J., Foster, I., Gannon, D., Johnsson, L., Kennedy, K., Kesselman, C. and Mellor-Crumme, J. The GrADS project: Software support for high-level grid application development. *International Journal of High Performance Computing Applications*, 15(4):327-344, 2001.

163. Butler, R., Foster, I. and Kesselman, C. The NEES Equipment Site Point of Presence System (NEES-POP): Concept and Overview, 2001.

164. CHERVENAK, A., Schuler, R., Bharathi, S., PALAVALLI, N., KESSELMAN, C., FOSTER, I., RIPEANU, M. and IAMNITCHI, A. The Replica Location Service: Design and Experience. 2001.

165. Czajkowski, K., Fitzgerald, S., Foster, I. and Kesselman, C., Grid information services for distributed resource sharing. 2001, IEEE, 181-194.

166. Deelman, E., Foster, I., Kesselman, C. and Livny, M. Representing Virtual Data: A Catalog Architecture for Location and Materialization Transparency. Technical Report GriPhyN-2001-14, 2001.

167. Demaine, E.D., Foster, I., Kesselman, C. and Snir, M. Generalized communicators in the message passing interface. *Parallel and Distributed Systems, IEEE Transactions on*, 12(6):610-616, 2001.

168. Foster, I. and Kesselman, C. Computational grids. *Vector and Parallel Processing—VECPAR 2000*:3-37, 2001.

169. Foster, I. and Kesselman, C. The Emerging Grid. *Computational Aerosciences in the 21st Century*:29-46, 2001.

170. Foster, I. and Kesselman, C. Chapter 1: Computational Grids, Languages, and Tools in Multiplatform Environments-Computational Grids (Invited Talk). *Lecture Notes in Computer Science*, 1981:3-37, 2001.

171. Foster, I., Kesselman, C. and Tuecke, S. The anatomy of the grid: Enabling scalable virtual organizations. *International journal of high performance computing applications*, 15(3):200-222, 2001.

172. Foster, I., Kesselman, C. and Tuecke, S. International Journal of High Performance. *International Journal of High Performance Computing Applications*, 15(3):200-222, 2001.

173. Gasser, M., McDermott, E., An Tuecke, S., Engert, D., Foster, I., Thompson, M., Pearlman, L. and Kesselman, C. *Internet X. 509 Public Key Infrastructure Proxy Certificate Profile*. IETF, 2001.

174. Getov, V., Von Laszewski, G., Philippsen, M. and Foster, I. Multiparadigm communications in Java for grid computing. *Communications of the ACM*, 44(10):118-125, 2001.

175. Iamnitchi, A. and Foster, I. On fully decentralized resource discovery in grid environments. *Grid Computing—GRID 2001*:51-62, 2001.

176. Jacob, R., Schafer, C., Foster, I., Tobis, M. and Anderson, J. Computational design and performance of the Fast Ocean Atmosphere Model, version one. *Computational Science—ICCS 2001*:175-184, 2001.

177. Jacob, R., Schafer, C., Foster, I., Tobis, M. and Anderson, J. Part I Climate Modeling-Computational Design and Performance of the Fast Ocean Atmosphere Model, Version 1. *Lecture Notes in Computer Science*, 2073:175-180, 2001.

178. Larson, J., Jacob, R., Foster, I. and Guo, J. The model coupling toolkit. *Computational Science—ICCS 2001*:185-194, 2001.

179. Ranganathan, K. and Foster, I. Identifying dynamic replication strategies for a high-performance data grid. *Grid Computing—GRID 2001*:75-86, 2001.

180. Ripeanu, M., Iamnitchi, A. and Foster, I. Cactus application: Performance predictions in grid environments. *Euro-Par 2001 Parallel Processing*:807-816, 2001.

181. Ripeanu, M., Iamnitchi, A. and Foster, I. Performance predictions for a numerical relativity package in grid environments. *International Journal of High Performance Computing Applications*, 15(4):375-387, 2001.

182. Russell, M., Allen, G., Daues, G., Foster, I., Seidel, E., Novotny, J., Shalf, J. and von Laszewski, G., The astrophysics simulation collaboratory: A science portal enabling community software development. 2001, IEEE, 207-215.

183. Sander, V., Adamson, W.A., Foster, I. and Roy, A., End-to-end provision of policy information for network qos. 2001, IEEE, 115-126.

184. Sander, V., Adamson, W.A., Foster, I. and Roy, A. 10th IEEE International Symposium on High Performance Distributed Computing (HPDC-10'01). 2001.

185. Toonen, B., Ashton, D., Lusk, E., Foster, I., Gropp, W., Gabriel, E., Butler, R. and Karonis, N., Interfacing parallel jobs to process managers. 2001, IEEE, 431-432.

186. Vazhkudai, S., Tuecke, S. and Foster, I., Replica selection in the globus data grid. 2001, IEEE, 106-113.

187. Von Laszewski, G., Foster, I., Gawor, J. and Lane, P. A Java commodity grid kit. *Concurrency and Computation: practice and experience*, 13(8-9):645-662, 2001.

188. Von Laszewski, G., Foster, I., Gawor, J., Lane, P., Rehn, N. and Russell, M., Designing Grid-based problem solving environments and portals. 2001, IEEE, 10 pp.

189. Wang, Y., De Carlo, F., Mancini, D.C., McNulty, I., Tieman, B., Bresnahan, J., Foster, I., Insley, J.,

Lane, P. and von Laszewski, G. A high-throughput x-ray microtomography system at the Advanced Photon Source. *Review of Scientific Instruments*, 72:2062, 2001.

190. Allcock, B., Bester, J., Bresnahan, J., Chervenak, A.L., Foster, I., Kesselman, C., Meder, S., Nefedova, V., Quesnel, D. and Tuecke, S. Data management and transfer in high-performance computational grid environments. *Parallel Computing*, 28(5):749-771, 2002.

191. Allcock, W., Bester, J., Bresnahan, J., Foster, I., Gawor, J., Insley, J.A., Link, J.M. and Papka, M.E., GridMapper: a tool for visualizing the behavior of large-scale distributed systems. 2002, IEEE, 179-187.

192. Allcock, W., Bester, J., Bresnahan, J., Foster, I., Gawor, J., Insley, J.A., Link, J.M. and Papka, M.E. Realtime Performance Visualization of Distributed Systems. *High Performance Distributed Computing, Edinburgh, Scotland*, 2002.

193. Annis, J., Zhao, Y., Voeckler, J., Wilde, M., Kent, S. and Foster, I., Applying Chimera virtual data concepts to cluster finding in the Sloan Sky Survey. 2002, IEEE, 56-56.

194. Baxevanidis, K., Davies, H., Foster, I. and Gagliardi, F. Grids and research networks as drivers and enablers of future Internet architectures. *Computer Networks*, 40(1):5-17, 2002.

195. Chervenak, A., Deelman, E., Foster, I., Guy, L., Hoschek, W., Iamnitchi, A., Kesselman, C., Kunszt, P., Ripeanu, M. and Schwartzkopf, B., Giggle: a framework for constructing scalable replica location services. 2002, IEEE Computer Society Press, 1-17.

196. Chien, A., Foster, I. and Goddette, D. Grid technologies empowering drug discovery. *Drug discovery today*, 7(20):s176-s180, 2002.

197. Czajkowski, K., Foster, I., Kesselman, C., Sander, V. and Tuecke, S. SNAP: A protocol for negotiating service level agreements and coordinating resource management in distributed systems. *Job scheduling strategies for parallel processing*:153-183, 2002.

198. Foster, I. What is the grid? a three point checklist. *GRID today*, 1(6), 2002.

199. Foster, I., Kesselman, C., Nick, J.M. and Tuecke, S. Grid services for distributed system integration. *Computer*, 35(6):37-46, 2002.

200. Foster, I., Kesselman, C., Nick, J.M. and Tuecke, S. The physiology of the grid. *An Open Grid Services Architecture for Distributed Systems Integration*, 2002.

201. Foster, I., Vockler, J., Wilde, M. and Zhao, Y., Chimera: A virtual data system for representing, querying, and automating data derivation. 2002, IEEE, 37-46.

202. Frey, J., Tannenbaum, T., Livny, M., Foster, I. and Tuecke, S. Condor-G: A computation management agent for multi-institutional grids. *Cluster Computing*, 5(3):237-246, 2002.

203. Gropp, W., Kennedy, K., Torczon, L., White, A., Dongarra, J., Foster, I. and Fox, G.C. The Sourcebook of Parallel Computing (The Morgan Kaufmann Series in Computer Architecture and Design). 2002.

204. Iamnitchi, A., Foster, I. and Nurmi, D. A Peer-to-Peer Approach to Resource Discovery. *Proceedings of the 11th IEEE Symposium on High Performance Distributed Computing, Edinbourgh, UK*:4-19, 2002.

205. Iamnitchi, A., Ripeanu, M. and Foster, I. Locating data in (small-world?) peer-to-peer scientific collaborations. *Peer-to-Peer Systems*:232-241, 2002.

206. Karonis, N.T., de Supinski, B., Foster, I., Gropp, W. and Lusk, E. A multilevel approach to topology-aware collective operations in computational grids. *Arxiv preprint cs/0206038*, 2002.

207. Keahey, K., Fredian, T., Peng, Q., Schissel, D.P., Thompson, M., Foster, I., Greenwald, M. and McCune, D. Computational grids in action: the national fusion collaboratory. *Future Generation Computer Systems*, 18(8):1005-1015, 2002.

208. Kennedy, K., Mazina, M., Mellor-Crummey, J., Cooper, K., Torczon, L., Berman, F., Chien, A., Dail, H., Sievert, O. and Angulo, D. Toward a framework for preparing and executing adaptive grid programs. *Proc. of NSF Next Generation Systems Program Workshop (IPDPS 2002)*, 2002.

209. Liu, C., Yang, L., Foster, I. and Angulo, D., Design and evaluation of a resource selection framework for grid applications. 2002, IEEE, 63-72.

210. Moore, R.W., Studham, R.S., Rajasekar, A., Watson, C., Stockinger, H., Kunszt, P., Catlett, C. and Foster, I. Data grid implementations. Pacific Northwest National Lab., Richland, WA (US), 2002.

211. Nagaratnam, N., Janson, P., Dayka, J., Nadalin, A., Siebenlist, F., Welch, V., Foster, I. and Tuecke, S. The security architecture for open grid services. *Open Grid Service Architecture Security Working Group, Global Grid Forum*, 2002, 2002.

212. Pearlman, L., Welch, V., Foster, I., Kesselman, C. and Tuecke, S., A community authorization service for group collaboration. 2002, IEEE, 50-59.

213. Ranganathan, K. and Foster, I., Decoupling computation and data scheduling in distributed data-intensive applications. 2002, IEEE, 352-358.

214. Ranganathan, K., Iamnitchi, A. and Foster, I., Improving data availability through dynamic model-driven replication in large peer-to-peer communities. 2002, IEEE, 376-376.

215. Ripeanu, M. and Foster, I. Mapping the gnutella network: Macroscopic properties of large-scale peer-to-peer systems. *Peer-to-Peer Systems*:85-93, 2002.

216. Ripeanu, M. and Foster, I., A decentralized, adaptive replica location mechanism. 2002, IEEE, 24-32.

217. Schissel, D., Finkelstein, A., Foster, I., Fredian, T., Greenwald, M., Hansen, C., Johnson, C., Keahey, K., Klasky, S. and Li, K. Data management, code deployment, and scientific visualization to enhance scientific discovery in fusion research through advanced computing. *Fusion engineering and design*, 60(3):481-486, 2002.

218. Siebenlist, F., Welch, V., Tuecke, S., Foster, I., Nagaratnam, N., Janson, P., Dayka, J. and Nadalin, A. OGSA security roadmap. *OGSA Security WG, Global Grid Forum*, 2002.

219. Stockinger, H., Samar, A., Holtman, K., Allcock, B., Foster, I. and Tierney, B. File and object replication in data grids. *Cluster Computing*, 5(3):305-314, 2002.

220. Vazhkudai, S., Schopf, J.M. and Foster, I., Predicting the performance of wide area data transfers. 2002, IEEE, 34-43.

221. Vöckler, J., Wilde, M. and Foster, I. The GriPhyN virtual data system. *unpublished ms*, 2002.

222. Von Laszewski, G., Gawor, J., Pena, C.J. and Foster, I., InfoGram: a grid service that supports both information queries and job execution. 2002, IEEE, 333-342.

223. Von Laszewski, G., Russell, M., Foster, I., Shalf, J., Allen, G., Daues, G., Novotny, J. and Seidel, E. Community software development with the astrophysics simulation collaboratory. *Concurrency and Computation: Practice and Experience*, 14(13-15):1289-1301, 2002.

224. Wilde, J.S.V.M. and Foster, I. The GriPhyN Virtual Data System. Technical Repot GriPhyN, 2002.

225. Carpenter, B.E. and Foster, I. IPv6, Grid Computing and Scaling Up the Internet. 2003.

226. Catlett, C., Grids, C., Németh, F.Z., Sunderam, V., Deelman, E., Blythe, J., Gil, Y., Kesselman, C., Mehta, G. and Vahi, K. Grid Applications and Programming Tools. *Journal of Grid Computing*, 1:409-411, 2003.

227. Chervenak, A., Deelman, E., Kesselman, C., Allcock, B., Foster, I., Nefedova, V., Lee, J., Sim, A., Shoshani, A. and Drach, B. High-performance remote access to climate simulation data: a challenge problem for data grid technologies. *Parallel Computing*, 29(10):1335-1356, 2003.

228. Dongarra, J., Foster, I., Fox, G., Gropp, W., Kennedy, K., Torczon, L. and White, A. *Sourcebook of parallel computing*. Morgan Kaufmann Publishers San Francisco, CA, 2003.

229. Dongarra, J., Foster, I. and Kennedy, K., Reusable software and algorithms. 2003, Morgan Kaufmann Publishers Inc., 483-490.

230. Foster, I. The grid: A new infrastructure for 21st century science. *Grid Computing*:51-63, 2003.

231. Foster, I. The grid: computing without bounds. *Scientific American*, 288(4):78-85, 2003.

232. Foster, I., Frey, A., Graham, S., Maquire, T. and Vanderbilt, P. Open Grid Services Infrastructure (OGSI) Version 1.0. *GWD-R (draft-ggf-ogsi-gridservice-33): June*, 27, 2003.

233. Foster, I., Frey, A., Graham, S., Maquire, T. and Vanderbilt, P. Open Grid Services Infrastructure (OGSI) Version 1.0 (draft). 2003.

234. Foster, I., Gropp, W. and Kesselman, C., Message passing and threads. 2003, Morgan Kaufmann Publishers Inc., 313-329.

235. Foster, I. and Grossman, R.L. Data integration in a bandwidth-rich world. *Communications of the ACM*, 46(11):50-57, 2003.

236. Foster, I. and Iamnitchi, A. On death, taxes, and the convergence of peer-to-peer and grid computing. *Peer-to-Peer Systems II*:118-128, 2003.

237. Foster, I., Kesselman, C., Nick, J.M. and Tuecke, S. The physiology of the grid. *Grid computing*:217-249, 2003.

238. Foster, I., Siebenlist, F., Tuecke, S. and Welch, V. Security and Certification Issues in Grid Computing. *Certification and security in E-services: from E-government to E-business: IFIP 17th World Computer Congress, TC11 stream on security in E-services, August 26-29, 2002, Montréal, Québec, Canada*:47, 2003.

239. Foster, I., Vöckler, J., Wilde, M. and Zhao, Y. The virtual data grid: A new model and architecture for data-intensive collaboration. *Conference on Innovative Data Systems Research*, 2003.

240. Iamnitchi, A., Foster, I. and Nurmi, D.C. A peer-to-peer approach to resource location in grid environments. *INTERNATIONAL SERIES IN OPERATIONS RESEARCH AND MANAGEMENT SCIENCE*:413-430, 2003.

241. Iamnitchi, A., Ripeanu, M. and Foster, I. Data-sharing relationships in the Web. *Arxiv preprint cs/0302016*, 2003.

242. Karonis, N.T., Toonen, B. and Foster, I. MPICH-G2: A grid-enabled implementation of the message passing interface. *Journal of Parallel and Distributed Computing*, 63(5):551-563, 2003.

243. Kennedy, K., Dongarra, J., Fox, G., Foster, I., Reed, D. and White, A. Parallel programming considerations. *Sourcebook of parallel computing*:43-71, 2003.

244. Kesselman, C., Butler, R., Foster, I., Futrelle, J., Marcusiu, D., Gulipalli, S., Pearlman, L. and Severance, C. Neesgrid system architecture. NEESgrid, Technical Report, 2003. http://www. neesgrid. org/documents/NEESgrid_Syste mArch_v1. 1. pdf, 2003.

245. Liu, C. and Foster, I. A constraint language approach to grid resource selection. *Proceedings of the Twelfth IEEE International Symposium on High Performance Distributed Computing (HPDC-12)*, 2003.

246. Pouchard, L., Cinquini, L., Drach, B., Middleton, D., Bernholdt, D., Chanchio, K., Foster, I., Nefedova, V., Brown, D. and Fox, P., An ontology for scientific information in a grid environment: the Earth System Grid. 2003, IEEE, 626-632.

247. Ranganathan, K. and Foster, I. Simulation studies of computation and data scheduling algorithms for data grids. *Journal of Grid Computing*, 1(1):53-62, 2003.

248. Ranganathan, K. and Foster, I. Computation scheduling and data replication algorithms for data grids. *INTERNATIONAL SERIES IN OPERATIONS RESEARCH AND MANAGEMENT SCIENCE*:359-376, 2003.

249. Ranganathan, K., Ripeanu, M., Sarin, A. and Foster, I. To Share or not to Share. *Workshop on Economics of Peer-to-Peer Systems, jun*, 2003.

250. Siebenlist, F., Foster, I., Bresnahan, J., Czajkowski, K., Gawor, J., Kesselman, C., Meder, S., Pearlman, L. and Tuecke, S. Security for Grid Services. *Proc. 12th IEEE International Symposium on High Performance Distributed Computing*, 48, 2003.

251. Welch, V., Siebenlist, F., Foster, I., Bresnahan, J., Czajkowski, K., Gawor, J., Kesselman, C., Meder, S., Pearlman, L. and Tuecke, S., Security for grid services. 2003, IEEE, 48-57.

252. Williams, D., Middleton, D., Foster, I., Nevedova, V., Kesselman, C., Chervenak, A., Bharathi, S., Drach, B., Cinquni, L. and Brown, D. Earth System Grid II (ESG): Turning Climate Model Datasets Into Community Resources. *AGU Fall Meeting Abstracts*, 1:0178, 2003.

253. Yang, L., Foster, I. and Schopf, J.M., Homeostatic and tendency-based cpu load predictions. 2003, IEEE, 9 pp.

254. Yang, L., Schopf, J.M. and Foster, I., Conservative scheduling: Using predicted variance to improve scheduling decisions in dynamic environments. 2003, ACM, 31.

255. Allcock, W.E., Foster, I. and Madduri, R. Reliable data transport: A critical service for the grid. *Building Service Based Grids Workshop Global Grid Forum*, 11, 2004.

256. Almes, G., Cummings, J., Birnholtz, J.P., Foster, I., Hey, T. and Spencer, B., CSCW and cyberinfrastructure: opportunities and challenges. 2004, ACM, 270-273.

257. Czajkowski, K., Ferguson, D., Foster, I., Frey, J., Graham, S., Maguire, T., Snelling, D. and Tuecke, S. *From open grid services infrastructure to ws-resource framework: Refactoring & evolution*. March, 2004.

258. Czajkowski, K., Foster, I., Kesselman, C. and Tuecke, S., Grid service level agreements: Grid resource management with intermediaries. 2004, Kluwer Academic Publishers, 119-134.

259. Dumitrescu, C. and Foster, I., Usage policy-based CPU sharing in virtual organizations. 2004, IEEE Computer Society, 53-60.

260. Dumitrescu, C., Raicu, I., Ripeanu, M. and Foster, I., Diperf: an automated distributed performance testing framework. 2004, IEEE, 289-296.

261. Dumitrescu, C.L., Wilde, M. and Foster, I. Usage Policies at the Site Level in Grid. 2004.

262. Foster, I. WS-resource framework: Globus alliance perspectives. *GlobusWORLD, January*, 20, 2004.

263. Foster, I., Grid Small and Large: Distributed Systems and Global Communities. 2004, IEEE Computer Society, 27.

264. Foster, I., Fidler, M., Roy, A., Sander, V. and Winkler, L. End-to-end quality of service for high-end applications. *Computer Communications*, 27(14):1375-1388, 2004.

265. Foster, I., Frey, J., Graham, S., Tuecke, S., Czajkowski, K., Ferguson, D., Leymann, F., Nally, M., Storey, T. and Vambenepe, W. Modeling stateful resources with web services. *Globus Alliance*, 2004.

266. Foster, I., Gieraltowski, J., Gose, S., Maltsev, N., May, E., Rodriguez, A., Sulakhe, D., Vaniachine, A., Shank, J. and Youssef, S., The Grid2003 production Grid: Principles and practice. 2004, IEEE, 236-245.

267. Foster, I., Jennings, N.R. and Kesselman, C., Brain meets brawn: Why grid and agents need each other. 2004, IEEE Computer Society, 8-15.

268. Foster, I. and Kesselman, C. *The grid: blueprint for a new computing infrastructure*. Morgan Kaufmann, 2004.

269. Foster, I., Kesselman, C., Mulmo, O., Pearlman, L., Gawor, J., Meder, S. and Siebenlist, F. X. 509 Proxy Certificates for Dynamic Delegation. *Proceedings of the 3rd Annual PKI R&D Workshop, Gaithersburg MD, USA*, 2004.

270. Foster, I., Kesselman, C., Nick, J. and Tuecke, S. The physiology of the grid: An open grid services architecture for distributed systems integration. 2002. *Globus Project*, 2004.

271. Iamnitchi, A., Ripeanu, M. and Foster, I., Small-world file-sharing communities. 2004, Ieee, 952-963 vol. 952.

272. Johnson, J.R. and Foster, I., Ouroboros: a tool for building generic, hybrid, divide & conquer algorithms. 2004, IEEE, 78.

273. Keahey, K., Doering, K. and Foster, I., From sandbox to playground: Dynamic virtual environments in the grid. 2004, IEEE, 34-42.

274. Liu, C. and Foster, I., A constraint language approach to matchmaking. 2004, IEEE, 7-14.

275. Moreau, L., Zhao, Y., Foster, I., Voeckler, J. and Wilde, M. Specifying and Iterating over

Virtual Datasets. 2004.

276. Pearlman, L., Kesselman, C., Gullapalli, S., Spencer Jr, B., Futrelle, J., Ricker, K., Foster, I., Hubbard, P. and Severance, C., Distributed hybrid earthquake engineering experiments: Experiences with a ground-shaking grid application. 2004, IEEE, 14-23.

277. Raicu, I., Dumitrescu, C., Ripeanu, M. and Foster, I. DiPerF: automated DIstributed PERformance testing Framework. 2004.

278. Ranganathan, K. and Foster, I. Computation and data scheduling for large scale distributed computing. *Proceedings of the 19th IEEE Euromicro-PDP*, 4:263-275, 2004.

279. Ranganathan, K., Ripeanu, M., Sarin, A. and Foster, I., Incentive mechanisms for large collaborative resource sharing. 2004, IEEE, 1-8.

280. Ripeanu, M., Bowman, M., Chase, J.S., Foster, I. and Milenkovic, M., Globus and planetlab resource management solutions compared. 2004, IEEE, 246-255.

281. Schissel, D., Burruss, J., Finkelstein, A., Flanagan, S., Foster, I., Fredian, T., Greenwald, M., Johnson, C., Keahey, K. and Klasky, S. Building the us national fusion grid: Results from the national fusion collaboratory project. *Fusion engineering and design*, 71(1):245-250, 2004.

282. Schissel, D., Keahey, K., Araki, T., Burruss, J., Feibush, E., Flanagan, S., Foster, I., Fredian, T., Greenwald, M. and Klasky, S. The National Fusion Collaboratory Project: Applying Grid Technology for Magnetic Fusion Research. *Proceedings of the Workshop on Case Studies on Grid Applications at GGF10*, 2004.

283. Smith, W., Foster, I. and Taylor, V. Predicting application run times with historical information. *Journal of Parallel and Distributed Computing*, 64(9):1007-1016, 2004.

284. Spencer, B., Finholt, T., Foster, I., Kesselman, C., Beldica, C., Futrelle, J., Gullapalli, S., Hubbard, P., Liming, L. and Marcusiu, D. Neesgrid: A distributed collaboratory for advanced earthquake engineering experiment and simulation. *13th World Conference on Earthquake Engineering*, 2004.

285. Welch, V., Foster, I., Kesselman, C., Mulmo, O., Pearlman, L., Tuecke, S., Gawor, J., Meder, S. and Siebenlist, F. X. 509 proxy certificates for dynamic delegation. *3rd annual PKI R&D workshop*, 14, 2004.

286. Zhao, Y., Wilde, M., Foster, I., Voeckler, J., Jordan, T., Quigg, E. and Dobson, J., Grid middleware services for virtual data discovery, composition, and integration. 2004, ACM, 57-62.

287. Allcock, B., Chervenak, A., Foster, I., Kesselman, C. and Livny, M. Data Grid tools: enabling science on big distributed data. *Journal of Physics: Conference Series*, 16:571, 2005.

288. Allcock, W., Bresnahan, J., Kettimuthu, R., Link, M., Dumitrescu, C., Raicu, I. and Foster, I., The Globus striped GridFTP framework and server. 2005, IEEE Computer Society, 54.

289. Bernholdt, D., Bharathi, S., Brown, D., Chanchio, K., Chen, M., Chervenak, A., Cinquini, L., Drach, B., Foster, I. and Fox, P. The earth system grid: Supporting the next generation of climate modeling research. *Proceedings of the IEEE*, 93(3):485-495, 2005.

290. Czajkowski, K., Foster, I. and Kesselman, C. Agreement-based resource management. *Proceedings of the IEEE*, 93(3):631-643, 2005.

291. Dumitrescu, C. and Foster, I. GRUBER: A Grid resource usage SLA broker. *Euro-Par 2005 Parallel Processing*:644-644, 2005.

292. Dumitrescu, C., Foster, I. and Raicu, I. A Scalability and Performance Evaluation of a distributed Usage SLA-based Broker in Large Grid Environments. *GriPhyN/iVDGL Technical Report*, 2005.

293. Dumitrescu, C., Raicu, I. and Foster, I., Di-gruber: A distributed approach to grid resource brokering. 2005, IEEE Computer Society, 38.

294. Dumitrescu, C., Raicu, I. and Foster, I. Experiences in running workloads over Grid3. *Grid and Cooperative Computing-GCC 2005*:274-286, 2005.

295. Dumitrescu, C.L. and Foster, I., GangSim: a simulator for grid scheduling studies. 2005, IEEE,

1151-1158 Vol. 1152.

296. Dumitrescu, C.L., Wilde, M. and Foster, I., A model for usage policy-based resource allocation in grids. 2005, IEEE, 191-200.

297. Foster, I. Globus toolkit version 4: Software for service-oriented systems. *Network and Parallel Computing*:2-13, 2005.

298. Foster, I. Service-oriented science. *Science*, 308(5723):814, 2005.

299. Foster, I. A new era in computing: Moving services onto grid. *ISPDC. IEEE Computer Society*:3, 2005.

300. Foster, I. Data Grids. *Databasing the Brain*, 2005.

301. Foster, I., Czajkowski, K., Ferguson, D., Frey, J., Graham, S., Maguire, T., Snelling, D. and Tuecke, S. Modeling and managing state in distributed systems: The role of OGSI and WSRF. *Proceedings of the IEEE*, 93(3):604-612, 2005.

302. Foster, I., Keahey, K., Kesselman, C., Laure, E., Livny, M., Martin, S., Rynge, M. and Singh, G. Embedding community-specific resource managers in general-purpose grid infrastructure. *White Paper*, 2005.

303. Foster, I., Kishimoto, H., Savva, A., Berry, D., Djaoui, A., Grimshaw, A., Horn, B., Maciel, F., Siebenlist, F. and Subramaniam, R. The open grid services architecture. *Version*, 1:1-61, 2005.

304. Foster, I., Kishimoto, H., Savva, A., Berry, D., Djaoui, A., Grimshaw, A., Horn, B., Maciel, F., Siebenlist, F. and Subramaniam, R. The Open Grid Services Architecture, v. 1.0. *GGF informational document*, 2005.

305. Foster, I. and Tuecke, S. Describing the elephant: The different faces of IT as service. *Queue*, 3(6):26-29, 2005.

306. Humphrey, M., Wasson, G., Jackson, K., Boverhof, J., Rodriguez, M., Gawor, J., Bester, J., Lang, S., Foster, I. and Meder, S., State and events for Web services: a comparison of five WS-resource framework and WS-notification implementations. 2005, IEEE, 3-13.

307. Humphrey, M., Wasson, G., Jackson, K., Boverhof, J., Rodriguez, M., Gawor, J., Bester, J., Lang, S., Foster, I. and Meder, S. High Performance Distributed Computing, 2005. HPDC-14. Proceedings. 14th IEEE International Symposium on. 2005.

308. Iamnitchi, A. and Foster, I., Interest-aware information dissemination in small-world communities. 2005, IEEE, 167-175.

309. Keahey, K., Foster, I., Freeman, T. and Zhang, X. Virtual workspaces: Achieving quality of service and quality of life in the grid. *Scientific Programming*, 13(4):265-275, 2005.

310. Keahey, K., Foster, I., Freeman, T., Zhang, X. and Galron, D. Virtual workspaces in the grid. *Euro-Par 2005 Parallel Processing*:627-627, 2005.

311. Liu, C. and Foster, I., Efficient and robust computation of resource clusters in the Internet. 2005, IEEE, 1-9.

312. Liu, C. and Foster, I. DB_CSP: A Framework and Algorithms for Applying Constraint Solving within Relational Databases. *19th Workshop on (Constraint) Logic Programming*, 2005.

313. Liu, C., Yang, L. and Foster, I., Efficient relational joins with arithmetic constraints on multiple attributes. 2005, IEEE, 210-220.

314. Mikeal, A.B., Allcock, B., Foster, I., Nefedova, V., Chervenak, A., Deelman, E., Kesselman, C., Lee, J., Sim, A. and Shoshani, A. ANNOTATED BIBLIOGRAPHY CPSC 613—Operating Systems. 2005.

315. Moreau, L., Zhao, Y., Foster, I., Voeckler, J. and Wilde, M. XDTM: The XML data type and mapping for specifying datasets. *Advances in Grid Computing-EGC 2005*:15-51, 2005.

316. Raicu, I., Dumitrescu, C. and Foster, I. A Performance Analysis of the Globus Toolkit's Job Submission, GRAM. 2005.

317. Ripenau, M., Foster, I., Iamnitchi, A. and Rogers, A. UMM: A Dynamically Adaptive, Unstructured, Multicast Overlay. *Proceedings of IEEE Infocom*, 2004, 2005.

318. Sulakhe, D., Rodriguez, A., D'Souza, M., Wilde, M., Nefedova, V., Foster, I. and Maltsev, N., GNARE: an environment for grid-based high-throughput genome analysis. 2005, IEEE, 455-462 Vol. 451.

319. Sulakhe, D., Rodriguez, A., D'Souza, M., Wilde, M., Nefedova, V., Foster, I. and Maltsev, N. GNARE: automated system for high-throughput genome analysis with grid computational backend. *Journal of clinical monitoring and computing*, 19(4):361-369, 2005.

320. Yang, L., Schopf, J.M. and Foster, I., Improving parallel data transfer times using predicted variances in shared networks. 2005, IEEE, 734-742 Vol. 732.

321. Zhao, Y., Dobson, J., Foster, I., Moreau, L. and Wilde, M. A notation and system for expressing and executing cleanly typed workflows on messy scientific data. *ACM Sigmod Record*, 34(3):37-43, 2005.

322. Andreica, M.I., Tapus, N., Dumitrescu, C., Iosup, A., Epema, D., Raicu, I., Foster, I. and Ripeanu, M. Towards ServMark, an Architecture for Testing Grid Services. 2006.

323. Bose, R., Foster, I. and Moreau, L. Report on the International Provenance and Annotation Workshop:(IPAW'06) 3-5 May 2006, Chicago. *ACM SIGMOD Record*, 35(3):51-53, 2006.

324. Bresnahan, J. and Foster, I. An Architecture for Dynamic Allocation of Compute Cluster Bandwidth, MS Thesis, Department of Computer Science, University of Chicago, 2006.

325. Bresnahan, J., Kettimuthu, R. and Foster, I., XIOPerf: A Tool for Evaluating Network Protocols. 2006, IEEE, 1-9.

326. Dumitrescu, C.L., Raicu, I. and Foster, I. *Extending a Distributed Usage SLA Resource Broker to Support Dynamic Grid Environments*. under review at EuroPar, 2006.

327. Fang, W., Moreau, L., Ananthakrishnan, R., Wilde, M. and Foster, I., Exposing UDDI service descriptions and their metadata annotations as ws-resources. 2006, IEEE, 128-135.

328. Foster, I. Globus toolkit version 4: Software for service-oriented systems. *Journal of Computer Science and Technology*, 21(4):513-520, 2006.

329. Foster, I. 2020 Computing: A two-way street to science's future. *Nature*, 440(7083):419-419, 2006.

330. Foster, I. A Globus primer. 2006.

331. Foster, I., Service-oriented science: scaling eScience impact. 2006, IEEE, 9-10.

332. Foster, I. Grid Technology and Multidisciplinary Science. *IAU Special Session*, 3:6, 2006.

333. Foster, I., Freeman, T., Keahy, K., Scheftner, D., Sotomayer, B. and Zhang, X., Virtual clusters for grid communities. 2006, IEEE, 513-520.

334. Foster, I. and Kesselman, C. Scaling system-level science: Scientific exploration and IT implications. *Computer*, 39(11):31-39, 2006.

335. Foster, I. and Kesselman, C. Security and Policy for Group Collaboration. University of Southern California, 2006.

336. Foster, I., Kesselman, C., Nick, J. and Tuecke, S. The Physiology of the Grid: An Open Grid Services Architecture for Distributed Systems Integration. Globus Project, 2002, 2006.

337. Foster, I. and Moreau, L. *Provenance and Annotation of Data: International Provenance and Annotation Workshop, IPAW 2006, Chicago, IL, USA, May 3-5, 2006; Revised Selected Papers*. Springer, 2006.

338. Foster, I., Nefedova, V., Ahsant, M., Ananthakrishnan, R., Liming, L., Madduri, R., Mulmo, O., Pearlman, L. and Siebenlist, F. Streamlining Grid operations: Definition and deployment of a portal-based user registration service. *Journal of Grid Computing*, 4(2):135-144, 2006.

339. Foster, I. and Serón, F.J. *Diseño y construcción de programas paralelos: Capítulos traducidos del libro" Designing and building parallel programs" de Ian Foster*. Universidad de Zaragoza, Departamento de Informática e ingeniería de sistemas, 2006.

340. Freeman, T., Keahey, K., Foster, I., Rana, A., Sotomoayor, B. and Würthwein, F. Division of labor: Tools for growing and scaling grids. *Service-Oriented Computing–ICSOC 2006*:40-51, 2006.

341. Freeman, T., Keahey, K., Sotomayor, B., Zhang, X., Foster, I. and Scheftner, D. *Virtual Clusters for Grid Communities*. CCGrid, 2006.

342. Keahey, K., Chase, J. and Foster, I., Virtual playgrounds: managing virtual resources in the grid. 2006, IEEE, 8 pp.

343. Keahey, K., Foster, I., Freeman, R., Rana, A., Sotomayor, B. and Wuerthwein, F. *Division of Labor: Tools for Growth and Scalability of the Grids*. White Paper, 2006.

344. Lang, B., Foster, I., Siebenlist, F., Ananthakrishnan, R. and Freeman, T., A multipolicy authorization framework for grid security. 2006, IEEE, 269-272.

345. Liu, C., Nestorov, S. and Foster, I. Efficient processing of relational queries with constraints over the sum of multiple attributes. *submitted to VLDB, Soel, Korean*, 2006.

346. Meyer, L., Annis, J., Wilde, M., Mattoso, M. and Foster, I., Planning spatial workflows to optimize grid performance. 2006, ACM, 786-790.

347. Middleton, D., Bernholdt, D., Brown, D., Chen, M., Chervenak, A., Cinquini, L., Drach, R., Fox, P., Jones, P. and Kesselman, C. Enabling worldwide access to climate simulation data: the earth system grid (ESG). *Journal of Physics: Conference Series*, 46:510, 2006.

348. Moreau, L. and Foster, I. *Provenance and annotation of data: International Provenance and Annotation Workshop, IPAW 2006, Chicago, IL, USA, May 3-5, 2006: revised selected papers*. Springer Verlag, 2006.

349. Nefedova, V., Jacob, R., Foster, I., Liu, Z., Liu, Y., Deelman, E., Mehta, G., Su, M.H. and Vahi, K., Automating climate science: Large ensemble simulations on the TeraGrid with the GriPhyN virtual data system. 2006, IEEE, 32-32.

350. Raicu, I., Dumitrescu, C., Ripeanu, M. and Foster, I. The design, performance, and use of DiPerF: An automated distributed performance evaluation framework. *Journal of Grid Computing*, 4(3):287-309, 2006.

351. Raicu, I. and Foster, I. Storage and Compute Resource Management via DYRE, 3DcacheGrid, and CompuStore. Technical Report, University of Chicago, 2006, http://people. cs. uchicago. edu/~ iraicu/research/reports/up/Storage_Compute_RM_Performance_0 6. pdf, 2006.

352. Raicu, I. and Foster, I. DRP: Dynamic Resource Provisioning. *CEDPS Scalable Services Report*, 2006.

353. Raicu, I., Foster, I. and Szalay, A. Harnessing grid resources to enable the dynamic analysis of large astronomy datasets. *IEEE/ACM International Conference for High Performance Computing, Networking, Storage, and Analysis (SC06)*, 2006.

354. Raicu, I., Foster, I., Szalay, A. and Turcu, G. AstroPortal: A Science Gateway for Large-scale Astronomy Data Analysis. *TeraGrid Conference*:12-15, 2006.

355. Rana, A.S., Keahey, K., Freeman, T., Sotomayor, B., Foster, I., Wurthwein, F. and Vaniachin, A., Blueprint and First Experiences Bridging Hardware Virtualization and Global Grids for Advanced Scientific Computing: Designing and Building a Global Edge Services Framework (ESF) for OSG, EGEE, and LCG. 2006, IEEE, 627-631.

356. Schopf, J.M., Pearlman, L., Miller, N., Kesselman, C., Foster, I., D'Arcy, M. and Chervenak, A. Monitoring the grid with the Globus Toolkit MDS4. *Journal of Physics: Conference Series*, 46:521, 2006.

357. Sotomayor, B., Keahey, K. and Foster, I., Overhead matters: A model for virtual resource management. 2006, Ieee, 5-5.

358. Spencer, B., Butler, R., Ricker, K., Marcusiu, D., Finholt, T., Foster, I. and Kesselman, C. Cyberenvironment project management: lessons learned. *National Science Foundation, Washington, DC*, 2006.

359. Sulakhe, D., Rodriguez, A., Wilde, M., Foster, I. and Maltsev, N., Using multiple Grid resources for Bioinformatics applications in GADU. 2006, IEEE, 7 pp.-41.

360. Szalay, A., Bunn, A., Gray, J., Foster, I. and Raicu, I. The importance of data locality in distributed computing applications. *NSF Workflow Workshop*, 2006.

361. Van Horn, J.D., Dobson, J., Wilde, M., Woodward, J., Zhao, Y., Voeckler, J. and Foster, I. Grid Computing and the Future of Neuroscience Computation. *Methods in mind*:141, 2006.

362. Yang, L., Schopf, J.M., Dumitrescu, C.L. and Foster, I., Statistical data reduction for efficient application performance monitoring. 2006, IEEE, 8 pp.

363. Zhao, Y., Wilde, M. and Foster, I. Applying the virtual data provenance model. *Provenance and Annotation of Data*:148-161, 2006.

364. Zhao, Y., Wilde, M. and Foster, I. A virtual data provenance model. *Proceedings of the International Provenance and Annotation Workshop 2006 IPAW 2006*, 2006.

365. Zhao, Y., Wilde, M., Foster, I., Voeckler, J., Dobson, J., Gilbert, E., Jordan, T. and Quigg, E. Virtual data Grid middleware services for data-intensive science. *Concurrency and Computation: Practice and Experience*, 18(6):595-608, 2006.

366. Ananthakrishnan, R., Bernholdt, D., Bharathi, S., Brown, D., Chen, M., Chervenak, A., Cinquini, L., Drach, R., Foster, I. and Fox, P. Building a global federation system for climate change research: the earth system grid center for enabling technologies (ESG-CET). *Journal of Physics: Conference Series*, 78:012050, 2007.

367. Baranovski, A., Bharathi, S., Bresnahan, J., Chervenak, A., Foster, I., Fraser, D., Freeman, T., Gunter, D., Jackson, K. and Keahey, K. Enabling distributed petascale science. *Journal of Physics: Conference Series*, 78:012020, 2007.

368. Bresnahan, J., Kettimuthu, R., Link, M. and Foster, I., Harnessing Multicore Processors for High-Speed Secure Transfer. 2007, IEEE, 56-59.

369. Bresnahan, J., Link, M., Kettimuthu, R., Fraser, D. and Foster, I. Gridftp pipelining. *Proceedings of the 2007 TeraGrid Conference*, 2007.

370. Bresnahan, J., Link, M., Khanna, G., Imani, Z., Kettimuthu, R. and Foster, I., Globus GridFTP: what's new in 2007. 2007, ICST (Institute for Computer Sciences, Social-Informatics and Telecommunications Engineering), 19.

371. Dumitrescu, C.L., Dünnweber, J., Lüdeking, P., Gorlatch, S., Raicu, I. and Foster, I. Simplifying Grid Application Programming Using Web-enabled Code Transfer Tools. *Towards Next Generation Grids*:225-235, 2007.

372. Dumitrescu, C.L., Raicu, I. and Foster, I. Usage SLA-based scheduling in Grids. *Concurrency and Computation: Practice and Experience*, 19(7):945-963, 2007.

373. Dumitrescu, C.L., Raicu, I. and Foster, I. The design, usage, and performance of GRUBER: a Grid usage service level agreement based BrokERing infrastructure. *Journal of Grid Computing*, 5(1):99-126, 2007.

374. Feller, M., Foster, I. and Martin, S. GT4 GRAM: A functionality and performance study. *TeraGrid Conference*, 2007.

375. Foster, I. Human-Machine Symbiosis, 50 Years On. *Arxiv preprint arXiv:0712.2255*, 2007.

376. Foster, I. A distributed resources Architecture that Support Advance reservation and Co-Allocation. 2007.

377. Foster, I., Grimshaw, A., Lane, P., Lee, W., Morgan, M., Newhouse, S., Pickles, S., Pulsipher, D., Smith, C. and Theimer, M. OGSA® Basic Execution Service Version 1.0. *Open Grid Forum, GFD*, 108, 2007.

378. Foster, I. and Kesselman, C. Breaking Boundaries: Scaling Collaboration in Time and Space. *Scale-up in Education: Ideas in principle*, 1:189, 2007.

379. Iamnitchi, A. and Foster, I. On fully Decentralized Discovery in Grid environements. 2007.

380. Kettimuthu, R., Allcock, W., Liming, L., Navarro, J.P. and Foster, I., Gridcopy: Moving data fast on the grid. 2007, IEEE, 1-6.

381. Liu, C. and Foster, I., A scalable cluster algorithm for internet resources. 2007, IEEE, 1-8.

382. Malewicz, G., Foster, I., Rosenberg, A.L. and Wilde, M. A tool for prioritizing DAGMan jobs and its evaluation. *Journal of Grid Computing*, 5(2):197-212, 2007.

383. Meyer, L., Scheftner, D., Vöckler, J., Mattoso, M., Wilde, M. and Foster, I. An opportunistic

algorithm for scheduling workflows on grids. *High Performance Computing for Computational Science-VECPAR 2006*:1-12, 2007.

384. Nestorov, S., Liu, C. and Foster, I., Efficient processing of relational queries with sum constraints. 2007, Springer-Verlag, 440-451.

385. Oster, S., Langella, S., Hastings, S., Ervin, D., Madduri, R., Kurc, T., Siebenlist, F., Covitz, P., Shanbhag, K. and Foster, I. caGrid 1.0: A grid enterprise architecture for cancer research. *AMIA Annual Symposium Proceedings*, 2007:573, 2007.

386. Pordes, R., Petravick, D., Kramer, B., Olson, D., Livny, M., Roy, A., Avery, P., Blackburn, K., Wenaus, T. and Würthwein, F. The open science grid. *Journal of Physics: Conference Series*, 78:012057, 2007.

387. Qi, L., Jin, H., Foster, I. and Gawor, J., HAND: highly available dynamic deployment infrastructure for globus toolkit 4. 2007, IEEE, 155-162.

388. Raicu, I., Dumitrescu, C. and Foster, I. Dynamic resource provisioning in grid environments. *TeraGrid Conference*, 2007.

389. Raicu, I., Zhao, Y., Dumitrescu, C., Foster, I. and Wilde, M., Falkon: a Fast and Light-weight tasK executiON framework. 2007, IEEE, 1-12.

390. Raicu, I., Zhao, Y., Dumitrescu, C., Foster, I. and Wilde, M. Falkon: A Proposal for Project Globus Incubation. *Globus Incubation Management Project*, 2007.

391. Ripeanu, M., Iamnitchi, A., Foster, I. and Rogers, A. In Search of Simplicity: A Self-Organizing Multi-Source Multicast Overlay. *Arxiv preprint cs/0702157*, 2007.

392. Schopf, J.M., Chervenak, A., Foster, I., Fraser, D., Gunter, D., LeRoy, N. and Tierney, B. End-to-end data solutions for distributed petascale science. *CTWatch Quarterly*, 3(4):1, 2007.

393. Sotomayor, B., Keahey, K., Foster, I. and Freeman, T. Enabling cost-effective resource leases with virtual machines. *Hot Topics session in ACM/IEEE International Symposium on High Performance Distributed Computing*, 2007, 2007.

394. Stef-Praun, T., Clifford, B., Foster, I., Hasson, U., Hategan, M., Small, S.L., Wilde, M. and Zhao, Y. Accelerating medical research using the Swift Workflow System. *Studies in health technology and informatics*, 126:207, 2007.

395. Stef-Praun, T., Madeira, G.A., Foster, I. and Townsend, R. Accelerated Solution of Moral Hazard Problems through the Swift Grid Scripting System. 2007.

396. Tiberiu, S.P., CLIFFORD, B., FOSTER, I., HASSON, U., HATEGAN, M., SMALL, S.L., WILDE, M. and Yong, Z. Accelerating Medical Research using the Swift Workflow System. *Studies in health technology and informatics*, 126:207, 2007.

397. Welch, V., Foster, I., Scavo, T., Siebenlist, F., Catlett, C., Gemmill, J. and Skow, D. Scaling teragrid access: A testbed for identity management and attribute-based authorization. *TeraGrid 2007 Conference*:4-6, 2007.

398. Williams, D., Bernholdt, D.E., Foster, I. and Middleton, D. The earth system grid center for enabling technologies: Enabling community access to petascale climate datasets. *CTWatch Quarterly*, 3(4), 2007.

399. Yang, L. and Foster, I. *Anomaly management in grid environments*. University Microfilms International, P. O. Box 1764, Ann Arbor, MI, 48106, USA, 2007.

400. Yang, L., Liu, C., Schopf, J.M. and Foster, I., Anomaly detection and diagnosis in grid environments. 2007, ACM, 33.

401. Zhao, Y., Hategan, M., Clifford, B., Foster, I., Von Laszewski, G., Nefedova, V., Raicu, I., Stef-Praun, T. and Wilde, M., Swift: Fast, reliable, loosely coupled parallel computation. 2007, IEEE, 199-206.

402. Zhao, Y., Wilde, M. and Foster, I. Virtual data language: A typed workflow notation for diversely structured scientific data. *Workflows for e-Science*:258-275, 2007.

403. Balaji, P., Feng, W., Lin, H., Archuleta, J., Matsuoka, S., Warren, A., Setubal, J., Lusk, E., Thakur, R. and Foster, I. Distributed I/O with ParaMEDIC: Experiences with a worldwide

supercomputer. *Proceedings of the IEEE International Supercomputing Conference*, 2008.

404. Baranovski, A., Beattie, K., Bharathi, S., Boverhof, J., Bresnahan, J., Chervenak, A., Foster, I., Freeman, T., Gunter, D. and Keahey, K. Enabling petascale science: data management, troubleshooting, and scalable science services. *Journal of Physics: Conference Series*, 125:012068, 2008.

405. Chard, K., Onyuksel, C., Tan, W., Sulakhe, D., Madduri, R. and Foster, I., Build Grid Enabled Scientific Workflows Using gRAVI and Taverna. 2008, IEEE, 614-619.

406. Cheng, Y., Leon-Garcia, A. and Foster, I. Toward an autonomic service management framework: A holistic vision of SOA, AON, and autonomic computing. *Communications Magazine, IEEE*, 46(5):138-146, 2008.

407. Childers, L., Liming, L. and Foster, I. Perspectives on distributed computing: thirty people, four user types, and the distributed computing user experience. Argonne National Laboratory (ANL), 2008.

408. Clifford, B., Foster, I., Voeckler, J.S., Wilde, M. and Zhao, Y. Tracking provenance in a virtual data grid. *Concurrency and Computation: Practice and Experience*, 20(5):565-575, 2008.

409. Dumitrescu, C., Iosup, A., Mohamed, H., Epema, D.H.J., Ripeanu, M., Tapus, N., Raicu, I. and Foster, I. ServMark: A Framework for Testing Grid Services. 2008.

410. Fisher, R.T., Kadanoff, L., Lamb, D., Dubey, A., Plewa, T., Calder, A., Cattaneo, F., Constantin, P., Foster, I. and Papka, M. Terascale turbulence computation using the FLASH3 application framework on the IBM Blue Gene/L system. *IBM Journal of Research and Development*, 52(1.2):127-136, 2008.

411. Foster, I. Services for Science. *Service-Oriented Computing–ICSOC 2008*:3-3, 2008.

412. Foster, I., From the heroic to the logistical: programming model implications of new supercomputing applications. 2008, ACM, 57-58.

413. Foster, I. Global Environments through the Quaternary-By David E Anderson, Andrew S Goudie and Adrian G Parker. *The Geographical Journal*, 174(1):85-85, 2008.

414. Foster, I. Grid and Data Mining: More Related Than You Might Think. 2008.

415. Foster, I., Parastatidis, S., Watson, P. and Mckeown, M. How do I model state?: Let me count the ways. *Communications of the ACM*, 51(9):34-41, 2008.

416. Foster, I., Zhao, Y., Raicu, I. and Lu, S., Cloud computing and grid computing 360-degree compared. 2008, Ieee, 1-10.

417. Fraser, D. and Foster, I. Engaging with the lead science gateway project: Lessons learned in successfully deploying complex system solutions on teragrid. *TeraGrid Conference*, 2008.

418. Jamieson, A., Giger, M., Wilde, M., Pesce, L. and Foster, I. SU-GG-I-04: Grid-Computing for Optimization of CAD. *Medical Physics*, 35:2643, 2008.

419. Kesselman, C., Foster, I. and Pham, Q. Virtual Organizations By the g y Rules. 2008.

420. Kettimuthu, R., Wantao, L., Siebenlist, F. and Foster, I., Communicating security assertions over the gridftp control channel. 2008, IEEE, 426-427.

421. Khanna, G., Catalyurek, U., Kurc, T., Kettimuthu, R., Sadayappan, P., Foster, I. and Saltz, J., Using overlays for efficient data transfer over shared wide-area networks. 2008, IEEE, 1-12.

422. Khanna, G., Catalyurek, U., Kurc, T., Sadayappan, P., Saltz, J., Kettimuthu, R. and Foster, I., Multi-hop path splitting and multi-pathing optimizations for data transfers over shared wide-area networks using gridFTP. 2008, ACM, 225-226.

423. Moreau, L., Ludäscher, B., Altintas, I., Barga, R.S., Bowers, S., Callahan, S., Chin Jr, G., Clifford, B., Cohen, S. and Cohen-Boulakia, S. Special issue: The first provenance challenge. *Concurrency and Computation: Practice and Experience*, 20(5):409-418, 2008.

424. Oster, S., Langella, S., Hastings, S., Ervin, D., Madduri, R., Phillips, J., Kurc, T., Siebenlist, F., Covitz, P. and Shanbhag, K. caGrid 1.0: an enterprise Grid infrastructure for biomedical research. *Journal of the American Medical Informatics Association*, 15(2):138, 2008.

425. Qi, L., Jin, H., Foster, I. and Gawor, J. Provisioning for dynamic instantiation of community

services. *Internet Computing, IEEE*, 12(2):29-36, 2008.

426. QI, L., JIN, H., FOSTER, I. and GAWOR, J. Virtual organizations. *IEEE internet computing*, 12(2):29-36, 2008.

427. Raicu, I., Foster, I.T. and Zhao, Y., Many-task computing for grids and supercomputers. 2008, Ieee, 1-11.

428. Raicu, I., Zhang, Z., Wilde, M. and Foster, I. Enabling Loosely-Coupled Serial Job Execution on the IBM BlueGene/P Supercomputer and the SiCortex SC5832. *Arxiv preprint arXiv:0808.3536*, 2008.

429. Raicu, I., Zhang, Z., Wilde, M., Foster, I., Beckman, P., Iskra, K. and Clifford, B., Toward loosely coupled programming on petascale systems. 2008, IEEE Press, 22.

430. Raicu, I., Zhao, Y., Foster, I. and Szalay, A. Data Diffusion: Dynamic Resource Provision and Data-Aware Scheduling for Data Intensive Applications. *Arxiv preprint arXiv:0808.3535*, 2008.

431. Raicu, I., Zhao, Y., Foster, I., Wilde, M., Zhang, Z., Clifford, B., Hategan, M. and Kenny, S. Managing and Executing Loosely Coupled Large Scale Applications on Clusters, Grids, and Supercomputers. *Extended Abstract, GlobusWorld08, part of Open Source Grid and Cluster Conference*, 2008.

432. Raicu, I., Zhao, Y., Foster, I.T. and Szalay, A., Accelerating large-scale data exploration through data diffusion. 2008, ACM, 9-18.

433. Saltz, J., Kurc, T., Hastings, S., Langella, S., Oster, S., Ervin, D., Sharma, A., Pan, T., Gurcan, M. and Permar, J. e-Science, caGrid, and translational biomedical research. *Computer*, 41(11):58-66, 2008.

434. Sotomayor, B., Keahey, K. and Foster, I., Combining batch execution and leasing using virtual machines. 2008, ACM, 87-96.

435. Sotomayor, B., Montero, R.S., Llorente, I.M. and Foster, I. Capacity leasing in cloud systems using the opennebula engine. *Cloud Computing and Applications*, 2008:1-5, 2008.

436. Spencer Jr, B., Butler, R., Ricker, K., Marcusiu, D., Finholt, T.A., Foster, I., Kesselman, C. and Birnholtz, J.P. NEESgrid: Lessons learned for future cyberinfrastructure development. *Science*, 1:331, 2008.

437. Stef-Praun, T., Madeira, G.A., Foster, I. and Townsend, R. Accelerated solution of a moral hazard problem with Swift. 2008.

438. Sulakhe, D., Rodriguez, A., Wilde, M., Foster, I. and Maltsev, N. Interoperability of GADU in using heterogeneous grid resources for bioinformatics applications. *Information Technology in Biomedicine, IEEE Transactions on*, 12(2):241-246, 2008.

439. Tan, W., Foster, I. and Madduri, R. Combining the power of Taverna and caGrid: Scientific workflows that enable web-scale collaboration. *Internet Computing, IEEE*, 12(6):61-68, 2008.

440. Tan, W., Madduri, R., Keshav, K., Suzek, B.E., Oster, S. and Foster, I., Orchestrating cagrid services in taverna. 2008, IEEE, 14-20.

441. Turcu, G., Nestorov, S. and Foster, I. Data Warehouse and Data Mining-Efficient Incremental Maintenance of Derived Relations and BLAST Computations in Bioinformatics Data Warehouses. *Lecture Notes in Computer Science*, 5182:135-145, 2008.

442. Turcu, G., Nestorov, S. and Foster, I. Efficient Incremental Maintenance of Derived Relations and BLAST Computations in Bioinformatics Data Warehouses. *Data Warehousing and Knowledge Discovery*:135-145, 2008.

443. Williams, D., Ananthakrishnan, R., Bernholdt, D., Bharathi, S., Brown, D., Chen, M., Chervenak, A., Cinquini, L., Drach, R. and Foster, I. Data management and analysis for the Earth System Grid. *Journal of Physics: Conference Series*, 125:012072, 2008.

444. Zhang, Z., Espinosa, A., Iskra, K., Raicu, I., Foster, I. and Wilde, M., Design and evaluation of a collective IO model for loosely coupled petascale programming. 2008, IEEE, 1-10.

445. Zhao, Y., Raicu, I. and Foster, I., Scientific workflow systems for 21st century, new bottle or new wine? , 2008, IEEE, 467-471.

446. Zhao, Y., Raicu, I., Foster, I., Hategan, M., Nefedova, V. and Wilde, M. Realizing fast, scalable and reliable scientific computations in grid environments. *Arxiv preprint arXiv:0808.3548*, 2008.

447. Bresnahan, J., Link, M., Kettimuthu, R. and Foster, I. Udt as an alternative transport protocol for gridftp. *International Workshop on Protocols for Future, Large-Scale and Diverse Network Transports (PFLDNeT)*:21-22, 2009.

448. Bresnahan, J., Link, M., Kettimuthu, R. and Foster, I. GridFTP Multilinking. *2009 TeraGrid Conference, Arlington, VA*, 2009.

449. Chard, K., Tan, W., Boverhof, J., Madduri, R. and Foster, I., Wrap scientific applications as WSRF grid services using gRAVI. 2009, IEEE, 83-90.

450. Chervenak, A.L., Schuler, R., Ripeanu, M., Ali Amer, M., Bharathi, S., Foster, I., Iamnitchi, A. and Kesselman, C. The globus replica location service: design and experience. *Parallel and Distributed Systems, IEEE Transactions on*, 20(9):1260-1272, 2009.

451. Elliott, J., Franklin, M., Foster, I. and Munson, T. Propagation of data error and parametric sensitivity in computable general equilibrium model forecasts. *Preprint ANL/MCS-P1650-0709, MCS Divsion, Argonne National Laboratory*, 2009.

452. Foster, I., Computing outside the box. 2009, ACM, 3-3.

453. Foster, I. Grid Computing and Applications. 2009.

454. Foster, I., Parastatidis, S., Watson, P. and McKeown, M. How Do I Model State? Let Me Count the Ways. *Queue*, 7(2):54-55, 2009.

455. Hocky, G., Wilde, M., DeBartolo, J., Hategan, M., Foster, I., Sosnick, T.R. and Freed, K.F. Towards petascale ab initio protein folding through parallel scripting. tech. report ANL/MCS-P1645-0609, Argonne National Laboratory, 2009.

456. Hou, Z., Tie, J., Zhou, X., Foster, I. and Wilde, M., ADEM: automating deployment and management of application software on the open science grid. 2009, IEEE, 130-137.

457. Hou, Z., Wilde, M., Hategan, M., Zhou, X., Foster, I. and Clifford, B., Experiences of On-Demand Execution for Large Scale Parameter Sweep Applications on OSG by Swift. 2009, IEEE, 527-532.

458. Lang, B., Foster, I., Siebenlist, F., Ananthakrishnan, R. and Freeman, T. A flexible attribute based access control method for Grid computing. *Journal of Grid Computing*, 7(2):169-180, 2009.

459. Liming, L., Navarro, J.P., Blau, E., Brechin, J., Catlett, C., Dahan, M., Diehl, D., Dooley, R., Dwyer, M. and Ericson, K., TeraGrid's integrated information service. 2009, ACM, 8.

460. Martin, S., Lane, P., Foster, I. and Christie, M. TeraGrid's GRAM Auditing & Accounting, & its Integration with the LEAD Science Gateway. *Proc. of TeraGrid*, 7, 2009.

461. Moyer, E., Foster, I., Judd, K. and Munson, T. Modeling the human dimensions of climate change: The CIM-EARTH project. *IOP Conference Series: Earth and Environmental Science*, 6:492007, 2009.

462. Raicu, I., Foster, I., Zhao, Y., Szalay, A., Little, P., Moretti, C., Chaudhary, A. and Thain, D. Towards data intensive many-task computing. *under review at Data Intensive Distributed Computing: Challenges and Solutions for Large-Scale Information Management*, 2009.

463. Raicu, I., Foster, I., Zhao, Y., Little, P., Moretti, C.M., Chaudhary, A. and Thain, D., The quest for scalable support of data-intensive workloads in distributed systems. 2009, ACM, 207-216.

464. Siebenlist, F., Ananthakrishnan, R., Bernholdt, D., Cinquini, L., Foster, I., Middleton, D., Miller, N. and Williams, D. Earth System Grid Authentication Infrastructure: Integrating Local Authentication, OpenID and PKI. *The 2009 TeraGrid Conference, www. teragrid. org/tg09/files/tg09 submission*, 79, 2009.

465. Siebenlist, F., Ananthakrishnan, R., Bernholdt, D., Cinquini, L., Foster, I., Middleton, D., Miller, N. and Williams, D., Enhancing the earth system grid security infrastructure through single sign-on and autoprovisioning. 2009, ACM, 13.

466. Sotomayor, B., Montero, R.S., Llorente, I.M. and Foster, I. Virtual infrastructure management in private and hybrid clouds. *Internet Computing, IEEE*, 13(5):14-22, 2009.

467. Sotomayor, B., Montero, R.S., Llorente, I.M. and Foster, I., Resource leasing and the art of suspending virtual machines. 2009, IEEE, 59-68.

468. SOTOMAYOR, B., MONTERO, R.S., LLORENTE, I.M. and FOSTER, I. Cloud computing. *IEEE internet computing*, 13(5):14-22, 2009.

469. Tan, W., Chard, K., Sulakhe, D., Madduri, R., Foster, I., Soiland-Reyes, S. and Goble, C., Scientific workflows as services in caGrid: a Taverna and gRAVI approach. 2009, IEEE, 413-420.

470. Tan, W., Missier, P., Madduri, R. and Foster, I. Building scientific workflow with taverna and bpel: A comparative study in cagrid. *Service-Oriented Computing–ICSOC 2008 Workshops*:118-129, 2009.

471. Tuecke, S., Czajkowski, K., Foster, I., Frey, J., Graham, S., Kesselman, C. and Snelling, D. Open grid services infrastructure (OGSI). 2009.

472. Wei Tan, Y.F., Foster, I. and Maddurt, R. In: Cyberinfrastructure Technologies and Applications ISBN: 978-1-60692-063-3 Editor: Junwei Cao© 2009 Nova Science Publishers, Inc. *Cyberinfrastructure Technologies and Applications*:199, 2009.

473. Wilde, M., Foster, I., Iskra, K., Beckman, P., Zhang, Z., Espinosa, A., Hategan, M., Clifford, B. and Raicu, I. Parallel scripting for applications at the petascale and beyond. *Computer*, 42(11):50-60, 2009.

474. WILDE, M., FOSTER, I., ISKRA, K., BECKMAN, P., ZHANG, Z., ESPINOSA, A., HATEGAN, M., CLIFFORD, B. and RAICU, L. Extreme-Scale Computing. *Computer*, 42(11):50-60, 2009.

475. Wilde, M., Raicu, I., Espinosa, A., Zhang, Z., Clifford, B., Hategan, M., Kenny, S., Iskra, K., Beckman, P. and Foster, I. Extreme-scale scripting: Opportunities for large task-parallel applications on petascale computers. *Journal of Physics: Conference Series*, 180:012046, 2009.

476. Williams, D., Foster, I. and Middleton, D. SciDAC's Earth System Grid Center for Enabling Technologies Semi-Annual Progress Report for the Period April 1, 2009 through September 30, 2009. Lawrence Livermore National Laboratory (LLNL), Livermore, CA, 2009.

477. Armstrong, T.G., Zhang, Z., Katz, D.S., Wilde, M. and Foster, I.T., Scheduling many-task workloads on supercomputers: Dealing with trailing tasks. 2010, IEEE, 1-10.

478. Balaji, P., Feng, W., Lin, H., Archuleta, J., Matsuoka, S., Warren, A., Setubal, J., Lusk, E., Thakur, R. and Foster, I. Global-scale distributed I/O with ParaMEDIC. *Concurrency and Computation: Practice and Experience*, 22(16):2266-2281, 2010.

479. Elliott, J., Best, N., Munson, T. and Foster, I. Integrating the Socio-economic and Physical Drivers of Land-use Change at Climate-relevant Scales: an Example with Biofuels. *AGU Fall Meeting Abstracts*, 1:0907, 2010.

480. Elliott, J., Foster, I., Judd, K., Moyer, E. and Munson, T. CIM-EARTH: Framework and Case Study. *The BE Journal of Economic Analysis & Policy*, 10(2):11, 2010.

481. Elliott, J., Foster, I., Judd, K., Moyer, E. and Munson, T. CIM-EARTH: Philosophy, Models, and Case Studies. 2010.

482. Elliott, J., Foster, I., Kortum, S., Munson, T., Cervantes, F.P. and Weisbach, D. Trade and carbon taxes. *American Economic Review*, 100(2):465-469, 2010.

483. Elliott, J.W., Foster, I.T., Judd, K.L., Kortum, S.S., Munson, T.S., Cervantes, F.P. and Weisbach, D.A. A Quantitative Examination of Trade and Carbon Taxes. *Preprint ANL/MCS-P1711–0110, MCS Division, Argonne National Laboratory*, 2010.

484. Foster, I., Elliott, J., Munson, T., Judd, K., Moyer, E. and Sanstad, A. CIM-EARTH: Community Integrated Model of Economic and Resource Trajectories for Humankind. *AGU Fall Meeting Abstracts*, 1:0906, 2010.

485. Gadelha Jr, L.M.R., Clifford, B., Mattoso, M., Wilde, M. and Foster, I. Provenance management in Swift. *Future Generation Computer Systems*, 2010.

486. Gadelha, L., Mattoso, M., Wilde, M. and Foster, I. Towards a threat model for provenance in e-Science. *Provenance and Annotation of Data and Processes*:277-279, 2010.

487. Kettimuthu, R., Schuler, R., Keator, D., Feller, M., Wei, D., Link, M., Bresnahan, J., Liming, L., Ames, J. and Chervenak, A., A data management framework for distributed biomedical research environments. 2010, IEEE, 72-79.

488. Kettimuthu, R., Sim, A., Gunter, D., Allcock, B., Bremer, P.T., Bresnahan, J., Cherry, A., Childers, L., Dart, E. and Foster, I., Lessons learned from moving Earth System Grid data sets over a 20 Gbps wide-area network. 2010, ACM, 316-319.

489. Liu, W., Kettimuthu, R., Li, B. and Foster, I., An adaptive strategy for scheduling data-intensive applications in Grid environments. 2010, IEEE, 642-649.

490. Liu, W., Kettimuthu, R., Tieman, B., Madduri, R., Li, B. and Foster, I. GridFTP GUI: an easy and efficient way to transfer data in grid. *Networks for Grid Applications*:57-66, 2010.

491. Liu, W., Tieman, B., Kettimuthu, R. and Foster, I., A data transfer framework for large-scale science experiments. 2010, ACM, 717-724.

492. Malik, T., Foster, I., Rzhetsky, A., Foster, J. and Evans, J., NONUS: A No-Onus Platform for Generating Grant Reports. 2010, IEEE, 136-140.

493. Montella, R. and Foster, I. Using Hybrid Grid/Cloud Computing Technologies for Environmental Data Elastic Storage, Processing, and Provisioning. *Handbook of Cloud Computing*:595-618, 2010.

494. Raicu, I., Foster, I., Wilde, M., Zhang, Z., Iskra, K., Beckman, P., Zhao, Y., Szalay, A., Choudhary, A. and Little, P. Middleware support for many-task computing. *Cluster Computing*, 13(3):291-314, 2010.

495. Ripeanu, M., Iamnitchi, A., Foster, I. and Rogers, A. In search of simplicity: a self-organizing group communication overlay. *Concurrency and Computation: Practice and Experience*, 22(7):788-815, 2010.

496. Tan, W., Madduri, R., Nenadic, A., Soiland-Reyes, S., Sulakhe, D., Foster, I. and Goble, C. CaGrid Workflow Toolkit: A taverna based workflow tool for cancer grid. *BMC bioinformatics*, 11(1):542, 2010.

497. Tan, W., Missier, P., Foster, I., Madduri, R., De Roure, D. and Goble, C. A comparison of using Taverna and BPEL in building scientific workflows: the case of caGrid. *Concurrency and Computation: Practice and Experience*, 22(9):1098-1117, 2010.

498. Tan, W., Zhang, J. and Foster, I. Network analysis of scientific workflows: A gateway to reuse. *Computer*, 43(9):54-61, 2010.

499. Williams, D., Foster, I., Middleton, D., Ananthakrishnan, R., Siebenlist, F., Shoshani, A., Sim, A., Bell, G., Drach, R. and Ahrens, J. SciDAC's Earth System Grid Center for Enabling Technologies Semi-Annual Progress Report for the Period October 1, 2009 through March 31, 2010. Lawrence Livermore National Laboratory (LLNL), Livermore, CA, 2010.

500. Balkir, A.S., Foster, I. and Rzhetsky, A., A distributed look-up architecture for text mining applications using mapreduce. 2011, ACM, 279-280.

501. Bresnahan, J., Link, M., Kettimuthu, R. and Foster, I., Managed GridFTP. 2011, IEEE, 907-913.

502. Elliott, J., Franklin, M., Foster, I., Munson, T. and Loudermilk, M. Propagation of data error and parametric sensitivity in computable general equilibrium models. *Computational Economics*:1-23, 2011.

503. Foster, I. Globus Online: Accelerating and democratizing science through cloud-based

services. *Internet Computing, IEEE*, 15(3):70-73, 2011.

504. Foster, I. How Computation Changes Research. *Switching Codes: Thinking Through Digital Technology in the Humanities and the Arts*:15, 2011.

505. Gadelha, L., Clifford, B., Mattoso, M., Wilde, M. and Foster, I. Provenance management in Swift with implementation details. Argonne National Laboratory (ANL), 2011.

506. Gadelha, L., Mattoso, M., Wilde, M. and Foster, I. Provenance query patterns for Many-Task scientific computing. *USENIX Workshop on the Theory and Practice of Provenance*, 2011.

507. Helmer, K.G., Ambite, J.L., Ames, J., Ananthakrishnan, R., Burns, G., Chervenak, A.L., Foster, I., Liming, L., Keator, D. and Macciardi, F. Enabling collaborative research using the Biomedical Informatics Research Network (BIRN). *Journal of the American Medical Informatics Association*, 18(4):416-422, 2011.

508. Iamnitchi, A., Ripeanu, M., Santos-Neto, E. and Foster, I. The small world of file sharing. *Parallel and Distributed Systems, IEEE Transactions on*(99):1-1, 2011.

509. Kettimuthu, R., Link, S., Bresnahan, J., Link, M. and Foster, I. Globus XIO Pipe Open Driver: Enabling GridFTP to Leverage Standard Unix Tools. 2011.

510. Liu, W., Tieman, B., Kettimuthu, R. and Foster, I. Moving huge scientific datasets over the Internet. *Concurrency and Computation: Practice and Experience*, 2011.

511. Loudermilk, M., Elliott, J. and Foster, I. Computable General Equilibrium Analysis of Economic Policies on the US Biofuels Market. 2011.

512. Raicu, I., Foster, I.T. and Beckman, P., Making a case for distributed file systems at Exascale. 2011, ACM, 11-18.

513. Tan, W., Zhang, J., Madduri, R., Foster, I., De Roure, D. and Goble, C., ServiceMap: Providing Map and GPS Assistance to Service Composition in Bioinformatics. 2011, IEEE, 632-639.

514. Turcu, G., Foster, I. and Nestorov, S. Reshaping text data for efficient processing on Amazon EC2. *Scientific Programming*, 19(2):133-145, 2011.

515. Wilde, M., Hategan, M., Wozniak, J.M., Clifford, B., Katz, D.S. and Foster, I. Swift: A language for distributed parallel scripting. *Parallel Computing*, 37(May):633-652, 2011.

516. Zhang, J., Madduri, R., Tan, W., Deichl, K., Alexander, J. and Foster, I., Toward Semantics Empowered Biomedical Web Services. 2011, IEEE, 371-378.

517. Zhang, J., Tan, W., Alexander, J., Foster, I. and Madduri, R., Recommend-As-You-Go: A Novel Approach Supporting Services-Oriented Scientific Workflow Reuse. 2011, IEEE, 48-55.

518. Zhang, Z., Katz, D.S., Ripeanu, M., Wilde, M. and Foster, I. AME: An Anyscale Many-Task Computing Engine. *submitted to 6th Workshop on Workflows in Support of Large-Scale Science (WORKS11)*, 2011.