# Exhibit C

**hotfile**

News   Upload   Premium   Hotlink   Affiliate   FAQ

Login / Sign up   Language: English

## As a PREMIUM member you will have the following benefits:

- Unlimited high speed downloads
- Unlimited parallel downloads
- Hot/Direct linking for you files
- Download directly without waiting time and advertising
- Support for download accelerators
- Up to 1200Gb Hot/Direct link traffic included

| $9 | $35 | $55 |
|---|---|---|
| 1 Month Unlimited Downloading | 6 Months Unlimited Downloading | 1 Year Unlimited Downloading |
| 100Gb Hot/Direct Linking | 600Gb Hot/Direct Linking | 1200Gb Hot/Direct Linking |
| Paypal Subscription | Pay by Paypal | Pay by Paypal |

### Resellers

If you're looking for payment provider different than the above or you need a local billing solution, check out our **Resellers**

**Q. What unlimited downloading means? Is it really unlimited?**
A. Yes! Unlike other websites, we allow you to download as much as you want 24/7 with no restrictions. Your daily download is limited only by your connection speed.

**Q. What is hotlink/direct link download?**
A. Hotlink/direct download link enables you to allow other users to download your files with premium privileges fast and easy. Users given with hotlink/direct download link can instantly save the file, without being a HotFile premium member.

**Q. May I embed or hotlink my direct download links?**
A. Yes! You can use your hotlink/direct download links in every site. Hotfile will directly stream your files if hotflink/direct download is enabled for that file.

**Q. How does monthly subscription work?**
A. When you subscribe to a Hotfile plan, your payment method will automatically be set up for monthly recurring billing for your convenience - without having to always manually send money. Your account will remains premium and you don't need to worry about account expiration. Your payment method will automatically be charged one month after your initial transaction and each month thereafter.

For Credit card payments: Segpay is an authorized sales agent and SegPay EU will appear on credit card statement.