UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*    /

FILED by AJS D.C.

MAR 0 5 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**UNOPPOSED MOTION AND MEMORANDUM OF LAW OF DEFENDANTS HOTFILE
CORPORATION AND ANTON TITOV FOR LEAVE TO FILE UNDER SEAL
DEFENDANTS' OBJECTIONS TO THE MAGISTRATE'S REPORT AND
RECOMMENDATION REGARDING PLAINTIFF WARNER'S MOTION TO "USE"
TITOV EXHIBIT 27 IN ITS ENTIRETY AT TRIAL OR ON SUMMARY JUDGMENT**

    Defendants Hotfile Corp. ("Hotfile") and Anton Titov ("Titov"), file this Unopposed Motion to File Documents Under Seal pursuant to Local Rule 5.4, as set forth below in the accompanying memorandum of law.

**MEMORANDUM OF LAW**

    The documents to be filed under seal are:

1. Objections of Defendants Hotfile Corporation and Anton Titov to Magistrate Judge's Report and Recommendation Regarding Plaintiff Warner's Motion to "Use" Titov Exhibit 27 in Its Entirety at Trial or on Summary Judgment and

2. All Exhibits to Defendants' Objections.

The documents should remain under seal until the conclusion of this case. Upon expiration of the sealing period, the sealed documents should be returned to Defendants' counsel.

This motion is filed pursuant to the Magistrate Judge's Sealed Omnibus Order [D.E. # 227] entered by the Court on January 18, 2012, and pursuant to ¶ 16 of the Stipulated Protective Order [D.E. # 68] entered by the Court on May 19, 2011, which states that "[in] the event that any Discovery Materials designated under this Protective Order is described, characterized, excerpted or referenced in, or attached to, any Court proceeding or submission in connection with this litigation…the filing party shall seek to file such material under seal pursuant to Local Rule 5.4."

The Objections and exhibits relate concern information that has been designated as Confidential, Highly Confidential, and/or protected work product under the Protective Order. Further, the Magistrate Judge has sealed the Orders to which objections have been taken and therefore, by necessity, Defendants need to refer in their Objections to matters that are under seal by the Court.

The Court has authority to grant motions for leave to file under seal pursuant to Local Rule 5.4, when as here prior orders of the Court require submission of the filings under seal.

## CONCLUSION

On the basis of the foregoing, Defendants respectfully request that the Court grant their unopposed motion for leave to file under seal and permit the filing of Defendants' Objections to

the Report and Recommendation of the Magistrate Judge Regarding Plaintiff Warner's Motion to "Use" Titov Exhibit 27 in its Entirety at Trial or on Summary Judgment and all Exhibits Thereto. A proposed Order is attached hereto as Exhibit "A."

### CERTIFICATE OF GOOD FAITH ATTEMP TO RESOLVE

I hereby certify that pursuant to Local Rule 7.1(a)(3), prior to filing this motion, counsel for Defendants, communicated with counsel for the Plaintiffs, by e-mail, in a good faith attempt to resolve by agreement the matters raised in this motion and that Plaintiffs had no objection to this motion for leave to file under seal.

*Janet T. Munn*
Janet T. Munn, Esq.

DATED: March 5, 2012                    Respectfully submitted,

*Janet T. Munn*
Janet T. Munn, Esq. Fla. Bar No. 501281
Email: jmunn@rascoklock.com
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102

And

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

*/s/ Roderick M. Thompson by Janel Thamkul*

Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email: rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email: aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email: tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email: dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email: jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.4480

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone: 617.928.1800
Telecopy: 617.928.1802

*Counsel for Defendants Hotfile Corporation
and Anton Titov*

4

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2012, a true and correct copy of the foregoing document, was filed conventionally under seal and served on all counsel of record identified below via e-mail and by First Class U.S. Mail.

Karen L. Stetson, Esq., Fla. Bar No.: 742937
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA 91403-5885
Telephone: 818.935.5812

By: /s/ Janet T. Munn
Janet T. Munn

5