UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES
1-10.

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant,*

v.
WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*    /

**ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS
HOTFILE CORPORATION AND ANTON TITOV FOR LEAVE
TO FILE UNDER SEAL OBJECTIONS AND EXHIBITS THERETO,
IN OPPOSITION TO THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE, REGARDING PLAINTIFF
WARNER'S MOTION TO "USE" TITOV EXHIBIT 27 IN ITS
<u>ENTIRETY AT TRIAL OR ON SUMMARY JUDGMENT</u>**

**THIS CAUSE** came before the Court on the Unopposed Motion of Defendants, Hotfile Corporation and Anton Titov (collectively "Defendants"), for Leave to File Under Seal Defendants Objections and the Exhibits Thereto to the Report and Recommendation of the Magistrate Judge Regarding Plaintiff Warner's Motion to "Use" Titov Exhibit 27

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

in its Entirety at Trial or on Summary Judgment ("Unopposed Motion to File Under Seal"). The Court has considered the Unopposed Motion to File Under Seal and being otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that the Unopposed Motion to File Under Seal is hereby Granted. Defendants' Objections and Exhibits Thereto to the Report and Recommendation of the Magistrate Judge Regarding Plaintiff Warner's Motion to "Use" Titov Exhibit 27 in its Entirety at Trial or on Summary Judgment shall be filed and maintained under seal.

**DONE AND ORDERED** chambers at Miami, Florida this \_\_\_\_\_ day of March 2012.

_____
KATHLEEN D. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record