FILING FEE
PAID $75.00
pro hac vice 34624
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:11-cv-20427-KMW (Williams/Turnoff)

FILED by ___ D.C.
MAR 02 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Disney Enterprises, Inc., *et al.*,

    Plaintiffs,

v.

Hotfile Corp., *et al.*,

    Defendants.
_____/

## AMICUS CURIAE MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Mitchell L. Stoltz of the Electronic Frontier Foundation ("EFF"), 454 Shotwell Street, San Francisco, California 94110, Telephone (415) 436-9333, for purposes of appearance as co-counsel on behalf of Amicus Curiae EFF in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mr. Stoltz to receive electronic filings in this case, and in support thereof states as follows:

    1.    Mr. Stoltz is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the State of New York, the District of Columbia Bar, and the United States District Court for the District of Columbia.

    2.    Movant Dineen Pashoukos Wasylik, of the law firm of Conwell Kirkpatrick, P.A., is a member in good standing of, *inter alia*, the Florida Bar and the United States District Court

1

for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Mr. Stoltz has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Mr. Stoltz, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Mitchell L. Stoltz at email address: mitch@eff.org.

WHEREFORE, Dineen Pashoukos Wasylik moves this Court to enter an Order for Mr. Stoltz to appear before this Court on behalf of Amicus Curiae EFF for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Mr. Stoltz.

Date: March 1, 2012

Respectfully submitted,

*/s/ Dineen Pashoukos Wasylik*

Dineen Pashoukos Wasylik
Florida Bar No. 0191620
CONWELL KIRKPATRICK, PA
2701 N. Rocky Point Drive
Suite 1030
Tampa, Florida 33607
813-282-8000 (Tel.)
813-282-8800 (Fax)
dwasylik@ckbusinesslaw.com
Attorney for Pending Amicus Curiae
Electronic Frontier Foundation

2

## CERTIFICATE OF SERVICE

*Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.*
Case No.: 1:11-cv-20427-KMW (Williams/Turnoff)

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* and Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by U.S. Mail, on March 1, 2012, on all counsel or parties of record on the attached service list.

Dineen Pashoukos Wasylik
Florida State Bar No. 191620
CONWELL KIRKPATRICK, PA
2701 N. Rocky Point Drive
Suite 1030
Tampa, Florida 33607
813-282-8000 (Tel.)
813-282-8800 (Fax)
dwasylik@ckbusinesslaw.com
Attorney for Pending Amicus Curiae
Electronic Frontier Foundation

*Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.*
Case No.: 1:11-cv-20427-KMW (Williams/Turnoff)

## SERVICE LIST

Steven B. Fabrizio
Duane C. Pozza
Jennifer V. Yeh
Luke C. Platzer
JENNER & BLOCK
1099 New York Avenue, N.W., Suite 900
Washington, DC  10022
202-639-6094
Email: sfabrizio@jenner.com
Email: dpozza@jenner.com
Email: jyeh@jenner.com
Email: lplatzer@jenner.com

Karen R. Thorland
Senior Content Protection Counsel
MOTION PICTURE ASSOCIATION OF AMERICA, INC.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA  91403
818-935-5812
Email: Karen_Thorland@mpaa.org

Karen Linda Stetson
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1650
Miami, FL 33131
305-416-6880
Fax: 305-416-6887
Email: karen.stetson@gray-robinson.com

Attorneys for Plaintiffs/Counter-Defendants
Disney Enterprises, Inc.,
20th Century Fox Film Corporation,
Universal City Studios Productions,
Columbia Pictures Industries, Inc., and
Warner Brothers Entertainment, Inc.,

Anthony P. Schoenberg
Deepak Gupta
Janel Thamkul
N. Andrew Leibnitz
Roderick M. Thompson
FARELLA BRAUN & MARTEL, LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
415-954-4400
Email: tschoenberg@fbm.com
Email: dgupta@fbm.com
Email: jthamkul@fbm.com
Email: aleibnitz@fbm.com
Email: rthompson@fbm.com

Janet T. Munn
RASCO KLOCK REININGER PEREZ ESQUENAZI VIGIL & NIETO
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
305-476-7101
Fax: 305-476-7102
Email: jmunn@rascoklock.com

Valentin Gurvits
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
617-928-1804
Email: vgurvits@bostonlawgroup.com

Attorneys for Defendants/Counter-Claimants
Hotfile Corp., Anton Titov, Does 1-10, and Lemuria Communications, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:11-cv-20427-KMW (Williams/Turnoff)

Disney Enterprises, Inc., *et al.*,

    Plaintiffs,

v.

Hotfile Corp., *et al.*,

    Defendants.

_____/

## CERTIFICATION OF MITCHELL L. STOLTZ

Mitchell L. Stoltz, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of the State of New York, the District of Columbia Bar, and the United States District Court for the District of Columbia.

Dated: March 1, 2012

_____
Mitchell L. Stoltz

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:11-cv-20427-KMW(Williams/Turnoff)

Disney Enterprises, Inc., *et al.*,

    Plaintiffs,

v.

Hotfile Corp., *et al.*,

    Defendants.

_____/

### ORDER GRANTING AMICUS CURIAE MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Mitchell L. Stoltz, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Mitchell L. Stoltz may appear and participate in this action on behalf of Amicus Curiae the Electronic Frontier Foundation. The Clerk shall provide electronic notification of all electronic filings to Mitchell L. Stoltz at mitch@eff.org.

1

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_\_day of _____.

_____
United States District Judge

Copies furnished to:
All Counsel of Record

Case 1:11-cv-20427-KMW   Document 328   Entered on FLSD Docket 03/06/2012   Page 7 of 7