UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

**THIS MATTER** is before the Court on the Motion for Limited Appearance of Mitchell L. Stoltz to Appear Pro Hac Vice on behalf of the Electronic Frontier Foundation (DE 328), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby **ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**. Mitchell L. Stoltz may appear and participate in this action on behalf of the Electronic Frontier Foundation. The Clerk shall provide electronic notification of all electronic filings to Mitchell L. Stoltz at mitch@eff.org.

**DONE AND ORDERED** in Chambers at Miami, Florida this 7th day of March, 2012.

/s/ Kathleen M. Williams
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record