# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 11-CIV- 20427-WILLIAMS/TURNOFF

Disney Enterprises, Inc. et al.

Plaintiff

v.

Hotfile Corp. et al.

Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Karen L. Stetson, Esq.

Address: Gray-Robinson, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131

Telephone: (305) 416-6880

On behalf of (select one):   ☒ Plaintiff   ☐ Defendant

Date sealed document filed: 3/7/2012

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 68

The matter should remain sealed until:

☐ Conclusion of Trial                        ☐ Arrest of First Defendant
☒ Case Closing                               ☐ Conclusion of Direct Appeal
☐ Other: _____
☐ Permanently. Specify the authorizing law, rule, court order:

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file        ☐ Destroyed
☒ Returned to the party or counsel for the party, as identified above

> See attached list of documents filed under seal in support of both
> a) Plaintiffs' Opposition to Defendant Hotfile Corporation's Motion for Partial Summary Judgment Based on the Digital Millennium Copyright Act Safe Harbor, and
> b) Plaintiffs' Opposition to Defendant Anton Titov's Motion for Summary Judgment.

*/s/ Karen L. Stetson*

Attorney for: Plaintiffs

Documents Filed Under Seal:

(1) Plaintiffs' Memorandum of Law in Opposition to Defendant Hotfile Corporation's Motion for Partial Summary Judgment Based on the Digital Millennium Copyright Act Safe Harbor;

(2) Plaintiffs' Counterstatement of Material Facts in Opposition to Defendant Hotfile Corporation's Motion for Partial Summary Judgment Based on the Digital Millennium Copyright Act Safe Harbor;

(3) Plaintiffs' Memorandum of Law in Opposition to Defendant Anton Titov's Motion for Summary Judgment;

(4) Plaintiffs' Counterstatement of Material Facts in Opposition to Defendant Anton Titov's Motion for Summary Judgment;

(5) Declaration of Jennifer V. Yeh in Opposition to Defendant Anton Titov's Motion for Summary Judgment and to Defendant Hotfile Corp.'s Motion for Partial Summary Judgment Based on the Digital Millennium Copyright Act Safe Harbor, and accompanying exhibits.