# Yeh Exhibit 120

Page 1

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2            CASE NO. 11-20427-WILLIAMS/TURNOFF
 3   DISNEY ENTERPRISES, INC.,           )
     TWENTIETH CENTURY FOX FILM          )
 4   CORPORATION, UNIVERSAL CITY         )
     STUDIOS PRODUCTIONS LLLP,           )
 5   COLUMBIA PICTURES INDUSTRIES        )
     INC., and WARNER BROS.              )
 6   ENTERTAINMENT INC.,                 )
                                         )
 7              Plaintiffs,              )
                                         )
 8   -vs-                                )
                                         )
 9   HOTFILE CORP., ANTON TITOV,         )
     and DOES 1-10,                      )
10                                       )
                Defendants.              )
11   _____)
                                         )
12   HOTFILE CORP.,                      )
                                         )
13              Counterclaimant,         )
                                         )
14       -vs-                            )
                                         )
15   WARNER BROS. ENTERTAINMENT, INC.,   )
                                         )
16              Counterdefendant.        )
                                         )
17
          VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
18
                             OF
19
                       RUMEN STOYANOV
20
                     HIGHLY CONFIDENTIAL
21
                on Thursday, December 8, 2011
22                 commencing at 9:10 a.m.
                         Taken at:
23                 The Raddison Blu Hotel
                      Sofia, Bulgaria
24   Job Number:    43401
25   Reported by:   Thelma Harries, MBIVR, ACR
```

```
                                                         Page 2
 1            A P P E A R A N C E S
 2   On behalf of the Plaintiffs
         JENNER & BLOCK
 3       10909 New York Avenue, NW
         Washington, DC 20001
 4
             BY:  LUKE C. PLATZER, SQ.
 5
 6
 7   On behalf of the Defendant HOTFILE CORP.
         FARELLA BRAUN + MARTEL LLP
 8       Russ Building
         235 Montgomery Street
 9       San Francisco, CA 94104
10           BY:  ANDREW LEIBNITZ, ESQ.
11
12   In attendance:
13   INTERPRETER:
         GEORGE M. MATVEEV
14       GO Ltd.
         15, Krusheva Gradina Str.
15       Sofia 1415
         Bulgaria
16
17   VIDEOGRAPHER:
         SIMON ADDINSELL
18       TSG Court Reporting
19
20
21
22
23
24
25
```

Page 8

1     A     I do.
2     Q     I'm going to do my best to try to ask
3  intelligible questions but, if there's something
4  that you don't understand, please feel free to ask
5  me for clarification and then I may try to re-word
6  the question.  It will be helpful.
7           Also, some of the documents that I'll
8  be showing you today have been translated from
9  Bulgarian into English.  When I'm showing you
10 a translated document, I will hand you both
11 a Bulgarian copy and a certified English
12 translation so that you'll have both sets of
13 documents in front of you.
14          Is there anything that could give --
15 that could prevent you from giving truthful and
16 forthcoming testimony here today?
17    A     No.
18    Q     I'd first like to ask you some
19 questions about your personal employment and
20 educational background.
21          Can you describe for me since
22 completing high school what your educational
23 history is?
24    A     I'm a graduate of Sofia University,
25 specialty in mathematics.

1   Q    Anything else?
2   A    During my student years, I have
3   completed a course for a waiter.
4   Q    What year did you graduate from Sofia
5   University?
6   A    If I'm not mistaken, 1987.
7   Q    And was the -- what is the highest
8   educational degree that you've reached?
9   A    At the time we did not have this
10  equivalence of university degrees, but it's the
11  completed training course of the Sofia University
12  which equals a Master's degree.
13  Q    Ah, thank you.  Since graduating from
14  university, can you walk me through where you've
15  been employed?
16  A    I have worked -- give me a moment to
17  recollect the exact name of the company.  It was
18  a company, which I believe could have been a State
19  company, called Micro Systems, following which
20  I have worked in a number of my own private
21  companies.
22  Q    Can you list each of your own private
23  companies for me, please?
24  A    I will have to spell this.  It's
25  called Molivcheto, which means the little pencil,

Page 62

1  of the question. Vague and ambiguous.
2          THE WITNESS: I don't know. I don't
3  remember.
4  BY MR PLATZER:
5      Q    You can put the document aside.
6          I would like to ask about cheaters
7  more generically. Was an issue that Hotfile faced
8  users who tried to crack the system in order to get
9  more money?
10     A    Could you repeat the question?
11     Q    Did Hotfile have an issue with users
12 who tried to cheat your system?
13     A    Yes.
14     Q    And can you tell me what methods
15 those cheaters use?
16         MR LEIBNITZ: Objection. Lacks
17 foundation.
18         THE WITNESS: Technically, I don't
19 know how they actually do this, but I'm looking at
20 the main indicator and, if something seems to be
21 going wrong, then I will instruct the technical
22 staff to start looking for issues.
23 BY MR PLATZER:
24     Q    And when cheaters were successful in
25 cracking Hotfile's system, that cost Hotfile money,

Page 63

1  right?

2              MR LEIBNITZ:  Objection.  Objection.
3  Lacks foundation.

4              THE WITNESS:  It depends on the type
5  of cheating.  Those cheaters who are cracking the
6  system successfully and beating it, get money, and
7  that costs us, obviously, money.

8  BY MR PLATZER:

9       Q    Is another form of cheating sharing
10 accounts?

11      A    Yes.

12      Q    And that costs you money because
13 those people were sharing accounts instead of
14 buying their own?

15             MR LEIBNITZ:  Objection.  Lacks
16 foundation.

17             THE WITNESS:  That is not very clear
18 because a share account creates advertising.

19 BY MR PLATZER:

20      Q    But shared accounts was something
21 that Hotfile did not permit, correct?

22             MR LEIBNITZ:  Objection.  Lacks
23 foundation.

24             THE WITNESS:  We have a special
25 system for people who like to share files and they

1   can pay for that particular service and, after
2   that, they can share these files.
3   BY MR PLATZER:
4        Q    Yes, but I'm not asking about sharing
5   files.  I'm asking about sharing a Hotfile account.
6   I mean, that is something that you did not permit,
7   right?
8             MR LEIBNITZ:  Objection.
9   Argumentative.  Lacks foundation.
10            THE WITNESS:  Generally speaking, we
11  did not permit it.
12  BY MR PLATZER:
13       Q    Okay.  And did Hotfile engage in
14  efforts to try to stop cheating?
15       A    Yes.
16       Q    Who was responsible for detecting
17  cheaters?
18       A    Everyone dedicated efforts trying to
19  identify cheaters;  everyone, according to his
20  ability.  That could be one of the examples when
21  I was the one who detected something wrong with the
22  system, and have alerted my colleagues to check --
23  everyone with his own realm of abilities in the
24  system to check -- what is actually going on
25  because every time, when we have had unexplained

Case 1:11-cv-20427-KMW   Document 332-2   Entered on FLSD Docket 03/08/2012   Page 9 of 12

Page 65

1  increases of the revenues to the website, that has
2  always been bad news to us.
3       Q    Okay.  So stopping cheating was
4  something that was important to you?
5            MR LEIBNITZ:  Objection.  Lacks
6  foundation.
7            THE WITNESS:  Interdicting any type
8  of cheating has always been a priority.
9  BY MR PLATZER:
10      Q    Can you tell me what methods Hotfile
11 used to detect and interdict cheating?
12      A    These will be technical matters, and
13 I find it difficult to respond.  I don't know.
14      Q    But, sitting here today, are there
15 any methods that you're aware of that Hotfile used?
16           MR LEIBNITZ:  Objection.  Asked and
17 answered.
18           THE WITNESS:  I don't think that
19 there is any change compared to the previous period
20 when we did that.  We kept constantly improving the
21 system and, currently, it's at a status of -- as a
22 result of the continuous improvement over a period
23 of two years.
24 BY MR PLATZER:
25      Q    And can you identify for me any of

Page 66

1  the improvements that were made?
2              MR LEIBNITZ:  Objection.  Asked and
3  answered.  Lacks foundation.
4              THE WITNESS:  I will try to explain
5  a particular case in which we did something.
6              We had a case when we were attacked
7  simultaneously by a significant number of users
8  from China and Vietnam, and then we developed
9  a special type of software which was enabling us to
10 try and identify where all the people who were
11 trying to download from us were residing, and we
12 tried to discontinue such attacks to our website.
13 BY MR PLATZER:
14     Q     Okay.  So you did your own software
15 development in order to stop that particular type
16 of cheating?
17     A     Yes.
18     Q     Approximately how many man hours did
19 Hotfile devote to that software development?
20             MR LEIBNITZ:  Objection.  Lacks
21 foundation.
22             THE WITNESS:  That's not how we
23 account for hours, and I can't tell you.
24 BY MR PLATZER:
25     Q     If we don't use man hours as

Page 93

1        CERTIFICATE
2    I, THELMA HARRIES, MBIVR, ACR, do hereby
3  certify:
4    That RUMEN STOYANOV, the witness whose
5  examination is hereinbefore set forth, was duly
6  sworn by me and the within transcript is a true
7  record of the testimony given by such witness.
8    I further certify that I am not related to any
9  of the parties of this action nor in any way
10 interested in the outcome of this matter.
11
12

13 THELMA HARRIES, MBIVR, ACR
   Certified Court Reporter
14 Dated: December 20th, 2011
15
16
17
18
19
20
21
22
23
24
25

Page 94

1               ACKNOWLEDGEMENT

    The witness and the within and foregoing
2  deposition of the aforementioned witness was taken
   before THELMA HARRIES, MBIVR, ACR, at the place,
3  date and time aforementioned.

4     There were present during the taking of the
   deposition the previously named counsel. The said
5  witness was first duly sworn and was then examined
   upon oral interrogatories; the questions and
6  answers were taken down in shorthand by the
   undersigned, acting as stenographer; and the within
7  and foregoing is a true, accurate and complete
   record of all of the questions asked of and answers
8  made by the aforementioned witness at the time and
   place hereinabove referred to.
9
     The signature of the witness was not waived, and
10 the deposition was submitted and the undersigned is
   not interested in the within case, nor of kin or
11 counsel to any of the parties.

12    I, RUMEN STOYANOV, being first duly sworn, on
   oath say that I am the deponent in the aforesaid
13 deposition taken on December 8th, 2011; that I have
   read the foregoing transcript of my deposition,
14 consisting of pages 1 through 92 inclusive, and
   affix my signature to same.

15

16

17 _____
   RUMEN STOYANOV
18

19 Subscribed and sworn to
   before me this ____ day
20 of _____, 2011.

21

22

23

24

25

TSG Reporting - Worldwide