# Yeh Exhibit 121

HIGHLY CONFIDENTIAL

Page 1

1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
2            CASE NO. 11-20427-WILLIAMS/TURNOFF
3
    DISNEY ENTERPRISES, INC.,              )
4   TWENTIETH CENTURY FOX FILM             )
    CORPORATION, UNIVERSAL CITY            )
5   STUDIOS PRODUCTIONS LLLP,              )
    COLUMBIA PICTURES INDUSTRIES           )
6   INC., and WARNER BROS.                 )
    ENTERTAINMENT INC.,                    )
7                                          )
                Plaintiffs,                )
8                                          )
       -vs-                                )
9                                          )
    HOTFILE CORP., ANTON TITOV,            )
10  and DOES 1-10,                         )
                                           )
11              Defendants.                )
                                           )
12  _____)
                                           )
    HOTFILE CORP.,                         )
13                                         )
                Counterclaimant,           )
14                                         )
       -vs-                                )
15                                         )
    WARNER BROS. ENTERTAINMENT, INC.,      )
16                                         )
                Counterdefendant.          )
17                                         )
18      VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
19                          OF
20                   ATANAS VANGELOV
21                 HIGHLY CONFIDENTIAL
22            on Wednesday, December 7, 2011
                commencing at 9:10 a.m.
23  Reported by:
                    Taken at the offices of
24  Thelma Harrie       RADDISON BLU HOTEL
                        SOFIA, BULGARIA
25  Job# 43403

TSG Reporting - Worldwide   877-702-9580

HIGHLY CONFIDENTIAL

Page 2

```
 1                A P P E A R A N C E S
 2   On behalf of the Plaintiffs
        JENNER & BLOCK LLP
 3      1099 New York Avenue, NW
        Washington, DC 20001
 4           BY:  LUKE PLATZER, ESQ.
 5
 6
 7   On behalf of the Defendant HOTFILE CORP.
        FARELLA BRAUN & MARTEL LLP
 8      Russ Building
        235 Montgomery Street
 9      San Francisco, CA 94104
             BY:  ANDREW LEIBNITZ, ESQ.
10
11
12   In attendance:
13   INTERPRETER:
        GEORGE M. MATVEEV
14      GO Ltd.
        15, Krusheva Gradina Str.
15      Sofia 1415
        Bulgaria
16      Tel. +359 888 13 50 62
17   VIDEOGRAPHER:
        SIMON ADDINSELL
18      TSG Court Reporting
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 11

1   the Bulgarian version and the certified translation
2   into English so that you can look at both of them
3   at the same time.
4           A    Okay.
5           Q    Is there any reason that you can't
6   give truthful testimony here today?
7           A    I don't think so.
8           Q    I'd like to ask you some questions
9   about your educational and career background.  Can
10  you tell me what your educational background is?
11          A    My educational background is high
12  school, and I studied for five years in the
13  National School of Mathematics in Bulgaria.  And
14  then I studied for three years in a university
15  called -- it's a long name.  I'll say it short.
16  It's economic.  University for Economy in Bulgaria.
17  It's -- the translation is -- I know the name in
18  Bulgarian, but the translation, I think, is
19  University for National and International Economy.
20          Q    And did you graduate from that
21  university?
22          A    No, I didn't.
23          Q    What degree were you working towards
24  at that university?
25          A    Bachelor.

HIGHLY CONFIDENTIAL

Page 12

1   Q   Can you describe -- since finishing
2   your education, can you tell me where you have
3   worked in the years since then?
4   A   After I finished, stopped my
5   education at the university that I mentioned
6   before, I was not studying for two years, around
7   two years, approximately, two years. And then
8   I start my education in the University of Sofia for
9   another year, studying economy. After -- I --I
10  didn't finish my education there as well. In --
11  around 2003, I started my own company called Blue
12  Ant Ltd.
13  Q   And have you been working at Blue Ant
14  since 2003?
15  A   Yes.
16  Q   Have you worked for any companies
17  other than Blue Ant since 2003?
18  A   Yes.
19  Q   Can you tell me what those companies
20  are?
21  A   I was the manager at Best Bulgarian
22  Real Estate Ltd. I was the manager at Bansko Rent
23  Ltd. I was the manager at R&M Construction Ltd. I
24  was a manager of Capital Wind Ltd.
25  Q   Is that it?

HIGHLY CONFIDENTIAL

Page 164

1    Mr Stoyanov or the company had in Hotfile
2    Corporation?
3         A    Yes, he'd have the same percentage as
4    me.
5         Q    Which was what, again?
6         A    It was 37 per cent, from my
7    knowledge, if he holds the same percentage as I do.
8         Q    And has that always been the case or
9    have the percentages changed over time?
10        A    The percentages have changed over
11   time.
12        Q    What were the percentages, initially?
13        A    When we started the website of
14   Hotfile, the percentages were 40 per cent for me,
15   40 per cent for Mr Stoyanov, and 20 per cent for
16   Mr Titov; 40, 40, 20.
17        Q    And today is it 37, 37, 26?
18        A    Yes, I think so.
19        Q    When was it changed?
20        A    I do not remember the exact date.
21        Q    Why was it changed?
22        A    Me and Mr Stoyanov decided to give
23   some percentages of ours to Mr Titov because we
24   thought, and still thinking, that he's a very
25   valuable partner of ours, that he's a very

HIGHLY CONFIDENTIAL

Page 165

1    knowledgeable person with amazing skills of
2    technologic -- amazing technological skills, and
3    knowledge that is very, very important for us.  So
4    we decided just to give him these percentages.
5         Q    That was a decision that you and
6    Mr Stoyanov made together?
7         A    Yes, I think so.
8              MR PLATZER:  Why don't we take
9    a break now, and I'll see if I have anything left.
10             VIDEOGRAPHER:  Going off the record
11   at 3:31.
12             (A short recess at 3:32 p.m.)
13             (Resumed at 3:44 p.m.)
14             VIDEOGRAPHER:  Back on the record at
15   3:44.
16             MR PLATZER:  I have nothing further
17   on direct.
18             Andy, of course, I reserve my right
19   to redirect in case you have further questions that
20   you want to ask the witness.
21             MR LEIBNITZ:  I've no questions.
22             MR PLATZER:  All right.
23   ///
24   ///
25   ///

HIGHLY CONFIDENTIAL

Page 167

1           CERTIFICATE

2     I, THELMA HARRIES, MBIVR, ACR, do hereby

3  certify:

4     That ATANAS VANGELOV, the witness whose

5  examination is hereinbefore set forth, was duly

6  sworn by me and the within transcript is a true

7  record of the testimony given by such witness.

8     I further certify that I am not related to any

9  of the parties of this action nor in any way

10 interested in the outcome of this matter.

11

12

13 THELMA HARRIES, MBIVR, ACR
   Certified Court Reporter

14

15

16 Subscribed and sworn to

17 before me this 19th day

18 of December, 2011.

HIGHLY CONFIDENTIAL

Page 168

## ACKNOWLEDGEMENT

1    The witness and the within and foregoing
2    deposition of the aforementioned witness was taken
      before THELMA HARRIES, MBIVR, ACR, at the place,
3    date and time aforementioned.
4    There were present during the taking of the
      deposition the previously named counsel. The said
5    witness was first duly sworn and was then examined
      upon oral interrogatories; the questions and
6    answers were taken down in shorthand by the
      undersigned, acting as stenographer; and the within
7    and foregoing is a true, accurate and complete
      record of all of the questions asked of and answers
8    made by the aforementioned witness at the time and
      place hereinabove referred to.

9

      The signature of the witness was not waived, and
10   the deposition was submitted and the undersigned is
      not interested in the within case, nor of kin or
11   counsel to any of the parties.

12
13
14
15
16
17
      _____
      THELMA HARRIES, MBIVR, ACR
18
19   Subscribed and sworn to
      before me this 19th day
20   of December, 2011.
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 166

1  VIDEOGRAPHER: This is the end of
2      tape 3 in volume 1 of the deposition of Antanas
3      Vangelov. We're going off the record at 3:44.
4
5
6
7
8      (Deposition concluded at 3:44 p.m.)
9
10
11
12      _____
13      ATANAS VANGELOV
14
15
16
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide    877-702-9580

HIGHLY CONFIDENTIAL

Page 169

1   NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.
2   DATE OF DEPOSITION: 12-7-2011
3   NAME OF WITNESS: ATANAS VANGELOV
4   Reason Codes:
5       1. To clarify the record.
6       2. To conform to the facts.
7       3. To correct transcription errors.
8   Page _11_ Line _16_ Reason _1_
9   From _UNIVERSITY FOR ECONOMY_ to _UNIVERSITY OF NATIONAL AND WORLD ECONOMY_
10  Page _106_ Line _14_ Reason _3_
11  From _LEMURIA_ to _BLUE ANT_
12  Page ____ Line ____ Reason ____
13  From _____ to _____
14  Page ____ Line ____ Reason ____
15  From _____ to _____
16  Page ____ Line ____ Reason ____
17  From _____ to _____
18  Page ____ Line ____ Reason ____
19  From _____ to _____
20  Page ____ Line ____ Reason ____
21  From _____ to _____
22
23
24                                    _[signature]_
25                                    ATANAS VANGELOV

TSG Reporting - Worldwide   877-702-9580