# Yeh Exhibit 123

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

   Plaintiffs,

 vs.

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

   Defendants.
_____
AND RELATED CROSS-ACTION.
_____


HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF BRAXTON PERKINS

PURSUANT TO FEDERAL RULE 30(b)(6)

Los Angeles, California

Friday, December 16, 2011


Reported by:
LORI SCINTA, RPR
CSR No. 4811

Job No. 178935B


877.955.3855

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3            CASE NO. 11-20427-WILLIAMS-TURNOFF

 4   DISNEY ENTERPRISES, INC.,
     TWENTIETH CENTURY FOX FILM
 5   CORPORATION, UNIVERSAL CITY
     STUDIOS PRODUCTIONS LLLP,
 6   COLUMBIA PICTURES INDUSTRIES,
     INC., and WARNER BROS.
 7   ENTERTAINMENT INC.,

 8          Plaintiffs,

 9       vs.

10   HOTFILE CORP., ANTON TITOV,
     and DOES 1-10,
11
            Defendants.
12   _____
     AND RELATED CROSS-ACTION.
13   _____

14

15     HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

16         Videotaped deposition of BRAXTON PERKINS,

17   pursuant to Federal Rule 30(b)(6), taken on behalf of

18   Defendants and Counterclaimant Hotfile Corp., at

19   633 West Fifth Street, Los Angeles, California,

20   beginning at 10:15 A.M. and ending at 7:16 P.M. on

21   Friday, December 16, 2011, before LORI SCINTA, RPR,

22   Certified Shorthand Reporter No. 4811.

23

24

25
```



```
 1    APPEARANCES:
 2
 3    For Plaintiffs:
 4
          JENNER & BLOCK LLP
 5        BY:  DUANE C. POZZA
          Attorney at Law
 6        1099 New York Avenue, NW, Suite 900
          Washington, D.C. 20001-4412
 7        202.639.6000
          Email:  dpozza@jenner.com
 8
              -- and --
 9
          NBC UNIVERSAL
10        BY:  KAREN GARVER
          Senior Counsel, Anti-Piracy Legal Affairs
11        100 Universal City Plaza
          Universal City, California 91608
12        818.777.2493
          Email:  karen.garver@nbcuni.com
13
14
    For Defendants and Counterclaimant Hotfile, Corp.:
15
          FARELLA BRAUN + MARTEL LLP
16        BY:  DEEPAK GUPTA
17        Attorney at Law
          235 Montgomery Street
18        San Francisco, California 94104
          415.954.4400
19        Email:  dgupta@fbm.com
20
21   Videographer:
22
          VONYARN MASON
23        SARNOFF COURT REPORTERS
          20 Corporate Park, Suite 350
24        Irvine, California 92606
          877.955.3855
25
```



BRAXTON PERKINS                                    12/16/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 02:18 | 1 | MR. POZZA: I will stipulate that Universal |
| 02:18 | 2 | did, in fact, produce this document although the witness |
| 02:18 | 3 | may be unfamiliar with how Bates labeling works. |
| 02:18 | 4 | BY MR. GUPTA: |
| 02:18 | 5 | Q   But, once again, Mr. Perkins, does Universal |
| 02:18 | 6 | dispute that Hotfile offered it a special rightsholder |
| 02:19 | 7 | account in June of 2010? |
| 02:19 | 8 | MR. POZZA: Object as ambiguous and lacking |
| 02:19 | 9 | foundation. |
| 02:19 | 10 | THE WITNESS: What I -- what I would be able to |
| 02:19 | 11 | under oath testify to, given that this did come from our |
| 02:19 | 12 | email records, is that the antipiracy email box received |
| 02:19 | 13 | this email. |
| 02:19 | 14 | Upon reading it for the first time, I am not |
| 02:19 | 15 | convinced, based on the contents of this email from a |
| 02:19 | 16 | gmail account, that, in fact, this was an authentic -- |
| 02:19 | 17 | or this was a communication sent from hotfile.com. |
| 02:19 | 18 | BY MR. GUPTA: |
| 02:19 | 19 | Q   Did Universal ever open a special rightsholder |
| 02:19 | 20 | account with Hotfile? |
| 02:19 | 21 | MR. POZZA: Objection. Ambiguous, lacks |
| 02:20 | 22 | foundation. |
| 02:20 | 23 | THE WITNESS: Any and all conversations or |
| 02:20 | 24 | decisions about special rightsholders accounts are |
| 02:20 | 25 | always made by in-house counsel. |



Sarnoff
877.955.3855

111

BRAXTON PERKINS  12/16/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 02:20 | 1 | BY MR. GUPTA: |
| 02:20 | 2 | Q   And I'm not asking about your communications |
| 02:20 | 3 | with in-house counsel.  I'm just asking whether an |
| 02:20 | 4 | account was ever opened by Universal with Hotfile. |
| 02:20 | 5 | MR. POZZA:  Same objections. |
| 02:20 | 6 | THE WITNESS:  I am not aware of one. |
| 02:20 | 7 | BY MR. GUPTA: |
| 02:20 | 8 | Q   Do you know if other sites, other hosting |
| 02:20 | 9 | sites, provide systems similar to the Hotfile special |
| 02:20 | 10 | rightsholder account? |
| 02:20 | 11 | MR. POZZA:  Objection.  Ambiguous, lacks |
| 02:21 | 12 | foundation and outside the scope of the notice. |
| 02:21 | 13 | THE WITNESS:  All discussions that I have about |
| 02:21 | 14 | rightsholders accounts or special accounts I discuss |
| 02:21 | 15 | with my in-house counsel. |
| 02:21 | 16 | BY MR. GUPTA: |
| 02:21 | 17 | Q   And I'm just asking about facts that you know |
| 02:21 | 18 | separate and apart from discussions with in-house |
| 02:21 | 19 | counsel. |
| 02:21 | 20 | Independent of your discussions with in-house |
| 02:21 | 21 | counsel, are you aware of other sites that provide |
| 02:21 | 22 | special rightsholders accounts similar to Hotfile? |
| 02:21 | 23 | MR. POZZA:  Same objections. |
| 02:21 | 24 | THE WITNESS:  I'm actually not sure what the |
| 02:21 | 25 | special rightsholder's account actually entails, so it |



```
 1
 2
 3
 4
 5
 6
 7
 8
 9         I, CARLY SEABROOK, do hereby declare under
10   penalty of perjury that I have read the foregoing
11   transcript; that I have made any corrections as appear
12   noted, in ink, initialed by me, or attached hereto; that
13   my testimony as contained herein, as corrected, is true
14   and correct.
15
16
17         EXECUTED this  18  day of   JANUARY    ,
18   20 12 , at   Universal City   ,    CA    .
                      (City)              (State)
19
20
21
22              _____
                      CARLY SEABROOK
23
24
25
```



```
 1
 2
 3
 4
 5
 6
 7
 8
 9          I, BRAXTON PERKINS, do hereby declare under
10   penalty of perjury that I have read the foregoing
11   transcript; that I have made any corrections as appear
12   noted, in ink, initialed by me, or attached hereto; that
13   my testimony as contained herein, as corrected, is true
14   and correct.
15
16
17          EXECUTED this  19th  day of  January  ,
18   20 12 , at   Universal City  ,   CA   .
                       (City)              (State)
19
20
21
22   _____
       BRAXTON PERKINS
23
24
25
```



BRAXTON PERKINS                                    12/16/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1
2        I, the undersigned, a Certified Shorthand
3   Reporter of the State of California, do hereby certify:
4        That the foregoing proceedings were taken
5   before me at the time and place herein set forth; that
6   any witnesses in the foregoing proceedings, prior to
7   testifying, were duly sworn; that a record of the
8   proceedings was made by me using machine shorthand
9   which was thereafter transcribed under my direction;
10  that the foregoing transcript is a true record of the
11  testimony given.
12       Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review of
15  the transcript [ x ] was [ ] was not requested.
16       I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or party to this action.
19       IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated: 12-20-11
23
24                          _____
                            LORI SCINTA, RPR
25                          CSR No. 4811

