# Yeh Exhibit 124

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    Plaintiffs,

  vs.

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

    Defendants.
_____
AND RELATED CROSS-ACTION.
_____

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF VICKI R. SOLMON, ESQUIRE

PURSUANT TO FEDERAL RULE 30(b)(6)

Los Angeles, California

Friday, December 9, 2011

Volume 1

Reported by:
LORI SCINTA, RPR
CSR No. 4811

Job No. 178932



Sarnoff
877.955.3855

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3            CASE NO. 11-20427-WILLIAMS-TURNOFF

 4   DISNEY ENTERPRISES, INC.,
     TWENTIETH CENTURY FOX FILM
 5   CORPORATION, UNIVERSAL CITY
     STUDIOS PRODUCTIONS LLLP,
 6   COLUMBIA PICTURES INDUSTRIES,
     INC., and WARNER BROS.
 7   ENTERTAINMENT INC.,

 8           Plaintiffs,

 9        vs.

10   HOTFILE CORP., ANTON TITOV,
     and DOES 1-10,
11
             Defendants.
12   _____
     AND RELATED CROSS-ACTION.
13   _____

14

15       HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

16           Videotaped deposition of VICKI R. SOLMON,

17   ESQUIRE, Volume 1, pursuant to Federal Rule 30(b)(6),

18   taken on behalf of Defendants, at 633 West Fifth Street,

19   Los Angeles, California, beginning at 9:53 A.M. and

20   ending at 6:19 P.M. on Friday, December 9, 2011, before

21   LORI SCINTA, RPR, Certified Shorthand Reporter No. 4811.

22

23

24

25
```



VICKI R. SOLMON, ESQ. 12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    APPEARANCES:
 2
 3    For Plaintiffs:
 4
          JENNER & BLOCK LLP
 5        BY:  DUANE C. POZZA
          Attorney at Law
 6        1099 New York Avenue, NW, Suite 900
          Washington, D.C. 20001-4412
 7        202.639.6000
          Email:  dpozza@jenner.com
 8
              -- and --
 9
          SONY PICTURES ENTERTAINMENT
10        BY:  MAGGIE HEIM
          Attorney at Law
11        10202 West Washington Boulevard
          Culver City, California 90232-3195
12        310.244.6946
          Email:  maggie_heim@spe.sony.com
13
14
      For Defendants:
15
16        FARELLA BRAUN + MARTEL LLP
          BY:  DEEPAK GUPTA
17        Attorney at Law
          235 Montgomery Street
18        San Francisco, California 94104
          415.954.4400
19        Email:  dgupta@fbm.com
20
21    Videographer:
22
          VONYARN MASON
23        SARNOFF COURT REPORTERS
          20 Corporate Park, Suite 350
24        Irvine, California 92606
          877.955.3855
25
```



VICKI R. SOLMON, ESQ.     12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
02:29  1        A    She had many responsibilities, one of which was
02:29  2   at times scanning the Internet and doing takedown
02:29  3   notices for certain situations.
02:29  4        Q    Was Ms. Jessup sending takedown notices on
02:30  5   behalf of Columbia?
02:30  6        A    Not as a general rule.
02:30  7        Q    On behalf of whom would she send takedown
02:30  8   notices?
02:30  9        A    On behalf of other entities in the Sony group.
02:30 10        Q    And who were those other entities?
02:30 11        A    We have many copyright holders.
02:30 12        Q    Can you tell me some of their names?
02:30 13        A    TriStar Pictures, Screen Gems, Sony Pictures
02:30 14   Classics.  Sony -- it has changed names -- Pictures,
02:31 15   Worldwide Acquisitions.  Entities that we have
02:31 16   distribution rights for that we have acquired prior --
02:31 17   different -- there were many, many of them, and I cannot
02:31 18   recall all of them.
02:31 19             But, as a general rule, she was -- she would be
02:31 20   sending takedowns for them and for some television
02:31 21   product and things of that sort.
02:31 22        Q    But she wasn't sending takedowns on behalf of
02:31 23   Columbia Pictures who is the plaintiff in this case?
02:31 24        A    As a general rule, no.  However, on occasion, I
02:31 25   am sure she did.
```



VICKI R. SOLMON, ESQ.                                12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
02:34   1        A    As I stated earlier, Sony Pictures
02:34   2   Entertainment, Inc.
02:34   3        Q    At that time, did your responsibilities include
02:34   4   providing service or doing work for Columbia Pictures?
02:34   5        A    Yes.
02:34   6        Q    And Ms. Jessup worked for you at that time,
02:34   7   correct?
02:34   8        A    Yes.
02:34   9        Q    So to the extent that Hotfile reached out to
02:35  10   Ms. Jessup, who worked with you, isn't it fair to say
02:35  11   that Hotfile made contact with a person at Sony who was
02:35  12   involved in Sony's and Columbia's content protection
02:35  13   efforts?
02:35  14        A    I have no recollection of reviewing this
02:35  15   document before.
02:35  16             Based on this document, it appears that Hotfile
02:35  17   is stating it could provide a special rightsholder
02:35  18   account as it was described at a certain site.
02:35  19             Yes, I agree with that statement.  But it is
02:35  20   from this document I am concluding that, a document I
02:35  21   haven't seen before.
02:35  22        Q    Did Sony Pictures Entertainment open up an
02:36  23   account in response to this email with Hotfile?
02:36  24             MR. POZZA:  Objection.  Do you mean Columbia or
02:36  25   Sony Pictures?
```



```
02:36  1          MR. GUPTA:  My first question is as to Sony
02:36  2   Pictures.
02:36  3       Q    As a response to this email, did Sony Pictures
02:36  4   open up an account with Hotfile?
02:36  5          MR. POZZA:  I'll just object that that's
02:36  6   outside the scope of the notice.
02:36  7          THE WITNESS:  And given that I've never seen
02:36  8   this document before, I cannot answer your question.
02:36  9   I have no factual basis upon which to respond.
02:36 10   BY MR. GUPTA:
02:36 11       Q    Do you know if Ms. Jessup opened an account at
02:37 12   Hotfile in response to this email?
02:37 13       A    Again, I do not know if an account was opened
02:37 14   by Ms. Jessup in response to this email.  I do not know
02:37 15   at this time.
02:37 16       Q    Do you know if other sites that Columbia would
02:37 17   categorize as cyberlockers provide systems similar to
02:37 18   the Hotfile SRA, where the "SRA" stands for special
02:37 19   rightsholder account?
02:37 20          MR. POZZA:  Objection.  Ambiguous.
02:37 21          THE WITNESS:  To me, it's ambiguous because
02:37 22   you're saying "similar to."
02:37 23   BY MR. GUPTA:
02:37 24       Q    To the best -- sorry.  Go ahead.
02:37 25       A    And I'm not sure what you mean by that.
```



VICKI R. SOLMON, ESQ.                                12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1
 2          I, the undersigned, a Certified Shorthand
 3    Reporter of the State of California, do hereby certify:
 4          That the foregoing proceedings were taken
 5    before me at the time and place herein set forth; that
 6    any witnesses in the foregoing proceedings, prior to
 7    testifying, were duly sworn; that a record of the
 8    proceedings was made by me using machine shorthand
 9    which was thereafter transcribed under my direction;
10    that the foregoing transcript is a true record of the
11    testimony given.
12          Further, that if the foregoing pertains to
13    the original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review of
15    the transcript [ x ] was [ ] was not requested.
16          I further certify I am neither financially
17    interested in the action nor a relative or employee
18    of any attorney or party to this action.
19          IN WITNESS WHEREOF, I have this date
20    subscribed my name.
21
22    Dated: 12-12-11
23
24                        _____
                                LORI SCINTA, RPR
25                              CSR No. 4811
```

