# Yeh Exhibit 125

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2             CASE NO. 11-20427-WILLIAMS-TURNOFF
 3
 4   DISNEY ENTERPRISES, INC.,
     TWENTIETH CENTURY FOX FILM
 5   CORPORATION, UNIVERSAL CITY
     STUDIOS PRODUCTIONS LLLP,
 6   COLUMBIA PICTURES INDUSTRIES,
     INC., and WARNER BROS.
 7   ENTERTAINMENT INC.,
 8            Plaintiffs,
 9       vs.
10   HOTFILE CORP., ANTON TITOV,
     and DOES 1-10,
11
              Defendants.
12   _____

     AND RELATED CROSS-ACTION.
13   _____
14
15      HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
16        VIDEOTAPED DEPOSITION OF BETSY ZEDEK, ESQUIRE
17              PURSUANT TO FEDERAL RULE 30(b)(6)
18                    Los Angeles, California
19                  Tuesday, December 13, 2011
20
21   Reported by:
     CHERYL R. KAMALSKI
22   CSR No. 7113
23   Job No. 179149
24
25

                                                      Page 1
```

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF FLORIDA
 3             CASE NO. 11-20427-WILLIAMS-TURNOFF
 4   DISNEY ENTERPRISES, INC.,
     TWENTIETH CENTURY FOX FILM
 5   CORPORATION, UNIVERSAL CITY
     STUDIOS PRODUCTIONS LLLP,
 6   COLUMBIA PICTURES INDUSTRIES,
     INC., and WARNER BROS.
 7   ENTERTAINMENT INC.,
 8              Plaintiffs,
 9         vs.
10   HOTFILE CORP., ANTON TITOV,
     and DOES 1-10,
11
                Defendants.
12   _____
     AND RELATED CROSS-ACTION.
13   _____
14       HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
15
16           Videotaped Deposition of BETSY ZEDEK, ESQUIRE,
17   pursuant to Federal Rule 30(b)(6), taken on behalf of
18   Defendants and Counterclaimant, at 633 West Fifth
19   Street, Suite 3600, Los Angeles, California, beginning
20   at 9:37 a.m. and ending at 5:27 p.m. on Tuesday,
21   December 13, 2011, before CHERYL R. KAMALSKI, Certified
22   Shorthand Reporter No. 7113.
23
24
25
                                                    Page 2
```

```
 1   APPEARANCES:
 2
 3   For Plaintiffs:
 4        JENNER & BLOCK LLP
          BY:  DUANE POZZA
 5        Attorney at Law
          1099 New York Avenue, NW, Suite 900
 6        Washington, D.C. 20001-4412
          202.639.6000
 7
     For Defendants and Counterclaimant:
 8
          FARELLA BRAUN + MARTEL LLP
 9        BY:  JANEL THAMKUL
          Attorney at Law
10        235 Montgomery Street
          San Francisco, California 94104
11        415.954.4400
12   Also Present:
13        ELIZABETH VALENTINA
14   Videographer:
15        CHRIS JORDAN
          SARNOFF, a Veritext Company
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1       Q    Does Fox have a special rightsholder account
 2  with Hotfile?
 3       A    I do not believe that Fox holds one directly as
 4  in internally at Fox.
 5       Q    Did Fox ever ask for a special rightsholder
 6  account from Hotfile?
 7            MR. POZZA:  Objection; ambiguous.
 8            THE WITNESS:  I'm not sure.  I'm not aware that
 9  we did.  But it may have happened in the context of this
10  litigation.
11  BY MS. THAMKUL:
12       Q    Do you know if any of Fox's vendors use
13  Hotfile's special rightsholder account?
14       A    I am aware that some of them have used it, yes.
15       Q    Which ones?
16       A    I believe that OpSec has used the Hotfile
17  takedown tool, as well as Web Sheriff.
18       Q    Do you know if other content distribution hubs
19  offer a service like a special rightsholder account?
20            MR. POZZA:  Objection; it's ambiguous and
21  outside the scope of the notice.
22            THE WITNESS:  Yes.
23  BY MS. THAMKUL:
24       Q    Which ones?
25            MR. POZZA:  Same objections.
```

Page 77

12       Los Angeles  12th        February California

*[signature]*

```
 1            I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby certify:
 3            That the foregoing proceedings were taken
 4    before me at the time and place herein set forth; that
 5    any witnesses in the foregoing proceedings, prior to
 6    testifying, were duly sworn; that a record of the
 7    proceedings was made by me using machine shorthand
 8    which was thereafter transcribed under my direction;
 9    that the foregoing transcript is a true record of the
10    testimony given.
11            Further, that if the foregoing pertains to
12    the original transcript of a deposition in a Federal
13    Case, before completion of the proceedings, review of
14    the transcript [ ] was [ ] was not requested
15            I further certify I am neither financially
16    interested in the action nor a relative or employee
17    of any attorney or any party to this action.
18            IN WITNESS WHEREOF, I have this date subscribed
19    my name.
20
21    Dated: 12/22/2011
22
23                        _____
                          CHERYL R. KAMALSKI
24                        CSR No. 7113
25
```

Page 222