# Yeh Exhibit 126

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA


DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

      Plaintiffs,

                     CASE NO.
   vs.             11-20427-WILLIAMS-TURNOFF

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

      Defendants.
_____
AND RELATED CROSS-ACTION.
_____


HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF MICHAEL BENTKOVER

Los Angeles, California

Tuesday, December 13, 2011


Reported by:
LORI SCINTA, RPR
CSR No. 4811

Job No. 177476A



Sarnoff
877.955.3855

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF FLORIDA
 3
 4   DISNEY ENTERPRISES, INC.,
     TWENTIETH CENTURY FOX FILM
 5   CORPORATION, UNIVERSAL CITY
     STUDIOS PRODUCTIONS LLLP,
 6   COLUMBIA PICTURES INDUSTRIES,
     INC., and WARNER BROS.
 7   ENTERTAINMENT INC.,
 8            Plaintiffs,
                                  CASE NO.
 9       vs.                      11-20427-WILLIAMS-TURNOFF
10   HOTFILE CORP., ANTON TITOV,
     and DOES 1-10,
11
              Defendants.
12   _____
     AND RELATED CROSS-ACTION.
13   _____
14
15      HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
16          Videotaped deposition of MICHAEL BENTKOVER,
17   taken on behalf of Defendants and Counterclaimant
18   at 633 West Fifth Street, Suite 3600, Los Angeles,
19   California, beginning at 9:38 A.M. and ending at
20   12:17 P.M. on Tuesday, December 13, 2011, before
21   LORI SCINTA, RPR, Certified Shorthand Reporter No.
22   4811.
23
24
25
```



```
 1     APPEARANCES:
 2
 3     For Plaintiffs:
 4
           JENNER & BLOCK LLP
 5         BY:  STEVEN B. FABRIZIO
           Attorney at Law
 6         1099 New York Avenue, NW, Suite 900
           Washington, D.C. 20001-4412
 7         202.639.6000
           Email:  sfabrizio@jenner.com
 8
 9
       For Defendants and Counterclaimant:
10
11         FARELLA BRAUN + MARTEL LLP
           BY:  EVAN M. ENGSTROM
12         Attorney at Law
           235 Montgomery Street
13         San Francisco, California 94104
           415.954.4400
14         Email:  eengstrom@fbm.com
15
16
       Videographer:
17
18         VONYARN MASON
           SARNOFF COURT REPORTERS
19         20 Corporate Park, Suite 350
           Irvine, California 92606
20         877.955.3855
21
22
23
24
25
```



MICHAEL BENTKOVER                    12/13/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
09:54  1            MR. FABRIZIO:  You're literally just asking him
09:54  2     to read it?  You're not asking him to agree with it
09:54  3     or ask him whether --
09:54  4            MR. ENGSTROM:  Just in the record.  I want to
09:54  5     get it read into the record.
09:54  6            THE WITNESS:  "Dear Hotfile, I wanted
09:54  7                  to follow-up and find out if Hotfile
09:54  8                  is ready for Warner Bros. to use a
09:54  9                  rapid takedown tool which you have
09:54 10                  been working on establishing.
09:54 11                     "We have been sending many
09:54 12                  takedown notices (including thousands
09:55 13                  of infringing links) and we appreciate
09:55 14                  how fast you've been removing files,
09:55 15                  but unfortunately the files are
09:55 16                  reposted immediately and having a
09:55 17                  takedown tool would be ideal in order
09:55 18                  to curb piracy."
09:55 19     BY MR. ENGSTROM:
09:55 20         Q    Did you appreciate how -- do you agree with it?
09:55 21     You appreciated how fast Hotfile was removing files?
09:55 22         A    No.
09:55 23         Q    You don't agree with the statement that you
09:55 24     made?
09:55 25            MR. FABRIZIO:  Objection.
```



26

MICHAEL BENTKOVER                              12/13/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
09:55  1              THE WITNESS:  No.
09:55  2       BY MR. ENGSTROM:
09:55  3            Q   Why did you tell Hotfile that you appreciated
09:55  4       how fast they had been removing files?
09:55  5            A   I was simply being courteous.
09:55  6            Q   Okay.  Did Hotfile -- did you ever in any other
09:55  7       instance that you can -- that you're aware of indicate
09:55  8       to Hotfile that they were fast in responding to files
09:55  9       and that you were satisfied with it?
09:55 10              MR. FABRIZIO:  Objection.  Lacks foundation.
09:55 11              THE WITNESS:  I don't remember the question.
09:55 12       Please repeat it.
09:55 13       BY MR. ENGSTROM:
09:55 14            Q   Did you in any other circumstances other than
09:56 15       this instance tell Hotfile that you were appreciative of
09:56 16       how fast they had been removing files when in reality
09:56 17       you believed they were not removing files quickly?
09:56 18              MR. FABRIZIO:  Objection.  Lacks foundation and
09:56 19       compound.
09:56 20              THE WITNESS:  Yes, I believe I wrote that in a
09:56 21       few emails to them.  It was a standard response.  I was
09:56 22       being polite and courteous.
09:56 23       BY MR. ENGSTROM:
09:56 24            Q   Okay.  Do you believe that Hotfile had any
09:56 25       reason to believe that you were dissatisfied with the
```



877.955.3855

27

MICHAEL BENTKOVER          12/13/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 10:04 | 1 | MR. ENGSTROM: "I just wanted to thank you |
| 10:04 | 2 | again for the removal tool and increasing our limit to |
| 10:04 | 3 | 1000 per day" and "for Warner Bros.' Removals." |
| 10:04 | 4 | MR. FABRIZIO: Objection. I'm not quite sure |
| 10:04 | 5 | you read that right. |
| 10:04 | 6 | MR. ENGSTROM: I can try again. |
| 10:04 | 7 | "I just wanted to thank you again for the |
| 10:04 | 8 | removal tool and increasing our limit to 1000 per day |
| 10:04 | 9 | for Warner Bros.' Removals." |
| 10:04 | 10 | Q   Was Warner Bros. satisfied with the SRA tool? |
| 10:04 | 11 | MR. FABRIZIO: Objection. Lacks foundation, |
| 10:04 | 12 | calls for speculation. |
| 10:04 | 13 | THE WITNESS: No. |
| 10:04 | 14 | BY MR. ENGSTROM: |
| 10:04 | 15 | Q   Were you satisfied with the SRA tool? |
| 10:04 | 16 | A   No. |
| 10:04 | 17 | Q   Why were you not satisfied with the SRA tool? |
| 10:04 | 18 | A   The nature of piracy causes people to upload |
| 10:05 | 19 | and reupload after they're being deleted, and it still |
| 10:05 | 20 | wasn't enough. |
| 10:05 | 21 | Q   It wasn't enough to what? |
| 10:05 | 22 | A   Curb piracy on Hotfile. |
| 10:05 | 23 | Q   Okay. Did you ever communicate to Hotfile that |
| 10:05 | 24 | the SRA was insufficient to curb piracy on Hotfile? |
| 10:05 | 25 | MR. FABRIZIO: Lacks foundation. |



MICHAEL BENTKOVER                              12/13/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
10:06  1           A    Did I appreciate the tool?
10:06  2           Q    Yes.
10:06  3           A    Yes, I did.
10:06  4           Q    Why did you appreciate the tool?
10:06  5           A    Because I needed a way to take the files down
10:06  6   as fast as possible.
10:06  7           Q    Do you believe that Hotfile was cooperating
10:06  8   with you in combating piracy on the site?
10:06  9           A    No, I do not.
10:06 10                MR. FABRIZIO:  Objection.  Vague.
10:06 11   BY MR. ENGSTROM:
10:06 12           Q    You do not?
10:06 13                Why do you not believe they were cooperating
10:06 14   with you to combat piracy on the site?
10:06 15                MR. FABRIZIO:  Same objection.
10:06 16                THE WITNESS:  The piracy problem was not enough
10:06 17   just to take the files down.  Hotfile was doing nothing
10:06 18   else to stop the problem.
10:06 19   BY MR. ENGSTROM:
10:06 20           Q    Did you ever ask Hotfile to do anything else to
10:06 21   stop the problem?
10:06 22                MR. FABRIZIO:  Objection.  Lacks foundation.
10:06 23                THE WITNESS:  No, I did not.
10:06 24   BY MR. ENGSTROM:
10:06 25           Q    You did not.
```



38

MICHAEL BENTKOVER  12/13/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1
 2         I, the undersigned, a Certified Shorthand
 3    Reporter of the State of California, do hereby certify:
 4         That the foregoing proceedings were taken
 5    before me at the time and place herein set forth; that
 6    any witnesses in the foregoing proceedings, prior to
 7    testifying, were duly sworn; that a record of the
 8    proceedings was made by me using machine shorthand
 9    which was thereafter transcribed under my direction;
10    that the foregoing transcript is a true record of the
11    testimony given.
12         Further, that if the foregoing pertains to
13    the original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review of
15    the transcript [ x ] was [ ] was not requested.
16         I further certify I am neither financially
17    interested in the action nor a relative or employee
18    of any attorney or party to this action.
19         IN WITNESS WHEREOF, I have this date
20    subscribed my name.
21
22    Dated: 12-15-11
23
24                              _____
                                LORI SCINTA, RPR
25                              CSR No. 4811
```

