# Yeh Exhibit 127

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

     Plaintiffs,

   vs.

     CASE NO.
     11-20427-WILLIAMS-TURNOFF

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

     Defendants.
_____
AND RELATED CROSS-ACTION.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF DAVID P. KAPLAN, ESQUIRE

PURSUANT TO FEDERAL RULE 30(b)(6)

Los Angeles, California

Tuesday, December 13, 2011

Volume 1

Reported by:
LORI SCINTA, RPR
CSR No. 4811

Job No. 177476B



877.955.3855

```
 1                  UNITED STATES DISTRICT COURT
 2                  SOUTHERN DISTRICT OF FLORIDA
 3
 4   DISNEY ENTERPRISES, INC.,
     TWENTIETH CENTURY FOX FILM
 5   CORPORATION, UNIVERSAL CITY
     STUDIOS PRODUCTIONS LLLP,
 6   COLUMBIA PICTURES INDUSTRIES,
     INC., and WARNER BROS.
 7   ENTERTAINMENT INC.,
 8            Plaintiffs,
                                  CASE NO.
 9       vs.                      11-20427-WILLIAMS-TURNOFF
10   HOTFILE CORP., ANTON TITOV,
     and DOES 1-10,
11
              Defendants.
12   _____
     AND RELATED CROSS-ACTION.
13   _____
14
15       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
16           Videotaped deposition of DAVID P. KAPLAN,
17   ESQUIRE, Volume 1, pursuant to Federal Rule 30(b)(6),
18   taken on behalf of Defendants and Counterclaimant,
19   at 633 West Fifth Street, Los Angeles, California,
20   beginning at 2:18 P.M. and ending at 4:58 P.M. on
21   Tuesday, December 13, 2011, before LORI SCINTA, RPR,
22   Certified Shorthand Reporter No. 4811.
23
24
25
```



DAVID P. KAPLAN, ESQ.                               12/13/2011
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    APPEARANCES:
 2
 3    For Plaintiffs:
 4
          JENNER & BLOCK LLP
 5        BY:  STEVEN B. FABRIZIO
          Attorney at Law
 6        1099 New York Avenue, NW, Suite 900
          Washington, D.C. 20001-4412
 7        202.639.6000
          Email:  sfabrizio@jenner.com
 8
 9
      For Defendants and Counterclaimant:
10
11        FARELLA BRAUN + MARTEL LLP
          BY:  EVAN M. ENGSTROM
12        Attorney at Law
          235 Montgomery Street
13        San Francisco, California 94104
          415.954.4400
14        Email:  eengstrom@fbm.com
15
16
      Videographer:
17
18        VONYARN MASON
          SARNOFF COURT REPORTERS
19        20 Corporate Park, Suite 350
          Irvine, California 92606
20        877.955.3855
21
22
23
24
25
```



877.955.3855

3

DAVID P. KAPLAN, ESQ.                                    12/13/2011
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
02:41  1              MR. FABRIZIO:  Objection.  Compound, overbroad
02:41  2      and calls for speculation.
02:41  3              I'm sure you have all those documents.
02:41  4              THE WITNESS:  Yeah.  I'd have to look at those
02:41  5      documents one by one and see, but I do recall that there
02:41  6      were some discussion in -- in the requesting additional
02:41  7      capacity for the takedown tool that the problem of
02:41  8      infringement on Hotfile was becoming so overwhelming
02:41  9      that the SRA tool as had been originally provided, you
02:42 10      know, was ineffective.
02:42 11              MR. ENGSTROM:  Let me mark as Exhibit 24 an
02:42 12      email that describes perhaps what you're talking about.
02:42 13              (WB Exhibit 24 was marked for
02:43 14              identification by the court reporter.)
02:43 15      BY MR. ENGSTROM:
02:43 16          Q   Do you recognize this document?
02:43 17          A   I do.
02:43 18          Q   Okay.  Do you have any reason to believe it's
02:43 19      not an authentic document?
02:43 20          A   I don't.
02:43 21          Q   Okay.  Michael Bentkover in this email dated
02:43 22      September 3rd, 2009, writes to Hotfile and says,
02:43 23              "I just wanted to thank you again for
02:43 24              The removal tool and increasing our
02:43 25              limit to" a thousand "per day for
```



23

```
02:43  1              Warner Bros."
02:43  2              He then goes on to ask, "Can you
02:43  3         increase our limit to 2,000 just to be
02:43  4         on the safe side which will ensure we
02:43  5         don't have to email you for your
02:43  6         prompt action?"
02:43  7              Is he referring to this request to increase
02:43  8    files that you referred to a minute ago?
02:44  9              MR. FABRIZIO:  Objection.  Calls for
02:44 10    speculation.
02:44 11              THE WITNESS:  I'm not sure exactly other than
02:44 12    what's contained in the email.
02:44 13              The -- and reading that, my understanding was
02:44 14    that we were bumping up against the limit as originally
02:44 15    established for the SRA tool and the overflow was then
02:44 16    having to go through the old email way of communicating
02:44 17    through the abuse account.
02:44 18              And so because we had a number of big titles
02:44 19    coming up that fall, he was asking if the SRA tool could
02:44 20    have the limit increased to account for that.
02:44 21              We expected that there would be more piracy on
02:44 22    Hotfile.
02:44 23    BY MR. ENGSTROM:
02:44 24         Q    Did Hotfile ever refuse to or fail to increase
02:44 25    the quota of files that could be deleted through the SRA
```



DAVID P. KAPLAN, ESQ.                                    12/13/2011
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1
 2
 3
 4
 5
 6
 7
 8
 9          I, DAVID P. KAPLAN, ESQUIRE, do hereby declare
10     under penalty of perjury that I have read the foregoing
11     transcript; that I have made any corrections as appear
12     noted, in ink, initialed by me, or attached hereto; that
13     my testimony as contained herein, as corrected, is true
14     and correct.
15
16
17          EXECUTED this 13th day of January,
18     20 12, at Dunbalc           , Coffun         .
                  (City)                 (State)
19
20
21
22     _____
       DAVID P. KAPLAN, ESQUIRE
23     Volume 1
24
25
```



877.955.3855

104

DAVID P. KAPLAN, ESQ.        12/13/2011
**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

| # | | |
|---|---|---|
| 1 | | ERRATA SHEET |
| 2 | Pg/Ln | Corrections |
| 3 | 13/2 | Change from: delete 'No' |
| 4 | | Change to: |
| 5 | 15/7 | Change from: "I dint" |
| 6 | | Change to: 'I'd' |
| 7 | 72/18 | Change from: add "or" before "a" |
| 8 | | Change to: |
| 9 | ___/___ | Change from: |
| 10 | | Change to: |
| 11 | ___/___ | Change from: |
| 12 | | Change to: |
| 13 | ___/___ | Change from: |
| 14 | | Change to: |
| 15 | ___/___ | Change from: |
| 16 | | Change to: |
| 17 | ___/___ | Change from: |
| 18 | | Change to: |
| 19 | ___/___ | Change from: |
| 20 | | Change to: |
| 21 | ___/___ | Change from: |
| 22 | | Change to: |
| 23 | ___/___ | Change from: |
| 24 | | Change to: |
| 25 | Signature:  | Date: 2/13/2012 |

Sarnoff      105
877.955.3855

DAVID P. KAPLAN, ESQ.     12/13/2011
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1
 2            I, the undersigned, a Certified Shorthand
 3    Reporter of the State of California, do hereby certify:
 4            That the foregoing proceedings were taken
 5    before me at the time and place herein set forth; that
 6    any witnesses in the foregoing proceedings, prior to
 7    testifying, were duly sworn; that a record of the
 8    proceedings was made by me using machine shorthand
 9    which was thereafter transcribed under my direction;
10    that the foregoing transcript is a true record of the
11    testimony given.
12            Further, that if the foregoing pertains to
13    the original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review of
15    the transcript [ x ] was [ ] was not requested.
16            I further certify I am neither financially
17    interested in the action nor a relative or employee
18    of any attorney or party to this action.
19            IN WITNESS WHEREOF, I have this date
20    subscribed my name.
21
22    Dated: 12-15-11
23
24                              _____
                                LORI SCINTA, RPR
25                              CSR No. 4811
```



877.955.3855