# Yeh Exhibit 128

Highly Confidential

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2          CASE NO. 11-20427-WILLIAMS/TURNOFF
 3     - - - - - - - - - - - - - - - - - - - - - - -
       DISNEY ENTERPRISES,
 4     INC., TWENTIETH CENTURY
       FOX FILM CORPORATION,
 5     UNIVERSAL CITY STUDIOS
       PRODUCTIONS LLLP,
 6     COLUMBIA PICTURES
       INDUSTRIES, INC., and
 7     WARNER BROS.
       ENTERTAINMENT, INC.,
 8
 9              Plaintiff,
10     v.
11     HOTFILE CORP., ANTON
       TITOV, and DOES 1-10,
12
13              Defendants.
14
15     HOTFILE CORP.,
16              Counterclaimant,
17     v.
18     WARNER BROS ENTERTAINMENT
       INC.,
19              Counterdefendant.
20     - - - - - - - - - - - - - - - - - - - - - - -
                        VOLUME I
21          H I G H L Y   C O N F I D E N T I A L
            (Pursuant to protective order, the following
22       transcript has been designated highly confidential)
23            30(b)(6) DEPOSITION OF ANTON TITOV
                    Radisson Blu Hotel
24                   Sofia, Bulgaria
                Monday, December 5, 2011
25               Job Number: 44174
```

Highly Confidential

Page 2

1                    A P P E A R A N C E S

2    ATTORNEY FOR THE PLAINTIFFS:

3              JENNER & BLOCK
               BY:  STEVEN B. FABRIZIO, ESQ.

4              1099 New York Avenue, NW
               Washington, DC  20001

5

6

7

8

     ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,

9    AND ANTON TITOV:

               FARELLA, BRAUN & MARTEL

10             BY:  RODERICK M. THOMPSON, ESQ.

               235 Montgomery Street

11             San Francisco, California  94104

12

13

               BOSTON LAW GROUP

14             VALENTIN GURVITS

               825 Beacon Street

15             Newton Center, MA 02459

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 3

1    Also present:

2    Court reporter:

3           Fiona Farson
            TSG Reporting

4

5    Videographer:

6           Simon Rutson
            TSG Reporting

7

8    Interpreter:

9           Assist. Prof. Boris Naimushin, Ph.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 64

1      reports or anything like that to need -- things to keep

2      the corporation alive.  But I am not aware of any other

3      activities.

4   Q.  Okay, so it has no operations, to your knowledge?

5   A.  Correct.

6   Q.  Okay.  Does Lemuria have a physical office?

7   A.  Yes, it does.

8   Q.  And where is that?

9   A.  In Fort Lauderdale, Florida.

10  Q.  What is the address?

11  A.  110 East Broward Boulevard, suite number 1736.

12  Q.  1736?

13  A.  1736, correct.

14  Q.  And you said "Broward"; is that B-R-O-W-A-R-D?

15  A.  Yes, I believe so.

16  Q.  Okay.  And is that address an office, or is that

17      a mailbox service?

18  A.  It is an office.

19  Q.  Okay.  Have you ever visited that office?

20  A.  Yes, I did.

21  Q.  Does anybody currently work out of that office?

22  A.  Currently not.

23  Q.  Can you repeat your answer?

24  A.  Currently not.

25  Q.  Has anyone ever worked out of that office?

Highly Confidential

Page 65

1   MR. THOMPSON:  Objection, vague.

2   A.  "Ever" is a big time.  So I visited the office;

3       I performed some work inside it.  So as for me, yes.

4   BY MR. FABRIZIO:

5   Q.  Okay, let me ask it this way:  Other than you

6       periodically visiting the office, has anyone ever worked

7       from Lemuria's office on 110 East Broward Boulevard?

8   A.  I don't actually know.

9   Q.  You don't know, or no?

10  A.  I don't know, but I don't believe anybody worked, except

11      me, from this office for Hotfile.

12  Q.  Approximately how many days have you spent working out

13      of that office?

14  A.  I don't know.

15  Q.  More than ten?

16  MR. THOMPSON:  Objection.  Calls for speculation.

17  A.  It could be ten, but it's kind of hard decision.  Most

18      of the time I would go to Fort Lauderdale, I would tend

19      to spend time in the neighboring office.

20  BY MR. FABRIZIO:

21  Q.  The neighboring office?

22  A.  Yes.

23  Q.  What is the neighboring office?

24  A.  That is the office where Konstantin Lucyan actually

25      works.

Highly Confidential

```
                                                       Page 188
 1                    HIGHLY CONFIDENTIAL
                      CERTIFICATE OF DEPONENT
 2

 3
        I, ANTON TITOV, hereby certify that I have read the
 4   foregoing pages of my deposition of testimony taken in these
     proceedings on Monday, December 5, 2011, and, with the
 5   exception of the changes listed on the next page and/or
     corrections, if any, find them to be a true and accurate
 6   transcription thereof.

 7

 8

 9

10
     Signed:  ....../..............
11
     Name:    ANTON TITOV
12
     Date:    1/29/2012
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Highly Confidential

Page 190

1               HIGHLY CONFIDENTIAL

2

3                       E R R A T A

        Deposition of ANTON TITOV
4

   Page/Line No.         Description              Reason for change
5    14:18            Eitinerum --> Itinerum      Correct transcription

6    14:20            EITINERUM --> ITINERUM      Correct transcription

7    14:21            internet --> intranet       Correct transcription

8    14:24      all in shelves --> online shops  Correct transcription

9    15:7          webcasting --> webhosting      Correct transcription

10   15:10         webcasting --> webhosting      Correct transcription

11   18:6              Ilan --> Elan             Correct transcription

12   20:9  Manix: M-A-N-I-X -> Maniax: M-A-N-I-A-X  Correct trans.

13   35:16        unimportant --> important       Correct transcription

14   35:17     he show choice --> he may choose  Clarify record

15   37:6       Stillings --> Stallings           Correct transcription

16   37:8   S-T-I-L-L-I-N-G-S --> S-T-A-L-L-I-N-G-S Correct trans.

17   38:3      qualification --> collocation      Correct transcription

18   39:2    Equinix bandwith --> Equinix, bandwith  Clarify record

19

20   Signed:   . . . . . . . . . . . . . . . . . .

21   Name:   ANTON TITOV

22   Date:   . . . . . . . . . . . . . . . . . .

23

24

25

Highly Confidential

Page 190

1          HIGHLY CONFIDENTIAL

2

3                  E R R A T A

Deposition of ANTON TITOV

4

Page/Line No.        Description              Reason for change

5    _____

6     44:1            IT --> IP              Correct transcription

7     46:16    with the grade, --> would degrade  Correct trans.

8     46:17   the traffic flows into there from --> when the traffic

9          flows into their network from       Correct transcription

10    47:3 We can say any old --> We cannot say we want  Correct trans.

11    57:23      costing --> hosting         Correct transcription

12    61:15      Vlad --> Blue Ant           Correct transcription

13    65:24    Konstantin Lucyan --> Constantin Luchian  Correct trans.

14    77:11       lemur --> Lima             Correct transcription

15    89:6        SA --> Yes                 Correct transcription

16    89:21     I know what --> I don't know what   Correct trans.

17    99:11       Panek --> Penev            Correct transcription

18    109:23    Chubarov --> Chuburov        Correct transcription

19

20   Signed:    ....................

21   Name:   ANTON TITOV

22   Date:    ....................

23

24

25

TSG Reporting - Worldwide        800-702-9580

Highly Confidential

Page 190

1          HIGHLY CONFIDENTIAL

2

3                E R R A T A

4          Deposition of ANTON TITOV

   Page/Line No.        Description          Reason for change
5  110:1 Mr. Ianakov manages --> Mr. Stoyanov and Mr. Vangelov manage

6                                             Conform to facts

7  111:15    SecPay --> SegPay          Correct transcription

8  119:5     Limewire --> Limelight     Correct transcription

9  119:13    Limewire --> Limelight     Correct transcription

10 126:10    I was there --> I checked  Correct transcription

11 128:17    And that is tradition the Blue Ant contract is to -->

12        And the Blue Ant contract is still     Correct transcription

13 128:18    enforce --> in force       Correct transcription

14 138:8     Ignitov --> Ignatov        Correct transcription

15 138:10    I-G-N-I-T-O-V --> I-G-N-A-T-O-V   Correct transcription

16 65:24, 66:3, 66:8, 67:4, 68:3, Lucyan --> Luchian   Correct trans.

17 68:16, 70:13, 70:19, 70:21,
   71:13, 71:18, 72:3, 72:7, 72:9,              "

18 74:3, 75:10, 75:18, 76:4, 76:5, 76:8         "

19 72:17     Lucyan's --> Luchian's     Correct transcription

20 Signed:   ....................

21 Name:   ANTON TITOV

22 Date:   1/10/2012

23

24

25

Page 189

1                    HIGHLY CONFIDENTIAL
                 CERTIFICATE OF COURT REPORTER
2

3

       I, Fiona Farson, with TSG Reporting, hereby certify that the
4      testimony of the witness Anton Titov in the foregoing
       transcript, taken on Monday, December 5, 2011 was reported
5      by me in machine shorthand and was thereafter transcribed by
       me; and that the foregoing transcript is a true and accurate
6      verbatim record of the said testimony.

7

       I further certify that I am not a relative, employee,
8      counsel or financially involved with any of the parties to
       the within cause, nor am I an employee or relative of any
9      counsel for the parties, nor am I in any way interested in
       the outcome of the within cause.

10

11

12

13

14

       Signed:  ........................
15

       Fiona Farson
16

       Dated:   December 15th, 2011
17

18

19

20

21

22

23

24

25

Highly Confidential

Page 191

1           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
2         CASE NO. 11-20427-WILLIAMS/TURNOFF
3    - - - - - - - - - - - - - - - - - - - - - - -
     DISNEY ENTERPRISES,
4    INC., TWENTIETH CENTURY
     FOX FILM CORPORATION,
5    UNIVERSAL CITY STUDIOS
     PRODUCTIONS LLLP,
6    COLUMBIA PICTURES
     INDUSTRIES, INC., and
7    WARNER BROS.
     ENTERTAINMENT, INC.,
8
9              Plaintiff,
10   v.
11   HOTFILE CORP., ANTON
     TITOV, and DOES 1-10,
12
13             Defendants.
14
     HOTFILE CORP.,
15
               Counterclaimant,
16
     v.
17
     WARNER BROS ENTERTAINMENT
18   INC.,
               Counterdefendant.
19
     - - - - - - - - - - - - - - - - - - - - - - -
20              VOLUME II
          H I G H L Y   C O N F I D E N T I A L
21     (Pursuant to protective order, the following
     transcript has been designated highly confidential)
22
          30(b)(6) DEPOSITION OF ANTON TITOV
23            Radisson Blu Hotel
               Sofia, Bulgaria
24        Tuesday, December 6, 2011
              AT: 9:10 a.m.
25            Job No: 44175

TSG Reporting - Worldwide   (877) 702-9580

Highly Confidential

1                    A P P E A R A N C E S

2    ATTORNEY FOR THE PLAINTIFFS:

3            JENNER & BLOCK
             BY:  STEVEN B. FABRIZIO, ESQ.

4            1099 New York Avenue, NW

5            Washington, DC  20001

6

7

8

     ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,

9    AND ANTON TITOV:

             FARELLA, BRAUN & MARTEL

10           BY:  RODERICK M. THOMPSON, ESQ.

             235 Montgomery Street

11           San Francisco, California  94104

12

13           BOSTON LAW GROUP

             VALENTIN GURVITS

14           825 Beacon Street

             Newton Center, MA 02459

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 193

1    Also present:

2    Court reporter:

3            Fiona Farson

             TSG Reporting

4

5    Videographer:

6            Simon Rutson

             TSG Reporting

7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11   Technical expert:

12           Kelly Truelove

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 271

1    counterclaim.  Let me know when you've had a chance to

2    review it.

3        Okay, in the middle of the paragraph, there's a

4    sentence that begins:

5        "At all times Hotfile has attempted to cooperate in

6    good faith with Warner and with the other studios."

7        Do you see that?

8  A.  Yes, I do.

9  Q.  In what ways has Hotfile attempted to cooperate with

10    Warner and the other studios?

11 A.  By responding expeditiously to takedown notices,

12    providing SRA tool to Warner and Dtecnet, who is agent

13    for -- I believe other studios; I'm not sure.

14                    (Reporter clarification.)

15 A.  It's an agent for other studios.  There might be others,

16    but that's what I can think of.

17 BY MR. FABRIZIO:

18 Q.  Well, can you think of any other way in which Hotfile

19    attempted to cooperate with Warner and the other

20    studios?

21 A.  I don't know.  That's what I can think of now.

22 Q.  Would taking a little more time to think about it enable

23    you to have additional response?

24 MR. THOMPSON:  Objection.  Calls for speculation,

25    argumentative.

Highly Confidential

Page 325

1    MR. THOMPSON:  Objection, argumentative.

2    A.  I don't know.

3    BY MR. FABRIZIO:

4    Q.  Do you want to take a quick break now, or do you want to

5         go on for a little bit?

6    A.  A quick break would be nice.

7    MR. FABRIZIO:  Let's take a quick break.

8    VIDEOGRAPHER:  Off the record at 3:53.

9                   (A break was taken.)

10   VIDEOGRAPHER:  Back on the record, 4:04.

11   BY MR. FABRIZIO:

12   Q.  Mr. Titov, I now want to talk about the strike system

13        for repeat infringers that Hotfile put in place after

14        the filing of this action, okay?

15   A.  After.

16   Q.  What constitutes a strike under Hotfile's current

17        policy?

18   A.  Email DMCA notice or takedown by SRA account.

19   Q.  Anything else?

20   A.  And -- yeah, the -- the internal tool I mentioned in the

21        previous deposition.

22   Q.  Anything else?

23   A.  I can't think of anything else.

24   Q.  Okay.  Will the receipt of a notice through any means

25        for a single file result in the user who uploaded that

Highly Confidential

Page 326

1      file getting a strike?

2   MR. THOMPSON:  Objection, vague.

3   A.  I believe so, yes.

4   BY MR. FABRIZIO:

5   Q.  Okay.  If there are multiple files uploaded by the same

6       user in a single notice, does the user receive as many

7       strikes as there are files in the notice, or does that

8       user just receive one strike for that notice?

9   MR. THOMPSON:  Objection.  Vague and overbroad.

10  A.  My belief is the user will receive one strike for it,

11      the DMCA notice.

12  BY MR. FABRIZIO:

13  Q.  Let me just put it into an illustration to make sure we

14      got it:  If Hotfile receives a single notice that

15      contains two files identified as infringing and both

16      were uploaded by the same user, under Hotfile's current

17      policy, that user would get one strike, because there

18      was one notice.  Correct?

19  A.  I believe so, yes.

20  Q.  You understand -- I think we actually talked about it

21      earlier -- that some works or entire pieces of content

22      may be uploaded in multiple different files, correct?

23  MR. THOMPSON:  Objection, vague.

24  BY MR. FABRIZIO:

25  Q.  Do you understand what I mean?

Highly Confidential

Page 332

1    Q.  Is that in -- is that the same as suspend the user?

2    A.  Yes, suspend the user.

3    Q.  Okay.  Does the user -- strike that.

4        Does Hotfile give the user notice that the user has

5    been suspended?

6    A.  I don't know for a fact.

7    Q.  Okay.  If that user -- well, strike that.

8        What is that -- what information is presented to

9    that user if the user tries to log into the Hotfile

10   website with their username and password after a third

11   strike?

12   A.  I don't know for a fact.

13   Q.  Can a user log in with their username and password after

14   they have been suspended because of a third strike?

15   A.  No, I don't believe so.

16   Q.  Can a user still upload files to Hotfile after they've

17   been suspended because they received a third strike?

18   MR. THOMPSON:  Objection, incomplete hypothetical.

19   A.  I would say mostly no.

20   BY MR. FABRIZIO:

21   Q.  Mostly no?  Does -- sorry, reminds me of a line in

22   a movie.

23   MR. THOMPSON:  Let Mr. Fabrizio ask a question.

24   BY MR. FABRIZIO:

25   Q.  I think -- I think I know where we're going on this.

Highly Confidential

Page 333

1      If a user has been suspected for getting three

2   strikes, can that user still upload files as an

3   unregistered user of Hotfile?

4   MR. THOMPSON:  Objection.  Calls for speculation, incomplete

5   hypothetical.

6   A.  To the extent -- to the extent that every user can do

7   whatever they want, yes, every person -- to the extent

8   that every person can do whatever they want, it's

9   possible.

10  BY MR. FABRIZIO:

11  Q.  Does Hotfile do anything to prevent a user who's been

12  terminated for getting three strikes from continuing to

13  upload content to Hotfile as an unregistered user?

14  A.  I don't think so.

15  Q.  Does Hotfile do anything to prevent a user who has been

16  terminated for getting three strikes from registering

17  a new account with Hotfile under a different username

18  and email address?

19  A.  I believe that affiliate payment info is also being

20  brought.

21  Q.  Okay.  So I guess I should ask it this way:  For users

22  that have been terminated for getting three strikes,

23  does Hotfile do anything to prevent that user from

24  reregistering with Hotfile if the user uses a different

25  username, email address, and affiliate payment

Highly Confidential

Page 334

1       information?

2   A.  I don't think so.

3   Q.  So an otherwise terminated user could reregister with

4       Hotfile by using a different screen name, a different

5       email address and different affiliate payment

6       information, correct?

7   A.  Correct.

8   Q.  Does Hotfile do anything to prevent a user who has been

9       terminated for three strikes from downloading content

10      from Hotfile as an unregistered user?

11  A.  No, it does not, I believe.

12  Q.  Does Hotfile use a terminated user's IP address in an

13      effort to prevent that user from continuing to upload

14      and download to and from Hotfile?

15  MR. THOMPSON:  Objection.  Overbroad, incomplete

16      hypothetical.

17  MR. FABRIZIO:  Why don't I break it up; it confused me

18      a little bit too.

19  Q.  Does Hotfile use a terminated user's Internet protocol

20      address to prevent that user from continuing to upload

21      files to hotfile.com?

22  MR. THOMPSON:  Objection, assumes facts.

23  A.  No, it does not.

24  BY MR. FABRIZIO:

25  Q.  Does Hotfile use a terminated user's Internet protocol

Highly Confidential

Page 335

1    address to prevent that user from continuing to download

2    files from hotfile.com?

3  MR. THOMPSON:  Same objection.

4  A.  No, it does not.

5  BY MR. FABRIZIO:

6  Q.  All right.  At what specific point in the processing of

7     a notice, whether it's an email notice or an SRA notice,

8     is a strike recorded?

9  A.  When the notice is processed.

10  Q.  Is the strike recorded when the processing begins, or

11     only when the processing has completed?

12  A.  I would say completed.

13  Q.  Completed?

14  A.  Yes.

15  Q.  And forgive me, we may have covered this last time,

16     but -- I know it was following the filing of this

17     action, but when after the filing of this action did

18     Hotfile adopt the strike system?

19  A.  I think it was towards the end of February.

20  Q.  If a user uploads an item that is -- that has already

21     been blocked -- well, strike that.

22        Currently, if Hotfile gets a notice about a file, in

23     addition to deleting the file, Hotfile take the MB5 hash

24     and prevents -- prevents other users from uploading

25     files containing the identical MB5 hash?  Is that

Highly Confidential

Page 338

1      those users had uploaded had each been distributed many

2      times, does Hotfile assign each of those other three

3      users a strike?

4    A.  I don't think so.

5    Q.  Why not?

6    MR. THOMPSON:  Objection, vague.

7    A.  I don't know.

8    BY MR. FABRIZIO:

9    Q.  Well, in the example, the illustration I posited,

10     Hotfile knows that the other users have been

11     distributing the file, correct?

12   MR. THOMPSON:  Objection.  Vague as to "knows."

13   A.  Yeah, I think it's fair to say so.

14   BY MR. FABRIZIO:

15   Q.  Has Hotfile's system in terms of -- well, strike that.

16          The concept of only storing one instance of a hash

17     of a file, are you comfortable if I refer to that as

18     a single hash master?

19   A.  Okay, I can live with that.

20   Q.  I just want to -- otherwise it's hard to talk about it.

21     Okay.

22          Has the system architecture where Hotfile uses

23     a single hash master, has that been the architecture

24     since the very beginning?

25   MR. THOMPSON:  Objection.  Vague.

Highly Confidential

Page 339

1    A.   I believe so.

2    BY MR. FABRIZIO:

3    Q.   And has it been the case since the very beginning that

4         when Hotfile received a -- well, strike that.

5              Under that architecture, multiple different users

6         could have uploaded files with the same hash, correct?

7    A.   That is correct.

8    Q.   And each of those users would have gotten their own

9         distinct URLs that would result in the downloading of

10        that single hash faster, correct?

11   A.   That is correct.

12   Q.   And currently, if Hotfile gets a notice identifying

13        a file with a particular hash, Hotfile blocks any

14        further downloading of that hash, correct?

15   A.   I think so.

16   Q.   So regardless of which URL someone tries to use to

17        download that hash, Hotfile blocks the download,

18        correct?

19   A.   I believe so, yes.

20   Q.   Okay.  In the past, has there ever been a time where in

21        response to a notice identifying a file, Hotfile did not

22        block the hash but instead disabled the particular URL?

23   MR. THOMPSON:  Objection, overbroad.

24   A.   Yes, I believe so.

25   BY MR. FABRIZIO:

Highly Confidential

Page 340

1    Q.  When was that?

2    A.  In the very beginning.

3    Q.  February, March 2009?

4    A.  Yes, I believe so.

5    Q.  What about April 2009?

6    A.  Yes.

7    Q.  May 2009?

8        Well, let me ask it this way:  Do you know when that

9        changed?

10   A.  I believe that shortly after introducing SRA accounts,

11       SRA accounts started to block hashes.

12   Q.  And when did Hotfile introduce the SRA accounts?

13   A.  I'm not sure about the time, but maybe August 2009.

14   Q.  Okay.  So prior to that time, if ten different Hotfile

15       users had uploaded a file that had the identical hash,

16       Hotfile would store a single hash master, and each of

17       those users would get a distinct URL, each pointing to

18       that same single hash master.  Correct?

19   A.  That is correct.

20   Q.  Okay.  And again, prior to the time this changed,

21       in August 2009 or thereabouts, if Hotfile got a notice

22       from a copyright owner identifying one of those URLs

23       that pointed to the single hash master, Hotfile would

24       not block the master but instead would simply disable

25       the particular URL identified in the notice?

Highly Confidential

Page 341

1    MR. THOMPSON:  Objection.  Asked and answered.

2    A.  Yeah, for the particular URL will be disabled.

3    BY MR. FABRIZIO:

4    Q.  And after disabling that particular URL, would the URLs

5        for the other nine users in my illustration still be

6        able to download that file through the single hash

7        master?

8    A.  Probably, yes.

9    Q.  Currently -- just wait one second; I kind of feel like

10       it's dial-an-expert.  It's kind of like he's here.

11   MR. THOMPSON:  We can't hear what he's saying, though.

12   MR. FABRIZIO:  You can't hear what he's saying; I can.

13       I feel like a newscaster.

14   MR. THOMPSON:  That's right.  Maybe a puppet, huh?

15   BY MR. FABRIZIO:

16   Q.  Okay.  Sorry, my editor was talking.

17          Currently, Hotfile receives DMCA notices by regular

18       mail, correct?

19   A.  Correct.

20   Q.  By facsimile, correct?

21   A.  Correct.

22   Q.  By email, correct?

23   A.  Correct.

24   Q.  And by special rights holder account, correct?

25   A.  Correct.

Highly Confidential

Page 371

```
 1                    HIGHLY CONFIDENTIAL
                   CERTIFICATE OF DEPONENT
 2

 3
     I, ANTON TITOV, hereby certify that I have read the
 4   foregoing pages of my deposition of testimony taken in these
     proceedings on Tuesday, December 6, 2011, and, with the
 5   exception of the changes listed on the next page and/or
     corrections, if any, find them to be a true and accurate
 6   transcription thereof.

 7

 8

 9

10
     Signed:  ............................
11
     Name:   ANTON TITOV
12
     Date:   11/20/2012
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Highly Confidential

Page 373

1                    HIGHLY CONFIDENTIAL

2

3                        E R R A T A

                  Deposition of ANTON TITOV
4

      Page/Line No.        Description            Reason for change
5

6      225:25      Remind me. --> There might be.   Correct transcription

7     234:20     Presentation --> representation   Correct transcription

8     234:20     cost of the --> concept of       Correct transcription

9      261:2      As --> That's                    Correct transcription

10    273:20     Limewire --> Limelight           Correct transcription

11    279:3      is --> would                     Correct transcription

12    293:11     following --> logging            Correct transcription

13    306:5      calls --> holds                  Correct transcription

14    306:6   service at hotfile.com --> to abuse@hotfile.com Correct trans.

15    321:6      would decide it --> with this ID   Correct transcription

16    333:20     brought --> blocked              Correct transcription

17    337:7      file --> file ID                 Correct transcription

18    Signed:    ....................

19    Name:   ANTON TITOV

20    Date:      ....................

21

22

23

24

25

TSG Reporting - Worldwide    (877) 702-9580

Highly Confidential

Page 373

1           HIGHLY CONFIDENTIAL

2                E R R A T A

3           Deposition of ANTON TITOV

4    Page/Line No.        Description              Reason for change

5

6    361:25         state --> table              Correct transcription

7    368:7   users stay on our uploads --> users_cowner_upload  Correct trans

8

9

10

11

12

13

14

15

16

17

18   Signed:   ....................

19   Name:    ANTON TITOV

20   Date:    1/20/2012...........

21

22

23

24

25

TSG Reporting - Worldwide    (877) 702-9580

Highly Confidential

Page 372

HIGHLY CONFIDENTIAL

CERTIFICATE OF COURT REPORTER

I, Fiona Farson, with TSG Reporting, hereby certify that the testimony of the witness Anton Titov in the foregoing transcript, taken on Tuesday, December 6, 2011 was reported by me in machine shorthand and was thereafter transcribed by me; and that the foregoing transcript is a true and accurate verbatim record of the said testimony.

I further certify that I am not a relative, employee, counsel or financially involved with any of the parties to the within cause, nor am I an employee or relative of any counsel for the parties, nor am I in any way interested in the outcome of the within cause.

Signed:   ........................

Fiona Farson

Dated: 12/17/2011

HIGHLY CONFIDENTIAL

Page 374

1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2                  CASE NO. 11-20427-WILLIAMS/TURNOFF
3        - - - - - - - - - - - - - - - - - - - - - - - - -
         DISNEY ENTERPRISES,
4        INC., TWENTIETH CENTURY
         FOX FILM CORPORATION,
5        UNIVERSAL CITY STUDIOS
         PRODUCTIONS LLLP,
6        COLUMBIA PICTURES
         INDUSTRIES, INC., and
7        WARNER BROS.
         ENTERTAINMENT, INC.,
8                    Plaintiff,
9        v.
10       HOTFILE CORP., ANTON
         TITOV, and DOES 1-10,
11
12                   Defendants.
13
14       HOTFILE CORP.,
15                   Counterclaimant,
16       v.
17       WARNER BROS ENTERTAINMENT
         INC.,
18                   Counterdefendant.
19       - - - - - - - - - - - - - - - - - - - - - - - - -
                              VOLUME III
20             H I G H L Y   C O N F I D E N T I A L
                (Pursuant to protective order, the following
21       transcript has been designated highly confidential)
22             30(b)(6) DEPOSITION OF ANTON TITOV
                         Radisson Blu Hotel
23                        Sofia, Bulgaria
                     Wednesday, December 7, 2011
24                        AT:  9:09 a.m.
25       Job # 44429

HIGHLY CONFIDENTIAL

Page 375

```
 1    A P P E A R A N C E S
 2        ATTORNEY FOR THE PLAINTIFFS:
                      JENNER & BLOCK, LLP
 3                    BY:  STEVEN FABRIZIO, ESQ.
                      1099 New York Avenue, NW
 4                    Washington, DC  20001
 5
 6
 7

          ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
 8        AND ANTON TITOV:
                      FARELLA, BRAUN & MARTEL, LLP
 9                    BY:  RODERICK THOMPSON, ESQ.
                      235 Montgomery Street
10                    San Francisco, California  94104
11
12                    BOSTON LAW GROUP
                      BY:  VALENTIN GURVITS
13                    825 Beacon Street
                      Newton Center, MA 02459
14
15
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 376

1    Also present:

2    Court reporter:

3            Fiona Farson

             TSG Reporting

4

5    Videographer:

6            Simon Rutson

             TSG Reporting

7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10           Elena Alexieva

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 518

1      may be our overstatement, just to stay away from

2      absolute, but that is how it designs to work.

3   Q.  The way this Vobile technology works, Hotfile chooses

4      which files to send to the Vobile application for

5      fingerprinting, correct?

6   A.  Correct.

7   Q.  Okay.  But that's not Vobile's choice, that's Hotfile's

8      choice?

9   A.  Correct.

10  Q.  And, currently, Hotfile sends, or tries to send, every

11      video file that is uploaded to the Vobile application?

12  A.  That is the intent of the system, yes.

13  Q.  But you said "parts of file," did you mean that because

14      some content files are uploaded in multiple parts?

15  A.  No, I meant that Mediawise product is designed to be

16      built -- built by minutes of video that are sent to

17      Vobile, and they advised us not to send a whole video,

18      but to cut a piece of film and to send for fingerprint.

19                  (Reporter clarification.)

20          Fingerprinting.

21  Q.  The fingerprint of the files that are uploaded to

22      Hotfile are calculated on Hotfile's servers using the

23      Vobile application on Hotfile's servers, correct?

24  A.  Correct.

25  Q.  Okay.  Does Hotfile send the entire file to the Vobile

HIGHLY CONFIDENTIAL

Page 475

1      be a child file, why didn't Hotfile disable the URLs for

2      the parent file and all other child files?

3   MR. THOMPSON:  Objection, vague as to time.

4   BY MR. FABRIZIO:

5   Q.  In this period prior to August of 2009.

6   A.  I don't know.

7   Q.  In the same period, why didn't Hotfile disable the

8      single hash master reflected by those URLs?

9   A.  We didn't still realize it is necessary.

10  Q.  So, again, in this period of August 2009 and earlier, if

11     an uploading user had made four copies using the Hotfile

12     file copy feature, and a copyright owner wanted to give

13     Hotfile notice to prevent the infringement of that file,

14     the copyright owner would have to identify and send

15     notices for five different URLs?

16  MR. THOMPSON:  Objection, vague and complex, assumes facts.

17  A.  In case five URLs are used, it could be the case.

18  BY MR. FABRIZIO:

19  Q.  What is the source of your information that this changed

20     and hash blocking began in the August of 2009 timeframe?

21  A.  General discussions with others, and trying to remember

22     when it started.

23  Q.  Is there any way to look at any database to make a more

24     definitive determination?

25  MR. THOMPSON:  Objection, calls for speculation, overbroad.

HIGHLY CONFIDENTIAL

Page 476

1    A.  I can't think of any.

2    BY MR. FABRIZIO:

3    Q.  The hash blocking functionality, that's implemented

4        through source code, correct?

5    A.  Correct.

6    Q.  What's the name of the source code file that implements

7        hash blocking?

8    A.  There is no source code name for blocking, just in any

9        place where a block should be enforced, there is an SQL

10       update statement that will say "blocked field to 1."

11   Q.  There is a -- what type of statement?

12   A.  SQL.

13   Q.  What does that stand for?

14   A.  Um --

15   Q.  Oh, SQL?

16   A.  Yes, query language.  I am a bit cooked.  Can I... ?

17   MR. THOMPSON:  Take a break.

18   A.  Take a break?

19   BY MR. FABRIZIO:

20   Q.  Let me just --

21   A.  Mm-hmm.

22   Q.  And you said it would say "blocked field"?

23   A.  It will say "blocked field 1" like the document on here.

24   Q.  And just lastly, before we take our break, the source

25       code history would show revision dates when that code

HIGHLY CONFIDENTIAL

Page 520

1    A.   I think that is based on the extension of the file.

2    Q.   What if a file is an archive file, such as a RAR or

3         a ZIP?

4    A.   Hotfile would try to extract the archive and, if a video

5         file was found inside, it will be fingerprinted --

6         fingerprinted.

7    Q.   So the code that Hotfile wrote to implement the

8         Mediawise technology attempts to unpack RAR and ZIP

9         files to look at the actual contents of the file?

10   A.   That is correct.

11   Q.   Okay.  What if a -- if a content file doesn't have

12        a file extension?

13   A.   I don't think it will be processed by Vobile.

14   Q.   Does Hotfile send to the Vobile application on a server

15        files that do not contain file extensions?

16   A.   I don't believe so.

17   Q.   How does Hotfile address uploaded files that are

18        password protected?

19   A.   I think Hotfile doesn't check them, since it can't

20        extract them.

21   Q.   And is that the same answer for files that are

22        encrypted?

23   A.   Yes, with the additional information, sometimes we can

24        spot an -- an encrypted file as opposed to obvious RAR

25        or ZIP extension.

HIGHLY CONFIDENTIAL

Page 521

1    Q.   Does Hotfile make uploaded files available -- well,

2         strike that.

3              Does Hotfile prevent uploaded video files from

4         being downloaded by users before fingerprinting is

5         completed?

6    A.   I don't believe so.

7    Q.   So Hotfile allows files -- video files to be downloaded

8         while the Vobile fingerprinting process is taking place?

9    MR. THOMPSON:   Objection, vague.

10   A.   I think so, yes.

11   BY MR. FABRIZIO:

12   Q.   Since Hotfile has first implemented Vobile on the live

13        system, I think you said around August, has Hotfile

14        changed the implementation?

15   A.   I think it's fair to say that there were some initial

16        periods of testing and fixing and, after that, I don't

17        recall any changes.

18   Q.   So, for video files, where the fingerprints are

19        calculated on the Hotfile server through the Vobile

20        application, that fingerprint is then transmitted to

21        the Vobile server?

22   A.   That is correct.

23   Q.   And then Vobile compares that fingerprint to a database

24        of fingerprints that Vobile maintains?

25   A.   That is my understanding.

HIGHLY CONFIDENTIAL

Page 524

1       pressure on me to get his name right, at least once in

2       a while.

3   MR. THOMPSON:  Also be on your best behavior.

4   MR. FABRIZIO:  I'm always on my best behavior.

5           It's very nice to meet you, sir.

6   BY MR. FABRIZIO:

7   Q.  Can users other than the uploading user download the

8       file by using the URL for the file?

9   A.  No, but to the extent when I say "user," I mean

10      combination of user name and password, and not person.

11  Q.  Of course.  So I mean -- yes, let me put it this way;

12      somebody with the uploading user's Hotfile credentials

13      and the URL can download the file, correct?

14  A.  That's probably correct.

15  Q.  But a user that does not have the uploading user's

16      Hotfile credentials cannot use the URL to download the

17      file, correct?

18  A.  Correct.

19  Q.  If a file is determined to be blocked by virtue of the

20      Vobile technology, does Hotfile continue to allow hash

21      identical files to be uploaded to the Hotfile servers?

22  A.  Yes, but they're -- they will work the same way as

23      I just described.

24  Q.  So they're -- they -- a hash identical file subsequently

25      uploaded will continue to be treated as a Vobile blocked

HIGHLY CONFIDENTIAL

Page 525

1          file, meaning that the uploading user can download it,

2          but users without the uploading user's credentials will

3          not be able to download it?

4     A.   That's correct.

5     Q.   Once Hotfile determines through the Vobile technology

6          that a file is to be blocked, does Hotfile -- does

7          Hotfile have to send subsequent hash identical files to

8          Vobile for fingerprinting?

9              That may not have been the clearest question in the

10         world.  I'll try it again --

11    A.   I understood.  You're asking if we are sending

12         subsequent files with the same hash to Vobile.

13    Q.   Yes.  I guess what I'm trying to figure out is, once

14         you've identified a file in your -- in your database as

15         identified as being blocked by Vobile, do you identify

16         subsequent files based on their hash, or do you continue

17         to fingerprint subsequent video files?

18    A.   I'm not actually sure, but either of these will work on

19         the file.

20    Q.   And has Hotfile -- strike that.

21             Has the use of the Vobile technology negatively

22         impacted the technical performance of the Hotfile

23         system?

24    A.   In the current implementation, besides the fact that we

25         have -- I don't know actually how many, maybe two

HIGHLY CONFIDENTIAL

Page 538

1         responsible for sending a user who downloaded that file,

2         correct?

3     MR. THOMPSON:  Objection, overbroad.

4     A.  It's possible, but burdensome, as you can imagine,

5         I guess.

6     BY MR. FABRIZIO:

7     Q.  Not really.  Why would it be burdensome?

8     MR. THOMPSON:  Objection, compound.

9     A.  I would imagine this to be a big database.

10    BY MR. FABRIZIO:

11    Q.  Isn't Hotfile a big database?

12    MR. THOMPSON:  Objection, vague and argumentative.

13    A.  It's almost the maximum size that it can be.

14    BY MR. FABRIZIO:

15    Q.  Well, Hotfile -- for each URL, Hotfile could keep a list

16        of the domains that referred users who download the

17        file, and just keep a counter for how many times a user

18        being referred by that domain has downloaded the file,

19        correct?

20    MR. THOMPSON:  Objection, vague.

21    A.  Correct.

22    BY MR. FABRIZIO:

23    Q.  But Hotfile doesn't do that?

24    A.  No, it doesn't.

25    Q.  But if Hotfile -- if Hotfile did do that, then, when it

HIGHLY CONFIDENTIAL

Page 539

1           received a DMCA copyright notice, it would be able to

2           know which refer domains were repeatedly referring users

3           to download infringing content, correct?

4       MR. THOMPSON:   Objection, assumes a legal conclusion,

5           overbroad.

6       BY MR. FABRIZIO:

7       Q.  Let me --

8       A.  I understood, and you're correct.

9       MR. FABRIZIO:   I would like to address your counsel's

10          objection, just for the record.  It will be the same

11          question as you understand it, but in a different form.

12      BY MR. FABRIZIO:

13      Q.  If Hotfile maintained the refer domain information as

14          we've discussed, then, when Hotfile received a DMCA

15          copyright notice, Hotfile would be able to know which

16          refer domains were repeatedly referring users to

17          download content identified in those copyright notices,

18          isn't that correct?

19      A.  Yes, that would be possible.

20      Q.  And if Hotfile kept that information, then Hotfile would

21          have the ability to terminate from its affiliate program

22          refer domains that were repeatedly referring to Hotfile

23          users who were downloading files identified in DMCA

24          copyright notices, isn't that correct?

25      A.  Yes, that would be correct.

HIGHLY CONFIDENTIAL

Page 540

1    Q.   But Hotfile does not do that?

2    A.   Hotfile does not do that.

3    Q.   Has Hotfile ever terminated a refer domain or a website

4         represented by a refer domain from its affiliate

5         program?

6    MR. THOMPSON:   Objection, compound.

7    BY MR. FABRIZIO:

8    Q.   Let me change the question slightly.   It's actually not

9         intelligible, given the way you do things.

10        Has Hotfile ever terminated a user from its

11        affiliate program because a website registered by that

12        user repeatedly referred users to Hotfile to download

13        content identified in DMCA notices?

14   A.   If you are referring to any ultimate process, the answer

15        would be probably no.

16   Q.   Okay.  So the strike system we've talked about, where

17        Hotfile terminates users for repeat copyright

18        infringement, it doesn't have a policy or a system

19        comparable for terminating websites that are refer

20        domains, correct?

21   MR. THOMPSON:   Objection, vague.

22   A.   That's correct.

23   BY MR. FABRIZIO:

24   Q.   And has Hotfile ever terminated a user because a website

25        registered by the user was referring users who

HIGHLY CONFIDENTIAL

Page 542

1      A.   I think the only answer is that I don't know.

2      BY MR. FABRIZIO:

3      Q.   Okay.  Does Hotfile have an established policy to

4           terminate users because websites the users have

5           registered have turned out to be repeat copyright

6           infringers?

7      MR. THOMPSON:  Objection, calls for a legal conclusion,

8           vague and ambiguous.

9      A.   My understanding is that if Hotfile would be informed

10          about particular website, the user would be terminated,

11          or could be terminated.

12     BY MR. FABRIZIO:

13     Q.   You say that's your understanding, but is that

14          an established policy that Hotfile has?

15     MR. THOMPSON:  Objection, vague.

16     A.   The difference -- I don't know for a fact.

17     BY MR. FABRIZIO:

18     Q.   I'm trying to draw a distinction between your

19          understandings and Hotfile policies.

20              I take it not all of your understandings are

21          official Hotfile policy, correct?

22     MR. THOMPSON:  Objection, overbroad, vague.

23     A.   Yeah, I think so.

24     BY MR. FABRIZIO:

25     Q.   Okay.  So does Hotfile have an official policy to

HIGHLY CONFIDENTIAL

Page 543

1        terminate users because the websites those users have

2        registered turn out to be repeat copyright infringers?

3    MR. THOMPSON:  Objection, calls for a legal conclusion,

4        vague and ambiguous.

5    A.  I don't know.

6    BY MR. FABRIZIO:

7    Q.  If you don't know, who would know?

8    A.  I think that would be Andre Ianakov.

9    Q.  Did you say Mr. Ianakov?

10   A.  Correct.

11   Q.  Is Mr. Ianakov vested with authority to set policy for

12       Hotfile?

13   MR. THOMPSON:  Objection, vague.

14   A.  No, he's not.

15   BY MR. FABRIZIO:

16   Q.  Is there a place you could look to see whether such

17       a policy was written down?

18   A.  No, I don't think so.

19   Q.  Is there a place -- let me -- has Hotfile ever published

20       on its website a policy that informs users that they

21       will be terminated if the websites they've registered

22       turn out to be repeat copyright infringers?

23   A.  I don't believe so.

24   Q.  Does Hotfile maintain a Google Analytics account?

25   A.  Yes, Hotfile does.

HIGHLY CONFIDENTIAL

Page 552

1                    HIGHLY CONFIDENTIAL
                  CERTIFICATE OF DEPONENT
2

3
       I, ANTON TITOV, hereby certify that I have read the
4   foregoing pages of my deposition of testimony taken in these
    proceedings on Wednesday, December 7, 2011, and, with the
5   exception of the changes listed on the next page and/or
    corrections, if any, find them to be a true and accurate
6   transcription thereof.

7

8

9

10    Signed: _____

11    Name:   ANTON TITOV

12    Date:   1/20/2012

13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 554

1                    HIGHLY CONFIDENTIAL

2    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

3    DATE OF DEPOSITION: 12-7-2011

4    NAME OF WITNESS: ANTON TITOV

5    Reason Codes:

6         1.  To clarify the record.

7         2.  To conform to the facts.

8            3.  To correct transcription errors.

9    Page  396   Line   16   Reason   3

10   From  no                    to      to

11   Page  402   Line  13   Reason  3

12   From  Googles              to     cookies

13   Page  402   Line  15   Reason  3

14   From  Googles              to     cookies

15   Page  418   Line  5    Reason  3

16   From  user field field    to  user input field

17   Page  439   Line  24   Reason  3

18   From  Lucyan               to     Luchian

19   Page  458   Line  5    Reason  5

20   From  only the             to   only if the

21   Page  483   Line  19   Reason  3

22   From  to upload down the file from   to  will pull down the file from

23

24   _____

25                    ANTON TITOV

TSG Reporting - Worldwide

H I G H L Y   C O N F I D E N T I A L

Page 554

1          HIGHLY CONFIDENTIAL

2    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

3    DATE OF DEPOSITION: 12-7-2011

4    NAME OF WITNESS: ANTON TITOV

5    Reason Codes:

6        1.  To clarify the record.

7        2.  To conform to the facts.

8            3.  To correct transcription errors.

9    Page  436   Line   18   Reason    3

10   From  Lucyan          to     Luchian

11   Page  436   Line   23   Reason    3

12   From  Lucyan          to     Luchian

13   Page  439   Line   24   Reason    3

14   From  Lucyan          to     Luchian

15   Page  439   Line   2    Reason    3

16   From  Lucyan's        to     Luchian's

17   Page _____ Line _____ Reason _____

18   From _____ to _____

19   Page _____ Line _____ Reason _____

20   From _____ to _____

21   Page _____ Line _____ Reason _____

22   From _____ to _____

23

24   _____

25            ANTON TITOV

TSG Reporting - Worldwide

HIGHLY CONFIDENTIAL

Page 553

1                    HIGHLY CONFIDENTIAL
                CERTIFICATE OF COURT REPORTER

2

3

    I, Fiona Farson, with TSG Reporting, hereby certify that the
4   testimony of the witness Anton Titov in the foregoing
    transcript, taken on Wednesday, December 7, 2011 was
5   reported by me in machine shorthand and was thereafter
    transcribed by me; and that the foregoing transcript is a
6   true and accurate verbatim record of the said testimony.

7

    I further certify that I am not a relative, employee,
8   counsel or financially involved with any of the parties to
    the within cause, nor am I an employee or relative of any
9   counsel for the parties, nor am I in any way interested in
    the outcome of the within cause.

10

11

12

13

14

    Signed: _____
15

    Fiona Farson
16

    Dated: 12-19-2011
17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 555

1                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
2                CASE NO. 11-20427-WILLIAMS/TURNOFF
3       - - - - - - - - - - - - - - - - - - - - - - - - -
        DISNEY ENTERPRISES,
4       INC., TWENTIETH CENTURY
        FOX FILM CORPORATION,
5       UNIVERSAL CITY STUDIOS
        PRODUCTIONS LLLP,
6       COLUMBIA PICTURES
        INDUSTRIES, INC., and
7       WARNER BROS.
        ENTERTAINMENT, INC.,
8
9               Plaintiff,
10      v.
11      HOTFILE CORP., ANTON
        TITOV, and DOES 1-10,
12
13              Defendants.
14
15      HOTFILE CORP.,
16              Counterclaimant,
17      v.
18      WARNER BROS ENTERTAINMENT
        INC.,
19              Counterdefendant.
20      - - - - - - - - - - - - - - - - - - - - - - - - -
                          VOLUME IV
21            H I G H L Y   C O N F I D E N T I A L
              (Pursuant to protective order, the following
22        transcript has been designated highly confidential)
23              30(b)(6) DEPOSITION OF ANTON TITOV
                      Radisson Blu Hotel
24                     Sofia, Bulgaria
                  Thursday, December 8, 2011
25      Job #44430           AT:  9:10 a.m.

HIGHLY CONFIDENTIAL

Page 556

1                    A P P E A R A N C E S

2     ATTORNEY FOR THE PLAINTIFFS:

3              JENNER & BLOCK

               BY:  STEVEN FABRIZIO, ESQ.

4              1099 New York Avenue, NW

               Washington, DC  20001

5

6

7

8

      ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,

9     AND ANTON TITOV:

               FARELLA, BRAUN & MARTEL

10             BY:  RODERICK THOMPSON, ESQ.

               235 Montgomery Street

11             San Francisco, CA 94104

12

13             BOSTON LAW GROUP

               By: VALENTIN GURVITS, ESQ.

14             825 Beacon Street

               Newton Center, MA 02459

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 557

1     Also present:

2     Court reporter:

3             Fiona Farson

              TSG Reporting

4

5     Videographer:

6             Simon Rutson

              TSG Reporting

7

8     Interpreter:

9             Assist. Prof. Boris Naimushin, Ph.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 584

1     MR. FABRIZIO:  I'm going to mark as Titov exhibit 158

2         a document numbered HF02837104 through 15 and, again,

3         this is going to be a five-page document, with the third

4         page being the affidavit of accuracy, and the last two

5         pages being the original that has some portion in

6         Bulgarian.

7     MR. THOMPSON:  For the record, we will object to the use of

8         this and/or other translations which were not provided

9         in advance, for the reasons I've explained prior.

10    BY MR. FABRIZIO:

11    Q.  Mr. Titov, this is an email thread, but the email at the

12        top of exhibit 157 is from you to others dated February

13        13, 2010, correct?

14    A.  Correct.

15    Q.  Okay.  And is it a true and correct copy of an email

16        you -- email exchange you had with -- with your

17        colleagues on February 13, 2010?

18    MR. THOMPSON:  Same objection, and also calls for a legal

19        conclusion.

20    A.  I believe so.

21    BY MR. FABRIZIO:

22    Q.  Okay.  What type of cheating situation are you talking

23        about in exhibit 158?

24    A.  I'm not sure we -- I referred to this as cheating

25        situation, but the situation is another website trying

HIGHLY CONFIDENTIAL

Page 585

1      to work like a proxy server for their customers to be

2      able to download files from Hotfile.

3  Q.  How does that work?

4  MR. THOMPSON:  Objection, vague.

5  A.  My belief is that they have one or more Hotfile premium

6      accounts, and their server would connect to our servers

7      to download files, and then they will let their users to

8      download those files.

9  BY MR. FABRIZIO:

10  Q.  The net effect is that their users would get the benefit

11      of premium Hotfile services without having to have

12      purchased a premium account?

13  A.  Correct.

14  Q.  Okay.  And obviously something Hotfile wanted to stop?

15  A.  Correct.

16  Q.  And was that a -- what kind of problem do you refer to

17      that as?  How do we talk about that?

18  MR. THOMPSON:  Objection, compound.

19  MR. FABRIZIO:  I'm just trying to get some language.

20  A.  I don't have a name in my mind, but a user is referring

21      to download service, which will be probably work for me.

22  BY MR. FABRIZIO:

23  Q.  Okay.  So the download service abuse?

24  A.  Okay.

25  Q.  Okay.  Was that sort of download service abuse

HIGHLY CONFIDENTIAL

Page 586

1        a recurring problem for Hotfile?

2    MR. THOMPSON:  Objection, vague.

3    A.  I would say so, yes.

4    BY MR. FABRIZIO:

5    Q.  How did Hotfile uncover instances of the download

6        service abuse?

7    MR. THOMPSON:  Objection, overbroad.

8    A.  I think a method that I described in the email was used.

9    BY MR. FABRIZIO:

10   Q.  Can you tell us what that is?

11   A.  If you upload a file and don't share the link with

12       anybody and puts our -- in the source code special

13       condition that, if this file is being downloaded,

14       perform certain action, like logging the IP address of

15       the user or removing the premium account of the user who

16       downloads this file, then going to the website or the

17       download servers of abuser and trying to download that

18       file through their system, you'll know that, since only

19       you know the link of this file, you will know that it's

20       the -- these services -- servers who are connecting to

21       Hotfile.

22   Q.  Clever.

23   A.  It is.

24   Q.  And in those instances, you could ban the -- the -- the

25       abusing website's IP address, so that their users cannot

HIGHLY CONFIDENTIAL

Page 587

1    connect any more?

2  A.  There was some kind of form of ban, but I am not sure if

3    this all product connections or only using premium

4    services or something like that.  I don't recall the

5    exact implementation at this stage.

6  Q.  In your email to Dido, in the second sentence you say:

7    "Arrange so that everyone who starts to download the

8    file, his premium status to be stopped and his IP to be

9    banned."

10    Do you see that?

11  A.  Yes, I see that.

12  Q.  Is that an accurate statement of what you had told Dido?

13  MR. THOMPSON:  Objection, calls for him to act as

14    a translator.

15  A.  That is the substance of what I said.

16  BY MR. FABRIZIO:

17  Q.  Okay.  And in -- in that context, was it the website's

18    IP that would be banned or the downloading user's IP

19    address that would be banned?

20  A.  May I ask who do you refer like "downloading user"?  Is

21    it the user of download service abuser or -- or the

22    download service abuser themselves?

23  Q.  That's actually what my question was, but I can

24    understand the confusion.

25    In the download service abuse scenario, there are

HIGHLY CONFIDENTIAL

Page 588

1        the -- there is the website that has set up the abuse --

2    A.  Mm-hmm.

3    Q.  -- and the website's users which take advantage of the

4        abuse?

5    A.  Correct.

6    Q.  Okay.  I was asking, between those two, which IP address

7        would be banned?

8    A.  Between those two, it's a more correct statement to --

9        website's IP address would be banned, although it's

10       a not 100 per cent correct statement, because they can

11       use proxies or something, and the IP address of the

12       user, I can't think of any means for Hotfile to know it.

13   Q.  Okay.  Did the website download service abusers try and

14       circumvent your blocking the IP address by using proxy

15       servers?

16   MR. THOMPSON:  Objection, lacks foundation and calls for

17       speculation.

18   A.  They use different servers and different IP addresses

19       rather than the IP address of their site to prevent it.

20       Whether it's correct to call it proxy servers, I don't

21       know, but in my understanding they are proxy servers.

22   BY MR. FABRIZIO:

23   Q.  So would that require Hotfile to more regularly try and

24       figure out what they're doing and ban them again?

25   MR. THOMPSON:  Objection, vague.

H I G H L Y   C O N F I D E N T I A L

Page 729

1                          CERTIFICATE OF DEPONENT

2

3
        I, ANTON TITOV, hereby certify that I have read the
4     foregoing pages of my deposition of testimony taken in these
      proceedings on Thursday, December 8, 2011, and, with the
5     exception of the changes listed on the next page and/or
      corrections, if any, find them to be a true and accurate
6     transcription thereof.

7

8

9

10
      Signed:  ...............................
11
      Name:    ANTON TITOV
12
      Date:    1/20/2012 ...............
13

14

15

16

17

18

19

20

21

22

23

24

25

TSG Reporting - Worldwide

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5        1.  To clarify the record.

6        2.  To conform to the facts.

7        3.  To correct transcription errors.

8    Page  581   Line   8    Reason   3

9    From  make it to the      to   make it to

10   Page  581   Line   9    Reason   3

11   From   log, the          to    log the

12   Page  582   Line  17    Reason   3

13   From  cannot exist       to   can notice if

14   Page  582   Line  20    Reason   1

15   From  accounts hacking,      accounts to prevent hacking is a
          limitation         to   limitation

16   Page  582   Line  22    Reason   3

17   From  force on           to   force hacking on

18   Page  586   Line  16    Reason   3

19   From   or                to        of

20   Page  586   Line  17    Reason   3

21   From   servers of        to    service

22

23                          _____

24                          ANTON TITOV

25

TSG Reporting - Worldwide

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5         1.  To clarify the record.

6         2.  To conform to the facts.

7         3.  To correct transcription errors.

8    Page ___587___ Line ___3___ Reason ___3___

9    From ___all product___ to ___will protect___

10   Page ___587___ Line ___5___ Reason ___3___

11   From ___stage___ to ___limitation___

12   Page ___589___ Line ___24___ Reason ___3___

13   From ___it's correct___ to ___it isn't a correct___

14   Page ___592___ Line ___25___ Reason ___1___

15   From ___it___ to ___we would___

16   Page ___597___ Line ___25___ Reason ___3___

17   From ___the shareholders___ to ___two shareholders___

18   Page ___611___ Line ___22___ Reason ___3___

19   From ___Lucyan___ to ___Luchian___

20   Page ___612___ Line ___8___ Reason ___3___

21   From ___Lucyan___ to ___Luchian___

22

23                              _____

24                              ANTON TITOV

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5         1.  To clarify the record.

6         2.  To conform to the facts.

7         3.  To correct transcription errors.

8    Page  612   Line  15    Reason  3

9    From  Lucyan           to   Luchian

10   Page  612   Line  17    Reason  3

11   From  Lucyan           to   Luchian

12   Page  616   Line  8     Reason  3

13   From  FABRIZIO         to    THOMPSON

14   Page  616   Line  13    Reason  3

15   From  man              to   him

16   Page  620   Line  4     Reason  3

17   From  Lemuria paid     to   Lemuria ever paid

18   Page  620   Line  4     Reason  3

19   From  other            to   any

20   Page  620   Line  5     Reason  3
         and if there is still other      and the answer is still no, and
21   From  shareholders     to   other shareholders, no.

22

23                          _____

24                          ANTON TITOV

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1   NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2   DATE OF DEPOSITION: 12-8-2011

3   NAME OF WITNESS: ANTON TITOV

4   Reason Codes:

5        1.   To clarify the record.

6        2.   To conform to the facts.

7        3.   To correct transcription errors.

8   Page 626   Line 22   Reason 3

9   From financial election   to   FinArt transaction

10  Page 632   Line 25   Reason 3

11  From a port tool   to   upload tool

12  Page 649   Line 25   Reason 3

13  From paid to the   to   paid through the

14  Page 675   Line 13   Reason 3

15  From responding to the   to   responding to user

16  Page 675   Line 14   Reason 3

17  From query in   to   inquiries via

18  Page 675   Line 15   Reason 1

19  From frequently questions   to frequently asked questions

20  Page 701   Line 11   Reason 3

21  From ask him the question to   ask him a new question

22

23                                _____

24                                ANTON TITOV

25

TSG Reporting - Worldwide

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5         1.  To clarify the record.

6         2.  To conform to the facts.

7         3.  To correct transcription errors.

8    Page __723__ Line __16__ Reason __3__

9    From ____hosted____ to ____posted____

10   Page 726:25-727:1 Line _____ Reason __3__

11   From __our court file__ to __Hotfile__

12   Page __611__ Line __22__ Reason __3__

13   From __Lucyan__ to __Luchian__

14   Page __612__ Line __8__ Reason __3__

15   From __Lucyan__ to __Luchian__

16   Page __612__ Line __12__ Reason __3__

17   From __Lucyan__ to __Luchian__

18   Page __612__ Line __15__ Reason __3__

19   From __Lucyan__ to __Luchian__

20   Page __612__ Line __17__ Reason __3__

21   From __Lucyan__ to __Luchian__

22

23   _____

24        ANTON TITOV

25

TSG Reporting - Worldwide

HIGHLY CONFIDENTIAL

Page 730

1                      HIGHLY CONFIDENTIAL
                CERTIFICATE OF COURT REPORTER
2

3

        I, Fiona Farson, with TSG Reporting, hereby certify that the
4     testimony of the witness Anton Titov in the foregoing
        transcript, taken on Thursday, December 8, 2011 was reported
5     by me in machine shorthand and was thereafter transcribed by
        me; and that the foregoing transcript is a true and accurate
6     verbatim record of the said testimony.
7

        I further certify that I am not a relative, employee,
8     counsel or financially involved with any of the parties to
        the within cause, nor am I an employee or relative of any
9     counsel for the parties, nor am I in any way interested in
        the outcome of the within cause.
10

11

12

13

14

        Signed:  ........................
15

        Fiona Farson
16

        Dated: 12-20-2011
17

18

19

20

21

22

23

24

25