# Yeh Exhibit 129

Highly Confidential

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, )
INC., TWENTIETH CENTURY )
FOX FILM CORPORATION, )
UNIVERSAL CITY STUDIOS )
PRODUCTIONS LLLP, )
COLUMBIA PICTURES )
INDUSTRIES, INC., and )
WARNER BROS. )
ENTERTAINMENT, INC., )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )
                                    )
HOTFILE CORP., ANTON                )
TITOV, and DOES 1-10                )
                                    )
        Defendants.                 )
_____)

H I G H L Y   C O N F I D E N T I A L
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(B)(6) DEPOSITION OF ANTON TITOV
LOS ANGELES, CALIFORNIA
THURSDAY, NOVEMBER 17, 2011

REPORTED BY:
Alejandria E. Kate
CSR NO. 11897, HI 448, RPR, CLR
JOB NO.: 44003

Highly Confidential

Page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, COLUMBIA PICTURES INDUSTRIES, INC., and WARNER BROS. ENTERTAINMENT, INC.,

    Plaintiffs,

 v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10

    Defendants.
_____

HOTFILE CORP.,

    Counterclaimant,

v.

WARNER BROS ENTERTAINMENT INC.,

    Counterdefendant.
_____

Highly Confidential

Page 3

5 NOVEMBER 17, 2011

6 7:08 A.M.

9 Videotaped deposition of ANTON TITOV, held at
10 the offices of JENNER & BLOCK, LLP,
11 633 West 5th Street, Suite 3600, Los Angeles,
12 California, before Alejandria E. Kate, a
13 Registered Professional Reporter and
14 Certified Shorthand Reporter of the State of
15 California.

Highly Confidential

```
                                                              Page 4

 1    A P P E A R A N C E S:
 2
 3        ATTORNEY FOR THE PLAINTIFFS:
 4            JENNER & BLOCK, LLP
              BY:  STEVEN B. FABRIZIO, ESQ.
 5            1099 New York Avenue, NW
              Suite 900
 6            Washington, DC  20001
              202.639.6040
 7            sfabrizio@jenner.com
 8
 9        ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
          AND ANTON TITOV:
10
              FARELLA, BRAUN & MARTEL, LLP
11            BY:  RODERICK M. THOMPSON, ESQ.
                   (APPEARING VIA VIDEO CONFERENCE)
12            235 Montgomery Street, 17th Floor
              San Francisco, California  94104
13            415.954.4400
              rthompson@fbm.com
14
15
          ATTORNEY FOR THE DEFENDANT ANTON TITOV:
16
              PENKOV, MARKOV & PARTNERS
17            BY:  SVETOSLAV DIMITROV, ESQ.
                   NIKOLAY CVETANOV, ESQ.
18                 (APPEARING VIA VIDEO CONFERENCE)
              Iztok Dstr., Bl. 22, Entr. A
19            1113 Sofia
              Bulgaria
20            359-2-9713935
              lawyers@penkov-markov.eu
21
22
          ALSO PRESENT:
23
              KELLY TRUELOVE, consultant for the plaintiffs
24
              GUEORGUI MATVEER, standby Bulgarian interpreter
25            (appearing via video conference)
```

Highly Confidential

| | | Page 16 |
|---|---|---|
| 1 | What does the one mean? | 07:24 |
| 2 | A. One will be, yes, suspended too. | 07:24 |
| 3 | Q. And what does zero mean? | 07:24 |
| 4 | A. Zero means not suspended. | 07:24 |
| 5 | Q. Okay. Are you sure that one is suspended and | 07:24 |
| 6 | zero is not suspended? | 07:24 |
| 7 | A. To my best -- to the best of my knowledge -- | 07:25 |
| 8 | and I walked over this with Vazell (phonetic) -- yes, | 07:25 |
| 9 | it's like this. | 07:25 |
| 10 | Q. Okay. And if there is a one, meaning the user | 07:25 |
| 11 | is suspended, does that mean that that user was | 07:25 |
| 12 | suspended until a particular date that you have recorded | 07:25 |
| 13 | somewhere else in the database? | 07:25 |
| 14 | A. Yes. That was the original design, but it was | 07:25 |
| 15 | never used to the best of my knowledge. | 07:25 |
| 16 | Q. Okay. Because, as you explained, in every | 07:25 |
| 17 | instance you suspended the user for such a long period | 07:25 |
| 18 | of time that it was effectively a termination? | 07:25 |
| 19 | A. Yes. | 07:25 |
| 20 | Q. And Vazell is Vazell Kolef (phonetic)? | 07:25 |
| 21 | A. Exactly. | 07:25 |
| 22 | Q. Thank you. | 07:25 |
| 23 | So what does it mean when Hotfile suspends a | 07:25 |
| 24 | user in this manner? What are -- what are the actions | 07:26 |
| 25 | taken against the user? | 07:26 |

Highly Confidential

Page 17

| | | |
|---|---|---|
| 1 | MR. THOMPSON: Objection. Compound. | 07:26 |
| 2 | THE WITNESS: The most obvious would be that he | 07:26 |
| 3 | won't be able to log in to his account. He will | 07:26 |
| 4 | probably receive an e-mail that he's suspended. | 07:26 |
| 5 | Normally all his files would be suspended, but it | 07:26 |
| 6 | depends on the -- we have a separate button in the main | 07:26 |
| 7 | file. You can suspend it manually. You can suspend all | 07:26 |
| 8 | files and then suspend the user. | 07:27 |
| 9 | I'm not aware of any circumstances under which | 07:27 |
| 10 | a user was suspended and his files was not. | 07:27 |
| 11 | BY MR. FABRIZIO: | 07:27 |
| 12 | Q. Anything else that happens vis-a-vis the user | 07:27 |
| 13 | upon being suspended? | 07:27 |
| 14 | MR. THOMPSON: Objection. Overbroad. | 07:27 |
| 15 | THE WITNESS: I can't think of anything, but | 07:27 |
| 16 | there may be something. | 07:27 |
| 17 | BY MR. FABRIZIO: | 07:27 |
| 18 | Q. Okay. Is a suspended user still permitted to | 07:27 |
| 19 | upload files? | 07:27 |
| 20 | A. No. | 07:27 |
| 21 | Q. Well, can users upload files without | 07:27 |
| 22 | registering? | 07:27 |
| 23 | MR. THOMPSON: Objection. Vague. | 07:27 |
| 24 | THE WITNESS: Yes, they can. We will call it | 07:27 |
| 25 | an anonymous upload. | 07:28 |

Highly Confidential

Page 18

| | |
|---|---|
| 1   BY MR. FABRIZIO: | 07:28 |
| 2       Q.   An anonymous what? | 07:28 |
| 3       A.   Upload. | 07:28 |
| 4       Q.   An anonymous upload.  Okay. | 07:28 |
| 5            Can suspended users engage in anonymous | 07:28 |
| 6   uploads? | 07:28 |
| 7            MR. THOMPSON:  Objection.  Overbroad and vague. | 07:28 |
| 8            THE WITNESS:  Generally, if you refer to user | 07:28 |
| 9   by user name and password, then, no, this user of the | 07:28 |
| 10  system can't. | 07:28 |
| 11           If you refer to the user, like, a person, it's | 07:28 |
| 12  logical to assume that he can do it because -- I mean, | 07:28 |
| 13  Internet is kind of anonymous.  He can move -- I mean, | 07:28 |
| 14  you can -- you don't know the person you're talking | 07:28 |
| 15  about -- talking with.  You just know their user name | 07:28 |
| 16  and password.  So this user name won't be able to upload | 07:28 |
| 17  anything. | 07:29 |
| 18           (Reporter clarification.) | 07:29 |
| 19           MR. FABRIZIO:  That user name won't be able to | 07:29 |
| 20  upload anything. | 07:29 |
| 21           THE WITNESS:  No, it won't be able to. | 07:29 |
| 22  BY MR. THOMPSON: | 07:29 |
| 23      Q.   Okay.  But a suspended user could -- without | 07:29 |
| 24  using their prior user name and login credentials, could | 07:29 |
| 25  still upload files anonymously; correct? | 07:29 |

Highly Confidential

Page 19

| | | |
|---|---|---|
| 1 | MR. THOMPSON: Objection. Calls for | 07:29 |
| 2 | speculation. Overbroad and beyond the scope of the | 07:29 |
| 3 | 30(b)(6) deposition notice. | 07:29 |
| 4 | You can answer, Mr. Titov. | 07:29 |
| 5 | THE WITNESS: Yes. I would assume that | 07:29 |
| 6 | everybody can do anything. I mean ... | 07:29 |
| 7 | BY MR. FABRIZIO: | 07:29 |
| 8 | Q. Okay. And can suspended users continue to | 07:29 |
| 9 | download files from Hotfile? | 07:29 |
| 10 | MR. THOMPSON: Same objections. Mr. Fabrizio, | 07:29 |
| 11 | this is getting outside the scope of your deposition | 07:29 |
| 12 | notice. You'll have a chance to talk to Mr. Titov and | 07:30 |
| 13 | Sofia later on. I suggest you can move on. | 07:30 |
| 14 | MR. FABRIZIO: I'll just ask my questions. | 07:30 |
| 15 | Thank you. | 07:30 |
| 16 | Q. Can a suspended user -- | 07:30 |
| 17 | (Speaking simultaneously.) | 07:30 |
| 18 | THE WITNESS: Okay. | 07:30 |
| 19 | BY MR. FABRIZIO: | 07:30 |
| 20 | Q. Hold on. Before -- because there's a little | 07:30 |
| 21 | lag, let me -- let me just make sure I've asked the | 07:30 |
| 22 | question. | 07:30 |
| 23 | Can a suspended user continue to download from | 07:30 |
| 24 | Hotfile? | 07:30 |
| 25 | MR. THOMPSON: Objection. Overbroad and | 07:30 |

Highly Confidential

Page 51

| | | |
|---|---|---|
| 1 | Q. What's the range? | 08:35 |
| 2 | MR. THOMPSON: Objection. Vague. | 08:35 |
| 3 | THE WITNESS: I would say from 14 to 19 days. | 08:35 |
| 4 | BY MR. FABRIZIO: | 08:36 |
| 5 | Q. Was that 14 or 40? So one-four or four-zero? | 08:36 |
| 6 | A. Fourteen. | 08:36 |
| 7 | Q. One-four? | 08:36 |
| 8 | A. One-four. | 08:36 |
| 9 | Q. Thank you. | 08:36 |
| 10 | No. 7, Status 7 says "repeat infringer." What | 08:36 |
| 11 | does that mean? | 08:36 |
| 12 | A. That means that the user to whom the file was | 08:36 |
| 13 | belonging was terminated automatically by our strikes | 08:36 |
| 14 | policy. | 08:36 |
| 15 | Q. And what is your strikes policy? | 08:37 |
| 16 | A. It -- to the best of my belief, after receiving | 08:37 |
| 17 | three strikes for any files of a user, he would be | 08:37 |
| 18 | terminated as repeat infringer. | 08:37 |
| 19 | Q. Okay. And how does a user get a strike? | 08:37 |
| 20 | A. He would get a strike when an e-mail with a | 08:37 |
| 21 | DMCA notice is processed or when his files are taken | 08:37 |
| 22 | down by the SRA. | 08:38 |
| 23 | Q. So Hotfile has a process to look up the | 08:38 |
| 24 | identity of the user that uploaded a file identified in | 08:38 |
| 25 | a DMCA takedown notice sent by e-mail or through the SRA | 08:38 |

Highly Confidential

Page 52

| | | |
|---|---|---|
| 1 | account? | 08:38 |
| 2 | A. We know the user ID of every upload, as I | 08:38 |
| 3 | explained earlier. And it's a trivial task to extract | 08:38 |
| 4 | file IDs from -- upload IDs from an e-mail. | 08:38 |
| 5 | Q. Are there any other ways a user gets a strike | 08:39 |
| 6 | other than notices -- DMCA notices sent by e-mail or | 08:39 |
| 7 | through the SRA account? | 08:39 |
| 8 | A. Yes. There is delete files functionality in | 08:39 |
| 9 | our admin pile that will also give strikes. | 08:39 |
| 10 | Q. And how does that work? | 08:39 |
| 11 | A. It is really similar to SRA account. You paste | 08:39 |
| 12 | links into a text box, click "delete," and they're | 08:39 |
| 13 | getting deleted. | 08:39 |
| 14 | Q. And that is something that Hotfile | 08:39 |
| 15 | administrators can use? | 08:39 |
| 16 | A. Yes. | 08:39 |
| 17 | Q. Is that a process available to copyright | 08:39 |
| 18 | orders, or is that strictly an internal process? | 08:40 |
| 19 | A. It is internal process, and it works generally | 08:40 |
| 20 | the same way the SRA account works. | 08:40 |
| 21 | Q. Is there some status or other data field that | 08:40 |
| 22 | identifies files that were deleted through the Hotfile | 08:40 |
| 23 | administrative panel that you've just described? | 08:40 |
| 24 | A. No, I don't think so. I don't know. | 08:40 |
| 25 | Q. So as you sit here today, you don't know | 08:40 |

Highly Confidential

```
                                                                    Page 67
 1   from that would say that we deleted the link.  And that        09:08
 2   time should be generally close to process time when you        09:08
 3   adjust time zones and account for delays in e-mail             09:09
 4   transportation.                                                09:09
 5       Q.   Okay.  Fair enough.                                   09:09
 6            Will you quickly turn to Titov, Exhibit 11.           09:09
 7   It's a excerpt table titled "strikes.csv."                     09:09
 8            (Plaintiffs' Exhibit 11 was marked.)                  09:09
 9   BY MR. FABRIZIO:                                               09:09
10       Q.   And, Mr. Titov, is this the -- is this the            09:09
11   dataset where Hotfile currently keeps track of users'          09:09
12   strikes based on DMCA notices and the other criteria you       09:09
13   identified?                                                    09:09
14       A.   Yes.  It is.                                          09:09
15       Q.   Okay.  And can you tell us what the field             09:09
16   heading "Strikes" refers to?                                   09:09
17       A.   Number of strikes that user received.                 09:09
18       Q.   Okay.  And although you -- although you only          09:10
19   started logging or -- strike that.                             09:10
20            Although Hotfile only started keeping track of        09:10
21   strikes once this litigation began, once you did start         09:10
22   keeping track of strikes, did you go back retroactively        09:10
23   into the data to assign strikes to users?                      09:10
24            MR. THOMPSON:  Objection.  Vague.                     09:10
25            THE WITNESS:  If you ask wherever it says, DMCA       09:10
```

Highly Confidential

Page 68

| | | |
|---|---|---|
| 1 | notice, it was already processed. I don't believe that | 09:10 |
| 2 | we did that. Or if we did, it wasn't much time ago. | 09:10 |
| 3 | BY MR. FABRIZIO: | 09:10 |
| 4 | Q. Okay. Well, let me try it this way: A user -- | 09:10 |
| 5 | in Column -- in Row 2, there's a user ID, 12989, showing | 09:11 |
| 6 | three strikes. | 09:11 |
| 7 | Do you see that? | 09:11 |
| 8 | A. Yes, I do. | 09:11 |
| 9 | Q. And does that signify that that user had | 09:11 |
| 10 | received three strikes in the time period after this | 09:11 |
| 11 | litigation began? | 09:11 |
| 12 | MR. THOMPSON: Objection. Vague. | 09:11 |
| 13 | THE WITNESS: Yes. Yes, it does. Probably. | 09:11 |
| 14 | BY MR. FABRIZIO: | 09:11 |
| 15 | Q. So it didn't -- it doesn't reflect strikes that | 09:11 |
| 16 | the user may have earned in 2009 or 2010, for instance? | 09:11 |
| 17 | A. No, I don't believe so. | 09:11 |
| 18 | Q. Okay. | 09:11 |
| 19 | MR. THOMPSON: Rod, I see you looking at your | 09:11 |
| 20 | watch and you're right. There's -- just quickly check | 09:11 |
| 21 | on something. | 09:12 |
| 22 | Q. Will you turn to Titov Exhibit 13, please. | 09:12 |
| 23 | This is an excerpt of the table titled | 09:12 |
| 24 | "blocked-hashes.csv." | 09:12 |
| 25 | (Plaintiffs' Exhibit 13 was marked.) | 09:12 |

Highly Confidential

Page 76

1            C E R T I F I C A T E

2

3    STATE OF CALIFORNIA    )
                            ) ss.
4    COUNTY OF LOS ANGELES  )

5

6

7

8            I, ALEJANDRIA E. KATE, a Registered

9    Professional Reporter and Certified

10   Shorthand Reporter within and for the

11   State of California, do hereby certify:

12           That the foregoing record of

13   proceedings is a full and correct

14   transcript of the stenographic notes

15   taken by me therein.

16           In witness whereof, I have hereunto

17   set my hand this 22nd day of November,

18   2011.

19

20

21   _____

22           ALEJANDRIA E. KATE, RPR, CSR 11897

23

24

25

Highly Confidential

Page 80

1            ERRATA SHEET
2
3    NAME OF CASE: "DISNEY ENTERPRISES VS. HOTFILE CORP."
4    DATE OF DEPOSITION: NOVEMBER 17, 2011
5    NAME OF WITNESS: ANTON TITOV
6    Reason Codes:
7         1. To clarify the record.
          2. To conform to the facts.
8         3. To correct transcription errors.
9
10   Page  6      Line  20-21    Reason  1
11   From  with the Dallas time   to  which is the Daylight Saving Times, with Daylight Saving Times
12   Page  9      Line  17       Reason  1
13   From  a transaction ID schedule,  to  a transaction ID,
14   Page  15     Line  3-4      Reason  1
15   From  for millions of years   to  for many years
16   Page  15     Line  4        Reason  1
17   From  a user for--           to  a user for short period
18   Page  16     Line  8        Reason  3
19   From  Vazell                 to  Vasil
20   Page  16     Line  20       Reason  3
21   From  Vazell is Vazell Kolef  to  Vasil is Vasil Kolev
22   Page  17     Line  6-7      Reason  2
23   From  main file              to  admin panel
24                                _____
25                                ANTON TITOV

Highly Confidential

Page 80

ERRATA SHEET

NAME OF CASE: "DISNEY ENTERPRISES VS. HOTFILE CORP."
DATE OF DEPOSITION: NOVEMBER 17, 2011
NAME OF WITNESS: ANTON TITOV

Reason Codes:
1. To clarify the record.
2. To conform to the facts.
3. To correct transcription errors.

Page 20  Line 13  Reason 3
From then we'll  to that will

Page 21  Line 14  Reason 3
From wipe  to whitelist

Page 26  Line 20  Reason 3
From Andre  to Andrey

Page 33  Line 1  Reason 3
From bullet  to uploaded

Page 33  Line 12  Reason 3
From my scale  to MySQL

Page 33  Line 12  Reason 3
From our increments  to auto increment

Page 34  Line 6  Reason 3
From of this  to manual

ANTON TITOV

Highly Confidential

Page 80

1                                ERRATA SHEET

3    NAME OF CASE: "DISNEY ENTERPRISES VS. HOTFILE CORP."

4    DATE OF DEPOSITION: NOVEMBER 17, 2011

5    NAME OF WITNESS: ANTON TITOV

6    Reason Codes:

7        1. To clarify the record.

         2. To conform to the facts.

8        3. To correct transcription errors.

10    Page 38    Line 15    Reason 3
11    From match                  to mention
12    Page 39    Line 1    Reason 3
13    From coordinate             to concatenate
14    Page 40    Line 2    Reason 3
15    From image indicator        to identifier
16    Page 42    Line 4    Reason 3
17    From false                  to uploads
18    Page 45    Line 7    Reason 3
19    From bot                    to --
20    Page 46    Line 15    Reason 3
21    From escrow                to ~~SOL~~ SQL
22    Page 51    Line 3    Reason 3
23    From 19                     to 90

25                                 ANTON TITOV

Highly Confidential

Page 80

```
1                        ERRATA SHEET
2
3    NAME OF CASE: "DISNEY ENTERPRISES VS. HOTFILE CORP."
4    DATE OF DEPOSITION: NOVEMBER 17, 2011
5    NAME OF WITNESS: ANTON TITOV
6    Reason Codes:
7         1. To clarify the record.
          2. To conform to the facts.
8         3. To correct transcription errors.
9
10   Page  52     Line  9        Reason  3
11   From  pile                  to  panel
12   Page  61     Line  11-12    Reason  3
13   From  block...block         to  last...last
14   Page  62     Line  8-9      Reason  3
15   From late block...block downloads to last....upload downloads
16   Page  69     Line  3        Reason  3
17   From  date                  to  data
18   Page  72     Line  13       Reason  3
19   From  mainly                to  many
20   Page         Line           Reason
21   From                        to
22   Page         Line           Reason
23   From                        to
24                               _____
25                               ANTON TITOV
```