# Yeh Exhibit 130

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF FLORIDA

3

4    DISNEY ENTERPRISES, INC.,

     TWENTIETH CENTURY FOX FILM

5    CORPORATION, UNIVERSAL CITY

     STUDIOS PRODUCTIONS LLLP,

6    COLUMBIA PICTURES INDUSTRIES,

     INC., and WARNER BROS.

7    ENTERTAINMENT INC.,

8                   Plaintiffs,

9    vs.                No. 11-20427-WILLIAMS-TURNOFF

10   HOTFILE CORP., ANTON TITOV, and

     DOES 1-10,

11

12                  Defendants.

13   _____

14

15        PORTIONS OF THIS TRANSCRIPT ARE CONFIDENTIAL

16            DEPOSITION OF YANGBIN WANG

17              Palo Alto, California

18           Thursday, December 22, 2011

19

20

21   REPORTED BY:

     LYNNE LEDANOIS

22   CSR No. 6811

     Job No. CA128631

23

24

25   PAGES 105 - 113 ARE HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

                                        Page 1

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3

 4    DISNEY ENTERPRISES, INC.,

      TWENTIETH CENTURY FOX FILM

 5    CORPORATION, UNIVERSAL CITY

      STUDIOS PRODUCTIONS LLLP,

 6    COLUMBIA PICTURES INDUSTRIES,

      INC., and WARNER BROS.

 7    ENTERTAINMENT INC.,

 8                       Plaintiffs,

 9    vs.                 No. 11-20427-WILLIAMS-TURNOFF

10    HOTFILE CORP., ANTON TITOV, and

      DOES 1-10,

11

12                       Defendants.

13    _____

14

15        Deposition of YANGBIN WANG, taken on behalf of

16    Defendant, at 2475 Hanover Street, Palo Alto,

17    California, beginning at 9:43 a.m. and ending at 12:21

18    p.m. on Thursday, December 22, 2011, before LYNNE

19    LEDANOIS, CSR 6811.

20

21

22

23

24

25

                                              Page 2
```

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1      APPEARANCE OF COUNSEL:
 2
 3      For Plaintiffs:
 4           JENNER & BLOCK LLP
             BY: LUKE C. PLATZER
 5           Attorney at Law
             1099 New York Avenue, NW, Suite 900
 6           Washington, DC 20001
             202.639.6000
 7           lplatzer@jenner.com
 8
 9      For Defendants Hotfile and Anton Titov:
10           FARELLA BRAUN & MARTEL LLP
             BY: ANDREW LEIBNITZ
11           Attorney at Law
             Russ Building, 235 Montgomery Street
12           San Francisco, California 94104
             415.954.4400
13           aleibnitz@fbm.com
14
15      For Witness:
16           PILLSBURY WINTHROP SHAW PITTMAN LLP
             BY: JOSEPH R. TIFFANY II
17           Attorney at Law
             2475 Hanover Street
18           Palo Alto, California 94304-1114
             650.233.4500
19           joseph.tiffany@pillsburylaw.com
20
21      VIDEOGRAPHER:
22           SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
             BY:  MARTY MAJDOUB
23
24
25

                                            Page 3
```

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q   Okay.  So would it be fair to say that Vobile | 09:55:49 |
| 2 | provides software to the plaintiff studios which enables | 09:55:53 |
| 3 | them to provide fingerprints back to Vobile? | 09:55:58 |
| 4 | A   Yes.  And we provide that to everybody. | 09:56:01 |
| 5 | Q   And maybe you can describe for me what you mean | 09:56:05 |
| 6 | by everybody. | 09:56:07 |
| 7 | A   Content owners. | 09:56:09 |
| 8 | Q   Worldwide? | 09:56:12 |
| 9 | A   Yes. | 09:56:13 |
| 10 | Q   Do you discriminate by industry? | 09:56:14 |
| 11 | A   No. | 09:56:17 |
| 12 | Q   How many content owners provide fingerprints to | 09:56:23 |
| 13 | Vobile? | 09:56:26 |
| 14 | A   I have to count, but probably dozens. | 09:56:28 |
| 15 | Q   Including all of the plaintiffs in this case? | 09:56:32 |
| 16 | A   Yes. | 09:56:36 |
| 17 | Q   How long did it take to develop MediaWise? | 09:56:40 |
| 18 | A   Years, you know, we started since 2005.  And | 09:56:45 |
| 19 | the core technology identification has been in | 09:56:52 |
| 20 | development since day one.  So if you take that into | 09:56:54 |
| 21 | account, it's now, what, six years -- six, seven | 09:56:59 |
| 22 | years -- six years, yes. | 09:57:03 |
| 23 | Q   Has it continued to improve since 2005? | 09:57:05 |
| 24 | A   Yes.  I mean, we -- the technology, I think | 09:57:11 |
| 25 | first shipment may be 2007, you know.  I mean, we have | 09:57:14 |

Page 15

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | to go back and check the record.  My recollection is | 09:57:21 |
| 2 | 2007 -- 2006 or 2007, roughly that time frame.  And we | 09:57:24 |
| 3 | certainly are continuing development of lots of new | 09:57:31 |
| 4 | applications. | 09:57:34 |
| 5 | Q   Has the database upon which MediaWise relies | 09:57:39 |
| 6 | improved in any fashion in that time period? | 09:57:48 |
| 7 | MR. TIFFANY:  Objection to the form. | 09:57:51 |
| 8 | THE WITNESS:  You know, database continue to | 09:57:55 |
| 9 | increase, if that's what you mean. | 09:57:57 |
| 10 | BY MR. LEIBNITZ: | 09:57:58 |
| 11 | Q   So the database upon which MediaWise relies | 09:57:59 |
| 12 | continued since 2007 to increase in the number of works? | 09:58:03 |
| 13 | A   Definitely.  Whenever there is a new movie come | 09:58:08 |
| 14 | out, that will add to the database. | 09:58:11 |
| 15 | Q   How many -- you mentioned it took years for | 09:58:17 |
| 16 | MediaWise to be developed. | 09:58:19 |
| 17 | How many engineers were involved in the | 09:58:21 |
| 18 | development effort, if you can estimate? | 09:58:23 |
| 19 | A   You know, it's maybe -- to answer that, I mean, | 09:58:30 |
| 20 | there is no direct contact I can go to really check, but | 09:58:35 |
| 21 | I would say, you know, we have had those 50 or 100 | 09:58:41 |
| 22 | engineers, I mean, probably hundreds of man years it's | 09:58:45 |
| 23 | fair to say. | 09:58:50 |
| 24 | But, again, the technology -- on the line, | 09:58:50 |
| 25 | technology of MediaWise is really VDDB and the querying, | 09:58:52 |

Page 16

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | and those are shared by many of our products.  So it's | 09:58:58 |
| 2 | hard to pull out, you know, exactly how many people we | 09:59:06 |
| 3 | spent on MediaWise, that single product. | 09:59:09 |
| 4 | Q   Does vCloud9 also depend upon VDDB? | 09:59:14 |
| 5 | A   Same, yes. | 09:59:20 |
| 6 | Q   You had mentioned -- I think your words were | 09:59:21 |
| 7 | hundreds of -- | 09:59:23 |
| 8 | A   Many years. | 09:59:25 |
| 9 | Q   Okay.  Many years of hundreds of engineer time? | 09:59:26 |
| 10 | Is that fair? | 09:59:31 |
| 11 | A   Well, we'll basically say, you know -- let's | 09:59:32 |
| 12 | say there's 100 engineers work on this for a year, | 09:59:34 |
| 13 | that's 100-man year.  Let's say 100 engineer work on | 09:59:37 |
| 14 | this for one year, then in our engineering management | 09:59:46 |
| 15 | term, we call it 100-man year. | 09:59:49 |
| 16 | Q   Man years.  I see. | 09:59:53 |
| 17 | A   Yes, yes.  So it could be 50 engineers work for | 09:59:53 |
| 18 | two years. | 09:59:55 |
| 19 | Q   Okay.  So do you have an estimate as you sit | 09:59:56 |
| 20 | here today of how many engineering man years were | 09:59:59 |
| 21 | involved in the development of MediaWise? | 10:00:02 |
| 22 | MR. TIFFANY:  Objection to the form. | 10:00:06 |
| 23 | THE WITNESS:  As I said, you know, to single | 10:00:08 |
| 24 | out MediaWise is difficult, because we all have this | 10:00:11 |
| 25 | shared, you know, foundation of the technology that | 10:00:15 |

Page 17

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | not testify under oath the time at which Hotfile became | 10:40:59 |
| 2 | aware of vCloud9, whether before or after September | 10:41:09 |
| 3 | 26th? | 10:41:13 |
| 4 | A    I cannot know for sure, but my -- you know, I | 10:41:16 |
| 5 | cannot know for sure, but that's really to Mike, but... | 10:41:20 |
| 6 | Q    Why did -- so you say that you review every | 10:41:26 |
| 7 | press release issued by Vobile.  Is that true? | 10:41:31 |
| 8 | A    Yes. | 10:41:34 |
| 9 | Q    Do you review them for accuracy, to make sure | 10:41:34 |
| 10 | that the content they deliver is true? | 10:41:37 |
| 11 | A    Generally, they -- the process they need to | 10:41:40 |
| 12 | submit to -- because they put quote there, you know, and | 10:41:44 |
| 13 | they need to submit for my approval. | 10:41:46 |
| 14 | And most time, you know, I give them approval, | 10:41:49 |
| 15 | unless there is a timing pressure that this goes out | 10:41:53 |
| 16 | before my review.  That happens sometime. | 10:41:57 |
| 17 | Q    Did that happen here, to your knowledge? | 10:42:00 |
| 18 | A    I think this is a normal process.  I probably | 10:42:02 |
| 19 | reviewed, yes. | 10:42:05 |
| 20 | Q    Do you see the second paragraph beginning with | 10:42:13 |
| 21 | the words "copyrighted content contained"? | 10:42:15 |
| 22 | A    Yes. | 10:42:19 |
| 23 | Q    Why did Vobile state, Copyrighted content | 10:42:22 |
| 24 | contained within Cloud-based cyberlockers is very | 10:42:27 |
| 25 | difficult to find? | 10:42:31 |

Page 47

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

1    A    I do review every press release, but I don't    10:42:36

2    challenge every word the marketing person put in there.    10:42:41

3    Q    You don't think that's inaccurate though --    10:42:45

4    A    I don't think it's inaccurate.  I mean, it's    10:42:47

5    difficult in general.  It's all difficult.    10:42:50

6    Q    Why is that?    10:42:51

7         MR. PLATZER:  Objection, lacks foundation.    10:42:57

8         THE WITNESS:  It's -- you know, if it's an easy    10:42:59

9    problem, then there is no need for Vobile's service.    10:43:02

10   BY MR. LEIBNITZ:    10:43:08

11   Q    And how is it that you know that -- counsel    10:43:13

12   just made an objection.  I want to make sure that you    10:43:19

13   have a basis to give me your answer.    10:43:21

14        So how is it that you know that copyrighted    10:43:24

15   content in Cloud-based cyberlockers is difficult to    10:43:29

16   find?    10:43:32

17   A    It's because, as I said, our theory is this is    10:43:33

18   difficult, so people need our service, they pay us.  If    10:43:37

19   it's such a simple job, the customers won't come to us    10:43:40

20   for help and won't pay us for services.    10:43:44

21   Q    Is -- the word "cyberlocker" is used here.    10:43:49

22        Is it fair to say that Hotfile is a    10:43:53

23   cyberlocker?    10:43:55

24   A    Yes.    10:43:56

25   Q    The next sentence says, On cyberlockers, the    10:43:58

Page 48

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | vast majority of unauthorized content, such as | 10:44:01 |
| 2 | copyrighted movies or T.V. shows, is saved as compressed | 10:44:05 |
| 3 | files to allow easier file downloading.  Do you see | 10:44:09 |
| 4 | that? | 10:44:13 |
| 5 | A   Yes. | 10:44:13 |
| 6 | Q   Is that accurate, to your knowledge? | 10:44:14 |
| 7 | A   Yes. | 10:44:15 |
| 8 | Q   The sentence goes on to say, However, file | 10:44:16 |
| 9 | compression, quote, hides, unquote, the true content, | 10:44:19 |
| 10 | which until now has made it impossible to identify.  Do | 10:44:24 |
| 11 | you see that? | 10:44:29 |
| 12 | A   Yes. | 10:44:29 |
| 13 | Q   Do you agree with that? | 10:44:30 |
| 14 | MR. PLATZER:  Objection to form. | 10:44:33 |
| 15 | THE WITNESS:  I -- yes, I agree with that. | 10:44:36 |
| 16 | This is the -- you know, from a marketing | 10:44:41 |
| 17 | standpoint view, that's why we designed this product, to | 10:44:45 |
| 18 | having this capability of examining compressed file, and | 10:44:48 |
| 19 | that's including the vCloud9. | 10:44:51 |
| 20 | BY MR. LEIBNITZ: | 10:44:53 |
| 21 | Q   So vCloud9 examines compressed files, whereas | 10:44:54 |
| 22 | preexisting technology like MediaWise did not? | 10:45:00 |
| 23 | A   Yes. | 10:45:04 |
| 24 | MR. PLATZER:  Objection to the form. | 10:45:05 |
| 25 | BY MR. LEIBNITZ: | 10:45:08 |

Page 49

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
1         A    Yes.  I trust my people.                    10:48:45

2         Q    It's not the case, is it, Mr. Wang, that the 10:48:54

3    arrival of vCloud9 rendered ineffectual MediaWise in   10:48:56

4    combating copyright infringement, is it?               10:48:59

5         A    It's not.  I mean, MediaWise was designed     10:49:05

6    primarily for UGC streaming sites, and vCloud9 is       10:49:08

7    designed primarily for storage based.  So it's almost   10:49:13

8    like you have SUV, doesn't render the other car just    10:49:17

9    not -- ineffective.  They're just designed for different 10:49:21

10   purpose.                                                10:49:24

11        Q    And as of the spring or summer of this year,  10:49:25

12   vCloud9 didn't exist; right?                            10:49:31

13        A    In the summer as a product, we have announced 10:49:37

14   vCloud9.                                                10:49:41

15        Q    So prior to the release of vCloud9 on or about 10:49:43

16   September 26th, 2011, there was no better option for a   10:49:48

17   cyberlocker like MediaWise -- like Hotfile than the      10:49:55

18   MediaWise product; right?                               10:49:59

19            MR. PLATZER:  Objection to the form.           10:50:02

20            THE WITNESS:  From our product offering point   10:50:03

21   of view, that's true.                                   10:50:06

22   BY MR. LEIBNITZ:                                         10:50:07

23        Q    Since your product is the best, wouldn't it be 10:50:07

24   fair to say that prior to September 26th, 2011, there    10:50:10

25   was no better option for a cyberlocker like Hotfile than 10:50:13
```

Page 53

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | give you the numbers, specific you asked for.  But as a | 11:45:24 |
| 2 | general reference, I -- we are -- our system are | 11:45:27 |
| 3 | checking about 70 million hours of video in a year. | 11:45:34 |
| 4 | That's the current rate we have, and that's increasing. | 11:45:38 |
| 5 | Q    And out of all those queries, Vobile is not | 11:45:48 |
| 6 | aware of any false positives? | 11:45:50 |
| 7 | A    True.  No false positives. | 11:45:56 |
| 8 | Q    And just to make sure I'm understanding your | 11:45:59 |
| 9 | testimony earlier correctly, there have been cases where | 11:46:00 |
| 10 | false positives have been alleged, but those have turned | 11:46:04 |
| 11 | out to not be false positives after all? | 11:46:08 |
| 12 | A    Yes. | 11:46:11 |
| 13 | Q    Earlier you were asked some questions about the | 11:46:23 |
| 14 | vCloud9 service. | 11:46:27 |
| 15 | A    Yes. | 11:46:30 |
| 16 | Q    Can you explain for me -- and you don't need to | 11:46:33 |
| 17 | go into too much detail -- exactly how vCloud9 is able | 11:46:35 |
| 18 | to extract fingerprints from compressed files? | 11:46:41 |
| 19 | A    We basically integrate it together.  We do | 11:46:48 |
| 20 | decompress or, you know, extract files from archived | 11:46:51 |
| 21 | files, and then run in parallel, you know, generate the | 11:46:55 |
| 22 | fingerprint. | 11:46:59 |
| 23 | Q    And is the same answer true with respect to | 11:47:01 |
| 24 | archived files? | 11:47:03 |
| 25 | A    Yes. | 11:47:05 |

Page 86

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q   So forgive me, I'm not an engineer, but it's a | 11:47:07 |
| 2 | two-step process?  There is an unarchiving or | 11:47:12 |
| 3 | decompressing component and then there is a | 11:47:16 |
| 4 | fingerprinting component? | 11:47:18 |
| 5 | MR. LEIBNITZ:  Object to form. | 11:47:20 |
| 6 | THE WITNESS:  Yes, but it's -- integrated | 11:47:21 |
| 7 | together, there's an open efficiency by doing that | 11:47:22 |
| 8 | together. | 11:47:26 |
| 9 | BY MR. PLATZER: | 11:47:31 |
| 10 | Q   So instead of trying to extract the | 11:47:37 |
| 11 | fingerprints directly from an archived or compressed | 11:47:39 |
| 12 | file, you are decompressing or unarchiving the file and | 11:47:43 |
| 13 | extracting a fingerprint from the unarchived and/or | 11:47:47 |
| 14 | decompressed copy? | 11:47:51 |
| 15 | MR. LEIBNITZ:  Object to form. | 11:47:52 |
| 16 | THE WITNESS:  Yes, and that's the process you | 11:47:53 |
| 17 | have to go through from an engineering point of view. | 11:47:55 |
| 18 | BY MR. PLATZER: | 11:47:59 |
| 19 | Q   And is the reason you have to go through that | 11:48:05 |
| 20 | process, that video DNA requires media files to be in | 11:48:07 |
| 21 | certain CODEC in order to extract a fingerprint? | 11:48:11 |
| 22 | MR. LEIBNITZ:  Object to form. | 11:48:14 |
| 23 | THE WITNESS:  It's, you know, just by the | 11:48:16 |
| 24 | nature of this design, DNA is extracting from media | 11:48:17 |
| 25 | files.  So you got to, you know, have a media file in | 11:48:23 |

Page 87

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | order to extract DNA; otherwise, there is no DNA. | 11:48:26 |
| 2 | So ZIP file or RAR file, they are just a way to | 11:48:32 |
| 3 | package the stuff.  So you have to take the stuff out of | 11:48:36 |
| 4 | the package and then starting generate DNA.  So that's | 11:48:40 |
| 5 | just a process you can't avoid. | 11:48:44 |
| 6 | BY MR. PLATZER: | 11:48:45 |
| 7 | Q    Can video DNA extract a fingerprint from a | 11:48:55 |
| 8 | media file that had previously been compressed but is | 11:49:01 |
| 9 | not compressed at the time that video DNA is applied to | 11:49:06 |
| 10 | extract the fingerprint? | 11:49:09 |
| 11 | MR. LEIBNITZ:  Object to form. | 11:49:12 |
| 12 | THE WITNESS:  I don't know whether I understand | 11:49:13 |
| 13 | the question. | 11:49:15 |
| 14 | BY MR. PLATZER: | 11:49:16 |
| 15 | Q    It was poorly worded.  Let me try again. | 11:49:17 |
| 16 | You testified earlier that video DNA requires a | 11:49:33 |
| 17 | media file to be decompressed in order to extract a | 11:49:37 |
| 18 | fingerprint? | 11:49:43 |
| 19 | MR. LEIBNITZ:  Object to form. | 11:49:44 |
| 20 | THE WITNESS:  Yes, that's just a process.  You | 11:49:47 |
| 21 | know, I mean, just like we have to decode the file in | 11:49:49 |
| 22 | order to generate DNA, because all the media file, | 11:49:53 |
| 23 | popular form today, is a video compression technology. | 11:49:58 |
| 24 | So these files are all compressed, the video files, | 11:50:02 |
| 25 | using different formats.  And we basically go decompress | 11:50:04 |

Page 88

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | the file and then generate DNA. | 11:50:08 |
| 2 | BY MR. PLATZER: | 11:50:09 |
| 3 | Q   I want to give you a hypothetical here. | 11:50:26 |
| 4 | A   Okay. | 11:50:28 |
| 5 | Q   Okay.  I want you to assume that video DNA is | 11:50:28 |
| 6 | being applied to a media file that is not compressed or | 11:50:33 |
| 7 | archived. | 11:50:38 |
| 8 | A   M-hm. | 11:50:39 |
| 9 | Q   I also want you to assume that that file had | 11:50:40 |
| 10 | previously been compressed or archived. | 11:50:45 |
| 11 | A   M-hm. | 11:50:47 |
| 12 | Q   Does the fact that the file had previously been | 11:50:48 |
| 13 | compressed or archived but is not compressed or archived | 11:50:51 |
| 14 | at the time video DNA is applied, does the fact of that | 11:50:56 |
| 15 | previous compression or archiving make video DNA any | 11:51:00 |
| 16 | less able to extract a fingerprint? | 11:51:05 |
| 17 | MR. LEIBNITZ:  Object to form. | 11:51:08 |
| 18 | THE WITNESS:  No. | 11:51:09 |
| 19 | BY MR. PLATZER: | 11:51:12 |
| 20 | Q   So the two-step process that vCloud9 performs | 11:51:13 |
| 21 | could also be performed in two steps rather than as part | 11:51:18 |
| 22 | of an integrated program? | 11:51:22 |
| 23 | A   Yes. | 11:51:24 |
| 24 | MR. LEIBNITZ:  Object to form. | 11:51:24 |
| 25 | THE WITNESS:  Yes. | 11:51:26 |

Page 89

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
1     BY MR. PLATZER:                                    11:51:30

2         Q    To your knowledge, do any of Vobile's customers  11:51:30

3     apply a two-step process rather than using the    11:51:33

4     integrated software provided by vCloud9?          11:51:37

5             MR. LEIBNITZ:  Object to form.            11:51:42

6             THE WITNESS:  Again, we have no knowledge for  11:51:43

7     sure, because what we see is the API, and what customer  11:51:44

8     does before that, it's not to our knowledge.      11:51:49

9     BY MR. PLATZER:                                    11:51:52

10        Q    But in your understanding of Vobile's    11:51:52

11    technology, there is no technical reason that a customer  11:51:54

12    could not decompress or unarchive a file and then apply  11:52:00

13    video DNA?                                         11:52:04

14            MR. LEIBNITZ:  Object to form.            11:52:06

15            THE WITNESS:  True.  Agreed.              11:52:07

16    BY MR. PLATZER:                                    11:52:11

17        Q    I would like to direct your attention back to  11:52:12

18    Wang Exhibit 2.  That was the press release we discussed  11:52:13

19    earlier.  I would like to direct you back to the second  11:52:20

20    paragraph.                                         11:52:31

21            At the end -- the second paragraph -- sorry,  11:52:34

22    the second sentence of the second paragraph says, On  11:52:38

23    cyberlockers, the vast majority of unauthorized content,  11:52:41

24    such as copyrighted movies or T.V. shows, is saved as  11:52:46

25    compressed files to allow easier downloading; however,  11:52:49
```

Page 90

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | file compression hides true content, which until now has | 11:52:51 |
| 2 | made it impossible to identify. | 11:52:54 |
| 3 | A   M-hm. | 11:52:56 |
| 4 | Q   We discussed the sentence earlier.  I just want | 11:52:57 |
| 5 | to make sure I sort of understand the -- | 11:53:00 |
| 6 | A   Yes. | 11:53:02 |
| 7 | Q   -- what this sentence is saying. | 11:53:02 |
| 8 | When it says that the compression makes it | 11:53:10 |
| 9 | impossible to identify the content, is that a reference | 11:53:12 |
| 10 | to if one were to apply video DNA directly to the | 11:53:15 |
| 11 | compressed file? | 11:53:20 |
| 12 | MR. LEIBNITZ:  Object to form. | 11:53:21 |
| 13 | THE WITNESS:  Yes.  There is no simple way. | 11:53:23 |
| 14 | And then the other thing is that, as I said, | 11:53:26 |
| 15 | this is from a Spiral Group marketing department, and | 11:53:29 |
| 16 | please don't take this as our engineering spec, | 11:53:36 |
| 17 | documentation, so this is not. | 11:53:39 |
| 18 | BY MR. PLATZER: | 11:53:40 |
| 19 | Q   From an engineering perspective, it's not | 11:53:41 |
| 20 | really impossible, is it? | 11:53:44 |
| 21 | MR. LEIBNITZ:  Object to form. | 11:53:45 |
| 22 | THE WITNESS:  As we discussed, yeah, we can do | 11:53:46 |
| 23 | it.  Just a little bit clumsy, you know, two steps, yes. | 11:53:47 |
| 24 | BY MR. PLATZER: | 11:53:51 |
| 25 | Q   So the benefit of vCloud9 is, it takes a | 11:53:52 |

Page 91

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | two-step process and it integrates it and makes it more | 11:53:55 |
| 2 | efficient? | 11:53:59 |
| 3 | MR. LEIBNITZ: Object to form. | 11:54:00 |
| 4 | THE WITNESS: Yes, more efficient | 11:54:01 |
| 5 | operating-wise, you know, easier for customer to do it. | 11:54:02 |
| 6 | BY MR. PLATZER: | 11:54:04 |
| 7 | Q You were asked earlier whether there are | 11:54:26 |
| 8 | cyberlockers other than Hotfile who use vCloud9. I | 11:54:28 |
| 9 | don't need you to name any, because I understand that's | 11:54:34 |
| 10 | confidential. | 11:54:37 |
| 11 | But are there cyberlockers other than Hotfile | 11:54:37 |
| 12 | who use MediaWise? | 11:54:40 |
| 13 | A Yes. | 11:54:42 |
| 14 | Q Can you approximate for me how many? | 11:54:42 |
| 15 | A A handful of them. | 11:54:45 |
| 16 | Q Are you capable, sitting here today, of | 11:55:09 |
| 17 | comparing in terms of the number of queries whether | 11:55:14 |
| 18 | other cyberlockers who use MediaWise submit more | 11:55:19 |
| 19 | queries, about the same number of queries, or fewer | 11:55:27 |
| 20 | queries than Hotfile? | 11:55:30 |
| 21 | A I certainly don't, you know, remember those | 11:55:32 |
| 22 | technical stuff. I have to ask my technical staff. | 11:55:36 |
| 23 | But just purely from a, you know, business | 11:55:40 |
| 24 | point of view, I certainly remember, you know, because | 11:55:43 |
| 25 | that relates to how much they pay us for the service. | 11:55:46 |

Page 92

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1          I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby certify:
 3          That the foregoing proceedings were taken
 4    before me at the time and place herein set forth; that
 5    any witnesses in the foregoing proceedings, prior to
 6    testifying, were duly sworn; that a record of the
 7    proceedings was made by me using machine shorthand which
 8    was thereafter transcribed under my direction; that the
 9    foregoing transcript is a true record of the testimony
10    given.
11           Further, that if the foregoing pertains to the
12    original transcript of a deposition in a Federal Case,
13    before completion of the proceedings, review of the
14    transcript [ ] was [ ] was not requested.
15          I further certify I am neither financially
16    interested in the action nor a relative or employee of
17    any attorney or party to this action.
18          IN WITNESS WHEREOF, I have this date subscribed
19    my name.
20
21    Dated: January 12, 2012
22
23                    _____
                      LYNNE MARIE LEDANOIS
24                    CSR No. 6811
25
                                              Page 115
```