# Yeh Exhibit 131

| | |
|---|---|
| **From:** | RThompson@fbm.com |
| **Sent:** | Saturday, December 31, 2011 5:46 PM |
| **To:** | Fabrizio, Steven B |
| **Cc:** | schan@jamsadr.com |
| **Subject:** | RE: Disney Enterprises, Inc., et al. vs. Hotfile Corp., et al. |

Steve, there should be no issue about not attempting to serve the Hotfile representatives attending the mediation. Here are the details you requested: The three beneficial owners of Hotfile Corp. (Messrs, Titov, Vangelov and Stoyanov) are flying to Los Angeles for the purpose of attending the court-ordered mediation. They have booked flights, arriving on January 6th and leaving on January 11th. (They will adjust to the 10 hour time difference and prepare for the mediation over the weekend of the 7th and 8th and will participate in the mediation on the 9th and if necessary the 10th.) They each plan to participate in person in the mediation in order to maximize the chances of success. I am aware of no other business and this short visit is not a vacation.

Please confirm by no later than 5 p.m. PST Tuesday the 3rd that the Plaintiffs, the MPAA and their agents will not attempt to serve Messrs, Titov, Vangelov and/or Stoyanov with any type of legal process or papers while they are in the Los Angeles area January 6-11, 2012. We must insist on the short deadline to allow us time, if necessary, to file an emergency motion with the Court in Miami for an order prohibiting the Plaintiffs from serving the Hotfile representatives and other appropriate relief, including an award of fees and costs.

Needless to say, we would prefer not to have to file such a motion. To that end, I suggest that Sandra (who is copied) might please check with Judge Infante to see if he could make time for a short call with us sometime on Tuesday to attempt to mediate any remaining dispute on the issue if the Studios are unable to agree to this request as phrased above--thanks Sandra.

Also, Steve, please let us know who will be attending the mediation for each of the Plaintiffs.

Rod

-----Original Message-----
From: Fabrizio, Steven B [mailto:SFabrizio@jenner.com]
Sent: Friday, December 30, 2011 11:58 AM
To: Thompson, Rod (27) x4445
Subject: Re: Disney Enterprises, Inc., et al. vs. Hotfile Corp., et al.

I will not be able to do that until next week (the studios are closed).
I will also need more information for that. When are they arriving and departing the US, and what other business will they be attending to while in the US. I can agree, without more, that we won't attempt to serve them on January 9th, at any time. But, I cannot agree (or even make a recommendation to the studios) without knowing more. I have no doubt that we can ultimately (after I have information and client
approval) agree to a zone related to the mediation during which we will not attempt to serve them with anything. If they are flying to LA for the mediation and promptly flying out, then we'll undoubtedly have no issue, subject to approval of my clients. If they are planning to stay in the US for 5 days to handle other business or vacation, then I would not think my clients would have any reason to agree to a "no service"
zone for their entire stay, even if my clients in fact have no plans to bring any other legal proceedings right now.

1

SBF

From: "Roderick M. Thompson"
<rthompson@fbm.com<mailto:rthompson@fbm.com>>
Date: Fri, 30 Dec 2011 12:39:30 -0600
To: Steven Fabrizio <sfabrizio@jenner.com<mailto:sfabrizio@jenner.com>>,
"schan@jamsadr.com<mailto:schan@jamsadr.com>"
<schan@jamsadr.com<mailto:schan@jamsadr.com>>
Subject: RE: Disney Enterprises, Inc., et al. vs. Hotfile Corp., et al.

Steve, I'm sure that you will understand that we need a little more certainty.

Please check with your clients if necessary and confirm that there will be no attempt to serve the Hotfile representatives during their short visit to Los Angeles for purpose of attending the court-ordered mediation. Thanks and Happy New Year.

Rod

---

Steven B. Fabrizio
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Tel (202) 639-6040
Fax (202) 661-4823
SFabrizio@jenner.com
www.jenner.com<http://www.jenner.com/>


CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

-----Original Message-----
From: Fabrizio, Steven B [mailto:SFabrizio@jenner.com]
Sent: Thursday, December 29, 2011 4:57 PM
To: Thompson, Rod (27) x4445;
schan@jamsadr.com<mailto:schan@jamsadr.com>
Subject: Re: Disney Enterprises, Inc., et al. vs. Hotfile Corp., et al.

I did - my apologies (I was reading from newest to oldest).

I don't recall making any previous commitment on Messrs, Titov, Vangelov or Stoyanov.  That said, I can certainly agree that plaintiffs will not attempt to serve any of the three Hotfile shareholders during the mediation or during reasonable periods before and after to allow ingress and egress.  I can also tell you that I have not heard anything from my clients that would even suggest they have any intention of serving any of them with any kind of legal process.  My only hesitancy in agreeing to more than I have here is that (i) I do not know the travel plans for Messrs., Titov, Vangelov or Stoyanov, including, for instance, how long they intend to stay in the US, and (ii) I have not conferred with my clients and would not

2

feel authorized to agree to more.  But, hopefully, this should give you and them comfort that they will not be prejudiced by attending the mediation.

SBF

From: "Roderick M. Thompson"
<rthompson@fbm.com<mailto:rthompson@fbm.com><mailto:rthompson@fbm.com>>
Date: Thu, 29 Dec 2011 18:40:41 -0600
To: Steven Fabrizio
<sfabrizio@jenner.com<mailto:sfabrizio@jenner.com><mailto:sfabrizio@jenner.com>>,
"schan@jamsadr.com<mailto:schan@jamsadr.com><mailto:schan@jamsadr.com>"
<schan@jamsadr.com<mailto:schan@jamsadr.com><mailto:schan@jamsadr.com>>
Subject: RE: Disney Enterprises, Inc., et al. vs. Hotfile Corp., et al.

Steve, apparently you sent this message before reading mine on the same subject.  To be clear, yes, all three Hotfile owners will be coming (all the way from Sofia) and are very serious about trying to reach a fair settlement.

As a formality, can you please confirm your previous commitment that your clients will not attempt to serve any of Messrs, Titov, Vangelov or Stoyanov with legal process of any kind while they are in the U.S. for the mediation?  Thanks.


_____

Steven B. Fabrizio
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Tel (202) 639-6040
Fax (202) 661-4823
SFabrizio@jenner.com<mailto:SFabrizio@jenner.com>
www.jenner.com<http://www.jenner.com/>


CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.


_____
-----Original Message-----
From: Fabrizio, Steven B [mailto:SFabrizio@jenner.com]
Sent: Thursday, December 29, 2011 4:06 PM
To: Thompson, Rod (27) x4445;
schan@jamsadr.com<mailto:schan@jamsadr.com><mailto:schan@jamsadr.com>
Subject: Re: Disney Enterprises, Inc., et al. vs. Hotfile Corp., et al.

Thank you for the additional time for mediation statements.  Plaintiffs wish to submit their statement to Judge Infante confidentially, so it is not shared with defendants.  We assume that is acceptable, but would appreciate your confirmation.

Also, I assume Rod sent the Local Rules to remind plaintiffs that, generally, each studio plaintiffs must have a corporate representative present.  I do not foresee that as an issue.

3

I am expecting that each of the five studio plaintiffs will send a corporate representative, and that representatives of MPAA and Jenner also will attend.

May I inquire as to who will be attending for Hotfile?  Are Messrs. Stoyanov and Vangelov going to be attending?  At the recent depositions, Mr. Titov identified both of them as the Hotfile principals who would be most involved with legal matters.  Since any settlement may require their personal commitments, plaintiffs believe they should attend.

SBF

From: "Roderick M. Thompson"
<rthompson@fbm.com<mailto:rthompson@fbm.com><mailto:rthompson@fbm.com><mailto:rthompson@fbm.com>>
Date: Thu, 29 Dec 2011 12:01:21 -0600
To:
"schan@jamsadr.com<mailto:schan@jamsadr.com><mailto:schan@jamsadr.com><mailto:schan@jamsadr.com>"
<schan@jamsadr.com<mailto:schan@jamsadr.com><mailto:schan@jamsadr.com><mailto:schan@jamsadr.com>>
Cc: Steven Fabrizio
<sfabrizio@jenner.com<mailto:sfabrizio@jenner.com><mailto:sfabrizio@jenner.com><mailto:sfabrizio@jenner.com>>
Subject: Disney Enterprises, Inc., et al. vs. Hotfile Corp., et al.

Sandra, this confirms that the parties may submit their mediation statements to Judge Infante by next Wednesday January 4th  (instead of the 2nd as stated in the attached Notice.)

As we discussed this is a court-ordered mediation, and I enclose for Judge Infante's convenience both the local rule and several court orders related to this mediation.

Thanks very much and Happy New Year.

Rod

Roderick M. Thompson
Attorney at Law

---

Farella Braun + Martel LLP
RUSS BUILDING
235 MONTGOMERY STREET
SAN FRANCISCO / CA 94104

---

T 415.954.4400
D 415.954.4445
F 415.954.4480
www.fbm.com<http://www.fbm.com>

---

Steven B. Fabrizio
Jenner & Block LLP

4

```
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Tel (202) 639-6040
Fax (202) 661-4823
SFabrizio@jenner.com<mailto:SFabrizio@jenner.com><mailto:SFabrizio@jenne
r.com>
www.jenner.com<http://www.jenner.com/>
```

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

From: Thompson, Rod (27) x4445
Sent: Thursday, December 29, 2011 9:50 AM
To: Thompson, Rod (27) x4445
Subject:

---

–

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.
Farella Braun + Martel LLP