# Yeh Exhibit 132

| | |
|---|---|
| From: | Anton Titov [anton@titov.net] |
| Sent: | Thursday, September 16, 2010 8:37 PM |
| To: | Nasko |
| Cc: | Rumen Stoyanov |
| Subject: | Re: Documents for signing |

Ok, I will talk to Bobby today regarding this issue.

I only want to say that at first I tried to represent us as "authorized representative" and only when ideas started to come up that Panamanian directors may sign (because they needed officers), only then was I inclined to use positions—I didn't like the idea of Panamanians knowing our bank, nor of signing anything.

Anton

2010/9/16 Nasko <nasko369@gmail.com>:
> Let's press them to make it with POA and not with positions.
> I don't like the idea of assigning positions.
>
> Nasko
>
> On 9/16/10, Anton Titov <anton@titov.net> wrote:
>> When I called Booby/Ron, I assigned everyone as "authorized
>> representative" they didn't like it.
>>
>> Anton
>>
>> 2010/9/16 Nasko <nasko369@gmail.com>:
>>> Hello,
>>>
>>> I don't think we should sign this document as CEO or any other position in the company.
>>> Before the bank, we are only authorized as shareholders by the company's manager to sign documents
>>> on behalf of the company, otherwise we break the law in Bulgaria and we should not neglect this.
>>> I think we should make the assistant put Authorized under power of attorney,
>>> instead of positions.
>>>
>>> P.S. I'm not that keen on signing at all. If however something must be signed, I can make my
>>> lawyer do it for me.
>>>
>>> Regards,
>>> Nasko
>>>
>>> 2010/9/16 Anton Titov <anton@titov.net>:
>>>> Hello,
>>>>
>>>> there's only one document that needs to be signed by all of us. I filled it in, please sign it, scan it and
>>>> return it to me. I filled it in with help the from Bobby's assistant, it was his idea to make up positions >>>> for us. I made myself CEO only to make them calm, because I sign a lot of documents alone. If
>>>> someone is not content with his position, please refill the document again ;)

1

CONFIDENTIAL                                                                                                          HF02855193

HF02855193

```
>>>>
>>>> Nasko, you need to sign at one place only.
>>>> Rumen, you have two places to sign.
>>>>
>>>> Send me only the pages with your signatures, tomorrow if possible.
>>>>
>>>> --
>>>> Regards,
>>>> Anton Titov
>>>>
>>>
>>
>>
>>
>> --
>> Regards,
>> Anton Titov
>>
>
```

--
Regards,
Anton Titov

.

2



AFFIDAVIT OF ACCURACY

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02855193] from Bulgarian into English.

Ann Marie Hovey
TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

Signature, Notary Public

SARAH E MULLEN
Notary Public - State of New York
No. 01MU6245919
Qualified in New York County
Commission Expires Aug 08, 2015

Stamp, Notary Public
New York, NY

THREE PARK AVENUE, NEW YORK, NY 10016  T 212.689.5555  F 212.689.1059  WWW.TRANSPERFECT.COM

| | |
|---|---|
| From: | Anton Titov [anton@titov.net] |
| Sent: | Thursday, September 16, 2010 8:37 PM |
| To: | Nasko |
| Cc: | Rumen Stoyanov |
| Subject: | Re: Dokument za podpis |

OK, dnes shte si govorja s Bobby po tozi vypros.

Samo da kazha, che se opitah pyrvo da ni predstavja kato "authorized representative" i chak kogato pochnaha da im se pojavjavat idei panamskite direktori togava da podpisvat (shtoto officeri im trjabvali) sklonih da se pishem s dlyzhnosti - ne mi haresa ideja panamcite izobshto da znajat v koja banka sme, kamo li da podpisvat neshto.

Anton

2010/9/16 Nasko <nasko369@gmail.com>:
> Da gi natisneme da go napraviat s POA, a ne s dlajnosti.
> Ne mi haresva ideiata da si pisheme dlajnosti.
>
> Nasko
>
> On 9/16/10, Anton Titov <anton@titov.net> wrote:
>> Kogato zvynnah na Booby/Ron, bjah popylnil vsichki kato "autorized
>> representative", ne im haresa.
>>
>> Anton
>>
>> 2010/9/16 Nasko <nasko369@gmail.com>:
>>> Zdraveite,
>>>
>>> Az sam na mnenie, che ne triabva da podpisvame tozi document kato
>>> CEO ili na kakvato i da e dlajnost vav firmata.
>>> Nie pred bank-ata same samo upalnomoshteni kato shareholders ot
>>> upravitelia na firmata da podpisvame ot imeto na firmata, inache
>>> narushavame zakona v Bulgaria i ne triabva da si pravime shega s tova.
>>> Spored men da nakarame asistenta, vmesto dlajnosti da sloji
>>> Authorized under power of attorney.
>>>
>>> PS Az daje poprincip ne darja da podpisvam izobshto. Ako triabva vse
>>> pak da se podpisva neshto moje da sloja moia advokat da podpisva ot
>>> moe ime.
>>>
>>> Pozdravi,
>>> Nasko
>>>
>>> 2010/9/16 Anton Titov <anton@titov.net>:
>>>> Здравейте,
>>>>
>>>> Има само един документ, който трябва да бъде подписан от всички, аз
>>>> съм го попълнил, разпишете го, сканирайте и ми го върнете. Попълних
>>>> го с помощта на асистента на Боби, негова беше идеята да си
>>>> измислим длъжности. Писах се CEO, само за да са по-спокойни, че аз
>>>> разписвам сумати документи сам. Ако някой не си харесва длъжността,
>>>> да попълни документа наново ;)

1

CONFIDENTIAL                                                                                                      HF02855193

```
>>>>
>>>> Наско, имаш да се подпишеш на едно място само.
>>>> Румене, ти имаш на две места да се разпишеш.
>>>>
>>>> Пратете ми само страниците с подписите, по възможност утре.
>>>>
>>>> --
>>>> Regards,
>>>> Anton Titov
>>>>
>>>
>>
>>
>>
>> --
>> Regards,
>> Anton Titov
>>
>
```

--
Regards,
Anton Titov

2

CONFIDENTIAL                                                                                                         HF02855194