# Yeh Exhibit 134

| | |
|---|---|
| **From:** | Anton Titov [anton@titov.net] |
| **Sent:** | Thursday, September 16, 2010 12:52 AM |
| **To:** | Rumen Stoyanov; Nasko |
| **Subject:** | Documents for signing |
| **Attachments:** | Hotfile Account Authorization-filled.pdf |

Hello,

There's only one document that needs to be signed by all of us. I have filled it in, please sign it, scan it and return it to me. I filled it in with help of the Bobby's assistant, it was his idea to think of positions for us. I signed on behalf of the CEO only to make them calm, because I sign a lot of documents alone. If someone is not satisfied with his position, please refill the document again ;)

Nasko, you need to sign at one place only.
Rumen, you have two places to sign.

Send me only the pages with your signatures, tomorrow if possible.

--
Regards,
Anton Titov

1

CONFIDENTIAL                                                                HF02855182

HF02855182


**TRANSPERFECT**

AFFIDAVIT OF ACCURACY

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02855182] from Bulgarian into English.

Ann Marie Hovey
TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

Signature, Notary Public

SARAH E MULLEN
Notary Public - State of New York
No. 01MU6245919
Qualified in New York County
Commission Expires Aug 08, 20/5

Stamp, Notary Public

New York, NY

| | |
|---|---|
| From: | Anton Titov [anton@titov.net] |
| Sent: | Thursday, September 16, 2010 12:52 AM |
| To: | Rumen Stoyanov; Nasko |
| Subject: | Dokument za podpis |
| Attachments: | Hotfile Account Authorization-filled.pdf |

Здравейте,

Има само един документ, който трябва да бъде подписан от всички, аз съм го попълнил, разпишете го, сканирайте и ми го върнете. Попълних го с помощта на асистента на Боби, негова беше идеята да си измислим длъжности. Писах се CEO, само за да са по-спокойни, че аз разписвам сумати документи сам. Ако някой не си харесва длъжността, да попълни документа наново ;)

Наско, имаш да се подпишеш на едно място само.
Румене, ти имаш на две места да се разпишеш.

Пратете ми само страниците с подписите, по възможност утре.

--
Regards,
Anton Titov

1

CONFIDENTIAL                                                                                              HF02855182