# Yeh Exhibit 136

Case 1:11-cv-20427-KMW   Document 332-18   Entered on FLSD Docket 03/08/2012   Page 2 of 8

| | |
|---|---|
| From: | Nasko [nasko@hotfile.com] |
| Sent: | Monday, March 15, 2010 12:29 AM |
| To: | Anton Titov |
| Subject: | Fwd: Hotfile Corp - ePassporte Business Agreement |
| Attachments: | Business Agreement.pdf; Hotfile Certificate page1.jpg; Hotfile Certificate page2.jpg; Hotfile Corp Establishment Letter.pdf; Hotfile Corp Registration Certify Letter.pdf |

Virus,

This is the contract for passport. You have to fill and arrange only these pages from the contract and to scan them ( you don`t have to scan the whole contract)

Part I: Page 1
Part I: Pages 15-18
Part II: Pages 1-4 (Please note: Part II, Page 5 is for *US-based clients* *Only*)

I have attached the certificate and the documents for the firm. You have to attach a scanned letter of attorney and send them to Jeffrey

You may write to him that you have his info from Atanas (nasko@hotfile.com).

I have told him I am no longer in the company so someone else will contact him.

Greetings,
Nasko

---------- Forwarded message ----------
From: Jeffrey O'Brecht <jeffrey.obrecht@epassporte.com>
Date: Thu, Nov 19, 2009 at 1:57 AM
Subject: Hotfile Corp - ePassporte Business Agreement
To: Nasko Beluchi <nasko@hotfile.com>

Hello Atanas,

I have attached your ePassporte Business Agreement to this email. Please refer to the following directions:

1. Please TYPE your information in the spaces provided on each page (where applicable). Where typing is not possible, please print out the pages and neatly WRITE on them by hand. In particular, please complete the following pages:

  - Part I: Pages 15-18
    - Part II: Pages 1-4 (Please note: Part II, Page 5 is for *US-based clients* *only*)

1. When you have completed step one, please print out the Agreement if you have not done so already and *sign and initial* the following pages:

  - Part I: Page 1

CONFIDENTIAL                                                                                     HF02860013


EXHIBIT
Vangelov 7
Dec 7TH 2011
PENGAD 800-631-6989

- Part I: Pages 15-18
- Part II: Pages 1-4 (Please note: Part II, Page 5 is for *US-based clients* *only*)

1. Return all pages of the Agreement to me by fax or by email. You may fax the Agreement to (416) 352-0160 or email a scanned version to me. Please provide a copy of each of the following with your Agreement:

- Your company's Certificate of Incorporation and Articles of Incorporation
- Company Bylaws or Operating Agreement (whichever is applicable)
- The completed Certificate of Incumbency. I have attached a blank version of this document to this email, as well as a sample version for your review.
- A copy of Government photo ID for each Principal listed in Part II of the Agreement. A driver's license or passport is preferred. The ID must clearly contain the following:

    i. The Principal's name and photo

    ii. The ID document number

    iii. The Principal's date of birth

    iv. The document's date of issue

    v. The document's date of expiry

1. Once your application has been approved, I will contact you and provide further instructions regarding the $100 set up fee. You will be sent a follow-up email with further instructions on the Bank Wire Transfer.

1. Please note that all pages of the Business Account Agreement must be signed by the same person that is listed on the first page of the Business Account Agreement

If you have any questions, please do not hesitate to contact me. I look forward to working with you.

Thank You,

Jeffrey O'Brechtwww.ePassporte.com <http://www.epassporte.com/>
Phone: 416.703.7200 (ext: 410)
Fax: 416.352.0160

................................

CONFIDENTIAL           HF02860014

The information contained in this communication is confidential and may be legally privileged. It is intended solely for the use of the individual or entity to whom it is addressed and any others authorized to receive it. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please immediately notify the sender by return message and delete this communication and any copies thereof, including any electronically saved copies in your systems.

CONFIDENTIAL                                                                                     HF02860015


TRANSPERFECT

AFFIDAVIT OF ACCURACY

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02860013-15] from Bulgarian into English.

*AM Hovey*

TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

*Sarah E Mullen*
Signature, Notary Public

SARAH E MULLEN
Notary Public - State of New York
No. 01MU6245919
Qualified in New York County
Commission Expires Aug 08, 2015

Stamp, Notary Public

New York, NY

THREE PARK AVENUE, NEW YORK, NY 10016  T 212.689.5555  F 212.689.1059  WWW.TRANSPERFECT.COM

| | |
|---|---|
| From: | Nasko [nasko@hotfile.com] |
| Sent: | Monday, March 15, 2010 12:29 AM |
| To: | Anton Titov |
| Subject: | Fwd: Hotfile Corp - ePassporte Business Agreement |
| Attachments: | Business Agreement.pdf; Hotfile Certificate page1.jpg; Hotfile Certificate page2.jpg; Hotfile Corp Establishment Letter.pdf; Hotfile Corp Registration Certify Letter.pdf |

Virus,

Tova e dogovora za epassporte. Triabva da popalnish i podpishesh samo tezi stranici ot dogovora i da gi scannirash (niama nujda da scannirash celia
dogovor):
 Part I: Page 1
Part I: Pages 15-18
Part II: Pages 1-4 (Please note: Part II, Page 5 is for *US-based clients* *
only*)

Az sam prikachil certifikata i documentitie za firmata. Samo si prikachi scannirano palnomoshnoto ti i mu gi prati na tozi Jeffrey.
Mojesh da mu napishesh, che mu imash infoto ot Atanas (nasko@hotfile.com).
Az sam mu kazal, che veche ne sam v companiata i zatova shte go contactne niakoi drug.

Pozdravi,
Nasko

---------- Forwarded message ----------
From: Jeffrey O'Brecht <jeffrey.obrecht@epassporte.com>
Date: Thu, Nov 19, 2009 at 1:57 AM
Subject: Hotfile Corp - ePassporte Business Agreement
To: Nasko Beluchi <nasko@hotfile.com>


 Hello Atanas,


I have attached your ePassporte Business Agreement to this email. Please refer to the following directions:


   1. Please TYPE your information in the spaces provided on each page
   (where applicable). Where typing is not possible, please print out the pages
   and neatly WRITE on them by hand. In particular, please complete the
   following pages:


   - Part I: Pages 15-18
     - Part II: Pages 1-4 (Please note: Part II, Page 5 is for *US-based
     clients* *only*)


   1. When you have completed step one, please print out the Agreement if
   you have not done so already and *sign and initial* the following pages:


   - Part I: Page 1



CONFIDENTIAL                                                                                   HF02860013

   - Part I: Pages 15-18
   - Part II: Pages 1-4 (Please note: Part II, Page 5 is for *US-based clients* *only*)


1. Return all pages of the Agreement to me by fax or by email. You may fax the Agreement to (416) 352-0160 or email a scanned version to me. Please provide a copy of each of the following with your Agreement:


  - Your company's Certificate of Incorporation and Articles of Incorporation
    - Company Bylaws or Operating Agreement (whichever is applicable)
    - The completed Certificate of Incumbency. I have attached a blank version of this document to this email, as well as a sample version for your review.
    - A copy of Government photo ID for each Principal listed in Part II of the Agreement. A driver's license or passport is preferred. The ID must clearly contain the following:

|      |      |                                         |
|------|------|-----------------------------------------|
| i.   | The Principal's name and photo          |
| ii.  | The ID document number                  |
| iii. | The Principal's date of birth           |
| iv.  | The document's date of issue            |
| v.   | The document's date of expiry           |

1. Once your application has been approved, I will contact you and provide further instructions regarding the $100 set up fee. You will be sent a follow-up email with further instructions on the Bank Wire Transfer.


1. Please note that all pages of the Business Account Agreement must be signed by the same person that is listed on the first page of the Business Account Agreement


If you have any questions, please do not hesitate to contact me.  I look forward to working with you.

Thank You,

Jeffrey O'Brechtwww.ePassporte.com <http://www.epassporte.com/>
Phone:   416.703.7200 (ext: 410)
Fax:     416.352.0160

..................................

CONFIDENTIAL                                                                                         HF02860014

The information contained in this communication is confidential and may be legally privileged. It is intended solely for the use of the individual or entity to whom it is addressed and any others authorized to receive it. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please immediately notify the sender by return message and delete this communication and any copies thereof, including any electronically saved copies in your systems.

CONFIDENTIAL

HF02860015