# Yeh Exhibit 141

| | |
|---|---|
| **From:** | Disney MyTeam International on behalf of Internet Enforcement |
| **To:** | abuse@hotfile.com |
| **Sent:** | 9/18/2009 11:01:29 AM |
| **Subject:** | URGENT: Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 1248] (TMS) |

Friday, September 18, 2009

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:1248 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Flash Forward*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/12689030/6d27cb5/a2b4b7314be367dac758822f88d94484-1253112180.flv.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 9/17/2009 3:56:10 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

DISNEY002835

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/12689030/6d27cb5/a2b4b7314be367dac758822f88d94484-1253112180.flv.html

--------------------

DISNEY002836

| | |
|---|---|
| **From:** | Disney MyTeam International on behalf of Internet Enforcement |
| **To:** | abuse@hotfile.com |
| **Sent:** | 9/30/2009 10:39:01 AM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 1440] (TMS) |

Wednesday, September 30, 2009

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:1440 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Secret Life of the American Teenager ~*

**Location and original notification dates of infringing material:**

http://hotfile.com/links/11234990/eacb9f9/The.Secret.Life.of.the.American.Teenager.S02E11.HDTV.XviD-FQM.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 9 25 2009 5:29:22 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

DISNEY002848

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/links/11234990/eacb9f9/The.Secret.Life.of.the.American.Teenager.S02E11.HDTV.XviD-FQM.avi.html

--------------------

DISNEY002849

| | |
|---|---|
| **From:** | Disney MyTeam International on behalf of Internet Enforcement |
| **To:** | Internet Enforcement |
| **Sent:** | 12/9/2009 11:38:44 AM |
| **Subject:** | Already Down - hotfile.com - Infringing Content Re-notification [Notice ID: 2187] (TMS) |

Wednesday, December 09, 2009

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:2187 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *FlashForward 1*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/13949445/ef428f8/F.S01E02.HDTV.X.NoTV.www.scenetube.net.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 11 20 2009 5:31:33 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

DISNEY002852

--------------------

http://hotfile.com/dl/13949445/ef428f8/F.S01E02.HDTV.X.NoTV.www.scenetube.net.part1.rar.html

--------------------

DISNEY002853

| | |
|---|---|
| **From:** | Disney MyTeam International on behalf of Internet Enforcement |
| **To:** | Internet Enforcement |
| **Sent:** | 4/5/2010 1:57:14 PM |
| **Subject:** | Already Down - hotfile.com - Infringing Content Re-notification [Notice ID: 3241] (TMS) |

Monday, April 05, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:3241 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Desperate Housewives 6*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/30681210/b844716/Desperate.Housewives.S06E16.HDTV.XviD-LOL.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 3 23 2010 3:31:31 PM)*

http://hotfile.com/dl/30668183/33a9446/Desperate.Housewives.S06E16.HDTV.XviD-LOL.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 3 23 2010 3:31:32 PM)*

http://hotfile.com/dl/30667909/16d63cd/Desperate.Housewives.S06E16.HDTV.XviD-LOL.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 3 23 2010 3:31:33 PM)*

http://hotfile.com/dl/30697892/1e6ac7b/Desperate.Housewives.S06E16.720p.HDTV.X264.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 3 23 2010 3:31:34 PM)*

http://hotfile.com/dl/30710905/6fb0b8e/Desperate.Housewives.S06E16.720p.HDTV.X264.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 3 23 2010 3:31:35 PM)*

http://hotfile.com/dl/30715371/d99d793/Desperate.Housewives.S06E16.720p.HDTV.X264.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 3 23 2010 3:31:36 PM)*

DISNEY002850

http://hotfile.com/dl/30782460/fa4b876/desperate.housewives.s06e16.hdtv.xvid-xii.avi.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 3/23/2010 3:31:37 PM)*

http://hotfile.com/dl/24668369/4b8968f/dhw_613_.x264.mkv.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 3/23/2010 3:31:38 PM)*

http://hotfile.com/dl/29599604/d5d25c8/DHW.615.x264.mkv.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 3/23/2010 3:31:39 PM)*


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521


[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/30681210/b844716/Desperate.Housewives.S06E16.HDTV.XviD-LOL.rar
http://hotfile.com/dl/30668183/33a9446/Desperate.Housewives.S06E16.HDTV.XviD-LOL.part2.rar.html
http://hotfile.com/dl/30667909/16d63cd/Desperate.Housewives.S06E16.HDTV.XviD-LOL.part1.rar.html
http://hotfile.com/dl/30697892/1e6ac7b/Desperate.Housewives.S06E16.720p.HDTV.X264.part1.rar.html
http://hotfile.com/dl/30710905/6fb0b8e/Desperate.Housewives.S06E16.720p.HDTV.X264.part2.rar.html
http://hotfile.com/dl/30715371/d99d793/Desperate.Housewives.S06E16.720p.HDTV.X264.part3.rar.html
http://hotfile.com/dl/30782460/fa4b876/desperate.housewives.s06e16.hdtv.xvid-xii.avi.rar.html
http://hotfile.com/dl/24668369/4b8968f/dhw_613_.x264.mkv.html
http://hotfile.com/dl/29599604/d5d25c8/DHW.615.x264.mkv.html

--------------------

DISNEY002851

| From: | Disney MyTeam International on behalf of Internet Enforcement |
|---|---|
| To: | Internet Enforcement |
| Sent: | 5/13/2010 11:25:47 AM |
| Subject: | Already Down- hotfile.com - Infringing Content Re-notification [Notice ID: 3499] (TMS) |

Thursday, May 13, 2010

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:3499 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Lost 6*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/35535758/3147779/lo.610.kruger.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 4 12 2010 2:34:45 PM)*


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521


[NOTE: The above Links have been re-listed here in single line format for convenience.]

DISNEY002854

--------------------

http://hotfile.com/dl/35535758/3147779/lo.610.kruger.part1.rar.html

--------------------

DISNEY002855

| From: | Disney MyTeam International on behalf of Internet Enforcement |
|---|---|
| To: | abuse@hotfile.com |
| Sent: | 7/2/2010 11:10:04 AM |
| Subject: | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4068] (TMS) |

Friday, July 02, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4068 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Prince of Persia*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/46482502/c18012a/kingdom-poptsot.ts.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:31 PM)*


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521


[NOTE: The above Links have been re-listed here in single line format for convenience.]

DISNEY002844

--------------------

http://hotfile.com/dl/46482502/c18012a/kingdom-poptsot.ts.part3.rar.html

--------------------

DISNEY002845

| From: | Disney MyTeam International on behalf of Internet Enforcement |
|---|---|
| To: | abuse@hotfile.com |
| Sent: | 7/2/2010 11:08:52 AM |
| Subject: | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4066] (TMS) |

Friday, July 02, 2010

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4066 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Prince of Persia*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/46482538/ce79567/kingdom-poptsot.ts.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6 17 2010 4:56:28 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

DISNEY002846

--------------------

http://hotfile.com/dl/46482538/ce79567/kingdom-poptsot.ts.part6.rar.html

--------------------

DISNEY002847

| | |
|---|---|
| **From:** | Disney MyTeam International on behalf of Internet Enforcement |
| **To:** | abuse@hotfile.com |
| **Sent:** | 7/7/2010 12:56:07 PM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4099] (TMS) |

Wednesday, July 07, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4099 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Prince of Persia*

**Location and original notification dates of infringing material:**

<u>http://hotfile.com/dl/46482499/b6eaeb2/kingdom-poptsot.ts.part7.rar.html</u>
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6 17 2010 4:56:35 PM)*

<u>http://hotfile.com/dl/46482540/ecae38d/kingdom-poptsot.ts.part1.rar.html</u>
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6 17 2010 4:56:38 PM)*

<u>http://hotfile.com/dl/46482557/edacc31/kingdom-poptsot.ts.part2.rar.html</u>
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6 17 2010 4:56:46 PM)*

<u>http://hotfile.com/dl/46489263/8c92f77/Prism-pop.part4.rar.html</u>
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6 17 2010 4:56:50 PM)*

<u>http://hotfile.com/dl/46489268/ee44213/Prism-pop.part1.rar.html</u>
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6 17 2010 4:56:53 PM)*

<u>http://hotfile.com/dl/46489300/86408cf/Prism-pop.part5.rar.html</u>
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6 17 2010 4:56:57 PM)*

DISNEY002837

http://hotfile.com/dl/46489308/a4e060f/Prism-pop.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:02 PM)*

http://hotfile.com/dl/46489310/1837afe/Prism-pop.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:08 PM)*

http://hotfile.com/dl/46489352/91d698b/Prism-pop.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:12 PM)*

http://hotfile.com/dl/46489360/22ffb02/Prism-pop.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:16 PM)*

http://hotfile.com/dl/46492873/223090d/sc0rp-poptsotts.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:20 PM)*

http://hotfile.com/dl/46493018/8c978b9/sc0rp-poptsotts.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:23 PM)*

http://hotfile.com/dl/46546018/a3c3ffb/PrinceOfAkilwoodPersia_WarezSL.org.part12.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:11 PM)*

http://hotfile.com/dl/46546020/03326d6/PrinceOfAkilwoodPersia_WarezSL.org.part13.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:15 PM)*

http://hotfile.com/dl/46546021/202b7b7/PrinceOfAkilwoodPersia_WarezSL.org.part14.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:19 PM)*

http://hotfile.com/dl/46546056/2aad44d/PrinceOfAkilwoodPersiamkv_WarezSL.org.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:22 PM)*

http://hotfile.com/dl/46546057/f85c2d7/PrinceOfAkilwoodPersiamkv_WarezSL.org.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:26 PM)*

http://hotfile.com/dl/46546058/b76c907/PrinceOfAkilwoodPersiamkv_WarezSL.org.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:30 PM)*

http://hotfile.com/dl/46546059/16a47da/PrinceOfAkilwoodPersiamkv_WarezSL.org.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:34 PM)*

http://hotfile.com/dl/46659288/6f29b50/POPTSV2.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:39 PM)*

http://hotfile.com/dl/46658775/5ee1f31/POPTSV2.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:42 PM)*

DISNEY002838

http://hotfile.com/dl/45348237/b07fad3/Pop.ts.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:46 PM)*

http://hotfile.com/dl/45348244/f57675a/Pop.ts.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:50 PM)*

http://hotfile.com/dl/45348232/93460ea/Pop.ts.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:53 PM)*

http://hotfile.com/dl/45348239/81c7d07/Pop.ts.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:58 PM)*

http://hotfile.com/dl/45997063/bca3265/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:03 PM)*

http://hotfile.com/dl/45997105/701cd80/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:08 PM)*

http://hotfile.com/dl/45997103/e202e3d/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:13 PM)*

http://hotfile.com/dl/45997018/5b963eb/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:16 PM)*

http://hotfile.com/dl/45997068/d1c1546/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:19 PM)*

http://hotfile.com/dl/45997132/48ee793/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:22 PM)*

http://hotfile.com/dl/46732966/a1a898e/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:00:43 PM)*

http://hotfile.com/dl/46732685/8b27414/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:00:46 PM)*

http://hotfile.com/dl/46732677/84da0c5/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-

DISNEY002839

PrisM.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:00:49 PM)

http://hotfile.com/dl/46732232/aee7be9/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:00:55 PM)

http://hotfile.com/dl/46733132/df930b7/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:00 PM)

http://hotfile.com/dl/46732754/7d6767f/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:06 PM)

http://hotfile.com/dl/46088263/12784ea/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:10 PM)

http://hotfile.com/dl/46088277/323793b/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:13 PM)

http://hotfile.com/dl/46088270/9b58b54/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:16 PM)

http://hotfile.com/dl/46088280/cf50798/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:20 PM)

http://hotfile.com/dl/46429035/a99775f/backup.POPTSOTTSV2.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:25 PM)

http://hotfile.com/dl/46429043/0b657af/backup.POPTSOTTSV2.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:30 PM)

http://hotfile.com/dl/46429050/eb6e788/backup.POPTSOTTSV2.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:34 PM)

http://hotfile.com/dl/46429052/4a5f383/backup.POPTSOTTSV2.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:37 PM)

http://hotfile.com/dl/46253245/ae08a26/backup.POPTSOTTSV2.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:41 PM)

DISNEY002840

http://hotfile.com/dl/46253246/88178d8/backup.POPTSOTTSV2.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:47 PM)


http://hotfile.com/dl/46253247/996b147/backup.POPTSOTTSV2.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:53 PM)


http://hotfile.com/dl/46253248/c95e9ea/backup.POPTSOTTSV2.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:56 PM)


http://hotfile.com/dl/46122034/0120599/just4freeplanet.com_PViSOPTSOTPrO-SW.r03.html
*To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:02:00 PM)


http://hotfile.com/dl/46122031/02bed2f/just4freeplanet.com_PViSOPTSOTPrO-SW.r04.html
*To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:02:03 PM)


http://hotfile.com/dl/46122041/fd267e9/just4freeplanet.com_PViSOPTSOTPrO-SW.r00.html
*To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:02:08 PM)


http://hotfile.com/dl/46122037/a17756a/just4freeplanet.com_PViSOPTSOTPrO-SW.r02.html
*To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:02:13 PM)


http://hotfile.com/dl/46122039/be84dde/just4freeplanet.com_PViSOPTSOTPrO-SW.r01.html
*To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:02:17 PM)


http://hotfile.com/dl/46122030/2d46b89/just4freeplanet.com_PViSOPTSOTPrO-SW.r05.html
*To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:02:20 PM)


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521


[NOTE: The above Links have been re-listed here in single line format for convenience.]

DISNEY002841

--------------------

http://hotfile.com/dl/46482499/b6eaeb2/kingdom-poptsot.ts.part7.rar.html
http://hotfile.com/dl/46482540/ecae38d/kingdom-poptsot.ts.part1.rar.html
http://hotfile.com/dl/46482557/edacc31/kingdom-poptsot.ts.part2.rar.html
http://hotfile.com/dl/46489263/8c92f77/Prism-pop.part4.rar.html
http://hotfile.com/dl/46489268/ee44213/Prism-pop.part1.rar.html
http://hotfile.com/dl/46489300/86408cf/Prism-pop.part5.rar.html
http://hotfile.com/dl/46489308/a4e060f/Prism-pop.part6.rar.html
http://hotfile.com/dl/46489310/1837afe/Prism-pop.part7.rar.html
http://hotfile.com/dl/46489352/91d698b/Prism-pop.part2.rar.html
http://hotfile.com/dl/46489360/22ffb02/Prism-pop.part3.rar.html
http://hotfile.com/dl/46492873/223090d/sc0rp-poptsotts.part2.rar.html
http://hotfile.com/dl/46493018/8c978b9/sc0rp-poptsotts.part1.rar.html
http://hotfile.com/dl/46546018/a3c3ffb/PrinceOfAkilwoodPersia_WarezSL.org.part12.rar.html
http://hotfile.com/dl/46546020/03326d6/PrinceOfAkilwoodPersia_WarezSL.org.part13.rar.html
http://hotfile.com/dl/46546021/202b7b7/PrinceOfAkilwoodPersia_WarezSL.org.part14.rar.html
http://hotfile.com/dl/46546056/2aad44d/PrinceOfAkilwoodPersiamkv_WarezSL.org.part1.rar.html
http://hotfile.com/dl/46546057/f85c2d7/PrinceOfAkilwoodPersiamkv_WarezSL.org.part2.rar.html
http://hotfile.com/dl/46546058/b76c907/PrinceOfAkilwoodPersiamkv_WarezSL.org.part3.rar.html
http://hotfile.com/dl/46546059/16a47da/PrinceOfAkilwoodPersiamkv_WarezSL.org.part4.rar.html
http://hotfile.com/dl/46659288/6f29b50/POPTSV2.part2.rar.html
http://hotfile.com/dl/46658775/5ee1f31/POPTSV2.part1.rar.html
http://hotfile.com/dl/45348237/b07fad3/Pop.ts.part2.rar.html
http://hotfile.com/dl/45348244/f57675a/Pop.ts.part4.rar.html
http://hotfile.com/dl/45348232/93460ea/Pop.ts.part1.rar.html
http://hotfile.com/dl/45348239/81c7d07/Pop.ts.part3.rar.html
http://hotfile.com/dl/45997063/bca3265/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part1.rar.html
http://hotfile.com/dl/45997105/701cd80/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part2.rar.html
http://hotfile.com/dl/45997103/e202e3d/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part5.rar.html
http://hotfile.com/dl/45997018/5b963eb/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part4.rar.html
http://hotfile.com/dl/45997068/d1c1546/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part3.rar.html
http://hotfile.com/dl/45997132/48ee793/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part6.rar.html
http://hotfile.com/dl/46732966/a1a898e/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part1.rar.html
http://hotfile.com/dl/46732685/8b27414/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part2.rar.html
http://hotfile.com/dl/46732677/84da0c5/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part3.rar.html
http://hotfile.com/dl/46732232/aee7be9/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part4.rar.html
http://hotfile.com/dl/46733132/df930b7/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part5.rar.html
http://hotfile.com/dl/46732754/7d6767f/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part6.rar.html
http://hotfile.com/dl/46088263/12784ea/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part1.rar.html
http://hotfile.com/dl/46088277/323793b/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-

DISNEY002842

Team.part3.rar.html
http://hotfile.com/dl/46088270/9b58b54/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part2.rar.html
http://hotfile.com/dl/46088280/cf50798/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part4.rar.html
http://hotfile.com/dl/46429035/a99775f/backup.POPTSOTTSV2.part1.rar.html
http://hotfile.com/dl/46429043/0b657af/backup.POPTSOTTSV2.part2.rar.html
http://hotfile.com/dl/46429050/eb6e788/backup.POPTSOTTSV2.part3.rar.html
http://hotfile.com/dl/46429052/4a5f383/backup.POPTSOTTSV2.part4.rar.html
http://hotfile.com/dl/46253245/ae08a26/backup.POPTSOTTSV2.part1.rar.html
http://hotfile.com/dl/46253246/88178d8/backup.POPTSOTTSV2.part2.rar.html
http://hotfile.com/dl/46253247/996b147/backup.POPTSOTTSV2.part3.rar.html
http://hotfile.com/dl/46253248/c95e9ea/backup.POPTSOTTSV2.part4.rar.html
http://hotfile.com/dl/46122034/0120599/just4freeplanet.com_PViSOPTSOTPrO-SW.r03.html
http://hotfile.com/dl/46122031/02bed2f/just4freeplanet.com_PViSOPTSOTPrO-SW.r04.html
http://hotfile.com/dl/46122041/fd267e9/just4freeplanet.com_PViSOPTSOTPrO-SW.r00.html
http://hotfile.com/dl/46122037/a17756a/just4freeplanet.com_PViSOPTSOTPrO-SW.r02.html
http://hotfile.com/dl/46122039/be84dde/just4freeplanet.com_PViSOPTSOTPrO-SW.r01.html
http://hotfile.com/dl/46122030/2d46b89/just4freeplanet.com_PViSOPTSOTPrO-SW.r05.html


--------------------

DISNEY002843

| | |
|---|---|
| **From:** | INTL.Portal@SM-GBLO-VSMTP01.emea.wdpr.disney.com on behalf of Internet Enforcement |
| **To:** | abuse@hotfile.com |
| **Sent:** | 7/13/2010 4:48:31 PM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4170] (TMS) |

Wednesday, July 14, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4170 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Prince of Persia*

**Location and original notification dates of infringing material:**

<u>http://hotfile.com/dl/46122027/25a97b4/just4freeplanet.com_PViSOPTSOTPrO-SW.r06.html</u>
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6 17 2010 5:02:24 PM)*

<u>http://hotfile.com/dl/46121890/1c54f8e/just4freeplanet.com_PViSOPTSOTPrO-SW.rar.html</u>
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6 17 2010 5:02:27 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

DISNEY000138

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/46122027/25a97b4/just4freeplanet.com_PViSOPTSOTPrO-SW.r06.html
http://hotfile.com/dl/46121890/1c54f8e/just4freeplanet.com_PViSOPTSOTPrO-SW.rar.html

--------------------

DISNEY000139

| From: | INTL.Portal@SM-GBLO-VSMTP01.emea.wdpr.disney.com on behalf of Internet.Enforcement@disney.com |
|---|---|
| To: | abuse@hotfile.com |
| Sent: | 7/30/2010 3:58:21 PM |
| Subject: | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4407] (TMS) |

Friday, July 30, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4407 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Prince of Persia, Sorcerer's Apprentice, The(Archive), Hannah Montana 3, Lost 5, Last Song, The*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/46122027/25a97b4/just4freeplanet.com_PViSOPTSOTPrO-SW.r06.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 6 17 2010 5:02:24 PM)*

http://hotfile.com/dl/46121890/1c54f8e/just4freeplanet.com_PViSOPTSOTPrO-SW.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 6 17 2010 5:02:27 PM)*

http://hotfile.com/dl/55436070/faa6dca/TSA2010.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7 18 2010 7:50:58 PM)*

http://hotfile.com/dl/55436507/f106c5e/TSA2010.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7 18 2010 7:51:03 PM)*

http://hotfile.com/dl/55436338/eb36e53/TSA2010.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7 18 2010 7:51:07 PM)*

http://hotfile.com/dl/55436707/0724a76/TSA2010.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000125

*(Original Notification Date: 7/18/2010 7:51:13 PM)*

http://hotfile.com/dl/55436916/1fe0f06/TSA2010.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:19 PM)*

http://hotfile.com/dl/55437191/bc391ec/TSA2010.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:25 PM)*

http://hotfile.com/dl/55437511/780bb96/TSA2010.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:30 PM)*

http://hotfile.com/dl/55437584/590a90f/TSA2010.part8.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:36 PM)*

http://hotfile.com/dl/55535677/ec8634c/The.Sorc.app.ryesooyoung.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:42 PM)*

http://hotfile.com/dl/55540461/f85294a/The.Sorc.app.ryesooyoung.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:48 PM)*

http://hotfile.com/dl/55541632/f4f10f3/The.Sorc.app.ryesooyoung.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:54 PM)*

http://hotfile.com/dl/55539961/ee0b1ea/The.Sorc.app.ryesooyoung.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:52:00 PM)*

http://hotfile.com/dl/55500913/4c07b51/www.clubwarez.ws.by.BKZ_epid-tsa.cam.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:52:54 PM)*

http://hotfile.com/dl/55562740/14d86ac/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:52:58 PM)*

http://hotfile.com/dl/55562779/42e081a/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:03 PM)*

http://hotfile.com/dl/55562798/3598610/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:07 PM)*

http://hotfile.com/dl/55562822/e92aff9/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:11 PM)*

http://hotfile.com/dl/55545383/b403d0b/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:07 PM)*

http://hotfile.com/dl/55545419/224435d/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html

DISNEY000126

*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:11 PM)*

http://hotfile.com/dl/55545581/0b6598d/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:17 PM)*

http://hotfile.com/dl/55545570/241475b/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:23 PM)*

http://hotfile.com/dl/55488521/7188289/Caruc.by.Willy4400.of.BonGo.part2.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:56:36 PM)*

http://hotfile.com/dl/55488662/8be7e2b/Caruc.by.Willy4400.of.BonGo.part3.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:56:41 PM)*

http://hotfile.com/dl/55488373/652ec1b/Caruc.by.Willy4400.of.BonGo.part1.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:56:47 PM)*

http://hotfile.com/dl/55490360/cee0082/Caruc.by.Willy4400.of.BonGo.part4.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:56:52 PM)*

http://hotfile.com/dl/55566842/a91ff69/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:56:57 PM)*

http://hotfile.com/dl/55566857/457d8d6/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:57:03 PM)*

http://hotfile.com/dl/55566865/bbdeb2e/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:57:07 PM)*

http://hotfile.com/dl/55566890/30eb0cd/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:57:13 PM)*

http://hotfile.com/dl/55422608/77e6df7/U4enik_4arodeja.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:57:18 PM)*

http://hotfile.com/dl/55422612/90fccd0/U4enik_4arodeja.part8.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:57:24 PM)*

http://hotfile.com/dl/55422613/2edcf9b/U4enik_4arodeja.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:57:29 PM)*

http://hotfile.com/dl/55422868/557701c/U4enik_4arodeja.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:57:35 PM)*

DISNEY000127

http://hotfile.com/dl/55422614/f9bf082/U4enik_4arodeja.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:57:41 PM)


http://hotfile.com/dl/55424000/13721a1/U4enik_4arodeja.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:57:48 PM)


http://hotfile.com/dl/55424003/343ba33/U4enik_4arodeja.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:57:53 PM)


http://hotfile.com/dl/55424010/fcec3bc/U4enik_4arodeja.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:57:59 PM)


http://hotfile.com/dl/55424219/d55b754/U4enik_4arodeja_700.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:58:04 PM)


http://hotfile.com/dl/55425098/31fff2d/U4enik_4arodeja_700.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:58:10 PM)


http://hotfile.com/dl/55425370/af2886d/U4enik_4arodeja_700.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:58:15 PM)


http://hotfile.com/dl/55425375/b08a4f3/U4enik_4arodeja_700.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:58:21 PM)


http://hotfile.com/dl/55770140/d16ad80/The_Sorcerers_Apprentice_TS_XViD_IMAGiNE.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/20/2010 3:10:28 AM)


http://hotfile.com/dl/55771091/8af5310/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/20/2010 3:10:28 AM)


http://hotfile.com/dl/55755437/1c69941/T.S.A.TS.By.Sidofox.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/20/2010 3:10:57 AM)


http://hotfile.com/dl/55755051/fc4389a/T.S.A.TS.By.Sidofox.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/20/2010 3:10:58 AM)


http://hotfile.com/dl/55777433/7785898/TSA-KiNGDOM.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/20/2010 3:10:59 AM)


http://hotfile.com/dl/55811673/26b744d/The.Sorcerers.Apprentice.2010.FRENCH.TS.MD.XviD-SSL.www.films-down.com.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/20/2010 3:11:01 AM)


http://hotfile.com/dl/38857934/631cf91/Montana.S03E15.DVDRip.XviD-PFa-SceneFlux.net.rar.html
* To date, a total of 1 notice(s) previously sent for this link.

DISNEY000128

*(Original Notification Date: 7/20/2010 3:10:11 AM)*

http://hotfile.com/dl/5183505/a6ef91b/Lost-5-00-DannyE.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/20/2010 3:11:03 AM)*

http://hotfile.com/dl/52640132/00d3543/The.Last.Song.TS.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:36:16 PM)*

http://hotfile.com/dl/52640135/cc5932e/The.Last.Song.TS.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:36:19 PM)*

http://hotfile.com/dl/52640138/b021128/The.Last.Song.TS.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:36:21 PM)*

http://hotfile.com/dl/52640137/ac48262/The.Last.Song.TS.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:36:22 PM)*

http://hotfile.com/dl/52640139/156cf62/The.Last.Song.TS.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:36:24 PM)*

http://hotfile.com/dl/47006850/5220487/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:36:27 PM)*

http://hotfile.com/dl/47006853/cf09132/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:36:52 PM)*

http://hotfile.com/dl/47006849/ba412d7/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:37:04 PM)*

http://hotfile.com/dl/47006851/405deec/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:37:19 PM)*

http://hotfile.com/dl/47006854/41ec5e8/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part8.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:37:26 PM)*

http://hotfile.com/dl/47006852/e1f23d2/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:37:31 PM)*

http://hotfile.com/dl/47006848/d802099/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:37:36 PM)*

http://hotfile.com/dl/47006855/2f6ea2e/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:37:40 PM)*

http://hotfile.com/dl/47259388/3519afc/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part3.rar.html

DISNEY000129

*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:37:43 PM)*

http://hotfile.com/dl/47257641/bfe8e45/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:37:45 PM)*

http://hotfile.com/dl/47260952/95446ed/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:37:46 PM)*


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521


[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/46122027/25a97b4/just4freeplanet.com_PViSOPTSOTPrO-SW.r06.html
http://hotfile.com/dl/46121890/1c54f8e/just4freeplanet.com_PViSOPTSOTPrO-SW.rar.html
http://hotfile.com/dl/55436070/faa6dca/TSA2010.part1.rar.html
http://hotfile.com/dl/55436507/f106c5e/TSA2010.part3.rar.html
http://hotfile.com/dl/55436338/eb36e53/TSA2010.part2.rar.html
http://hotfile.com/dl/55436707/0724a76/TSA2010.part4.rar.html
http://hotfile.com/dl/55436916/1fe0f06/TSA2010.part5.rar.html
http://hotfile.com/dl/55437191/bc391ec/TSA2010.part6.rar.html
http://hotfile.com/dl/55437511/780bb96/TSA2010.part7.rar.html
http://hotfile.com/dl/55437584/590a90f/TSA2010.part8.rar.html
http://hotfile.com/dl/55535677/ec8634c/The.Sorc.app.ryesooyoung.part1.rar.html
http://hotfile.com/dl/55540461/f85294a/The.Sorc.app.ryesooyoung.part2.rar.html
http://hotfile.com/dl/55541632/f4f10f3/The.Sorc.app.ryesooyoung.part3.rar.html
http://hotfile.com/dl/55539961/ee0b1ea/The.Sorc.app.ryesooyoung.part4.rar.html
http://hotfile.com/dl/55500913/4c07b51/www.clubwarez.ws.by.BKZ_epid-tsa.cam.avi.html
http://hotfile.com/dl/55562740/14d86ac/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
http://hotfile.com/dl/55562779/42e081a/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
http://hotfile.com/dl/55562798/3598610/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
http://hotfile.com/dl/55562822/e92aff9/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
http://hotfile.com/dl/55545383/b403d0b/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
http://hotfile.com/dl/55545419/224435d/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
http://hotfile.com/dl/55545581/0b6598d/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html

DISNEY000130

http://hotfile.com/dl/55545570/241475b/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
http://hotfile.com/dl/55488521/7188289/Caruc.by.Willy4400.of.BonGo.part2.rar
http://hotfile.com/dl/55488662/8be7e2b/Caruc.by.Willy4400.of.BonGo.part3.rar
http://hotfile.com/dl/55488373/652ec1b/Caruc.by.Willy4400.of.BonGo.part1.rar
http://hotfile.com/dl/55490360/cee0082/Caruc.by.Willy4400.of.BonGo.part4.rar
http://hotfile.com/dl/55566842/a91ff69/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
http://hotfile.com/dl/55566857/457d8d6/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
http://hotfile.com/dl/55566865/bbdeb2e/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
http://hotfile.com/dl/55566890/30eb0cd/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
http://hotfile.com/dl/55422608/77e6df7/U4enik_4arodeja.part5.rar.html
http://hotfile.com/dl/55422612/90fccd0/U4enik_4arodeja.part8.rar.html
http://hotfile.com/dl/55422613/2edcf9b/U4enik_4arodeja.part7.rar.html
http://hotfile.com/dl/55422868/557701c/U4enik_4arodeja.part4.rar.html
http://hotfile.com/dl/55422614/f9bf082/U4enik_4arodeja.part6.rar.html
http://hotfile.com/dl/55424000/13721a1/U4enik_4arodeja.part3.rar.html
http://hotfile.com/dl/55424003/343ba33/U4enik_4arodeja.part2.rar.html
http://hotfile.com/dl/55424010/fcec3bc/U4enik_4arodeja.part1.rar.html
http://hotfile.com/dl/55424219/d55b754/U4enik_4arodeja_700.part4.rar.html
http://hotfile.com/dl/55425098/31fff2d/U4enik_4arodeja_700.part3.rar.html
http://hotfile.com/dl/55425370/af2886d/U4enik_4arodeja_700.part2.rar.html
http://hotfile.com/dl/55425375/b08a4f3/U4enik_4arodeja_700.part1.rar.html
http://hotfile.com/dl/55770140/d16ad80/The_Sorcerers_Apprentice_TS_XViD_IMAGiNE.avi.html
http://hotfile.com/dl/55771091/8af5310/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.avi.html
http://hotfile.com/dl/55755437/1c69941/T.S.A.TS.By.Sidofox.part1.rar.html
http://hotfile.com/dl/55755051/fc4389a/T.S.A.TS.By.Sidofox.part2.rar.html
http://hotfile.com/dl/55777433/7785898/TSA-KiNGDOM.avi.html
http://hotfile.com/dl/55811673/26b744d/The.Sorcerers.Apprentice.2010.FRENCH.TS.MD.XviD-SSL.www.films-down.com.avi.html
http://hotfile.com/dl/38857934/631cf91/Montana.S03E15.DVDRip.XviD-PFa-SceneFlux.net.rar.html
http://hotfile.com/dl/5183505/a6ef91b/Lost-5-00-DannyE.rar.html
http://hotfile.com/dl/52640132/00d3543/The.Last.Song.TS.part1.rar.html
http://hotfile.com/dl/52640135/cc5932e/The.Last.Song.TS.part2.rar.html
http://hotfile.com/dl/52640138/b021128/The.Last.Song.TS.part4.rar.html
http://hotfile.com/dl/52640137/ac48262/The.Last.Song.TS.part3.rar.html
http://hotfile.com/dl/52640139/156cf62/The.Last.Song.TS.part5.rar.html
http://hotfile.com/dl/47006850/5220487/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part1.rar.html
http://hotfile.com/dl/47006853/cf09132/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part2.rar.html
http://hotfile.com/dl/47006849/ba412d7/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part5.rar.html
http://hotfile.com/dl/47006851/405deec/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part3.rar.html
http://hotfile.com/dl/47006854/41ec5e8/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part8.rar.html
http://hotfile.com/dl/47006852/e1f23d2/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part4.rar.html
http://hotfile.com/dl/47006848/d802099/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part7.rar.html
http://hotfile.com/dl/47006855/2f6ea2e/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part6.rar.html
http://hotfile.com/dl/47259388/3519afc/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part3.rar.html
http://hotfile.com/dl/47257641/bfe8e45/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part1.rar.html
http://hotfile.com/dl/47260952/95446ed/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part5.rar.html


--------------------

DISNEY000131

| | |
|---|---|
| **From:** | INTL.Portal@SM-GBLO-VSMTP01.emea.wdpr.disney.com on behalf of Internet.Enforcement@disney.com |
| **To:** | abuse@hotfile.com |
| **Sent:** | 7/30/2010 4:31:32 PM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4409] (TMS) |

Saturday, July 31, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4409 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Last Song, The*, *Lost 5*, *Prince of Persia*, *Sorcerer's Apprentice, The(Archive)*, *Toy Story 3*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/47258505/e17f71f/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7 21 2010 9:37:50 PM)*

http://hotfile.com/dl/47260169/08bc2c9/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7 21 2010 9:38:03 PM)*

http://hotfile.com/dl/47261948/2b9cffd/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7 21 2010 9:38:15 PM)*

http://hotfile.com/dl/47262833/dd23f72/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part8.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7 21 2010 9:38:28 PM)*

http://hotfile.com/dl/47262727/1212722/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7 21 2010 9:38:35 PM)*

http://hotfile.com/dl/48847575/a7a6bb9/PrisM-LastSong_warezisit.com.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000107

*(Original Notification Date: 7/21/2010 9:38:44 PM)*

http://hotfile.com/dl/48847771/318b6f8/PrisM-LastSong_warezisit.com.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/21/2010 9:38:47 PM)*

http://hotfile.com/dl/48847844/56511c0/PrisM-LastSong_warezisit.com.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/21/2010 9:38:57 PM)*

http://hotfile.com/dl/44107783/941ff34/The.Last.Song.2010.TS.XviD-WBZ.zenithforumz.com.avi.001.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/21/2010 9:39:02 PM)*

http://hotfile.com/dl/44108515/dd9bced/The.Last.Song.2010.TS.XviD-WBZ.zenithforumz.com.avi.002.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/21/2010 9:39:04 PM)*

http://hotfile.com/dl/44108070/3dd8bdd/The.Last.Song.2010.TS.XviD-WBZ.zenithforumz.com.avi.003.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/21/2010 9:39:08 PM)*

http://hotfile.com/dl/44108289/e7d61df/The.Last.Song.2010.TS.XviD-WBZ.zenithforumz.com.avi.005.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/21/2010 9:39:11 PM)*

http://hotfile.com/dl/44108873/1298c3f/The.Last.Song.2010.TS.XviD-WBZ.zenithforumz.com.avi.006.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/21/2010 9:39:14 PM)*

http://hotfile.com/dl/44107508/653b957/The.Last.Song.2010.TS.XviD-WBZ.zenithforumz.com.avi.004.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/21/2010 9:39:16 PM)*

http://hotfile.com/dl/3671152/92b5cb0/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/23/2010 11:56:01 PM)*

http://hotfile.com/dl/3671097/bca2226/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/23/2010 11:56:07 PM)*

http://hotfile.com/dl/3671087/8a571d4/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/23/2010 11:56:09 PM)*

http://hotfile.com/dl/3671159/9771d1b/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/23/2010 11:56:10 PM)*

http://hotfile.com/dl/3671027/1200fbe/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/23/2010 11:56:11 PM)*

http://hotfile.com/dl/3671046/98b3794/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/23/2010 11:56:14 PM)*

http://hotfile.com/dl/3671296/cee7ed4/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part7.rar.html

DISNEY000108

* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:24 PM)*

http://hotfile.com/dl/5183726/405f601/Lost-5-13-DannyE.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:24 PM)*

http://hotfile.com/dl/258869/71bd0ec/lo.s05e13.720p.hdtv.x264-ctunl.part1.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:44 PM)*

http://hotfile.com/dl/258805/d320479/lo.s05e13.720p.hdtv.x264-ctunl.part2.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:46 PM)*

http://hotfile.com/dl/258744/a425d7b/lo.s05e13.720p.hdtv.x264-ctunl.part3.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:50 PM)*

http://hotfile.com/dl/258741/e3908db/lo.s05e13.720p.hdtv.x264-ctunl.part4.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:53 PM)*

http://hotfile.com/dl/12524542/5a915f1/lost.s05e16-e17.hdtv.xvid-fqm.part1.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:54 PM)*

http://hotfile.com/dl/12524543/69123f4/lost.s05e16-e17.hdtv.xvid-fqm.part2.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:57 PM)*

http://hotfile.com/dl/12524529/7eabe8c/lost.s05e03.hdtv.xvid-xor.avi.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:57:10 PM)*

http://hotfile.com/dl/12524530/1690bae/lost.s05e04.hdtv.xvid-xor.avi.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:57:11 PM)*

http://hotfile.com/dl/12524531/bc84009/lost.s05e05.hdtv.xvid-fqm.avi.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:57:13 PM)*

http://hotfile.com/dl/12524532/a355e0a/lost.s05e06.hdtv.xvid-xor.avi.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:57:18 PM)*

http://hotfile.com/dl/12524533/63d24a9/lost.s05e07.xor.avi.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:57:23 PM)*

http://hotfile.com/dl/12524535/2d49780/lost.s05e09.xvid.notv.avi.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:57:27 PM)*

http://hotfile.com/dl/12524537/dbda07d/lost.s05e11.hdtv.xvid-xor.avi.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:57:29 PM)*

DISNEY000109

---

| | |
|---|---|
| **From:** | INTL.Portal@SM-GBLO-VSMTP01.emea.wdpr.disney.com on behalf of Internet.Enforcement@disney.com |
| **To:** | Internet Enforcement |
| **Sent:** | 7/30/2010 4:13:48 PM |
| **Subject:** | Already Down- hotfile.com - Infringing Content Re-notification [Notice ID: 4408] (TMS) |

---

Saturday, July 31, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4408 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Sorcerer's Apprentice, The(Archive), Prince of Persia*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/55510228/b0e8e48/U4enik_4arodeja_scenedownload.com.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7 18 2010 7:50:27 PM)*

http://hotfile.com/dl/55509799/8f5059a/U4enik_4arodeja_scenedownload.com.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7 18 2010 7:50:32 PM)*

http://hotfile.com/dl/55510269/bd68da8/U4enik_4arodeja_scenedownload.com.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7 18 2010 7:50:36 PM)*

http://hotfile.com/dl/55509896/6cd6731/U4enik_4arodeja_scenedownload.com.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7 18 2010 7:50:40 PM)*

http://hotfile.com/dl/55509905/ccead60/U4enik_4arodeja_scenedownload.com.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7 18 2010 7:50:45 PM)*

http://hotfile.com/dl/55509909/77c82ba/U4enik_4arodeja_scenedownload.com.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7 18 2010 7:50:49 PM)*

DISNEY000164

http://hotfile.com/dl/55509796/54ede9f/U4enik_4arodeja_scenedownload.com.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:50:54 PM)*


http://hotfile.com/dl/55552824/3e8ad72/Uchenik.charodeya.2010.CamRip.PROPER.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:15 PM)*


http://hotfile.com/dl/55552815/6216930/Uchenik.charodeya.2010.CamRip.PROPER.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:20 PM)*


http://hotfile.com/dl/55551900/20a101e/Uchenik.charodeya.2010.CamRip.PROPER.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:24 PM)*


http://hotfile.com/dl/55552474/003e812/Uchenik.charodeya.2010.CamRip.PROPER.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:28 PM)*


http://hotfile.com/dl/55551882/b4b5cd2/Uchenik.charodeya.2010.CamRip.PROPER.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:32 PM)*


http://hotfile.com/dl/55551468/8354c5d/Uchenik.charodeya.2010.CamRip.PROPER.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:37 PM)*


http://hotfile.com/dl/55551894/443d4c4/Uchenik.charodeya.2010.CamRip.PROPER.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:41 PM)*


http://hotfile.com/dl/55552833/a9160e4/Uchenik.charodeya.2010.CamRip.PROPER.part8.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:45 PM)*


http://hotfile.com/dl/55550734/d5b75ff/Uchenik.charodeya.2010.CamRip.PROPER.700MB.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:49 PM)*


http://hotfile.com/dl/55550728/19490b2/Uchenik.charodeya.2010.CamRip.PROPER.700MB.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:54 PM)*


http://hotfile.com/dl/55550733/79332e7/Uchenik.charodeya.2010.CamRip.PROPER.700MB.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:58 PM)*


http://hotfile.com/dl/55550724/8daa7c0/Uchenik.charodeya.2010.CamRip.PROPER.700MB.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:02 PM)*


http://hotfile.com/dl/55544631/bf74c75/The.Sorcerers.Apprentice..2010..CAMRip.part02.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:29 PM)*


http://hotfile.com/dl/55544647/c1deb6a/The.Sorcerers.Apprentice..2010..CAMRip.part03.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000165

*(Original Notification Date: 7/18/2010 7:54:34 PM)*

http://hotfile.com/dl/55544567/12dd126/The.Sorcerers.Apprentice..2010..CAMRip.part01.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:54:41 PM)*

http://hotfile.com/dl/55544659/18571c2/The.Sorcerers.Apprentice..2010..CAMRip.part04.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:54:46 PM)*

http://hotfile.com/dl/55544700/b8061ec/The.Sorcerers.Apprentice..2010..CAMRip.part05.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:54:52 PM)*

http://hotfile.com/dl/55544763/7eb6c63/The.Sorcerers.Apprentice..2010..CAMRip.part06.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:54:57 PM)*

http://hotfile.com/dl/55544782/14387cd/The.Sorcerers.Apprentice..2010..CAMRip.part07.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:55:03 PM)*

http://hotfile.com/dl/55544783/896396d/The.Sorcerers.Apprentice..2010..CAMRip.part08.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:55:09 PM)*

http://hotfile.com/dl/55544872/99195b6/The.Sorcerers.Apprentice..2010..CAMRip.part10.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:55:15 PM)*

http://hotfile.com/dl/55545136/b100dd5/The.Sorcerers.Apprentice..2010..CAMRip.part11.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:55:22 PM)*

http://hotfile.com/dl/55544805/2b7638a/The.Sorcerers.Apprentice..2010..CAMRip.part09.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:55:28 PM)*

http://hotfile.com/dl/55545147/db70bac/The.Sorcerers.Apprentice..2010..CAMRip.part12.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:55:34 PM)*

http://hotfile.com/dl/55544902/513cc42/The.Sorcerers.Apprentice..2010..CAMRip.part13.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:55:40 PM)*

http://hotfile.com/dl/55545104/fd8cec8/The.Sorcerers.Apprentice..2010..CAMRip.part14.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:55:45 PM)*

http://hotfile.com/dl/55575535/9f5be2e/U.4_700Mb.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:56:19 PM)*

http://hotfile.com/dl/55575490/e5e5909/U.4_700Mb.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:56:25 PM)*

http://hotfile.com/dl/55575582/f77123c/U.4_700Mb.part4.rar.html

DISNEY000166

| From: | INTL.Portal@SM-GBLO-VSMTP01.emea.wdpr.disney.com on behalf of Internet.Enforcement@disney.com |
|---|---|
| To: | abuse@hotfile.com |
| Sent: | 8/12/2010 1:37:50 PM |
| Subject: | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4556] (TMS) |

Thursday, August 12, 2010

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4556 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Sorcerer's Apprentice, The(Archive), Sorcerer's Apprentice, The (FIX), Secret Life of the American Teenager 2, When In Rome, Desperate Housewives 6 (FIX) , Hannah Montana 3, Last Song, The, Lost 6*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/55436070/faa6dca/TSA2010.part1.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7 18 2010 7:50:58 PM)*

http://hotfile.com/dl/55436507/f106c5e/TSA2010.part3.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7 18 2010 7:51:03 PM)*

http://hotfile.com/dl/55436338/eb36e53/TSA2010.part2.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7 18 2010 7:51:07 PM)*

http://hotfile.com/dl/55436707/0724a76/TSA2010.part4.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7 18 2010 7:51:13 PM)*

http://hotfile.com/dl/56060666/3ba7c70/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM.avi.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 6 2010 9:22:15 PM)*

http://hotfile.com/dl/56060825/e50eaed/tsa-ts-flawl3ss.part1.rar

DISNEY000087

*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:15 PM)*

http://hotfile.com/dl/56061147/db906be/tsa-ts-flawl3ss.part7.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:16 PM)*

http://hotfile.com/dl/56063039/abad252/tsa-ts-flawl3ss.part3.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:16 PM)*

http://hotfile.com/dl/56062295/03ab6c2/tsa-ts-flawl3ss.part5.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:17 PM)*

http://hotfile.com/dl/56061937/9112e1a/tsa-ts-flawl3ss.part2.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:17 PM)*

http://hotfile.com/dl/56061537/907099c/tsa-ts-flawl3ss.part6.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:17 PM)*

http://hotfile.com/dl/56062729/05ecf80/tsa-ts-flawl3ss.part4.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:18 PM)*

http://hotfile.com/dl/56423440/ed37266/El.Apren..Bru.descargafanatico.com.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:21 PM)*

http://hotfile.com/dl/56422765/02f8402/El.Apren..Bru.descargafanatico.com.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:22 PM)*

http://hotfile.com/dl/56423934/701e848/El.Apren..Bru.descargafanatico.com.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:22 PM)*

http://hotfile.com/dl/55698551/c25471a/A.D.B.2010.by.KarmuSz.avi.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:23 PM)*

http://hotfile.com/dl/55698992/6933e5f/A.D.B.2010.by.KarmuSz.avi.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:23 PM)*

http://hotfile.com/dl/55699326/f159a94/A.D.B.2010.by.KarmuSz.avi.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:24 PM)*

http://hotfile.com/dl/55699542/1a9d578/A.D.B.2010.by.KarmuSz.avi.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:24 PM)*

http://hotfile.com/dl/55699894/b7cfbf9/A.D.B.2010.by.KarmuSz.avi.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:25 PM)*

DISNEY000088

http://hotfile.com/dl/55700183/7550b1f/A.D.B.2010.by.KarmuSz.avi.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:25 PM)*

http://hotfile.com/dl/55700495/017aad7/A.D.B.2010.by.KarmuSz.avi.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:26 PM)*

http://hotfile.com/dl/55700720/010b8c8/A.D.B.2010.by.KarmuSz.avi.part8.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:26 PM)*

http://hotfile.com/dl/55932073/4644d2c/TSA.TS.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:26 PM)*

http://hotfile.com/dl/55932184/f42f56b/TSA.TS.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:27 PM)*

http://hotfile.com/dl/55932632/2819868/TSA.TS.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:27 PM)*

http://hotfile.com/dl/55932402/6a6aba0/TSA.TS.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:28 PM)*

http://hotfile.com/dl/55932743/3290c41/TSA.TS.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:29 PM)*

http://hotfile.com/dl/55932819/2097db6/TSA.TS.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:29 PM)*

http://hotfile.com/dl/56122866/288fa0f/ThSrcrsApptce.2010.TS.350MB.mkv.001.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:30 PM)*

http://hotfile.com/dl/56123363/d8e910f/ThSrcrsApptce.2010.TS.350MB.mkv.002.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:30 PM)*

http://hotfile.com/dl/56123412/cc480d3/ThSrcrsApptce.2010.TS.350MB.mkv.003.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:30 PM)*

http://hotfile.com/dl/55939550/786aff0/imagine200.tsats.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:31 PM)*

http://hotfile.com/dl/55939625/9f8854a/imagine200.tsats.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:31 PM)*

http://hotfile.com/dl/55939694/6ca8512/imagine200.tsats.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:32 PM)*

DISNEY000089

| From: | INTL.Portal@SM-GBLO-VSMTP01.emea.wdpr.disney.com on behalf of Internet.Enforcement@disney.com |
|---|---|
| To: | abuse@hotfile.com |
| Sent: | 8/12/2010 4:53:12 PM |
| Subject: | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4567] (TMS) |

Friday, August 13, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4567 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Sorcerer's Apprentice, The(Archive), Hannah Montana 3, Lost 5*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/55436916/1fe0f06/TSA2010.part5.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7 18 2010 7:51:19 PM)*

http://hotfile.com/dl/55437191/bc391ec/TSA2010.part6.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7 18 2010 7:51:25 PM)*

http://hotfile.com/dl/55437511/780bb96/TSA2010.part7.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7 18 2010 7:51:30 PM)*

http://hotfile.com/dl/55437584/590a90f/TSA2010.part8.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7 18 2010 7:51:36 PM)*

http://hotfile.com/dl/55535677/ec8634c/The.Sorc.app.ryesooyoung.part1.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7 18 2010 7:51:42 PM)*

http://hotfile.com/dl/55540461/f85294a/The.Sorc.app.ryesooyoung.part2.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7 18 2010 7:51:48 PM)*

DISNEY000132

http://hotfile.com/dl/55541632/f4f10f3/The.Sorc.app.ryesooyoung.part3.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:54 PM)*

http://hotfile.com/dl/55539961/ee0b1ea/The.Sorc.app.ryesooyoung.part4.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:52:00 PM)*

http://hotfile.com/dl/55500913/4c07b51/www.clubwarez.ws.by.BKZ_epid-tsa.cam.avi.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:52:54 PM)*

http://hotfile.com/dl/55562740/14d86ac/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:52:58 PM)*

http://hotfile.com/dl/55562779/42e081a/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:03 PM)*

http://hotfile.com/dl/55562798/3598610/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:07 PM)*

http://hotfile.com/dl/55562822/e92aff9/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:11 PM)*

http://hotfile.com/dl/55545383/b403d0b/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:07 PM)*

http://hotfile.com/dl/55545419/224435d/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:11 PM)*

http://hotfile.com/dl/55545581/0b6598d/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:17 PM)*

http://hotfile.com/dl/55545570/241475b/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:23 PM)*

http://hotfile.com/dl/55544631/bf74c75/The.Sorcerers.Apprentice..2010..CAMRip.part02.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:29 PM)*

http://hotfile.com/dl/55488521/7188289/Caruc.by.Willy4400.of.BonGo.part2.rar
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:56:36 PM)*

http://hotfile.com/dl/55488662/8be7e2b/Caruc.by.Willy4400.of.BonGo.part3.rar
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:56:41 PM)*

http://hotfile.com/dl/55488373/652ec1b/Caruc.by.Willy4400.of.BonGo.part1.rar
*To date, a total of 2 notice(s) previously sent for this link.*

DISNEY000133

*(Original Notification Date: 7/18/2010 7:56:47 PM)*

http://hotfile.com/dl/55490360/cee0082/Caruc.by.Willy4400.of.BonGo.part4.rar
* To date, a total of 2 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:56:52 PM)*

http://hotfile.com/dl/55566842/a91ff69/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:56:57 PM)*

http://hotfile.com/dl/55566857/457d8d6/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:57:03 PM)*

http://hotfile.com/dl/55566865/bbdeb2e/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:57:07 PM)*

http://hotfile.com/dl/55566890/30eb0cd/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:57:13 PM)*

http://hotfile.com/dl/55422608/77e6df7/U4enik_4arodeja.part5.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:57:18 PM)*

http://hotfile.com/dl/55422612/90fccd0/U4enik_4arodeja.part8.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:57:24 PM)*

http://hotfile.com/dl/55422613/2edcf9b/U4enik_4arodeja.part7.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:57:29 PM)*

http://hotfile.com/dl/55422868/557701c/U4enik_4arodeja.part4.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:57:35 PM)*

http://hotfile.com/dl/55422614/f9bf082/U4enik_4arodeja.part6.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:57:41 PM)*

http://hotfile.com/dl/55424000/13721a1/U4enik_4arodeja.part3.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:57:48 PM)*

http://hotfile.com/dl/55424003/343ba33/U4enik_4arodeja.part2.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:57:53 PM)*

http://hotfile.com/dl/55424010/fcec3bc/U4enik_4arodeja.part1.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:57:59 PM)*

http://hotfile.com/dl/55424219/d55b754/U4enik_4arodeja_700.part4.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:58:04 PM)*

http://hotfile.com/dl/55425098/31fff2d/U4enik_4arodeja_700.part3.rar.html

DISNEY000134

*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:58:10 PM)*

http://hotfile.com/dl/55425370/af2886d/U4enik_4arodeja_700.part2.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:58:15 PM)*

http://hotfile.com/dl/55425375/b08a4f3/U4enik_4arodeja_700.part1.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:58:21 PM)*

http://hotfile.com/dl/55770140/d16ad80/The_Sorcerers_Apprentice_TS_XViD_IMAGiNE.avi.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/20/2010 3:10:28 AM)*

http://hotfile.com/dl/55771091/8af5310/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.avi.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/20/2010 3:10:28 AM)*

http://hotfile.com/dl/55755437/1c69941/T.S.A.TS.By.Sidofox.part1.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/20/2010 3:10:57 AM)*

http://hotfile.com/dl/55755051/fc4389a/T.S.A.TS.By.Sidofox.part2.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/20/2010 3:10:58 AM)*

http://hotfile.com/dl/55777433/7785898/TSA-KiNGDOM.avi.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/20/2010 3:10:59 AM)*

http://hotfile.com/dl/55811673/26b744d/The.Sorcerers.Apprentice.2010.FRENCH.TS.MD.XviD-SSL.www.films-down.com.avi.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/20/2010 3:11:01 AM)*

http://hotfile.com/dl/38857934/631cf91/Montana.S03E15.DVDRip.XviD-PFa-SceneFlux.net.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/20/2010 3:10:11 AM)*

http://hotfile.com/dl/5183505/a6ef91b/Lost-5-00-DannyE.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/20/2010 3:11:03 AM)*

http://hotfile.com/dl/3671152/92b5cb0/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part2.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:01 PM)*

http://hotfile.com/dl/3671097/bca2226/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part1.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:07 PM)*

http://hotfile.com/dl/3671087/8a571d4/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part3.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:09 PM)*

http://hotfile.com/dl/3671159/9771d1b/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part4.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:10 PM)*

DISNEY000135

http://hotfile.com/dl/3671027/1200fbe/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part5.rar.html
* *To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:11 PM)*

http://hotfile.com/dl/3671046/98b3794/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part6.rar.html
* *To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:14 PM)*

http://hotfile.com/dl/3671296/cee7ed4/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part7.rar.html
* *To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:24 PM)*

http://hotfile.com/dl/5183726/405f601/Lost-5-13-DannyE.rar.html
* *To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:24 PM)*

http://hotfile.com/dl/258869/71bd0ec/lo.s05e13.720p.hdtv.x264-ctunl.part1.rar.html
* *To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:44 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/55436916/1fe0f06/TSA2010.part5.rar.html
http://hotfile.com/dl/55437191/bc391ec/TSA2010.part6.rar.html
http://hotfile.com/dl/55437511/780bb96/TSA2010.part7.rar.html
http://hotfile.com/dl/55437584/590a90f/TSA2010.part8.rar.html
http://hotfile.com/dl/55535677/ec8634c/The.Sorc.app.ryesooyoung.part1.rar.html
http://hotfile.com/dl/55540461/f85294a/The.Sorc.app.ryesooyoung.part2.rar.html
http://hotfile.com/dl/55541632/f4f10f3/The.Sorc.app.ryesooyoung.part3.rar.html
http://hotfile.com/dl/55539961/ee0b1ea/The.Sorc.app.ryesooyoung.part4.rar.html
http://hotfile.com/dl/55500913/4c07b51/www.clubwarez.ws.by.BKZ_epid-tsa.cam.avi.html
http://hotfile.com/dl/55562740/14d86ac/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
http://hotfile.com/dl/55562779/42e081a/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
http://hotfile.com/dl/55562798/3598610/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
http://hotfile.com/dl/55562822/e92aff9/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html

DISNEY000136

http://hotfile.com/dl/55545383/b403d0b/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
http://hotfile.com/dl/55545419/224435d/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
http://hotfile.com/dl/55545581/0b6598d/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
http://hotfile.com/dl/55545570/241475b/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
http://hotfile.com/dl/55544631/bf74c75/The.Sorcerers.Apprentice..2010..CAMRip.part02.rar.html
http://hotfile.com/dl/55488521/7188289/Caruc.by.Willy4400.of.BonGo.part2.rar
http://hotfile.com/dl/55488662/8be7e2b/Caruc.by.Willy4400.of.BonGo.part3.rar
http://hotfile.com/dl/55488373/652ec1b/Caruc.by.Willy4400.of.BonGo.part1.rar
http://hotfile.com/dl/55490360/cee0082/Caruc.by.Willy4400.of.BonGo.part4.rar
http://hotfile.com/dl/55566842/a91ff69/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
http://hotfile.com/dl/55566857/457d8d6/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
http://hotfile.com/dl/55566865/bbdeb2e/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
http://hotfile.com/dl/55566890/30eb0cd/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
http://hotfile.com/dl/55422608/77e6df7/U4enik_4arodeja.part5.rar.html
http://hotfile.com/dl/55422612/90fccd0/U4enik_4arodeja.part8.rar.html
http://hotfile.com/dl/55422613/2edcf9b/U4enik_4arodeja.part7.rar.html
http://hotfile.com/dl/55422868/557701c/U4enik_4arodeja.part4.rar.html
http://hotfile.com/dl/55422614/f9bf082/U4enik_4arodeja.part6.rar.html
http://hotfile.com/dl/55424000/13721a1/U4enik_4arodeja.part3.rar.html
http://hotfile.com/dl/55424003/343ba33/U4enik_4arodeja.part2.rar.html
http://hotfile.com/dl/55424010/fcec3bc/U4enik_4arodeja.part1.rar.html
http://hotfile.com/dl/55424219/d55b754/U4enik_4arodeja_700.part4.rar.html
http://hotfile.com/dl/55425098/31fff2d/U4enik_4arodeja_700.part3.rar.html
http://hotfile.com/dl/55425370/af2886d/U4enik_4arodeja_700.part2.rar.html
http://hotfile.com/dl/55425375/b08a4f3/U4enik_4arodeja_700.part1.rar.html
http://hotfile.com/dl/55770140/d16ad80/The_Sorcerers_Apprentice_TS_XViD_IMAGiNE.avi.html
http://hotfile.com/dl/55771091/8af5310/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.avi.html
http://hotfile.com/dl/55755437/1c69941/T.S.A.TS.By.Sidofox.part1.rar.html
http://hotfile.com/dl/55755051/fc4389a/T.S.A.TS.By.Sidofox.part2.rar.html
http://hotfile.com/dl/55777433/7785898/TSA-KiNGDOM.avi.html
http://hotfile.com/dl/55811673/26b744d/The.Sorcerers.Apprentice.2010.FRENCH.TS.MD.XviD-SSL.www.films-down.com.avi.html
http://hotfile.com/dl/38857934/631cf91/Montana.S03E15.DVDRip.XviD-PFa-SceneFlux.net.rar.html
http://hotfile.com/dl/5183505/a6ef91b/Lost-5-00-DannyE.rar.html
http://hotfile.com/dl/3671152/92b5cb0/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part2.rar.html
http://hotfile.com/dl/3671097/bca2226/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part1.rar.html
http://hotfile.com/dl/3671087/8a571d4/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part3.rar.html
http://hotfile.com/dl/3671159/9771d1b/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part4.rar.html
http://hotfile.com/dl/3671027/1200fbe/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part5.rar.html
http://hotfile.com/dl/3671046/98b3794/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part6.rar.html
http://hotfile.com/dl/3671296/cee7ed4/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part7.rar.html
http://hotfile.com/dl/5183726/405f601/Lost-5-13-DannyE.rar.html
http://hotfile.com/dl/258869/71bd0ec/lo.s05e13.720p.hdtv.x264-ctunl.part1.rar.html

--------------------

DISNEY000137

| | |
|---|---|
| **From:** | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| **To:** | abuse@hotfile.com |
| **Sent:** | 8/24/2010 12:54:28 PM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4698] (TMS) |

Tuesday, August 24, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4698 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Last Song, The, Lost 6, Princess and the Frog, Prince of Persia, Sorcerer's Apprentice, The (FIX)*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/51462309/93dff1e/TLSong-ECO_Coder.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 11 2010 6:12:49 PM)*

http://hotfile.com/dl/52859773/00e8fad/The_Last_Song_Coder.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 11 2010 6:12:56 PM)*

http://hotfile.com/dl/52859756/c4a9b8d/The_Last_Song_Coder.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 11 2010 6:13:04 PM)*

http://hotfile.com/dl/52859813/c1150f1/The_Last_Song_Coder.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 11 2010 6:13:12 PM)*

http://hotfile.com/dl/52859789/ff34943/The_Last_Song_Coder.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 11 2010 6:13:18 PM)*

http://hotfile.com/dl/52859803/e67743a/The_Last_Song_Coder.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 11 2010 6:13:25 PM)*

DISNEY000217

http://hotfile.com/dl/52859816/6ffd69b/The_Last_Song_Coder.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:13:32 PM)*

http://hotfile.com/dl/53467666/2272b8d/TLSong-ECO_Coder.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:13:41 PM)*

http://hotfile.com/dl/53467709/7acf0ef/TLSong-ECO_Coder.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:14:02 PM)*

http://hotfile.com/dl/53467821/5f4c6f7/TLSong-ECO_Coder.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:14:12 PM)*

http://hotfile.com/dl/53467778/68e6915/TLSong-ECO_Coder.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:14:25 PM)*

http://hotfile.com/dl/53467924/9f8c714/TLSong-ECO_Coder.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:14:36 PM)*

http://hotfile.com/dl/53467897/c2c4fc2/TLSong-ECO_Coder.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:14:47 PM)*

http://hotfile.com/dl/53475756/ee4320d/The_Last_Song_Coder.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:14:58 PM)*

http://hotfile.com/dl/53475641/901318a/The_Last_Song_Coder.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:15:08 PM)*

http://hotfile.com/dl/53475713/4376204/The_Last_Song_Coder.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:15:18 PM)*

http://hotfile.com/dl/53475816/5a0f99e/The_Last_Song_Coder.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:15:35 PM)*

http://hotfile.com/dl/53475878/ec28bf0/The_Last_Song_Coder.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:15:48 PM)*

http://hotfile.com/dl/53475891/364b584/The_Last_Song_Coder.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:16:01 PM)*

http://hotfile.com/dl/54503113/cb376b7/TLSong-ECO_Coder.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:16:12 PM)*

http://hotfile.com/dl/54503094/aec4e1a/TLSong-ECO_Coder.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000218

*(Original Notification Date: 8/11/2010 6:16:22 PM)*

http://hotfile.com/dl/54503135/34f98b3/TLSong-ECO_Coder.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:16:33 PM)*

http://hotfile.com/dl/54503125/e7e2d73/TLSong-ECO_Coder.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:16:57 PM)*

http://hotfile.com/dl/54503147/a9a871c/TLSong-ECO_Coder.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:17:11 PM)*

http://hotfile.com/dl/54503152/aa18358/TLSong-ECO_Coder.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:17:31 PM)*

http://hotfile.com/dl/37639801/c8543c3/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:17:41 PM)*

http://hotfile.com/dl/37639670/e574284/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:17:51 PM)*

http://hotfile.com/dl/37640365/fac56f2/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:18:04 PM)*

http://hotfile.com/dl/37639955/2eaa02a/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:18:14 PM)*

http://hotfile.com/dl/37640140/1158ab3/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:18:22 PM)*

http://hotfile.com/dl/37640408/1c921cd/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:18:31 PM)*

http://hotfile.com/dl/47060790/226cbdb/tls.hf..part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:18:51 PM)*

http://hotfile.com/dl/47060886/ad24456/tls.hf..part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:19:07 PM)*

http://hotfile.com/dl/47060810/d6aaad8/tls.hf..part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:19:23 PM)*

http://hotfile.com/dl/47060944/9781a6e/tls.hf..part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:19:40 PM)*

http://hotfile.com/dl/48569931/cd97eeb/T.L.S.P.part2.rar

DISNEY000219

| | |
|---|---|
| **From:** | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| **To:** | abuse@hotfile.com |
| **Sent:** | 8/26/2010 10:53:44 AM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4737] (TMS) |

Thursday, August 26, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4737 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Princess and the Frog, Sorcerer's Apprentice, The (FIX), Last Song, The*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/27740435/efa736e/ThePrincess222SecretMyth200.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:23 AM)*

http://hotfile.com/dl/27742351/a684cb5/ThePrincess222SecretMyth200.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:28 AM)*

http://hotfile.com/dl/27745225/20ca9f9/ThePrincess222SecretMyth200.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:33 AM)*

http://hotfile.com/dl/27747040/090e361/ThePrincess222SecretMyth200.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:38 AM)*

http://hotfile.com/dl/52630178/3143e9a/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:43 AM)*

http://hotfile.com/dl/52630031/f4826a6/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:48 AM)*

DISNEY000294