http://hotfile.com/dl/52630110/68f8385/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:53 AM)*


http://hotfile.com/dl/52630207/17112a4/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:02 AM)*


http://hotfile.com/dl/55959168/d14bc44/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:07 AM)*


http://hotfile.com/dl/55959279/2d5e94c/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:13 AM)*


http://hotfile.com/dl/55959322/6d6d63d/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:18 AM)*


http://hotfile.com/dl/55959235/dbff496/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:22 AM)*


http://hotfile.com/dl/55959435/6902c09/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:27 AM)*


http://hotfile.com/dl/55959353/fe09301/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:31 AM)*


http://hotfile.com/dl/55959455/30e4950/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part8.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:37 AM)*


http://hotfile.com/dl/55959395/d48c48c/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:42 AM)*

http://hotfile.com/dl/56052129/35c7f92/Sorcerers-dxwarez.com.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:52 AM)*

http://hotfile.com/dl/56052240/57dac44/Sorcerers-dxwarez.com.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:56 AM)*

http://hotfile.com/dl/56052200/d9fe423/Sorcerers-dxwarez.com.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:02 AM)*

http://hotfile.com/dl/56052224/f4c0c0d/Sorcerers-dxwarez.com.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:08 AM)*


http://hotfile.com/dl/56109421/28f6dc5/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-
Code-Projects.com.part2.rar.html

DISNEY000295

*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:14 AM)*

http://hotfile.com/dl/56109493/3f637df/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:20 AM)*

http://hotfile.com/dl/56109348/9c81051/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:25 AM)*

http://hotfile.com/dl/56109464/2aaa4cf/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:31 AM)*

http://hotfile.com/dl/56319071/9ecc89a/www.Code-Projects.Com-TSA.2010.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:38 AM)*

http://hotfile.com/dl/56319073/995d638/www.Code-Projects.Com-TSA.2010.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:46 AM)*

http://hotfile.com/dl/55792033/26a30c1/www.CooLXviD.net.The.Sorcerers.Apprentice.TS.XViD-KiNGDOM.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:55 AM)*

http://hotfile.com/dl/55782658/3b63747/R.o.P.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:02 AM)*

http://hotfile.com/dl/55784414/c44fbba/R.o.P.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:11 AM)*

http://hotfile.com/dl/55783280/4b17001/R.o.P.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:18 AM)*

http://hotfile.com/dl/55784894/175210f/R.o.P.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:24 AM)*

http://hotfile.com/dl/56289927/d0f162c/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:32 AM)*

http://hotfile.com/dl/56290675/811aa0a/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:38 AM)*

http://hotfile.com/dl/56290832/93798f2/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:44 AM)*

DISNEY000296

http://hotfile.com/dl/51462309/93dff1e/TLSong-ECO_Coder.part6.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:12:49 PM)*


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //


Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521




[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/27740435/efa736e/ThePrincess222SecretMyth200.part1.rar.html
http://hotfile.com/dl/27742351/a684cb5/ThePrincess222SecretMyth200.part2.rar.html
http://hotfile.com/dl/27745225/20ca9f9/ThePrincess222SecretMyth200.part3.rar.html
http://hotfile.com/dl/27747040/090e361/ThePrincess222SecretMyth200.part4.rar.html
http://hotfile.com/dl/52630178/3143e9a/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part3.rar.html
http://hotfile.com/dl/52630031/f4826a6/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part1.rar.html
http://hotfile.com/dl/52630110/68f8385/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part2.rar.html
http://hotfile.com/dl/52630207/17112a4/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part4.rar.html
http://hotfile.com/dl/55959168/d14bc44/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part1.rar.html
http://hotfile.com/dl/55959279/2d5e94c/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part3.rar.html
http://hotfile.com/dl/55959322/6d6d63d/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part4.rar.html
http://hotfile.com/dl/55959235/dbff496/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part2.rar.html
http://hotfile.com/dl/55959435/6902c09/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part7.rar.html
http://hotfile.com/dl/55959353/fe09301/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part5.rar.html
http://hotfile.com/dl/55959455/30e4950/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part8.rar.html
http://hotfile.com/dl/55959395/d48c48c/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part6.rar.html
http://hotfile.com/dl/56052129/35c7f92/Sorcerers-dxwarez.com.part1.rar.html
http://hotfile.com/dl/56052240/57dac44/Sorcerers-dxwarez.com.part4.rar.html
http://hotfile.com/dl/56052200/d9fe423/Sorcerers-dxwarez.com.part2.rar.html
http://hotfile.com/dl/56052224/f4c0c0d/Sorcerers-dxwarez.com.part3.rar.html
http://hotfile.com/dl/56109421/28f6dc5/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-
Code-Projects.com.part2.rar.html
http://hotfile.com/dl/56109493/3f637df/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-
Code-Projects.com.part4.rar.html
http://hotfile.com/dl/56109348/9c81051/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-
Code-Projects.com.part1.rar.html
http://hotfile.com/dl/56109464/2aaa4cf/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-
Code-Projects.com.part3.rar.html

DISNEY000297

http://hotfile.com/dl/56319071/9ecc89a/www.Code-Projects.Com-TSA.2010.part1.rar.html
http://hotfile.com/dl/56319073/995d638/www.Code-Projects.Com-TSA.2010.part2.rar.html
http://hotfile.com/dl/55792033/26a30c1/www.CooLXviD.net.The.Sorcerers.Apprentice.TS.XViD-KiNGDOM.avi.html
http://hotfile.com/dl/55782658/3b63747/R.o.P.part1.rar.html
http://hotfile.com/dl/55784414/c44fbba/R.o.P.part3.rar.html
http://hotfile.com/dl/55783280/4b17001/R.o.P.part2.rar.html
http://hotfile.com/dl/55784894/175210f/R.o.P.part4.rar.html
http://hotfile.com/dl/56289927/d0f162c/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part4.rar.html
http://hotfile.com/dl/56290675/811aa0a/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part2.rar.html
http://hotfile.com/dl/56290832/93798f2/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part1.rar.html
http://hotfile.com/dl/51462309/93dff1e/TLSong-ECO_Coder.part6.rar.html


--------------------

DISNEY000298

| From: | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
|---|---|
| To: | abuse@hotfile.com |
| Sent: | 9/8/2010 3:25:32 PM |
| Subject: | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4910] (TMS) |

Wednesday, September 08, 2010

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4910 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Camp Rock 2: The Final Jam*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/64894060/d7f25be/CRock2FJ_dan-ger-ous_warezleech.net.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 30 2010 1:10:01 AM)*

http://hotfile.com/dl/64894059/4d9a0e0/CRock2FJ_dan-ger-ous_warezleech.net.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 30 2010 1:10:02 AM)*

http://hotfile.com/dl/64894062/b78a52b/CRock2FJ_dan-ger-ous_warezleech.net.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 30 2010 1:10:03 AM)*

http://hotfile.com/dl/64894061/c2d175f/CRock2FJ_dan-ger-ous_warezleech.net.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 30 2010 1:10:04 AM)*

http://hotfile.com/dl/64986369/f8b8e74/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 30 2010 1:10:05 AM)*

http://hotfile.com/dl/64988177/ed9ac58/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000266

*(Original Notification Date: 8/30/2010 1:10:06 AM)*

http://hotfile.com/dl/64989915/7729321/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/30/2010 1:10:07 AM)*

http://hotfile.com/dl/64991930/2f05369/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/30/2010 1:10:08 AM)*

http://hotfile.com/dl/64783979/9799233/ff-camrock2.dvdrip.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/30/2010 1:10:08 AM)*

http://hotfile.com/dl/64783977/688ecf4/ff-camrock2.dvdrip.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/30/2010 1:10:09 AM)*

http://hotfile.com/dl/64783988/0b48a23/ff-camrock2.dvdrip.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/30/2010 1:10:10 AM)*

http://hotfile.com/dl/64783989/38f7b82/ff-camrock2.dvdrip.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/30/2010 1:10:11 AM)*

http://hotfile.com/dl/64783986/e1ccb99/ff-camrock2.dvdrip.part7.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/30/2010 1:10:12 AM)*

http://hotfile.com/dl/64783978/530c125/ff-camrock2.dvdrip.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/30/2010 1:10:14 AM)*

http://hotfile.com/dl/64783980/2b4e0d1/ff-camrock2.dvdrip.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/30/2010 1:10:15 AM)*

http://hotfile.com/dl/64783983/fce6a2d/ff-camrock2.dvdrip.part8.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/30/2010 1:10:15 AM)*

http://hotfile.com/dl/65001779/2f71ac5/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/30/2010 1:10:16 AM)*

http://hotfile.com/dl/65004056/a1cb519/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/30/2010 1:10:18 AM)*

http://hotfile.com/dl/65004976/ab74e08/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/30/2010 1:10:18 AM)*

http://hotfile.com/dl/65005262/86b6a50/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/30/2010 1:10:19 AM)*

DISNEY000267

http://hotfile.com/dl/65240433/eb2fcd9/crtfj.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 30 2010 1:10:20 AM)*


http://hotfile.com/dl/65240404/ed8d517/crtfj.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 30 2010 1:10:21 AM)*


http://hotfile.com/dl/65240511/abf02ea/crtfj.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 30 2010 1:10:22 AM)*


http://hotfile.com/dl/65240430/4095cd1/crtfj.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 30 2010 1:10:24 AM)*


http://hotfile.com/dl/65240552/914ae6f/crtfj.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 30 2010 1:10:24 AM)*


http://hotfile.com/dl/65240379/dfd4a60/crtfj.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 30 2010 1:10:25 AM)*


http://hotfile.com/dl/65240470/f918ceb/crtfj.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 30 2010 1:10:26 AM)*


http://hotfile.com/dl/65240246/a969811/crtfj.part8.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 30 2010 1:10:27 AM)*


http://hotfile.com/dl/65245866/2214a14/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 30 2010 1:10:28 AM)*


http://hotfile.com/dl/65246276/806fa2d/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 30 2010 1:10:33 AM)*


http://hotfile.com/dl/65004988/1414e29/Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 30 2010 1:10:39 AM)*


http://hotfile.com/dl/65180065/c6fa2a9/XpirateX.CR2.tfj.RP-taste.avi.part1.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 30 2010 1:10:44 AM)*


http://hotfile.com/dl/65179980/07808d7/XpirateX.CR2.tfj.RP-taste.avi.part4.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 30 2010 1:10:49 AM)*


http://hotfile.com/dl/65180024/e7f678c/XpirateX.CR2.tfj.RP-taste.avi.part2.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8 30 2010 1:10:54 AM)*

DISNEY000268

http://hotfile.com/dl/65179963/5163236/XpirateX.CR2.tfj.RP-taste.avi.part3.rar
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:00 AM)

http://hotfile.com/dl/65177962/fe6beac/EZ20-20CR2TFJRPTASTE20by20BanneD.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:06 AM)

http://hotfile.com/dl/65178009/13c28aa/EZ20-20CR2TFJRPTASTE20by20BanneD.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:15 AM)

http://hotfile.com/dl/65177905/3fd8d96/EZ20-20CR2TFJRPTASTE20by20BanneD.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:20 AM)

http://hotfile.com/dl/64672738/f207391/Camp.Rock.2.2010.DVDRip.XViD-MAGNET.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:26 AM)

http://hotfile.com/dl/64672736/a64ba89/Camp.Rock.2.2010.DVDRip.XViD-MAGNET.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:31 AM)

http://hotfile.com/dl/64683799/b1000e2/Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:36 AM)

http://hotfile.com/dl/64758481/5a5f2d8
/www.DirectLinkSpot.com_Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:42 AM)

http://hotfile.com/dl/64772086/a3ebed9/CR2-REPACK.DVDRip-MAGNET.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:47 AM)

http://hotfile.com/dl/64772087/1f5a08a/CR2-REPACK.DVDRip-MAGNET.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:52 AM)

http://hotfile.com/dl/64772436/288f557/CR2-REPACK.DVDRip-MAGNET.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:59 AM)

http://hotfile.com/dl/64772085/32ad6cd/CR2-REPACK.DVDRip-MAGNET.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:12:05 AM)

http://hotfile.com/dl/64772440/d2d1690/CR2-REPACK.DVDRip-MAGNET.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:12:10 AM)

http://hotfile.com/dl/64772442/1dd8fe0/CR2-REPACK.DVDRip-MAGNET.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:12:15 AM)

http://hotfile.com/dl/64772475/c3c5958/CR2-REPACK.DVDRip-MAGNET.part7.rar.html
* To date, a total of 1 notice(s) previously sent for this link.

DISNEY000269

*(Original Notification Date: 8/30/2010 1:12:22 AM)*

http://hotfile.com/dl/64758725/4c2bff8/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:27 AM)*

http://hotfile.com/dl/64758764/3191a34/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:33 AM)*

http://hotfile.com/dl/64757649/a487a70/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:38 AM)*

http://hotfile.com/dl/64758184/e3f35f1/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:43 AM)*

http://hotfile.com/dl/64758238/246da6e/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:49 AM)*

http://hotfile.com/dl/64758727/fc5cb77/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:54 AM)*

http://hotfile.com/dl/64758409/8acd806/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:59 AM)*

http://hotfile.com/dl/64809762/bd96c34/Li.rock.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:04 AM)*

http://hotfile.com/dl/64809869/f6180a4/Li.rock.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:09 AM)*

http://hotfile.com/dl/65025286/c2c96e9/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:14 AM)*

http://hotfile.com/dl/65025573/23d5bb5/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:19 AM)*


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar

DISNEY000270

Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/64894060/d7f25be/CRock2FJ_dan-ger-ous_warezleech.net.part1.rar.html
http://hotfile.com/dl/64894059/4d9a0e0/CRock2FJ_dan-ger-ous_warezleech.net.part2.rar.html
http://hotfile.com/dl/64894062/b78a52b/CRock2FJ_dan-ger-ous_warezleech.net.part3.rar.html
http://hotfile.com/dl/64894061/c2d175f/CRock2FJ_dan-ger-ous_warezleech.net.part4.rar.html
http://hotfile.com/dl/64986369/f8b8e74/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part1.rar.html
http://hotfile.com/dl/64988177/ed9ac58/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part2.rar.html
http://hotfile.com/dl/64989915/7729321/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part3.rar.html
http://hotfile.com/dl/64991930/2f05369/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part4.rar.html
http://hotfile.com/dl/64783979/9799233/ff-camrock2.dvdrip.part2.rar.html
http://hotfile.com/dl/64783977/688ecf4/ff-camrock2.dvdrip.part1.rar.html
http://hotfile.com/dl/64783988/0b48a23/ff-camrock2.dvdrip.part3.rar.html
http://hotfile.com/dl/64783989/38f7b82/ff-camrock2.dvdrip.part4.rar.html
http://hotfile.com/dl/64783986/e1ccb99/ff-camrock2.dvdrip.part7.rar.html
http://hotfile.com/dl/64783978/530c125/ff-camrock2.dvdrip.part5.rar.html
http://hotfile.com/dl/64783980/2b4e0d1/ff-camrock2.dvdrip.part6.rar.html
http://hotfile.com/dl/64783983/fce6a2d/ff-camrock2.dvdrip.part8.rar.html
http://hotfile.com/dl/65001779/2f71ac5/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part1.rar.html
http://hotfile.com/dl/65004056/a1cb519/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part2.rar.html
http://hotfile.com/dl/65004976/ab74e08/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part3.rar.html
http://hotfile.com/dl/65005262/86b6a50/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part4.rar.html
http://hotfile.com/dl/65240433/eb2fcd9/crtfj.part2.rar.html
http://hotfile.com/dl/65240404/ed8d517/crtfj.part1.rar.html
http://hotfile.com/dl/65240511/abf02ea/crtfj.part3.rar.html
http://hotfile.com/dl/65240430/4095cd1/crtfj.part4.rar.html
http://hotfile.com/dl/65240552/914ae6f/crtfj.part5.rar.html
http://hotfile.com/dl/65240379/dfd4a60/crtfj.part6.rar.html
http://hotfile.com/dl/65240470/f918ceb/crtfj.part7.rar.html
http://hotfile.com/dl/65240246/a969811/crtfj.part8.rar.html
http://hotfile.com/dl/65245866/2214a14/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part1.rar.html
http://hotfile.com/dl/65246276/806fa2d/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part2.rar.html
http://hotfile.com/dl/65004988/1414e29/Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.rar.html
http://hotfile.com/dl/65180065/c6fa2a9/XpirateX.CR2.tfj.RP-taste.avi.part1.rar
http://hotfile.com/dl/65179980/07808d7/XpirateX.CR2.tfj.RP-taste.avi.part4.rar
http://hotfile.com/dl/65180024/e7f678c/XpirateX.CR2.tfj.RP-taste.avi.part2.rar
http://hotfile.com/dl/65179963/5163236/XpirateX.CR2.tfj.RP-taste.avi.part3.rar
http://hotfile.com/dl/65177962/fe6beac/EZ20-20CR2TFJRPTASTE20by20BanneD.part1.rar.html

DISNEY000271

http://hotfile.com/dl/65178009/13c28aa/EZ20-20CR2TFJRPTASTE20by20BanneD.part2.rar.html
http://hotfile.com/dl/65177905/3fd8d96/EZ20-20CR2TFJRPTASTE20by20BanneD.part4.rar.html
http://hotfile.com/dl/64672738/f207391/Camp.Rock.2.2010.DVDRip.XViD-MAGNET.part1.rar.html
http://hotfile.com/dl/64672736/a64ba89/Camp.Rock.2.2010.DVDRip.XViD-MAGNET.part2.rar.html
http://hotfile.com/dl/64683799/b1000e2/Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.avi.html
http://hotfile.com/dl/64758481/5a5f2d8
/www.DirectLinkSpot.com_Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.avi.html
http://hotfile.com/dl/64772086/a3ebed9/CR2-REPACK.DVDRip-MAGNET.part2.rar.html
http://hotfile.com/dl/64772087/1f5a08a/CR2-REPACK.DVDRip-MAGNET.part1.rar.html
http://hotfile.com/dl/64772436/288f557/CR2-REPACK.DVDRip-MAGNET.part4.rar.html
http://hotfile.com/dl/64772085/32ad6cd/CR2-REPACK.DVDRip-MAGNET.part3.rar.html
http://hotfile.com/dl/64772440/d2d1690/CR2-REPACK.DVDRip-MAGNET.part5.rar.html
http://hotfile.com/dl/64772442/1dd8fe0/CR2-REPACK.DVDRip-MAGNET.part6.rar.html
http://hotfile.com/dl/64772475/c3c5958/CR2-REPACK.DVDRip-MAGNET.part7.rar.html
http://hotfile.com/dl/64758725/4c2bff8/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part1.rar.html
http://hotfile.com/dl/64758764/3191a34/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part3.rar.html
http://hotfile.com/dl/64757649/a487a70/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part2.rar.html
http://hotfile.com/dl/64758184/e3f35f1/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part4.rar.html
http://hotfile.com/dl/64758238/246da6e/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part5.rar.html
http://hotfile.com/dl/64758727/fc5cb77/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part6.rar.html
http://hotfile.com/dl/64758409/8acd806/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part7.rar.html
http://hotfile.com/dl/64809762/bd96c34/Li.rock.part1.rar.html
http://hotfile.com/dl/64809869/f6180a4/Li.rock.part2.rar.html
http://hotfile.com/dl/65025286/c2c96e9/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-
TASTE.part1.rar.html
http://hotfile.com/dl/65025573/23d5bb5/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-
TASTE.part2.rar.html


--------------------

DISNEY000272

| | |
|---|---|
| **From:** | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| **To:** | abuse@hotfile.com |
| **Sent:** | 9/30/2010 10:08:36 AM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 5080] (TMS) |

Thursday, September 30, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:5080 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Sorcerer's Apprentice, The (FIX), Secret Life of the American Teenager 2, Wall-E, Hannah Montana 3, Last Song, The, Camp Rock 2: The Final Jam*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/56291252/58beed1/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:52 AM)*

http://hotfile.com/dl/56338377/51fc37e/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:59 AM)*

http://hotfile.com/dl/56332969/3a2348a/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:31:06 AM)*

http://hotfile.com/dl/56348865/f9097fb/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:31:12 AM)*

http://hotfile.com/dl/56375467/9999e5c
/www.bayw.org.the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid.fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:31:19 AM)*

http://hotfile.com/dl/56300296/cd7c912/tslotat.s03e07.hdtv.xvid-fqm.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000257

*(Original Notification Date: 8/5/2010 1:31:24 AM)*

http://hotfile.com/dl/56300609/97a7af1/tslotat.s03e07.hdtv.xvid-fqm.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:31:30 AM)*

http://hotfile.com/dl/56285181/f2d1915/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:31:36 AM)*

http://hotfile.com/dl/56225400/c8702f1/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:31:42 AM)*

http://hotfile.com/dl/56225472/c4eb9c2
/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:31:49 AM)*

http://hotfile.com/dl/56225633/3e82821
/www.DirectLinkSpot.com_the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:31:55 AM)*

http://hotfile.com/dl/56225886/cc7bbef/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:00 AM)*

http://hotfile.com/dl/56226153/8bb1fe9/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:07 AM)*

http://hotfile.com/dl/56226197/1feb587/the.secret.life.of.the.american.teenager.s03e06.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:13 AM)*

http://hotfile.com/dl/56237400/51f93f0/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:20 AM)*

http://hotfile.com/dl/56283932/7dfebc4/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:26 AM)*

http://hotfile.com/dl/56287000/0e56d2b/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:32 AM)*

http://hotfile.com/dl/56298614/e4f45a0/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:39 AM)*

http://hotfile.com/dl/56298667/2c92701/the.secret.life.of.the.american.teenager.s03e07.720p.hdtv.x264-ctu.mkv
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:45 AM)*

http://hotfile.com/dl/56333249/eb80c2d/tscrtlofantn.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:51 AM)*

DISNEY000258

http://hotfile.com/dl/56445194/6739e26
/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8 5 2010 1:32:58 AM)

http://hotfile.com/dl/56445171/239ee8c
/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8 5 2010 1:33:03 AM)

http://hotfile.com/dl/54474222/9ae5744/the.secret.life.of.the.american.teenager.s03e06.hdtv.xvid-fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8 5 2010 1:33:09 AM)

http://hotfile.com/dl/54474416/22c6d8d
/The.Secret.Life.of.the.American.Teenager.S03E06.She.Went.That.Away.HDTV.XviD-FQM.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8 5 2010 1:33:18 AM)

http://hotfile.com/dl/54474558/4c9fcd2
/The.Secret.Life.of.the.American.Teenager.S03E06.She.Went.That.Away.HDTV.XviD-FQM.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8 5 2010 1:33:26 AM)

http://hotfile.com/dl/8067481/4baf0d2/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.003.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8 5 2010 9:57:08 PM)

http://hotfile.com/dl/8067469/7f90c1c/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.001.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8 5 2010 9:57:21 PM)

http://hotfile.com/dl/8067478/e629b74/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.002.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8 5 2010 9:57:28 PM)

http://hotfile.com/dl/8068346/3b996ec/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.001.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8 5 2010 9:57:34 PM)

http://hotfile.com/dl/8067527/cff020b/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.004.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8 5 2010 9:57:48 PM)

http://hotfile.com/dl/8068358/644f9b8/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.002.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8 5 2010 9:57:57 PM)

http://hotfile.com/dl/8068374/590826a/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.003.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8 5 2010 9:58:02 PM)

http://hotfile.com/dl/8068376/beaec7c/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.004.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8 5 2010 9:58:06 PM)

http://hotfile.com/dl/8068740/d8d4215/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.001.html

DISNEY000259

*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:58:21 PM)*

http://hotfile.com/dl/8068760/810a6c4/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.002.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:58:27 PM)*

http://hotfile.com/dl/8068762/13fcdad/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.003.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:58:34 PM)*

http://hotfile.com/dl/58078336/363f960/walle.part02.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:58:39 PM)*

http://hotfile.com/dl/58078337/bb5089a/walle.part04.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:58:55 PM)*

http://hotfile.com/dl/58078335/59ecc8b/walle.part01.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:59:08 PM)*

http://hotfile.com/dl/58078338/a216907/walle.part05.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:59:18 PM)*

http://hotfile.com/dl/58078339/c25d6c6/walle.part03.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:59:28 PM)*

http://hotfile.com/dl/58078340/339ae45/walle.part08.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:59:38 PM)*

http://hotfile.com/dl/58078343/6edc902/walle.part09.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:59:43 PM)*

http://hotfile.com/dl/58078341/532782b/walle.part07.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:59:49 PM)*

http://hotfile.com/dl/58078342/45cd802/walle.part06.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:00:10 PM)*

http://hotfile.com/dl/58078344/25302cc/walle.part10.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:00:18 PM)*

http://hotfile.com/dl/58079061/5100d07/walle.part12.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:00:30 PM)*

http://hotfile.com/dl/58079060/c05afcb/walle.part11.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:00:48 PM)*

DISNEY000260

http://hotfile.com/dl/58079076/183ad45/walle.part13.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:00:58 PM)


http://hotfile.com/dl/58079077/62d94f0/walle.part14.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:01:16 PM)


http://hotfile.com/dl/58079085/01c4eac/walle.part15.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:01:23 PM)


http://hotfile.com/dl/58079088/3ad1485/walle.part16.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:01:30 PM)


http://hotfile.com/dl/58079100/1bdca8c/walle.part17.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:01:36 PM)


http://hotfile.com/dl/58079103/5f3f10a/walle.part18.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:01:51 PM)


http://hotfile.com/dl/58079107/58eb205/walle.part19.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:01:57 PM)


http://hotfile.com/dl/54314789/15223aa/hannah.montana.s04e01_Tachoz.net.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:02:02 PM)


http://hotfile.com/dl/54314769/a6d7be3/hannah.montana.s04e01_Tachoz.net.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:02:16 PM)


http://hotfile.com/dl/48563400/348e182/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:02:22 PM)


http://hotfile.com/dl/48563544/bd8ba08/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:02:27 PM)


http://hotfile.com/dl/48563551/e8f5ff3/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:02:32 PM)


http://hotfile.com/dl/48563545/1e58508/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:02:37 PM)


http://hotfile.com/dl/48563552/2f75490/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:02:51 PM)


http://hotfile.com/dl/48563554/c6ad12d/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:02:56 PM)

DISNEY000261

http://hotfile.com/dl/48599046/d1a4c28/TLS.2010.TS.XviD-PrisM.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:03:02 PM)*

http://hotfile.com/dl/48598850/0cafbc8/TLS.2010.TS.XviD-PrisM.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:03:17 PM)*

http://hotfile.com/dl/48598790/cfd95e2/TLS.2010.TS.XviD-PrisM.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:03:23 PM)*

http://hotfile.com/dl/48599233/b422c0f/TLS.2010.TS.XviD-PrisM.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:03:29 PM)*

http://hotfile.com/dl/48599772/26f13ff/TLS.2010.TS.XviD-PrisM.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:03:43 PM)*

http://hotfile.com/dl/48599216/b1b490c/TLS.2010.TS.XviD-PrisM.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:03:51 PM)*

http://hotfile.com/dl/48734786/a3fb428/T.L.S_Ts_XviD_By_RpL_Team-RPR.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:04:09 PM)*

http://hotfile.com/dl/48734944/b84b266/T.L.S_Ts_XviD_By_RpL_Team-RPR.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:04:16 PM)*

http://hotfile.com/dl/48734657/5363496/T.L.S_Ts_XviD_By_RpL_Team-RPR.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:04:24 PM)*

http://hotfile.com/dl/48735032/03dcc61/T.L.S_Ts_XviD_By_RpL_Team-RPR.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:04:45 PM)*

http://hotfile.com/dl/65178061/3e4c38d/EZ20-20CR2TFJRPTASTE20by20BanneD.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:10 AM)*

http://hotfile.com/dl/64952966/71203b2/camp.rock.2.the.final.jam.RP-taste.part1.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:25 AM)*

http://hotfile.com/dl/64953003/bfcedc0/camp.rock.2.the.final.jam.RP-taste.part2.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:35 AM)*

http://hotfile.com/dl/64952819/99e9f8b/camp.rock.2.the.final.jam.RP-taste.part4.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:39 AM)*

http://hotfile.com/dl/70334428/ec8245e/Camp.Rock.2.DVDrip.cz.p67.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000262

*(Original Notification Date: 9/29/2010 10:56:31 PM)*

http://hotfile.com/dl/70336504/738c85c/Camp.Rock.2.DVDrip.cz.p67.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 9/29/2010 10:56:36 PM)*

http://hotfile.com/dl/70433900/2db78e6/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 9/29/2010 10:56:41 PM)*

http://hotfile.com/dl/70435679/2417e3c/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 9/29/2010 10:56:46 PM)*

http://hotfile.com/dl/70435786/a179c06/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 9/29/2010 10:56:52 PM)*


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521



[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/56291252/58beed1/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part3.rar.html
http://hotfile.com/dl/56338377/51fc37e/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56332969/3a2348a/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56348865/f9097fb/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56375467/9999e5c
/www.bayw.org.the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid.fqm.avi.html
http://hotfile.com/dl/56300296/cd7c912/tslotat.s03e07.hdtv.xvid-fqm.part1.rar.html
http://hotfile.com/dl/56300609/97a7af1/tslotat.s03e07.hdtv.xvid-fqm.part2.rar.html
http://hotfile.com/dl/56285181/f2d1915/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56225400/c8702f1/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56225472/c4eb9c2
/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.avi.html
http://hotfile.com/dl/56225633/3e82821
/www.DirectLinkSpot.com_the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56225886/cc7bbef/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56226153/8bb1fe9/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html

DISNEY000263

http://hotfile.com/dl/56226197/1feb587/the.secret.life.of.the.american.teenager.s03e06.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56237400/51f93f0/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56283932/7dfebc4/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56287000/0e56d2b/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56298614/e4f45a0/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi
http://hotfile.com/dl/56298667/2c92701/the.secret.life.of.the.american.teenager.s03e07.720p.hdtv.x264-ctu.mkv
http://hotfile.com/dl/56333249/eb80c2d/tscrtlofantn.rar.html
http://hotfile.com/dl/56445194/6739e26
/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.part2.rar.html
http://hotfile.com/dl/56445171/239ee8c
/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.part1.rar.html
http://hotfile.com/dl/54474222/9ae5744/the.secret.life.of.the.american.teenager.s03e06.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/54474416/22c6d8d
/The.Secret.Life.of.the.American.Teenager.S03E06.She.Went.That.Away.HDTV.XviD-FQM.part1.rar.html
http://hotfile.com/dl/54474558/4c9fcd2
/The.Secret.Life.of.the.American.Teenager.S03E06.She.Went.That.Away.HDTV.XviD-FQM.part2.rar.html
http://hotfile.com/dl/8067481/4baf0d2/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.003.html
http://hotfile.com/dl/8067469/7f90c1c/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.001.html
http://hotfile.com/dl/8067478/e629b74/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.002.html
http://hotfile.com/dl/8068346/3b996ec/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.001.html
http://hotfile.com/dl/8067527/cff020b/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.004.html
http://hotfile.com/dl/8068358/644f9b8/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.002.html
http://hotfile.com/dl/8068374/590826a/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.003.html
http://hotfile.com/dl/8068376/beaec7c/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.004.html
http://hotfile.com/dl/8068740/d8d4215/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.001.html
http://hotfile.com/dl/8068760/810a6c4/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.002.html
http://hotfile.com/dl/8068762/13fcdad/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.003.html
http://hotfile.com/dl/58078336/363f960/walle.part02.rar.html
http://hotfile.com/dl/58078337/bb5089a/walle.part04.rar.html
http://hotfile.com/dl/58078335/59ecc8b/walle.part01.rar.html
http://hotfile.com/dl/58078338/a216907/walle.part05.rar.html
http://hotfile.com/dl/58078339/c25d6c6/walle.part03.rar.html
http://hotfile.com/dl/58078340/339ae45/walle.part08.rar.html
http://hotfile.com/dl/58078343/6edc902/walle.part09.rar.html
http://hotfile.com/dl/58078341/532782b/walle.part07.rar.html
http://hotfile.com/dl/58078342/45cd802/walle.part06.rar.html
http://hotfile.com/dl/58078344/25302cc/walle.part10.rar.html
http://hotfile.com/dl/58079061/5100d07/walle.part12.rar.html
http://hotfile.com/dl/58079060/c05afcb/walle.part11.rar.html
http://hotfile.com/dl/58079076/183ad45/walle.part13.rar.html
http://hotfile.com/dl/58079077/62d94f0/walle.part14.rar.html
http://hotfile.com/dl/58079085/01c4eac/walle.part15.rar.html
http://hotfile.com/dl/58079088/3ad1485/walle.part16.rar.html
http://hotfile.com/dl/58079100/1bdca8c/walle.part17.rar.html
http://hotfile.com/dl/58079103/5f3f10a/walle.part18.rar.html
http://hotfile.com/dl/58079107/58eb205/walle.part19.rar.html
http://hotfile.com/dl/54314789/15223aa/hannah.montana.s04e01_Tachoz.net.part1.rar.html
http://hotfile.com/dl/54314769/a6d7be3/hannah.montana.s04e01_Tachoz.net.part2.rar.html
http://hotfile.com/dl/48563400/348e182/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part6.rar.html
http://hotfile.com/dl/48563544/bd8ba08/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part5.rar.html
http://hotfile.com/dl/48563551/e8f5ff3/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part1.rar.html
http://hotfile.com/dl/48563545/1e58508/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part3.rar.html
http://hotfile.com/dl/48563552/2f75490/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part2.rar.html
http://hotfile.com/dl/48563554/c6ad12d/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part4.rar.html

DISNEY000264

http://hotfile.com/dl/48599046/d1a4c28/TLS.2010.TS.XviD-PrisM.part4.rar.html
http://hotfile.com/dl/48598850/0cafbc8/TLS.2010.TS.XviD-PrisM.part2.rar.html
http://hotfile.com/dl/48598790/cfd95e2/TLS.2010.TS.XviD-PrisM.part1.rar.html
http://hotfile.com/dl/48599233/b422c0f/TLS.2010.TS.XviD-PrisM.part6.rar.html
http://hotfile.com/dl/48599772/26f13ff/TLS.2010.TS.XviD-PrisM.part3.rar.html
http://hotfile.com/dl/48599216/b1b490c/TLS.2010.TS.XviD-PrisM.part5.rar.html
http://hotfile.com/dl/48734786/a3fb428/T.L.S_Ts_XviD_By_RpL_Team-RPR.part2.rar.html
http://hotfile.com/dl/48734944/b84b266/T.L.S_Ts_XviD_By_RpL_Team-RPR.part3.rar.html
http://hotfile.com/dl/48734657/5363496/T.L.S_Ts_XviD_By_RpL_Team-RPR.part1.rar.html
http://hotfile.com/dl/48735032/03dcc61/T.L.S_Ts_XviD_By_RpL_Team-RPR.part4.rar.html
http://hotfile.com/dl/65178061/3e4c38d/EZ20-20CR2TFJRPTASTE20by20BanneD.part3.rar.html
http://hotfile.com/dl/64952966/71203b2/camp.rock.2.the.final.jam.RP-taste.part1.rar
http://hotfile.com/dl/64953003/bfcedc0/camp.rock.2.the.final.jam.RP-taste.part2.rar
http://hotfile.com/dl/64952819/99e9f8b/camp.rock.2.the.final.jam.RP-taste.part4.rar
http://hotfile.com/dl/70334428/ec8245e/Camp.Rock.2.DVDrip.cz.p67.part1.rar.html
http://hotfile.com/dl/70336504/738c85c/Camp.Rock.2.DVDrip.cz.p67.part2.rar.html
http://hotfile.com/dl/70433900/2db78e6/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part1.rar.html
http://hotfile.com/dl/70435679/2417e3c/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part2.rar.html
http://hotfile.com/dl/70435786/a179c06/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part3.rar.html

--------------------

DISNEY000265

| | |
|---|---|
| **From:** | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| **To:** | abuse@hotfile.com |
| **CC:** | Internet Enforcement |
| **Sent:** | 10/8/2010 2:50:31 PM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 5164] (TMS) |

Friday, October 08, 2010

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:5164 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Grey's Anatomy 6 (FIX)*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/40516788/a5f3446/_gre.ana.s06e20.hdtv.xvid-2hd.avi.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:11 AM)*

http://hotfile.com/dl/40517103/fcb5fee/_gre.ana.s06e20.hdtv.xvid-2hd.avi.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:13 AM)*

http://hotfile.com/dl/40524854/322df5c/_gre.ana.s06e20.hdtv.xvid-2hd.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:13 AM)*

http://hotfile.com/dl/40531822/0c0147d/Greys.Anatomy.S06E20.HDTV.XviD-2HD.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:14 AM)*

http://hotfile.com/dl/14453163/f72571f/Greys.Anatomy.S06E04.HDTV.XviD-NoTV.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:15 AM)*

http://hotfile.com/dl/34654077/33bbf0c/DaGrAn.618.j8e7.part3.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:15 AM)*

DISNEY000299

http://hotfile.com/dl/34653906/98cbdab/DaGrAn.618.j8e7.part1.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:16 AM)*

http://hotfile.com/dl/34654117/895e7ee/DaGrAn.618.j8e7.part4.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:17 AM)*

http://hotfile.com/dl/34653986/5447683/DaGrAn.618.j8e7.part2.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:32 AM)*

http://hotfile.com/dl/43929691/d668966/G.A.6.23.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:24 AM)*

http://hotfile.com/dl/43929693/6ef2349/G.A.6.23.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:30 AM)*

http://hotfile.com/dl/43929694/6ef0129/G.A.6.23.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:32 AM)*

http://hotfile.com/dl/43929823/13e97bb/G.A.6.24.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:44 AM)*

http://hotfile.com/dl/43929826/6585c7f/G.A.6.24.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:45 AM)*

http://hotfile.com/dl/43929692/7bca2da/G.A.6.24.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:46 AM)*

http://hotfile.com/dl/43063537/8cac32d/greys.anatomy.s06e22.hdtv.xvid-2hd.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:49 AM)*

http://hotfile.com/dl/25250713/53ba924/GA.S06E12.1Link.wWw.Dark-ville.CoM.By.luisaca.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:56 AM)*

http://hotfile.com/dl/24494836/c5405c8/EasyDll.org_Greys.Anatomy.S06E03.HDTV.XviD-2HD.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/13/2010 12:43:35 AM)*

http://hotfile.com/dl/24496879/28f6f01/EasyDll.org_Greys.Anatomy.S06E11.HDTV.XviD-2HD.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/13/2010 12:43:41 AM)*

http://hotfile.com/dl/24495072/1ffd434/EasyDll.org_Greys.Anatomy.S06E11.HDTV.XviD-2HD.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/13/2010 12:43:46 AM)*

http://hotfile.com/dl/25855242/566bceb/Greys.Anatomy.S06E12.Hdtv.Xvid-2hd.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000300

*(Original Notification Date: 8/13/2010 12:43:51 AM)*

http://hotfile.com/dl/25855252/26449f1/Greys.Anatomy.S06E12.Hdtv.Xvid-2hd.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/13/2010 12:43:53 AM)*

http://hotfile.com/dl/27472325/3e6407f/Greys.Anatomy.S06E13.HDTV.XviD-2HD.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/13/2010 12:43:55 AM)*

http://hotfile.com/dl/27472312/e568370/Greys.Anatomy.S06E13.HDTV.XviD-2HD.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/13/2010 12:43:56 AM)*

http://hotfile.com/dl/24275414/0983940/Greys.Anatomy.S06E11.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/17/2010 12:41:33 AM)*

http://hotfile.com/dl/24275974/d4a5e21/Greys.Anatomy.S06E11.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/17/2010 12:41:44 AM)*

http://hotfile.com/dl/45369389/c0ce1d8/Greys.Anatomy.S06E21.HDTV.XviD-NoTV.avi
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/18/2010 2:13:56 AM)*

http://hotfile.com/dl/43940031/b8580e1/_gre.ysan_atomys06e23.hdtv.xvid-2hd.avi.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/18/2010 2:13:58 AM)*

http://hotfile.com/dl/43959607/050f500/Greys.Anatomy.S06E24.HDTV.XviD-2HD.avi
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/18/2010 2:13:59 AM)*

http://hotfile.com/dl/43979721/b68ae89/Greys.Anatomy.S06E23.HDTV.XviD-2HD.avi
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/18/2010 2:14:00 AM)*

http://hotfile.com/dl/20802415/89ccc26/Greys.Anatomy-S06E04.avi.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/18/2010 2:14:01 AM)*

http://hotfile.com/dl/20802646/08feba0/Greys.Anatomy-S06E05.avi.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/18/2010 2:14:02 AM)*

http://hotfile.com/dl/34691597/690f83f/6R4N.618.HDTV.NoTV.divxm.net.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/23/2010 12:16:50 AM)*

http://hotfile.com/dl/40529361/b6c9ba6/6R4N.620.720p.DIMENSION.divxm.net.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/23/2010 12:16:51 AM)*

http://hotfile.com/dl/40530103/55d219f/6R4N.620.HDTV.2HD.divxm.net.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/23/2010 12:16:51 AM)*

http://hotfile.com/dl/41665661/8a104b1/6R4N.621.720p.CTU.divxm.net.rar.html

DISNEY000301

*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/23/2010 12:16:52 AM)*

http://hotfile.com/dl/41666440/46cf6be/6R4N.621.HDTV.NoTV.divxm.net.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/23/2010 12:16:52 AM)*

http://hotfile.com/dl/42859374/19809f6/6R4N.622.HDTV.2HD.divxm.net.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/23/2010 12:16:53 AM)*


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank, CA, 91521



[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/40516788/a5f3446/_gre.ana.s06e20.hdtv.xvid-2hd.avi.part2.rar.html
http://hotfile.com/dl/40517103/fcb5fee/_gre.ana.s06e20.hdtv.xvid-2hd.avi.part1.rar.html
http://hotfile.com/dl/40524854/322df5c/_gre.ana.s06e20.hdtv.xvid-2hd.avi.html
http://hotfile.com/dl/40531822/0c0147d/Greys.Anatomy.S06E20.HDTV.XviD-2HD.avi.html
http://hotfile.com/dl/14453163/f72571f/Greys.Anatomy.S06E04.HDTV.XviD-NoTV.avi.html
http://hotfile.com/dl/34654077/33bbf0c/DaGrAn.618.j8e7.part3.rar
http://hotfile.com/dl/34653906/98cbdab/DaGrAn.618.j8e7.part1.rar
http://hotfile.com/dl/34654117/895e7ee/DaGrAn.618.j8e7.part4.rar
http://hotfile.com/dl/34653986/5447683/DaGrAn.618.j8e7.part2.rar
http://hotfile.com/dl/43929691/d668966/G.A.6.23.part1.rar.html
http://hotfile.com/dl/43929693/6ef2349/G.A.6.23.part3.rar.html
http://hotfile.com/dl/43929694/6ef0129/G.A.6.23.part2.rar.html
http://hotfile.com/dl/43929823/13e97bb/G.A.6.24.part2.rar.html
http://hotfile.com/dl/43929826/6585c7f/G.A.6.24.part3.rar.html
http://hotfile.com/dl/43929692/7bca2da/G.A.6.24.part1.rar.html
http://hotfile.com/dl/43063537/8cac32d/greys.anatomy.s06e22.hdtv.xvid-2hd.avi.html
http://hotfile.com/dl/25250713/53ba924/GA.S06E12.1Link.wWw.Dark-ville.CoM.By.luisaca.rar.html
http://hotfile.com/dl/24494836/c5405c8/EasyDll.org_Greys.Anatomy.S06E03.HDTV.XviD-2HD.part1.rar.html
http://hotfile.com/dl/24496879/28f6f01/EasyDll.org_Greys.Anatomy.S06E11.HDTV.XviD-2HD.part2.rar.html
http://hotfile.com/dl/24495072/1ffd434/EasyDll.org_Greys.Anatomy.S06E11.HDTV.XviD-2HD.part1.rar.html
http://hotfile.com/dl/25855242/566bceb/Greys.Anatomy.S06E12.Hdtv.Xvid-2hd.part2.rar.html
http://hotfile.com/dl/25855252/26449f1/Greys.Anatomy.S06E12.Hdtv.Xvid-2hd.part1.rar.html

DISNEY000302

http://hotfile.com/dl/27472325/3e6407f/Greys.Anatomy.S06E13.HDTV.XviD-2HD.part1.rar.html
http://hotfile.com/dl/27472312/e568370/Greys.Anatomy.S06E13.HDTV.XviD-2HD.part2.rar.html
http://hotfile.com/dl/24275414/0983940/Greys.Anatomy.S06E11.part1.rar.html
http://hotfile.com/dl/24275974/d4a5e21/Greys.Anatomy.S06E11.part2.rar.html
http://hotfile.com/dl/45369389/c0ce1d8/Greys.Anatomy.S06E21.HDTV.XviD-NoTV.avi
http://hotfile.com/dl/43940031/b8580e1/_gre.ysan_atomys06e23.hdtv.xvid-2hd.avi.html
http://hotfile.com/dl/43959607/050f500/Greys.Anatomy.S06E24.HDTV.XviD-2HD.avi
http://hotfile.com/dl/43979721/b68ae89/Greys.Anatomy.S06E23.HDTV.XviD-2HD.avi
http://hotfile.com/dl/20802415/89ccc26/Greys.Anatomy-S06E04.avi.html
http://hotfile.com/dl/20802646/08feba0/Greys.Anatomy-S06E05.avi.html
http://hotfile.com/dl/34691597/690f83f/6R4N.618.HDTV.NoTV.divxm.net.rar.html
http://hotfile.com/dl/40529361/b6c9ba6/6R4N.620.720p.DIMENSION.divxm.net.rar.html
http://hotfile.com/dl/40530103/55d219f/6R4N.620.HDTV.2HD.divxm.net.rar.html
http://hotfile.com/dl/41665661/8a104b1/6R4N.621.720p.CTU.divxm.net.rar.html
http://hotfile.com/dl/41666440/46cf6be/6R4N.621.HDTV.NoTV.divxm.net.rar.html
http://hotfile.com/dl/42859374/19809f6/6R4N.622.HDTV.2HD.divxm.net.rar.html


--------------------

DISNEY000303

| From: | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
|---|---|
| To: | abuse@hotfile.com |
| CC: | Internet Enforcement |
| Sent: | 11/15/2010 5:50:11 PM |
| Subject: | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 5722] (TMS) |

Tuesday, November 16, 2010

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:5722 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Last Song, The, Lost 5, Prince of Persia, Sorcerer's Apprentice, The(Archive), Grey's Anatomy 7*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/46326581/eae37cc/140_GOn2010.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7 26 2010 8:49:40 PM)*

http://hotfile.com/dl/46326578/e588051/140_GOn2010.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7 26 2010 8:49:41 PM)*

http://hotfile.com/dl/46326576/c837144/140_GOn2010.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7 26 2010 8:49:41 PM)*

http://hotfile.com/dl/46326572/d8ca7fd/140_GOn2010.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7 26 2010 8:49:41 PM)*

http://hotfile.com/dl/8802781/e60fbcc/lost.515_kalos87_.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7 26 2010 8:49:42 PM)*

http://hotfile.com/dl/8802796/39b17ec/lost.515_kalos87_.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000198

*(Original Notification Date: 7/26/2010 8:49:43 PM)*

http://hotfile.com/dl/8802784/4e5b87f/lost.515_kalos87_.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:43 PM)*

http://hotfile.com/dl/8802803/964db21/lost.515_kalos87_.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:44 PM)*

http://hotfile.com/dl/3179861/d9f22bb/lost.s05e02.lektorPL.xvid.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:44 PM)*

http://hotfile.com/dl/3181362/66aa9c6/lost.s05e02.lektorPL.xvid.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:45 PM)*

http://hotfile.com/dl/3181526/3ad20f8/lost.s05e03.lektorPL.xvid.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:46 PM)*

http://hotfile.com/dl/3181606/4530381/lost.s05e03.lektorPL.xvid.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:46 PM)*

http://hotfile.com/dl/3183973/2db79b7/lost.s05e09.lektorPL.xvid.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:47 PM)*

http://hotfile.com/dl/3184042/25ac7b2/lost.s05e09.lektorPL.xvid.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:47 PM)*

http://hotfile.com/dl/3184268/246b74c/lost.s05e12.lektorPL.xvid.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:48 PM)*

http://hotfile.com/dl/3184338/efb69cc/lost.s05e12.lektorPL.xvid.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:48 PM)*

http://hotfile.com/dl/3184421/401c9ef/lost.s05e13.lektorPL.xvid.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:49 PM)*

http://hotfile.com/dl/3184494/c4f12b6/lost.s05e13.lektorPL.xvid.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:49 PM)*

http://hotfile.com/dl/3184576/75c8eda/lost.s05e14.lektorPL.xvid.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:49 PM)*

http://hotfile.com/dl/3184644/78aaa9d/lost.s05e14.lektorPL.xvid.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:51 PM)*

http://hotfile.com/dl/3184733/441c161/lost.s05e15.lektorPL.xvid.part1.rar.html

DISNEY000199

* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:51 PM)*

http://hotfile.com/dl/3184818/164dd53/lost.s05e15.lektorPL.xvid.part2.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:52 PM)*

http://hotfile.com/dl/5183536/3c85146/Lost-05-14-DannyE.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:52 PM)*

http://hotfile.com/dl/17010615/d0278c0/Zagubieni.Sezon5.Odcinek2.PL.XVID.part1.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:53 PM)*

http://hotfile.com/dl/17010870/4cc1d22/Zagubieni.Sezon5.Odcinek2.PL.XVID.part2.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:54 PM)*

http://hotfile.com/dl/17011263/54e58e3/Zagubieni.Sezon5.Odcinek3.PL.XVID.part1.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:54 PM)*

http://hotfile.com/dl/17011538/115dc88/Zagubieni.Sezon5.Odcinek3.PL.XVID.part2.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:55 PM)*

http://hotfile.com/dl/17014259/6adf8c0/Zagubieni.Sezon5.Odcinek9.PL.XVID.part1.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:55 PM)*

http://hotfile.com/dl/17014548/eac847b/Zagubieni.Sezon5.Odcinek9.PL.XVID.part2.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:56 PM)*

http://hotfile.com/dl/17065675/ed1ca42/Zagubieni.Sezon5.Odcinek12.PL.XVID.part1.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:56 PM)*

http://hotfile.com/dl/17066079/6eadf9e/Zagubieni.Sezon5.Odcinek12.PL.XVID.part2.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:56 PM)*

http://hotfile.com/dl/17066508/7b5a6ea/Zagubieni.Sezon5.Odcinek13.PL.XVID.part1.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:57 PM)*

http://hotfile.com/dl/17066946/cc6a9c1/Zagubieni.Sezon5.Odcinek13.PL.XVID.part2.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:58 PM)*

http://hotfile.com/dl/17067527/890392f/Zagubieni.Sezon5.Odcinek14.PL.XVID.part1.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:59 PM)*

http://hotfile.com/dl/17067880/452dd5a/Zagubieni.Sezon5.Odcinek14.PL.XVID.part2.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:59 PM)*

DISNEY000200

| | |
|---|---|
| **From:** | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| **To:** | abuse@hotfile.com |
| **CC:** | Internet Enforcement |
| **Sent:** | 12/17/2010 4:53:32 PM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 6124] (CH) |

Saturday, December 18, 2010

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:6124 ]
File No. (CH) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Tangled*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/85610597/c90e970/TanAiN.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:24:30 AM)*

http://hotfile.com/dl/85610657/b60b8fb/TanAiN.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:24:32 AM)*

http://hotfile.com/dl/85610644/4ea24a3/TanAiN.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:24:33 AM)*

http://hotfile.com/dl/85610684/fae5389/TanAiN.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:24:35 AM)*

http://hotfile.com/dl/85713633/e3d32a4/Tngld.Cm_urgrove.com.mkv.001.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:24:57 AM)*

http://hotfile.com/dl/85713811/2c51272/Tngld.Cm_urgrove.com.mkv.003.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:25:01 AM)*

DISNEY000247

http://hotfile.com/dl/85713727/3a7f982/Tngld.Cm_urgrove.com.mkv.002.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:25:07 AM)

http://hotfile.com/dl/85362716/6322491/EZ-Tangled.2010.Cam_by.BanneD.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:25:38 AM)

http://hotfile.com/dl/85362824/9794001/EZ-Tangled.2010.Cam_by.BanneD.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:25:41 AM)

http://hotfile.com/dl/85363002/be4364f/EZ-Tangled.2010.Cam_by.BanneD.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:25:44 AM)

http://hotfile.com/dl/85363371/e656f48/EZ-Tangled.2010.Cam_by.BanneD.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:25:45 AM)

http://hotfile.com/dl/85591441/5db75b1/Tangled.2010.CAM-CF.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:26:23 AM)

http://hotfile.com/dl/85591633/2bf66ef/Tangled.2010.CAM-CF.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:26:25 AM)

http://hotfile.com/dl/85591908/7fe8ac2/Tangled.2010.CAM-CF.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:26:48 AM)

http://hotfile.com/dl/85591836/1811331/Tangled.2010.CAM-CF.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:26:53 AM)

http://hotfile.com/dl/85685058/e16e402/Tangled.2010.CAM.Feel-Free.part01.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:26:57 AM)

http://hotfile.com/dl/85685305/76a594b/Tangled.2010.CAM.Feel-Free.part04.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:26:59 AM)

http://hotfile.com/dl/85685085/bd3190a/Tangled.2010.CAM.Feel-Free.part02.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:27:00 AM)

http://hotfile.com/dl/85685283/5d5a264/Tangled.2010.CAM.Feel-Free.part03.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:27:01 AM)

http://hotfile.com/dl/85685484/fe0dc02/Tangled.2010.CAM.Feel-Free.part05.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:27:03 AM)

http://hotfile.com/dl/85685661/5bcafd6/Tangled.2010.CAM.Feel-Free.part07.rar.html
* To date, a total of 1 notice(s) previously sent for this link.

DISNEY000248

*(Original Notification Date: 12/1/2010 2:27:04 AM)*

http://hotfile.com/dl/85685522/3947264/Tangled.2010.CAM.Feel-Free.part06.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:24 AM)*

http://hotfile.com/dl/85685700/8b1cf41/Tangled.2010.CAM.Feel-Free.part08.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:28 AM)*

http://hotfile.com/dl/85685871/897b91f/Tangled.2010.CAM.Feel-Free.part09.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:30 AM)*

http://hotfile.com/dl/85685925/b2e0b1a/Tangled.2010.CAM.Feel-Free.part10.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:30 AM)*

http://hotfile.com/dl/85709440/24fcd6e/gtlangefddl_toast_boy.part01.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:31 AM)*

http://hotfile.com/dl/85709472/92ff820/gtlangefddl_toast_boy.part02.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:31 AM)*

http://hotfile.com/dl/85761422/0eb342c/c-tangld.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:32 AM)*

http://hotfile.com/dl/85761740/f417230/c-tangld.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:33 AM)*

http://hotfile.com/dl/85762025/1052eb8/c-tangld.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:34 AM)*

http://hotfile.com/dl/85761912/00e9f55/c-tangld.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:35 AM)*

http://hotfile.com/dl/85762280/49f7dfc/Lu-Tangled.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:39 AM)*

http://hotfile.com/dl/85762492/fa417f5/Lu-Tangled.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:43 AM)*

http://hotfile.com/dl/85762776/e6a421c/Lu-Tangled.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:48 AM)*

http://hotfile.com/dl/85762673/20d1101/Lu-Tangled.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:53 AM)*

http://hotfile.com/dl/85765162/17194c3/c-tangld.avi.003.html

DISNEY000249

*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:58 AM)*

http://hotfile.com/dl/85765587/9dcc7cc/c-tangld.avi.002.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:28:03 AM)*

http://hotfile.com/dl/85764692/b8158a9/c-tangld.avi.004.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:28:10 AM)*

http://hotfile.com/dl/85765881/25ad81e/c-tangld.avi.001.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:28:17 AM)*

http://hotfile.com/dl/85786921/a7539cd/Tangled.2010.CAM.Feel-Free.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:28:23 AM)*

http://hotfile.com/dl/85786926/d9213e6/Tangled.2010.CAM.Feel-Free.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:28:30 AM)*

http://hotfile.com/dl/85787024/a1b971e/Tangled.2010.CAM.Feel-Free.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:28:36 AM)*

http://hotfile.com/dl/85786967/a7af4de/Tangled.2010.CAM.Feel-Free.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:28:41 AM)*

http://hotfile.com/dl/85787026/e23146b/Tangled.2010.CAM.Feel-Free.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:28:45 AM)*

http://hotfile.com/dl/85787051/553f366/Tangled.2010.CAM.Feel-Free.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:28:50 AM)*

http://hotfile.com/dl/85787027/3b2209e/Tangled.2010.CAM.Feel-Free.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:28:55 AM)*

http://hotfile.com/dl/85818672/618e499/Tan10.CAM-CAMSTAiN.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:28:59 AM)*

http://hotfile.com/dl/85331280/d0e7ded/Long.Long.Hair.2k10.Cam-Lu.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:29:30 AM)*

http://hotfile.com/dl/85331471/baf33ca/Long.Long.Hair.2k10.Cam-Lu.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:29:35 AM)*

http://hotfile.com/dl/85514531/ea082a3/T.2010.Feel-Free.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:30:00 AM)*

DISNEY000250

http://hotfile.com/dl/85515450/0ad0465/T.2010.Feel-Free.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:30:04 AM)

http://hotfile.com/dl/85516442/ef884d4/T.2010.Feel-Free.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:30:09 AM)

http://hotfile.com/dl/85529481/1f8d9f2/Tangled.2010.Cam.XviD.Feel-Free.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:30:13 AM)

http://hotfile.com/dl/85610718/b3e7bf9/NiATSMAC-DivX.MAC.delgnaT.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:30:18 AM)

http://hotfile.com/dl/85610699/b46318f/NiATSMAC-DivX.MAC.delgnaT.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:30:22 AM)

http://hotfile.com/dl/85615426/03fb4fd/Bananashare.Org_tangld.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:30:27 AM)

http://hotfile.com/dl/85848257/3b4f818/Tangled.CAM.XviD-CAMSTAiN.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:30:46 AM)

http://hotfile.com/dl/85769287/c73237c/c-tangld.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:30:53 AM)

http://hotfile.com/dl/85531406/4189f85/T.C.X.F-F.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:32:27 AM)

http://hotfile.com/dl/85531593/d7576d8/T.C.X.F-F.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:32:33 AM)

http://hotfile.com/dl/85531681/992ce9e/T.C.X.F-F.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:32:39 AM)

http://hotfile.com/dl/85531664/3cd57ac/T.C.X.F-F.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:33:11 AM)

http://hotfile.com/dl/85531684/6a623d7/T.C.X.F-F.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:33:22 AM)

http://hotfile.com/dl/85531685/bee4581/T.C.X.F-F.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:33:30 AM)

http://hotfile.com/dl/85502378/dfd9f9b/Tangled.2010.Cam.dmz.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:33:53 AM)

DISNEY000251

http://hotfile.com/dl/85502369/fc734b6/Tangled.2010.Cam.dmz.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:34:00 AM)

http://hotfile.com/dl/85502389/430ed88/Tangled.2010.Cam.dmz.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:34:07 AM)

http://hotfile.com/dl/85502417/a2d80f8/Tangled.2010.Cam.dmz.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:34:38 AM)

http://hotfile.com/dl/85502427/c2c18d5/Tangled.2010.Cam.dmz.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:34:49 AM)

http://hotfile.com/dl/85502508/3884333/Tangled.2010.Cam.dmz.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:34:54 AM)

http://hotfile.com/dl/85502536/9ba0681/Tangled.2010.Cam.dmz.part7.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:34:59 AM)

http://hotfile.com/dl/85620650/9fbdd6c/T.C.X.CAMSTAiN.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:35:30 AM)

http://hotfile.com/dl/85621441/8c4fc2d/T.C.X.CAMSTAiN.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:35:38 AM)

http://hotfile.com/dl/85622650/8114ec0/T.C.X.CAMSTAiN.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:36:08 AM)

http://hotfile.com/dl/85623117/c3ed223/T.C.X.CAMSTAiN.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:36:15 AM)

http://hotfile.com/dl/85588110/8419bce/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:36:46 AM)

http://hotfile.com/dl/85588111/f0d7928/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:36:59 AM)

http://hotfile.com/dl/85725898/435f4f3/Tangled.CAM.XviDCAMSTAiN.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:37:06 AM)

http://hotfile.com/dl/85725968/79cd924/Tangled.CAM.XviDCAMSTAiN.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:37:12 AM)

http://hotfile.com/dl/85726118/9633e4c/Tangled.CAM.XviDCAMSTAiN.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.

*(Original Notification Date: 12/1/2010 2:37:23 AM)*

http://hotfile.com/dl/85726175/102e8f7/Tangled.CAM.XviDCAMSTAiN.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:37:55 AM)*

http://hotfile.com/dl/85726357/4665497/Tangled.CAM.XviDCAMSTAiN.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:38:08 AM)*

http://hotfile.com/dl/85726610/01f7cf3/Tangled.CAM.XviDCAMSTAiN.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:38:20 AM)*

http://hotfile.com/dl/85726512/39cf4a9/Tangled.CAM.XviDCAMSTAiN.part7.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:38:28 AM)*

http://hotfile.com/dl/85726529/fd8b70b/Tangled.CAM.XviDCAMSTAiN.part8.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:38:36 AM)*

http://hotfile.com/dl/85740459/d258a86/Tangled.2010.CAM.XviD-miguel.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:39:08 AM)*

http://hotfile.com/dl/85740477/0e1bc19/Tangled.2010.CAM.XviD-miguel.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:39:20 AM)*

http://hotfile.com/dl/85740592/56b5876/Tangled.2010.CAM.XviD-miguel.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:39:32 AM)*

http://hotfile.com/dl/85740959/7037718/Tangled.2010.CAM.XviD-miguel.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:39:38 AM)*

http://hotfile.com/dl/85740980/712631d/Tangled.2010.CAM.XviD-miguel.part7.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:39:44 AM)*

http://hotfile.com/dl/85740729/f383ece/Tangled.2010.CAM.XviD-miguel.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:40:15 AM)*

http://hotfile.com/dl/85740835/8a48c3a/Tangled.2010.CAM.XviD-miguel.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:40:25 AM)*

http://hotfile.com/dl/85707906/d4c19cb/Tangled.2010.CAM.Feel-Free.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:40:32 AM)*

http://hotfile.com/dl/85707901/a27c62d/Tangled.2010.CAM.Feel-Free.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:41:20 AM)*

http://hotfile.com/dl/85707929/a7ba4d8/Tangled.2010.CAM.Feel-Free.part3.rar.html

DISNEY000253

*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:41:29 AM)*

http://hotfile.com/dl/85707948/7acc454/Tangled.2010.CAM.Feel-Free.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:41:35 AM)*


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521


[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/85610597/c90e970/TanAiN.part1.rar.html
http://hotfile.com/dl/85610657/b60b8fb/TanAiN.part2.rar.html
http://hotfile.com/dl/85610644/4ea24a3/TanAiN.part6.rar.html
http://hotfile.com/dl/85610684/fae5389/TanAiN.part5.rar.html
http://hotfile.com/dl/85713633/e3d32a4/Tngld.Cm_urgrove.com.mkv.001.html
http://hotfile.com/dl/85713811/2c51272/Tngld.Cm_urgrove.com.mkv.003.html
http://hotfile.com/dl/85713727/3a7f982/Tngld.Cm_urgrove.com.mkv.002.html
http://hotfile.com/dl/85362716/6322491/EZ-Tangled.2010.Cam_by.BanneD.part3.rar.html
http://hotfile.com/dl/85362824/9794001/EZ-Tangled.2010.Cam_by.BanneD.part2.rar.html
http://hotfile.com/dl/85363002/be4364f/EZ-Tangled.2010.Cam_by.BanneD.part1.rar.html
http://hotfile.com/dl/85363371/e656f48/EZ-Tangled.2010.Cam_by.BanneD.part4.rar.html
http://hotfile.com/dl/85591441/5db75b1/Tangled.2010.CAM-CF.part1.rar.html
http://hotfile.com/dl/85591633/2bf66ef/Tangled.2010.CAM-CF.part2.rar.html
http://hotfile.com/dl/85591908/7fe8ac2/Tangled.2010.CAM-CF.part4.rar.html
http://hotfile.com/dl/85591836/1811331/Tangled.2010.CAM-CF.part3.rar.html
http://hotfile.com/dl/85685058/e16e402/Tangled.2010.CAM.Feel-Free.part01.rar.html
http://hotfile.com/dl/85685305/76a594b/Tangled.2010.CAM.Feel-Free.part04.rar.html
http://hotfile.com/dl/85685085/bd3190a/Tangled.2010.CAM.Feel-Free.part02.rar.html
http://hotfile.com/dl/85685283/5d5a264/Tangled.2010.CAM.Feel-Free.part03.rar.html
http://hotfile.com/dl/85685484/fe0dc02/Tangled.2010.CAM.Feel-Free.part05.rar.html
http://hotfile.com/dl/85685661/5bcafd6/Tangled.2010.CAM.Feel-Free.part07.rar.html
http://hotfile.com/dl/85685522/3947264/Tangled.2010.CAM.Feel-Free.part06.rar.html
http://hotfile.com/dl/85685700/8b1cf41/Tangled.2010.CAM.Feel-Free.part08.rar.html
http://hotfile.com/dl/85685871/897b91f/Tangled.2010.CAM.Feel-Free.part09.rar.html
http://hotfile.com/dl/85685925/b2e0b1a/Tangled.2010.CAM.Feel-Free.part10.rar.html
http://hotfile.com/dl/85709440/24fcd6e/gtlangefddl_toast_boy.part01.rar.html

DISNEY000254

http://hotfile.com/dl/85709472/92ff820/gtlangefddl_toast_boy.part02.rar.html
http://hotfile.com/dl/85761422/0eb342c/c-tangld.part1.rar.html
http://hotfile.com/dl/85761740/f417230/c-tangld.part2.rar.html
http://hotfile.com/dl/85762025/1052eb8/c-tangld.part4.rar.html
http://hotfile.com/dl/85761912/00e9f55/c-tangld.part3.rar.html
http://hotfile.com/dl/85762280/49f7dfc/Lu-Tangled.part1.rar.html
http://hotfile.com/dl/85762492/fa417f5/Lu-Tangled.part2.rar.html
http://hotfile.com/dl/85762776/e6a421c/Lu-Tangled.part4.rar.html
http://hotfile.com/dl/85762673/20d1101/Lu-Tangled.part3.rar.html
http://hotfile.com/dl/85765162/17194c3/c-tangld.avi.003.html
http://hotfile.com/dl/85765587/9dcc7cc/c-tangld.avi.002.html
http://hotfile.com/dl/85764692/b8158a9/c-tangld.avi.004.html
http://hotfile.com/dl/85765881/25ad81e/c-tangld.avi.001.html
http://hotfile.com/dl/85786921/a7539cd/Tangled.2010.CAM.Feel-Free.part1.rar.html
http://hotfile.com/dl/85786926/d9213e6/Tangled.2010.CAM.Feel-Free.part2.rar.html
http://hotfile.com/dl/85787024/a1b971e/Tangled.2010.CAM.Feel-Free.part4.rar.html
http://hotfile.com/dl/85786967/a7af4de/Tangled.2010.CAM.Feel-Free.part3.rar.html
http://hotfile.com/dl/85787026/e23146b/Tangled.2010.CAM.Feel-Free.part5.rar.html
http://hotfile.com/dl/85787051/553f366/Tangled.2010.CAM.Feel-Free.part7.rar.html
http://hotfile.com/dl/85787027/3b2209e/Tangled.2010.CAM.Feel-Free.part6.rar.html
http://hotfile.com/dl/85818672/618e499/Tan10.CAM-CAMSTAiN.avi.html
http://hotfile.com/dl/85331280/d0e7ded/Long.Long.Hair.2k10.Cam-Lu.part2.rar.html
http://hotfile.com/dl/85331471/baf33ca/Long.Long.Hair.2k10.Cam-Lu.part1.rar.html
http://hotfile.com/dl/85514531/ea082a3/T.2010.Feel-Free.part3.rar.html
http://hotfile.com/dl/85515450/0ad0465/T.2010.Feel-Free.part2.rar.html
http://hotfile.com/dl/85516442/ef884d4/T.2010.Feel-Free.part1.rar.html
http://hotfile.com/dl/85529481/1f8d9f2/Tangled.2010.Cam.XviD.Feel-Free.avi.html
http://hotfile.com/dl/85610718/b3e7bf9/NiATSMAC-DivX.MAC.delgnaT.part1.rar.html
http://hotfile.com/dl/85610699/b46318f/NiATSMAC-DivX.MAC.delgnaT.part2.rar.html
http://hotfile.com/dl/85615426/03fb4fd/Bananashare.Org_tangld.part1.rar.html
http://hotfile.com/dl/85848257/3b4f818/Tangled.CAM.XviD-CAMSTAiN.avi.html
http://hotfile.com/dl/85769287/c73237c/c-tangld.avi.html
http://hotfile.com/dl/85531406/4189f85/T.C.X.F-F.part1.rar.html
http://hotfile.com/dl/85531593/d7576d8/T.C.X.F-F.part2.rar.html
http://hotfile.com/dl/85531681/992ce9e/T.C.X.F-F.part4.rar.html
http://hotfile.com/dl/85531664/3cd57ac/T.C.X.F-F.part3.rar.html
http://hotfile.com/dl/85531684/6a623d7/T.C.X.F-F.part5.rar.html
http://hotfile.com/dl/85531685/bee4581/T.C.X.F-F.part6.rar.html
http://hotfile.com/dl/85502378/dfd9f9b/Tangled.2010.Cam.dmz.part3.rar.html
http://hotfile.com/dl/85502369/fc734b6/Tangled.2010.Cam.dmz.part2.rar.html
http://hotfile.com/dl/85502389/430ed88/Tangled.2010.Cam.dmz.part4.rar.html
http://hotfile.com/dl/85502417/a2d80f8/Tangled.2010.Cam.dmz.part1.rar.html
http://hotfile.com/dl/85502427/c2c18d5/Tangled.2010.Cam.dmz.part5.rar.html
http://hotfile.com/dl/85502508/3884333/Tangled.2010.Cam.dmz.part6.rar.html
http://hotfile.com/dl/85502536/9ba0681/Tangled.2010.Cam.dmz.part7.rar.html
http://hotfile.com/dl/85620650/9fbdd6c/T.C.X.CAMSTAiN.part2.rar.html
http://hotfile.com/dl/85621441/8c4fc2d/T.C.X.CAMSTAiN.part1.rar.html
http://hotfile.com/dl/85622650/8114ec0/T.C.X.CAMSTAiN.part3.rar.html
http://hotfile.com/dl/85623117/c3ed223/T.C.X.CAMSTAiN.part4.rar.html
http://hotfile.com/dl/85588110/8419bce/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part1.rar.html
http://hotfile.com/dl/85588111/f0d7928/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part2.rar.html
http://hotfile.com/dl/85725898/435f4f3/Tangled.CAM.XviDCAMSTAiN.part1.rar.html
http://hotfile.com/dl/85725968/79cd924/Tangled.CAM.XviDCAMSTAiN.part5.rar.html
http://hotfile.com/dl/85726118/9633e4c/Tangled.CAM.XviDCAMSTAiN.part2.rar.html

DISNEY000255

http://hotfile.com/dl/85726175/102e8f7/Tangled.CAM.XviDCAMSTAiN.part6.rar.html
http://hotfile.com/dl/85726357/4665497/Tangled.CAM.XviDCAMSTAiN.part3.rar.html
http://hotfile.com/dl/85726610/01f7cf3/Tangled.CAM.XviDCAMSTAiN.part4.rar.html
http://hotfile.com/dl/85726512/39cf4a9/Tangled.CAM.XviDCAMSTAiN.part7.rar.html
http://hotfile.com/dl/85726529/fd8b70b/Tangled.CAM.XviDCAMSTAiN.part8.rar.html
http://hotfile.com/dl/85740459/d258a86/Tangled.2010.CAM.XviD-miguel.part1.rar.html
http://hotfile.com/dl/85740477/0e1bc19/Tangled.2010.CAM.XviD-miguel.part2.rar.html
http://hotfile.com/dl/85740592/56b5876/Tangled.2010.CAM.XviD-miguel.part3.rar.html
http://hotfile.com/dl/85740959/7037718/Tangled.2010.CAM.XviD-miguel.part6.rar.html
http://hotfile.com/dl/85740980/712631d/Tangled.2010.CAM.XviD-miguel.part7.rar.html
http://hotfile.com/dl/85740729/f383ece/Tangled.2010.CAM.XviD-miguel.part4.rar.html
http://hotfile.com/dl/85740835/8a48c3a/Tangled.2010.CAM.XviD-miguel.part5.rar.html
http://hotfile.com/dl/85707906/d4c19cb/Tangled.2010.CAM.Feel-Free.part2.rar.html
http://hotfile.com/dl/85707901/a27c62d/Tangled.2010.CAM.Feel-Free.part1.rar.html
http://hotfile.com/dl/85707929/a7ba4d8/Tangled.2010.CAM.Feel-Free.part3.rar.html
http://hotfile.com/dl/85707948/7acc454/Tangled.2010.CAM.Feel-Free.part4.rar.html


--------------------

DISNEY000256

| | |
|---|---|
| **From:** | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| **To:** | abuse@hotfile.com |
| **CC:** | Internet Enforcement |
| **Sent:** | 1/27/2011 1:35:27 PM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 6595] (PM) |

Thursday, January 27, 2011

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:6595 ]
File No. (PM) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Last Song, The*, *Once Upon A Warrior (Anaganaga O Dheerudu)*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/46847030/19fa85c/TLS.Ts.Xvid.LKRG.part1.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8 5 2010 1:17:48 AM)*

http://hotfile.com/dl/97237242/728dc6d/aod.2011.part2.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1 25 2011 12:37:29 AM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

DISNEY000304

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/46847030/19fa85c/TLS.Ts.Xvid.LKRG.part1.rar.html
http://hotfile.com/dl/97237242/728dc6d/aod.2011.part2.avi.html

--------------------

DISNEY000305

| | |
|---|---|
| **From:** | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| **To:** | abuse@hotfile.com |
| **CC:** | Internet Enforcement |
| **Sent:** | 3/15/2011 5:34:41 PM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 7415] (PM) |

Wednesday, March 16, 2011

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:7415 ]
File No. (PM) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Tangled*, *TRON: Legacy*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/95771654/a4d5a68/TeamHanna.org_KR46-KURYU.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1 25 2011 12:37:52 AM)*

http://hotfile.com/dl/95771667/617f353/TeamHanna.org_KR46-KURYU.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1 25 2011 12:37:56 AM)*

http://hotfile.com/dl/97198775/3ed7009/Tangled.2010.TS.XViD-DiNKY.avi.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1 25 2011 12:39:05 AM)*

http://hotfile.com/dl/97198910/dd87a6c/Tangled.2010.TS.XViD-DiNKY.avi.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1 25 2011 12:39:11 AM)*

http://hotfile.com/dl/97198969/ee46d40/Tangled.2010.TS.XViD-DiNKY.avi.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1 25 2011 12:39:35 AM)*

http://hotfile.com/dl/97198820/faa2038/Tangled.2010.TS.XViD-DiNKY.avi.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1 25 2011 12:39:40 AM)*

DISNEY000273

http://hotfile.com/dl/85359685/698f23d/tag.2010.cm.xtremeli.com.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:40:14 AM)*


http://hotfile.com/dl/85360931/5a342b4/tag.2010.cm.xtremeli.com.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:40:18 AM)*


http://hotfile.com/dl/97898188/6dc9b15/Tangled.2010-SUMO.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:40:20 AM)*


http://hotfile.com/dl/97898251/62c448d/Tangled.2010-SUMO.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:40:21 AM)*


http://hotfile.com/dl/97898245/9067a2f/Tangled.2010-SUMO.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:40:23 AM)*


http://hotfile.com/dl/97898256/5dac5bc/Tangled.2010-SUMO.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:40:24 AM)*


http://hotfile.com/dl/97898451/9138810/Tangled.2010-SUMO.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:40:25 AM)*


http://hotfile.com/dl/97898491/4d86ef6/Tangled.2010-SUMO.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:40:48 AM)*


http://hotfile.com/dl/97898494/bf2303a/Tangled.2010-SUMO.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:41:19 AM)*


http://hotfile.com/dl/93307536/4a8ce12/Tangled.2010.Divxin.net.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:41:23 AM)*


http://hotfile.com/dl/93307539/5aa836c/Tangled.2010.Divxin.net.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:41:26 AM)*


http://hotfile.com/dl/93307537/c44c348/Tangled.2010.Divxin.net.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:41:28 AM)*


http://hotfile.com/dl/93307538/3fbefbd/Tangled.2010.Divxin.net.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:41:31 AM)*


http://hotfile.com/dl/93163910/57015d6/Enrredados_KTAOMAI.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:41:56 AM)*


http://hotfile.com/dl/93163929/1c40b85/Enrredados_KTAOMAI.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000274

*(Original Notification Date: 1/25/2011 12:42:01 AM)*

http://hotfile.com/dl/93163978/4682bf7/Enrredados_KTAOMAI.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:42:03 AM)*

http://hotfile.com/dl/93163982/802eede/Enrredados_KTAOMAI.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:42:05 AM)*

http://hotfile.com/dl/93164078/605f813/Enrredados_KTAOMAI.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:42:39 AM)*

http://hotfile.com/dl/93164257/5c4c366/Enrredados_KTAOMAI.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:42:45 AM)*

http://hotfile.com/dl/98128712/068b8ac/Tangled.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:42:50 AM)*

http://hotfile.com/dl/98126350/bc34a42/Tangled.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:42:55 AM)*

http://hotfile.com/dl/98128628/5860e80/Tangled.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:43:23 AM)*

http://hotfile.com/dl/98128846/bd62796/Tangled.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:43:26 AM)*

http://hotfile.com/dl/98183539/dbc510a/Tangled.2010.TC.H264-DMZ.part03.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:43:30 AM)*

http://hotfile.com/dl/98183436/986bc74/Tangled.2010.TC.H264-DMZ.part01.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:43:35 AM)*

http://hotfile.com/dl/98183468/193bf35/Tangled.2010.TC.H264-DMZ.part02.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:43:38 AM)*

http://hotfile.com/dl/98183602/fd737ee/Tangled.2010.TC.H264-DMZ.part05.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:43:42 AM)*

http://hotfile.com/dl/98183631/6233376/Tangled.2010.TC.H264-DMZ.part07.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:43:45 AM)*

http://hotfile.com/dl/98183556/b8e32da/Tangled.2010.TC.H264-DMZ.part04.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:44:18 AM)*

http://hotfile.com/dl/98183615/910a36e/Tangled.2010.TC.H264-DMZ.part06.rar.html

DISNEY000275

\* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:44:23 AM)*

http://hotfile.com/dl/98183675/fa30ab8/Tangled.2010.TC.H264-DMZ.part08.rar.html
\* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:44:29 AM)*

http://hotfile.com/dl/98183681/9b84e2e/Tangled.2010.TC.H264-DMZ.part09.rar.html
\* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:44:32 AM)*

http://hotfile.com/dl/86524065/b4dd2da/Raiponce.FRENCH.TS.MD.XviD.avi.html
\* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/27/2011 8:46:31 PM)*

http://hotfile.com/dl/96316573/8ada2f2/Tangled10.TC-IMAGiNE.part3.rar.html
\* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/27/2011 8:46:32 PM)*

http://hotfile.com/dl/96316567/f4fb9aa/Tangled10.TC-IMAGiNE.part2.rar.html
\* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/27/2011 8:46:33 PM)*

http://hotfile.com/dl/96316643/7d6d29b/Tangled10.TC-IMAGiNE.part4.rar.html
\* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/27/2011 8:46:34 PM)*

http://hotfile.com/dl/96316564/b065fb8/Tangled10.TC-IMAGiNE.part1.rar.html
\* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/27/2011 8:46:35 PM)*

http://hotfile.com/dl/91142069/d538107/ddpanda_rana_Tangled_2010_TS_XViD_-_IMAGiNE.avi.part1.rar
\* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/27/2011 8:46:36 PM)*

http://hotfile.com/dl/91143315/4df21ea/ddpanda_rana_Tangled_2010_TS_XViD_-_IMAGiNE.avi.part2.rar.html
\* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/27/2011 8:46:37 PM)*

http://hotfile.com/dl/92557668/bd7a62a/Tangled_2010_TSIMp4Movies.com.mp4.html
\* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/27/2011 8:46:38 PM)*

http://hotfile.com/dl/97049339/a0b2031/Enred-TS-HQ-Latino-by-davidyceci.part2.rar.html
\* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 2/2/2011 8:14:25 PM)*

http://hotfile.com/dl/97049413/9430b4e/Enred-TS-HQ-Latino-by-davidyceci.part1.rar.html
\* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 2/2/2011 8:14:26 PM)*

http://hotfile.com/dl/97049441/afbbd04/Enred-TS-HQ-Latino-by-davidyceci.part4.rar.html
\* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 2/2/2011 8:14:27 PM)*

http://hotfile.com/dl/97050030/19aa319/Enred-TS-HQ-Latino-by-davidyceci.part3.rar.html
\* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 2/2/2011 8:14:27 PM)*

DISNEY000276

http://hotfile.com/dl/88094427/3efdc17/Tangled_2010_TS_XviD-LTRG.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 2/2/2011 8:14:28 PM)

http://hotfile.com/dl/93828057/70c64c0/01TRON_Legacy_(2010)_DVDRip_XviD.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 1/6/2011 2:38:45 AM)

http://hotfile.com/dl/93828062/3244663/01TRON_Legacy_(2010)_DVDRip_XviD.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 1/6/2011 2:38:52 AM)

http://hotfile.com/dl/93828045/ca850e7/01TRON_Legacy_(2010)_DVDRip_XviD.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 1/6/2011 2:38:54 AM)

http://hotfile.com/dl/93828052/8ba6a43/01TRON_Legacy_(2010)_DVDRip_XviD.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 1/6/2011 2:38:56 AM)

http://hotfile.com/dl/93828065/2004f05/01TRON_Legacy_(2010)_DVDRip_XviD.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 1/6/2011 2:38:58 AM)

http://hotfile.com/dl/93828223/840fc85/01TRON_Legacy_(2010)_DVDRip_XviD.part7.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 1/6/2011 2:39:02 AM)

http://hotfile.com/dl/93828071/9174848/01TRON_Legacy_(2010)_DVDRip_XviD.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 1/6/2011 2:39:46 AM)

http://hotfile.com/dl/93828225/f617682/01TRON_Legacy_(2010)_DVDRip_XviD.part8.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 1/6/2011 2:39:51 AM)

http://hotfile.com/dl/95920209/95f4b75/www.ferbourtoi.org.Gh0st.Tron.Legacy.2010.300mb.mkv.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 1/25/2011 12:37:57 AM)

http://hotfile.com/dl/97285659/664e8fd/_TRON_Legacy_2010_.avi.001.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 1/25/2011 12:37:59 AM)

http://hotfile.com/dl/92027419/7f100d2/san-troleg.ts.Ankesh.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 1/25/2011 12:44:33 AM)

http://hotfile.com/dl/92027509/c3ce0fa/san-troleg.ts.Ankesh.part2.rar.html
*.To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 1/25/2011 12:44:34 AM)

http://hotfile.com/dl/92027530/eedd835/san-troleg.ts.Ankesh.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 1/25/2011 12:44:35 AM)

http://hotfile.com/dl/91222327/02ebb18/TRON.Legacy.2010.TS.XViD.TR.Altyazi-JayS.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 1/25/2011 12:45:57 AM)

DISNEY000277

http://hotfile.com/dl/91222328/8d0a16c/TRON.Legacy.2010.TS.XViD.TR.Altyazi-JayS.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:45:58 AM)*

http://hotfile.com/dl/91222329/4f51ea1/TRON.Legacy.2010.TS.XViD.TR.Altyazi-JayS.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:45:59 AM)*

http://hotfile.com/dl/91222330/29c380f/TRON.Legacy.2010.TS.XViD.TR.Altyazi-JayS.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:45:59 AM)*

http://hotfile.com/dl/95226081/5810276/TeenDezire.com.Tron.Legacy.TS.IMAGiNE._2010_-300MB.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/27/2011 8:46:42 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/95771654/a4d5a68/TeamHanna.org_KR46-KURYU.part1.rar.html
http://hotfile.com/dl/95771667/617f353/TeamHanna.org_KR46-KURYU.part2.rar.html
http://hotfile.com/dl/97198775/3ed7009/Tangled.2010.TS.XViD-DiNKY.avi.part4.rar.html
http://hotfile.com/dl/97198910/dd87a6c/Tangled.2010.TS.XViD-DiNKY.avi.part3.rar.html
http://hotfile.com/dl/97198969/ee46d40/Tangled.2010.TS.XViD-DiNKY.avi.part2.rar.html
http://hotfile.com/dl/97198820/faa2038/Tangled.2010.TS.XViD-DiNKY.avi.part1.rar.html
http://hotfile.com/dl/85359685/698f23d/tag.2010.cm.xtremeli.com.part2.rar.html
http://hotfile.com/dl/85360931/5a342b4/tag.2010.cm.xtremeli.com.part1.rar.html
http://hotfile.com/dl/97898188/6dc9b15/Tangled.2010-SUMO.part1.rar.html
http://hotfile.com/dl/97898251/62c448d/Tangled.2010-SUMO.part3.rar.html
http://hotfile.com/dl/97898245/9067a2f/Tangled.2010-SUMO.part2.rar.html
http://hotfile.com/dl/97898256/5dac5bc/Tangled.2010-SUMO.part4.rar.html
http://hotfile.com/dl/97898451/9138810/Tangled.2010-SUMO.part5.rar.html
http://hotfile.com/dl/97898491/4d86ef6/Tangled.2010-SUMO.part6.rar.html
http://hotfile.com/dl/97898494/bf2303a/Tangled.2010-SUMO.part7.rar.html
http://hotfile.com/dl/93307536/4a8ce12/Tangled.2010.Divxin.net.part2.rar.html

DISNEY000278

http://hotfile.com/dl/93307539/5aa836c/Tangled.2010.Divxin.net.part1.rar.html
http://hotfile.com/dl/93307537/c44c348/Tangled.2010.Divxin.net.part3.rar.html
http://hotfile.com/dl/93307538/3fbefbd/Tangled.2010.Divxin.net.part4.rar.html
http://hotfile.com/dl/93163910/57015d6/Enrredados_KTAOMAI.part4.rar.html
http://hotfile.com/dl/93163929/1c40b85/Enrredados_KTAOMAI.part2.rar.html
http://hotfile.com/dl/93163978/4682bf7/Enrredados_KTAOMAI.part3.rar.html
http://hotfile.com/dl/93163982/802eede/Enrredados_KTAOMAI.part1.rar.html
http://hotfile.com/dl/93164078/605f813/Enrredados_KTAOMAI.part6.rar.html
http://hotfile.com/dl/93164257/5c4c366/Enrredados_KTAOMAI.part5.rar.html
http://hotfile.com/dl/98128712/068b8ac/Tangled.part3.rar.html
http://hotfile.com/dl/98126350/bc34a42/Tangled.part4.rar.html
http://hotfile.com/dl/98128628/5860e80/Tangled.part2.rar.html
http://hotfile.com/dl/98128846/bd62796/Tangled.part1.rar.html
http://hotfile.com/dl/98183539/dbc510a/Tangled.2010.TC.H264-DMZ.part03.rar.html
http://hotfile.com/dl/98183436/986bc74/Tangled.2010.TC.H264-DMZ.part01.rar.html
http://hotfile.com/dl/98183468/193bf35/Tangled.2010.TC.H264-DMZ.part02.rar.html
http://hotfile.com/dl/98183602/fd737ee/Tangled.2010.TC.H264-DMZ.part05.rar.html
http://hotfile.com/dl/98183631/6233376/Tangled.2010.TC.H264-DMZ.part07.rar.html
http://hotfile.com/dl/98183556/b8e32da/Tangled.2010.TC.H264-DMZ.part04.rar.html
http://hotfile.com/dl/98183615/910a36e/Tangled.2010.TC.H264-DMZ.part06.rar.html
http://hotfile.com/dl/98183675/fa30ab8/Tangled.2010.TC.H264-DMZ.part08.rar.html
http://hotfile.com/dl/98183681/9b84e2e/Tangled.2010.TC.H264-DMZ.part09.rar.html
http://hotfile.com/dl/86524065/b4dd2da/Raiponce.FRENCH.TS.MD.XviD.avi.html
http://hotfile.com/dl/96316573/8ada2f2/Tangled10.TC-IMAGiNE.part3.rar.html
http://hotfile.com/dl/96316567/f4fb9aa/Tangled10.TC-IMAGiNE.part2.rar.html
http://hotfile.com/dl/96316643/7d6d29b/Tangled10.TC-IMAGiNE.part4.rar.html
http://hotfile.com/dl/96316564/b065fb8/Tangled10.TC-IMAGiNE.part1.rar.html
http://hotfile.com/dl/91142069/d538107/ddpanda_rana_Tangled_2010_TS_XViD_-_IMAGiNE.avi.part1.rar
http://hotfile.com/dl/91143315/4df21ea/ddpanda_rana_Tangled_2010_TS_XViD_-_IMAGiNE.avi.part2.rar
http://hotfile.com/dl/92557668/bd7a62a/Tangled_2010_TSIMp4Movies.com.mp4.html
http://hotfile.com/dl/97049339/a0b2031/Enred-TS-HQ-Latino-by-davidyceci.part2.rar.html
http://hotfile.com/dl/97049413/9430b4e/Enred-TS-HQ-Latino-by-davidyceci.part1.rar.html
http://hotfile.com/dl/97049441/afbbd04/Enred-TS-HQ-Latino-by-davidyceci.part4.rar.html
http://hotfile.com/dl/97050030/19aa319/Enred-TS-HQ-Latino-by-davidyceci.part3.rar.html
http://hotfile.com/dl/88094427/3efdc17/Tangled_2010_TS_XviD-LTRG.avi.html
http://hotfile.com/dl/93828057/70c64c0/01TRON_Legacy_(2010)_DVDRip_XviD.part3.rar.html
http://hotfile.com/dl/93828062/3244663/01TRON_Legacy_(2010)_DVDRip_XviD.part4.rar.html
http://hotfile.com/dl/93828045/ca850e7/01TRON_Legacy_(2010)_DVDRip_XviD.part1.rar.html
http://hotfile.com/dl/93828052/8ba6a43/01TRON_Legacy_(2010)_DVDRip_XviD.part2.rar.html
http://hotfile.com/dl/93828065/2004f05/01TRON_Legacy_(2010)_DVDRip_XviD.part5.rar.html
http://hotfile.com/dl/93828223/840fc85/01TRON_Legacy_(2010)_DVDRip_XviD.part7.rar.html
http://hotfile.com/dl/93828071/9174848/01TRON_Legacy_(2010)_DVDRip_XviD.part6.rar.html
http://hotfile.com/dl/93828225/f617682/01TRON_Legacy_(2010)_DVDRip_XviD.part8.rar.html
http://hotfile.com/dl/95920209/95f4b75/www.ferbourtoi.org.Gh0st.Tron.Legacy.2010.300mb.mkv.html
http://hotfile.com/dl/97285659/664e8fd/_TRON_Legacy_2010_.avi.001.html
http://hotfile.com/dl/92027419/7f100d2/san-troleg.ts.Ankesh.part1.rar.html
http://hotfile.com/dl/92027509/c3ce0fa/san-troleg.ts.Ankesh.part2.rar.html
http://hotfile.com/dl/92027530/eedd835/san-troleg.ts.Ankesh.part3.rar.html
http://hotfile.com/dl/91222327/02ebb18/TRON.Legacy.2010.TS.XViD.TR.Altyazi-JayS.part2.rar.html
http://hotfile.com/dl/91222328/8d0a16c/TRON.Legacy.2010.TS.XViD.TR.Altyazi-JayS.part3.rar.html
http://hotfile.com/dl/91222329/4f51ea1/TRON.Legacy.2010.TS.XViD.TR.Altyazi-JayS.part4.rar.html
http://hotfile.com/dl/91222330/29c380f/TRON.Legacy.2010.TS.XViD.TR.Altyazi-JayS.part1.rar.html
http://hotfile.com/dl/95226081/5810276/TeenDezire.com.Tron.Legacy.TS.IMAGiNE._2010_-300MB.rar.html

DISNEY000279

--------------------

DISNEY000280

| | |
|---|---|
| **From:** | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| **To:** | abuse@hotfile.com |
| **CC:** | Internet Enforcement |
| **Sent:** | 4/12/2011 10:33:18 AM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 7822] (PM) |

Tuesday, April 12, 2011

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:7822 ]
File No. (PM) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney
Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney
copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one
or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be
forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Alice in Wonderland (2010)*, *FlashForward*, *Hannah Montana*, *The
Last Song*, *Lost*, *Prince of Persia*, *Princess and the Frog*, *The Sorcerer's Apprentice*, *When In Rome*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/65733230/427dc30
/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

http://hotfile.com/dl/65733231/c822815
/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

http://hotfile.com/dl/65734596/7df6286
/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

http://hotfile.com/dl/51178263/17053b1/Alicja(2010)Dub-PL.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

http://hotfile.com/dl/51178458/d0e418c/Alicja(2010)Dub-PL.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

DISNEY000281

http://hotfile.com/dl/51178366/71667d5/Alicja(2010)Dub-PL.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*


http://hotfile.com/dl/35877222/caaa492/flashforward.s01e13.hdtv.xvid-2hd.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*


http://hotfile.com/dl/35882483/f800bcb/flashforward.s01e13.hdtv.xvid-2hd.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*


http://hotfile.com/dl/36987892/a6aab09/FlashForward.S01E15.HDTV.XviD-P0W4.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*


http://hotfile.com/dl/36994731/abe3d8c/FlashForward.S01E15.HDTV.XviD-P0W4.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*


http://hotfile.com/dl/41688438/1518634/FlashForward.S01E19.HDTV.XviD-P0W4.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*


http://hotfile.com/dl/41694926/64a96fa/FlashForward.S01E19.HDTV.XviD-P0W4.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*


http://hotfile.com/dl/42827104/1aa9611/flashforward.s01e20.hdtv.xvid-2hd.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*


http://hotfile.com/dl/42877953/8f9a47a/flashforward.s01e20.hdtv.xvid-2hd.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*


http://hotfile.com/dl/60928953/b6d47d3/Hannah.Montana.S04E05.HDTV.avi
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*


http://hotfile.com/dl/60844115/0f0a9b9/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*


http://www.hotfile.com/dl/60951919/ea5f499/_hannah.montana.s04e05.hdtv.xvid-pinball.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*


http://hotfile.com/dl/60844545/658d41a/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*


http://hotfile.com/dl/60846427/cabe1ac/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*


http://hotfile.com/dl/60867517/d128fc9/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*