# Yeh Exhibit 142

| | |
|---|---|
| From: | Constantin Luchian [cl@incorporatenow.com] |
| Sent: | Monday, November 01, 2010 12:37 PM |
| To: | abuse@hotfile.com |
| Cc: | anto@titov.net |
| Subject: | DMCA Notice - 1/1/2010 |
| Attachments: | 9.3.2010 - Mulligan Concept B.V..pdf; 10.7.2010 (11.1.2010) - Mulligan Concept B.V..pdf |

To Whom it May Concern,

We have received the attached DMCA notice: 10.7.2010 (11.1.2010) - Mulligan Concept B.V..pdf

According to the notice, they have not received the response for their previous notice. I have attached the previous notice so you will be able to find it quickly: 9.3.2010 - Mulligan Concept B.V..pdf

Best regards,
--
*Constantin Luchian*
*InCorporate Now Inc.*
*1007 N. Federal Hwy., Suite 240*
*Fort Lauderdale, FL 33304*
*cl @ incorporatenow.com*
*Phone: 954.773.8743*
*Fax: 954.414.0865*

1

CONFIDENTIAL                                                                                   HF00115691

| | |
|---|---|
| From: | Dallas [dallas569@sbcglobal.net] |
| Sent: | Wednesday, April 14, 2010 9:46 PM |
| To: | abuse@lemuriaco.com |
| Subject: | Copyright abuse by hosted client- HOTFILE.COM |
| Attachments: | hotfile.doc; hotfile2.doc; hotfile3.doc; hotfile4.doc; hotfile5.doc; hotfile6 .doc; hotfile7 .doc; hotfile8 .doc; hotfile9 .doc; hotfile10 .doc; hotfile11 .doc |

This is Randy Alderson. I am owner of DST Productions and www.dallasspankshard.com. I have sent 13 official DCMA takedown notices to Hotfile.com. You are hosting them. They have systematically taken weeks to get back to me. They have out of 13 DCMA takedown notices only responded a few times. They know that my COPYRIGHTED INTELLECTUAL PROPERTY IS BEING POSTED ON A PIRATE BOARD. WWW.extreme-board.com. They is essence are in bed with these thieves. I have sent off two separate DCMA takedown notices TODAY!  This is HOW BAD IT HAS GOTTEN! I would hope that you would not condone this theft?

I WILL refer this to my attorney Frank Capwell if I am not satisfied with the outcome of this matter. I have a family and bills like all others.

Below are just a sample of the blatant disregard for international copyright law and DCMA takedown protection.

This represents a huge loss to my companyŠ.ONE YOU WILL BE LIABLE FOR!

Friday, April  14th, 2010

Randy Alderson
DSH Productions
4570 Van Nuys Blvd.
#462
Sherman Oaks, Ca 91403

To:  12th takedown notice
Hotfile.com
Sent via: email

Re: Notice of DMCA Claim of Infringement

The above-referenced entity is hereby given notice of infringing acts valid under the DMCA copyright infringement notification requirements (17 U.S.C.
512). I am the designated agent of the registered owner of the copyrights for the images and/or audio/visual works listed below. I believe your subscriber or account holder,
identified below by the infringing Œshan¹ (but not limited to) used these works, at the dates and times cited below in a manner that was not authorized by the owner of the copyrights, its agent, or the law.
I certify under penalty of perjury that I have a good faith belief the information contained in this notification is accurate to the best of my knowledge, and that I am authorized to act on behalf of the owner of the aforementioned copyright- protected materials.
The verified and documented infringements listed below were traced to URLs and/or IP addresses controlled by your company. We demand that, upon receipt of this notification of claimed infringement, you expeditiously remove the indicated files from your server and notify the subscriber or account holder to whom you assigned the account with Hotfile.com  We hereby demand that both your company and he or she immediately remove the infringing material and cease and desist trading or sharing DSH Productions property.

CONFIDENTIAL                                                                                                                    HF00236482

Under 17 U.S.C. 512(i), service providers are not eligible for the limitations on liability established by 17 U.S.C. 512 [including those established in subsection (a)] unless they have adopted and reasonably implemented, and informed subscribers and account holders a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers. Informing subscribers and account holders of acts of infringement is a crucial element to a policy providing for the termination of repeat infringers.

This letter does not constitute an exhaustive statement of DSH Productions and or DallasSpanksHard.com¹s  legal position, nor is it a waiver of any of our rights and/or

http://hotfile.com/dl/32838503/d9901...ianna.zip.html

http://hotfile.com/dl/32838507/2666e...Angel.zip.html

http://hotfile.com/dl/32838524/c1ea9...vonne.zip.html

http://hotfile.com/dl/32838512/b6752..._Lily.zip.html

http://hotfile.com/dl/32838521/01af1...ocker.zip.html

http://hotfile.com/dl/32927738/8ebb8...ierra.zip.html

http://hotfile.com/dl/32927739/e3514...rra_2.zip.html

http://hotfile.com/dl/32927740/50046...estic.zip.html

http://hotfile.com/dl/32927741/4af2d...James.zip.html

http://hotfile.com/dl/32927742/a752b...Tilly.zip.html

http://hotfile.com/dl/32927743/bced7...lly_2.zip.html

http://hotfile.com/dl/32927744/34136...lly_3.zip.html

http://hotfile.com/dl/32838517/c5dd3...dison.zip.html

http://hotfile.com/dl/32923665/52f0b...evere.zip.html

http://hotfile.com/dl/32838522/4731c...t_Wet.zip.html

http://hotfile.com/dl/32838523/2ca3d...Sydni.zip.html

http://hotfile.com/dl/32931605/76645...Ariel.zip.html

http://hotfile.com/dl/32923661/9302e...part1.rar.html

http://hotfile.com/dl/32923662/ba737...part2.rar.html

http://hotfile.com/dl/32838504/bfdf9...eline.zip.htm

http://hotfile.com/dl/32838505/79164...part1.rar.html

http://hotfile.com/dl/32838506/1858c...part2.rar.html

http://hotfile.com/dl/32838508/1da53...ustin.zip.html

CONFIDENTIAL                                                                                                    HF00236483

http://hotfile.com/dl/32838509/ce41c...tin_2.zip.html
<http://hotfile.com/dl/32838509/ce41cc8/DSH_-_Austin_2.zip.html>

http://hotfile.com/dl/32932494/d79b2...arper.zip.html

http://hotfile.com/dl/32932495/c5868...per_2.zip.html

http://hotfile.com/dl/32944716/d6b0a...hment.zip.html

http://hotfile.com/dl/32944717/274c1...ienna.zip.html

http://hotfile.com/dl/32944718/09b47...rtney.zip.html

http://hotfile.com/dl/32838513/4aba4...t_Boy.zip.htm

http://hotfile.com/dl/32838514/4f744...addle.zip.html

http://hotfile.com/dl/32824702/c05bc...gen_3.zip.html


remedies in this or any other matter, all of which are expressly reserved.
Your immediate attention to this matter is expected and appreciated.
When responding to this communication, please retain the Subject Notice ID number in the
Subject field.


You may receive a subpoena requiring you to provide the name and other identifying
information for this subscriber and are therefore requested to retain all files and documents
necessary to recover that data.

NOTE TO Hotfile.com - PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER OR ACCOUNT HOLDER.
THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A
SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. 512 (h).
NOTE TO SUBSCRIBER OR ACCOUNT HOLDER: YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS.
TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT.

Sincerely,

Randy Alderson - President/Owner
DSH Productions and DallasSpanksHard.com 4570 Van Nuys Blvd.
Suite 462
Sherman Oaks, Ca. 91403

This represents a huge loss to my companyŠ.ONE YOU WILL BE LIABLE FOR!

SECOND NOTICE NEW COPYRIGHTED CONTENT SAME PERSON!

Friday, April  14th, 2010

Randy Alderson
DSH Productions
4570 Van Nuys Blvd.
#462

CONFIDENTIAL                                                                                    HF00236484

Sherman Oaks, Ca 91403

To:  12th takedown notice
Hotfile.com
Sent via: email

Re: Notice of DMCA Claim of Infringement

The above-referenced entity is hereby given notice of infringing acts valid under the DMCA copyright infringement notification requirements (17 U.S.C.
512). I am the designated agent of the registered owner of the copyrights for the images and/or audio/visual works listed below. I believe your subscriber or account holder, identified below by the infringing Œshan¹ (but not limited to) used these works, at the dates and times cited below in a manner that was not authorized by the owner of the copyrights, its agent, or the law.
I certify under penalty of perjury that I have a good faith belief the information contained in this notification is accurate to the best of my knowledge, and that I am authorized to act on behalf of the owner of the aforementioned copyright- protected materials.
The verified and documented infringements listed below were traced to URLs and/or IP addresses controlled by your company. We demand that, upon receipt of this notification of claimed infringement, you expeditiously remove the indicated files from your server and notify the subscriber or account holder to whom you assigned the account with Hotfile.com  We hereby demand that both your company and he or she immediately remove the infringing material and cease and desist trading or sharing DSH Productions property.

Under 17 U.S.C. 512(i), service providers are not eligible for the limitations on liability established by 17 U.S.C. 512 [including those established in subsection (a)] unless they have adopted and reasonably implemented, and informed subscribers and account holders a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers. Informing subscribers and account holders of acts of infringement is a crucial element to a policy providing for the termination of repeat infringers.

This letter does not constitute an exhaustive statement of DSH Productions and or DallasSpanksHard.com¹s  legal position, nor is it a waiver of any of our rights and/or

http://hotfile.com/dl/31059706/41bc1...h.avi.001.html

http://hotfile.com/dl/31059559/59489...sh.avi.002.htm

http://hotfile.com/dl/32925346/00533...part1.rar.html

http://hotfile.com/dl/32925669/576a7...part2.rar.html

http://hotfile.com/dl/36895516/6251e...part1.rar.html

http://hotfile.com/dl/36895973/dc389...part2.rar.html

http://hotfile.com/dl/36899837/0b955...nie_4.rar.html

http://hotfile.com/dl/36893934/10cd0...part1.rar.html

http://hotfile.com/dl/36894651/e73eb...part2.rar.html
<http://hotfile.com/dl/36894651/e73eb3c/DSH_-_Amber_Wells_The_Personal_Secretary.part2.rar.html>

http://hotfile.com/dl/36898344/78f30...part1.rar.html

CONFIDENTIAL                                                                                                         HF00236485

```
http://hotfile.com/dl/36899001/6d537...part2.rar.html

http://hotfile.com/dl/36892166/42102...sCome.rar.html

http://hotfile.com/dl/36892166/42102...sCome.rar.html

http://hotfile.com/dl/31190593/a0503e3/WET.avi.001.html

http://hotfile.com/dl/31190720/75578e4/WET.avi.002.html
<http://hotfile.com/dl/31190720/75578e4/WET.avi.002.html>

http://hotfile.com/dl/31190651/a10796f/WET.avi.003.html
<http://hotfile.com/dl/31190651/a10796f/WET.avi.003.html>

http://hotfile.com/dl/31190594/b7d9cac/WET.avi.004.html
<http://hotfile.com/dl/31190594/b7d9cac/WET.avi.004.html>

http://hotfile.com/dl/31195033/d235efa/WET.avi.005.html
<http://hotfile.com/dl/31195033/d235efa/WET.avi.005.html>

http://hotfile.com/dl/31194401/a69c420/WET.avi.006.html

http://hotfile.com/dl/36902815/966aa...ind_3.rar.html

http://hotfile.com/dl/36897147/731e7...t_Kat.rar.html
```

remedies in this or any other matter, all of which are expressly reserved.
Your immediate attention to this matter is expected and appreciated.
When responding to this communication, please retain the Subject Notice ID number in the
Subject field.

You may receive a subpoena requiring you to provide the name and other identifying
information for this subscriber and are therefore requested to retain all files and documents
necessary to recover that data.

NOTE TO Hotfile.com - PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER OR ACCOUNT HOLDER.
THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A
SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. 512 (h).
NOTE TO SUBSCRIBER OR ACCOUNT HOLDER: YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS.
TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT.

Sincerely,

Randy Alderson - President/Owner
DSH Productions and DallasSpanksHard.com 4570 Van Nuys Blvd.
Suite 462
Sherman Oaks, Ca. 91403

CONFIDENTIAL                                                                          HF00236486

CONFIDENTIAL

HF00236487

| | |
|---|---|
| From: | Marsha Collier [mcollier1@socal.rr.com] |
| Sent: | Tuesday, April 20, 2010 1:57 PM |
| To: | abuse@hotfile.com |
| Cc: | Steven Hayes |
| Subject: | SECOND NOTICE DMCA/eBay For Seniors For Dummies |
| Attachments: | image001.gif; image002.png |
| Importance: | High |

I first reported this file on 3/6/2010

Please remove the file of my book from your website. It was posted illegally. I am Marsha Collier, the author of *eBay For Seniors for Dummies*. I am authorized to act on behalf of the owner of an exclusive right that is infringed.

You may contact me at
The Collier Company
17808 Malden St
Northridge, CA 91325
818 993 5413 or at the email above

Link to your download:
http://hotfile.com/dl/31174877/e5308c8/0470527595_eBay.rar.html

The URL of the website on which I found the link:
http://www.darelease.com/ebooks/116920-ebay-for-seniors-for-dummies-by-marsha-collier.html

I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agents, or the law. I state that the information in the notice is accurate, under penalty of perjury.
Thank you for your help and cooperation

*Marsha Collier*
Author of 15 "for Dummies" books on eBay
Host Computer & Technology Radio KTRB San Francisco
Host of PBS' "Making Your Fortune Online"
TWITTER: @marshacollier
www.marshacollier.com


*Marsha Collier*
Author of 15 "for Dummies" books on eBay
Host Computer & Technology Radio KTRB San Francisco
Host of PBS' "Making Your Fortune Online"
www.coolebaytools.com   http://mcollier.blogspot.com
www.computerandtechnologyradio.com
www.marcandmarsha.com

CONFIDENTIAL

CONFIDENTIAL

HF00237216

| | |
|---|---|
| **From:** | Aron Park [aron.park@aesvi.it] |
| **Sent:** | Tuesday, September 01, 2009 4:07 AM |
| **To:** | abuse@hotfile.com |
| **Subject:** | Illegal content | Guitar Hero 5 - Xbox360 (Activision-Blizzard) - Second Notice |
| **Attachments:** | image001.png; image002.png; image003.gif |
| **Importance:** | High |

Please proceed with the removal of the contents or let me know if you need further information.
Thanks.

Regards
Aron Park

**AESVI**
ASSOCIAZIONE EDITORI SOFTWARE VIDEOLUDICO ITALIANA

Aron Park | Anti-Piracy Manager
Via Privata Cesare Battisti, 2 - 20122 Milano
Tel. +39 02 54117708 - Cell. +39 340 0843004
Fax. +39 02 54118426 - Internet www.aesvi.it

**From:** Aron Park [mailto:aron.park@aesvi.it]
**Sent:** Monday, August 31, 2009 2:49 PM
**To:** 'abuse@hotfile.com'
**Subject:** Illegal content | Guitar Hero 5 - Xbox360 (Activision-Blizzard)
**Importance:** High

Hello,

My name is Aron Park and I'm the Anti-Piracy Manager of the Italian Videogames Software Publishers Association (aka AESVI – www.aesvi.it).
I'm writing you to report that your servers are hosting copyrighted material from one of our members.
Product name: *Guitar Hero 5 – Xbox360 (Activision-Blizzard)*

Here the links:

http://hotfile.com/dl/11054776/b2ecde2/mvlx-gh5g_nled.part01.rar.html
http://hotfile.com/dl/11054879/c88e220/mvlx-gh5g_nled.part02.rar.html
http://hotfile.com/dl/11054310/9d83fa4/mvlx-gh5g_nled.part03.rar.html
http://hotfile.com/dl/11055312/3565990/mvlx-gh5g_nled.part04.rar.html
http://hotfile.com/dl/11054526/2b1457d/mvlx-gh5g_nled.part05.rar.html
http://hotfile.com/dl/11055458/280ecaa/mvlx-gh5g_nled.part06.rar.html
http://hotfile.com/dl/11055815/fd41b24/mvlx-gh5g_nled.part07.rar.html
http://hotfile.com/dl/11055980/483a4e2/mvlx-gh5g_nled.part08.rar.html
http://hotfile.com/dl/11056071/e51fa83/mvlx-gh5g_nled.part09.rar.html
http://hotfile.com/dl/11056557/a5079fc/mvlx-gh5g_nled.part10.rar.html
http://hotfile.com/dl/11056059/3d73731/mvlx-gh5g_nled.part11.rar.html
http://hotfile.com/dl/11056175/cd60eb3/mvlx-gh5g_nled.part12.rar.html
http://hotfile.com/dl/11056849/65f3a56/mvlx-gh5g_nled.part13.rar.html
http://hotfile.com/dl/11057014/e1c0bc1/mvlx-gh5g_nled.part14.rar.html
http://hotfile.com/dl/11057606/6f95b24/mvlx-gh5g_nled.part15.rar.html
http://hotfile.com/dl/11057765/1754533/mvlx-gh5g_nled.part16.rar.html
http://hotfile.com/dl/11057934/474668e/mvlx-gh5g_nled.part17.rar.html

```
http://hotfile.com/dl/11058247/8a39332/mvlx-gh5g_nled.part18.rar.html
http://hotfile.com/dl/11058321/cb41c7f/mvlx-gh5g_nled.part19.rar.html
```

These links are published on the following forum site:

http://ddlfantasy.net/download/index.php?showtopic=62672

Here is a screenshot:



CONFIDENTIAL
HF00281988

> Link postati da marconi
>
> <u>CODICI</u>
>
> link da 400 mb
>
> http://hotfile.com/dl/11054776/b2acda2/mvlx-gh5g_nled.part01.rar.html
> http://hotfile.com/dl/11054879/c62a220/mvlx-gh5g_nled.part02.rar.html
> http://hotfile.com/dl/11054810/9d895a4/mvlx-gh5g_nled.part03.rar.html
> http://hotfile.com/dl/11055312/9565993/mvlx-gh5g_nled.part04.rar.html
> http://hotfile.com/dl/11054526/2b1457d/mvlx-gh5g_nled.part05.rar.html
> http://hotfile.com/dl/11055458/250ecas/mvlx-gh5g_nled.part06.rar.html
> http://hotfile.com/dl/11055915/fd31a24/mvlx-gh5g_nled.part07.rar.html
> http://hotfile.com/dl/11055920/423a4e2/mvlx-gh5g_nled.part08.rar.html
> http://hotfile.com/dl/11056071/e61fa63/mvlx-gh5g_nled.part09.rar.html
> http://hotfile.com/dl/11056557/a8078fc/mvlx-gh5g_nled.part10.rar.html
> http://hotfile.com/dl/11056069/3b73781/mvlx-gh5g_nled.part11.rar.html
> http://hotfile.com/dl/11056178/cd80ab9/mvlx-gh5g_nled.part12.rar.html
> http://hotfile.com/dl/11056849/65f3a8c/mvlx-gh5g_nled.part13.rar.html
> http://hotfile.com/dl/11057014/e1cdac1/mvlx-gh5g_nled.part14.rar.html
> http://hotfile.com/dl/11057606/6d99b24/mvlx-gh5g_nled.part15.rar.html
> http://hotfile.com/dl/11057765/1754953/mvlx-gh5g_nled.part16.rar.html
> http://hotfile.com/dl/11057934/478668e/mvlx-gh5g_nled.part17.rar.html
> http://hotfile.com/dl/11059247/6a39982/mvlx-gh5g_nled.part18.rar.html

Thanks.

Best regards
Aron Park

**AESVI**
ASSOCIAZIONE EDITORI SOFTWARE VIDEOLUDICO ITALIANA

Aron Park | Anti-Piracy Manager

Via Privata Cesare Battisti, 2 - 20122 Milano
Tel. +39 02 64117706 - Cell. +39 340 0643004
Fax  +39 02 64119423 - Internet www.aesvi.it

Le informazioni contenute in questa e-mail ed i relativi allegati sono diretti esclusivamente al destinatario o ai destinatari ivi indicati e devono ritenersi riservati. La diffusione, la copia e la comunicazione degli stessi da parte di un soggetto diverso dal destinatario sono assolutamente vietate anche ai sensi della normativa sulla *"privacy"* (D.Lgs. n. 196/03). Ove la presente e-mail ed i suoi allegati fossero stati ricevuti per errore da persona diversa dal destinatario, la persona stessa è pregata di distruggere tutto quanto ricevuto e di informare subito il mittente.

The information contained in this e-mail, as well as the documents attached hereto, are exclusively addressed to the addressee or addressees herein specified, and they must be considered as strictly confidential. The disclosure, copy and communication thereof by a subject different from the addressee are forbidden, also pursuant to the rules governing *"privacy"* (D.Lgs. 196/2003). In case this e-mail and its enclosures are received, erroneously, by a subject different from the addressee, the person who received it is required to destroy the whole documentation so received, and to duly inform the sender.

| | |
|---|---|
| **From:** | tombradden@mac.hush.com |
| **Sent:** | Wednesday, October 13, 2010 12:18 PM |
| **To:** | copyright@fedpol.org; abuse@hotfile.com |
| **Cc:** | abuse@iipa.com; hotline@mpaa.org; dmca@riaa.com; hotline@mpaa.org; dmca@sonymusic.com |
| **Subject:** | Illegal Copyright music video distributed vial Hotfile.com 2nd Notice! (ATTN: Interpol) |

It has come to our attention that the following copyright material is being illegally distributed via Hotfile.com hosting website servers, despite previous notices:

DVD Title: "King Crimson In The Wake Of Poseidon" (40th Anniversary Series, 2010)
ASIN#: B003XTUZIC
Label: Discipline Records (Distributed by Sony/BMG)

Website containing links to download above copyright material:
http://www.avaxhome.ws/hraphile/king_crimson_in_the_wake_of_poseidon_2010_dvda.html

Hotfile link to folder containing illegal pirated material files:
http://hotfile.com/list/917166/1aaa13a

Hotfile file links to illegal pirated material:
http://hotfile.com/dl/75529255/ed2c3f6/kc_wake_2010_dvda.part01.rar.html
http://hotfile.com/dl/75530306/28948a1/kc_wake_2010_dvda.part02.rar.html
http://hotfile.com/dl/75531398/63073af/kc_wake_2010_dvda.part03.rar.html
http://hotfile.com/dl/75532573/f1ae80d/kc_wake_2010_dvda.part04.rar.html
http://hotfile.com/dl/75533596/960ff5b/kc_wake_2010_dvda.part05.rar.html
http://hotfile.com/dl/75534658/1613142/kc_wake_2010_dvda.part06.rar.html
http://hotfile.com/dl/75535816/bf5bdfa/kc_wake_2010_dvda.part07.rar.html
http://hotfile.com/dl/75537133/ef0d6d5/kc_wake_2010_dvda.part08.rar.html
http://hotfile.com/dl/75538432/00a8b0d/kc_wake_2010_dvda.part09.rar.html
http://hotfile.com/dl/75539765/949eba7/kc_wake_2010_dvda.part10.rar.html
http://hotfile.com/dl/75540780/9c75e0f/kc_wake_2010_dvda.part11.rar.html
http://hotfile.com/dl/75542003/441ff78/kc_wake_2010_dvda.part12.rar.html
http://hotfile.com/dl/75543196/5aeb3a8/kc_wake_2010_dvda.part13.rar.html
http://hotfile.com/dl/75544254/9c098f2/kc_wake_2010_dvda.part14.rar.html
http://hotfile.com/dl/75545406/5117d68/kc_wake_2010_dvda.part15.rar.html
http://hotfile.com/dl/75547593/55cf582/kc_wake_2010_dvda.part16.rar.html
http://hotfile.com/dl/75548820/4adbd71/kc_wake_2010_dvda.part17.rar.

CONFIDENTIAL

HF00646023

```
html
http://hotfile.com/dl/75549898/669fba9/kc_wake_2010_dvda.part18.rar.html
http://hotfile.com/dl/75550980/7f59f6f/kc_wake_2010_dvda.part19.rar.html
http://hotfile.com/dl/75551865/a32b40a/kc_wake_2010_dvda.part20.rar.html
http://hotfile.com/dl/75552855/3c7a942/kc_wake_2010_dvda.part21.rar.html
http://hotfile.com/dl/75553819/e2c1e11/kc_wake_2010_dvda.part22.rar.html
http://hotfile.com/dl/75554848/c13eebb/kc_wake_2010_dvda.part23.rar.html
http://hotfile.com/dl/75555768/7710948/kc_wake_2010_dvda.part24.rar.html
http://hotfile.com/dl/75556809/9fdc6e4/kc_wake_2010_dvda.part25.rar.html
http://hotfile.com/dl/75557827/9637c37/kc_wake_2010_dvda.part26.rar.html
http://hotfile.com/dl/75558824/71c79fc/kc_wake_2010_dvda.part27.rar.html
http://hotfile.com/dl/75559851/c2a513b/kc_wake_2010_dvda.part28.rar.html
http://hotfile.com/dl/75560884/9569a3f/kc_wake_2010_dvda.part29.rar.html
http://hotfile.com/dl/75561838/ebb0edf/kc_wake_2010_dvda.part30.rar.html
http://hotfile.com/dl/75562865/a0075fb/kc_wake_2010_dvda.part31.rar.html
http://hotfile.com/dl/75563902/9c4b163/kc_wake_2010_dvda.part32.rar.html
http://hotfile.com/dl/75565040/980deac/kc_wake_2010_dvda.part33.rar.html
http://hotfile.com/dl/75566034/188d114/kc_wake_2010_dvda.part34.rar.html
http://hotfile.com/dl/75567096/54ce202/kc_wake_2010_dvda.part35.rar.html
http://hotfile.com/dl/75568085/e56ede4/kc_wake_2010_dvda.part36.rar.html
http://hotfile.com/dl/75569741/c52a42a/kc_wake_2010_dvda.part37.rar.html
http://hotfile.com/dl/75571898/49bbe43/kc_wake_2010_dvda.part38.rar.html
http://hotfile.com/dl/75574563/7ee4764/kc_wake_2010_dvda.part39.rar.html
http://hotfile.com/dl/75576852/87f98d2/kc_wake_2010_dvda.part40.rar.html
http://hotfile.com/dl/75579156/c132993/kc_wake_2010_dvda.part41.rar.html
http://hotfile.com/dl/75581108/b43cb0b/kc_wake_2010_dvda.part42.rar.html
http://hotfile.com/dl/75582750/86bec43/kc_wake_2010_dvda.part43.rar.html
http://hotfile.com/dl/75584725/634fad5/kc_wake_2010_dvda.part44.rar.html
http://hotfile.com/dl/75587035/cbb5dcb/kc_wake_2010_dvda.part45.rar.html
http://hotfile.com/dl/75588903/44d1bc4/kc_wake_2010_dvda.part46.rar.
```

CONFIDENTIAL                                                                                                HF00646024

```
html
http://hotfile.com/dl/75590589/ed0dacd/kc_wake_2010_dvda.part47.rar.
html
http://hotfile.com/dl/75592135/25b6c39/kc_wake_2010_dvda.part48.rar.
html
http://hotfile.com/dl/75593896/98cec89/kc_wake_2010_dvda.part49.rar.
html
http://hotfile.com/dl/75595412/e4852e5/kc_wake_2010_dvda.part50.rar.
html
http://hotfile.com/dl/75597183/b2406b6/kc_wake_2010_dvda.part51.rar.
html
http://hotfile.com/dl/75598994/da54f9e/kc_wake_2010_dvda.part52.rar.
html
http://hotfile.com/dl/75600991/e8be791/kc_wake_2010_dvda.part53.rar.
html
http://hotfile.com/dl/75602734/230dd2d/kc_wake_2010_dvda.part54.rar.
html
http://hotfile.com/dl/75604203/2b2fca3/kc_wake_2010_dvda.part55.rar.
html
http://hotfile.com/dl/75605597/9bd7544/kc_wake_2010_dvda.part56.rar.
html
http://hotfile.com/dl/75607308/be79432/kc_wake_2010_dvda.part57.rar.
html
http://hotfile.com/dl/75609000/2a28b53/kc_wake_2010_dvda.part58.rar.
html
http://hotfile.com/dl/75610842/95a2a36/kc_wake_2010_dvda.part59.rar.
html
http://hotfile.com/dl/75612448/3d24a35/kc_wake_2010_dvda.part60.rar.
html
http://hotfile.com/dl/75614590/4a30fe2/kc_wake_2010_dvda.part61.rar.
html
http://hotfile.com/dl/75616473/8211a28/kc_wake_2010_dvda.part62.rar.
html
http://hotfile.com/dl/75618182/3401ffe/kc_wake_2010_dvda.part63.rar.
html
http://hotfile.com/dl/75619787/878d6d3/kc_wake_2010_dvda.part64.rar.
html
http://hotfile.com/dl/75621353/7797d73/kc_wake_2010_dvda.part65.rar.
html
http://hotfile.com/dl/75622817/73fd20a/kc_wake_2010_dvda.part66.rar.
html
```

Additionally, to further encourage the distribution of illegal copyright material, Hotfile.com has a payment scheme to reward uploaders who engage in this activity, as can be seen from this quote from their website:

"Earn money while uploading and sharing your files with your friends. Our affiliate program is open for every registered member in our site. We have a flexible rate for each of your files."

International laws expressly forbid the transmission AND sale of these copyright materials in an illegal manner. All related files shown above should be removed from these pirate servers immediately!

A copy of this email is being been sent to Interpol, RIAA, IIPA, MPAA, and Sony Corporation.

Tom Bradden

CONFIDENTIAL                                                                                                   HF00646025