# Yeh Exhibit 143

| | |
|---|---|
| From: | Anton Titov [anton@titov.net] |
| Sent: | Saturday, February 13, 2010 11:00 PM |
| To: | no1knows.me@gmail.com |
| Cc: | rumen@hotfile.com; andrew@hotfile.com; nasko@hotfile.com; Hotfile Abuse |
| Subject: | Re: Customer Message and Question |

Dido,

Upload an arbitrary file and send us a link to it. Arrange so that everyone who starts to download the file, his premium status to be stopped and his IP to be banned. Thus we will easily manage such services.

Anton


On Sat, Feb 13, 2010 at 11:51 AM, Hotfile Abuse <abuse@hotfile.com> wrote:
> Take a look at what a lady with an interesting name has sent us!
>
> Stanislav
>
> ---------- Forwarded message ----------
> From: kathi hui <katihui@netzoola.com>
> Date: Fri, Feb 12, 2010 at 11:01 PM
> Subject: Customer Message and Question
> To: abuse@hotfile.com
>
>
> Abuse of  hotfile .com  business conditions?
>
> A Download Service "mydownloader.net" buys from your service hotfile
> .com and 10+ other filesharing services premium accounts. this will
> used then =n a pool on their own mydl-server and resold as to utilize
> the different file-hoster all in one. In short spoken: they go on in
> third hand for 55=E2  instead of 10x the full price for the single
> hoster. the DL-limit is 3 gigabite pro day for all accounts. so behind
> one mydownloader-account for 55€ are many single end-user who use the
> same hotfile .com accoun= via the mydl-server. I suppose also that's
> the reason they have no different IP's= that's not only illegal
> reselling, that's account sharing and i bet again=t your business
> conditions. rapidshare has already takes action after my hint. not
> confor= to their term and conditions.
>
> mydl eats your customers and doing currently a lot advertisement for
> thei= "service".
>
> Best regards,
> Kati
>
> _____
> hotfile Terms of Service
>
> Account of the Client. Rights of the client. Responsibilities of the clie=t.
> *The client is the unique legal owner for the data of the account (the
> login, password and all attendant data). The client has full
> responsibili=y for all and any (successful or unsuccessful) attempts

1

CONFIDENTIAL

EXHIBIT
Tbv 15P
12.08.11

HF02837104

```
> to access the Servi=es or use of Services (including all actions and
> transactions) with the use =f the account of Client, except for cases
> when access or the utilization of Services is a direct result of negligence of Hotfile.
>
> _____
> Play Games at NETZOOLA!
>
```

--
Regards,
Anton Titov

2

CONFIDENTIAL

HF02837105



AFFIDAVIT OF ACCURACY

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02837104-05] from Bulgarian into English.

*[signature]*

TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

*[signature]*
Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-62 29268
Qualified in Queens County
Commission Expires October 4, 20__

Stamp, Notary Public
New York, NY

THREE PARK AVENUE, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

| | |
|---|---|
| From: | Anton Titov [anton@titov.net] |
| Sent: | Saturday, February 13, 2010 11:00 PM |
| To: | no1knows.me@gmail.com |
| Cc: | rumen@hotfile.com; andrew@hotfile.com; nasko@hotfile.com; Hotfile Abuse |
| Subject: | Re: Customer Message and Question |

Dido,

Kachi edin fajl proizvolen i ni daj link kym nego. Napravi vseki, kojto trygne da svalja fajla da mu se spira premiuma i da se banva IPto. Taka lesno she se spravjame s takiva services.

Anton


On Sat, Feb 13, 2010 at 11:51 AM, Hotfile Abuse <abuse@hotfile.com> wrote:
> Vijte kakvo ni e pratila edna dama s interesno ime!
>
> Stanislav
>
> ---------- Forwarded message ----------
> From: kathi hui <katihui@netzoola.com>
> Date: Fri, Feb 12, 2010 at 11:01 PM
> Subject: Customer Message and Question
> To: abuse@hotfile.com
>
>
> Abuse of  hotfile .com  business conditions?
>
> A Download Service "mydownloader.net" buys from your service hotfile
> .com and 10+ other filesharing services premium accounts. this will
> used then =n a pool on their own mydl-server and resold as to utilize
> the different file-hoster all in one. In short spoken: they go on in
> third hand for 55=E2  instead of 10x the full price for the single
> hoster. the DL-limit is 3 gigabite pro day for all accounts. so behind
> one mydownloader-account for 55€ are many single end-user who use the
> same hotfile .com accoun= via the mydl-server. I suppose also that's
> the reason they have no different IP's= that's not only illegal
> reselling, that's account sharing and i bet again=t your business
> conditions. rapidshare has already takes action after my hint. not
> confor= to their term and conditions.
>
> mydl eats your customers and doing currently a lot advertisement for
> thei= "service".
>
> Best regards,
> Kati
> _____
> hotfile Terms of Service
>
> Account of the Client. Rights of the client. Responsibilities of the clie=t.
> *The client is the unique legal owner for the data of the account (the
> login, password and all attendant data). The client has full
> responsibili=y for all and any (successful or unsuccessful) attempts

1

CONFIDENTIAL                                                                                                           HF02837104

```
> to access the Servi=es or use of Services (including all actions and
> transactions) with the use =f the account of Client, except for cases
> when access or the utilization of Services is a direct result of negligence of Hotfile.
>
> _____
> Play Games at NETZOOLA!
>
```

--
Regards,
Anton Titov

CONFIDENTIAL

HF02837105