# Yeh Exhibit 144

Yeh Exhibit 144

| Bates Number of Hotfile User Email | Date of Email | URL in "lastdl" Field of Hotfile User Email Also Identified by Plaintiffs as Infringing in Response to Hotfile's Interrogatory No. 1 | Plaintiff Work Infringed |
|---|---|---|---|
| HF00037635 | 2011-Mar-21 | http://hotfile.com/dl/53058618/6e79706/2012.2009.720p.BRRip.-.600MB.ShAaNiG.part1.rar.html | 2012 |
| HF00035218 | 2011-Mar-01 | http://hotfile.com/dl/106056109/bf1bfd5/127.Hours.2010.German.AC3D.BDRip.READ.NFO.XviD-ERC_saugking.net.r00.html | 127 HOURS |
| HF00034456 | 2011-Feb-24 | http://hotfile.com/dl/10469547O/107de21/30.rock.s01e01.dvdrip.xvid-topaz.rar.html | 30 Rock |
| HF00036851 | 2011-Mar-10 | http://hotfile.com/dl/67397030/8e9ef45/Accepted.DVDRip.XViD-ALLiANCE.CW.CrOwN..part1.rar.html | Accepted |
| HF00034591 | 2011-Feb-25 | http://hotfile.com/dl/90984004/a3ef d89/Adam.2009.Divxin.net.part1.rar.html | ADAM |
| HF00033707 | 2011-Feb-20 | http://hotfile.com/dl/103982554/150fcab/All.Star.Superman.2011.STV.DVDRIP.XviD.P2P.duasatu.com.avi.part1.rar.html | All-Star Superman |
| HF00034852 | 2011-Feb-26 | http://hotfile.com/dl/40131481/01ef3a9/Avatar.720p.ITA.AC3-DTS.Bluray.x264-(_Mux_M07)_CBGB-BiT-Share.part5.rar.html | AVATAR |
| HF00039130 | 2011-Apr-17 | http://hotfile.com/dl/113164731/8b35d19/Battle.Los.Angeles.2011.R5chocolatefeliz.org.part2.rar.html | BATTLE LOS ANGELES |
| HF00034039 | 2011-Feb-22 | http://hotfile.com/dl/91695704/c74f591/Black_Swan_2010_DVDSCR.part1.rar.html | BLACK SWAN |
| HF00086133 | 2011-May-10 | http://hotfile.com/dl/74739859/655a9b8/Bolt.2008.BRRip.TR.XviD.part1.rar.html | Bolt |
| HF00085553 | 2011-Apr-16 | http://hotfile.com/dl/9126471 2/494e28b/burn.notice.s04e17jupiter.rmvb.html | BURN NOTICE |
| HF00037293 | 2011-Mar-16 | http://hotfile.com/dl/8768O432/7c45c0b/Castle.2009.S03E03.HDTV.XviD-LOL.avi.html | Castle |
| HF00038518 | 2011-Apr-05 | http://hotfile.com/dl/111291642/e34e17e/Castle.2009.S03E18.HDTV.XviD-LOL.avi.html | Castle |
| HF00033740 | 2011-Feb-20 | http://hotfile.com/dl/101804784/d1f7f38/Due.Date.2010.1080p.BluRay.DTS.x264-BLOW.Divxm.net.part01.rar.html | Due Date |
| HF00035231 | 2011-Mar-01 | http://hotfile.com/dl/85584995/0abcf3c/Family.Guy.S08E14.Proper.Hdtv.Xvid-Notv.avi.html | FAMILY GUY |
| HF00085518 | 2011-Apr-14 | http://hotfile.com/dl/114092362/937429f/Family.Guy.S09E15.HDTV.XviD-LOL.avi.html | FAMILY GUY |
| HF00085605 | 2011-Apr-18 | http://hotfile.com/dl/92070252/2bfaea8/Garfield.2004.720p.DUAL.Bluray.x264.AC3-AVS720.part04.rar.html | GARFIELD |
| HF00034510 | 2011-Feb-24 | http://hotfile.com/dl/70717630/7eef1c8/Get.Him.to.the.Greek.2010.UNRATED.720p.BluRay.X264-AMIABLE.r00.html | Get Him to the Greek |
| HF00034814 | 2011-Feb-26 | http://hotfile.com/dl/107561468/b4b02ee/GLADIATOR.2000.DvDrip.part1.rar.html | Gladiator |
| HF00035566 | 2011-Mar-03 | http://hotfile.com/dl/105558156/a1de2cc/glee.S02E08.hdtv.xvid.Hyperion.rar.html | GLEE |
| HF00085900 | 2011-Apr-30 | http://hotfile.com/dl/111768868/82348f4/Greys.Anatomy.S07E17.HDTV.XviD-LOL.avi.html | GREY'S ANATOMY |
| HF00036758 | 2011-Mar-10 | http://hotfile.com/dl/103948189/e5e0b64/Gu....part1.rar.html | GULLIVER'S TRAVELS |
| HF00037726 | 2011-Mar-22 | http://hotfile.com/dl/82847819/1ffcf44/MyEgy.Com.Inception.2010.BRRip.rmvb.html | Inception |
| HF00035798 | 2011-Mar-05 | http://hotfile.com/dl/98278774/521aecf/life-as-we-know-it-2010-brrip-xvid-mc8.th3scene.com.rar.html | Life As We Know It |
| HF00033925 | 2011-Feb-21 | http://hotfile.com/dl/8136267/402a31d/the.mentalist.s01e01.hdtv.xvid-0tv.avi.html | Mentalist |
| HF00033928 | 2011-Feb-21 | http://hotfile.com/dl/8136267/402a31d/the.mentalist.s01e01.hdtv.xvid-0tv.avi.html | Mentalist |
| HF00033934 | 2011-Feb-21 | http://hotfile.com/dl/105680900/12394c6/The.Mentalist.S03E15.HDTV.XviD-P0W4.avi.rar.html | Mentalist |
| HF00033507 | 2011-Feb-19 | http://hotfile.com/dl/105688125/1fa2bc9/the.office.717.hdtv-lol.avi.html | Office |
| HF00034566 | 2011-Feb-25 | http://hotfile.com/dl/107326244/0b0ed07/the.office.718.hdtv-lol.avi.html | Office |
| HF00035305 | 2011-Mar-01 | http://hotfile.com/dl/99491567/2842ed6/Pretty.Little.Liars.S01E14.rmvb.html | Pretty Little Liars |
| HF00037007 | 2011-Mar-12 | http://hotfile.com/dl/98245524/9a3e00e/The.Pursuit.Of.Happyness2006DvDripEng-aXXo.TRSub.DivXTeam.Net.BuRoCK.part1.rar.html | Pursuit Of Happyness |
| HF00033379 | 2011-Feb-19 | http://hotfile.com/dl/105667514/15bab12/Royal.Pains.S02E17.part1.rar.html | Royal Pains |
| HF00034654 | 2011-Feb-25 | http://hotfile.com/dl/57292887/81c5ea5/Royal.Pains.S02E06.by.www.seriesfree.biz.rmvb.html | Royal Pains |
| HF00033987 | 2011-Feb-22 | http://hotfile.com/dl/82907265/23d1784/Salt.2in1.2010.1080p.part01.rar.html | SALT |
| HF00038469 | 2011-Apr-05 | http://hotfile.com/dl/105334590/3af8ccf/Salt.2010.BRRip.www.filmindirnet.net.part1.rar.html | SALT |
| HF00033333 | 2011-Feb-19 | http://hotfile.com/dl/105562253/e5dfbf7/Stealth.2005.m-HD.x264-AsCo.rar.html | Stealth |
| HF00033577 | 2011-Feb-20 | http://hotfile.com/dl/105633211/6f53a73/Tron_Efsanesi_2010_TR_HD_TELESYNC_Xvid.part1.rar.html | Tron |
| HF00034905 | 2011-Feb-27 | http://hotfile.com/dl/107524266/0a43d27/TRON.Legacy.2010.PPV.XVID-TOXiCiNK-DirtyDingo.org.part1.rar.html | Tron |