# Yeh Exhibit 145



# Cyberlocker Ecosystem Shocked As Big Players Take Drastic Action

In the wake of last week's Megaupload shutdown, some of the biggest names in the market are taking drastic action. During the last 48 hours many sites have completely withdrawn their systems for paying uploaders when their files are shared with others, but one of the most dramatic moves came first from Filesonic and today Fileserve. Both services now forbid people from downloading any files they didn't upload themselves.

While the shutdown last week of Megaupload and the arrest of its founder and management team was certainly dramatic, a situation of perhaps even greater gravity is beginning to emerge.

Over the past 48 to 72 hours the operators of many prominent cyberlocker services have been taking unprecedented actions that can not simply be explained away by mere coincidence. The details in the Megaupload indictment clearly have some players in the file-hosting world spooked.

One of the key allegations is that between 2005 and mid 2011 Megaupload ran a program that rewarded users for uploading infringing material. A cited internal email allegedly shows staff members discussing cash payments going to people uploading "full popular DVD rips" and "software with keygenerators (Warez)".

Although Megaupload stopped paying out rewards in July 2011, that didn't stop the site from getting raided. Other cyberlocker services are clearly hoping they will be more lucky.

Last evening **Filesonic**, a top 10 player in the file-sharing world with a billion pageviews a month, not only withdrew its affiliate rewards program, but also banned any third parties downloading files. Simply put, users can now only download files from the service that they uploaded themselves.

But according to reports, there's no guarantee of that. Account owners report that their files are being mass deleted, that's if their entire account hasn't been banned already.

**Fileserve**, another leading player, also ended its affiliate program this weekend. Additionally, this morning TorrentFreak received news that Fileserve has now joined Filesonic in banning all 3rd party downloads.



"I just paid for a premium account and can now only download my own fucking files an unlimited number of times," said one angry user. "What use is that?"

Other users of Fileserve are experiencing an even further degraded level of service. Reports describe mass deletion of their uploads and the banning of accounts on apparent Terms of Service violations.



But the changes at these two services appears to be just the tip of a very big and very complex iceberg. Developments at other file-hosting services are widespread.

As previously reported, **Uploaded.to** banned all US IP addresses in what appears to be an effort to distance itself from US jurisdiction. Its affiliate program is still listed as operational, but the same cannot be said about those run by some of its competitors.

**VideoBB** and **VideoZer** have both reportedly closed their rewards program and according to reports have also been mass deleting accounts and huge numbers of files.

Other sites closing their affiliate programs and/or deleting accounts/files include **FileJungle**, **UploadStation** and **FilePost**.

- You can only retrieve files from FileJungle after logging in to your file manager. Only files you have uploaded personally can be retrieved.



Another interesting development involves so-called 'release blogs' sites that report on leaked material but either provide links to the material on cyberlockers or allow their users to do the same. The number of overall releases hasn't changed much but the links currently being posted on some of these sites show less variety and volume than they did this time last week.

Do you know of other file-hosts/cyberlockers taking similar action? Send us your stories and screenshots to the usual address.

**Update:** Smaller host **UploadBox** calls it quits. "All files will be deleted on January 30th. Feel free to download the files you store with UploadBox until this date."

**Update 2:** Another host x7.to shuts down.

**Update 3:** TorrentFreak has seen evidence that on request PayPal is refunding cash paid to Filesonic over the weekend.







### NewsBits
The latest news from around the web, not covered on the frontpage.

**GayTorrent Shuts Down**
GayTorrent.ru, one of the largest gay torrent trackers appears to have shut down. The homepage has...

**The Pirate Bay Is Down, But Don't Panic**
Yes, The Pirate Bay is down at the moment. No, there's no reason to panic. Every...

**Belgian Music Pirate Slapped With 65,651 Euro in Damages**
A Belgian man was found guilty of posting several Kaiser Chiefs tracks onto the Internet before...

**'SOPA Ireland' Signed Into Law**
Ireland today passed new legislation that allows copyright holders to force Internet providers to block 'pirate'...

**TorrentFreak's US Censorship 'Mistake' Article, Censored by 'Mistake'**
Where would we be without censorship? Last year we ran a piece on a mistake by...



### MostDiscussed
Below are TorrentFreak's most discussed articles of the past month. Join the discussion if you like.



- BitTorrent Pirates Go Nuts After TV Release Groups Dump Xvid — 609
- Book Publishers 'Shut Down' Library.nu and iFile.it — 549
- Pirate Bay: The RIAA Is Delusional and Must Be Stopped — 396
- RapidShare Slows Download Speeds To Drive Away Pirates — 307
- The Pirate Bay, Now Without Torrents — 283

### CopyQuote





**Peter Sunde**

### RecommendedArticles



**Update 4:** FileJungle and UploadStation have disabled all 3rd party downloads

**Update 5:** 4shared cancels affiliate program

Dear affiliate member,

This notification has been sent to you because unfortunately our Affiliate Program will shut down in one week and since Feb 1, 2012 we terminate your partnership with www.4shared.com.
Within next 15 days we'll conduct a complete calculation with you and you'll receive a payment to your PayPal account

It was our pleasure to work with you. Thank you for promoting 4shared

Best regards,
Sales Department

File Viewer

Price: Free
Browser: IE/Firefox/Chrome/Safari/Opera
OS: Windows XP/ Windows 7/ Win Vista

Download

**Related Posts**

It's Official: US Demands Extradition of Megaupload Suspects

Megaupload Co-Founder Released On Bail

Megaupload Founder Accuses Police of Assault, Denied Bail Again

Cyberlocker Burden of Proof Should Be Reversed, Anti-Piracy Group Says

MegaUpload User Data Safe for 2 More Weeks

**Previous Post | Next Post**

Tweet 5 +1 Like

Flattr

Follow @torrentfreak

**Showing 199 of 659 comments**

Oldest first Subscribe by email Subscribe by RSS

**Na** 1 month ago

ah fk

40 people liked this. Like Reply

**Anon** 1 month ago in reply to Na

There is seemingly no limit to american greed and invasive legislation

246 people liked this. Like Reply

**Bloblibsdf** 1 month ago in reply to Anon

The US is like an oil spill on a pristine ecosystem. It kills everything it touches and covers the world in a dark, featureless ooze of despair and doo.

320 people liked this. Like Reply

**FrostyC** 1 month ago in reply to Bloblibsdf

Anyone thought of the idea that the MAFIAA are in the background giving these sites exorbitant amounts of cash to shut down? And some see them shutting down and Mega's situation, so they just follow suit?

I think Kim Dotcom knows they have nothing, and they just want to send a message. EVEN WITHOUT LAWS, WE WILL TAKE YOU FROM YOUR HOME DESTROY YOUR BUSINESS AND THROW YOU IN JAIL. The big players "calling it quits" really makes the little guys scurry in worry of what might happen to them legally, but in reality "calling it quits" may just mean you don't need to do any business anymore because the MAFIAA just paid you off for life..

40 people liked this. Like

**FrostyD** 1 month ago in reply to Bloblibsdf

@FrostyC I think it's more of those sites receiving scary ass cease and desist letters from an army of trigger happy lawyers

27 people liked this. Like

**Ven** 1 month ago in reply to Bloblibsdf

@FrostyD and FrostyC

I would be more inclined to think it's site admins bailing on what is no longer a profitable business model

A selection of some Torrentfreak's classics dug up from our archives

**Top 10 Most Popular Torrent Sites of 2012**
Continuing a long-standing New Year's tradition, we present an up-to-date list of the world's most visited...

**What's The Best VPN / Proxy for BitTorrent?**
Privacy is important on the Internet, and BitTorrent users are certainly not excluded. Already, hundreds of...

**5 Ways To Download Torrents Anonymously**
With anti-piracy outfits and dubious law-firms policing BitTorrent swarms at an increasing rate, many Bittorrent users...

**BTGuard Review: How Does it Work?**
With the entertainment industries lobbying for increased powers to spy on BitTorrent users, many downloaders are...

**Optimize Your BitTorrent Download Speed**
BitTorrent can be fun, as long as you get decent speeds. Not satisfied with your current...

**Torrent**

# Filesonic Kills File-Sharing Service After MegaUpload Arrests

- enigmax
- January 23, 2012
- 502
- filesonic, MegaUpload
- Print

To users of systems like BitTorrent, file-sharing means just that – the sharing of files with others. But this weekend users of Filesonic, one of the Internet's leading cyberlocker services, sharing files is currently a thing of the past.

Filesonic, one of the Internet's leading cyberlocker services, has taken some drastic measures following the Megaupload shutdown and arrests last week. In addition to discontinuing its affiliates rewards program and not yet paying accrued money to members, the site has disabled all sharing functionality, leaving users only with access to their own files.



According to a shock announcement by the site, all file-sharing functionality has now been disabled, leaving current users only with access to files that they have personally uploaded. Many hundreds of thousands (probably millions) of links all around the web have now been rendered useless, at least temporarily.

But the bad news for the site's users doesn't end there. In the last few hours, before file-sharing was disabled, Filesonic also ended its rewards program, meaning that uploaders to the site no longer earn money when people download their files. A moot point perhaps, since no-one will be downloading files anyway.

However, there is the matter of what will happen to the reward money that was sitting in uploader's accounts before the rewards program was discontinued. Will it be paid out, or will it simply disappear? Many users fear the latter.

**No File-Sharing at Filesonic**

> All sharing functionality on FileSonic is now disabled. Our service can only be used to upload and retrieve files that you have uploaded personally.
>
> If this file belongs to you, please login to download it directly from your file manager.

This combination of news all adds up to a pretty big deal. Filesonic isn't just some also-ran in the world of cyberlockers. The site is among the top 10 file-sharing sites on the Internet, with a quarter billion page views a month.

While there has been no official explanation from the site as to why the above actions were taken, all eyes are turned towards events of the last week – the closure of Megaupload and the arrest of its founder and management team.

Like Megaupload, Filesonic appears to be based in Hong Kong and it's clear that the authorities there already worked with the US government to shut down Kim Dotcom's operations and seize his assets there. Filesonic is also believed to have some US-based servers.

In December, Filesonic announced it had partnered with Vobile, a provider of content identification services. All uploads to the service were said to be being checked for copyright infringement before users were able to share them publicly, although it is unclear if this system was ever implemented by the site.

The events of the last week have turned the cyberlocker world upside down and there is quite literally panic among users and site operators. Stay tuned for our detailed report tomorrow – the Megaupload takedown appears to be a game-changer.

**Related Posts**

- It's Official: US Demands Extradition of Megaupload Suspects
- Megaupload Co-Founder Released On Bail
- Megaupload Founder Accuses Police of Assault, Denied Bail Again
- Cyberlocker Burden of Proof Should Be Reversed, Anti-Piracy Group Says
- MegaUpload User Data Safe for 2 More Weeks

Previous Post | Next Post

---


**vuze 4.7** Download Now
NOW SUPPORTS THOUSANDS OF DLNA DEVICES


**MediaGet** - all media in one application


BITTORRENT ANONYMOUSLY AT UNLIMITED SPEEDS

**NewsBits**
The latest news from around the web, not covered on the frontpage

**GayTorrent Shuts Down**
GayTorrent.ru, one of the largest gay torrent trackers appears to have shut down. The homepage has...

**The Pirate Bay Is Down, But Don't Panic**
Yes, The Pirate Bay is down at the moment. No, there's no reason to panic. Every...

**Belgian Music Pirate Slapped With 65,651 Euro in Damages**
A Belgian man was found guilty of posting several Kaiser Chiefs tracks onto the Internet before...

**'SOPA Ireland' Signed Into Law**
Ireland today passed new legislation that allows copyright holders to force Internet providers to block 'pirate'...

**TorrentFreak's US Censorship 'Mistake' Article, Censored by 'Mistake'**
Where would we be without censorship? Last year we ran a piece on a mistake by...

**MostDiscussed**
Below are TorrentFreak's most discussed articles of the past month. Join the discussion if you like.


BitTorrent Pirates Go Nuts After TV Release Groups Dump Xvid — 614

Book Publishers 'Shut Down' Library.nu and iFile.it — 549

Pirate Bay: The RIAA Is Delusional and Must Be Stopped — 396

RapidShare Slows Download Speeds To Drive Away Pirates — 308

The Pirate Bay, Now Without Torrents — 283

**CopyQuote**


The Pirate Bay has been one of the most important movements in Sweden for freedom of speech, working against corruption and censorship.
**Peter Sunde**

**RecommendedArticles**
A selection of some TorrentFreak's classics dug up from 



COAST GUARD RESERVE
BORN READY

Search

abc NEWS

Blogs

World News Nightline This Week 20/20 Good Morning America

ABC NEWS BLOGS: Headlines | Politics | Business | Technology | Entertainment | Lifestyle | Health | ABC News Behind the Scenes | This Day in History

ABC NEWS BLOGS TECHNOLOGY TECHNOLOGY REVIEW

# Technology Review

HEADLINES POLITICS ENTERTAINMENT HEALTH LIFESTYLE BUSINESS TECHNOLOGY

< PREVIOUS
TABLETS TAKE OVER IN 2012

NEXT
BILL GATES ON USING HIS MONEY TO SAVE LIVES, FIXING U.S. SCHOOLS, REFLECTING ON STEVE JOBS >

By Gillian Mohney

Jan 24, 2012 4:24pm

## File Sharing Sites Scatter after Megaupload's Shutdown

Like 70 Tweet 28 +1 2 6 Text

The federal shutdown of Megaupload has other file sharing sites scrambling to cut back on sharing content that could get them into legal trouble.

Torrentfreak.com, a blog that tracks various file sharing sites, has reported that at least nine different websites have made significant changes to the types of files users can upload. A few sites including Uploadbox.com and x7.to are in the process of shutting down entirely, while the website Uploaded.to has blocked all IP addresses originating from the U.S.

Peter Swire, a law professor from Ohio State University and cyber law expert, says that with the shutdown of Megaupload and the continuing discussion of proposed federal anti-piracy laws known as SOPA and PIPA has file sharing websites calculating what they can do to protect themselves from prosecution.

"With Megaupload, the sites have gone from cool to criminal all at once," said Swire. " Sites thought they were operating a [file sharing] site, now they might be operating a criminal site."

Many file sharing sites are also reportedly abolishing controversial "rewards" programs that give financial incentives to users who post the most downloaded content. A rewards program utilized by Megaupload was cited as proof that the company encouraged users to pirate copyrighted material.

"The copyright laws punish people who willfully contribute to copyright infringement," said Swire on the end of reward programs. "The new measures make it look less willful."

Aside from the digital changes, these websites might be making a few real world moves as well.

Swire believes that after the New Zealand government worked in tandem with the U.S. to take down Megaupload, other file sharing sites will look for countries where they can base their websites and remain safely exempt from U.S. prosecution.

A new file sharing site titled Anonyupload.com is purportedly based in Russia and the Ukraine. It is soliciting donations to buy servers and other equipment.

Aiming to follow in Megaupload's digital footsteps, the site's homepage put up the following statement in support of Megaupload's flamboyant owner, Kim Dotcom. "Thank you DotCom for the past years of services. We hope you'll be released as soon as possible. Try to not make that amount of money next time, and it should be alright."

Like 70 Tweet 28 +1 2 6 Text

### MORE FROM ABC NEWS

- Military Mom's Story Has Romney Questioning How Obama Sleeps at Night
- Some Sponsors Rush Away From Limbaugh's Show
- Breastfeeding Advocates Praise Beyonce for Nursing Daughter in Public
- Rush Limbaugh Doubles Down On Sandra Fluke, Offering 'As Much Aspirin to Put Between Her Knees As She Wants'
- Did Ashton Kutcher Visit Demi Moore in Rehab?
- Condom Codes Let Users 'Check In' to Safe Sex

### FROM AROUND THE WEB

- Economist Who Predicted the 2008 Crash Gives Chilling 2012 Forecast. See the Evidence. *(Newsmax.com)*
- A-M-A-Z-I-N-G Slow Cooker Pulled Pork! *(Quick Dish)*
- Famous People Sarah Palin Doesn't Like *(Zimbio)*
- 8 Causes of Arthritis You Might Not Know About *(HealthCentral.com)*
- Symptoms of Osteoarthritis *(Lifescript.com)*
- In-N-Out Burger: Coming to a Town Near You *(The Daily Meal)*

[What's This?]

ADVERTISEMENT

**The Steve Jobs Betrayal**

You may already know that in the final year of his life, Jobs revealed a stunning betrayal — and told his biographer, "I will spend my last dying breath... and every penny of Apple's $40 billion in the bank to right this wrong." What was it that made Jobs so irate — and why could it make a few in-the-know investors some major profits over the coming months and years?

Click here to find out — before it's too late

BROUGHT TO YOU BY THE MOTLEY FOOL

### Categories

Nature and Environment
Science
Technology Review

### Top Posts

Why So Many Tornadoes?

Mercedes Invisible Car Is Coming ... Sort Of

25 Billion Apps Downloaded From the Apple App Store

The Joy of Your Brain ... and the Dark Side of Laughter

400-Pound Bronze Elephant Stolen From Texas Family Home

### Top Stories on ABC News

Watch: Cheetah Robot Sets Record

Why So Many Tornadoes?

Watch: The Case for Designer Tech Gear

Invisible Car Is Coming ... Sort Of

25 Billion Apps Downloaded From Apple

### Subscribe

RSS Twitter Facebook

Political News: Warren
Check her official website for the latest updates on her campaign!
ElizabethWarren.com/

5 Foods to never eat
Cut down a bit of stomach fat every day by never eating these 5 foods
Truthaboutabs.com

Shrink Stomach Fat Fast
Incorporate these workout methods to cut down your stomach fat fast.
AbStrengthGuide.com

Flipboard News App
Download The Latest Flipboard App With Top

**RELATED VIDEOS**

The Case for Designer Tech Gear

TechBytes (03.05.12)

News All In One - 100% Free
Flipboard.DownloadFrontier.com

< PREVIOUS
TABLETS TAKE OVER IN 2012

NEXT
BILL GATES ON USING HIS
MONEY TO SAVE LIVES, FIXING >
U.S. SCHOOLS, REFLECTING ON
STEVE JOBS

**Open File (Recommended)**
Instantly Fix and Open/Run .DB File. Download Now - Takes 2 Minutes!
Open-Files-Now.com

**Open .ISO Files (Free)**
Open .Files Easily & For Free. Download 7Zip File Opener
iso.UberDownloads.net

**Reader Adobe's PDF 2012**
Open, Read, Create and Edit any PDF File. (Highly Recommended)
Reader.AdobePDF.pdf.format.com

**Open DB File (Best)**
Free Easy Instructions to Open DB File Only 2 Steps - Try Now
Open-File.com/DB

**USER COMMENTS**

Most of the people who pirate stuff couldn't afford it anyway, so the "loss" of the content industry is bogus. Many poor students, for instance, cannot afford fifty dollar programming books so they download them. We already have a huge disparity between smart people who are born in poverty and dumb ones who are born to wealth. New studies show there is less social mobility in America than most nations. An unforseen and chilling effect will be greater wealth disparity when those who already can't afford much of an education, also can't access books they need to learn.

There is actually a need for the more shadowy side of things, rather than Prohibition. It serves the vast and increasing underclass that is kicked to the curb by our current dog-eat-dog crony capitalism.

POSTED BY: JIM MOONEY | JANUARY 24, 2012, 8:55 PM 8:55 PM

Isn't it amazing how the government doesn't even bother to try and hide the fact that it is the bought and paid for enforcement arm of the fascist corporations?

POSTED BY: FRED | JANUARY 24, 2012, 9:56 PM 9:56 PM

I believe that this is incredibly stupid. Shutting down Megaupload because it was possible to find copyrighted materials there is like shutting down new york city because you can find drugs there. And prostitutes.

POSTED BY: NOPA | JANUARY 25, 2012, 9:01 PM 9:01 PM

In a legal aspect if Kim Dotcom and Megaupload, provided a service that's it the people that used the service should be held responsible for their illegal content. I hope, the jury claims him not guilty, its not like he's there purposely uploading copyrighted content and distributing it.

POSTED BY: SAM | JANUARY 27, 2012, 5:38 PM 5:38 PM

And yet, 4 years later, we don't seem capable of prosecuting banks and their CEOs

POSTED BY: JAG | JANUARY 30, 2012, 10:48 AM 10:48 AM

I think the point in shutting down corporations should not be whether people are sharing stuff that may not be theirs, but if they are living flamboyant lives with tens of millions of dollars (no one can actually earn more than a million dollars a year, so they steal it). All these rich people should be taxed or put in prison. It's lack of tax revenues from them, and lack of laws to force them to pay fair wages and benefits that is the cause of the global economic depression.

POSTED BY: KASIA | JANUARY 30, 2012, 1:35 PM 1:35 PM

top

## Leave a Reply

SUBMIT COMMENT

**Today in ABC News**

ABC News Home »


Hendricks, Munn Deny Nude Photos Are of Them


Rutgers Trial: Webcam Testimony


Cheetah Robot Sets Record


John Belushi Mystery Woman



**Sections**
News
Politics
Investigative
Health
Entertainment
Money
Technology
Travel
Recipes
Behind the Scenes
News Topics

**Shows**
Good Morning America
World News with Diane Sawyer
Nightline
This Week with George Stephanopoulos
20/20
Primetime
What Would You Do?
ABC News Now
ABC.com

**Tools**
iPad App
Mobile
Register
Sign In
Facebook
Twitter
Blogs
Emails & News Alerts
Message Boards
RSS Headlines

**About**
Contact Us
Feedback
Advertising
Privacy Policy
Interest-Based Ads
Terms of Use
ABC News Store
Site Map
Site Index
Authors List

External links are provided for reference purposes. ABC News is not responsible for the content of external internet sites. Copyright © 2012 ABC News Internet Ventures. Yahoo! - ABC News Network

BACK TO TOP

# Megaupload case spurs other sites to step up anti-piracy enforcement

By **Kayla Stoner**, Special to CNN
updated 7:54 AM EST, Wed February 8, 2012 | Filed under: Web





The Department of Justice accused Megaupload.com employees of breaking copyright law and trying to cover up their actions

**STORY HIGHLIGHTS**

- Third-party aggregate sites no longer link to Megaupload's video host, Megavideo
- The demise of Megaupload as a file-hosting option has made vetting pirated content more difficult
- RapidShare technicians type words like "movies, free download" into search engines

(CNN) -- When the Department of Justice shut down Megaupload.com last month, it wasn't just Megaupload users' files that went offline.

The move prompted changes in the way other file-hosting sites share content and shook up anti-abuse departments across the industry.

Since the federal crackdown, third-party aggregate sites no longer link to Megaupload's video host, Megavideo, which has also been shut down.

File host videobb did not respond to questions from CNN regarding its anti-abuse policies, but links to the site's content were noticeably absent from sites like Side Reel following Megaupload's shutdown. Direct links to videobb's movies and TV shows that were available less than a month ago are now gone.

The change suggests videobb is stepping up anti-abuse efforts in order to avoid the fate of Megaupload, a Hong Kong-based site which is accused of knowingly hosting illegally pirated material. It would be almost impossible for videobb to completely eliminate illegal content, but just the effort to do so may be enough to shield it from criminal charges.





Another file-sharing site, BTJunkie, voluntarily shut down Monday. The site's founder told TorrentFreak that recent legal action against Megaupload and other similar services was behind his decision.

The Department of Justice has accused Megaupload of willfully breaking copyright law and trying to cover up its actions by hiding illegal materials from the site's public page. Federal prosecutors said the company offered financial incentives for users to illegally upload movies and television shows. It also accused Megaupload officials of discouraging the legitimate use of the site for personal storage by deleting content that was not regularly downloaded.

The indictment alleges the company has denied copyright holders an estimated $500 million and that those indicted have earned roughly $175 million in the process. Attorneys for Megaupload have denied the charges.

A Department of Justice representative said in an e-mail the agency will only pursue cases like Megaupload's where there was "sufficient evidence of willful criminal conduct."

That means videobb will likely be safe from criminal charges as long as it continues removing illegal content from third-party aggregate sites. If other companies follow suit, the Justice Department will have accomplished what some have suggested was its primary goal -- making an example of Megaupload to convince other file hosts to step up anti-piracy enforcement.

However for some, the elimination of Megaupload as a file-hosting option has made vetting pirated content more difficult.

Daniel Raimer, a spokesman for Switzerland-based file host RapidShare, said the company's anti-abuse department has been working overtime since the day last month when Megaupload went offline. The workload is not caused by an increased emphasis on removing copyrighted material, he said, but is necessary to vet a massive influx of files from new customers -- Megaupload's customers.

Raimer said the company has not made any changes or improvements to its anti-abuse policies in the wake of the Megaupload scandal. He said it wasn't necessary because RapidShare was already among the toughest in the industry.

RapidShare has a three-strike policy for copyright offenders, after which the site deletes users' accounts and all of their files, a tactic which has proved unpopular with ousted users



**[TECH: NEWSPULSE]**
Most popular Tech stories right now

What to expect from the iPad 3

Why Apple won't introduce a touchscreen TV

Why the interest in cell-phone jammers?

The scariest tech trend of 2012?

Smartphones now majority in U.S. So what?

Explore the news with NewsPulse »



**Sponsored links**

**Help desk, IT Asset Mgmt**
Manage Trouble Tickets, IT Assets, POs, Contracts. Download Now!
www.ManageEngine.com/Help_Desk

**Best Psychology Degrees**
Online Psychology Masters Programs. Choose From Top Accredited Schools.
www.CompareTopSchools.com

"There's some trash talk online, but we're not sad about those comments," Raimer said. "We like bad press from pirates."

RapidShare uses a variety of technical tools to catch abusers, but the site also uses a basic search method identical to what might be employed by any home user. Raimer said RapidShare technicians type words like "movies, free download" into search engines to look for illegal movie and TV show downloads on the site.

The process can be tedious for the 17-person team. While they comprise nearly a third of RapidShare's staff, Raimer said it is impossible for them to check each of the 400,000 files uploaded to RapidShare each day. He estimates about 5 percent of all files are illegal, but his team can only catch and delete about 1 percent of all uploaded files.

Raimer said it has been even more difficult to keep up with incoming content since Megaupload's shutdown because of all the new customers. However despite the increased difficulty, he said RapidShare's commitment to legitimate file-hosting remains the same. Raimer said RapidShare wants to ensure its new customers understand its business model.

"We don't provide any incentive to upload illegal content," he said. "We are determined to show them we don't tolerate that."

Twitter Share Email Save Print

Recommend 38 people recommend this.

## We recommend

- Man steals money from Girl Scout cookie sales in Texas
- The white MacBook is dead – for real this time
- Aykroyd opens up on 30th anniversary of John Belushi's death
- $1,499 Apple TV teased in Best Buy survey
- Teacher, 41, leaves wife & 3 kids for teen student
- 13 shot outside Arizona nightclub

## From around the web

- 'I Wish I Were Wrong' – Economist Laments 2012 Prediction. Moneynews
- 7 little-known Social Security benefits Bankrate.com
- What Is The Biggest Job Search Problem Lifehacker
- Microsoft founder urges digital revolution against hunger Inquirer.net
- Bill Gates Just Bought $571 Million of This Stock StreetAuthority
- Top Ten College Towns Away.com

**Sponsored links**

**Prudential Can Help**
Together, let's tackle our biggest financial challenges. Learn more.
Prudential.com/bringyourchallenges

**EFIX USB Design in Europe**
multi-OS solution&Military Componen
Win, MacOS 10.6, 10.7 & now 10.8
www.efix-shop.com/

**Prostate Cancer Info**
Learn About a Treatment Option for Metastatic Prostate Cancer Today.
metastatic-prostate-cancer-info.com

---

Real-time updating is **enabled**.

Comments for this page are closed.

Showing 25 of 109 comments

Sort by newest first

**cjkirs7168**

As mentioned plenty of times, most of these sites are just blocking U.S. IP addresses and the U.S. users are just accessing them via proxy. Not much has changed with the exception of file sharers taking an extra step (which amounts a few more seconds) in obtaining the content.

3 weeks ago 2 Likes Like

**Brett Robertson**

Robcam, your attitude is no longer the norm. This is the internet and that's not how the net works. 'Face the legal consequences' is US-speak for punishment? WE are tired of dishonesty that masquerades as patriotism!

3 weeks ago 3 Likes Like

**DigThatFunk**

Well, thank GOD that was the only place to find anything of the sort!
Oh, wait..

3 weeks ago Like

**goofyfoot201**

Crap it is hummmm...Oh wait that was back on the Star Wars Episode one story Crap Rapidshare is hummmm

3 weeks ago Like

**Jon Wax**

really? it's that hard to figure out? cmon... it's pretty simple to me. You wanna be online? cool. . get rid of the anonymity. only when people think no one is watching do they behave like this. same thing with everything else.trolling, racism, etc. the only reason people do this stuff is because you have to go after fakescreenname@whatever.com. and that right there is the problem. if the internet wasn't a haven for anonymous cowards, then most of these problems would go elsewhere. they wouldnt stop but they wouldnt be here. so really the best idea is to push for non-anonymous internet useage. Kinda like how im posting this under my real name... Peace

3 weeks ago 4 Likes Like

**MikeDUtah**

Now, all that's needed is your ss# and you'll have a safe internet.

3 weeks ago in reply to Jon Wax 4 Likes Like

**metallhd**

yawn

