# Yeh Exhibit 149

| From: | fox@mimtid.com |
|-------|----------------|
| To: | abuse@hotfile.com <abuse@hotfile.com>;fox@mimtid.com <fox@mimtid.com>;sean.shaub@mimtid.com <sean.shaub@mimtid.com> |
| Sent: | 1/3/2011 10:23:11 PM |
| Subject: | Hotfile.com REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email. Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 149647
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/90597583/01cbcfa/knight-and-day-aka-wichita-aka-untitled-james-mangold-(2010)-(o'neill-amp-frank)-2007-31-10-rev.-109p-scan.pdf.html
Previous Submission Dates: 2010-12-27 22:30:00, 2010-12-29 00:27:24, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-12-26 21:39:18

Control Number: 123838
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79270899/c068874/Vampires.Suckââ‚¬Â¦
Previous Submission Dates: 2010-12-19 23:59:24, 2010-12-22 03:10:43, 2010-12-24 23:32:39, 2010-12-25 23:31:25, 2010-12-27 22:30:20, 2010-12-29 00:27:24, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-12-17 17:40:59

FOX003228

Control Number: 107969
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/85833643/336eeec
/knight.and.day.2010.brrÃáéźÂ°p.x264.ac3.5.1.by.deyl-ttr.part1.rar.html
Previous Submission Dates: 2010-12-03 23:11:02, 2010-12-05 21:44:18, 2010-12-06 23:26:56,
2010-12-11 22:51:41, 2010-12-13 14:16:00, 2010-12-15 00:14:30, 2010-12-22 03:10:49, 2010-12-24
23:32:45, 2010-12-25 23:31:25, 2010-12-27 22:30:20, 2010-12-29 00:27:24, 2010-12-30 00:47:36,
2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-12-03 07:12:59


Control Number: 105075
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/71886200/3cf435b
/Ustura.Machete.2010.R5.part2.rar.htmlÂ [Google]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:30, 2010-12-05 21:44:32,
2010-12-06 23:27:00, 2010-12-11 22:51:45, 2010-12-13 14:16:00, 2010-12-15 00:14:30, 2010-12-22
03:10:49, 2010-12-24 23:32:45, 2010-12-25 23:31:25, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:35


Control Number: 105076
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/71885516/0a50977
/Ustura.Machete.2010.R5.part4.rar.htmlÂ [Google]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:30, 2010-12-05 21:44:32,
2010-12-06 23:27:00, 2010-12-11 22:51:45, 2010-12-13 14:16:00, 2010-12-15 00:14:31, 2010-12-22
03:10:49, 2010-12-24 23:32:45, 2010-12-25 23:31:25, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:35


Control Number: 105070
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/69926524/8b351c4
/Machete.2010.TS.V2.MaZiKa2daY.CoM.part2.rar.htmlÂ [Google]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:32,
2010-12-06 23:27:00, 2010-12-11 22:51:45, 2010-12-13 14:16:00, 2010-12-15 00:14:31, 2010-12-22
03:10:49, 2010-12-24 23:32:45, 2010-12-25 23:31:25, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:23


Control Number: 105067
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/77953843/8f6a913
/Machete.2010.BluRay.720p.DTS.x264-CHD.part15.rar.htmlÂ [Yahoo]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:33,
2010-12-06 23:27:00, 2010-12-11 22:51:45, 2010-12-13 14:16:00, 2010-12-15 00:14:31, 2010-12-22
03:10:49, 2010-12-24 23:32:45, 2010-12-25 23:31:25, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:22


Control Number: 105068
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/78884956/66dfdfd
/Machete.part2.rar.htmlÂ [Google]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:33,
2010-12-06 23:27:00, 2010-12-11 22:51:45, 2010-12-13 14:16:00, 2010-12-15 00:14:31, 2010-12-22
03:10:49, 2010-12-24 23:32:45, 2010-12-25 23:31:25, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:22


Control Number: 105069

FOX003229

```
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/77942553/df01d44
/Machete.2010.BluRay.720p.DTS.x264-CHD.part11.rar.htmlÂ [Yahoo]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:33,
2010-12-06 23:27:00, 2010-12-11 22:51:45, 2010-12-13 14:16:00, 2010-12-15 00:14:31, 2010-12-22
03:10:49, 2010-12-24 23:32:45, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:22

Control Number: 105065
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/85722199/896ebc2
/Machete.2010.R5.LiNE.Xvid.part3.rar.html?lang=huÂ [Ask]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:33,
2010-12-06 23:27:00, 2010-12-11 22:51:45, 2010-12-13 14:16:00, 2010-12-15 00:14:31, 2010-12-22
03:10:49, 2010-12-24 23:32:45, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:21

Control Number: 105066
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/77933807/c679c70
/Machete.2010.BluRay.720p.DTS.x264-CHD.part08.rar.htmlÂ [Yahoo]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:33,
2010-12-06 23:27:01, 2010-12-11 22:51:45, 2010-12-13 14:16:00, 2010-12-15 00:14:31, 2010-12-22
03:10:49, 2010-12-24 23:32:45, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:21

Control Number: 105063
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/85722197/05c7b13
/Machete.2010.R5.LiNE.Xvid.part4.rar.html?lang=rsÂ [Ask]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:33,
2010-12-06 23:27:01, 2010-12-11 22:51:45, 2010-12-13 14:16:00, 2010-12-15 00:14:31, 2010-12-22
03:10:49, 2010-12-24 23:32:46, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:20

Control Number: 105064
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/77232766/f25307a
/karahasan.divx.lerim.org.Machete.2010.3DRip.XviD.AC3-MAGNET.part1.rar.htmlÂ [Yahoo]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:33,
2010-12-06 23:27:01, 2010-12-11 22:51:45, 2010-12-13 14:16:01, 2010-12-15 00:14:31, 2010-12-22
03:10:50, 2010-12-24 23:32:46, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:20

Control Number: 105062
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/85722197/05c7b13
/Machete.2010.R5.LiNE.Xvid.part4.rar.htmlÂ [Google]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:33,
2010-12-06 23:27:01, 2010-12-11 22:51:45, 2010-12-13 14:16:01, 2010-12-15 00:14:31, 2010-12-22
03:10:50, 2010-12-24 23:32:46, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:19

Control Number: 105061
Studio: Fox
Title: Machete
```

FOX003230

Infringing Host File Download Link: http://hotfile.com/dl/71291348/967a787/www.ffilmler.com-Machete_(2010)_DVDRip_Trke_Altyaz1.part4.rar.html?lang=jpÂ [Ask]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:33, 2010-12-06 23:27:01, 2010-12-11 22:51:45, 2010-12-13 14:16:01, 2010-12-15 00:14:31, 2010-12-22 03:10:50, 2010-12-24 23:32:46, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:18

Control Number: 105058
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/84483896/ca668ec/Machete.2010.DVDRip.HunSub.Xvid-viner.part1.rar.htmlÂ [Yahoo]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:33, 2010-12-06 23:27:01, 2010-12-11 22:51:45, 2010-12-13 14:16:01, 2010-12-15 00:14:31, 2010-12-22 03:10:50, 2010-12-24 23:32:46, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:17

Control Number: 105055
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68683305/59202af/Machete.2010.TS.XviD-PrisM.Sample.avi.htmlÂ [Yahoo]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:33, 2010-12-06 23:27:01, 2010-12-11 22:51:45, 2010-12-13 14:16:01, 2010-12-15 00:14:31, 2010-12-22 03:10:50, 2010-12-24 23:32:46, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:16

Control Number: 105054
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/85722197/05c7b13/Machete.2010.R5.LiNE.Xvid.part4.rar.html?lang=nlÂ [Ask]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:33, 2010-12-06 23:27:01, 2010-12-11 22:51:45, 2010-12-13 14:16:01, 2010-12-15 00:14:31, 2010-12-22 03:10:50, 2010-12-24 23:32:46, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:14

Control Number: 105052
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/69303495/d00f212/Machete(2010)TSIMp4Movies.com.mp4.htmlÂ [Ask,
Previous Submission Dates: 2010-12-02 23:47:21, 2010-12-03 23:13:31, 2010-12-05 21:44:33, 2010-12-06 23:27:01, 2010-12-11 22:51:45, 2010-12-13 14:16:01, 2010-12-15 00:14:31, 2010-12-22 03:10:50, 2010-12-24 23:32:46, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:13

Control Number: 105053
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/80065562/039a981/machete.2010.r5.line.xvid.vision.avi.htmlÂ [Ask,
Previous Submission Dates: 2010-12-02 23:47:21, 2010-12-03 23:13:31, 2010-12-05 21:44:33, 2010-12-06 23:27:01, 2010-12-11 22:51:45, 2010-12-13 14:16:01, 2010-12-15 00:14:31, 2010-12-22 03:10:50, 2010-12-24 23:32:46, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:13

Control Number: 105050
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/84483719/4f1b6d2/Machete.2010.DVDRip.HunSub.Xvid-viner.part2.rar.htmlÂ [Google,

FOX003231

Previous Submission Dates: 2010-12-02 23:47:21, 2010-12-03 23:13:31, 2010-12-05 21:44:33,
2010-12-06 23:27:01, 2010-12-11 22:51:46, 2010-12-13 14:16:01, 2010-12-15 00:14:31, 2010-12-22
03:10:50, 2010-12-24 23:32:46, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:10

Control Number: 105051
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/75584325/57ee08a
/Machete.2010.BDRip.XviD.AC3-MAGNET.part10.rar.htmlÂ [Google]
Previous Submission Dates: 2010-12-02 23:47:21, 2010-12-03 23:13:32, 2010-12-05 21:44:33,
2010-12-06 23:27:01, 2010-12-11 22:51:46, 2010-12-13 14:16:01, 2010-12-15 00:14:31, 2010-12-22
03:10:50, 2010-12-24 23:32:46, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:10

Control Number: 105047
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/85620925/7293fa1
/Machete.2010.BluRay.720p.DTS.x264-CHD.part01.rar.htmlÂ [Ask,
Previous Submission Dates: 2010-12-02 23:47:21, 2010-12-03 23:13:32, 2010-12-05 21:44:33,
2010-12-06 23:27:01, 2010-12-11 22:51:46, 2010-12-13 14:16:01, 2010-12-15 00:14:31, 2010-12-22
03:10:50, 2010-12-24 23:32:46, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:09

Control Number: 105048
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/84484613/c0703b9
/Machete.2010.DVDRip.HunSub.Xvid-viner.part3.rar.htmlÂ [Google]
Previous Submission Dates: 2010-12-02 23:47:21, 2010-12-03 23:13:32, 2010-12-05 21:44:33,
2010-12-06 23:27:01, 2010-12-11 22:51:46, 2010-12-13 14:16:01, 2010-12-15 00:14:31, 2010-12-22
03:10:50, 2010-12-24 23:32:46, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:09

Control Number: 105049
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/84480988/3fd5622
/Machete.2010.DVDRip.HunSub.Xvid-viner.part4.rar.htmlÂ [Google,
Previous Submission Dates: 2010-12-02 23:47:21, 2010-12-03 23:13:32, 2010-12-05 21:44:33,
2010-12-06 23:27:01, 2010-12-11 22:51:46, 2010-12-13 14:16:01, 2010-12-15 00:14:32, 2010-12-22
03:10:50, 2010-12-24 23:32:46, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:37
Date Re-Discovered: 2010-11-30 22:28:09

Control Number: 104045
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/76476113/4af6b31
/machete.2010.bluray.720p.part05.rar.html
Previous Submission Dates: 2010-12-02 23:47:39, 2010-12-03 23:13:50, 2010-12-06 23:27:21,
2010-12-13 14:16:15, 2010-12-15 00:14:43, 2010-12-22 03:11:02, 2010-12-24 23:32:57, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:56:19

Control Number: 104046
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/76476114/92784ae
/machete.2010.bluray.720p.part06.rar.html
Previous Submission Dates: 2010-12-02 23:47:39, 2010-12-03 23:13:50, 2010-12-06 23:27:21,
2010-12-13 14:16:15, 2010-12-15 00:14:43, 2010-12-22 03:11:02, 2010-12-24 23:32:57, 2010-12-25

FOX003232

23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:56:19

Control Number: 104042
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/76476110/4cebbc5
/machete.2010.bluray.720p.part02.rar.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:50, 2010-12-06 23:27:21,
2010-12-13 14:16:16, 2010-12-15 00:14:43, 2010-12-22 03:11:02, 2010-12-24 23:32:57, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:56:18

Control Number: 104043
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/76476111/339fb24
/machete.2010.bluray.720p.part03.rar.html
Previous Submission Dates: 2010-12-02 23:47:39, 2010-12-03 23:13:51, 2010-12-06 23:27:21,
2010-12-13 14:16:16, 2010-12-15 00:14:43, 2010-12-22 03:11:02, 2010-12-24 23:32:57, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:56:18

Control Number: 104041
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/76476109/adeefc1
/machete.2010.bluray.720p.part01.rar.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:51, 2010-12-06 23:27:21,
2010-12-13 14:16:16, 2010-12-15 00:14:43, 2010-12-22 03:11:02, 2010-12-24 23:32:57, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:56:17

Control Number: 104040
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79062843/de00091
/machete.2010.480p.brrip.xvid.ac3-flawl3ss.mido.part09.rar.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:51, 2010-12-06 23:27:22,
2010-12-13 14:16:16, 2010-12-15 00:14:43, 2010-12-22 03:11:02, 2010-12-24 23:32:57, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:55:49

Control Number: 104038
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79062844/3982bde
/machete.2010.480p.brrip.xvid.ac3-flawl3ss.mido.part07.rar.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:51, 2010-12-06 23:27:22,
2010-12-13 14:16:16, 2010-12-15 00:14:43, 2010-12-22 03:11:02, 2010-12-24 23:32:57, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:55:48

Control Number: 104039
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79062842/dca6fc1
/machete.2010.480p.brrip.xvid.ac3-flawl3ss.mido.part08.rar.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:51, 2010-12-06 23:27:22,
2010-12-13 14:16:16, 2010-12-15 00:14:43, 2010-12-22 03:11:02, 2010-12-24 23:32:57, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38

FOX003233

Date Re-Discovered: 2010-11-29 21:55:48

Control Number: 104035
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79062938/6a8223c
/machete.2010.480p.brrip.xvid.ac3-flawl3ss.mido.part04.rar.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:51, 2010-12-06 23:27:22,
2010-12-13 14:16:16, 2010-12-15 00:14:43, 2010-12-22 03:11:02, 2010-12-24 23:32:57, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:55:47

Control Number: 104036
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79063493/d80764b
/machete.2010.480p.brrip.xvid.ac3-flawl3ss.mido.part05.rar.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:51, 2010-12-06 23:27:22,
2010-12-13 14:16:16, 2010-12-15 00:14:43, 2010-12-22 03:11:02, 2010-12-24 23:32:57, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:55:47

Control Number: 104037
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79062841/718d121
/machete.2010.480p.brrip.xvid.ac3-flawl3ss.mido.part06.rar.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:51, 2010-12-06 23:27:22,
2010-12-13 14:16:16, 2010-12-15 00:14:43, 2010-12-22 03:11:02, 2010-12-24 23:32:57, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:55:47

Control Number: 104033
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79063140/3f41c4c
/machete.2010.480p.brrip.xvid.ac3-flawl3ss.mido.part02.rar.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:51, 2010-12-06 23:27:22,
2010-12-13 14:16:16, 2010-12-15 00:14:44, 2010-12-22 03:11:02, 2010-12-24 23:32:57, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:55:46

Control Number: 104034
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79062918/a158452
/machete.2010.480p.brrip.xvid.ac3-flawl3ss.mido.part03.rar.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:51, 2010-12-06 23:27:22,
2010-12-13 14:16:16, 2010-12-15 00:14:44, 2010-12-22 03:11:02, 2010-12-24 23:32:57, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:55:46

Control Number: 104032
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79062846/19f53ef
/machete.2010.480p.brrip.xvid.ac3-flawl3ss.mido.part01.rar.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:51, 2010-12-06 23:27:22,
2010-12-13 14:16:16, 2010-12-15 00:14:44, 2010-12-22 03:11:02, 2010-12-24 23:32:57, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:55:45

FOX003234

```
Control Number: 104031
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79067872/c9adfb6
/machete.2010.480p.brrip.xvid.ac3-flawl3ss.rmvb.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:51, 2010-12-06 23:27:22,
2010-12-13 14:16:16, 2010-12-15 00:14:44, 2010-12-22 03:11:02, 2010-12-24 23:32:57, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:55:18

Control Number: 104029
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79093488/739f5d5
/machete.2010.480p.brrip.xvid.ac3-by.mcnamara.part7.rar.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:51, 2010-12-06 23:27:22,
2010-12-13 14:16:16, 2010-12-15 00:14:44, 2010-12-22 03:11:02, 2010-12-24 23:32:57, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:54:56

Control Number: 104030
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79093930/82dba12
/machete.2010.480p.brrip.xvid.ac3-by.mcnamara.part8.rar.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:51, 2010-12-06 23:27:22,
2010-12-13 14:16:16, 2010-12-15 00:14:44, 2010-12-22 03:11:02, 2010-12-24 23:32:57, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:54:56

Control Number: 104027
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79092002/ba9249e
/machete.2010.480p.brrip.xvid.ac3-by.mcnamara.part5.rar.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:51, 2010-12-06 23:27:22,
2010-12-13 14:16:16, 2010-12-15 00:14:44, 2010-12-22 03:11:02, 2010-12-24 23:32:57, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:54:55

Control Number: 104028
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79092599/8b171a7
/machete.2010.480p.brrip.xvid.ac3-by.mcnamara.part6.rar.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:51, 2010-12-06 23:27:22,
2010-12-13 14:16:16, 2010-12-15 00:14:44, 2010-12-22 03:11:02, 2010-12-24 23:32:58, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:54:55

Control Number: 104025
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79094665/f9c2f70
/machete.2010.480p.brrip.xvid.ac3-by.mcnamara.part3.rar.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:51, 2010-12-06 23:27:22,
2010-12-13 14:16:16, 2010-12-15 00:14:44, 2010-12-22 03:11:03, 2010-12-24 23:32:58, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:54:54

Control Number: 104026
Studio: Fox
```

FOX003235

```
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79091076/6523abe
/machete.2010.480p.brrip.xvid.ac3-by.mcnamara.part4.rar.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:51, 2010-12-06 23:27:22,
2010-12-13 14:16:16, 2010-12-15 00:14:44, 2010-12-22 03:11:03, 2010-12-24 23:32:58, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:54:54


Control Number: 104023
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79094053/f797c6a
/machete.2010.480p.brrip.xvid.ac3-by.mcnamara.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:51, 2010-12-06 23:27:22,
2010-12-13 14:16:16, 2010-12-15 00:14:44, 2010-12-22 03:11:03, 2010-12-24 23:32:58, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:54:53


Control Number: 104024
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79090798/09eaa4e
/machete.2010.480p.brrip.xvid.ac3-by.mcnamara.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:51, 2010-12-06 23:27:22,
2010-12-13 14:16:16, 2010-12-15 00:14:44, 2010-12-22 03:11:03, 2010-12-24 23:32:58, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:54:53


Control Number: 104019
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79128747/a15945e
/studio2day.com.-machete.2010.bdrip.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:40, 2010-12-03 23:13:51, 2010-12-06 23:27:22,
2010-12-13 14:16:17, 2010-12-15 00:14:44, 2010-12-22 03:11:03, 2010-12-24 23:32:58, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:53:58


Control Number: 104018
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79134283/c3046cb
/machete-(2010)-480p-brrip-xvid-ac3-flawl3ss.part09.rar.html
Previous Submission Dates: 2010-12-02 23:47:41, 2010-12-03 23:13:52, 2010-12-06 23:27:23,
2010-12-13 14:16:17, 2010-12-15 00:14:44, 2010-12-22 03:11:03, 2010-12-24 23:32:58, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:53:46


Control Number: 104016
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79135809/39335fa
/machete-(2010)-480p-brrip-xvid-ac3-flawl3ss.part07.rar.html
Previous Submission Dates: 2010-12-02 23:47:41, 2010-12-03 23:13:52, 2010-12-06 23:27:23,
2010-12-13 14:16:17, 2010-12-15 00:14:44, 2010-12-22 03:11:03, 2010-12-24 23:32:58, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:53:45


Control Number: 104017
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79135788/76b0806
```

FOX003236

```
/machete-(2010)-480p-brrip-xvid-ac3-flawl3ss.part08.rar.html
Previous Submission Dates: 2010-12-02 23:47:41, 2010-12-03 23:13:52, 2010-12-06 23:27:23,
2010-12-13 14:16:17, 2010-12-15 00:14:44, 2010-12-22 03:11:03, 2010-12-24 23:32:58, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:53:45

Control Number: 104013
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79134063/f52f57a
/machete-(2010)-480p-brrip-xvid-ac3-flawl3ss.part04.rar.html
Previous Submission Dates: 2010-12-02 23:47:41, 2010-12-03 23:13:52, 2010-12-06 23:27:23,
2010-12-13 14:16:17, 2010-12-15 00:14:44, 2010-12-22 03:11:03, 2010-12-24 23:32:58, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:53:44

Control Number: 104014
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79135737/8ddcc53
/machete-(2010)-480p-brrip-xvid-ac3-flawl3ss.part05.rar.html
Previous Submission Dates: 2010-12-02 23:47:41, 2010-12-03 23:13:52, 2010-12-06 23:27:23,
2010-12-13 14:16:17, 2010-12-15 00:14:44, 2010-12-22 03:11:04, 2010-12-24 23:32:58, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:53:44

Control Number: 104015
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79135765/8f6f0bd2
/machete-(2010)-480p-brrip-xvid-ac3-flawl3ss.part06.rar.html
Previous Submission Dates: 2010-12-02 23:47:41, 2010-12-03 23:13:52, 2010-12-06 23:27:23,
2010-12-13 14:16:17, 2010-12-15 00:14:45, 2010-12-22 03:11:04, 2010-12-24 23:32:58, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:53:44

Control Number: 104011
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79133715/893e059
/machete-(2010)-480p-brrip-xvid-ac3-flawl3ss.part02.rar.html
Previous Submission Dates: 2010-12-02 23:47:41, 2010-12-03 23:13:52, 2010-12-06 23:27:23,
2010-12-13 14:16:17, 2010-12-15 00:14:45, 2010-12-22 03:11:04, 2010-12-24 23:32:58, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:53:43

Control Number: 104012
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79133998/0f87135
/machete-(2010)-480p-brrip-xvid-ac3-flawl3ss.part03.rar.html
Previous Submission Dates: 2010-12-02 23:47:41, 2010-12-03 23:13:52, 2010-12-06 23:27:23,
2010-12-13 14:16:17, 2010-12-15 00:14:45, 2010-12-22 03:11:04, 2010-12-24 23:32:58, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:53:43

Control Number: 104010
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79133606/c337106
/machete-(2010)-480p-brrip-xvid-ac3-flawl3ss.part01.rar.html
Previous Submission Dates: 2010-12-02 23:47:41, 2010-12-03 23:13:52, 2010-12-06 23:27:23,
```

FOX003237

2010-12-13 14:16:17, 2010-12-15 00:14:45, 2010-12-22 03:11:05, 2010-12-24 23:32:58, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:53:42

Control Number: 104009
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79135205/903f89d/sample.machete.2010.480p.brrip.xvid.ac3-flawl3ss.avi.html
Previous Submission Dates: 2010-12-02 23:47:41, 2010-12-03 23:13:52, 2010-12-06 23:27:23, 2010-12-13 14:16:17, 2010-12-15 00:14:45, 2010-12-22 03:11:05, 2010-12-24 23:32:59, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:53:24

Control Number: 104008
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79129868/46d70fd/machete.2010-flawl3ss.part7.rar.html
Previous Submission Dates: 2010-12-02 23:47:41, 2010-12-03 23:13:52, 2010-12-06 23:27:23, 2010-12-13 14:16:17, 2010-12-15 00:14:45, 2010-12-22 03:11:05, 2010-12-24 23:32:59, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:53:10

Control Number: 104005
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79135115/afc30a0/machete.2010-flawl3ss.part4.rar.html
Previous Submission Dates: 2010-12-02 23:47:41, 2010-12-03 23:13:52, 2010-12-06 23:27:23, 2010-12-13 14:16:17, 2010-12-15 00:14:45, 2010-12-22 03:11:05, 2010-12-24 23:32:59, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:53:09

Control Number: 104006
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79135543/0fd3520/machete.2010-flawl3ss.part5.rar.html
Previous Submission Dates: 2010-12-02 23:47:41, 2010-12-03 23:13:52, 2010-12-06 23:27:23, 2010-12-13 14:16:17, 2010-12-15 00:14:45, 2010-12-22 03:11:05, 2010-12-24 23:32:59, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:53:09

Control Number: 104007
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79135731/5b6044a/machete.2010-flawl3ss.part6.rar.html
Previous Submission Dates: 2010-12-02 23:47:41, 2010-12-03 23:13:52, 2010-12-06 23:27:23, 2010-12-13 14:16:17, 2010-12-15 00:14:45, 2010-12-22 03:11:05, 2010-12-24 23:32:59, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:53:09

Control Number: 104003
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79135132/cba6f47/machete.2010-flawl3ss.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:41, 2010-12-03 23:13:52, 2010-12-06 23:27:23, 2010-12-13 14:16:17, 2010-12-15 00:14:45, 2010-12-22 03:11:05, 2010-12-24 23:32:59, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,

2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:53:08

Control Number: 104004
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79135343/55173ff/machete.2010-flawl3ss.part3.rar.html
Previous Submission Dates: 2010-12-02 23:47:41, 2010-12-03 23:13:52, 2010-12-06 23:27:23, 2010-12-13 14:16:17, 2010-12-15 00:14:45, 2010-12-22 03:11:05, 2010-12-24 23:32:59, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:53:08

Control Number: 104002
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79135488/bf6db65/machete.2010-flawl3ss.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:41, 2010-12-03 23:13:52, 2010-12-06 23:27:23, 2010-12-13 14:16:17, 2010-12-15 00:14:45, 2010-12-22 03:11:05, 2010-12-24 23:32:59, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:53:07

Control Number: 104001
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79141656/03fdd7e/machete.2010.1080p.proper-loljews-hdmovie.vn.part10.hdm.html
Previous Submission Dates: 2010-12-02 23:47:41, 2010-12-03 23:13:52, 2010-12-06 23:27:23, 2010-12-13 14:16:18, 2010-12-15 00:14:45, 2010-12-22 03:11:05, 2010-12-24 23:32:59, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:52:48

Control Number: 104000
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79141673/25a1f8d/machete.2010.1080p.proper-loljews-hdmovie.vn.part04.hdm.html
Previous Submission Dates: 2010-12-02 23:47:41, 2010-12-03 23:13:52, 2010-12-06 23:27:23, 2010-12-13 14:16:18, 2010-12-15 00:14:45, 2010-12-22 03:11:05, 2010-12-24 23:32:59, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:52:33

Control Number: 103999
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/79141691/d5d4f6f/machete.2010.1080p.proper-loljews-hdmovie.vn.part02.hdm.html
Previous Submission Dates: 2010-12-02 23:47:41, 2010-12-03 23:13:52, 2010-12-06 23:27:23, 2010-12-13 14:16:18, 2010-12-15 00:14:45, 2010-12-22 03:11:05, 2010-12-24 23:32:59, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:52:14

Control Number: 103982
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/80282175/0ba01ee/machete.2010.480p.r01.html
Previous Submission Dates: 2010-12-02 23:47:42, 2010-12-03 23:13:53, 2010-12-06 23:27:24, 2010-12-13 14:16:18, 2010-12-15 00:14:46, 2010-12-22 03:11:06, 2010-12-24 23:33:00, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:47:00

FOX003239

```
Control Number: 103981
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/65688171/3c5cfd9
/vampires.suck.2010.wp.xvid.leg.avi.html
Previous Submission Dates: 2010-12-02 23:47:42, 2010-12-03 23:13:53, 2010-12-06 23:27:24,
2010-12-13 14:16:18, 2010-12-15 00:14:46, 2010-12-22 03:11:06, 2010-12-24 23:33:00, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:45:16


Control Number: 103979
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/66267694/fbaf93c
/vampires.suck.2010.wp.xvid-kingdom.avi.part01.rar.html
Previous Submission Dates: 2010-12-02 23:47:42, 2010-12-03 23:13:53, 2010-12-06 23:27:24,
2010-12-13 14:16:18, 2010-12-15 00:14:46, 2010-12-22 03:11:06, 2010-12-24 23:33:00, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:44:18


Control Number: 103977
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/66300588/6e2cc62/vampires-
suck-(2010,-320)-christopher-lennertz.zip.html
Previous Submission Dates: 2010-12-02 23:47:42, 2010-12-03 23:13:53, 2010-12-06 23:27:24,
2010-12-13 14:16:19, 2010-12-15 00:14:46, 2010-12-22 03:11:06, 2010-12-24 23:33:00, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-02 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:44:02


Control Number: 103976
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/66513326/6f4f212/vampires-
suck.2010.workprint.xvid.ac3-t0xic.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:42, 2010-12-03 23:13:53, 2010-12-06 23:27:24,
2010-12-13 14:16:19, 2010-12-15 00:14:46, 2010-12-22 03:11:06, 2010-12-24 23:33:00, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:43:32


Control Number: 103974
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/66932640/7da0308
/vampires.suck.workprint.xvid-vamps.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:42, 2010-12-03 23:13:53, 2010-12-06 23:27:24,
2010-12-13 14:16:19, 2010-12-15 00:14:46, 2010-12-22 03:11:07, 2010-12-24 23:33:00, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:42:45


Control Number: 103973
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/66965911/50628f5
/vampires.suck.workprint.xvid-vamps.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:42, 2010-12-03 23:13:53, 2010-12-06 23:27:24,
2010-12-13 14:16:19, 2010-12-15 00:14:46, 2010-12-22 03:11:07, 2010-12-24 23:33:00, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:42:14


Control Number: 103972
```

FOX003240

```
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/67053876/acc33e6
/vampires.suck.workprint.xvid-vamps.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:42, 2010-12-03 23:13:53, 2010-12-06 23:27:24,
2010-12-13 14:16:19, 2010-12-15 00:14:46, 2010-12-22 03:11:07, 2010-12-24 23:33:00, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:41:29


Control Number: 103971
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/69260944/429bb35
/vampires.suck.2010.pl.subbed.wp.xvid.ac3-ltg.400.r00.html
Previous Submission Dates: 2010-12-02 23:47:42, 2010-12-03 23:13:53, 2010-12-06 23:27:24,
2010-12-13 14:16:19, 2010-12-15 00:14:46, 2010-12-22 03:11:07, 2010-12-24 23:33:00, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:40:41


Control Number: 103970
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/69264745/367b50e
/vampires.suck.2010.pl.subbed.wp.xvid.ac3-ltg.400.r01.html
Previous Submission Dates: 2010-12-02 23:47:42, 2010-12-03 23:13:53, 2010-12-06 23:27:24,
2010-12-13 14:16:19, 2010-12-15 00:14:46, 2010-12-22 03:11:07, 2010-12-24 23:33:00, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:40:24


Control Number: 103969
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/69269580/c525815
/vampires.suck.2010.pl.subbed.wp.xvid.ac3-ltg.400.r02.html
Previous Submission Dates: 2010-12-02 23:47:42, 2010-12-03 23:13:53, 2010-12-06 23:27:25,
2010-12-13 14:16:19, 2010-12-15 00:14:47, 2010-12-22 03:11:07, 2010-12-24 23:33:00, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:40:03


Control Number: 103968
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/69271347/0c2898c
/vampires.suck.2010.pl.subbed.wp.xvid.ac3-ltg.400.rar.html
Previous Submission Dates: 2010-12-02 23:47:42, 2010-12-03 23:13:54, 2010-12-06 23:27:25,
2010-12-13 14:16:19, 2010-12-15 00:14:47, 2010-12-22 03:11:07, 2010-12-24 23:33:00, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:39:50


Control Number: 103967
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/69625142/ae5a2fc/vampires-suck-2010-
by-waleed-mohamed-khalil.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:42, 2010-12-03 23:13:54, 2010-12-06 23:27:25,
2010-12-13 14:16:19, 2010-12-15 00:14:47, 2010-12-22 03:11:07, 2010-12-24 23:33:01, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:39:33


Control Number: 103966
Studio: Fox
Title: Vampires Suck
```

Infringing Host File Download Link: http://hotfile.com/dl/69607491/872613a/vampires-suck-2010-by-waleed-mohamed-khalil.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:43, 2010-12-03 23:13:54, 2010-12-06 23:27:25, 2010-12-13 14:16:19, 2010-12-15 00:14:47, 2010-12-22 03:11:07, 2010-12-24 23:33:01, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:39:32

Control Number: 103965
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/69919221/a59b0fa/vampires.suck.2010.egy4music.com.rar.html
Previous Submission Dates: 2010-12-02 23:47:43, 2010-12-03 23:13:54, 2010-12-06 23:27:25, 2010-12-13 14:16:19, 2010-12-15 00:14:47, 2010-12-22 03:11:07, 2010-12-24 23:33:01, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:39:11

Control Number: 103964
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/70934554/a1703de/vampires.suck.2010.m4e.by.samorarulez.rmvb.html
Previous Submission Dates: 2010-12-02 23:47:43, 2010-12-03 23:13:54, 2010-12-06 23:27:25, 2010-12-13 14:16:19, 2010-12-15 00:14:47, 2010-12-22 03:11:07, 2010-12-24 23:33:01, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:38:31

Control Number: 103963
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/71297931/87a4bf5/vampires.suck.2010.wp.xvid-kingdom.avi.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:43, 2010-12-03 23:13:54, 2010-12-06 23:27:25, 2010-12-13 14:16:19, 2010-12-15 00:14:47, 2010-12-22 03:11:07, 2010-12-24 23:33:01, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:38:09

Control Number: 103961
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/72776202/11aa177/vampires-suck2010wpscr-lw.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:43, 2010-12-03 23:13:54, 2010-12-06 23:27:25, 2010-12-13 14:16:19, 2010-12-15 00:14:47, 2010-12-22 03:11:07, 2010-12-24 23:33:01, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:37:31

Control Number: 103959
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/73314270/030685c/vampires.suck.dvdscr.esp.xydrozx.hmx.team.part3.rar.html
Previous Submission Dates: 2010-12-02 23:47:43, 2010-12-03 23:13:54, 2010-12-06 23:27:25, 2010-12-13 14:16:19, 2010-12-15 00:14:47, 2010-12-22 03:11:07, 2010-12-24 23:33:01, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:36:59

Control Number: 103957
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/73314271/40279a8/vampires.suck.dvdscr.esp.xydrozx.hmx.team.part1.rar.html

Previous Submission Dates: 2010-12-02 23:47:43, 2010-12-03 23:13:54, 2010-12-06 23:27:25,
2010-12-13 14:16:19, 2010-12-15 00:14:47, 2010-12-22 03:11:07, 2010-12-24 23:33:01, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-02 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:36:58

Control Number: 103958
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/73314269/22d3452
/vampires.suck.dvdscr.esp.xydrozx.hmx.team.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:43, 2010-12-03 23:13:54, 2010-12-06 23:27:25,
2010-12-13 14:16:19, 2010-12-15 00:14:47, 2010-12-22 03:11:07, 2010-12-24 23:33:01, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:36:59

Control Number: 103954
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74415233/f2943a7
/vampires.suck.workprint.xvid-vamps.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:43, 2010-12-03 23:13:54, 2010-12-06 23:27:25,
2010-12-13 14:16:19, 2010-12-15 00:14:47, 2010-12-22 03:11:07, 2010-12-24 23:33:01, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:36:07

Control Number: 103953
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74633433/115e883
/vampires.suck.r5.ac3.xvid-classified.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:43, 2010-12-03 23:13:54, 2010-12-06 23:27:25,
2010-12-13 14:16:19, 2010-12-15 00:14:47, 2010-12-22 03:11:07, 2010-12-24 23:33:01, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:35:49

Control Number: 103952
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74635214/25db350
/vampires.suck.r5.ac3.xvid-classified.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:43, 2010-12-03 23:13:54, 2010-12-06 23:27:25,
2010-12-13 14:16:20, 2010-12-15 00:14:47, 2010-12-22 03:11:07, 2010-12-24 23:33:01, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:35:34

Control Number: 103951
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74638285/80a1f73
/vampires.suck.r5.ac3.xvid-classified.part01.rar.html
Previous Submission Dates: 2010-12-02 23:47:43, 2010-12-03 23:13:54, 2010-12-06 23:27:25,
2010-12-13 14:16:20, 2010-12-15 00:14:47, 2010-12-22 03:11:08, 2010-12-24 23:33:01, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:35:18

Control Number: 103949
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74639463/6675b8a
/vampires.suck.by.dardann.part3.rar.html
Previous Submission Dates: 2010-12-02 23:47:43, 2010-12-03 23:13:54, 2010-12-06 23:27:25,
2010-12-13 14:16:20, 2010-12-15 00:14:47, 2010-12-22 03:11:08, 2010-12-24 23:33:01, 2010-12-25

23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:35:03

Control Number: 103950
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74639460/190150d
/vampires.suck.by.dardann.part4.rar.html
Previous Submission Dates: 2010-12-02 23:47:43, 2010-12-03 23:13:54, 2010-12-06 23:27:25,
2010-12-13 14:16:20, 2010-12-15 00:14:47, 2010-12-22 03:11:08, 2010-12-24 23:33:01, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:35:03

Control Number: 103947
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74639461/42fc7de
/vampires.suck.by.dardann.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:43, 2010-12-03 23:13:55, 2010-12-06 23:27:25,
2010-12-13 14:16:20, 2010-12-15 00:14:47, 2010-12-22 03:11:08, 2010-12-24 23:33:01, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:35:02

Control Number: 103948
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74639462/7c63060
/vampires.suck.by.dardann.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:43, 2010-12-03 23:13:55, 2010-12-06 23:27:25,
2010-12-13 14:16:20, 2010-12-15 00:14:47, 2010-12-22 03:11:08, 2010-12-24 23:33:01, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:35:02

Control Number: 103942
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74644204/39fb97d
/vampires.suck.r5.ac3.xvid-www.divxturka.net.avi.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:43, 2010-12-03 23:13:55, 2010-12-06 23:27:26,
2010-12-13 14:16:20, 2010-12-15 00:14:47, 2010-12-22 03:11:08, 2010-12-24 23:33:02, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:34:29

Control Number: 103940
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74645206/f165ca0
/vampires.suck.r5.ac3.xvid-www.freshwap.net.avi.part3.rar.html
Previous Submission Dates: 2010-12-02 23:47:44, 2010-12-03 23:13:55, 2010-12-06 23:27:26,
2010-12-13 14:16:20, 2010-12-15 00:14:48, 2010-12-22 03:11:08, 2010-12-24 23:33:02, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:34:14

Control Number: 103941
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74643966/67bbc90
/vampires.suck.r5.ac3.xvid-www.freshwap.net.avi.part4.rar.html
Previous Submission Dates: 2010-12-02 23:47:43, 2010-12-03 23:13:55, 2010-12-06 23:27:26,
2010-12-13 14:16:20, 2010-12-15 00:14:48, 2010-12-22 03:11:08, 2010-12-24 23:33:02, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38

Date Re-Discovered: 2010-11-29 21:34:14

Control Number: 103938
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74645065/51d7693
/vampires.suck.r5.ac3.xvid-www.freshwap.net.avi.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:44, 2010-12-03 23:13:55, 2010-12-06 23:27:26,
2010-12-13 14:16:20, 2010-12-15 00:14:48, 2010-12-22 03:11:08, 2010-12-24 23:33:02, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:34:13

Control Number: 103928
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74652497/a3845fd
/vampires.suck.r5.ac3.xvid.classified.warez-centre.com.part3.rar.html
Previous Submission Dates: 2010-12-02 23:47:44, 2010-12-03 23:13:55, 2010-12-06 23:27:26,
2010-12-13 14:16:20, 2010-12-15 00:14:48, 2010-12-22 03:11:08, 2010-12-24 23:33:02, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:33:23

Control Number: 103929
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74650768/31b7595
/vampires.suck.r5.ac3.xvid.classified.warez-centre.com.part4.rar.html
Previous Submission Dates: 2010-12-02 23:47:44, 2010-12-03 23:13:55, 2010-12-06 23:27:26,
2010-12-13 14:16:20, 2010-12-15 00:14:48, 2010-12-22 03:11:09, 2010-12-24 23:33:02, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:33:23

Control Number: 103926
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74652172/622ba45
/vampires.suck.r5.ac3.xvid.classified.warez-centre.com.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:44, 2010-12-03 23:13:55, 2010-12-06 23:27:26,
2010-12-13 14:16:20, 2010-12-15 00:14:48, 2010-12-22 03:11:09, 2010-12-24 23:33:02, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:33:22

Control Number: 103927
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74652252/ebcb734
/vampires.suck.r5.ac3.xvid.classified.warez-centre.com.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:44, 2010-12-03 23:13:55, 2010-12-06 23:27:26,
2010-12-13 14:16:20, 2010-12-15 00:14:48, 2010-12-22 03:11:09, 2010-12-24 23:33:02, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:33:22

Control Number: 103925
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74659091/f50cbae
/vampires.suck.r5.ac3.xvid-classified.part01.rar.html
Previous Submission Dates: 2010-12-02 23:47:44, 2010-12-03 23:13:56, 2010-12-06 23:27:26,
2010-12-13 14:16:20, 2010-12-15 00:14:48, 2010-12-22 03:11:09, 2010-12-24 23:33:02, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:33:01

```
Control Number: 103924
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74662976/8955772
/vampires.suck.r5.ac3.xvid-classified.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:44, 2010-12-03 23:13:56, 2010-12-06 23:27:26,
2010-12-13 14:16:20, 2010-12-15 00:14:48, 2010-12-22 03:11:09, 2010-12-24 23:33:02, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:32:44

Control Number: 103922
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74672710/580e596
/vampires.suck.r5.mohammed.elsady.dvd4arab.com.part6.rar.html
Previous Submission Dates: 2010-12-02 23:47:44, 2010-12-03 23:13:56, 2010-12-06 23:27:26,
2010-12-13 14:16:20, 2010-12-15 00:14:48, 2010-12-22 03:11:10, 2010-12-24 23:33:02, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:32:29

Control Number: 103923
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74672393/5b0cc5d
/vampires.suck.r5.mohammed.elsady.dvd4arab.com.part7.rar.html
Previous Submission Dates: 2010-12-02 23:47:44, 2010-12-03 23:13:56, 2010-12-06 23:27:27,
2010-12-13 14:16:20, 2010-12-15 00:14:48, 2010-12-22 03:11:10, 2010-12-24 23:33:02, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:32:29

Control Number: 103920
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74669776/f90610f
/vampires.suck.r5.mohammed.elsady.dvd4arab.com.part4.rar.html
Previous Submission Dates: 2010-12-02 23:47:44, 2010-12-03 23:13:56, 2010-12-06 23:27:27,
2010-12-13 14:16:20, 2010-12-15 00:14:48, 2010-12-22 03:11:10, 2010-12-24 23:33:02, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:32:28

Control Number: 103921
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74669678/bb9aa97
/vampires.suck.r5.mohammed.elsady.dvd4arab.com.part5.rar.html
Previous Submission Dates: 2010-12-02 23:47:44, 2010-12-03 23:13:56, 2010-12-06 23:27:27,
2010-12-13 14:16:21, 2010-12-15 00:14:48, 2010-12-22 03:11:10, 2010-12-24 23:33:02, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:32:28

Control Number: 103918
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74669701/5f84e18
/vampires.suck.r5.mohammed.elsady.dvd4arab.com.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:44, 2010-12-03 23:13:56, 2010-12-06 23:27:27,
2010-12-13 14:16:21, 2010-12-15 00:14:48, 2010-12-22 03:11:10, 2010-12-24 23:33:02, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:32:27

Control Number: 103919
Studio: Fox
```

Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74669695/7dca21f
/vampires.suck.r5.mohammed.elsady.dvd4arab.com.part3.rar.html
Previous Submission Dates: 2010-12-02 23:47:44, 2010-12-03 23:13:56, 2010-12-06 23:27:27,
2010-12-13 14:16:21, 2010-12-15 00:14:48, 2010-12-22 03:11:10, 2010-12-24 23:33:02, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:32:27

Control Number: 103917
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74669702/64a74bf
/vampires.suck.r5.mohammed.elsady.dvd4arab.com.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:44, 2010-12-03 23:13:56, 2010-12-06 23:27:27,
2010-12-13 14:16:21, 2010-12-15 00:14:48, 2010-12-22 03:11:10, 2010-12-24 23:33:02, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:32:26

Control Number: 103916
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74677785/cb4b912
/vampires.suck.2010.wp.xvid-ncode.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:45, 2010-12-03 23:13:56, 2010-12-06 23:27:27,
2010-12-13 14:16:21, 2010-12-15 00:14:48, 2010-12-22 03:11:10, 2010-12-24 23:33:02, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:32:03

Control Number: 103915
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74704567/c341a2d/vampires-
suck.rar.html
Previous Submission Dates: 2010-12-02 23:47:45, 2010-12-03 23:13:56, 2010-12-06 23:27:27,
2010-12-13 14:16:21, 2010-12-15 00:14:48, 2010-12-22 03:11:10, 2010-12-24 23:33:03, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:31:43

Control Number: 103913
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74706104/5b95aaf/vampires-
suck.rar.html
Previous Submission Dates: 2010-12-02 23:47:45, 2010-12-03 23:13:56, 2010-12-06 23:27:27,
2010-12-13 14:16:21, 2010-12-15 00:14:48, 2010-12-22 03:11:10, 2010-12-24 23:33:03, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:31:07

Control Number: 103905
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74710525/6a03958
/vampires.suck.r5.mohammed.elsady.dvd4arab.com.rmvb.html
Previous Submission Dates: 2010-12-02 23:47:45, 2010-12-03 23:13:56, 2010-12-06 23:27:27,
2010-12-13 14:16:21, 2010-12-15 00:14:49, 2010-12-22 03:11:10, 2010-12-24 23:33:03, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:30:33

Control Number: 103904
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74711252/ac0c0ba/vampires-

```
suck.2010.r5.xvid-noir.www.darkwarez.pl.gardzij.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:45, 2010-12-03 23:13:57, 2010-12-06 23:27:27,
2010-12-13 14:16:21, 2010-12-15 00:14:49, 2010-12-22 03:11:10, 2010-12-24 23:33:03, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:30:16

Control Number: 103903
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74710529/4d177ac/vampires-
suck.2010.r5.xvid-noir.www.darkwarez.pl.gardzij.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:45, 2010-12-03 23:13:57, 2010-12-06 23:27:27,
2010-12-13 14:16:21, 2010-12-15 00:14:49, 2010-12-22 03:11:10, 2010-12-24 23:33:03, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:30:15

Control Number: 103900
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74715151/5752140
/vampires.suck.2010.r5.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:45, 2010-12-03 23:13:57, 2010-12-06 23:27:27,
2010-12-13 14:16:21, 2010-12-15 00:14:49, 2010-12-22 03:11:10, 2010-12-24 23:33:03, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:29:57

Control Number: 103901
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74714017/004ea6e
/vampires.suck.2010.r5.part3.rar.html
Previous Submission Dates: 2010-12-02 23:47:45, 2010-12-03 23:13:57, 2010-12-06 23:27:27,
2010-12-13 14:16:21, 2010-12-15 00:14:49, 2010-12-22 03:11:10, 2010-12-24 23:33:03, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:29:57

Control Number: 103902
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74712873/b2f7959
/vampires.suck.2010.r5.part4.rar.html
Previous Submission Dates: 2010-12-02 23:47:45, 2010-12-03 23:13:57, 2010-12-06 23:27:28,
2010-12-13 14:16:21, 2010-12-15 00:14:49, 2010-12-22 03:11:10, 2010-12-24 23:33:03, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:29:57

Control Number: 103899
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74712808/7bcbecf
/vampires.suck.2010.r5.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:45, 2010-12-03 23:13:57, 2010-12-06 23:27:28,
2010-12-13 14:16:21, 2010-12-15 00:14:49, 2010-12-22 03:11:10, 2010-12-24 23:33:03, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:29:56

Control Number: 103898
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74719715/bd7c4f6
/vampires.suck.r5.ac3.xvid-classified.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:45, 2010-12-03 23:13:57, 2010-12-06 23:27:28,
```

2010-12-13 14:16:21, 2010-12-15 00:14:49, 2010-12-22 03:11:11, 2010-12-24 23:33:03, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:29:40

Control Number: 103897
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74722035/da9ab1c/www.agda3nas.com.vampires-suck.2010.r5.xvid.by.lionman.rmvb.html
Previous Submission Dates: 2010-12-02 23:47:45, 2010-12-03 23:13:57, 2010-12-06 23:27:28, 2010-12-13 14:16:21, 2010-12-15 00:14:49, 2010-12-22 03:11:11, 2010-12-24 23:33:03, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:29:23

Control Number: 103896
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74733713/0bf763d/vampires-suck-2010-.by.elmagico.rar.html
Previous Submission Dates: 2010-12-02 23:47:45, 2010-12-03 23:13:57, 2010-12-06 23:27:28, 2010-12-13 14:16:21, 2010-12-15 00:14:49, 2010-12-22 03:11:11, 2010-12-24 23:33:03, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:28:54

Control Number: 103895
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74747954/4ca64bb/leg.pt.vampires.suck.rar.html
Previous Submission Dates: 2010-12-02 23:47:45, 2010-12-03 23:13:57, 2010-12-06 23:27:28, 2010-12-13 14:16:21, 2010-12-15 00:14:49, 2010-12-22 03:11:11, 2010-12-24 23:33:03, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:28:32

Control Number: 103894
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74761990/761ad7f/vampires.suck.2010.dvd-r5.by.zooz.rmvb.html
Previous Submission Dates: 2010-12-02 23:47:45, 2010-12-03 23:13:57, 2010-12-06 23:27:28, 2010-12-13 14:16:21, 2010-12-15 00:14:49, 2010-12-22 03:11:11, 2010-12-24 23:33:03, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:28:08

Control Number: 103892
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74765989/cb0aa02/vampires.suck.r5.ac3.xvid-classified.instawarez.net.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:46, 2010-12-03 23:13:57, 2010-12-06 23:27:28, 2010-12-13 14:16:21, 2010-12-15 00:14:49, 2010-12-22 03:11:11, 2010-12-24 23:33:03, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:27:38

Control Number: 103890
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84054522/71c20db/vampires.suck.exd.bdrip.x264-h2omkv.rar.html
Previous Submission Dates: 2010-12-02 23:47:46, 2010-12-03 23:13:57, 2010-12-06 23:27:28, 2010-12-13 14:16:21, 2010-12-15 00:14:49, 2010-12-22 03:11:11, 2010-12-24 23:33:03, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,

FOX003249

2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:26:11

Control Number: 103888
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84515583/2a56a10
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part17.rar.html
Previous Submission Dates: 2010-12-02 23:47:46, 2010-12-03 23:13:57, 2010-12-06 23:27:28,
2010-12-13 14:16:22, 2010-12-15 00:14:49, 2010-12-22 03:11:11, 2010-12-24 23:33:03, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:25:49

Control Number: 103889
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84515749/74709e3
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part19.rar.html
Previous Submission Dates: 2010-12-02 23:47:46, 2010-12-03 23:13:57, 2010-12-06 23:27:28,
2010-12-13 14:16:22, 2010-12-15 00:14:49, 2010-12-22 03:11:11, 2010-12-24 23:33:03, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:25:49

Control Number: 103886
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84514640/abffd1f
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part14.rar.html
Previous Submission Dates: 2010-12-02 23:47:46, 2010-12-03 23:13:57, 2010-12-06 23:27:28,
2010-12-13 14:16:22, 2010-12-15 00:14:49, 2010-12-22 03:11:11, 2010-12-24 23:33:03, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:25:48

Control Number: 103887
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84514217/89bdcec
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part15.rar.html
Previous Submission Dates: 2010-12-02 23:47:46, 2010-12-03 23:13:57, 2010-12-06 23:27:28,
2010-12-13 14:16:22, 2010-12-15 00:14:49, 2010-12-22 03:11:11, 2010-12-24 23:33:04, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:25:48

Control Number: 103884
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84512767/135ebfa
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part11.rar.html
Previous Submission Dates: 2010-12-02 23:47:46, 2010-12-03 23:13:57, 2010-12-06 23:27:28,
2010-12-13 14:16:22, 2010-12-15 00:14:49, 2010-12-22 03:11:11, 2010-12-24 23:33:04, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:25:47

Control Number: 103885
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84514113/6cb104a
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part13.rar.html
Previous Submission Dates: 2010-12-02 23:47:46, 2010-12-03 23:13:57, 2010-12-06 23:27:28,
2010-12-13 14:16:22, 2010-12-15 00:14:49, 2010-12-22 03:11:11, 2010-12-24 23:33:04, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:25:47

Control Number: 103881
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84511514/27d7c5d
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part07.rar.html
Previous Submission Dates: 2010-12-02 23:47:46, 2010-12-03 23:13:57, 2010-12-06 23:27:28,
2010-12-13 14:16:22, 2010-12-15 00:14:50, 2010-12-22 03:11:11, 2010-12-24 23:33:04, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:25:46

Control Number: 103882
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84512581/c6bb6b0
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part09.rar.html
Previous Submission Dates: 2010-12-02 23:47:46, 2010-12-03 23:13:58, 2010-12-06 23:27:28,
2010-12-13 14:16:22, 2010-12-15 00:14:50, 2010-12-22 03:11:11, 2010-12-24 23:33:04, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:25:46

Control Number: 103883
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84513314/9ea6c6a
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part10.rar.html
Previous Submission Dates: 2010-12-02 23:47:46, 2010-12-03 23:13:58, 2010-12-06 23:27:28,
2010-12-13 14:16:22, 2010-12-15 00:14:50, 2010-12-22 03:11:11, 2010-12-24 23:33:04, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:25:46

Control Number: 103879
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84511502/dc6a378
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part05.rar.html
Previous Submission Dates: 2010-12-02 23:47:46, 2010-12-03 23:13:58, 2010-12-06 23:27:28,
2010-12-13 14:16:22, 2010-12-15 00:14:50, 2010-12-22 03:11:11, 2010-12-24 23:33:04, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:25:45

Control Number: 103880
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84511822/a56004f
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part06.rar.html
Previous Submission Dates: 2010-12-02 23:47:46, 2010-12-03 23:13:58, 2010-12-06 23:27:28,
2010-12-13 14:16:22, 2010-12-15 00:14:50, 2010-12-22 03:11:11, 2010-12-24 23:33:04, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:25:45

Control Number: 103877
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84510364/f239668
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part02.rar.html
Previous Submission Dates: 2010-12-02 23:47:46, 2010-12-03 23:13:58, 2010-12-06 23:27:28,
2010-12-13 14:16:22, 2010-12-15 00:14:50, 2010-12-22 03:11:12, 2010-12-24 23:33:04, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:25:44

Control Number: 103878

FOX003251

Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84510509/f792ee6
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part03.rar.html
Previous Submission Dates: 2010-12-02 23:47:46, 2010-12-03 23:13:58, 2010-12-06 23:27:29,
2010-12-13 14:16:22, 2010-12-15 00:14:50, 2010-12-22 03:11:12, 2010-12-24 23:33:04, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:25:44

Control Number: 103876
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84510398/2fe6080
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part01.rar.html
Previous Submission Dates: 2010-12-02 23:47:46, 2010-12-03 23:13:58, 2010-12-06 23:27:29,
2010-12-13 14:16:22, 2010-12-15 00:14:50, 2010-12-22 03:11:12, 2010-12-24 23:33:04, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:25:43

Control Number: 103810
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84728255/19b9ba4
/vampires.suck.2010.extended.720p.bluray.x264-sinners.mkv.part5.rar.html
Previous Submission Dates: 2010-12-02 23:47:49, 2010-12-03 23:14:01, 2010-12-06 23:27:29,
2010-12-13 14:16:22, 2010-12-15 00:14:50, 2010-12-22 03:11:12, 2010-12-24 23:33:04, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:23:37

Control Number: 103811
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84728430/1ab0078
/vampires.suck.2010.extended.720p.bluray.x264-sinners.mkv.part6.rar.html
Previous Submission Dates: 2010-12-02 23:47:49, 2010-12-03 23:14:01, 2010-12-06 23:27:29,
2010-12-13 14:16:22, 2010-12-15 00:14:50, 2010-12-22 03:11:12, 2010-12-24 23:33:04, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:23:37

Control Number: 103808
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84728283/bd755b2
/vampires.suck.2010.extended.720p.bluray.x264-sinners.mkv.part3.rar.html
Previous Submission Dates: 2010-12-02 23:47:49, 2010-12-03 23:14:01, 2010-12-06 23:27:29,
2010-12-13 14:16:22, 2010-12-15 00:14:50, 2010-12-22 03:11:12, 2010-12-24 23:33:04, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:23:36

Control Number: 103809
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84730666/1dde199
/vampires.suck.2010.extended.720p.bluray.x264-sinners.mkv.part4.rar.html
Previous Submission Dates: 2010-12-02 23:47:49, 2010-12-03 23:14:01, 2010-12-06 23:27:29,
2010-12-13 14:16:22, 2010-12-15 00:14:50, 2010-12-22 03:11:12, 2010-12-24 23:33:04, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:23:36

Control Number: 103806
Studio: Fox
Title: Vampires Suck

Infringing Host File Download Link: http://hotfile.com/dl/84730685/f52d78a
/vampires.suck.2010.extended.720p.bluray.x264-sinners.mkv.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:49, 2010-12-03 23:14:01, 2010-12-06 23:27:29,
2010-12-13 14:16:22, 2010-12-15 00:14:50, 2010-12-22 03:11:12, 2010-12-24 23:33:04, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:23:35

Control Number: 103807
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84729333/846ae62
/vampires.suck.2010.extended.720p.bluray.x264-sinners.mkv.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:49, 2010-12-03 23:14:01, 2010-12-06 23:27:29,
2010-12-13 14:16:22, 2010-12-15 00:14:50, 2010-12-22 03:11:12, 2010-12-24 23:33:04, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:23:35

Control Number: 103802
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84870750/26a823d
/proit91.vampires.suck.2010.extended.720p.bluray.x264-sinners.part21.rar.html
Previous Submission Dates: 2010-12-02 23:47:49, 2010-12-03 23:14:01, 2010-12-06 23:27:29,
2010-12-13 14:16:22, 2010-12-15 00:14:50, 2010-12-22 03:11:12, 2010-12-24 23:33:04, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:56

Control Number: 103803
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84871730/6d243ab
/proit91.vampires.suck.2010.extended.720p.bluray.x264-sinners.part22.rar.html
Previous Submission Dates: 2010-12-02 23:47:49, 2010-12-03 23:14:01, 2010-12-06 23:27:29,
2010-12-13 14:16:23, 2010-12-15 00:14:50, 2010-12-22 03:11:12, 2010-12-24 23:33:05, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:56

Control Number: 103804
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84872936/2bdda95
/proit91.vampires.suck.2010.extended.720p.bluray.x264-sinners.part23.rar.html
Previous Submission Dates: 2010-12-02 23:47:49, 2010-12-03 23:14:01, 2010-12-06 23:27:29,
2010-12-13 14:16:23, 2010-12-15 00:14:50, 2010-12-22 03:11:12, 2010-12-24 23:33:05, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:56

Control Number: 103800
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84868987/6278ccc
/proit91.vampires.suck.2010.extended.720p.bluray.x264-sinners.part19.rar.html
Previous Submission Dates: 2010-12-02 23:47:49, 2010-12-03 23:14:01, 2010-12-06 23:27:29,
2010-12-13 14:16:23, 2010-12-15 00:14:50, 2010-12-22 03:11:12, 2010-12-24 23:33:05, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:55

Control Number: 103801
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84869806/9fa0fc5
/proit91.vampires.suck.2010.extended.720p.bluray.x264-sinners.part20.rar.html

FOX003253

Previous Submission Dates: 2010-12-02 23:47:49, 2010-12-03 23:14:01, 2010-12-06 23:27:29,
2010-12-13 14:16:23, 2010-12-15 00:14:50, 2010-12-22 03:11:12, 2010-12-24 23:33:05, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:55

Control Number: 103798
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84867318/be0face
/proit91.vampires.suck.2010.extended.720p.bluray.x264-sinners.part17.rar.html
Previous Submission Dates: 2010-12-02 23:47:49, 2010-12-03 23:14:01, 2010-12-06 23:27:29,
2010-12-13 14:16:23, 2010-12-15 00:14:50, 2010-12-22 03:11:12, 2010-12-24 23:33:05, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:54

Control Number: 103799
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84868147/59a2152
/proit91.vampires.suck.2010.extended.720p.bluray.x264-sinners.part18.rar.html
Previous Submission Dates: 2010-12-02 23:47:49, 2010-12-03 23:14:01, 2010-12-06 23:27:29,
2010-12-13 14:16:23, 2010-12-15 00:14:51, 2010-12-22 03:11:12, 2010-12-24 23:33:05, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:54

Control Number: 103796
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84865433/40f2a49
/proit91.vampires.suck.2010.extended.720p.bluray.x264-sinners.part15.rar.html
Previous Submission Dates: 2010-12-02 23:47:49, 2010-12-03 23:14:01, 2010-12-06 23:27:29,
2010-12-13 14:16:23, 2010-12-15 00:14:51, 2010-12-22 03:11:12, 2010-12-24 23:33:05, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:53

Control Number: 103797
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84866324/2874250
/proit91.vampires.suck.2010.extended.720p.bluray.x264-sinners.part16.rar.html
Previous Submission Dates: 2010-12-02 23:47:49, 2010-12-03 23:14:01, 2010-12-06 23:27:29,
2010-12-13 14:16:23, 2010-12-15 00:14:51, 2010-12-22 03:11:12, 2010-12-24 23:33:05, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:53

Control Number: 103793
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84834828/07633b5
/proit91.vampires.suck.2010.extended.720p.bluray.x264-sinners.part09.rar.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:02, 2010-12-06 23:27:29,
2010-12-13 14:16:23, 2010-12-15 00:14:51, 2010-12-22 03:11:13, 2010-12-24 23:33:05, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:52

Control Number: 103794
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84835767/9ebfa47
/proit91.vampires.suck.2010.extended.720p.bluray.x264-sinners.part10.rar.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:02, 2010-12-06 23:27:29,
2010-12-13 14:16:23, 2010-12-15 00:14:51, 2010-12-22 03:11:13, 2010-12-24 23:33:05, 2010-12-25

FOX003254

23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:52

Control Number: 103795
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84836664/cb97def
/proit91.vampires.suck.2010.extended.720p.bluray.x264-sinners.part11.rar.html
Previous Submission Dates: 2010-12-02 23:47:49, 2010-12-03 23:14:02, 2010-12-06 23:27:29,
2010-12-13 14:16:23, 2010-12-15 00:14:51, 2010-12-22 03:11:13, 2010-12-24 23:33:05, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:52

Control Number: 103791
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84833227/79198b2
/proit91.vampires.suck.2010.extended.720p.bluray.x264-sinners.part07.rar.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:02, 2010-12-06 23:27:29,
2010-12-13 14:16:23, 2010-12-15 00:14:51, 2010-12-22 03:11:13, 2010-12-24 23:33:05, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:51

Control Number: 103792
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84834062/ecebd0e
/proit91.vampires.suck.2010.extended.720p.bluray.x264-sinners.part08.rar.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:02, 2010-12-06 23:27:29,
2010-12-13 14:16:23, 2010-12-15 00:14:51, 2010-12-22 03:11:13, 2010-12-24 23:33:05, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:51

Control Number: 103789
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84831419/4105d23
/proit91.vampires.suck.2010.extended.720p.bluray.x264-sinners.part05.rar.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:02, 2010-12-06 23:27:29,
2010-12-13 14:16:23, 2010-12-15 00:14:51, 2010-12-22 03:11:13, 2010-12-24 23:33:05, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:50

Control Number: 103790
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84832384/bd8fa61
/proit91.vampires.suck.2010.extended.720p.bluray.x264-sinners.part06.rar.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:02, 2010-12-06 23:27:30,
2010-12-13 14:16:23, 2010-12-15 00:14:51, 2010-12-22 03:11:13, 2010-12-24 23:33:05, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:50

Control Number: 103786
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84828490/6338c46
/proit91.vampires.suck.2010.extended.720p.bluray.x264-sinners.part02.rar.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:02, 2010-12-06 23:27:30,
2010-12-13 14:16:23, 2010-12-15 00:14:51, 2010-12-22 03:11:13, 2010-12-24 23:33:05, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38

Date Re-Discovered: 2010-11-29 21:22:49

Control Number: 103787
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84829388/4c1133c
/proit91.vampires.suck.2010.extended.720p.bluray.x264-sinners.part03.rar.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:02, 2010-12-06 23:27:30,
2010-12-13 14:16:23, 2010-12-15 00:14:51, 2010-12-22 03:11:13, 2010-12-24 23:33:05, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:49

Control Number: 103788
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84830390/448e3c4
/proit91.vampires.suck.2010.extended.720p.bluray.x264-sinners.part04.rar.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:02, 2010-12-06 23:27:30,
2010-12-13 14:16:23, 2010-12-15 00:14:51, 2010-12-22 03:11:13, 2010-12-24 23:33:05, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:49

Control Number: 103785
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84827777/8ec8d39
/proit91.vampires.suck.2010.extended.720p.bluray.x264-sinners.part01.rar.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:02, 2010-12-06 23:27:30,
2010-12-13 14:16:23, 2010-12-15 00:14:51, 2010-12-22 03:11:13, 2010-12-24 23:33:05, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:48

Control Number: 103781
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84898212/088aabc
/vampires.suck.2010.wp.xvid.avi.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:02, 2010-12-06 23:27:30,
2010-12-13 14:16:23, 2010-12-15 00:14:51, 2010-12-22 03:11:13, 2010-12-24 23:33:06, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:06

Control Number: 103782
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84899302/dcc3e52
/vampires.suck.2010.wp.xvid.avi.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:02, 2010-12-06 23:27:30,
2010-12-13 14:16:23, 2010-12-15 00:14:51, 2010-12-22 03:11:15, 2010-12-24 23:33:06, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:22:06

Control Number: 103780
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84908953/c554e70
/vampires.suck.2010.extended.1080p.bluray.x264-hotmoviepro.com.mkv.017.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:02, 2010-12-06 23:27:30,
2010-12-13 14:16:24, 2010-12-15 00:14:51, 2010-12-22 03:11:16, 2010-12-24 23:33:06, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:21:55

Control Number: 103778
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84908213/e639126
/vampires.suck.2010.extended.1080p.bluray.x264-hotmoviepro.com.mkv.015.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:02, 2010-12-06 23:27:30,
2010-12-13 14:16:24, 2010-12-15 00:14:51, 2010-12-22 03:11:16, 2010-12-24 23:33:06, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:21:54

Control Number: 103779
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84908441/1b7ebfa
/vampires.suck.2010.extended.1080p.bluray.x264-hotmoviepro.com.mkv.016.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:02, 2010-12-06 23:27:30,
2010-12-13 14:16:24, 2010-12-15 00:14:51, 2010-12-22 03:11:16, 2010-12-24 23:33:06, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:21:54

Control Number: 103776
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84907388/f0d15e6
/vampires.suck.2010.extended.1080p.bluray.x264-hotmoviepro.com.mkv.013.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:02, 2010-12-06 23:27:30,
2010-12-13 14:16:24, 2010-12-15 00:14:51, 2010-12-22 03:11:16, 2010-12-24 23:33:06, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:21:53

Control Number: 103777
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84907430/aa71ba1
/vampires.suck.2010.extended.1080p.bluray.x264-hotmoviepro.com.mkv.014.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:02, 2010-12-06 23:27:30,
2010-12-13 14:16:24, 2010-12-15 00:14:51, 2010-12-22 03:11:16, 2010-12-24 23:33:06, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:21:53

Control Number: 103773
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84905857/5c2027d
/vampires.suck.2010.extended.1080p.bluray.x264-hotmoviepro.com.mkv.010.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:02, 2010-12-06 23:27:30,
2010-12-13 14:16:24, 2010-12-15 00:14:52, 2010-12-22 03:11:16, 2010-12-24 23:33:06, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:21:52

Control Number: 103774
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84906724/2855fe3
/vampires.suck.2010.extended.1080p.bluray.x264-hotmoviepro.com.mkv.011.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:02, 2010-12-06 23:27:30,
2010-12-13 14:16:24, 2010-12-15 00:14:52, 2010-12-22 03:11:16, 2010-12-24 23:33:06, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:21:52

Control Number: 103775
Studio: Fox

FOX003257

Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84906891/dcaf5d3
/vampires.suck.2010.extended.1080p.bluray.x264-hotmoviepro.com.mkv.012.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:02, 2010-12-06 23:27:30,
2010-12-13 14:16:24, 2010-12-15 00:14:52, 2010-12-22 03:11:16, 2010-12-24 23:33:06, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:21:52

Control Number: 103771
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84905198/2c7b0f2
/vampires.suck.2010.extended.1080p.bluray.x264-hotmoviepro.com.mkv.008.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:03, 2010-12-06 23:27:30,
2010-12-13 14:16:24, 2010-12-15 00:14:52, 2010-12-22 03:11:16, 2010-12-24 23:33:06, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:21:51

Control Number: 103772
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84905680/30a25e5
/vampires.suck.2010.extended.1080p.bluray.x264-hotmoviepro.com.mkv.009.html
Previous Submission Dates: 2010-12-02 23:47:50, 2010-12-03 23:14:03, 2010-12-06 23:27:30,
2010-12-13 14:16:24, 2010-12-15 00:14:52, 2010-12-22 03:11:16, 2010-12-24 23:33:06, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:21:51

Control Number: 103769
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84904273/fc36594
/vampires.suck.2010.extended.1080p.bluray.x264-hotmoviepro.com.mkv.006.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:30,
2010-12-13 14:16:24, 2010-12-15 00:14:52, 2010-12-22 03:11:17, 2010-12-24 23:33:06, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:21:50

Control Number: 103770
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84905137/eee0c00
/vampires.suck.2010.extended.1080p.bluray.x264-hotmoviepro.com.mkv.007.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:30,
2010-12-13 14:16:24, 2010-12-15 00:14:52, 2010-12-22 03:11:17, 2010-12-24 23:33:06, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:21:50

Control Number: 103767
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84903850/c9c057a
/vampires.suck.2010.extended.1080p.bluray.x264-hotmoviepro.com.mkv.004.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:30,
2010-12-13 14:16:24, 2010-12-15 00:14:52, 2010-12-22 03:11:17, 2010-12-24 23:33:06, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:21:49

Control Number: 103768
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84904138/ffc726f

/vampires.suck.2010.extended.1080p.bluray.x264-hotmoviepro.com.mkv.005.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:31,
2010-12-13 14:16:24, 2010-12-15 00:14:52, 2010-12-22 03:11:17, 2010-12-24 23:33:06, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:21:49

Control Number: 103764
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84902678/110d491
/vampires.suck.2010.extended.1080p.bluray.x264-hotmoviepro.com.mkv.001.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:31,
2010-12-13 14:16:24, 2010-12-15 00:14:52, 2010-12-22 03:11:17, 2010-12-24 23:33:06, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:21:43

Control Number: 103765
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84902886/257b111
/vampires.suck.2010.extended.1080p.bluray.x264-hotmoviepro.com.mkv.002.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:31,
2010-12-13 14:16:24, 2010-12-15 00:14:52, 2010-12-22 03:11:17, 2010-12-24 23:33:06, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:21:43

Control Number: 103766
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84903781/b741e38
/vampires.suck.2010.extended.1080p.bluray.x264-hotmoviepro.com.mkv.003.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:31,
2010-12-13 14:16:24, 2010-12-15 00:14:52, 2010-12-22 03:11:17, 2010-12-24 23:33:07, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:21:43

Control Number: 103762
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/84908981/7f9ef7c
/vampires.suck.2010.extended.1080p.bluray.x264-hotmoviepro.com.srt.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:31,
2010-12-13 14:16:24, 2010-12-15 00:14:52, 2010-12-22 03:11:17, 2010-12-24 23:33:07, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:21:03

Control Number: 103761
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/83760612/476a573
/vampires.suck.2010.extended.bdrip.xvid-fragment.part3.rar.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:31,
2010-12-13 14:16:24, 2010-12-15 00:14:52, 2010-12-22 03:11:17, 2010-12-24 23:33:07, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:20:46

Control Number: 103759
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/83760539/a77fbb4
/vampires.suck.2010.extended.bdrip.xvid-fragment.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:31,

FOX003259

2010-12-13 14:16:24, 2010-12-15 00:14:52, 2010-12-22 03:11:17, 2010-12-24 23:33:07, 2010-12-25 23:31:26, 2010-12-29 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:20:45

Control Number: 103760
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/83760550/5ff9075
/vampires.suck.2010.extended.bdrip.xvid-fragment.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:31, 2010-12-13 14:16:24, 2010-12-15 00:14:52, 2010-12-22 03:11:17, 2010-12-24 23:33:07, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:20:45

Control Number: 103754
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85184399/71ff573
/Vampires_Suck_zumiq.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:31, 2010-12-13 14:16:25, 2010-12-15 00:14:52, 2010-12-22 03:11:17, 2010-12-24 23:33:07, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:10:01

Control Number: 103755
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85185580/ec71529
/Vampires_Suck_zumiq.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:31, 2010-12-13 14:16:25, 2010-12-15 00:14:52, 2010-12-22 03:11:17, 2010-12-24 23:33:07, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:10:01

Control Number: 103717
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85146402/65408cb
/vampires.suck.2010.dvdrip.xvid.part4.rar.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:31, 2010-12-13 14:16:25, 2010-12-15 00:14:52, 2010-12-22 03:11:17, 2010-12-24 23:33:07, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:09:10

Control Number: 103714
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85145789/6d18a9a
/vampires.suck.2010.dvdrip.xvid.axxo.avi.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:31, 2010-12-13 14:16:25, 2010-12-15 00:14:52, 2010-12-22 03:11:17, 2010-12-24 23:33:07, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:09:09

Control Number: 103715
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85145866/05ebed1
/vampires.suck.2010.dvdrip.xvid.axxo.avi.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:31, 2010-12-13 14:16:25, 2010-12-15 00:14:53, 2010-12-22 03:11:17, 2010-12-24 23:33:07, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,

2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:09:09

Control Number: 103716
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85146322/485900b
/vampires.suck.2010.dvdrip.xvid.axxo.avi.part3.rar.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:31,
2010-12-13 14:16:25, 2010-12-15 00:14:53, 2010-12-22 03:11:17, 2010-12-24 23:33:07, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:09:09

Control Number: 103709
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85264767/2520204
/Vampires.Suck.ViSiON.part6.rar.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:31,
2010-12-13 14:16:25, 2010-12-15 00:14:53, 2010-12-22 03:11:17, 2010-12-24 23:33:07, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:07:17

Control Number: 103707
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85264764/5e85c04
/Vampires.Suck.ViSiON.part4.rar.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:31,
2010-12-13 14:16:25, 2010-12-15 00:14:53, 2010-12-22 03:11:18, 2010-12-24 23:33:07, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:07:16

Control Number: 103708
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85264766/67c0d70
/Vampires.Suck.ViSiON.part5.rar.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:31,
2010-12-13 14:16:25, 2010-12-15 00:14:53, 2010-12-22 03:11:18, 2010-12-24 23:33:07, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:07:15

Control Number: 103705
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85265171/c6f0708
/Vampires.Suck.ViSiON.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:03, 2010-12-06 23:27:31,
2010-12-13 14:16:25, 2010-12-15 00:14:53, 2010-12-22 03:11:18, 2010-12-24 23:33:08, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:07:15

Control Number: 103706
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85264765/ad3b4fd
/Vampires.Suck.ViSiON.part3.rar.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:04, 2010-12-06 23:27:31,
2010-12-13 14:16:25, 2010-12-15 00:14:53, 2010-12-22 03:11:18, 2010-12-24 23:33:08, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:07:15

FOX003261

Control Number: 103704
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85265042/5d69b6a
/Vampires.Suck.ViSiON.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:51, 2010-12-03 23:14:04, 2010-12-06 23:27:31,
2010-12-13 14:16:25, 2010-12-15 00:14:53, 2010-12-22 03:11:18, 2010-12-24 23:33:08, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:07:14


Control Number: 103677
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85717897/801e7ce
/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-DMZ.part11.rar.html
Previous Submission Dates: 2010-12-02 23:47:52, 2010-12-03 23:14:04, 2010-12-06 23:27:31,
2010-12-13 14:16:25, 2010-12-15 00:14:53, 2010-12-22 03:11:18, 2010-12-24 23:33:08, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:02:25


Control Number: 103678
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85717919/c55d276
/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-DMZ.part12.rar.html
Previous Submission Dates: 2010-12-02 23:47:52, 2010-12-03 23:14:04, 2010-12-06 23:27:31,
2010-12-13 14:16:25, 2010-12-15 00:14:53, 2010-12-22 03:11:18, 2010-12-24 23:33:08, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:02:25


Control Number: 103675
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85717497/25e85cd
/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-DMZ.part09.rar.html
Previous Submission Dates: 2010-12-02 23:47:52, 2010-12-03 23:14:04, 2010-12-06 23:27:31,
2010-12-13 14:16:25, 2010-12-15 00:14:53, 2010-12-22 03:11:18, 2010-12-24 23:33:08, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:02:24


Control Number: 103676
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85717699/2f7205e
/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-DMZ.part10.rar.html
Previous Submission Dates: 2010-12-02 23:47:52, 2010-12-03 23:14:04, 2010-12-06 23:27:32,
2010-12-13 14:16:25, 2010-12-15 00:14:53, 2010-12-22 03:11:18, 2010-12-24 23:33:08, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:02:24


Control Number: 103673
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85717411/c1c23fd
/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-DMZ.part07.rar.html
Previous Submission Dates: 2010-12-02 23:47:52, 2010-12-03 23:14:04, 2010-12-06 23:27:32,
2010-12-13 14:16:25, 2010-12-15 00:14:53, 2010-12-22 03:11:18, 2010-12-24 23:33:08, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:02:23


Control Number: 103674

Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85717424/3fd876e
/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-DMZ.part08.rar.html
Previous Submission Dates: 2010-12-02 23:47:52, 2010-12-03 23:14:04, 2010-12-06 23:27:32,
2010-12-13 14:16:25, 2010-12-15 00:14:53, 2010-12-22 03:11:18, 2010-12-24 23:33:08, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:02:23


Control Number: 103671
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85717085/4f34cfa
/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-DMZ.part05.rar.html
Previous Submission Dates: 2010-12-02 23:47:52, 2010-12-03 23:14:04, 2010-12-06 23:27:32,
2010-12-13 14:16:25, 2010-12-15 00:14:53, 2010-12-22 03:11:18, 2010-12-24 23:33:08, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:02:22


Control Number: 103672
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85717399/3ecd0d5
/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-DMZ.part06.rar.html
Previous Submission Dates: 2010-12-02 23:47:52, 2010-12-03 23:14:04, 2010-12-06 23:27:32,
2010-12-13 14:16:25, 2010-12-15 00:14:53, 2010-12-22 03:11:18, 2010-12-24 23:33:08, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:02:22


Control Number: 103668
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85716864/9239f02
/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-DMZ.part02.rar.html
Previous Submission Dates: 2010-12-02 23:47:52, 2010-12-03 23:14:04, 2010-12-06 23:27:32,
2010-12-13 14:16:25, 2010-12-15 00:14:53, 2010-12-22 03:11:19, 2010-12-24 23:33:08, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:02:21


Control Number: 103669
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85716853/471c2ca
/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-DMZ.part03.rar.html
Previous Submission Dates: 2010-12-02 23:47:52, 2010-12-03 23:14:04, 2010-12-06 23:27:32,
2010-12-13 14:16:26, 2010-12-15 00:14:53, 2010-12-22 03:11:21, 2010-12-24 23:33:08, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:02:21


Control Number: 103670
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85716905/00f8216
/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-DMZ.part04.rar.html
Previous Submission Dates: 2010-12-02 23:47:52, 2010-12-03 23:14:04, 2010-12-06 23:27:32,
2010-12-13 14:16:26, 2010-12-15 00:14:53, 2010-12-22 03:11:21, 2010-12-24 23:33:08, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:02:21


Control Number: 103667
Studio: Fox
Title: Vampires Suck

FOX003263

Infringing Host File Download Link: http://hotfile.com/dl/85716837/62bb75a
/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-DMZ.part01.rar.html
Previous Submission Dates: 2010-12-02 23:47:52, 2010-12-03 23:14:04, 2010-12-06 23:27:32,
2010-12-13 14:16:26, 2010-12-15 00:14:53, 2010-12-22 03:11:21, 2010-12-24 23:33:08, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 21:02:29

Control Number: 103644
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/85729087/e9a05bd
/M4ch3_320_kizmark_www.pinoy-warez.com.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:52, 2010-12-03 23:14:04, 2010-12-06 23:27:32,
2010-12-13 14:16:26, 2010-12-15 00:14:53, 2010-12-22 03:11:21, 2010-12-24 23:33:08, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:53:46

Control Number: 103645
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/85729726/b70d415
/M4ch3_320_kizmark_www.pinoy-warez.com.part3.rar.html
Previous Submission Dates: 2010-12-02 23:47:52, 2010-12-03 23:14:04, 2010-12-06 23:27:32,
2010-12-13 14:16:26, 2010-12-15 00:14:54, 2010-12-22 03:11:21, 2010-12-24 23:33:08, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:53:46

Control Number: 103643
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/85728365/8a9f90f
/M4ch3_320_kizmark_www.pinoy-warez.com.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:52, 2010-12-03 23:14:04, 2010-12-06 23:27:32,
2010-12-13 14:16:26, 2010-12-15 00:14:54, 2010-12-22 03:11:21, 2010-12-24 23:33:09, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:53:45

Control Number: 103620
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/71202627/e153231
/machete.2010.r5.line.xvid-vision.srt.html
Previous Submission Dates: 2010-12-02 23:47:52, 2010-12-03 23:14:04, 2010-12-06 23:27:32,
2010-12-13 14:16:26, 2010-12-15 00:14:54, 2010-12-22 03:11:21, 2010-12-24 23:33:09, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:33:12

Control Number: 103619
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/71222619/143b68b
/machete-(2010).part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:52, 2010-12-03 23:14:05, 2010-12-06 23:27:32,
2010-12-13 14:16:26, 2010-12-15 00:14:54, 2010-12-22 03:11:21, 2010-12-24 23:33:09, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:32:28

Control Number: 103612
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68875642/2a349b4/funon-
q.machete.2010.cam.x264-ahmad.mkv.html

Previous Submission Dates: 2010-12-02 23:47:53, 2010-12-03 23:14:05, 2010-12-06 23:27:33,
2010-12-13 14:16:26, 2010-12-15 00:14:54, 2010-12-22 03:11:21, 2010-12-24 23:33:09, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:31:10

Control Number: 103610
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68885141/cfc4fff
/machete.2010.d.ts.mp4.html
Previous Submission Dates: 2010-12-02 23:47:53, 2010-12-03 23:14:05, 2010-12-06 23:27:33,
2010-12-13 14:16:26, 2010-12-15 00:14:54, 2010-12-22 03:11:22, 2010-12-24 23:33:09, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:30:38

Control Number: 103609
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68972953/2077773
/machete.2010.french.ts.md.readnfo.xvid.max37.ll.rar.html
Previous Submission Dates: 2010-12-02 23:47:53, 2010-12-03 23:14:05, 2010-12-06 23:27:33,
2010-12-13 14:16:26, 2010-12-15 00:14:54, 2010-12-22 03:11:22, 2010-12-24 23:33:09, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:30:12

Control Number: 103606
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/69167607/cef9a5b
/ml7.machete.2010.ts.xvid.wafy.rmvb.html
Previous Submission Dates: 2010-12-02 23:47:53, 2010-12-03 23:14:05, 2010-12-06 23:27:33,
2010-12-13 14:16:26, 2010-12-15 00:14:54, 2010-12-22 03:11:22, 2010-12-24 23:33:09, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:28:57

Control Number: 103603
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/83976358/01cd275
/machete.2010.r5.bose.part3.rar.html
Previous Submission Dates: 2010-12-02 23:47:53, 2010-12-03 23:14:05, 2010-12-06 23:27:33,
2010-12-13 14:16:26, 2010-12-15 00:14:54, 2010-12-22 03:11:22, 2010-12-24 23:33:09, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:28:07

Control Number: 103604
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/83976360/a9aa0f3
/machete.2010.r5.bose.part4.rar.html
Previous Submission Dates: 2010-12-02 23:47:53, 2010-12-03 23:14:05, 2010-12-06 23:27:33,
2010-12-13 14:16:26, 2010-12-15 00:14:54, 2010-12-22 03:11:22, 2010-12-24 23:33:09, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:28:07

Control Number: 103601
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/83976281/14dd113
/machete.2010.r5.bose.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:53, 2010-12-03 23:14:05, 2010-12-06 23:27:33,
2010-12-13 14:16:27, 2010-12-15 00:14:54, 2010-12-22 03:11:22, 2010-12-24 23:33:09, 2010-12-25

23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:28:06

Control Number: 103602
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/83976317/a11030a
/machete.2010.r5.bose.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:53, 2010-12-03 23:14:05, 2010-12-06 23:27:33,
2010-12-13 14:16:27, 2010-12-15 00:14:54, 2010-12-22 03:11:22, 2010-12-24 23:33:09, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:28:06

Control Number: 103600
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/84280106/3eff820/machete-
2010.rar.html
Previous Submission Dates: 2010-12-02 23:47:53, 2010-12-03 23:14:05, 2010-12-06 23:27:33,
2010-12-13 14:16:27, 2010-12-15 00:14:55, 2010-12-22 03:11:22, 2010-12-24 23:33:09, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:27:50

Control Number: 103599
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/84449131/cd410fc
/www.warezshares.org.-.machete.2010.864p.x264.part3.rar.html
Previous Submission Dates: 2010-12-02 23:47:53, 2010-12-03 23:14:05, 2010-12-06 23:27:33,
2010-12-13 14:16:27, 2010-12-15 00:14:55, 2010-12-22 03:11:22, 2010-12-24 23:33:09, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:27:36

Control Number: 103597
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/84449128/157a9eb
/www.warezshares.org.-.machete.2010.864p.x264.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:53, 2010-12-03 23:14:05, 2010-12-06 23:27:33,
2010-12-13 14:16:27, 2010-12-15 00:14:55, 2010-12-22 03:11:22, 2010-12-24 23:33:09, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:27:35

Control Number: 103598
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/84449127/9978dde
/www.warezshares.org.-.machete.2010.864p.x264.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:53, 2010-12-03 23:14:05, 2010-12-06 23:27:33,
2010-12-13 14:16:27, 2010-12-15 00:14:55, 2010-12-22 03:11:22, 2010-12-24 23:33:09, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:27:35

Control Number: 103596
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/84538050/e3150a0
/machete.2010.brrip.xvid.ac3-santi.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:53, 2010-12-03 23:14:05, 2010-12-06 23:27:33,
2010-12-13 14:16:27, 2010-12-15 00:14:55, 2010-12-22 03:11:23, 2010-12-24 23:33:09, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38

FOX003266

Date Re-Discovered: 2010-11-29 20:27:19

Control Number: 103594
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/84706289/0c13b7c
/machete.2010.r5.warezdoctor.com.part3.rar.html
Previous Submission Dates: 2010-12-02 23:47:53, 2010-12-03 23:14:06, 2010-12-06 23:27:33,
2010-12-13 14:16:27, 2010-12-15 00:14:55, 2010-12-22 03:11:23, 2010-12-24 23:33:09, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:27:03

Control Number: 103595
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/84707076/98cced8
/machete.2010.r5.warezdoctor.com.part4.rar.html
Previous Submission Dates: 2010-12-02 23:47:53, 2010-12-03 23:14:06, 2010-12-06 23:27:33,
2010-12-13 14:16:27, 2010-12-15 00:14:55, 2010-12-22 03:11:23, 2010-12-24 23:33:09, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:27:03

Control Number: 103592
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/84705984/1d32ddb
/machete.2010.r5.warezdoctor.com.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:54, 2010-12-03 23:14:06, 2010-12-06 23:27:33,
2010-12-13 14:16:27, 2010-12-15 00:14:55, 2010-12-22 03:11:23, 2010-12-24 23:33:09, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:27:02

Control Number: 103593
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/84705989/cabe84d
/machete.2010.r5.warezdoctor.com.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:53, 2010-12-03 23:14:06, 2010-12-06 23:27:33,
2010-12-13 14:16:27, 2010-12-15 00:14:55, 2010-12-22 03:11:23, 2010-12-24 23:33:10, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:27:02

Control Number: 103591
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/84829912/ae9e1c1
/machete.2010.r5.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:54, 2010-12-03 23:14:06, 2010-12-06 23:27:33,
2010-12-13 14:16:27, 2010-12-15 00:14:55, 2010-12-22 03:11:23, 2010-12-24 23:33:10, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:26:46

Control Number: 103587
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/85722195/70f18c8
/machete.2010.r5.line.xvid.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:54, 2010-12-03 23:14:06, 2010-12-06 23:27:33,
2010-12-13 14:16:27, 2010-12-15 00:14:55, 2010-12-22 03:11:23, 2010-12-24 23:33:10, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:26:30

FOX003267

```
Control Number: 103588
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/85722198/3dd991c
/machete.2010.r5.line.xvid.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:54, 2010-12-03 23:14:06, 2010-12-06 23:27:34,
2010-12-13 14:16:27, 2010-12-15 00:14:55, 2010-12-22 03:11:23, 2010-12-24 23:33:10, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:26:30


Control Number: 103586
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/51003482/f8346f8
/asd.knight.and.day.2010.hq.cam.x264.doosh.mkv.html
Previous Submission Dates: 2010-12-02 23:47:54, 2010-12-03 23:14:06, 2010-12-06 23:27:34,
2010-12-13 14:16:27, 2010-12-15 00:14:55, 2010-12-22 03:11:23, 2010-12-24 23:33:10, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:25:13


Control Number: 103581
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/55818580/210ff07
/knight.and.day.2010.cam.md.xvid.hungarian-hashish.r02.html
Previous Submission Dates: 2010-12-02 23:47:54, 2010-12-03 23:14:06, 2010-12-06 23:27:34,
2010-12-13 14:16:27, 2010-12-15 00:14:55, 2010-12-22 03:11:23, 2010-12-24 23:33:10, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:22:23


Control Number: 103580
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/55820657/d260fcf
/knight.and.day.2010.cam.md.xvid.hungarian-hashish.r03.html
Previous Submission Dates: 2010-12-02 23:47:54, 2010-12-03 23:14:06, 2010-12-06 23:27:34,
2010-12-13 14:16:27, 2010-12-15 00:14:55, 2010-12-22 03:11:23, 2010-12-24 23:33:10, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:22:08


Control Number: 103579
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/56756257/a9fa2d7
/knight.and.day.2010.ts.sg.motta.1990.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:54, 2010-12-03 23:14:06, 2010-12-06 23:27:34,
2010-12-13 14:16:27, 2010-12-15 00:14:55, 2010-12-22 03:11:23, 2010-12-24 23:33:10, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:21:50


Control Number: 103577
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/57442126/dfd17ff
/knight.and.day.2010.german.ts.ld.read.nfo.xvid-r21.saugking.net.r03.html
Previous Submission Dates: 2010-12-02 23:47:54, 2010-12-03 23:14:06, 2010-12-06 23:27:34,
2010-12-13 14:16:28, 2010-12-15 00:14:55, 2010-12-22 03:11:23, 2010-12-24 23:33:10, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:21:23


Control Number: 103576
Studio: Fox
```

FOX003268

```
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/57442371/108eac6
/knight.and.day.2010.german.ts.ld.read.nfo.xvid-r21.saugking.net.rar.html
Previous Submission Dates: 2010-12-02 23:47:54, 2010-12-03 23:14:06, 2010-12-06 23:27:34,
2010-12-13 14:16:28, 2010-12-15 00:14:55, 2010-12-22 03:11:23, 2010-12-24 23:33:10, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:21:08


Control Number: 103570
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70101656/a53a3f7
/knight.and.day.2010.r5.line.xvid-lap.part6.rar.html
Previous Submission Dates: 2010-12-02 23:47:54, 2010-12-03 23:14:07, 2010-12-06 23:27:34,
2010-12-13 14:16:28, 2010-12-15 00:14:56, 2010-12-22 03:11:23, 2010-12-24 23:33:10, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:18:28


Control Number: 103571
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70101652/4c7b627
/knight.and.day.2010.r5.line.xvid-lap.part7.rar.html
Previous Submission Dates: 2010-12-02 23:47:54, 2010-12-03 23:14:07, 2010-12-06 23:27:34,
2010-12-13 14:16:28, 2010-12-15 00:14:56, 2010-12-22 03:11:23, 2010-12-24 23:33:10, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:18:28


Control Number: 103568
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70101540/2258175
/knight.and.day.2010.r5.line.xvid-lap.cd2.part4.rar.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:07, 2010-12-06 23:27:34,
2010-12-13 14:16:28, 2010-12-15 00:14:56, 2010-12-22 03:11:23, 2010-12-24 23:33:10, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:18:27


Control Number: 103569
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70101550/73310b7
/knight.and.day.2010.r5.line.xvid-lap.cd2.part5.rar.html
Previous Submission Dates: 2010-12-02 23:47:54, 2010-12-03 23:14:07, 2010-12-06 23:27:34,
2010-12-13 14:16:28, 2010-12-15 00:14:56, 2010-12-22 03:11:23, 2010-12-24 23:33:10, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:18:27


Control Number: 103565
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70101471/e13fbf0
/knight.and.day.2010.r5.line.xvid-lap.cd2.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:07, 2010-12-06 23:27:34,
2010-12-13 14:16:28, 2010-12-15 00:14:56, 2010-12-22 03:11:24, 2010-12-24 23:33:10, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:18:26


Control Number: 103566
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70101640/84ede79
```

FOX003269

```
/knight.and.day.2010.r5.line.xvid-lap.cd2.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:07, 2010-12-06 23:27:34,
2010-12-13 14:16:28, 2010-12-15 00:14:56, 2010-12-22 03:11:24, 2010-12-24 23:33:10, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:18:26

Control Number: 103567
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70101590/241cead
/knight.and.day.2010.r5.line.xvid-lap.cd2.part3.rar.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:07, 2010-12-06 23:27:34,
2010-12-13 14:16:28, 2010-12-15 00:14:56, 2010-12-22 03:11:24, 2010-12-24 23:33:10, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:18:26

Control Number: 103563
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70107071/9d574f1
/knight.and.day.2010.r5.line.xvid-lap.cd2.part7.rar.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:07, 2010-12-06 23:27:35,
2010-12-13 14:16:28, 2010-12-15 00:14:56, 2010-12-22 03:11:24, 2010-12-24 23:33:10, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:18:08

Control Number: 103564
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70107174/f5f0938
/knight.and.day.2010.r5.line.xvid-lap..easewarez.com.part7.rar.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:07, 2010-12-06 23:27:35,
2010-12-13 14:16:28, 2010-12-15 00:14:56, 2010-12-22 03:11:24, 2010-12-24 23:33:11, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:18:08

Control Number: 103561
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70106379/2fdd3c3
/knight.and.day.2010.r5.line.xvid-lap..easewarez.com.part5.rar.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:07, 2010-12-06 23:27:35,
2010-12-13 14:16:28, 2010-12-15 00:14:56, 2010-12-22 03:11:24, 2010-12-24 23:33:11, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:18:07

Control Number: 103562
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70106691/c5e6a47
/knight.and.day.2010.r5.line.xvid-lap..easewarez.com.part6.rar.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:07, 2010-12-06 23:27:35,
2010-12-13 14:16:28, 2010-12-15 00:14:56, 2010-12-22 03:11:24, 2010-12-24 23:33:11, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:18:07

Control Number: 103558
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70104213/5110ac2
/knight.and.day.2010.r5.line.xvid-lap..easewarez.com.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:07, 2010-12-06 23:27:35,
```

FOX003270

2010-12-13 14:16:28, 2010-12-15 00:14:56, 2010-12-22 03:11:24, 2010-12-24 23:33:11, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:18:06

Control Number: 103559
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70104792/6829f23
/knight.and.day.2010.r5.line.xvid-lap..easewarez.com.part3.rar.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:07, 2010-12-06 23:27:35, 2010-12-13 14:16:28, 2010-12-15 00:14:56, 2010-12-22 03:11:24, 2010-12-24 23:33:11, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:18:06

Control Number: 103560
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70105715/85e255c
/knight.and.day.2010.r5.line.xvid-lap..easewarez.com.part4.rar.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:07, 2010-12-06 23:27:35, 2010-12-13 14:16:28, 2010-12-15 00:14:56, 2010-12-22 03:11:24, 2010-12-24 23:33:11, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:18:06

Control Number: 103557
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70103698/759ba08
/knight.and.day.2010.r5.line.xvid-lap..easewarez.com.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:07, 2010-12-06 23:27:35, 2010-12-13 14:16:28, 2010-12-15 00:14:56, 2010-12-22 03:11:24, 2010-12-24 23:33:11, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:18:05

Control Number: 103556
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70104089/d8de745
/knight.and.day.2010.r5.line.xvid-lap-rw.r00.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:07, 2010-12-06 23:27:35, 2010-12-13 14:16:28, 2010-12-15 00:14:56, 2010-12-22 03:11:24, 2010-12-24 23:33:11, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:17:48

Control Number: 103555
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70104216/347d9b4
/knight.and.day.2010.r5.line.xvid-lap-rw.rar.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:07, 2010-12-06 23:27:35, 2010-12-13 14:16:28, 2010-12-15 00:14:56, 2010-12-22 03:11:24, 2010-12-24 23:33:11, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:17:29

Control Number: 103554
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70104417/ad0dcdd
/alz-knight.and.day.2010.r5.line.encoder.cd1.avi.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:07, 2010-12-06 23:27:35, 2010-12-13 14:16:29, 2010-12-15 00:14:56, 2010-12-22 03:11:24, 2010-12-24 23:33:11, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,

FOX003271

2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:17:14

Control Number: 103553
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70104953/46354aa
/knight.and.day.2010.r5.line.xvid-lap-rw.r01.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:07, 2010-12-06 23:27:35,
2010-12-13 14:16:29, 2010-12-15 00:14:56, 2010-12-22 03:11:24, 2010-12-24 23:33:11, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:17:01

Control Number: 103552
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70105217/5096cb9
/knight.and.day.2010.r5.line.xvid-lap-rw.r02.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:07, 2010-12-06 23:27:35,
2010-12-13 14:16:29, 2010-12-15 00:14:57, 2010-12-22 03:11:24, 2010-12-24 23:33:11, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:36, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:16:47

Control Number: 103551
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70105523/eb72c0f
/alz-knight.and.day.2010.r5.line.encoder.cd2.avi.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:07, 2010-12-06 23:27:35,
2010-12-13 14:16:29, 2010-12-15 00:14:57, 2010-12-22 03:11:24, 2010-12-24 23:33:11, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:16:32

Control Number: 103549
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70118068/a7152a0
/knight.and.day.2010.r5.lap.www.storedivx.com.part6.rar.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:07, 2010-12-06 23:27:35,
2010-12-13 14:16:29, 2010-12-15 00:14:57, 2010-12-22 03:11:24, 2010-12-24 23:33:11, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:16:14

Control Number: 103550
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70118118/8bbfec5
/knight.and.day.2010.r5.lap.www.storedivx.com.part7.rar.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:08, 2010-12-06 23:27:35,
2010-12-13 14:16:29, 2010-12-15 00:14:57, 2010-12-22 03:11:24, 2010-12-24 23:33:11, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:16:14

Control Number: 103546
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70117437/007cce0
/knight.and.day.2010.r5.lap.www.storedivx.com.part3.rar.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:08, 2010-12-06 23:27:35,
2010-12-13 14:16:29, 2010-12-15 00:14:57, 2010-12-22 03:11:25, 2010-12-24 23:33:11, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:16:13

Control Number: 103547
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70117940/bcc433c
/knight.and.day.2010.r5.lap.www.storedivx.com.part4.rar.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:08, 2010-12-06 23:27:35,
2010-12-13 14:16:29, 2010-12-15 00:14:57, 2010-12-22 03:11:25, 2010-12-24 23:33:11, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:16:13

Control Number: 103548
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70117992/752277d
/knight.and.day.2010.r5.lap.www.storedivx.com.part5.rar.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:08, 2010-12-06 23:27:35,
2010-12-13 14:16:29, 2010-12-15 00:14:57, 2010-12-22 03:11:25, 2010-12-24 23:33:11, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:16:13

Control Number: 103544
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70117646/9755565
/knight.and.day.2010.r5.lap.www.storedivx.com.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:56, 2010-12-03 23:14:08, 2010-12-06 23:27:35,
2010-12-13 14:16:29, 2010-12-15 00:14:57, 2010-12-22 03:11:25, 2010-12-24 23:33:11, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:16:12

Control Number: 103545
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70117328/f61b2ac
/knight.and.day.2010.r5.lap.www.storedivx.com.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:55, 2010-12-03 23:14:08, 2010-12-06 23:27:35,
2010-12-13 14:16:29, 2010-12-15 00:14:57, 2010-12-22 03:11:25, 2010-12-24 23:33:12, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:16:12

Control Number: 103542
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70118862/5577ac5
/knight.and.day.2010.r5.cd2.mazika2day.com.rmvb.html
Previous Submission Dates: 2010-12-02 23:47:56, 2010-12-03 23:14:08, 2010-12-06 23:27:36,
2010-12-13 14:16:29, 2010-12-15 00:14:57, 2010-12-22 03:11:25, 2010-12-24 23:33:12, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:15:43

Control Number: 103541
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70119324/aa970e1
/m7la.net.knight.and.day.2010.r5.cd2.rmvb.html
Previous Submission Dates: 2010-12-02 23:47:56, 2010-12-03 23:14:08, 2010-12-06 23:27:36,
2010-12-13 14:16:29, 2010-12-15 00:14:57, 2010-12-22 03:11:25, 2010-12-24 23:33:12, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:15:23

Control Number: 103540

FOX003273

Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70119327/74d3a58
/m7la.net.knight.and.day.2010.r5.cd1.rmvb.html
Previous Submission Dates: 2010-12-02 23:47:56, 2010-12-03 23:14:08, 2010-12-06 23:27:36,
2010-12-13 14:16:29, 2010-12-15 00:14:57, 2010-12-22 03:11:25, 2010-12-24 23:33:12, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:15:11

Control Number: 103539
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70119639/e67508f
/knight.and.day.2010.r5.fonekat.net.cd2.rmvb.html
Previous Submission Dates: 2010-12-02 23:47:56, 2010-12-03 23:14:08, 2010-12-06 23:27:36,
2010-12-13 14:16:29, 2010-12-15 00:14:57, 2010-12-22 03:11:25, 2010-12-24 23:33:12, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:14:55

Control Number: 103538
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70119644/499719f
/knight.and.day.2010.r5.fonekat.net.cd1.rmvb.html
Previous Submission Dates: 2010-12-02 23:47:56, 2010-12-03 23:14:08, 2010-12-06 23:27:36,
2010-12-13 14:16:29, 2010-12-15 00:14:57, 2010-12-22 03:11:25, 2010-12-24 23:33:12, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:14:41

Control Number: 103537
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70120042/a605d15
/knight.and.day.2010.r5.fonekat.net.rar.html
Previous Submission Dates: 2010-12-02 23:47:56, 2010-12-03 23:14:08, 2010-12-06 23:27:36,
2010-12-13 14:16:29, 2010-12-15 00:14:57, 2010-12-22 03:11:25, 2010-12-24 23:33:12, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:14:17

Control Number: 103536
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70120450/9305533
/mlt.knight.and.day.2010.cd1.the.mayestro.rmvb.html
Previous Submission Dates: 2010-12-02 23:47:56, 2010-12-03 23:14:08, 2010-12-06 23:27:36,
2010-12-13 14:16:29, 2010-12-15 00:14:57, 2010-12-22 03:11:25, 2010-12-24 23:33:12, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:13:53

Control Number: 103528
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70121849/ae81ee5
/knight.and.day.2010.r5.www.divxup.net.rar.html
Previous Submission Dates: 2010-12-02 23:47:56, 2010-12-03 23:14:08, 2010-12-06 23:27:36,
2010-12-13 14:16:30, 2010-12-15 00:14:57, 2010-12-22 03:11:25, 2010-12-24 23:33:12, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:09:36

Control Number: 103527
Studio: Fox
Title: Knight and Day

Infringing Host File Download Link: http://hotfile.com/dl/70122699/ac7a071
/mlt.knight.and.day.2010.the.mayestro.rar.html
Previous Submission Dates: 2010-12-02 23:47:56, 2010-12-03 23:14:08, 2010-12-06 23:27:36,
2010-12-13 14:16:30, 2010-12-15 00:14:58, 2010-12-22 03:11:25, 2010-12-24 23:33:12, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:05:33

Control Number: 103526
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70135665/8d8647d
/knight.and.day.2010.r5.line.xvid.ac3-elite.part01.rar.html
Previous Submission Dates: 2010-12-02 23:47:56, 2010-12-03 23:14:08, 2010-12-06 23:27:36,
2010-12-13 14:16:30, 2010-12-15 00:14:58, 2010-12-22 03:11:25, 2010-12-24 23:33:12, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:04:57

Control Number: 103525
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70139956/d13634b
/filmzhd.com.knight.and.day.2010.r5.by.fox.rmvb.html
Previous Submission Dates: 2010-12-02 23:47:56, 2010-12-03 23:14:08, 2010-12-06 23:27:36,
2010-12-13 14:16:30, 2010-12-15 00:14:58, 2010-12-22 03:11:26, 2010-12-24 23:33:12, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:04:16

Control Number: 103523
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70144626/7c5b18b
/knight.and.day.2010.mkv.fyrg.rar.html
Previous Submission Dates: 2010-12-02 23:47:56, 2010-12-03 23:14:08, 2010-12-06 23:27:36,
2010-12-13 14:16:30, 2010-12-15 00:14:58, 2010-12-22 03:11:26, 2010-12-24 23:33:12, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:03:21

Control Number: 103522
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70145731/000a773
/knight.and.day.2010.dvdrip.newzika.net.peccsoo.rmvb.html
Previous Submission Dates: 2010-12-02 23:47:56, 2010-12-03 23:14:08, 2010-12-06 23:27:36,
2010-12-13 14:16:30, 2010-12-15 00:14:58, 2010-12-22 03:11:26, 2010-12-24 23:33:12, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:03:00

Control Number: 103521
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70147506/bd64449
/eup.knight.and.day.2010.dvd-r5.by.mido.rmvb.html
Previous Submission Dates: 2010-12-02 23:47:56, 2010-12-03 23:14:09, 2010-12-06 23:27:36,
2010-12-13 14:16:30, 2010-12-15 00:14:58, 2010-12-22 03:11:26, 2010-12-24 23:33:13, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:02:35

Control Number: 103520
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70148783/0d5058c
/knight.and.day.2010.r5.cd2.nogooom.com-dante.rmvb.html

FOX003275

```
Previous Submission Dates: 2010-12-02 23:47:56, 2010-12-03 23:14:09, 2010-12-06 23:27:36,
2010-12-13 14:16:30, 2010-12-15 00:14:58, 2010-12-22 03:11:26, 2010-12-24 23:33:13, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:02:15

Control Number: 103519
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70148791/3ba7dd6
/knight.and.day.2010.cd1.nogooom.com-dante.rmvb.html
Previous Submission Dates: 2010-12-02 23:47:56, 2010-12-03 23:14:09, 2010-12-06 23:27:36,
2010-12-13 14:16:30, 2010-12-15 00:14:58, 2010-12-22 03:11:26, 2010-12-24 23:33:13, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:02:02

Control Number: 103518
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70148897/33669b6
/filmey.com.knight.and.day.2010.rar.html
Previous Submission Dates: 2010-12-02 23:47:56, 2010-12-03 23:14:09, 2010-12-06 23:27:36,
2010-12-13 14:16:30, 2010-12-15 00:14:58, 2010-12-22 03:11:26, 2010-12-24 23:33:13, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:01:47

Control Number: 103515
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70152447/e1b395c
/myegy.com.knight.and.day.2010.r5.line.xvid.up.by.3li-baba.rmvb.html
Previous Submission Dates: 2010-12-02 23:47:57, 2010-12-03 23:14:09, 2010-12-06 23:27:36,
2010-12-13 14:16:30, 2010-12-15 00:14:58, 2010-12-22 03:11:26, 2010-12-24 23:33:13, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 20:00:56

Control Number: 103511
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70158083/bb4862c
/drk.knight.and.day.2010.r5.english.700mb-revive.sample.avi.html
Previous Submission Dates: 2010-12-02 23:47:57, 2010-12-03 23:14:09, 2010-12-06 23:27:37,
2010-12-13 14:16:30, 2010-12-15 00:14:58, 2010-12-22 03:11:26, 2010-12-24 23:33:13, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 19:59:51

Control Number: 103508
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70161380/97873f1/pinoyrepublic.org-
knight-and-day-(2010)-r5-line-elite-x264-reoliquio.part1.rar.html
Previous Submission Dates: 2010-12-02 23:47:57, 2010-12-03 23:14:09, 2010-12-06 23:27:37,
2010-12-13 14:16:30, 2010-12-15 00:14:58, 2010-12-22 03:11:26, 2010-12-24 23:33:13, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 19:59:05

Control Number: 103509
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70161971/dbf2673/pinoyrepublic.org-
knight-and-day-(2010)-r5-line-elite-x264-reoliquio.part2.rar.html
Previous Submission Dates: 2010-12-02 23:47:57, 2010-12-03 23:14:09, 2010-12-06 23:27:37,
2010-12-13 14:16:30, 2010-12-15 00:14:58, 2010-12-22 03:11:26, 2010-12-24 23:33:13, 2010-12-25
```

23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 19:59:05

Control Number: 103507
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70168799/a82df3c/knight-and-day-
2010-r5-line-xvid-rx.part16.rar.html
Previous Submission Dates: 2010-12-02 23:47:57, 2010-12-03 23:14:09, 2010-12-06 23:27:37,
2010-12-13 14:16:30, 2010-12-15 00:14:58, 2010-12-22 03:11:26, 2010-12-24 23:33:13, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 19:58:38

Control Number: 103505
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70168278/e741123/knight-and-day-
2010-r5-line-xvid-rx.part14.rar.html
Previous Submission Dates: 2010-12-02 23:47:57, 2010-12-03 23:14:09, 2010-12-06 23:27:37,
2010-12-13 14:16:30, 2010-12-15 00:14:58, 2010-12-22 03:11:26, 2010-12-24 23:33:13, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 19:58:37

Control Number: 103506
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70168298/81fed59/knight-and-day-
2010-r5-line-xvid-rx.part15.rar.html
Previous Submission Dates: 2010-12-02 23:47:57, 2010-12-03 23:14:09, 2010-12-06 23:27:37,
2010-12-13 14:16:30, 2010-12-15 00:14:58, 2010-12-22 03:11:26, 2010-12-24 23:33:13, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 19:58:37

Control Number: 103503
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70167243/24305cb/knight-and-day-
2010-r5-line-xvid-rx.part12.rar.html
Previous Submission Dates: 2010-12-02 23:47:57, 2010-12-03 23:14:09, 2010-12-06 23:27:37,
2010-12-13 14:16:30, 2010-12-15 00:14:58, 2010-12-22 03:11:26, 2010-12-24 23:33:13, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 19:58:36

Control Number: 103504
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70167484/0058c80/knight-and-day-
2010-r5-line-xvid-rx.part13.rar.html
Previous Submission Dates: 2010-12-02 23:47:57, 2010-12-03 23:14:09, 2010-12-06 23:27:37,
2010-12-13 14:16:31, 2010-12-15 00:14:58, 2010-12-22 03:11:26, 2010-12-24 23:33:13, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 19:58:36

Control Number: 103500
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70166477/706f2fb/knight-and-day-
2010-r5-line-xvid-rx.part09.rar.html
Previous Submission Dates: 2010-12-02 23:47:57, 2010-12-03 23:14:09, 2010-12-06 23:27:37,
2010-12-13 14:16:31, 2010-12-15 00:14:59, 2010-12-22 03:11:26, 2010-12-24 23:33:13, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38

FOX003277

Date Re-Discovered: 2010-11-29 19:58:35

Control Number: 103501
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70165717/baec185/knight-and-day-2010-r5-line-xvid-rx.part10.rar.html
Previous Submission Dates: 2010-12-02 23:47:57, 2010-12-03 23:14:09, 2010-12-06 23:27:37, 2010-12-13 14:16:31, 2010-12-15 00:14:59, 2010-12-22 03:11:26, 2010-12-24 23:33:13, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 19:58:35

Control Number: 103502
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70166654/d21d7be/knight-and-day-2010-r5-line-xvid-rx.part11.rar.html
Previous Submission Dates: 2010-12-02 23:47:57, 2010-12-03 23:14:09, 2010-12-06 23:27:37, 2010-12-13 14:16:31, 2010-12-15 00:14:59, 2010-12-22 03:11:27, 2010-12-24 23:33:13, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 19:58:35

Control Number: 103498
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70165222/b5be5da/knight-and-day-2010-r5-line-xvid-rx.part07.rar.html
Previous Submission Dates: 2010-12-02 23:47:57, 2010-12-03 23:14:09, 2010-12-06 23:27:37, 2010-12-13 14:16:31, 2010-12-15 00:14:59, 2010-12-22 03:11:27, 2010-12-24 23:33:13, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 19:58:34

Control Number: 103499
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70165231/a4662eb/knight-and-day-2010-r5-line-xvid-rx.part08.rar.html
Previous Submission Dates: 2010-12-02 23:47:57, 2010-12-03 23:14:09, 2010-12-06 23:27:37, 2010-12-13 14:16:31, 2010-12-15 00:14:59, 2010-12-22 03:11:27, 2010-12-24 23:33:13, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 19:58:34

Control Number: 103496
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70164660/02bcc65/knight-and-day-2010-r5-line-xvid-rx.part05.rar.html
Previous Submission Dates: 2010-12-02 23:47:57, 2010-12-03 23:14:10, 2010-12-06 23:27:37, 2010-12-13 14:16:31, 2010-12-15 00:14:59, 2010-12-22 03:11:27, 2010-12-24 23:33:14, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 19:58:33

Control Number: 103497
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70164609/d04e822/knight-and-day-2010-r5-line-xvid-rx.part06.rar.html
Previous Submission Dates: 2010-12-02 23:47:57, 2010-12-03 23:14:10, 2010-12-06 23:27:37, 2010-12-13 14:16:31, 2010-12-15 00:14:59, 2010-12-22 03:11:27, 2010-12-24 23:33:14, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 19:58:33

FOX003278

```
Control Number: 103385
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/84020870/b131485/knight-and-day-
gece-ve-gÃ‚Â¼ndÃ‚Â¼z-(2010)-brrip-mkv-tr-dublaj.part1.rar.html
Previous Submission Dates: 2010-12-02 23:48:02, 2010-12-03 23:14:14, 2010-12-06 23:27:42,
2010-12-13 14:16:31, 2010-12-15 00:14:59, 2010-12-22 03:11:27, 2010-12-24 23:33:14, 2010-12-25
23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01 00:12:46,
2011-01-02 00:53:38
Date Re-Discovered: 2010-11-29 19:47:25


Control Number: 93791
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/64102887/6d5011a
/drop.topÃ‚Â¢Ã¢â‚¬Â¬â‚¬,Â¬â„¢machete.ep-(sdubnew003)-2010-320.rar.html
Previous Submission Dates: 2010-11-20 18:47:30, 2010-11-23 08:45:46, 2010-11-25 15:56:47,
2010-11-27 01:23:03, 2010-11-28 23:29:47, 2010-11-29 11:07:52, 2010-12-02 23:46:10, 2010-12-03
23:14:24, 2010-12-06 23:27:50, 2010-12-13 14:16:31, 2010-12-15 00:14:59, 2010-12-22 03:11:27,
2010-12-24 23:33:14, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30
00:47:37, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-19 19:14:54


Control Number: 93618
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/71294569/9b32370/www.ffilmler.com-
machete-(2010)-dvdrip-tÃ‚Â¼rkÃ‚Â§e-altyazÃ‚Â±lÃ‚Â±.part1.rar.html
Previous Submission Dates: 2010-11-20 18:47:35, 2010-11-25 15:56:51, 2010-11-27 01:23:03,
2010-11-28 23:29:47, 2010-11-29 11:07:52, 2010-12-02 23:46:10, 2010-12-03 23:14:24, 2010-12-06
23:27:50, 2010-12-13 14:16:31, 2010-12-15 00:14:59, 2010-12-22 03:11:27, 2010-12-24 23:33:14,
2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30 00:47:37, 2011-01-01
00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-19 15:36:39


Control Number: 90920
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70652271/38f9997/knight-and-day-
l-2010-l-dvdrip-l-r5-l-x264-mp4-l-tr-altyazÃ‚Â±-l-tex-link-l-282mb.rar.html
Previous Submission Dates: 2010-11-19 01:54:24, 2010-11-20 18:46:21, 2010-11-25 15:56:59,
2010-11-27 01:23:08, 2010-11-28 23:29:51, 2010-11-29 11:07:56, 2010-12-02 23:46:10, 2010-12-03
23:14:24, 2010-12-06 23:27:50, 2010-12-13 14:16:31, 2010-12-15 00:14:59, 2010-12-22 03:11:27,
2010-12-24 23:33:14, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30
00:47:37, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-16 01:44:53


Control Number: 90714
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72248350/b96e8f8/er-can55-knight-
and-day-2010-tr-altyazÃ‚Â±.part..rar.html
Previous Submission Dates: 2010-11-19 01:54:31, 2010-11-20 18:46:21, 2010-11-25 15:56:59,
2010-11-27 01:23:08, 2010-11-28 23:29:51, 2010-11-29 11:07:56, 2010-12-02 23:46:10, 2010-12-03
23:14:24, 2010-12-06 23:27:50, 2010-12-13 14:16:31, 2010-12-15 00:14:59, 2010-12-22 03:11:27,
2010-12-24 23:33:14, 2010-12-25 23:31:26, 2010-12-27 22:30:21, 2010-12-29 00:27:25, 2010-12-30
00:47:37, 2011-01-01 00:12:46, 2011-01-02 00:53:38
Date Re-Discovered: 2010-11-16 00:52:22


All dates and times are U.S. Central Standard Time


Host Site Infringing Links Only
http://hotfile.com/dl/90597583/01cbcfa/knight-and-day-aka-wichita-aka-untitled-james-
mangold-(2010)-(o'neill-amp-frank)-2007-31-10-rev.-109p-scan.pdf.html
http://hotfile.com/dl/79270899/c068874/Vampires.SuckÃ¢â‚¬Â¦
http://hotfile.com/dl/35833643/33Ã©eeec/knight.and.day.2010.brrÃ¢â‚¬Â°Âºp.x264.ac3.5.1.by.deyl-
ttr.part1.rar.html
http://hotfile.com/dl/71886200/3cf435b/Ustura.Machete.2010.R5.part2.rar.htmlÂ [Google]
```

FOX003279

http://hotfile.com/dl/71885516/0a50977/Ustura.Machete.2010.R5.part4.rar.htmlÂ [Google]
http://hotfile.com/dl/69926524/8b351c4
/Machete.2010.TS.V2.MaZiKa2daY.CoM.part2.rar.htmlÂ [Google]
http://hotfile.com/dl/77953843/8f6a913/Machete.2010.BluRay.720p.DTS.x264-
CHD.part15.rar.htmlÂ [Yahoo]
http://hotfile.com/dl/78884956/66dfdfd/Machete.part2.rar.htmlÂ [Google]
http://hotfile.com/dl/77942553/df01d44/Machete.2010.BluRay.720p.DTS.x264-
CHD.part11.rar.htmlÂ [Yahoo]
http://hotfile.com/dl/85722199/896ebc2/Machete.2010.R5.LiNE.Xvid.part3.rar.html?lang=huÂ [Ask]
http://hotfile.com/dl/77933807/c679c70/Machete.2010.BluRay.720p.DTS.x264-
CHD.part08.rar.htmlÂ [Yahoo]
http://hotfile.com/dl/85722197/05c7b13/Machete.2010.R5.LiNE.Xvid.part4.rar.html?lang=rsÂ [Ask]
http://hotfile.com/dl/77232766/f25307a/karahasan.divxlerim.org.Machete.2010.BDRip.XviD.AC3-
MAGNET.part1.rar.htmlÂ [Yahoo]
http://hotfile.com/dl/85722197/05c7b13/Machete.2010.R5.LiNE.Xvid.part4.rar.htmlÂ [Google]
http://hotfile.com/dl/71291348/9e7a787/www.ffilmler.com-
Machete_(2010)_DVDRip_Trke_Altyazl.part4.rar.html?lang=jpÂ [Ask]
http://hotfile.com/dl/34483896/ca668ec/Machete.2010.DVDRip.HunSub.Xvid-
viner.part1.rar.htmlÂ [Yahoo]
http://hotfile.com/dl/68683305/59202af/Machete.2010.TS.XviD-PrisM.Sample.avi.htmlÂ [Yahoo]
http://hotfile.com/dl/85722197/05c7b13/Machete.2010.R5.LiNE.Xvid.part4.rar.html?lang=nlÂ [Ask]
http://hotfile.com/dl/69303495/d00f212/Machete(2010)TSIMp4Movies.com.mp4.htmlÂ [Ask,
http://hotfile.com/dl/80065562/039a981/machete.2010.r5.line.vid.vision.avi.htmlÂ [Ask,
http://hotfile.com/dl/84483719/4f1b6d2/Machete.2010.DVDRip.HunSub.Xvid-
viner.part2.rar.htmlÂ [Google,
http://hotfile.com/dl/75584325/57ee08a/Machete.2010.BDRip.XviD.AC3-
MAGNET.part10.rar.htmlÂ [Google]
http://hotfile.com/dl/35620925/7293fa1/Machete.2010.BluRay.720p.DTS.x264-
CHD.part01.rar.htmlÂ [Ask,
http://hotfile.com/dl/84484613/c0703b9/Machete.2010.DVDRip.HunSub.Xvid-
viner.part3.rar.htmlÂ [Google]
http://hotfile.com/dl/84480988/3fd5622/Machete.2010.DVDRip.HunSub.Xvid-
viner.part4.rar.htmlÂ [Google,
http://hotfile.com/dl/76476113/4af6b31/machete.2010.bluray.720p.part05.rar.html
http://hotfile.com/dl/76476114/92784ae/machete.2010.bluray.720p.part06.rar.html
http://hotfile.com/dl/76476110/4cebbc5/machete.2010.bluray.720p.part02.rar.html
http://hotfile.com/dl/76476111/339fb24/machete.2010.bluray.720p.part03.rar.html
http://hotfile.com/dl/76476109/adeefc1/machete.2010.bluray.720p.part01.rar.html
http://hotfile.com/dl/79062843/de00091/machete.2010.480p.brrip.xvid.ac3-
flawl3ss.mido.part09.rar.html
http://hotfile.com/dl/79062844/3982bde/machete.2010.480p.brrip.xvid.ac3-
flawl3ss.mido.part07.rar.html
http://hotfile.com/dl/79062842/dca6fc1/machete.2010.480p.brrip.xvid.ac3-
flawl3ss.mido.part08.rar.html
http://hotfile.com/dl/79062938/6a8223e/machete.2010.480p.brrip.xvid.ac3-
flawl3ss.mido.part04.rar.html
http://hotfile.com/dl/79063493/d80764b/machete.2010.480p.brrip.xvid.ac3-
flawl3ss.mido.part05.rar.html
http://hotfile.com/dl/79062841/718d121/machete.2010.480p.brrip.xvid.ac3-
flawl3ss.mido.part06.rar.html
http://hotfile.com/dl/79063140/3f41c4c/machete.2010.480p.brrip.xvid.ac3-
flawl3ss.mido.part02.rar.html
http://hotfile.com/dl/79062918/a158452/machete.2010.480p.brrip.xvid.ac3-
flawl3ss.mido.part03.rar.html
http://hotfile.com/dl/79062846/19f53ef/machete.2010.480p.brrip.xvid.ac3-
flawl3ss.mido.part01.rar.html
http://hotfile.com/dl/79067872/c9adfb6/machete.2010.480p.brrip.xvid.ac3-flawl3ss.rmvb.html
http://hotfile.com/dl/79093488/739f5d5/machete.2010.480p.brrip.xvid.ac3-
by.mcnamara.part7.rar.html
http://hotfile.com/dl/79093930/82dba12/machete.2010.480p.brrip.xvid.ac3-
by.mcnamara.part8.rar.html
http://hotfile.com/dl/79092002/ba9249e/machete.2010.480p.brrip.xvid.ac3-
by.mcnamara.part5.rar.html
http://hotfile.com/dl/79092599/8b171a7/machete.2010.480p.brrip.xvid.ac3-
by.mcnamara.part6.rar.html
http://hotfile.com/dl/79094665/f9c2f70/machete.2010.480p.brrip.xvid.ac3-
by.mcnamara.part3.rar.html
http://hotfile.com/dl/79091076/6523abe/machete.2010.480p.brrip.xvid.ac3-

FOX003280

```
by.mcnamara.part4.rar.html
http://hotfile.com/dl/79094053/f797c6a/machete.2010.480p.brrip.xvid.ac3-
by.mcnamara.part1.rar.html
http://hotfile.com/dl/79090798/09eaa4e/machete.2010.480p.brrip.xvid.ac3-
by.mcnamara.part2.rar.html
http://hotfile.com/dl/79128747/a15945e/studio2day.com.-machete.2010.bdrip.part1.rar.html
http://hotfile.com/dl/79134283/c3046cb/machete-(2010)-480p-brrip-xvid-ac3-
flawl3ss.part09.rar.html
http://hotfile.com/dl/79135809/39335fa/machete-(2010)-480p-brrip-xvid-ac3-
flawl3ss.part07.rar.html
http://hotfile.com/dl/79135788/76b0806/machete-(2010)-480p-brrip-xvid-ac3-
flawl3ss.part08.rar.html
http://hotfile.com/dl/79134063/f52f57a/machete-(2010)-480p-brrip-xvid-ac3-
flawl3ss.part04.rar.html
http://hotfile.com/dl/79135737/8ddcc53/machete-(2010)-480p-brrip-xvid-ac3-
flawl3ss.part05.rar.html
http://hotfile.com/dl/79135765/86f0bd2/machete-(2010)-480p-brrip-xvid-ac3-
flawl3ss.part06.rar.html
http://hotfile.com/dl/79133715/893e059/machete-(2010)-480p-brrip-xvid-ac3-
flawl3ss.part02.rar.html
http://hotfile.com/dl/79133998/0f87135/machete-(2010)-480p-brrip-xvid-ac3-
flawl3ss.part03.rar.html
http://hotfile.com/dl/79133606/c337106/machete-(2010)-480p-brrip-xvid-ac3-
flawl3ss.part01.rar.html
http://hotfile.com/dl/79135205/903f89d/sample.machete.2010.480p.brrip.xvid.ac3-
flawl3ss.avi.html
http://hotfile.com/dl/79129868/46d70fd/machete.2010-flawl3ss.part7.rar.html
http://hotfile.com/dl/79135115/afc30a0/machete.2010-flawl3ss.part4.rar.html
http://hotfile.com/dl/79135543/0fd3520/machete.2010-flawl3ss.part5.rar.html
http://hotfile.com/dl/79135731/5b6044a/machete.2010-flawl3ss.part6.rar.html
http://hotfile.com/dl/79135132/cba6f47/machete.2010-flawl3ss.part2.rar.html
http://hotfile.com/dl/79135343/55173ff/machete.2010-flawl3ss.part3.rar.html
http://hotfile.com/dl/79135488/bf6db65/machete.2010-flawl3ss.part1.rar.html
http://hotfile.com/dl/79141656/03fdd7c/machete.2010.1080p.proper-loljews-
hdmovie.vn.part10.hdm.html
http://hotfile.com/dl/79141673/25a1f8d/machete.2010.1080p.proper-loljews-
hdmovie.vn.part04.hdm.html
http://hotfile.com/dl/79141691/d5d4f6f/machete.2010.1080p.proper-loljews-
hdmovie.vn.part02.hdm.html
http://hotfile.com/dl/80282175/0ba01ee/machete.2010.480p.z01.html
http://hotfile.com/dl/65688171/3c5cfd9/vampires.suck.2010.wp.xvid.leg.avi.html
http://hotfile.com/dl/66267694/fbaf93c/vampires.suck.2010.wp.xvid-kingdom.avi.part01.rar.html
http://hotfile.com/dl/66300588/6e2cc62/vampires-suck-(2010,-320)-christopher-lennertz.zip.html
http://hotfile.com/dl/66513326/6f4f212/vampires.suck.2010.workprint.xvid.ac3-
t0xic.part1.rar.html
http://hotfile.com/dl/66932640/7da0308/vampires.suck.workprint.xvid-vamps.part1.rar.html
http://hotfile.com/dl/66965911/50628f5/vampires.suck.workprint.xvid-vamps.part1.rar.html
http://hotfile.com/dl/67053876/acc33e6/vampires.suck.workprint.xvid-vamps.part1.rar.html
http://hotfile.com/dl/69260944/429bb35/vampires.suck.2010.pl.subbed.wp.xvid.ac3-
ltg.400.r00.html
http://hotfile.com/dl/69264745/367b50e/vampires.suck.2010.pl.subbed.wp.xvid.ac3-
ltg.400.r01.html
http://hotfile.com/dl/69269580/c525815/vampires.suck.2010.pl.subbed.wp.xvid.ac3-
ltg.400.r02.html
http://hotfile.com/dl/69271347/0c2898c/vampires.suck.2010.pl.subbed.wp.xvid.ac3-
ltg.400.rar.html
http://hotfile.com/dl/69625142/ae5a2fc/vampires-suck-2010-by-waleed-mohamed-
khalil.part2.rar.html
http://hotfile.com/dl/69607491/872613a/vampires-suck-2010-by-waleed-mohamed-
khalil.part1.rar.html
http://hotfile.com/dl/69919221/a59b0fa/vampires.suck.2010.egy4music.com.rar.html
http://hotfile.com/dl/70934554/a1703de/vampires.suck.2010.m4e.by.samorarulez.rmvb.html
http://hotfile.com/dl/71297931/87a4bf5/vampires.suck.2010.wp.xvid-kingdom.avi.part1.rar.html
http://hotfile.com/dl/72776202/11aa177/vampires-suck2010wpscr-lw.part1.rar.html
http://hotfile.com/dl/73314270/030685c
/vampires.suck.dvdscr.esp.xydrozx.hmx.team.part3.rar.html
http://hotfile.com/dl/73314271/40279a8
/vampires.suck.dvdscr.esp.xydrozx.hmx.team.part1.rar.html
```

FOX003281

```
http://hotfile.com/dl/73314269/22d3452
/vampires.suck.dvdscr.esp.xydrozx.hmx.team.part2.rar.html
http://hotfile.com/dl/74415233/f2943a7/vampires.suck.workprint.xvid-vamps.part1.rar.html
http://hotfile.com/dl/74633433/115e883/vampires.suck.r5.ac3.xvid-classified.part1.rar.html
http://hotfile.com/dl/74635214/25db350/vampires.suck.r5.ac3.xvid-classified.part1.rar.html
http://hotfile.com/dl/74638285/80a1f73/vampires.suck.r5.ac3.xvid-classified.part01.rar.html
http://hotfile.com/dl/74639463/6675b8a/vampires.suck.by.dardann.part3.rar.html
http://hotfile.com/dl/74639460/190150d/vampires.suck.by.dardann.part4.rar.html
http://hotfile.com/dl/74639461/42fc7de/vampires.suck.by.dardann.part1.rar.html
http://hotfile.com/dl/74639462/7c63060/vampires.suck.by.dardann.part2.rar.html
http://hotfile.com/dl/74644204/39fb97d/vampires.suck.r5.ac3.xvid-
www.divxturka.net.avi.part1.rar.html
http://hotfile.com/dl/74645206/f165ca0/vampires.suck.r5.ac3.xvid-
www.freshwap.net.avi.part3.rar.html
http://hotfile.com/dl/74643966/67bbc90/vampires.suck.r5.ac3.xvid-
www.freshwap.net.avi.part4.rar.html
http://hotfile.com/dl/74645065/51d7693/vampires.suck.r5.ac3.xvid-
www.freshwap.net.avi.part1.rar.html
http://hotfile.com/dl/74652497/a3845fd/vampires.suck.r5.ac3.xvid.classified.warez-
centre.com.part3.rar.html
http://hotfile.com/dl/74650768/31b7595/vampires.suck.r5.ac3.xvid.classified.warez-
centre.com.part4.rar.html
http://hotfile.com/dl/74652172/622ba45/vampires.suck.r5.ac3.xvid.classified.warez-
centre.com.part1.rar.html
http://hotfile.com/dl/74652252/ebcb734/vampires.suck.r5.ac3.xvid.classified.warez-
centre.com.part2.rar.html
http://hotfile.com/dl/74659091/f50cbae/vampires.suck.r5.ac3.xvid-classified.part01.rar.html
http://hotfile.com/dl/74662976/8955772/vampires.suck.r5.ac3.xvid-classified.part1.rar.html
http://hotfile.com/dl/74672710/580e596
/vampires.suck.r5.mohammed.elsady.dvd4arab.com.part6.rar.html
http://hotfile.com/dl/74672393/5b0cc5d
/vampires.suck.r5.mohammed.elsady.dvd4arab.com.part7.rar.html
http://hotfile.com/dl/74669776/f90610f
/vampires.suck.r5.mohammed.elsady.dvd4arab.com.part4.rar.html
http://hotfile.com/dl/74669678/bb9aa97
/vampires.suck.r5.mohammed.elsady.dvd4arab.com.part5.rar.html
http://hotfile.com/dl/74669701/5f84e18
/vampires.suck.r5.mohammed.elsady.dvd4arab.com.part2.rar.html
http://hotfile.com/dl/74669695/7dca21f
/vampires.suck.r5.mohammed.elsady.dvd4arab.com.part3.rar.html
http://hotfile.com/dl/74669702/64a74bf
/vampires.suck.r5.mohammed.elsady.dvd4arab.com.part1.rar.html
http://hotfile.com/dl/74677785/cb4b912/vampires.suck.2010.wp.xvid-ncode.part1.rar.html
http://hotfile.com/dl/74704567/c341a2d/vampires-suck.part1.rar.html
http://hotfile.com/dl/74706104/5b95aaf/vampires-suck.rar.html
http://hotfile.com/dl/74710525/6a03958/vampires.suck.r5.mohammed.elsady.dvd4arab.com.rmvb.html
http://hotfile.com/dl/74711252/ac0c0ba/vampires-suck.2010.r5.xvid-
ncir.www.darkwarez.pl.gardzij.part2.rar.html
http://hotfile.com/dl/74710529/4d177ac/vampires-suck.2010.r5.xvid-
ncir.www.darkwarez.pl.gardzij.part1.rar.html
http://hotfile.com/dl/74715151/5752140/vampires.suck.2010.r5.part2.rar.html
http://hotfile.com/dl/74714017/004ea6e/vampires.suck.2010.r5.part3.rar.html
http://hotfile.com/dl/74712873/b2f7959/vampires.suck.2010.r5.part4.rar.html
http://hotfile.com/dl/74712808/7bcbecf/vampires.suck.2010.r5.part1.rar.html
http://hotfile.com/dl/74719715/bd7c4f6/vampires.suck.r5.ac3.xvid-classified.part1.rar.html
http://hotfile.com/dl/74722035/da9ab1c/www.agda3nas.com.vampires-
suck.2010.r5.xvid.by.lionman.rmvb.html
http://hotfile.com/dl/74733713/0bf763d/vampires-suck-2010-.by.elmagico.rar.html
http://hotfile.com/dl/74747954/4ca64bb/leg.pt.vampires.suck.rar.html
http://hotfile.com/dl/74761990/7e1ad7f/vampires.suck.2010.dvd-r5.by.zooz.rmvb.html
http://hotfile.com/dl/74765989/cb0aa02/vampires.suck.r5.ac3.xvid-
classified.instawarez.net.part1.rar.html
http://hotfile.com/dl/34054522/71c20db/vampires.suck.exd.bdrip.x264-h2omkv.rar.html
http://hotfile.com/dl/34515583/2a56a10
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part17.rar.html
http://hotfile.com/dl/34515749/74709e3
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part19.rar.html
http://hotfile.com/dl/34514640/abffd1f
```

FOX003282

```
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part14.rar.html
http://hotfile.com/dl/84514217/89bdcec
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part15.rar.html
http://hotfile.com/dl/84512767/135ebfa
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part11.rar.html
http://hotfile.com/dl/84514113/6cb104a
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part13.rar.html
http://hotfile.com/dl/84511514/27d7c5d
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part07.rar.html
http://hotfile.com/dl/84512581/c6bb6b0
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part09.rar.html
http://hotfile.com/dl/84513314/9ea6c6a
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part10.rar.html
http://hotfile.com/dl/84511502/dc6a378
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part05.rar.html
http://hotfile.com/dl/84511822/a56004f
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part06.rar.html
http://hotfile.com/dl/84510364/f239668
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part02.rar.html
http://hotfile.com/dl/84510509/f792ee6
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part03.rar.html
http://hotfile.com/dl/84510398/2fe6080
/vampires.suck.2010.extended.720p.bdrip.ac3.x264.by.babiimorrii9an.part01.rar.html
http://hotfile.com/dl/84728255/19b9ba4/vampires.suck.2010.extended.720p.bluray.x264-
sinners.mkv.part5.rar.html
http://hotfile.com/dl/84728430/1ab0078/vampires.suck.2010.extended.720p.bluray.x264-
sinners.mkv.part6.rar.html
http://hotfile.com/dl/84728283/bd755b2/vampires.suck.2010.extended.720p.bluray.x264-
sinners.mkv.part3.rar.html
http://hotfile.com/dl/84730666/1dde199/vampires.suck.2010.extended.720p.bluray.x264-
sinners.mkv.part4.rar.html
http://hotfile.com/dl/84730685/f52d78a/vampires.suck.2010.extended.720p.bluray.x264-
sinners.mkv.part1.rar.html
http://hotfile.com/dl/84729333/846ac62/vampires.suck.2010.extended.720p.bluray.x264-
sinners.mkv.part2.rar.html
http://hotfile.com/dl/84870750/26a823d/proit91.vampires.suck.2010.extended.720p.bluray.x264-
sinners.part21.rar.html
http://hotfile.com/dl/84871730/6d243ab/proit91.vampires.suck.2010.extended.720p.bluray.x264-
sinners.part22.rar.html
http://hotfile.com/dl/84872936/2bdda95/proit91.vampires.suck.2010.extended.720p.bluray.x264-
sinners.part23.rar.html
http://hotfile.com/dl/84868987/6278ccc/proit91.vampires.suck.2010.extended.720p.bluray.x264-
sinners.part19.rar.html
http://hotfile.com/dl/84869806/9fa0fc5/proit91.vampires.suck.2010.extended.720p.bluray.x264-
sinners.part20.rar.html
http://hotfile.com/dl/84867318/be0face/proit91.vampires.suck.2010.extended.720p.bluray.x264-
sinners.part17.rar.html
http://hotfile.com/dl/84868147/59a2152/proit91.vampires.suck.2010.extended.720p.bluray.x264-
sinners.part18.rar.html
http://hotfile.com/dl/84865433/40f2a49/proit91.vampires.suck.2010.extended.720p.bluray.x264-
sinners.part15.rar.html
http://hotfile.com/dl/84866324/2874250/proit91.vampires.suck.2010.extended.720p.bluray.x264-
sinners.part16.rar.html
http://hotfile.com/dl/84834828/0763365/proit91.vampires.suck.2010.extended.720p.bluray.x264-
sinners.part09.rar.html
http://hotfile.com/dl/84835767/9ebfa47/proit91.vampires.suck.2010.extended.720p.bluray.x264-
sinners.part10.rar.html
http://hotfile.com/dl/84836664/cb97def/proit91.vampires.suck.2010.extended.720p.bluray.x264-
sinners.part11.rar.html
http://hotfile.com/dl/84833227/79198b2/proit91.vampires.suck.2010.extended.720p.bluray.x264-
sinners.part07.rar.html
http://hotfile.com/dl/84834062/ecebd0e/proit91.vampires.suck.2010.extended.720p.bluray.x264-
sinners.part08.rar.html
http://hotfile.com/dl/84831419/4105d23/proit91.vampires.suck.2010.extended.720p.bluray.x264-
sinners.part05.rar.html
http://hotfile.com/dl/84832384/bd8fa61/proit91.vampires.suck.2010.extended.720p.bluray.x264-
sinners.part06.rar.html
http://hotfile.com/dl/84828490/6338c46/proit91.vampires.suck.2010.extended.720p.bluray.x264-
```

FOX003283

```
sinners.part02.rar.html
http://hotfile.com/dl/84829388/4c1133c/proit91.vampires.suck.2010.extended.720p.bluray.x264-
sinners.part03.rar.html
http://hotfile.com/dl/84830390/448e3c4/proit91.vampires.suck.2010.extended.720p.bluray.x264-
sinners.part04.rar.html
http://hotfile.com/dl/84827777/8cc8d39/proit91.vampires.suck.2010.extended.720p.bluray.x264-
sinners.part01.rar.html
http://hotfile.com/dl/84898212/088aabc/vampires.suck.2010.wp.xvid.avi.part1.rar.html
http://hotfile.com/dl/84899302/dcc3e52/vampires.suck.2010.wp.xvid.avi.part2.rar.html
http://hotfile.com/dl/84908953/c554e70/vampires.suck.2010.extended.1080p.bluray.x264-
hotmoviepro.com.mkv.017.html
http://hotfile.com/dl/84908213/e639126/vampires.suck.2010.extended.1080p.bluray.x264-
hotmoviepro.com.mkv.015.html
http://hotfile.com/dl/84908441/1b7ebfa/vampires.suck.2010.extended.1080p.bluray.x264-
hotmoviepro.com.mkv.016.html
http://hotfile.com/dl/84907388/f0d15e6/vampires.suck.2010.extended.1080p.bluray.x264-
hotmoviepro.com.mkv.013.html
http://hotfile.com/dl/84907430/aa71ba1/vampires.suck.2010.extended.1080p.bluray.x264-
hotmoviepro.com.mkv.014.html
http://hotfile.com/dl/84905857/5c2027d/vampires.suck.2010.extended.1080p.bluray.x264-
hotmoviepro.com.mkv.010.html
http://hotfile.com/dl/84906724/2855fe3/vampires.suck.2010.extended.1080p.bluray.x264-
hotmoviepro.com.mkv.011.html
http://hotfile.com/dl/84906891/dcaf5d3/vampires.suck.2010.extended.1080p.bluray.x264-
hotmoviepro.com.mkv.012.html
http://hotfile.com/dl/84905198/2c7b0f2/vampires.suck.2010.extended.1080p.bluray.x264-
hotmoviepro.com.mkv.008.html
http://hotfile.com/dl/84905680/30a25e5/vampires.suck.2010.extended.1080p.bluray.x264-
hotmoviepro.com.mkv.009.html
http://hotfile.com/dl/84904273/fc36594/vampires.suck.2010.extended.1080p.bluray.x264-
hotmoviepro.com.mkv.006.html
http://hotfile.com/dl/84905137/eee0c00/vampires.suck.2010.extended.1080p.bluray.x264-
hotmoviepro.com.mkv.007.html
http://hotfile.com/dl/84903850/c9c057a/vampires.suck.2010.extended.1080p.bluray.x264-
hotmoviepro.com.mkv.004.html
http://hotfile.com/dl/84904138/ffc726f/vampires.suck.2010.extended.1080p.bluray.x264-
hotmoviepro.com.mkv.005.html
http://hotfile.com/dl/84902678/110d491/vampires.suck.2010.extended.1080p.bluray.x264-
hotmoviepro.com.mkv.001.html
http://hotfile.com/dl/84902886/257b11l/vampires.suck.2010.extended.1080p.bluray.x264-
hotmoviepro.com.mkv.002.html
http://hotfile.com/dl/84903781/b741e39/vampires.suck.2010.extended.1080p.bluray.x264-
hotmoviepro.com.mkv.003.html
http://hotfile.com/dl/84908981/7f9ef7c/vampires.suck.2010.extended.1080p.bluray.x264-
hotmoviepro.com.srt.html
http://hotfile.com/dl/83760612/476a573/vampires.suck.2010.extended.bdrip.xvid-
fragment.part3.rar.html
http://hotfile.com/dl/83760539/a77fbb4/vampires.suck.2010.extended.bdrip.xvid-
fragment.part1.rar.html
http://hotfile.com/dl/83760550/5ff9075/vampires.suck.2010.extended.bdrip.xvid-
fragment.part2.rar.html
http://hotfile.com/dl/35184399/71ff573/Vampires_Suck_zumiq.part1.rar.html
http://hotfile.com/dl/35185580/ec71529/Vampires_Suck_zumiq.part2.rar.html
http://hotfile.com/dl/35146402/65408cb/vampires.suck.2010.dvdrip.xvid.axxo.avi.part4.rar.html
http://hotfile.com/dl/35145789/6d18a9a/vampires.suck.2010.dvdrip.xvid.axxo.avi.part1.rar.html
http://hotfile.com/dl/35145866/05ebed1/vampires.suck.2010.dvdrip.xvid.axxo.avi.part2.rar.html
http://hotfile.com/dl/35146322/485900b/vampires.suck.2010.dvdrip.xvid.axxo.avi.part3.rar.html
http://hotfile.com/dl/35264767/2520204/Vampires.Suck.ViSiON.part6.rar.html
http://hotfile.com/dl/35264764/5e85c04/Vampires.Suck.ViSiON.part4.rar.html
http://hotfile.com/dl/35264766/67c0d70/Vampires.Suck.ViSiON.part5.rar.html
http://hotfile.com/dl/35265171/c6f0708/Vampires.Suck.ViSiON.part2.rar.html
http://hotfile.com/dl/35264765/ad3b4fd/Vampires.Suck.ViSiON.part3.rar.html
http://hotfile.com/dl/35265042/5d69b6a/Vampires.Suck.ViSiON.part1.rar.html
http://hotfile.com/dl/35717897/801e7ce/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-
DMZ.part11.rar.html
http://hotfile.com/dl/35717919/c55d276/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-
DMZ.part12.rar.html
http://hotfile.com/dl/35717497/25e85cd/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-
```

FOX003284

```
DMZ.part09.rar.html
http://hotfile.com/dl/85717699/2f7205e/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-
DMZ.part10.rar.html
http://hotfile.com/dl/85717411/c1c23fd/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-
DMZ.part07.rar.html
http://hotfile.com/dl/85717424/3fd876e/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-
DMZ.part08.rar.html
http://hotfile.com/dl/85717085/4f34cfa/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-
DMZ.part05.rar.html
http://hotfile.com/dl/85717399/3ecd0d5/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-
DMZ.part06.rar.html
http://hotfile.com/dl/85716864/9239f02/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-
DMZ.part02.rar.html
http://hotfile.com/dl/85716853/471c2ca/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-
DMZ.part03.rar.html
http://hotfile.com/dl/85716905/00f8216/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-
DMZ.part04.rar.html
http://hotfile.com/dl/85716837/62bb75a/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-
DMZ.part01.rar.html
http://hotfile.com/dl/85729087/e9a05bd/M4ch3_320_kizmark_www.pinoy-warez.com.part2.rar.html
http://hotfile.com/dl/85729726/b70d415/M4ch3_320_kizmark_www.pinoy-warez.com.part3.rar.html
http://hotfile.com/dl/85728365/8a9f90f/M4ch3_320_kizmark_www.pinoy-warez.com.part1.rar.html
http://hotfile.com/dl/71202627/e153231/machete.2010.r5.line.xvid-vision.srt.html
http://hotfile.com/dl/71222619/143b68b/machete-(2010).part1.rar.html
http://hotfile.com/dl/68875642/2a349b4/funon-q.machete.2010.cam.x264-ahmad.mkv.html
http://hotfile.com/dl/68885141/cfc4fff/machete.2010.d.ts.mp4.html
http://hotfile.com/dl/68972953/2077773
/machete.2010.french.ts.md.readnfo.xvid.max37.ll.rar.html
http://hotfile.com/dl/69167607/cef9a5b/m17.machete.2010.ts.xvid.wafy.rmvb.html
http://hotfile.com/dl/83976358/01cd275/machete.2010.r5.bose.part3.rar.html
http://hotfile.com/dl/83976360/a9aa0f3/machete.2010.r5.bose.part4.rar.html
http://hotfile.com/dl/83976281/14dd113/machete.2010.r5.bose.part1.rar.html
http://hotfile.com/dl/83976317/a11030a/machete.2010.r5.bose.part2.rar.html
http://hotfile.com/dl/84280106/3cff820/machete-2010.rar.html
http://hotfile.com/dl/84449131/cd410fc
/www.warezshares.org.-.machete.2010.864p.x264.part3.rar.html
http://hotfile.com/dl/84449128/157a9eb
/www.warezshares.org.-.machete.2010.864p.x264.part1.rar.html
http://hotfile.com/dl/84449127/9978dde
/www.warezshares.org.-.machete.2010.864p.x264.part2.rar.html
http://hotfile.com/dl/84538050/e3150a0/machete.2010.brrip.xvid.ac3-santi.part1.rar.html
http://hotfile.com/dl/84706289/0c13b7c/machete.2010.r5.warezdoctor.com.part3.rar.html
http://hotfile.com/dl/84707076/98cced8/machete.2010.r5.warezdoctor.com.part4.rar.html
http://hotfile.com/dl/84705984/1d32ddb/machete.2010.r5.warezdoctor.com.part1.rar.html
http://hotfile.com/dl/84705989/cabe84d/machete.2010.r5.warezdoctor.com.part2.rar.html
http://hotfile.com/dl/84829912/ae9e1c1/machete.2010.r5.part1.rar.html
http://hotfile.com/dl/85722195/70f18c8/machete.2010.r5.line.xvid.part1.rar.html
http://hotfile.com/dl/85722198/3dd991c/machete.2010.r5.line.xvid.part2.rar.html
http://hotfile.com/dl/51003482/f8346f8/asd.knight.and.day.2010.hq.cam.x264.doosh.mkv.html
http://hotfile.com/dl/55818580/210ff07/knight.and.day.2010.cam.md.xvid.hungarian-
hashish.r02.html
http://hotfile.com/dl/55820657/d260fcf/knight.and.day.2010.cam.md.xvid.hungarian-
hashish.r03.html
http://hotfile.com/dl/56756257/a9fa2d7/knight.and.day.2010.ts.sg.motta.1990.part2.rar.html
http://hotfile.com/dl/57442126/dfd17ff/knight.and.day.2010.german.ts.ld.read.nfo.xvid-
r21.saugking.net.r03.html
http://hotfile.com/dl/57442371/108eac6/knight.and.day.2010.german.ts.ld.read.nfo.xvid-
r21.saugking.net.rar.html
http://hotfile.com/dl/70101656/a53a3f7/knight.and.day.2010.r5.line.xvid-lap.cd2.part6.rar.html
http://hotfile.com/dl/70101652/4c7b627/knight.and.day.2010.r5.line.xvid-lap.cd2.part7.rar.html
http://hotfile.com/dl/70101540/2258175/knight.and.day.2010.r5.line.xvid-lap.cd2.part4.rar.html
http://hotfile.com/dl/70101550/73310b7/knight.and.day.2010.r5.line.xvid-lap.cd2.part5.rar.html
http://hotfile.com/dl/70101471/e13fbf0/knight.and.day.2010.r5.line.xvid-lap.cd2.part1.rar.html
http://hotfile.com/dl/70101640/84ede79/knight.and.day.2010.r5.line.xvid-lap.cd2.part2.rar.html
http://hotfile.com/dl/70101590/241cead/knight.and.day.2010.r5.line.xvid-lap.cd2.part3.rar.html
http://hotfile.com/dl/70107071/9d574f1/knight.and.day.2010.r5.line.xvid-
lap.easewarez.com.part7.rar.html
http://hotfile.com/dl/70107174/f5f0936/knight.and.day.2010.r5.line.xvid-
```

FOX003285

```
lap..easewarez.com.part8.rar.html
http://hotfile.com/dl/70106379/2fdd3c3/knight.and.day.2010.r5.line.xvid-
lap..easewarez.com.part5.rar.html
http://hotfile.com/dl/70106691/c5e6a47/knight.and.day.2010.r5.line.xvid-
lap..easewarez.com.part6.rar.html
http://hotfile.com/dl/70104213/5110ac2/knight.and.day.2010.r5.line.xvid-
lap..easewarez.com.part2.rar.html
http://hotfile.com/dl/70104792/6829f23/knight.and.day.2010.r5.line.xvid-
lap..easewarez.com.part3.rar.html
http://hotfile.com/dl/70105715/85e255c/knight.and.day.2010.r5.line.xvid-
lap..easewarez.com.part4.rar.html
http://hotfile.com/dl/70103698/759ba08/knight.and.day.2010.r5.line.xvid-
lap..easewarez.com.part1.rar.html
http://hotfile.com/dl/70104089/d8de745/knight.and.day.2010.r5.line.xvid-lap-rw.r00.html
http://hotfile.com/dl/70104216/347d9b4/knight.and.day.2010.r5.line.xvid-lap-rw.rar.html
http://hotfile.com/dl/70104417/ad0dcdd/alz-knight.and.day.2010.r5.line.encoder.cd1.avi.html
http://hotfile.com/dl/70104953/46354aa/knight.and.day.2010.r5.line.xvid-lap-rw.r01.html
http://hotfile.com/dl/70105217/5096cb9/knight.and.day.2010.r5.line.xvid-lap-rw.r02.html
http://hotfile.com/dl/70105523/eb72c0f/alz-knight.and.day.2010.r5.line.encoder.cd2.avi.html
http://hotfile.com/dl/70118068/a7152a0
/knight.and.day.2010.r5.lap.www.storedivx.com.part6.rar.html
http://hotfile.com/dl/70118118/8bbfec5
/knight.and.day.2010.r5.lap.www.storedivx.com.part7.rar.html
http://hotfile.com/dl/70117437/007cce0
/knight.and.day.2010.r5.lap.www.storedivx.com.part3.rar.html
http://hotfile.com/dl/70117940/bcc433c
/knight.and.day.2010.r5.lap.www.storedivx.com.part4.rar.html
http://hotfile.com/dl/70117992/752277d
/knight.and.day.2010.r5.lap.www.storedivx.com.part5.rar.html
http://hotfile.com/dl/70117646/9755565
/knight.and.day.2010.r5.lap.www.storedivx.com.part1.rar.html
http://hotfile.com/dl/70117328/f61b2ac
/knight.and.day.2010.r5.lap.www.storedivx.com.part2.rar.html
http://hotfile.com/dl/70118862/5577ac5/knight.and.day.2010.r5.cd2.mazika2day.com.rmvb.html
http://hotfile.com/dl/70119324/aa970e1/m7la.net.knight.and.day.2010.r5.cd2.rmvb.html
http://hotfile.com/dl/70119327/74d3a58/m7la.net.knight.and.day.2010.r5.cd1.rmvb.html
http://hotfile.com/dl/70119639/e67508f/knight.and.day.2010.r5.fonekat.net.cd2.rmvb.html
http://hotfile.com/dl/70119644/499719f/knight.and.day.2010.r5.fonekat.net.cd1.rmvb.html
http://hotfile.com/dl/70120042/a605d15/knight.and.day.2010.r5.fonekat.net.rar.html
http://hotfile.com/dl/70120450/9305533/mlt.knight.and.day.2010.cd1.the.mayestro.rmvb.html
http://hotfile.com/dl/70121849/ae81ee5/knight.and.day.2010.r5.www.divxup.net.rar.html
http://hotfile.com/dl/70122699/ac7a071/mlt.knight.and.day.2010.the.mayestro.rar.html
http://hotfile.com/dl/70135665/8d8647d/knight.and.day.2010.r5.line.xvid.ac3-
elite.part01.rar.html
http://hotfile.com/dl/70139956/d13634b/filmzhd.com.knight.and.day.2010.r5.by.fox.rmvb.html
http://hotfile.com/dl/70144626/7c5b18b/knight.and.day.2010.mkv.fyrg.rar.html
http://hotfile.com/dl/70145731/000a773
/knight.and.day.2010.dvdrip.newzika.net.peccsoo.rmvb.html
http://hotfile.com/dl/70147506/bd64449/eup.knight.and.day.2010.dvd-r5.by.mido.rmvb.html
http://hotfile.com/dl/70148783/0d5058c/knight.and.day.2010.r5.cd2.nogooom.com-dante.rmvb.html
http://hotfile.com/dl/70148791/3ba7dd6/knight.and.day.2010.r5.cd1.nogooom.com-dante.rmvb.html
http://hotfile.com/dl/70148897/33c69b6/filmey.com.knight.and.day.2010.rar.html
http://hotfile.com/dl/70152447/e1b395c/myegy.com.knight.and.day.2010.r5.line.xvid.up.by.3li-
baba.rmvb.html
http://hotfile.com/dl/70158083/bb4862c/drk.knight.and.day.2010.r5.english.700mb-
revive.sample.avi.html
http://hotfile.com/dl/70161380/97873f1/pinoyrepublic.org-knight-and-day-(2010)-r5-line-elite-
x264-reoliquio.part1.rar.html
http://hotfile.com/dl/70161971/dbf2073/pinoyrepublic.org-knight-and-day-(2010)-r5-line-elite-
x264-reoliquio.part2.rar.html
http://hotfile.com/dl/70168799/a82df3c/knight-and-day-2010-r5-line-xvid-rx.part16.rar.html
http://hotfile.com/dl/70168278/e741123/knight-and-day-2010-r5-line-xvid-rx.part14.rar.html
http://hotfile.com/dl/70168298/81fed59/knight-and-day-2010-r5-line-xvid-rx.part15.rar.html
http://hotfile.com/dl/70167243/24305cb/knight-and-day-2010-r5-line-xvid-rx.part12.rar.html
http://hotfile.com/dl/70167484/0058c80/knight-and-day-2010-r5-line-xvid-rx.part13.rar.html
http://hotfile.com/dl/70166477/70cf2fb/knight-and-day-2010-r5-line-xvid-rx.part09.rar.html
http://hotfile.com/dl/70165717/baec185/knight-and-day-2010-r5-line-xvid-rx.part10.rar.html
http://hotfile.com/dl/70166654/d21d7be/knight-and-day-2010-r5-line-xvid-rx.part11.rar.html
```

FOX003286

```
http://hotfile.com/dl/70165222/b5be5da/knight-and-day-2010-r5-line-xvid-rx.part07.rar.html
http://hotfile.com/dl/70165231/a4662eb/knight-and-day-2010-r5-linc-xvid-rx.part08.rar.html
http://hotfile.com/dl/70164660/02bcc65/knight-and-day-2010-r5-line-xvid-rx.part05.rar.html
http://hotfile.com/dl/70164609/d04e822/knight-and-day-2010-r5-line-xvid-rx.part06.rar.html
http://hotfile.com/dl/84020870/b131485/knight-and-day-gece-ve-gÃ¦'Â¼ndÃ¦'Â¼z-(2010)-brrip-
mkv-tr-dublaj.part1.rar.html
http://hotfile.com/dl/64102887/6d5011a
/drop.topÃ¢â€š¬ââ‚¬Å"machete.ep-(sdubnew003)-2010-320.rar.html
http://hotfile.com/dl/71294569/9b32370/www.ffilmler.com-machete-(2010)-dvdrip-tÃ¦'Â¼rkÃ¦'Â§e-
altyazÃ¢€žÅ±lÃ¢€žÅ±.part1.rar.html
http://hotfile.com/dl/70652271/38f9997/knight-and-day-1-2010-1-dvdrip-1-r5-1-x264-mp4-
1-tr-altyazÃ¢€žÅ±-1-tek-link-1-282mb.rar.html
http://hotfile.com/dl/72248350/b9e8f8/er-can55-knight-and-day-2010-tr-
altyazÃ¢€žÅ±.part..rar.html
```

FOX003287