# Yeh Exhibit 150

| | |
|---|---|
| **From:** | Bentkover, Michael |
| **To:** | 'abuse@hotfile.com' |
| **CC:** | Kaplan, David P.; Kazi, Asad; 'Brad Beutlich' |
| **Sent:** | 5/21/2009 1:29:38 PM |
| **Subject:** | Second Notice - Unauthorized Use of Warner Bros.' Property - HotFile |

**SECOND NOTICE**

**VIA ELECTRONIC MAIL**

RE:     Unauthorized Use of Warner Bros.' Property

Dear Abuse Manager,

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am the owner or an agent authorized to act on behalf of the owner of certain intellectual property rights, said owner being named Warner Bros. Entertainment Inc. ("IP Owner").

I have a good faith belief that the materials identified in the addendum attached hereto are not authorized by the above IP Owner, its agent, or the law and therefore infringe the IP Owner's rights. Please act expeditiously to remove or disable access to the material or items claimed to be infringing.

I swear, under penalty of perjury, that the information in the notification is accurate.

I may be contacted at:

Michael Bentkover
Warner Bros. Entertainment Inc.
4000 Warner Boulevard
Bridge Building 156 South, # 5333
Burbank, California 91522
Phone: (818) 954-3639
Fax:    (818) 954-7898
michael.bentkover@warnerbros.com

Truthfully,

/mb/

What was located as infringing content:
**Terminator Salvation Game**
http://hotfile.com/dl/2936226/c533525/TerminatorSX360_COSMiC.part01.rar.html
http://hotfile.com/dl/2936321/de8e4e8/TerminatorSX360_COSMiC.part02.rar.html
http://hotfile.com/dl/2936434/cb2832b/TerminatorSX360_COSMiC.part03.rar.html
http://hotfile.com/dl/2936542/e703836/TerminatorSX360_COSMiC.part04.rar.html
http://hotfile.com/dl/2936641/a5c2351/TerminatorSX360_COSMiC.part05.rar.html
http://hotfile.com/dl/2936730/3e35b7e/TerminatorSX360_COSMiC.part06.rar.html
http://hotfile.com/dl/2936836/5bb9195/TerminatorSX360_COSMiC.part07.rar.html
http://hotfile.com/dl/2936941/755a9ec/TerminatorSX360_COSMiC.part08.rar.html
http://hotfile.com/dl/2937040/b5b79d7/TerminatorSX360_COSMiC.part09.rar.html
http://hotfile.com/dl/2937110/a67c5d6/TerminatorSX360_COSMiC.part10.rar.html
http://hotfile.com/dl/2937169/edba67c/TerminatorSX360_COSMiC.part11.rar.html
http://hotfile.com/dl/2937255/5f787a6/TerminatorSX360_COSMiC.part12.rar.html
http://hotfile.com/dl/2937302/50b9457/TerminatorSX360_COSMiC.part13.rar.html
http://hotfile.com/dl/2937361/5f3b9a4/TerminatorSX360_COSMiC.part14.rar.html
http://hotfile.com/dl/2937424/20b2fee/TerminatorSX360_COSMiC.part15.rar.html
http://hotfile.com/dl/2937504/ec10903/TerminatorSX360_COSMiC.part16.rar.html
http://hotfile.com/dl/2937626/22bee35/TerminatorSX360_COSMiC.part17.rar.html
http://hotfile.com/dl/2937712/20a6fb8/TerminatorSX360_COSMiC.part18.rar.html
http://hotfile.com/dl/2937781/81e41ab/TerminatorSX360_COSMiC.part19.rar.html

http://hotfile.com/dl/2937874/363c1a3/TerminatorSX360_COSMiC.part20.rar.html
http://hotfile.com/dl/2937998/df4ac7a/TerminatorSX360_COSMiC.part21.rar.html
http://hotfile.com/dl/2938068/d796104/TerminatorSX360_COSMiC.part22.rar.html
http://hotfile.com/dl/2938160/860ceb2/TerminatorSX360_COSMiC.part23.rar.html
http://hotfile.com/dl/2938328/efd50fe/TerminatorSX360_COSMiC.part24.rar.html
http://hotfile.com/dl/2938422/a67b215/TerminatorSX360_COSMiC.part25.rar.html
http://hotfile.com/dl/2938495/28c6ab1/TerminatorSX360_COSMiC.part26.rar.html
http://hotfile.com/dl/2938547/1c95e0e/TerminatorSX360_COSMiC.part27.rar.html
http://hotfile.com/dl/2938603/99e9880/TerminatorSX360_COSMiC.part28.rar.html
http://hotfile.com/dl/2938666/e28f34d/TerminatorSX360_COSMiC.part29.rar.html
http://hotfile.com/dl/2938734/2290fd2/TerminatorSX360_COSMiC.part30.rar.html
http://hotfile.com/dl/2938789/fc3ab49/TerminatorSX360_COSMiC.part31.rar.html
http://hotfile.com/dl/2935730/2f58170/Ter.Sal-X3z.part01.rar.html
http://hotfile.com/dl/2935746/5467887/Ter.Sal-X3z.part02.rar.html
http://hotfile.com/dl/2936006/29439ff/Ter.Sal-X3z.part03.rar.html
http://hotfile.com/dl/2936023/8d7635f/Ter.Sal-X3z.part04.rar.html
http://hotfile.com/dl/2936036/c375f1e/Ter.Sal-X3z.part05.rar.html
http://hotfile.com/dl/2936069/8be839d/Ter.Sal-X3z.part06.rar.html
http://hotfile.com/dl/2936072/554f5a2/Ter.Sal-X3z.part07.rar.html
http://hotfile.com/dl/2936385/13027a1/Ter.Sal-X3z.part08.rar.html
http://hotfile.com/dl/2936391/49412ad/Ter.Sal-X3z.part09.rar.html
http://hotfile.com/dl/2936080/c60a517/Ter.Sal-X3z.part10.rar.html
http://hotfile.com/dl/2936108/8c7a54d/Ter.Sal-X3z.part11.rar.html
http://hotfile.com/dl/2936137/f2a04eb/Ter.Sal-X3z.part12.rar.html
http://hotfile.com/dl/2936149/d2caa3b/Ter.Sal-X3z.part13.rar.html
http://hotfile.com/dl/2936160/6931685/Ter.Sal-X3z.part14.rar.html
http://hotfile.com/dl/2936197/d2faa3f/Ter.Sal-X3z.part15.rar.html
http://hotfile.com/dl/2936279/5f1ba3c/Ter.Sal-X3z.part16.rar.html
http://hotfile.com/dl/2920054/f40a870/tyeyrsalv36.part01.rar.html
http://hotfile.com/dl/2920079/c905332/tyeyrsalv36.part02.rar.html
http://hotfile.com/dl/2920097/d16b171/tyeyrsalv36.part03.rar.html
http://hotfile.com/dl/2920120/9661772/tyeyrsalv36.part04.rar.html
http://hotfile.com/dl/2920154/a33436c/tyeyrsalv36.part05.rar.html
http://hotfile.com/dl/2920376/97f6081/tyeyrsalv36.part06.rar.html
http://hotfile.com/dl/2920391/2099ce6/tyeyrsalv36.part07.rar.html
http://hotfile.com/dl/2920413/4b6804b/tyeyrsalv36.part08.rar.html
http://hotfile.com/dl/2920437/ee057fc/tyeyrsalv36.part09.rar.html
http://hotfile.com/dl/2920488/ae04ac1/tyeyrsalv36.part10.rar.html
http://hotfile.com/dl/2920511/d127d9d/tyeyrsalv36.part11.rar.html
http://hotfile.com/dl/2920545/1fce319/tyeyrsalv36.part12.rar.html
http://hotfile.com/dl/2920569/ff2d149/tyeyrsalv36.part13.rar.html
http://hotfile.com/dl/2920609/16f9670/tyeyrsalv36.part14.rar.html
http://hotfile.com/dl/2920622/39de85b/tyeyrsalv36.part15.rar.html
http://hotfile.com/dl/2920645/c316950/tyeyrsalv36.part16.rar.html
http://hotfile.com/dl/2920694/549b0e6/tyeyrsalv36.part17.rar.html
http://hotfile.com/dl/2920738/4549615/tyeyrsalv36.part18.rar.html
http://hotfile.com/dl/2920782/034fab6/tyeyrsalv36.part19.rar.html
http://hotfile.com/dl/2920805/830af93/tyeyrsalv36.part20.rar.html
http://hotfile.com/dl/2920819/bfbf9a7/tyeyrsalv36.part21.rar.html
http://hotfile.com/dl/2920850/639db1f/tyeyrsalv36.part22.rar.html
http://hotfile.com/dl/2920900/eff6106/tyeyrsalv36.part23.rar.html
http://hotfile.com/dl/2920919/5709f57/tyeyrsalv36.part24.rar.html
http://hotfile.com/dl/2920946/f2408ea/tyeyrsalv36.part25.rar.html
http://hotfile.com/dl/2920956/f19548c/tyeyrsalv36.part26.rar.html
http://hotfile.com/dl/2920983/49bb4ab/tyeyrsalv36.part27.rar.html
http://hotfile.com/dl/2921016/234b8cf/tyeyrsalv36.part28.rar.html
http://hotfile.com/dl/2921038/c45bc9a/tyeyrsalv36.part29.rar.html
http://hotfile.com/dl/2921050/c0c4a8f/tyeyrsalv36.part30.rar.html
http://hotfile.com/dl/2921073/b72a133/tyeyrsalv36.part31.rar.html
http://hotfile.com/dl/2859331/fd3f26e/Terminator.salvation.2009.part1.rar.html

WARNER000002

http://hotfile.com/dl/2859337/eedc34e/Terminator.salvation.2009.part2.rar.html
http://hotfile.com/dl/2859341/05dfcf7/Terminator.salvation.2009.part3.rar.html
http://hotfile.com/dl/2859342/772f1aa/Terminator.salvation.2009.part4.rar.html
http://hotfile.com/dl/2859437/184d05c/Terminator.salvation.2009.part5.rar.html
http://hotfile.com/dl/2921138/bc0a116/RoTaM-tsa-400.part01.rar.html
http://hotfile.com/dl/2921137/c799e82/RoTaM-tsa-400.part02.rar.html
http://hotfile.com/dl/2921135/af7bcea/RoTaM-tsa-400.part03.rar.html
http://hotfile.com/dl/2921136/e048fd9/RoTaM-tsa-400.part04.rar.html
http://hotfile.com/dl/2921296/6f8d7ea/RoTaM-tsa-400.part05.rar.html
http://hotfile.com/dl/2921298/f19a5ef/RoTaM-tsa-400.part06.rar.html
http://hotfile.com/dl/2921300/9dcec2f/RoTaM-tsa-400.part07.rar.html
http://hotfile.com/dl/2921301/e943b59/RoTaM-tsa-400.part08.rar.html
http://hotfile.com/dl/2921497/beea731/RoTaM-tsa-400.part09.rar.html
http://hotfile.com/dl/2921502/c0653fa/RoTaM-tsa-400.part10.rar.html
http://hotfile.com/dl/2921507/ba4da02/RoTaM-tsa-400.part11.rar.html
http://hotfile.com/dl/2921509/65ac89c/RoTaM-tsa-400.part12.rar.html
http://hotfile.com/dl/2921736/02000e2/RoTaM-tsa-400.part13.rar.html
http://hotfile.com/dl/2921737/7ef8b39/RoTaM-tsa-400.part14.rar.html
http://hotfile.com/dl/2921743/00de37a/RoTaM-tsa-400.part15.rar.html
http://hotfile.com/dl/2921744/3f5b323/RoTaM-tsa-400.part16.rar.html
http://hotfile.com/dl/2921837/07cd4ef/RoTaM-tsa-400.part17.rar.html
http://hotfile.com/dl/2921838/5f8d4b1/RoTaM-tsa-400.part18.rar.html
http://hotfile.com/dl/2921841/cc364f3/RoTaM-tsa-400.part19.rar.html
http://hotfile.com/dl/2937091/9e4362b/Terminator.Salvation-KatZZ.part31.rar.html
http://hotfile.com/dl/2933572/497271e/Terminator.Salvation-XBOX360.part01.rar.html
http://hotfile.com/dl/2933574/423eef1/Terminator.Salvation-XBOX360.part03.rar.html
http://hotfile.com/dl/2933576/be16445/Terminator.Salvation-XBOX360.part04.rar.html
http://hotfile.com/dl/2933577/c70d9c4/Terminator.Salvation-XBOX360.part05.rar.html
http://hotfile.com/dl/2933578/ab66ace/Terminator.Salvation-XBOX360.part02.rar.html
http://hotfile.com/dl/2933694/e1a5f84/Terminator.Salvation-XBOX360.part06.rar.html
http://hotfile.com/dl/2933948/7f499da/Terminator.Salvation-XBOX360.part07.rar.html
http://hotfile.com/dl/2933954/89f7b34/Terminator.Salvation-XBOX360.part08.rar.html
http://hotfile.com/dl/2933955/8c6d8bd/Terminator.Salvation-XBOX360.part09.rar.html
http://hotfile.com/dl/2933962/67de001/Terminator.Salvation-XBOX360.part10.rar.html
http://hotfile.com/dl/2933963/630e2cd/Terminator.Salvation-XBOX360.part11.rar.html
http://hotfile.com/dl/2933967/bfb4d4c/Terminator.Salvation-XBOX360.part12.rar.html
http://hotfile.com/dl/2933970/3f530db/Terminator.Salvation-XBOX360.part13.rar.html
http://hotfile.com/dl/2933971/90fa697/Terminator.Salvation-XBOX360.part14.rar.html
http://hotfile.com/dl/2933973/692bcbc/Terminator.Salvation-XBOX360.part15.rar.html
http://hotfile.com/dl/2933978/02afb63/Terminator.Salvation-XBOX360.part16.rar.html