UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and DOES
1-10.

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant*,

v.
WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*    /

## ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS HOTFILE CORPORATION AND ANTON TITOV FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' MOTION AND MEMORANDUM OF LAW TO STRIKE THE DECLARATION OF JENNIFER YEH FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

**THIS CAUSE** came before the Court on the Unopposed Motion of Defendants,

Hotfile Corporation and Anton Titov (collectively "Defendants"), for Leave to File Under

Seal Defendants' Motion and Memorandum of Law to Strike the Declaration of Jennifer

Yeh filed in support of Plaintiffs' Motion for Summary Judgment ("Defendants' Motion

to File Under Seal"). The Court has considered Defendants' Motion to File Under Seal and being otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion to File Under Seal Defendants' Motion and Memorandum of Law to Strike the Declaration of Jennifer Yeh Filed in Support of Plaintiffs' Motion for Summary Judgment is Granted. Defendants' Motion to Strike the Declaration of Jennifer Yeh shall be filed and maintained under seal.

**DONE AND ORDERED** in chambers at Miami, Florida this _____ day of March 2012.

_____
KATHLEEN D. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record