(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 11-20427-CIV-WILLIAMS-TURNOFF

DISNEY ENTERPRISES,
INC., et al.,

                Plaintiff

v.

HOTFILE CORP., ANTON
TITOV,
                Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Janet T. Munn, Esq.,on behalf of Defendants Hotfile Corp.&AntonTitov

Address: Rasco Klock, 283 Catalonia Ave., Suite 200, Coral Gables, FL 33134

Telephone: 305.476.7101

On behalf of (select one): ☐ Plaintiff      ☑ Defendant

Date sealed document filed: 3/7/2012

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 05-19-11 [DE #68]

The matter should remain sealed until:

☐ Conclusion of Trial                  ☐ Arrest of First Defendant
☐ Case Closing                         ☑ Conclusion of Direct Appeal
☐ Other: _____
☐ Permanently.  Specify the authorizing law, rule, court order:

_____

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file      ☐ Destroyed
☑ Returned to the party or counsel for the party, as identified above

MEMORANDUM OF LAW OF DEFENDANTS HOTFILE CORPORATION AND ANTON TITOV IN OPPOSITION TO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

STATEMENT OF FACTS OF DEFENDANTS HOTFILE CORPORATION AND ANTON TITOV IN OPPOSITION TO
PLAINTIFFS' STATEMENT OF UNCONTROVERTED FACTS AND DEFENDANTS' STATEMENT OF ADDITIONAL MATERIAL
FACTS

**Attorney for:** Hotfile Corp. and Anton Titov