UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

     *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES
1-10.

     *Defendants.*           /

HOTFILE CORP.,

     *Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

     *Counter-Defendant.*      /

**ORDER GRANTING UNOPPOSED MOTION AND MEMORANDUM OF LAW
OF DEFENDANTS HOTFILE CORPORATION AND ANTON TITOV FOR
LEAVE TO FILE UNDER SEAL DEFENDANTS' MEMORANDUM OF LAW IN
OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT;
DEFENDANTS' STATEMENT OF FACTS IN OPPOSITION TO PLAINTIFFS'
STATEMENT OF UNCONTROVERTED FACTS AND DEFENDANTS'
STATEMENT OF ADDITIONAL MATERIAL FACTS AND DECLARATIONS IN
SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR
<u>SUMMARY JUDGMENT AND ANY EXHIBITS TO DEFENDANTS' FILINGS</u>**

     **THIS CAUSE** came before the Court on the Unopposed Motion of Defendants,

Hotfile Corporation and Anton Titov (collectively "Defendants"), for Leave to File Under

Seal Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Summary

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

Judgment; Defendants' Statement of Defendants in Opposition to Plaintiffs' Statement of

Uncontroverted Facts and Defendants' Statement of Additional Material Facts and

Declarations of Anton Titov, Dr. Daniel S. Levy, Dr. Andrew Cromarty, Dr. James Boyle

and Andrew Leibnitz offered in Support of Defendants' Opposition to Plaintiffs' Motion

for Summary Judgment and any Exhibits to Defendants' Filings (collectively

"Defendants' Unopposed Motion to File Under Seal Defendants' Filings in Opposition to

Plaintiffs' Motion for Summary Judgment").  The Court has considered Defendants'

Unopposed Motion to File Under Seal, Defendants' Filings in Opposition to Plaintiffs'

Motion for Summary Judgment and being otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Unopposed Motion to File

Under Seal Defendants' Filings in Opposition to Plaintiffs' Motion for Summary

Judgment is hereby Granted and such filings shall be filed and maintained under seal.

**DONE AND ORDERED** in chambers at Miami, Florida this _____ day of

March 2012.


_____
KATHLEEN D. WILLIAMS
UNITED STATES DISTRICT JUDGE


cc:     All Counsel of Record