FILED UNDER SEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by RAL D.C.

MAR 07 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

  *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

  *Defendants.*   /

HOTFILE CORP.,

  *Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

  *Counter-Defendant.*   /

**DEFENDANTS' NOTICE OF FILING DECLARATION OF ANTON TITOV,
INCLUDING ANY EXHIBITS THERETO, IN SUPPORT OF THE MEMORANDUM OF
LAW OF DEFENDANTS HOTFILE CORPORATION AND ANTON TITOV IN
OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

  Defendants Hotfile Corp. ("Hotfile") and Anton Titov ("Titov") (collectively Hotfile and Titov are "Defendants"), provide this notice of filing the Declaration of Anton Titov, dated March 7th, 2012, including any exhibits thereto, in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment.

**FILED UNDER SEAL**

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DATED: March 7, 2012                    Respectfully submitted,

*/s/ Janet T. Munn*
Janet T. Munn, Esq. Fla. Bar No. 501281
Email: jmunn@rascoklock.com
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102

And

*/s/ Roderick M. Thompson by J T Munn*
Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email: rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email: aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email: tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email: dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email: jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.4480

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone: 617.928.1800
Telecopy: 617.928.1802

*Counsel for Defendants Hotfile Corporation and Anton Titov*

2

**FILED UNDER SEAL**

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2012, a true and correct copy of the foregoing document, was filed conventionally under seal and served on all counsel of record identified below via e-mail and by First Class U.S. Mail.

Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA 91403-5885
Telephone: 818.935.5812

By: /s/ Janet T. Munn
Janet T. Munn

4852-4394-2926, v. 1

3