# EXHIBIT A

Downloads By Hotfile's Contractors And Anton Titov

| Name | URL of Downloaded File | Bytes Downloaded | File Size (Bytes) | Download Percentage | Notes | Found Infringing by Vobile |
|---|---|---|---|---|---|---|
| Andrew (Andrei Ianakov) | http://hotfile.com/dl/115489502/561aae4/PGP_Desktop.Professional.v9.12.Multilingual.rar.html | 89636380 | 92428711 | 97% | File downloaded after public link disabled. Although file never subject to a takedown notice, file taken down due to allegations of uploader's repeat infringement. File remains available through competing cyberlocker (http://rapidshare.com/files/296287415/PGP.Desktop.Professional.v9.12.Multilingual. rar), as acknowledged in URL cited by Plaintiffs' counsel (http://forum.esoft.in/security-antispyware/ 82440-pgp-desktop-professional-9-12-multilingual.html.) Software code remains available to public from publisher (http://www.symantec.com/connect/ downloads/symantec-pgp-desktop-peer-review-source code). | No |
| Andrew (Andrei Ianakov) | http://hotfile.com/dl/106801203/f76ab31/GAOM-ThunderSoft Flash to Video Converter 1.1.5.zip.html | 1066606 | 6787221 | 15.7% | | No |
| Andrew (Andrei Ianakov) | http://hotfile.com/dl/119241864/0cc2a8a/cr_b_pt2.rar.html | 999484 | 209715200 | 0.5% | | No |
| Andrew (Andrei Ianakov) | http://hotfile.com/dl/124314939/d708ae4/3/1.7.3_PortalGun_ v4.zip.html | 841797 | 15356464 | 5.5% | | No |
| Andrew (Andrei Ianakov) | http://hotfile.com/dl/124993807/36c3f56/Leverage.S04E05.BGSUB.zip.html | 5876203 | 8691176 | 67.6% | | No |
| Andrew (Andrei Ianakov) | http://hotfile.com/dl/111825649/0045791de/P117.pdf.html | 9432779 | 12224514 | 77.2% | | No |
| Anton (Titov) | http://hotfile.com/dl/89857397/dbc749a/Angel Dark-Anal I - Threesome I.rar.html | | | | | No |
| Anton (Titov) | http://hotfile.com/dl/159702040/6b25c5b/Indian teen anal.zip.htm | | | | | No |
| Anton (Titov) | http://hotfile.com/dl/102017906/0c90a2e/barbiegr.rar.htm | | | | | No |
| Anton (Titov) | http://hotfile.com/dl/85215469/0c2e542/MyEgY.CoM.El Lamby 8 Giga.mvb.html | 84654872 | 306036984 | 27.7% | | No |
| Anton (Titov) | http://hotfile.com/dl/87856246/4553248/Shape_Greece_20 TO-12.pdf.htm | | | | | No |
| Anton (Titov) | http://hotfile.com/dl/96441685/d985c41/Soniya.in.Her.First. Hardcore.Scene.wmv.html | | | | | No |
| Dido (Deian Chuburov) | http://hotfile.com/dl/127209002/2e6a862/Set_5.rar.htm | 14027490 | 16778091 | 83.6% | | No |
| Dido (Deian Chuburov) | http://hotfile.com/dl/97525282/5cb5318/d6fb2011.rar.htm | 2598515 | 5403422 | 48.1% | | No |
| Dido (Deian Chuburov) | http://hotfile.com/dl/96001784/ad3ee47/5703 Nikko Alexander & Trevor Knight.mp4.html | | | | | No |
| Dido (Deian Chuburov) | http://hotfile.com/dl/96094620/bcc885a/lenny-Alexander-HD_23618_Large.wmv.htm | | | | | No |
| Dido (Deian Chuburov) | http://hotfile.com/dl/111163158/b6edafe/Japanese_Secret_ Projects.pdf.html | | | | Investigated pursuant to HF00091257 | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/43164877/126a50c/Monster.rar.htm | 6182132 | 13074697 | 47.3% | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/117195611/54acfd/AfterWildCollageParty.zip.htm | 15834862 | 18662674 | 84.8% | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/77556217/d692e700/Origami_Alpine_Flowers.rar.htm | 12408013 | 10291931 | 120.6% | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/105572447/3cbcecd/Origami to Astonish and Amuse.rar.html | | | | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/105708800/d603Bee/dandelion-wp-style.rar.htm | | | | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/105923537/01be05a/Dandelion.rar.ht rr | | | | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/110702724/1/5910545/Origami_-_THE_Collection.rar.html | 12856029 | 19764160 | 65.1% | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/107031873/5ee013b/lil6d7h9jd9.part1.rar.htr | 21601538 | 119537664 | 18.1% | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/107040607/c7796d1/1il6d7h9jd9.part2.rar.htr | 32702032 | 119537664 | 27.4% | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/107042669/e5749bd/1il6d7h9jd9.part3.r ar.htr | 27646776 | 108550644 | 25.5% | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/107310710/ef62de1/Origami Kagit_Kat lama.rar.htr | 27344175 | 34553980 | 79.1% | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/108155784/43e7838/NOAH-_31.part1.rar.htm | | | | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/108349458/99c5441/Fuse Tomoko_-_Fabulo | | | | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/108923475/8f/a9535a/3D-Origami.rar.htr | 40108851 | 45178592 | 88.8% | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/110399650/9eb4ca/Oni Chichi Vol. 1 - English Sub part1.rar.htm .part2.rar.html | | | | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/110399653/c2af8c13/Oni Chichi Vol. 1 - English Sub .part3.rar.html | | | | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/110405252/c579621/Oni Chichi Vol. 1 - English Sub | | | | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/111061305/4/1238lea/Stock_Vector_-_ Seamless_Floral_Patterns_sharegfx.rar.html | 15657844 | 19456039 | 80.5% | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/113777525/2355040/zenekucko_01112_ .rar.htr | 199023 | 332534167 | 0.1% | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/114293868/0318f90/FM-2062.rar.htm | 5087525 | 7929662 | 64.2% | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/118916200/6ca3a7d/Naoshi Onizuka] Lovable.rar.htn | | | | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/120787667/819475v/Voile Perfect Blonde FUcks.flv.htr | | | | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/125100784/f75c00a/Bianca.wmv.001.ht m | | | | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/82288176/b69c6ca/hlandlowgame-desktop.wmv.html | 192192399 | 197074483 | 97.5% | File was downloaded in investigating non-compliant DMCA takedown notice that was ultimately processed. | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/100252946/0d9ae0c/Laila_Odom_-_ Zanes_Sex_Chronicles_s0le12.avi.html | 21817945 | 27036688 | 80.7% | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/101901339/19d5555/119-BreakfastOfCock.wmv.htm | 9679502 | 12370878 | 78.2% | | No |
| Stan (Stanislav Manov) | http://hotfile.com/dl/115322452/626c23/elia_sahin3_canay_com.avi.htm | 1385572 | 188713115 | 0.7% | | No |
| Vasil (Kolev) | http://hotfile.com/dl/117415089/64516a/UK_R_SET3.rar.ht m | 28554240 | 31357062 | 91.1% | File used to test Vobile. Present on Hotfile for over two years with no takedown notice. Subsequently taken down as part of account disabled due to allegations of user's repeat infringement. | No |
| Vasil (Kolev) | http://hotfile.com/dl/17735/5cbe461/Diskoteka-Avaria-111 - Leonid-Rudenko---Otcy.avi.html | | | | | No |

Downloads By Hotfile's Contractors And Anton Titov

| Name | URL of Downloaded File | Bytes Downloaded | File Size (Bytes) | Download Percentage | Notes | Found Infringing by Vobile |
|---|---|---|---|---|---|---|
| Vasil (Kolev) | http://hotfile.com/dl/117478834/c470cc6/The.Wrap-Up.Show.5-11-2011.CF64K-SternGeek.mp3.html | 870681 | 22170432 | 3.9% | | No |
| Vasil (Kolev) | http://hotfile.com/dl/118054542/977be96/per_201105.pdf.htm | 15719533 | 18541690 | 84.8% | | No |