# EXHIBIT C

# Agreement for the Provision of Administrative and Other Services

This services agreement (the "Agreement") is made and entered into effective as of February 23rd, 2012, by and between Hotfile Corp, a Panamanian corporation ("Hotfile Corp"), and Lemuria Communications, Inc., a Florida corporation ("Lemuria").

## RECITALS:

WHEREAS, Hotfile Corp owns and operates an Internet website www.hotfile.com (the "Website"); and

WHEREAS, in connection with the operation of the Website, Hotfile Corp receives revenue into its PayPal account; and

WHEREAS, in connection with the operation of the Website, Hotfile Corp incurs certain expenses in the United States and other countries; and

WHEREAS, it is impractical for Hotfile Corp, as a Panamanian corporation, to quickly and efficiently make payments for the expenses it incurs in the United States and other countries; and

WHEREAS, Lemuria is a separate legal entity incorporated in the United States, owned by one of the beneficial owners of Hotfile Corp; and

WHEREAS, due to its domicile in the United States, Lemuria is able to easily and efficiently obtain services for and make payments on behalf of Hotfile Corp;

WHEREAS, prior to the date hereof, Lemuria and Hotfile Corp were parties to an oral agreement pursuant to which Lemuria obtained and provided certain services for Hotfile Corp, and made payments on behalf of Hotfile Corp; and

WHEREAS, Lemuria and Hotfile Corp now wish to memorialize the terms of their oral agreement in writing.

THEREFORE, in consideration of the mutual covenants and subject to the terms and conditions contained herein, and for other valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

## 1. Nature and Performance of Services

During the term of this Agreement or as otherwise agreed by the parties, Lemuria agrees to provide Hotfile Corp with certain services on an "as-needed" basis upon the request of Hotfile Corp, including but not limited to the following types of services:

a. Web hosting and Internet connectivity, including without limitation purchasing of computer hardware;

Confidential

b. Leasing a datacenter to house said hardware;

c. Maintaining said hardware at the datacenter;

d. Make payments on behalf Hotfile Corp as requested by Hotfile Corp, including without limitation paying vendors servicing Hotfile Corp; and

e. Such other services as may be agreed upon by the parties.

Lemuria shall use commercially reasonable efforts in providing or in causing to be provided the above-listed services, but, except for instances of willful misconduct, it shall not be responsible for the accuracy, completeness or timeliness of any service which it provides. Notwithstanding the foregoing, Lemuria also shall not be obligated to provide the above-listed services if it determines in its reasonable judgment that providing such services would unreasonably interfere with the conduct of its own business activities. The parties shall cooperate in planning the scope and timing of services to be provided by Lemuria under this Agreement so as to lessen or eliminate any such interference.

## 2. Recordkeeping

Each party agrees to maintain and to direct its employees and any pertinent agents or other third parties to maintain records reflecting (a) the nature of any services provided by Hotfile Corp to Lemuria; (b) the date or date on which such services were provided; (c) the approximate amount of time spent performing such services; and (d) the estimated value of such services. The parties agree that such records shall clearly distinguish between the two entities, and further agree that they will cooperate to ensure that third parties similarly distinguish between the two entities.

## 3. Reimbursement and Finances

Hotfile Corp agrees to reimburse Lemuria for services rendered based on actual expenses incurred and in accordance with an hourly fee schedule which may be agreed upon from time to time by the parties at their sole discretion. In addition, Hotfile Corp agrees to reimburse Lemuria for all out-of-pocket expenses incurred by it in connection with performing such services. Lemuria shall, on a periodic basis to be agreed upon, but not less frequently than semi-annually, submit to Hotfile Corp a statement of fees and expenses for payment, accompanied by such supporting detail as the Lemuria may reasonably request. Payment shall be due 30 days after date of the statement.

As an alternative, Hotfile Corp shall grant Lemuria access to Hotfile Corp's PayPal account in order to enable Lemuria to make payments to third parties on behalf of Hotfile Corp. Lemuria agrees to use said PayPal account strictly for Hotfile Corp's benefit and for no other purpose.

HF02868394

## 4. Non-Exclusivity

Nothing contained in this Agreement shall (a) preclude Hotfile Corp from obtaining the above-listed services from other providers or (b) in any way restrict Lemuria from offering services to or performing services for any other party.

## 5. Access to Properties and Records

Each party will provide the other, and each of their respective officers, employees, representatives and agents, with access during normal business hours to any and all premises, properties, books, records, data and other information relating to their respective businesses, as well as to their respective employees, representatives and agents, to acquire information for:
(a) the formulation and completion of any tax returns or other forms or reports required to be filed by either party with any governmental agency; (b) the preparation and completion of any financial statements which require the inclusion of the other party's financial information; (c) all insurance matters; (d) the defense or prosecution of any claims, lawsuits or proceedings, if any, in which either party as a separate legal entity has liability or rights, contingent or otherwise; and (e) such other purposes as may be required, provided such purposes shall be attributable to the corporate relationship that now exists between the parties, or for purposes related to the services provided pursuant to this Agreement or any other agreement entered into between Hotfile Corp and Lemuria.

## 6. Indemnification

With respect to Lemuria and its parent companies, subsidiaries, affiliates, contractors, agents, employees, officers, directors, shareholders and affiliates of such parties (the "Indemnified Parties"), Hotfile Corp agrees to defend, release, indemnify, and hold such Indemnified Parties harmless from all demands, liabilities, losses, damages, costs, claims and expenses, including attorney's fees and court costs, for third party claims relating to or arising under this Agreement, the Services provided herein, or Hotfile Corp's and its clients' use of the Services, including, without limitation, infringement by Hotfile Corp, or by anyone else using the Services, of any intellectual property or other proprietary right of any person or entity, or from the violation of any of the operating rules or policies related to the Services. When the Indemnified Parties may be involved in a suit involving a third party and which is related to the Services provided to Hotfile Corp under this Agreement, the Indemnified Parties may seek written assurances from Hotfile Corp in which Hotfile Corp promise to defend, indemnify and hold harmless the Indemnified Parties from the costs and liabilities described in this paragraph. Such written assurances may include, in the Indemnified Parties' sole discretion, the posting of a performance bond(s) or other guarantees reasonably calculated to guarantee payment. Hotfile Corp's failure to provide such assuranced may be considered by Lemuria to be a breach of this Agreement by Hotfile Corp and may, in Lemuria's sole discretion, result in the termination of Services provided herein.

HF02868395

Moreover, should the Indemnified Parties be forced to defend themselves in any action or legal proceeding in connection with the Services, Hotfile Corp shall have sole responsibility to defend them against any such claim by legal counsel of their choosing. This indemnification is in addition to any indemnification otherwise required. The terms of this paragraph will survive any termination or cancellation of this Agreement or the Services. For the purposes of illustration, liabilities covered by this paragraph may include, but are not limited to, those arising from the following: (a) with respect to Hotfile Corp's business, (i) infringement or misappropriation of any intellectual property rights; (ii) defamation, libel, slander, obscenity, pornography, or violation of the rights of privacy or publicity; or (iii) spamming, or any other offensive, harassing or illegal conduct or violation of the acceptable uses described herein or anti-spam policy; (b) any damage or destruction to Lemuria's equipment or to any other Lemuria customer, which damage is caused by or otherwise results from acts or omissions by Hotfile Corp, its representative(s) or its designees; (c) any personal injury or property damage arising out of Hotfile Corp's activities related to the Services, unless such injury or property damage is caused solely by Lemuria's willful misconduct; and (d) any other damage arising from Hotfile Corp's equipment or its business

## 7. Term and Termination

The initial term of this Agreement shall be twelve (12) months from the effective date stated above. Upon completion of the initial term and any subsequent terms, the Agreement shall automatically renew for an additional twelve (12) month term, unless either party has given written notice to the other at least thirty (30) days in advance of such renewal that the notifying party wishes the Agreement to terminate.

## 8. Miscellaneous

a. **Amendments:** This Agreement may not be amended or revised except by a written instrument signed by both parties to this Agreement.

b. **Waivers:** The failure of any party to this Agreement at any time to require strict performance by the other party to this Agreement of any provision of this Agreement shall not waive or diminish such party's right to later demand strict performance of that or any other provision of this Agreement.

c. **Governing Law:** This Agreement shall be governed by and construed in accordance with the laws of Panama, whose courts shall have exclusive jurisdiction over any disputes arising out of the Agreement.

d. **Notices:** All notices required under this Agreement shall be in writing and shall be delivered by hand or mailed by registered or certified mail (return receipt requested) or by electronic mail to the parties at the address stated above.

e. **No Third Party Beneficiaries:** This Agreement is solely for the benefit of the parties to it and their respective affiliates and should not be deemed to confer

HF02868396

upon third parties any remedy, claim, reimbursement, cause of action or other right in excess of those existing without reference to this Agreement.

f.   **Successors and Assigns:**  This Agreement and the obligations and rights incident hereto shall inure to the benefit of the successors and permitted assigns of the parties to this Agreement.

g.   **Relationship of Parties:**  Nothing contained in this Agreement shall in itself be deemed to constitute the appointment of either party as the alter ego or as the agent of the other.

In witness, the parties have executed this Agreement as of the date first above written.

HOTFILE CORP

Name:  Rumen Stoyanov

Title:    Autorized Representative

Lemuria Communications, Inc.

Name:  Anton Titov

Title:    President

Confidential

HF02868397