# EXHIBIT D

| | |
|---|---|
| **From:** | Heydenfeldt, Dan [danh@llnw.com] |
| **Sent:** | Saturday, September 04, 2010 12:13 AM |
| **To:** | Anton Titov |
| **Cc:** | Haentzschel, Matthew |
| **Subject:** | FW: Limelight - Hotfile: follow up from July 6 discussion |

Anton, I appreciate your note and have received the letter via FedEx.

My responses are in-line. I would like to speak with you next week, if you are available. I want there to be a path forward with Lemuria as I feel what we began back in Q1 2009…moving from Webzilla at Colo4Dallas to Equinix (carrier neutral) was critical to fueling Hotfile's growth and ability to scale. And I also understand that strategies evolve yet believe that Limelight can and should continue to be a key element of your service portfolio. More on this when we speak. --Dan

From: Anton Titov [mailto:anton@titov.net]
Sent: Wednesday, August 25, 2010 11:33 AM
To: Heydenfeldt, Dan
Cc: Haentzschel, Matthew
Subject: Re: Limelight - Hotfile: follow up from July 6 discussion

Hello Dan,

I think it is time to follow up on our conversation on continuing the relationship of Lemuria and LLNW. First I want to mention that as I'm writing this, a formal notice of service cancellation on paper is being delivered to you by FedEx. Don't view this as a notice as total end of relationship between the companies, but rather as response to MSA terms in section 3.1 that provides grounds for service auto-renewal at "Limelight's pricing, current as a date of renewal".

I would like to correct some of the numbers and provider list with the current ones: rack count would be now around 30 and the total used storage spaces approaches 4TB. The note about Level3 being more expensive than LLNW will be false as of September. Also NTT will be joining the list of IP transit providers as of 1st of next month and on the same date Comcast will join the list of peering providers.
I appreciate the update and the clarification with providers. I'm not trying to be "right", rather to understand the situation as best I can.


I had internal discussions with both my network engineer and my business partners to see how if at all they see the future cooperation with LLNW. Few points came out, most of them are not exactly in favor of Limelight, so I'll not separate them as pros/cons:
* you/Limelight are getting upset when we drop our usage from 40Gbit, to our commited 25Gbit level up to a point of you saying that you actually losing money even given the very high price of $2.4/Mbit Lemuria is paying you currently. I don't want anybody to lose money by doing business with me, but I want to have my freedom to burst over the committed rate and then to go back to commitment levels if I was able to negotiate prices that give me better overall cost with other providers, either new or existing. When I started working with Level3 I dropped my usage with many providers back to committed levels and only LLNW complained.
My comments are not about "losing money". Rather, it has everything to do with predictability of revenues. As transit volumes fluctuate between 54 Gbps and 27 Gbps monthly, the wide variations create 2 issues for me:  1) capacity planning, and 2) revenue forecasting. I appreciate your comment that you don't want anybody losing money working with you. At the same time, I agree with you that you should have the flexibility to negotiate prices to provide better overall cost with providers, either new or existing. The dialogue I've been seeking is how to facilitate a broader relationship with you going forward. Part of this translates to identifying incentives you want to place additional traffic on Limelight in order to me to address the 2 issues mentioned above: capacity planning and revenue predictability.

\* from a network perspective, it is more beneficial to actually send traffic to network providers that are also eyeball providers than to content oriented provider as LLNW. The reasoning for this is that if an eyeball user is customer of let's say NTT, normally NTT would be the best provider to send packets that should reach this user. Other providers may be able to provide same level of connectivity to this user, but no better. And of course if the path is Lemuria->X provider->NTT there is one more party in the system, which may cause a service disruption in cases it's hardware fails. And of course it is easier to debug network problems if the path to the destination consists in fewer providers.
I understand the thought process.  And this general direction makes sense.  At the same time, there are hundreds of access networks globally who serve your customers.  Your approach is logical and also introduces a level of complexity requiring many separate contracts with network providers. Limelight's strengths are simple:  1) Backbone runs core CDN therefore we will not over-subscribe, 2) Direct connectivity with 950+ networks globally, 3) 100% SLA through redundancy.  Given the core CDN business we run, we \*have to\* enable redundancy which translates to the 100% uptime SLA.  The benefits of Limelight delivery are redundancy, simplifying your carrier portfolio and 100% uptime guarantee.  Key remaining issue is pricing, which we are looking forward to discuss.

\* from political prospective it turned out to be beneficial to send let's say Comcast's traffic to Level3 in order to reach very favorable peering agreement with the same. Also it turned out to be beneficial to have your network consisted mostly of Tier1 providers when you negotiate new contracts. As you can see LLNW is not really a fit in this picture.
Understood.  If Lemuria enters the peering game, having Limelight is highly beneficial as there are numerous peers that will recognize your traffic ingested to them is coming from Limelight, and will look to initiate direct peering relationships, resulting in a more robust peering ecosystem.

\* I'm not completely sure that LLNW can actually provide competitive prices in current aggressive IP Transit market and still carry my packets let's say to Europe where you will peer them for free to some telecom, as opposed to Tier1 provider, that will actually sell this traffic to the telecom and that way got paid by both sides and eventually make a profit.
Fortunately, Limelight peers with most of our international providers on the East and West US coasts (depending on the destination).  This providers better economics and much better latency and performance metrics for traffic flowing both directions in the peering relationship, rather than employing yet another network in the mix.

\* while I'm happy with LLNW service overall, I have similar experience with all my current transit providers, so for me it is more industry standard than something exceptional.
When we initially transitioned traffic from previous providers to Limelight out of S&D Dallas, I recall your comments on increased port throughput capacities and line speeds.  Yet, Anton I know that there are numerous quality networks available to you, and you've broadened the portfolio substantially from a year ago.  So, what would define something "exceptional?"  Price?  100% uptime? Line speeds?  Port capacities?  I appreciate that you're happy with the LLNW service overall, and we generally translate that to mean greater circuit thoughput, absence of downtime, no complaints from your customers, and being a service provider that you don't have to think about. Maintaining an agreement with Limelight keeps in place a quality network that you can rely upon.


The bottom line of all this is that the decision about eventual future cooperation in current or increased volumes will be mostly based on your ability to offer exceptionally good pricing.
Anton, would love the opportunity to discuss both current and increased volumes along with pricing…at your convenience.  The last time you and I had this conversation, I ask you "what is fair?" and gave you what you asked for.  What I simply need to understand:  what are you looking for?
I look forward to the discussion.  Thanks in advance --Dan


I'm still in the states, on Eastern time, so feel free to give me a call at 954 560 85 88 any time during your business hours.

Regards,
Anton
On Wed, Jul 28, 2010 at 6:10 AM, Heydenfeldt, Dan <danh@llnw.com<mailto:danh@llnw.com>> wrote:

CONFIDENTIAL                                                                                      HF02865287

Anton,
Delayed note to thank you for discussion on 7/6.  Below are my notes and actions:

Growth – Lemuria continues to grow.

•           Infrastructure:  More & more servers.  New rack approx every 10 days.  Total of 22-24 racks centrally located in Dallas.

•           Storage:  10-15 TB day incremental storage.  Over 3 PB of storage within Hotfile.

•           Users:  Growing, yet not at the pace 1 year ago.  Top Regions:

o   Europe – 900K+ users

o   US – 680K users

o   Japan – 330K users

o   Brazil – 250K users

•           Quality:  Hotfile monitors for packet loss; can immediately re-route traffic if any issue

Current Providers:
Limelight, IPTransit (Peering), Savvis, TATA, GX, INET (Peering), Telefonica (peering) Just added a 30 Gbps commitment with Level 3.  Good reputation, good experience with Level 3.
>> Level 3 added…a little more expensive than Limelight.

Most Important to Anton:  Lower pricing and good service.
>> Happy with services Limelight provides.

Actions for Dan:
I expressed my desire to retain as much of your business as I can.  While we understand your desire to have selection of multiple networks, I'd like to understand what it would take to retain 50 Gbps of your traffic with Limelight.  I realize that this conversation was too early…and as of now you do not have any amount of "uncommitted traffic"…yet you anticipate that things will change over the next couple of months.

Anton, I will stay in contact with you and look forward to having the discussion when you are ready.  If I missed anything, please let me know.

Respectfully,
Dan

[cid:image001.jpg@01CB4B5C.829B6E90][cid:image002.jpg@01CB4B5C.829B6E90]
Dan Heydenfeldt
Vice President, Sales

602.850.5388 telephone
602.850.5488 fax
www.llnw.com<http://www.llnw.com>

EA : Melissa Rodgers
602.850.5367 telephone
Melissa@llnw.com<mailto:Melissa@llnw.com>

CONFIDENTIALITY:  This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose, or store or copy the information in any medium.

--
Regards,
Anton Titov

CONFIDENTIAL

HF02865289