6.     The protocol described above and adhered to, in my opinion, yielded files that are representative of both the files available to LimeWire clients as well as the frequency of requests for such files.  Therefore, I am able to conclude that the vast majority of file transfers executed by the LimeWire client are for infringing files.

April 17, 2008

Dr. Richard Waterman

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, LLC; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 07-CIV-8822 (HB)  ECF Case |
| Plaintiffs, | ) ) |  |
| v. | ) ) ) |  |
| USENET.COM, INC.; SIERRA CORPORATE DESIGN, INC.; and GERALD REYNOLDS, | ) ) ) ) |  |
| Defendants. | ) ) |  |

## DECLARATION OF DR. RICHARD WATERMAN

### I.      INTRODUCTION.

1.      I am an Adjunct Associate Professor of Statistics at The Wharton School at the

University of Pennsylvania, and the President and Co-Founder of Analytic Business Services,

Inc., a consultancy focused on providing expert advice and opinions in the field of statistical

analysis.  I received my Ph.D. in Statistics from the Pennsylvania State University in 1993.  I

have substantial experience designing and reviewing sampling protocols for various large

organizations, such as the United States Postal Service, for whom I designed and analyzed a

47392

national multi-stage sample for the estimation of operational characteristics. I have designed sampling protocols involving other filesharing technologies, specifically BitTorrent and Gnutella. I also have substantial experience in designing sampling protocols in the private sector, and have developed market research studies for numerous large corporate clients, which typically involve issues related to sampling. Further details of my professional history, including a list of publications I have authored during the last ten years, can be found on the resume attached hereto as Exhibit 1. Within the last four years, I have served as an expert witness in *Columbia Pictures Industries, Inc. et al. v. Gary Fung*, No. 06-CV-5578, pending in the United States District Court for the Central District of California, and in *Arista Records LLC et al. v. Lime Group LLC et al.*, No. 06 CV 5936, pending in the United States District Court for the Southern District of New York. I have personal knowledge of the following facts and, if called and sworn as a witness, could competently testify thereto.

2.       I have been retained by the Plaintiffs, through Jenner & Block LLP, to provide expert analysis and opinions in the matter of <u>Arista Records LLC et al. v. Usenet.com, Inc. et al</u>, No. 07-CIV-8822, pending in the United States District Court for the Southern District of New York. I am being compensated for my work in connection with this engagement at the rate of $450 per hour of testimony and $350 per hour for all other activities.

3.       I have been asked to develop a protocol for drawing a statistically reliable sample for a study to determine the authorization status of content files being offered for download on certain identified music newsgroups that were available on Usenet.com (hereafter, the "Music Newsgroups"). The sampling protocols, estimation techniques, and margin of error calculation used in my work can all be found in the standard reference by William G. Cochran, <u>Sampling</u>

2

<u>Techniques</u> (3rd ed. 1977).  The instructions for the protocol I developed are attached hereto as Exhibit 2, and the list of Music Newsgroups is attached as Exhibit A thereto.

4.      The documents that I have specifically reviewed or considered in forming the opinions expressed herein are listed in Exhibit 3.  In general, in reaching my opinions and conclusions, I relied upon my specialized knowledge, education, and experience as applied to the facts and data discussed below, as well as my review of publicly available information listed on Exhibit 3, my review of the Giganews service using a publicly available Usenet client, and the work and conclusions of Mr. Brad Newberg and his team (as discussed below).  I may supplement my analysis and opinions if new information becomes available in conjunction with my ongoing research on the issues involved in this case.  I may develop charts or other visual aids to illustrate my testimony.

## II.      SUMMARY OF CONCLUSIONS.

5.      I estimate that 94.17% of the content files available for download from the identified Music Newsgroups on Usenet.com are not authorized for free distribution on Usenet.com.  The identity or authorization status of 3.94% of the available files is unknowable.

## III.     DESCRIPTION OF PROTOCOL.

6.      I designed a study to create a scientifically reliable and unbiased sample of files from the population of interest, in order to determine the authorization status of content files being offered for download on the Usenet.com Music Newsgroups.

7.      The database for sample selection was created as follows.  As it was my understanding that the music newsgroups of interest had been disabled on Usenet.com, the Giganews service was used as an alternative for purposes of this protocol.  All available message headers in the Music Newsgroups were downloaded from Giganews.com to create a "Message

3

47392

Database."[1]  A second database (the "Searched Database") was then created using common identifying header information to identify sets of associated messages that comprise a larger file: for each set of associated messages identified as part of a larger file, the common header information was included in the Searched Database, and for each message not identified as part of a larger file, the individual header information was included in the Searched Database.  I refer to the files and messages represented in the Searched Database as "Searched Files."

8.      The random selection was done as follows.  Each Searched File was assigned a unique number between 1 and the total number of Searched Files in the Searched Database.  The total number of Searched Files was 5,024,680.  I then generated a list of a random permutation of numbers between 1 and 5,024,680.  Those numbers were used in a sequential manner to select Searched Files from the Searched Database with the corresponding assigned numerical value.  This selection method ensured that each Searched File in the Searched Database was equally likely to be chosen.

9.      Searched Files were downloaded from the Searched Database in the order given by the random permutation.  In downloading the Searched Files, my protocol here distinguishes between "Data Files" and "Text Files."  A Data File is defined as any file or message that contains binary encoded content.  A Text File is any file or message that does not contain binary encoded content.  The sample for review consisted of the first 1,800 Data Files selected and successfully downloaded.  (A file was given six hours to complete downloading before the download was terminated.  Also, the protocol includes a provision for identification and exclusion of suspected child pornography, but no such child pornography was identified.)  If a

---

[1] My conclusions are based on the understanding that the Music Newsgroups that were analyzed in this study were also available on Usenet.com, and that the same binary encoded content available in the Music Newsgroups on Giganews would be available in those Music Newsgroups on Usenet.com.

47392

file was unable to be opened or played after reasonable efforts, or contained no sound or recognizable output when opened or played, it was classified as "Junk / Damaged Unintelligible," and replaced in the sample by the next Data File selected using the random permutation until 1,800 Data Files were selected.

10.     The instructions for this protocol are attached as Exhibit 2.  In my professional opinion, the procedures used in this study are based on standard and universally accepted statistical methods, and provide a random sample from which we can reliably estimate the incidence of copyright infringement of content files available for download from the identified Music Newsgroups on Usenet.com.

## IV.     RESULTS AND CONCLUSIONS.

11.     I relied upon the classifications of Mr. Brad Newberg and his team, including the classification of "Junk / Damaged Unintelligible" files discussed above.  Mr. Newberg's declaration is attached hereto as Exhibit 4.  Mr. Newberg and his team's analysis showed that of the 1,800 content files analyzed, 603 were confirmed to be infringing by their Record Company owner;[2] 1092 were determined to be highly likely infringing; and 34 were determined to be highly likely or confirmed noninfringing.  Mr. Newberg and his team also reported that the status of 71 content files could not be determined either because the file could not be identified or its authorization status could not be determined.

12.     Overall, 33.5% (603 files) of the available content files were confirmed to be infringing by the Record Company owners, and 60.67%% (1092 files) of the available content files were determined to be highly likely infringing, for a total of 94.17% (1,695 files) that were confirmed or highly likely infringing.  1.89% (34 files) of the available content files were

---

[2] The "Record Companies" are EMI Music North America, Sony BMG Music Entertainment, Universal Music Group, and Warner Music Group Corp.

determined to be highly likely or confirmed noninfringing. The identity or authorization status of 3.94% (71 files) of the available content files could not be determined.

13.     Based on the number of files in the sample confirmed by their Record Company owners as infringing and the number of files determined to highly likely infringing, I estimate that 94.17% of the content files made available on the specified Music Newsgroups on Usenet.com are either not authorized or highly likely not authorized for free distribution on Usenet.com. In addition, I estimate that 1.72% of the available content files are authorized or highly likely to be authorized for free distribution on Usenet.com. The identity or authorization status of 3.94% of the available files is unknowable. The margin of error for the infringement estimate is +/- 1.1% at 95% confidence. This represents a very high level of reliability and precision. As a further corroboration of the reliability of this study, I note that this study's estimate of infringing content is remarkably similar to that obtained in comparable studies in which I have been involved in the design and analysis.


I declare under penalty of perjury that the foregoing is true and correct.

February 19th, 2009


Dr. Richard Waterman

6

47392.1

# EXHIBIT B

| | | |
|---|---|---|
| Total number of files in the uploaddownloads table | 107,271,438 | |
| Number of files with 0 downloads (both free and paid) | 57,923,301 | 54% |
| Number of files with 1 download | 6,182,360 | 5.76% |
| Number of files with 2-30 downloads | 28,604,972 | 26.67% |
| Number of files with 31 or more downloads | 14,560,805 | 13.57% |

| | | |
|---|---|---|
| Total number of files in the uploaddownloads table with 1 or more downloads | 49,348,137 | |
| Number of files with 1 download | 6,182,360 | 12.53% |
| Number of files with 2-30 downloads | 28,604,972 | 57.97% |
| Number of files with 31 or more downloads | 14,560,805 | 29.51% |

**Massacre at Kasserine**

This is a video taken at a hospital in Kasserine, Tunisia, after the deaths of numerous protesters, as described in the article, "Streetbook, How Egyptian and Tunisian youth hacked the Arab Spring" ( ● http://www.technologyreview.com/web/38379 /?mod=ArabSpring_feature). According to the article, the video was smuggled out of Tunisia and then uploaded to MegaUpload. In a Google search for "megaupload Kasserine hospital video", the fourth result is ● http://tweetmeme.com/story/3695652402/megaupload-the-leading-online-storage-and-file-delivery-service. The second link in that page is ● http://goo.gl/6YsGo, which redirects to ● http://www.megaupload.com/?d=83K07BDP. The content of this video matches the description given in the Technology Review article.

Two files on Hotfile, uploadids 95955101 and 96107137, have similar file names. Both of these files were uploaded on January 11, 2011, and have the same SHA1 hash. They are the same video as the one available on MegaUpload. They were downloaded from Hotfile a total of 25 times, with 21 of those downloads confirmed to be in January, 2011.

## Need for Speed save game file

This file contains 3 screenshots (5 copies of each), some settings in two text files, `Need for Speed(TM) Hot Pursuit/config.NFS11Save` and `Need for Speed(TM) Hot Pursuit/Save/Default/controls.NFS11Save`, and a binary file, `Need for Speed(TM) Hot Pursuit/Save/Default /MUD.7.NFS11Save`. This binary file is not the game executable itself, but contains player information, as described at, for example, ❂ http://forum.ea.com/eaforum/posts /list/4726754.page and ❂ http://forum.ea.com/eaforum/posts/list/4691528.page.

## Zebrak's Notes

- ❂ http://www.muchfile.com/file/2uc049/need-for-speed-hot-pursuit-save-game

- ❂ http://hotpursuit.needforspeed.com/store

- ❂ http://xbox360.ign.com/objects/001/001321.html

## Orbit Downloader

Free download from  ⬤ http://www.orbitdownloader.com/download.htm

### Zebrak's Notes

⬤ http://www.orbitdownloader.com/

⬤ http://en.wikipedia.org/wiki/Orbit_Downloader

⬤ http://orbit-downloader.en.softonic.com/

The total number of files uploaded to Hotfile that have a `.ppt` or `.pptx` extension and are listed with 0 or exactly 1 download in the uploadsdownloads table is 40489.

This chart shows the number of premium conversions (the *paidfor* field of the *dailydownload* table) for the files in each category of Zebrak's list.

| Zebrak Category | Sum of *paidfor* | Dailydownload Total | Conversion Rate |
|---|---|---|---|
| Confirmed Infringing | 44 | 215302 | 0.0204% |
| Highly Likely Infringing | 1245 | 2123933 | 0.0586% |
| Noninfringing | 699 | 650727 | 0.1074% |
| Unknowable | 116 | 316235 | 0.0367% |

Two of the parts of a URL to a file on Hotfile are the uploadid and a second 7-character identifier. For example, in the URL ● http://hotfile.com/dl/12345678/abc1234/, the uploadid is 12345678 and the identifier is the string "abc1234". A file can only be downloaded if both the uploadid and identifier are correct in the URL. The set of uploadids in the Hotfile system are sequential, so most integers up to the total number of files ever uploaded to Hotfile will be connected to some file. The 7-character identifier, however, would need to be guessed by the user. Since the identifier is 7 characters from the set of lowercase letters and digits, the probability of guessing correctly would be 36 to the power of 7, which is approximately 1 in 78 billion. If a user could try 10 URL's per second, it would take over 248 years to try every possible identifier.

# EXHIBIT C



**HotFile Corp <hotfile.mailbox@gmail.com>**

# Counter notification for deleted files

4 messages

---

**HotFile Corp <andrew@hotfile.com>**                                        Tue, Jun 14, 2011 at 3:10 PM
To: jle@dtecnet.com

Hello,
We received counter notification for deleted by you file:
http://hotfile.com/dl/120313261/aeb6a12/I9000XXJVP.rar.html

Please respond according DMCA regulations within appropriate term.

Regards,


> ———— Forwarded message ————
> From: Samsung-Firmware Samsung-Firmware
> Date: Mon, Jun 13, 2011 at 2:16 PM
> Subject: Hotfile remove my files because of no reason.
> To: abuse@hotfile.com
>
>
> Hello
> I', Danny Dorresteijn from www.SamFirmware.com
>
> We use hotfile for I think 6 months now.
> Its a great host for all my files.
> We have almost 300.000 site members.
> We send hotfile.com already a email about that, we are most of the time
> always the first one with our files.!
> If someone send you guys a abuse about us, this could be FAKE.
>
> SamFirmware is the only website who is using hotfile.com
> If someone email you about us.
> This is for 100% FAKE.
>
> We are not happy that you guys show fakers real answers!
> You should aks us first.
>
> We are a big website all over the world.
>
> Today we got a email from hotfile.com
>
> *This mail is to notify you that the access to the following links was
> disabled
> as a result of received complaint of copyright holders of the files. If you
> believe
> that access to this files were disabled by mistake, please follow the
> instructions
> in our Intelectual Property Policy
> (**http://hotfile.com/ippolicy.html*
> *) for submitting
> counter-notification.
>
> **http://hotfile.com/dl/120313261/aeb6a12/I9000XXJVP.rar.html* (samfirmware)
> *
> —

Confidential

6.7.2011 г. 15:54 ч.
HF02835682

> Hotfile.com abuse team
>
>
> *We Reupload the file already!
> We are using Hotfile.com for over 6 months now someone emailed you about us
> and talk bad and hotfile.com removed our file.
> This is not the normal way because it is never happening before.
> Please ask us to!
>
> We do nothing wrong.
> We have contacts with Samsung!
> Samsugn told us everything is alright what we are doiing!
> So the boss "Samsung" tell us its safe and now some hater is sayin its
> wrong...
> We are a Samsung website with a contact person of Samsung Benelux.
>
> Please don't remove any other files please ask us first if something is
> wrong.
>
> This is the work of people who don't like us!
>
> Thanks. Danny Dorresteijn.
> www.SamFirmware.com

---

**Jimmy Lee <jle@dtecnet.com>**                                    Tue, Jun 14, 2011 at 8:45 PM
To: HotFile Corp <andrew@hotfile.com>

Dear Hotfile,

We would like to retract the request for takedown of the link mentioned below.

Best,
Jimmy

---

**From:** HotFile Corp <andrew@hotfile.com>
**Date:** Tue, 14 Jun 2011 07:10:15 -0500
**To:** Jimmy Lee <jle@dtecnet.com>
**Subject:** Counter notification for deleted files

Hello,
We received counter notification for deleted by you file:
http://hotfile.com/dl/120313261/aeb6a12/I9000XXJVP.rar.html

Please respond according DMCA regulations within appropriate term.

Regards,


> ---------- Forwarded message ----------
> From: Samsung-Firmware Samsung-Firmware
> Date: Mon, Jun 13, 2011 at 2:16 PM
> Subject: Hotfile remove my files because of no reason.
> To: abuse@hotfile.com
>
>
> Hello
> I', Danny Dorresteijn from www.SamFirmware.com
>
> We use hotfile for i think 6 months now.

> Its a great host for all my files.
> We have almost 300.000 site members.
> We send hotfile.com already a email about that, we are most of the time
> always the first one with our files.!
> If someone send you guys a abuse about us, this could be FAKE.
>
> SamFirmware is the only website who is using hotfile.com
> If someone email you about us.
> This is for 100% FAKE.
>
> We are not happy that you guys show fakers real answers!
> You should aks us first.
>
> We are a big website all over the world.
>
> Today we got a email from hotfile.com
>
> *This mail is to notify you that the access to the following links was
> disabled
> as a result of received complaint of copyright holders of the files. If you
> believe
> that access to this files were disabled by mistake, please follow the
> instructions
> in our Intelectual Property Policy
> (**http://hotfile.com/ippolicy.html*
> *) for submitting
> counter-notification.
>
> **http://hotfile.com/dl/120313261/aeb6a12/I9000XXJVP.rar.html* (samfirmware)
> *
> --
> Hotfile.com abuse team
>
> *We Reupload the file already!
> We are using Hotfile.com for over 6 months now someone emailed you about us
> and talk bad and hotfile.com removed our file.
> This is not the normal way because it is never happening before.
> Please ask us to!
>
> We do nothing wrong.
> We have contacts with Samsung!
> Samsugn told us everything is alright what we are doiing!
> So the boss "Samsung" tell us its safe and now some hater is sayin its
> wrong...
> We are a Samsung website with a contact person of Samsung Benelux.
>
> Please don't remove any other files please ask us first if something is
> wrong.
>
> This is the work of people who don't like us!
>
> Thanks. Danny Dorresteijn.
> www.SamFirmware.com

---

**HotFile Corp <andrew@hotfile.com>**                                          **Tue, Jun 14, 2011 at 10:48 PM**
To: Vasil Kolev <vasil@ludost.net>

Vazstanovi file-a i user accounta ako e suspednat...
http://hotfile.com/dl/120313261/aeb6a12/I9000XXJVP.rar.html
---------- Forwarded message ----------
From: **Jimmy Lee** <jle@dtecnet.com>
Date: Tue, Jun 14, 2011 at 8:45 PM
Subject: Re: Counter notification for deleted files
To: HotFile Corp <andrew@hotfile.com>


Dear Hotfile,

We would like to retract the request for takedown of the link mentioned below.

Best,
Jimmy

---

**From:** HotFile Corp <andrew@hotfile.com>
**Date:** Tue, 14 Jun 2011 07:10:15 -0500
**To:** Jimmy Lee <jle@dtecnet.com>
**Subject:** Counter notification for deleted files

Hello,
We received counter notification for deleted by you file:
http://hotfile.com/dl/120313261/aeb6a12/I9000XXJVP.rar.html

Please respond according DMCA regulations within appropriate term.

Regards,


> ---------- Forwarded message ----------
> From: Samsung-Firmware Samsung-Firmware
> Date: Mon, Jun 13, 2011 at 2:16 PM
> Subject: Hotfile remove my files because of no reason.
> To: abuse@hotfile.com
>
>
> Hello
> I', Danny Dorresteijn from www.SamFirmware.com
>
> We use hotfile for i think 6 months now.
> Its a great host for all my files.
> We have almost 300.000 site members.
> We send hotfile.com    already a email about that, we are most of the time
> always the first one with our files.I
> If someone send you guys a abuse about us, this could be FAKE.
>
> SamFirmware is the only website who is using hotfile.com
> If someone email you about us.
> This is for 100% FAKE.
>
> We are not happy that you guys show fakers real answers!
> You should aks us first.
>
> We are a big website all over the world.
>
> Today we got a email from hotfile.com
>

> *This mail is to notify you that the access to the following links was
> disabled
> as a result of received complaint of copyright holders of the files. If you
> believe
> that access to this files were disabled by mistake, please follow the
> instructions
> in our Intelectual Property Policy
> (**http://hotfile.com/ippolicy.html*
> *) for submitting
> counter-notification.
>
> **http://hotfile.com/dl/120313261/aeb6a12/I9000XXJVP.rar.html*      (samfirmware)
> *
> --
> Hotfile.com abuse team
>
>
> *We Reupload the file already!
> We are using Hotfile.com for over 6 months now someone emailed you about us
> and talk bad and hotfile.com   removed our file.
> This is not the normal way because it is never happening before.
> Please ask us to!
>
> We do nothing wrong.
> We have contacts with Samsung!
> Samsugn told us everything is alright what we are doiing!
> So the boss "Samsung" tell us its safe and now some hater is sayin its
> wrong...
> We are a Samsung website with a contact person of Samsung Benelux.
>
> Please don't remove any other files please ask us first if something is
> wrong.
>
> This is the work of people who don't like us!
>
> Thanks. Danny Dorresteijn.
>
> www.SamFirmware.com

---

**Vasil Kolev <vasil@ludost.net>**                                    **Tue, Jun 14, 2011 at 11:52 PM**
To: HotFile Corp <andrew@hotfile.com>

Готово.


В 22:48 +0300 на 14.06.2011 (вт), HotFile Corp написа:
> Vazstanovi file-a i user accounta ako e suspednat...
> http://hotfile.com/dl/120313261/aeb6a12/I9000XXJVP.rar.html
> ---------- Forwarded message ----------
> From: Jimmy Lee <jle@dtecnet.com>
> Date: Tue, Jun 14, 2011 at 8:45 PM
> Subject: Re: Counter notification for deleted files
> To: HotFile Corp <andrew@hotfile.com>
>
>
> Dear Hotfile,
>
> We would like to retract the request for takedown of the link mentioned
> below.

6.7.2011 г. 15:54 ч.
HF02835686

> 
> Best,
> Jimmy
>
> From: HotFile Corp <andrew@hotfile.com>
> Date: Tue, 14 Jun 2011 07:10:15 -0500
> To: Jimmy Lee <jle@dtecnet.com>
> Subject: Counter notification for deleted files
>
> Hello,
> We received counter notification for deleted by you file:
> http://hotfile.com/dl/120313261/aeb6a12/I9000XXJVP.rar.html
>
> Please respond according DMCA regulations within appropriate term.
>
> Regards,
>
>
> > ———— Forwarded message ————
> > From: Samsung-Firmware Samsung-Firmware
> > Date: Mon, Jun 13, 2011 at 2:16 PM
> > Subject: Hotfile remove my files because of no reason.
> > To: abuse@hotfile.com
> >
> >
> > Hello
> > I', Danny Dorresteijn from www.SamFirmware.com
> >
> > We use hotfile for i think 6 months now.
> > Its a great host for all my files.
> > We have almost 300.000 site members.
> > We send hotfile.com already a email about that, we are most of the time
> > always the first one with our files.!
> > If someone send you guys a abuse about us, this could be FAKE.
> >
> > SamFirmware is the only website who is using hotfile.com
> > If someone email you about us.
> > This is for 100% FAKE.
> >
> > We are not happy that you guys show fakers real answers!
> > You should aks us first.
> >
> > We are a big website all over the world.
> >
> > Today we got a email from hotfile.com
> >
> > *This mail is to notify you that the access to the following links was
> > disabled
> > as a result of received complaint of copyright holders of the files. If
> you
> > believe
> > that access to this files were disabled by mistake, please follow the
> > instructions
> > in our Intelectual Property Policy
> > (**http://hotfile.com/ippolicy.html*
> > *) for submitting
> > counter-notification.
> >
> > **http://hotfile.com/dl/120313261/aeb6a12/I9000XXJVP.rar.html*(samfirmware)
> > *
> > –
> > Hotfile.com abuse team

6.7.2011 г. 15:54 ч.
HF02835687

Case 1:11-cv-20427-KMW   Document 344-4   Entered on FLSD Docket 03/08/2012   Page 23 of 50
Gmail - Counter notification for deleted files

https://mail.google.com/mail/?ui=2&ik=bbe6b4937&view=pt&q=vaz...

> >
> >
> > *We Reupload the file already!
> > We are using Hotfile.com for over 6 months now someone emailed you about
> us
> > and talk bad and hotfile.com removed our file.
> > This is not the normal way because it is never happening before.
> > Please ask us to!
> >
> > We do nothing wrong.
> > We have contacts with Samsung!
> > Samsugn told us everything is alright what we are doiing!
> > So the boss "Samsung" tell us its safe and now some hater is sayin its
> > wrong...
> > We are a Samsung website with a contact person of Samsung Benelux.
> >
> > Please don't remove any other files please ask us first if something is
> > wrong.
> >
> > This is the work of people who don't like us!
> >
> > Thanks. Danny Dorresteijn.
> > www.SamFirmware.com


–
Regards,
Vasil Kolev

---

📄 **signature.asc**
  1K



HotFile Corp <hotfile.mailbox@gmail.com>

# Fwd: Counter-Notification Disputing Removal or Blocking of Content

4 messages

**Hotfile Abuse <abuse@hotfile.com>**                                    **Fri, Jun 3, 2011 at 12:08 PM**
To: andrew@hotfile.com

--------- Forwarded message ---------
From: **Crystal Sawyer** <shangriladreams@gmail.com>
Date: Thu, Jun 2, 2011 at 8:39 PM
Subject: Counter-Notification Disputing Removal or Blocking of Content
To: abuse@hotfile.com

To Whom it May Concern:

The content that has been removed mistakenly is the following:
http://hotfile.com/dl/95741768/0643dcf/21_ARCHITECTURAL_GRAPHICS.rar.html

This is a zipped folder containing architectural graphics for one of my clients, Greenplan. We are utilizing these graphics in order to maintain the section of his website which can be found here:

http://greenplan.ca/architecturalgraphics.htm

In good faith I believe the material was removed or disabled as a result of mistake, or as a result of misidentification of the material to be removed or disabled.

My name is Crystal Sawyer
Address Apt 403-75 Gorge Rd West
Phone: 1-604-617-7004
Email: shangriladreams@gmail.com

I consent to the jurisdiction of the Federal District Court in the judicial district in Northern District of California, and I will accept service of process from the person who provided notification of the alleged infringement or from an agent of such person.

Regards,
Crystal Sawyer

--------- Forwarded message ---------
From: **Hotfile.com Abuse** <abuse@hotfile.com>
Date: 2 June 2011 08:14
Subject: Deleted files on hotfile.com
To: shangriladreams@gmail.com

This mail is to notify you that the access to the following links was disabled
as a result of received complaint of copyright holders of the files. If you believe
that access to this files were disabled by mistake, please follow the instructions

Confidential

6.7.2011 г. 16:07 ч.

HF02835689

in our Intelectual Property Policy (http://hotfile.com/ippolicy.html) for submitting
counter-notification.

http://hotfile.com/dl/95741768/0643dcf/21_ARCHITECTURAL_GRAPHICS.rar.html

--
Hotfile.com abuse team

--
Skype: crystal.sawyer

---

**HotFile Corp <andrew@hotfile.com>**                              Sat, Jun 4, 2011 at 10:03 AM
To: remedies@attributor.com

Hello,
User started counter-notice and you should respond ASAP.

Regards,
[Quoted text hidden]

---

**HotFile Corp <andrew@hotfile.com>**                            Sun, Jun 12, 2011 at 10:19 AM
To: Vasil Kolev <vasil@ludost.net>

Vazstanovi file/user, niama otgovor na counter notice-a....

--------- Forwarded message ---------
From: **Hotfile Abuse <abuse@hotfile.com>**
Date: Fri, Jun 3, 2011 at 12:08 PM
[Quoted text hidden]

---

**Vasil Kolev <vasil@ludost.net>**                               Sun, Jun 12, 2011 at 1:49 PM
To: HotFile Corp <andrew@hotfile.com>

Възстанових.

В 10:19 +0300 на 12.06.2011 (нд), HotFile Corp написа:
> Vazstanovi file/user, niama otgovor na counter notice-a....
>
> --------- Forwarded message ---------
> From: Hotfile Abuse <abuse@hotfile.com>
> Date: Fri, Jun 3, 2011 at 12:08 PM
> Subject: Fwd: Counter-Notification Disputing Removal or Blocking of Content
> To: andrew@hotfile.com
>
>
>
>
> --------- Forwarded message ---------
> From: Crystal Sawyer <shangriladreams@gmail.com>
> Date: Thu, Jun 2, 2011 at 8:39 PM
> Subject: Counter-Notification Disputing Removal or Blocking of Content
> To: abuse@hotfile.com
>
>
> To Whom it May Concern:

>
> The content that has been removed mistakenly is the following:
> http://hotfile.com/dl/95741768/0643dcf/21_ARCHITECTURAL_GRAPHICS.rar.<http://hotfile.com/dl/95741768/0643dcf/21_ARCHITECTURAL_GRAPHICS.rar.html>
> html<http://hotfile.com/dl/95741768/0643dcf/21_ARCHITECTURAL_GRAPHICS.rar.html>
[Quoted text hidden]

Regards,
Vasil Kolev

signature.asc
1K

Confidential

6.7.2011 г. 16:07 ч.
HF02835691



**HotFile Corp <hotfile.mailbox@gmail.com>**

# Counter notice for wrong deleted file
4 messages

---

**HotFile Corp <support@hotfile.com>**                                    **Sat, Jun 25, 2011 at 2:18 PM**
To: herve.lemaire@leakid.com

Please respond ASAP!
You deleted file mentioned below for which we received counter notice:

> Hello,
>
> our account cryptloadUpload has been terminated but we have the copyright
> for the abused files because we are the developer of the software (
> http://cryptload.info).
>
> The mentioned file
> http://hotfile.com/dl/117253666/d0f1170/cryptload118.rar.html (cryptloadUpload) is our
> software wich we offer users through your service.
>
> Please reactivate my account and dont abuse our software on your system.
>
> My Data:
> Kamill Skupien
> Finkenweg 20
> 94419 Reisbach
> Germany
>
> 0049 176 32365415

--
_____

Hotfile.com

Support:http://hotfile.com/contacts.html
Help/FAQ:http://hotfile.com/help.html

---

**herve lemaire <herve.lemaire@leakid.com>**                              **Sat, Jun 25, 2011 at 2:32 PM**
To: HotFile Corp <support@hotfile.com>

Yes its a mistake

**De :** hotfile.mailbox@gmail.com [mailto:hotfile.mailbox@gmail.com] **De la part de** HotFile Corp
**Envoyé :** samedi 25 juin 2011 13:18
**À :** herve.lemaire@leakid.com
**Objet :** Counter notice for wrong deleted file

6.7.2011 г. 15:56 ч.
HF02835692

Gmail - Counter notice for wrong deleted file        https://mail.google.com/mail/?ui=2&ik=bbe6b49378&view=pt&q=her...

---

**HotFile Corp <support@hotfile.com>**                              **Sun, Jun 26, 2011 at 7:55 AM**
To: Vasil Kolev <vasil@ludost.net>

Restore file/user

[Quoted text hidden]

---

**HotFile Corp <support@hotfile.com>**                              **Sun, Jun 26, 2011 at 7:56 AM**
To: herve lemaire <herve.lemaire@leakid.com>

OK, but we suspended user who is our customer since one year and he now quit using our service because of this?
How exactly you decided to delete this file?

[Quoted text hidden]

---

Confidential

6.7.2011 г. 15:56 ч.
HF02835693

Redacted

-------- Original Message --------
**Subject:** Fwd: Counter-Notification
**Date:** Tue, 23 Aug 2011 09:14:59 +0300
**From:** Hotfile Abuse <abuse@hotfile.com>
**To:** Herve Lemaire <herve.lemaire@leakid.com>
**CC:** anton@titov.net

Hello,
Please respond ASAP, we deleted user's file/account due your report....

---------- Forwarded message ----------
From: **Marjan Mijic** <marjan_mijic@yahoo.com>
Date: Tue, Aug 23, 2011 at 1:35 AM
Subject: Counter-Notification
To: "abuse@hotfile.com" <abuse@hotfile.com>

This file is the album of MY band, and it's not abuse since My album is free and I can distribute it however I want!

http://hotfile.com/dl/113643491/7c7ae9a/Tiarah_-_Extinction_Ceremony_-_FREE_2011_MP3_320kbps_SKiN.rar.html

My name is Marjan Mijic and I am the vocalist and owner of all the rights of the recorded material and the writer, producer and tehnician of this material.
If someone reported this link I would like to know who.

This album is free, and not signed to any label!!!
You can check it!

Marjan Mijic
www.tiarah.com
www.chainroom.com
marjanmijic.blogspot.com
  Karadjordjeva 3
24400
Senta
Serbia
+38163335003

--
http://hotfile.com/reportabuse.html
http://hotfile.com/ippolicy.html

8/26/2011

HF02868355



Redacted

-------- Original Message --------
**Subject:** Fwd: Account Suspended Counter Claim
**Date:** Thu, 10 Nov 2011 09:13:14 +0200
**From:** Hotfile Abuse <abuse@hotfile.com>
**To:** anton@titov.net

---------- Forwarded message ----------
From: **Dan - AH.FM** <dan@afterhours.fm>
Date: Wed, Nov 9, 2011 at 1:13 PM
Subject: Account Suspended Counter Claim
To: abuse@hotfile.com

Hello it has come to my attention that account ahfm (mscice@gmail.com) has been suspended.

I would like to say that we run a online radio station thats well respected on the www. We have over 200 artists that upload their special works to us on daily basis, we have permission by them to share their works online.

Our full legal regulatory is: www.ah.fm/legal.html
**DJ's/Composers/Producers/Agencies**
Afterhours.FM uses your mixed shows to be aired on the radio also for download as a promotional pack using 3rd party hosting websites. Afterhours.FM does not sell these mixed shows, and are for promotional use only. You acknowledge that you have the rights to and consent to (by uploading your scheduled show) share the works by being broadcasted by Afterhours.FM. You also acknowledge that Afterhours.FM does not assume nor will be held accountable for any legal infringements you may cause due to not having the permission of composers to upload their works, and that you can be responsible for damages that may occur due to infringement. Any complaints due to infringements mailed to admins of Afterhours.FM will be taken seriously, upon proof of infringement that particular show will be canceled & removed from the station, contact information will be shared upon discretion of the parties involved.

So any 3rd party wanting us NOT to upload artists works online they need to contact us and we will be happy to remove those artists from being shared online...

Please ublock our account as many artists depend on hotfile links as for promotion, if not we will try to look for alternative place to host our permission given works.

Best Regards

1

--
**Dan**
Founder/Owner
<u>Afterhours.FM</u>, Inc.
Leading Trance Radio

**Web:** <u>http://www.ah.fm</u>
**Facebook:** <u>http://www.facebook.com/Afterhoursfm</u>
**Twitter:** <u>http://twitter.com/Afterhoursfm</u>
**Mobile:** <u>http://www.ah.fm/apps</u>

--
<u>http://hotfile.com/reportabuse.html</u>
<u>http://hotfile.com/ippolicy.html</u>

2

HF02868357



---------- Forwarded message ----------
From: **Notices** <Notices@ifpi.org>
Date: Thu, Nov 10, 2011 at 1:57 PM
Subject: RE: Counter Claim
To: Hotfile Abuse Department <abuse@hotfile.com>


Dear Sir/Madam

We are writing regarding the claim we asserted against the following file:

http://hotfile.com/dl/115379401/78283d5/Orkidea_-_Radio_Unity_028_on_AH.FM_20-04-2011.mp3.zip.html

Despite our earlier good faith belief, we have become aware that this file was removed in error and they are not in fact infringing our member or represented company's rights:

We would therefore like to withdraw our claim in relation to these files.

Yours faithfully
IFPI


-----Original Message-----
From: Hotfile Abuse Department [mailto:abuse@hotfile.com]
Sent: None
To: Notices
Subject: Counter Claim

Message-Id: <20111109183541.6E412622F4@a1.hotfile.com>
Date: Wed,  9 Nov 2011 12:35:41 -0600 (CST)
Return-Path: lighttpd@a1.hotfile.com
X-OriginalArrivalTime: 09 Nov 2011 18:35:47.0499 (UTC) FILETIME=[65E867B0:01CC9F0E]

Constantin Luchian
1007 N. Federal Highway, Suite 240
Fort Lauderdale, Florida, 33304
United States of America
Fax: +1 954 414 0865

1

HF02868358

November 09, 2011

RE: Mistaken Removal

Dear Constantin Luchain;

Please find attached to this letter a list of material removed by you pursuant to 17 U.S.C. Section 512. I have a good faith belief that this material was removed or disabled in error as a result of mistake or misidentification of the material. I declare that this is true and accurate under penalty of perjury under the laws of the United States of America.

For the purposes of this matter, I consent to the jurisdiction of the Federal District Court for the judicial district in which the service provider may be found. I also consent to service of process by the person providing notification under Section 512(c)(1)(C) or that personâ€™s agent. However, by this letter, I do not waive any other rights, including the ability to pursue an action for the removal or disabling of access to this material, if wrongful.

Having complied with the requirements of Section 512(g)(3), I remind you that you must now replace the blocked or removed material and cease disabling access to it within fourteen business days of your receipt of this notice. Please notify me when this has been done.

I appreciate your prompt attention to this matter. If you have any questions about this notice, please do not hesitate to contact me.
Sincerely,

dan k (AH.FM)
mscice@gmail.com
48510652789
toronto, ontario

Enclosure

File List:
http://hotfile.com/dl/115379401/78283d5/Orkidea_-_Radio_Unity_028_on_AH.FM_20-04-2011.mp3.zip.html

--
http://hotfile.com/reportabuse.html
http://hotfile.com/ippolicy.html

--
http://hotfile.com/reportabuse.html
http://hotfile.com/ippolicy.html

HF02868359

# EXHIBIT D



2006 WL 5400906 (C.D.Cal.)                                                                            Page 1

For Opinion See <u>518 F.Supp.2d 1197</u> , <u>454 F.Supp.2d 966</u> , <u>269 F.Supp.2d 1213</u> , <u>259 F.Supp.2d 1029</u> , <u>243 F.Supp.2d 1073</u>

United States District Court, C.D. California.
METRO-GOLDWYN-MAYER STUDIOS INC., et al., Plaintiffs,
v.
GROKSTER, LTD., et al., Defendants;
Jerry Leiber, et al., Plaintiffs,
v.
Consumer Empowerment BV a/k/a Fasttrack, et al., Defendants,
And Related Counterclaims.
No. CV 01-08541 SVW (FMOx).
February 14, 2006.

Consolidated with: CV 01-09923 SVW (FMOx)

Declaration of Charles J. Hausman in Support of Plaintiffs' Motions for Summary Judgment

<u>Donald B. Verrilli, Jr.</u> (pro hac vice), <u>Steven B. Fabrizio</u> (pro hac vice), Jenner & Block LLP, 601 Thirteenth Street, NW, Washington, D.C. 20005-3823, Telephone: (202) 639-6000, Facsimile: (202) 639-6066, dverrilli @jenner.com, sfabrizio@jenner.com, Attorneys for Record Company Plaintiffs.

<u>George M. Borkowski</u> (SBN 133416), Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683, Telephone: (310) 312-2000, Facsimile: (310) 312-3100, GMB@msk.com, Attorneys for Record Company Plaintiffs.

<u>David E. Kendall</u> (pro hac vice), Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005, Telephone: (202) 434-5000, Facsimile: (202) 434-5029, dkendall@wc.com, Attorneys for the Motion Picture Studio Plaintiffs.

<u>Carey R. Ramos</u> (pro hac vice), Paul Weiss Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064, Telephone: (212) 373-3000, Facsimile: (212) 757-3990, cramos@paulweiss.com, Attorneys for Music Publisher Plaintiffs.

Date: May 1, 2006

Time: 1:30 p.m.

Ctrm: The Hon. Stephen V. Wilson

I, Charles J. Hausman, the undersigned, declare:

1. I am the Deputy Director of Anti-Piracy for the Motion Picture Association of America ("MPAA"). I make this declaration in support of plaintiffs' motions for summary judgment. I have personal knowledge of the following facts

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

and, if called and sworn as a witness, could competently testify thereto.

2. My regular duties at MPAA include formulating and implementing strategies regarding movie theft in the United States, including investigations into the online infringement and theft of movies and trademark infringement of all kinds.

3. I have over a decade of experience assessing works for copyright infringement and identification of copyright ownership. Having also worked for many years at the Recording Industry Association of America ("RIAA"), I am familiar with the organization and operation of both the MPAA and the RIAA, their member companies, their policies regarding copyright ownership, and both criminal and civil piracy. Between 1995 and 2004, I served in various capacities relating to anti-piracy for the RIAA, including several years as the RIAA's Anti-Piracy Counsel.

4. I am familiar with all aspects of the prosecution of sound recording and motion picture copyright infringement, including Internet violations. I regularly gather forensic evidence relating to such prosecution, and have organized, led and managed teams engaged in infringement analyses. In addition, as part of the normal course of my job responsibilities, I often am called upon to review the corporate records of member companies to ascertain copyright ownership. I also regularly research and prepare affidavits in criminal matters affirming that the defendants' acts violate an MPAA member company's copyrights and are not licensed.

5. I use a variety of source material to determine copyright ownership in the ordinary course of performing my duties. This includes both print publications and reliable Internet databases that report corporate affiliations, exclusive distribution rights, and copyright ownership. I also consult additional commonly used Internet sources to gain supplemental information relating to new releases and ownership thereof.

*General Overview*

6. I conducted and supervised an investigation and analysis, on behalf of the plaintiffs in this case, regarding the amount of infringing material being traded through the services offered by StreamCast (through the Morpheus system) and Sharman (through the Kazaa system). That investigation and analysis took the form of four separate statistical studies.

7. The purpose of the first study was to determine the proportion of files made available through Kazaa and Morpheus that infringe the copyrights of copyright owners (the "Making Available" Study). This study was undertaken separately with each client application (*i.e.,* separately through Morpheus and through Kazaa) in order to provide a system-specific percentage of infringing-to-noninfringing works.

8. The second statistical study determined the proportion of infringing audio files that Kazaa users are actually requesting for download, using a sample set of data provided by iMesh (the "iMesh Data" Study).

9. The final two projects determined what users are actually requesting for download on each of the Kazaa and Morpheus systems by monitoring the files requested from controlled file-sharing folders created on Morpheus and Kazaa clients (the "Actual Download" Studies). The Actual Download Studies were divided into two versions. Version I used as its sample set of files the same random files that resulted from the Making Available Study for each client application. Thus, it used approximately 1,800 representative files from each system as determined by the sampling protocol designed by Dr. Ingram Olkin, Professor of Statistics and Education at Stanford University. Actual Download Version II used as its sample set of files 100 copyrighted works owned by plaintiffs that were not authorized for distribution and 100 works that were either authorized for distribution by the owners or otherwise public domain works, including many of the so-called "noninfringing" works that had been cited by the defendants in this case in earlier court filings.

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

10. The results of these studies reveal that at least 89.28% of the files made available on Kazaa are copyrighted and not authorized for distribution, while only 3.11% of the files available on Kazaa are not infringing. Similarly, 87.33% of the files made available on Morpheus are not authorized for distribution, while only 2.17% of the files are noninfringing.

11. In the iMesh Data study, moreover, over 95.05% of audio files actually requested by Kazaa users for downloading are copyrighted works not authorized for distribution.

12. The Actual Download studies yielded similar results. Looking at the Kazaa data from the Making Available study, the works determined to be infringing were requested for downloading with great frequency; the works determined to be noninfringing or otherwise unknowable were hardly requested at all. Specifically, 95.94% of the requests by Kazaa users were for infringing works, while only 1.36% of the requests were for noninfringing works. The results were the same when looking at the Morpheus Making Available data. 96.61% of the requests by Morpheus users were for infringing works, while only 1.72% were for noninfringing works. Thus, while the Making Available studies reveal that some Kazaa and Morpheus users may have some trivial amount of noninfringing works in their Kazaa and Morpheus "share" folders, almost no one is actually requesting to download those works.

13. These results were confirmed in Version II of the Actual Download study. The 100 popular copyrighted works were requested for downloading persistently and with great frequency. The 100 noninfringing works -- even the works that have been touted by defendants -- were hardly requested at all. Specifically, 96.67% of the requests from Kazaa users were for infringing works, while only 3.33% were for noninfringing works. On Morpheus, 96.70% of the requests were for infringing works, while only 3.30% were for noninfringing works.

*The Making Available and iMesh Data Studies*

14. The Making Available and iMesh Data Studies are the results of data collection protocols designed by Professor Olkin, which are described in Professor Olkin's declaration, also submitted in support of plaintiffs' motions for summary judgment.

15. The Making Available studies are comprised of 1,800 random files downloaded from Morpheus and 1,800 random files downloaded from Kazaa per Professor Olkin's protocol. That protocol employed random word searches and was implemented in five cities distributed throughout the major geographic regions in the United States. The first 1,800 files from each application to fit within the categories of confirmed or highly likely infringing, confirmed or highly likely noninfringing, or "unknowable" (discussed in detail below), populated the Making Available sample for each client application. The list of 1,800 files contained in the Morpheus Making Available sample are attached hereto as Exhibit 1. The list of 1,800 files contained in the Kazaa Making Available sample are attached hereto as Exhibit 2.

16. The iMesh Data Study consists of a sample set of 2,645 randomly selected audio files actually requested by Kazaa users for download from iMesh between September 12, 2005 and October 9, 2005. As noted above, these files were also chosen by implementing a protocol designed by Professor Olkin and described in his declaration. The list of files contained in the iMesh Data study are attached hereto as Exhibit 3.

17. I oversaw the data collection for both studies, and have assured myself that each was conducted in accordance with the relevant protocols.

18. In connection with determining copyright ownership and authorization, I led a team of investigators, lawyers, and technologists experienced in entertainment and anti-piracy matters. Bringing to the project my prior experience conducting piracy analyses on both RIAA and MPAA matters, I selected individuals who had proven themselves reliable and with whom I had previously worked. Under my close supervision, these investigators reviewed the works and/or data, and checked, and rechecked, the copyright and authorization status for each work.

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

19. As an initial matter, each file was run, under my supervision, through an Audible Magic tool that checked the file against a database of audio fingerprints for copyrighted sound recordings not authorized for distribution. I, together with my team, spot-checked the results of the Audible Magic identification tool manually on an ongoing basis to confirm accuracy. Works that were not identified by the Audible Magic tool were further analyzed manually to determine the identity of the work, its copyright status, and the copyright owner, using a variety of online and print sources.

20. Once copyright holders were identified, I supervised my team in verifying that works identified as being owned or exclusively controlled by plaintiffs or their affiliates were so owned or controlled. To verify such ownership or control, we used sources generally accepted in the anti-piracy community that I have also personally found to be accurate and effective in determining issues of copyright ownership. I, together with my team, determined that the record company plaintiffs the music publisher plaintiffs, and/or the motion picture studio plaintiffs (or their respective affiliates) own or control the rights to the files attributed to them in the confirmed infringing category.

21. In addition, my team and I sought, in the time available, to contact as many third-party copyright owners -- *i.e.*, owners who are not plaintiffs -- as possible to ascertain whether they had authorized the distribution of their particular work(s) through the peer-to-peer system on which they were found. In many instances, third party rightsholders who confirmed to us that they did not authorize the particular works to be distributed on Morpheus or Kazaa provided sworn statements to that effect. This effort continues.

22. After thorough investigation and analysis involving multiple levels of review, each of the files downloaded as a result of the Making Available and iMesh Data studies was assigned to a "copyright status" category. These categories consisted of:
• "Confirmed infringing," meaning that the work was confirmed to be owned by a plaintiff or third party and not authorized for distribution on the relevant peer-to-peer system;
• "Highly likely infringing," meaning that based on the nature of the work and/or its owner, it was highly likely that the work was copyrighted and not authorized for distribution on the relevant peer-to-peer system;
• "Highly likely noninfringing," meaning that based on the nature of the work and/or its owner, it was highly likely that the work was either not copyrighted, in the public domain, or copyrighted but authorized for peer-to-peer distribution;
• "Confirmed noninfringing," meaning that the work was either confirmed to be copyrighted but authorized for peer-to-peer distribution or based on the nature of the work and/or its owner, it was almost certain to be not copyrighted, in the public domain, or authorized;
• "Unknowable," meaning that the copyright status of the file could not fairly be determined, generally because the file could not be identified;
• "Spoofs," meaning that the file was deliberately labeled so as to mislead the user to believe it contained particular content, when it did not in fact contain that content but served another commercial purpose, for example, a file labeled as a popular copyrighted work that did not in fact contain that work and turned out to be unusable (often distributed by record companies to protect their copyrighted works);
• "Porn," meaning that the file was plainly pornographic, including files that, from their metadata, appeared clearly to constitute illegal pornography (e.g., child porn, etc.);
• "Junk/damaged/unintelligible," meaning that the file could not be analyzed in any way for infringement purposes because it was so badly distorted, damaged or junk that it was essentially unintelligible;
• "Virus/malicious," meaning that the file was a virus or otherwise malicious;
• "KPL," meaning that the file was not a content file at all but a list of files organized as a playlist which could be separately downloaded; and
• "Illegal," meaning that the file constitutes or reflects illegal activity, for example, a file containing acknowledged stolen personal financial data.

23. Once works were assigned to a particular category, spoofs, porn, junk/damaged/unintelligible, virus/malicious, KPL, and illegal files were removed from the sample per the protocol established by Professor Olkin, and the first

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

1,800 files obtained through Kazaa and through Morpheus (3,600 total) that fit one of the confirmed infringing/noninfringing; highly likely infringing/noninfringing; or unknowable categories were analyzed for copyright infringement. The data regarding actual Kazaa user requests for downloading from iMesh was categorized in the same way.

24. As a result of the above analysis, we were able to determine that, for the Making Available sample of files obtained through Kazaa, at least 1,607 (or 89.28%) of the files were infringing. Within that group, 1,077 files were confirmed infringing by either plaintiffs or third party owners. An additional 530 files were highly likely infringing, but could not be confirmed and/or documented, in the allotted time, as conclusively infringing.

25. Only 56 (3.11%) of the 1,800 files obtained through Kazaa appear to consist of public domain material or material being made available without objection from a rightsholder. This makes up the confirmed noninfringing and highly likely noninfringing files.

26. As for the remaining 137 files available through Kazaa, there simply was no way to determine the copyright status of the particular works. These unknowable files constitute 7.61% of the Kazaa Making Available database.

27. The Morpheus Making Available sample revealed similar findings. We were able to conclude that at least 1,572 (or 87.33%) of the files obtained through Morpheus were infringing. This group includes 1,095 files that are confirmed infringing by either plaintiffs or third party owners. An additional 477 files are highly likely infringing, but could not be confirmed and/or documented, in the available time, as conclusively infringing.

28. Only 39 (2.17%) appear to consist of public domain material or material being made available without objection from a rightsholder. This makes up the confirmed noninfringing and highly likely noninfringing files.

29. The remaining 189 files available through Morpheus are unknowable; these constitute 10.50% of the Morpheus Making Available sample.

30. Upon their completion, both the Morpheus and Kazaa Making Available results were transmitted to Professor Olkin.

31. With respect to the iMesh Data Study, we were able to conclude that at least 2,514 (or 95.05%) of the files were infringing. Within that group, 1,970 files (or 74.48% of the total files) were confirmed infringing. An additional 544 files (or 20.57% of the total files) were highly likely infringing.

32. Only 10 (or 0.38%) of the files populating the iMesh Data database consist of confirmed noninfringing or highly likely noninfringing files. The unknowable files requested for download by Kazaa users constitute 4.57% of the database. The results of the iMesh Data Study were also transmitted to Professor Olkin.

*Actual Download Studies*

33. As explained above, the Actual Download studies took two forms. In Actual Download Version I, approximately 1,800 files that were randomly obtained for the Making Available study from each of the Kazaa and Morpheus systems were uploaded and offered for distribution using the same client application (*i.e.*, Morpheus or Kazaa) from which they were obtained. The files were offered for distribution through Kazaa and Morpheus clients in each of the same five cities used for the Making Available studies. The purpose of this study was to determine which of these randomly selected files would actually be requested for download by Kazaa and Morpheus users. The computers were configured to log every request for downloading, but to prevent the actual downloading of the files. Duplicate or repeated requests for a file from the same IP address were eliminated such that the results avoid overcounting and reflect requests for downloading by unique users.

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

34. Data was collected for the Actual Download study over a two-week period, 24 hours a day, seven days a week.

35. Using the same category demarcations determined in the Making Available Study, the Actual Download Version I database reveals that 95.94% of the download requests by Kazaa users were for infringing works (i.e., works that were determined to be confirmed or highly likely infringing). Only 1.36% of the download requests by Kazaa users were for noninfringing works (i.e., works found to be confirmed or highly likely noninfringing), and only 2.70% were for works in the unknowable category. Similarly, 96.61% of Morpheus users' requests were for works categorized as confirmed or highly likely infringing, whereas only 1.72% of the requests were for confirmed or highly likely non-infringing files, and only 1.67% were for works in the unknowable category.

36. In the second version of the Actual Download study, I supervised the selection of 100 copyrighted works that were not authorized for distribution ("Copyrighted Works") and 100 public domain or authorized-for-distribution works ("Noninfringing Works"). Included in the 100 Noninfringing Works were materials and sources previously referenced by defendants. For example, the Noninfringing Works include a number of e-books (including the Bible, Romeo and Juliet, and the Communist Manifesto) available from the Gutenberg Project; the "top ten" movie picks from the Pre-linger Archives; presidential speeches; NASA images of 9/11; and authorized for distribution audio works. Each of these works and/or types of works have been previously identified by defendants. On the infringing side, the Copyrighted Works included popular songs, movies, and TV shows. A list of the 100 Noninfringing and 100 Copyrighted Works used in Actual Download Version II are attached hereto as Exhibit 4. As in Actual Download Version I, each of these files was shared through Morpheus and Kazaa clients in each of the five cities selected for the Making Available study. Data collected for the same two-week period, and the download requests were processed in the same way as in Version I of the Actual Download study.

37. Actual Download Version II reveals that 96.67% of the download requests by Kazaa users were for the Copy-righted Works, whereas only 3.33% of the download requests were for Noninfringing Works. Similarly, 96.70% of Morpheus users' requests were for Copyrighted Works, whereas only 3.30% of the requests were for Noninfringing Works.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on Feb 7, 2006, at Los Angeles California.

<<signature>>

Charles J. Hausman

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

# EXHIBIT E

## Photography 101

"Photography 101" is a podcast by Scott Wittenburg. The file Pro.Photo.101.part4.rar ( ☻ http://hotfile.com/dl/62287463/23e8c78/Pro.Photo.101.part4.rar.html) contains the following files:

| Name | Size | Packed | Date | Time | CRC |
|------|------|--------|------|------|-----|
| Lesson 2_ Setting Exposure Using the Mode Dial.mp4 | 52,967,771 | 36,973,613 | 23-06-10 | 18:24 | 0314B440 |
| Lesson 3_ Depth-of-Field and the Preview Button.mp4 | 18,801,157 | 18,801,157 | 23-06-10 | 18:24 | 2BD9CB2D |
| Lesson 4_ Selection Tips in Photoshop.mp4 | 14,520,934 | 14,520,934 | 23-06-10 | 18:24 | 2AB2E0F1 |
| Lesson 5_ Night Photography Tips.mp4 | 8,143,194 | 8,143,194 | 23-06-10 | 18:24 | F56BC0C3 |
| Lesson 6_ Creative Color Exercise in Photoshop.mp4 | 16,139,893 | 16,139,893 | 23-06-10 | 18:24 | 320F9CAF |
| Lesson 7_ Composition, Cropping and Depth of Field.mp4 | 8,292,721 | 8,292,721 | 23-06-10 | 18:24 | D5F55CB7 |
| Lesson 8_ Resolution, Resizing and Printing in Photoshop.mp4 | 11,646,732 | 11,646,732 | 23-06-10 | 18:24 | A96FC6A5 |
| Lesson 9_ Texture _Magic_ in Photoshop.mp4 | 4,317,950 | 4,317,950 | 23-06-10 | 18:24 | 89E375C5 |

These files match the files listed in Scott Wittenburg's affidavit dated December 19, 2011.

### Zebrak's Notes

☻ http://www.scottwittenburg.com/

☻ http://www.downprog.net/tutorial/e-book/196069-photography-101-professional-ph.html;
☻ http://www.psdjungle.com/e-books/151814-photography-101-professional-ph.html

☻ http://www.dl4all.com/video-tutorials/print:page,1,400388-photography-101-professional-

photography-tips-tutorial-dvdrip.html

## Affidavit of Scott Wittenburg

Scott Wittenburg, does depose and state as follows:

1.      My name is Scott Wittenburg.  Unless otherwise stated, I make this affidavit of my own personal knowledge.

2.      I am a photography teacher at Upper Arlington High School in Ohio.  I am also the creator of a podcast, called Photography 101.

3.      My Photography 101 podcast is available for free at Apple's iTunes as well as other locations on the internet.  With more than 12,000 subscribers, my podcast is one of the most popular photography podcasts on iTunes.

4.      Judging only by their titles, each of the files listed below would appear to be one of my podcasts:

| File | Size | Size2 | Type | Date | Code |
|---|---|---|---|---|---|
| Lesson 2_Setting Exposure Using the Mode Dial.mp4 <-- | 52,967,771 | 26,973,613 | MPEG-4 Movie | 6/23/2010 6:24 ... | 0314B440 |
| Lesson 3_Depth-of-Field and the Preview Button.mp4 | 18,801,157 | 18,801,157 | MPEG-4 Movie | 6/23/2010 6:24 ... | 2B09C82D |
| Lesson 4_Selection Tips in Photoshop.mp4 | 14,520,934 | 14,520,934 | MPEG-4 Movie | 6/23/2010 6:24 ... | 2AB2B9F1 |
| Lesson 5_Night Photography Tips.mp4 | 8,143,194 | 8,143,194 | MPEG-4 Movie | 6/23/2010 6:24 ... | F56B0DC3 |
| Lesson 6_Creative Color Exercise in Photoshop.mp4 | 16,130,893 | 16,130,893 | MPEG-4 Movie | 6/23/2010 6:24 ... | 320FRCAF |
| Lesson 7_Composition, Cropping and Depth of Field.mp4 | 8,292,721 | 8,292,721 | MPEG-4 Movie | 6/23/2010 6:24 ... | D5F35C87 |
| Lesson 8_Resolution, Resizing and Printing in Photoshop.mp4 | 11,646,732 | 11,646,732 | MPEG-4 Movie | 6/23/2010 6:24 ... | A96FC8A5 |
| Lesson 9_Texture_Magic_in Photoshop.mp4 | 4,317,950 | 4,317,950 | MPEG-4 Movie | 6/23/2010 6:24 ... | 89E375C5 |

5.      I know that by making my podcasts available for free on the internet, that people are able to download them and also repost them.  So long as a person is not charging money for my podcast, I do not have any problems with this.

Signed under the pains and penalties of perjury this 19 day of December, 2011.

Scott Wittenburg

# EXHIBIT F

| From: | Aaron Michael McParlan |
|---|---|
| To: | evan@cfwlegal.com |
| Subject: | Inquiry regarding Opera Portable v.11.01.1 |
| Date: | Thursday, January 05, 2012 9:59:50 AM |

Mr. Fray-Witzer,

I am in receipt of your inquiry regarding a file described as "Opera Portable v.11.01.1" which is in cyberlocker storage at hotfile.com. You inquired if Opera would consider the placement of this file in cloud storage at hotfile.com as infringing on Opera's rights. I am not in receipt of the "Opera Portable v.11.01.1" file itself. However, there exists a version of the free-to-end-users Opera 11 desktop browser which is for use on external storage devices and is often referred to as "Opera Portable". Assuming the file you mentioned is an Opera Portable version of the Opera 11 desktop browser, Opera has no information indicating that placement of this file in cyberlocker storage by an end-user would infringe Opera's rights. If Opera were to determine that material on hotfile.com was infringing on Opera's rights, Opera would request that it be removed.

Best regards,

--
Aaron M. McParlan
Legal Counsel

Opera Software ASA
P.O. Box 2648, St. Hanshaugen
Waldemar Thranes gate 98
0175 Oslo
Norway

www.opera.com

Office: +47 23 69 24 00
Direct: +47 23 69 27 40
Fax: +47 23 69 24 01

------------------------ CONFIDENTIALITY NOTICE -----------------------
The information in this email and any attachments is OPERA CONFIDENTIAL INFORMATION and is solely for the attention of the addressee. If you are not the intended recipient, you are hereby notified that you have received this message in error and that reading it, copying it, or in any way disclosing its content to any other person, is strictly unauthorized. If you have received this message in error, please inform the sender by reply e-mail and then immediately delete this e-mail (including any attachments).

Please telephone +47 23 69 24 00 immediately if you have any questions.
-------------------------------------------------------------------------

## Opera Portable

Free download from   ● http://portableapps.com/apps/internet/opera_portable

This file was downloaded a total of 6 times. 6 downloads is consistent with personal use and storage given that the purpose of this program is to allow space-shifting of the Opera browser executable.

### Zebrak's Notes

● http://www.opera.com/

● http://portableappz.blogspot.com/2011/10/opera-12001116-alpha-11521100-final.html

# EXHIBIT G

<u>Affidavit of Marc Schwegler</u>

Marc Schwegler, does depose and state as follows:

1.     My name is Marc Schwegler.  Unless otherwise stated, I make this affidavit of my own personal knowledge.

2.     I am employed by Giants Software, GmbH, a software company which is the creator of simulator games such as Farming Simulator 2011 (as well as earlier versions of Farming Simulator).

3.     Our Farming Simulator games allow players to simulate running a farm and raising cattle, by completing a variety of tasks including operating farming machinery, plowing fields, sowing seeds, storing grain in silos, feeding cattle, and so on.

4.     Farming Simulator is a popular and award-winning game, which has a large following of fans across the globe.

5.     As part of the Farming Simulator game, our players create their own modifications, or "mods," which they can then add to the simulation.  For example, a user might develop a "tractor mod," which would be a new tractor which could be added to the game.  Indeed, our software includes a program called the "GIANTS Engine Modding SDK," which is specifically designed to allow our users to create new mods to be used as part of the Farming Simulator game.

6.     A large community has developed around the creation and free distribution of such mods, something which Giants Software not only allows, but encourages, because these mods enhance our players' experiences.  Indeed, each year we run a contest for our users in which users submit their mods, players vote, and the best mods are awarded prizes.  Information about the most recent contest can be found on our website at:  http://www.farming-simulator.com/modContest2011.php.

7.     Giants Software considers mods to be "User Generated Content."   The creation and distribution of such content does not infringe upon Giants Software's intellectual property, nor does it violate the terms of Farming Simulator's end user license.

8.     I have specifically reviewed the following files and found them to be non-infringing of Giants Software's intellectual property

- The files contained in the compressed folder "Zonda_Pagani_R.zip," which includes the Pagani Zonda Farming Simulator Mod.

- The files contained in the compressed folder "NHCR9090_2011_v11.zip," which includes the New Holland CR9090 Mod for Farming Simulator 2011

- The files contained in the compressed folder "sampleModMap.zip," which

includes a wide variety of files (including mods and maps);

- The files contained in the compressed folder "VW_18_310.zip," which includes the VW Tracatto 6x4 mod;

- The files contained in the compressed folder "John_Deere_1550_Pack.zip," which includes the John Deere 1550 Pack (Farming Simulator 2011) mod;

- The files contained in the compressed folder "Lexion_460_Pack_open_me_mods.zip," which includes the Lexion 460 Pack (Farming Simulator Mods);

- The files contained in the compressed folder "Tatra Ternno 6x6+Trailer.rar," which includes the Farming Simulator Mod (6x6 Trailer); and

- The files contained in the compressed folder "Kaszuby_v2_open_me_mods.rar," which includes the Kaszuby v2 (Farming Simulator Mods).

9.    Each of the above files contain non-infringing User Generated Content.  I know of no reason why these files could not be shared freely on the internet on sites including Hotfile.com.

Signed under the pains and penalties of perjury this 6th day of January, 2012.

Marc Schwegler,
Giants Software, GmbH