Each of these files contains one or more game add-ons. The file modDesc.xml in each add-on provides basic information about what it adds to the game.

None of these files include a game executable, which means that the add-ons can only be used if the game is already installed by the user.

All but one of the mod files has no copyright notice save for a GIANTS Software GmbH notice which appears to be vestigial of a template provided to encourage add-on creation. Only one other file has a copyright notice, and it appears to be a generic notice to "Scripter" for "excerpts" of add-on code. See AA01/mers500g/LADA.lua.

## AA01

This add-on provides a single new vehicle to the game.

### Zebrak's Notes

- http://www.farming-simulator.com/

- http://www.amazon.com/Farming-Simulator-2011-Pc/dp/B004D2OFO8

- http://translate.google.com/translate?hl=en&sl=cs&u=http://ofpmafia.blog.cz/1101/balicek-vozidel-mapy&ei=9lu8TuuaAqHL0QG058HkBA&sa=X&oi=translate&ct=result& resnum=4&ved=0CDIQ7gEwAw&prev=/search%3Fq%3Dhttp://hotfile.com/dl/95486696 /eb78394/AA01.zip.html%26hl%3Den%26prmd%3Dimvns

## BiginParadies

This add-on provides an additional map, including graphics and sound information.

### Zebrak's Notes

- http://www.ls4.pl/topics215/big-in-pradies-vt9708.htm ● http://www.ls-uk.info/d/5/12454 From LUA

## John_Deere_1550_Pack

This file contains four separate add-ons:

- JD_1550 is an add-on that provides four additional vehicles.
- JD612_MG is an add-on that provides one additional vehicle.
- JD625H is an add-on that provides one additional vehicle.
- JOHN_DEERE_TRAILER1 is an add-on that provides four additional vehicles.

**Zebrak's Notes**

● http://www.farming-simulator.com/

● http://www.amazon.com/Farming-Simulator-2011-Pc/dp/B004D2OFO8

## Kaszuby_v2_open_me_mods

This file contains five separate add-ons:

- Kaszuby_v2_by_lechu19 is an add-on that provides an additional map
- oat is an add-on that provides an additional kind of crop
- potato is an add-on that provides an additional kind of crop
- Sugarbeet is an add-on that provides an additional kind of crop
- sunflower is an add-on that provides an additional kind of crop

**Zebrak's Notes**

● http://www.farming-simulator.com/

● http://www.amazon.com/Farming-Simulator-2011-Pc/dp/B004D2OFO8

● http://fs2011mods.com/maps/236-kaszuby-map-v2.html

● http://hotfile.com/dl/90599124/79dbfb8/Kaszuby_v2_open_me_mods.rar.html

## Lexion_460_Pack_open_me_mods

This file contains four separate add-ons:

- CLAAS_C660 is an add-on that provides one additional vehicle.
- CLAAS_Cornspeed_8 is an add-on that provides one additional vehicle.
- CLAAS_Lexion_460 is an add-on that provides one additional vehicle.
- CLAAS_Trailer is an add-on that provides one additional vehicle.

Zebrak's link to www.claas.com points to the website of the actual machine manufacturer

**Zebrak's Notes**

● http://www.farming-simulator.com/

● http://www.amazon.com/Farming-Simulator-2011-Pc/dp/B004D2OFO8

● http://www.claas.com/cl-gr/en/main/start.html

## NHCR9090_2011_v11

This add-on provides five additional vehicles to the game.

The modDesc.xml file lists the author as wohlstandskind. The Readme.txt file includes credits for wohlstandskind, yekk1, GIANTS Software GmbH, Elli, Bigfarmer145, and MxY.rlp.

**Zebrak's Notes**

● http://farmingsimulatorteam.xooit.fr/t231-New-Holland-CR9090-Elevation-v1-1.htm

## sampleModMap

This add-on provides an additional map, including graphics and sound information.

**Zebrak's Notes**

● http://www.giants-software.com/ls11Detail.php

● http://www.filestube.com/source.html?token=3d784f2a0083b9b303e9

## Tatra Ternno 6x6+Trailer

This file contains two separate add-ons:

- TatraTernno6x6LS11b is an add-on that provides one additional vehicle.
- TTG_27T is an add-on that provides one additional vehicle.

**Zebrak's Notes**

● http://www.ls2011-mods.com/?s=Tatra

● http://www.hotfilesearch.com/download/50417988-Tatra-Ternno-6x6+Trailer.rar.html

## VW_18_310

This add-on provides a single new vehicle to the game.

**Zebrak's Notes**

● http://www.farming-simulator.com/

● http://www.farmingsimulator.com/Trucks-Cars/--Other/--Unspecified-341.html

● http://www.amazon.com/gp/product/B004D2OFO8
/ref=pd_lpo_k2_dp_sr_1?pf_rd_p=486539851&pf_rd_s=lpo-top-stripe-1&pf_rd_t=201&
pf_rd_i=B002T9ZVZO&pf_rd_m=ATVPDKIKX0DER&
pf_rd_r=1H1KWFSBY9ZF6KZ8M7WE

## Zonda_Pagani_R

This add-on provides a single new vehicle to the game.

The zip file includes a Readme.txt file. Google translates the Russian text as:

file was downloaded from the site
Www.TruckGame.ru
Do not modify this mod and post it on other sites without indicating the original link!
Author STALKER
email: ✉ shooter362@mail.ru

## Zebrak's Notes

⬤ http://www.filestube.com/search.html?q=http://hotfile.com/dl/70604126/7c0c416/zonda_pagani_r.zip.html ⬤ http://simulatormods.info/tag/pagani-zonda-r/

FarmingSimulator (last edited 2012-01-06 22:58:46 by slerman@elys.com)

End User License Agreement "EULA"

The software product associated with this license is the property of GIANTS Software GmbH and is protected by copyright and other international treaties on intellectual property. By installing, copying or using the software in any form you agree to be bound by the terms of this EULA.

License Grant
You are entitled
- to install the software on a single computer and use it.
- to create one copy of the software product for personal backup purposes.
You may not
- give away, rent or sublicense the whole or parts of the software.
- reverse engineer, decompile or disassemble the whole or parts of the software.
- develop the software further in any form.

Limited Warranty
GIANTS Software ensures that the software will work for a period of ninety (90) days after the acquisition date in accordance with the documentation, assumed that the software was used according to the instructions. GIANTS Software does not guarantee that the use of the software will be uninterrupted or the operation of the Software will be free of errors or secure or that the software can be used for any particular purpose. For a period of ninety (90) days GIANTS Software ensures that the disk which contains the software is free from material or workmanship defects.

Customer claims
The entire liability of GIANTS Software and your exclusive remedy is at the sole discretion of the GIANTS software either (i) return of the price paid or (ii) repair or replacement of the Software. This limited warranty does not apply if failure of the software has resulted from accident, abuse, or improper use is due. For the replacement GIANTS Software only grants a guarantee for the remainder of the original warranty period. A further guarantee is expressly excluded.

Limitation of liability
Neither GIANTS Software or its suppliers will be liable for any damages (included are damages for lost profits, business interruption, loss of business information or data or other pecuniary loss) and will not be liable for damages resulting from the use of the software product or its unavailability, even if GIANTS software has been informed about the possibility of such damage. In any case, the liability of GIANTS Software is limited to the amount you have paid for the software product. This exclusion does not apply to damages caused by intent or gross negligence of GIANTS Software. Claims that are based on inalienable legal rules for the product liability remain untouched.

License for User Generated Content
If you create any User Generated Content for this application, you will still own the User Generated Content (assuming you have rights to own it) but you are giving GIANTS Software the right to use your User Generated Content. If you create, transfer, share, send, submit, post or upload any application related User Generated Content, you grant us certain rights to use it (described below) without getting your further permission or without any form of compensation. In legal terms, by transferring, sharing, sending, submitting, posting, uploading or making available User Generated Content on the Internet, you grant GIANTS Software a worldwide, royalty-free, perpetual, irrevocable, non-exclusive right and fully sub-licensable license to use, copy, reproduce, distribute, publish, publicly perform, publicly display, modify, adapt, translate, archive, store, and create derivative works from your User Generated Content, in any form, format or medium of any kind now known or later developed, and in other forms or media off the Internet. You waive any moral rights you might have with respect to any User Generated Content you provide to us.
In addition, by transferring, sharing, sending, submitting, posting, uploading or making available User Generated Content on the internet, you acknowledge that other users may use your User Generated Content. GIANTS Software is not responsible for enforcing any rights you may have with respect to your User Generated Content against other users. If you have a dispute with another user, you are responsible for contacting other users directly, do not contact GIANTS Software.

Final clause
Invalid agreements in this license agreement do not affect valid agreements.

---

Copyright © 1994-2008 Lua.org, PUC-Rio.

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

---

libjpeg

Copyright © 1991 - 1998 Thomas G. Lane

This software is based in part on the work of the Independent JPEG Group.
Permission for use of this software is granted only if the user accepts full responsibility for any undesirable consequences; the authors accept NO LIABILITY for damages of any kind.

---

NVIDIA Cg

Note that this license covers only some portions of the software, and does
*NOT* apply to any other components you may have obtained at the same
time.  Please see above for more details.
Copyright (c) 2002-2008, NVIDIA Corporation.
NVIDIA Corporation("NVIDIA") supplies this software to you in consideration of
your agreement to the following terms, and your use, installation,
modification or redistribution of this NVIDIA software constitutes acceptance
of these terms.If you do not agree with these terms, please do not use,
install, modify or redistribute this NVIDIA software.

In consideration of your agreement to abide by the following terms, and
subject to these terms, NVIDIA grants you a personal, non-exclusive license,
under NVIDIA's copyrights in this original NVIDIA software (the "NVIDIA
Software"), to use, reproduce, modify and redistribute the NVIDIA Software,
with or without modifications, in source and/or binary forms; provided that if
you redistribute the NVIDIA Software, you must retain the copyright notice of
NVIDIA, this notice and the following text and disclaimers in all such

redistributions of the NVIDIA Software. Neither the name, trademarks, service marks nor logos of NVIDIA Corporation may be used to endorse or promote products derived from the NVIDIA Software without specific prior written permission from NVIDIA.Except as expressly stated in this notice, no other rights or licenses express or implied, are granted by NVIDIA herein, including but not limited to any patent rights that may be infringed by your derivative works or by other works in which the NVIDIA Software may be incorporated. No hardware is licensed hereunder.
THE NVIDIA SOFTWARE IS BEING PROVIDED ON AN "AS IS" BASIS, WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, WARRANTIES OR CONDITIONS OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR ITS USE AND OPERATION EITHER ALONE OR IN COMBINATION WITH OTHER PRODUCTS.
IN NO EVENT SHALL NVIDIA BE LIABLE FOR ANY SPECIAL, INDIRECT, INCIDENTAL, EXEMPLARY, CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, LOST PROFITS; PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) OR ARISING IN ANY WAY OUT OF THE USE, REPRODUCTION, MODIFICATION AND/OR DISTRIBUTION OF THE NVIDIA SOFTWARE, HOWEVER CAUSED AND WHETHER UNDER THEORY OF CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY OR OTHERWISE, EVEN IF NVIDIA HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

---

NVIDIA PhysX

This End User License Agreement (the "Agreement") is a legal agreement between you (either individually or an entity) ("You" or "Your") and NVIDIA Corporation ("NVIDIA") regarding the use of the NVIDIA® PhysX™ Driver and any accompanying documentation (collectively, the "Software").

YOU MUST READ AND AGREE TO THE TERMS OF THIS AGREEMENT BEFORE ANY SOFTWARE CAN BE DOWNLOADED OR INSTALLED OR USED. BY CLICKING ON THE "AGREE" BUTTON OF THIS AGREEMENT, OR INSTALLING SOFTWARE, OR USING SOFTWARE, YOU ARE AGREEING TO BE BOUND BY THE TERMS AND CONDITIONS OF THIS AGREEMENT. IF YOU DO NOT AGREE WITH THE TERMS AND CONDITIONS OF THIS AGREEMENT, THEN YOU SHOULD EXIT THIS PAGE, NOT INSTALL OR USE ANY SOFTWARE, AND DESTROY ALL COPIES OF THE SOFTWARE THAT YOU HAVE DOWNLOADED. BY DOING SO YOU FOREGO ANY IMPLIED OR STATED RIGHTS TO DOWNLOAD OR INSTALL OR USE SOFTWARE.

NVIDIA MAY MODIFY THE TERMS OF THIS AGREEMENT FROM TIME TO TIME. ANY USE OF THE PHYSX SDK WILL BE SUBJECT TO SUCH UPDATED TERMS. A CURRENT VERSION OF THIS AGREEMENT IS POSTED ON NVIDIA'S DEVELOPER WEBSITE: www.developer.nvidia.com/object/physx_eula.html

This license is only granted to and only may be used by You. NVIDIA grants You a limited, non-exclusive, non-transferable license to use the provided Software for evaluation, testing and production purposes according to the terms set forth below:

1. Use of the Software.
a. You may use, display and reproduce the NVIDIA PhysX Driver on Licensed Platforms only. For purposes of this Agreement, "Licensed Platforms" shall include the following:

- Any PC or Apple Mac computer with a NVIDIA CUDA-enabled processor executing NVIDIA PhysX;
- Any PC or Apple Mac computer running NVIDIA PhysX software executing on the primary central processing unit of the PC only;
- Any PC utilizing an AGEIA PhysX processor executing NVIDIA PhysX code;
- Microsoft XBOX 360™;
- Nintendo® Wii™; and/or
- Sony Playstation®3

b.  You may not and shall not permit others to:
(i)  modify, translate, reverse engineer, decompile, decrypt, disassemble or otherwise attempt to defeat, avoid, bypass, remove, deactivate or otherwise circumvent any software protection mechanisms in the Software, including without limitation any such mechanism used to restrict or control the functionality of the Software, or to derive the source code or the underlying ideas, algorithms, structure or organization from the Software;
(ii)  alter, adapt, modify or translate the Software in any way for any purpose, including without limitation error correction;
(iii)  rent, loan, lease, transfer or grant  any rights in the Software or modifications thereof in any form to any person without the prior written consent of NVIDIA.

c.  Distribution Rights. This license grants the right to distribute the Software as part of a Physics Application (For purposes of this Agreement, Physics Application shall mean a software application designed for use and fully compatible with the PhysX SDK and or NVIDIA Graphics processor products, including but not limited to, a video game, visual simulation, movie, or other product).and is subject to an end user license agreement including language that (a) prohibits the end user from modifying, reproducing, de-compiling, reverse engineering or translating the Software; (b) prohibits the end user from distributing or transferring the Software other than as part of the Physics Application; (c) disclaims any and all warranties on behalf of NVIDIA and its affiliated companies and licensors; (d) disclaims, to the maximum extent permitted by law, NVIDIA's, its affiliated companies and its licensors' liability for all damages, direct or indirect, incidental or consequential, that may arise from any use of the Software and/or Physics Application; (e) requires the end user to agree not to export the Software and/or Physics Application,  directly or indirectly, in violation of any U.S. laws; and (f) licenses the Software or  any portions thereof for use only in conjunction with the Licensed Platforms.

2. Ownership. This license is not a sale. Title, copyrights and all other rights to the Software and any copy made by You remain with NVIDIA and its suppliers and licensors. Unauthorized copying of the Software, or failure to comply with the license restrictions set forth in Section 1(b) above, will result in automatic termination of this license and will make available to NVIDIA other legal remedies.

3. Termination. This license is effective once You click the "AGREE" button of this Agreement, or install or use the Software, and will continue until terminated. Unauthorized copying of the Software, Your failure to comply with the above restrictions or Your failure to comply with any terms of this Agreement will result in automatic termination of this Agreement and will make available to NVIDIA other legal remedies. Upon termination of this license for any reason You will destroy all copies of the Software. Any use of the Software after termination is unlawful. Upon termination of this Agreement, all rights granted to You in this Agreement shall immediately terminate. NVIDIA's rights and Your obligations under this Agreement shall survive any termination of this Agreement.

4. Trademarks. Certain of the product names used in this Agreement and the Software constitute trademarks, trade names, trade dress, or service  marks ("Trademarks") of NVIDIA or other third

parties. You are not authorized to use any such Trademarks for any purpose.

5. No Warranty. THE SOFTWARE IS BEING DELIVERED TO YOU "AS IS" AND NVIDIA MAKES NO WARRANTIES WHATSOEVER WITH RESPECT TO THE SOFTWARE. NVIDIA AND ITS SUPPLIERS AND LICENSORS MAKE AND YOU RECEIVE NO OTHER WARRANTIES OR CONDITIONS, EXPRESS, IMPLIED, STATUTORY OR OTHERWISE OR IN ANY COMMUNICATION WITH YOU, AND NVIDIA ANDITS SUPPLIERS AND LICENSORS SPECIFICALLY DISCLAIM ANY IMPLIED WARRANTY OF MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE OR NONINFRINGEMENT AND THEIR EQUIVALENTS. NVIDIA does not warrant that the operation of the Software will be uninterrupted or error free or that the Software will meet Your specific requirements.

SOME STATES OR OTHER JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU. YOU MAY ALSO HAVE OTHER RIGHTS THAT VARY FROM STATE TO STATE AND JURISDICTION TO JURISDICTION.

6. Limitation of Liability. IN NO EVENT WILL NVIDIA, ITS SUPPLIERS OR ITS LICENSORS BE LIABLE FOR LOSS OF OR CORRUPTION TO DATA, LOST PROFITS OR LOSS OF CONTRACTS, COST OF PROCUREMENT OF SUBSTITUTE PRODUCTS OR OTHER SPECIAL, INCIDENTAL, PUNITIVE, CONSEQUENTIAL OR INDIRECT DAMAGES, LOSSES, COSTS OR EXPENSES OF ANY KIND ARISING FROM THE SUPPLY OR USE OF THE SOFTWARE, HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY (INCLUDING WITHOUT LIMITATION NEGLIGENCE). THIS LIMITATION WILL APPLY EVEN IF NVIDIA OR AN AUTHORIZED DISTRIBUTOR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND NOTWITHSTANDING THE FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY EXCEPT TO THE EXTENT THAT LIABILITY MAY NOT BY LAW BE LIMITED OR EXCLUDED. YOU ACKNOWLEDGE THAT THE LACK OF A REQUIRED PAYMENT BY YOU FOR THE SOFTWARE REFLECT THIS ALLOCATION OF RISK.

SOME STATES OR OTHER JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATIONS AND EXCLUSIONS MAY NOT APPLY TO YOU.

7. Indemnity. You agree to indemnify and hold NVIDIA, its successors, assigns, subsidiaries, affiliates, officers, directors, agents, and employees harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out of Your failure to comply with this Agreement or Your violation of any law or the rights of any third party.

8. Legal Compliance. You agree that You shall fully comply with all applicable laws, statutes, ordinances and regulations regarding Your use of the Software.

9. Governing Law and General Provisions. This Agreement shall not be governed by the 1980 U.N. Convention on Contracts for the International Sale of Goods; rather, this Agreement and the performance of the parties hereunder shall be construed in accordance with and governed by the laws of the State of California, U.S.A., except for its conflict of law rules. The exclusive jurisdiction and venue of any action arising out of or related to this Agreement will be either the state or federal courts in Santa Clara County, California, U.S.A., and the parties agree and submit to the personal and exclusive jurisdiction and venue of these courts. This Agreement is the entire agreement between You and NVIDIA and supersedes any other communications, representations or advertising with respect to the Software. If any provision of this Agreement is held invalid or unenforceable, such provision shall be revised to the extent necessary to cure the invalidity or unenforceability, and the remainder of the Agreement shall continue in full force and effect. Failure to prosecute a party's rights with respect to a

default hereunder will not constitute a waiver of the right to enforce rights with respect to the same or any other breach. If You are acquiring the Software on behalf of any part of the U.S. Government, the following provisions apply. The Software programs and documentation are deemed to be "Commercial computer software" and "Commercial computer software documentation" respectively, pursuant to DFAR Section 227.7202 and FAR 12.212(b), as applicable. Any use, modification, reproduction, release, performance, display or disclosure of the Software programs and/or documentation by the U.S. Government or any of its agencies shall be governed solely by the terms of this Agreement and shall be prohibited except to the extent expressly permitted by the terms of this Agreement. Any technical data provided that is not covered by the above provisions is deemed to be "Technical data-commercial items" pursuant to DFAR Section 227.7015(a). Any use, modification, reproduction, release, performance, display or disclosure of such technical data shall be governed by the terms of DFAR Section 227.7015(b).

10. Questions. Should You have any questions relating to this Agreement, or if You desire to contact NVIDIA for any reason, please contact physxlicensing@NVIDIA.com.

NVIDIA PhysX, Copyright © 2008 NVIDIA Corporation. All rights reserved.  AGEIA PhysX, Copyright © 2002-2008 AGEIA Technologies, Inc.  All rights reserved.  NovodeX Physics SDK, Copyright © 2001-2006 NovodeX.  All rights reserved.
http://www.NVIDIA.com

---

Copyright (c) 2005-2009, Thomas BERNARD
All rights reserved.

Redistribution and use in source and binary forms, with or without modification, are permitted provided that the following conditions are met:

  * Redistributions of source code must retain the above copyright notice,
    this list of conditions and the following disclaimer.
  * Redistributions in binary form must reproduce the above copyright notice,
    this list of conditions and the following disclaimer in the documentation
    and/or other materials provided with the distribution.
  * The name of the author may not be used to endorse or promote products
     derived from this software without specific prior written permission.

THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS AND CONTRIBUTORS "AS IS" AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED. IN NO EVENT SHALL THE COPYRIGHT OWNER OR CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

---

MICROSOFT SOFTWARE LICENSE TERMS
MICROSOFT DIRECTX END USER RUNTIME
These license terms are an agreement between Microsoft Corporation (or based on where you live, one of its affiliates)

and you. Please read them. They apply to the software named above, which includes the media on which you received it, if any. The terms also apply to any Microsoft
* updates,
* supplements,
* Internet-based services, and
* support services
for this software, unless other terms accompany those items. If so, those terms apply.
BY USING THE SOFTWARE, YOU ACCEPT THESE TERMS. IF YOU DO NOT ACCEPT THEM, DO NOT USE THE SOFTWARE.
If you comply with these license terms, you have the rights below.
1. INSTALLATION AND USE RIGHTS. You may install and use any number of copies of the software on your devices.
2. SCOPE OF LICENSE. The software is licensed, not sold. This agreement only gives you some rights to use the software. Microsoft reserves all other rights. Unless applicable law gives you more rights despite this limitation, you may use the software only as expressly permitted in this agreement. In doing so, you must comply with any technical limitations in the software that only allow you to use it in certain ways.   You may not
* work around any technical limitations in the software;
* reverse engineer, decompile or disassemble the software, except and only to the extent that applicable law expressly permits, despite this limitation;
* make more copies of the software than specified in this agreement or allowed by applicable law, despite this limitation;
* publish the software for others to copy;
* rent, lease or lend the software;
* transfer the software or this agreement to any third party; or
* use the software for commercial software hosting services.
3. BACKUP COPY. You may make one backup copy of the software. You may use it only to reinstall the software.
4. DOCUMENTATION. Any person that has valid access to your computer or internal network may copy and use the documentation for your internal, reference purposes.
5. EXPORT RESTRICTIONS. The software is subject to United States export laws and regulations. You must comply with all domestic and international export laws and regulations that apply to the software. These laws include restrictions on destinations, end users and end use. For additional information, see www.microsoft.com/exporting.
6. SUPPORT SERVICES. Because this software is "as is," we may not provide support services for it.
7. ENTIRE AGREEMENT. This agreement, and the terms for supplements, updates, Internet-based services and support services that you use, are the entire agreement for the software and support services.
8. APPLICABLE LAW.
a. United States. If you acquired the software in the United States, Washington state law governs the interpretation of this agreement and applies to claims for breach of it, regardless of conflict of laws principles. The laws of the state where you live govern all other claims, including claims under state consumer protection laws, unfair competition laws, and in tort.
b. Outside the United States. If you acquired the software in any other country, the laws of that country apply.
9. LEGAL EFFECT. This agreement describes certain legal rights. You may have other rights under the laws of your country. You may also have rights with respect to the party from whom you acquired the software. This agreement does not change your rights under the laws of your country if the laws of your country do not permit it to do so.
10. DISCLAIMER OF WARRANTY. THE SOFTWARE IS LICENSED "AS-IS." YOU BEAR THE RISK OF USING IT. MICROSOFT GIVES NO EXPRESS WARRANTIES, GUARANTEES OR CONDITIONS. YOU MAY HAVE ADDITIONAL CONSUMER RIGHTS UNDER YOUR LOCAL LAWS WHICH THIS AGREEMENT CANNOT CHANGE. TO THE EXTENT PERMITTED UNDER YOUR LOCAL LAWS, MICROSOFT EXCLUDES THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.
11. LIMITATION ON AND EXCLUSION OF REMEDIES AND DAMAGES. YOU CAN RECOVER FROM MICROSOFT AND ITS SUPPLIERS ONLY DIRECT DAMAGES UP TO U.S. $5.00. YOU CANNOT RECOVER ANY OTHER DAMAGES, INCLUDING CONSEQUENTIAL, LOST PROFITS, SPECIAL, INDIRECT OR INCIDENTAL DAMAGES.
This limitation applies to

* anything related to the software, services, content (including code) on third party Internet sites, or third party programs; and
* claims for breach of contract, breach of warranty, guarantee or condition, strict liability, negligence, or other tort to the extent permitted by applicable law.

It also applies even if Microsoft knew or should have known about the possibility of the damages.  The above limitation or exclusion may not apply to you because your country may not allow the exclusion or limitation of incidental, consequential or other damages.

Untitled
From: Marc Schwegler [mailto:mschwegler@giants-software.com]
Sent: Thursday, January 05, 2012 12:38 PM
To: Evan@CFWLegal.com
Subject: Re: I Have Added You to a Folder on ShareFile

Hallo again Evan

Thank you I got the files as well and checked them all.

They are all free mods created by fans of our game and are legal to share anywhere
on the web including Hotfile.

The items do not infringe on our copyrights and do not contain cracks, serial keys
or similar illegal software which would compromise our products.

May I ask why you became aware of those exact mods, did another user complain about
them being hosted there?

Thank you for your commitment to keep hotfile free of illegal activities and

best regards

Marc

# EXHIBIT H

END-USER LICENSE AGREEMENT FOR MICROSOFT SOFTWARE
DirectX 9.0 Software Development Kit Update (October 2004)

IMPORTANT-READ CAREFULLY: This End-User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and Microsoft Corporation ("Microsoft") for the Microsoft software that accompanies this EULA, which includes computer software and may include associated media, printed materials, "online" or electronic documentation, and Internet-based services ("Software"). An amendment or addendum to this EULA may accompany the Software. YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA BY INSTALLING, COPYING, OR OTHERWISE USING THE SOFTWARE. IF YOU DO NOT AGREE, DO NOT INSTALL, COPY, OR USE THE SOFTWARE; YOU MAY RETURN IT TO YOUR PLACE OF PURCHASE (IF APPLICABLE) FOR A FULL REFUND.

1.    GRANTS OF LICENSE. Microsoft grants you the following rights provided that you comply with all terms and conditions of this EULA:
    1.1    General License Grant. Microsoft grants to you as an individual, a personal, nonexclusive license to make and use copies of the Software for the purposes of designing, developing, and testing your software product(s), provided that you are the only individual using the Software.
        If you are an entity, Microsoft grants to you a personal, nonexclusive license to make and use copies of the Software, provided that for each individual using the Software within your organization, you have acquired a separate and valid license for each such individual.
    1.2    Documentation. You may make and use an unlimited number of copies of any documentation, provided that such copies shall be used only for personal purposes and are not to be republished or distributed (either in hard copy or electronic form) beyond your premises.
    1.3    Storage/Network Use. You may also store or install a copy of the Software on a storage device, such as a network server, used only to install or run the Software on computers used by a licensed end user in accordance with Section 1.1. A single license for the Software may not be shared or used concurrently by multiple end users.
2.    ADDITIONAL LICENSE RIGHTS - REDISTTIBUTABLE CODE.
In addition to the rights granted in Section 1, certain portions of the Software, as described in this Section 2, are provided to you with additional license rights. These additional license rights are conditioned upon your compliance with the distribution requirements and license restrictions described in Section 3.
    2.1    Sample Code.
        (a) Microsoft grants you the right to: (i) use and modify the source code version of those portions of the Software identified as "Samples" in the Software ("Sample Code") for the sole purposes of designing, developing, and testing your software product(s), and (ii) a limited, nonexclusive, royalty-free right to reproduce and distribute the Sample Code, along with any modifications thereof, in object and/or source code form. For applicable redistribution requirements for Sample Code, see Section 3 below.
        (b) Software Sample Code is identified as all of the files in the following directories and subdirectories of the Software Download:
        <Installed SDK Location>\DXSdk\Samples\C++
        <Installed SDK Location>\DXSdk\Samples\Managed
        <Installed SDK Location>\DXSdk\Samples\Media
        <Installed SDK Location>\DXSdk\Utilities\MView
        <Installed SDK Location>\DXSdk\Utilities\Content Creation Tool Plug-Ins
        <SDK CD ROOT>\Extras\Direct3D\Plug-Ins
        <SDK CD ROOT>\Extras\DirectShow
    2.2    Redistributable Code. Microsoft grants you a nonexclusive, royalty-free right to reproduce and distribute the object code form of any portion of the Software listed in <Installed SDK Location>\DXSDK\Documentation\License Agreements\DirectX Redist.TXT ("Redistributable Code"). For general redistribution requirements for Redistributable Code, see Section 3 below.
3.    DISTRIBUTION REQUIREMENTS AND OTHER LICENSE LIMITATIONS.
If you choose to exercise your rights under Section 2, any redistribution by you is subject to your compliance with Section 3.
    3.1    General Distribution Requirements.

(a) If you choose to redistribute Sample Code, or Redistributable Code (collectively, the "Redistributables") as described in Section 2, you agree: (i) except as otherwise noted in Section 2.1 (Sample Code), to distribute the Redistributables only in object code form and in conjunction with and as a part of a software application product developed by you that adds significant and primary functionality to the Redistributables ("Licensee Software"); (ii) that the Redistributables only operate in conjunction with Microsoft Windows platforms; (iii) that if the Licensee Software is distributed beyond Licensee's premises or externally from Licensee's organization, to distribute the Licensee Software containing the Redistributables pursuant to an end user license agreement (which may be "break-the-seal", "click-wrap" or signed), with terms no less protective than those contained in this EULA; (iv) not to use Microsoft's name, logo, or trademarks to market the Licensee Software; (v) to display your own valid copyright notice which shall be sufficient to protect Microsoft's copyright in the Software; (vi) not to remove or obscure any copyright, trademark or patent notices that appear on the Software as delivered to you; (vii) to indemnify, hold harmless, and defend Microsoft from and against any claims or lawsuits, including attorney's fees, that arise or result from the use or distribution of the Licensee Software; (viii) to otherwise comply with the terms of this EULA; and (ix) that Microsoft reserves all rights not expressly granted.

You also agree not to permit further distribution of the Redistributables by your end users except you may permit further redistribution of the Redistributables by your distributors to your end-user customers if your distributors only distribute the Redistributables in conjunction with, and as part of, the Licensee Software, you comply with all other terms of this EULA, and your distributors comply with all restrictions of this EULA that are applicable to you.

(b) If you use the Redistributables, then in addition to your compliance with the applicable distribution requirements described for the Redistributables, the following also applies. Your license rights to the Redistributables are conditioned upon your not (i) creating derivative works of the Redistributables in any manner that would cause the Redistributables in whole or in part to become subject to any of the terms of an Excluded License; or (ii) distributing the Redistributables (or derivative works thereof) in any manner that would cause the Redistributables to become subject to any of the terms of an Excluded License. "Excluded License" means any license that requires as a condition of use, modification and/or distribution of software subject to the Excluded License, that such software or other software combined and/or distributed with such software be (x) disclosed or distributed in source code form; (y) licensed for the purpose of making derivative works; or (z) redistributable at no charge.

3.2   Use of PIX tool. You may use the PIX tool solely for internal debugging, development, and performance data collection with respect to Licensee Software developed by you using the Software. You shall not use any performance information or other diagnostic data collected through the use of the PIX tool to market Licensee Software.

4.   RESERVATION OF RIGHTS AND OWNERSHIP. Microsoft reserves all rights not expressly granted to you in this EULA. The Software is protected by copyright and other intellectual property laws and treaties. Microsoft or its suppliers own the title, copyright, and other intellectual property rights in the Software. The Software is licensed, not sold.

5.   LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

6.   NO RENTAL/COMMERCIAL HOSTING. You may not rent, lease, lend or provide commercial hosting services with the Software.

7.   CONSENT TO USE OF DATA. You agree that Microsoft and its affiliates may collect and use technical information gathered as part of the product support services provided to you, if any, related to the Software. Microsoft may use this information solely to improve our products or to provide customized services or technologies to you and will not disclose this information in a form that personally identifies you.

8.   ADDITIONAL SOFTWARE/SERVICES. This EULA applies to updates, supplements, add-on components, or Internet-based services components, of the Software that Microsoft may provide to you or make available to you after the date you obtain your initial copy of the Software, unless we provide other terms along with the update, supplement, add-on component, or Internet-based services component. Microsoft reserves the right to discontinue any Internet-based services provided to you or made available to you through the use of the Software.

9.   UPGRADES/DOWNGRADES.

Upgrades. To use Software identified as an upgrade, you must first be licensed for the software identified by Microsoft as eligible for the upgrade. After upgrading, you may no longer use the software that formed the basis for your upgrade eligibility.

Downgrades. Instead of installing and using the Software, you may install and use one copy of an earlier version

of the Software, provided that you completely remove such earlier version and install the original Software within a reasonable time. Your use of such earlier version shall be governed by this EULA, and your rights to use such earlier version shall terminate when you install the Software.

10.    NOT FOR RESALE SOFTWARE. Software identified as "Not For Resale" or "NFR," may not be sold or otherwise transferred for value, or used for any purpose other than demonstration, test or evaluation.

11.    ACADEMIC EDITION SOFTWARE. To use Software identified as "Academic Edition" or "AE," you must be a "Qualified Educational User." For qualification-related questions, please contact the Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399 or the Microsoft subsidiary serving your country.

12.    EXPORT RESTRICTIONS. You acknowledge that the Software is subject to U.S. export jurisdiction. You agree to comply with all applicable international and national laws that apply to the Software, including the U.S. Export Administration Regulations, as well as end-user, end-use, and destination restrictions issued by U.S. and other governments. For additional information see <http://www.microsoft.com/exporting/>.

13.    SOFTWARE TRANSFER. The initial user of the Software may make a one-time permanent transfer of this EULA and Software to another end user, provided the initial user retains no copies of the Software. This transfer must include all of the Software (including all component parts, the media and printed materials, any upgrades, this EULA, and, if applicable, the Certificate of Authenticity). The transfer may not be an indirect transfer, such as a consignment. Prior to the transfer, the end user receiving the Software must agree to all the EULA terms.

14.    TERMINATION. Without prejudice to any other rights, Microsoft may terminate this EULA if you fail to comply with the terms and conditions of this EULA. In such event, you must destroy all copies of the Software and all of its component parts.

15.    DISCLAIMER OF WARRANTIES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, MICROSOFT AND ITS SUPPLIERS PROVIDE THE SOFTWARE AND SUPPORT SERVICES (IF ANY) AS IS AND WITH ALL FAULTS, AND HEREBY DISCLAIM ALL OTHER WARRANTIES AND CONDITIONS, WHETHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, ANY (IF ANY) IMPLIED WARRANTIES, DUTIES OR CONDITIONS OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OF RELIABILITY OR AVAILABILITY, OF ACCURACY OR COMPLETENESS OF RESPONSES, OF RESULTS, OF WORKMANLIKE EFFORT, OF LACK OF VIRUSES, AND OF LACK OF NEGLIGENCE, ALL WITH REGARD TO THE SOFTWARE, AND THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT OR OTHER SERVICES, INFORMATION, SOFTWARE, AND RELATED CONTENT THROUGH THE SOFTWARE OR OTHERWISE ARISING OUT OF THE USE OF THE SOFTWARE. ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE SOFTWARE.

16.    EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MICROSOFT OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY, FOR FAILURE TO MEET ANY DUTY INCLUDING OF GOOD FAITH OR OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE SOFTWARE, THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT OR OTHER SERVICES, INFORMATION, SOFTWARE, AND RELATED CONTENT THROUGH THE SOFTWARE OR OTHERWISE ARISING OUT OF THE USE OF THE SOFTWARE, OR OTHERWISE UNDER OR IN CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), MISREPRESENTATION, STRICT LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF MICROSOFT OR ANY SUPPLIER, AND EVEN IF MICROSOFT OR ANY SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

17.    LIMITATION OF LIABILITY AND REMEDIES. NOTWITHSTANDING ANY DAMAGES THAT YOU MIGHT INCUR FOR ANY REASON WHATSOEVER (INCLUDING, WITHOUT LIMITATION, ALL DAMAGES REFERENCED HEREIN AND ALL DIRECT OR GENERAL DAMAGES IN CONTRACT OR ANYTHING ELSE), THE ENTIRE LIABILITY OF MICROSOFT AND ANY OF ITS SUPPLIERS UNDER ANY PROVISION OF THIS EULA AND YOUR EXCLUSIVE REMEDY HEREUNDER SHALL BE LIMITED TO THE GREATER OF THE ACTUAL DAMAGES YOU INCUR IN REASONABLE RELIANCE ON THE SOFTWARE UP TO THE AMOUNT ACTUALLY PAID BY YOU FOR THE SOFTWARE OR US$5.00. THE FOREGOING

LIMITATIONS, EXCLUSIONS AND DISCLAIMERS SHALL APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, EVEN IF ANY REMEDY FAILS ITS ESSENTIAL PURPOSE.

18.     U.S. GOVERNMENT LICENSE RIGHTS. All Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995 is provided with the commercial license rights and restrictions described elsewhere herein. All Software provided to the U.S. Government pursuant to solicitations issued prior to December 1, 1995 is provided with "Restricted Rights" as provided for in FAR, 48 CFR 52.227-14 (JUNE 1987) or DFAR, 48 CFR 252.227-7013 (OCT 1988), as applicable.

19.     APPLICABLE LAW. If you acquired this Software in the United States, this EULA is governed by the laws of the State of Washington. If you acquired this Software in Canada, unless expressly prohibited by local law, this EULA is governed by the laws in force in the Province of Ontario, Canada; and, in respect of any dispute which may arise hereunder, you consent to the jurisdiction of the federal and provincial courts sitting in Toronto, Ontario. If you acquired this Software in the European Union, Iceland, Norway, or Switzerland, then local law applies. If you acquired this Software in any other country, then local law may apply.

20.     ENTIRE AGREEMENT; SEVERABILITY. This EULA (including any addendum or amendment to this EULA which is included with the Software) is the entire agreement between you and Microsoft relating to the Software and the support services (if any) and it supersedes all prior or contemporaneous oral or written communications, proposals and representations with respect to the Software or any other subject matter covered by this EULA. To the extent the terms of any Microsoft policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control. If any provision of this EULA is held to be void, invalid, unenforceable or illegal, the other provisions shall continue in full force and effect.


Si vous avez acquis votre produit Microsoft au CANADA, la garantie limitee suivante s'applique :

DENI DE GARANTIES. DANS LA MESURE MAXIMALE PERMISE PAR LES LOIS APPLICABLES, LE LOGICIEL ET LES SERVICES DE SOUTIEN TECHNIQUE (LE CAS ECHEANT) SONT FOURNIS TELS QUELS ET AVEC TOUS LES DEFAUTS PAR MICROSOFT ET SES FOURNISSEURS, LESQUELS PAR LES PRESENTES DENIENT TOUTES AUTRES GARANTIES ET CONDITIONS EXPRESSES, IMPLICITES OU EN VERTU DE LA LOI, NOTAMMENT, MAIS SANS LIMITATION, (LE CAS ECHEANT) LES GARANTIES, DEVOIRS OU CONDITIONS IMPLICITES DE QUALITE MARCHANDE, D'ADAPTATION A UNE FIN PARTICULIERE, DE FIABILITE OU DE DISPONIBILITE, D'EXACTITUDE OU D'EXHAUSTIVITE DES REPONSES, DES RESULTATS, DES EFFORTS DEPLOYES SELON LES REGLES DE L'ART, D'ABSENCE DE VIRUS ET D'ABSENCE DE NEGLIGENCE, LE TOUT A L'EGARD DU LOGICIEL ET DE LA PRESTATION OU DE L'OMISSION DE LA  PRESTATION DES SERVICES DE SOUTIEN TECHNIQUE OU A L'EGARD DE LA FOURNITURE OU DE L'OMISSION DE LA FOURNITURE DE TOUS AUTRES SERVICES, RENSEIGNEMENTS, LOGICIELS, ET CONTENU QUI S'Y RAPPORTE  GRACE AU LOGICIEL OU PROVENANT AUTREMENT DE L'UTILISATION DU LOGICIEL . PAR AILLEURS, IL N'Y A AUCUNE GARANTIE OU CONDITION QUANT AU TITRE DE PROPRIETE, A LA JOUISSANCE OU LA POSSESSION PAISIBLE, A LA CONCORDANCE A UNE DESCRIPTION NI QUANT A UNE ABSENCE DE CONTREFACON CONCERNANT LE LOGICIEL.

EXCLUSION DES DOMMAGES ACCESSOIRES, INDIRECTS ET DE CERTAINS AUTRES DOMMAGES. DANS LA MESURE MAXIMALE PERMISE PAR LES LOIS APPLICABLES, EN AUCUN CAS MICROSOFT OU SES FOURNISSEURS NE SERONT RESPONSABLES DES DOMMAGES SPECIAUX, CONSECUTIFS, ACCESSOIRES OU INDIRECTS DE QUELQUE NATURE QUE CE SOIT (NOTAMMENT, LES DOMMAGES A L'EGARD DU MANQUE A GAGNER OU DE LA DIVULGATION DE RENSEIGNEMENTS CONFIDENTIELS OU AUTRES, DE LA PERTE D'EXPLOITATION, DE BLESSURES CORPORELLES, DE LA VIOLATION DE LA VIE PRIVEE, DE L'OMISSION DE REMPLIR TOUT DEVOIR, Y COMPRIS D'AGIR DE BONNE FOI OU D'EXERCER UN SOIN RAISONNABLE, DE LA NEGLIGENCE ET DE TOUTE AUTRE PERTE PECUNIAIRE OU AUTRE PERTE DE QUELQUE NATURE QUE CE SOIT) SE RAPPORTANT DE QUELQUE MANIERE QUE CE SOIT A L'UTILISATION DU LOGICIEL OU A L'INCAPACITE DE S'EN SERVIR, A LA PRESTATION OU A L'OMISSION DE LA PRESTATION DE SERVICES DE SOUTIEN TECHNIQUE OU A LA FOURNITURE OU A L'OMISSION DE LA FOURNITURE DE TOUS AUTRES SERVICES, RENSEIGNEMENTS, LOGICIELS, ET CONTENU QUI S'Y RAPPORTE  GRACE AU LOGICIEL OU PROVENANT AUTREMENT DE L'UTILISATION DU LOGICIEL OU AUTREMENT AUX TERMES DE TOUTE DISPOSITION DE LA PRESENTE CONVENTION OU RELATIVEMENT A UNE TELLE DISPOSITION, MEME EN CAS DE FAUTE, DE DELIT CIVIL (Y COMPRIS LA NEGLIGENCE), DE RESPONSABILITE STRICTE, DE VIOLATION DE CONTRAT OU DE

VIOLATION DE GARANTIE DE MICROSOFT OU DE TOUT FOURNISSEUR ET MEME SI MICROSOFT OU TOUT FOURNISSEUR A ETE AVISE DE LA POSSIBILITE DE TELS DOMMAGES.

LIMITATION DE RESPONSABILITE ET RECOURS. MALGRE LES DOMMAGES QUE VOUS PUISSIEZ SUBIR POUR QUELQUE MOTIF QUE CE SOIT (NOTAMMENT, MAIS SANS LIMITATION, TOUS LES DOMMAGES SUSMENTIONNES ET TOUS LES DOMMAGES DIRECTS OU GENERAUX OU AUTRES), LA SEULE RESPONSABILITE DE MICROSOFT ET DE L'UN OU L'AUTRE DE SES FOURNISSEURS AUX TERMES DE TOUTE DISPOSITION DE LA PRESENTE CONVENTION ET VOTRE RECOURS EXCLUSIF A L'EGARD DE TOUT CE QUI PRECEDE SE LIMITE AU PLUS ELEVE ENTRE LES MONTANTS SUIVANTS : LE MONTANT QUE VOUS AVEZ REELLEMENT PAYE POUR LE LOGICIEL OU 5,00 $US. LES LIMITES, EXCLUSIONS ET DENIS QUI PRECEDENT (Y COMPRIS LES CLAUSES CI-DESSUS), S'APPLIQUENT DANS LA MESURE MAXIMALE PERMISE PAR LES LOIS APPLICABLES, MEME SI TOUT RECOURS N'ATTEINT PAS SON BUT ESSENTIEL.

A moins que cela ne soit prohibe par le droit local applicable, la presente Convention est regie par les lois de la province d'Ontario, Canada. Vous consentez a la competence des tribunaux federaux et provinciaux siegeant a Toronto, dans la province d'Ontario.

Au cas ou vous auriez des questions concernant cette licence ou que vous desiriez vous mettre en rapport avec Microsoft pour quelque raison que ce soit, veuillez utiliser l'information contenue dans le Logiciel pour contacter la filiale de Microsoft desservant votre pays, ou visitez Microsoft sur le World Wide Web a http://www.microsoft.com.

MICROSOFT DirectX 9.0c

SUPPLEMENTAL END USER LICENSE AGREEMENT FOR MICROSOFT SOFTWARE ("Supplemental EULA")

IMPORTANT: READ CAREFULLY - These Microsoft Corporation ("Microsoft") operating system components, including any "online" or electronic documentation ("OS
Components") are subject to the terms and conditions of the agreement under which you have licensed the applicable Microsoft operating system product described below (each an "End User License Agreement" or "EULA") and the terms and conditions of this Supplemental EULA. BY INSTALLING, COPYING OR OTHERWISE USING THE OS COMPONENTS, YOU AGREE TO BE BOUND BY THE TERMS AND CONDITIONS OF THE APPLICABLE OPERATING SYSTEM PRODUCT EULA AND THIS SUPPLEMENTAL EULA. IF YOU DO NOT AGREE TO THESE TERMS AND CONDITIONS, DO NOT INSTALL, COPY OR USE THE OS COMPONENTS.

NOTE: IF YOU DO NOT HAVE A VALIDLY LICENSED COPY OF ANY VERSION OR EDITION OF MICROSOFT WINDOWS XP MEDIA CENTER EDITION, MICROSOFT WINDOWS 95, WINDOWS 98, WINDOWS NT 4.0 WINDOWS 2000 OPERATING SYSTEM OR ANY MICROSOFT OPERATING SYSTEM THAT IS A SUCCESSOR TO ANY OF THOSE OPERATING SYSTEMS (each an "OS Product"), YOU ARE NOT AUTHORIZED TO INSTALL, COPY OR OTHERWISE USE THE OS COMPONENTS AND YOU HAVE NO RIGHTS UNDER THIS SUPPLEMENTAL EULA.

Capitalized terms used in this Supplemental EULA and not otherwise defined herein shall have the meanings assigned to them in the applicable OS Product EULA.

General. Each of the OS Components available from this site is identified as being applicable to one or more of the OS Products. The applicable OS Components are provided to you by Microsoft to update, supplement, or replace existing functionality of the applicable OS Product. Microsoft grants you a license to use the applicable OS Components under the terms and conditions of the EULA for the applicable OS Product (which are hereby incorporated by reference except as set forth below), the terms and conditions set forth in this Supplemental EULA, and the terms and conditions of any additional end user license agreement that may accompany the individual OS Components (each an "Individual EULA"), provided that you comply with all such terms and conditions. To the extent that there is a conflict among any of these terms and conditions applicable to the OS Components, the following hierarchy shall apply: 1) the terms and conditions of the Individual EULA; 2) the terms and conditions in this Supplemental EULA; and 3) the terms and conditions of the applicable OS Product EULA.

Additional Rights and Limitations.

* If you have multiple validly licensed copies of any OS Product, you may reproduce, install and use one copy of the applicable OS Components as part of the applicable OS product on all of your computers running validly licensed copies of the applicable OS Product, provided that you use such additional copies of such OS Components in accordance with the terms and conditions above. For each validly licensed copy of the applicable OS Product, you also may reproduce one additional copy of the applicable OS Components solely for archival purposes or reinstallation of the OS Components on the same computer as the OS Components were previously installed. Microsoft retains all right, title and interest in and to the OS Components. All rights not expressly granted are reserved by Microsoft.

* If you are installing the OS Components on behalf of an organization other than your own, prior to installing any of the OS Components, you must confirm
that the end-user (whether an individual or a single entity) has received, read and accepted these terms and conditions.

* The OS Components may contain technology that enables applications to be shared between two or more computers, even if an application is installed on only one of the computers. You may use this technology with all Microsoft application products for multi-party conferences. For non-Microsoft applications, you should consult the

accompanying license agreement or contact the licensor to determine whether application sharing is permitted by the licensor.

* You may not disclose the results of any benchmark test of the .NET Framework component of the OS Components to any third party without Microsoft's prior written approval.

SOLELY WITH RESPECT TO THE MICROSOFT VIRTUAL MACHINE FOR JAVA, YOU ARE ONLY LICENSED TO INSTALL THIS OS COMPONENT ON A MACHINE THAT ALREADY CONTAINS A VERSION OF THE MICROSOFT VIRTUAL MACHINE FOR JAVA.

IF THE APPLICABLE OS PRODUCT WAS LICENSED TO YOU BY MICROSOFT OR ANY OF ITS WHOLLY OWNED SUBSIDIARIES, THE LIMITED WARRANTY (IF ANY) INCLUDED IN THE APPLICABLE OS PRODUCT EULA APPLIES TO THE APPLICABLE OS COMPONENTS PROVIDED THE APPLICABLE OS COMPONENTS HAVE BEEN LICENSED BY YOU WITHIN THE TERM OF THE LIMITED WARRANTY IN THE APPLICABLE OS PRODUCT EULA. HOWEVER, THIS SUPPLEMENTAL EULA DOES NOT EXTEND THE TIME PERIOD FOR WHICH THE LIMITED WARRANTY IS PROVIDED.

IF THE APPLICABLE OS PRODUCT WAS LICENSED TO YOU BY AN ENTITY OTHER THAN MICROSOFT OR ANY OF ITS WHOLLY OWNED SUBSIDIARIES, MICROSOFT DISCLAIMS ALL WARRANTIES WITH RESPECT TO THE APPLICABLE OS COMPONENTS AS FOLLOWS:

DISCLAIMER OF WARRANTIES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, MICROSOFT AND ITS SUPPLIERS PROVIDE TO YOU THE OS COMPONENTS, AND ANY (IF ANY) SUPPORT SERVICES RELATED TO THE OS COMPONENTS ("SUPPORT SERVICES") AS IS AND WITH ALL FAULTS; AND MICROSOFT AND ITS SUPPLIERS HEREBY DISCLAIM WITH RESPECT TO THE OS COMPONENTS AND SUPPORT SERVICES ALL WARRANTIES AND CONDITIONS, WHETHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, ANY (IF ANY) WARRANTIES, DUTIES OR CONDITIONS OF OR RELATED TO: MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, LACK OF VIRUSES, ACCURACY OR COMPLETENESS OF RESPONSES, RESULTS, WORKMANLIKE EFFORT AND LACK OF NEGLIGENCE. ALSO THERE IS NO WARRANTY, DUTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT. THE ENTIRE RISK ARISING OUT OF USE OR PERFORMANCE OF THE OS COMPONENTS AND ANY SUPPORT SERVICES REMAINS WITH YOU.

EXCLUSION OF INCIDENTAL,CONSEQUENTIAL AND CERTAIN OTHER DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MICROSOFT OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, PUNITIVE OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR: LOSS OF PROFITS, LOSS OF CONFIDENTIAL OR OTHER INFORMATION, BUSINESS INTERRUPTION, PERSONAL INJURY, LOSS OF PRIVACY, FAILURE TO MEET ANY DUTY (INCLUDING OF GOOD FAITH OR OF REASONABLE CARE), NEGLIGENCE, AND ANY OTHER PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE OS COMPONENTS OR THE SUPPORT SERVICES, OR THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT SERVICES, OR OTHERWISE UNDER OR IN CONNECTION WITH ANY PROVISION OF THIS SUPPLEMENTAL EULA, EVEN IF MICROSOFT OR ANY SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

LIMITATION OF LIABILITY AND REMEDIES. NOTWITHSTANDING ANY DAMAGES THAT YOU MIGHT INCUR FOR ANY REASON WHATSOEVER (INCLUDING, WITHOUT LIMITATION, ALL DAMAGES REFERENCED ABOVE AND ALL DIRECT OR GENERAL DAMAGES), THE ENTIRE LIABILITY OF MICROSOFT AND ANY OF ITS SUPPLIERS UNDER ANY PROVISION OF THIS SUPPLEMENTAL EULA AND YOUR EXCLUSIVE REMEDY FOR ALL OF THE FOREGOING SHALL BE LIMITED TO ACTUAL DAMAGES INCURRED BY YOU BASED ON REASONABLE RELIANCE UP TO THE GREATER OF THE AMOUNT ACTUALLY PAID BY YOU FOR THE OS COMPONENTS OR U.S.$5.00. THE FOREGOING

LIMITATIONS, EXCLUSIONS AND DISCLAIMERS SHALL APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, EVEN IF ANY REMEDY FAILS ITS ESSENTIAL PURPOSE.