soft32
Create an account Sign in Connect with Facebook +1 232 Like
Windows Mac Mobile Blog

Windows › Games › Tools & Editors › DirectX 9 Redistributable

# DirectX 9 Redistributable 9.0c June 2010

Download Now!

PROGRAM INFO
SCREENSHOTS
PUBLISHER'S
USER REVIEWS
SUBMIT REVIEW

Related links:

- Developer website
- Report abuse
- Report an issue
- Visit this product forums
- Program RSS feed

**Microsoft DirectX End-User Runtime provides updates to 9.0c and previous versions of DirectX — the core Windows technology that drives high-speed multimedia and games on the PC.**

| | |
|---|---|
| Last update | 23 Nov. 2011 |
| Licence | Free |
| OS Support | Windows XP, Windows Server 2003, Windows Vista, Windows 7, Windows Server 2008 |
| Downloads | Total: 377,404 \| Last week: 43 |
| Ranking | #5 in Tools & Editors |
| Publisher | Microsoft \| more software |

**Users rating:** (2 ratings)

+1 0 Like Confirm Share Subscribe to this program

**Before downloading:** Run a free scan to check for hidden Windows errors

**BETA AND OLD VERSIONS**

DirectX 9 Redistributable 9.0c August 2006

› **All versions**

## Screenshots of DirectX 9 Redistributable

View more screenshots ›

## DirectX 9 Redistributable Publisher's Description

Microsoft DirectX is a group of technologies designed to make Windows-based computers an ideal platform for running and displaying applications rich in multimedia elements such as full-color graphics, video, 3D animation, and rich audio.

**POPULAR DOWNLOADS**

**Soft32 Updater** 1.0.2.0
Stay up-to-date with your software.

**Counter Strike** 1.6
A MOD for Half-Life.

**Cheat Engine** 6.1
Cheat Engine is an open source tool

DirectX 9.0 includes security and performance updates, along with many new features across all technologies, which can be accessed by applications using the DirectX 9.0 APIs.

DirectX 9.0 End-User Runtime setup minimizes the download size but requires an internet connection during setup.

The DirectX 9.0 Redist is available for download for those users that do not have an internet connection available during installation or Setup has trouble connecting to the Microsoft server.

This download provides the DirectX 9.0c end-user multi-languaged redistributable that developers can include with their product.

The redistributable license agreement covers the terms under which developers may use the Redistributable. For full details please review the DirectX SDK EULA.txt and DirectX Redist.txt files located in the license directory.

infolinks Related Tags
Search Publishing Companies Publisher Movie Phone

› All popular downloads 1 of 4

## DirectX 9 Redistributable User Reviews

ALL VERSIONS (0) CURRENT VERSION FACEBOOK

There are no reviews for this program.

Be the first to write a review!

## Submit Your Review

You need to be signed in to review this program.

Create an account | Sign in or Connect with Facebook

**Rate this product** *

**Review title** *

Maximum 80 characters (10 characters minimum)

**Your review of DirectX 9 Redistributable** *

You have 0 of 5000 characters (50 characters minimum)

See example | How to write a review

Submit review

* Your review will be published with a slight delay, due to our approval process.

It is forbidden to share any crack, patches, serial numbers or keygen for DirectX 9 Redistributable, or link to pages that contain them. If you do, your user account will be deleted, your IP address logged and legal action will be taken. It is forbidden to post advertisements, profanity, or personal attacks. Click here to view our terms of use.

## Look for Similar Items by Category

Games > Tools & Editors
This product is also listed in: System Tools

## Feedback

- If you need help or have a question, visit our forum or contact us
- Would you like to update this product info?
- Is there any feedback you would like to provide? Click here

**Is Your PC Slow? by Systweak Inc**

2 minutes can save you months of frustration and crashes.

Home | Submit Software | Support | Contact Us | Advertise with Us | All Software | Sitemap | Blog

© 2003 - 2011 ITNT. All rights reserved.

Terms of use | Copyright | Privacy policy

Keywords

SOFTPEDIA

PROTECT 3 COMPUTERS FOR THE PRICE OF 1
SOFTPEDIA & LAVASOFT EXCLUSIVE OFFER
AD-AWARE PRO INTERNET SECURITY

TODAY'S NEWS: Sony Ericsson J128A1 Specs Emerge

WINDOWS GAMES DRIVERS MAC LINUX SCRIPTS MOBILE HANDHELD NEWS

PROGRAM FINDER

DOWNLOAD HUBS

WINDOWS CATEGORIES:

- Antivirus
- Authoring tools
- CD/DVD Tools
- Compression tools
- Desktop Enhancements
- File managers
- Internet
- IPOD TOOLS
- Mobile Phone Tools
- Multimedia
- Network Tools
- Office tools
- Others
- PORTABLE SOFTWARE
- Programming
- Science / CAD
- Security
- System
- Tweak
- UNIX
- Windows Widgets

GLOBAL PAGES >>
SOFTPEDIA REVIEWS >>
MEET THE EDITORS >>

1 SOFTPEDIA

Home Windows System OS Enhancements Report malware

# DirectX Redistributable June 2010 9.29.1974

SOFTPEDIA pick

NUMARA Track-It! Affordable, Out of the Box, Best Practice and Integrated Help Desk Solution
click here for a Free Trial...

DOWNLOAD

OR ADD TO DOWNLOAD BASKET

**Downloads:** 3,415,576

View global page | Tell us about an update

**User Rating:** Very Good (4.3/5)
**Rated by:** 6054 user(s)

Like Confirm 3

| | |
|---|---|
| **Developer:** | **Microsoft** \| More programs |
| **License / Price:** | Ad-supported / $0 |
| **Size / OS:** | 95.6 MB / Windows 2K / XP / 2003 / Vista / XP X64 / 7 |
| **Last Updated:** | December 1st, 2010, 12:02 UTC |
| **Category:** | C: \ System \ OS Enhancements |

Read user reviews ( 7) Send to friend Follow (72 users)

EDITOR'S RATING

CLICK HERE TO ADD YOUR COMMENT/REVIEW

## Softpedia Editor's Review for DirectX Redistributable June 2010

Ads by Google Virtual PC OS Applications DirectX 3D Sky DirectX

### A very useful application for running and displaying applications rich in multimedia elements

*Written by **Olivian Puha** on December 15th, 2011*


+1 5.8k

Find us on Google+

Like 51k 51k

Follow

Ads by Google

**Likewise Software**
Identity Security & Storage Secure Access to Unstructured Data
www.likewise.com

**Best Call Center Software**
Trusted by Multiple Fortune 500's. Increase Revenues. Free eBook!
InContact.com/Free

**Norton™ Antivirus - Free**
#1-Ranked Online Protection Suite. Download Latest Version for Free.
www.Norton.com

**Management Software**
Powerful & Affordable Software Save Time & Money. Free Trial.
BlueRidgeSoftware.bz

**GlobalWorx-Mobility**
Workfore Management Software Save up to 50% on your IT cost
www.synergies4u.com

WEEK'S BEST

- AIDA64 Extreme Edi...
- Sticky Password Pr...
- Online Armor Premi...
- Emsisoft Anti-Malw...
- All My Movies [DIS...
- Ad-Aware Internet ...
- Atlantis Word Proc...
- Process Lasso [DIS...
- McAfee Total Prote...
- Ashampoo Burning S...

A lot of computer programs require specific runtimes in order to work properly; in other words some software sometimes requires the presence another software that is especially designed to support its execution. One of the most common and encountered by the majority of users when dealing with multimedia elements is Microsoft's DirectX.

In the absence of the latest version of this component games may not function the right way or at all, while video or audio playback could be also affected. DirectX impacts on 3D animation rendering and full color graphics as well. Bundled with Windows operating system, this runtime needs only to be updated and no other user intervention is required.

Checking the current version installed on your system is an easy task, all you have to do is run the 'DirectX Diagnostic Tool'. The simplest way to bring it up is to type 'dxdiag' in the 'Run' field of the 'Start Menu' and then press 'Enter'. Since DirectX consists of several components, you can view and diagnose them from the above mentioned application.

PC TOOLS SPYWARE Doctor 2010

**Recommended Download**

Award-winning Anti-virus Software

Free Virus, Spyware, Adware, Trojan, & Rootkit Scan

Rated 5 Stars by Industry Experts

DOWNLOAD

FOR FREE SCAN

The technologies included in this package also feature performance and security updates, therefore it's recommended to update it each time a new release is available. Fortunately, DirectX cannot be uninstalled by accident, thus there is virtually no danger of losing it.

Some dedicated software may downgrade or rollback a more recent version of the runtime, but it is not recommended to remove the components as they are key in the functioning of the operating system. Not having DirectX onto your PC means that you are no longer able to play the latest games or use many rich multimedia programs, so it's best to simply leave this Windows component do its job.

## DirectX Redistributable June 2010 description

+ SHOW PRODUCT DESCRIPTION

**Users are advised to pay attention while installing this ad-suported application:**

· Offers to download or install software or components (such as browser toolbars) that the program does not require to fully function: Bing Toolbar

Ads by Google    OS Android    OS Havaianos    DirectX Driver    Embedded OS

**TAGS:** display application | multimedia element | running application | DirectX | graphic | video

SHARE THIS

TWEET THIS

HTML code for linking to this page:

```
<a href="http://www.softpedia.com/get/System/OS-Enhancements/DirectX-9.0c-Redistributable.shtml"><img border="0" src="http://www.softpedia.com/images/softpedia_download_small.gif"/></a>
```

copy

Go to top

Download DirectX Redistributable June 2010 9.29.1974 Free - A very useful application for running and displaying applications rich in multimedia elements - Softpedia

WINDOWS | GAMES | DRIVERS | MAC | LINUX | SCRIPTS | MOBILE | HANDHELD | NEWS

SUBMIT PROGRAM | ADVERTISE | GET HELP | SEND US FEEDBACK | RSS FEEDS | UPDATE YOUR SOFTWARE | ROMANIAN FORUM

Search [    ] Go

Copyright Information | Privacy Policy | Terms of Use

© 2001 - 2011 Softpedia. All rights reserved. Softpedia® and the Softpedia® logo are registered trademarks of SoftNews NET SRL.



Sign in

# Download Center

Windows Office Product downloads Download categories Security Resources

# DirectX End-User Runtimes (June 2010)

Subscribe

Quick links

- Overview
- System requirements
- Instructions
- Additional information

This download provides the DirectX end-user redistributable that developers can include with their product.

## Quick details

| | | | |
|---|---|---|---|
| **Version:** | 9.29.1974 | **Date Published:** | 4/18/2011 |
| **Language:** | English | | |

| File Name | Size | |
|---|---|---|
| directx_Jun2010_redist.exe | 95.6 MB | DOWNLOAD |

## Overview

This download provides the DirectX end-user multi-languaged redistributable that developers can include with their product. The redistributable license agreement covers the terms under which developers may use the Redistributable. For full details please review the DirectX SDK EULA.txt and DirectX Redist.txt files located in the license directory.

This package is localized into Chinese (Simplified), Chinese (Traditional), Czech, Dutch, French, German, Italian, Japanese, Korean, Polish, Portuguese (Brazil), Russian, Swedish, and English.

Top of page

## System requirements

**Supported Operating Systems:** Windows 7, Windows Server 2003 Service Pack 1, Windows Server 2003 Service Pack 2, Windows Server 2008, Windows Vista, Windows XP Service Pack 2, Windows XP Service Pack 3

Top of page

## Instructions

1. Click the **Download** button on this page to start the download, or select a different language from the **Change language** drop-down list and click **Go**.
2. Do one of the following:
   - To start the installation immediately, click **Run**.
   - To save the download to your computer for installation at a later time, click **Save**.
   - To cancel the installation, click **Cancel**.

Top of page

## Additional information

- The DirectX redist installation includes all the latest and previous released DirectX runtime. This includes D3DX, XInput, and Managed DirectX components.
- The DirectX runtime cannot be uninstalled.
- This update is recommended for users that do not have internet connection during installation.
- If you would like the websetup version of the runtime package, please click here.
- Starting with the December 2006 SDK release, the redist no longer supports Win9x.
- Starting with the June 2010 SDK release, the redist no longer supports Windows 2000.

Top of page

## Related resources

Developer Resources For DirectX ›
DirectX Websetup ›
DirectX SDK ›

## What others are downloading

DirectX End-User Runtime Web Installer ›
DirectX Software Development Kit ›
DirectX 11 Technology Update ›
Microsoft .NET Framework 4 (Web Installer) ›
Microsoft Visual C++ 2010 Redistributable Package (x86) ›
DirectX End-User Runtimes (February 2010) ›

**Automated fixes**

Diagnose and repair your PC with free, automated solutions and personalized support.

Learn more ›

Microsoft
© 2011 Microsoft

< HOME | MAC | GEEK - WEAR | MAIL LIST | SUPPORT FORUM | TOP DOWNLOADS | Like Confirm | Custom Search SEARCH >

advertisement

**Before You Download**

Run a Free Scan for Hidden Windows Errors
Destroy Malware, Remove Spyware &
Repair windows Registry

SCAN NOW!

"MajorGeeks.com - It's all Geek to me."

**FILES**

Admin Tools
All In One Tools
Anti-Spyware
Anti-Virus
Appearance
Back Up
Benchmarking
BIOS
Browsers
CD\DVD\Blu-Ray
Covert Ops
Data Recovery
Diagnostics
Drive Cleaners
Drive Utilities
Drivers
Driver Tools
Ergonomics
Firewalls
Games
Game Tweaks
Graphics
Input Devices
Internet Tools
Macintosh
Mail Utilities
Memory
Messaging
Microsoft
Monitoring
Multimedia
Networking
Office Tools
Process Management
Processor
Registry
Security
System Info
Toys
Video
Miscellaneous
News Archive
- Off Base
- Way Off Base

**FEEDS**

XML News Feeds
Twitter
FaceBook
YouTube

**Microsoft | Microsoft DirectX (November 2010) |** Recommend Confi |

**Author:** Microsoft
**Date:** 2010-12-01
**Size:** 281 KB
**License:** Freeware
**Requires:** Win XP/2003/Vista/Windows7
**Downloaded:** 324967 Times

TIP: Click here to Update all your PC's Drivers.

**DOWNLOAD LOCATIONS**

Download@Author's Site
Download@MajorGeeks
Download@MajorGeeks
Internode - [Australia]

**Rating:** 4.65 (442 votes)

Report A Bad Link

**Recommended Fix:** Click here to fix Windows errors and optimize PC performance

The Microsoft DirectX® End-User Runtime provides updates to 9.0c and previous versions of DirectX — the core Windows® technology that drives high-speed multimedia and games on the PC.

Microsoft DirectX is a group of technologies designed to make Windows-based computers an ideal platform for running and displaying applications rich in multimedia elements such as full-color graphics, video, 3D animation, and rich audio. DirectX includes security and performance updates, along with many new features across all technologies, which can be accessed by applications using the DirectX APIs.

**Additional Information:**

- The DirectX end-user installation includes the D3DX, HLSL Compiler, XInput, XAudio, and Managed DirectX 1.1 components.
- Note that the DirectX Runtime (Direct3D, DirectInput, DirectSound) is not part of this package as it is included as part of the Windows operating system, and therefore cannot be installed or uninstalled. Updating the DirectX Runtime is achieved by installing the latest Service Pack or obtaining a newer version of Windows.
- For information on obtaining DirectX 11 for Windows Vista or Windows Server 2008, see Microsoft Knowledge Base article 971644.
- The DirectX End-User Runtimes installer contains all of the components installed by the Web Installer in a single package and is recommended for those users that do not have an Internet connection during installation.

**Limitations:** This is the web installer. Word is nothing has changed since the last release except the Bing toolbar. We can not confirm this.

**BEFORE YOU DOWNLOAD**

Run a free scan for hidden Windows errors

Scan your Windows system with the new Reimage product

DOWNLOAD NOW

**INFO**

New? Start Here
Live Tech Support
Top Freeware Picks
Support Forum
CompatDB
Reviews
Geek-Wear
Free Magazines
Geek Shopping
Geektionary
About
Links
Folding@Home Team
FAQ
Spyware Removal

Advanced SystemCare 5

Quick Care
Deep Care
Toolbox
Turbo Boost

Speedup your PC in just one click

Ads by Google

**IT Helpdesk Software ->>** Easy to install & Use, Web based, with Asset mgmt, Self Service. Try! www.ManageEngine.com/IT_Help_Desk

Google
Yahoo!
MSN
Sidebar

1. Malwarebytes Anti-Malware
2. IObit Malware Fighter
3. Win7codecs
4. SpywareBlaster
5. x64 Components
6. PC De-Crapifier
7. HostsXpert
8. Combofix
9. Windows Installer CleanUp Utility
10. IrfanView
More>>

Top 10 Most Downloaded Wallpapers Ever

Whole Web Is Obsessed With Those Sensational...

Windows 8 Has Surprised Everyone!

Muscle Girls

Some Windows Tricks Only Pros Know

**CompatDB.org Project: >> Microsoft DirectX Control Panel - Check Results**

Free Download

FREE TECH WHITE PAPERS

How Will Your Energy Company Respond to the CIP Challenge?: Learn how your energy company can become CIP compliant and less vulnerable to security...

Forrester White Paper: IT Operations Managers Must Rethink Their Approach to Priv...: Discover best practices for improving virtualization in...

Hundreds more titles

Emsisoft AUTHORIZED AFFILIATE

< HOME | MAC | GEEK - WEAR | SHOPPING | SUPPORT FORUM | Top Downloads >
< Copyright & Disclaimer | Privacy Statement >
There are currently 1833 Geeks online

Copyright ©2000-2011 MajorGeeks.Com
Powered by Esselbach Storyteller CMS System Version 1.8
NTCompatible.

## Skoki 2006

Hotfile has a CD image, skoki2006.iso. Zebrak states that the infringing material is the installer for the DirectX runtime libraries. Of the 9 files in the `_sterowniki/DirectX9c/` directory on the CD image, 8 of them have the same SHA1 hash as the corresponding files in the package that can be downloaded for free from Microsoft's website at ● http://www.microsoft.com/download/en/details.aspx?id=2823. The only file that doesn't have the same SHA1 hash is ManagedDX.CAB, for which the Hotfile version is slightly smaller and has an older timestamp, suggesting it is a slightly earlier version of the file. The download from Microsoft also includes the license for developers to redistribute the installer.

If a user runs the dxsetup.exe installer from the disc, the End User License Agreement for DirectX is displayed as part of the installation procedure. If the user accepts the agreement, DirectX is installed.

### Zebrak's Notes

Among the many files in this folder is the Microsoft DirectX Software.

● http://www.microsoft.com/download/en/details.aspx?id=35

● http://www.microsoft.com/download/en/details.aspx?id=21416

# EXHIBIT I



Русскій народный орнаментъ
отдѣлъ первый
Шитье, ткани, кружева.
1871 годъ.

Изданіе Общества Поощренія Художниковъ.

Цѣна 10 рублей.