# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DISNEY ENTERPRISES, INC., ET AL., Plaintiffs, vs. HOTFILE CORP., ANTON TITOV, ET AL., Defendants. : CIVIL ACTION : NO. 11-20427

- - -

Tuesday, November 29, 2011

- - -

Videotaped deposition of RICHARD WATERMAN, Ph.D., taken at the Law Offices of STRADLEY, RONON, STEVENS & YOUNG, LLP, 2005 Market Street, Suite 2600, Philadelphia, Pennsylvania, on the above date, beginning at 9:33 a.m., before Theresa Kepler, CCR, RPR-Notary Public, there being present.

- - -

LOVE COURT REPORTING, INC.
1500 Market Street
12th Floor, East Tower

Philadelphia, Pennsylvania 19102

(215) 568-5599

A P P E A R A N C E S:

JENNER & BLOCK, LLP
BY: DUANE POZZA, ESQUIRE
1099 New York Avenue, NW
Suite 900
Washington, D.C. 20001
Phone: (202) 639-6000
Counsel for Plaintiffs and Richard Waterman, Ph.D.

FARELLA, BRAUN & MARTEL, LLP
BY: ANDREW LEIBNITZ, ESQUIRE
235 Montgomery Street
San Francisco, California 94104
Phone: (415) 954-4400
Counsel for Defendants

Also Present: Daniel Levy

Videographer: Scott Rowland

\- - -

systems.

Q. If the information was available you could have done the studies but you didn't because in fairness you weren't asked to, right?

A. I believe that those questions could probably be addressed through a statistical study, the ones that you have raised.

Q. But you didn't do it here because you weren't asked to; is that correct?

A. I was tasked with looking at the activity from the distribution side of the site and that's what my findings refer to, the distribution activity.

Q. And you weren't asked to look at infringing days per user or proportion of users who don't infringe?

A. That was not something that, again, I was -- you know, I was focusing on the activity of the site, and sort of users who do nothing in terms of downloading would, therefore, not be a part of the population so...

Q. Sorry. You're -- you kind of trailed off halfway there. You personally didn't undertake a study of the infringing days per user or

C E R T I F I C A T E

I hereby certify that the proceedings and evidence noted are contained fully and accurately in the notes taken by me on the deposition of the above matter, and that this is a correct transcript of the same.

____________________________

Theresa Kepler, CCR, RPR

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)

**Waterman deposition errata**

Page 30. Line 23. "point of" → "pointer to".

Page 103. Line 23. "not of" → "not".

Page 121. Line 24. "Not aware" → " I am not aware".

Page 142. Line 13. "refers to" → "refers".

Page 146. Line 8. "that the" → "the".

Page 158. Line 13. "only" → "own".

Page 205. Line 24. "cold" → "coal".

Page 206. Line 5. "knowledge" → "acknowledge".

Page 209. Line 6. "or" → "as".

Page 248. Line 21. "state" → "stated".

Page 254. Line 16. "down" → "does".

CERTIFICATE OF DEPONENT

I do hereby certify that I have read the foregoing pages, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

Richard Waterman

RICHARD WATERMAN, Ph.D.

1/17/2012

DATE

Subscribed and sworn to before me this 17th day of January, ~~2011~~. 2012

Gwen E. Lentine

My commission expires: 08/11/2012

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
GWEN E. LENTINE, Notary Public
Rockledge Boro., Montgomery County
My Commission Expires August 11, 2012