# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

-----------------------------------x

DISNEY ENTERPRISES, INC., et al.,   )

       Plaintiffs,     ) Case No.

  v.                              ) 11-20427-

HOTFILE CORP., et al.,              ) WILLIAMS/

       Defendants.     ) TURNOFF

-----------------------------------x

HOTFILE CORP.,                      )

       Counterclaimant,   )

  v.                              )

WARNER BROS. ENTERTAINMENT, INC.,   )

       Counterdefendant.   )

-----------------------------------x


VIDEOTAPED DEPOSITION OF SCOTT A. ZEBRAK, ESQUIRE

    Washington, D.C.

    Tuesday, December 20, 2011

    9:43 a.m.


Job No.: 439702

Pages 1 - 370

Reported By: Joan V. Cain

Page 2

1  Videotaped Deposition of SCOTT A. ZEBRAK,
2  ESQUIRE, held at the law offices of:
3
4     STRADLEY RONON STEVENS & YOUNG, LLP
5     Suite 500
6     1250 Connecticut Avenue, Northwest
7     Washington, D.C. 20036
8     (202) 822-9611
9
10    Pursuant to Notice, before Joan V. Cain, Court
11 Reporter and Notary Public in and for the District of
12 Columbia.
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1          A P P E A R A N C E S
 2
 3     ON BEHALF OF PLAINTIFFS:
 4        STEVEN B. FABRIZIO, ESQUIRE
 5        JENNER & BLOCK, LLP
 6        Suite 900
 7        1099 New York Avenue, Northwest
 8        Washington, D.C. 20001
 9        Telephone:  (202) 639-6000
10        E-mail:  sfabrizio@jenner.com
11
12     ON BEHALF OF DEFENDANTS AND COUNTERCLAIMANT:
13        ANDREW LEIBNITZ, ESQUIRE
14        FARELLA BRAUN & MARTEL, LLP
15        Russ Building
16        235 Montgomery Street
17        San Francisco, California 94104
18        Telephone:  (415) 954-4400
19        E-mail:  aleibnitz@fbm.com
20
21     ALSO PRESENT:
22        Terry Michael King, Videographer
23
24
25
```

1  sample files you reviewed where the uploader differed

2  from the downloader?

3      MR. FABRIZIO: Objection, vague and

4  ambiguous. Asked and answered.

5      THE WITNESS: The short answer is yes.

6  BY MR. LEIBNITZ:

7   Q  Please point to it in Exhibit 101.

8      MR. FABRIZIO: Would it help you to have the

9  document that we brought today, Mr. Zebrak?

10     THE WITNESS: Well, Counsel --

11     MR. LEIBNITZ: Please mark this point. That

12  kind of coaching objection is absolutely impermissible

13  in any jurisdiction, Steve. You can't do that.

14     MR. FABRIZIO: Really?

15     MR. LEIBNITZ: Suggest a document for the

16  witness to look at, that is utterly irresponsible.

17  You can't do that.

18     MR. FABRIZIO: Utterly irresponsible? So

19  not just irresponsible, but utterly irresponsible?

20  BY MR. LEIBNITZ:

21   Q  Do you recall the question, Mr. Zebrak?

22   A  I do.

23   Q  Please answer the question.

24   A  As I did my work, all of these files are

25  files in which the uploader and downloader differed

1 from each other.

2   Q  How do you know that?

3   A  Well, first of all, as we talked about
4 before a few times, that -- that was an assumption in
5 my report. So for every one of these files, I didn't
6 do a separate analysis to document whether the
7 uploader and downloader differed. It was -- it was a
8 beginning assumption in my report that I applied
9 throughout my report, and as we talked about before, I
10 felt it was a reasonable and accurate assumption for a
11 variety of reasons. I've listed them before. I could
12 do so again if you'd like me to.

13   Q  You're telling me you made the assumption.
14 What I'm asking for, Mr. Zebrak, is do you have
15 documentary proof or any evidence -- let's start with
16 line Item 1. You see upload ID 93154962, right?

17   A  The upload ID, yes, I do.

18   Q  How many times was this file downloaded?

19   A  I -- I'm sorry.

20     MR. FABRIZIO: No, go ahead.

21     THE WITNESS: I don't have in front of me
22 here or necessarily in another location the exact
23 number of times a given file was downloaded.

24 BY MR. LEIBNITZ:

25   Q  You were never given that information, were

1   CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2     I, Joan V. Cain, Court Reporter, the officer

3   before whom the foregoing deposition was taken, do

4   hereby certify that the foregoing transcript is a true

5   and correct record of the testimony given; that said

6   testimony was taken by me stenographically and

7   thereafter reduced to typewriting under my direction

8   and that I am neither counsel for, related to, nor

9   employed by any of the parties to this case and have

10  no interest, financial or otherwise, in its outcome.

11     IN WITNESS WHEREOF, I have hereunto set my

12  hand and affixed my notarial seal this 29th day of

13  December 2011.

14

15  My commission expires:

16  June 14, 2014

17  _____

18  NOTARY PUBLIC IN AND FOR THE

19  DISTRICT OF COLUMBIA

20

21

22

23

24

25