# EXHIBIT 6

# Blizzard Files Marked as Illegal by Zebrak

Zebrak identified five files related to Warcraft III as being "Warcraft hacks" and thus illegal files:

- http://hotfile.com/dl/25188688/fe395ae/War3TFT_124d_English.exe.html
- http://hotfile.com/dl/25242802/7682c05/War3TFT_124c_124d_English.exe.html
- http://hotfile.com/dl/25598010/1532974/Warcraft 1.24d Maphack.rar.html
- http://hotfile.com/dl/112932854/087fb55/War3TFT_126a_English.exe.html
- http://hotfile.com/dl/112930614/186b6ba/War3TFT_125b_126a_English.exe.html

Four of these files are not illegal:

- War3TFT_124d_English.exe,
- War3TFT_124c_124d_English.exe,
- War3TFT_126a_English.exe, and
- War3TFT_125b_126a_English.exe.

These four files are also available from Blizzard Entertainment's file server at http://ftp.blizzard.com/pub/war3x/patches/pc/.

The SHA1 sums for these files are:

| | |
|---|---|
| 93c003481987e9aa18e7137d0f56ec6efd740440 | War3TFT_124c_124d_English.exe |
| f06cabb98cced19e52891fea61778020ee15ff55 | War3TFT_124d_English.exe |
| 41b592026419bd1859fba458f819b57b7a95979e | War3TFT_125b_126a_English.exe |
| 070965bea2e61850ce409564b9f8ae6f55ebf7ba | War3TFT_126a_English.exe |

The SHA1 sums are the same for both the files downloaded from Blizzard's file server and the files that were available from Hotfile

The status of the file "Warcraft 1.24d Maphack.rar" could not be determined because the file is no longer available on Hotfile.