Curriculum Vitae

# Andrew Cromarty, Ph.D.

## Expertise

- Distributed computing
- Internet, broadband, networking
- Corporate IT, security, datacenter
- Web commerce, business models

- High-tech management & finance
- Software & product development
- Multimedia, entertainment tech
- Computer & Information Science

## Professional Summary

Energetic, focused leader with over 20 years business experience in large and small companies, including as CTO of a billion-dollar publicly-traded consumer broadband corporation; CTO of a $100M consumer wireless hotspot services joint venture; Chairman of a Lucent wireless content-distribution/e-commerce spinout; manager or co-founder of several high-technology startups; CTO/CIO of an entertainment software/services company; CTO/CIO of an investment bank; member of Board of Directors for satellite, broadband wireless, and venture investment corporations; and research roles in the highest management-awarded corporate scientist positions at Digital, ADS, and Compaq.

Proven track record in management & operations, software development and service delivery, new technology creation, intellectual property evaluation, business model refinement, and team building and leadership. Experience includes product/service design, definition, development, and delivery; R&D and IT management; and project, line, corporate management, corporate strategic partnering, staff management, public relations, technology transfer, and intellectual property management. Managed development of a wide range of systems, from research prototypes through commercial products and services. Leading technical expertise in system architecture, networking, distributed computing and communications, and broadband, including pioneering work in multimedia content distribution and delivery that yielded many worldwide Internet firsts.

Strong general management approach based on a customer-focused hands-on leadership style. International service delivery experience, including as CTO of corporations with wholesale and retail terrestrial landline/wireless and satellite service operations in North America, Caribbean, Europe, and Asia. Experienced, press-trained, capable writer and public speaker.

# Curriculum Vitae

## Employment History

From:   2010          **Distributed Systems Technology LLC**
To:     Present       Palo Alto, CA
        Position:     *President and CEO*
                      (Business & IP advisory)

From:   2009          **Minerva Consulting**
To:     Present       Palo Alto, CA
        Position:     *Partner*
                      (Business & IP advisory)

From:   2007          **Union Square Advisors**
To:     2008          San Francisco, CA
        Position:     *CIO  & CTO*
                      Founding CIO/CTO of investment bank specializing in mergers and
                      acquisition (M&A) and late-stage private placement investment.
                      Reported to President/founder. Conducted M&A and investment due
                      diligence, provided detailed intellectual property analyses internally
                      and to clients, negotiated and managed 45 vendor and supplier
                      contracts & licenses, and built and oversaw the bank's internal
                      operations, security, and regulatory compliance infrastructure.
                      Architected/implemented complete corporate mail, CRM, security,
                      datacenter, virtualization, document management, mobile/BES,
                      website, backup/DR/BCP, conferencing, web/videoconferencing, and
                      VOIP/telecommunications systems. Perfect corporate security record
                      maintained (no breaches or leaks) during the entire several-year
                      tenure. New business development included bringing the bank its
                      largest private placement client. Served as the investment bank's
                      internal diligence expert on tech industry clients and opportunities
                      across semiconductor & communications, enterprise software,
                      clean/green tech, and Internet verticals. Worked directly and
                      extensively with clients' management teams, including IP advisory.

From:   2005          **DAX Solutions, Inc.**
To:     2007          Los Angeles, CA
        Position:     *CIO & CTO*
                      CIO/CTO at the entertainment industry's largest Web-based/SaaS
                      global media asset & enterprise workflow management service
                      supplier for film/TV industry, supporting thousands of customer users
                      across hundreds of productions on five continents. Presided over
                      operations during firm's growth to 55% market share over 2 years, at
                      80% year-over-year revenue & customer growth. Reported to CEO.

# Curriculum Vitae

Managed internal operations, field ops, product development, IT & engineering (software development, operations, global distributed server/content distribution network, outsourcing/offshoring, technical customer relations, service delivery, architecture, and security). Designed, architected, and built a new industry-redefining enterprise-level service business, the industry's first high-definition digital dailies screening and distribution system for film/TV executives, and integrated it securely into customer infrastructure at Disney and other major studios/networks. Defeated entrenched incumbents in a six-way competitive race, winning an exclusive quarter-million-dollar contract with Walt Disney Pictures; line-managed Disney contract and customer relationship. Grew product/service to serve new clients (Showtime, Lifetime, Walden Media, Fox, FX, LionsGate, ABC Touchstone).

Managed major product updates and product/service enhancements. Rearchitected CDN and datacenter operations, including servers, networking, and multi-terabyte asset storage management systems. Managed major software product updates, including Oracle/DB2/Websphere to open source/MySQL/JBOSS migration, user feature enhancements, storage access enhancements. Oversaw new trouble ticket, CRM, and project planning system implementations. Negotiated new datacenter contract, upgraded critical Internet service to a diversified tier 1 provider base, instituted new management & operations processes, and selectively outsourced operations, to reduce operations costs 40% and improve customer-facing service level from 2 nines to 4 nines. Managed and developed leasing, outsourcing/ offshoring, manufacturing and vendor relationships. Defined and instituted professional staff management practices including formal review and bonus incentive programs, to align manager performance with company goals and facilitate corporate growth. Frequently marketed/sold to and directly supported the firm's highly demanding customers.

| | | |
|---|---|---|
| From: | 2001 | **City Lights Network** |
| To: | 2005 | Palo Alto, CA |
| | Position: | *President & Principal* |

Provided advisory services to firms in startup, restart, or growth phase, often accepting an interim Chief Officer role. Engagements included Starfish Health (as CTO and VP Operations), Fifth Day Therapeutics (as CTO and CIO), and RFG, a highly-regarded boutique analyst firm (as Strategic Consulting Partner). As professional due-diligence advisor for VCs and private investors, evaluated hardware & software investment candidates. Engaged by Global 500 computing and financial industry firms to advise on architecture, compliance, and operations. As a "hired gun" CXO, designed and developed service offerings, managed outsourced development, developed business models, supported investment activities, developed intellectual property portfolio, business

## Curriculum Vitae

relationships, growth plans, financial models, and software technology for several startups. Designed and developed software for a startup's consumer web-based service offering, managed outsourced web development, developed business models, supported investment activities. Developed intellectual property portfolio, business relationships, growth plans, financial models, and software technology for a biotech drug discovery startup, applying mathematical modeling and computer simulation techniques to developmental genomic regulatory networks to produce new drug candidates. Evaluated investment candidates in enterprise security, high-volume collaborative consumer multimedia, and distributed/grid enterprise software for professional investors.

| From: | 1999 | **SoftNet Systems, Inc.** |
|---|---|---|
| To: | 2001 | San Francisco, CA |
| | Position: | *Chief Technical Officer* |

Member of the five-person executive team governing a billion-dollar publicly-traded broadband services corporation, growing it from 350 to 700 technical staff, 20,000 to 30,000 subscribers, 30,000 to 60,000 email users, and operations from 70 to over 100 cities internationally. Chief officer for parent corporation and all operating subsidiaries, actively participating in their operations. Operating units included the nation's third-largest cable Internet provider, the first two-way VSAT satellite broadband provider, and a $100 million broadband wireless service provider joint venture. Reported to CEO/Chairman.

Line-managed the firm's corporate IT, pre-spinout business incubator, and corporate technology staff. Responsibilities included technical operations & service delivery, new product and business development, new technology development, corporate strategy, intellectual property, press and investor/analyst presentations, corporate venture investment, staff development, market realignment/restructuring/M&A and discontinuation/creation of subsidiaries, and cost reduction and quality improvement. Served on Board of Directors of SoftNet Ventures, the corporation's venture capital investment arm, and led or conducted due diligence and investment activities.

Led software and hardware architecture teams as CTO of $100MM broadband wireless subsidiary/JV. Designed proprietary on-site multi-level caching server systems, with networked wireless delivery, remote management, semi-formal security policy, and industry-defining performance. Developed the broadband wireless industry's first consumer equipment certification program and first semi-formal security policy for wireless services.

Supervised a $5M P&L pre-spinout multimedia content hosting subsidiary with operations in 90 cities, including financials, product technology, strategy, staffing, sales & marketing, partnering, and external investment

## Curriculum Vitae

negotiation. Oversaw competitive, performance, and vendor/supplier relationships for content management, cable & satellite broadband businesses, internal enterprise IT applications, and external web hosting business.

Led efforts that improved profitability and operating efficiency. Refined product mix, reduced failure rate, improved service reliability by nearly two nines to 99.7% in key markets; implemented technology upgrades to reduce expense and improve performance of service delivery by 40%. Rearchitected cable network and standardized fielded hardware and software to cut operating expenses in managing $20 million of deployed capital assets.

As corporate strategy officer, tracked 7 global geographies, kept contact with 188 companies or institutions, and maintained trend data on 90 competitors and partners. Led a successful defense against a competitor's patent attack. Frequently worked directly with strategic partners and individual consumer customers.

| | | | |
|---|---|---|---|
| From: | 2000 | **Freewire Networks, Inc.** | |
| To: | 2001 | Murray Hill, NJ | |
| | | Position: | *Chairman* |

Lucent spinoff: Wireless consumer broadband service/content/e-commerce provider.

Initiated successful Series A investment ($8M post valuation). Led Board through successful hiring of new CEO. Mentored management team on business model and operations, including strategy, business approach and service architecture for delivering live wireless commerce & multimedia content to consumers in-venue.

| | | | |
|---|---|---|---|
| From: | 1996 | **Digital Equipment Corp. & COMPAQ Computer Corp.** | |
| To: | 1999 | Palo Alto, CA | |
| | | Position: | *Principal Scientist, Corporate Strategy & Technology (CTO's) Division; Manager, Networked Entertainment Technology* |

Member of the renowned Western Research Laboratory and Network Systems Laboratory, developing novel Internet system architectures and the business models to exploit them.

Designed and developed new networked hardware-software architectures for high-performance internetworked multimedia. Developed a portfolio of strategic partners; achieved many worldwide historic Internet transaction, service performance, & scalability firsts, including first to stream 1,000,000 live videos for an event, world's first Java-based distributed Internet games demo, and world's first live wireless webcasts. Served as press-trained designated corporate spokesperson for broadband

## Curriculum Vitae

and multimedia. Consulted to senior management of 50 customer/partner firms on business models and operations.

Developed managed-services business model and architecture for an international web-based sports news distribution joint venture with Reuters, later spun out as SportsWeb and sold to CBS Sportsline. Defined hardware-software architecture, partnering plan, and cost-benefit and cashflow breakeven analyses to establish service tiers.

| | | |
|---|---|---|
| From: | 1990 | **Distributed Systems Technology / Distributed Systems Research** |
| To: | 1996 | Palo Alto, CA |
| | Position: | *President & Founder* |

Founded and ran a profitable business for six years. Major clients included GE Aerospace, US Navy. Led architecture team for a $43M DARPA-funded distributed automation program. Contracts included design of a performance management system for assessing and tracking the training and on-the-job competence of US Navy personnel; multidimensional visualization techniques to assist Navy operators in route planning tasks; and the design of a strict real-time task scheduling approach for a distributed situation assessment system and semiformal design specification of a distributed real-time underwater semirobotic situation assessment, planning, and execution system. Developed a novel business in turnkey catalog web services targeted at growth-oriented small retailers and implemented it profitably.

| | | |
|---|---|---|
| From: | 1983 | **Advanced Decision Systems** |
| To: | 1990 | Mountain View, CA |
| | Position: | *Acting Division Manager, Corporate Marketer & Principal Scientist* |

Manager for 8 years in a consistently profitable startup that grew from 35 to 200 employees, became the dominant supplier of applied AI systems to the US Government, and launched a successful public spinout (Verity). Performed general manager functions for a corporate division with a multimillion-dollar P&L. Reported to President or SVP.

Managed approximately 20 successful software development projects over 8 years, consistently delivering working software to external customers on-time and on-budget. Started a computer systems focus within the company and grew it into a corporate division; directed and supervised the company's staff and contract efforts on the application of machine intelligence technology to computer systems hardware and system software, including distributed systems, advanced computer architectures, intelligent operating systems, programming languages, database technology, computer security, robotic and expert systems, real-time processing techniques, packet radio and networking

# Curriculum Vitae

applications, and reliable fault-tolerant computing. Built and led the team that produced the world's first virtual machine-based distributed cross-platform infrastructure for live object/process migration. As corporate marketer, built a new multimillion-dollar client base that became the firm's single largest stable source of contract revenue.

## Education

| Year | University | Degree |
|------|-----------|--------|
| 1988 | University of Massachusetts Amherst, MA | Ph.D., Computer and Information Science |
| 1980 | University of Massachusetts Amherst, MA | MS, Computer and Information Science |
| 1978 | Wesleyan University Middletown, CT | BA, Music |
| 1978 | Wesleyan University Middletown, CT | BA, Biology and Psychology (double degree) |

## Publications

### Monographs and Book Chapters

[1]     Cromarty, A., Adams, T., Wilson, G., Cunningham, J., Tollander, C., and Grinberg, M., "Distributed Database Considerations in an Expert System for Radar Analysis." Expert Data Base Systems, Benjamin/Cummings (pub.), 1986.

[2]     Cromarty, A., Chapter 3 of the monograph World Sugar, Connell Commodities (pub.), Westfield NJ, 1977.

[3]     Cromarty, A., "Control of Processes by Communication over Ports as a Paradigm for Distributed Knowledge-Based System Design." In A. Bond and L. Gasser (eds.), Readings in Distributed Artificial Intelligence, Morgan Kaufman (pub.), 1988.

[4]     Cromarty, A., "Control of Processes by Communication over Ports as a Paradigm for Distributed Knowledge-Based System Design." In L. Kerschberg (ed.), Expert Database Systems (monograph based on April 1986 Proceedings of the First International Conference on Expert Database Systems, Charleston, South Carolina), 1987.

[5]     Cromarty, A., Pattern Recognition in Natural and Artificial Systems. Ph.D. Dissertation, University of Massachusetts, Amherst MA. Unpublished. 1983.

[6]     Cromarty, A., Programming Constructs for Real-Time Distributed Knowledge-Based Systems. Ph.D. Dissertation, University of Massachusetts, Amherst MA. Published by University Microfilms, Ann Arbor, Mich. 1987.

### Journal and Proceedings Articles and Reports

# Curriculum Vitae

[1]      Adams, T., Cromarty, A., McCune, B., Wilson, G., Grinberg, M., Cunningham, J., and Tollander, C., "A Knowledge-Based System for Analyzing Radar Systems." invited paper, Proc. Military Microwaves '84 London, England, 1984.

[2]      Cromarty, A., Adams, T., Cunningham, J., and Tollander, C., "Science and Technology Analyst's Assistant." Final Technical Report (Revised), ADS TR-1035-01. Published as DTIC Technical Report ADA168552, January 1986.

[3]      Cromarty, A., Adams, T., Wilson, G., Cunningham, J., Tollander, C., and Grinberg, M., "Distributed Database Considerations in an Expert System for Radar Analysis." pp. 586-602, Proc. First International Workshop on Expert Database Systems, Kiawah Island, South Carolina, Oct 24-27, 1984.

[4]      Cromarty, A., "A Model of the Anuran Retina." Technical Report 81-35, Department of Computer and Information Science, University of Massachusetts, Amherst, Massachusetts, 1981.

[5]      Cromarty, A., Cation, M., Dove, K., Edwards, T., Leech, M.~J., Newman, N., and Wong, R., "Distributed Processing Topology." Technical Report TR-3112-01, Advanced Decision Systems, Mountain View, California, October 1986.

[6]      Cromarty, A., "Communications in Advanced Architecture Computing Systems for Distributed Problem-Solving Applications." Distributed Processing for Ballistic Missile Defense project, ADS Technical Memorandum TM-3098-9, Advanced Decision Systems, July 1987.

[7]      Cromarty, A., "Control of Processes by Communication over Ports as a  Paradigm for Distributed Knowledge-Based System Design."  Proceedings of the First International Conference on Expert Database Systems, Charleston, South Carolina, pp. 47-59, April 1-4, 1986.

[8]      Cromarty, A., Cunningham, J., Dove, D., and O'Reilly, C., "Performance Maintenance for a Heterogeneous Distributed Computing System." Final Report, Distributed Processing for Ballistic Missile Defense project, ADS Technical Report TR-87-3098-1, Advanced Decision Systems, 1987.   Published as DTIC Technical Report ADB12017L, 1988.

[9]      Cromarty, A. "Depth as a disambiguating cue in visual localization of objects." Published as Technical Report 81-37, Department of Computer and Information Science, University of Massachusetts, Amherst, Massachusetts, 1981.

[10]      Cromarty, A., Edwards, T., Grover, M., Kinion, P., O'Reilly, C., and Railey, M., "Dynamic Adaptive Resource Management for Real-Time Distributed Planning." Final Report (Vol. I), ADS Technical Report No. 3191-1, April 1990.   (Also published by the U.S. Air Force as a  Rome Air Development Center Technical Report in 1990.)

[11]      Cromarty, A., "Entertainment on the Internet: Executable content, entertainment corporations, and the future."  Digital Internet Innovators News, Spring 1998.

[12]      Cromarty, A., "Entertainment on the Internet: How Different Audiences Are Affected."  Digital Internet Innovators News, Winter 1997.

[13]      Cromarty, A., and Bauer, E., "Linux in the Datacenter : An Analysis of Linux Use for Large-Scale Database Applications ." Robert Frances Group, October 2005.

[14[      Cromarty, A., Grover, M., and Vitarelli, J., "A Model of Trans-/Post-SIOP Strategic Distributed Planning." Final Report (Vol. II), ADS Technical Report No. 3191-2, April 1990. (Also  published by the U.S. Air Force as a  Rome Air Development Center Technical Report in 1990.)

# Curriculum Vitae

[15]    Cromarty, A., Hatfield, F., Kenig, N., Morgan, K., Smith, S., Whitebread, K., and Williams, D., "SOAS System Design, Version 1.1." Semiformal specification and design report for DARPA's Submarine Operational Automation System program, published as a GE Aerospace program technical memorandum, April 1991.

[16]    Cromarty, A., "Internetworked Multimedia and Networked Entertainment Technology." Compaq Forefront, Fall 1998.

[17]    Cromarty, A., "Kainic acid ablation of thalamo-tectal region 'disinhibits' prey-selective tectal units in the frog Rana temporaria". Invited paper, presented at DARPA Workshop on Planning and Problem Solving in Animate Systems, Santa Fe, New Mexico, 1985.

[18]    Cromarty, A., Leech, M. J., Kinion, P.,  Tollander, C., Dove, K., and Edwards, T., "Reconstitution, Reconfiguration, and Knowledge-Based Routing in a Heterogeneous Distributed Computing  Environment." Final Report, Distributed Processing Topology project, Technical Report TR-87-3112-02, Advanced Decision Systems, 1987. Published by the U.S. Air Force as Rome Air Development Center Technical Report RADC-TR-88-131, 1988.

[19[    Cromarty, A., Morgan, K., and Whitebread, K., "SOAS Situation Assessment (SA) Component Design."  Situation assessment design report for DARPA's Submarine Operational Automation System program, published as a GE Aerospace program technical memorandum, December 1991.

[20]    Cromarty, A. "Neural models of visuomotor integration in amphibians." Invited paper, 28th International Congress of Physiological Sciences, Budapest, Hungary, 1980. Published in Adv. Physiol. Sci. vol. 30: G. Szekely, E. Labos, and S. Damjanovich (eds.), Neural Communication and Control.

[21[    Cromarty, A., O'Reilly, C., Mitola, J., and Adams, T., "Artificial Intelligence Applications to the Real-Time EW Problem" (Final Report).  Technical Report, Advanced Information & Decision Systems, Mountain View, California, 12 November 1984.

[22[    Cromarty, A., Rudahl, K., Ruggles, L., and Sutton, R., "A VLSI Associative Search Network for Knowledge Acquisition:  A Design Study."  Tech. Rept. 83-04, Department of Computer and Information Science, University of Massachusetts, Amherst, Massachusetts, 1982.

[23[    Cromarty, A., Shapiro, D., and Fehling, M., "'Still Planners Run Deep': Shallow Reasoning for Fast Replanning." John F. Gilmore (ed.), Applications of Artificial Intelligence, pp. 138-145, Proceedings SPIE 485, 1984.

[24[    Cromarty, A., "SportsWeb: Exploring New Business Models at the Internet's Service Frontier." Digital Forefront, Summer 1998.

[25[    Cromarty, A., "The CoinLisp Reference Manual."  Department of Computer and Information Science, University of Massachusetts, Amherst, Massachusetts, 1982.

[26[    Cromarty, A., "The Role of Entertainment on the Web: How Different Audiences Are Affected." Digital Internet Innovators News, Winter 1997.

[27]    Cromarty, A., "What are Current Expert System Tools Missing?"  invited paper, Proceedings IEEE Computer Conference,  San Francisco CA, February 1985.

[28[    Cunningham, J., Dove, D., Andrews, D., O'Reilly, C., and Cromarty, A., "Model-Based Fault Management." Distributed Processing for Ballistic  Missile Defense project, Technical Memorandum ADS-TM-3098-2, Advanced Decision Systems, June 1987.

## Curriculum Vitae

[29]     Grover, M., Kinion, P., and Cromarty, A., "Cooperating Expert Systems (COPES) Software Development Plan." ADS Technical Report No. TR-2200-003, March 1989.

[30[     Grover, M., Kinion, P., and Cromarty, A., "Design Criteria for Cooperating Expert Systems (COPES)." ADS Technical Report No. TR-2200-002-C, March 1989.

[31]     Grover, M., Kinion, P., Cromarty, A., and Edwards, T., "Cooperating Expert Systems (COPES)." Final Report, ADS Technical Report No. TR-2200-004, June 1989. (Also published by the U.S. Air Force as a Rome Air Development Center Technical Report in 1990.)

[32]     Hatfield, F., and Cromarty, A., "A Concept and Architecture for a Proficiency Management Support System." Final Report, US Navy Contract N00039-95-C-0030, June 1995.

[33[     Hatfield, F., and Cromarty, A., "Proficiency Management Toolset (PMToolSet): Analysis and Requirements." Interim Report, US Navy Contract N00039-95-C-0030, March 1995.

[34]     Hatfield, F., and Cromarty, A., "Proficiency Tracking and Authoring Tools for C4I Environments (ProTRACE): Technology and Architecture." Interim Report, US Navy Contract N00039-95-C-0030, April 1995.

[35[     Hatfield, F., and Cromarty, A., "Visualization and Analysis for Cruise Missiles." Final Report, US Navy Contract N60921-94-C-A132, June 1994.

[36[     Lara, R., Arbib, M., and Cromarty, A., "Neural modeling of prey-predator interactions in frog and toad visuomotor coordination." Soc. Neurosci. Abs. 5:469, 1979.

[37[     Lara, R., Arbib, M., and Cromarty, A., "The Role of the Tectal Column in Facilitation of Amphibian Prey-Catching Behavior: A Neural Model." J. Neurosci. 1982.

[38]     Levitan, S., and Cromarty, A., "Vds: An Interactive VLSI Design System." Technical Report 81-36, Department of Computer and Information Science, University of Massachusetts, Amherst, Massachusetts, 1981.

[39[     Miltonberger, T., Cromarty, A., and Lawton, D., "Feasibility Study of an Artificial Intelligence Approach to Space Object Identification" (Final Report), Technical Report TR-2077-2, Advanced Decision Systems, Mountain View, California, April 1985.

[40[     Miltonberger, T., Cromarty, A., Lawton, D., and Muller, H., "Preliminary Results on a Model-Based Image Understanding System for Detecting Space Object Anomalies from Inverse Synthetic Aperture Radar (ISAR) Images." Proceedings Fifth Annual Phoenix IEEE Conference on Computers and Communications, March 1986.

[41]     Morgan, K., Whitebread, K., Kendus, M., and Cromarty, A., "Integration of Domain and Resource-Based Reasoning for Real-Time Control in Dynamic Environments." Proceedings of the NASA SOAR Conference, August 1992.

[42]     O'Reilly, C., and Cromarty, A., "'Fast' Is Not 'Real-Time': Designing Effective Real-Time AI Systems." Applications of Artificial Intelligence, Proceedings SPIE 548, John F. Gilmore, ed., 1985.

[43]     Sinnamon, H., Miller, C., and Cromarty, A., "Response of medial telencephalic neurons to stimulation in reinforcing sites in the medial forebrain bundle and ventral tegmental area." Physiology and Behavior 22:555-562, 1979.

# Curriculum Vitae

[44[ Sutton, R., and Cromarty, A., "The Gus Device-Independent Graphics System Reference Manual." Department of Computer and Information Science, University of Massachusetts, Amherst, Massachusetts, 1981.

[45] Weymouth, T., and Cromarty, A., "COINS-3D (An Adaptation of MOVIE-BYU): System Description and Reference Manual." Department of Computer and Information Science, University of Massachusetts, Amherst, Massachusetts, 1979.

[46[ Wilson, G., Cromarty, A., Adams, T., Grinberg, M., Tollander, C., and Cunningham., J., "AI Assists Analysts in Identifying Soviet Radar Systems." Defense Systems Review, January 1984.

Select Presentations, Invited Lectures and Invitational Workshops

[1] "AI in the 80's: Transferring the technology," Invited Keynote Speaker lecture (Plenary Management Session) for Aerospace Applications of AI Conference, Dayton OH, Oct 14-17, 1986.

[2] AI Planning Workshop (satellite workshop of National Conference on Artificial Intelligence), Washington, DC, Aug 1984.

[3] "Cooperating Expert Systems." Technical Interchange Workshop, Decision Aids Branch, RADC/COAD, Rome NY, Feb 17, 1988.

[4] DARPA Workshop on Planning and Problem Solving in Animate Systems. Bishop's Lodge, Santa Fe NM, June 17-19, 1985.

[5] "Distributed Planning Architectures, or Planning in a Distributed Computing Environment." Technical Exchange Workshop, Knowledge Engineering Branch, RADC/COES, Rome NY, May 18, 1988.

[6] "Distributed System Reconstitution for Strategic Distributed Planning" (with M. Grover). Technical Exchange Workshop, Distributed Systems Branch, RADC/COTD, Rome NY, Jan 11, 1989.

[7] "Distributed System Topology for the SDI Battle Management/C3 System." Technical Exchange Workshop, Distributed Systems Branch, RADC/COTD, Rome NY, Nov 1986.

[8] "Dynamic Process Migration for Reconstitution and Reconfiguration in a Heterogeneous Distributed Computing Environment." Technical Exchange Workshop, Distributed Systems Branch, RADC/COTD, Rome NY, Dec 1987.

[9] "Information processing in autonomous mobile vehicles" (with R. Drazovich), DARPA Workshop on Autonomous Ground Vehicles, Leesburg VA, Oct 24-26 1983.

[10] Intelligent Decision Support Systems, two-day public lecture series (sole speaker) presented to audiences in Boston MA, Atlantic City NJ, and Washington DC, Jan 1986.

[11] "Knowledge-based fault management using heterogeneous dynamic process migration." Artificial Intelligence Technology Fair Workshop, Knowledge Engineering Branch, RADC/COES, Rome NY, Nov 1988.

[12] Invited keynote talk, EnterTech Entertainment and Technology Conference, Carlsbad CA, April 1999.

## Curriculum Vitae

[13]    "New Domains and Collective Visions: All Things Digital." Invited panel session, Univ. of California/Red Herring's DIGIVATIONS: Global Digital Technology and Media Conference, Bacara Resort, Santa Barbara, California, September 24–26, 2000.

[14]    "Linux in the Datacenter : An Analysis of Linux Use for Large-Scale Database Applications ." Public national lectures series, Robert Frances Group, October 2005.

[15]    "The Death of Product Design." Invited lecture and panel session, Asilomar Microcomputer Workshop, Pacific Grove, California, April 28-30, 2010.

[16]    "Education and the Innovation Economy: A brief status report." Invited lecture and panel session, California Assembly Select Committee on Innovation and the Economy: Innovation Symposium, Livermore, California, July 13, 2010.

## Awards,  Honors, Professional Associations and Achievements

Cum Laude Society, Newark Academy (1974)

Bausch and Lomb Honorary Science Award (1974)

National Science Foundation Summer Research Fellowship, for neurophysiology research (1977)

National Institutes of Health/NINCDS Research Assistantship, for computer science and mathematical modeling of biological systems (1979-1980)

DAAD Fellowship, to conduct neuroethology research in Germany (1980)

National Institutes of Health/NINCDS Research Assistantship, for computer science and mathematical modeling of biological systems (1981-1982)

Teaching Assistantship, University of Massachusetts at Amherst (1982)

National Science Foundation Research Assistantship, to design a new programming language (1983)

Member, ACM (past Vice President, Pioneer Valley chapter)

## Curriculum Vitae

### Board Positions

Former college fraternity President, now serving on national executive board. Served on four corporate boards and numerous boards of advisors; presently serving on University of California President's Advisory Board. Position history includes:

| | |
|---|---|
| 2002 – present | President's Board on Science and Innovation, Univ. of California |
| 2001 – 2002 | Contributing Editor, Thumbtribes wireless journal |
| 2001 – 2002 | Board of Advisors, AdCritic.com |
| 2001 – 2002 | Board of Advisors, Globallinx Network Inc. |
| 2000 – 2001 | Board of Directors/Chairman, Freewire Networks (Lucent spinout) |
| 2000 – 2001 | Board of Directors, Aerzone Corporation |
| 2000 – 2001 | Board of Directors, Intelligent Communications, Inc. (Intellicom) |
| 2000 – 2001 | Board of Directors, SoftNet Ventures (corporate venture fund) |
| 1998 – 2002 | Board of Advisors, Univ. Calif. Digital Media Innovation Program |
| 1998 – 2004 | President's Advisory Council, Wesleyan University |
| 1999 – 2000 | Trustee and President, Covenant Presbyterian Church |
| 1996 – present | Trustee, Kappa Alpha Society Foundation |

1&1 Affiliate - How To Start                    http://www.1and1affiliate.com/howto/

**HOW TO START**

Overview

1&1 Affiliate Programs

Affiliate Testimonials

Affiliate Terms &
Conditions

**Start Earning Now**

Register as a 1&1 affiliate and
start immediately!

Get access to great affiliate
tools
Earn up to $300 per sale

**Join Now!**

Already a Customer?

Choose your preferred login method:

○ 1&1 Customer ID or 1&1 Domain

Enter your 1&1 Customer ID or 1&1
Domain:

☐ Remember me

We make everything easy for you:

We take care of support
We handle the billing
You get paid

## Hosting Products are Easy to Sell

No other web host brings you so many great products to choose from! As an affordable
'one-stop shop', 1&1 has more shared hosting plans, more server choices, email
solutions and hosted business solutions than just about anyone. With over 40 hosting
products, this means no matter what your referrals want, we've got the right hosted
solution at the right price. Visit the 1and1.com website to view all the great products you
could be earning from.

## Benefits of Being a 1&1 Affiliate

The 1&1 affiliate program is a great money making opportunity that allows you to partner
with the world's largest hosting company.  Recommending our high demand web hosting
and domain products is simple.  Best of all - you can join our affiliate program
absolutely free.

**You can earn up to $300 per sale!** For more details, check out our Commission
Structure.

- Earn up to $300 per sale
- 120 day cookie duration
- Highest affiliate conversion rate in the industry
- Dedicated affiliate marketing support team (live chat, toll free phone support,
  and email)
- Well known worldwide brand
- Great monthly promotions
- Easy to sell products
- **Free to join**, nothing to sign (no obligations whatsoever)
- No monthly minimums (in our internal program)

## 3 easy steps to your success



**Register**
Sign up for the
1&1 affiliate program in
Commission Junction,
Pepperjam, or Zanox
and become an affiliate

**Share Your
Affiliate Tracking
Link**

Our easy and unique
affiliate tools will let
you spread the word

**Earn Money**
By promoting your 1&1
affiliate link, you earn
great commissions
whenever you refer
new customers to 1&1.

1 of 2                                                          10/11/2011 03:44 PM

1&1 Affiliate - How To Start                                    http://www.1and1affiliate.com/howto/

partner of the world's
#1 web hosting
company.

about 1&1 both offline
and online. These tools
are offered exclusively
to 1&1 affiliates.

There is no limit to how
much you can earn.
Remember, your
affiliate link must be
used to earn
commissions.

## How do I Join?

We give you several options to join us. All you need is 5 minutes! **Joining is absolutely free!**

All you need is 5 minutes! **Joining is absolutely free!**

You may join our external affiliate program in Commission Junction (CJ) or LinkShare, the largest and most trusted affiliate networks in the world:





## What Do I Sell?

You are selling the world's most popular and affordable web hosting products. 1&1 offers everything from domains, instant mail, shared web hosting, to enterprise servers and more. All in all, 1&1 has over 30 commissionable products for you to profit from. We have something for every budget and skill level. There is no limit to how much you can make! Visit 1&1's Main Hosting Website to see the full range of products we offer.



TERMS & CONDITIONS   |   PRIVACY POLICY

© 2008 1&1 Internet, Inc. All rights reserved.

1&1 Affiliate - How To Start - 1&1 Affiliate Programs          http://www.1and1affiliate.com/howto/11-affiliate-pro...

**HOW TO START**

Overview

**1&1 Affiliate Programs**

Affiliate Testimonials

Affiliate Terms & Conditions

# 1&1 Affiliate Programs

## How do I Join?

All you need is 5 minutes! **Joining is absolutely free!**

You may join our external affiliate program in Commission Junction (CJ) or LinkShare, the largest and most trusted affiliate networks in the world:





### Start Earning Now

Register as a 1&1 affiliate and start immediately!

Get access to great affiliate tools
Earn up to $300 per sale

**Join Now!**

**Already a Customer?**

Choose your preferred login method:

○ 1&1 Customer ID or 1&1 Domain

Enter your 1&1 Customer ID or 1&1 Domain:

☐ Remember me





TERMS & CONDITIONS  |  PRIVACY POLICY

© 2008 1&1 Internet, Inc. All rights reserved.

1&1 Affiliate - How To Start - Affiliate Terms & Cond..                http://www.1and1affiliate.com/howto/tc/

**HOW TO START**

Overview

1&1 Affiliate Programs

Affiliate Testimonials

**Affiliate Terms & Conditions**

# 1&1 Affiliate Program - Terms & Conditions

### 1.   Preamble

These special program terms are in addition to the general terms & conditions of the 1&1 Affiliate Program. These special conditions also govern obligations of 1&1 Affiliates.

### 2.   Definitions

The following terms are defined for the purposes of this agreement between 1&1 and the Affiliate:

**Account:** legitimate participation in the 1&1 Affiliate Program pursuant to registration by the Affiliate with full and accurate indication of the content registration information – including the indication of the main domain and the applicable substantive description of the Affiliate site.

**Valid Click:** a click is valid if a User on a Affiliate website voluntarily and knowingly clicks on a tracking link for the 1&1 Affiliate Program and is directed to the 1&1 website. Determination of valid clicks is based on the 1&1 transaction log system and verified by 1&1 with reasonable discretion.

**Valid Sale:** a sale is valid when a User makes a valid click on the 1&1 website and voluntarily and knowingly buys contract products subject to charge. Valid sales are determined like valid clicks using the 1&1 transaction log system and verified by 1&1 with reasonable discretion.

**Tracking-Link:** employed by the 1&1 Affiliate Program for use by the Affiliate such that the Affiliate may present content on its website identifying reference to the 1&1 website. The link is used exclusively by Affiliates in its unchanged form.

**Tracking-Cookie:** with a valid click on a tracking link, a tracking cookie is downloaded on the User's computer if permitted by the browser settings. The tracking cookie contains information about the last valid clicks and, through the 1&1 transaction log system, can be used to retroactively credit the valid sale of a Affiliate.

**Pay-Per-Sale Affiliate Program (pay per Valid Sale):** by implementing a 1&1 tracking link on the Affiliate website and forwarding visitors from the Affiliate website to the 1&1 website via a valid click, thereby arranging the sale or use of 1&1 contract products, the Affiliate is entitled to payment corresponding to the current compensation table.

**User:** any natural person who voluntarily and knowingly, without coercion or deception from the Affiliate or third-party compensation, with the exception of a 1&1-designated bonus system, visits the Affiliate website and, subsequently through a tracking link, the 1&1 website.

**Contract Products:** are paid goods or services to be offered by the Affiliate under this pay-per-sale Affiliate Program to the User per **Appendix 1.**

**Affiliate Website:** German-language webpages of the Affiliate, whose content is

**Start Earning Now**

Register as a 1&1 affiliate and start immediately!

Get access to great affiliate tools
Earn up to $300 per sale

**Join Now!**

Already a Customer?

Choose your preferred login method:
○ 1&1 Customer ID or 1&1 Domain

Enter your 1&1 Customer ID or 1&1 Domain:

☐ Remember me



10/11/2011 03:44 PM

reviewed by 1&1 at the time of the Affiliate's registration, located on the given or registered (main) domain or another domain or subdomain if content is identical to the designated main domain of the registered account.

**1&1-Site:** is the specified URL of 1&1 Internet Inc., pointed to by the Affiliate tracking link, under which 1&1 sells contract products and promotions online per the general terms of the Affiliate Program.

3.     **Remuneration**

3.1   1&1 pays remuneration for Affiliate services, the amount to be determined by the current compensation table of this agreement.

3.2   The remuneration referred to in the compensation table equals net price plus value added tax, where applicable.

3.3   Multiple remunerations for contract products from pay systems other than 1&1 are prohibited. Only net contracts where the contract is activated are considered eligible sales.

3.4   1&1 determines amount of compensation according to market conditions, with reasonable discretion. Changes in remuneration occur at the beginning of the calendar month with a prior notification period of two weeks. Contracts already in effect are excluded from the revised compensation rates.

3.5   A payment claim occurs when a contract generated through a Affiliate is carried out over a period of at least 60 days. Payment claim is possible only when the Customer provides payment to 1&1 for contracted products for a period of 60 days (the minimum period). Previous periods (up to three months) where the Customer was released from, or credited for, the monthly fee, for example as part of a promotion, are not counted towards the minimum payment period described here.

4.     **Tracking and Reporting**

4.1   The placement of tracking cookies occurs only after a valid User clicks on a 1&1 advertisement which takes the User to the destination website through a hyperlink. 1&1 reserves the right to allow individually selected Affiliates exemption from these tracking cookies. Any registration differing from paragraph 8.2 of this agreement requires a separate written consent from 1&1.

4.2   The duration of the tracking cookie is 30 days. Per the requirements of Section 8.2, a tracking cookie can only be overwritten by a new cookie ('last cookie wins' logic).

5.     **Rights of the Affiliate**

5.1   Mediated contracts for products are exclusively between the Customer and 1&1. 1&1 reserves the right to refuse Customers from its Affiliates.

5.2   The Affiliate is not entitled to accept offers, make or answer statements, or act on behalf of 1&1.

5.3   Contract design and settlement with the End Customer is the sole and absolute decision of 1&1. If the contract with the End Customer, through acts or decisions of 1&1, is prematurely terminated or otherwise not fully implemented, the Customer will have no right to objections or claims regarding possible recovery of compensation.

6.     **Obligation of Affiliates to 1&1**

6.1   The Affiliate is under obligation, using all technical possibilities, to design and present its website, including all entries in search engines,

directories, and link lists, to third parties in such a way that only valid User clicks and/or valid sales are generated on the 1&1 website.

6.2    1&1 provides the Affiliate with the required tracking links together with the URL of each page of the site. The Affiliate is not permitted to change the 1&1-provided HTML code or banner. The provided advertising materials may only be used on the websites of Affiliates. The use of this advertising is only permitted in connection with this agreement. Any disclosure of information or advertising to third parties is not permitted.

6.3    The linking of advertising material shall be allowed only on defined 1&1 landing sites (so-called "landing pages").

6.4    In addition to paragraph 10.2, the use of names, registered and unregistered trademarks, service marks, and/or logos of 1&1 is generally permitted only if the Affiliate receives prior consent from 1&1. In particular, the Affiliate is not permitted to use the brand called „1&1", even in a modified spelling, as part of a domain or subdomain. The Affiliate is obligated to ensure its website does not violate intellectual property rights, including copyrights, as well as any applicable laws pertaining to data protection.

6.5    The use of the name, registered and unregistered trademarks, or service marks of 1&1 in search engine marketing is not permitted. The advertising of branded keyword "www.1und1.de" with the visible URL, other 1&1 business domains, and so-called "Keyword Typos" are not permitted. Moreover, it is not permitted to link directly from search ads to the 1&1 site.

6.6    Regarding the optimization of its website, the Affiliate must comply with relevant guidelines of search engines, especially for pages which link to the landing page of the 1&1 Affiliate Program. Any techniques performed only for the purposes of improving the search engine ranking of the Affiliate site or which are misleading to the User, or which are of no use are prohibited. The uses of special hidden text or links, irrelevant keywords, unnecessary repetition of substantially identical content on multiple pages or under subdomains and domains, and "doorway pages" that are optimized for search engines ("cloaking") are inadmissible in this context.

6.7    The sending of e-mails by the Affiliate with advertisements for 1&1 is permitted only in accordance with legal requirements.

6.8    The Affiliate is obligated to include a provider ID with business offers. The Affiliate is obligated to ensure its website is in accordance with all laws regarding consumer protection. Violence, sexually explicit or pornographic content, discriminatory statements and representations with respect to race, sex, religion, nationality, disability, sexual orientation, or age are not allowed on the website of the Affiliate and/ or in connection with participation in the Affiliate Program. In particular, advertising without permission on sites that distribute royalty-proprietary content such as music or videos (for example, P2P sites or file-sharing services) is prohibited. The design of the Affiliate website is not permitted to negatively affect the reputation of 1&1 or the reputation of its good or services, brands, or business activities.

6.9    1&1 is intent on conveying a clear brand image for its End Customers. The Affiliate is not permitted, without written consent from 1&1, to tie in and/or combine 1&1 products with its own offers or offers from third parties and advertise or offer them as retail items to the End Customer.

6.10    A Affiliate is not permitted to load the 1&1-shop in an iFrame within its website.

6.11 The above provisions also apply to Affiliate referrals through links to third-party sites.

1&1 Affiliate - How To Start - Affiliate Terms & Cond...                    http://www.1and1affiliate.com/howto/tc/

6.12 The Affiliate can place the tracking link for the 1&1 site on its website at any time in any number. 1&1 may, however, require Affiliates to change the placement of the tracking link if it affects the reputation of 1&1 business activities, goods or services, or the 1&1 brand name.

**7.      Confidentiality**

7.1    Unless otherwise provided for in this agreement or without written consent of the other party, all information which the collaborating parties contribute to this transaction, including the rules of the agreement, commercial and financial information, customer and vendor list data, and pricing and sales information, is treated as strictly confidential.

7.2    Under this agreement, information gained about Customers/Users may only be used for billing purposes by Affiliates of 1&1. Other uses, particularly for marketing or sales purposes, are not permitted.

## Products and Commissions

For a full list of all of our products and their commissions please visit our commission info page  .



TERMS & CONDITIONS   |   PRIVACY POLICY

© 2008 1&1 Internet, Inc. All rights reserved.

10/11/2011 03:44 PM

**HOW TO START**

Overview

1&1 Affiliate Programs

**Affiliate Testimonials**

Affiliate Terms & Conditions

# 1&1 Affiliate Testimonials

"1&1 is always a welcome addition to the Affiliate Summit. We are happy that such a large company has chosen to exhibit. The 1&1 team is both friendly and knowledgeable about their products and their affiliate program."

**Shawn C.**  New Jersey

"The 1&1 affiliate team goes above and beyond. They are enthusiastic about their affiliate program and their excitement is contagious. They are really great about following-up and making sure all of my needs have been met and I understand everything about the affiliate program. They have worked with me to help me learn how to earn more referrals in lots of creative ways. They explain things clearly and make it all easy. The 1&1 affiliate team very friendly and a real pleasure to work with!"

**Carrie C.**
Atlanta, GA

"Namespaceinc.com attributes its success to "Concentrating on search engine keywords in order to reach a wide audience of website developers and small businesses in need of web hosting." When asked why they decided to become a 1&1 affiliate, Joe F. answered, "We only partner with merchants and brands that are market leaders in terms of size, quality of service, and reputation. 1&1 certainly fits the criteria."

**Joe F.** Massachusetts

"1&1 is very professional in their approach to affiliate marketing and it is a pleasure to work with them. The affiliate team's advice about 1&1 and numerous other topics have been invaluable to us."

**James Martell** British Columbia, Canada

"My 1&1 ad was already getting clicks but I knew I could do better.  One call to the 1&1 affiliate team and a simple recommendation increased my clicks and affiliate sales dramatically.  Thanks 1&1."

**Kate D.** Ontario, Canada

"I first met the 1&1 affiliate team at the Affiliate Summit in Las Vegas in February this year.  They are some of the most valuable mentors I have ever met in the internet marketing circle! Their extensive knowledge in the world of affiliate marketing simply stuns me! When I have the privilege of talking to Joshua or Jesse I always hang up the phone with a new idea or something that I can help take my business to a new level! They simply take themselves out of the equation and offer online marketing strategies that always increase my sales and commissions significantly! I consider the 1&1 affiliate team true friends and am honored to be a 1&1 affiliate!"

**Tim A** Florida

"Most of my promotion of 1&1 occurs through my mailing list.  I've used advice from Joshua and his affiliate team on several occasions.  This has helped increase my open rate and my click rate on 1&1 ads."

**Justin D.** Georgia

"One thing I like the best about 1&1's affiliate program is that I've always been able to reach the affiliate team by phone or email.  This is unusual in the world of 'set-it-and-forget-it' affiliate programs.  Although I'm just getting started with promoting my 1&1 affiliate link, I have high hopes for earning a lot with the program."

**Stephanie A.** New Jersey

'A strong respected brand like 1&1 has helped me develop content about its products and services.  1&1 has a great conversion rate for me.  I highly recommend those who wish

## Start Earning Now

Register as a 1&1 affiliate and start immediately!

Get access to great affiliate tools

Earn up to $300 per sale

**Join Now!**

Already a Customer?

Choose your preferred login method:

○  1&1 Customer ID or 1&1 Domain

Enter your 1&1 Customer ID or 1&1 Domain:

☐ Remember me

1&1 Affiliate - How To Start - Affiliate Testimonials          http://www.1and1affiliate.com/howto/testimonials/

to promote web hosting to join the 1&1 affiliate program."

**Victor P.** Russia

"Although I'm not a professional affiliate marketer, by giving my 1&1 affiliate link to my friends who also wanted websites, I have been able to pay for my own hosting. I like getting my site for free."

**Yuri M.** California

"I'm a full time student but I design websites on the side for extra money. I always use my 1&1 affiliate link when creating new hosting accounts for my clients. The extra money as a student definitely helps."

**Steven J.** Georgia



TERMS & CONDITIONS   |   PRIVACY POLICY

© 2008 1&1 Internet, Inc. All rights reserved.

10/11/2011 03:45 PM

Check out our TV ad and earn your October reward

**Subject:** Check out our TV ad and earn your October reward
**From:** 1&1 Refer A Friend <noreply@1and1.com>
**Date:** Tue, 11 Oct 2011 17:12:06 +0200 (CEST)
**To:** and███████@████.com



Andrew Cromarty,

At 1&1 we believe that one good turn deserves another. That's why we want to reward you for recommending us to others. If you're happy with what we do, spread the word this October and you can earn up to $110 for referring friends, family or business associates to 1&1 MyWebsite!*

As a result of our current print and TV advertising, an ever-growing number of people recognize 1&1 as a brand. 1&1 MyWebsite is also gaining recognition as THE customized website solution for companies, associations and professionals. Check out our TV ad!

Just refer a friend by e-mail and follow the 3 steps below or click here for other ways to refer someone you know. Earn your reward today!

Best regards,
Your 1&1 Refer A Friend Team



**REFER A FRIEND – HERE'S HOW IT WORKS:**

1. Copy the complete text in the box below.

2. Paste it into an e-mail and send it to your friends, family or business associates.

Hi,

Check out our TV ad and earn your October reward

I just got this fantastic offer from 1&1, my web hosting company, and I immediately thought of you.

It's great- 1&1 makes it easy to design and launch your business website so you can be up and running online in under an hour. Just choose a web design for your business type- content and images are automatically included and can be changed at any time. No programming or design background necessary. You can even try it free for 30 days!

I'm very satisfied with my website and 1&1's services, and I think you'll like them too.

As a result of current print and TV advertising, an ever-growing number of people recognize 1&1 MyWebsite as THE customized website solution. Check out their TV ad:
http://mywebsite.1and1.com/xml/order/popupTVspot

Just click the link below to get started:
http://mybusiness.1and1.com/xml/order/diyselect?k_id=6▮▮▮▮

Kind regards,
Andrew

**3.** When your friends use your personal tracking link to make a purchase, through your e-mail or another referral tool, you get paid!

For more details, check out our Commission structure below.*

| LET'S BREAK IT DOWN: | | | |
|---|---|---|---|
| **Products** | **1&1 MyWebsite** (Basic package)* | **1&1 MyWebsite** (Plus package)* | **1&1 MyWebsite** (Premium package)* |
| **Your Friend Pays** (monthly fee) | **30-day FREE TRIAL*** | | |
| | then just **$9.**99 | then just **$19.**99 | then just **$29.**99 |
| **You earn** (When your friends use your affiliate tracking link to make a purchase, you'll get a commission.) | **$40** | **$55** | **$110** |

Find us on:

Your customer ID:

6▮▮▮▮▮

▮▮▮▮▮.®

10/11/2011 03:35 PM

Check out our TV ad and earn your October reward



<u>Click here</u> for 1&1's commission structure.
When your friends use your affiliate tracking link to make a purchase, you'll get a commission.

<u>Click here</u> for more information on the 1&1 Affiliate Program Terms and Conditions

\* 1&1 MyWebsite offer valid through October 31, 2011. 1&1 MyWebsite will receive a 30 day free trial. After the 30 day free trial, regular prices apply: 1&1 MyWebsite, regularly $9.99/month; 1&1 MyWebsite PLUS, regularly $19.99/month; 1&1 MyWebsite Premium, regularly $29.99/month. A 12 month minimum contract term applies. 12 month minimum contract term begins after 30 day free trial. <u>Click here</u> for full promotional offer details. Program and pricing specifications and availability subject to change without notice.

If you have any questions regarding referrals or commissions, contact our referral team at <u>refer-a-friend@1and1.com</u>.

If you would like to unsubscribe to this newsletter, please log into your <u>1&1 Control Panel</u> to adjust your preferences under My Data > User Settings > Settings.

© 2011 All rights reserved. 1&1 and the 1&1 logo are trademarks of 1&1 Internet AG.
1&1 Internet Inc., 701 Lee Road, Chesterbrook, PA 19087.

QUS11ZN003_1EV

10/11/2011 03:35 PM

Amazon.com Associates Central - Help          https://affiliate-program.amazon.com/gp/associates/help...

Help | Feedback | Select Locale:

- Links & Banners▼Product Links
  Banner Links
  Link to Any Page
  Quick Linker
  Link Checker
- Widgets
- aStore
- Product Advertising API
- Affiliate Programs▼Amazon Wireless Associates
  Endless Associates
  Small Parts Associates
- Reports▼Earnings Report
  Orders Report
  Misc. Referrals
  Link-Type Report
  Daily Trends
  Tracking ID Summary Report

Email address

Password

Sign In  Need help?

**Don't have an account?**

Join now for FREE!

**Holiday Offers**

- Holiday Offers

**Stay Connected**

- Discussion Boards
- Associates Blog

**Customer Support**

11/07/2011 11:53 PM

- Help
- Performance Tips
- Glossary
- Operating Agreement

**Special Programs**

- Sell on Amazon
- Kindle for Associates
- Product Advertising API
- Vendors & Publishers
- Amazon WebStore
- Amazon Product Ads

**Other Affiliate Programs**

- Audible.com
- AbeBooks.com

# Associates Program Advertising Fee Schedule

This Associates Program Advertising Fee Schedule (**"Schedule"**) is part of the Operating Agreement that governs your participation in the Amazon Services LLC Associates Program. This Schedule describes the advertising fee rates you may earn as a participant in the Program. It also describes the limitations that apply to earning advertising fees on certain Products. From time to time, we may modify this Schedule in accordance with the Operating Agreement. All capitalized terms used below that are not defined on this page have the meanings given to them in the Operating Agreement.

During each calendar month, you may earn advertising fees for Qualifying Purchases. Most advertising fees are calculated as a percentage of Qualifying Revenues based on the tables below and are subject to the limitations described in the "Limitations on Advertising Fee Rates for Certain Products" section below. We also may offer advertising fees in the form of bounties or other special offers as described in the "Special Offers and Promotions" section below. **"Qualifying Revenues"** mean amounts we receive from customers' Qualifying Purchases, excluding shipping, handling, and gift-wrapping fees, taxes, and service charges, and less any rebates, credit card processing fees, returns, and bad debt.

The Program's standard advertising fee structure is described in Tables 1 and 2 below. The advertising fee rates you may earn will vary depending on the number and category of Products that are shipped, streamed, or downloaded (as applicable) in a given calendar month that constitute Qualifying Purchases. We will determine

the classification of Products in each category set forth in Table 1 below or otherwise described on this page.

## TABLE 1 – Fixed Advertising Fee Rates for Specific Product Categories

**US – Fixed Advertising Fee Rates for Specific Product Categories**

| Product Category | Fixed Advertising Fee Rates |
|---|---|
| Electronics Products | 4.00% |
| Amazon MP3 Products | 10.00% |
| Amazon Instant Video | 10.00% |
| Game Downloads Products | 10.00% |
| Endless.com and smallparts.com Products | 15.00% |
| Myhabit.com products | 15.00% |
| Gift Cards Redeemable on the Amazon Site | 6.00% |
| Gift Cards Not Redeemable on the Amazon Site | 4.00% |

## TABLE 2 – Volume-Based Advertising Fee Rates for General Products*

| Number of Products Shipped/Downloaded in a Given Month** | Volume-Based Advertising Fee Rates for General Products |
|---|---|
| 1-6 | 4.00% |
| 7-30 | 6.00% |
| 31-110 | 6.50% |
| 111-320 | 7.00% |
| 321-630 | 7.50% |
| 631-1570 | 8.00% |
| 1571-3130 | 8.25% |
| 3131+ | 8.50% |

* **"General Products"** are any Products other than those for which we pay a fixed advertising fee rate as described in Table 1.

** For purposes of calculating the number of Products shipped or downloaded in a given month, we will include Products included in categories in Table 1, except gift cards (whether redeemable on the Amazon Site or not) and any Products expressly excluded in accordance with the "Special Offers and Promotions" section below or otherwise under the Operating Agreement.

If you enrolled in the Program under our "Classic Fee Structure" and are earning a

4% advertising fee rate for any number and category of Products, then that rate will continue to apply to you unless you select the standard advertising fee structure. You may change your account to the standard advertising fee structure described above by clicking here, in which event the change will be effective on the first day of the next month.

## Example Calculation of Advertising Fees

The following example demonstrates how advertising fee rate calculations work under Tables 1 and 2. If, in a given month, 6 General Products, 9 Amazon Instant Video Products, 14 Electronics Products, and 2 gift card Products redeemable on the Amazon Site were shipped or downloaded (as applicable) as a result of orders placed by customers during Sessions initiated through Special Links on your site, then the total number of Products would be 31. The volume-based advertising fee rate for a monthly volume of 7-30 Products would be used to determine your advertising fee rate for General Products because the 2 gift card Product units are not included in calculating the applicable advertising fee tier in Table 2. In this example, an advertising fee rate of 6.00% would apply to Qualifying Revenues from the 6 General Products, an advertising fee rate of 10.00% would apply to Qualifying Revenues from the 9 Amazon Instant Video Products, an advertising fee rate of 4.00% would apply to Qualifying Revenues from the 14 Electronics Products, and an advertising fee rate of 6.00% would apply to Qualifying Revenues from the 2 gift card Products (redeemable on the Amazon site).

## Limitations on Advertising Fee Rates for Certain Products

Notwithstanding the advertising fee rates described on this page, the following limitations apply: (a) advertising fees for all Qualifying Purchases of Products that are personal computers (including without limitation desktops, laptops, notebooks, tablets, and netbooks) are limited to a maximum of $25 per personal computer, regardless of the Qualifying Revenues received from the sale of that Product; and (b) advertising fees for all Qualifying Purchases of Products that are Amazon Instant Video Products or Amazon MP3 Products are limited to a maximum of $1.50 per unit, regardless of the Qualifying Revenues received from the sale of that Product.

## Special Offers and Promotions

From time to time, we may run special or limited time offers or promotions under which you may earn advertising fees on Products or categories of Products that were previously excluded from earning advertising fees, or you may earn increased advertising fee rates from those set forth above. We may notify you about special offers or promotions by updating this page or through emails, blog posts, or other means.

The following special offers and promotions are currently available to all Associates:

- **AmazonWireless Cell Phone with Wireless Service Plan Promotion:**

For each Qualifying Purchase from the wireless.amazon.com site, you may earn a $50 bounty instead of, and you will not be eligible to earn, the advertising fee rates set forth in the tables above.

- **Amazon Product Ads Program Promotion:**

In connection with referrals to the Amazon Product Ads Program, you may earn a bounty solely as follows: (a) for each new Amazon Product Ads Advertiser Registration you refer, you may earn a $5 bounty; and (b) for each Amazon Product Ads Advertiser Launch, you may earn an additional $150 bounty.

The **"Amazon Product Ads Program"** means the advertising program designed to provide Amazon Site customers access to products available on external Web sites, described in more detail here.

An **"Amazon Product Ads Advertiser Registration"** means an advertiser's registration in the Amazon Product Ads Program to advertise products in at least one of the open categories listed here, where that registration was initiated and successfully completed (as determined by us) by the advertiser during the Registration Period and the advertiser has not previously completed registration in the Amazon Product Ads Program.

The **"Registration Period"** means the period beginning when an advertiser follows a Special Link from your site to the Amazon Product Ads homepage and ending on the earlier of: (i) 30 days later and (ii) any time that advertiser follows a Special Link from the site of another participant in the Program to the Amazon Product Ads homepage. Special Links to the Amazon Product Ads homepage are permitted in connection with this promotion, notwithstanding Section 19 of the Associates Program Participation Requirements.

An **"Amazon Product Ads Advertiser Launch"** means the occurrence of the first click by a natural person on a Product Ads advertisement that is displayed for the advertiser whose Amazon Product Ad Advertiser Registration you referred. An Amazon Product Ads Advertiser Launch must occur within the first 30 days following the date of that advertiser's Amazon Product Ads Advertiser Registration in order for you to be eligible to earn the additional $150 bounty. For the avoidance of doubt, if the Amazon Product Ads Advertiser Launch occurs later than 30 days following the applicable Amazon Product Ads Advertiser Registration, you will not be eligible to earn the additional $150 bounty. Clicks are measured solely by us.

## What do you think?

Do you have a suggestion or comment about Associates Central website? Let us know.

Conditions of Use | Privacy Notice © 1996-2011, Amazon.com, Inc.

Follow us on Twitter | Friend us on Facebook | Join us on Linkedin



Sign in to the AWS Management Console          Create an AWS Account          English

Search:   AWS Product Information

**AWS**          **Products**          **Developers**          **Community**          **Support**

**Account**

## Amazon EC2 Pricing

**Amazon EC2 Details**

EC2 Overview

EC2 FAQs

**EC2 Pricing**

Amazon EC2 SLA

EC2 Instance Types

EC2 Instance Purchasing Options

Reserved Instances

Spot Instances

Windows Instances

**Amazon EC2 Features**

Elastic Block Store

Amazon CloudWatch

Auto Scaling

Elastic Load Balancing

High Performance Computing

VM Import

**Related Resources**

AWS Management Console

Documentation

Release Notes

Developer Tools

Sample Code & Libraries

Developer Tools

Articles & Tutorials

Amazon Machine Images (AMIs)

Public Data Sets on AWS

Community Forum

**Want to Save on Your Amazon EC2 Bill?**

Pay only for what you use. There is no minimum fee. Estimate your monthly bill using AWS Simple Monthly Calculator. The prices listed are based on the Region in which your instance is running. For a detailed comparison between On-Demand Instances, Reserved Instances and Spot Instances, see Amazon EC2 Instance Purchasing Options.

### Free Tier*

As part of AWS's Free Usage Tier, new AWS customers can get started with Amazon EC2 for free. Upon sign-up, new AWS customers receive the following EC2 services each month for one year:

        750 hours of EC2 running Linux/Unix Micro instance usage

        750 hours of Elastic Load Balancing plus 15 GB data processing

        10 GB of Amazon Elastic Block Storage (EBS) plus 1 million IOs and 1 GB snapshot storage

        15 GB of bandwidth out aggregated across all AWS services

        1 GB of Regional Data Transfer

### On-Demand Instances

On-Demand Instances let you pay for compute capacity by the hour with no long-term commitments. This frees you from the costs and complexities of planning, purchasing, and maintaining hardware and transforms what are commonly large fixed costs into much smaller variable costs.

The pricing below includes the cost to run private and public AMIs on the specified operating system ("Windows Usage" prices apply to Windows Server® 2003 R2, 2008 and 2008 R2). Amazon also provides you with additional instances for Amazon EC2 running Microsoft Windows with SQL Server, Amazon EC2 running SUSE Linux Enterprise Server, Amazon EC2 running Red Hat Enterprise Linux and Amazon EC2 running IBM that are priced differently.

Region:   US East (Virginia)   [▼]

|  | Linux/UNIX Usage | Windows Usage |
|---|---|---|
| **Standard On-Demand Instances** | | |
| Small (Default) | $0.085 per hour | $0.12 per hour |
| Large | $0.34 per hour | $0.48 per hour |
| Extra Large | $0.68 per hour | $0.96 per hour |
| **Micro On-Demand Instances** | | |
| Micro | $0.02 per hour | $0.03 per hour |
| **Hi-Memory On-Demand Instances** | | |
| Extra Large | $0.50 per hour | $0.62 per hour |
| Double Extra Large | $1.00 per hour | $1.24 per hour |
| Quadruple Extra Large | $2.00 per hour | $2.48 per hour |
| **Hi-CPU On-Demand Instances** | | |
| Medium | $0.17 per hour | $0.29 per hour |
| Extra Large | $0.68 per hour | $1.16 per hour |
| **Cluster Compute Instances** | | |
| Quadruple Extra Large | $1.30 per hour | $1.61 per hour |
| Cluster Compute Eight Extra Large | $2.40 per hour | $2.97 per hour |
| **Cluster GPU Instances** | | |

Amazon EC2 Pricing                                                     http://aws.amazon.com/ec2/pricing/



See how customers like Ooyala significantly reduced their Amazon EC2 bill by using Spot Instances.

> Learn More

| | Linux/UNIX Usage | Windows Usage |
|---|---|---|
| Quadruple Extra Large | $2.10 per hour | $2.60 per hour |

Pricing is per instance-hour consumed for each instance, from the time an instance is launched until it is terminated. Each partial instance-hour consumed will be billed as a full hour.

## Reserved Instances

Reserved Instances give you the option to make a low, one-time payment for each instance you want to reserve and in turn receive a significant discount on the hourly usage charge for that instance. After the one-time payment for an instance, that instance is reserved for you, and you have no further obligation; you may choose to run that instance for the discounted usage rate for the duration of your term, or when you do not use the instance, you will not pay usage charges on it. In addition to Reserved Instances for Linux/UNIX and Windows operating systems specified below, we also offer Reserved Instances for Amazon EC2 running SUSE Linux Enterprise Server and Amazon EC2 running Microsoft SQL Server.

Dedicated Reserved Instances are also available.

**EC2 Running Microsoft**



Amazon EC2 running Microsoft Windows Server® 2003/2008 is a fast and dependable environment for deploying applications using the Microsoft Web Platform.

> Learn More

**EC2 Running IBM**

**IBM**

You can run many of the proven IBM platform technologies with which you're already familiar.

> Learn More

Region:   US East (Virginia)   ▼

| | 1 yr Term | 3 yr Term | Linux/UNIX Usage | Windows Usage |
|---|---|---|---|---|
| **Standard Reserved Instances** | | | | |
| Small (Default) | $227.50 | $350 | $0.03 per hour | $0.05 per hour |
| Large | $910 | $1400 | $0.12 per hour | $0.20 per hour |
| Extra Large | $1820 | $2800 | $0.24 per hour | $0.40 per hour |
| **Micro Reserved Instances** | | | | |
| Micro | $54 | $82 | $0.007 per hour | $0.013 per hour |
| **High-Memory Reserved Instances** | | | | |
| Extra Large | $1325 | $2000 | $0.17 per hour | $0.24 per hour |
| Double Extra Large | $2650 | $4000 | $0.34 per hour | $0.48 per hour |
| Quadruple Extra Large | $5300 | $8000 | $0.68 per hour | $0.96 per hour |
| **High-CPU Reserved Instances** | | | | |
| Medium | $455 | $700 | $0.06 per hour | $0.125 per hour |
| Extra Large | $1820 | $2800 | $0.24 per hour | $0.50 per hour |
| **Cluster Compute Reserved Instances** | | | | |
| Quadruple Extra Large | $3286 | $5056 | $0.45 per hour | $0.63 per hour |
| Cluster Compute Eight Extra Large | $4146 | $6378 | $0.54 per hour | $0.75 per hour |
| **Cluster GPU Reserved Instances** | | | | |
| Quadruple Extra Large | $5630 | $8650 | $0.74 per hour | $1.04 per hour |

Reserved Instances can be purchased for 1 or 3 year terms, and the one-time fee per instance is non-refundable. Usage pricing is per instance-hour consumed. Instance-hours are billed for the time that instances are in a running state; if you do not run the instance in an hour, there is zero usage charge. Partial instance-hours consumed are billed as full hours.

If Microsoft chooses to increase the license fees that it charges for Windows, we may correspondingly increase the per-hour usage fee for previously purchased Reserved Instances with Windows. The initial one-time payment for a Reserved Instance will be unaffected in this situation. Any such changes would be made between Dec 1 – Jan 31, and with at least 30 days' notice. If the per-hour usage rate does increase, you may continue to use your Reserved Instance with Windows with the new per-hour usage rate, convert your Reserved Instance with Windows to a Reserved Instance with Linux, or request a pro rata refund of the upfront fee you paid for the Reserved Instance with Windows.

Reserved Instances are available for Linux/UNIX, Windows and SUSE Linux Enterprise operating systems. You can also optionally reserve instances in Amazon VPC at the same prices as shown above. Click here to learn more about Reserved Instances.

## Spot Instances

Spot Instances enable you to bid for unused Amazon EC2 capacity. Instances are charged the Spot Price, which is set by Amazon EC2 and fluctuates periodically depending on the supply of and demand for Spot Instance capacity. To use

Amazon EC2 Pricing                                                    http://aws.amazon.com/ec2/pricing/

Spot Instances, you place a Spot Instance request, specifying the instance type, the Availability Zone desired, the number of Spot Instances you want to run, and the maximum price you are willing to pay per instance hour. To determine how that maximum price compares to past Spot Prices, the Spot Price history is available via the Amazon EC2 API and the AWS Management Console. If your maximum price bid exceeds the current Spot Price, your request is fulfilled and your instances will run until either you choose to terminate them or the Spot Price increases above your maximum price (whichever is sooner).

Click here to learn more about Spot Instances. For information on how to get started, click here.

The following table displays the Lowest Spot Price per Region and instance type (updated every 5 minutes). In addition to Linux/Unix and Windows, we also offer Spot Instances for Amazon EC2 running SUSE Linux Enterprise Server.

Region:  US East (Virginia)  ▼

|  | Linux/UNIX Usage | Windows Usage |
|---|---|---|
| **Standard Spot Instances** | | |
| Small (Default) | $0.05 per hour | $0.12 per hour |
| Large | $0.108 per hour | $0.18 per hour |
| Extra Large | $0.216 per hour | |
| **Micro Spot Instances** | | |
| Micro | $0.006 per hour | $0.012 per hour |
| **High-Memory Spot Instances** | | |
| Extra Large | $0.17 per hour | $0.216 per hour |
| Double Extra Large | $0.42 per hour | $0.378 per hour |
| Quadruple Extra Large | $0.756 per hour | $0.99 per hour |
| **High-CPU Spot Instances** | | |
| Medium | $0.085 per hour | $0.113 per hour |
| Extra Large | $0.216 per hour | $0.45 per hour |
| **Cluster Compute Instances** | | |
| Quadruple Extra Large | $1.6 per hour | N/A* |
| **Cluster GPU Instances** | | |
| Quadruple Extra Large | $0.74 per hour | N/A* |

* Windows® is not currently available for Cluster Compute or Cluster GPU Instances

If you would like to go straight to a view of the latest Spot Instance pricing:

1. Log in to the AWS Management Console, then click the "Amazon EC2" tab.
2. Click on "Spot Requests" in the navigation pane on the left.
3. Click on "Pricing History" to open a view of pricing selectable by instance type.

## Data Transfer**

### Internet Data Transfer
The pricing below is based on data transferred "in" and "out" of Amazon EC2.

Region:  US East (Virginia)  ▼

|  | Pricing |
|---|---|
| **Data Transfer IN** | |
| All data transfer in | $0.000 per GB |
| **Data Transfer OUT** | |
| First 1 GB / month | $0.000 per GB |
| Up to 10 TB / month | $0.120 per GB |
| Next 40 TB / month | $0.090 per GB |
| Next 100 TB / month | $0.070 per GB |
| Next 350 TB / month | $0.050 per GB |

|                              | Pricing     |
| ---------------------------- | ----------- |
| Next 524 TB / month          | Contact Us  |
| Next 4 PB / month            | Contact Us  |
| Greater than 5 PB / month    | Contact Us  |

There is no Data Transfer charge between Amazon EC2 and other Amazon Web Services within the same region (i.e. between Amazon EC2 US West and Amazon S3 in US West). Data transferred between Amazon EC2 instances located in different Availability Zones in the same Region will be charged Regional Data Transfer. Data transferred between AWS services in different regions will be charged as Internet Data Transfer on both sides of the transfer.

Usage for other Amazon Web Services is billed separately from Amazon EC2.

### Availability Zone Data Transfer

$0.00 per GB – all data transferred between instances in the same Availability Zone using private IP addresses.

### Regional Data Transfer

$0.01 per GB – all data transferred between instances in different Availability Zones in the same region.

### Public and Elastic IP and Elastic Load Balancing Data Transfer

$0.01 per GB in/out – If you choose to communicate using your Public or Elastic IP address or Elastic Load Balancer inside of the Amazon EC2 network, you'll pay Regional Data Transfer rates even if the instances are in the same Availability Zone. For data transfer within the same Availability Zone, you can easily avoid this charge (and get better network performance) by using your private IP whenever possible.

## Amazon Elastic Block Store

Region:   US East (Virginia)          ▼

### Amazon EBS Volumes

$0.10 per GB-month of provisioned storage

$0.10 per 1 million I/O requests

### Amazon EBS Snapshots to Amazon S3

$0.14 per GB-month of data stored

## Elastic IP Addresses

Region:   US East (Virginia)          ▼

### No cost for Elastic IP addresses while in use

$0.01 per non-attached Elastic IP address per complete hour

$0.00 per Elastic IP address remap – first 100 remaps / month

$0.10 per Elastic IP address remap – additional remap / month over 100

## Amazon CloudWatch

Region:   US East (Virginia)          ▼

### Detailed Monitoring for Amazon EC2 Instances

$3.50 per instance per month, provided at 1-minute frequency

### Basic Monitoring for Amazon EC2 instances

$0.00 (free of charge) per instance per month, provided at 5-minute frequency

Amazon EC2 Pricing                                                    http://aws.amazon.com/ec2/pricing/

### Monitoring for Custom Metrics

$0.50 per metric per month

Detailed Monitoring for Amazon EC2 is charged at standard Amazon CloudWatch rates of $0.50 per metric per month. Each instance includes seven metrics for total charges of $3.50 per month. Partial months are charged on an hourly pro rata basis, at approximately $0.005/instance-hour.

*Note: This new pricing for Detailed Monitoring (representing a 68% decrease from the current price) takes effect starting June 1, 2011. Prior to that, the price remains $0.015 per instance-hour or partial hour. Pricing for Amazon CloudWatch Custom Metrics takes effect starting June 1, 2011. Custom metrics (that you send and Amazon CloudWatch monitors) before that time are free of charge.*

Learn more about Amazon Cloudwatch.

## Auto Scaling

Auto Scaling is enabled by Amazon CloudWatch and carries no additional fees. Each instance launched by Auto Scaling is automatically enabled for monitoring and the applicable Amazon Cloudwatch charges will be applied.

## Elastic Load Balancing

Region:  US East (Virginia)      ▼

$0.025 per Elastic Load Balancer-hour (or partial hour)

$0.008 per GB of data processed by an Elastic Load Balancer

## AWS GovCloud Region

AWS GovCloud is an AWS Region designed to allow U.S. government agencies and contractors to move more sensitive workloads into the cloud by addressing their specific regulatory and compliance requirements. For pricing and more information on the new AWS GovCloud Region, please visit the AWS GovCloud Web Page.

*\* Your usage for the free tier is calculated each month across all regions except the AWS GovCloud Region, and automatically applied to your bill – unused monthly usage will not roll over. Does not include Amazon EC2 running Microsoft, Amazon EC2 running SUSE Linux Enterprise Server, Amazon EC2 running IBM, and the AWS GovCloud Region. See offer terms for more details and other restrictions.*
*\*\* As part of AWS's Free Usage Tier, new AWS customers will receive free 15 GB of data transfer out each month aggregated across all AWS services for one year except in the AWS GovCloud Region.*
*\*\*\* Rate tiers take into account your aggregate Data Transfer Out usage across Amazon EC2, Amazon S3, Amazon RDS, Amazon SimpleDB, Amazon SQS, Amazon SNS and Amazon VPC.*

*(Amazon EC2 is sold by Amazon Web Services LLC.)*

↑ Top

| Learn | Develop | Manage | About AWS |
|---|---|---|---|
| Products & Services | Developer Resources | Your Account | About Us |
| Case Studies | AMI Catalog | Management Console | Events |
| Economics Center | Sample Code & Libraries | Account Activity | Careers at AWS |
| Security Center | Dev Tools & SDKs | Usage Reports | Contact Us |
| Whitepapers | Documentation | Personal Information | Announcements (What's New?) |
| Videos & Webinars | Articles & Tutorials | Payment Method | Media Coverage |
| Industry Solutions | Management Console | AWS Identity and Access Management | Privacy Policy |
| Use Case Solutions | | Security Credentials | |
| User Groups | Developer Centers | Request Service Limit Increases | |
| Solution Providers | Java | | |



Mobile
PHP
Python
Ruby
Windows & .NET

Support
Premium Support
Service Health Dashboard
Discussion Forums
FAQs
Contact Support

©2011, Amazon Web Services LLC or its affiliates. All rights reserved.
An amazon.com company

Amazon Elastic Compute Cloud (Amazon EC2)                                                    http://aws.amazon.com/ec2/



| | | |
|---|---|---|
| | 🖳 Sign in to the AWS Management Console | 🔒 Create an AWS Account |  English |

Search:   AWS Product Information   🔍

**AWS        Products        Developers        Community        Support**

**Account**

## Amazon Elastic Compute Cloud (Amazon EC2)

**Amazon EC2 Details**

EC2 Overview

EC2 FAQs

EC2 Pricing

Amazon EC2 SLA

EC2 Instance Types

EC2 Instance Purchasing
Options

Reserved Instances

Spot Instances

Windows Instances

**Amazon EC2 Features**

Elastic Block Store

Amazon CloudWatch

Auto Scaling

Elastic Load Balancing

High Performance
Computing

VM Import

**Related Resources**

AWS Management Console

Documentation

Release Notes

Sample Code & Libraries

Developer Tools

Articles & Tutorials

Amazon Machine Images
(AMIs)

Public Data Sets on AWS

Community Forum

**Want to Save on Your
Amazon EC2 Bill?**



Amazon Elastic Compute Cloud (Amazon EC2) is a web service that
provides resizable compute capacity in the cloud. It is designed to make
web-scale computing easier for developers.

Amazon EC2's simple web service interface allows you to obtain and
configure capacity with minimal friction. It provides you with complete
control of your computing resources and lets you run on Amazon's proven
computing environment. Amazon EC2 reduces the time required to obtain
and boot new server instances to minutes, allowing you to quickly scale
capacity, both up and down, as your computing requirements change.
Amazon EC2 changes the economics of computing by allowing you to pay
only for capacity that you actually use. Amazon EC2 provides developers
the tools to build failure resilient applications and isolate themselves from
common failure scenarios.

Easy to sign up,
pay only for what you use

**Sign Up Now ▶**

This page contains the following categories of information. Click to jump down:

| | |
|---|---|
| **Amazon EC2 Functionality** | **Pricing** |
| **Service Highlights** | **Resources** |
| **Features** | **Detailed Description** |
| **Instance Types** | **Intended Usage and Restrictions** |
| **Operating Systems and Software** | |

## Amazon EC2 Functionality

Amazon EC2 presents a true virtual computing environment, allowing you to use web service interfaces to launch
instances with a variety of operating systems, load them with your custom application environment, manage your
network's access permissions, and run your image using as many or few systems as you desire.

To use Amazon EC2, you simply:

Select a pre-configured, templated image to get up and running immediately. Or create an Amazon Machine
Image (AMI) containing your applications, libraries, data, and associated configuration settings.

Configure security and network access on your Amazon EC2 instance.

Choose which instance type(s) and operating system you want, then start, terminate, and monitor as many
instances of your AMI as needed, using the web service APIs or the variety of management tools provided.

Determine whether you want to run in multiple locations, utilize static IP endpoints, or attach persistent
block storage to your instances.

Pay only for the resources that you actually consume, like instance-hours or data transfer.

↑ Top

## Service Highlights

**Elastic** – Amazon EC2 enables you to increase or decrease capacity within minutes, not hours or days. You can
commission one, hundreds or even thousands of server instances simultaneously. Of course, because this is all
controlled with web service APIs, your application can automatically scale itself up and down depending on its needs.

**Completely Controlled** – You have complete control of your instances. You have root access to each one, and
you can interact with them as you would any machine. You can stop your instance while retaining the data on your
boot partition and then subsequently restart the same instance using web service APIs. Instances can be rebooted
remotely using web service APIs. You also have access to console output of your instances.



See how customers like foursquare significantly reduced their Amazon EC2 bill by using Spot Instances.

> Learn More

**EC2 Running SUSE**

Amazon EC2 running SUSE Linux Enterprise Server is a proven platform to deliver peak performance and includes automatic updates for security patches, bug fixes and new features.

> Learn More

**MySQL made easy**



Amazon Relational Database Service (Amazon RDS) makes it easier for you to set up, manage, and scale a relational database in the cloud.

> Learn about Amazon RDS

**EC2 Running Microsoft**



Amazon EC2 running Microsoft Windows Server® is a fast and dependable environment for deploying applications using the Microsoft Web Platform.

> Learn More

**Amazon EC2 is Hiring!**



Amazon EC2 is hiring to rapidly expand our service.

> Learn More

**Get Started For Free**

New AWS customers receive free usage tiers of compute, storage, and bandwidth every month for one year.

Flexible – You have the choice of multiple instance types, operating systems, and software packages. Amazon EC2 allows you to select a configuration of memory, CPU, instance storage, and the boot partition size that is optimal for your choice of operating system and application. For example, your choice of operating systems includes numerous Linux distributions, and Microsoft Windows Server.

Designed for use with other Amazon Web Services – Amazon EC2 works in conjunction with Amazon Simple Storage Service (Amazon S3), Amazon Relational Database Service (Amazon RDS), Amazon SimpleDB and Amazon Simple Queue Service (Amazon SQS) to provide a complete solution for computing, query processing and storage across a wide range of applications.

Reliable – Amazon EC2 offers a highly reliable environment where replacement instances can be rapidly and predictably commissioned. The service runs within Amazon's proven network infrastructure and datacenters. The Amazon EC2 Service Level Agreement commitment is 99.95% availability for each Amazon EC2 Region.

Secure – Amazon EC2 provides numerous mechanisms for securing your compute resources.

Amazon EC2 includes web service interfaces to configure firewall settings that control network access to and between groups of instances.

When launching Amazon EC2 resources within Amazon Virtual Private Cloud (Amazon VPC), you can isolate your compute instances by specifying the IP range you wish to use, and connect to your existing IT infrastructure using industry-standard encrypted IPsec VPN. You can also choose to launch Dedicated Instances into your VPC. Dedicated Instances are Amazon EC2 Instances that run on hardware dedicated to a single customer for additional isolation.

For more information on Amazon EC2 security refer to our Amazon Web Services: Overview of Security Process document.

Inexpensive – Amazon EC2 passes on to you the financial benefits of Amazon's scale. You pay a very low rate for the compute capacity you actually consume. See Amazon EC2 Instance Purchasing Options for a more detailed description.

**On-Demand Instances** – On-Demand Instances let you pay for compute capacity by the hour with no long-term commitments. This frees you from the costs and complexities of planning, purchasing, and maintaining hardware and transforms what are commonly large fixed costs into much smaller variable costs. On-Demand Instances also remove the need to buy "safety net" capacity to handle periodic traffic spikes.

**Reserved Instances** – Reserved Instances give you the option to make a low, one-time payment for each instance you want to reserve and in turn receive a significant discount on the hourly usage charge for that instance. After the one-time payment for an instance, that instance is reserved for you, and you have no further obligation; you may choose to run that instance for the discounted usage rate for the duration of your term, or when you do not use the instance, you will not pay usage charges on it.

**Spot Instances** – Spot Instances allow customers to bid on unused Amazon EC2 capacity and run those instances for as long as their bid exceeds the current Spot Price. The Spot Price changes periodically based on supply and demand, and customers whose bids meet or exceed it gain access to the available Spot Instances. If you have flexibility in when your applications can run, Spot Instances can significantly lower your Amazon EC2 costs. See here for more details on Spot Instances.

## Features

Amazon EC2 provides a number of powerful features for building scalable, failure resilient, enterprise class applications, including:

**Amazon Elastic Block Store** – Amazon Elastic Block Store (EBS) offers persistent storage for Amazon EC2 instances. Amazon EBS volumes provide off-instance storage that persists independently from the life of an instance. Amazon EBS volumes are highly available, highly reliable volumes that can be leveraged as an Amazon EC2 instance's boot partition or attached to a running Amazon EC2 instance as a standard block device. When used as a boot partition, Amazon EC2 instances can be stopped and subsequently restarted, enabling you to only pay for the storage resources used while maintaining your instance's state. Amazon EBS volumes offer greatly improved durability over local Amazon EC2 instance stores, as Amazon EBS volumes are automatically replicated on the backend (in a single Availability Zone). For those wanting even more durability, Amazon EBS provides the ability to create point-in-time consistent snapshots of your volumes that are then stored in Amazon S3, and automatically replicated across multiple Availability Zones. These snapshots can be used as the starting point for new Amazon EBS volumes, and can protect your data for long term durability. You can also easily share these snapshots with co-workers and other AWS developers. See Amazon Elastic Block Store for more details on this feature.

**Multiple Locations** – Amazon EC2 provides the ability to place instances in multiple locations. Amazon EC2 locations are composed of Regions and Availability Zones. Availability Zones are distinct locations that are engineered to be insulated from failures in other Availability Zones and provide inexpensive, low latency network connectivity to other Availability Zones in the same Region. By launching instances in separate Availability Zones, you can protect your applications from failure of a single location. Regions consist of one or more Availability Zones, are geographically dispersed, and will be in separate geographic areas or

Amazon Elastic Compute Cloud (Amazon EC2)                                    http://aws.amazon.com/ec2/

> Learn More

**Webinar: Getting Started with Windows on AWS**

Attend an informative webinar designed for business or technical decision makers and IT professionals and learn more about the top business reasons to run Windows Server, SQL Server, or other Windows Server applications on the AWS Cloud.

› Register for the December 8th Webinar Today

countries. The Amazon EC2 Service Level Agreement commitment is 99.95% availability for each Amazon EC2 Region. Amazon EC2 is currently available in seven regions: US East (Northern Virginia), US West (Oregon), US West (Northern California), EU (Ireland), Asia Pacific (Singapore), Asia Pacific (Tokyo), and AWS GovCloud.

**Elastic IP Addresses** – Elastic IP addresses are static IP addresses designed for dynamic cloud computing. An Elastic IP address is associated with your account not a particular instance, and you control that address until you choose to explicitly release it. Unlike traditional static IP addresses, however, Elastic IP addresses allow you to mask instance or Availability Zone failures by programmatically remapping your public IP addresses to any instance in your account. Rather than waiting on a data technician to reconfigure or replace your host, or waiting for DNS to propagate to all of your customers, Amazon EC2 enables you to engineer around problems with your instance or software by quickly remapping your Elastic IP address to a replacement instance. In addition, you can optionally configure the reverse DNS record of any of your Elastic IP addresses by filling out this form.

**Amazon Virtual Private Cloud** – Amazon VPC is a secure and seamless bridge between a company's existing IT infrastructure and the AWS cloud. Amazon VPC enables enterprises to connect their existing infrastructure to a set of isolated AWS compute resources via a Virtual Private Network (VPN) connection, and to extend their existing management capabilities such as security services, firewalls, and intrusion detection systems to include their AWS resources. See Amazon Virtual Private Cloud for more details.

**Amazon CloudWatch** – Amazon CloudWatch is a web service that provides monitoring for AWS cloud resources and applications, starting with Amazon EC2. It provides you with visibility into resource utilization, operational performance, and overall demand patterns—including metrics such as CPU utilization, disk reads and writes, and network traffic. You can get statistics, view graphs, and set alarms for your metric data. To use Amazon CloudWatch, simply select the Amazon EC2 instances that you'd like to monitor. You can also supply your own business or application metric data. Amazon CloudWatch will begin aggregating and storing monitoring data that can be accessed using web service APIs or Command Line Tools. See Amazon CloudWatch for more details.

**Auto Scaling** – Auto Scaling allows you to automatically scale your Amazon EC2 capacity up or down according to conditions you define. With Auto Scaling, you can ensure that the number of Amazon EC2 instances you're using scales up seamlessly during demand spikes to maintain performance, and scales down automatically during demand lulls to minimize costs. Auto Scaling is particularly well suited for applications that experience hourly, daily, or weekly variability in usage. Auto Scaling is enabled by Amazon CloudWatch and available at no additional charge beyond Amazon CloudWatch fees. See Auto Scaling for more details.

**Elastic Load Balancing** – Elastic Load Balancing automatically distributes incoming application traffic across multiple Amazon EC2 instances. It enables you to achieve even greater fault tolerance in your applications, seamlessly providing the amount of load balancing capacity needed in response to incoming application traffic. Elastic Load Balancing detects unhealthy instances within a pool and automatically reroutes traffic to healthy instances until the unhealthy instances have been restored. You can enable Elastic Load Balancing within a single Availability Zone or across multiple zones for even more consistent application performance. Amazon CloudWatch can be used to capture a specific Elastic Load Balancer's operational metrics, such as request count and request latency, at no additional cost beyond Elastic Load Balancing fees. See Elastic Load Balancing for more details.

**High Performance Computing (HPC) Clusters** – Customers with complex computational workloads such as tightly coupled parallel processes, or with applications sensitive to network performance, can achieve the same high compute and network performance provided by custom-built infrastructure while benefiting from the elasticity, flexibility and cost advantages of Amazon EC2. Cluster Compute and Cluster GPU Instances have been specifically engineered to provide high-performance network capability and can be programmatically launched into clusters – allowing applications to get the low-latency network performance required for tightly coupled, node-to-node communication. Cluster Compute and Cluster GPU Instances also provide significantly increased network throughput making them well suited for customer applications that need to perform network-intensive operations. Learn more about Cluster Compute and Cluster GPU Instances as well as other AWS services that can be used for HPC Applications.

**VM Import** – VM Import enables you to easily import virtual machine images from your existing environment to Amazon EC2 instances. VM Import allows you to leverage your existing investments in the virtual machines that you have built to meet your IT security, configuration management, and compliance requirements by seamlessly bringing those virtual machines into Amazon EC2 as ready-to-use instances. This offering is available at no additional charge beyond standard usage charges for Amazon EC2 and Amazon S3. Learn more about VM Import.

↑ Top

## Instance Types

### Standard Instances

Instances of this family are well suited for most applications.

Small Instance (Default) 1.7 GB of memory, 1 EC2 Compute Unit (1 virtual core with 1 EC2 Compute Unit), 160 GB of local instance storage, 32-bit platform

Large Instance 7.5 GB of memory, 4 EC2 Compute Units (2 virtual cores with 2 EC2 Compute Units each), 850 GB of local instance storage, 64-bit platform

Extra Large Instance 15 GB of memory, 8 EC2 Compute Units (4 virtual cores with 2 EC2 Compute Units each), 1690 GB of local instance storage, 64-bit platform

## Micro Instances

Instances of this family provide a small amount of consistent CPU resources and allow you to burst CPU capacity when additional cycles are available. They are well suited for lower throughput applications and web sites that consume significant compute cycles periodically.

Micro Instance 613 MB of memory, up to 2 ECUs (for short periodic bursts), EBS storage only, 32-bit or 64-bit platform

## High-Memory Instances

Instances of this family offer large memory sizes for high throughput applications, including database and memory caching applications.

High-Memory Extra Large Instance 17.1 GB memory, 6.5 ECU (2 virtual cores with 3.25 EC2 Compute Units each), 420 GB of local instance storage, 64-bit platform

High-Memory Double Extra Large Instance 34.2 GB of memory, 13 EC2 Compute Units (4 virtual cores with 3.25 EC2 Compute Units each), 850 GB of local instance storage, 64-bit platform

High-Memory Quadruple Extra Large Instance 68.4 GB of memory, 26 EC2 Compute Units (8 virtual cores with 3.25 EC2 Compute Units each), 1690 GB of local instance storage, 64-bit platform

## High-CPU Instances

Instances of this family have proportionally more CPU resources than memory (RAM) and are well suited for compute-intensive applications.

High-CPU Medium Instance 1.7 GB of memory, 5 EC2 Compute Units (2 virtual cores with 2.5 EC2 Compute Units each), 350 GB of local instance storage, 32-bit platform

High-CPU Extra Large Instance 7 GB of memory, 20 EC2 Compute Units (8 virtual cores with 2.5 EC2 Compute Units each), 1690 GB of local instance storage, 64-bit platform

## Cluster Compute Instances

Instances of this family provide proportionally high CPU with increased network performance and are well suited for High Performance Compute (HPC) applications and other demanding network-bound applications. Learn more about use of this instance type for HPC applications.

Cluster Compute Quadruple Extra Large 23 GB memory, 33.5 EC2 Compute Units, 1690 GB of local instance storage, 64-bit platform, 10 Gigabit Ethernet

Cluster Compute Eight Extra Large 60.5 GB memory, 88 EC2 Compute Units, 3370 GB of local instance storage, 64-bit platform, 10 Gigabit Ethernet

## Cluster GPU Instances

Instances of this family provide general-purpose graphics processing units (GPUs) with proportionally high CPU and increased network performance for applications benefitting from highly parallelized processing, including HPC, rendering and media processing applications. While Cluster Compute Instances provide the ability to create clusters of instances connected by a low latency, high throughput network, Cluster GPU Instances provide an additional option for applications that can benefit from the efficiency gains of the parallel computing power of GPUs over what can be achieved with traditional processors. Learn more about use of this instance type for HPC applications.

Cluster GPU Quadruple Extra Large 22 GB memory, 33.5 EC2 Compute Units, 2 x NVIDIA Tesla "Fermi" M2050 GPUs, 1690 GB of local instance storage, 64-bit platform, 10 Gigabit Ethernet

EC2 Compute Unit (ECU) – One EC2 Compute Unit (ECU) provides the equivalent CPU capacity of a 1.0-1.2 GHz 2007 Opteron or 2007 Xeon processor.

See Amazon EC2 Pricing for details on costs for each instance type.

See Amazon EC2 Instance Types for a more detailed description of the differences between the available instance types, as well as a complete description of an EC2 Compute Unit.

↑ Top

## Operating Systems and Software

### Operating Systems

Amazon Machine Images (AMIs) are preconfigured with an ever-growing list of operating systems. We work with our partners and community to provide you with the most choice possible. You are also empowered to use our bundling tools to upload your own operating systems. The operating systems currently available to use with your Amazon EC2 instances include:

**Operating Systems**

| | | |
|---|---|---|
| Red Hat Enterprise Linux | Windows Server | Oracle Enterprise Linux |
| SUSE Linux Enterprise | Amazon Linux AMI | Ubuntu Linux |
| Fedora | Gentoo Linux | Debian |

### Software

Amazon EC2 enables our partners and customers to build and customize Amazon Machine Images (AMIs) with software based on your needs. We have hundreds of free and paid AMIs available for you to use. A small sampling of the software available for use today within Amazon EC2 includes:

| **Databases** | **Resource Management** | **Web Hosting** |
|---|---|---|
| IBM DB2 | StackIQ Rocks+ | Apache HTTP |
| IBM Informix Dynamic Server | Hadoop | IIS/Asp.Net |
| Microsoft SQL Server Standard | Condor | IBM Lotus Web Content Management |
| MySQL Enterprise | | IBM WebSphere Portal Server |
| Oracle Database 11g | | |

| **Application Development Environments** | **Application Servers** | **Video Encoding & Streaming** |
|---|---|---|
| IBM sMash | IBM WebSphere Application Server | Wowza Media Server Pro |
| JBoss Enterprise Application Platform | Java Application Server | Windows Media Server |
| Ruby on Rails | Oracle WebLogic Server | |

↑ Top

## Pricing

Pay only for what you use. There is no minimum fee. Estimate your monthly bill using AWS Simple Monthly Calculator. The prices listed are based on the Region in which your instance is running. For a detailed comparison between On-Demand Instances, Reserved Instances and Spot Instances, see Amazon EC2 Instance Purchasing Options.

**Free Tier\***

As part of AWS's Free Usage Tier, new AWS customers can get started with Amazon EC2 for free. Upon sign-up, new AWS customers receive the following EC2 services each month for one year:

      750 hours of EC2 running Linux/Unix Micro instance usage

      750 hours of Elastic Load Balancing plus 15 GB data processing

      10 GB of Amazon Elastic Block Storage (EBS) plus 1 million IOs and 1 GB snapshot storage

      15 GB of bandwidth out aggregated across all AWS services

      1 GB of Regional Data Transfer

## On-Demand Instances

On-Demand Instances let you pay for compute capacity by the hour with no long-term commitments. This frees you from the costs and complexities of planning, purchasing, and maintaining hardware and transforms what are commonly large fixed costs into much smaller variable costs.

The pricing below includes the cost to run private and public AMIs on the specified operating system ("Windows Usage" prices apply to Windows Server® 2003 R2, 2008 and 2008 R2). Amazon also provides you with additional instances for Amazon EC2 running Microsoft Windows with SQL Server, Amazon EC2 running SUSE Linux Enterprise Server, Amazon EC2 running Red Hat Enterprise Linux and Amazon EC2 running IBM that are priced differently.

Region:   US East (Virginia)   [▼]

| | Linux/UNIX Usage | Windows Usage |
|---|---|---|
| **Standard On-Demand Instances** | | |
| Small (Default) | $0.085 per hour | $0.12 per hour |
| Large | $0.34 per hour | $0.48 per hour |
| Extra Large | $0.68 per hour | $0.96 per hour |
| **Micro On-Demand Instances** | | |
| Micro | $0.02 per hour | $0.03 per hour |
| **Hi-Memory On-Demand Instances** | | |
| Extra Large | $0.50 per hour | $0.62 per hour |
| Double Extra Large | $1.00 per hour | $1.24 per hour |
| Quadruple Extra Large | $2.00 per hour | $2.48 per hour |
| **Hi-CPU On-Demand Instances** | | |
| Medium | $0.17 per hour | $0.29 per hour |
| Extra Large | $0.68 per hour | $1.16 per hour |
| **Cluster Compute Instances** | | |
| Quadruple Extra Large | $1.30 per hour | $1.61 per hour |
| Cluster Compute Eight Extra Large | $2.40 per hour | $2.97 per hour |
| **Cluster GPU Instances** | | |
| Quadruple Extra Large | $2.10 per hour | $2.60 per hour |

Pricing is per instance-hour consumed for each instance, from the time an instance is launched until it is terminated. Each partial instance-hour consumed will be billed as a full hour.

## Reserved Instances

Reserved Instances give you the option to make a low, one-time payment for each instance you want to reserve and in turn receive a significant discount on the hourly usage charge for that instance. After the one-time payment for an instance, that instance is reserved for you, and you have no further obligation; you may choose to run that instance for the discounted usage rate for the duration of your term, or when you do not use the instance, you will not pay usage charges on it. In addition to Reserved Instances for Linux/UNIX and Windows operating systems specified below, we also offer Reserved Instances for Amazon EC2 running SUSE Linux Enterprise Server and Amazon EC2 running Microsoft SQL Server.

Dedicated Reserved Instances are also available.

Region:   US East (Virginia)   [▼]

| | 1 yr Term | 3 yr Term | Linux/UNIX Usage | Windows Usage |
|---|---|---|---|---|
| **Standard Reserved Instances** | | | | |
| Small (Default) | $227.50 | $350 | $0.03 per hour | $0.05 per hour |
| Large | $910 | $1400 | $0.12 per hour | $0.20 per hour |
| Extra Large | $1820 | $2800 | $0.24 per hour | $0.40 per hour |
| **Micro Reserved Instances** | | | | |
| Micro | $54 | $82 | $0.007 per hour | $0.013 per hour |
| **High-Memory Reserved Instances** | | | | |

| | 1 yr Term | 3 yr Term | Linux/UNIX Usage | Windows Usage |
|---|---|---|---|---|
| Extra Large | $1325 | $2000 | $0.17 per hour | $0.24 per hour |
| Double Extra Large | $2650 | $4000 | $0.34 per hour | $0.48 per hour |
| Quadruple Extra Large | $5300 | $8000 | $0.68 per hour | $0.96 per hour |
| **High-CPU Reserved Instances** | | | | |
| Medium | $455 | $700 | $0.06 per hour | $0.125 per hour |
| Extra Large | $1820 | $2800 | $0.24 per hour | $0.50 per hour |
| **Cluster Compute Reserved Instances** | | | | |
| Quadruple Extra Large | $3286 | $5056 | $0.45 per hour | $0.63 per hour |
| Cluster Compute Eight Extra Large | $4146 | $6378 | $0.54 per hour | $0.75 per hour |
| **Cluster GPU Reserved Instances** | | | | |
| Quadruple Extra Large | $5630 | $8650 | $0.74 per hour | $1.04 per hour |

Reserved Instances can be purchased for 1 or 3 year terms, and the one-time fee per instance is non-refundable. Usage pricing is per instance-hour consumed. Instance-hours are billed for the time that instances are in a running state; if you do not run the instance in an hour, there is zero usage charge. Partial instance-hours consumed are billed as full hours.

If Microsoft chooses to increase the license fees that it charges for Windows, we may correspondingly increase the per-hour usage rate for previously purchased Reserved Instances with Windows. The initial one-time payment for a Reserved Instance will be unaffected in this situation. Any such changes would be made between Dec 1 – Jan 31, and with at least 30 days' notice. If the per-hour usage rate does increase, you may continue to use your Reserved Instance with Windows with the new per-hour usage rate, convert your Reserved Instance with Windows to a Reserved Instance with Linux, or request a pro rata refund of the upfront fee you paid for the Reserved Instance with Windows.

Reserved Instances are available for Linux/UNIX, Windows and SUSE Linux Enterprise operating systems. You can also optionally reserve instances in Amazon VPC at the same prices as shown above. Click here to learn more about Reserved Instances.

## Spot Instances

Spot Instances enable you to bid for unused Amazon EC2 capacity. Instances are charged the Spot Price, which is set by Amazon EC2 and fluctuates periodically depending on the supply of and demand for Spot Instance capacity. To use Spot Instances, you place a Spot Instance request, specifying the instance type, the Availability Zone desired, the number of Spot Instances you want to run, and the maximum price you are willing to pay per instance hour. To determine how that maximum price compares to past Spot Prices, the Spot Price history is available via the Amazon EC2 API and the AWS Management Console. If your maximum price bid exceeds the current Spot Price, your request is fulfilled and your instances will run until either you choose to terminate them or the Spot Price increases above your maximum price (whichever is sooner).

Click here to learn more about Spot Instances. For information on how to get started, click here.

The following table displays the Lowest Spot Price per Region and instance type (updated every 5 minutes). In addition to Linux/Unix and Windows, we also offer Spot Instances for Amazon EC2 running SUSE Linux Enterprise Server.

Region:   US East (Virginia)   [▼]

| | Linux/UNIX Usage | Windows Usage |
|---|---|---|
| **Standard Spot Instances** | | |
| Small (Default) | $0.05 per hour | $0.12 per hour |
| Large | $0.108 per hour | $0.18 per hour |
| Extra Large | $0.216 per hour | |
| **Micro Spot Instances** | | |
| Micro | $0.006 per hour | $0.012 per hour |
| **High-Memory Spot Instances** | | |
| Extra Large | $0.17 per hour | $0.216 per hour |
| Double Extra Large | $0.42 per hour | $0.378 per hour |
| Quadruple Extra Large | $0.756 per hour | $0.99 per hour |
| **High-CPU Spot Instances** | | |

| | Linux/UNIX Usage | Windows Usage |
|---|---|---|
| Medium | $0.085 per hour | $0.113 per hour |
| Extra Large | $0.216 per hour | $0.45 per hour |
| **Cluster Compute Instances** | | |
| Quadruple Extra Large | $1.6 per hour | N/A* |
| **Cluster GPU Instances** | | |
| Quadruple Extra Large | $0.74 per hour | N/A* |

* Windows® is not currently available for Cluster Compute or Cluster GPU Instances

If you would like to go straight to a view of the latest Spot Instance pricing:

1. Log in to the AWS Management Console, then click the "Amazon EC2" tab.
2. Click on "Spot Requests" in the navigation pane on the left.
3. Click on "Pricing History" to open a view of pricing selectable by instance type.

## Data Transfer**

### Internet Data Transfer

The pricing below is based on data transferred "in" and "out" of Amazon EC2.

Region:  US East (Virginia)  ▼

| | Pricing |
|---|---|
| **Data Transfer IN** | |
| All data transfer in | $0.000 per GB |
| **Data Transfer OUT** | |
| First 1 GB / month | $0.000 per GB |
| Up to 10 TB / month | $0.120 per GB |
| Next 40 TB / month | $0.090 per GB |
| Next 100 TB / month | $0.070 per GB |
| Next 350 TB / month | $0.050 per GB |
| Next 524 TB / month | Contact Us |
| Next 4 PB / month | Contact Us |
| Greater than 5 PB / month | Contact Us |

There is no Data Transfer charge between Amazon EC2 and other Amazon Web Services within the same region (i.e. between Amazon EC2 US West and Amazon S3 in US West). Data transferred between Amazon EC2 instances located in different Availability Zones in the same Region will be charged Regional Data Transfer. Data transferred between AWS services in different regions will be charged as Internet Data Transfer on both sides of the transfer.

Usage for other Amazon Web Services is billed separately from Amazon EC2.

### Availability Zone Data Transfer

$0.00 per GB – all data transferred between instances in the same Availability Zone using private IP addresses.

### Regional Data Transfer

$0.01 per GB – all data transferred between instances in different Availability Zones in the same region.

### Public and Elastic IP and Elastic Load Balancing Data Transfer

$0.01 per GB in/out – If you choose to communicate using your Public or Elastic IP address or Elastic Load Balancer inside of the Amazon EC2 network, you'll pay Regional Data Transfer rates even if the instances are in the same Availability Zone. For data transfer within the same Availability Zone, you can easily avoid this charge (and get better network performance) by using your private IP whenever possible.

## Amazon Elastic Block Store

Amazon Elastic Compute Cloud (Amazon EC2)                                    http://aws.amazon.com/ec2/

Region:  US East (Virginia)  ▼

### Amazon EBS Volumes

$0.10 per GB-month of provisioned storage

$0.10 per 1 million I/O requests

### Amazon EBS Snapshots to Amazon S3

$0.14 per GB-month of data stored

## Elastic IP Addresses

Region:  US East (Virginia)  ▼

### No cost for Elastic IP addresses while in use

$0.01 per non-attached Elastic IP address per complete hour

$0.00 per Elastic IP address remap – first 100 remaps / month

$0.10 per Elastic IP address remap – additional remap / month over 100

## Amazon CloudWatch

Region:  US East (Virginia)  ▼

### Detailed Monitoring for Amazon EC2 Instances

$3.50 per instance per month, provided at 1-minute frequency

### Basic Monitoring for Amazon EC2 instances

$0.00 (free of charge) per instance per month, provided at 5-minute frequency

### Monitoring for Custom Metrics

$0.50 per metric per month

Detailed Monitoring for Amazon EC2 is charged at standard Amazon CloudWatch rates of $0.50 per metric per month. Each instance includes seven metrics for total charges of $3.50 per month. Partial months are charged on an hourly pro rata basis, at approximately $0.005/instance-hour.

*Note: This new pricing for Detailed Monitoring (representing a 68% decrease from the current price) takes effect starting June 1, 2011. Prior to that, the price remains $0.015 per instance-hour or partial hour. Pricing for Amazon CloudWatch Custom Metrics takes effect starting June 1, 2011. Custom metrics (that you send and Amazon CloudWatch monitors) before that time are free of charge.*

Learn more about Amazon Cloudwatch.

## Auto Scaling

Auto Scaling is enabled by Amazon CloudWatch and carries no additional fees. Each instance launched by Auto Scaling is automatically enabled for monitoring and the applicable Amazon Cloudwatch charges will be applied.

## Elastic Load Balancing

Region:  US East (Virginia)  ▼

$0.025 per Elastic Load Balancer-hour (or partial hour)

$0.008 per GB of data processed by an Elastic Load Balancer

### AWS GovCloud Region

AWS GovCloud is an AWS Region designed to allow U.S. government agencies and contractors to move more sensitive workloads into the cloud by addressing their specific regulatory and compliance requirements. For pricing and more information on the new AWS GovCloud Region, please visit the AWS GovCloud Web Page.

*Your usage for the free tier is calculated each month across all regions except the AWS GovCloud Region, and automatically applied to your bill – unused monthly usage will not roll over. Does not include Amazon EC2 running Microsoft, Amazon EC2 running SUSE Linux Enterprise Server, Amazon EC2 running IBM, and the AWS GovCloud Region. See offer terms for more details and other restrictions.*

** *As part of AWS's Free Usage Tier, new AWS customers will receive free 15 GB of data transfer out each month aggregated across all AWS services for one year except in the AWS GovCloud Region.*

*** *Rate tiers take into account your aggregate Data Transfer Out usage across Amazon EC2, Amazon S3, Amazon RDS, Amazon SimpleDB, Amazon SQS, Amazon SNS and Amazon VPC.*

*(Amazon EC2 is sold by Amazon Web Services LLC.)*

↑ Top

## Resources

### Developer Resources                    › view all

- AWS Management Console
- WSDL
- Release Notes
- Documentation
- Sample Code & Libraries
- Developer Tools
- Articles & Tutorials
- Amazon Machine Images
- Public Data Sets on AWS
- ElasticFox Firefox Extension
- Community Forum

### Additional Product Information

- FAQs
- Amazon EC2 Service Level Agreement
- Amazon Elastic Block Store
- Instance Types
- Amazon CloudWatch
- Auto Scaling
- Elastic Load Balancing
- Amazon EC2 running Microsoft
- Amazon EC2 running Red Hat Enterprise Linux
- Amazon EC2 running IBM
- Amazon Web Services Customer Agreement
- Service Health Dashboard

### Related Services

- Amazon DevPay
- AWS Premium Support
- Amazon Simple Storage Service
- Amazon Simple Queue Service
- Amazon Relational Database Service

↑ Top

## Detailed Description

### Using Amazon EC2 to Run Instances

Amazon EC2 allows you to set up and configure everything about your instances from your operating system up to your applications. An Amazon Machine Image (AMI) is simply a packaged-up environment that includes all the necessary bits to set up and boot your instance. Your AMIs are your unit of deployment. You might have just one AMI or you might compose your system out of several building block AMIs (e.g., webservers, appservers, and databases). Amazon EC2 provides a number of tools to make creating an AMI easy including the AWS Management Console.

You can also choose from a library of globally available AMIs that provide useful instances. For example, if you just want a simple Linux server, you can choose one of the standard Linux distribution AMIs. Once you have set up your account and uploaded your AMIs, you are ready to boot your instance. You can start your AMI on any number and any type of instance by calling the *RunInstances* API.

Amazon Elastic Compute Cloud (Amazon EC2)                                    http://aws.amazon.com/ec2/

If you wish to run more than 20 On-Demand or Reserved Instances or 100 Spot Instances, create more than 5,000 EBS volumes, need more than 5 Elastic IP addresses or 5 Elastic Load Balancers, or need to send large quantities of email from your EC2 account, please complete the Amazon EC2 instance request form, Amazon EBS volume request form, Elastic IP request form, Elastic Load Balancers, or the Email request form respectively and your request will be considered.

## Paying for What You Use

You will be charged at the end of each month for your EC2 resources actually consumed.

As an example, assume you launch 100 instances of the Small type costing $0.085 per hour at some point in time. The instances will begin booting immediately, but they won't necessarily all start at the same moment. Each instance will store its actual launch time. Thereafter, each instance will charge for its hours (at $.085/hour) of execution at the beginning of each hour relative to the time it launched. Each instance will run until one of the following occurs: you terminate the instance with the *TerminateInstances* API call (or an equivalent tool), the instance shuts itself down (e.g. UNIX "shutdown" command), or the host terminates due to software or hardware failure. Partial instance hours consumed are billed as full hours.

## Getting Started

The best way to understand Amazon EC2 is to work through the Getting Started Guide, part of our Technical Documentation. Within a few minutes, you will be able to log into your own instance and start playing!

↑ Top

## Intended Usage and Restrictions

Your use of this service is subject to the Amazon Web Services Customer Agreement

↑ Top



| Learn | Develop | Manage | About AWS |
|---|---|---|---|
| Products & Services | Developer Resources | Your Account | About Us |
| Case Studies | AMI Catalog | Management Console | Events |
| Economics Center | Sample Code & Libraries | Account Activity | Careers at AWS |
| Security Center | Dev Tools & SDKs | Usage Reports | Contact Us |
| Whitepapers | Documentation | Personal Information | Announcements (What's New?) |
| Videos & Webinars | Articles & Tutorials | Payment Method | Media Coverage |
| Industry Solutions | Management Console | AWS Identity and Access Management | Privacy Policy |
| Use Case Solutions | | Security Credentials | |
| User Groups | Developer Centers | Request Service Limit Increases | |
| Solution Providers | Java | | |
| | Mobile | Support | |
| | PHP | Premium Support | |
| | Python | Service Health Dashboard | |
| | Ruby | Discussion Forums | |
| | Windows & .NET | FAQs | |
| | | Contact Support | |



©2011, Amazon Web Services LLC or its affiliates. All rights reserved.
An amazon.com company

Amazon S3 Pricing                                                        http://aws.amazon.com/s3/pricing/

 **amazon** webservices™

       🖥 Sign in to the AWS Management Console    ⊕ Create an AWS Account    English

Search:  AWS Product Information       🔍

| AWS | Products | Developers | Community | Support |
|---|---|---|---|---|
| Account | | | | |

## Amazon S3 Pricing

**Amazon S3**

   Amazon S3 Overview

   FAQs

   **Pricing**

   Amazon S3 SLA

**Developer Resources**

   Documentation

   Release Notes

   Sample Code & Libraries

   Developer Tools

   Articles & Tutorials

   Community Forum

Pay for only for what you use. There is no minimum fee. Estimate your monthly bill using the AWS Simple Monthly Calculator. We charge less where our costs are less, and prices are based on the location of your Amazon S3 bucket.

### AWS Free Usage Tier*

As part of the AWS Free Usage Tier, you can get started with Amazon S3 for free. Upon sign-up, new AWS customers receive 5 GB of Amazon S3 storage, 20,000 Get Requests, 2,000 Put Requests, and 15GB of data transfer out each month for one year.

### Storage Pricing

Region:  US Standard  ▼

| | Standard Storage | Reduced Redundancy Storage |
|---|---|---|
| First 1 TB / month | $0.140 per GB | $0.093 per GB |
| Next 49 TB / month | $0.125 per GB | $0.083 per GB |
| Next 450 TB / month | $0.110 per GB | $0.073 per GB |
| Next 500 TB / month | $0.095 per GB | $0.063 per GB |
| Next 4000 TB / month | $0.080 per GB | $0.053 per GB |
| Over 5000 TB / month | $0.055 per GB | $0.037 per GB |

### Request Pricing

Region:  US Standard  ▼

| | Pricing |
|---|---|
| PUT, COPY, POST, or LIST Requests | $0.01 per 1,000 requests |
| GET and all other Requests † | $0.01 per 10,000 requests |
| † No charge for delete requests | |

### Data Transfer Pricing

Region:  US Standard  ▼

| | Pricing |
|---|---|
| **Data Transfer IN** | |
| All data transfer in | $0.000 per GB |
| **Data Transfer OUT** | |
| First 1 GB / month | $0.000 per GB |
| Up to 10 TB / month | $0.120 per GB |
| Next 40 TB / month | $0.090 per GB |
| Next 100 TB / month | $0.070 per GB |
| Next 350 TB / month | $0.050 per GB |
| Next 524 TB / month | Contact Us |

11/04/2011 03:33 PM

Amazon S3 Pricing                                                    http://aws.amazon.com/s3/pricing/

|  | Pricing |
|---|---|
| Next 4 PB / month | Contact Us |
| Greater than 5 PB / month | Contact Us |

Data transfer "in" and "out" refers to transfer into and out of an Amazon S3 Region. There is no Data Transfer charge for data transferred within an Amazon S3 Region via a COPY request. Data transferred via a COPY request between Regions is charged at regular rates. There is no Data Transfer charge for data transferred between Amazon EC2 and Amazon S3 within the same Region or for data transferred between the Amazon EC2 Northern Virginia Region and the Amazon S3 US Standard Region. Data transferred between Amazon EC2 and Amazon S3 across all other Regions (i.e. between the Amazon EC2 Northern California and Amazon S3 US Standard Regions) will be charged at Internet Data Transfer rates on both sides of the transfer.

Storage and bandwidth size includes all file overhead.

Rate tiers take into account your aggregate Data Transfer Out usage across Amazon EC2, Amazon S3, Amazon RDS, Amazon SimpleDB, Amazon SQS, Amazon SNS, and Amazon VPC.

## AWS GovCloud Region

AWS GovCloud is an AWS Region designed to allow U.S. government agencies and contractors to move more sensitive workloads into the cloud by addressing their specific regulatory and compliance requirements. For pricing and more information on the new AWS GovCloud Region, please visit the AWS GovCloud web page.

\* Your usage for the free tier is calculated each month across all regions except the AWS GovCloud Region and automatically applied to your bill – unused monthly usage will not roll over. Restrictions apply; See offer terms for more details.
*(Amazon S3 is sold by Amazon Web Services LLC.)*

| Learn | Develop | Manage | About AWS |
|---|---|---|---|
| Products & Services | Developer Resources | Your Account | About Us |
| Case Studies | AMI Catalog | Management Console | Events |
| Economics Center | Sample Code & Libraries | Account Activity | Careers at AWS |
| Security Center | Dev Tools & SDKs | Usage Reports | Contact Us |
| Whitepapers | Documentation | Personal Information | Announcements (What's New?) |
| Videos & Webinars | Articles & Tutorials | Payment Method | Media Coverage |
| Industry Solutions | Management Console | AWS Identity and Access Management | Privacy Policy |
| Use Case Solutions |  | Security Credentials |  |
| User Groups | Developer Centers | Request Service Limit Increases |  |
| Solution Providers | Java |  |  |
|  | Mobile | Support |  |
|  | PHP | Premium Support |  |
|  | Python | Service Health Dashboard |  |
|  | Ruby | Discussion Forums |  |
|  | Windows & .NET | FAQs |  |
|  |  | Contact Support |  |



©2011, Amazon Web Services LLC or its affiliates. All rights reserved.
An amazon.com company

**Press Contact**
Russell Brady
Adobe Systems Incorporated
408-536-6048
rbrady@adobe.com

**FOR IMMEDIATE RELEASE**

# Adobe Acquires Auditude to Capitalize on Exploding Video Advertising Opportunity

**Auditude Platform Empowers Publishers and Media Companies to Maximize Value of Video Content**

**SAN JOSE, Calif. — Nov. 1, 2011 —** Adobe Systems Incorporated (Nasdaq:ADBE) today announced that it has acquired privately held Auditude Inc., a leader in video ad management and monetization technologies for premium publishers and media companies. Through the acquisition of Auditude, Adobe' is now uniquely positioned to provide an end-to-end video offering, seamlessly connecting authoring, publishing, monetization and optimization with the goal of helping customers build long-term businesses through the delivery of quality video content and superior viewing experience across all IP-enabled devices.

"Premium video publishers want to capitalize on the foundational shift to digital by providing viewers with great media experiences and maximizing the value of their content on every IP device," said David Wadhwani, senior vice president and general manager, Digital Media Business Unit, Adobe. "With this acquisition, Adobe can now offer an unparalleled platform for authoring, distributing, analyzing and monetizing digital video experiences everywhere – simplifying workflows, increasing consumer engagement, delivering insights and driving increased revenue for content publishers."

Supporting video ad management and monetization delivered via an open architecture platform, Auditude lets premium publishers and media companies efficiently create a high-quality, TV-like, multi-device advertising experience that is an essential component to viewer loyalty and attracting major brand advertisers. Industry-leading features of the Auditude platform include: easy integration into content management and other video operations systems; outstanding targeting capabilities; flexible ad placement and ad product offerings; intuitive sales rights management; access to and control of incremental advertising demand; and efficient cross-device workflow.

"By joining Adobe we are accelerating our vision of helping top media companies and publishers maximize the value of their video content," said Jeremy Helfand, chief executive officer, Auditude. "Adobe has deep roots in video and bringing our capabilities together will provide great incremental benefits for our customers. As part of Adobe we are excited to bring publishers and media companies a platform offering that has never been possible before, driving unprecedented monetization opportunities for them."

Auditude's advertising server platform meshes neatly with Adobe's video technologies, such as Adobe Flash' Media Server 4.5 software and Adobe Pass. The Flash Media Server family of products delivers media to multiple platforms – including Flash, HTML and native apps – with a choice of powerful protocols that can save significant bandwidth costs and lighten network load. In addition, Adobe Pass, the industry leading TV Everywhere Platform, is enabling premium content publishers to securely bring large catalogues of programming online. The combination of Adobe Flash Media Server, Adobe Pass and Auditude creates the most comprehensive solution for the world's leading content publishers, broadcasters and brands to encode video once, securely deliver their content across platforms on-demand and efficiently monetize it.

Adobe also plans to integrate Auditude with the Adobe Digital Marketing Suite, which consists of integrated analytics and optimization products to collect and unleash the power of customer insight. For example, using the Suite, customers can identify the most effective marketing and content delivery strategies and ad placements as well as create relevant, personalized and consistent customer experiences across channels, such as onsite, video, display, email, social and mobile. The Suite enables Adobe customers to better maximize marketing ROI and advertising yield, which ultimately can positively impact the bottom line.