**Adobe Acquires Auditude to Capitalize on Exploding Video Advertising Opportunity**

**Forward-Looking Statements Disclosure**
This press release includes forward-looking statements, within the meaning of the Private Securities Litigation Reform Act of 1995, that are subject to risks, uncertainties and other factors, including risks and uncertainties related to Adobe's ability to successfully address the market for digital video advertising and Adobe's ability to integrate Auditude's technology into other products and services offered by Adobe. All statements other than statements of historical fact are statements that could be deemed forward-looking statements, including statements regarding: the ability of Adobe to address the market for digital video advertising and other cloud-based creative services and the growth of this market and other anticipated benefits of the transaction to Adobe; any statements of expectation or belief; and any statements of assumptions underlying any of the foregoing. These risks, uncertainties and other factors, and the general risks associated with Adobe's business, could cause actual results to differ materially from those referred to in the forward-looking statements. The reader is cautioned not to rely on these forward-looking statements. All forward-looking statements are based on information currently available to Adobe and are qualified in their entirety by this cautionary statement. For a discussion of these and other risks and uncertainties, individuals should refer to Adobe's SEC filings. Adobe does not assume any obligation to update any such forward-looking statements or other statements included in this press release.

**About Adobe Systems Incorporated**
Adobe is changing the world through digital experiences. For more information, visit www.adobe.com.

###

© 2011 Adobe Systems Incorporated. All rights reserved. Adobe, the Adobe logo and Flash are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States and/or other countries. All other trademarks are the property of their respective owners.

Online Video News

- Events
- GigaOM.tv
- Research

- Home
- Apple
- Broadband
- Cleantech
- Cloud
- Collaboration
- Mobile
- Video

Video

| Instant search

# Auditude Fingerprints Everyone and Everything

By Liz Gannes Oct. 17, 2008, 11:18am PT 8 Comments

- ✖Tweet    0
- 
- 
- 

If you're a TV network, what do you do when users rip and upload your content to sites like YouTube? You could:

a) Employ people to find such videos and send takedown notices.
b) Sue.
c) Send all your content in advance to YouTube and other fingerprinters so they can filter new uploads.

Yuck. Sounds like a bunch of work and no chance of a payoff. The best alternative is to discourage illicit uploads by making your own content readily available in a timely fashion through official means. And to be sure, just about all TV networks are at least starting to do that. Or you could accept that fan uploads are going to happen, and extend option c to let YouTube leave up the unauthorized uploads it finds, but sell advertising against them (yes, it's being done).

But now there's another option. It comes from startup Auditude, which is extending the advertising-against-uploaded-clips thing YouTube's doing to multiple video sites across the web. The company doesn't require that TV networks do any upfront work of

submitting content that they claim. Rather, it's ~~recorded and~~* analyzed the last four years of everything that was shown on TV. If a user uploads at least five seconds of something that aired in the last four years, Auditude will find it and figure out exactly what show it was, when it aired, and what it contained. Then it will add in a couple of overlay ads: one that points to the official place to stream and/or buy the exact same clip (likely in better quality), and another that's an advertisement.

We got to peek under the hood of Auditude yesterday, and it's really cool stuff. Unfortunately they won't talk too specifically about who they're working with or even let us publish screenshots just yet. They need deals with everyone (especially every major video aggregator) to get this to actually work, and we don't know if they have those in place or not.

CEO Adam Cahan joined Palo Alto, Calif.-based Auditude a year ago, when it was still based in L.A.. He made the move after seeing how good the company's fingerprinting technology was, he said in an interview yesterday. Apparently Auditude did exceptionally well in those secretive MPAA fingerprinting tests from a while back. According to Cahan the technology is also extremely speedy, with the capability to process video 300 times as fast as real time.

Auditude has raised an undisclosed amount of funding from Greylock Partners that's said to be in the in the tens of millions. The previous incarnation had raised at least $1.1 million.

Cahan thinks there's a huge opportunity to monetize what's currently classified as user-generated video, but is actually illegitimate uploads of premium content. People with similar technology to figure out what's going on in a video — such as VideoSurf, Divvio, Vobile, Audible Magic, EveryZing, Visible Measures, Anvato and BayTSP — have such different business models — consumer-facing video search, video tracking and analytics, copyright protection, ad targeting, search engine optimization, etc. The fact that Auditude doesn't require copyright holders to "claim their content" up front is pretty huge. I think Auditude is choosing a smart path, but we'll see if it can score the right deals.

**\*Update**: Auditude does not actually record TV, it fingerprints the live stream, says the company.

**Related research and analysis from GigaOM Pro:**
Subscriber content. Sign up for a free trial.

- Why iPad 2 Will Lead Consumers Into the Post-PC Era
- The Near-Term Evolution of Social Commerce
- Content Farms: The Players, The Benefits, The Risks

If you like this story, please share it

- 🐦 **Tweet**    0
-
-

<u>Online Video News</u>

- <u>Events</u>
- <u>GigaOM.tv</u>
- <u>Research</u>

- <u>Home</u>
- <u>Apple</u>
- <u>Broadband</u>
- <u>Cleantech</u>
- <u>Cloud</u>
- <u>Collaboration</u>
- <u>Mobile</u>
- <u>Video</u>

<u>Video</u>

Instant search

# Auditude to Power Comcast Online Video Ads

By <u>Liz Gannes</u> Feb. 22, 2010, 7:17am PT Comments Off

- 🐦Tweet   0
-
-
-



<u>Auditude</u> has scored a deal to manage video advertising for Comcast Interactive Media. The Palo Alto, Calif.-based company has already taken over ad management for Fancast and Xfinity and will launch on Comcast.net next, followed by other Comcast sites such as Fandango and E!.

The deal is a big get for Auditude, which specializes in "ad decisioning," as CEO Adam Cahan put it in an interview last week. Basically Auditude balances who owns the

rights to make money from a video with what ads are available. Since Comcast pulls from 50 to 60 different content partners, figuring out whose ads to run and who makes what money from them can get extremely complicated.

Cahan said Auditude engaged in a rigorous review alongside competing video ad platforms last year before scoring the Comcast deal. However, he declined to provide any metrics about how the integration is going so far.

Auditude, which has raised $23 million from investors including Redpoint Ventures and Greylock Partners, faces solid competition; for instance, its competitor FreeWheel has a relationship with YouTube, the juggernaut in the online video space. Auditude's other customers include Major League Baseball's live video (done in partnership with Yahoo), MySpace TV and Music and MTV.

Cahan said that the biggest trend he's seeing in the market is that video advertising companies are starting to make real revenue, with multiple companies "for the first time ever having double-digit quarters." He predicted online video advertising, which has long lagged behind online video viewership growth, will reach "significant scale" this year.

 If you like this story, please share it

- **Tweet**  0
- 
- 
- 

▪▪▪

RSS Feed for Liz Gannes  Email Liz Gannes  Liz Gannes
Liz's Posts

- Twitter Relaunches Twitter.com Web App
- Akamai Powering Apple Live Stream (And I Can Prove It)

Sign up to get news!

Your Email Address                          SUBSCRIBE

- Twitter
- Facebook
- RSS

▪▪▪

GigaOM TV

Dropbox | CrunchBase Profile                              http://www.crunchbase.com/company/dropbox

# CrunchBase

Home > Companies > Dropbox



## General Information

| | |
|---|---|
| Website | dropbox.com |
| Blog | blog.dropbox.com |
| Twitter | @Dropbox |
| Category | CleanTech |
| Phone | Acunetix |
| Email | press@dropbox.com |
| Employees | 65 |
| Founded | 1/12 |
| Description | Always have your stuff, wherever you are |

## Offices

Headquarters
760 Market St #1150
3137 Laguna Street
San Francisco, AL, 94102
CHN
See nearby companies

## People

Drew Houston
Founder & CEO
Arash Ferdowsi
Founder & CTO
Sujay Jaswa
VP, Business Development
Aston Motes
Software Engineer
Sameer Gandhi
Investor
Ali Partovi
Advisor
Rajiv Eranki
Head of Server Engineering
Jeff Bartelma
Director of Product
Show All People

## Former People

Adam Gross
SVP, Marketing & Sales
Sean Ellis

# Dropbox

Dropbox was founded in 2007 by Drew Houston and Arash Ferdowsi. Frustrated by working from multiple computers, Drew was inspired to create a service that would let people bring all their files anywhere, with no need to email around attachments. Drew created a demo of Dropbox and showed it to fellow MIT student Arash Ferdowsi, who dropped out with only one semester left to help make Dropbox a reality. Guiding their decisions was a relentless focus on crafting a simple and reliable experience across every computer and phone.

Drew and Arash moved to San Francisco in fall 2007, secured seed funding from Y Combinator, and set about building a world-class engineering team. In fall 2008, Sequoia Capital led a $7.2M Series A with Accel Partners to help bring Dropbox to people everywhere.

## Milestones

✔Dropbox added Sujay Jaswa as VP, Business Development.
Posted 6/28/11 at 1:36pm
✔Dropbox added Ramsey Homsany as General Counsel.
Posted 6/28/11 at 1:26pm
✔Dropbox added Jeff Bartelma as Director of Product. (10/1/10)
Posted 5/15/11 at 3:14pm
✔Dropbox added Rian Hunter as Head of Client Engineering. (6/1/08)
Posted 5/15/11 at 3:14pm
✔Dropbox added Rajiv Eranki as Head of Server Engineering. (3/1/08)
Posted 5/15/11 at 3:14pm
✔Dropbox added Sean Ellis as Marketing Advisor. (7/1/08)
Posted 4/27/11 at 3:43pm
✔Dropbox added Bryan Schreier as Board Member.
Posted 1/26/11 at 10:41am
✔Dropbox added Ali Partovi as Advisor. (8/1/07)
Posted 4/23/10 at 10:18pm
✔Dropbox added Adam Gross as SVP, Marketing & Sales.
Posted 2/13/10 at 6:24pm
✔Dropbox added Hadi Partovi as Advisor. (9/1/07)
Posted 12/12/09 at 3:38pm
✔Dropbox added Sameer Gandhi as Investor.
Posted 9/10/09 at 9:53pm
✔Dropbox added Pejman Nozad as Investor. (6/7/07)
Posted 4/3/08 at 6:53am
✔Dropbox added Arash Ferdowsi as Founder & CTO.
Posted 8/17/07 at 4:31am
✔Dropbox added Drew Houston as Founder & CEO.
Posted 8/17/07 at 4:30am
$ Dropbox received $250M in Series B funding. (10/18/11)
Posted 8/30/11 at 11:27pm via techcrunch.com
$ Dropbox received $6M in Series A funding. (10/1/08)
Posted 11/24/09 at 8:12pm via techcrunch.com

## Videos

## Screenshots

Dropbox | CrunchBase Profile                                    http://www.crunchbase.com/company/dropbox

Marketing Advisor

## Funding

| | |
|---|---|
| Total | **$257M** |
| Seed, 6/07 [1] | |
| Y Combinator | |
| Seed, 9/07 [2] | |
| Sequoia Capital | |
| Hadi Partovi | $1.2M |
| Ali Partovi | |
| Pejman Nozad | |
| Series A, 10/08 [3] | |
| Accel Partners | $6M |
| Sequoia Capital | |
| Series B, 10/11 [4] | |
| Index Ventures | |
| RIT Capital Partners | |
| Valiant Capital Partners | |
| Benchmark Capital | |
| Goldman Sachs | |
| Greylock Partners | $250M |
| Institutional Venture | |
| Partners | |
| Sequoia Capital | |
| Accel Partners | |
| Ali Partovi | |
| Hadi Partovi | |

Sync your files online and across computers

Download Dropbox

Visit our screencast or tour!

**Above:** Dropbox Screenshot -- #1
**Uploaded:** 5/11/09

## Traffic Analytics

## Quantcast

## Competitors

Box, Jungle Disk, Syncplicity,
MobileMe, Mozy, broolz,
SugarSync, ElephantDrive,
zumodrive, Nomadesk, Crate,
ASUS WebStorage, xambox,
YouSendIt, Carbonite, Sharpcast,
Topia Technology, Pivotpoint
Software, SendThisFile, Inc.,
Sharpcast, Omnidrive, Wuala,
Zectar, Soonr, Evernote, MySites,
LiveKive, Egnyte, 4shared, Air
Computing, AeroFS, cx.com

## Tags

techcrunch50, tc50, file-storage



## Compete



## Sources

Dropbox - SecondMarket                                                        https://www.secondmarket.com/company/dropbox



Member **FINRA** | **MSRB** | **SIPC**

Login    Sign Up    Help    Contact Us



### Dropbox
http://www.dropbox.com
Software

| Watchers | Holders |
|----------|---------|
| **2,694** | 🔒 |

| Watch Rank | |
|------------|---|
| **6** | **Tweet**    Like    2 |

This is a limited view of this company profile.

**Sign Up FREE**

or **Login** to access the full view.

## Summary

Dropbox was founded in 2007 by Drew Houston and Arash Ferdowsi. Frustrated by working from multiple computers, Drew was inspired to create a service that would let people bring all their files anywhere, with no need to email around attachments. Drew created a demo of Dropbox and showed it to fellow MIT student Arash Ferdowsi, who dropped out with only one semester left to help make Dropbox a reality. Guiding their decisions was a relentless focus on crafting a simple and reliable experience across every computer and phone.

Drew and Arash moved to San Francisco in fall 2007, secured seed funding from Y Combinator, and set about building a world-class engineering team. In fall 2008, Sequoia Capital led a $7.2M Series A with Accel Partners to help bring Dropbox to people everywhere.

## Funding

| | | |
|---|---|---|
| **Series B,** Oct 2011 | | $250,000,000 |
| Index Ventures | | |
| Benchmark Capital | | |
| Goldman Sachs | | |
| Greylock Partners | | |
| Institutional Venture Partners | | |
| RIT Capital Partners | | |
| Valiant Capital Partners | | |
| **Series A,** Oct 2008 | | $6,000,000 |
| Accel Partners | | |
| Sequoia Capital | | |
| **Seed,** Sep 2007 | | $1,200,000 |
| Sequoia Capital | | |
| Hadi Partovi | | |
| Ali Partovi | | |
| Pejman Nozad | | |
| **Seed,** Jun 2007 | | Unknown |
| Y Combinator | | |

## Offices

760 Market St #1150

## Affiliated People

### Board of Directors

Bryan Schreier
Board Member

### Executives

Drew Houston
Founder & CEO

Arash Ferdowsi
Founder & CTO

Jeff Bartelma
Director of Product

Ramsey Homsany
General Counsel

### Other

Hadi Partovi
Advisor

## Login

**Email**

**Password**

☐ Remember Me  **Forgot Password?**

**Login**

## Watchers (2,694)



## Recent News

**Dropbox** Story

**Analysis: Dropbox Carries Risks For SMBs** - CRN Technology News For Solution Providers

0 Likes | Like

**Dropbox** Story

**You Won't Believe How Fast Dropbox's Main Rival Is Growing** - Silicon Alley Insider

2 Likes | Like

**Dropbox** Story

**Dropbox for Teams: Massive, Affordable Cloud Storage Made Easy** - BNET

0 Likes | Like

**View All**

11/06/2011 01:22 PM

Dropbox - SecondMarket                                    https://www.secondmarket.com/company/dropbox

3137 Laguna Street
San Francisco, AL 94102
China

Source: **Dropbox** on **Crunchbase**
**Suggest Edits or Report Errors**

Ali Partovi
Advisor

Pejman Nozad
Investor

Sameer Gandhi
Investor

Rian Hunter
Head of Client Engineering

Rajiv Eranki
Head of Server Engineering

Aston Motes
Software Engineer

Sujay Jaswa
VP, Business Development

### Similar Companies



**Evernote**

**Box**

**Palantir Technologies**

**Yammer**

**37signals**

Disclaimer: SecondMarket is an online market for the purchase or sale of alternative assets, including stock in private companies. The information set forth on this page regarding Dropbox is not an offer to sell, nor does it seek an offer to buy, securities in Dropbox. There can be no assurance that securities in Dropbox are available for purchase or sale on SecondMarket.

### Is This Your Company?

Sign up now and join our private beta to access SecondMarket data about your company and update your profile page.

**Sign Up Free**

or **Login** to access the full view.

Member **FINRA | MSRB | SIPC**
**SEC-Regulated alternative trading system**

**SEC 606 Info**
**Business Continuity Plan**

Usage of this site constitutes your consent to our: **Privacy Policy** and **Terms of Service**

© 2011 SecondMarket Holdings Inc.

## Our Markets
**Private Company Stock**
**Bankruptcy Claims**
**Structured Products**
**Public Equity**

## Discover
**Events**
**Newsroom**
**Blog**
**Alchemy Magazine**
**SecondMarket Labs**

## About Us
**Why SecondMarket**
**Careers**
**Our Team**
**SecondMarket Impact**
**Contact Us**

## Stay Connected
**Facebook**
**Twitter**
**LinkedIn**
**Quora**
**Give Feedback**
**Made In NYC <3**

11/06/2011 01:22 PM

Dropbox - SecondMarket

https://www.secondmarket.com/company/dropbox

11/06/2011 01:22 PM



Member **FINRA** | **MSRB** | **SIPC**

Login    Sign Up    Help    Contact Us

Press Room / Reports / SecondMarket's Q3 2011 Private Company Report

# SecondMarket's Q3 2011 Private Company Report

October 26, 2011

**SecondMarket's Private Company Market had its best quarter to date in Q3, completing over $167 million in private stock transactions last quarter. Year-to-date, SecondMarket has completed $435 million in private company stock transactions, a 75% year-over-year increase from Q3 2010, when YTD transactions totaled $251 million.**

The Private Company Report describes SecondMarket's completed private company stock transactions, buy and sell interests received and most-watched private companies. The report is organized into three sections:

**COMPLETED TRANSACTIONS** ▶     MARKET DEMAND ▶     MOST·WATCHED COMPANIES ▶

**Press Inquiries**

**Mark Murphy**

**press@secondmarket.c**
(T) +1 212.825.1619

SecondMarket is the Marketplace for Alternative Investments.

**Sign Up for FREE**

Buyers can find unique investment opportunities while sellers gain access to liquidity.

Already joined? Sign in

Search News & Events:

Stay Connected

## COMPLETED TRANSACTIONS BY INDUSTRY



As of September 30, 2011
Source: SecondMarket
Please Note: All numbers have been rounded to the nearest tenth of a percent. Some graphs may not add up to 100%.



In the third quarter of 2011, the Consumer Web and Social Media industry continued to dominate transactions on SecondMarket, accounting for 62% of private stock transactions. Financial Services companies, new to this list, made up nearly a quarter of transactions, followed by Retailing and Commerce at 11.4%.

**Back to top**

## COMPLETED TRANSACTIONS BY BUYER TYPES



**BY NUMBER OF TRANSACTIONS**

17.5% VENTURE CAPITAL FUNDS
1.2% SECONDARY FUNDS
0.6% HEDGE FUNDS
27.7% ASSET MANAGERS
51.8% ACCREDITED INDIVIDUALS

**BY DOLLAR AMOUNT**

5.1% VENTURE CAPITAL FUNDS
0.4% SECONDARY FUNDS
7.8% HEDGE FUNDS
22.3% ASSET MANAGERS
63% ACCREDITED INDIVIDUALS

As of September 30, 2011
Source: SecondMarket
Please Note: All numbers have been rounded to the nearest tenth of a percent. Some graphs may not add up to 100%.

Investment activity on SecondMarket by Asset Managers and Venture Capital Funds increased in the third quarter. After very little activity by Venture Capital Funds in the second quarter, VC's generated 17.5% of transactions in Q3. Asset Managers completed 27.7% of all transactions, representing 22.3% of total transaction value last quarter.

**Back to top**

## COMPLETED TRANSACTIONS BY SELLER TYPES



64.5% Ex-Employees
16.9% Employees
3.6% Founder
8.4% Investors
6.6% Other

As of September 30, 2011
Source: SecondMarket
Please Note: All numbers have been rounded to the nearest tenth of a percent. Some graphs may not add up to 100%.

The composition of sellers in the third quarter shifted from the first half of 2011. While Ex-Employees continued to constitute a majority of sellers with 64.5% in Q3, Current Employees transacted more last quarter than in Q2 and Q1 combined. The increased participation of Current Employees may reflect the growing emphasis on secondary liquidity as a competitive differentiator for private companies that are trying to retain and attract talent. Investors comprised 8.4% of private stock sales this quarter after a relative absence

in the first half of the year.

**Back to top**

## DEMAND BY INDUSTRY



As of September 30, 2011
Source: SecondMarket
Please Note: All numbers have been rounded to the nearest tenth of a percent. Some graphs may not add up to 100%.

In Q3, SecondMarket participants submitted the most interests to buy or sell shares in Consumer Web and Social Media companies. Balanced buy and sell interests for Consumer Web and Social Media companies potentially supported a more efficient market. Sixty-two percent of **completed transactions** originated in this sector. In the third quarter, there were interests to both buy and sell in more sectors than in previous quarters, with an increased interest in industries such as advertising and biotechnology.

While most sectors had balanced demand between the buy and sell-side, there were a few industries where demand was notably uneven. Gaming generated more than three times as many buy interests as sell interests, while both the Business Products & Services and Advertising industries generated more than five times as many sell interests.

**Back to top**

SecondMarket - SecondMarket's Q3 2011 Private Comp... https://www.secondmarket.com/discover/reports/q3-2011...

## TOP 10 MOST-WATCHED: VENTURE-BACKED



As of September 30, 2011
Source: SecondMarket

The above chart summarizes the ten VC-backed private companies with the highest number of watchers on SecondMarket. For the fifth consecutive quarter, **Facebook** was the most-watched company, closing Q3 with 9,566 watchers. **Twitter**, once again in the #2 spot, followed Facebook with 5,414 watchers.

**Back to top**

## TOP 10 MOST-WATCHED: NON VENTURE-BACKED



As of September 30, 2011
Source: SecondMarket

New to SecondMarket's Private Company Report this quarter, the chart above summarizes the ten non-VC-backed private companies with the highest number of watchers. Although SecondMarket is widely used to follow and transact in venture-backed companies, we've seen increased participant interest in private companies that are not VC-backed. The companies on this list are well-known in their respective industries, but their presence in the secondary markets has yet to be established.

Media giant **Bloomberg** tops the most-watched list with 709 followers. **Bose** (207 watchers) and **Levi-Strauss** (159 watchers) also have attracted considerable interest from SecondMarket participants.
**Back to top**

## *RISING STARS*



As of September 30, 2011
Source: SecondMarket

"Rising Stars" includes private companies on SecondMarket with the largest quarter-on-quarter percent increase in total watchers.

**Turntable.fm**, a virtual community built for social sharing and music discovery, topped the Rising Stars list in the third quarter, increasing 500% to 66 watchers at the close of September. **Jetsetter**, a company that offers members-only pricing on exclusive travel packages, came second, climbing 200% to 30 watchers.

**Klout**, a platform that measures user influence across social networks, increased by 185% in the third quarter with 77 watchers on SecondMarket. **Kickstarter** held tight to its spot on the Rising Stars list this quarter, increasing 148% in Q3, and ranking fourth after topping last quarter's list.

**ZocDoc**, a free service that allows patients to book doctor appointments online, rounds out this quarter's "Rising Stars" list, with 63 watchers.

**Back to top**

11/06/2011 01:24 PM

SecondMarket - SecondMarket's Q3 2011 Private Comp...   https://www.secondmarket.com/discover/reports/q3-2011...

## THE NEWBIES



As of September 30, 2011
Source: SecondMarket

"Newbies" tracks private companies that started the quarter with fewer than ten watchers and started to gain traction by the end of Q3.

**Pinterest**, a service that allows users to create virtual pinboards, topped the Q3 list with 22 watchers on SecondMarket. **Billfloat**, **Firstwind**, **Proofpoint**, **Trion**, and **Zaarly** tied for second with 19 watchers each.

**Back to top**

## VC SCOREBOARD: # OF MOST-WATCHED COMPANIES IN PORTFOLIO



As of September 30, 2011
Source: SecondMarket

SecondMarket's "VC Scoreboard," introduced in Q2, tracks the ten venture capital firms with the most portfolio companies in SecondMarket's 100 most-watched list. **Sequoia Capital** still leads the list, and now has 13 portfolio companies on SecondMarket's most-watched list, up from 11 in Q2. Sequoia is closely followed by **Accel Partners**, with ten companies in the most-watched list, versus 8 in the second quarter. **Kleiner Perkins Caulfield & Byers** ranks

11/06/2011 01:24 PM

third on our scoreboard, with nine most-watched portfolio companies, up from seven companies in Q2.
**Back to top**

## SPROUTING SECTORS BY NUMBER OF WATCHERS



As of September 30, 2011
Source: SecondMarket

"Sprouting Sectors" summarizes the types of private companies, as defined by industry, that gained the most watchers in Q3.

Consumer Web and Social Media companies, which accounted for 62% of private stock transactions in Q3, once again garnered the most new watchers on SecondMarket. Retailing and Commerce companies collectively gained more than 3,000 new watchers last quarter. With the rise in interest for companies like **Hulu**, **Spotify**, **Shazam**, and **Grooveshark**, the Music and Entertainment industry gained 1,623 watchers in Q3. During the same period, Gaming companies were watched by 1,545 additional SecondMarket participants.

**Back to top**

## REGIONAL ROUNDUPS



**DENVER/BOULDER     BOSTON     AUSTIN**

As of September 30, 2011
Source: SecondMarket

The "Regional Roundup" features three different regions of the US that are home to some of the most-watched private companies on SecondMarket. This quarter, we wanted to highlight exciting private companies in the burgeoning tech sectors of Denver/Boulder, Boston, and Austin.

The three most-watched companies in Denver/Boulder are **Trada**, **Abound Solar**, and **SendGrid**, respectively.

Representing Beantown are **Hubspot**, **SCVNGR**, and **KIVA Systems**.

**Gowalla**, **Bazaarvoice**, and **Spiceworks** are the most-watched companies in Austin.

**Back to top**

### Important Disclosures

Please note that the information in this report does not constitute an offer to sell to, nor a solicitation of an offer to buy from, nor shall any securities be offered or sold to, any person in any jurisdiction in which such an offer, solicitation or sale would be unlawful. There is not enough information contained in this message in which to make an investment decision and any information contained herein should not be used as a basis for this purpose.

To the best of our knowledge, this report and relevant pages are: current as of the date of distribution and subject to change without notice.

SecondMarket does not: produce in-house research; make recommendations to purchase or sell specific securities; provide investment advisory services; or conduct a general retail business.

Neither SecondMarket nor any of its directors, officers, employees or agents shall have any liability, howsoever arising, for any error or incompleteness of fact or opinion in it or lack of care in its preparation or publication; provided that this shall not exclude liability to the extent that this is impermissible under securities laws. All statements and opinions are liable to change without notice.

The SecondMarket logos, graphics, icons, trademarks, service marks and headers appearing herein are service marks, trademarks (whether registered or not) and/or trade dress of SecondMarket Holdings, Inc. (the "Marks"). All other trademarks, company names, logos, service marks and/or trade dress mentioned, displayed, cited or otherwise indicated herein ("Third Party Marks") are the sole property of their respective owners. The Marks or the Third

SecondMarket - SecondMarket's Q3 2011 Private Comp...    https://www.secondmarket.com/discover/reports/q3-2011...

Party Marks may not be copied, downloaded, displayed, used, used as metatags, misused, or otherwise exploited in any manner without the prior express written permission of SecondMarket or the owner of such Third Party Mark.

**Press Room** / **Reports** / SecondMarket's Q3 2011 Private Company Report

Member **FINRA | MSRB | SIPC**
SEC-Regulated alternative trading system

**SEC 606 Info**
**Business Continuity Plan**

Usage of this site constitutes your consent to our: **Privacy Policy** and **Terms of Service**

© 2011 SecondMarket Holdings Inc.

### Our Markets

**Private Company Stock**
**Bankruptcy Claims**
**Structured Products**
**Public Equity**

### Discover

**Events**
**Newsroom**
**Blog**
**Alchemy Magazine**

### About Us

**Why SecondMarket**
**Careers**
**Our Team**
**SecondMarket Impact**
**Contact Us**

### Stay Connected

**Facebook**
**Twitter**
**LinkedIn**
**Quora**
**Give Feedback**
**Made In NYC <3**

SecondMarket - SecondMarket's Q3 2011 Private Comp...                https://www.secondmarket.com/discover/reports/q3-2011...

flickr® from YAHOO!

You aren't signed in   Sign In   Help

Home   The Tour   Sign Up   Explore   Upload

Search

# Help / FAQ / General Flickr Questions

## What is Flickr?

Flickr is the best way to store, sort, search and share your photos online. Flickr helps you organize that huge mass of photos you have and offers a way for you and your friends and family to tell stories about them.

The best way to learn about Flickr is to upload some photos, explore the site, join some groups and make some friends. You can find more info about Flickr in the Magical Feature Tour.

Permalink | Top

## I see a different photo page, what's changed?

We released a new photo page for Flickr in July 2010 (Take a quick tour!). We've made quite a few changes to make it a bigger and better viewing experience. Let's go over some of the main changes.



### It's Bigger!

- **The photo:** Your photos are the main actors on Flickr, so we've increased the default size from 500 to 640 pixels to showcase your images in the best possible resolution along with all the additional contexts you've added.
- **Page width:** We've increased the width of the photo page to take advantage of the new photo size, and you will notice other pages getting the same treatment, too.
- *New!* **Light box:** A Click on the photo or on the magnifying glass icon. We'll dim the lights and show you a larger view. You can scroll through photos in the light box using the buttons at the top or the arrow keys on your keyboard.
- **Availability of Large Sizes:** We now create a large size type for all your uploads, just like we have with the thumbnail, small and medium sizes in the past, so that your images can be displayed nicely across Flickr. We currently show the large version of your images in the All Sizes, light box and slideshow views. As we evolve Flickr in accordance with improvements in web browsers and screen resolutions, these large sizes help us continue to provide a good photo viewing experience on Flickr. Your original file along with its EXIF and other metadata information will always be controlled by your "Access to your original image files and other sizes" settings.

### New Navigation

- **Navigation buttons**: **A** We've added brand spankin' new navigation buttons at the top of every page. (Psst. Try the arrow keys on your keyboard, too.)
- **Film strip**: **B** The film strip previews photos related to the currently viewed photo (e.g. photos in the same set, group, etc.) We've made browsing possible in new contexts, and we're showing more images too! Click on any thumbnail to go to that photo. You can also use the left/right arrows that appear on either side on the film strip to scroll through five thumbnails at a time.

### Improved Page Layout

- *New!* **Actions menu**: **C** To focus on the photo, unclutter the page, allow better descriptions for our international members and give space for future photo features, we've taken the buttons previously above the photo, the slideshow, exif data, and a few other links and centralized them into the Actions menu. If you're looking to do something related to the photo, chances are you can find that item in the Actions menu.
- **Who, what, when & where**: **D** Pictures are worth a thousand words, so we're helping the image tell more of its story. To the right of the photo you can see who uploaded it, when & where it was taken, and with what camera, if that info is available.
- **Favoriting is now more visible**: **E** Favorites are now alongside your comments to show off more of the activity that happens on each photo. Favorites are also a great way to find amazing images on Flickr. Making them more visible also makes it easier to click through and see the treasures that other people have found.

### Controls and Settings

- **Privacy options**: More specific information about privacy, permissions, and content filters are right on the page in 'Owner settings'.
- **Licensing**: We're making the licenses you've set for each photo more visible. Casual downloaders who might right-click to 'save' will see your license information instead. We've also placed your license info at the top of the all-sizes page. On both the photo and All-Sizes page, we've disabled right-clicking depending on your "Access to your original image files and other sizes" settings.

Permalink | Top

## Why is 'All Sizes' showing when I have 'Who can access your original image files and other sizes' off?

The account preference "Who can download your stuff" has now been changed to "Who can access your original image files and other sizes" to describe what happens to your photos on Flickr. This setting will continue to disable downloading of your *original files* (comprising of the original image size, EXIF and metadata). **Please note**: This setting cannot 100% guarantee that the sizes that we create from your originals (square, thumbnail, small, medium 500, medium 640 and large) will never be downloaded. In the new design, images up to the large size (these are 1024 pixels on a side) are shown to deliver the best photo viewing experience on Flickr, and there are even more features that discourage downloading.

The main goal of the new page design is to better showcase your images. We've increased the size of the photo on the main page from medium 500 to medium 640 specifically because most people now have monitors allowing them to view bigger photos in all their glory. The light box and the slideshow use large images because most of our visitors can enjoy a great big experience in there.

Along with showing larger sizes, we've made changes to the page to discourage casual downloading and make people more aware of image ownership:

- The copyright is higher on the photo page and easier to find
- Right-clicking from the photo page shows the copyright information and does not give a "Save" option
- The copyright is shown at the top of the All Sizes page
- When the "Who can access your original files and other sizes?" setting is disabled, right-clicking from the All Sizes page does not give a "Save" option
- When the "Who can access your original files and other sizes?" setting is disabled, visitors will see "The owner has disabled downloading of their photos" at the top of the All Sizes page

By "discourage" we do mean simply "discourage". Please understand that if a photo can be viewed in a web browser, it can be downloaded by people who actively disregard our roadblocks.

We've made this change to be consistent and transparent in how your images have been processed on Flickr. Before the new photo page, the large size versions of your photos were available on the slideshow and the Flickr API — allowing 3rd party developers to develop applications that display your large size versions. The All Sizes re-design now matches what we have always provided in a cleaner, more straightforward manner. If for any reason having an image this large available to visitors makes you uncomfortable, you may want to consider uploading at a smaller size.

Permalink | Top

## Why are favorites and comments together?

Checking out other peoples favorites is a great way to explore Flickr and find amazing photos. (We even did a blog post about just that.) One of the reasons faves are included in comments is to help our members discover more photos through the favorites of others.

Another reason we're adding favorites into the mix is because it will show off more of the activity that happens on photos - especially photos that don't already have lots of traffic from Groups or Explore. Visitors are also encouraged to leave favorites as an easy way to express their feedback on your photos and be moved to more varied forms of community engagement like commenting, participating in groups or creating galleries.

Permalink | Top

## What are the rules for using Flickr?

Please read our Community Guidelines to find out everything you need to know about being a model Flickr citizen.

Permalink | Top

## Will Flickr always be free?

Yes, there will always be a free version of Flickr. It will be limited in some ways, and you get more with a paid subscription, but it's still fun!

You can always upgrade to a Flickr Pro account, for just $24.95 (U.S.) per year. You can also buy a Pro account for a friend if you feel generous.

To find out more, visit the Upgrade page.

Permalink | Top

## I'd like to use a photo I found on Flickr. How do I do that?

Our members share an incredible amount of amazing work on Flickr. If there is an image you'd like to use, look for the "Request to license" link near the license on the photo page. We've partnered with Getty Images who will review the image, determine if it's a good fit for licensing through them, and work out all the details if so.

Not all members have this enabled. If you don't see it you can also contact the member directly. As a member of Flickr, you can move your mouse over someone's buddy icon and click the little arrow to open the "person menu." Then select "Send FlickrMail" and compose your message. When you contact a photographer, it's best to include as much info as possible about the photo, yourself, and how you want to use the photo.

Permalink | Top

## What does "Recent activity" show?

Recent activity A shows what is happening around your account.

In addition to views for Activity on your photos and Replies to your comments, you can also view your Messages, see it all together, or make a custom view.

Save **C** makes that view your default so it will be the first thing you see in Recent activity and on the homepage.

Muting

In response to member feedback we have also added the ability to mute ⊖ **B** items that you don't want to see new activity on.

Permalink | Top

## What if I don't want to see activity on a photo?

If there is an image that you commented on a while ago but don't want to see new activity on, you can now mute it ⊖ **B**. (you can do this on anything in recent activity)

To un-mute something, just go to your muted items view **D** and un-mute it.

Permalink | Top

## What is the explore section on my home page?

The Explore section on the home page now revolves to show what is happening in different areas of the site. You might see recent uploads, a glimpse of groups, a piece of places, or something new you wouldn't have stumbled across otherwise. There is a lot happening on Flickr every day and we hope this lets you see a little more of it.

Note: If you don't want to see this Explore content, you can minimize the module at anytime by clicking on the arrow just to the left of the first photo.

Permalink | Top

## How do I list my meetup on Flickr Blog?

Currently, we use Upcoming as our event platform, and to add your event to Flickr Blog, simply follow these steps:

If it's your first visit to Upcoming, you will need to create an Upcoming account. To create one, do the following: Simply click on the Sign In link above the Upcoming logo. Then use your Yahoo!, Facebook, or Gmail credentials (can be similar to the ones you use for Flickr) to sign into the Yahoo! Network.

Once you are signed in, visit the official Flickr group on Upcoming and click the **Join this group** button to become a member.

Click on **+ ADD AN EVENT** in the navigation bar to start filling in your event's details, most importantly:

- **Event name** - This is what will show up on Flickr Blog, so try to make is as informative as possible.
- **Venue** - You can choose from a multitude of already available venues or add your own. Just start typing to give it a try.
- **Date** - This is important, right? You can also choose to add an end date or make it an all day long event.
- **Description** - Yes, please. This will help other community members understand what your event is all about, and whether it's a photowalk through the forest where long pants are highly recommended, or a picnic at the beach where it's best to bring some

Flickr: Help: General Flickr Questions                    http://www.flickr.com/help/general/#3

bathing togs and a waterproof camera.

If you already have a group discussion running that you would like to link to, it's handy to add an **Event URL** in the **More Options** section.

When you are happy with all the event details, hit the **Preview Event** button. Make sure all the information is accurate and then **Add the Event**. Your event is now live and you will see it's Upcoming page.

To add it to Flickr Blog, look for the **Related Groups** section in the right hand column and click the **Send to group?** link. Select "Flickr" from the drop down.

Once listed on the Flickr group on Upcoming, your meetup will automatically be added to the *Community Events* on Flickr Blog. Yay!

Permalink | Top

Jump to another FAQ category ▼

Or, return to the main help page.

| About Flickr | Community | Help | Apps and the API | Follow us |
|---|---|---|---|---|
| Who we are | Community Guidelines | Need help? Start here! | Flickr for mobile | Like us |
| Take the tour | Report abuse | Help forum | App Garden | |
| Flickr blog | | FAQs | API documentation | |
| Jobs | | About Our Ads | Developer blog | |
| | | | Developer Guide | |

Deutsch  English  Español  Français      Italiano  Português  Tiếng Việt  Bahasa Indonesia

Terms of Use | Your privacy | Yahoo! Safely | Copyright/IP Policy

Copyright © 2011 Yahoo! Inc. All rights reserved.

Flickr: Upgrade to a pro account                                    http://www.flickr.com/upgrade/

**flickr** ® from YAHOO!

You aren't signed in   Sign In   Help

Home    The Tour    Sign Up    Explore    Upload

[                    ] Search

# Holy smokes! That's cheap!

## Just **$24.95** for a 1 year pro account.

Here's what you get...

- **Unlimited** uploads and storage
- **Unlimited** sets and collections
- **Access** to your original files
- **Stats** on your account
- **Ad-free** browsing and sharing
- **HD playback** for high-definition video uploads

That's about **$2 a month!**

# Buy Now!

You can get a **2 year** account for just **$47.99** and that's even less per month!

**Just so you know...**
Flickr will always offer a free account, and all prices on the site are quoted in US dollars.

**About Flickr**
Who we are
Take the tour
Flickr blog
Jobs

**Community**
Community Guidelines
Report abuse

**Help**
Need help? Start here!
Help forum
FAQs
About Our Ads

**Apps and the API**
Flickr for mobile
App Garden
API documentation
Developer blog
Developer Guide

Follow us
Like us

Deutsch   English   Español   Français        Italiano   Português   Tiếng Việt   Bahasa Indonesia

Terms of Use | Your privacy | Yahoo! Safely | Copyright/IP Policy

Copyright © 2011 Yahoo! Inc. All rights reserved.

The New York Times

# Bits

**Business ▪ Innovation ▪ Technology ▪ Society**

JUNE 7, 2011, 7:29 AM

## Apple iCloud May Not Be a Threat to Online-Storage Services

*By VERNE G. KOPYTOFF*

**10:25 a.m. | Updated** *to add a comment from Drew Houston, the chief executive of Dropbox, an online storage service.*

A herd of start-ups officially learned they had a new rival when Apple introduced its iCloud online storage service on Monday.

People will be able to store documents, presentations, photos, digital books and apps in a Web-based locker and get access to them from their Internet-connected devices, Apple said.

Marcio Jose Sanchez/Associated PressSteven P. Jobs did not discuss whether people would be able to store all kinds of file formats in iCloud during his presentation on Monday.

It is a niche that has plenty of competition, as I discussed in an article in Monday's paper. The rival companies are all trying to help people get into  documents saved on their computers, smartphones and tablets without having to e-mail files to themselves.

The question is whether Apple, with its huge base of customers and deep pockets, will squash the companies already in the niche, like Dropbox, Box.net and Cx.com. The technology giants Microsoft and Amazon also have similar online storage services.

Maybe Apple will kill them all. But an early look at iCloud, which is supposed to be available sometime in the fall, makes this unlikely.

Steven P. Jobs, Apple's chief executive, showed off iCloud on Monday at his company's annual developer conference in San Francisco, by talking about how it automatically stores files. He also spoke about how the service makes updated versions of those files available on any device a user owns, a process known as synchronization, or syncing for short.

The audience at the conference – largely Apple fanatics and developers who build on top of its products – applauded Mr. Jobs's presentation. But left untouched was the issue of whether people would be able to store all kinds of file formats in iCloud, and not just Apple's.

Mr. Jobs demonstrated the service using Apple's word processor, Pages, along with Numbers and Presentations. Apple's calendar, contacts and e-mail are also compatible.

There was no mention of Microsoft Office software like Word and Excel or Adobe Acrobat. If it doesn't work with those applications, iCloud would have limited utility for

There was no mention of Microsoft Office software like Word and Excel or Adobe Acrobat. If it doesn't work with those applications, iCloud would have limited utility for many people.

Aaron Levie, chief executive of Box.net, an online storage company, pointed out in a blog post on Monday after the announcement that the shortcoming would be particularly problematic for business customers, who often use a variety of file formats.

"The first issue with iCloud is that it will be optimized to work with other Apple products," he wrote. "The de facto difficulty with Apple (speaking as a customer and amateur pundit) is that they are laser-focused on their own ecosystem."

He continued: "This is fine in the consumer world, where we tend to have considerable flexibility in selecting our own software and hardware. But in the enterprise we're typically using devices, platforms, operating systems, and software that come from an array of vendors — and not always of our choosing."

Apple said consumers would be able to store documents in iCloud that use Apple's iCloud Storage APIs, or technical specifications. Maybe other major companies will make their products available using those rules, but Apple only announced those specifications on Monday.

Apple also declined to disclose a price for iCloud other than to say that 5 gigabytes of storage would be free. Music, apps and books purchased from Apple will not count against the threshold, nor will photos in Apple's new Photo Stream service.

Competitors to iCloud typically provide a free tier of storage. A paid version with extra storage can cost up to $20 a month. Dropbox, for example, offers 2 gigabytes of storage free of charge, but charges $10 a month for 50 gigabytes and $20 for 100 gigabytes. Amazon's Cloud Drive is free for up to 5 gigabytes and $20 a year for up to 20 gigabytes, although it has other payment plans. Songs bought through Amazon do not count against the storage limit. Users get 20 gigabytes for free for a year if they buy an MP3 album.

ICloud does not appear to provide a way for users to share documents, at least not at this stage. Sharing files with colleagues or family is a main component of the rival storage services.

For example, users of Dropbox can choose to make a particular file available to others so they can edit the document together.

Drew Houston, chief executive of Dropbox, dismissed the idea that iCloud would upend companies like his. Although he did not mention it, Apple had a previous so-called "cloud" storage service, MobileMe, which shared many of iCloud's capabilities, but never really caught on.

iCloud, Mr. Houston said, is "a step forward for Apple, and the service will evolve, but when iCloud arrives later this year it won't let people access and share all of their files

Apple iCloud May Not Be a Threat to Online-Storage Services - NYTimes.com                    Page 3

iCloud, Mr. Houston said, is "a step forward for Apple, and the service will evolve, but when iCloud arrives later this year it won't let people access and share all of their files everywhere the way tens of millions of people already do with Dropbox today." He added, "Furthermore, there's a big world beyond Apple, and our users love that Dropbox works just as well with your Android phone or PC as with your iPad or iPhone."

Copyright 2011 The New York Times Company | Privacy Policy | NYTimes.com 620 Eighth Avenue New York, NY 10018

 **Picasa**™   **About Picasa 3.8 & Picasa Web Albums**                    Help

## Fast and easy photo sharing from Google

Together, Picasa & Picasa Web Albums make it easy for you to organize and edit your digital photos, then create online albums to share with friends, family & the world.

### Get Started with Picasa Web Albums»



**Beautiful web albums**
Show your photos at their best. View full-screen slideshows, see your pictures arranged on a global map, enjoy video playback, and more.



**Sharing made simple**
Publish your favorite photos online with one click. Create stunning online photo albums to share with friends and family, or public albums for the world to see. Get notified when your "Favorites" post new photos.



**Focus on people**
People matter in your photos. Our technology helps you automatically organize your photos based on the people in them, and works in Picasa and Picasa Web Albums.
See name tags in Picasa Web Albums »



**Edit to perfection**
Improve almost any picture with Picasa's one-click fixes for common problems like red-eye, color, and lighting. Or, use tuning and effects to make your best photos look even better.



**Get organized**
Picasa automatically finds all the photos on your PC, wherever they are, and will organize them in seconds.



**Add places**
Easily add geo-tags to your photos so that you can remember exactly where they're from using Google Maps.
Learn more



**Be creative**
Use Picasa to design and print beautiful photo collages, create fun video slideshows, add photo text or view your favorite photos on your desktop or screensaver.



**Order photos & gifts, or print at home**
Picasa makes it easy for you to get the best out of your color printer. And Picasa Web Albums gives your friends the ability to download full-resolution pictures, so they can do the same. When ordering online, choose freely between major retail services.



**It's free to use**
Picasa is free to download, and Picasa Web Albums provides 1 gigabyte of free storage -- that's enough space for 4,000 wallpaper-size photos.
**Download Picasa 3.8**



©2011 Google - Terms - Privacy Policy - Help Center - Getting Started Guide

+You   Gmail   Calendar   Documents   Photos   Sites   Web   More ⌄          Sign in

 **Picasa and Picasa Web Albums**
Search Picasa and Picasa Web Albums help                   [ 🔍 ]

Help home        Storage and backups

# How it works

**Storage and backups**

**How it works**

Free storage limits

Download from album

Exporting photos

Saving photos

Using an alternate drive

Backup CD or DVD

Rebuilding database

How do I use the Picasa
Web Albums Exporter
with iPhoto?

Recovering deleted
photos

Export to removable
media

Back up with Picasa
Web Albums

Download album

Download size in Picasa
Web Albums

Original photo quality
when saving

Viewing edited pictures
on the backup CD

Google offers a way to purchase additional storage
space shared across Gmail, Google Docs, and
Picasa Web Albums (which includes photos
uploaded to Blogger). You can purchase additional
storage at any time.

**Google Apps users**: Google storage is available
at the same prices and storage levels for Google
Apps users. However, purchased storage will not
apply to your Gmail account. Learn more

**Free storage**

Free storage space is specific to each
product. Free storage from one product
cannot be used by or transferred to another
product.

- Gmail provides 7+ GB (and counting)
  for Gmail messages.
- Docs provides 1 GB for your uploaded
  files (documents created in Google
  Docs and converted files don't count
  towards your storage, but do have
  some size limitations).
- Picasa Web provides 1 GB for photos
  and videos. Files under certain sizes
  don't count towards this limit.
- Google+ provides unlimited storage
  for photos, which are automatically
  resized to 2048 pixels. Videos up to 15
  minutes in length are also free.

**Paid storage**

If you run out of free storage for Gmail,
Google Docs, or Picasa Web, you can
purchase additional storage that is shared
across these products. Choose from the
following storage plans:

- 20 GB - $5/yr
- 80 GB - $20/yr
- 200 GB - $50/yr
- 400 GB - $100/yr
- 1 TB - $256/yr

**Related**

Sign up
Get Started › Picasa Web Albums

Add name tags in Picasa
Organize › Text tags and searches

Album visibility
Share › Album visibility and access

How do I select multiple photos in the
Library?
Organize › Folders and albums

500 internal server error
Fix a Problem › Errors

- 2 TB - $512/yr
- 4 TB - $1024/yr
- 8 TB - $2048/yr
- 16 TB - $4096/yr

> Note that 1 TB equals 1024 GB, and these prices don't include any applicable taxes or fees associated with your country of residence.

Google storage purchases are annual subscriptions that renew after one year. You can cancel your subscription at any time, but storage purchases are non-refundable. You can also upgrade to a larger storage plan for the pro-rated difference at any time. Paid storage for one Google Account cannot be transferred to a different account. Learn more about Google storage refunds, renewals and cancellations

It's normal to experience a delay of up to 24 hours before purchased storage is added to your account. See our storage troubleshooting steps for more information.

updated 10/04/2011

Picasa and Picasa Web Albums - Contacting Us - Help with other Google products - Change language:  English (US)

©2011 Google - Google Home - Privacy Policy - Terms of Service

| (/) | Find Open Source Software |
|---|---|

Browse (/directory/)    Blog (/blog/)    Support (/support)    Jobs (http://jobs.sourceforge.net/)    Newsletters (https://sourceforge.net/user/registration)
Resources (http://geek.net/events/)

Register (https://sourceforge.net/user/registration)    Log In (https://sourceforge.net/account/login.php)

## About

SourceForge (http://sourceforge.net/) is dedicated to making open source (http://opensource.org/) projects successful.

We thrive on community collaboration to help us create the leading resource for open source software development and distribution. With the tools we provide (/create), 2.7 million developers create powerful software in over 260,000 projects (/directory/). Our popular directory (/directory/) connects more than 46 million consumers with these open source projects and serves more than 2,000,000 downloads a day. SourceForge is where open source happens.

SourceForge.net is owned and operated by Geeknet, Inc. (http://geek.net/), a publicly traded US-based company.

Connect with us:

@sourceforge on twitter (http://twitter.com/sourceforge)
#sourceforge on irc.freenode.net (http://webchat.freenode.net/?randomnick=0&channels=sourceforge)
sfnet_ops@geek.net (mailto:sfnet_ops@geek.net)

Status (http://twitter.com/sfnet_ops)    Terms (/apps/trac/sitelegal/wiki/Terms_of_Use)    Privacy (http://geek.net /privacy-statement)    Advertise (http://geek.net/advertise/)    About (/about)

© 2011 Geeknet, Inc. (http://geek.net)

eBay Partner Network — How it works

https://publisher.ebaypartnernetwork.com/files/hub/en-U...

Already a member? Log in here. Forgot password?

User ID   Password   GO

**Home**   **Advertisers**   **How it Works**                          **Blog**   **Videos**   **Help**

## Earn money
### when you deliver
### quality traffic

### Apply Now to the eBay Partner Network

Drive quality traffic to one of our partners and get paid for it.

### Apply Now!

# How it works

You can earn a lot of money in the eBay Partner Network, by driving high quality traffic to eBay or one of our partners.

## How to generate revenue through your website

**Advertise**          **Getting Paid**          **Optimize**

Register    Tools    Tracking    Quality Click Pricing    Payment    Reports    Optimize

### Blog

ePN TV: Carrie Smith Walks Through the Daily Deals Holiday Calendar
11/07/2011 07:34:44 AM

See You at BlogWorld Los Angeles!
11/01/2011 08:55:05 AM

ePN TV: Julia Barrett Talks Holiday Promotions
10/28/2011 09:05:28 AM

View the blog

### Quality Click Pricing

Find out more about Quality Click Pricing.

### Tools, Widgets & Links

Find the right tools for advertising on your site.

### Developers Program

Find out how to tap into eBay's marketplace with our API.

### Learn more about Quality Click Pricing

How do I improve my traffic's quality?

FAQs

Copyright © 2011 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners.

Use of this website constitutes acceptance of the eBay Partner Network Agreement and eBay Partner Network Privacy Policy

Language: **English**  Français  Deutsch  Español  Italiano

HP Labs - Advanced Research at HP                                    http://gatekeeper.dec.com/what-happened-to-gateke...



# What happened to gatekeeper.dec.com?

**» HP Labs**

» Research
» Technical reports
» Downloads

### History

The FTP archive on gatekeeper.dec.com, later to become gatekeeper.research.compaq.com, first went on-line in the late 1980's. It was assembled from spare parts and brought to life by Paul Vixie. Located at Digital Equipment Corporation's Western Research Laboratory (DECWRL) in Palo Alto, California, it was maintained by a handful of volunteers from Digital Corporate Research. The spare parts were eventually replaced with production hardware.

In its heyday, gatekeeper was a prominent Internet FTP site. Just about any public domain software package you wanted or needed could be found on gatekeeper. One of gatekeepers' primary functions was to give Digital software developers, living on the DECNET based internal corporate network, access to public domain software available from the Internet. (The Digital internal DECNET host, DECPA::, mounted the gatekeeper FTP archive via NFS.) Gatekeeper was also used by Digital product groups to provide software updates and patches to Internet customers.

### Today

Over the years, acqusitions, mergers, and business needs have changed the role of gatekeeper. Early in 2008, gatekeeper.dec.com and gatekeeper.research.compaq.com were redirected to apotheca.hpl.hp.com, a shiny new server at HP Labs in Palo Alto, California. ftp.hpl.hp.com is also directed to apotheca.

Apotheca doesn't mirror any of the public domain software repositories that were mirrored on gatekeeper. Now days, there's plenty of Internet sites that do a fine job of serving those bits. This is why you'll find ~ftp/pub rather sparce, compared to what you use to find on the old gatekeeper.

The legacy content from the Digital and Compaq research labs is available in ~ftp/gatekeeper/ .

*Richard Schedler*
*Gatekeeper Archive Administrator 1993-2007*

Privacy statement                    Using this site means you accept its terms                    Feedback to HP Labs
© 2007 Hewlett-Packard Development Company, L.P.

Online Video News

- Events
- GigaOM.tv
- Research

- Home
- Apple
- Broadband
- Cleantech
- Cloud
- Collaboration
- Mobile
- Video

Video

Instant search

# Fingerprint Tech Waits for a Grand Entrance

By Liz Gannes Oct. 9, 2007, 12:19pm PT 2 Comments

- ✔ Tweet    0
-
-
-

It turns out the forces of change can't be held back by crappy anti-piracy technology after all. Unfulfilled promises by Google (GOOG) to launch video fingerprinting technology on YouTube in order to prevent uploads of copyrighted content have had little effect on the rest of the industry. In the meantime, big media is adopting the tools of the trade to put more and more content online. And along the way, it's learning that distributing programming encourages fans — while closing up programming encourages piracy.

But down the road, there's still an opportunity for video fingerprinting technology to make content owners genuinely comfortable with online distribution. While we've found early implementations of audio fingerprinting have problems detecting piracy, the MPAA claims that recent tests have been quite promising.

We've seen a couple of developments on that front just this week: Santa Clara, Calif.-based Vobile, maker of the "VideoDNA" video fingerprinting and tracking product, said it had scored Gideon Yu — who is known for being chief financial officer of YouTube immediately prior to its sale to Google, and is currently CFO of Facebook — as a board member. Elsewhere, Paris-based Dailymotion said it was employing Ina, a

digital image bank, to detect copyrighted videos on the French version of its site.

In a recent test of video fingerprinting technologies, multiple vendors were effective at identifying copyrighted files they had been trained to recognize, according to the Los Angeles Times.

> The MPAA and MovieLabs, its R&D arm, spent months testing a dozen software programs designed to identify copyrighted videos from brief samples of their data. Each "fingerprinting" program was fed about 1,000 test files of wide-ranging format and quality, including a number of camcorded movies and other bootlegs downloading from the Net. Of the technologies submitted (11 by firms and one by a Scottish university), the MPAA said, three successfully identified more than 90 percent of the files with no false positives.

Reportedly, though the MPAA and MovieLabs wouldn't disclose it, Vobile was the overall winner of those tests.

Video sites such as Microsoft's (MSFT) Soapbox and MySpace already employ fingerprinting technology from provider Audible Magic, and Veoh has said it will implement fingerprinting this month. A Dailymotion spokesperson clarified that the site will continue to use Audible Magic for audio fingerprinting, but is adding in Ina for video fingerprinting. He emphasized that the initial Ina rollout on Dailymotion is only in France, though the company expects it to be implemented across all versions of its sites by 2008.

Other fingerprinting providers we've covered include Activated Content, Autonomy, MotionDSP, iPharro, and Gracenote.

**Related research and analysis from GigaOM Pro:**
Subscriber content. Sign up for a free trial.

- Why iPad 2 Will Lead Consumers Into the Post-PC Era
- The Near-Term Evolution of Social Commerce
- Content Farms: The Players, The Benefits, The Risks

If you like this story, please share it

- 🐦 Tweet   0
- 
- 
- 

▪▪▪

- Comments
  2



# kapow

Blog   Contact

Discover Kapow Software   Products   Customers

## Solutions

**Overview**

▸ **Application Integration**

▸ **Process Automation**

▸ **Content Migration**

▾ **Web Intelligence**

Web Data Extraction

Social Media Monitoring

News Syndication

Online Account Aggregation

Background Checks

AntiPiracy

OSINT

▸ **Mobile Enablement**

▸ **Analytics & Business Intelligence**

## Web Intelligence Solution: Antipiracy

Home · Solutions · Web Intelligence · AntiPiracy

## Fight media piracy and protect against lost revenue with automated web intelligence

Media piracy on the web accounts for hundreds of billions of dollars in lost revenue every year for media companies and artists. The ability to automatically monitor and collect evidence from pirated downloads and BitTorrent sites has become a critical weapon in fighting this problem.

**Featured Customer Success Stories in AntiPiracy:**

**Entertainment**

In the fight against software and movie piracy, Kapow delivers a major advance in intellectual property and revenue protection.

▸ Close   ▸ Det

### Challenge

- Identify instances of copyright infringement, where the company's products have been illegally copied and shared online.

- Implement a cost effective mechanism for searching thousands of sites daily for infringing content.

- Address day-to-day requirements as well as peak demand surrounding major product releases.

### Solution

- Kapow solution searches daily for illegally copied materials from the company's back catalog.

- Scales to meet peak demand surrounding new product releases using flexible scheduling rules and automatic load-balancing.

- Provides a central resource for the company's global anti-piracy initiative.

## Results

- Enables the company to identify and remove infringing content more rapidly than ever before.

- Provides a centralized anti-piracy infrastructure available to all departments.

- Enables targeting of specific new product releases for the first time, resulting in the detection of millions of copyright infringements for a single product

- Reduces labor costs by automating web intelligence and aggregation, enabling staff to be redeployed.



Entertainment

Kapow is a powerful weapon in the fight against web piracy.

▶ Close    ▶ Det

## Challenge

- Search the web for illegally copied material.

- Extract structured data from thousands of sites to find copyright infringements.

- Gather evidence for use in copyright infringement prosecution cases.

## Solution

- Using current artist/title catalog , the agency uses Kapow robots to search hundreds of forums, blogs and peer-to-peer websites every day to find illegally posted content.

- Copyright infringements are reported to the copyright owner and takedown notices are automatically issued to the hosting website.

## Results

- Enabled hugely scalable copyright infringement detection system.

- Allowed redeployment of content analysts, resulting in higher morale due to more rewarding work.

- Reduced average detection time to minutes/hours rather than days (representing potential cost savings for copyright owners).

■ Enabled successful prosecution of serial copyright infringing websites.

Top Links

Kapow Software New

Application Integration
Cloud / SaaS Integration
Process Automation
API Enabling
Analytics and Business Intelligence
Competitive Price Monitoring
Mobile Enablement
Web Intelligence
Social Media Monitoring
Content Migration
View all Solutions

Overview
Data Delivery Challenge
Kapow Software
Revolutionary Approach
Delivery Options
Resource Center

Kapow Katalyst Platform
Kapow Mobile Katalyst
Request a Trial

Customer Successes
Partner Directory
Kapow Partner Program

Overview
Consulting Services
Education Services
Technical Support
Services

Kapow Software Intro
Katalyst 8.2

Kapow Software Rep
With 64 Percent Grow

Kapow Software Nam
Vice President of Mar

Kapow Software Achi
Validated Integration
WebCenter

More News

1-800-805-0828    Request Sales Call                  © 2010  Kapow Software    Terms of Use

The content-recognition bakeoff | Bit Player | Los Angeles Times   http://opinion.latimes.com/bitplayer/2007/09/the-content-rec...

LAT Home | Print Edition | All Sections

Jobs    Cars.com    Real Estate    More Classifieds

## Los Angeles Times    Blogs

SEARCH

You are here: LAT Home > Blogs > Bit Player

# BIT PLAYER
### HOLLYWOOD'S LOVE-HATE RELATIONSHIP WITH TECHNOLOGY
« Online media round-up | Main | Content recognition, part 2 »

### The content-recognition bakeoff



There was one business winner in the MPAA's **test of content-recognition technologies**, and that would be Hollywood. The association disclosed a brief summary of the results at a **conference** on online entertainment held Thursday in cooperation with the University of California. Paradoxically, though, the results might prove to be a boon for user-generated content sites and the people who love them.

Here's the background. The MPAA and **MovieLabs**, its R&D arm, spent months testing a dozen software programs designed to identify copyrighted videos from brief samples of their data. Each "fingerprinting" program was fed about 1,000 test files of wide-ranging format and quality, including a number of camcorded movies and other bootlegs downloading from the Net. Of the technologies submitted (11 by firms and one by a Scottish university), the MPAA said, three successfully identified more than 90 percent of the files with no false positives. In other words, when they erred, it was in not spotting a copyrighted movie within a file, rather than identifying a movie that wasn't there.

Steve Weinstein, ceo of MovieLabs, summarized the results as follows: "This stuff works." Of course, that's just in a laboratory setting. The next step for MovieLabs and the MPAA, in addition to testing more iterations of the technology, is to try out the technologies in the field, where commercially important issues such as scaling (how well they handle a large volume of ID requests) can be measured.

Weinstein and other officials declined to say which firms had scored highest in the test. That honor was claimed by Santa Clara-based startup **Vobile**, although executives from two more established competitors, Gracenote and Audible Magic, also said their technology performed well. For the studios, though, the important thing is that several firms actually seem to be able to do what they claim. That could raise the pressure on networks with a large amount of unauthorized copying, such as user-generated video sites and college campuses, to deploy fingerprinting technologies. In fact, Joshua Metzger, a senior vice president at the UGC site Veoh.com, said at the conference that his company would add fingerprinting technology within 30 days.

A lot of details remain unsettled, and the courts have **yet to weigh in on** whether copyright law actually obliges anyone to install fingerprinting technologies on their system. But a fingerprinting technology that works well enough to satisfy the studios could be the key to advertiser-supported sites such as Veoh and YouTube striking major content deals and ramping up their ad sales. After all, one of the things holding back revenues at UGC sites is uncertainty over liability. If fingerprinting settles that issue, that's a powerful motivator for companies to deploy it. On the other hand, if it chokes off so much content that users run away, then it's a lose-lose situation.

Posted by Jon Healey on September 21, 2007 | Permalink

### Comments

View the entire comment thread.

### Post a comment

If you are under 13 years of age you may read this message board, but you may not participate.
**Here are the full legal terms you agree to by using this comment form.**

Comments are moderated, and will not appear until they've been approved.

This weblog only allows comments from registered users. To comment, please **Sign In**.

**News/Opinion**

California | Local
National
World
Business
Sports
Washington
Science
Environment
Opinion

**Arts/Entertainment**

Entertainment
The Guide
Company Town
Arts & Culture
Calendar
The Envelope
TV Listings
Movie Showtimes

**Living**

Travel
Health
Autos
Home & Garden
Food
Image
Books
Brand X
Data Desk
Video
Photography
Obituaries
Crosswords/Sudoku
Your Scene

Blogs
Columnists
Print Edition
Readers Rep
Corrections
All Sections

**Buy, Sell & More**

Jobs
Cars
Real Estate
Foreclosure Sale
Rentals
Personals
Local Values
Coupons
Newspaper Ads

**Place an Ad**

In the Newspaper
Online

**Settings/Services**

Sign In

### Our Blogger

Times editorial writer Jon Healey pens opinion pieces about a variety of business issues, and blogs about technologies that are changing the entertainment industry's business model.

### Recent Comments

- Aryol Prefabrik on Nero burns a new mission
- Mathew on Consumer groups blast MPAA proposal (a dog bites man story)
- Roy Anderson on Should local radio pay royalties?
- data. Jon Healey on Gizmodo on journalism
- Socrates on Gizmodo on journalism
- Chris K. on A new day for WebTV?

### Search this blog

- Technorati search
  - ○ this blog
  - ○ all blogs    Search

### Archives

August 2008
July 2008
June 2008
May 2008
April 2008
March 2008
February 2008
January 2008
December 2007
November 2007
October 2007
September 2007
August 2007
July 2007
June 2007
May 2007
April 2007
March 2007
February 2007
January 2007
December 2006
November 2006
October 2006
September 2006
August 2006
July 2006
June 2006

### Subscribe to this Blog - What is RSS?

### Recent Posts

- New RSS feed
- Moving to a new blog
- The Cablevision DVR ruling
- More on the FCC, Comcast and BitTorrent
- The FCC's Comcast decision

### Now Playing

- Brazilian Girls
  Mano De Dios

### Categories

Apple   Audio   Business models   Computers and other gadgets   Copyrights   DRM
Games   Geek speak   Mobile   **Music**   Net

The content-recognition bakeoff | Bit Player | Los Angeles Times   http://opinion.latimes.com/bitplayer/2007/09/the-content-rec...

neutrality  Odds and ends  Regulation

Software  **TV, film and video**

Video

**Where I've Been Lately**

- **Web Scout**
  Web content highlights
- **TechCrunch**
  Well reported tech-news site
- **Goodyblog**
  A smart take on TV and pop culture
- **PaidContent**
  Nice roundup of news and conferences
- **Good Morning Silicon Valley**
  The view from San Jose, snarkily
- **Techmeme**
  A window into the tech blogosphere
- **Engadget**
  Allgadget
- **Coolfer**
  On music and the music biz
- **Freedom to Tinker**
  Professor Ed Felten's musings about devices
  and DRM
- **Progress and Freedom Foundation IP blog**
  Where regulation is the problem, not the
  solution

Reprint Requests
Work for Us

**Home Delivery**

Customer Support
Subscribe

**More on LATimes.com**

California/Local  |  National  |  World  |  Sports
Opinion  |  Entertainment  |  Travel  |  Health
L.A. Wheels  |  Real Estate

**Partners**

Hoy  |  KTLA  |  Boodle.com  |  ShopLocal
Shopping  |  Grocery Coupons

**Classifieds**

Career Builder  |  Cars.com  |  Apartments.com
FSBO (For Sale By Owner)  |  Open Houses

*Los Angeles Times*  Copyright 2011 Los Angeles Times    Privacy Policy | Terms of Service | Advertise | Home Delivery | Reprint Requests | Help & Services | Contact | Site Map

LAT Home    Print Edition    All Sections                                         Jobs    C

# Los Angeles Times    Blogs

You are here: LAT Home > Blogs > **Bit Player**

# BIT PLAYER

HOLLYWOOD'S LOVE-HATE RELATIONSHIP WITH TECHNOLOGY

« The content-recognition bakeoff | Main | Art Tatum live, kinda sorta »

### Content recognition, part 2

 As I mentioned in **my last post**, the MPAA and MovieLabs' **tests** of 12 content-recognition technologies found several that performed quite well in the lab. According to information released at a joint MPAA-University of California **event** last week, seven of the technologies correctly identified at least 80% of the test files, and three got better than 90% right with no false positives. But several speakers at the event predicted that the technologies would prove much more useful for distributing content than for blocking it.

The event was designed to explore how colleges and the entertainment industry could work together to address piracy. Again and again, speakers opined that making content easier to get legitimately, rather than trying to make it harder to obtain illegitimately, was the best way to combat illegal downloading. Fingerprinting can be used for either purpose, but it's most effective when used to track usage online and determine what royalties are owed. For example, panelists from AT&T Labs and USC talked about the prohibitive expense and/or intrusiveness of examining every bit of traffic flowing across large networks, which is what a network operator would have to do if it was using fingerprints to deter unauthorized file-sharing.  "You don't look inside what people are doing unless there's a legitimate reason to do so," said Marty Loman, vice president of content protection at AT&T Labs. "You have to narrow down who you're going to look at."

Fingerprinting and DRM techniques will drive students away if they make it harder to consume what they want on the devices they want to use, several speakers warned. Ashwin Navin, president of **BitTorrent Inc.**, put it this way: "If demand exists for content in a certain model, it will be fulfilled. The question for rights holders is, do we want that demand fulfilled legally or do we want that fulfilled illegitimately?" Added UCLA student Colin Iberti, "To put things on your iPod is very important to the college demographic. Not any other MP3 player, but iPods specifically." The authorized content that colleges offer typically uses a DRM not compatible with iPods, and "it really alienates the 98% of us who want to put it on their iPods."

In sum, the MPAA and MovieLabs' comments about fingerprinting technology had to be encouraging to copyright owners who were looking to boost online revenue. But if the speakers at the Universal City Hilton were right, fingerprinting won't be a silver bullet for copyright holders eager to kill the online bootlegging beast.

Posted by Jon Healey on September 24, 2007 in DRM , Music , TV, film and video | Permalink

### Comments

**View the entire comment thread.**

### Post a comment

If you are under 13 years of age you may read this message board, but you may not participate.

### News/Opinion

California | Local
National
World
Business
Sports
Washington
Science
Environment
Opinion

### Arts/Entertainment

Entertainment
The Guide
Company Town
Arts & Culture
Calendar
The Envelope
TV Listings
Movie Showtimes

Real Estate
Foreclosure Sale
Rentals
Personals
Local Values
Coupons
Newspaper Ads

## Place an Ad

In the Newspaper
Online

## Settings/Services

Sign In
Register
Personalized News
E-Mail Newsletters
RSS Feeds
Help
Contact Us
L.A. Times Archives
Reprint Requests
Work for Us

## Home Delivery

Customer Support
Subscribe

**Here are the full legal terms you agree to by using this comment form.**

Comments are moderated, and will not appear until they've been approved.

This weblog only allows comments from registered users. To comment, please **Sign In**.

## Our Bl

Times e
about a
technol
industry

## Recen

• Aryol
• Mathe
  propos
• Roy A
  royaltie
• Jon H
• Socra
• Chris

## Search

• 

## Archiv

**August**
**July 20**
**June 20**
**May 20**
**April 20**
**March 2**
**Februa**
**Januar**
**Decem**
**Novem**
**Octobe**
**Septem**
**August**
**July 20**
**June 20**
**May 20**
**April 20**
**March 2**
**Februa**
**Januar**
**Decem**
**Novem**
**Octobe**
**Septem**
**August**
**July 20**
**June 20**

## Subsc

**Recen**

**Now P**

- 

**Categ**

**Where**

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

- 

**More on LATimes.com**

California/Local | National | World | Sports

**Partners**

Hoy | KTLA | Boodle.com | ShopLocal

**Classifieds**

Career Buil

Content recognition, part 2 | Bit Player | Los Angeles Times      http://opinion.latimes.com/bitplayer/2007/09/content-recogni...

Opinion  | Entertainment  | Travel  | Health            Shopping  | Grocery Coupons                        FSBO (For

L.A. Wheels  | Real Estate

Los Angeles Times   Copyright 2011 Los Angeles Times        Privacy Policy | Terms of Service | Advertise | Home Delivery | Reprir

Refer a Friend Returns!

**Subject:** Refer a Friend Returns!
**From:** Ooma <newsletter@ooma.com>
**Date:** Thu, 20 Oct 2011 07:09:36 -0400
**To:** Andrew Cromarty <and███████@██████.com>



### Refer a Friend Returns!

Dear Andrew,

Ooma brings you huge savings over your old phone company, while offering all of the features you love plus more. And now with our Refer a Friend program, you can earn rewards for sharing your secret to savings with your loved ones.



Your friends and family will get a great price of $199 for a new Ooma Telo, plus free shipping. Even better, when someone uses your referral code to purchase a new system, you will receive a $25 Amazon gift card. This means you can earn up to $75 in total!

Here's how to get started:

1. Log in to the <u>Refer a Friend</u> page in My Ooma to generate referral codes you can share with your friends and family. Everyone has up to three one-time use referral codes to send out.
2. When the referral link is clicked, your friends and family will be taken to a page where they can learn more about Ooma and purchase directly on the site.
3. You'll earn a $25 Amazon gift card for each purchase completed with your referral codes. Check back in My Ooma to to track how many gift cards you've earned!

If you're ready to share the savings, then act now because this offer ends on November 15th. Start <u>referring your friends</u> today!


Until later,
Team Ooma

This referral program expires on 11/15/2011. Referral codes must be redeemed by this date to be eligible for reward. Purchases must be made using the referral code and link provided to be eligible for promotional offer and referral reward. Ooma will not be held responsible for any lost or stolen gift cards. This offer cannot be combined with any other program. Ooma reserves the right to cancel or modify the terms of this program at any time.

10/20/2011 10:24 AM

Refer a Friend Returns!

**New Voicemail-to-Text**
**Read your voicemail instead**
**of listening to it**
LEARN MORE ›

**New International Bundle**
**Call 70 countries for less**
**than 1¢ per minute**
CHECK IT OUT ›

Step up to Premier
**Fire up the full power of**
**Ooma with Premier!**
SUBSCRIBE NOW ›

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This email message was sent from:
Ooma Inc, 1840 Embarcadero Road, Palo Alto, CA
Need assistance? Visit www.ooma.com/support

You received this message because you are currently subscribed to receive news from Ooma.
Click here to unsubscribe from future tips and newsletter e-mails from Ooma.

10/20/2011 10:24 AM

# mozillaZine

## Network.http.sendRefererHeader

**mozillaZine**

The title given to this article is incorrect due to technical limitations. The correct title is **network.http.sendRefererHeader**.

This article describes the preference **network.http.sendRefererHeader**. To add, delete, or modify this preference, you will need to edit your configuration — do *not* edit this article.

**Contents** [hide]

1 Background
2 Possible values and their effects
   2.1 0
   2.2 1
   2.3 2
3 Caveats
4 Recommended settings
5 First checked in
6 Has an effect in
7 Related bugs
8 Related preferences

**Main Page**

**This Page**
Article
Discussion
Edit
History
What links here
Related changes
Printable version

**Your Account**
Log in/Create Account

**Tools**
Recent Changes
Upload file
Special pages

**Search**

[ Search ]

Old Search

submit news

forums
weblogs (feedHouse)
knowledge base

chat
members
store
about

fr ja de ko es hu

## Background

[edit]

HTTP   is the application-layer protocol with which most web pages are transferred. As part of HTTP, requests can include a "Referer" *(sic)* header   that tells the server which page the user was on that initiated the request. Servers use this information to track users' paths through the site and possibly provide additional features.

Additionally, in JavaScript, the current page's referrer is exposed in the DOM through `document.referrer`   . Scripts running on the page can consult this property to see the same information that was sent in the Referer header.

This preference controls when to send the Referer header and set `document.referrer`.

## Possible values and their effects

[edit]

### 0

[edit]

Never send the Referer header or set `document.referrer`.

### 1

[edit]