# Google™

creativity and diversity.

- Google has a number of concerns around the new section 92A and the impact the section 92A obligation is likely to have on the balance of interests served by copyright law:

  » Section 92A undermines the incredible social and economic benefits of the open and universally accessible Internet, by providing for a remedy of account termination or disconnection that is disproportionate to the harm of copyright infringement online.

  » Section 92A puts users' procedural and fundamental rights at risk, by threatening to terminate users' Internet access based on mere allegations and reverse the burden of proof onto a user to establish there was no infringement. In Google's experience, there are serious issues regarding the improper use and inaccuracy of copyright notices by rights holders.

  » Section 92A could impose significant burdens on ISPs, as it threatens to require enforcement of policies based simply on rights holders' allegations of infringement.

In Part 2 of this submission, Google addresses the following key points:

- As the Draft Code is a voluntary industry code of practice, Google submits that the Draft Code should expressly acknowledge that becoming a Party is not necessary or relevant for compliance with section 92A.

- There are numerous types of ISPs falling within the scope of the Act, therefore a 'one size fits all' approach to section 92A compliance is impractical and could impose excessive cost and procedural requirements on ISPs. Google submits that the Draft Code should clarify and confirm that there may be a variety of ISP termination policies that meet the requirements of section 92A.

# Google

- User education is stated as a "primary purpose" of the Draft Code, though there is little reference to education about users' rights, including limitations and exceptions enabling lawful use of copyright protected works, in addition to their obligations. Google submits that the Draft Code clarify the concept of 'user education' to include this information.

- The Draft Code provides for notification and termination based solely on allegations of infringement, without an independent evaluation of evidence and determination of infringement. Google submits that the Draft Code should provide for greater independence in the process, as well as including acknowledgement of the possible defences and exceptions to copyright infringement.

- Whether a Party is in compliance with the Draft Code does not indicate whether that Party is meeting its obligations under section 92A. Google submits that the Draft Code should expressly state this, and in this context should also remove the particularly severe and serious enforcement measures for non-compliance with the Draft Code.

- The Draft Code provides for 'Processing Fees', but these are not further detailed in the Draft Code itself. Google submits that the Draft Code should include additional details of any fees and the basis for those fees.



<u>PART 1:</u> Copyright on the Internet

### Introduction to Google

Google initially became familiar to most Internet users as the provider of the Google search engine and subsequently as the provider of email, instant messaging and specialised search and information services, including Google News, Google Maps and Google Finance.  Google is also the provider of the well known YouTube service, a platform for people to watch and share original videos through a web experience, which includes video content from New Zealand users featured on <u>youtube.co.nz</u>.

Google's breakthrough technology and continued innovation serve its mission of 'organising the world's information and making it universally accessible and useful to the public'.  Google's business model has focused on what is known as the 'long tail' of the Internet – the millions of individuals and small businesses that cater to niche interests and markets.  Google's services endeavour to democratise the means of accessing, creating and communicating information across local, national and global boundaries.

### Open Internet

Google is strongly committed to preserving the Internet's fundamental openness and protecting the benefits to technology innovation and content creation that are gained from this openness.  As the Internet becomes increasingly essential as the fundamental communications infrastructure, promoting and nourishing the Internet's openness is paramount.  Google believes that the opportunities for freedom of expression, creativity and access to information are the greatest benefits that the Internet offers to consumers and, more broadly, to society.

Innovation and free expression have thrived in an online environment because the Internet's architecture enables any and all users to generate new ideas, content and technologies.  The Internet has dramatically lowered the barriers for any individual to develop transformative

# Google

technologies and has created unparalleled avenues for social discourse across national and international boundaries.  It is gaining a crucial role in the daily life of users and progressively leading to a major shift in users' habits, from passive media consumption to active content selection and creation.  Along with facilitating access to information, entertainment content and public services, the Internet constitutes a central means of communication and self-expression in both personal and professional life (email, VoIP, blogs, instant messaging etc).  In this way, the Internet is creating opportunities for a more participative society, and providing enormous potential for creativity and availability of new content.[1]

**Copyright legislation**

*Protection of copyright on the Internet*

Copyright's core goal is to benefit the public by providing adequate incentives for the creation and dissemination of creative works, and it plays a number of extremely important roles: part cultural policy, part innovation policy, part consumer protection policy and part competition policy.  In order for copyright to fully achieve its purpose, it must balance the interests of rights holders' copyright protection and users' self-expression, promoting an environment favourable to innovation, creativity and diversity.  Google has always supported legislation and regulation that aims to provide an effective balance.

While inadequate copyright protection can reduce incentives to create, excessive copyright protection can stifle creativity, choke innovation, impoverish culture and block free and fair competition.  As both an intermediary and an innovator in online technologies, Google supports a flexible and adaptable legal framework that provides those who create and invest in new technologies the freedom to innovate without fear that their efforts will be hindered by an overly restrictive approach to copyright. Copyright must have sufficient flexibility so that new, legitimate and socially desirable uses, enabled by new technologies, can flourish.

---

[1] Note also that the UN has recognized broadband as an essential utility for individuals, in the *United Nations Conference on Trade and Development Information Economy Report*, UNCTAD/SDTE/ECB/2006/1, Nov 2006.

# Google

Google considers that a focus of any legislative or regulatory framework should be to ensure that all stakeholders can realise the benefits of the Internet, and maximise the scope and potential for innovative content services to emerge out of New Zealand.  Depriving users from access to the Internet will sharply limit efficiency gains and productivity improvements in the economy, encumber innovation, and undermine the social benefits of the Internet.

*ISP liability provisions in the Copyright Act 1994*

Google supports the Government's efforts to bring New Zealand's copyright framework up to date with recent developments and innovations in online technology.  The recent amendments to the Act, which include protection for ISPs against liability for copyright infringement on the Internet, are issues that Google has experience with in other jurisdictions.

*Google's relevant experience with copyright online*

Google strongly supports the rights of both content creators and users.  Google considers that the most effective way to improve access to online content and to address rights holders' interests in the online environment is through the development of innovative content services and tools.

Google is proactive in informing its users about copyright and infringing content online, while also working to assist rights holders in protecting and exploiting their copyright online.  Google supports the promotion of consumer understanding of copyright, as evidenced by Google's well-developed policies and guidelines on copyright and copyright infringement, as well as the tips and articles for users in complying with copyright while using Google's products.[2]

Google works to notify users of their requirements to comply with copyright when uploading content.  As stated in its copyright policy, Google requires users, when uploading content online,

---

[2] For example, see: YouTube 'Copyright Infringement Policy': http://www.google.com/support/youtube/bin/answer.py?answer=55772&topic=13656; and YouTube 'Copyright

# Google

to confirm that they either own the copyright to the content or are authorised to deal with the content.  Google respects the rights of copyright holders and provides them with the opportunity to notify Google of an instance of copyright infringement.  Google makes it clear to users that infringing content will be removed by Google once it becomes aware of any unauthorised use of copyright protected material.

Google has also created and continues to develop powerful tools that enable artists and creators to manage and control their copyright online.  For example, Google has recently developed the YouTube Video Identification Tool, which identifies matches between user uploads and copyright protected material and gives rights holders the ability to maximise the use of their content according to their individual preferences.

Below, we provide an overview of some of the tools developed by Google for the YouTube service, which protect rights holders and inform users about the use of copyright protected works:

- YouTube offers an automated notification and take-down tool which enables rights holders to easily search for and identify YouTube videos that contain their content, and promptly remove them with the click of a mouse.

- YouTube also uses technology that creates unique identifiers of files that are removed from YouTube for reasons of copyright infringement, and prevents identical files from being uploaded to the YouTube website.

- YouTube informs its users about copyright and strongly discourages infringement (in a 'Copyright Tips' section of the YouTube website).  There are clear and prominent messages concerning copyright ownership, notified to users at the point that users upload user-created content, as well as in YouTube's terms of use and via links to YouTube's copyright policies on every page of the YouTube website.

---

Tips': http://www.youtube.com/t/howto_copyright.

Google submission on TCF Draft ISP Copyright Code of Practice

# Google™

- YouTube also provides a feature called 'AudioSwap' which enables users to illustrate their original videos with music that YouTube licenses from music publishers and record labels. The purpose of this is to give YouTube users easily accessible options for being creative and using licensed music in their user-created content.

- YouTube Content Management Tools: YouTube provides technology to enable rights holders to produce unique identifiers of their copyright protected audiovisual works. If such works are then identified, then rights holders are empowered by being able to decide what should be done with this content, including by managing and monetising it.

New innovative tools such as the ones developed by Google for YouTube are offering a way for users to be creative, by gaining access to wide range of content for free, and for rights holders to protect their content, by identifying, managing access and monetising it. These types of tools and services can only be implemented if the regulatory framework allows for the necessary flexibility for new methods of cooperation between Internet intermediaries and rights holders to develop.

*Section 92A of the Act*

Google understands that the Government intends to bring section 92A into force on March 27, extended from February 28, and applauds the Government's recognition of the need for further discussion and consideration around the serious issues that section 92A raises. Google has a number of concerns around section 92A and the impact such an obligation is likely to have on innovation, free expression and the overall balance among the interests served by copyright law.

*Google's concerns with section 92A*

As discussed above, Google supports the promotion of universal access to the Internet, viewing the Internet as a vital part of individuals' and businesses' daily lives. It is critical to ensure that the legal and regulatory environment preserve the essential openness of the Internet.

Google believes that section 92A conflicts with the underlying principles of an open and

8

Google submission on TCF Draft ISP Copyright Code of Practice

# Google

universally accessible Internet, by providing for a remedy that is disproportionate to the harm of copyright infringement online. The remedy of account termination or disconnection is especially serious and disproportionate in this context. This is particularly true when considering termination of a user's entire Internet access.

Google further believes that section 92A raises concerns regarding the protection of users' rights. Mere allegations of copyright infringement should not trump users' rights. Copyright law is often complex and context sensitive, and only a court is qualified to adjudicate allegations of copyright infringement. Indeed, in Google's experience, there are serious issues regarding the improper use and inaccuracy of copyright notices by rights holders.[3] In this context, the responsibility should not fall to ISPs to determine cases of infringement.

Google believes that section 92A threatens to effectively reverse the burden of proof onto a user to establish that there was no infringement of copyright, which may put user's fundamental rights at risk. It also threatens to put substantial burdens on ISPs based on enforcement of such policies. This outcome may negatively affect innovation and deter users from creative expression on the Internet.[4]

---

[3] A recent study undertaken in the United States reported on findings from takedown notices issued to Google under the Digital Millennium Copyright Act 1998 (US), concluding that over half (57%) of notices sent to Google for removal of material were sent by business targeting competitors and over one third (37%) of notices were not valid copyright claims. See J Urban & L Quilter, 'Efficient Process or "Chilling Effects"? Takedown Notices Under Section 512 of the Digital Millennium Copyright Act', http://mylaw.usc.edu/documents/512Rep-ExecSum_out.pdf.
[4] These are a few examples of either mistaken or over-reaching notifications alleging copyright infringement online: "No Downtime For Free Speech Campaign", http://www.eff.org/issues/ip-and-free-speech; Letter to Google and YouTube from McCain/Palin 2008 campaign regarding takedown of political speech on YouTube, http://www.eff.org/files/McCain%20YouTube%20copyright%20letter%2010.13.08.pdf, October 13, 2008; "Viacom: Fair use is what we say it is", *Wired Blog Network*, http://blog.wired.com/monkeybites/2007/08/viacom-fair-use.html, August 31, 2007; "Boy dupes YouTube to delete videos", *The Sydney Morning Herald*, April 14, 2007.



**PART 2:** **TCF's Consultation Draft of the ISP Copyright Code of Practice**

**Introduction**

While Google has serious concerns with section 92A, we support effective stakeholder cooperation and the development of industry self-regulation and co-regulation to improve the respect of copyright in the online environment. In this context, Google supports the TCF's efforts, in light of the anticipated section 92A amendment coming into force, to strike a balance between copyright holders' and users' interests in developing the Draft Code.

*Google's involvement in the TCF process*

The TCF has developed the Draft Code in order to assist ISPs in complying with their obligations under the new section 92A. As Google is likely to fall within the definition of an 'Internet service provider' under the Act, Google will have the option of becoming a party to the Draft Code and therefore takes this opportunity to submit its comments on the Draft Code.

*Timing for the development of the Draft Code*

Google notes the Government's recent decision to delay bringing section 92A into force until March 27, in place of the original date of February 28. Google supports this important acknowledgement of the serious implications of section 92A and of the need for further discussion and consideration of these issues by the industry and the Government.

This extended time period therefore provides the TCF and industry stakeholders with a significant opportunity to play an even larger role in determining the details and process around section 92A through the Draft Code. It is imperative that the Draft Code strikes the appropriate balance between the interests represented in copyright law.

**Purpose and focus of the Draft Code**

The purpose of the Draft Code is to assist ISPs in section 92A compliance; however, it appears to

10

# Google

be directed towards only those ISPs acting as 'Internet *access* providers', rather than the all-encompassing definition of 'Internet service provider' set out in the Act.  This interpretation is evidenced both through the purpose and principles sections of the Draft Code (Parts A and C) and the detailed processes set out in the Draft Code.  For example, in clause 4.5.1, the drafting refers to "the ISP that directly *provides and controls* the Internet Account of a User".

As a content host and provider of email, search and information services, Google does not fall neatly within the subset of ISPs that the Draft Code appears to be focused on.  Instead of providing access to the Internet itself, Google acts as an intermediary to facilitate access for its users to the vast amount of content and information available on the Internet.

*Voluntary nature of the Draft Code*

The consequences of a narrower focus in the Draft Code may lead some ISPs to choose to not become a party to the Draft Code.  Google notes that the Draft Code is a voluntary industry code of practice.  The Draft Code itself acknowledges this to a limited extent in Part D (for example, in clause 5).

However, there remains potential for the Draft Code to form an 'industry standard' for compliance with section 92A.  Although industry-wide self-regulation or co-regulation is often preferred, it is important to acknowledge that in the development of a code of practice for compliance with section 92A, not all ISPs can be dealt with under the same overall framework.  Further, a number of ISPs may already be meeting their section 92A obligations through existing policies and Internet terms of use.

> **Recommendation: The Draft Code should acknowledge that complying with the Draft Code is not necessary or relevant for compliance with 92A.  In addition, some ISPs may have already developed a 'termination policy' and may therefore elect not to sign up to the voluntary Draft Code.**

# Google

*Multiple options for a 'termination policy' under section 92A*

Google submits that there is no single 'termination policy' which is appropriate for the numerous different types of ISPs falling within the definition in the Act. A 'one size fits all' approach to section 92A compliance may simply be impractical, imposing additional, perhaps excessive, cost and procedural requirements on ISPs and negatively impacting on their relationships with users and with rights holders.

A single, narrow approach would also encumber many industry participants in a way that discourages further innovation and stifles growth, as ISPs would be diverted from innovation and development towards seeking to comply with strictly defined provisions of an industry code. The lack of flexibility in such a narrow approach may also hamper the development of innovative business models that benefit rights holders, users and ISPs alike.

Part 1 explained Google's ongoing efforts in developing online tools, as well as implementing policies and terms of use, as evidence of Google's existing approach to copyright and infringement in an online environment. It is possible that, in addition to Google, a number of ISPs are also already in compliance with section 92A. This situation reinforces Google's view that there is no single 'termination policy' that is appropriate for all industry players in complying with section 92A.

> **Recommendation: Because it has the potential to be viewed as a default industry standard, the Draft Code should clarify and confirm that there may be a variety of ISP termination policies that meet the requirements of section 92A.**

*Education of users*

The Draft Code includes recognition of the need for continued user education with respect to copyright. This is stated clearly both in the purpose (clause 1.3) and the principles (clause 4.5) sections, yet receives little attention elsewhere in the Draft Code. This is an area on which Google places great importance and dedicates significant resources towards the development of

# Google

online tools to educate and assist users, as described in Part 1. Google believes that the Draft Code must clarify that users must be fully informed about their obligations, but also about their rights under copyright, including limitations and exceptions that enable lawful use of copyright protected works.

> ***Recommendation*: Clarify the concept of 'user education' to include information about users' rights, as well as limitations and exceptions that enable lawful use of copyrighted materials.**

*Suggested wording for the Draft Code*

Google submits that the Draft Code should expressly acknowledge the varied ways in which it may be appropriate for different ISPs to comply with their section 92A obligations. In this case Google recommends that the TCF recognise, and reflect in the wording of the Draft Code, that there may be a diverse range of termination policies – the voluntary Draft Code is only one of these many options – for compliance with section 92A.

In particular, Google submits that:

    (i) clause 1 be amended to the following:

        1.1    "provide a reasonable policy and process for Parties, as one option for compliance with section 92A…"

        1.3    "assist Copyright Holders to educate internet Users and Downstream ISPs as to their rights and obligations with respect to copyright, including any limitations and exceptions that allow lawful uses of copyright protected works."

        1.4    "provide a policy and process to enable Parties to operate a fair system…"

    (ii) that clause 1.5 be deleted, as the Draft Code should only seek to address the obligations and procedural responsibilities of those ISPs that are Parties to the Draft Code.

# Google

(iii) clause 4 be amended to the following:

> 4.3   "All ISPs are required to comply with the Act (whether or not they are Parties to this Code).  The fact that an ISP is or is not a Party to this Code does not, either directly or indirectly, indicate whether an ISP is complying with the Act.  When a Party passes a Copyright Holder Notice to a Downstream ISP, it therefore does so in reliance on such compliance and in particular in reliance on that Downstream ISP having and implementing a termination policy complying with section 92A of the Act, whether that termination policy is in the form of the policy and process set out in this Code or is an alternative policy to this Code."

> 4.5   "A primary purpose of this Code is to assist in the education of Users and Downstream ISPs as to their rights and obligations with respect to copyright, including any limitations and exceptions that allow lawful uses of copyright protected works."

(iv) clause 5 be amended to the following:

> 5   "The Code is a voluntary code of practice that is applicable to those ISPs that have agreed in writing to be bound by it."

(v) the definition of 'Downstream ISP' be confined only to those downstream ISPs who are Parties to the Draft Code and that clause 24 be amended accordingly.

(vi) in a number of clauses, in particular in Part C ('Principles'), the term 'ISP' is sometimes used in place of 'Party', which is the appropriate term for the Draft Code (except in the case of clause 4.3).

(vii) clause 60 be amended to read:

> 60   "In order to promote understanding of users' rights and obligations with

14



<u>respect to copyright, including limitations and exceptions,</u> and the effective operation of this Code…"

**Lack of independence in the policy and process**

*Policy and process based on allegations alone*

The Draft Code provides for a notification and termination process based solely on allegations of infringement of copyright made by rights holders. The process in the Draft Code following the notification stage allows for both the evaluation of evidence and the determination of infringement disputes by the Parties and Copyright Holders. These questions are more appropriate for an independent court to consider and finally determine and enforce.

Google is concerned that the Draft Code allows for termination without the exercise of an independent process for the consideration of allegations. This is particularly important as, in Google's experience, there are serious issues regarding the improper use and inaccuracy of copyright notices by rights holders, which raise serious concerns with regard to the right to freedom of expression.[5]

> **Recommendation: Provide for greater independence in the evaluation and determination of allegations of copyright infringement, particularly in relation to evaluating any evidence of infringement, and establish greater safeguards against inaccurate and erroneous infringement notices.**

*Independent determination of copyright infringement*

In any determination of copyright infringement, there are detailed and complex questions of fact and law to be determined by a qualified court. These questions include:

- evaluation of the admissibility of evidence;

---

[5] See notes 3 and 4 above.

Google submission on TCF Draft ISP Copyright Code of Practice

15

# Google

- consideration of any defences and exceptions to infringement provided for under the Act (Part 3), in accordance with the appropriate legal standard of proof;
- the extent of the protection of the right to freedom of expression; and
- determination of the reasonable and proportionate remedy or sanction where infringement is proven.

In contrast to these important roles of an independent court, the Draft Code generally sets out a process which:

- allows parties to an infringement dispute to determine evidential questions themselves, or requires a third party ISP to determine such evidential questions, with reference in the Draft Code to "acceptable" or "sufficient" evidence but without any provision for independent review;
- makes no reference to the possible existence of defences to infringement or exceptions for the use of copyright works, effectively placing the burden of proof on users to establish there was no infringement of copyright;
- makes no reference to the need to safeguard users' fundamental rights, such as freedom of expression; and
- requires Parties to impose a remedy of 'account termination' which, in many circumstances, may be disproportionate and likely to go beyond what a court would order as reasonable.

*Recommendation*: **Remove references in the Draft Code to areas that are more appropriately the responsibility of an independent court and include acknowledgement of the possible existence of defences and exceptions to copyright infringement.**

*Suggested wording for the Draft Code*

Google submits that the Draft Code should include greater acknowledgement of users' rights,

16

Google submission on TCF Draft ISP Copyright Code of Practice



including reference to possible defences or exceptions to copyright infringement. Google further submits that the TCF provide for greater independence and safeguards for users throughout the notification and termination process, reflecting the roles that are appropriately held by a court in evaluating and determining questions of copyright infringement.

**Enforcement measures and cost provisions in the Draft Code**

*Non-compliance with the Act and the Draft Code*

Every ISP's primary responsibility is to comply with its obligations under section 92A; the Draft Code is simply intended to assist ISPs in compliance with the Act. The Act provides for legislative remedies where an ISP fails to comply with section 92A; yet the Draft Code provides for further enforcement measures where a Party fails to comply with the Draft Code, in addition to any such measures found in the Act.

Google does not agree that additional enforcement measures are necessary in a voluntary industry code of practice. Where a Party is in breach of the Draft Code, this does not either directly or indirectly indicate that the Party is in breach of section 92A. Including such enforcement measures will not assist ISPs in complying with the Act, which is the central purpose for the Draft Code. In addition, Google is particularly concerned with the severity and seriousness of the three-stage enforcement measures set out in the Draft Code in light of the Draft Code's voluntary nature.

> ***Recommendation***: **The enforcement measures in the Draft Code (clauses 42 to 56) should also be deleted and possibly replaced with provisions more appropriate for a voluntary code of practice.**

*Comparison with non-compliance provisions in other industry codes of practice*

Google notes that in similar TCF-prepared industry codes of practice, enforcement measures are not included within the code. For example, the ISP Spam Code of Practice (the **Spam Code**) was

17

# Google

developed as a co-regulatory code of practice under the Unsolicited Electronic Messages Act 2007, building on the legislative requirements without imposing any additional specific enforcement measures. Under the Spam Code, complaints regarding breaches of the Spam Code are to be considered by independent, established dispute resolution bodies such as the Disputes Tribunal or the Court.

Google notes that in other industries, common sanctions for breaches of industry-wide codes may be contrasted with the severe sanctions set out in the Draft Code. In the advertising sector, industry participants agree to comply with the self-regulatory advertising codes and standards established by the Advertising Standards Authority (**ASA**). Any person may lay a complaint with the Advertising Standards Complaints Board regarding a breach of a code or standard. The remedy for an upheld complaint is the withdrawal or amendment of the advertisement that is the subject of complaint.

*Costs incurred in implementing the Draft Code*

There are likely to be significant costs imposed on ISPs in achieving section 92A compliance, which will be increased through the implementation of the Draft Code. These costs will have an even greater impact on smaller ISPs. The Draft Code establishes a 'Processing Fee', to be set by the TCF and paid for by rights holders to ISPs. However, there is little additional information in the Draft Code as to the structure or basis for this fee.

Google is concerned with the lack of detail included in the Draft Code in relation to the costs of implementation of the termination policy by each ISP. Google considers it important that any fee is sufficient to cover the full costs of implementation. If the fee charged is inadequate to cover these costs, there could be an unwanted pass-through of costs onto users.

> **Recommendation: The Draft Code should have greater transparency, including additional detail as to the basis for any fees (e.g. the total cost of implementation) and the composition of the Processing Fee.**

18



*Suggested wording for the Draft Code*

As noted above on page 14, Google submits that clause 4 be amended to the following:

> 4.3   "All ISPs are required to comply with the Act (whether or not they are Parties to this Code). <u>The fact that an ISP is or is not a Party to this Code does not, either directly or indirectly, indicate whether an ISP is complying with the Act.</u>"

**Conclusion**

The above submission sets out Google's preliminary comments on a number of the issues raised by the TCF's Draft ISP Copyright Code of Practice and section 92A of the Copyright Act 1994.

Google would be pleased to provide further details on any of the issues raised in this submission and looks forward to constructively engaging with the New Zealand Government, the TCF and other industry players as it continues to consider these important issues for the legal and regulatory framework of copyright in New Zealand.

Kind regards

**Carolyn Dalton**

Senior Policy Counsel
Public Policy and Government Relations
Australia & New Zealand
Google Sydney office
E:  carolyndalton@google.com

**Antoine Aubert**

European Copyright Policy Counsel
Google Brussels office
E:  aaubert@google.com

Contact:      **Mark Toner**

Partner
MGF Webb
Auckland
T:  09 970 4108
E:  mark.toner@mgfwebb.com

Google submission on TCF Draft ISP Copyright Code of Practice



ABC | JULY 25 2011

# Harry Potter and the Order of the Phoenix to air on ABC



**Christine Nyholm**

Cable TV & Celebrity Examiner

• Subscribe

Add a comment

Email      Print



Rupert Grint, Daniel Radcliffe and Emma Watson attend the New York premiere of "Harry Potter And The Deathly Hallows: Part 2" at Avery Fisher Hall, Lincoln Center on July 11, 2011 in New York City

ABC is pesenting "Harry Potter and the Order of the Phoenix," as the "ABC Movie of the Week" on Saturday, August 13, 2011 (8:00 - 10:00 p.m. ET).  The Harry Potter film  stars Daniel Radcliffe, Emma Watson, Rupert Grint, Ralph Fiennes, Maggie Smith and Harry Melling. "Harry Potter and the Order of the Phoneix," winner of two People's Choice Awards, will be broadcast in HDTV format with 5.1-channel surround sound.

The fifth installation in the Harry Potter film series follows Harry Potter (Daniel Radcliffe) in his fifth year at Hogwarts after The Ministry of Magic refuses to believe that Lord Voldemort (Ralph Fiennes) has returned and appoints bureaucrat Dolores Umbridge (Imelda Staunton) as a teacher



This PDF is available from The National Academies Press at http://www.nap.edu/catalog.php?record_id=13163

**Reference Manual on Scientific Evidence: Third Edition**

ISBN
978-0-309-21421-6

1036 pages
6 x 9
PAPERBACK (2011)

Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council

Add book to cart    Find similar titles    Share this PDF

**Visit the National Academies Press online and register for...**

✓ Instant access to free PDF downloads of titles from the

- NATIONAL ACADEMY OF SCIENCES
- NATIONAL ACADEMY OF ENGINEERING
- INSTITUTE OF MEDICINE
- NATIONAL RESEARCH COUNCIL

✓ 10% off print titles

✓ Custom notification of new releases in your field of interest

✓ Special offers and discounts

Distribution, posting, or copying of this PDF is strictly prohibited without written permission of the National Academies Press.
Unless otherwise indicated, all materials in this PDF are copyrighted by the National Academy of Sciences.
Request reprint permission for this book

Copyright © National Academy of Sciences. All rights reserved.

**THE NATIONAL ACADEMIES**
Advisers to the Nation on Science, Engineering, and Medicine

# Reference Manual on Scientific Evidence

*Third Edition*

Committee on the Development of the Third Edition of the
Reference Manual on Scientific Evidence

Committee on Science, Technology, and Law
Policy and Global Affairs

**FEDERAL JUDICIAL CENTER**

**NATIONAL RESEARCH COUNCIL**
*OF THE NATIONAL ACADEMIES*

THE NATIONAL ACADEMIES PRESS
Washington, D.C.
**www.nap.edu**

Copyright © National Academy of Sciences. All rights reserved.



SIGN IN | SIGN UP FOR NEWSLETTER    **BUY ROKU**



All about **Roku**

About Us

Management Team

Contact Us

Press Room

Affiliate Program

Careers

Privacy Policy

Image Resources

Trademark Policy

DMCA Policy

## Roku Affiliate Program

The Roku Affiliate Program is a fun, easy, and free way to generate revenue by advertising Roku products and referring qualified customers to the roku.com website. Affiliate partners can earn up to 5% commission with every purchase.

With over a million players sold, Roku is the market leader in streaming entertainment devices for the TV, renowned for its simplicity, variety of entertainment choices, and exceptional value. (We encourage you to read the reviews yourself.)





## How do I get started?

Raise your hand, jump up and down, and shout, "I'm ready!" Only kidding. You can join the Roku Affiliate Program through Google Affiliate Network or Commission Junction Network. It almost runs itself!

## How does it work?

We've kept it really simple. Here's a general overview:

- 5% commission per sale
- 7.5% Conversion Rate
- Affiliates may never use the URL www.roku.com or variations of it in its destination URL of their PPC campaign.
- Affiliates may not bid on Roku brand keywords.
- Affiliates are required to land PPC traffic on their own URL first.
- Affiliates may use the brand Roku in their ad text/description.
- Affiliates may not copy or directly mimic the ad copy being used by Roku for its own PPC campaigns, using only original content they create.

**Click here to join Roku's Google Affiliate Network program:**
[Apply Now]

**Click here to join Roku's Commission Junction Affiliate Network program:**
[Apply Now]

## How does it work?

For more information on the Roku Affiliate program, contact us at:
support@rokuaffiliate.com

| About Roku | Channels | About Us | Connect | Buy Roku |
|---|---|---|---|---|
| Roku launched the first product designed to deliver movies from Netflix instantly on TV, using | Netflix<br>Hulu Plus | Products<br>Image Resources | Blog<br>Refer-A-Friend | BUY NOW<br>RETAIL LOCATIONS |

the power of the Internet. Since then, our best-selling Roku streaming players have become synonymous with amazing choice, control, and value in TV entertainment. Join us—and be a part of the Roku revolution.

Amazon Instant Video
HBO GO
NBA Game Time
Pandora
See all Channels

Management
Jobs
Press
Contact
Affiliate Program

Facebook
Twitter
Create a Channel
Developers
Customer Reviews

ACCESSORIES
REVIEWS
ROKU COUPONS

Country Selector



©2012 Roku Inc. All rights reserved. | Site Map | Privacy Policy | Copyright Infringement DMCA Procedures

http://email.roku.com/public/?q=preview_message&fn=Link.. 03/02/2012 11:33 AM

View the online version

Forward to a friend

## Introducing
# Refer-a-Friend

# Refer. Rejoice. Repeat.



We would like to reward you for the little things you already do.

Simply share a sweet deal on a new Roku player with friends and family. For every player purchased, you get an Amazon Instant Video rental—on us.

The more you share, the more you get. In fact, we think some of you may never pay for another movie rental again!



**Give**

$5 off

**Get**

$4 credit





**Tell your friends ›**

Happy Streaming,
Your friends at Roku

About Us | Privacy | Support | Products | Accessories | Unsubscribe | Forward to a Friend
Share this with your friends: Facebook | Twitter | Email
© 2012 Roku Roku | 12980 Saratoga Avenue | Saratoga, CA 95070 | United States
This email was sent to                    by Roku

# Walmart ✦

**Save money. Live better.**

Back to Walmart.com

Sign in to the Affiliate Member Center

## WALMART.COM AFFILIATE PROGRAM

**GENERAL
INFORMATION**
.......................................

**Home**

**Benefits**

**Newsletters &
Calendars**

**FAQs**

**Contact Us**

**AFFILIATE
MEMBER CENTER**
.......................................

**Get Banners and
Text Links**

**Get Data Feeds**

**Get Top Sellers**

**RSS Feeds**

**Link Generator**

**Manage Your
Account**

### Walmart.com Operating Agreement for Affiliate Network

This Walmart.com Operating Agreement for Affiliate Network, including all exhibits and attachments hereto and incorporated herein by reference (the "Agreement"), contains the complete terms and conditions that apply to a party's participation as an affiliate in the Affiliate Network of Walmart.com (the "Program"). As used in this Agreement, "we", "us", or "Walmart.com" means Wal-Mart.com USA, LLC (and its parent company and related entities), and "you" means the applicant party. "Site" means a World Wide Web site and, depending on the context, refers either to the Walmart.com Site or to the portion of the Walmart.com Site that you will link to using Qualifying Links as defined in Section 2 of this Agreement.

| | |
|---|---|
| Enrollment in the Program | Links on Your Website |
| Prohibitions | Order Processing |
| Referral Fees | Referral Fee Schedule |
| Referral Fee Payment | Policies and Pricing |
| Limited License; Restrictions | Responsibility for Your Website |
| Term of the Agreement | Modification |
| Relationship of Parties | Indemnification |
| Limitation of Liability | Disclaimers |
| Independent Investigation | Miscellaneous |
| Publicity | Confidentiality |
| Remedies to Walmart.com | |
| Exhibit A - Trademark Requirements | Exhibit B - Sub-Affiliates or Networks |
| Exhibit C - RSS Feeds | |

------------------------------------------------------------

### 1. Enrollment in the Program

You may submit a completed Program application to begin the enrollment process ("Application"). Submission of your Application to the Walmart.com Affiliate Program implies acceptance to the terms set forth in this Agreement. We will evaluate your Application and notify you of your acceptance or rejection. We may reject your Application if, in our sole discretion, we determine for any reason that your website is unsuitable for the Program.

Wal-Mart Stores, Inc., Wal-Mart.com USA, LLC and Sam's West, Inc. associates, family members of associates, and suppliers are not eligible to enroll in the Program.

Unsuitable websites include, but are not limited to, those that:

- Promote sexually explicit material;
- Promote violence or hate toward any persons or groups;
- Promote illegal activities;
- Promote alcohol, tobacco, gambling/lottery in any way;
- Promote the use of pyramid, "ponzi", or similar investment schemes;
- Promote discrimination based on race, sex, religion, nationality, disability, sexual orientation, or age;
- Contain, in our sole judgment, material that is defamatory, fraudulent, or harassing to us or any third party;
- Are known as "blogging sites", defined for purposes of this Agreement as sites that contain only blogging and no other form of informational content;
- Include "walmart", "wal-mart" or variations or misspellings thereof in their domain names;
- Otherwise violate intellectual property rights of Walmart.com, Wal-Mart Stores or its suppliers;

- Disparage Walmart.com, Wal-Mart Stores, Wal-Mart Stores affiliates, or their suppliers;
- Are under construction or not live at the time of Application;
- Are non-US based or are websites that primarily serve a non-US based audience;
- Do not clearly state an online privacy policy to its visitors; or
- Provide a portion of their Referral Fees (as defined in Section 5) to websites or organizations that would violate any of the above criteria.

In addition, Walmart.com may, at its discretion, decline to accept, require adherence to an additional set of terms and conditions, or require the posting of specific copy for any website that (1) donates, directs or transfers any portion of their Referral Fees or affiliate benefits to any charitable website, education-related website, organization or program; or (2) provides rewards back to their members in the form of points or cash-back, or conduct other similar loyalty programs in connection with purchases made by members via their websites.

Regardless of your acceptance in the Program, we may terminate this Agreement for any reason, at any time.

The terms of our acceptance criteria are subject to change at any time without prior notice.

All decisions for acceptance into the Program will be made within our sole discretion.

If your Application is not accepted, you may reapply to the Program at any time; however, you should not and may not link to our Site unless you are approved for the Program.

As a member of the Affiliate Program, you grant Walmart.com permission to distribute any email communication directly to you that Walmart.com determines is necessary communication for you to receive in order to continue as a member of the Program, regardless of your choice to opt-out from certain communication.

Top of Page
......................................................................................................

## 2. Links on Your Website or Third Party Websites

Upon acceptance into the Program, we will make available to you Qualifying Links that are subject to the terms and conditions of this Agreement. A "Qualifying Link" is a link from a website to our Site using one of the Universal Record Locators ("URLs") or graphic links provided by Walmart.com, The LinkShare Network or by other means selected by us for use in the Program. All Qualifying Links must link directly and exclusively to Walmart.com. Walmart.com must approve each and every website that links to our Site through a Qualifying Link. If you use a Qualifying Link to link a website to our Site without seeking explicit authorization, your continued use of that Qualifying Link shall be considered a breach of this Agreement. However, continued use of the Qualifying Link will nonetheless subject such websites to the Terms and Conditions of this Agreement.

The Qualifying Links will serve to identify you website as a member of the Program and will establish a link from a website to our Site. All Qualifying Links that you will use in the Program will be provided to you from The LinkShare Network or by other means selected by us. You also agree that you will display on the website containing the Qualifying Link only those logos, trade names, trademarks, graphic images and similar identifying material ("Licensed Materials") that are provided by us or by the LinkShare Network, and you will substitute such images with any new materials provided by us or the LinkShare Network from time to time throughout the term of this Agreement. A web widget that is pre-approved in writing by Walmart.com for use on your website may be considered a Qualifying Link for purposes of this Agreement. Accordingly, web widgets are subject to all of the Terms and Conditions of this Agreement that apply to Qualifying Links.

Only valid Qualifying Links will be tracked for purposes of determining Referral Fees that you may be eligible to receive on sales of Qualifying Products (as defined below) generated through your participation in the Program.

Only Qualifying Links may be used to link a website to areas within our Site. You may not link directly to Walmart.com without use of a Qualifying Link. You may post as many Qualifying Links to our Site as you like on a website, provided that you ensure that each website containing a Qualifying Link posted by you meets the terms of this Agreement, including without limitation, that such website does not fall into the "unsuitable website" category described in Section 1, does not fall into the "prohibitions" set forth in Section 3, and you take responsibility for all websites on which you post a Qualifying Link in

accordance with Section 10. The position, prominence and nature of links on a website shall comply with any requirements specified in this Agreement but otherwise will be in your discretion.

You acknowledge that, by participating in the Program and placing a link to Walmart.com (or any category page therein) on any website through use of a Qualifying Link, we may receive information from or about visitors to such website or communications between such website and those visitors. Your participation in the Program constitutes your specific and unconditional consent to and authorization for our access to, receipt, storage, use, and disclosure of any and all such information, consistent with the policies and procedures set forth in our Privacy Policy located in the footer of the Walmart.com Site.

Top of Page
------------------------------------------------------------------------

### 3. Prohibitions

You understand and acknowledge that this Agreement is made between you and Wal-Mart.com USA, LLC and is solely for the purpose of allowing you to link to the Walmart.com Site.

As a condition to your acceptance and participation in the Program, you agree to the following prohibitions:

A. General Prohibitions.

You may NOT:

- engineer any website containing a Qualifying Link in such a manner that pulls Internet traffic away from Walmart.com;
- publish, link to, sell, otherwise distribute, or place a Qualifying Link on the same page or in close proximity to any Objectionable Content. For purposes of this Agreement, "Objectionable Content" means any material, including textual, audio or video material, which is offensive (including hate speech or violence against a particular group of people); contains any nudity, explicit violence or sexual material; contains depictions of violent or sexual acts; is defamatory to any group or individual; or promotes alcohol, tobacco, or gambling/lottery;
- publish, link to, sell, otherwise distribute, or place a Qualifying Link on any social networking sites, including, but not limited to, Facebook, MySpace, Twitter, etc.
- attempt to modify or alter our Site in any way;
- make any representations, either express or implied, or create an appearance that a visitor to your website is visiting our Site, e.g., "framing" or "wrapping" the Site in any manner without first obtaining in advance our express written permission. Such requests must be made in writing and sent to Walmart.com, Attn: Affiliate Program Manager, 7000 Marina Boulevard, Brisbane, CA, 94005;
- "scrape" or "spider" the Site or any other websites for content (such as images, logos or text);
- participate in Yahoo's Search Submit Pro (SSP) Search Marketing Program;
- place ads on, or participate in any way in, AdNetworks or Search Content Networks;
- employ, use or place any web browser add-ons, toolbars or pop-ups on your website;
- promote, or participate in the promotion of, Walmart.com's Pharmacy(www.walmart.com/pharmacy);
- link any Qualifying Link to any website other than our Site, including, for example, your own website;
- bid on our Trademarks at any website that provides search engine services and that results in driving traffic to any website, other than our Site, including your website;
- engage in any direct or indirect relationships with ISPs and/or mobile carriers that results in the delivery or act of address bar keyword and URL error trafficking (e.g., a user mistypes a web address in the ISP's address bar or search bar and, as a result, is redirected to a web page that contains a Qualifying Link that directs the user to sites like Walmart.com);
- employ the use of any type of software download or technology which attempts to intercept or redirect traffic or Referral Fees to or from any website;
- use any Trademark (as defined in Exhibit A), or any Licensed Materials (as defined in Section 2), provided to you as a result of your participation in the Program to advertise or engage in services which result in a sale occurring on your website, whether or not you then have the item fulfilled through Walmart.com;
- without the prior written approval of Walmart.com, use any Trademark, or any

Licensed Material in an advertisement that is not created or provided by Walmart.com in any way that might suggest or imply or mislead or is likely to mislead a visitor to your website into believing that Walmart.com, Wal-Mart Stores or any related entity was the creator or sponsor of such advertisement;

- re-distribute Licensed Materials (as defined in Section 2) to websites which can reasonably be viewed as Walmart.com's competitors, including but not limited to, Target, Kmart, Sears, JC Penney, Kohls, Circuit City, Best Buy, Amazon, eBay, Toys R Us, eToys, and KB Kids;
- re-distribute, display or syndicate Licensed Materials and/or Walmart.com's datafeed, including any product information set forth therein, to any third party partner, network or agency;
- employ, use, or receive any direct or indirect benefit from, any "cookie stuffing" methods (e.g., use of "cookie stuffing" to cause LinkShare's tracking systems to conclude that a user has clicked through a Qualifying Link - and to pay commissions accordingly - even if the user has not actually clicked through any such link);
- install spyware on another person's computer; cause spyware to be installed on another person's computer, or use a context based triggering mechanism to display an advertisement that partially or wholly covers or obscures paid advertising other content on a website in a way that interferes with a person's ability to view that website;
- display any material on a website containing a Qualifying Link which contains viruses, Trojan horses, worms, time bombs, cancel bots or other similar harmful or deleterious programming routines;
- without the prior written approval of Walmart.com, use any widgets on your website that: (a) include any Trademarks (as defined in Exhibit A); (b) include any Licensed Materials (as defined in Section 2); or (c) directly or indirectly send traffic to Walmart.com;
- post, publish, link to or place a Qualifying Link on the Walmart Facebook Page;
- forward, redistribute, or otherwise repurpose any or all Qualifying Links to any third party;
- release Wal-Mart's sales circulars, advertisements or other information prior to their authorized release dates; or
- purchase products or services sold or promoted on Walmart.com through a Qualifying Link for resale or commercial use of any kind.

B. Prohibitions Regarding Use of Electronic Communications

Electronic Communication includes email messages, text messages, and any other form of non-verbal communication occurring without the use of physical mail. You may NOT do any of the following using Electronic Communication unless you first obtain in advance Walmart.com's express written permission. Such requests must be made in writing and sent to Walmart.com, Attn: Affiliate Program Manager, 7000 Marina Boulevard, Brisbane, CA, 94005. These prohibitions are in addition to, and not in place of, all prohibitions and restrictions that you are bound to under the LinkShare Affiliate Membership Agreement, as amended. You may not:

- generate or use Electronic Communication using or containing Trademarks (as defined in Exhibit A), or any variation or misspelling thereof, or products, or any of the Qualifying Links or URLS provided to you as part of the Program;
- send any other Electronic Communication that in any way suggests or implies or misleads or is likely to mislead (including without limitation, via the return address, subject heading, header information or message contents) a recipient into believing that Walmart.com, Wal-Mart Stores or any related entity was the sender or sponsor of such Electronic Communication or procured or induced you to send such Electronic Communication;
- forward, redistribute, or otherwise repurpose any Electronic Communication that Walmart.com sends to its affiliates and/or customers; and
- generate or send any unsolicited Electronic Communication (spam) under this Agreement

C. Prohibitions regarding use of Trademarks (as defined in Exhibit A)

In addition to the requirements and prohibitions regarding use of the Trademarks set forth in Exhibit A, and incorporated herein by reference, you may NOT:

- use the Trademarks in any manner not expressly authorized by this Agreement.
- use the Trademarks, or any variation or misspelling thereof, in metatags, hidden text or source code, in your domain name or any other part of your URL as further detailed in Exhibit A;

- bid on keywords as further detailed in Exhibit A;
- bid on our Trademarks at any website that provides search engine services and that results in driving traffic to any website, other than our Site, including your website;
- use Walmart.com or Wal-Mart Store's vendors or suppliers' logos, trade names, trademarks, graphic images, product images, product references and similar identifying material unless expressly and specifically provided by Walmart.com for use in the Program, unless used within a keyword string (i.e. Hanes T-Shirts).

In addition, you are bound to act in compliance with all applicable federal, state and local laws and regulations, including without limitation, the CAN-SPAM Act of 2003 ("CAN-SPAM") and the Children's Online Privacy and Protection Act of 1998 ("COPPA"). You shall protect, defend, indemnify and hold harmless us and our parent and related entities from and against any claims, actions, liabilities, losses, damages, costs or expenses, including without limitation, attorneys' fees and costs of litigation, even if such claims are groundless, fraudulent or false, incurred by us or our parent or related entities arising out of any content or activity by you or on your website or resulting from or in connection with your violation of any of the terms or prohibitions contained in this Agreement or any law, rule or regulation, including without limitation, claims for violations of third party intellectual property rights, and rights of privacy, including but not limited to CAN-SPAM and COPPA.

Top of Page
........................................................................................................

## 4. Order Processing

We will be responsible for all aspects of order processing and fulfillment of orders placed by customers who follow your Qualifying Links to the Walmart.com Site in accordance with applicable legal requirements. We reserve the right to reject orders that do not comply with any reasonable requirements that we periodically may establish. Among other things, we will prepare orders forms; process payments, cancellations, and returns; and handle customer service. Through the LinkShare Network, you have the ability to track sales made to customers who purchase products using your Qualifying Links and you can review reports summarizing this sales activity. To permit accurate tracking, reporting, and fee accrual, you must ensure that your Qualifying Links are properly formatted. The form, content, and frequency of the reports are limited to those reports and capabilities available through The LinkShare Network and may vary from time to time in our and/or The LinkShare Network's reasonable discretion. Walmart.com is not responsible for any changes that The LinkShare Network's format, timing, or types of reports available to members of The LinkShare Network and Walmart.com's Affiliates. Walmart.com will not be responsible for improperly formatted links regardless of whether you have made amendments to the code or not. In addition, we are unable to track or provide credit for sales from customers that are referred to us with browsers that do not have their cookies setting enabled.

Top of Page
........................................................................................................

## 5. Referral Fees

We will pay you Referral Fees on certain product sales to third parties generated from our Site only. For a product sale to generate a Referral Fee, the customer must

- use a browser that has its cookies setting enabled;
- follow a Qualifying Link (in the format specified by Walmart.com) from a site to the Walmart.com site;
- purchase the product using our automated ordering system;
- accept delivery of the product at the shipping destination; and
- remit full payment to us.

We will pay, to LinkShare for ultimate payment to you, Referral Fees on products that are actually purchased by a customer within three (3) days after the customer has initially entered our Site ("Referral Fee Time") as long as the customer reenters our Site directly during that time (and not through another affiliate link). We will not pay Referral Fees on any products are purchased on our Site when a customer has re-entered our Site (other than through a Qualifying Link from your website) after the Referral Fee Time, even if the customer previously followed a link from your website to our Site. Referral Fees will not be earned on products where a customer's purchase of the product derived from search results driven from free or natural search; this includes results containing Qualifying Links displayed in a search engine's free/non-paid, natural, or organic search results in

response to a search query which sends customers directly to Walmart.com without the customer first being sent to an affiliate site and the customer clicking on a link to arrive at Walmart.com. Purchases from Sam's Club and Samsclub.com, Pharmacy, Travel, Financial Services, tires, optical, Wal-Mart Connect Internet Service, Gift Cards, and Online Gift Cards are not eligible to earn Referral Fees. Customer Service invoice adjustments and reorders are not eligible to earn Referral Fees. Products that are entitled to earn Referral Fees under the rules set forth above are hereinafter referred to as "Qualifying Products."

Top of Page
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## 6. Referral Fee Schedule

You will earn Referral Fees based on the sale price of Qualifying Products (as defined above), according to fee schedules to be established by us. "Sale price" means the sale price listed on our Site and excludes costs for shipping, handling, gift-wrapping, rebates, refunds, returns, chargebacks, cancellations and taxes. The current Referral Fee Schedule is available to you through the affiliate portal available to all members of the Program ("Affiliate Portal").

Because of the volume and breadth of items that we carry on our Site and our practice of continuing to add new items over time, certain items may not be listed in the Referral Fee database at the time purchases are made through your website. In addition, we reserve the absolute right and discretion to exclude items from our Referral Fee database (see e.g., purchases from Sam's Club and Samsclub.com, Pharmacy, Travel, Financial Services, tires, optical, Wal-Mart Connect Internet Service, Gift Cards, and Online Gift Cards). Therefore, you acknowledge and agree that we cannot and do not warrant or guarantee that you will be paid a referral fee on any item(s) or that all items eligible for a referral fee will be paid in accordance with the Referral Fee Rates listed on the Affiliate Portal. You acknowledge that in such circumstances, you will accept the Referral Fee Rates and payouts actually paid to you. We reserve the right, at our sole discretion, to change, modify, add or remove portions of this Referral Fee Schedule, at any time. If you have any questions concerning whether a certain item is eligible for a referral fee, please contact affiliates@walmart.com.

Top of Page
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## 7. Referral Fee Payment

Approximately 60 days following the end of each calendar month, you will receive a check for the Referral Fees earned on products that were shipped during that month, less any taxes that we or LinkShare are required by law to withhold from the final payment to you. If a customer returns a product that generated a Referral Fee, you will see a deduction for the corresponding Referral Fee from your next monthly payment; if there is no subsequent payment, you will receive an invoice for the Referral Fee payable within sixty (60) days of your receipt of the invoice. All determinations of Qualifying Links and whether a Referral Fee is payable will be made by The LinkShare Network and/or Walmart.com and will be final and binding.

Top of Page
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## 8. Policies and Pricing

Customers who buy products through this Program will be deemed to be customers of Walmart.com without affecting their status as your customer. Accordingly, all Walmart.com rules, policies, and operating procedures concerning customer orders, customer service, and product sales will apply to those customers with respect to their transactions at Walmart.com. We may change our policies and operating procedures at any time consistent with applicable laws. For example, we will determine the prices to be charged for products sold under this Program in accordance with our own pricing policies. Product prices and availability may vary from time to time. You may include current price information in your product descriptions only if such information is provided to you by Walmart.com, provided that any price information must be accompanied with a statement on your website indicating to the user that in the event of any price difference between your website and Walmart.com, the price listed on Walmart.com will govern. We will use commercially reasonable efforts to present current and accurate information, but we cannot guarantee the availability or price of any particular product.

Top of Page

**- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -**

## 9. Limited License; Restrictions

We grant you a limited, nonexclusive, nontransferable, revocable right to access our Site through the Qualifying Links solely in accordance with the terms of this Agreement and solely in connection with the Licensed Materials (as defined in Section 2), only as provided to you by us, through The LinkShare Network, or by other means selected by us, and solely for the purpose of identifying your website as a Program participant and to assist in generating the sale of Walmart.com products.

You acknowledge that this Agreement does not provide you with any intellectual property rights in the Licensed Materials other than the limited rights contained herein. We reserve all of our rights in the Licensed Materials and of our other proprietary rights. You may not sublicense, assign or transfer any such licenses for the use of the Licensed Materials, and any attempt at such sublicense, assignment or transfer is void. We may terminate your license to use the Licensed Materials for any reason at any time in our sole and absolute discretion. You agree to follow our Trademark Requirements in Exhibit A, as those may change from time to time. We may revoke your license at any time by giving you written notice.

Top of Page

**- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -**

## 10. Responsibility for Your Website or a Third Party Website on which you place a Qualifying Link ("Third Party Site")

You will be solely responsible for the development, operation, and maintenance of your website and for all content that appears on your website. For example, you will be solely responsible for:

- the technical operation of your website and all related equipment;
- creating and posting product descriptions on your website or a Third Party Site and linking those descriptions to our Site;
- updating product information, content and item descriptions (including, but not limited to, product price and availability) within 24 hours of any update of such product information, content and/or item description at Walmart.com or from datafeed content provided through Linkshare;
- the accuracy, timeliness and appropriateness of content posted on your website (including, among other things, all product-related materials);
- ensuring that materials posted on your website or a Third Party Site do not violate or infringe upon the rights of any third party (including, for example, copyrights, trademarks, privacy, or other personal or proprietary rights), or any term of this Agreement;
- monitoring your website content and the content of a Third Party Site to ensure your website or the Third Party Site does not publish, link to, sell or otherwise distribute Objectionable Content (as defined in Section 3);
- **removing** any Licensed Materials and Trademarks from your website or a Third Party Site as soon as any Objectionable Content appears on the website
- **notifying** us and The LinkShare Network of any Objectionable Content that appears or appeared on your website or a Third Party Site at any time during your participation in the program, within six (6) hours of its appearance, even if you immediately removed the Objectionable Content per the requirements of this Agreement or for any other reason;
- ensuring that content posted on your website or a Thrid Party Site is not libelous or otherwise illegal; and
- notifying us and The LinkShare Network of any malfunctioning of the Qualifying Links or other problems with your participation in the Program in accordance with the terms of this Agreement.

We disclaim all liability for these matters. Further, you will indemnify and hold us harmless from all claims, damages, and expenses (including, without limitation, attorneys' fees) relating to the development, operation, maintenance, and contents of your website.

Top of Page

**- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -**

## 11. Term of the Agreement

The term of this Agreement will begin upon our acceptance of your Application and will end when terminated by either party. You may terminate this Agreement at any time, with or without cause, by giving us (five) 5 days prior written notice of termination. We

may terminate this Agreement immediately at any time, with or without cause, by giving you written notice of termination. Upon termination, all Walmart.com related content and links shall be promptly removed from your website. You are only eligible to earn Referral Fees on sales of Qualifying Products occurring during the term, and fees earned through the date of termination will remain payable only if the related orders are not canceled or returned. In the event overpayment is made by us, you agree to promptly remit such excess payment upon notification by us. We may withhold your final payment for a reasonable time to ensure that the correct amount is paid.

Top of Page
............................................................................

### 12. Modification

We may modify any of the terms and conditions contained in this Agreement, at any time and in our sole discretion, by posting a change notice or a new agreement on our Site. We will also make commercially reasonable efforts to notify you of such changes prior to or upon implementation. Modifications may include, for example, changes in the scope of available Referral Fees, Referral Fee Schedules, payment procedures, and Program rules. IF ANY MODIFICATION IS UNACCEPTABLE TO YOU, YOUR ONLY RECOURSE IS TO TERMINATE THIS AGREEMENT. YOUR CONTINUED PARTICIPATION IN THE PROGRAM FOLLOWING OUR POSTING OF A CHANGE NOTICE OR NEW AGREEMENT ON OUR SITE AND/OR SENDING YOU THE CHANGE NOTICE WILL CONSTITUTE BINDING ACCEPTANCE OF THE CHANGE.

Top of Page
............................................................................

### 13. Relationship of Parties

You and we are independent contractors, and nothing in this Agreement will create any partnership, joint venture, agency, franchise, sales representative, or employment relationship between the parties. You will have no authority to make or accept any offers or representations on our behalf. You will not make any statement, whether on your website or otherwise, that reasonably would contradict anything in this Section.

Top of Page
............................................................................

### 14. Indemnification

You acknowledge that by entering into and performing its obligations under this Agreement, we do not assume and should not be exposed to the business and operational risks associated with your business, or any aspects of the operation or content of your website(s). Accordingly, in addition to any other indemnification obligations contained in this Agreement, you shall protect, defend, hold harmless and indemnify us and our parent or related entities from and against any and all claims, actions, liabilities, losses, costs and expenses, even if such claims are groundless, fraudulent or false (including court costs and reasonable attorneys' fees) incurred as a result of claims of customers or other third parties against us and our affiliates, licensors, suppliers, officers, directors, employees and agents arising from or connected with any of the content or activities of your website (including without limitation any activities or aspects thereof or commerce conducted thereon) or related business, or your misuse, unauthorized modification or unauthorized use of the services or materials provided by us hereunder.

Top of Page
............................................................................

### 15. Limitation of Liability

We will not be liable for indirect, special, or consequential damages (or any loss of revenue, profits, or data) arising in connection with this Agreement or the Program, even if we have been advised of the possibility of such damages. Further, our aggregate liability arising with respect to this Agreement and the Program will not exceed the total Referral Fees paid or payable to you under this Agreement.

Top of Page
............................................................................

### 16. Disclaimers

We make no express or implied warranties or representations with respect to the Program or any products sold through the Program (including, without limitation, warranties of

fitness, merchantability, non-infringement, or any implied warranties arising out of a course of performance, dealing, or trade usage). In addition, we make no representation that the operation of our Site will be uninterrupted or error-free, and we will not be liable for the consequences of any interruptions or errors; however, we will make commercially reasonable efforts to correct errors or interruptions promptly.

Top of Page
----------------------------------------------------------------

### 17. Independent Investigation

YOU ACKNOWLEDGE THAT YOU HAVE READ THIS AGREEMENT AND AGREE TO ALL ITS TERMS AND CONDITIONS. YOU UNDERSTAND THAT WE MAY AT ANY TIME (DIRECTLY OR INDIRECTLY) SOLICIT CUSTOMER REFERRALS ON TERMS THAT MAY DIFFER FROM THOSE CONTAINED IN THIS AGREEMENT OR OPERATE WEB SITES THAT ARE SIMILAR TO OR COMPETE WITH YOUR WEB SITE. YOU HAVE INDEPENDENTLY EVALUATED THE DESIRABILITY OF PARTICIPATING IN THE PROGRAM AND ARE NOT RELYING ON ANY REPRESENTATIONS, GUARANTEE, OR STATEMENT OTHER THAN AS SET FORTH IN THIS AGREEMENT.

Top of Page
----------------------------------------------------------------

### 18. Miscellaneous

This Agreement will be governed by the laws of the United States and the state of Arkansas, without reference to rules governing choice of laws. Any action relating to this Agreement must be brought in the federal or state courts having jurisdiction and venue in or for Benton County, Arkansas and you irrevocably consent to the jurisdiction of such courts. You may not assign this Agreement, by operation of law or otherwise, without our prior written consent. Subject to that restriction, this Agreement will be binding on, inure to the benefit of, and enforceable against the parties and their respective successors and assigns. Our failure or agreement not to enforce your strict performance of any provision of this Agreement in a given instance will not constitute a waiver of our right to subsequently enforce such provision or any other provision of this Agreement.

Top of Page
----------------------------------------------------------------

### 19. Publicity

You shall not create, publish, distribute, make or permit any public announcement of this Agreement or the relationship contemplated hereunder, (including, but not limited to, any press release, client list, screen shot, advertisement or any promotional material) without first submitting such material to us and receiving our written approval, which we may withhold in our sole discretion.

Top of Page
----------------------------------------------------------------

### 20. Confidentiality

Except as otherwise provided in this Agreement or with our prior written consent, you agree that all information including, without limitation, the terms of this Agreement, our business and financial information, our customer lists and purchase history, and our pricing and sales information, shall remain strictly confidential and shall not be utilized, directly or indirectly, by you for your own business purposes or for any other purpose except and solely to the extent that any such information is generally known or available to the public through a source or sources other than you or your affiliates. Notwithstanding the foregoing, you may deliver a copy of any such information (a) pursuant to a subpoena issued by any court or administrative agency, (b) to your accountants, attorneys, or other agents on a confidential basis, and (c) otherwise as required by applicable law, rule, regulation or legal process, upon written notification to Walmart.com.

Top of Page
----------------------------------------------------------------

### 21. Remedies to Walmart.com

Violation of any of the terms or prohibitions contained in this Agreement may result in, among other things, (a) the immediate termination of this Agreement; (b) the withholding of Referral Fees due to you; or (c) the commencement of an action by Walmart.com against

you seeking, without limitation, injunctive relief, recovery of actual, statutory or punitive damages.

We have the right in our sole and absolute discretion to monitor your website at any time and from time to time to determine if you are in compliance with the terms of this Agreement, and you agree to provide us with unrestricted access to your website for such purpose.

Last Updated: October 29, 2010

Top of Page

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

### Exhibit A - Trademark Requirements

These requirements apply to your use of Walmart.com and other trademarks and service marks belonging to Wal-Mart.com USA, LLC, Wal-Mart Stores, Inc. or other related entities (the "Trademarks") in content that has been approved by us.

1. You may use the Trademarks only for purposes expressly authorized by us.
2. You may not modify the Trademarks in any manner. For example, you may not change the proportion, color, or font of the Trademarks.
3. You may not display the Trademarks in any manner that implies endorsement of your website or business by Walmart.com outside of your involvement in the Program.
4. You may not use the Trademarks to disparage Walmart.com, its products or services, or in a manner which, in our reasonable judgment, may diminish or otherwise damage our good will in the Trademarks.
5. Each Trademark must appear by itself, with reasonable spacing (at least the height of the Trademark) between each side of the Trademark and any other graphic or textual image. You may place the Walmart.com name or logo adjacent to competitive brands, subject to the requirements of this Agreement, including prohibitions against objectionable material and websites.
6. You must use the TM symbol next to the trademarks. You must use the SM symbol next to the service marks.
7. You must include the following statement in your materials that include the Trademarks: "WALMART.COM SM is a service mark of Wal-Mart.com USA, LLC and Wal-Mart Stores, Inc." You must include similar statements for any other Trademarks used on an ongoing basis in your materials.
8. You acknowledge that all rights to the Trademarks are our exclusive property and all goodwill generated through your use of the Trademarks will inure to our benefit.
9. YOU MAY NOT USE THE TRADEMARKED NAMES, WAL-MART, WALMART.COM, WAL-MART STORES, OR ANY VARIATIONS OR MISSPELLINGS THEREOF, IN ANY MANNER INCLUDING KEYWORD BIDDING ON SEARCH ENGINES; YOU MAY NOT USE WAL-MART, WALMART.COM, OR ANY VARIATION OR MISSPELLINGS THEREOF, IN METATAGS OR TO DIRECT TRAFFIC TO ANY WEBSITE OTHER THAN OUR SITE; YOU MAY NOT USE WAL-MART, WALMART.COM, OR ANY VARIATIONS OR MISSPELLINGS THEREOF, IN HIDDEN TEXT OR SOURCE CODE ; YOU MAY NOT USE WAL-MART, WALMART.COM, OR ANY VARIATIONS OR MISPELLINGS THEREOF, IN YOUR DOMAIN NAME OR ANY OTHER PART OF YOUR UNIVERSAL RECORD LOCATOR.
10. You may not bid on any keyword or on any Pay per Click Search Engines (PPCSEs) where such keyword is one of our Trademarks or any variation or misspelling of one of our Trademarks (see the non-exclusive list of examples set forth below in Section 15). Further, you may not bid on any word or term that is confusingly similar to any of our Trademarks standing alone. You may, however, bid on keyword strings that incorporate our Trademarks (e.g., "Walmart.com Electronics", "Wal-Mart Toys"); provided, however, that such permissible keyword strings must be used in a manner that directs traffic only to our Site. You may not bid on keywords strings that contain the terms "Rollbacks" or "Advertised Values".
11. You may not employ any "fat finger" domains or typosquatters redirecting web traffic to your website. A typosquatter for "fat finger" domain is any domain that amounts to misspellings of any registered or unregistered Trademarks.
12. You may not bid on any keyword or on any PPCSEs that is one of our competitors' trademarks (or a derivation of a competito r's trademark), or any other word or term that is likely to cause confusion regarding its affiliation with the competitor. Examples of these keywords include, but are not limited to: "Target", "Kmart", "Sears", "JC Penney","Toys R Us", "Amazon", "Circuit City", "eToys", and "KB Kids".
13. You may not bid on restricted manufacturer brand terms, including but not limited to "MagicJack," or any derivatives thereof that are likely to cause confusion regarding its affiliation with Walmart.com, its affiliates or you, in any paid search.

14. You may not use the Trademarks alongside or in conjunction with the following terms: "percent (%) off", "sale",or "coupons".
15. Walmart.com may, in its sole discretion, terminate you or withhold payment of your Referral Fees for the days that we determine that you were bidding in violation of the keyword bidding requirements above.
16. The list below sets forth examples of impermissible keywords, "fat-finger" domains, and variations of Trademarks that you may **not** bid on. The list is for example purposes only and is not a complete list of prohibited words which infringe a Trademark, and therefore violate a term of this Agreement.

| walmart | walmart.com | wal-mart | wal mart | www.walmart.com |
|---|---|---|---|---|
| wallmart | wal-mart.com | wall mart | wallmart.com | www.wallmart.com |
| wal mart.com | Walmart.com | Walmart.c | www.wal-mart.com | www.walmart |
| walmart stores | wal-mart store | walmarts | www.wal mart.com | wal mart stores |
| wall-mart | walmart supercenter | site:www.walmart.com walmart | wal-mart supercenter | super Walmart |
| walmart stores | super wal mart | walmart.com. | walmart store | walt mart |
| walmart,com | wall mart.com | walmart online | wal mart.com | www.wal-mart |
| Walmart.c_om | Walmart.c | site:walmart.com | - | - |

We reserve the right in our sole discretion to modify these requirements at any time.

Last Updated: March 25, 2010

<u>Top of Page</u>

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Exhibit B - Networks & Sub-Affiliates

These requirements apply to your use of the Program as a Network. A "Network" is defined as any affiliate that operates one or more websites as sub-affiliates through one (1) Application to the Program.

1. You agree to all the terms and conditions of this Agreement, including all attached Exhibits, on behalf of all sub-affiliates operating under the Network and are responsible for any action or inaction by such sub-affiliates.
2. You must seek prior written approval from Walmart.com before choosing to operate as a Network. Such requests must be made in writing and sent to Walmart.com, Attn: Affiliate Program Manager, 7000 Marina Boulevard, Brisbane, CA, 94005.
3. You must provide to Walmart.com a list of all sub-affiliates working within your Network within twenty-four (24) hours of any request from Walmart.com.
4. Any violation of this Agreement by any sub-affiliate may result in immediate termination of the entire Network from the Program.

<u>Top of Page</u>

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Exhibit C - RSS Feeds

Walmart.com offers free RSS (Really Simple Syndication) feeds for personal, noncommercial use. Any other uses, including without limitation the incorporation of advertising into or the placement of advertising associated with or targeted towards the content of our RSS feeds, are prohibited. You must use the RSS feeds as provided by Walmart.com, and you may not edit or modify the text, content or links supplied by Walmart.com. You must always have the most current RSS feed visible. You must accompany all price information with a statement on your website indicating to the user that in the event of any price difference between your website and Walmart.com, the price listed on Walmart.com will govern.

The RSS feeds may be used only with those platforms from which a working link is made available that, when accessed, takes the viewer directly to the display of the full product offer on Walmart.com. Any display of the content of the RSS feeds must permit successful

linking to, redirection to or delivery of the applicable Walmart.com web page. You may not insert any intermediate page, splash page or other content between the RSS link and the applicable Walmart.com web page.

Walmart.com retains all ownership and rights in the content of our RSS feeds.

Walmart.com reserves the right to discontinue providing any or all of the RSS feeds at any time and to require you to cease displaying, distributing or otherwise using any or all of the RSS feeds for any reason including, without limitation, your violation of any provision of this Agreement.

Last Updated: March 25, 2010

Top of Page

Security & Privacy | Terms & Conditions | Store Finder | Site Directory | About Walmart.com

## EXHIBIT B

### vCloud9 Content Identification and Management Service Fees

## Monthly Service Fees (based on Annual Contract, effective 2012)

| Service Plans | Monthly Service Fee Schedule | | |
| --- | --- | --- | --- |
| | Monthly Fee ($) | Total Monthly Scanned File Size included in the Plan (GB) | Unit Price for Additional Scanned Files (per GB) |
| Platinum | $100,000 | 200,000 | $0.75 |
| Gold | $65,000 | 100,000 | $0.98 |
| Silver | $40,000 | 50,000 | $1.35 |
| Standard | $20,000 | 20,000 | $1.50 |

| All Plans Include |
| --- |
| Free test jobs |
| No file size limits |
| No maximum query limits |
| Free client upgrades when available |
| API, sample code, output schema |
| Email and phone support |

Terms:
·   Price is per unique file hosting service
·   Minimum contract term: 1 year
·   The query volume expires at month end
·   Each file queried is counted as the actual file size or 100MB, whichever is larger
·   Price does not include cost of hardware installed on customer site
·   Prices subject to change without notice

Exhibit B

CONFIDENTIAL