# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,                )
TWENTIETH CENTURY FOX FILM                )
CORPORATION, UNIVERSAL CITY               )
STUDIOS PRODUCTIONS LLLP,                 )
COLUMBIA PICTURES INDUSTRIES              )
INC., and WARNER BROS.                    )
ENTERTAINMENT INC.,                       )
                                          )
            Plaintiffs,                   )
                                          )
-vs-                                      )
                                          )
HOTFILE CORP., ANTON TITOV,               )
and DOES 1-10,                            )
                                          )
            Defendants.                   )
_____   )
                                          )
HOTFILE CORP.,                            )
                                          )
            Counterclaimant,              )
                                          )
    -vs-                                  )
                                          )
WARNER BROS. ENTERTAINMENT, INC.,         )
                                          )
            Counterdefendant.             )
                                          )

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF

RUMEN STOYANOV

HIGHLY CONFIDENTIAL

on Thursday, December 8, 2011
commencing at 9:10 a.m.
Taken at:
The Raddison Blu Hotel
Sofia, Bulgaria

Job Number:   43401
Reported by:  Thelma Harries, MBIVR, ACR

```
                                                           Page 2

 1                    A P P E A R A N C E S

 2    On behalf of the Plaintiffs
          JENNER & BLOCK
 3        10909 New York Avenue, NW
          Washington, DC 20001
 4
              BY:  LUKE C. PLATZER, SQ.
 5

 6


 7    On behalf of the Defendant HOTFILE CORP.
          FARELLA BRAUN + MARTEL LLP
 8        Russ Building
          235 Montgomery Street
 9        San Francisco, CA 94104

10            BY:  ANDREW LEIBNITZ, ESQ.

11


12    In attendance:

13    INTERPRETER:
          GEORGE M. MATVEEV
14        GO Ltd.
          15, Krusheva Gradina Str.
15        Sofia 1415
          Bulgaria
16

17    VIDEOGRAPHER:
          SIMON ADDINSELL
18        TSG Court Reporting

19

20

21

22

23

24

25
```

Page 18

1      A      I sold him my old car.
2      Q      Whose idea was it to found the web?
3      A      Probably both, both of us.  I wanted
4  to get involved in the Internet business.  He
5  mentioned that he also has a similar interest, so
6  we set up a company.
7      Q      And that was around 2003?
8      A      Yes.
9      Q      Prior to the launch of Hotfile, what
10 services did Blue Ant provide?
11     A      We had two main lines of business.
12 The first one was developing real estate websites,
13 and the second one was websites for adults.
14     Q      Were those 3pic and 8tube?
15     A      tube8, yes.
16     Q      Any others?
17     A      Best Bulgarian Real Estate, Bansko
18 Rent.
19     Q      Is that also a real estate website?
20     A      Yes.  There are some others.  Cheap
21 Bulgarian Houses, but I don't recall whether it was
22 .bg or .com.
23     Q      And at some point, you, Mr Vangelov
24 and Mr Titov decided to found a company called
25 Hotfile, correct?

```
 1        A      Yes.
 2        Q      Was that sometime in 2008?
 3        A      Yes.
 4        Q      Whose idea was it?
 5        A      Mine.
 6        Q      Where did you get the idea?
 7        A      I heard from friends that, when they
 8   work as a team and they need to perform different
 9   tasks, they have difficulties coordinating
10   different tasks between different members, so it
11   would be good if they have a webspace where they
12   can upload their materials so everyone will be able
13   to check on the progress of the others and download
14   whatever all the others have uploaded.  And then --
15   and then, when they meet, all of them can know
16   where have the others gone, vis-à-vis the
17   development of the respective project, rather than
18   exchange all the e-mails for all the progress.
19        Q      At the time, were you familiar with
20   a website by the name of RapidShare?
21        A      At the time, no.
22        Q      Were you aware at the time of
23   a website by the name of MediaFire?
24        A      No.
25        Q      Were you aware of a website called
```

Page 21

```
 1   Hotfile was founded?
 2        A    Yes.
 3        Q    Hotfile, of course, has an affiliate
 4   programme where it pays people who upload files
 5   that are subsequently downloaded, correct?
 6        A    Yes.
 7        Q    Was that programme part of the site
 8   from the beginning?
 9        A    I don't remember.
10        Q    Whose idea was that programme?
11        A    Mine.
12        Q    Where did you get that idea?
13        A    From the competition.
14        Q    Did RapidShare have a programme like
15   that at the time?
16        A    I think so, yes.
17        Q    Are you aware of any other
18   competitors that had programmes like that at the
19   time?
20        A    Yes.
21        Q    Can you list those for me, please?
22        A    I can't say at this moment which of
23   the competitors had which particular programme at
24   the time.  For example, the affiliate system is
25   being used common, for example, in Amazon.  It's
```

Page 22

1  not some kind of a discovery.
2     Q    But I'm asking more narrowly about
3  a programme that pays users in order to upload
4  files that have been downloaded.
5          Are you -- were you aware, at the
6  time that you came up with the idea for the
7  affiliate programme, of any competitors other than
8  RapidShare who had a programme of that nature?
9     A    Yes.
10    Q    And can you please list those for me?
11    A    I can't recall the names now.  Some
12 of them might not be in operation any longer.
13    Q    But sitting here today the only one
14 you can name is RapidShare?
15    A    Currently I can think of a large
16 website on the market, but I don't recall whether
17 at the time they had an affiliate system or not.
18    Q    And which website is that?
19    A    In addition to RapidShare, MegaUpload
20 of MediaFire.
21         MR LEIBNITZ:  And MediaFire?
22         THE INTERPRETER:  And MediaFire.
23 BY MR PLATZER:
24    Q    You testified earlier that your
25 initial idea for Hotfile was as a way for people

Page 81

1   Q   Do you use both of those for
2   Hotfile-related businesses?
3   A   In practical terms, I don't remember
4   ever using the Hotfile address.
5   Q   So do you usually use your gmail                02:11
6   address for business?
7   A   Yes.
8   Q   I'd like to direct you to the first
9   line of this e-mail.
10      Sitting here today, do you recall
11  what you meant when you wrote,
12      "What an unexpected gift we have from
13  Rapidshare :)  The bad thing is that they clean up
14  their image while we become the flagship of
15  non-licensed content"?
16  A   I don't really recall exactly what
17  I had in mind at that time, but the first part
18  actually is quite obvious because, whenever your
19  competition is doing something wrong, that is
20  a gift to you.
21      The second part of the sentence,
22  I need to mention that the e-mails are exchanged
23  with Anton and Atanas.  It's not something which
24  I have ever considered as official communication,
25  and I have never made a point to select the proper

1   word to express myself.
2              What I had in mind is that, as a
3   result of the latest developments, we have become
4   or will become the largest file hosting and file
5   sharing website, which will immediately make us the
6   prime candidate for attacks.
7        Q    And perhaps it's an issue with the
8   translation, but what do you mean by "prime
9   candidate for attacks"?
10       A    Probably what I had in mind was that
11  companies like yours, and other large companies
12  owning content, are discontent with the development
13  of new technologies and believe that companies like
14  ours are ruining their business.  So, by becoming
15  the largest hosting company, we become more
16  vulnerable.
17             So if that sentence was part of an
18  official document, I would have put my statement in
19  quotes because these are the words which are being
20  used by copyright owners when they accuse hosting
21  companies.
22       Q    Did you believe that Hotfile featured
23  a large amount of non-licensed content?
24       A    No.
25       Q    Why not?

6

Page 83

```
1       A     How can I answer to a "Why not?"
2  question?  That was just my opinion.
3       Q     Leaving this document aside -- and
4  you can put it down -- was it your opinion that        7
5  Hotfile did not have a large amount of non-licensed
6  content on the site?
7            MR LEIBNITZ:  Objection.  Calls for
8  opinion testimony.
9            THE WITNESS:  We have always believed
10 that all our content is legal, and we have not
11 allowed the posting of illegal content.
12 BY MR PLATZER:
13      Q     So if you have always believed that
14 all of your content is legal, what is the basis for
15 that belief?
16           MR LEIBNITZ:  Objection.  Calls for
17 a legal conclusion.  Calls for opinion testimony.
18           THE WITNESS:  I don't know what to
19 say.                                                   02:18
20 BY MR PLATZER:
21      Q     Well, did you ever do anything to
22 confirm your belief that most of your content was
23 legal?
24           MR LEIBNITZ:  Objection to form.
25           THE WITNESS:  We have complied with
```

1  anything in order to promote awareness of the
2  website?
3       A    No, I don't remember.
4       Q    Do you remember whether Mr Ianakov
5  posted favourable comments about Hotfile on
6  Internet forms?
7       A    No.
8       Q    And just to make sure the record is
9  clear; no, Mr Ianakov did not post Internet forms,
10 or, no, you just don't remember whether or not he
11 did?
12      A    I am not aware of such.  I don't
13 remember.
14      Q    Oh.  Did Mr Ianakov's job
15 responsibilities include promoting Hotfile?
16      A    No.
17      Q    Are you familiar with someone who
18 posts on Internet forms using the screen name
19 Campolar, C-a-m-p-o-l-a-r?
20      A    I hear that name for the first time.
21      Q    You had not heard it before this
22 deposition today?
23      A    No.
24      Q    Did Hotfile, at any point, run
25 advertisements elsewhere on the Internet?

Page 93

```
 1                         CERTIFICATE

 2       I, THELMA HARRIES, MBIVR, ACR, do hereby

 3   certify:

 4       That RUMEN STOYANOV, the witness whose

 5   examination is hereinbefore set forth, was duly

 6   sworn by me and the within transcript is a true

 7   record of the testimony given by such witness.

 8       I further certify that I am not related to any

 9   of the parties of this action nor in any way

10   interested in the outcome of this matter.

11

12
     _____
13   THELMA HARRIES, MBIVR, ACR
     Certified Court Reporter
14   Dated: December 20th, 2011

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    ACKNOWLEDGEMENT
         The witness and the within and foregoing
 2   deposition of the aforementioned witness was taken
     before THELMA HARRIES, MBIVR, ACR, at the place,
 3   date and time aforementioned.

 4       There were present during the taking of the
     deposition the previously named counsel.  The said
 5   witness was first duly sworn and was then examined
     upon oral interrogatories; the questions and
 6   answers were taken down in shorthand by the
     undersigned, acting as stenographer; and the within
 7   and foregoing is a true, accurate and complete
     record of all of the questions asked of and answers
 8   made by the aforementioned witness at the time and
     place hereinabove referred to.
 9
         The signature of the witness was not waived, and
10   the deposition was submitted and the undersigned is
     not interested in the within case, nor of kin or
11   counsel to any of the parties.

12       I, RUMEN STOYANOV, being first duly sworn, on
     oath say that I am the deponent in the aforesaid
13   deposition taken on December 8th, 2011; that I have
     read the foregoing transcript of my deposition,
14   consisting of pages 1 through 92 inclusive, and
     affix my signature to same.
15
16
17   _____
     RUMEN STOYANOV
18
19   Subscribed and sworn to
     before me this  16   day
20   of  January    , 2011.
21
22
23
24
25
```