# EXHIBIT 2

Highly Confidential

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - -

DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,

        Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,

        Defendants.


HOTFILE CORP.,

        Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,
        Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - - -
VOLUME I
H I G H L Y   C O N F I D E N T I A L
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Monday, December 5, 2011
Job Number: 44174

Highly Confidential

```
 1                    A P P E A R A N C E S

 2    ATTORNEY FOR THE PLAINTIFFS:

 3              JENNER & BLOCK
                BY:  STEVEN B. FABRIZIO, ESQ.
 4              1099 New York Avenue, NW
                Washington, DC  20001
 5

 6

 7

 8
      ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
 9    AND ANTON TITOV:
                FARELLA, BRAUN & MARTEL
10              BY:  RODERICK M. THOMPSON, ESQ.
                235 Montgomery Street
11              San Francisco, California  94104

12

13
                BOSTON LAW GROUP
14              VALENTIN GURVITS
                825 Beacon Street
15              Newton Center, MA 02459

16

17

18

19

20

21

22

23

24

25
```

Highly Confidential

Page 3

1    Also present:

2    Court reporter:

3            Fiona Farson
             TSG Reporting
4

5    Videographer:

6            Simon Rutson
             TSG Reporting
7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 16

1    owned by?

2  A.  To my best knowledge it was Rumen Stoyanov and Atanas

3      Vangelov.

4  Q.  Anybody else?

5  A.  Nobody I'm aware of.

6  Q.  And to your knowledge, do Messrs. Stoyanov and Vangelov

7      continue to own Blue Ant?

8  A.  Yeah, last time I checked, they were still owning it.

9  Q.  And to your knowledge, does anybody else own Blue Ant in

10     addition to them today?

11 A.  No.

12 Q.  Are you currently employed by Blue Ant?

13 A.  No, I'm not.

14 Q.  And when did you begin work on the hotfile.com website?

15 A.  Approximately August 2008.

16 Q.  When did hotfile.com website become available for use by

17     the public?

18 A.  I think February or March 2009.

19 Q.  And what was the nature of the work you did for the

20     Hotfile website between August of 2008 and February

21     or March of 2009?

22 MR. THOMPSON:  Objection, vague.

23 A.  I was developing software and administrating servers.

24 BY MR. FABRIZIO:

25 Q.  And administrating the servers?

Highly Confidential

Page 17

1   A.   Yes.

2   Q.   Okay.  From August 2008, again going forward, can you

3        identify the people who were working with you on the

4        development of the Hotfile website?

5   MR. THOMPSON:  Objection, overbroad.  Do you mean up to

6        today?

7   MR. FABRIZIO:  Yes.

8   A.   Strictly on developing, it would be Diyan Chuburov.

9   BY MR. FABRIZIO:

10  Q.   Can you spell, please?

11  A.   D-I-Y-A-N, C-H-U-B-U-R-O-V.

12  Q.   Chuburov:  Did I say that right?

13  A.   Yeah.

14       He was working approximately from the beginning.

15  Q.   Does he still work on the Hotfile website?

16  A.   Yes, he does.

17  Q.   What are the nature of his responsibilities?

18  MR. THOMPSON:  Today?

19  BY MR. FABRIZIO:

20  Q.   Can you please describe from the inception, and if

21       they've changed, as they've changed through today.

22  A.   He's responsible for programming the website, the actual

23       website of hotfile.com, and internal administrative web

24       pages.

25  Q.   Have those been his duties from the inception?

Highly Confidential

1      developing hotfile.com.

2   Q.   Any other companies, beyond RapidShare?

3   A.   RapidShare was market leader, and we would normally

4        compare to them, ourselves to them, but I believe we

5        looked at others too.

6   Q.   What were the others?

7   A.   I think MediaFire.

8   Q.   Did you say MediaFire?

9   A.   MediaFire.

10  Q.   Any others?

11  A.   It's very hard to judge in the time when you've seen

12       anything.

13  Q.   Sure.  Let me -- let me suggest a couple of names and

14       you can tell me.  Megaupload?

15  MR. THOMPSON:  Just so the question is clear, is there

16       a time?

17  MR. FABRIZIO:  This is in the time they were developing the

18       functionality for Hotfile.

19  A.   We were probably aware of Megaupload, but I don't think

20       we were really looking at Megaupload as an example of

21       functionality or anything else.

22  BY MR. FABRIZIO:

23  Q.   Okay.  So is it fair to say that you principally looked

24       to RapidShare to get ideas for functionality for

25       Hotfile?

Highly Confidential

Page 28

1    A.   Yes, pretty fair to say that, yes.

2    Q.   Was there somebody that had responsibility for analyzing

3         the RapidShare functionalities to determine whether some

4         of them might be appropriate for Hotfile?

5    A.   Well, I don't think that anybody was officially given

6         or -- this task, or -- but I would say that Rumen

7         Stoyanov would normally look at the competition.

8    Q.   And what about yourself?

9    MR. THOMPSON:   Objection, vague.

10   A.   Probably, yes, I would.

11   BY MR. FABRIZIO:

12   Q.   Other than the people you've already identified, is

13        there anybody else that worked with you on Hotfile

14        functionality design?

15   A.   No, I won't say so.

16   Q.   Okay.  Turning to another area you identified, which was

17        website design.

18   A.   Yes.

19   Q.   Did you work -- did you personally work on the website

20        design?

21   A.   I'm not a designer.  I might fix some small visual

22        things, but I won't say that I'm working on the design.

23   Q.   Okay.  Who worked on the design of the Hotfile website?

24   A.   The initial Hotfile design was pretty simple, and

25        I would say that only the logo was developed by an

Highly Confidential

Page 29

1       actual designer; that would be an external contractor.

2       And the rest, to the extent there was design, was done

3       by Diyan, and maybe --

4    Q.  Mr. Chuburov?

5    A.  Yes.  And there could be my help there, but I won't say

6       it would be substantial.

7    Q.  Who was the outside contractor that designed the logo,

8       the initial logo?

9    A.  A friend of mine.  His name is Nikolai Tenev.

10   Q.  Can you spell, please?

11   A.  N-I-K-O-L-A-I, T-E-N-E-V.

12   Q.  Was Mr. Tenev a designer by trade?

13   A.  Sorry?

14   Q.  Was his business designing things like logos?

15   A.  Yes.  He's a web designer.

16   Q.  Okay.  You said the initial design was pretty simple.

17      Did there come a time when the site was redesigned?

18   A.  Yes, there was a time.

19   Q.  When was that?

20   A.  I'm afraid that my memories are not very clear in time,

21      but I would say somewhere in the beginning 2010.

22   Q.  Why was the site redesigned?

23   A.  I can't think of a particular reason besides that we

24      wanted to make it looking more professional or

25      attractive and better, generally better.

Highly Confidential

Page 30

1  Q.  And you said "we"; who is the "we" in your sentence?

2      Did that include you?

3  MR. THOMPSON:  Objection, compound.

4  BY MR. FABRIZIO:

5  Q.  Well, let me ask the question this way:  Who

6      participated in the decision to redesign the Hotfile

7      website in the beginning of 2010?

8  A.  It was probably me, Rumen Stoyanov and Atanas Vangelov.

9  Q.  Do you, Mr. Stoyanov, and Mr. Vangelov have an

10     understanding as to which responsibilities each of you

11     will take primary -- let me rephrase the question.

12         Did you, Mr. Stoyanov, and Mr. Vangelov have an

13     allocation of responsibilities among yourselves with

14     regard to the Hotfile system?

15 MR. THOMPSON:  Objection, vague and overbroad.

16 A.  There are some principal understandings, but they're not

17     really hardly defined.

18 BY MR. FABRIZIO:

19 Q.  What are those understandings?

20 A.  I would generally cover everything that goes on the

21     technical part.  Rumen would be normally responsible for

22     finances, and I would say that he's a bit more involved

23     in day-to-day operations.  And Atanas Vangelov would be

24     generally -- would generally deal with potential

25     investors, advertising on the site, to the extent we

Highly Confidential

Page 31

```
 1      have it, and some communication, just -- some external

 2      contractors, people.

 3   Q.  But you said the roles are not particularly -- are not

 4      strictly defined?  Is that correct?

 5   MR. THOMPSON:  Objection, vague.

 6   A.  I won't say that they are strictly defined, yes.

 7   BY MR. FABRIZIO:

 8   Q.  Do you have any role in the day-to-day operations of the

 9      Hotfile website?

10   MR. THOMPSON:  Objection.  Overbroad, vague.

11   A.  I wouldn't say day to day, because days can pass --

12      a lot of days can pass without me doing anything.  But

13      I have some, I would say, recurring duties.

14   BY MR. FABRIZIO:

15   Q.  What are your recurring duties?

16   A.  I am responsible for making the payments to the

17      affiliates every Monday.

18   Q.  Who's paying the affiliates today, as you sit here?

19   MR. THOMPSON:  Objection, assumes facts.

20   A.  Today is a long day.

21   BY MR. FABRIZIO:

22   Q.  Understand.  What other responsibilities do you have

23      that are recurring?

24   A.  I wouldn't say that there is anything.  It really

25      depends if I -- I have certain duties to oversee, the
```

Highly Confidential

Page 32

1     technical part.  If I manage to do it in a way that

2     nobody bothers me for a month, it's okay.  If something

3     breaks down, I can work every day, but I won't say

4     recurring every day.

5  Q.  Okay.  Was there anybody else that works on the web

6     design of the Hotfile site, other than the people you've

7     identified?

8  A.  No.

9  Q.  Okay.  You identified general operations as another

10    general area.

11  A.  Yes.

12  Q.  Who were the people that worked on the general

13    operations of the Hotfile system?

14  MR. THOMPSON:  Do you mean currently, or from the beginning?

15  BY MR. FABRIZIO:

16  Q.  Is there a difference?

17  A.  I would say so, yes.

18  BY MR. FABRIZIO:

19  Q.  Okay.  So let's start at the beginning and then work

20    forward to currently.

21  A.  First I would like to mention that in my understanding,

22    general operations begin when the site becomes public.

23    But before that, I would consider everything

24    development.  Does that sound reasonable?

25  Q.  I'm not sure I understood what you just said, so why

Highly Confidential

Page 33

1        don't you say it again.

2    A.  General operations would be -- begin once the site

3        starts operating.  Everything else before that is

4        development, in my understanding.

5    Q.  Okay.

6    A.  Do you agree?

7    Q.  That's fair enough.

8    A.  So, from the beginning or almost from the beginning,

9        Andre Ianakov would be responsible for communications

10       with users, and handling DMCA takedown notices.

11   Q.  Is Mr. Ianakov a manager?

12   MR. THOMPSON:  Objection, vague.  Calls for a legal

13       conclusion.

14   BY MR. FABRIZIO:

15   Q.  Let me ask it this way:  Does Mr. Ianakov have a title

16       at Hotfile?

17   A.  I don't think anybody at Hotfile really has a title.

18   Q.  Is Mr. Ianakov employed by Hotfile Corporation?

19   A.  He's employed by Blue Ant Ltd., but works -- he does

20       work for Hotfile Corporation, yes.

21   Q.  To your knowledge, does he perform work for any other

22       company?

23   A.  I am not aware of any.

24   Q.  And you said communicates with users and DMCA takedown

25       notices.  Does Mr. Ianakov have any other general

Highly Confidential

Page 34

1       operations responsibilities?

2   A.  I don't think anything else would be -- could be defined

3       as his responsibility.

4   MR. THOMPSON:  Mr. Fabrizio, perhaps you should get the

5       spelling, for the record.  I think you're pronouncing it

6       a little differently than the witness is.

7   MR. FABRIZIO:  Okay.  I have the spelling for Ianakov as

8       I-A-N-A-K-O-V.

9   A.  That's one of the valid spellings.

10  BY MR. FABRIZIO:

11  Q.  Does anybody else have responsibility for general

12      operations of Hotfile?

13  A.  At a certain point, Stanislav Manov.

14  Q.  And that's S-T-A-N-I-S-L-A-V, M-A-N-O-V?

15  A.  Exactly.

16  Q.  When did Mr. Manov assume responsibilities for general

17      operations?

18  A.  He started helping Andre Ianakov in spring 2010,

19      I believe.

20  Q.  So prior to spring of 2010, it was just Mr. Ianakov

21      handling operations?

22  A.  I'm not sure of what your definition of "operations" is.

23      He was handling communications with users and, again,

24      DMCA takedown notices.

25  Q.  Did Mr. Ianakov report to anybody else?

Highly Confidential

Page 35

1    MR. THOMPSON:  Objection, vague.

2    A.  I don't think he -- we have strictly defined reporting

3         structure, but it is my impression that he would

4         normally report to Rumen Stoyanov.  And of course

5         technical problems would be reported to me.

6    BY MR. FABRIZIO:

7    Q.  Professionally, you were Mr. Ianakov's superior?

8    MR. THOMPSON:  Objection, vague and ambiguous.

9    A.  I consider myself superior to Mr. Ianakov.

10   BY MR. FABRIZIO:

11   Q.  If you gave him instructions about things to do with

12        Hotfile, you would expect him to carry them out because

13        you told him to, correct?

14   MR. THOMPSON:  Objection, overbroad.

15   A.  I would expect so.  But to the extent if he thinks that

16        instruction I'm giving him he's considering unimportant,

17        he show choice, he would probably ask if I conferred

18        with Rumen and probably Atanas.

19   BY MR. FABRIZIO:

20   Q.  Okay.  Other than Mr. Ianakov and eventually Mr. Manov,

21        has anybody else worked on the general operations of

22        Hotfile?

23   MR. THOMPSON:  Objection, vague.

24   A.  It really depends what you -- how you define "general

25        operations."

Highly Confidential

Page 36

1    BY MR. FABRIZIO:

2    Q.  Well, how do you define "general operations"?

3    A.  This is my first time defining general operations, but

4        I would say things that had to be done day to day.

5    Q.  All right.  With that definition, other than Mr. Ianakov

6        and Manov, was there anybody else?

7    A.  To the extent that Hotfile servers require and required

8        maintenance, and that we would be needing off on

9        provisioning of new servers at first, I was dealing with

10       these tasks.  And since Vasil Kolev started working for

11       Hotfile Corp., and the more he -- he started performing

12       most of the these duties.

13   Q.  Okay.

14   A.  And --

15   Q.  Go ahead.

16   A.  And we relied on the data center support or external

17       contractor to perform actual physical server movements,

18       like mounting, replacement, hard drive replacement, and

19       so on.

20   Q.  And who is the person that handled the physical aspects

21       of server replacement or additions?

22   MR. THOMPSON:  Objection, assumes facts.

23   A.  During the periods we would normally use the normal

24       support of the data center, I can't really say any

25       names, but there are probably documents --

Highly Confidential

Page 84

 1    A.   It's my understanding that he would perform activities

 2         on specific instructions of the shareholders.

 3    Q.   Does he have any recurring duties for Hotfile

 4         Corporation?

 5    MR. THOMPSON:  Objection, vague, calls for a legal

 6         conclusion.

 7    A.   I don't believe so.

 8    BY MR. FABRIZIO:

 9    Q.   Okay.  And have the shareholders of Hotfile Corporation

10         called upon Mr. Fernandes to perform any activities for

11         Hotfile Corporation?

12    A.   I'm not aware of any direct contacts with this -- this

13         individual.

14    Q.   How many shares of stock does Hotfile Corporation have

15         issued?

16    A.   I'm not sure.

17    Q.   Okay, put it another way:  What percentage of Hotfile

18         Corporation do you own?

19    A.   Currently it's my understanding that I own 26 percent of

20         the shares through another company.

21    Q.   What is that other company?

22    A.   The name is Battele Holdings SA.

23    Q.   And that's B-A-T-T-E-L-E?

24    A.   Yes.

25    Q.   What percentage of Hotfile Corporation does Mr. Vangelov

Highly Confidential

Page 92

1        contract is with Hotfile Limited?

2    MR. THOMPSON:  Objection, vague.

3    BY MR. FABRIZIO:

4    Q.  Well, let me ask it this way:  Was that an accurate

5        statement, when you made it?

6    A.  It is.  It was.

7    Q.  Okay.  And is it accurate today?

8    A.  It is.

9    Q.  So Lemuria has a contract with Hotfile Limited to

10       provide web hosting services for the Hotfile website,

11       correct?

12   A.  Lemuria has a contract with Hotfile Limited to the

13       extent that Hotfile Limited -- to the extent that

14       Hotfile Limited is acting on behalf of Hotfile Corp.

15               (Reporter clarification.)

16   MR. THOMPSON:  "... acting on behalf of Hotfile Corp."

17   BY MR. FABRIZIO:

18   Q.  And in paragraph 5, what did you mean by a "contract"?

19   MR. THOMPSON:  I object to calling for a legal conclusion.

20   MR. FABRIZIO:  Well, the witness is -- every time I use the

21       term "contract," he expresses a misunderstanding of what

22       I mean.  So I want to just get a common understanding.

23   MR. THOMPSON:  Same objection.

24           You can answer if you understand the question.

25   A.  I understand the question, and beyond the fact that

Highly Confidential

1        there is no written contract, I think that -- my

2        understanding was that verbal or other kind of

3        understanding is still a contract.

4    BY MR. FABRIZIO:

5    Q.  Okay, I just want to confirm:  So there is no written

6        contract between Lemuria and Hotfile Limited?

7    A.  I don't know anything about any such contract.

8    Q.  Okay.  Did Lemuria and Hotfile Limited reach an

9        agreement under the terms as to which Lemuria would

10       provide web hosting services to Hotfile?

11   MR. THOMPSON:  Objection, vague, calls for a legal

12       conclusion.

13   A.  Since the two companies are doing business, I think it's

14       fair to say that they have reached an agreement.

15   BY MR. FABRIZIO:

16   Q.  Well, I guess what I'm trying to get at is, was there

17       a point in time when Hotfile Limited and Lemuria sat

18       down and said, "Here's what our agreement is," and

19       specified the terms of their agreement?

20   MR. THOMPSON:  Objection, vague.

21   A.  It was more like Hotfile Corp defining the terms of

22       agreement and then Hotfile implementing them with their

23       contract with Lemuria.

24   BY MR. FABRIZIO:

25   Q.  I'm not quite sure I understood your answer.

Highly Confidential

Page 100

1    MR. THOMPSON:  Objection, vague and assumes facts.

2    A.  I don't think it's a fair assumption to -- to do

3         something, you need to quit your previous job.  And as

4         I informed you previously, I was last employed by

5         host.bg as late as early 2010.

6    BY MR. FABRIZIO:

7    Q.  Okay.  Who provided the initial capital for the Hotfile

8         website?

9    MR. THOMPSON:  Objection, assumes facts.

10   A.  It was a company.

11   Q.  I'm sorry, did you say it was a company?

12   A.  Yes.

13   Q.  What company?

14   A.  The name was Elonex Corp.

15   Q.  Can you spell that, please.

16   A.  E-L-O-N-E-X.

17   Q.  And what is Elonex Corp.?

18   MR. THOMPSON:  Objection, vague as to time.

19   A.  A Panamanian corporation.  A Panamanian corporation.

20   BY MR. FABRIZIO:

21   Q.  And what is its business?

22   MR. THOMPSON:  Objection, vague as to time.

23   A.  I don't know about all business activities of Elonex

24        Corp.

25   BY MR. FABRIZIO:

Highly Confidential

Page 101

1    Q.   Who owns Elonex Corp?

2    MR. THOMPSON:  Same objection.

3    A.   To my best knowledge, back in the time, it was owned by

4         Atanas Vangelov and Rumen Stoyanov.

5    BY MR. FABRIZIO:

6    Q.   Is it currently owned by Messrs. Vangelov and Stoyanov?

7    MR. THOMPSON:  Objection, lacks foundation.

8    A.   I don't really know.

9    BY MR. FABRIZIO:

10   Q.   Do you currently have any interest in Elonex

11        Corporation?

12   MR. THOMPSON:  Objection, vague.

13   A.   No.

14   BY MR. FABRIZIO:

15   Q.   No?

16   A.   No.

17   Q.   Do you know whether Elonex Corporation today has any

18        owners other than Mr. Vangelov and Mr. Stoyanov?

19   A.   No, I don't know.

20   Q.   Did Webzilla provide any initial capital for Hotfile?

21   A.   No, I don't believe so.

22   Q.   Did anyone else other than Elonex provide additional

23        capital for Hotfile?

24   A.   I don't think so.

25   Q.   Do you know where Mr. Vangelov -- strike that.

Highly Confidential

Page 181

1      general?

2   BY MR. FABRIZIO:

3   Q.   No, I mean -- let me try it a different way.  And it

4        almost doesn't make a difference when it began; why

5        don't we just pick a point in time.

6             Is it not the case that throughout 2010 and up -- up

7        through the filing of the complaint, as a general

8        matter, Hotfile's revenues and its user traffic were

9        increasing?

10  MR. THOMPSON:  Objection, vague as to "general matter."

11  A.   I think it's fair to say so.

12  BY MR. FABRIZIO:

13  Q.   And is it not also fair to say that upon Hotfile

14       beginning to terminate users en masse, Hotfile's user

15       traffic and revenues began to fall dramatically?

16  MR. THOMPSON:  Objection.  Assumes facts and misstates prior

17       testimony.

18  A.   To a certain extent it began -- there was such a result.

19  BY MR. FABRIZIO:

20  Q.   Okay.  So do you believe that the falloff in user

21       traffic and revenues was caused almost exclusively by

22       Hotfile deciding to terminate users en masse?

23  MR. THOMPSON:  Objection.  Assumes facts, misstates

24       testimony, and also calls for speculation.

25  A.   I don't know.

Highly Confidential

Page 182

1    BY MR. FABRIZIO:

2    Q.  You identified awareness of -- of users of this lawsuit.

3        Do you believe the mere filing of this lawsuit caused

4        Hotfile to lose users?

5    A.  It's not impossible.

6    Q.  But I'm asking what you believe.

7    MR. THOMPSON:  Objection.  Asked and answered, calls for

8        speculation.

9    A.  I don't want to talk about quantities, but at least to

10       some degree, it can happen.

11   BY MR. FABRIZIO:

12   Q.  What is it about the filing of this lawsuit that in your

13       mind would cause users to leave Hotfile?

14   A.  Some invasion in their privacy that they can expect.

15   Q.  What invasion of their privacy?

16   A.  As a result of the discovery process that is ongoing.

17   Q.  Anything else?

18   A.  Nothing that I can think of now.

19   Q.  Okay.  Prior to the filing of this complaint, did

20       Hotfile respond to each and every DMCA notice it

21       received by blocking access to the files identified?

22   MR. THOMPSON:  Objection, overbroad.

23   A.  It was general policy of Hotfile to do its best to be

24       able to respond to each DMCA takedown notice and to

25       block access to it.

Highly Confidential

Page 188

1                    HIGHLY CONFIDENTIAL
                    CERTIFICATE OF DEPONENT
2

3

    I, ANTON TITOV, hereby certify that I have read the
4   foregoing pages of my deposition of testimony taken in these
    proceedings on Monday, December 5, 2011, and, with the
5   exception of the changes listed on the next page and/or
    corrections, if any, find them to be a true and accurate
6   transcription thereof.

7

8

9

10
    Signed: .........../..................
11
    Name:   ANTON TITOV
12
    Date:   1/22/2012...................
13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 190

1              HIGHLY CONFIDENTIAL

2

3                E R R A T A

4          Deposition of ANTON TITOV

| Page/Line No. | Description | Reason for change |
|---|---|---|
| 14:18 | Eitinerum --> Itinerum | Correct transcription |
| 14:20 | EITINERUM --> ITINERUM | Correct transcription |
| 14:21 | internet --> intranet | Correct transcription |
| 14:24 | all in shelves --> online shops | Correct transcription |
| 15:7 | webcasting --> webhosting | Correct transcription |
| 15:10 | webcasting --> webhosting | Correct transcription |
| 18:6 | Ilan --> Elan | Correct transcription |
| 20:9 | Manix: M-A-N-I-X -> Maniax: M-A-N-I-A-X | Correct trans. |
| 35:16 | unimportant --> important | Correct transcription |
| 35:17 | he show choice --> he may choose | Clarify record |
| 37:6 | Stillings --> Stallings | Correct transcription |
| 37:8 | S-T-I-L-L-I-N-G-S --> S-T-A-L-L-I-N-G-S | Correct trans. |
| 38:3 | qualification --> collocation | Correct transcription |
| 39:2 | Equinix bandwith --> Equinix, bandwith | Clarify record |

20  Signed:  ...................

21  Name:  ANTON TITOV

22  Date:  ...................

23

24

25

Highly Confidential

Page 190

```
 1                    HIGHLY CONFIDENTIAL

 2

 3                        E R R A T A

 4            Deposition of ANTON TITOV

 5     Page/Line No.        Description            Reason for change
       ────────────────────────────────────────────────────────────
 6      44:1            IT --> IP              Correct transcription

 7      46:16     with the grade, --> would degrade   Correct trans.

 8      46:17   the traffic flows into there from --> when the traffic

 9              flows into their network from      Correct transcription

10      47:3 We can say any old --> We cannot say we want  Correct trans.

11      57:23      costing --> hosting            Correct transcription

12      61:15      Vlad --> Blue Ant              Correct transcription

13      65:24    Konstantin Lucyan --> Constantin Luchian  Correct trans.

14      77:11      lemur --> Lima                 Correct transcription

15      89:6       SA --> Yes                     Correct transcription

16      89:21     I know what --> I don't know what    Correct trans.

17      99:11     Panek --> Penev                 Correct transcription

18      109:23    Chubarov --> Chuburov           Correct transcription

19

20     Signed:   ...................

21     Name:   ANTON TITOV

22     Date:   ...................

23

24

25
```

TSG Reporting - Worldwide      800-702-9580

Highly Confidential

```
                                                     Page 190
1                    HIGHLY CONFIDENTIAL

2                         E R R A T A

3              Deposition of ANTON TITOV

4       Page/Line No.        Description          Reason for change
5       110:1 Mr. Ianakov manages --> Mr. Stoyanov and Mr. Vangelov manage
6                                                  Conform to facts

7       111:15   SecPay --> SegPay           Correct transcription

8       119:5    Limewire --> Limelight      Correct transcription

9       119:13   Limewire --> Limelight      Correct transcription

10      126:10   I was there --> I checked   Correct transcription

11      128:17   And that is tradition the Blue Ant contract is to -->

12          And the Blue Ant contract is still      Correct transcription

13      128:18   enforce --> in force        Correct transcription

14      138:8    Ignitov --> Ignatov         Correct transcription

15      138:10   I-G-N-I-T-O-V --> I-G-N-A-T-O-V   Correct transcription

16      65:24, 66:3, 66:8, 67:4, 68:3, Lucyan --> Luchian   Correct trans.

17      68:16, 70:13, 70:19, 70:21,
        71:13, 71:18, 72:3, 72:7, 72:9,                "

18      74:3, 75:10, 75:18, 76:4, 76:5, 76:8          "

19      72:17    Lucyan's --> Luchian's      Correct transcription

20      Signed:  ...........................

21      Name:   ANTON TITOV

22      Date:   1/20/2012

23

24

25
```

Highly Confidential

Page 189

1                    HIGHLY CONFIDENTIAL
                 CERTIFICATE OF COURT REPORTER
2

3

    I, Fiona Farson, with TSG Reporting, hereby certify that the
4   testimony of the witness Anton Titov in the foregoing
    transcript, taken on Monday, December 5, 2011 was reported
5   by me in machine shorthand and was thereafter transcribed by
    me; and that the foregoing transcript is a true and accurate
6   verbatim record of the said testimony.

7

    I further certify that I am not a relative, employee,
8   counsel or financially involved with any of the parties to
    the within cause, nor am I an employee or relative of any
9   counsel for the parties, nor am I in any way interested in
    the outcome of the within cause.
10

11

12

13

14

    Signed:  ........................
15
    Fiona Farson
16
    Dated:    December 15th, 2011
17

18

19

20

21

22

23

24

25

Highly Confidential

Page 191

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,

       Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,

       Defendants.

HOTFILE CORP.,

       Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,
       Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -

VOLUME II
H I G H L Y   C O N F I D E N T I A L
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Tuesday, December 6, 2011
AT:  9:10 a.m.
Job No: 44175

Highly Confidential

Page 192

1                    A P P E A R A N C E S

2    ATTORNEY FOR THE PLAINTIFFS:

3              JENNER & BLOCK
               BY:  STEVEN B. FABRIZIO, ESQ.
4              1099 New York Avenue, NW

5              Washington, DC  20001

6

7

8
     ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
9    AND ANTON TITOV:
               FARELLA, BRAUN & MARTEL
10             BY:  RODERICK M. THOMPSON, ESQ.
               235 Montgomery Street
11             San Francisco, California  94104

12

13             BOSTON LAW GROUP
               VALENTIN GURVITS
14             825 Beacon Street
               Newton Center, MA 02459
15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 193

1    Also present:

2    Court reporter:

3            Fiona Farson
             TSG Reporting
4

5    Videographer:

6            Simon Rutson
             TSG Reporting
7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11   Technical expert:

12           Kelly Truelove

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 276

1   A.   I don't know for a fact, but it's my belief that

2        a compatible statement was there since the beginning.

3   Q.   A comparable statement?  What do you consider

4        a comparable statement?

5   A.   A statement that will carry all -- carry on the same

6        substance, I guess.

7   Q.   Right.  Currently, today, in its IP policy page, Hotfile

8        informs users that it has a policy to terminate repeat

9        infringing users, correct?

10  A.   I believe so.

11  Q.   Okay.  And when did that IP policy page first appear on

12       Hotfile?

13  A.   I think approximately May or June 2010.

14  Q.   Okay.  And before May or June of 2010, where did --

15       where on its website did Hotfile inform users of

16       a policy to terminate repeat infringers?

17  A.   In terms of service, I think.

18  MR. FABRIZIO:  Okay.  I'm asking the court reporter to mark

19       as Titov exhibit 31 a printout from Hotfile terms of

20       service.  This is printed from archive.org.

21  Q.   And you will undoubtedly recognize from convention,

22       Mr. Titov, that this reflects an archive.org capture as

23       of February 2010.

24          (Titov exhibit 31 marked for identification.)

25  BY MR. FABRIZIO:

Highly Confidential

Page 277

```
 1   Q.  My question to you, sir, is going to be:  Where in those
 2       terms of service does Hotfile inform its users of
 3       a policy to terminate repeat infringers?
 4   MR. FABRIZIO:  For the record, the witness took a pencil and
 5       marked on exhibit 31, so the markings on exhibit 31 are
 6       the witness's.
 7   Q.  It's perfectly okay, Mr. Titov; the record just needs to
 8       reflect that.
 9   A.  It's a bit slow.  I'm not sure if I...
10   Q.  No problem.  Are you ready?
11   A.  Yes.
12   Q.  First of all, do you recognize exhibit 31 as a copy of
13       the terms of service for Hotfile that were in existence
14       in early 2010?
15   A.  I don't have any reason to believe that it's not true.
16   Q.  Okay.  And where in exhibit 31 do you believe Hotfile
17       informs its users of a policy to terminate repeat
18       infringers?
19   A.  There is a list of rules on the second page, and one of
20       the paragraphs reads:
21           "Loading, accommodation, sending by way of e-mail,
22       transmission or publication by other means of
23       information, which offends the rights of some party on
24       all patents, trademarks, commercial secrets, copyrights
25       or other property rights."
```

Highly Confidential

Page 278

1           And a list of things -- the things that the user is

2       not supposed to do.

3   Q.  All right.  And where do you believe Hotfile informs its

4       users of a policy to terminate repeat copyright

5       infringers?

6   A.  I believe that after the -- all the rules are listed,

7       there is a language that says "complaints of the persons

8       breaking our rules are accepted here."  Or -- "here" is

9       probably a link.

10          "Each complaint will be considered, and depending on

11      the results, can lead to the deletion of the Client's

12      account without preliminary prevention."

13  Q.  So it's Hotfile's contention that those two provisions

14      in the terms of use inform Hotfile subscribers that

15      Hotfile has a policy of terminating repeat infringers?

16  A.  I believe so.

17  Q.  Okay.  Is there any other place where you believe

18      Hotfile's -- Hotfile informs users of a policy to

19      terminate repeat infringers, other than the terms of

20      use?

21  MR. THOMPSON:  Vague as to time.  Objection.

22  BY MR. FABRIZIO:

23  Q.  In the period of time prior to Hotfile publishing its IP

24      policy on its website in May or June of 2009, is there

25      any other place, other than the terms of service, where

Highly Confidential

Page 289

1    A.   It's not accurate in the fact that he's suggesting that

2         something automatic is happening, and it may be at his

3         discretion who's monitoring, Porn Guardian or somebody

4         else.

5    BY MR. FABRIZIO:

6    Q.   Do you know whether he was?

7    A.   No, I don't know.

8    MR. FABRIZIO:   We've marked as Titov exhibit 34 a document

9         produced by Hotfile, Bates numbered HF00000048 through

10        315.   The version we have marked as exhibit 34 is an

11        excerpt of that document that omits the pages between

12        HF49 through HF284.   Those pages reflect dates after the

13        filing of this complaint, and we were focusing on dates

14        prior to the filing of this complaint.

15             Mr. Thompson, this is the document I sent you some

16        days ago and asked you if Mr. Titov would read and

17        affirm whether the entries highlighted in yellow

18        represented the only instances, prior to the filing of

19        this complaint, that Hotfile had terminated a user for

20        reasons related to copyright infringement.

21             (Titov exhibit 34 marked for identification.)

22   BY MR. FABRIZIO:

23   Q.   Mr. Titov, have you had an opportunity to review what

24        we've marked as exhibit 34 prior to today?

25   A.   I didn't review it before, no.

Highly Confidential

Page 290

1   Q.   And did you look at the yellow entries and consider the

2        question we had posed through your counsel?  And that is

3        whether the entries highlighted in yellow represent the

4        only instances prior to the filing of this complaint

5        where Hotfile terminated a user for reasons of copyright

6        infringement?

7   A.   I spoke with Andrew on this matter, and since at the

8        beginning we didn't have the functionality of suspending

9        the user rather than -- we only had functionality of

10       deleting the user, which would vanish all information

11       about it from the database.  He thinks that at least

12       some users were terminated by deletion.

13  MR. THOMPSON:  I'm not sure everyone got the -- "vanished

14       the information."

15  BY MR. FABRIZIO:

16  Q.   Does Hotfile have any records of any other users being

17       terminated for reasons related to copyright

18       infringement?

19  MR. THOMPSON:  Objection, overbroad.

20  A.   I don't think Hotfile has any records that are not

21       produced.

22  BY MR. FABRIZIO:

23  Q.   And do you personally have any knowledge of any user

24       being terminated for reasons of copyright infringement,

25       prior to the filing of this complaint, beyond those

Highly Confidential

Page 299

1      manipulate it in any way?

2  A.  I don't understand the question.

3  Q.  To the best of Hotfile's ability, did it in fact produce

4      to plaintiffs a list of users, an exhaustive list of

5      users, who had been terminated by Hotfile?

6  A.  Yes, it did.  What I was trying to say is not the way it

7      starts in the database and -- you know, extracting it

8      and modifying it.  Yes, that's what we were able to

9      extract from the database, without modifying.

10  Q.  Okay.  Could you look at page -- the page with the Bates

11      number 313, and also 312.

12         What is Corbin Fisher?

13  MR. THOMPSON:  Objection.  Lacks foundation.

14  A.  I don't remember if it's a product or a trademark by

15      Liberty Media.

16  BY MR. FABRIZIO:

17  Q.  So when "Corbin Fisher" is in the column headed "B,"

18      which is the "Reason" column, that refers to a deletion

19      or a termination by reason of a complaint by Liberty

20      Media?

21  MR. THOMPSON:  Objection, overbroad.

22  A.  If the column is Corbin Fisher, it means that user is

23      terminated because it's sharing -- or was found to be

24      sharing Corbin Fisher content.

25  BY MR. FABRIZIO:

Highly Confidential

Page 300

1   Q.   And immediately prior to the first termination, which is

2        on page 313 and -- well, let me ask you this:  The

3        column headed -- is column C, headed "Date," the date of

4        the termination?

5   A.   Correct.

6   Q.   And column A, headed "User ID," that's the user ID of

7        the user terminated?

8   A.   I believe so.

9   Q.   Okay.  And column B, headed "Reason," that's the reason

10       for the termination?

11  A.   Yes.

12  Q.   Okay.  So looking at page 313, the first Corbin Fisher

13       termination occurred on January 21, 2010.  Do you see

14       that?

15  A.   Yes, I see that.

16  Q.   Okay.  Had Hotfile -- had Hotfile been served with a TRO

17       granted in favor of Liberty Media immediately preceding

18       that termination?

19  MR. THOMPSON:  Objection.  Lacks foundation.

20  BY MR. FABRIZIO:

21  Q.   And by "TRO," I mean temporary restraining order, issued

22       by a federal judge.

23  A.   I know about -- I don't know about the exact timeline,

24       but I'm sure that there was a TRO around that time.

25  MR. FABRIZIO:  Let me mark as Titov 35 a one-page email

Highly Confidential

Page 304

 1   MR. THOMPSON:  Objection.  Lacks foundation and calls for
 2       speculation.
 3   A.  Sitting here, I don't have any information to connect
 4       these events for sure.  It could be the case.
 5   BY MR. FABRIZIO:
 6   Q.  Well, you got the subpoena on September 1st, correct?
 7   A.  Yes.
 8   Q.  And you terminated the user for violating Corbin Fisher
 9       or Liberty Media content on September 2nd, correct?
10   A.  Correct.
11   Q.  Would you go back to exhibit 34 and turn to page 306.
12       We see there are two user terminations highlighted in
13       yellow, and they both say, under "Reason," "repeated
14       infringer of DSH Productions and DallasSpanksHard.com."
15   A.  That's correct.
16   Q.  What is DallasSpanksHard.com?
17   MR. THOMPSON:  Objection.  Lacks foundation, calls for
18       speculation.
19   A.  I don't know for a fact.
20   BY MR. FABRIZIO:
21   Q.  What do you believe it to be?
22   MR. THOMPSON:  Same objection.
23   A.  Probably some adult-related website.
24   BY MR. FABRIZIO:
25   Q.  Some what?

Highly Confidential

Page 305

1   A.  Adult-related website.

2   MR. FABRIZIO:  We're marking as Titov exhibit 38 an email

3       numbered HF236482 through 487.  This one is dated April

4       14, 2010, and it is to abuse@lemuriaco.com.  My

5       questions only reference the first page, but feel free

6       to skim the rest.  (Pause.)

7           (Titov exhibit 38 marked for identification.)

8   BY MR. FABRIZIO:

9   Q.  Mr. Titov, do you see emails going to

10      abuse@lemuriaco.com?

11  MR. THOMPSON:  Objection, overbroad.

12  A.  I do.

13  BY MR. FABRIZIO:

14  Q.  And is this an email you received on or about April 14,

15      2010?

16  A.  I mean to say I have access to them.  They're also

17      getting forwarded to abuse@hotfile.com.

18  Q.  So any e-mail sent to abuse@lemuriaco.com automatically

19      gets forwarded to abuse@hotfile.com?

20  A.  I believe so.

21  Q.  Why is that?

22  A.  I guess we didn't want -- don't want to miss any

23      takedown notices.

24  Q.  Okay.  Do you have any reason to doubt that this is an

25      email that Lemuria received on April 14, 2010?

Highly Confidential

Page 306

1   A.  No reason to doubt that.

2   Q.  And are emails sent to abuse@lemuriaco.com maintained in

3       the ordinary course of business by Lemuria?

4   MR. THOMPSON:  Objection.  Calls for a legal conclusion.

5   A.  There is a separate mailbox that calls them as addition

6       to provide -- that is providing them service at

7       hotfile.com.

8   BY MR. FABRIZIO:

9   Q.  So there's an automatic process pursuant to which these

10      get stored and maintained by lemuriaco?

11  A.  Correct.

12  Q.  You see in the second sentence, the author of this email

13      says:

14          "I have sent 13 official DMCA takedown notices to

15      Hotfile.com.  You are hosting them.  They have

16      systematically taken weeks to get back to me.  They have

17      out of 13 DMCA takedown notices only responded a few

18      times."

19          And then, in the next paragraph, he writes:

20          "I will refer this to my attorney Frank Capwell if

21      I am not satisfied with the outcome of this matter.

22      I have a family and bills like all others."

23          And the last paragraph says:

24          "This represents a huge loss to my company" -- "to

25      my companyS.one you will be liable for."

Highly Confidential

Page 307

1        Did you understand this person to be threatening

2    legal action against Lemuria?

3   MR. THOMPSON:  Objection.  Assumes facts, vague as to time.

4   A.  Yes, it could be.

5   BY MR. FABRIZIO:

6   Q.  Okay.  And it was only after Lemuria received exhibit 38

7    that Hotfile terminated the two users for infringing

8    content of DSH Productions and DallasSpanksHard.com,

9    correct?

10  A.  That is correct.

11  Q.  If you could turn back to exhibit 34 and look at page

12   303, there is a single highlighted termination that's

13   numbered -- the row number, 13276, and under under the

14   reason, it just says "http://bryci.com copyright."

15        Do you see that?

16  A.  Yes, I do.

17  Q.  And do you know what BRYCI.com is?

18  A.  Only recently, by reviewing this list.

19  Q.  Okay.  What is your understanding of what BRYCI means?

20  A.  It's -- It was an adult-related website.

21  Q.  And isn't it a fact that Hotfile got repeated emails

22   from the content owner just before you terminated this

23   particular user?

24  A.  I don't know.

25  MR. THOMPSON:  Mr. Titov would like to take a break when you

Highly Confidential

1       have a chance.

2    MR. FABRIZIO:  Why don't we take a break now, and I'll mark

3       things while we're off the record.

4    VIDEOGRAPHER:  Off the record, 3 o'clock.

5                        (A break was taken.)

6       (Titov exhibits 39 and 40 marked for identification.)

7    VIDEOGRAPHER:  Back on the record, 3:12.

8    MR. FABRIZIO:  For the record, we've put in front of the

9       witness two documents we marked when we were off the

10      record, Titov exhibit 39, which is a two-page email

11      numbered HF792378-79, and Titov exhibit 40, it's an

12      email thread numbered HF792668-69.  (Pause.)

13   Q.  Have you had a chance to review exhibit 39 and

14      exhibit 40?

15   A.  Oh, 39.

16   Q.  Why don't you review 40, too.  They go together.

17      (Pause.)

18         Okay.  Exhibit 39 is dated August 11, 2010.  Do you

19      see that?

20   A.  Yes, I do.

21   Q.  And it's addressed to Hotfile.com abuse --

22      abuse@lemuriaco.com and support@hotfile.com.  And it's

23      from GND Media, and it says from the legal department of

24      GND media.  Do you see that?

25   A.  I see that.

Highly Confidential

Page 309

1   Q.   And you see the exhibit 40 is dated later that same day,

2        addressed the same way?

3   A.   Yes, I do.

4   Q.   Okay.  And the copyright owner in these two documents is

5        complaining about contents on bryci.com?

6   A.   Correct.

7   Q.   Do you have any doubt that Hotfile and Lemuria received

8        exhibit 39 and exhibit 40 on or around August 11, 2010?

9   A.   I do not.

10  Q.   And you see that in exhibit 39, the copyright owner says

11       that it was their second request.  And I think that's

12       in -- four paragraphs down, in all capitals:  "REMOVE

13       OUR CONTENT PLEASE.  SECOND REQUEST!"

14  A.   Correct.

15  Q.   And then more urgently, in exhibit 40, in the first

16       paragraph, the content owner says:

17           "By allowing this to happen, you are enabling them

18       legally as such, you put your company at risk of

19       litigation."

20           Do you see that?

21  A.   I actually -- oh.  I see that.

22  Q.   Okay.  So does that refresh your recollection that you

23       had received multiple emails from the content owner

24       threatening litigation prior to the time you deleted the

25       user reflected on page 3 of 3 of exhibit 34?

Highly Confidential

Page 310

1    A.   I personally didn't see these emails, but yes, probably

2         there is a connection.

3    Q.   Do you have any idea how many of the files uploaded by

4         that user, user ID 286330, how many files uploaded by

5         that user had been deleted by Hotfile prior to the time

6         Hotfile finally deleted the terminated user?

7    MR. THOMPSON:  Objection.  Assumes facts.

8    A.   I don't know.

9    Q.   Would it surprise you to learn that it was over 3,900

10        separate files?

11   MR. THOMPSON:  Same objection.

12   A.   I don't know.

13   BY MR. FABRIZIO:

14   Q.   Do you think it's reasonable -- do you think it's a

15        reasonable policy for Hotfile to require copyright

16        owners to call for the deletion of 3,900 separate files

17        before you terminate a user?

18   MR. THOMPSON:  Objection.  Assumes facts not in evidence,

19        argumentative.

20   A.   I don't know.

21   BY MR. FABRIZIO:

22   Q.   As a general matter, do copyright owners have a means to

23        learn the identity of the users uploading files to

24        Hotfile?

25   MR. THOMPSON:  Objection.  Overbroad and vague.

Highly Confidential

Page 311

1    A.   Not without asking, no.

2    BY MR. FABRIZIO:

3    Q.   So if Hotfile doesn't identify infringers from the

4         notices copyright owners send them, how are copyright

5         owners supposed to identify infringers who are repeat

6         infringers?

7    MR. THOMPSON:   Objection, vague.

8    A.   I guess they have their ways, since they are doing so

9         once in a while.

10   BY MR. FABRIZIO:

11   Q.   Once in while?

12   A.   Mmm.

13   Q.   But in general, is there a way for them to do it?

14   MR. THOMPSON:   Objection.   Asked and answered, vague.

15   A.   Not without asking, yeah.

16   BY MR. FABRIZIO:

17   Q.   Right.   Could you turn back to exhibit 34 and look at

18        pages 295 through 297.   Do you see there are -- there

19        are some highlighted users terminated where the reason

20        was given, Porn Guardian:   Do you see those?

21   A.   I do.

22   Q.   Do you recall the circumstances of those user

23        terminations?

24   A.   No, I do not.

25            (Titov exhibit 41 marked for identification.)

Highly Confidential

Page 312

1    MR. FABRIZIO:  I'm marking as Titov exhibit 41 a two-page

2        email numbered HF1990729-30.  Parts of the original of

3        this email were in Bulgarian, so the exhibit consists of

4        the two-page English translation on top, the

5        certification of accuracy by the translator, and

6        two-page original which again contains some Bulgarian,

7        I believe, in the back, Mr. Titov.  (Pause.)

8            Do you have your own translator, Rod?

9    MR. THOMPSON:  He makes do.  (Pause.)

10   BY MR. FABRIZIO:

11   Q.  Are you ready, Mr. Titov?

12   A.  Yes.

13   Q.  Do you see the first email in time, which is the one at

14       the bottom, is from dominic@pornguardian?

15   A.  Yes.

16   Q.  And he's writing to abuse@hotfile.com on December 20,

17       2010?

18   A.  I would say that the first email is dated December 19th.

19   Q.  Okay, it refers to matters dated December 19th; all

20       right.  And actually there's an email from

21       dominic@pornguardian on both December 19th and December

22       20th; do you see those?

23   A.  Yes, I do.

24   Q.  And then above that there is an email written

25       on December 20th, 2010 from Hotfile abuse.  Do you

Highly Confidential

Page 313

```
 1        recognize that email address, abuse@hotfile.com?

 2   A.   Yes, I do.

 3   Q.   And then above that, an email written from

 4        andrew@hotfile.com to abuse@hotfile.com?  Do you see

 5        that?

 6   A.   I do.

 7   Q.   Also on December 20th.

 8             And do you recognize the andrew@hotfile.com to be

 9        Andrew Ianakov?

10   A.   I do.

11   Q.   And do you have any -- any reason to doubt that this is

12        a true and correct copy of an email exchange on or

13        around December 20th and December 19th, 2010?

14   A.   Yes, I recognize -- I mean -- sorry, what --

15   Q.   Do you have any -- have you seen this document before?

16   A.   No, I did not seen this.

17   Q.   But do you have any reason to doubt that it's an

18        authentic email exchange between andrew@hotfile.com and

19        dominic@pornguardian, in this timeframe?

20   MR. THOMPSON:  Objection.  Misstates the document.

21   A.   I don't have any reason to doubt the authenticity of

22        this document.

23   BY MR. FABRIZIO:

24   Q.   I'm going to focus you on the English translation of the

25        email dated December 20th from abuse@hotfile.com.
```

Highly Confidential

Page 314

1          By the way, do you have any information as to who

2          was operating abuse@hotfile.com in this timeframe?  Was

3          it Mr. Manov?

4     A.   I would suppose that it was Mr. Manov, since before it

5          was Andre Ianakov.

6     Q.   That's what I thought as well.  Okay.

7               Mr. Manov writes:

8               "There [are] files from different users; those files

9          that he has sent are located on logitech115 and octav"

10         -- O-C-T-A-V -- "which have quite a long list.  I saw

11         the files on logitech115 and I would say that they have

12         all kind of things...; how shall we entirely block it?

13         Take a look at them yourself."

14              Do you see that?

15    A.   I do.

16    Q.   Okay.  And does that reasonably accurately reflect what

17         is written in Bulgarian on the original?

18    MR. THOMPSON:  Objection; he's not a professional

19         translator.  It's also compound, because of multiple

20         sentences.

21    A.   The substance correct -- the substance is correct, while

22         I wouldn't say it's perfect.

23    BY MR. FABRIZIO:

24    Q.   Okay.  Let me -- he identifies two different users,

25         Logitec115 and Octav; is that correct?

Highly Confidential

Page 315

1   A.   I would believe --

2   MR. THOMPSON:  Objection.  The document speaks for itself.

3        You can answer.

4   A.   I believe so.

5   BY MR. FABRIZIO:

6   Q.   And he says they have a long list of files.  Is that

7        part correct?

8   MR. THOMPSON:  So the question is, is the translation

9        correct?

10  MR. FABRIZIO:  Well, he said it's -- he said it's in

11       substance correct, but -- you know, maybe he had

12       quarrels with words, so I just want to make sure that

13       the parts I'm going to focus him on --

14  MR. THOMPSON:  Okay.  I just want to make sure your

15       question, when you said "is that correct," is the

16       translation, not the substance of the --

17  MR. FABRIZIO:  Oh, okay.  I'm sorry.  I'm sorry.  Yes.

18  Q.   Is it correct that he writes that they both have quite

19       a long list of files?

20  A.   I don't see the words -- the words "of files" in the

21       sentence, but yes.

22  Q.   Okay.  And what does Mr. Ianakov write back, at the very

23       top?

24  A.   It says do not write anything to him.

25       (Titov exhibit 42 marked for identification.)

Highly Confidential

Page 316

1    MR. FABRIZIO:  Okay.  I've marked as exhibit 42 a two-page

2         email numbered HF550222-23.  It's an email thread with

3         the most recent email from dominic@pornguardian.com,

4         dated December 23, 2010, to hotfile.com abuse with the

5         same "Re" line as exhibit 41, which is "Blocking

6         a user."

7              (Titov exhibit 42 marked for identification.)

8    BY MR. FABRIZIO:

9    Q.  Mr. Titov, do you see that dominic@pornguardian writes

10        in the first sentence:

11             "I've still not heard back from you about blocking

12        this user.  What is your policy for this?"

13   A.  I see that.

14   Q.  Okay.  And do you have any reason to doubt that this is

15        an authentic email received from Porn Guardian on or

16        about December 23, 2010?

17   A.  No, I don't.

18   Q.  Okay.  Did you see this email, exhibit 42?

19   A.  I don't believe so.

20   Q.  What?

21   A.  I don't believe I've ever seen this document.

22   Q.  But it seems to reflect that three days later, Porn

23        Guardian is complaining that no action has been taken

24        yet against that user, correct?

25   MR. THOMPSON:  Objection.  Calls for speculation.

Highly Confidential

Page 317

1   A.   It's fair to assume so.

2   MR. FABRIZIO:   I'm going to mark as exhibit Titov 43

3        a two-page email numbered HF2134652-53.   And portions of

4        this document were in Bulgarian, so as we have in the

5        past, this document, the exhibit will actually consist

6        of five pages, the top two pages being the English

7        translation, the next page being the affidavit of

8        accuracy by the -- by the translator, and the last two

9        pages being the version with the original Bulgarian.

10       (Pause.)

11           (Titov exhibit 43 marked for identification.)

12   BY MR. FABRIZIO:

13   Q.   Are you ready, Mr. Titov?

14   A.   Yes, I am.

15   Q.   Okay.   You see in the most recent email, dated December

16       24, 2010, which was the day after the email we looked at

17       in exhibit 42, this document, exhibit 43, is shown as

18       being forwarded to you by andrew@hotfile.com.   Do you

19       see that?

20   A.   Can you repeat what you said?

21   Q.   Sure.   Looking at the most recent email, which is the

22       one at the very top of the first page of exhibit 43,

23       that is an email from andrew@hotfile.com to you

24       forwarding the remaining email thread, correct?

25   A.   Yes.

Highly Confidential

Page 318

```
 1   Q.  So is this an accurate, true and correct copy of an

 2       email you received on or about December 24, 2010?

 3   A.  I don't have any reason to believe it's not.

 4   Q.  Okay.  And the oldest email in line, which is the one at

 5       the bottom, is from Porn Guardian again?

 6   A.  Yes, it is.

 7   Q.  Okay.  And you see on Thursday, December 23, at

 8       8:44 p.m., there is an email from andrew@hotfile.  Do

 9       you see that?

10   A.  Yes, I see that.

11   Q.  And below something in Bulgarian, there is the URL that

12       ends with a number, 1633993.  Do you see that?

13   A.  Yes, I do.

14   Q.  Okay.  ID=1633993; that refers to a user ID?

15   A.  Yes, it does.

16   Q.  Well, I can represent to you -- you don't have to accept

17       it, but I can represent to you that that user ID

18       corresponds to a user that goes by the screen name

19       Logitec115, the same user we saw in exhibit 41 and 42.

20           Oddly, here, the -- our translator missed the

21       sentence right above that URL.  So could you do us the

22       courtesy of just telling us what Mr. Ianakov is writing

23       to you?

24   A.  He's writing --

25   MR. THOMPSON:  Go ahead.
```

Highly Confidential

Page 319

1    A.   He's writing, "What shall we do," the user is.

2    BY MR. FABRIZIO:

3    Q.   Okay.  And then above that, you write him back, and our

4         translation says:

5              "Well, stop him.  Be more strict in stopping these

6         days, because during the court trial of Perfect 10, we

7         may be asked how many accounts we have been stopped."

8              Do you see that?

9    A.   I do.

10   Q.   Does that accurately reflect what you wrote back to

11        Mr. Ianakov on December 24th, 2010?

12   MR. THOMPSON:  Objection, to the extent you're calling for

13        him to be a translator.

14             You can answer.

15   A.   I wouldn't say that "the court trial" is the correct

16        term.

17   BY MR. FABRIZIO:

18   Q.   What would you -- why don't you just tell us what you

19        wrote back?

20   A.   Except that I think the substance is correct, it will be

21        more like just "case," or "lawsuit."

22   Q.   So you would be more comfortable if it said, "Well, stop

23        him.  Be more strict in stopping these days, because the

24        case or lawsuit of Perfect 10, we may be asked how many

25        accounts we have been stopped."

Highly Confidential

Page 320

1          Would that be accurate in your mind?

2   A.   Correct.

3   Q.   And this is dated December 24, 2010.  Hotfile had been

4        sued by an adult-content company named Perfect 10 prior

5        to that date?

6   A.   Correct.

7   Q.   Okay.  And from exhibit 41, where they talked about

8        Logitec115 and Octav, should both of those users have

9        been terminated?

10  MR. THOMPSON:  Objection.  Vague and ambiguous.

11  A.   I don't know.  I have no knowledge on that matter --

12       I don't know any knowledge on that matter.

13  BY MR. FABRIZIO:

14  Q.   Okay.  Do you know whether Logitec115 was terminated?

15  MR. THOMPSON:  You want him to testify from memory and

16       not -- not check on your chart?

17  MR. FABRIZIO:  Since he was in discussions with Mr. Ianakov,

18       I'm wondering if he had a memory of it.

19  MR. THOMPSON:  Okay, so you don't want him to look at the

20       chart.  I just wanted to clarify what you wanted him to

21       do.

22  MR. FABRIZIO:  Just answer the question.

23  MR. THOMPSON:  Without looking at the documents, just answer

24       the question?

25  A.   I don't know.

Highly Confidential

Page 321

1    BY MR. FABRIZIO:

2    Q.  Okay.  Does looking at page 297 of exhibit -- of exhibit

3        34, give you the answer?  Is the highlighted entry --

4    A.  Yes.  It --

5    Q.  Does that -- I'm sorry.  You go ahead.

6    A.  It seems that the user would decide it was terminated,

7        yes.

8    Q.  And that termination came only after your -- your email,

9        correct?

10   A.  That is correct.

11   Q.  And the other Porn Guardian terminations, on page 296

12       and 295, also only came after your admonition that you

13       have to be more strict because in the Perfect 10 case,

14       you may be asked how many accounts you've terminated,

15       correct?

16   MR. THOMPSON:  Objection.  Calls for speculation.  If you're

17       just asking dates, that's fine.

18   A.  To the extent the pages show that they're further in

19       time after this email, then yes.

20   BY MR. FABRIZIO:

21   Q.  Okay.  And not to put too fine a point on it, but the

22       highlighted entries on page 296 and 295 are later in

23       time, correct?

24   A.  Sorry, I didn't understand.

25   Q.  I said the highlighted Porn Guardian -- Porn Guardian

Highly Confidential

Page 322

1    entries on page 296 and 295 are in fact later in time,

2    correct?

3  A.  Yes, they are.

4  Q.  Okay.  And I can represent to you that on page 296, the

5    user with ID number 308101 is the user Octav.  Do you

6    have any explanation for why Octav wasn't terminated for

7    another two weeks after Logitec115?

8  A.  No, I don't.

9  Q.  Will you turn back to exhibit 34, page 302.  Do you see

10    towards the bottom in the page, in row number 13250,

11    there is an entry for the reason why, and it says "Gay

12    copyrights."  Do you see that?

13  A.  I do.

14  Q.  Does that also refer to a termination on account of

15    infringement of Liberty Media content?

16  MR. THOMPSON:  Objection.  Calls for speculation.

17  A.  I don't know.

18  BY MR. FABRIZIO:

19  Q.  You understand Liberty Media to produce gay adult

20    content?

21  A.  I do.

22  Q.  It's reasonable --

23  A.  Well, I mean, I don't know for a fact.

24  Q.  Okay.  Do you have any information at all as to why that

25    user, number 17411, was terminated?

Highly Confidential

Page 336

1      correct.

2    MR. THOMPSON:  Objection, overbroad.

3    A.  I think so.

4    BY MR. FABRIZIO:

5    Q.  Okay.  So is a strike assigned if a user uploads a file

6         whose MD5 hash has already been blocked by Hotfile?

7    A.  No, it does not.

8    Q.  Why not?

9    MR. THOMPSON:  Objection, vague.

10   A.  Because we have no information whether our user is

11        intending to distribute that file.

12   BY MR. FABRIZIO:

13   Q.  If a file uploaded by a user is taken down because of

14        a copyright owner notice, does Hotfile disable identical

15        hash files that are already stored on the Hotfile

16        system?

17   A.  When a hash is being blocked, it's being blocked for all

18        copies of the file for the system.

19   Q.  So when a hash is being blocked because of a copyright

20        owner notice, the particular URL copy that has been

21        noticed is blocked, and future uploads of that identical

22        hash are blocked.  Correct?

23   A.  Correct.

24   Q.  Okay.  Now, what if there are already copies of that

25        file with the identical hash that had been previously

Highly Confidential

Page 337

1    uploaded by other users, and they're still being stored

2    on Hotfile?  Are those identical hash copies blocked as

3    well?

4  A.  We -- we have a single place in our database where

5    a hash is stored.  It's unique, so there's no way for

6    two files in the system, either in the future or in the

7    past, to be assigned to a different file.  So yes,

8    basically.

9  Q.  Okay.  Let me just make sure I understand that.  If two

10    users, at completely separate times, upload the same

11    file that has the same identical hash, Hotfile only

12    stores one instance of that file?

13  A.  It is a single entry in the file table that will be

14    stored.  Number of copies of the file might be greater

15    for -- for other reasons.

16  Q.  Yeah, there may be backup copies; there may be copies in

17    transit because of server management issues.  But

18    Hotfile only makes a single entry for that one hash,

19    regardless of how many users have uploaded files

20    containing that hash?

21  A.  That is correct.

22  Q.  All right.  So if Hotfile gets a notice about a file,

23    and it already has the hash of that file on its system,

24    and on its system it reflects that three other users had

25    uploaded the identical hash, and those versions that

Highly Confidential

Page 338

1        those users had uploaded had each been distributed many

2        times, does Hotfile assign each of those other three

3        users a strike?

4    A.  I don't think so.

5    Q.  Why not?

6    MR. THOMPSON:  Objection, vague.

7    A.  I don't know.

8    BY MR. FABRIZIO:

9    Q.  Well, in the example, the illustration I posited,

10       Hotfile knows that the other users have been

11       distributing the file, correct?

12   MR. THOMPSON:  Objection.  Vague as to "knows."

13   A.  Yeah, I think it's fair to say so.

14   BY MR. FABRIZIO:

15   Q.  Has Hotfile's system in terms of -- well, strike that.

16           The concept of only storing one instance of a hash

17       of a file, are you comfortable if I refer to that as

18       a single hash master?

19   A.  Okay, I can live with that.

20   Q.  I just want to -- otherwise it's hard to talk about it.

21       Okay.

22           Has the system architecture where Hotfile uses

23       a single hash master, has that been the architecture

24       since the very beginning?

25   MR. THOMPSON:  Objection.  Vague.

Highly Confidential

Page 339

```
 1   A.  I believe so.

 2   BY MR. FABRIZIO:

 3   Q.  And has it been the case since the very beginning that

 4       when Hotfile received a -- well, strike that.

 5           Under that architecture, multiple different users

 6       could have uploaded files with the same hash, correct?

 7   A.  That is correct.

 8   Q.  And each of those users would have gotten their own

 9       distinct URLs that would result in the downloading of

10       that single hash faster, correct?

11   A.  That is correct.

12   Q.  And currently, if Hotfile gets a notice identifying

13       a file with a particular hash, Hotfile blocks any

14       further downloading of that hash, correct?

15   A.  I think so.

16   Q.  So regardless of which URL someone tries to use to

17       download that hash, Hotfile blocks the download,

18       correct?

19   A.  I believe so, yes.

20   Q.  Okay.  In the past, has there ever been a time where in

21       response to a notice identifying a file, Hotfile did not

22       block the hash but instead disabled the particular URL?

23   MR. THOMPSON:  Objection, overbroad.

24   A.  Yes, I believe so.

25   BY MR. FABRIZIO:
```

Highly Confidential

Page 340

1    Q.   When was that?

2    A.   In the very beginning.

3    Q.   February, March 2009?

4    A.   Yes, I believe so.

5    Q.   What about April 2009?

6    A.   Yes.

7    Q.   May 2009?

8         Well, let me ask it this way:  Do you know when that

9         changed?

10   A.   I believe that shortly after introducing SRA accounts,

11        SRA accounts started to block hashes.

12   Q.   And when did Hotfile introduce the SRA accounts?

13   A.   I'm not sure about the time, but maybe August 2009.

14   Q.   Okay.  So prior to that time, if ten different Hotfile

15        users had uploaded a file that had the identical hash,

16        Hotfile would store a single hash master, and each of

17        those users would get a distinct URL, each pointing to

18        that same single hash master.  Correct?

19   A.   That is correct.

20   Q.   Okay.  And again, prior to the time this changed,

21        in August 2009 or thereabouts, if Hotfile got a notice

22        from a copyright owner identifying one of those URLs

23        that pointed to the single hash master, Hotfile would

24        not block the master but instead would simply disable

25        the particular URL identified in the notice?

Highly Confidential

Page 341

1    MR. THOMPSON:  Objection.  Asked and answered.

2    A.  Yeah, for the particular URL will be disabled.

3    BY MR. FABRIZIO:

4    Q.  And after disabling that particular URL, would the URLs

5        for the other nine users in my illustration still be

6        able to download that file through the single hash

7        master?

8    A.  Probably, yes.

9    Q.  Currently -- just wait one second; I kind of feel like

10       it's dial-an-expert.  It's kind of like he's here.

11   MR. THOMPSON:  We can't hear what he's saying, though.

12   MR. FABRIZIO:  You can't hear what he's saying; I can.

13       I feel like a newscaster.

14   MR. THOMPSON:  That's right.  Maybe a puppet, huh?

15   BY MR. FABRIZIO:

16   Q.  Okay.  Sorry, my editor was talking.

17           Currently, Hotfile receives DMCA notices by regular

18       mail, correct?

19   A.  Correct.

20   Q.  By facsimile, correct?

21   A.  Correct.

22   Q.  By email, correct?

23   A.  Correct.

24   Q.  And by special rights holder account, correct?

25   A.  Correct.

Highly Confidential

Page 366

1       master server?

2   A.  So execute all the updates hours after the master

3       server.

4   Q.  Okay.  Thank you.

5           Let's walk through the SRA takedown process.

6   A.  Okay.

7   Q.  And let's start with the -- an SRA account holder

8       submitting a URL.  What happens from there?

9   A.  It is first the SRA holder would be submitting a text

10      with multiple URLs, so URLs could be extracted from --

11  Q.  It could be -- it could be one URL, it could be multiple

12      URLs.

13  A.  Yeah, that's -- we always assume it's like a text, with

14      more than one URL, so all the URLs would be extracted.

15  Q.  Then what?

16  A.  And simultaneously file access would be disabled and

17      strikes would be generated.

18  Q.  Okay.  Is it the case that once the URLs are extracted,

19      the process is the same for whether the notice comes by

20      email or by SRA?

21  A.  Should be the same.

22  Q.  Okay.  So this should be, then, the same for whether

23      it's an email notice or an SRA notice, but tell me if

24      it's not.

25          Once you change the status to 5 for the file, what

Highly Confidential

Page 367

```
 1      else happens?  Is there a block status change?
 2   A. Yes, that will be in the file table.
 3   Q. So -- so that happens upon changing the file status;
 4      then in the files table, it's given a block status?
 5   A. Correct.
 6   Q. Okay.  And the changing of the block status or the
 7      having of the block status, that was not the case in
 8      that period prior to August of 2009?
 9   MR. THOMPSON:  Objection.  Vague.
10   MR. FABRIZIO:  Only to you, and maybe me.
11   A. May you repeat the question?  Sorry.
12   BY MR. FABRIZIO:
13   Q. Sure.  We talked about a period prior to August of 2009
14      when the system was different.
15   A. Mm-hmm.
16   Q. During that pre-August 2009 period, did the system go
17      through the process of assigning a block status?
18   A. No, it did not.
19   Q. Okay.  Earlier we talked about list pages.
20   A. Correct.
21   Q. Is the process for -- well, strike that.
22         Is the system action in response to getting a URL
23      that is a list page the same, regardless of whether the
24      notice comes by email or SRA?
25   A. I believe so, yes.
```

Highly Confidential

Page 371

1                    HIGHLY CONFIDENTIAL
                 CERTIFICATE OF DEPONENT
2

3
       I, ANTON TITOV, hereby certify that I have read the
4   foregoing pages of my deposition of testimony taken in these
    proceedings on Tuesday, December 6, 2011, and, with the
5   exception of the changes listed on the next page and/or
    corrections, if any, find them to be a true and accurate
6   transcription thereof.

7

8

9

10

    Signed:  ...........................................
11

    Name:    ANTON TITOV
12
    Date:    11/20/2012
13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 373

1                    HIGHLY CONFIDENTIAL

2

3                         E R R A T A

                   Deposition of ANTON TITOV
4
    Page/Line No.          Description          Reason for change
5

6     225:25     Remind me. --> There might be.  Correct transcription

7     234:20     Presentation --> representation  Correct transcription

8     234:20     cost of the --> concept of      Correct transcription

9     261:2      As --> That's                   Correct transcription

10    273:20     Limewire --> Limelight          Correct transcription

11    279:3      is --> would                    Correct transcription

12    293:11     following --> logging           Correct transcription

13    306:5      calls --> holds                 Correct transcription

14    306:6   service at hotfile.com --> to abuse@hotfile.com Correct trans.

15    321:6      would decide it --> with this ID  Correct transcription

16    333:20     brought --> blocked            Correct transcription

17    337:7      file --> file ID               Correct transcription

18  Signed:  ....................

19  Name:   ANTON TITOV

20  Date:   ....................

21

22

23

24

25

TSG Reporting - Worldwide    (877) 702-9580

Highly Confidential

```
                                                    Page 373

 1                    HIGHLY CONFIDENTIAL

 2
                          E R R A T A
 3
                  Deposition of ANTON TITOV
 4
     Page/Line No.        Description         Reason for change
 5
 6   361:25         state --> table              Correct transcription

 7    368:7   users stay on our uploads --> users_cowner_upload  Correct trans

 8

 9

10

11

12

13

14

15

16

17

18   Signed:    ........../...........

19   Name:    ANTON TITOV

20   Date:    1/20/2012...........

21

22

23

24

25
```

TSG Reporting - Worldwide     (877) 702-9580

Highly.Confidential

Page 372

1                    HIGHLY CONFIDENTIAL
              CERTIFICATE OF COURT REPORTER
2

3
     I, Fiona Farson, with TSG Reporting, hereby certify that the
4    testimony of the witness Anton Titov in the foregoing
     transcript, taken on Tuesday, December 6, 2011 was reported
5    by me in machine shorthand and was thereafter transcribed by
     me; and that the foregoing transcript is a true and accurate
6    verbatim record of the said testimony.

7
     I further certify that I am not a relative, employee,
8    counsel or financially involved with any of the parties to
     the within cause, nor am I an employee or relative of any
9    counsel for the parties, nor am I in any way interested in
     the outcome of the within cause.
10

11

12

13

14
     Signed:  ........................
15
     Fiona Farson
16
     Dated: 12/17/2011
17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 374

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - - - -
DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,
          Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,


          Defendants.


HOTFILE CORP.,

          Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,
          Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -
                    VOLUME III
          H I G H L Y   C O N F I D E N T I A L
          (Pursuant to protective order, the following
     transcript has been designated highly confidential)

               30(b)(6) DEPOSITION OF ANTON TITOV
                    Radisson Blu Hotel
                     Sofia, Bulgaria
               Wednesday, December 7, 2011
                    AT:  9:09 a.m.

Job # 44429

H I G H L Y   C O N F I D E N T I A L

Page 375

1    A P P E A R A N C E S

2        ATTORNEY FOR THE PLAINTIFFS:
                 JENNER & BLOCK, LLP
3                BY:  STEVEN FABRIZIO, ESQ.
                 1099 New York Avenue, NW
4                Washington, DC  20001

5

6

7

         ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
8        AND ANTON TITOV:
                 FARELLA, BRAUN & MARTEL, LLP
9                BY:  RODERICK THOMPSON, ESQ.
                 235 Montgomery Street
10               San Francisco, California  94104

11

12               BOSTON LAW GROUP
                 BY:  VALENTIN GURVITS
13               825 Beacon Street
                 Newton Center, MA 02459

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 376

1    Also present:

2    Court reporter:

3            Fiona Farson
             TSG Reporting
4

5    Videographer:

6            Simon Rutson
             TSG Reporting
7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10           Elena Alexieva

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 386

1    Q.   Okay.  Is it one particular person's responsibility?

2    A.   Currently it's only Andre -- Andre Ianakov.

3    Q.   Okay.  And has it always been only Andre Ianakov?

4         I'm sorry, did you say "no"?

5    A.   I didn't.  It was Stanislav Manov was helping him, to my

6         best knowledge --

7    Q.   Okay.

8    A.   -- at the time he was working for Hotfile.

9    Q.   So has Mr. Ianakov been -- strike that.

10        Has reviewing and responding to user communications

11        been part of Mr. Ianakov's responsibilities from the

12        launch of Hotfile through to the present?

13   MR. THOMPSON:  Objection, overbroad.

14   A.   I believe so.

15   BY MR. FABRIZIO:

16   Q.   Okay.  And what are Mr. Ianakov's and, while he was

17        doing it, Mr. Manov's responsibilities with regard to

18        user correspondence?

19   MR. THOMPSON:  Objection, overbroad.

20   A.   Generally to address users' problems and to try to help

21        them.

22   BY MR. FABRIZIO:

23   Q.   Okay.  Did you supervise Mr. Ianakov and/or Mr. Manov,

24        when he was there, with regard to user communications?

25   MR. THOMPSON:  Objection, vague.

H I G H L Y   C O N F I D E N T I A L

Page 387

1     A.   I won't say it's fair to say that I do supervise them.

2          To the extent that a user may have a technical problem,

3          they may contact me, if they think that it's a problem

4          I can help them with.

5     BY MR. FABRIZIO:

6     Q.   Okay.  Does somebody have a responsibility for

7          supervising Mr. Manov and Ianakov in responding to user

8          communications?

9     MR. THOMPSON:  Same objection.

10    A.   Well, it's not strictly written anywhere or anything

11         else, and my understanding is that, to a certain extent,

12         Rumen Stoyanov is supervising them.

13    BY MR. FABRIZIO:

14    Q.   Well, maybe I should put it this way; while he was there

15         Mr. Manov and throughout the period, Mr. Ianakov, were

16         they empowered by Hotfile to exercise their discretion

17         in answering user correspondence?

18    MR. THOMPSON:  Objection.  Vague and calls for a legal

19         conclusion.

20    A.   I would say to a certain extent.

21    BY MR. FABRIZIO:

22    Q.   "To a certain extent"?  What does that mean?

23    MR. THOMPSON:  Objection, vague.

24    A.   Probably there would be problems that they will address

25         to Rumen or to me, and if they want me to tell them how

H I G H L Y   C O N F I D E N T I A L

Page 440

1      so on Hotfile's behalf?

2   A.   I believe so.

3   Q.   So he was acting for Hotfile when he did it?

4   MR. THOMPSON:   Objection, calls for a legal conclusion.

5   A.   I don't know, he was just filling out a form.

6   BY MR. FABRIZIO:

7   Q.   Okay, I'm going to -- switching gears.

8        Why does the Hotfile website not have a function to

9        allow users to search for files that are hosted on the

10       Hotfile website?

11  A.   It was the industry's model back in the time.

12  Q.   What industry's model?

13  A.   Hotfile is a storage facility that users can store their

14       own personal files, and that doesn't go well with search

15       function.

16  Q.   Is there any other reason that Hotfile does not have

17       a search function on the website?

18  MR. THOMPSON:   Objection, vague, overbroad.

19  A.   Except the fact that it's easier not to do something

20       again than to do something and it was the case with

21       Rapidshare that we looked at in the beginning.

22       I think these are the reasons.

23  BY MR. FABRIZIO:

24  Q.   My question was; is -- is there any other reason?

25  MR. THOMPSON:   Objection, asked and answered.

H I G H L Y   C O N F I D E N T I A L

Page 443

1        downloading files from Hotfile, correct?

2    A.  That would be one of the activities, you can download

3        without uploading and you can -- yeah.

4    Q.  Well, Hotfile doesn't charge users for uploading, does

5        it?

6    MR. THOMPSON:  Objection, vague.

7    A.  You can upload files without paying, but if you are

8        a paid user, you have certain privileges also in loading

9        and storing information.

10   BY MR. FABRIZIO:

11   Q.  And that is, if you're not a premium user, any files

12       you've uploaded will be deleted after a certain period

13       of time if they have not been downloaded, correct?

14   MR. THOMPSON:  Objection, vague as to time.

15   A.  And also the redundancy of the files of the premium

16       users is higher.

17   BY MR. FABRIZIO:

18   Q.  What does that mean?

19   A.  That means that all the files of premium users, we have

20       two copies on different servers for them.

21   Q.  And for non-premium users, that's not the case?

22   A.  I believe so.

23   Q.  I'm just going to try and clarify, but my question was

24       not artful.

25       Does Hotfile maintain a backup copy on a separate

H I G H L Y   C O N F I D E N T I A L

Page 445

1    BY MR. FABRIZIO:

2    Q.   Okay.  And it would not be difficult from a technical

3         matter to have a search function that only would locate

4         files that users have designated for public

5         distribution, correct?

6    MR. THOMPSON:  Objection, vague and overbroad.

7    A.   It's possible, yes.

8    BY MR. FABRIZIO:

9    Q.   Okay.  So I ask again, why does Hotfile not have such

10        a search function on its website?

11   MR. THOMPSON:  Objection, asked and answered.

12   A.   It just doesn't.

13   BY MR. FABRIZIO:

14   Q.   Well, my question, sir, is; why?

15   MR. THOMPSON:  Objection, asked and answered, now twice.

16   A.   The same reasons I said before.

17   BY MR. FABRIZIO:

18   Q.   And before you said that Hotfile was effectively for

19        storage, and I believe now we've established that it's

20        for downloading as well, so, with that new context, I'd

21        like to understand as best you can tell us why Hotfile

22        doesn't have a search function on its website?

23   MR. THOMPSON:  Objection to the preamble as argumentative,

24        misstating testimony.  The question has been asked and

25        answered three times.

H I G H L Y   C O N F I D E N T I A L

Page 446

1        If you have any more -- any more to add, go ahead.

2    A.   Well, you are correct that downloading is part of the

3         process, all the Hotfile idea is for the user to choose

4         who would be downloading his files and not to publish

5         them to the whole word.

6    MR. FABRIZIO:  Okay.  We'll leave it there.

7        I'm going to mark as Titov exhibit 146 a document

8         numbered HF34459, marked as 147 is a document numbered

9         HF34686, and as Titov exhibit 148, a document numbered

10        HF34587.

11   (Titov exhibits 146, 147 and 148 marked for identification.)

12   BY MR. FABRIZIO:

13   Q.   Have you had a chance to look at exhibits 146, 147 and

14        148, Mr. Titov?

15   A.   Yes, I did.

16   Q.   Are these further examples of user communications to

17        Hotfile through the Contact us page?

18   MR. THOMPSON:  Objection, vague.

19   A.   I don't have any reason to believe they're not.

20   BY MR. FABRIZIO:

21   Q.   Okay.  And are they true and correct copies of user

22        communications to Hotfile in the February 2001 [sic]

23        timeframe?

24   MR. THOMPSON:  Objection, compound.

25   A.   2011?

H I G H L Y   C O N F I D E N T I A L

Page 448

1    A.  I don't know.

2    Q.  In the period of time after the filing of this lawsuit,

3        did other users ask Hotfile for refunds because some of

4        the files they wanted to get were no longer available?

5    MR. THOMPSON:  Objection, overbroad, calls for speculation.

6    A.  I don't know.

7    BY MR. FABRIZIO:

8    Q.  Who at Hotfile would handle requests for refunds?

9    A.  That would be Andre.

10   Q.  Okay.  Did -- of the shareholders of Hotfile, is there

11       one of the shareholders that would have more

12       responsibility for dealing with issues of user requests

13       for refunds?

14   A.  I don't believe so.  I think that the policy is to issue

15       refunds when requested.

16   Q.  Is Mr. Ianakov an owner of Hotfile Corporation?

17   A.  No, he is not.

18   Q.  Does he have any ownership interests in Hotfile

19       Corporation?

20   A.  No, he does not.

21   Q.  Does he have an ownership interest in Hotfile Ltd?

22   A.  No, he does not.

23   Q.  Does he have an ownership interest in Lemuria?

24   A.  No, he does not.

25   Q.  How is he compensated?

H I G H L Y   C O N F I D E N T I A L

Page 506

1    A.   I would check the database.

2    Q.   What in the database would you check?

3    A.   For any fields or -- I don't know, statuses, or ...

4    Q.   You would look for a table discussing user statuses?

5    A.   Probably, yes, or -- and field table.  I don't know.

6         I'll just look around.

7    MR. FABRIZIO:  Okay.  Why don't we take that break.

8    VIDEOGRAPHER:  Off the record, 3:57.

9                    (A break was taken.)

10   VIDEOGRAPHER:  Back on the record, 4:13.

11   BY MR. FABRIZIO:

12   Q.   Has Hotfile implemented some form of copyright filtering

13        since the institution of this lawsuit?

14   A.   Ask you asking about overall?

15   Q.   Well, I was asking any form of copyright filtering.

16   A.   Do you consider this?

17   Q.   Yeah, I do consider it -- well, let me put it this way;

18        since the institution of this lawsuit, has Hotfile

19        implemented any form of content identification

20        technology?

21   A.   Yes, we started using Vobile.

22   Q.   Anything else?

23   A.   No, I don't think so.

24   Q.   Okay.  And for the record, what is Vobile?

25   MR. THOMPSON:  Objection, vague.

H I G H L Y   C O N F I D E N T I A L

Page 507

```
 1   A.   Vobile is a company that will provide technology for

 2        fingerprinting, taking fingerprints from videos --

 3        videos, and they -- then they have service for

 4        presenting these fingerprints to them, and they will

 5        respond if this video matches any video in their

 6        database.

 7   BY MR. FABRIZIO:

 8   Q.   And when they respond, because a finger -- they have

 9        a fingerprint match, do they provide information about

10        the copyright owner and instructions from a copyright

11        owner with regard to a particular file?

12   MR. THOMPSON:  Objection, compound and vague.

13   A.   I know for sure that they provide the copyright owner,

14        but I'm not sure about the instructions.

15   BY MR. FABRIZIO:

16   Q.   Okay.  Well, let me put it this way, if there's a -- if

17        upon submission of a fingerprint to Vobile there's

18        a fingerprint match, Vobile sends information back to

19        you?

20   A.   It's more like we are supposed to connect and to check

21        if the submission is processed, but basically that's the

22        idea.

23   Q.   Okay.  And when Hotfile connects in to check, what

24        information does Vobile make available to Hotfile about

25        the file that it was checking?
```

H I G H L Y   C O N F I D E N T I A L

Page 550

1          by user ID, we would get data reflecting the user ID,

2          the domains that user has -- has registered in the

3          affiliate program and the total sum of money that

4          Hotfile has paid that affiliate, correct?

5     A.   That's correct.

6     Q.   Okay.  So, again, I'm just simply asking I just want to

7          get the format right, I'm not asking you to say that we

8          did it right, but if that is what we did, correctly,

9          that would reflect, for instance, that looking at the

10         first row here, that user ID number 1926356 had

11         registered the domain "audiovideo4free.blog spot.com" in

12         the Hotfile affiliates program, and that Hotfile had

13         paid that user $39,941.84, correct?

14    MR. THOMPSON:  Objection, the question is compound and

15         complex, calls for a hypothetical.

16    A.   This is what the document says.

17    BY MR. FABRIZIO:

18    Q.   Okay.  And have you ever looked at the RAF sites table

19         personally?

20    A.   I don't remember doing so.

21    Q.   Okay.  But it's accessible to you as it is to anyone at

22         Hotfile that has access to the database, correct?

23    A.   It is.

24    MR. FABRIZIO:  Why don't we break there.

25    VIDEOGRAPHER:  Off the record, 6:05, end of tape 4,

H I G H L Y   C O N F I D E N T I A L

Page 552

1               HIGHLY CONFIDENTIAL
              CERTIFICATE OF DEPONENT

2

3

    I, ANTON TITOV, hereby certify that I have read the
4  foregoing pages of my deposition of testimony taken in these
    proceedings on Wednesday, December 7, 2011, and, with the
5  exception of the changes listed on the next page and/or
    corrections, if any, find them to be a true and accurate
6  transcription thereof.

7

8

9

10

    Signed:   _____
11

    Name:     ANTON TITOV
12
    Date:     1/20/2012
13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 554

1                    HIGHLY CONFIDENTIAL

2    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

3    DATE OF DEPOSITION: 12-7-2011

4    NAME OF WITNESS: ANTON TITOV

5    Reason Codes:

6         1.  To clarify the record.

7         2.  To conform to the facts.

8              3.  To correct transcription errors.

9    Page  396   Line  16   Reason   3

10   From  no              to      to

11   Page  402   Line  13   Reason   3

12   From  Googles         to     cookies

13   Page  402   Line  15   Reason   3

14   From  Googles         to     cookies

15   Page  418   Line  5    Reason   3

16   From  user field field    to   user input field

17   Page  439   Line  24   Reason   3

18   From  Lucyan          to       Luchian

19   Page  458   Line  5    Reason   5

20   From  only the        to    only if the

21   Page  483   Line  19   Reason   3

22   From  to upload down the file from   to   will pull down the file from

23

24                        _____

25                        ANTON TITOV

H I G H L Y   C O N F I D E N T I A L

```
                                                    Page 554
 1                    HIGHLY CONFIDENTIAL
 2   NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.
 3   DATE OF DEPOSITION: 12-7-2011
 4   NAME OF WITNESS: ANTON TITOV
 5   Reason Codes:
 6        1.  To clarify the record.
 7        2.  To conform to the facts.
 8          3.  To correct transcription errors.
 9   Page  436   Line   18   Reason    3
10   From   Lucyan          to    Luchian
11   Page  436   Line   23   Reason    3
12   From   Lucyan          to    Luchian
13   Page  439   Line   24   Reason    3
14   From   Lucyan          to    Luchian
15   Page  439   Line   2    Reason    3
16   From  Lucyan's         to    Luchian's
17   Page _____ Line _____ Reason _____
18   From _____ to _____
19   Page _____ Line _____ Reason _____
20   From _____ to _____
21   Page _____ Line _____ Reason _____
22   From _____ to _____
23
24                       _____
25                          ANTON TITOV
```

H I G H L Y   C O N F I D E N T I A L

Page 553

1                        HIGHLY CONFIDENTIAL
                  CERTIFICATE OF COURT REPORTER
2

3

      I, Fiona Farson, with TSG Reporting, hereby certify that the
4     testimony of the witness Anton Titov in the foregoing
      transcript, taken on Wednesday, December 7, 2011 was
5     reported by me in machine shorthand and was thereafter
      transcribed by me; and that the foregoing transcript is a
6     true and accurate verbatim record of the said testimony.

7

      I further certify that I am not a relative, employee,
8     counsel or financially involved with any of the parties to
      the within cause, nor am I an employee or relative of any
9     counsel for the parties, nor am I in any way interested in
      the outcome of the within cause.
10

11

12

13

14

      Signed: _____
15

      Fiona Farson
16

      Dated: 12-19-2011
17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 555

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,

       Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,

       Defendants.


HOTFILE CORP.,

       Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,

       Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

VOLUME IV
H I G H L Y   C O N F I D E N T I A L
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Thursday, December 8, 2011
Job #44430          AT:  9:10 a.m.

H I G H L Y   C O N F I D E N T I A L

Page 556

1                    A P P E A R A N C E S

2     ATTORNEY FOR THE PLAINTIFFS:

3                 JENNER & BLOCK
                  BY:  STEVEN FABRIZIO, ESQ.
4                 1099 New York Avenue, NW
                  Washington, DC  20001
5

6

7

8
      ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
9     AND ANTON TITOV:
                  FARELLA, BRAUN & MARTEL
10                BY:  RODERICK THOMPSON, ESQ.
                  235 Montgomery Street
11                San Francisco, CA 94104

12

13                BOSTON LAW GROUP
                  By: VALENTIN GURVITS, ESQ.
14                825 Beacon Street
                  Newton Center, MA 02459
15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 557

1    Also present:

2    Court reporter:

3           Fiona Farson
            TSG Reporting
4

5    Videographer:

6           Simon Rutson
            TSG Reporting
7

8    Interpreter:

9           Assist. Prof. Boris Naimushin, Ph.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 624

1     was any -- were any of the funds that were in the Bank

2     of America account ever transferred to another bank

3     account?

4  MR. THOMPSON:  Object that it's not relevant if it's not

5     about Hotfile.  Counsel, I have the court's order, which

6     you represented authorized you robust discovery on this.

7     Can you please show me where that is in the order?  This

8     is the court's order of 9.14.2011.

9  MR. FABRIZIO:  If you're going to instruct, instruct, but

10    I'm not taking the time to have this debate with you.

11 MR. THOMPSON:  Can you explain why what Lemuria does at the

12    time relating to Hotfile is relevant --

13 MR. FABRIZIO:  Not in front of the witness, I'll explain it

14    during a break.

15 MR. THOMPSON:  I'll instruct until you give me some theory

16    of relevance.

17 MR. FABRIZIO:  That's fine.  Lemuria clearly is a piggy bank

18    of Mr. Stoyanovich -- what's his name -- Stoyanov.

19       It has no separate corporate existence, it loans

20    money to friends of Mr. Stoyanov without any

21    documentation, money that gets paid back to Hotfile

22    Corporation, which maybe gets paid to Hotfile Ltd, and

23    maybe gets paid back to Lemuria, and you're asking me

24    why I have a right -- whether I have a right to ask

25    about the outflow of funds from Lemuria?

H I G H L Y   C O N F I D E N T I A L

Page 637

1    A.   That could be the case.

2    BY MR. FABRIZIO:

3    Q.   Does Hotfile have a Twitter account?

4    A.   I believe so.

5    Q.   Okay.  What's the Twitter account name?  What's the

6         handle?

7              Maybe I can help you, it's not a memory game.  Is it

8         "hotfile_site"?

9    A.   Maybe.  I can't remember.

10   Q.   And who tweets through that Hotfile Twitter account?

11   MR. THOMPSON:  Objection, vague.

12   MR. FABRIZIO:  Maybe to you, but undoubtedly not to him.

13   A.   That would be Mr. Ianakov.

14   BY MR. FABRIZIO:

15   Q.   Anybody else?

16   A.   I don't believe so.

17   Q.   Okay.  And is he -- is that part of -- is that something

18        he's permitted to do as part of his job responsibility

19        for Hotfile?

20   MR. THOMPSON:  Objection, assumes facts.

21   A.   I have impression that Mr. Stoyanov allowed him to do

22        so, yes.

23   MR. FABRIZIO:  I'm going to mark as Titov 164 a four-page

24        document that is a printout from the Hotfile Twitter

25        account.

H I G H L Y   C O N F I D E N T I A L

Page 651

1         the uploader affiliate has sold or the ratio, or some

2         ratio of sales?

3    MR. THOMPSON:  Objection, vague as to "it."

4    A.   I believe it is based on the total sum of sales that the

5         affiliate converted, and I believe that the formula also

6         includes some estimates for Hotfile expenses for

7         bandwidth on this user.

8    BY MR. FABRIZIO:

9    Q.   "User" meaning the uploader affiliate?

10   A.   Yeah.

11   Q.   Focusing just for a second on the first part of the

12        equation, just to make sure we understand it, you said

13        the total sum of sales that the affiliate converted, so

14        the total number of users who converted to premium --

15        well, from the downloader page of a file that was

16        uploaded by one of those affiliates, correct?

17   A.   I actually meant that the money value also matters.

18                        (Reporter clarification.)

19            The money value.

20   Q.   The money value?  Oh, what -- what level of premium

21        service that downloader purchases, okay.

22   A.   Correct.

23   Q.   Let me just ask by way of illustration to confirm

24        something.

25            Assuming the downloader purchased -- two

H I G H L Y   C O N F I D E N T I A L

Page 652

1       downloaders -- I'm sorry.  Assuming every downloader

2       purchases the same level of premium, so I don't -- so we

3       don't have the -- that variable to confuse things, if

4       one uploader affiliate had one file up and it was

5       downloaded a thousand times and one person converted,

6       and another uploader affiliate only had -- had one file

7       up, but only one person downloaded it, but that person

8       converted, both -- in both cases there was one converted

9       premium user, and there was only one file uploaded, but

10      in one case that file had been downloaded a thousand

11      times in order to get the one conversion and, in the

12      second case, the first download resulted in

13      a conversion -- do you understand the distinction I'm

14      drawing?

15   A.  Yes, I do.

16   Q.  When you're -- when considering the part of the equation

17      that is the total sum of sales that the affiliate

18      converted, are those two uploader affiliates the same,

19      considered to be equivalent?

20   MR. THOMPSON:  Objection, compound, vague and ambiguous.

21   A.  Are you asking if they will yield the same rank or where

22      one is --

23   BY MR. FABRIZIO:

24   Q.  I'm saying both of them have one converter, and does

25      that mean that the total sum of sales that each of them

H I G H L Y   C O N F I D E N T I A L

Page 653

1       converted is one?

2    A. Again, I think in the -- it's monetary value, so it will

3       be nine.

4                     (Reporter clarification.)

5           The monetary value, dollars, so I think it will be

6       $9 if they purchased --

7    Q. Okay.  So the total sum -- the total monetary sum of

8       sales that each affiliate converted, okay, I was

9       thinking "sum" as being number of downloads, all right.

10          So if the up -- if the downloading users both

11      converted to premium at the $9 rate, in both instances

12      the uploading affiliate would -- would have a total

13      number of sales converted of $9, okay?

14   A. Correct.

15   Q. And that's not affected by the ratio of the number of

16      downloads it took to get that conversion?

17   A. As I said, it is a formula, and what -- the monetary

18      value is part of the formula, so, yes, the ratio is

19      an issue.

20   Q. Let me -- let me try to simplify it; if you look at

21      exhibit 165, at the top on the right-hand side there is

22      the heading "Ranks" --

23   MR. THOMPSON:  Excuse me.

24   BY MR. FABRIZIO:

25   Q. -- and towards the bottom of that paragraph there's two

H I G H L Y   C O N F I D E N T I A L

Page 654

1      numbered paragraphs, and one says -- and then they

2      are -- they're talking about -- well, it says:

3          "Your status mainly depends on your conversion ratio

4      which includes:

5          1.  The ratio of the users that downloaded your

6      files and the users that become premium based on your

7      uploaded files."

8          Do you see that?

9   A.  Yes, I do see that.

10  Q.  What does that mean?

11  MR. THOMPSON:  Objection, vague and ambiguous.  The document

12      speaks for itself.

13  A.  As I tried to explain before, the formula actually works

14      like a money equation; you have income and you have

15      expenses, you divide them, and you get a number, and,

16      based on this number, a rank will be assigned.

17  BY MR. FABRIZIO:

18  Q.  What I'm trying to figure out is how the income and

19      expenses description you're giving me relates to the

20      description in exhibit 165.

21  A.  And given the fact that one of the expenses is

22      bandwidth, so it counts here.

23  Q.  Okay.  And on exhibit 165 -- 165, number 2 says:

24          "The ratio of uploaded files to [the] number of

25      downloaded files," that's the part that accounts for

H I G H L Y   C O N F I D E N T I A L

Page 655

1      expenses?

2   A.   Yes.

3   Q.   Okay.  And if I understand that, a user that has

4        uploaded one file downloaded 10,000 times is going to

5        have a higher rank than a user that uploaded 10,000

6        files each downloaded once, correct?

7   MR. THOMPSON:  Objection, vague and ambiguous and incomplete

8        hypothetical.

9   BY MR. FABRIZIO:

10  Q.   I should actually -- that actually is right because

11       other factors may affect the rank.

12          It is better for a user's rank to have uploaded one

13       file, downloaded 10,000 times, than to have uploaded

14       10,000 files, each downloaded once, correct?

15  MR. THOMPSON:  Same objection.

16  A.   Given the fact that if you assume the same file size for

17       it, then you are correct.

18  BY MR. FABRIZIO:

19  Q.   Okay.  And why is that?

20  A.   That is the formula our affiliate program is using.

21  Q.   I understand that.  Why does your affiliate program use

22       a formula that rewards users more for uploading a fewer

23       number of files that are downloaded very frequently than

24       for uploading a large number of files that are

25       downloaded only infrequently?

H I G H L Y   C O N F I D E N T I A L

Page 665

 1       from the downloading patterns of users from countries

 2       that are not on the list of 54?

 3   MR. THOMPSON:  Same objection.

 4   A.  I can't think of anything.

 5   BY MR. FABRIZIO:

 6   Q.  Have the list of 54 -- well, have the same 54 countries

 7       been on this list since the beginning of Hotfile?

 8   A.  No, I don't think so.

 9   Q.  So the list has changed over time?

10   A.  Yes, I think so.

11   Q.  How has the list changed?

12   A.  I think that countries has been added -- added.

13   Q.  Which countries have been added?

14   A.  I don't know the full history of the list.

15   Q.  Okay.  Can you describe for us how the site operator's

16       affiliate program operates?

17   MR. THOMPSON:  Objection, overbroad, also asked and

18       answered.

19   A.  It is a program where site owners would get commission

20       of the sales, the users referred to by their website.

21   BY MR. FABRIZIO:

22   Q.  And they get 5 per cent of the sale price for every user

23       they refer that converts to a premium account?

24   A.  I think it could be 5 or more per cent.

25   Q.  Under what circumstances would it be more than 5 per

H I G H L Y   C O N F I D E N T I A L

Page 706

```
 1      correct?

 2  MR. THOMPSON:  Objection, vague, overbroad.

 3  A.  That is probably possible.

 4  BY MR. FABRIZIO:

 5  Q.  And is Hotfile purposely avoiding exploring what its

 6      users are downloading?

 7  MR. THOMPSON:  Objection, vague and ambiguous, overbroad.

 8  A.  I don't believe so.

 9  BY MR. FABRIZIO:

10  Q.  Do you believe that Hotfile's revenues would go down if

11      Hotfile were to eliminate all infringement on its

12      system?

13  MR. THOMPSON:  Objection, calls for a legal conclusion,

14      hypothetical, and opinion testimony.

15  A.  I don't know.

16  BY MR. FABRIZIO:

17  Q.  You don't know?  You don't have a belief one way or the

18      other?

19  MR. THOMPSON:  Objection, asked and answered.

20  A.  I don't know.

21  BY MR. FABRIZIO:

22  Q.  Is there any doubt in your mind that at least some

23      portion of Hotfile's profits are a result of copyright

24      infringement?

25  MR. THOMPSON:  Objection, calls for a legal conclusion and
```

H I G H L Y   C O N F I D E N T I A L

Page 710

1    A.   I believe there are two factors involved, one being if

2         the upload is anonymous or not.

3    Q.   One being if the uploader was anonymous?

4    A.   If the file was anonymously uploaded.

5    Q.   Okay.

6    A.   And the second factor would be whether the file was ever

7         downloaded at all.

8    Q.   Okay.  So is it the case that if the file was uploaded

9         anonymously and had never been downloaded before, the

10        period of time is 14 days?

11   A.   That is my belief.

12   Q.   And if the file was uploaded by a registered but

13        non-premium user and the file had been downloaded at

14        some point, then the period becomes 90 days?

15   A.   Yes, that is my belief, that it will be 90 days from the

16        last download.

17   Q.   Okay.  And is it possible -- is it possible that the

18        period of time could be something between 14 and 90

19        days, or is it one or the other?

20   A.   It is possible.

21   Q.   And is it based on the same considerations, just

22        different combinations of them?

23   A.   Correct.

24   Q.   Okay.  Why does Hotfile delete the files of non-premium

25        users when they haven't been downloaded for a period of

H I G H L Y   C O N F I D E N T I A L

Page 711

1       time?

2    A.  I believe that is to free disk space.

3    Q.  But if Hotfile is supposed to be at least in part

4        a storage service, isn't it contrary to the notion of

5        storage that Hotfile deletes files that have been stored

6        on it?

7    MR. THOMPSON:  Objection, argumentative, and assumes facts.

8    A.  I think it was implemented based on the model of other

9        websites.

10                    (Reporter clarification.)

11          Model of other websites.

12   BY MR. FABRIZIO:

13   Q.  "Model of other websites."  Other websites such as

14   .    Rapidshare and MegaUpLoad?

15   A.  Correct.

16   Q.  Has Hotfile ever given consideration to, instead of

17       deleting those files, simply charging those users to

18       store them?

19   MR. THOMPSON:  Objection, overbroad and vague.

20   A.  If user buy a premium account, these files will be in

21       fact stored.

22   BY MR. FABRIZIO:

23   Q.  Switching topics again -- I'm getting towards the end,

24       so I'm trying to cover some things I missed along the

25       way, that's why there will be a lot of shifting.

HIGHLY CONFIDENTIAL

Page 729

1

CERTIFICATE OF DEPONENT

2

3

I, ANTON TITOV, hereby certify that I have read the
4   foregoing pages of my deposition of testimony taken in these
proceedings on Thursday, December 8, 2011, and, with the
5   exception of the changes listed on the next page and/or
corrections, if any, find them to be a true and accurate
6   transcription thereof.

7

8

9

10

Signed:   ...................................

11

Name:    ANTON TITOV

12

Date:   1/ 28 / 2012  .................

13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1   NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2   DATE OF DEPOSITION: 12-8-2011

3   NAME OF WITNESS: ANTON TITOV

4   Reason Codes:

5       1.  To clarify the record.

6       2.  To conform to the facts.

7       3.  To correct transcription errors.

8   Page __581__ Line __8__ Reason __3__

9   From __make it to the__ to __make it to__

10  Page __581__ Line __9__ Reason __3__

11  From __log, the__ to __log the__

12  Page __582__ Line __17__ Reason __3__

13  From __cannot exist__ to __can notice if__

14  Page __582__ Line __20__ Reason __1__

15  From __accounts hacking, limitation__ to __accounts to prevent hacking is a limitation__

16  Page __582__ Line __22__ Reason __3__

17  From __force on__ to __force hacking on__

18  Page __586__ Line __16__ Reason __3__

19  From __or__ to __of__

20  Page __586__ Line __17__ Reason __3__

21  From __servers of__ to __service__

22

23  _____

24              ANTON TITOV

25

TSG Reporting - Worldwide

HIGHLY CONFIDENTIAL

Page 731

1   NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2   DATE OF DEPOSITION: 12-8-2011

3   NAME OF WITNESS: ANTON TITOV

4   Reason Codes:

5        1.  To clarify the record.

6        2.  To conform to the facts.

7        3.  To correct transcription errors.

8   Page __587__ Line __3__ Reason __3__

9   From __all product__ to __will protect__

10  Page __587__ Line __5__ Reason __3__

11  From __stage__ to __limitation__

12  Page __589__ Line __24__ Reason __3__

13  From __it's correct__ to __it isn't a correct__

14  Page __592__ Line __25__ Reason __1__

15  From __it__ to __we would__

16  Page __597__ Line __25__ Reason __3__

17  From __the shareholders__ to __two shareholders__

18  Page __611__ Line __22__ Reason __3__

19  From __Lucyan__ to __Luchian__

20  Page __612__ Line __8__ Reason __3__

21  From __Lucyan__ to __Luchian__

22

23        _____

24              ANTON TITOV

25

TSG Reporting - Worldwide

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5         1.  To clarify the record.

6         2.  To conform to the facts.

7         3.  To correct transcription errors.

8    Page __612__ Line __15__ Reason __3__

9    From __Lucyan_____ to __Luchian_____

10   Page __612__ Line __17__ Reason __3__

11   From __Lucyan_____ to __Luchian_____

12   Page __616__ Line __8__ Reason __3__

13   From __FABRIZIO_____ to ____THOMPSON_____

14   Page __616__ Line __13__ Reason __3__

15   From ___man_____ to ____him_____

16   Page __620__ Line __4__ Reason __3__

17   From __Lemuria paid_____ to __Lemuria ever paid__

18   Page __620__ Line __4__ Reason __3__

19   From __other_____ to _____any_____

20   Page __620__ Line __5__ Reason __3__
          and if there is still other   and the answer is still no, and
21   From __shareholders_____ to __other shareholders, no.___

22

23   _____

24                    ANTON TITOV

25

TSG Reporting - Worldwide

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5         1.   To clarify the record.

6         2.   To conform to the facts.

7         3.   To correct transcription errors.

8    Page 626   Line 22   Reason 3

9    From financial election   to   FinArt transaction

10   Page 632   Line 25   Reason 3

11   From a port tool   to   upload tool

12   Page 649   Line 25   Reason 3

13   From paid to the   to   paid through the

14   Page 675   Line 13   Reason 3

15   From responding to the   to   responding to user

16   Page 675   Line 14   Reason 3

17   From query in   to   inquiries via

18   Page 675   Line 15   Reason 1

19   From frequently questions   to frequently asked questions

20   Page 701   Line 11   Reason 3

21   From ask him the question   to   ask him a new question

22

23                          _____

24                          ANTON TITOV

25

HIGHLY CONFIDENTIAL

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5        1.  To clarify the record.

6        2.  To conform to the facts.

7        3.  To correct transcription errors.

8    Page  723  Line  16   Reason  3

9    From       hosted          to        posted
             726:25-727:1
10   Page _____ Line _____ Reason  3

11   From   our court file     to    Hotfile

12   Page  611  Line  22   Reason  3

13   From   Lucyan           to    Luchian

14   Page  612  Line  8    Reason  3

15   From   Lucyan           to    Luchian

16   Page  612  Line  12   Reason  3

17   From   Lucyan           to    Luchian

18   Page  612  Line  15   Reason  3

19   From   Lucyan           to    Luchian

20   Page  612  Line  17   Reason  3

21   From   Lucyan           to    Luchian

22

23   _____

24            ANTON TITOV

25

TSG Reporting - Worldwide

HIGHLY CONFIDENTIAL

Page 730

1                    HIGHLY CONFIDENTIAL
                CERTIFICATE OF COURT REPORTER
2

3
     I, Fiona Farson, with TSG Reporting, hereby certify that the
4    testimony of the witness Anton Titov in the foregoing
     transcript, taken on Thursday, December 8, 2011 was reported
5    by me in machine shorthand and was thereafter transcribed by
     me; and that the foregoing transcript is a true and accurate
6    verbatim record of the said testimony.

7
     I further certify that I am not a relative, employee,
8    counsel or financially involved with any of the parties to
     the within cause, nor am I an employee or relative of any
9    counsel for the parties, nor am I in any way interested in
     the outcome of the within cause.

10

11

12

13

14
     Signed:  .......................
15
     Fiona Farson
16
     Dated: 12-20-2011
17

18

19

20

21

22

23

24

25