# EXHIBIT 3

HIGHLY CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2          CASE NO. 11-20427-WILLIAMS/TURNOFF
 3
    DISNEY ENTERPRISES, INC.,              )
 4  TWENTIETH CENTURY FOX FILM             )
    CORPORATION, UNIVERSAL CITY            )
 5  STUDIOS PRODUCTIONS LLLP,              )
    COLUMBIA PICTURES INDUSTRIES           )
 6  INC., and WARNER BROS.                 )
    ENTERTAINMENT INC.,                    )
 7                                         )
              Plaintiffs,                  )
 8                                         )
       -vs-                                )
 9                                         )
    HOTFILE CORP., ANTON TITOV,            )
10  and DOES 1-10,                         )
                                           )
11            Defendants.                  )
                                           )
12  _____        )
                                           )
    HOTFILE CORP.,                         )
13                                         )
              Counterclaimant,             )
14                                         )
       -vs-                                )
15                                         )
    WARNER BROS. ENTERTAINMENT, INC.,      )
16                                         )
              Counterdefendant.            )
17                                         )
18       VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
19                           OF
20                     ATANAS VANGELOV
21                   HIGHLY CONFIDENTIAL
22             on Wednesday, December 7, 2011
                   commencing at 9:10 a.m.
23  Reported by:
                        Taken at the offices of
24  Thelma Harrie         RADDISON BLU HOTEL
                            SOFIA, BULGARIA
25  Job# 43403
```

HIGHLY CONFIDENTIAL

Page 2

1     A P P E A R A N C E S
2  On behalf of the Plaintiffs
      JENNER & BLOCK LLP
3     1099 New York Avenue, NW
      Washington, DC 20001
4           BY:  LUKE PLATZER, ESQ.
5
6
7  On behalf of the Defendant HOTFILE CORP.
      FARELLA BRAUN & MARTEL LLP
8     Russ Building
      235 Montgomery Street
9     San Francisco, CA 94104
            BY:  ANDREW LEIBNITZ, ESQ.
10
11
12 In attendance:
13 INTERPRETER:
      GEORGE M. MATVEEV
14    GO Ltd.
      15, Krusheva Gradina Str.
15    Sofia 1415
      Bulgaria
16    Tel. +359 888 13 50 62
17 VIDEOGRAPHER:
      SIMON ADDINSELL
18    TSG Court Reporting
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 27

1  Q    Now, you testified earlier that you,
2  Mr Stoyanov and Mr Titov, were the three founders
3  of Hotfile.  Was founding the company your idea?
4  A    I think that the idea of the
5  foundation of the -- is that correct?  Foundation?
6  Q    Foundation.
7  A    -- foundation of the company came
8  from Mr Stoyanov, and then we all decided to -- to
9  establish it.
10 Q    When did Mr Stoyanov have the idea to
11 found Hotfile?
12 A    I think that it was in 2008.
13 Q    And did Mr Stoyanov explain how he
14 got the idea for the business?
15 A    As far as I remember, because it was
16 a long time ago, he was -- I think that a friend of
17 him gave -- I don't remember exactly, but it was
18 a friend of him who -- who told him that he would
19 need something like that, and he did some research
20 on the Internet and -- and came with the ideas and
21 suggested that it would be an interesting business
22 that we could develop.
23 Q    And how did you come to be involved
24 in starting this company?
25 A    As I told you before, me and

HIGHLY CONFIDENTIAL

Page 28

1  Mr Stoyanov we were partners for a long time, and,
2  when he came with the idea, I -- I told that it's
3  -- it's a good idea of a business that can be on --
4  in the Internet. So that's how I -- I got
5  involved.
6       Q    What was Mr -- how did Mr Titov
7  become involved?
8       A    We were -- we knew that he's
9  a specialist in the hostings. At the time he was
10 -- he owned -- that's -- as I say, that's my
11 knowledge, from my knowledge, he own a hosting
12 company here in Bulgaria. So a hosting project
13 like Hotfile, he was the person that was needed for
14 a project like this.
15      Q    But he was not employed by Blue Ant
16 at the time?
17      A    Yes, that is correct.
18      Q    Who reached out to Mr Titov to get
19 him involved in Hotfile? Was it you or
20 Mr Stoyanov?
21      A    I -- I don't remember these facts.
22      Q    Now, you testified that you founded
23 Blue Ant with Mr Stoyanov in 2003?
24      A    Yes, that is correct.
25      Q    Are you and Mr Stoyanov the only

Case 1:11-cv-20427-KMW   Document 346-4   Entered on FLSD Docket 03/08/2012   Page 6 of 19

HIGHLY CONFIDENTIAL

Page 41

1  Q   Okay, so just for my own
2  understanding, so those weren't websites that you
3  owned personally?  Those were websites that
4  Blue Ant owned?
5  A   No.  They were -- they were owned by
6  another company, who were our shareholder.
7  Q   What was the name of that company?
8  A   The name of the company was Elonex
9  Corporation.
10  Q   Elonex?
11  A   Elonex Corporation.
12  Q   So you were a shareholder in Elonex
13  Corporation?  And did you sell Elonex Corporation
14  or did you sell the websites?
15  A   The company sold its assets.
16  Q   So Elonex --
17  A   Assets of it.
18  Q   Elonex Corporation sold its assets?
19  A   Sold assets of it, yes.
20  Q   And those assets included the
21  websites?
22  A   Yes.
23  Q   To whom did it sell them?
24  MR LEIBNITZ:  We're back to where we
25  were, counsel.  I'm not sure I see the relevance of

HIGHLY CONFIDENTIAL

Page 42

1   to whom the assets were sold.
2           THE WITNESS: They were sold to
3   a Canadian company.
4   BY MR PLATZER:
5       Q   When you founded Hotfile, were you
6   worried that the website could subject you to legal
7   liability?
8           MR LEIBNITZ: I'll object as vague
9   and ambiguous.
10          THE WITNESS: As far as I remember,
11  we didn't, because it was a perfectly legitimate
12  business.
13  BY MR PLATZER:
14      Q   You weren't concerned that legal
15  proceedings would be brought against Hotfile?
16          MR LEIBNITZ: Objection as to form.
17  Asked and answered. Vague and ambiguous.
18          THE WITNESS: When you do business on
19  the Internet, you know that in America and around
20  the world everyone is suing everyone for
21  everything, so...
22          But we were not concerned because it
23  was a -- it was a business that existed on the
24  Internet long before we started it; the business
25  model.

HIGHLY CONFIDENTIAL

Page 122

1    Q    And how much money did Elonex realise
2    from that sale?
3         MR LEIBNITZ:  Objection.  What could
4    be the possible relevance of that?
5         MR PLATZER:  That Mr Titov testified
6    yesterday about the start-up capital and the means
7    to fund Hotfile.
8         MR LEIBNITZ:  So what possible
9    bearing does the magnitude -- you're asking for the
10   specific dollar figure.  How is that relevant?
11        MR PLATZER:  I don't have to explain
12   the relevance of my questions to you.
13        MR LEIBNITZ:  Okay.  Then I'm going
14   to instruct the witness not to answer.
15        You've not explained the relevance,
16   or even attempted to do so.  It's violative of
17   Mr Vangelov's privacy, as well as the privacy for
18   the companies involved.  It's subject to
19   contractual confidentiality designations that have
20   not been waived.  No court has addressed or removed
21   the confidentiality of that transaction, so I'll
22   instruct the witness not to answer.
23   BY MR PLATZER:
24   Q    Let me ask this.  Did Elonex
25   Corporation provide capital to Hotfile Corp.?

```
1          A      Yes, that is correct.
2          Q      Approximately how much in start-up
3    funding did Elonex provide to Hotfile?
4                 MR LEIBNITZ:  So what's this
5    question?
6                 (To the court reporter)  Could you
7    repeat the question?
8                 COURT REPORTER:  Yes.
9                 "Q.  Approximately how much in
10   start-up funds did Elonex provide to Hotfile?"
11                THE WITNESS:  I do not remember the
12   exact number.
13   BY MR PLATZER:
14         Q      Can you approximate for me how much
15   it was?
16                MR LEIBNITZ:  Objection.  By its very
17   terms, this question calls for speculation.
18                MR PLATZER:  "Approximate" is not
19   spec -- not speculation, Andy.  You know that
20   perfectly well.
21                THE WITNESS:  I guess that maybe it
22   was a matter of a few hundred of thousands.
23   BY MR PLATZER:
24         Q      And were those few hundred
25   thousands -- was the origin of that money the sale
```

Page 153

1   an English expert.
2   BY MR PLATZER:
3       Q    Well, tell -- tell me.  Why don't
4   we -- tell me what you think --
5            MR LEIBNITZ:  Hold on.  Are you
6   finished with your -- please let him finish his
7   answers.
8            (To the witness)  Did you have more?
9            THE WITNESS:  I was going to answer
10  to your question, but let's start again.
11  BY MR PLATZER:
12      Q    Why don't you finish your answer?
13      A    Please ask the question again.
14      Q    Do you recall the context in which
15  Mr Chuburov wrote the e-mail to you at the top of
16  this chain?
17      A    Yes, I recall.
18      Q    And can you tell me what the context
19  was?
20      A    I requested this tool to be created
21  from him, and, from what I read of his responses,
22  he says that, ten days after the reporting of the
23  file, the file stays pending and, if there is a
24  counter-notification, then the file is deleted.
25           So what he says in the context is

HIGHLY CONFIDENTIAL

Page 154

1  that these 10 days we cannot qualify who is the
2  rightful owner of this file that is removed.  So,
3  from my understanding, he writes his concern that,
4  if we put a link to a third party from a link that
5  doesn't belong -- for the deleted work that doesn't
6  belong to this third party, it could be trouble for
7  us.
8              But I -- I have to tell you that
9  I'm -- I'm surprised by the legal conclusions that
10 is made by a technical employee of Blue Ant,
11 because he was -- he was not asked for any legal
12 opinion on this.  He was asked to create a software
13 programme.
14       Q    Had you had any conversations with
15 him before this e-mail about the circumstances
16 under which Hotfile might be legally liable for
17 a copyright infringing file on the service?
18       A    I don't refer for such conversations
19 but, from what I see in the e-mail, he is referring
20 to the new IP policy.  So maybe -- this would be
21 speculation -- but maybe he went and read the --
22 the intellectual property policy on the website,
23 and that's why he gave this legal conclusion of
24 him.  And I must say that he's a technical
25 programmer and not a legal expert and nobody was

Page 156

1  BY MR PLATZER:
2      Q    Did you express any disagreement with
3  him after this e-mail?
4      A    I cannot say for sure.  I probably
5  disregarded it, because he was, as I told you, he
6  was a technical person, software developer, so I
7  didn't need his opinion, and I didn't feel the need
8  to.  I didn't take his opinion very serious.
9           I cannot rely on opinion about the
10 policies of Hotfile of a technical person, a
11 database and programme software developer, for many
12 matter.
13     Q    Do you know why he said "Ten days
14 after a report, we pretend we don't know"?
15          MR LEIBNITZ:  Objection.  Calls for
16 pure speculation.
17          THE WITNESS:  Yes.  I think that what
18 he meant with this is the concern of his that is
19 mentioned a few rows below, and it's that,
20 according to the IP policy, 10 days after the
21 report, of the file, the file is pending.
22          So he probably meant that, during
23 this 10 days, we cannot say for sure if the file is
24 violating any copyrights or not.  That means --
25 probably that is the meaning that he wanted to

1  express with his e-mail.
2  BY MR PLATZER:
3          Q    Well, he's not talking about the ten
4  days that the notice is pending here.  Here he's
5  talking about what happens after those ten days are
6  over.
7               MR LEIBNITZ:  Well, is that
8  a question?
9               THE WITNESS:  No, that's not true.
10 BY MR PLATZER:
11         Q    Why is it not true?
12         A    Because what he says is, according to
13 our new IP policy, ten days after a report, we
14 pretend that we don't know.
15              That's the meaning of what I said to
16 you just one moment ago;  that these ten days after
17 the reporting of the file there is alleged
18 copyright infringement, but, before we receive or
19 not receive counter-notification from the user that
20 it was alleged for the copyright infringement
21 materials, we cannot know that -- we may assume but
22 we cannot know for sure.
23              So I think that in both his e-mails
24 to me he is referring just to these ten days.
25              MR PLATZER:  Okay.  You can put that

HIGHLY CONFIDENTIAL

Page 163

1  Q    Is one of the features that Hotfile
2  offers its users the ability to create a list page
3  where it creates a web page with a list of several
4  files?
5  A    I -- I -- I don't know what you're
6  talking about.
7  Q    Well, is it a feature that a Hotfile
8  user can use, instead of hosting a URL to one file,
9  to create a URL that leads to a web page on Hotfile
10 where there are multiple URLs?
11 A    I'm sorry, but I -- can you please
12 rephrase the question?  I -- I didn't understand
13 what you meant.
14 Q    Well, does Hotfile offer its users
15 the ability to create file lists?
16 A    I -- I don't know.
17 Q    If we had specific questions about
18 how the automated tool actually works, would Anton
19 Titov be the person to ask those questions to?
20 A    Yes, I think so.
21 Q    I'm sorry to change topics a little
22 bit, but earlier in the deposition I'd asked you
23 what your holding company's share in Hotfile
24 Corporation was.
25      Do you know what percentage share

HIGHLY CONFIDENTIAL

Page 164

1    Mr Stoyanov or the company had in Hotfile
2    Corporation?
3         A    Yes, he'd have the same percentage as
4    me.
5         Q    Which was what, again?
6         A    It was 37 per cent, from my
7    knowledge, if he holds the same percentage as I do.
8         Q    And has that always been the case or
9    have the percentages changed over time?
10        A    The percentages have changed over
11   time.
12        Q    What were the percentages, initially?
13        A    When we started the website of
14   Hotfile, the percentages were 40 per cent for me,
15   40 per cent for Mr Stoyanov, and 20 per cent for
16   Mr Titov; 40, 40, 20.
17        Q    And today is it 37, 37, 26?
18        A    Yes, I think so.
19        Q    When was it changed?
20        A    I do not remember the exact date.
21        Q    Why was it changed?
22        A    Me and Mr Stoyanov decided to give
23   some percentages of ours to Mr Titov because we
24   thought, and still thinking, that he's a very
25   valuable partner of ours, that he's a very

HIGHLY CONFIDENTIAL

Page 167

1  CERTIFICATE

2  I, THELMA HARRIES, MBIVR, ACR, do hereby

3  certify:

4  That ATANAS VANGELOV, the witness whose

5  examination is hereinbefore set forth, was duly

6  sworn by me and the within transcript is a true

7  record of the testimony given by such witness.

8  I further certify that I am not related to any

9  of the parties of this action nor in any way

10  interested in the outcome of this matter.

11

12

  _____

13  THELMA HARRIES, MBIVR, ACR

    Certified Court Reporter

14

15

16  Subscribed and sworn to

17  before me this 19th day

18  of December, 2011.

19

20

21

22

23

24

25

ACKNOWLEDGEMENT

The witness and the within and foregoing deposition of the aforementioned witness was taken before THELMA HARRIES, MBIVR, ACR, at the place, date and time aforementioned.

There were present during the taking of the deposition the previously named counsel. The said witness was first duly sworn and was then examined upon oral interrogatories; the questions and answers were taken down in shorthand by the undersigned, acting as stenographer; and the within and foregoing is a true, accurate and complete record of all of the questions asked of and answers made by the aforementioned witness at the time and place hereinabove referred to.

The signature of the witness was not waived, and the deposition was submitted and the undersigned is not interested in the within case, nor of kin or counsel to any of the parties.

_____

THELMA HARRIES, MBIVR, ACR

Subscribed and sworn to
before me this 19th day
of December, 2011.

HIGHLY CONFIDENTIAL

Page 166

1   VIDEOGRAPHER: This is the end of
2       tape 3 in volume 1 of the deposition of Antanas
3       Vangelov. We're going off the record at 3:44.
4
5
6
7
8       (Deposition concluded at 3:44 p.m.)
9
10
11
12   _____
13   ATANAS VANGELOV
14
15
16
17
18
19
20
21
22
23
24
25

1   NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.
2   DATE OF DEPOSITION: 12-7-2011
3   NAME OF WITNESS: ATANAS VANGELOV
4   Reason Codes:
5       1. To clarify the record.
6       2. To conform to the facts.
7       3. To correct transcription errors.
8   Page  11   Line  16   Reason  1
9   From  UNIVERSITY FOR ECONOMY   to  UNIVERSITY OF NATIONAL AND WORLD ECONOMY
10  Page  106  Line  14   Reason  3
11  From  LEMURIA            to  BLUE ANT
12  Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
17  From _____ to _____
18  Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22
23
24                                  _____
25                                  ATANAS VANGELOV