# EXHIBIT 4

| d | file | category | artist | company |
|---|---|---|---|---|
| 2011-Jan-01 | saudi couple just married first | Noninfringing | | |
| 2011-Jan-01 | amateur_korean_couple.flv | Noninfringing | | |
| 2011-Jan-01 | GF46.rar | Noninfringing | | |
| 2011-Jan-01 | video.rar | Noninfringing | | |
| 2011-Jan-01 | HDBootpackV4.1_byRon69.rar | Noninfringing | | |
| 2011-Jan-01 | K-Lite_Codec_Pack_670_Full.e | Noninfringing | | Codecguide.com |
| 2011-Jan-01 | SilentEye.rar | Noninfringing | | |
| 2011-Jan-01 | sarah_1.1.zip | Noninfringing | Chaotic | vdategames.com |
| 2011-Jan-01 | hazukiran02.wmv | Noninfringing | | loli.su |
| 2011-Jan-01 | gina_private.rar | Noninfringing | | |
| 2011-Jan-01 | Cybernetika_-_The_Scythe_Of | Noninfringing | Cybernetika | Ektoplazm |
| 2011-Jan-11 | 00407.avi | Noninfringing | | Stickam Worldwide, Inc. |
| 2011-Jan-11 | Tez_iraqi_asli.zip | Noninfringing | | |
| 2011-Jan-11 | Bleach Battle Ignition.part2.rar | Noninfringing | | |
| 2011-Jan-11 | Boilsoft.Utilities.2010.rar | Noninfringing | | boilsoft |
| 2011-Jan-11 | X-33FFSJ.rar | Noninfringing | Le Minh Hoang | |
| 2011-Jan-11 | Home_vol.190.rar | Noninfringing | | |
| 2011-Jan-11 | EsQueMeDanGanasDeMorder_ | Noninfringing | | |
| 2011-Jan-11 | DotA Allstars v6.38b AI by RGB | Noninfringing | | |
| 2011-Jan-11 | AmorDe3.rar | Noninfringing | | |
| 2011-Jan-11 | Dragon_Age_Origins_win-7the | Noninfringing | I7V | |
| 2011-Jan-11 | Azeri - Senin Gibi Kar | Noninfringing | | |
| 2011-Jan-11 | Sobre el pasto.mp4 | Noninfringing | | Imperio Amateur |
| 2011-Jan-20 | ORL_v3.zip | Noninfringing | | NBA |
| 2011-Jan-20 | Kenzie 01.avi | Noninfringing | | |
| 2011-Jan-20 | 2.31_sources.rar | Noninfringing | | |
| 2011-Jan-20 | trb.rar | Noninfringing | | |
| 2011-Jan-20 | 2.avi | Noninfringing | | |
| 2011-Jan-20 | iREB-4.0.x-4.1-RC2.zip | Noninfringing | | iH8sn0w |
| 2011-Jan-20 | howtomakemoneyshortingstro | Noninfringing | | Pristine (pristine.com) |
| 2011-Jan-20 | Florrie - Introduction (2010).ra | Noninfringing | Floorie | Xenomania |
| 2011-Jan-20 | seks awek - .zip | Noninfringing | | |
| 2011-Jan-20 | hotfile_downloader.rar | Noninfringing | | GNU Software |
| 2011-Jan-20 | redsn0w_mac_0.9.6rc8.zip | Noninfringing | | iPhone Dev Team |
| 2011-Jan-20 | 279sam.wmv.rar | Noninfringing | | |
| 2011-Jan-21 | A GOZADA PERFEITA.zip | Noninfringing | | |
| 2011-Jan-21 | Baju biru - aweks_ bogel_ seks | Noninfringing | | |
| 2011-Jan-21 | 9212b22baca6b812797824321 | Noninfringing | | |
| 2011-Jan-21 | ã²ããã®é¿ãé ã«_.zip | Noninfringing | Yaeda Nagumo | Nagumo-ya |
| 2011-Jan-21 | Metin2Mod_ml_15012011.exe | Noninfringing | Kamer1337 | metin2mod.tk |
| 2011-Jan-21 | 1285924574_Carnival.rar | Noninfringing | | |
| 2011-Jan-21 | Amateur guys sex.mp4 | Noninfringing | | |
| 2011-Jan-21 | maca3.rar | Noninfringing | | |
| 2011-Jan-21 | TO-0098The_Heisei_Scatology | Noninfringing | | Shocking Porn |
| 2011-Jan-21 | dd.bb2011_Soo.rar | Noninfringing | | |
| 2011-Jan-21 | Wayang Wordpress Theme.Wa | Noninfringing | | |

| Date | File | Status | Notes | Source |
|---|---|---|---|---|
| 2011-Jan-21 | sn0wbreeze-V2.0.2.zip | Noninfringing | | ijailbreak.com |
| 2011-Jan-21 | trb.rar | Noninfringing | | incecorap.com/ASTRO |
| 2011-Jan-21 | Hirens_BootCD_13.0__9Down. | Noninfringing | | TeraByte, Inc. |
| 2011-Jan-24 | gomplayer_21275039.exe | Noninfringing | | www.gomlab.com |
| 2011-Jan-24 | Safadinha do Equipe.wmv | Noninfringing | | O Pornozao (opornozaobr.com) |
| 2011-Jan-24 | panaD3ro.rar | Noninfringing | Panjabi MC | |
| 2011-Jan-24 | Ana%20Jaqueline%20-%20Dan | Noninfringing | | |
| 2011-Jan-24 | sucking_and_fcking.mp4 | Noninfringing | | |
| 2011-Jan-24 | galuh mandian.wmv | Noninfringing | | |
| 2011-Jan-24 | soudi.3gp | Noninfringing | | Arab Sex Web |
| 2011-Jan-24 | xecuter_ck3pro_v1.3.0.zip | Noninfringing | | Team XeCuter |
| 2011-Jan-24 | StepSisters.rar | Noninfringing | | |
| 2011-Jan-24 | Let's go to the event 2.rar | Noninfringing | | |
| 2011-Jan-24 | Sex_during_sleep.rar | Noninfringing | | |
| 2011-Jan-24 | PLK.10.07.08-007.rar | Noninfringing | | |
| 2011-Jan-24 | DeathWAT V3.2.1 BETA.rar | Noninfringing | | Full Software |
| 2011-Jan-24 | Malaysian Actress Zarina An Ju | Noninfringing | | gutteruncensored.com |
| 2011-Jan-24 | woman_fucked.flv | Noninfringing | | |
| 2011-Jan-24 | awek-tudung-tunjuk-tetek.flv | Noninfringing | | |
| 2011-Jan-24 | Teibolera.rar | Noninfringing | | |
| 2011-Jan-30 | Big.Brother.Brasil.11_Maria.M | Noninfringing | | Rede Globo de Televisão |
| 2011-Jan-30 | MST_Fire_Patch_v.1.4.part3.ra | Noninfringing | | PES Patch (pes-patch.com) |
| 2011-Jan-30 | Watercolor_Frames.rar | Noninfringing | | |
| 2011-Jan-30 | JDownloader.zip | Noninfringing | | JDownloader |
| 2011-Jan-30 | Tatra Ternno 6x6+Trailer.rar | Noninfringing | Rabbit_CZ and hz888 | |
| 2011-Jan-30 | Timida_se_filma_para_chico_c | Noninfringing | | |
| 2011-Jan-30 | Peitos_Michelly.wmv | Noninfringing | | mafia da putaria |
| 2011-Jan-30 | Car Fun.zip | Noninfringing | | N/A |
| 2011-Jan-30 | M7arem_S3odi_2010_Exclusiv | Noninfringing | | |
| 2011-Jan-30 | Stephy_Tang_Celebrity_Sex_Ta | Noninfringing | | |
| 2011-Jan-30 | BallsBustedFaceSlappedtrail.w | Noninfringing | | Cruel Babez |
| 2011-Jan-30 | Safadinha do Equipe.wmv | Noninfringing | | www.marcelinha.com |
| 2011-Jan-30 | Energy.Leo.29007.Sense2.5.Co | Noninfringing | | XDA Developers |
| 2011-Jan-05 | naked army boys in bath house | Noninfringing | | |
| 2011-Jan-05 | JDownloader.zip | Noninfringing | | JDownloader |
| 2011-Jan-05 | EskiÅehirli_Ã¼niv_filmdeposu. | Noninfringing | | |
| 2011-Jan-05 | EGY_Hidden Cam.wmv | Noninfringing | | N/A |
| 2011-Jan-05 | IDM6.03B3-ahmetturan.org.ra | Noninfringing | | Internet Download Manager |
| 2011-Jan-05 | Energy.BLACKSTONE.21916.Se | Noninfringing | NRGZ28 | |
| 2011-Jan-05 | iREB-4.0.x-4.1-RC2.zip | Noninfringing | ih8sn0w | |
| 2011-Jan-05 | mdlc.part1.rar | Noninfringing | | |