# EXHIBIT 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    *Defendants.*
_____/

HOTFILE CORP.,

    *Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*
_____/

### DEFENDANT HOTFILE CORP.'S FOURTH SET OF INTERROGATORIES TO PLAINTIFFS

| | |
|---|---|
| PROPOUNDING PARTY: | Defendant Hotfile Corporation |
| RESPONDING PARTY: | Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment |
| SET NO.: | Four (4) |

CASE NO. 11-20427-WILLIAMS-TURNOFF

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant Hotfile Corporation ("Hotfile") hereby submits the following Interrogatories to Plaintiffs, each Interrogatory to be answered separately and fully in writing, under oath, within thirty (30) days from service hereof and returned to the law offices of Farella Braun + Martel LLP, located at 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

## DEFINITIONS

The following definitions apply to these interrogatories:

1. The terms "PLAINTIFFS," "YOU," "YOUR" or "THE STUDIOS" refer to Plaintiffs individually and collectively, and any of their agents, including without limitation its so-called "anti-piracy" vendors (such as PeerMedia, DtectNet, and Opsec), predecessors, parents, subsidiaries, divisions, directors, officers, employees, distributors, consultants, and each person acting or purporting to act on their behalf or under their control, including but not limited to their attorneys in this or any other matter.

2. The phrase "DESCRIBE ALL FACTS AND EVIDENCE" means to separately describe in detail all of the facts and evidence supporting YOUR contention, whether admissible or inadmissible, including but not limited to the circumstances, date and/or times, identity of the persons involved or who have knowledge, the identity of each DOCUMENT YOU rely on (by bates number), all COMMUNICATIONS YOU rely on (by date and persons involved), and every witness whose testimony YOU intend to rely on (by name and expected subject matter of testimony.

3. "IDENTIFY" or "IDENTIFICATION" means (a) with respect to a PERSON that is a natural individual, that individual's: full name, last known home and business address, responsibilities with respect to the subject matter of the interrogatory, and the periods of time

26501\2866574.2                                2

CASE NO. 11-20427-WILLIAMS-TURNOFF

that person had such responsibilities; (b) with respect to a PERSON that is a corporation, partnership or any other type of entity: that entity's full name including any "d/b/a" names, form of organization, and address of principal place of business; (c) with respect to a DOCUMENT: a description sufficient in specificity such that the document or thing can be unambiguously obtained by means of such description in a request for production, and shall include, where applicable, its date, author(s), recipient(s), present location and Bates Number(s); and (d) with respect to a COMMUNICATION: a description including the names of the parties to the COMMUNICATION, the date of the COMMUNICATION, the substance of the COMMUNICATION, and all DOCUMENTS containing or relating to the COMMUNICATION.

4. The term "DOCUMENT" is given the broadest scope and meaning permitted under the Federal Rules of Civil Procedure. The term includes information that is fixed in any medium whatsoever, and includes – by way of illustration only and not by way of limitation – the following: e-mail or other computer electronic information; notes; correspondence; communications of any kind; telegrams; memoranda; notebooks; summaries or records of personal conversations; diaries; routing slips; reports; publications; photographs; audio-visual recordings; audio recordings; video-minutes or records of meetings; transcripts of oral testimony or statements; reports and summaries of interviews; reports or summaries of investigations; agreements and contracts, including all modifications or revisions thereof; reports or summaries of negotiations; court papers; brochures; pamphlets; press releases; tape recordings; records; and dictation tapes; and drafts of, revisions to, or translations of any DOCUMENT. Any DOCUMENT bearing any marks on any sheet or side of the DOCUMENT, such as stamped indicia, marginalia, or any comment or notation not part of the original text is deemed to be a separate DOCUMENT.

5. The terms "RELATE," "RELATES," "RELATING TO," "REFER," "REFERRING," and their cognates mean in whole or in part concerning, referring to, summarizing, reflecting, constituting, containing, embodying, regarding, pertaining to, involved with, mentioning, discussing, identifying, consisting of, analyzing, comprising, showing, commenting on, evidencing, or describing.

6. The term "COMMUNICATION" includes every manner or method of disclosing, sharing, revealing, transmitting or transferring information, including but not limited to orally or by DOCUMENT, and whether face to face, by telephone, mail, e-mail, fax, personal delivery, any combination of the foregoing, or otherwise without limitation.

7. The words "and" and "or" shall be construed in the conjunctive or disjunctive, whichever makes the request more inclusive.

8. The singular form of a word shall include the plural and the present tense shall include the past tense, and vice versa, in order to bring within the scope of the interrogatories all information which might otherwise be construed to be outside the interrogatories' scope.

9. As used herein, the terms "all," "any," "each," and "every" mean "all, each, any and every."

## INSTRUCTIONS

The following instructions apply to these Interrogatories:

A. All non-privileged responsive information possessed by YOU, YOUR employees, agents, or other PERSONS under YOUR control is to be divulged. If, after due diligence to secure the information requested, YOU cannot answer the interrogatory or any portion thereof in full, so state, answer to the extent possible, specify the steps taken to obtain the requested information, reasons why YOU are unable to provide a full and complete answer, and state what

CASE NO. 11-20427-WILLIAMS-TURNOFF

information and knowledge YOU have concerning the unanswered portion of the interrogatory.

B.   These interrogatories are continuing in nature so as to require YOU to supplement, update, and correct YOUR responses pursuant to Federal Rule of Civil Procedure 26(e).

C.   If YOU assert that any interrogatory is objectionable in any respect, state YOUR objection and the basis thereof with regard to the specific portion of the request which YOU deem to be objectionable. Unless YOUR objection is directed to the entire interrogatory, please provide a complete answer to all aspects of the interrogatory to which YOU do not assert a specific objection.

D.   If YOU decline to answer any interrogatory or part thereof based on a claim of privilege, provide all information as required under Local Rule 26.1(g)(3)(B).

Case 1:11-cv-20427-KMW   Document 346-9   Entered on FLSD Docket 03/08/2012   Page 6 of 12

CASE NO. 11-20427-WILLIAMS-TURNOFF

information and knowledge YOU have concerning the unanswered portion of the interrogatory.

B. These interrogatories are continuing in nature so as to require YOU to supplement, update, and correct YOUR responses pursuant to Federal Rule of Civil Procedure 26(e).

C. If YOU assert that any interrogatory is objectionable in any respect, state YOUR objection and the basis thereof with regard to the specific portion of the request which YOU deem to be objectionable. Unless YOUR objection is directed to the entire interrogatory, please provide a complete answer to all aspects of the interrogatory to which YOU do not assert a specific objection.

D. If YOU decline to answer any interrogatory or part thereof based on a claim of privilege, provide all information as required under Local Rule 26.1(g)(3)(B).

26501\2866574.2                               5

CASE NO. 11-20427-WILLIAMS-TURNOFF

## INTERROGATORIES

**INTERROGATORY NO. 21:**

Describe in detail all damages (including, but not limited to, actual damages, profits and/or statutory damages) to which YOU allege YOU are entitled, and DESCRIBE ALL FACTS AND EVIDENCE supporting YOUR contention that YOU were damaged, including IDENTIFICATION of all documents supporting your computation of claimed damages.

**INTERROGATORY NO. 22:**

For the files listed in Exhibit A hereto, IDENTIFY each file, if any, that you contend infringes YOUR copyright(s) and DESCRIBE ALL FACTS AND EVIDENCE supporting YOUR contention.

**INTERROGATORY NO. 23:**

Is YOUR response to each Request for Admission served with these interrogatories an unqualified admission? If not, for each response that is not an unqualified admission, DESCRIBE ALL FACTS AND EVIDENCE supporting YOUR response.

DATED: November 23, 2011            By: _____
Roderick M. Thompson (admitted *pro hac vice*)
Andrew Leibnitz (admitted *pro hac vice*)
Anthony P. Schoenberg (admitted *pro hac vice*)
Deepak Gupta (admitted *pro hac vice*)
Janel Thamkul (admitted *pro hac vice*)
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.4480

Janet T. Munn, Fla. Bar No. 501281
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101

CASE NO. 11-20427-WILLIAMS-TURNOFF

Telecopy: 305.476.7102
Email: jmunn@rascoklock.com

And

Valentin Gurvits (*Admitted pro hac vice*)
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Phone: 617-928-1800
Fax: 617-928-1802

*Counsel for Defendants Hotfile Corp. and Anton Titov*

# EXHIBIT A

| UploadID | Filename | UploadDownloads | Status | UserID | UserName |
|---|---|---|---|---|---|
| 108923557 | iREB-r4.zip | 685280 | 1 | 3435520 | ih8sn0w |
| 117635913 | sn0wbreeze-v2.7.3.zip | 512504 | 1 | 3435520 | ih8sn0w |
| 82255880 | sn0wbreeze-2.1.zip | 470633 | 1 | 3435520 | ih8sn0w |
| 32316206 | TFT Version 1.24e.zip | 418068 | 1 | 770979 | sinnersynx |
| 64124596 | JDownloaderSetup.zip | 353250 | 2 | 274657 | jdownloader |
| 32313160 | WVS-124e-by-DotA-Utilities.rar | 347910 | 1 | 770979 | sinnersynx |
| 23415335 | DirectX10_RC2_Fix_3-Pre-Final.zip | 290503 | 1 | 1035928 | ozanduman |
| 52302329 | JDownloaderSetup.exe | 272041 | 2 | 274657 | jdownloader |
| 72122920 | JDownloader_WIN_Setup.zip | 263697 | 2 | 274657 | jdownloader |
| 60250078 | 4x Hack.rar | 257884 | 1 | 2208597 | pinokyo1985 |
| 57869945 | STREET.FIGHTER.IV-v1.00.02-most_uniQue.ipa | 250948 | 2 | 2508176 | mostanonymous |
| 80129564 | Cryptload1.1.8.rar | 249251 | 1 | 3627261 | cryptloadUpload |
| 76173660 | JDownloaderSetup.zip | 241038 | 2 | 274657 | jdownloader |
| 69220231 | JDownloaderSetup.zip | 238030 | 2 | 274657 | jdownloader |
| 14290031 | JDownloader 0.8.9.zip | 235180 | 2 | 274657 | jdownloader |
| 106420253 | sn0wbreeze-2.2.1.zip | 232161 | 5 | 3435520 | ih8sn0w |
| 111710327 | WVS-126-by-DotA_Utilities.rar | 220561 | 1 | 770979 | sinnersynx |
| 111713108 | TFT Version 1.26.zip | 214455 | 1 | 770979 | sinnersynx |
| 251130840 | WVS-124d-by-DotA-Utilities.rar | 206288 | 1 | 770979 | sinnersynx |
| 74426961 | JDownloader_Win.zip | 205863 | 2 | 274657 | jdownloader |
| 67476434 | JDownloaderSetup_kikin.zip | 204201 | 1 | 274657 | jdownloader |
| 75233740 | sn0wbreeze-V2.0.2.zip | 199438 | 1 | 3435520 | ih8sn0w |
| 91031718 | iREB-4.0.x-4.1-RC2.zip | 198429 | 6 | 3435520 | ih8sn0w |
| 113595712 | sn0wbreeze-v2.5.1.zip | 197406 | 1 | 3435520 | ih8sn0w |
| 87569751 | abgx360_v1.0.5_setup.exe | 197404 | 5 | 2003846 | abgx360.net |
| 104438083 | GUMHv11.rar | 192085 | 1 | 770979 | sinnersynx |
| 78115553 | BuyPremiumAndSupportJD.zip | 188904 | 2 | 274657 | jdownloader |
| 81315168 | JDownloader.zip | 187595 | 1 | 274657 | jdownloader |
| 75403554 | f0recast-V1.2.zip | 186198 | 1 | 3435520 | ih8sn0w |
| 60918098 | 1-no354.rar | 185082 | 7 | 1336057 | ademsuat |
| 86251863 | Garena Universal MapHack v10.rar | 184954 | 1 | 770979 | sinnersynx |
| 17452955 | JDownloaderSetup.exe | 180944 | 2 | 274657 | jdownloader |
| 44427474 | [UG] M2 MultiHack v8.0.rar | 176377 | 1 | 2208597 | pinokyo1985 |
| 19338824 | WVS-124c-by-DotA-Utilities.zip | 176171 | 1 | 770979 | sinnersynx |

Highly Confidential

| | | | | |
|---|---|---|---|---|
| 125818297 | iREB-r4.zip | 174292 | 1 | 5071377 | ih8sn0wydaz |
| 109827925 | abgx360_v1.0.5_setup.exe | 172780 | 5 | 2003846 | abgx360.net |
| 8910989 | metin2yanghack2.08.rar | 169846 | 1 | 56849 | riczmond |
| 43819120 | CameraH-programtr-org.rar | 169380 | 1 | 2268479 | programtr |
| 115025945 | sn0wbreeze-v2.6.zip | 167979 | 6 | 3435520 | ih8sn0w |
| 113251417 | sn0wbreeze-v2.5.zip | 162983 | 6 | 3435520 | ih8sn0w |
| 120516168 | abgx360_v1.0.5_setup.exe | 159650 | 1 | 2003846 | abgx360.net |
| 76570010 | Metin2.7x.Hilesi.rar | 157069 | 1 | 2208597 | pinokyo1985 |
| 60743898 | Internet Download Manager 5.19.1 Crackli.rar | 155234 | 1 | 1405582 | rubytum |
| 76675773 | bdl-3961.rar | 151345 | 5 | 61787 | e-yiyo |
| 85613412 | Dota 6.68c AI Beta.rar | 150668 | 1 | 770979 | sinnersynx |
| 25231712 | JDownloaderSetup.exe | 148716 | 2 | 274657 | jdownloader |
| 60935827 | 3-no836.rar | 147326 | 5 | 1336057 | ademsuat |
| 54296632 | orjinal-xp.rar | 146734 | 1 | 2625837 | whiteaygir |
| 45199900 | JDownloader_Setup.exe | 145958 | 2 | 274657 | jdownloader |
| 76289947 | one-piece-600.zip | 145898 | 5 | 411127 | tolkinsen |
| 105894761 | f0recast-V1.2.zip | 144108 | 6 | 3435520 | ih8sn0w |
| 54734245 | JDownloaderSetup_kikin.exe | 141707 | 2 | 274657 | jdownloader |
| 92222450 | [EC] Metin2 Adventure Public Hack V.1.2.rar | 140859 | 1 | 2208597 | pinokyo1985 |
| 33962679 | Garena Universal Maphack v5.0.rar | 140146 | 1 | 770979 | sinnersynx |
| 26666708 | mmomt2buzzindanipack.rar | 139676 | 5 | 1533355 | turkmmo |
| 87557795 | song.mp3 | 137897 | 5 | 3902518 | kovacbb |
| 82634505 | iREB-4.0.x-4.1-RC2.zip | 136774 | 2 | 3435520 | ih8sn0w |
| 59940287 | SKILLxDMG_by_xXW4yn3Xx_-pc1_updated.rar | 132067 | 1 | 2208597 | pinokyo1985 |
| 26394866 | DotA Allstars v6.66b AI 0.214.w3x | 130898 | 1 | 770979 | sinnersynx |
| 124358774 | elf_3981.rar | 129431 | 5 | 61787 | e-yiyo |
| 12375098 | iSteamy3.6 Cracked.deb | 127726 | 1 | 40178 | iPhoneCake |
| 32497147 | War3TFT_124e_English.exe | 127246 | 1 | 770979 | sinnersynx |
| 110970596 | sn0wbreeze-v2.3b4.zip | 127185 | 6 | 3435520 | ih8sn0w |
| 1230092935 | FRD_0.85u1-final.zip | 126384 | 1 | 4808292 | Bot02 |
| 113956109 | elf_3970.rar | 126194 | 1 | 61787 | e-yiyo |
| 112163065 | sn0wbreeze-v2.4b1.zip | 125992 | 6 | 3435520 | ih8sn0w |
| 69905315 | sf4iPhone.v1.00.04.iPhone-WYSE.ipa | 121687 | 2 | 2659883 | WYSE |
| 6454501 | winrar.winzip.nfo.viewer.zip | 119676 | 5 | 51129 | appzfan |
| 50346171 | Gumh6.2_Beta2.rar | 118434 | 1 | 770979 | sinnersynx |

Highly Confidential

| | | | | |
|---|---|---|---|---|
| 114656382 | DotA 6.70c AI Rev2.rar | 118194 | 1 | 770979 | sinnersynx |
| 100326970 | FreeRapid-0.85u1-b566.zip | 116341 | 5 | 4041586 | Bot01 |
| 109388034 | WVS-125b-by-DotA_Utilities.rar | 116078 | 1 | 770979 | sinnersynx |
| 37954935 | JDownloaderSetup.zip | 114324 | 2 | 274657 | jdownloader |
| 33459562 | Mod_61.rar | 112071 | 5 | 1784915 | indirmetin2 |
| 20781452 | Hayfaa.wmv | 111877 | 1 | 1082014 | NGneeR |
| 23050322 | Photoshop_Cs4_Tr.rar | 111166 | 5 | 459973 | teknomobil |
| 71233949 | JDownloader_WIN_Setup.exe | 109640 | 2 | 274657 | jdownloader |
| 109569227 | powerwolkester_9.7.rar | 109018 | 1 | 4627476 | daldabar |
| 96480770 | wolfteam AimPoint.rar | 108780 | 1 | 2208597 | pinokyo1985 |
| 125818066 | sn0wbreeze-v2.7.3.zip | 108445 | 1 | 5071377 | ih8sn0wydaz |
| 31554915 | Garena Universal Maphack v4.1.zip | 106603 | 1 | 770979 | sinnersynx |
| 25139309 | TFT Version 1.24d.zip | 105128 | 1 | 770979 | sinnersynx |
| 8911577 | metin2bot1.8.rar | 104991 | 1 | 56849 | riczmond |
| 67269425 | Garena Universal MH v8.0.zip | 104891 | 1 | 770979 | sinnersynx |
| 75234295 | iREB-4.0.x-4.1.zip | 104780 | 6 | 3435520 | ih8sn0w |
| 18981875 | adobephotoshop7_wersja_TRIAL.zip | 104226 | 1 | 956303 | programosypl |
| 95513197 | FreeRapid-0.85u1.zip | 103477 | 5 | 4041586 | Bot01 |
| 19740412 | JDownloaderSetup0.9.579.exe | 102854 | 2 | 274657 | jdownloader |
| 76397137 | Garena Universal Maphack v9.1.rar | 102147 | 1 | 770979 | sinnersynx |
| 84558168 | abgx360_v1.0.4_setup.exe | 101247 | 2 | 2003846 | abgx360.net |
| 115865227 | song.mp3 | 100639 | 1 | 3902518 | kovacbb |
| 11410038 | multihack.rar | 99850 | 1 | 360769 | sebostani |
| 60241141 | gomturkceyama.zip | 99214 | 1 | 2819457 | mali11011 |
| 33459446 | 612.rar | 96671 | 5 | 1784915 | indirmetin2 |
| 122219538 | DotA v6.71b AI.zip | 95683 | 1 | 770979 | sinnersynx |
| 106303700 | Dosya.rar | 95511 | 5 | 2351763 | cebeci03 |
| 51129434 | Surucu.7z | 95326 | 5 | 2471785 | navasaya |
| 26046700 | Garena Universal Maphack v4.1.zip | 94748 | 2 | 770979 | sinnersynx |
| 47006518 | DotA-Allstars 6.67b AI.rar | 94539 | 1 | 770979 | sinnersynx |
| 116052596 | Heraklesmt2 Oto Pack.rar | 94385 | 1 | 4636816 | tolqa342 |

Highly Confidential