# EXHIBIT 11

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC., )
TWENTIETH CENTURY FOX FILM )
CORPORATION, UNIVERSAL CITY )
STUDIOS PRODUCTIONS LLP, )
COLUMBIA PICTURES INDUSTRIES, )
INC., AND WARNER BROS. )
ENTERTAINMENT, INC., )
  )
              Plaintiffs, )
  )
    vs. )No. 11-20427-Jordan
  )
HOTFILE CORP., ANTON TITOV, )
AND DOES 1-10, )
  )
             Defendants. )
  )

HIGHLY CONFIDENTIAL

30(b)(6) Deposition of Warner Bros.

Entertainment, Inc.

by and through DAVID KAPLAN

WEDNESDAY, OCTOBER 12, 2011

LOS ANGELES, CALIFORNIA

ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY:   JEANINE CURCIONE
               CSR NO. 10223, RPR

FILE NO.: A505CAB

Electronically signed by Jeanine Curcione (601-181-089-2662)

a7c38bf7-dabc-4c88-b57f-4a045d26c2f9

```
                                                        Page 2
 1           Deposition of DAVID KAPLAN, taken on
 2   behalf of Defendant, at 9:37 A.M., Wednesday,
 3   October 12, 2011, at 633 West Fifth Street, Suite
 4   3500, Los Angeles, California, before Jeanine
 5   Curcione, C.S.R. No. 10223, RPR, pursuant to
 6   notice.
 7
 8   APPEARANCES OF COUNSEL:
 9   FOR THE PLAINTIFFS:
10        JENNER & BLOCK, LLP
          BY:  STEVEN FABRIZIO, ESQ.
11        633 West Fifth Street
          Suite 3500
12        Los Angeles, California 90071
13            AND
14        MOTION PICTURE ASSOCIATION OF AMERICA, INC.
          BY:  KRISTA S. COONS, ESQ.
15        15301 Ventura Boulevard
          Building E
16        Sherman Oaks, California 91403
17   FOR THE DEFENDANTS:
18        FARELLA BRAUN & MARTEL, LLP
          BY:  RODERICK M. THOMPSON, ESQ.
19        235 Montgomery Street
          17th Floor Russ Building
20        San Francisco, California 94104
21   ALSO PRESENT:
22        EVAN M. ENGSTROM, ESQ.
23        DAN ACKLEY, VIDEOGRAPHER
24
25
```

Page 249

```
17:03:15   1    titles is nonexistent.  It -- it doesn't happen;
17:03:19   2    correct?
17:03:19   3            MR. FABRIZIO:  Objection.  Lacks foundation
17:03:21   4    and vague.
17:03:22   5            THE WITNESS:  And I've also answered that
17:03:25   6    probably a number of times during this deposition,
17:03:27   7    that's correct.
17:03:27   8            MR. FABRIZIO:  Asked and answered as well.
17:03:29   9            THE WITNESS:  The -- the process for
17:03:30  10    Warez-BB does not include downloading the content
17:03:34  11    because it wouldn't be possible to have any kind
17:03:37  12    of [infective on line enforcement at scale with
17:03:44  13    the process that included downloading the files.
17:03:47  14         Q.  I know we've been through this, but my
17:03:49  15    question is not about downloading the files.  It's
17:03:51  16    making any examination of the individual URLs
17:03:54  17    listed on the page.
17:03:56  18            MR. FABRIZIO:  What is the question?
17:03:58  19         Q.  BY MR. THOMPSON:  It's true, is it not,
17:03:59  20    that Warner's process allows Warner to locate
17:04:03  21    pages with Warner titles, but Warner does not
17:04:10  22    examine the individual URLs before asking them to
17:04:12  23    be taken down?
17:04:13  24            MR. FABRIZIO:  Objection.  Vague.
17:04:14  25            THE WITNESS:  In some instances URLs that
```

Electronically signed by Jeanine Curcione (601-181-089-2662)    a7c38bf7-dabc-4c88-b57f-4a045d26c2f9

Page 250

```
17:04:18   1    are provided by cyberlocker hosting sites have
17:04:24   2    something in the URL that approximates --
17:04:25   3    approximates some sort of name or initials or
17:04:29   4    something -- or description of the file that it
17:04:32   5    purports to be, but that's not typically the case.
17:04:37   6    So an examination of those URLs typically wouldn't
17:04:42   7    yield information one way or the other.  That's
17:04:44   8    why we focus on the information that's on the post
17:04:47   9    page.
17:04:48  10         Q.  And the fact is Warner makes no
17:04:49  11    examination of the URLs themselves; correct?
17:04:53  12         A.  On Warez-BB.
17:04:55  13         Q.  Thank you.
17:05:14  14         MR. FABRIZIO:  We've been going a little
17:05:16  15    over an hour.  Maybe we should take a quick break?
17:05:21  16         MR. THOMPSON:  Okay.  We'll take a quick,
17:05:22  17    like a five minute break.
17:05:25  18         THE VIDEO OPERATOR:  Now going off the
17:05:26  19    record.  The time is 5:06 P.M.
17:10:36  20              (Recess taken.)
17:10:51  21         THE VIDEO OPERATOR:  Now, back on the
17:10:52  22    record.  The time was 5:11 P.M.
17:10:57  23         Q.  BY MR. THOMPSON:  Mr. Kaplan, please
17:11:00  24    return back to Exhibit 14 one more time.  I think
17:11:04  25    this will be short.  Page 5.
```

```
 1                    REPORTER'S CERTIFICATE
 2
 3        I, JEANINE CURCIONE, C.S.R. NO. 10223, RPR, in and
 4    for the State of California, do hereby certify:
 5             That prior to being examined, the witness
 6    named in the foregoing deposition was by me duly
 7    sworn to testify the truth, the whole truth and
 8    nothing but the truth.
 9             That said deposition was taken down by me
10    in shorthand at the time and place therein named,
11    and thereafter reduced to typewriting under my
12    direction, and the same is a true, correct and
13    complete transcript of said proceedings.
14             That the witness, before examination, was
15    by me duly sworn to testify the truth, the whole
16    truth, and nothing but the truth, and that the
17    witness reserved the right of signature;
18             I further certify that I am not interested
19    in the event of the action.
20             Witness my hand this 26th day of October,
21    2011.
22
23                              _____
24                              Certified Shorthand
                                Reporter for the
25                              State of California
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

     Plaintiffs,

  vs.

              CASE NO.
              11-20427-WILLIAMS-TURNOFF

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

     Defendants.
_____
AND RELATED CROSS-ACTION.
_____

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF DAVID P. KAPLAN, ESQUIRE

PURSUANT TO FEDERAL RULE 30(b)(6)

Los Angeles, California

Tuesday, December 13, 2011

Volume 1

Reported by:
LORI SCINTA, RPR
CSR No. 4811

Job No. 177476B

```
                                                              Page 2

 1                 UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF FLORIDA

 3

 4    DISNEY ENTERPRISES, INC.,
      TWENTIETH CENTURY FOX FILM
 5    CORPORATION, UNIVERSAL CITY
      STUDIOS PRODUCTIONS LLLP,
 6    COLUMBIA PICTURES INDUSTRIES,
      INC., and WARNER BROS.
 7    ENTERTAINMENT INC.,

 8         Plaintiffs,
                                   CASE NO.
 9       vs.                       11-20427-WILLIAMS-TURNOFF

10    HOTFILE CORP., ANTON TITOV,
      and DOES 1-10,
11
           Defendants.
12    _____
      AND RELATED CROSS-ACTION.
13    _____

14

15         CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

16             Videotaped deposition of DAVID P. KAPLAN,

17    ESQUIRE, Volume 1, pursuant to Federal Rule 30(b)(6),

18    taken on behalf of Defendants and Counterclaimant,

19    at 633 West Fifth Street, Los Angeles, California,

20    beginning at 2:18 P.M. and ending at 4:58 P.M. on

21    Tuesday, December 13, 2011, before LORI SCINTA, RPR,

22    Certified Shorthand Reporter No. 4811.

23

24

25
```

```
                                                              Page 3
 1   APPEARANCES:

 2

 3   For Plaintiffs:

 4
         JENNER & BLOCK LLP
 5       BY:  STEVEN B. FABRIZIO
         Attorney at Law
 6       1099 New York Avenue, NW, Suite 900
         Washington, D.C. 20001-4412
 7       202.639.6000
         Email:  sfabrizio@jenner.com
 8

 9
     For Defendants and Counterclaimant:
10

11       FARELLA BRAUN + MARTEL LLP
         BY:  EVAN M. ENGSTROM
12       Attorney at Law
         235 Montgomery Street
13       San Francisco, California 94104
         415.954.4400
14       Email:  eengstrom@fbm.com

15

16
     Videographer:
17

18       VONYARN MASON
         SARNOFF COURT REPORTERS
19       20 Corporate Park, Suite 350
         Irvine, California 92606
20       877.955.3855

21

22

23

24

25
```

```
                                                            Page 11
 1   know, looks at the Internet.  We receive reports from
 2   other -- from vendors.  I presume something along those
 3   lines it -- it popped out.
 4       Q    Who works in your antipiracy group?
 5            MR. FABRIZIO:  Objection.  Overbroad.
 6            THE WITNESS:  There's me.
 7            Ethan Applen.  A-p-p-l-e-n.
 8            Michael Bentkover.
 9            Jaclyn Knag.  J-a-c-l-y-n K-n-a-g.
10            Lucia Rangel.  R-a-n-g-e-l.
11            Fernando Fronda.  Fronda is F-r-o-n-d-a.
12            Asad Kazi.  A-s-a-d.  Last name Kazi, K-a-z-i.
13            Janice Pearson, J-a-n-i-c-e P-e-a-r-s-o-n.
14            Ben Karakunnel.  K-a-r-a-k-u-n-n-e-l.
15            Trevor Albery.  A-l-b-e-r-y.
16            Victoria Furniss.  F-u-r-n-i-s-s.
17            Christian Sommer.  S-o-m-m-e-r.
18            Bret Boivin.  B-o-i-v-a-n [sic].
19            THE REPORTER:  -- "v-a-n-"?
20            THE WITNESS:  B-o-i-v-a-n.
21            Michael Blaut.  B-l-a-u-t.
22            Didier Wang.  D-i-d-i-e-r W-a-n-g.
23            Bas Vissers.  Bas is B-a-s.  Vissers is
24   V-i-s-s-e-r-s.
25            Yoshi Nishida.  Y-o-s-h-i.  Nishida is
```

1    N-i-s-h-i-d-a.

2            Han Shin.  H-a-n S-h-i-n.

3            Leslie Dobbins.

4    BY MR. ENGSTROM:

5        Q    Are you sure that's everybody?

6             I'm just kidding.  That's an impressible --

7    remarkable memory.  That would have taken me

8    three-and-a-half hours of preparation just to do.

9             Let me ask you specifically about one person.

10            What is Christian Sommer's role?

11       A    Christian is based in Germany.  He is a

12   director, and he supports the -- taking piracy-related

13   information, basically, and presenting it to the

14   European business executives.

15       Q    Does he report to any --

16       A    He does report to someone, yes.

17       Q    Who is that?

18       A    He reports to Trevor Albery.

19       Q    What is Trevor Albery's role?

20       A    Trevor is the vice president in charge of

21   antipiracy operations for -- we say E-M-E-A, which

22   stands for Europe, Middle East and Africa.

23       Q    Do you report to anyone?

24       A    Yes.

25       Q    Who do you report to?

1        It wouldn't be -- you couldn't reproduce the
2   work from the signature.
3        Q   Right.
4        A   It would be, for example, like describing an
5   audio/visual work by its length, its luminance, its --
6   you know, all its audio -- the properties of the picture
7   itself.
8            But that it -- the fingerprint once created
9   would be able to be used to identify that same or
10  similar piece of content.
11       Q   Okay.  I'll ask several more questions about
12  this in a minute.  Let me just finish off No. 7 here.
13           "Upon removal of a file identified as
14            infringing from the Hotfile Website,
15            also removing all copies of the same
16            file and/or all files representing the
17            same copyrighted work from the Hotfile
18            system in addition to the file
19            residing at the specific URL
20            identified (whether by the copyright
21            holder or by Defendants).  Such search
22            and identification could be
23            facilitated by means of digital
24            fingerprinting, keyword-based
25            searching, human review, or a

1            combination of several such methods in
2            conjunction with one another.  Such
3            removal could also be furthered by
4            ensuring that, in instances where a
5            user generates multiple links to the
6            same file uploaded to Hotfile's
7            system, that a removal of one link
8            triggers the removal of all links
9            associated with the same file."
10           Prior to the imposition of this lawsuit, did
11   Warner ever ask Hotfile to implement the policy or
12   procedure described as just recited?
13       A    No.
14           MR. ENGSTROM:  Okay.  Maybe now would be a good
15   time to take a quick recess before we get into some
16   other --
17           MR. FABRIZIO:  Works for me.
18           THE VIDEOGRAPHER:  We are going off the record
19   at 3:32 P.M.
20           (Recess taken.)
21           THE VIDEOGRAPHER:  We are back on the record at
22   3:51 P.M.
23           MR. ENGSTROM:  I'd like to mark -- well, it was
24   marked as Exhibit 8 in the Solmon deposition on Friday.
25   I'll mark it for this deposition just for purposes of

DAVID P. KAPLAN, ESQ.  12/13/2011
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1
 2
 3
 4
 5
 6
 7
 8
 9        I, DAVID P. KAPLAN, ESQUIRE, do hereby declare
10   under penalty of perjury that I have read the foregoing
11   transcript; that I have made any corrections as appear
12   noted, in ink, initialed by me, or attached hereto; that
13   my testimony as contained herein, as corrected, is true
14   and correct.
15
16
17         EXECUTED this 15th day of January,
18   20 12, at Burbank         ,   California.
                  (City)            (State)
19
20
21
22   _____
     DAVID P. KAPLAN, ESQUIRE
23   Volume 1
24
25
```



877.955.3855

104

DAVID P. KAPLAN, ESQ.  12/13/2011
**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

| | |
|---|---|
| 1 | **ERRATA SHEET** |
| 2 | Pg/Ln          Corrections |
| 3 | _13_/_2_ Change from: _delete 'No'_ |
| 4 | Change to: _____ |
| 5 | _15_/_7_ Change from: _"I don't"_ |
| 6 | Change to: _'I'd'_ |
| 7 | _72_/_18_ Change from: _add "or" before "a"_ |
| 8 | Change to: _____ |
| 9 | ___/___ Change from: _____ |
| 10 | Change to: _____ |
| 11 | ___/___ Change from: _____ |
| 12 | Change to: _____ |
| 13 | ___/___ Change from: _____ |
| 14 | Change to: _____ |
| 15 | ___/___ Change from: _____ |
| 16 | Change to: _____ |
| 17 | ___/___ Change from: _____ |
| 18 | Change to: _____ |
| 19 | ___/___ Change from: _____ |
| 20 | Change to: _____ |
| 21 | ___/___ Change from: _____ |
| 22 | Change to: _____ |
| 23 | ___/___ Change from: _____ |
| 24 | Change to: _____ |
| 25 | Signature: _[signature]_  Date: _12/13/2012_ |



Sarnoff
877.955.3855

105

Case 1:11-cv-20427-KMW Document 346-13 Entered on FLSD Docket 03/08/2012 Page 16 of 16

Page 106

1
2   I, the undersigned, a Certified Shorthand
3   Reporter of the State of California, do hereby certify:
4   That the foregoing proceedings were taken
5   before me at the time and place herein set forth; that
6   any witnesses in the foregoing proceedings, prior to
7   testifying, were duly sworn; that a record of the
8   proceedings was made by me using machine shorthand
9   which was thereafter transcribed under my direction;
10  that the foregoing transcript is a true record of the
11  testimony given.
12  Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review of
15  the transcript [ x ] was [ ] was not requested.
16  I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or party to this action.
19  IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated: 12-15-11
23
24  _____
        LORI SCINTA, RPR
25      CSR No. 4811