# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC., TWENTIETH

CENTURY FOX FILM CORPORATION,

UNIVERSAL CITY STUDIOS PRODUCTIONS,

LLP, COLUMBIA PICTURES INDUSTRIES,

INC., and WARNER BROTHERS

ENTERTAINMENT, INC.,


      Plaintiffs,


vs.       Case No.


HOTFILE CORPORATION, ANTON TITOV    11-cv-20427-AJ

and DOES 1-20,


      Defendants.

---

    Videotaped Deposition of SCOTT A. ZEBRAK,
a witness herein, called for examination by counsel
for Defendants in the above-entitled matter, Washington,
D.C. pursuant to subpoena, the witness being duly sworn
by SUSAN L. CIMINELLI, CRR, RPR, a Notary Public in and
for the District of Columbia, taken at the offices of
Jenner & Block, LLP, 1099 New York Avenue, N.W.,

Washington, D.C., at 10:49 a.m. on Friday, January 20,

2012.

1  APPEARANCES:

2

3     On behalf of the Plaintiffs & Counterdefendants:

4        DUANE POZZA, ESQ.

5        STEVEN B. FABRIZIO, ESQ.

6        Jenner & Block, LLP

7        901 New York Avenue, N.W.

8        Washington, D.C.  20001

9        (202) 639-6000

10       dpozza@jenner.com

11

12    On behalf of the Defendants:

13       DEEPAK GUPTA, ESQ.

14       Farella Braun + Martel, LLP

15       235 Montgomery Street

16       San Francisco, CA  94104

17       (415) 954-4400

18       dgupta@fbm.com

19

20    ALSO PRESENT:

21       CONWAY BARKER, Videographer

22

23

24

25

1  A and I said that the title notice field refers to
2  other take-down notices or special rights holder
3  accounts, you know, where the title of that work had
4  been identified as an alleged infringement.
5        And I said it also in certain instances
6  could include, you know, the file hash being blocked
7  by Hotfile and that's -- I knew that this analysis
8  had been done and put in my exhibit and that's why
9  when you look at the newer exhibit, you'll see a
10 separate column for hash noticed, and you'll also see
11 a separate column for company notice. I believe
12 those are the two differences in the -- between the
13 two exhibits.
14   Q.   And what does the hash notice field
15 represent?
16   A.   Hash notice field represents unique
17 characteristics of the file where once a file has
18 been associated with infringement, the
19 characteristics of that file become almost like a
20 fingerprint, if you will, where you can check to see
21 if the same copy of that work had been involved --
22 you could look for other copies of the same work, so
23 for example, on a hash noticed file, you could look
24 to see whether files of that same hash, you could
25 look to identify those and find them with earlier

1  requests and you make those associations and so

2  that -- that explains the hash noticed file.

3         BY MR. GUPTA:

4   Q.  Okay. So the fact that every hash noticed

5  field is empty on the first page, what does that

6  mean?

7   A.  Well --

8         MR. POZZA: Objection. Ambiguous.

9         THE WITNESS: Well, let me -- give me a

10 second to flip through this. This -- I think the

11 absence of a notation in that column, that would mean

12 as of the time that this data was prepared, we hadn't

13 associated a match between the hash of this

14 particular file and another example of that -- of

15 that file. I think that there may be a newer version

16 of this that does have matches, but that's what the

17 absence of it would be.

18        BY MR. GUPTA:

19  Q.  Do you intend to produce another version

20 of this for -- or do you believe that a newer version

21 was produced?

22  A.  I think the newer one may have already

23 been -- this alludes to the confusion and the issue

24 we were talking about before, about whether a newer

25 version had been produced. I think there is a newer

Deposition of Scott Zebrak -- Day 2 (rebuttal)
January 20, 2012
Errata

| Location | Correction |
|---|---|
| 163:2 | change "highly unlikely infringing category" to "highly likely infringing category" |

```
 1
 2
 3
 4    I have read the foregoing transcript of my deposition
 5
 6    and find it to be true and accurate to the best of my
 7
 8    knowledge and belief.
 9
10
11
12                              _____
13                              SCOTT A. ZEBRAK
```

Page 293