# EXHIBIT 17

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    Plaintiffs,

    vs.          CASE NO. 11-20427-WILLIAMS-TURNOFF

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

    Defendants.
_____
AND RELATED CROSS-ACTION.
_____

**HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

VIDEOTAPED DEPOSITION OF KEVIN M. SUH, ESQUIRE,

INDIVIDUALLY AND

PURSUANT TO FEDERAL RULE 30(b)(6)

Los Angeles, California

Tuesday, December 20, 2011

Reported by:
LORI SCINTA, RPR
CSR No. 4811

Job No. 178796



Sarnoff
877.955.3855

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3

 4   DISNEY ENTERPRISES, INC.,
     TWENTIETH CENTURY FOX FILM
 5   CORPORATION, UNIVERSAL CITY
     STUDIOS PRODUCTIONS LLLP,
 6   COLUMBIA PICTURES INDUSTRIES,
     INC., and WARNER BROS.
 7   ENTERTAINMENT INC.,

 8            Plaintiffs,

 9        vs.            CASE NO. 11-20427-WILLIAMS-TURNOFF

10   HOTFILE CORP., ANTON TITOV,
     and DOES 1-10,
11
              Defendants.
12   _____
     AND RELATED CROSS-ACTION.
13   _____

14

15     HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

16           Videotaped deposition of KEVIN M. SUH, ESQUIRE,

17   individually, and pursuant to Federal Rule 30(b)(6),

18   taken on behalf of Defendants and Counterclaimant

19   Hotfile Corp., at 633 West Fifth Street, Los Angeles,

20   California, beginning at 9:17 A.M. and ending at

21   6:03 P.M. on Tuesday, December 20, 2011, before

22   LORI SCINTA, RPR, Certified Shorthand Reporter No. 4811.

23

24

25
```



KEVIN M. SUH, ESQUIRE                             12/20/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    APPEARANCES:
 2
 3    For Plaintiffs:
 4
          JENNER & BLOCK LLP
 5        BY:  DUANE C. POZZA
          Attorney at Law
 6        1099 New York Avenue, NW, Suite 900
          Washington, D.C. 20001-4412
 7        202.639.6000
          Email:  dpozza@jenner.com
 8
               -- and --
 9
          MOTION PICTURE ASSOCIATION OF AMERICA, INC.
10        BY:  KAREN R. THORLAND
          Attorney at Law
11        15301 Ventura Boulevard, Building E
          Sherman Oaks, California 91403
12        310.244.6946
          Email:  karen_thorland@mpaa.org
13
14
      For Defendants and Counterclaimant Hotfile, Corp.:
15
16        FARELLA BRAUN + MARTEL LLP
          BY:  ANTHONY SCHOENBERG
17        Attorney at Law
          235 Montgomery Street
18        San Francisco, California 94104
          415.954.4400
19        Email:  tschoenberg@fbm.com
20
21    Videographer:
22
          VONYARN MASON
23        SARNOFF COURT REPORTERS
          20 Corporate Park, Suite 350
24        Irvine, California 92606
          877.955.3855
25
```



KEVIN M. SUH, ESQUIRE                                       12/20/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
10:29  1    intruding on attorney work product and antipiracy
10:29  2    investigation.  It's also outside the scope of the
10:29  3    notice.
10:29  4              THE WITNESS:  It varies from time period to
10:29  5    time period.  And -- and, honestly, I don't -- I
10:29  6    wouldn't want to say this site has a -- has a moderator
10:29  7    and a forum unless I confirmed it.  And I didn't prepare
10:30  8    for that today.
10:30  9    BY MR. SCHOENBERG:
10:30 10         Q    Okay.  So, as you sit here right now, you're
10:30 11    not certain which cyberlocker may or may not do that?
10:30 12         A    Correct.
10:30 13         Q    Okay.  You mentioned also content protection
10:30 14    measures taken by rogue cyberlockers.
10:30 15              What -- what did you mean by that?
10:30 16              I asked you what are the indicia of a rogue
10:30 17    cyberlocker.  The second thing you said was their
10:30 18    content protection measures that they take.
10:30 19              What do you mean?
10:30 20              MR. POZZA:  Again, objection.  Calls for a
10:30 21    legal conclusion.  Outside the scope of the notice.
10:30 22              THE WITNESS:  There are a number of precautions
10:31 23    a website can employ in order to ensure or at least help
10:31 24    mitigate some of the levels of copyright infringement
10:31 25    on -- on their websites.
```



10:31 1    BY MR. SCHOENBERG:
10:31 2        Q   Okay.  What are those measures, or what are
10:31 3    those precautions?
10:31 4            MR. POZZA:  Same objections.
10:31 5            THE WITNESS:  I mean, I can give you -- I can
10:31 6    give you, you know, not necessarily a comprehensive
10:31 7    list; but I can give you just a sense of -- of what some
10:31 8    of them might be.
10:31 9    BY MR. SCHOENBERG:
10:31 10       Q   Okay.  I'd like to know all of them that you
10:31 11   are aware of.
10:31 12       A   One of them would -- would clearly be preupload
10:31 13   content filtering.  So a system that recognizes what the
10:31 14   content is as it's being uploaded or shortly after it's
10:31 15   been uploaded to identify it as either copyright
10:31 16   infringing or not.
10:31 17       Q   So you mean something like digital
10:32 18   fingerprinting?
10:32 19       A   There -- there are different definitions of
10:32 20   digital fingerprinting, but some sort of
10:32 21   content-recognition service.
10:32 22       Q   So would Vobile be an example of what you're
10:32 23   thinking of?
10:32 24       A   Yes.
10:32 25       Q   Okay.  Preupload filtering.



```
10:32  1            What -- what other precautions did you have in
10:32  2       mind?
10:32  3            MR. POZZA:  Same set of objections.
10:32  4            THE WITNESS:  Many of the -- there is a subset,
10:32  5       I would say, a category of the way the website markets
10:32  6       itself.  If you market yourself in a certain way to --
10:32  7       to a certain audience, you're bound to attract certain
10:32  8       types of users that are -- may or may not be prone to
10:32  9       copyright infringement.
10:32 10            And, so, generally speaking, if a website
10:33 11       aggressively markets an uploader rewards program in
10:33 12       places like, you know, Wjunction, where copyright
10:33 13       infringement is -- is discussed openly, that -- that
10:33 14       certainly will result in -- in attracting users who
10:33 15       engage in that kind of behavior.
10:33 16            And -- and really how -- how aggressive the
10:33 17       rewards program is in terms of paying users.
10:33 18            There are other simply business rules
10:33 19       associated with a website that could be employed to help
10:33 20       mitigate copyright infringement from the perspective of
10:33 21       the cyberlocker itself.
10:33 22            Those would include things like reupload hash
10:34 23       filtering, reupload MD5 hash filtering, to prevent the
10:34 24       reupload of files that have been identified as copyright
10:34 25       infringing; repeat infringer termination programs where
```

```
10:34   1    individuals who have uploaded repeatedly files that were
10:34   2    taken down for copyright infringement are identified and
10:34   3    their accounts are terminated so they can't continue to
10:34   4    upload files.
10:34   5         It would include things like a text-based word
10:34   6    filter that would be applied to file names.
10:34   7         Many of the files that are uploaded to -- to
10:34   8    rogue cyberlockers contain clearly copyrighted terms
10:34   9    within the titling of the file, and text-based word
10:35  10    filters help prevent that from happening and at least
10:35  11    use that -- that metadata to identify files that are
10:35  12    potentially copyright infringing.
10:35  13         There is also the ability for website operators
10:35  14    to examine where their inbound traffic is coming from.
10:35  15    So, in other words, if a lot of inbound traffic is
10:35  16    coming from sites that are known to be sites that are
10:35  17    engaged in copyright infringement, you can certainly
10:35  18    tell that you're getting a large proportion of your
10:35  19    traffic from those sites.
10:35  20         It's important to keep in mind that -- that
10:35  21    cyberlockers and other similar hosting sites in many
10:35  22    ways are monetizing bandwidth and user behavior and
10:35  23    activity.
10:35  24         So it would be unreasonable to assume that a
10:36  25    website of -- of -- of a large dimension, like your
```

1
2
3
4
5
6
7
8
9    I, KEVIN M. SUH, ESQUIRE, do hereby declare
10   under penalty of perjury that I have read the foregoing
11   transcript; that I have made any corrections as appear
12   noted, in ink, initialed by me, or attached hereto; that
13   my testimony as contained herein, as corrected, is true
14   and correct.
15
16
17   EXECUTED this 27th day of January,
18   2012, at Sherman Oaks, California.
             (City)           (State)
19
20
21
22   _____
     KEVIN M. SUH, ESQUIRE
23
24
25



1

2      I, the undersigned, a Certified Shorthand

3   Reporter of the State of California, do hereby certify:

4      That the foregoing proceedings were taken

5   before me at the time and place herein set forth; that

6   any witnesses in the foregoing proceedings, prior to

7   testifying, were duly sworn; that a record of the

8   proceedings was made by me using machine shorthand

9   which was thereafter transcribed under my direction;

10  that the foregoing transcript is a true record of the

11  testimony given.

12     Further, that if the foregoing pertains to

13  the original transcript of a deposition in a Federal

14  Case, before completion of the proceedings, review of

15  the transcript [x] was [ ] was not requested.

16     I further certify I am neither financially

17  interested in the action nor a relative or employee

18  of any attorney or party to this action.

19     IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21

22  Dated: 12/27/2011

23

24                              _____
                                LORI SCINTA, RPR
25                              CSR No. 4811

