# EXHIBIT 18

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT

 2                  SOUTHERN DISTRICT OF FLORIDA

 3

 4      DISNEY ENTERPRISES, INC.,

        TWENTIETH CENTURY FOX FILM

 5      CORPORATION, UNIVERSAL CITY

        STUDIOS PRODUCTIONS LLLP,

 6      COLUMBIA PICTURES INDUSTRIES,

        INC., and WARNER BROS.

 7      ENTERTAINMENT INC.,

 8                          Plaintiffs,

 9      vs.                    No. 11-20427-WILLIAMS-TURNOFF

10      HOTFILE CORP., ANTON TITOV, and

        DOES 1-10,

11

12                          Defendants.

13      _____

14

15           PORTIONS OF THIS TRANSCRIPT ARE CONFIDENTIAL

16                  DEPOSITION OF YANGBIN WANG

17                     Palo Alto, California

18                  Thursday, December 22, 2011

19

20

21      REPORTED BY:

        LYNNE LEDANOIS

22      CSR No. 6811

        Job No. CA128631

23

24

25      PAGES 105 - 113 ARE HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

                                              Page 1
```

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
1                    UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF FLORIDA

3

4       DISNEY ENTERPRISES, INC.,

        TWENTIETH CENTURY FOX FILM

5       CORPORATION, UNIVERSAL CITY

        STUDIOS PRODUCTIONS LLLP,

6       COLUMBIA PICTURES INDUSTRIES,

        INC., and WARNER BROS.

7       ENTERTAINMENT INC.,

8                           Plaintiffs,

9       vs.                      No. 11-20427-WILLIAMS-TURNOFF

10      HOTFILE CORP., ANTON TITOV, and

        DOES 1-10,

11

12                          Defendants.

13      _____

14

15          Deposition of YANGBIN WANG, taken on behalf of

16      Defendant, at 2475 Hanover Street, Palo Alto,

17      California, beginning at 9:43 a.m. and ending at 12:21

18      p.m. on Thursday, December 22, 2011, before LYNNE

19      LEDANOIS, CSR 6811.

20

21

22

23

24

25

                                              Page 2
```

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1      APPEARANCE OF COUNSEL:

 2

 3      For Plaintiffs:

 4          JENNER & BLOCK LLP
            BY: LUKE C. PLATZER

 5          Attorney at Law
            1099 New York Avenue, NW, Suite 900

 6          Washington, DC 20001
            202.639.6000

 7          lplatzer@jenner.com

 8

 9      For Defendants Hotfile and Anton Titov:

10          FARELLA BRAUN & MARTEL LLP
            BY: ANDREW LEIBNITZ

11          Attorney at Law
            Russ Building, 235 Montgomery Street

12          San Francisco, California 94104
            415.954.4400

13          aleibnitz@fbm.com

14

15      For Witness:

16          PILLSBURY WINTHROP SHAW PITTMAN LLP
            BY: JOSEPH R. TIFFANY II

17          Attorney at Law
            2475 Hanover Street

18          Palo Alto, California 94304-1114
            650.233.4500

19          joseph.tiffany@pillsburylaw.com

20

21      VIDEOGRAPHER:

22          SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
            BY:  MARTY MAJDOUB

23

24

25

                                        Page 3
```

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A    CEO of Vobile. | 09:48:52 |
| 2 | Q    You founded Vobile? | 09:48:54 |
| 3 | A    Yes. | 09:48:55 |
| 4 | Q    When was that? | 09:48:56 |
| 5 | A    2005. | 09:48:56 |
| 6 | Q    And can you describe for me in a few words the | 09:48:58 |
| 7 | founding of Vobile, please? | 09:49:01 |
| 8 | A    Basically, 2005, you know, I left a prior | 09:49:07 |
| 9 | company where I was CTO and then started a company.  So, | 09:49:13 |
| 10 | basically, that's the background. | 09:49:17 |
| 11 | Q    Okay.  What company were you CTO at? | 09:49:22 |
| 12 | A    1 Wave. | 09:49:25 |
| 13 | Q    How do you spell that? | 09:49:28 |
| 14 | A    1,2,3,4 -- 1, W-A-V-E, 1 Wave. | 09:49:29 |
| 15 | Q    And CTO, of course, means chief technology | 09:49:37 |
| 16 | officer? | 09:49:41 |
| 17 | A    Yes. | 09:49:41 |
| 18 | Q    What are your current responsibilities as CEO? | 09:49:44 |
| 19 | A    Overall management of the company.  You know, | 09:49:50 |
| 20 | just like what CEO does.  And, yes, basically, that's my | 09:49:53 |
| 21 | responsibility. | 09:50:00 |
| 22 | Q    You're essentially responsible for everything | 09:50:01 |
| 23 | at Vobile in some fashion? | 09:50:03 |
| 24 | A    Well, ultimately, but then we've got 150 | 09:50:05 |
| 25 | people, so -- and in four different countries.  So I | 09:50:08 |

Page 10

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | have to travel a lot, and, you know, the overall | 09:50:12 |
| 2 | management. | 09:50:18 |
| 3 | Q   Of the 150 people employed by Vobile currently, | 09:50:34 |
| 4 | about how many are engineers? | 09:50:37 |
| 5 | A   I would say roughly 100, you know, roughly.  On | 09:50:39 |
| 6 | the technical field, yes. | 09:50:43 |
| 7 | Q   Okay.  And you understand you're here to | 09:50:44 |
| 8 | testify on behalf of Vobile today? | 09:50:47 |
| 9 | A   Yes. | 09:50:50 |
| 10 | Q   Have you ever heard of Media Wise? | 09:50:52 |
| 11 | A   Yes, for sure. | 09:50:54 |
| 12 | Q   What is it? | 09:50:55 |
| 13 | A   It's one of our products offered for content | 09:50:57 |
| 14 | identification, field training. | 09:51:01 |
| 15 | Q   How does it work, generally? | 09:51:03 |
| 16 | A   Generally, basically, you know, we deploy the | 09:51:05 |
| 17 | server sites and then provide API.  So the user -- I | 09:51:10 |
| 18 | mean, the customer can basically call the API and submit | 09:51:17 |
| 19 | video for checking.  And it will query our VDDB, and | 09:51:20 |
| 20 | we'll respond a result to -- through the API to the | 09:51:26 |
| 21 | customer, whether that's a match to some assets in the | 09:51:29 |
| 22 | VDDB or not, and also reply with a business rule. | 09:51:34 |
| 23 | Q   Okay.  You'll have to unpack some of the | 09:51:38 |
| 24 | terminology for me, please. | 09:51:41 |
| 25 | A   Sure. | 09:51:44 |

Page 11

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | | |
|---|---|---|---|
| 1 | Q | VDDB? | 09:51:44 |
| 2 | A | Video D and A database. | 09:51:45 |
| 3 | Q | And API? | 09:51:53 |
| 4 | A | API is a software term, application programming | 09:51:56 |
| 5 | | interface.  In general, it refers to a software, kind of | 09:52:00 |
| 6 | | interface we provide to a customer. | 09:52:04 |
| 7 | Q | Okay.  So the customer calls a software | 09:52:05 |
| 8 | | application that effectuates a query to the Vobile | 09:52:10 |
| 9 | | database?  Is that fair? | 09:52:16 |
| 10 | A | Yes. | 09:52:18 |
| 11 | Q | And you had mentioned the results that are | 09:52:19 |
| 12 | | returned from Vobile. | 09:52:23 |
| 13 | | What are the possible results that are | 09:52:24 |
| 14 | | returned? | 09:52:26 |
| 15 | A | The results in general just tell them whether | 09:52:27 |
| 16 | | that's a match of certain assets and what's the business | 09:52:30 |
| 17 | | rule, take down, remove, you know, or something, yes. | 09:52:33 |
| 18 | Q | And what do you mean by business rule? | 09:52:37 |
| 19 | A | Business rule is essentially, you know, | 09:52:40 |
| 20 | | certain -- I probably don't have a accurate definition. | 09:52:45 |
| 21 | | It's basically -- in laymen's terms, you know, it's like | 09:52:51 |
| 22 | | basically the business rules associated with assets from | 09:52:54 |
| 23 | | the copyright's owner.  The copyright's owner saying | 09:52:58 |
| 24 | | cannot publish, you know, I don't want this to show up | 09:53:02 |
| 25 | | on Internet and remove, you know, or certain condition, | 09:53:05 |

Page 12

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | they allow them to exist. | 09:53:07 |
| 2 | Q   So the copyright owner dictates the business | 09:53:10 |
| 3 | rule? | 09:53:13 |
| 4 | A   Yes. | 09:53:13 |
| 5 | Q   Is it understanding that in this case the | 09:53:16 |
| 6 | plaintiffs are the copyright owners? | 09:53:18 |
| 7 | A   Yes. | 09:53:20 |
| 8 | Q   Does the results that are returned from | 09:53:38 |
| 9 | MediaWise depend in any way on content provided by | 09:53:43 |
| 10 | rights holders? | 09:53:49 |
| 11 | MR. PLATZER:  Objection to the form. | 09:53:51 |
| 12 | BY MR. LEIBNITZ: | 09:53:55 |
| 13 | Q   Let me rephrase. | 09:53:56 |
| 14 | A   Yes. | 09:53:57 |
| 15 | Q   Does Vobile have any relationship with movie | 09:53:59 |
| 16 | studios? | 09:54:02 |
| 17 | MR. PLATZER:  Objection, form. | 09:54:04 |
| 18 | THE WITNESS:  What do you mean relationship? | 09:54:07 |
| 19 | BY MR. LEIBNITZ: | 09:54:08 |
| 20 | Q   Does Vobile get anything from movie studios? | 09:54:08 |
| 21 | A   Yes, they provide the fingerprint. | 09:54:12 |
| 22 | Q   Can you describe that for me, please? | 09:54:13 |
| 23 | A   We provide tools to the studios, and basically | 09:54:15 |
| 24 | business rules and fingerprints are provided by the | 09:54:20 |
| 25 | studios. | 09:54:24 |

Page 13

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| 1 | Q    And what do you mean by fingerprint? | 09:54:25 |
| 2 | A    Fingerprint is a technology term to describe, | 09:54:30 |
| 3 | you know, ways to -- the features to identify the | 09:54:36 |
| 4 | content.  So very much like the fingerprint of a person. | 09:54:42 |
| 5 | It's a signature, basically, extracted from the content | 09:54:46 |
| 6 | and use that to identify the content. | 09:54:48 |
| 7 | Q    Is it fair to say that Vobile provides to the | 09:54:53 |
| 8 | plaintiff studios the protocol for determining a | 09:54:58 |
| 9 | fingerprint? | 09:55:05 |
| 10 | A    It's not the protocol. | 09:55:07 |
| 11 | MR. PLATZER:  Objection to the form. | 09:55:08 |
| 12 | THE WITNESS:  It's not a protocol. | 09:55:09 |
| 13 | BY MR. LEIBNITZ: | 09:55:11 |
| 14 | Q    How do the plaintiff studios, if you know, pull | 09:55:11 |
| 15 | together the fingerprint that is supplied to Vobile? | 09:55:19 |
| 16 | MR. PLATZER:  Objection to the form. | 09:55:22 |
| 17 | MR. TIFFANY:  You can answer. | 09:55:26 |
| 18 | THE WITNESS:  Okay.  So I was confused a little | 09:55:28 |
| 19 | bit.  That's okay. | 09:55:30 |
| 20 | Basically, it's a piece of software.  You know, | 09:55:32 |
| 21 | generating the fingerprint, it requires using our | 09:55:33 |
| 22 | technology and software.  So we provide that software to | 09:55:38 |
| 23 | the studios and other content owners to allow them to | 09:55:41 |
| 24 | generate fingerprints. | 09:55:45 |
| 25 | BY MR. LEIBNITZ: | 09:55:45 |

Page 14

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

1      Q    Okay.  So would it be fair to say that Vobile      09:55:49

2   provides software to the plaintiff studios which enables   09:55:53

3   them to provide fingerprints back to Vobile?               09:55:58

4      A    Yes.  And we provide that to everybody.            09:56:01

5      Q    And maybe you can describe for me what you mean    09:56:05

6   by everybody.                                              09:56:07

7      A    Content owners.                                    09:56:09

8      Q    Worldwide?                                         09:56:12

9      A    Yes.                                               09:56:13

10     Q    Do you discriminate by industry?                   09:56:14

11     A    No.                                                09:56:17

12     Q    How many content owners provide fingerprints to    09:56:23

13   Vobile?                                                    09:56:26

14     A    I have to count, but probably dozens.              09:56:28

15     Q    Including all of the plaintiffs in this case?      09:56:32

16     A    Yes.                                               09:56:36

17     Q    How long did it take to develop MediaWise?         09:56:40

18     A    Years, you know, we started since 2005.  And       09:56:45

19   the core technology identification has been in            09:56:52

20   development since day one.  So if you take that into      09:56:54

21   account, it's now, what, six years -- six, seven          09:56:59

22   years -- six years, yes.                                  09:57:03

23     Q    Has it continued to improve since 2005?            09:57:05

24     A    Yes.  I mean, we -- the technology, I think        09:57:11

25   first shipment may be 2007, you know.  I mean, we have    09:57:14

Page 15

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | to go back and check the record.  My recollection is | 09:57:21 |
| 2 | 2007 -- 2006 or 2007, roughly that time frame.  And we | 09:57:24 |
| 3 | certainly are continuing development of lots of new | 09:57:31 |
| 4 | applications. | 09:57:34 |
| 5 | Q  Has the database upon which MediaWise relies | 09:57:39 |
| 6 | improved in any fashion in that time period? | 09:57:48 |
| 7 | MR. TIFFANY:  Objection to the form. | 09:57:51 |
| 8 | THE WITNESS:  You know, database continue to | 09:57:55 |
| 9 | increase, if that's what you mean. | 09:57:57 |
| 10 | BY MR. LEIBNITZ: | 09:57:58 |
| 11 | Q  So the database upon which MediaWise relies | 09:57:59 |
| 12 | continued since 2007 to increase in the number of works? | 09:58:03 |
| 13 | A  Definitely.  Whenever there is a new movie come | 09:58:08 |
| 14 | out, that will add to the database. | 09:58:11 |
| 15 | Q  How many -- you mentioned it took years for | 09:58:17 |
| 16 | MediaWise to be developed. | 09:58:19 |
| 17 | How many engineers were involved in the | 09:58:21 |
| 18 | development effort, if you can estimate? | 09:58:23 |
| 19 | A  You know, it's maybe -- to answer that, I mean, | 09:58:30 |
| 20 | there is no direct contact I can go to really check, but | 09:58:35 |
| 21 | I would say, you know, we have had those 50 or 100 | 09:58:41 |
| 22 | engineers, I mean, probably hundreds of man years it's | 09:58:45 |
| 23 | fair to say. | 09:58:50 |
| 24 | But, again, the technology -- on the line, | 09:58:50 |
| 25 | technology of MediaWise is really VDDB and the querying, | 09:58:52 |

Page 16

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1     we're using across our product line.  And altogether,    10:00:22

 2     you know, just by counting our engineers and multiply by  10:00:26

 3     years, we've been working on this, I said, probably       10:00:29

 4     hundreds of man years.  I'm not saying specifically all   10:00:33

 5     dedicating to MediaWise alone.                            10:00:37

 6          Q    Are there any patents that apply to MediaWise?  10:00:40

 7          A    Yes.                                            10:00:44

 8          Q    How many?                                       10:00:45

 9          A    Again, we don't apply patents for MediaWise     10:00:47

10     alone.  We file patents on our core technology,           10:00:50

11     fingerprinting, you know, all the general methodologies.  10:00:52

12     So we have filed probably ten to 20, maybe, patents.      10:00:58

13     We've got a couple issued.                                10:01:03

14          Q    Including some where you're the named inventor; 10:01:09

15     is that right?                                            10:01:12

16          A    Yes.                                            10:01:13

17          Q    So to your understanding, are there at least    10:01:22

18     two issued patents that cover the technologies employed   10:01:25

19     by MediaWise?                                             10:01:30

20          A    There's one issue -- there's one just recently  10:01:32

21     allowed.  So I'm not sure whether we've paid the fees or  10:01:36

22     not.  But you have all the lawyers here, so, you know,    10:01:39

23     it's the difference here.                                 10:01:41

24          Q    Okay.  So at least one issued patent applies to 10:01:43

25     the technologies employed by --                           10:01:47
```

                                                        Page 18

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q    Moving a few paragraphs down, sir, there is a | 10:45:09 |
| 2 | quote from the MPAA beginning, Vobile vCloud9... Do you | 10:45:11 |
| 3 | see that quote? | 10:45:16 |
| 4 | A    Yes. | 10:45:18 |
| 5 | Q    It reads, Vobile vCloud9 offers an important | 10:45:18 |
| 6 | new tool for website operators offering legitimate | 10:45:21 |
| 7 | Cloud-based storage services to be able to discover | 10:45:27 |
| 8 | unauthorized content online and ensure copyright | 10:45:30 |
| 9 | compliance, thereby protecting the rights of content | 10:45:33 |
| 10 | owners in the creative community.  Do you see that? | 10:45:36 |
| 11 | A    Yes. | 10:45:38 |
| 12 | Q    Who is Kevin Suh? | 10:45:40 |
| 13 | A    Kevin is senior VP at MPAA. | 10:45:41 |
| 14 | Q    And how do you know Kevin Suh? | 10:45:45 |
| 15 | A    You know, I met him once in the normal course | 10:45:50 |
| 16 | of business. | 10:45:53 |
| 17 | Q    Did you talk with Kevin Suh about this | 10:45:59 |
| 18 | statement? | 10:46:01 |
| 19 | A    Not me, I didn't. | 10:46:03 |
| 20 | Q    Any reason to doubt that it's true? | 10:46:05 |
| 21 | MR. PLATZER:  Objection to the form. | 10:46:09 |
| 22 | THE WITNESS:  I mean, they didn't raise an | 10:46:10 |
| 23 | objection.  And that quote is from Kevin Suh.  So I | 10:46:11 |
| 24 | don't -- there is no -- I mean, there is no basis for me | 10:46:17 |
| 25 | to doubt this is not true. | 10:46:20 |

Page 50

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| 1 | that Hotfile even permits copyright infringement on its | 10:53:11 |
|---|---|---|
| 2 | website? | 10:53:16 |
| 3 | MR. PLATZER:  Same objection. | 10:53:17 |
| 4 | THE WITNESS:  I don't know.  Again, same | 10:53:18 |
| 5 | reason.  We just provide the tools. | 10:53:19 |
| 6 | BY MR. LEIBNITZ: | 10:53:23 |
| 7 | Q    Mr. Wang, do you know how many reference prints | 10:54:03 |
| 8 | have been submitted and are being used by MediaWise? | 10:54:06 |
| 9 | A    What do you mean reference? | 10:54:09 |
| 10 | Q    How many fingerprints? | 10:54:11 |
| 11 | A    Oh, reference fingerprints?  A lot.  I don't | 10:54:12 |
| 12 | have the count, you know, but thousands and thousands of | 10:54:16 |
| 13 | them, I think. | 10:54:22 |
| 14 | Q    Same answer for reference fingerprints used by | 10:54:23 |
| 15 | vCloud9? | 10:54:27 |
| 16 | A    VCloud9 has a larger, broader database than | 10:54:28 |
| 17 | MediaWise. | 10:54:31 |
| 18 | Q    What is the difference? | 10:54:34 |
| 19 | A    Very simple.  As I said, MediaWise was designed | 10:54:38 |
| 20 | for specifically UGC and P2P streaming.  And those P2P | 10:54:42 |
| 21 | streaming sites, they require a very short latency, so | 10:54:53 |
| 22 | that we design a system optimized for that.  And they | 10:54:59 |
| 23 | mostly are having the live T.V. shows.  So we | 10:55:03 |
| 24 | specifically designed the MediaWise for that market | 10:55:08 |
| 25 | and -- requirements. | 10:55:12 |

Page 56

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

1       Q    Do you know how many reference fingerprints      10:55:15

2   have been submitted and are being used in vCloud9?       10:55:18

3       A    Again, I don't recall the specific numbers.      10:55:22

4   Basically, it has more.                                   10:55:24

5       Q    You don't know how much more?                    10:55:29

6       A    The last number I saw probably -- again, in our  10:55:37

7   database -- I mean, I don't know.  I don't know the       10:55:41

8   details of specific numbers.  But, you know, more, I      10:55:45

9   know for sure.                                            10:55:49

10      Q    And it's -- not to make this hard for you, but   10:55:57

11  it's not -- you don't know as you sit here today whether  10:56:01

12  it's 100 percent more or 50 percent more or any other     10:56:06

13  numerical amount more?                                    10:56:12

14      A    Yes, you know, again, I don't know that          10:56:17

15  specific numeric number.  I know it's more, because it    10:56:19

16  includes a much broader database.  And in part, it's      10:56:23

17  because in a storage-based environment, the latency       10:56:27

18  requirement is not as high as P2P live streaming.  So     10:56:30

19  checking more is okay.                                    10:56:34

20      Q    But by much broader, you can't quantify it in    10:56:36

21  terms of 10 percent, 50 percent, 100 percent?             10:56:39

22      A    I have to go back to my technical staff to get   10:56:41

23  those numbers.                                            10:56:44

24      Q    Okay.  Can you describe for us what's happened,  10:56:45

25  if anything, in the last two and a half years in terms    10:56:48

Page 57

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | of expanding industry buy in for Vobile? | 10:56:53 |
| 2 | A    What do you mean? | 10:56:59 |
| 3 | Q    Industry approval for Vobile, has it increased | 10:57:01 |
| 4 | in the last two years? | 10:57:04 |
| 5 | MR. PLATZER:  Objection to the form. | 10:57:06 |
| 6 | THE WITNESS:  Yes, in general, that's always | 10:57:07 |
| 7 | true.  You know, we -- six, seven years ago, we were | 10:57:09 |
| 8 | nobody.  We did not form the company.  And over the | 10:57:13 |
| 9 | years in the course of business, we take care of our | 10:57:16 |
| 10 | customer.  We do a good product.  And our reputation, | 10:57:21 |
| 11 | you know, gets stronger and stronger in the industry. | 10:57:25 |
| 12 | BY MR. LEIBNITZ: | 10:57:29 |
| 13 | Q    So, to your knowledge, do the reference | 10:57:31 |
| 14 | fingerprints provided by content owners, are they | 10:57:33 |
| 15 | provided automatically in some fashion or are they | 10:57:36 |
| 16 | decided on a case-by-case basis by the content owners? | 10:57:40 |
| 17 | MR. PLATZER:  Objection to the form, lacks | 10:57:44 |
| 18 | foundation. | 10:57:45 |
| 19 | THE WITNESS:  I don't know what you mean | 10:57:47 |
| 20 | automatic.  Is it technical automatically, or -- I | 10:57:49 |
| 21 | mean... | 10:57:52 |
| 22 | BY MR. LEIBNITZ: | 10:57:52 |
| 23 | Q    Is there an automated system that is on a | 10:57:52 |
| 24 | computerized basis just submitting additional reference | 10:57:55 |
| 25 | fingerprints, if you know? | 10:57:59 |

Page 58

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. PLATZER:  Same objections. | 10:58:01 |
| 2 | THE WITNESS:  It's all done by computer, for | 10:58:02 |
| 3 | sure, but we don't know exactly the internal process at | 10:58:04 |
| 4 | each customer sites. | 10:58:07 |
| 5 | BY MR. LEIBNITZ: | 10:58:08 |
| 6 | Q   Okay.  So, as far as you know, Columbia may | 10:58:08 |
| 7 | decide on a case-by-case basis to -- whether or not to | 10:58:15 |
| 8 | submit a reference fingerprint for use in Vobile | 10:58:18 |
| 9 | technology? | 10:58:23 |
| 10 | MR. PLATZER:  Same objections. | 10:58:24 |
| 11 | THE WITNESS:  Again, I don't know.  I said it's | 10:58:26 |
| 12 | all done by computer for sure, because a piece of | 10:58:28 |
| 13 | software, and then however they use it, it's not within | 10:58:30 |
| 14 | our control and knowledge. | 10:58:34 |
| 15 | BY MR. LEIBNITZ: | 10:58:37 |
| 16 | Q   Do you know how many reference fingerprints | 10:58:37 |
| 17 | have been submitted for use with either MediaWise or | 10:58:40 |
| 18 | vCloud9 for all content owners?  Or did I already ask | 10:58:45 |
| 19 | that question? | 10:58:49 |
| 20 | A   You already asked that question.  I have to go | 10:58:49 |
| 21 | back to my technical staff.  Sorry.  I don't remember | 10:58:52 |
| 22 | all those details.  The number just goes bigger and | 10:58:54 |
| 23 | bigger. | 10:58:57 |
| 24 | Q   Do you get reference fingerprints from the | 10:59:01 |
| 25 | adult entertainment industry? | 10:59:03 |

Page 59

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q    And that you first began providing Vobile | 11:20:08 |
| 2 | technology to customers sometime around 2006 or 2007; is | 11:20:13 |
| 3 | that fair? | 11:20:17 |
| 4 | A    Yes. | 11:20:18 |
| 5 | Q    One of the market segments that Vobile serves | 11:20:28 |
| 6 | is hosting providers.  Is that a question that makes | 11:20:31 |
| 7 | sense to you? | 11:20:34 |
| 8 | A    Yes. | 11:20:35 |
| 9 | Q    Since when has Vobile been serving hosting | 11:20:37 |
| 10 | providers with Vobile's fingerprinting identification | 11:20:40 |
| 11 | services? | 11:20:43 |
| 12 | MR. LEIBNITZ:  Object to form. | 11:20:45 |
| 13 | THE WITNESS:  Again, I think this can go | 11:20:46 |
| 14 | back -- you know, we can trace through press release and | 11:20:48 |
| 15 | other things, I think the first one we sign up may be | 11:20:52 |
| 16 | 2007 or 2008, around that time. | 11:20:56 |
| 17 | BY MR. PLATZER: | 11:20:59 |
| 18 | Q    Okay.  So by 2000 -- early 2009 -- | 11:20:59 |
| 19 | A    Yes. | 11:21:06 |
| 20 | Q    -- Vobile was already providing video | 11:21:06 |
| 21 | identification services to hosting providers? | 11:21:10 |
| 22 | MR. LEIBNITZ:  Object to form. | 11:21:13 |
| 23 | THE WITNESS:  For sure. | 11:21:15 |
| 24 | BY MR. PLATZER: | 11:21:16 |
| 25 | Q    Can you estimate for me about how many hosting | 11:21:16 |

Page 68

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1    providers Vobile was providing fingerprinting services    11:21:19

 2    to around early 2009?                                      11:21:22

 3         A    I can't recall the exact numbers, but the large  11:21:26

 4    ones, there's only a few.  I mean, even as of today,       11:21:29

 5    there's only a few large ones.                             11:21:34

 6         Q    But that was a market in which Vobile was        11:21:37

 7    offering services in early 2009?                           11:21:40

 8         A    Yes.                                             11:21:42

 9         Q    And are you aware of any reason that Vobile      11:21:46

10    might have turned hosting providers away who approached    11:21:48

11    Vobile to purchase its services back in early 2009?        11:21:52

12         A    No.                                             11:21:58

13         Q    So if a customer came to you and was willing to  11:22:01

14    pay for your services, you would have provided them?       11:22:03

15              MR. LEIBNITZ:  Object to form.                   11:22:06

16              THE WITNESS:  Definitely.                        11:22:08

17    BY MR. PLATZER:                                            11:22:09

18         Q    Now, I know we've distinguished here today       11:22:24

19    between sort of different product lines that Vobile        11:22:26

20    offers, such as vCloud9 and MediaWise.  Do you recall      11:22:30

21    that testimony earlier?                                    11:22:33

22         A    Yes.                                             11:22:34

23         Q    And did you testify earlier that it's the same   11:22:35

24    core identification technology that underlies both of      11:22:37

25    them?                                                      11:22:41
```

Page 69

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q    It's a term you're familiar with? | 11:43:57 |
| 2 | A    Yes.  And it's a pretty standard term industry | 11:43:59 |
| 3 | use. | 11:44:02 |
| 4 | Q    Are you familiar with the rate at which | 11:44:07 |
| 5 | Vobile's fingerprinting technology, the video DNA that | 11:44:09 |
| 6 | we discussed earlier, generates false positives? | 11:44:12 |
| 7 | A    Yes.  We maintain virtually zero.  I mean, | 11:44:17 |
| 8 | that's our practice.  Zero FP. | 11:44:22 |
| 9 | Q    And what is your basis for that statement? | 11:44:24 |
| 10 | A    It's through our orbiting experience, I mean, | 11:44:29 |
| 11 | so far we've had no cases -- I mean, there was several | 11:44:34 |
| 12 | cases being challenged, people was doubting the FP, but | 11:44:42 |
| 13 | all end up actually our system is correct, correctly | 11:44:46 |
| 14 | identify the match.  So we don't have any issues out | 11:44:50 |
| 15 | there so far through our orbiting history that have an | 11:44:54 |
| 16 | FP. | 11:44:59 |
| 17 | Q    About how many queries -- I realize you | 11:45:00 |
| 18 | probably won't have a specific number -- | 11:45:03 |
| 19 | A    Yes. | 11:45:05 |
| 20 | Q    -- but if you can give me an estimate. | 11:45:05 |
| 21 | How many queries has Vobile performed on behalf | 11:45:07 |
| 22 | of its customers since it first began providing | 11:45:13 |
| 23 | fingerprinting services on a commercial basis? | 11:45:17 |
| 24 | A    A lot.  I know one data, because recently -- | 11:45:20 |
| 25 | you know, I mean, we have to check with the system to | 11:45:22 |

Page 85

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | give you the numbers, specific you asked for. But as a | 11:45:24 |
| 2 | general reference, I -- we are -- our system are | 11:45:27 |
| 3 | checking about 70 million hours of video in a year. | 11:45:34 |
| 4 | That's the current rate we have, and that's increasing. | 11:45:38 |
| 5 | Q   And out of all those queries, Vobile is not | 11:45:48 |
| 6 | aware of any false positives? | 11:45:50 |
| 7 | A   True.  No false positives. | 11:45:56 |
| 8 | Q   And just to make sure I'm understanding your | 11:45:59 |
| 9 | testimony earlier correctly, there have been cases where | 11:46:00 |
| 10 | false positives have been alleged, but those have turned | 11:46:04 |
| 11 | out to not be false positives after all? | 11:46:08 |
| 12 | A   Yes. | 11:46:11 |
| 13 | Q   Earlier you were asked some questions about the | 11:46:23 |
| 14 | vCloud9 service. | 11:46:27 |
| 15 | A   Yes. | 11:46:30 |
| 16 | Q   Can you explain for me -- and you don't need to | 11:46:33 |
| 17 | go into too much detail -- exactly how vCloud9 is able | 11:46:35 |
| 18 | to extract fingerprints from compressed files? | 11:46:41 |
| 19 | A   We basically integrate it together.  We do | 11:46:48 |
| 20 | decompress or, you know, extract files from archived | 11:46:51 |
| 21 | files, and then run in parallel, you know, generate the | 11:46:55 |
| 22 | fingerprint. | 11:46:59 |
| 23 | Q   And is the same answer true with respect to | 11:47:01 |
| 24 | archived files? | 11:47:03 |
| 25 | A   Yes. | 11:47:05 |

Page 86

Sarnoff, A VERITEXT COMPANY
877-955-3855

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. PLATZER:  Same objections. | 12:05:09 |
| 2 | THE WITNESS:  With the context of memorizing, | 12:05:10 |
| 3 | you know, thousands and thousands of titles, yes, the | 12:05:13 |
| 4 | system is more accurate. | 12:05:16 |
| 5 | BY MR. LEIBNITZ: | 12:05:19 |
| 6 | Q    In fact, Vobile has the advantage of knowing | 12:05:20 |
| 7 | for certain that its library of fingerprinted content is | 12:05:23 |
| 8 | not authorized, whereas, human review relies upon less | 12:05:28 |
| 9 | clear information in that regard? | 12:05:35 |
| 10 | MR. PLATZER:  Objection to the form. | 12:05:38 |
| 11 | THE WITNESS:  True, because human being, I | 12:05:41 |
| 12 | mean, you can memorize -- I mean, it's okay for you to | 12:05:44 |
| 13 | memorize a few shows, say, watch those shows, but to | 12:05:47 |
| 14 | find someone who can memorize thousands and thousand of | 12:05:51 |
| 15 | titles and memorize all the business rules around it, | 12:05:55 |
| 16 | it's just virtually impossible. | 12:05:58 |
| 17 | BY MR. LEIBNITZ: | 12:05:59 |
| 18 | Q    And it would be virtually impossible for a | 12:06:00 |
| 19 | human being even to research on a reasonable basis all | 12:06:02 |
| 20 | of the authorization that Vobile has existing within its | 12:06:09 |
| 21 | database? | 12:06:13 |
| 22 | A    I haven't found that human person yet.  I mean, | 12:06:15 |
| 23 | if you find it, it's going to cause a lot of money to | 12:06:17 |
| 24 | hire, yes. | 12:06:20 |
| 25 | Q    You've never heard of a person named Scott | 12:06:21 |

Page 100

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1        ATTORNEYS' EYES ONLY TESTIMONY - HIGHLY CONFIDENTIAL

 2     BY MR. LEIBNITZ:                                    12:10:07

 3        Q    So you can't think of an example as you sit  12:10:07

 4     here right now?                                      12:10:09

 5        A    I think every -- you know, it's just beyond my  12:10:11

 6     knowledge.  I think I can say for sure, you know, no.  12:10:15

 7        Q    How much do the studios, the plaintiffs'     12:10:20

 8     studios -- we talked about Hotfile -- up until December  12:10:25

 9     of -- up until now --                                12:10:33

10        A    Yes.                                         12:10:35

11        Q    -- Hotfile pays about $12,500 to Vobile each  12:10:35

12     month; right?                                        12:10:39

13        A    Yes.                                         12:10:40

14        Q    How much do the studios pay?                 12:10:41

15        A    Well, they use different products, and       12:10:42

16     that's -- we don't release customer information.      12:10:46

17        Q    Okay.  Well, understanding that this -- and you  12:10:48

18     can talk to your counsel about this if you need to -- 12:10:52

19     these proceedings are subject to a confidentiality order  12:10:55

20     such that the words you use in this room need not go  12:10:58

21     beyond the parties present, if your counsel so        12:11:02

22     designates.                                           12:11:06

23        So with that understanding, knowing that         12:11:07

24     confidentiality rules apply, can you aggregate all of  12:11:09

25     the plaintiffs' studios and give me your best estimate  12:11:13
```

Page 105

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | as to how much they pay to Vobile as opposed to the | 12:11:16 |
| 2 | 12,500 that Hotfile pays? | 12:11:19 |
| 3 | MR. PLATZER:  Objection to the form. | 12:11:43 |
| 4 | MR. TIFFANY:  Could we go off the record just a | 12:11:47 |
| 5 | moment? | 12:11:48 |
| 6 | VIDEOGRAPHER:  We are now going off the video | 12:11:50 |
| 7 | record.  The time is 12:11 p.m. | 12:11:52 |
| 8 | (Discussion off the Record.) | 12:11:53 |
| 9 | VIDEOGRAPHER:  We are now back on the video | 12:13:04 |
| 10 | record.  The time is 12:12 p.m. | 12:13:06 |
| 11 | MR. PLATZER:  Under the court's protective | 12:13:11 |
| 12 | order, I'm going to exercise my right to designate on | 12:13:13 |
| 13 | the record any answer the witness is capable of | 12:13:16 |
| 14 | providing to this question as Attorneys' Eyes Only, | 12:13:21 |
| 15 | Highly Confidential. | 12:13:22 |
| 16 | THE WITNESS:  I can give you a general sense, | 12:13:26 |
| 17 | because we are very reluctant, as you know, to provide | 12:13:27 |
| 18 | any customer information specific.  Not only we have | 12:13:31 |
| 19 | signed a confidentiality in every single agreement, we | 12:13:35 |
| 20 | have MFN, we have all kinds of things around the | 12:13:40 |
| 21 | contracts.  So we are very reluctant to give anything | 12:13:42 |
| 22 | out. | 12:13:47 |
| 23 | But I can share with you is basically, with the | 12:13:47 |
| 24 | Video Tracker services, our pricing structure is similar | 12:13:50 |
| 25 | to MediaWise and vCloud9, which is based on usage.  And | 12:13:54 |

Page 106

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | the pricing range is again, you know, in the range of | 12:14:00 |
| 2 | somewhere 20, 30,000 per month to upwards, hundreds, | 12:14:07 |
| 3 | thousands -- you know, hundreds of capabilities. | 12:14:11 |
| 4 | So, basically, that's the kind of the range, | 12:14:15 |
| 5 | similar.  And you can go count how many major studios we | 12:14:17 |
| 6 | have in Hollywood and multiply by that.  So that would | 12:14:21 |
| 7 | give you a sense. | 12:14:25 |
| 8 | BY MR. LEIBNITZ: | 12:14:26 |
| 9 | Q   I'm just a lawyer.  I need your testimony, sir. | 12:14:26 |
| 10 | In comparison to the 12,500, what would the | 12:14:29 |
| 11 | figure be on a monthly basis aggregated for the | 12:14:33 |
| 12 | plaintiffs' studio? | 12:14:38 |
| 13 | MR. PLATZER:  Same designation as to Attorneys' | 12:14:41 |
| 14 | Eyes Only, Highly Confidential. | 12:14:43 |
| 15 | THE WITNESS:  And I will say, you know, let's | 12:14:45 |
| 16 | take $50,000 as the average, and you can multiply by the | 12:14:46 |
| 17 | studio numbers, and you probably get some figures. | 12:14:51 |
| 18 | BY MR. LEIBNITZ: | 12:14:53 |
| 19 | Q   So about 250,000 per month? | 12:14:54 |
| 20 | MR. PLATZER:  Same designation. | 12:14:58 |
| 21 | THE WITNESS:  I have to check my financial, but | 12:14:59 |
| 22 | that ballpark probably is right. | 12:15:02 |
| 23 | BY MR. LEIBNITZ: | 12:15:03 |
| 24 | Q   Mr. Wang, which side of this case is more | 12:15:05 |
| 25 | important to Vobile's ongoing success -- victory by the | 12:15:22 |

Page 107

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

1         I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby certify:

3         That the foregoing proceedings were taken

4    before me at the time and place herein set forth; that

5    any witnesses in the foregoing proceedings, prior to

6    testifying, were duly sworn; that a record of the

7    proceedings was made by me using machine shorthand which

8    was thereafter transcribed under my direction; that the

9    foregoing transcript is a true record of the testimony

10   given.

11         Further, that if the foregoing pertains to the

12   original transcript of a deposition in a Federal Case,

13   before completion of the proceedings, review of the

14   transcript [ ] was [ ] was not requested.

15        I further certify I am neither financially

16   interested in the action nor a relative or employee of

17   any attorney or party to this action.

18        IN WITNESS WHEREOF, I have this date subscribed

19   my name.

20

21   Dated: January 12, 2012

22

23                   _____

                          LYNNE MARIE LEDANOIS

24                          CSR No. 6811

25

                                  Page 115