# EXHIBIT 20

Solmon, Vicki R. 12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    Plaintiffs,

  vs.

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

    Defendants.
_____
AND RELATED CROSS-ACTION.
_____


HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF VICKI R. SOLMON, ESQUIRE

PURSUANT TO FEDERAL RULE 30(b)(6)

Los Angeles, California

Friday, December 9, 2011

Volume 1

Reported by:
LORI SCINTA, RPR
CSR No. 4811

Job No. 178932

Solmon, Vicki R.                                12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 2

1                UNITED STATES DISTRICT COURT

2                SOUTHERN DISTRICT OF FLORIDA

3                CASE NO. 11-20427-WILLIAMS-TURNOFF

4   DISNEY ENTERPRISES, INC.,
    TWENTIETH CENTURY FOX FILM
5   CORPORATION, UNIVERSAL CITY
    STUDIOS PRODUCTIONS LLLP,
6   COLUMBIA PICTURES INDUSTRIES,
    INC., and WARNER BROS.
7   ENTERTAINMENT INC.,

8           Plaintiffs,

9       vs.

10  HOTFILE CORP., ANTON TITOV,
    and DOES 1-10,
11
            Defendants.
12  _____
    AND RELATED CROSS-ACTION.
13  _____

14

15    HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

16          Videotaped deposition of VICKI R. SOLMON,

17  ESQUIRE, Volume 1, pursuant to Federal Rule 30(b)(6),

18  taken on behalf of Defendants, at 633 West Fifth Street,

19  Los Angeles, California, beginning at 9:53 A.M. and

20  ending at 6:19 P.M. on Friday, December 9, 2011, before

21  LORI SCINTA, RPR, Certified Shorthand Reporter No. 4811.

22

23

24

25

Solmon, Vicki R.                                    12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
                                                              Page 3

 1    APPEARANCES:

 2

 3    For Plaintiffs:

 4
          JENNER & BLOCK LLP
 5        BY:  DUANE C. POZZA
          Attorney at Law
 6        1099 New York Avenue, NW, Suite 900
          Washington, D.C. 20001-4412
 7        202.639.6000
          Email:  dpozza@jenner.com
 8
              -- and --
 9
          SONY PICTURES ENTERTAINMENT
10        BY:  MAGGIE HEIM
          Attorney at Law
11        10202 West Washington Boulevard
          Culver City, California 90232-3195
12        310.244.6946
          Email:  maggie_heim@spe.sony.com
13

14
      For Defendants:
15

16        FARELLA BRAUN + MARTEL LLP
          BY:  DEEPAK GUPTA
17        Attorney at Law
          235 Montgomery Street
18        San Francisco, California 94104
          415.954.4400
19        Email:  dgupta@fbm.com

20

21    Videographer:

22
          VONYARN MASON
23        SARNOFF COURT REPORTERS
          20 Corporate Park, Suite 350
24        Irvine, California 92606
          877.955.3855
25
```

Solmon, Vicki R.                                            12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 190

| | | |
|---|---|---|
| 05:01 | 1 | disagree with your view of the work-product doctrine |
| 05:01 | 2 | there, but we can take it up later. |
| 05:01 | 3 | Q   I'd like to ask you some questions about |
| 05:01 | 4 | Columbia's policies for voluntarily posting content on |
| 05:01 | 5 | the Internet, including trailers and full-length |
| 05:01 | 6 | content. |
| 05:01 | 7 | Does Columbia have a partnership with YouTube |
| 05:01 | 8 | to post trailers? |
| 05:02 | 9 | MR. POZZA:  Objection.  Vague and ambiguous. |
| 05:02 | 10 | THE WITNESS:  Columbia does have -- well, |
| 05:02 | 11 | Columbia or some entity that has -- an affiliated entity |
| 05:02 | 12 | does have agreements with YouTube, some of which may |
| 05:02 | 13 | include posting trailers on YouTube. |
| 05:02 | 14 | BY MR. GUPTA: |
| 05:02 | 15 | Q   And can you tell me what the name of the |
| 05:02 | 16 | affiliated entity is? |
| 05:02 | 17 | MR. POZZA:  Counsel, I'll object.  I'll allow |
| 05:02 | 18 | some questioning on this topic, but I will note that the |
| 05:02 | 19 | details of any specific business arrangement are not a |
| 05:02 | 20 | subject -- not a subject of the deposition notice. |
| 05:02 | 21 | MR. GUPTA:  Please continue. |
| 05:03 | 22 | THE WITNESS:  I believe it's Sony Pictures Home |
| 05:03 | 23 | Entertainment. |
| 05:03 | 24 | BY MR. GUPTA: |
| 05:03 | 25 | Q   And how is Sony Pictures Home Entertainment |

Solmon, Vicki R.                          12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 191

| | | |
|---|---|---|
| 05:03 | 1 | related to Columbia Pictures? |
| 05:03 | 2 | A    It's a sister company. |
| 05:03 | 3 | Q    Does Columbia Pictures itself post any of its |
| 05:03 | 4 | content to YouTube? |
| 05:03 | 5 | MR. POZZA:  Same objection noted. |
| 05:03 | 6 | THE WITNESS:  I do not believe so. |
| 05:03 | 7 | BY MR. GUPTA: |
| 05:03 | 8 | Q    What is the reason that Sony Pictures Home |
| 05:04 | 9 | Entertainment is posting content to YouTube? |
| 05:04 | 10 | MR. POZZA:  I'm going to object, Counsel.  How |
| 05:04 | 11 | is that within the -- how is the reason why Sony |
| 05:04 | 12 | entertainment is posting materials to YouTube |
| 05:04 | 13 | encompassed within any of the topics? |
| 05:04 | 14 | MR. GUPTA:  It goes to the voluntary posting |
| 05:04 | 15 | topic, and it goes to the question of harm.  It goes to |
| 05:04 | 16 | the question of possible uses of a site like Hotfile, |
| 05:04 | 17 | which is -- |
| 05:04 | 18 | MR. POZZA:  Okay.  It's not a relevance |
| 05:04 | 19 | question.  It's what topic is included. |
| 05:04 | 20 | You want to know the policies, right? |
| 05:04 | 21 | MR. GUPTA:  Correct.  So it's topic No. 8. |
| 05:04 | 22 | That's the core topic. |
| 05:04 | 23 | MR. POZZA:  Right.  Well, the witness can |
| 05:04 | 24 | testify as to the policies. |
| 05:04 | 25 | THE WITNESS: Okay.  I may have misspoken |

```
                                             Solmon, Vicki R.                        12/9/2011
                       HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
```

```
                                                                       Page 192
05:04   1    earlier, because I believed you asked a compound
05:04   2    question, now that I think back.
05:04   3            You asked about both trailers and you also said
05:04   4    at the end of it full-length motion pictures, I think.
05:05   5            And that is -- that's two totally different --
05:05   6    BY MR. GUPTA:
05:05   7        Q   Okay.
05:05   8        A   -- items.
05:05   9            And so if we could just go back because it
05:05   10   is -- we have different companies doing different things
05:05   11   in different media.
05:05   12       Q   Okay.
05:05   13       A   So if you could break it up --
05:05   14       Q   Okay.
05:05   15       A   -- and I should have caught that, so I'm sorry.
05:05   16       Q   Sure.
05:05   17           No.  I think the specific question was whether
05:05   18   Columbia was posting trailers to YouTube.
05:05   19       A   But you then added something in some -- in one
05:05   20   of those questions about movies, as well.
05:05   21       Q   Yeah.  The earlier question went to movies.
05:05   22       A   Okay.  I am -- you know, I'd like to clarify
05:05   23   this.
05:05   24       Q   Sure.  Please do.
05:05   25       A   That the trailers probably are not posted by --
```

```
                                              Solmon, Vicki R.                              12/9/2011
                      HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
```

Page 193

| | | |
|---|---|---|
| 05:05 | 1 | through a deal with Sony Pictures Home Entertainment. |
| 05:06 | 2 | They're probably posted via -- I don't even |
| 05:06 | 3 | know if it's a deal-deal -- through our marketing group, |
| 05:06 | 4 | the publicity group that for -- that they are the ones |
| 05:06 | 5 | responsible for blasting out trailers. |
| 05:06 | 6 | Q    Okay.  And when you talk about this marketing |
| 05:06 | 7 | group, which corporate entity are they within? |
| 05:06 | 8 | A    I think of them as -- I don't know if this is |
| 05:06 | 9 | an exact entity.  It's the marketing group for Sony |
| 05:06 | 10 | Pictures digital marketing for its public -- you know, |
| 05:06 | 11 | for its trailers, one sheets of that. |
| 05:06 | 12 | I don't recall the exact name of that group. |
| 05:07 | 13 | Q    Okay.  And these marketing activities, they |
| 05:07 | 14 | would post content on sites like YouTube? |
| 05:07 | 15 | A    Yes. |
| 05:07 | 16 | Q    And can you tell me the other sites that they |
| 05:07 | 17 | would post on? |
| 05:07 | 18 | A    No. |
| 05:07 | 19 | Q    Why? |
| 05:07 | 20 | A    There's many of them.  I do not know the |
| 05:07 | 21 | complete list. |
| 05:07 | 22 | And the idea of once they are sending out a |
| 05:07 | 23 | trailer, they send it to lots of sites so people are |
| 05:07 | 24 | seeing it, one of which would be -- they would blast it |
| 05:07 | 25 | through our own Sony Pictures site and through a Sony |

Solmon, Vicki R.                                    12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 194

```
05:07  1   publicity site, and things of that sort.
05:07  2             The trailers, you know, once we're going out
05:07  3   with one, are intended to market the movie.  It only
05:07  4   works if it's seen.  It's the same kind of thing --
05:07  5             (Telephone interruption.)
05:07  6             THE WITNESS:  -- as --
05:08  7             (Telephone interruption.)
05:08  8             THE WITNESS:  -- as trailers being shown on
05:08  9   television or in a movie theater.
05:08 10             The idea is to get the trailer in front of as
05:08 11   many eyes so people want to see the movie.  It's a very,
05:08 12   very strong marketing tool, so we do it electronically
05:08 13   to many, many different sites that are, you know, the
05:08 14   ones.
05:08 15             And I don't -- I don't know if we have
05:08 16   agreements, as such.  And that was your question, so I
05:08 17   should not have answered the way I did.
05:08 18   BY MR. GUPTA:
05:08 19       Q    Okay.  So does Columbia consider the large
05:08 20   exposure of its trailers to actually benefit its
05:08 21   business?
05:08 22             MR. POZZA:  Objection.  It's vague and
05:08 23   ambiguous.
05:08 24             THE WITNESS:  The reason we make trailers is to
05:09 25   build excitement, word of mouth, get people excited
```

Solmon, Vicki R.                              12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 195

```
05:09  1   about the opening of the movie.
05:09  2            So we work hard -- not me but people who are
05:09  3   talented in that respect -- to make trailers that will
05:09  4   have people wanting to go to the theater and see the
05:09  5   movie.
05:09  6            So that is the purpose of a trailer, to attract
05:09  7   an audience.
05:09  8   BY MR. GUPTA:
05:09  9        Q   It's kind of like free advertising , right?
05:09 10            MR. POZZA:  I'll object to that as vague and
05:09 11   ambiguous, misstates the witness's testimony.
05:09 12   BY MR. GUPTA:
05:09 13        Q   Would you agree?
05:09 14        A   I wouldn't say it's free.
05:09 15        Q   Why not?
05:09 16        A   Because, as I mentioned, it's equivalent to
05:09 17   showing it on television.  That costs money.  There are
05:09 18   many media that we advertise within.
05:09 19            For instance, you might see pictures of a movie
05:10 20   on a bench, a bus-stop bench or something.  We try to
05:10 21   market it.  And the trailer is considered a very
05:10 22   effective tool because it is a little bit longer and
05:10 23   more detailed than just a snapshot, a poster or a short,
05:10 24   a one little glimpse of it, a snapshot.
05:10 25            It is parts of it, building enthusiasm.  It is
```

Errata Sheet
Deposition of Vicki Solmon
December 9, 2011 and December 23, 2011

| Location | Correction |
|---|---|
| **Day 1** | |
| 7:7 | change "Hotfield" to "Hotfile" |
| 17:15 | change "ERA services" to "ARA Services" |
| 21:15 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 21:17 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 21:20 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 21:21 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 22:19 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 24:14-15 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 24:16-17 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 31:11 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 31:14 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 32:2 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 35:18 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 47:21 | change "Michelle Huynh" to "Michelle Wang" |
| 47:22 | change "Huynh" to "Wang" |
| 58:25 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 71:1 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 81:10 | change "A-Plex" to "Aiplex" |
| 141:8 | change "compiled each to" to "compelled each to" |
| **Day 2** | |
| 231:16 | change "question" to "answer" |

VICKI R. SOLMON, ESQ. 12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 9    I, VICKI R. SOLMON, ESQUIRE, do hereby declare
10  under penalty of perjury that I have read the foregoing
11  transcript; that I have made any corrections as appear
12  noted, in ink, initialed by me, or attached hereto; that
13  my testimony as contained herein, as corrected, is true
14  and correct.

17            EXECUTED this 15th day of February,
18  20 12, at Los Angeles        , Ca         .
                     (City)              (State)

22            _____
              VICKI R. SOLMON, ESQUIRE
23            Volume 1
```



217

Solmon, Vicki R.  12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 219

1

2   I, the undersigned, a Certified Shorthand

3   Reporter of the State of California, do hereby certify:

4   That the foregoing proceedings were taken

5   before me at the time and place herein set forth; that

6   any witnesses in the foregoing proceedings, prior to

7   testifying, were duly sworn; that a record of the

8   proceedings was made by me using machine shorthand

9   which was thereafter transcribed under my direction;

10  that the foregoing transcript is a true record of the

11  testimony given.

12  Further, that if the foregoing pertains to

13  the original transcript of a deposition in a Federal

14  Case, before completion of the proceedings, review of

15  the transcript [ x ] was [ ] was not requested.

16  I further certify I am neither financially

17  interested in the action nor a relative or employee

18  of any attorney or party to this action.

19  IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21

22  Dated: 12-12-

23

24  _____
    LORI SCINTA, RPR
25  CSR No. 4811