# EXHIBIT 21

Highly Confidential

Page 1

```
1              UNITED STATES DISTRICT COURT
2              SOUTHERN DISTRICT OF FLORIDA
3          CASE NO. 11-20427-WILLIAMS/TURNOFF
4   DISNEY ENTERPRISES, INC.,  )
    TWENTIETH CENTURY          )
5   FOX FILM CORPORATION,      )
    UNIVERSAL CITY STUDIOS     )
6   PRODUCTIONS LLLP,          )
    COLUMBIA PICTURES          )
7   INDUSTRIES, INC., and      )
    WARNER BROS.               )
8   ENTERTAINMENT, INC.,       )
                               )
9              Plaintiffs,     )
                               )
10       v.                    )
                               )
11  HOTFILE CORP., ANTON       )
    TITOV, and DOES 1-10       )
12                             )
    Defendants.                )
13  _____)
14
             H I G H L Y  C O N F I D E N T I A L
15
16    (Pursuant to protective order, the following
         transcript has been designated highly
17                    confidential)
18       DEPOSITION OF MATTHEW LYNDE, Ph.D.
19            SAN FRANCISCO, CALIFORNIA
20             FRIDAY, DECEMBER 16, 2011
21
22
23
24  REPORTED BY: Linda Vaccarezza, CSR No. 10201
25  JOB NO.: 44313
```

Highly Confidential

Page 2

DECEMBER 16, 2011

10:07 A.M.

Deposition of MATTHEW LYNDE, Ph.D., held at the offices of Farella, Braun & Martel, 235 Montgomery Street, San Francisco, California, before Linda Vaccarezza, a Registered Professional Reporter and Certified Shorthand Reporter of the State of California.

Highly Confidential

Page 3

```
 1        A P P E A R A N C E S:
 2     ATTORNEY FOR THE PLAINTIFFS:
            JENNER & BLOCK
 3          BY:  STEVEN B. FABRIZIO, ESQ.
            1099 New York Avenue, NW
 4          Washington, DC 20001
 5
 6
 7     ATTORNEY FOR THE DEFENDANTS
        HOTFILE CORP., AND ANTON TITOV:
 8          FARELLA, BRAUN & MARTEL
            BY:  RODERICK M. THOMPSON, ESQ.
 9          235 Montgomery Street
            San Francisco, California 94104
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Highly Confidential

Page 184

1            MR. THOMPSON:  Objection.  Vague.
2            THE WITNESS:  My understanding is
3       that there are a number of benefits from
4       being a premium subscriber, but that
5       better quality download, faster download
6       is one of the advantages of the premium
7       account.
8       Q.   What are some of the others?
9       A.   The -- I believe there's some
10 other advantages, in terms of being able to store
11 files longer and some other aspects.
12      Q.   Do you believe it's fair to say
13 that Hotfile's premium subscriptions are driven
14 substantially by users wanting better downloading
15 experience?
16      A.   It seems to me from what I've
17 reviewed that the ability to get faster downloads
18 is a key aspect of the demand for premium
19 accounts.
20      Q.   And to your knowledge, the sale of
21 premium accounts is the only means that Hotfile
22 has to earn revenue?
23      A.   That is my understanding.
24      Q.   You said that there was a low cost
25 to switching to a competitor -- strike.

Highly Confidential

Page 262

1    become a premium accounts, and that is Hotfile's
2    source of revenue.
3         Q.    And does providing access to
4    content attract users to Hotfile's site?
5         A.    That might be one thing that would
6    attract users to the site.
7         Q.    Do you believe that providing
8    access to copyright infringing files is part of
9    what attracts users to the Hotfile site?
10        A.    I do not believe that's part of
11   Hotfile's business model as I understand it,
12   because the policy is not to have copyrighted
13   material and to take it down when notice is given
14   by the copyright owner.
15        Q.    And the last part of your answer,
16   that is something you were told by Hotfile?
17        A.    That they take down copyrighted
18   material when they provided notice.
19             (Record read as follows:
20                ANSWER:  I do not believe
21             that's part of Hotfile's business
22             model as I understand it, because
23             the policy is not to have
24             copyrighted material and to take
25             it down when notice is given by

Highly Confidential

Page 291

1    MR. FABRIZIO: Okay. I'm good.
2   Thank you, Dr. Lynde.
3          (Time noted: 5:59 p.m.)

                    [signature]
                 MATTHEW LYNDE

                                    See Below
10  Subscribed and sworn to before me
11  This 30th day of January, 20 12.

State of California
County of San Francisco
Subscribed and sworn to (or affirmed) before me
on this 30th day of January, 2012
by Matthew Lynde,
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.
Signature [signature] (Seal)

MARK MCQUILLEN
COMM. #1793325
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires Mar. 10, 2012

## Errata to the Deposition of Matthew R. Lynde
December 16, 2011
*Disney Enterprises, Inc. et al. v. Hotfile Corp., et al.*
*Hotfile Corp., et al. v. Disney Enterprises, Inc. et al.*

| Page | Line | Now reads | Should read | Reason |
|---|---|---|---|---|
| 9 | 13 | "didn't" | "don't" | Misspoke |
| 42 | 14 | "affect" | "effect" | Transcribing error |
| 52 | 9-10 | "up loader" | "uploader" | Transcribing error |
| 75 | 3 | "I result" | "results" | Misspoke |
| 84 | 9 | "up loaders" | "uploaders" | Transcribing error |
| 118 | 14 | "prescription" | "subscription" | Misspoke |
| 126 | 10 | "focused in" | "focused on" | Transcribing error |
| 150 | 4 | "I was" | "I" | Misspoke |
| 157 | 25 | "basis is" | "basis" | Transcribing error |
| 162 | 17 | "have" | "have;" | Transcribing error |
| 178 | 23 | "an" | "a" | Transcribing error |
| 179 | 18 | "or" | "where" | Transcribing error |
| 185 | 15 | "MegaDownload" | "Megaupload" | Misspoke |
| 212 | 22 | "over" | "of" | Transcribing error |
| 212 | 22 | "and" | "that" | Transcribing error |
| 213 | 10 | "it's bought and" | "its robot" | Transcribing error |
| 218 | 1 | "variants" | "variance" | Transcribing error |
| 218 | 22 | "is you" | "is that you" | Transcribing error |
| 245 | 3 | "ELLS" | "Yale" | Transcribing error |
| 262 | 18 | "provided" | "have been provided" | Transcribing error |
| 276 | 19 | "Tolav" | "Kolev" | Transcribing error |

1/30/12
Date

_[signature]_
Matthew R. Lynde

_[signature]_
Notary Public

State of California  San Francisco
County of _____
Subscribed and sworn to (or affirmed) before me
on this 30 day of January, 2012
by Matthew R. Lynde,
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.
Signature _[signature]_ (Seal)

MARK MCQUILLEN
COMM. #1793325
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires Mar. 10, 2012

Highly Confidential

Page 292

1          C E R T I F I C A T E

2    STATE OF CALIFORNIA      )

3                             )

4    COUNTY OF SAN FRANCISCO  )

5         I, LINDA VACCAREZZA, a Certified

6    Shorthand Reporter for the State of

7    California, do hereby certify:

8         That MATTHEW LYNDE, the witness

9    whose deposition is hereinbefore set

10   forth, was duly sworn by me and that such

11   deposition is a true record of the

12   testimony given by such witness.

13        I further certify that I am not

14   related to any of the parties to this

15   action by blood or marriage; and that I

16   am in no way interested in the outcome of

17   this matter.

18        IN WITNESS WHEREOF, I have hereunto

19   set my hand this 29th day of December

20   2011.

21

22   _____

23   LINDA VACCAREZZA, CSR. NO. 10201

24

25