# EXHIBIT 24

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
COPRORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

              Plaintiffs,
              CASE NO.
   vs.       11-20427-WILLIAMS-TURNOFF

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

              Defendants.
_____

AND RELATED CROSS-ACTION.
_____

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

VIDEOTAPED DEPOSITION OF STEVE THOMAS KANG

Los Angeles, California

Tuesday, December 20, 2011

Reported by:
MELISSA M. VILLAGRAN
CSR No. 12543, RPR, CLR

JOB No. 179891



Sarnoff
877.955.3855

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF FLORIDA |
| 3 | DISNEY ENTERPRISES, INC., |
|   | TWENTIETH CENTURY FOX FILM |
| 4 | COPRORATION, UNIVERSAL CITY |
|   | STUDIOS PRODUCTIONS LLP, |
| 5 | COLUMBIA PICTURES INDUSTRIES, |
|   | INC., and WARNER BROS. |
| 6 | ENTERTAINMENT INC., |
| 7 |                    Plaintiffs, |
|   |                         CASE NO. |
| 8 |          vs.            11-20427-WILLIAMS-TURNOFF |
| 9 | HOTFILE CORP., ANTON TITOV, |
|   | and DOES 1-10, |
| 10|   |
|   |                    Defendants. |
| 11| _____ |
|   | AND RELATED CROSS-ACTION. |
| 12| _____ |

17    Videotaped deposition of STEVE THOMAS KANG,
18  taken on behalf of Defendants, at 633 West Fifth
19  Street, 36th Floor, Los Angeles, California,
20  beginning at 9:07 a.m. and ending at 4:42 p.m. on
21  Tuesday, December 20, 2011, before MELISSA M.
22  VILLAGRAN, Certified Shorthand Reporter No. 12543,
23  RPR, CLR.



STEVE THOMAS KANG
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
12/20/2011

```
 1    APPEARANCES:

 2

 3    For Plaintiffs:

 4         JENNER & BLOCK
           BY:  LUKE C. PLATZER
 5         Attorney at Law
           1099 New York Avenue, NW, Suite 900
 6         Washington, DC 20001
           (202) 639-6000
 7         Lplatzer@jenner.com

 8    For Defendants and Counterclaimant Hotfile, Corp.:

 9         FARELLA BRAUN & MARTEL
           BY:  JANEL THAMKUL
10         Attorney at Law
           235 Montgomery Street, 17th Floor
11         San Francisco, California 94104
           (415) 954-4467
12         Jthamkul@fbm.com

13    Videographer:

14         Brent Jordan, Sarnoff Court Reporters

15

16

17

18

19

20

21

22

23

24

25
```



STEVE THOMAS KANG 12/20/2011
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1   with content owners?
2          MR. PLATZER:  Objection to the form;
3   incomplete hypothetical.
4          THE DEPONENT:  I would say that certainly
04:35 5   if -- if -- if Hotfile -- if Hotfile wanted to
6   cooperate with -- with Universal, certainly the
7   effective implementation of content recognition
8   technology to prevent the easy availability of
9   infringing content would be a huge step -- or it
04:35 10  would be a huge step in the right direction.
11          But it would certainly have to be
12  effective.  It couldn't be done in a way that leaves
13  huge loopholes.  And ultimately, what we would be
14  looking for is sort of proof in the pudding.  You
04:36 15  know, is this site -- is this site, in effect, on
16  the whole, becoming clean of -- of massive copyright
17  infringement.
18  BY MS. THAMKUL:
19      Q   Is there any content recognition technology
04:36 20  that is 100 percent guaranteed to catch all
21  unauthorized content on a website?
22          MR. PLATZER:  Objection to the form.  Also
23  objection that it lacks foundation.
24          THE DEPONENT:  Not to my knowledge.  I
04:36 25  mean, also, I don't know -- I -- I'm not aware of


Sarnoff
877.955.3855

208

```
 1    any content recognition technology with that kind of
 2    a guarantee.
 3    BY MS. THAMKUL:
 4         Q   So it's possible that even if Hotfile
 5    implemented content recognition technology, that
 6    some content files could slip through the cracks?
 7              MR. PLATZER:  Objection; incomplete
 8    hypothetical, lacks foundation.
 9              THE DEPONENT:  It is possible.  But, you
10    know, we would be looking for effective
11    implementation.  My -- my broad sense of effective
12    implementation wouldn't be -- doesn't necessarily
13    require 100 percent -- 100 percent effectiveness.
14    BY MS. THAMKUL:
15         Q   Does Universal have a percentage of
16    effectiveness that -- scratch that.
17              Does Universal have a percentage of
18    infringement that it would allow on a website and
19    yet consider the efforts of that website to reduce
20    infringement to be effective?
21              MR. PLATZER:  Objection to form.  And also
22    objection -- beyond the scope.  Mr. Kang is not here
23    as a 30(b)(6) representative on behalf of the
24    company.  You noticed him in his personal capacity
25    here, so this whole line of questioning, treating
```



I, STEVE THOMAS KANG, do hereby declare under penalty of perjury that I have read the foregoing transcript; that I have made any corrections as appear noted, in ink, initialed by me, or attached hereto; that my testimony as contained herein, as corrected, is true and correct.

EXECUTED this 27th day of January, 2012, at West Hollywood, CA.
               (City)        (State)

_____
STEVE THOMAS KANG



STEVE THOMAS KANG  12/20/2011
**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

```
 1                    ERRATA SHEET
 2      Pg/Ln              Corrections
 3      55/22  Change from: authorized
 4             Change to:   unauthorized
 5      ___/___ Change from: _____
 6              Change to:   _____
 7      ___/___ Change from: _____
 8              Change to:   _____
 9      ___/___ Change from: _____
10              Change to:   _____
11      ___/___ Change from: _____
12              Change to:   _____
13      ___/___ Change from: _____
14              Change to:   _____
15      ___/___ Change from: _____
16              Change to:   _____
17      ___/___ Change from: _____
18              Change to:   _____
19      ___/___ Change from: _____
20              Change to:   _____
21      ___/___ Change from: _____
22              Change to:   _____
23      ___/___ Change from: _____
24              Change to:   _____
25      Signature: [signed]        Date: 1/27/2012
```



Sarnoff
877.955.3855

215

STEVE THOMAS KANG                    12/20/2011
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1   I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, Registered
3   Professional Reporter, Certified Live Note Reporter,
4   do hereby certify:
5       That the foregoing proceedings were taken
6   before me at the time and place herein set forth;
7   that any witnesses in the foregoing proceedings,
8   prior to testifying, were duly sworn; that a record
9   of the proceedings was made by me using machine
10  shorthand which was thereafter transcribed under my
11  direction; that the foregoing transcript is a true
12  record of the testimony given.
13      Further, that if the foregoing pertains to
14  the original transcript of a deposition in a Federal
15  Case, before completion of the proceedings, review
16  of the transcript [ ] was [ x ] was not requested.
17  I further certify I am neither financially
18  interested in the action nor a relative or employee
19  of any attorney or party to this action.
20      IN WITNESS WHEREOF, I have this date
21  subscribed my name.
22
23  Dated: 12-28-11
24                          _____
                            MELISSA M. VILLAGRAN
25                          CSR No. 12543 RPR, CLR


Sarnoff
877.955.3855

216