# EXHIBIT 25

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    Plaintiffs,

  vs.

CASE NO.
11-20427-WILLIAMS-TURNOFF

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

    Defendants.

AND RELATED CROSS-ACTION.

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF MICHAEL BENTKOVER

Los Angeles, California

Tuesday, December 13, 2011

Reported by:
LORI SCINTA, RPR
CSR No. 4811

Job No. 177476A

Case 1:11-cv-20427-KMW Document 346-27 Entered on FLSD Docket 03/08/2012 Page 3 of 7

Page 2

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3

 4   DISNEY ENTERPRISES, INC.,
     TWENTIETH CENTURY FOX FILM
 5   CORPORATION, UNIVERSAL CITY
     STUDIOS PRODUCTIONS LLLP,
 6   COLUMBIA PICTURES INDUSTRIES,
     INC., and WARNER BROS.
 7   ENTERTAINMENT INC.,

 8           Plaintiffs,
                                CASE NO.
 9      vs.                     11-20427-WILLIAMS-TURNOFF

10   HOTFILE CORP., ANTON TITOV,
     and DOES 1-10,
11
             Defendants.
12   _____
     AND RELATED CROSS-ACTION.
13   _____

14

15      HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

16          Videotaped deposition of MICHAEL BENTKOVER,

17   taken on behalf of Defendants and Counterclaimant

18   at 633 West Fifth Street, Suite 3600, Los Angeles,

19   California, beginning at 9:38 A.M. and ending at

20   12:17 P.M. on Tuesday, December 13, 2011, before

21   LORI SCINTA, RPR, Certified Shorthand Reporter No.

22   4811.

23

24

25
```

```
                                                              Page 3
 1   APPEARANCES:

 2

 3   For Plaintiffs:

 4
         JENNER & BLOCK LLP
 5       BY:   STEVEN B. FABRIZIO
         Attorney at Law
 6       1099 New York Avenue, NW, Suite 900
         Washington, D.C. 20001-4412
 7       202.639.6000
         Email:  sfabrizio@jenner.com
 8

 9
     For Defendants and Counterclaimant:
10

11       FARELLA BRAUN + MARTEL LLP
         BY:   EVAN M. ENGSTROM
12       Attorney at Law
         235 Montgomery Street
13       San Francisco, California 94104
         415.954.4400
14       Email:  eengstrom@fbm.com

15

16
     Videographer:
17

18       VONYARN MASON
         SARNOFF COURT REPORTERS
19       20 Corporate Park, Suite 350
         Irvine, California 92606
20       877.955.3855

21

22

23

24

25
```

Page 31

1    Q    Did you have any other communications with
2  Hotfile between this top-level email dated April --
3  August 26th, 2009, and the April 30th, 2009, regarding
4  the possibility of establishing a takedown tool?
5         MR. FABRIZIO:  Objection.  Overbroad.
6         THE WITNESS:  I don't know.
7  BY MR. ENGSTROM:
8    Q    Okay.  Did you ever communicate with Hotfile
9  about implementing any other policies or strategies or
10 tools for removing content from Hotfile?
11        MR. FABRIZIO:  Objection.  Vague and lacks
12 foundation.
13        THE WITNESS:  Repeat the question.
14 BY MR. ENGSTROM:
15   Q    Did you ever communicate with Hotfile about
16 establishing any other tools, policies, measures,
17 basically within the realm of the idea of an SRA, any
18 other techniques, tools, implementations --
19   A    No, I did not.
20   Q    -- that --
21        MR. FABRIZIO:  Excuse me.
22        Objection.  Vague, compound and lacks
23 foundation and also vague as to timeframe.
24 BY MR. ENGSTROM:
25   Q    At any time.

```
                                                         Page 44
 1            MR. FABRIZIO:  Objection to form.
 2            THE WITNESS:  It was the only option we had.
 3   Do I think it was the most effective?  No.
 4   BY MR. ENGSTROM:
 5        Q   What do you believe would have been a more
 6   effective option?
 7            MR. FABRIZIO:  Objection.  Calls for
 8   speculation and opinion.
 9            THE WITNESS:  Hotfile could have prefiltered
10   and not allowed the files in the first place.
11   BY MR. ENGSTROM:
12        Q   Did you communicate to Hotfile about
13   implementing such prefiltering?
14            MR. FABRIZIO:  Objection.  Vague.
15            THE WITNESS:  No.
16   BY MR. ENGSTROM:
17        Q   Did anyone you're aware of -- are you aware of
18   anyone at Warner Bros. that communicated to Hotfile
19   about implementing prefiltering?
20            MR. FABRIZIO:  Objection.  Vague as to
21   timeframe.
22            THE WITNESS:  I don't know.
23   BY MR. ENGSTROM:
24        Q   The last sentence of this email reads, "We
25   appreciate the Hotfile takedown removal tool and the
```

Page 112

1

2          I, the undersigned, a Certified Shorthand

3   Reporter of the State of California, do hereby certify:

4          That the foregoing proceedings were taken

5   before me at the time and place herein set forth; that

6   any witnesses in the foregoing proceedings, prior to

7   testifying, were duly sworn; that a record of the

8   proceedings was made by me using machine shorthand

9   which was thereafter transcribed under my direction;

10  that the foregoing transcript is a true record of the

11  testimony given.

12         Further, that if the foregoing pertains to

13  the original transcript of a deposition in a Federal

14  Case, before completion of the proceedings, review of

15  the transcript [ x ] was [ ] was not requested.

16         I further certify I am neither financially

17  interested in the action nor a relative or employee

18  of any attorney or party to this action.

19         IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21

22  Dated: 12-15-11

23

24  _____

                                LORI SCINTA, RPR
25                              CSR No. 4811