# EXHIBIT 26

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    Plaintiffs,

    vs.    CASE NO. 11-20427-WILLIAMS-TURNOFF

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

    Defendants.

AND RELATED CROSS-ACTION.

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF LANCE R. GRIFFIN, ESQUIRE

PURSUANT TO FEDERAL RULE 30(b)(6)

Los Angeles, California

Thursday, December 22, 2011

Reported by:
LORI SCINTA, RPR
CSR No. 4811

Job No. 178940


Sarnoff
877.955.3855

LANCE R. GRIFFIN, ESQ.                                    12/22/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3

 4   DISNEY ENTERPRISES, INC.,
     TWENTIETH CENTURY FOX FILM
 5   CORPORATION, UNIVERSAL CITY
     STUDIOS PRODUCTIONS LLLP,
 6   COLUMBIA PICTURES INDUSTRIES,
     INC., and WARNER BROS.
 7   ENTERTAINMENT INC.,

 8              Plaintiffs,

 9       vs.        CASE NO. 11-20427-WILLIAMS-TURNOFF

10   HOTFILE CORP., ANTON TITOV,
     and DOES 1-10,
11
                Defendants.
12   _____
     AND RELATED CROSS-ACTION.
13   _____

14

15       HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

16           Videotaped deposition of LANCE R. GRIFFIN,

17   ESQUIRE, pursuant to Federal Rule 30(b)(6), taken on

18   behalf of Defendants and Counterclaimant Hotfile Corp.,

19   at 633 West Fifth Street, Suite 3600, Los Angeles,

20   California, beginning at 9:47 A.M. and ending at

21   4:49 P.M. on Thursday, December 22, 2011, before

22   LORI SCINTA, RPR, Certified Shorthand Reporter No. 4811.

23

24

25
```



```
 1    APPEARANCES:
 2
 3    For Plaintiffs:
 4
          JENNER & BLOCK LLP
 5        BY:  STEVEN B. FABRIZIO
          Attorney at Law
 6        1099 New York Avenue, NW, Suite 900
          Washington, D.C. 20001-4412
 7        202.639.6000
          Email:  sfabrizio@jenner.com
 8
                -- and --
 9
          THE WALT DISNEY COMPANY
10        BY:  GORDON GOLDSMITH
          Attorney at Law
11        500 South Buena Vista Street
          Burbank, California 91521-0641
12        818.560.7893
13
14    For Defendants and Counterclaimant Hotfile Corp.:
15
          FARELLA BRAUN + MARTEL LLP
16        BY:  ANTHONY SCHOENBERG
          Attorney at Law
17        235 Montgomery Street
          San Francisco, California 94104
18        415.954.4400
          Email:  tschoenberg@fbm.com
19
20
      Videographer:
21
22        VONYARN MASON
          SARNOFF COURT REPORTERS
23        20 Corporate Park, Suite 350
          Irvine, California 92606
24        877.955.3855
25
```



LANCE R. GRIFFIN, ESQ.                              12/22/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 12:36 | 1 | testimony, calls for speculation. |
| 12:36 | 2 | THE WITNESS: No, I'm -- I'm just saying I'm |
| 12:36 | 3 | not certain. |
| 12:36 | 4 | BY MR. SCHOENBERG: |
| 12:36 | 5 | Q   And preupload filtering -- let me -- let me |
| 12:36 | 6 | rephrase this question. |
| 12:36 | 7 | Does Disney communicate to users of preupload |
| 12:36 | 8 | filtering technology the fact that it has populated with |
| 12:36 | 9 | its fingerprints any particular -- let me rephrase this |
| 12:37 | 10 | question. |
| 12:37 | 11 | If I ran a -- if I ran a website and I wanted |
| 12:37 | 12 | to utilize a digital fingerprinting preupload filtering |
| 12:37 | 13 | technology, how would I know which vendor to go to to |
| 12:37 | 14 | ensure that I was filtering Disney's fingerprints? |
| 12:37 | 15 | MR. FABRIZIO: Objection. Incomplete |
| 12:37 | 16 | hypothetical. |
| 12:37 | 17 | THE WITNESS: My understanding is that you |
| 12:37 | 18 | could ask the vendor. |
| 12:37 | 19 | BY MR. SCHOENBERG: |
| 12:37 | 20 | Q   Does Disney communicate that information to the |
| 12:37 | 21 | outside world? |
| 12:37 | 22 | MR. FABRIZIO: Objection. Vague and ambiguous. |
| 12:37 | 23 | THE WITNESS: Disney never recommends a vendor. |
| 12:37 | 24 | BY MR. SCHOENBERG: |
| 12:37 | 25 | Q   Does Disney ever communicate to the outside |



```
03:35   1    recommendations regarding a repeat infringer policy?
03:35   2            MR. FABRIZIO:  I take it, Counsel, you're
03:35   3    speaking of before this litigation began.
03:35   4            MR. SCHOENBERG:  At any time.
03:35   5            MR. FABRIZIO:  Objection.  Vague as to time.
03:35   6            THE WITNESS:  Well, I know that we have this
03:35   7    response to the interrogatory.
03:35   8    BY MR. SCHOENBERG:
03:35   9        Q   Other than the response to the interrogatory?
03:35  10        A   I'm not aware.
03:35  11            MR. FABRIZIO:  Same objections.
03:35  12            THE WITNESS:  I'm not aware.
03:35  13    BY MR. SCHOENBERG:
03:35  14        Q   Okay.  And the first thing you mentioned was
03:35  15    preupload filtering.
03:35  16        A   Yes.
03:35  17        Q   Did Disney ever communicate anything to Hotfile
03:35  18    regarding the use of preupload filtering to control
03:35  19    infringement other than what might be in that
03:35  20    interrogatory response?
03:35  21            MR. FABRIZIO:  Same objection as to vague as to
03:36  22    pre- or post-complaint.
03:36  23            THE WITNESS:  I'm not aware.
03:36  24    BY MR. SCHOENBERG:
03:36  25        Q   And what -- what other measures has Disney
```



LANCE R. GRIFFIN, ESQ.                    12/22/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1                        ERRATA SHEET
 2       Pg/Ln              Corrections
 3       25/5   Change from: Dolcimer
 4              Change to:   Dalsimer
 5       25/10  Change from: Dolcimer
 6              Change to:   Dalsimer
 7       25/12  Change from: Dolcimer
 8              Change to:   Dalsimer
 9       25/22  Change from: Dolcimer
10              Change to:   Dalsimer
11        /     Change from:
12              Change to:
13        /     Change from:
14              Change to:
15        /     Change from:
16              Change to:
17        /     Change from:
18              Change to:
19        /     Change from:
20              Change to:
21        /     Change from:
22              Change to:
23        /     Change from:
24              Change to:
25       Signature:_____ Date:_____
```



877.955.3855

LANCE R. GRIFFIN, ESQ.                                    12/22/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

I, LANCE R. GRIFFIN, ESQUIRE, do hereby declare under penalty of perjury that I have read the foregoing transcript; that I have made any corrections as appear noted, in ink, initialed by me, or attached hereto; that my testimony as contained herein, as corrected, is true and correct.

EXECUTED this 27th day of January, 2012, at Burbank (City), California (State).

_____
LANCE R. GRIFFIN, ESQUIRE



207

LANCE R. GRIFFIN, ESQ.                    12/22/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1
2        I, the undersigned, a Certified Shorthand
3   Reporter of the State of California, do hereby certify:
4        That the foregoing proceedings were taken
5   before me at the time and place herein set forth; that
6   any witnesses in the foregoing proceedings, prior to
7   testifying, were duly sworn; that a record of the
8   proceedings was made by me using machine shorthand
9   which was thereafter transcribed under my direction;
10  that the foregoing transcript is a true record of the
11  testimony given.
12       Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review of
15  the transcript [X] was [ ] was not requested.
16       I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or party to this action.
19       IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated: 12/29/2011
23
24                              _____
                                LORI SCINTA, RPR
25                              CSR No. 4811

