# EXHIBIT 27

Highly Confidential

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES,                    )
INC., TWENTIETH CENTURY                )
FOX FILM CORPORATION,                  )
UNIVERSAL CITY STUDIOS                 )
PRODUCTIONS LLLP,                      )
COLUMBIA PICTURES                      )
INDUSTRIES, INC., and                  )
WARNER BROS.                           )
ENTERTAINMENT, INC.,                   )
                                       )
        Plaintiffs,                    )
                                       )
  v.                                   )
                                       )
HOTFILE CORP., ANTON                   )
TITOV, and DOES 1-10                   )
                                       )
        Defendants.                    )
_____)


H I G H L Y   C O N F I D E N T I A L

(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(B)(6) DEPOSITION OF ANTON TITOV

LOS ANGELES, CALIFORNIA

THURSDAY, NOVEMBER 17, 2011


REPORTED BY:
Alejandria E. Kate
CSR NO. 11897, HI 448, RPR, CLR
JOB NO.: 44003

Highly Confidential

Page 2

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF FLORIDA
 3            CASE NO. 11-20427-WILLIAMS/TURNOFF
 4
    DISNEY ENTERPRISES,          )
 5  INC., TWENTIETH CENTURY      )
    FOX FILM CORPORATION,        )
 6  UNIVERSAL CITY STUDIOS       )
    PRODUCTIONS LLLP,            )
 7  COLUMBIA PICTURES            )
    INDUSTRIES, INC., and        )
 8  WARNER BROS.                 )
    ENTERTAINMENT, INC.,         )
 9                               )
              Plaintiffs,        )
10                               )
      v.                         )
11                               )
    HOTFILE CORP., ANTON         )
12  TITOV, and DOES 1-10         )
                                 )
13            Defendants.        )
                                 )
14  _____ )
                                 )
    HOTFILE CORP.,               )
15                               )
              Counterclaimant,   )
16                               )
      v.                         )
17                               )
    WARNER BROS ENTERTAINMENT    )
18  INC.,                        )
                                 )
19            Counterdefendant.  )
    _____ )
20
21
22
23
24
25
```

TSG Reporting - Worldwide    (877) 702-9580

Highly Confidential

Page 3

```
                    NOVEMBER 17, 2011

                        7:08 A.M.



         Videotaped deposition of ANTON TITOV, held at
         the offices of JENNER & BLOCK, LLP,
         633 West 5th Street, Suite 3600, Los Angeles,
         California, before Alejandria E. Kate, a
         Registered Professional Reporter and
         Certified Shorthand Reporter of the State of
         California.
```

Highly Confidential

Page 4

```
 1    A P P E A R A N C E S:
 2
 3        ATTORNEY FOR THE PLAINTIFFS:
 4            JENNER & BLOCK, LLP
              BY:  STEVEN B. FABRIZIO, ESQ.
 5            1099 New York Avenue, NW
              Suite 900
 6            Washington, DC  20001
              202.639.6040
 7            sfabrizio@jenner.com
 8
 9        ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
          AND ANTON TITOV:
10
              FARELLA, BRAUN & MARTEL, LLP
11            BY:  RODERICK M. THOMPSON, ESQ.
                   (APPEARING VIA VIDEO CONFERENCE)
12            235 Montgomery Street, 17th Floor
              San Francisco, California  94104
13            415.954.4400
              rthompson@fbm.com
14
15
          ATTORNEY FOR THE DEFENDANT ANTON TITOV:
16
              PENKOV, MARKOV & PARTNERS
17            BY:  SVETOSLAV DIMITROV, ESQ.
                   NIKOLAY CVETANOV, ESQ.
18                 (APPEARING VIA VIDEO CONFERENCE)
              Iztok Dstr., Bl. 22, Entr. A
19            1113 Sofia
              Bulgaria
20            359-2-9713935
              lawyers@penkov-markov.eu
21
22
          ALSO PRESENT:
23
              KELLY TRUELOVE, consultant for the plaintiffs
24
              GUEORGUI MATVEER, standby Bulgarian interpreter
25            (appearing via video conference)
```

Highly Confidential

|  | Page 18 |
|---|---|
| 1   BY MR. FABRIZIO: | 07:28 |
| 2        Q.   An anonymous what? | 07:28 |
| 3        A.   Upload. | 07:28 |
| 4        Q.   An anonymous upload.  Okay. | 07:28 |
| 5             Can suspended users engage in anonymous | 07:28 |
| 6   uploads? | 07:28 |
| 7             MR. THOMPSON:  Objection.  Overbroad and vague. | 07:28 |
| 8             THE WITNESS:  Generally, if you refer to user | 07:28 |
| 9   by user name and password, then, no, this user of the | 07:28 |
| 10  system can't. | 07:28 |
| 11            If you refer to the user, like, a person, it's | 07:28 |
| 12  logical to assume that he can do it because -- I mean, | 07:28 |
| 13  Internet is kind of anonymous.  He can move -- I mean, | 07:28 |
| 14  you can -- you don't know the person you're talking | 07:28 |
| 15  about -- talking with.  You just know their user name | 07:28 |
| 16  and password.  So this user name won't be able to upload | 07:28 |
| 17  anything. | 07:29 |
| 18            (Reporter clarification.) | 07:29 |
| 19            MR. FABRIZIO:  That user name won't be able to | 07:29 |
| 20  upload anything. | 07:29 |
| 21            THE WITNESS:  No, it won't be able to. | 07:29 |
| 22  BY MR. THOMPSON: | 07:29 |
| 23       Q.   Okay.  But a suspended user could -- without | 07:29 |
| 24  using their prior user name and login credentials, could | 07:29 |
| 25  still upload files anonymously; correct? | 07:29 |

Highly Confidential

| | | Page 20 |
|---|---|---|
| 1 | outside the scope of the deposition notice. | 07:30 |
| 2 | THE WITNESS: Again -- | 07:30 |
| 3 | MR. THOMPSON: Go ahead. I'm sorry. | 07:30 |
| 4 | (Speaking simultaneously.) | 07:30 |
| 5 | THE WITNESS: Again, if you're talking -- | 07:30 |
| 6 | again, if you are talking about the user as user name | 07:30 |
| 7 | and password, this password -- user name and password | 07:30 |
| 8 | combination won't be able -- this user name won't be | 07:30 |
| 9 | able to log in to the site. | 07:30 |
| 10 | And if he's premium, he won't be able to use | 07:30 |
| 11 | this premium feature to download from Hotfile. But, | 07:30 |
| 12 | again, without logging in, it's possible to download | 07:31 |
| 13 | from Hotfile for everybody, then we'll probably include | 07:31 |
| 14 | any suspended users. | 07:31 |
| 15 | BY MR. FABRIZIO: | 07:31 |
| 16 | Q. Okay. What mechanism is used to prevent a | 07:31 |
| 17 | suspended user from creating another account under a | 07:31 |
| 18 | different user name? | 07:31 |
| 19 | MR. THOMPSON: Objection. Assumes facts. | 07:31 |
| 20 | THE WITNESS: To my best knowledge, the only | 07:31 |
| 21 | thing meaningful that we came up was to not let him use | 07:31 |
| 22 | the same e-mail address and not let him use the same | 07:31 |
| 23 | payment information. | 07:31 |
| 24 | BY MR. FABRIZIO: | 07:31 |
| 25 | Q. Does Hotfile use that user's IP address in any | 07:32 |

Highly Confidential

|  | Page 21 |
|---|---|
| 1  way in attempting to prevent a suspended user from | 07:32 |
| 2  creating a new account? | 07:32 |
| 3      MR. THOMPSON: Objection. Vague. | 07:32 |
| 4      THE WITNESS: No. We studied this possibility, | 07:32 |
| 5  but we actually know that there are many organizations, | 07:32 |
| 6  pretty big organizations, that would use only one IP. | 07:32 |
| 7  We -- we know that even some countries, they use just a | 07:32 |
| 8  couple IP addresses to go out -- | 07:32 |
| 9      THE COURT REPORTER: A couple what? | 07:32 |
| 10     THE WITNESS: -- you know address is England, | 07:32 |
| 11 because we have a feature that won't let one IP go | 07:32 |
| 12 out -- try to log in more than 15 times or something in, | 07:32 |
| 13 you know, in a certain amount of time, short amount of | 07:32 |
| 14 time. And we had to wipe these huge blocks of IP | 07:32 |
| 15 address in England -- | 07:32 |
| 16     (Reporter clarification.) | 07:32 |
| 17 BY MR. FABRIZIO: | 07:33 |
| 18   Q. Stop. Stop. | 07:33 |
| 19   A. -- you know, because they were -- | 07:33 |
| 20   Q. Mr. Titov, sorry. The court reporter is not | 07:33 |
| 21 getting what you're saying. You need to slow down and | 07:33 |
| 22 speak up. | 07:33 |
| 23     THE COURT REPORTER: Yeah. The problem is I | 07:33 |
| 24 don't have the luxury of trying to figure out what a | 07:33 |
| 25 word is, and it goes too fast and then I lose it and | 07:33 |

Highly Confidential

Page 76

1       C E R T I F I C A T E
2
3    STATE OF CALIFORNIA    )
                            ) ss.
4    COUNTY OF LOS ANGELES  )
5
6
7
8           I, ALEJANDRIA E. KATE, a Registered
9    Professional Reporter and Certified
10   Shorthand Reporter within and for the
11   State of California, do hereby certify:
12          That the foregoing record of
13   proceedings is a full and correct
14   transcript of the stenographic notes
15   taken by me therein.
16          In witness whereof, I have hereunto
17   set my hand this 22nd day of November,
18   2011.
19
20
21          _____
22          ALEJANDRIA E. KATE, RPR, CSR 11897
23
24
25

Highly Confidential

Page 80

1                    ERRATA SHEET

2

3    NAME OF CASE: "DISNEY ENTERPRISES VS. HOTFILE CORP."

4    DATE OF DEPOSITION: NOVEMBER 17, 2011

5    NAME OF WITNESS: ANTON TITOV

6    Reason Codes:

7         1. To clarify the record.

          2. To conform to the facts.

8         3. To correct transcription errors.

9

10   Page  6       Line  20-21     Reason  1
11   From with the Dallas time    to which is the Daylight Saving Times, with Daylight Saving Times
12   Page  9       Line  17        Reason  1
13   From a transaction ID schedule, to a transaction ID,
14   Page  15      Line  3-4       Reason  1
15   From for millions of years    to for many years
16   Page  15      Line  4         Reason  1
17   From a user for--             to a user for short period
18   Page  16      Line  8         Reason  3
19   From Vazell                   to Vasil
20   Page  16      Line  20        Reason  3
21   From Vazell is Vazell Kolef   to Vasil is Vasil Kolev
22   Page  17      Line  6-7       Reason  2
23   From main file                to admin panel

24                                 _____

25                                 ANTON TITOV

Highly Confidential

Page 80

ERRATA SHEET

NAME OF CASE: "DISNEY ENTERPRISES VS. HOTFILE CORP."
DATE OF DEPOSITION: NOVEMBER 17, 2011
NAME OF WITNESS: ANTON TITOV
Reason Codes:
    1. To clarify the record.
    2. To conform to the facts.
    3. To correct transcription errors.

Page 20    Line 13    Reason 3
From then we'll    to that will
Page 21    Line 14    Reason 3
From wipe    to whitelist
Page 26    Line 20    Reason 3
From Andre    to Andrey
Page 33    Line 1    Reason 3
From bullet    to uploaded
Page 33    Line 12    Reason 3
From my scale    to MySOL
Page 33    Line 12    Reason 3
From our increments    to auto increment
Page 34    Line 6    Reason 3
From of this    to manual

ANTON TITOV

Page 80

```
 1                       ERRATA SHEET
 2
 3     NAME OF CASE:  "DISNEY ENTERPRISES VS. HOTFILE CORP."
 4     DATE OF DEPOSITION:  NOVEMBER 17, 2011
 5     NAME OF WITNESS:  ANTON TITOV
 6     Reason Codes:
 7          1.  To clarify the record.
             2.  To conform to the facts.
 8          3.  To correct transcription errors.
 9
10     Page  38      Line  15      Reason  3
11     From  match                 to  mention
12     Page  39      Line  1       Reason  3
13     From  coordinate            to  concatenate
14     Page  40      Line  2       Reason  3
15     From  image indicator       to  identifier
16     Page  42      Line  4       Reason  3
17     From  false                 to  uploads
18     Page  45      Line  7       Reason  3
19     From  bot                   to  --
20     Page  46      Line  15      Reason  3
21     From  escrow                to  SOL
22     Page  51      Line  3       Reason  3
23     From  19                    to  90
24
25                                 ANTON TITOV
```

Highly Confidential

Page 80

ERRATA SHEET

NAME OF CASE: "DISNEY ENTERPRISES VS. HOTFILE CORP."

DATE OF DEPOSITION: NOVEMBER 17, 2011

NAME OF WITNESS: ANTON TITOV

Reason Codes:
1. To clarify the record.
2. To conform to the facts.
3. To correct transcription errors.

Page  52      Line  9       Reason  3
From  pile                  to  panel
Page  61      Line  11-12   Reason  3
From  block...block         to  last...last
Page  62      Line  8-9     Reason  3
From  late block...block downloads  to  last....uploaddownloads
Page  69      Line  3       Reason  3
From  date                  to  data
Page  72      Line  13      Reason  3
From  mainly                to  many
Page ____     Line ____     Reason ____
From ____                   to ____
Page ____     Line ____     Reason ____
From ____                   to ____

ANTON TITOV