# EXHIBIT 29



Hotfile Corp <hotfile.com@gmail.com>

# Thank You from BayTSP
1 message

**Natasha Starodub <natashas@baytsp.com>**  Fri, Oct 2, 2009 at 6:55 PM
To: Hotfile Corp <hotfile.com@gmail.com>
Cc: Copyright-Compliance <Copyright-Compliance@baytsp.com>

**Hello Andrew and Hotfile Abuse Department,**

Thank you very much for you response and clarification - sounds perfect! I will be sure to update our records accordingly and we will inform our clients of HotFile.com's commitment to copyright compliance at first opportunity.

As previously mentioned, if you ever have any questions, concerns, or problems processing our Notices, please do not hesitate to contact us:

**By Phone:** 408-341-2342 (Natasha, Compliance Administrator)
**By Email:** copyright-compliance@baytsp.com

And we will be more than happy to assist you further. If your end-users have questions for us, please have them email us at copyright-compliance@baytsp.com and reference the relevant Notice ID.

Thank you, once again, for your time and cooperation!


Kind regards,

**Natasha Starodub**

COMPLIANCE ADMINISTRATOR

**BAY TSP, INC.**

*******

(408) 341-2305 ~ Main

(408) 341-2342 ~ Direct

*******

Compliance Department Email ~ Copyright-compliance@baytsp.com

*******

Company Website ~ www.baytsp.com

*******

**Attorney Client Privileged Work Product** The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

## Save the date!
## Join us for the 2009 BayTSP Online Trends and Insight Conference
We will be hosting our 6th annual conference on October 14-15th at the Toll House in Los Gatos, CA.

---

**From:** Hotfile Corp [mailto:hotfile.com@gmail.com]
**Sent:** Friday, October 02, 2009 12:07 AM
**To:** Natasha Starodub
**Subject:** Re: Follow-Up from BayTSP

Hello!

Thank you for your email.
I changed username from natashas to baytsp. Password remains the same.

About email notifications, please note:
If you send notice through email to abuse@hotfile.com you will receive email notification for every processed file.
If you use copyright tool and remove files by yourself-you will not receive email confirmation.
In any case we log each action and have records for processed files.

For DMCA notifications it's better to use only this email: abuse@hotfile.com
I don't believe separate emails will be useful for both of us.

If you have any questions or requests don't hesitate to contact me!

Best regards,
Andrew
Hotfile Abuse Dep.

On Fri, Oct 2, 2009 at 3:17 AM, Natasha Starodub <natashas@baytsp.com> wrote:

**Dear Andrew and HotFile.com,**

I just wanted to follow-up with you to confirm if you received my previous email (included below for easy reference). If you could please reply answering the couple of questions therein, we would really appreciate it.

Thank you, once again, for your time and cooperation. We look forward to hearing from you.

Kind regards,

**Natasha Starodub**

COMPLIANCE ADMINISTRATOR

**BAY TSP, INC.**

*******

(408) 341-2305 ~ Main

(408) 341-2342 ~ Direct

*******

Compliance Department Email ~ Copyright-compliance@baytsp.com

*******

Company Website ~ www.baytsp.com

*******

**Attorney Client Privileged Work Product** The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

## Save the date!
## Join us for the 2009 BayTSP Online Trends and Insight Conference
We will be hosting our 6th annual conference on October 14-15th at the Toll House in Los Gatos, CA.

---

**From:** Natasha Starodub
**Sent:** Thursday, September 10, 2009 4:02 PM
**To:** 'HotFile Abuse'
**Cc:** Copyright-Compliance
**Subject:** Thank You from BayTSP

**Dear Andrew of HotFile.com,**

Thank you for taking the time to respond to our email and provide us with an outline of your procedure with regard to Notices of Copyright Infringement. We have updated our records accordingly and will inform our clients of HotFile.com's commitment to copyright compliance at first opportunity.

Incidentally, could you possibly change the tool login you provided to baytsp (instead of natashas)? Simply because I'm not actually one of the people that would be using it. However, if it would be too much trouble, please just let us know that and do not worry about it.

Additionally, please note that we normally send Notices even for content that we remove using the tool simply to assure proper records on both ends. Would you like to provide us with a separate email address for Notices regarding materials that we remove ourselves just for your convenience?

In any case, please do not hesitate to contact us should you ever have any questions, concerns, or problems processing our Notices:

**By Phone:** 408-341-2342 (Natasha, Compliance Administrator)

**By Email:** copyright-compliance@baytsp.com

Confidential                                                                          HF02835778

And we will be more than happy to assist you further. Thank you, once again, for your time and cooperation.

Kind regards,

**Natasha Starodub**

COMPLIANCE ADMINISTRATOR

**BAY TSP, INC.**

*******

(408) 341-2305 ~ Main

(408) 341-2342 ~ Direct

*******

Compliance Department Email ~ Copyright-compliance@baytsp.com

*******

Company Website ~ www.baytsp.com

*******

**Attorney Client Privileged Work Product** The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

## Save the date!
## Join us for the 2009 BayTSP Online Trends and Insight Conference
We will be hosting our 6th annual conference on October 14-15th at the Toll House in Los Gatos, CA.

---

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** HotFile Abuse
**Sent:** Wednesday, September 09, 2009 10:59 PM
**To:** Natasha Starodub
**Subject:** Re: BayTSP

Hello, Natasha!

Thank you for your email!
I added '@copyright-compliance.com', '@baytsp.com' in our whitelist.
I will answer your questions in short:

1. Average amount of time between Notice receipt and the takedown:
It's within 24 hours, most often within 12 hours

2. What actions, if any, are taken against the relevant end-user?
If user's files were reported two times as copyright abuse we delete user account

3. What escalating consequences, if any, are enforced for repeat infringers?
As I explained in p.2 second copyright notice for some user's files is leading to his account shut down and ban.

https://mail.google.com/mail/?ui=2&ik=93e854cace&view=pt&q=nat...

Case 1:11-cv-20427-KMW   Document 346-31   Entered on FLSD Docket 03/08/2012   Page 6 of 8

a. Can repeat infringers be banned by IP address, email address, or both?
Yes, we ban such an users by IP, email

b. Will banning happen automatically or is there a different procedure that we should follow to request it?
We ban such an user semi-automatically, e.g there is manual checking to avoid deleting user's accounts by mistake or false claims

4. What special message, if any, is displayed when content has been taken down due to claim of copyright infringement?
Yes, we sent email with all reported/removed links.

5. Do you offer any additional means of expediting compliance, such as a takedown tool?
Yes, we implemented such a tool, here is account, created for you:

Username: natashas
Password: nigvzz


Please open http://hotfile.com
Login with above user/pass, then you will notice this link "Copyright tools" http://hotfile.com/copyright/

Here you can paste all links which should be deleted.
Please notice-all deleted files will be included in black list data base and they cannot be re-uploaded.
For such a deleted links email with confirmation won't be sent.

I hope answered all questions.
If you have more info or assistance don't hesitate to contact me.

Best regards,
Andrew

_____

Dear Andrew of Hotfile.com,


Thank you for your response to our email - we have updated our records accordingly. BayTSP represents a variety of copyright holders and the email addresses from which Notices are sent will vary depending on the client, however, most will have the domain @copyright-compliance.com in common.


Additionally, in order to assist our clients with any questions they may have regarding your organization's compliance procedure, we would like to take this opportunity to ask if you could provide us with the following information:


1. What is the average amount of time between Notice receipt and the takedown of the infringing material if not done automatically upon receipt?


2. What actions, if any, are taken against the relevant end-user?

3. What escalating consequences, if any, are enforced for repeat infringers?

a. Can repeat infringers be banned by IP address, email address, or both?

b. Will banning happen automatically or is there a different procedure that we should follow to request it?

4. What special message, if any, is displayed when content has been taken down due to claim of copyright infringement?

5. Do you offer any additional means of expediting compliance, such as a takedown tool?

In case you ever have any questions, concerns, or problems processing our Notices, please do not hesitate to contact us:

By Phone: 408-341-2342 (Natasha, Compliance Administrator)

By Email: copyright-compliance@baytsp.com

And we will be more than happy to assist you further. If your end-users have questions for us, please have them email us at copyright-compliance@baytsp.com and reference the relevant Notice ID.

I thank you kindly for your time and cooperation and look forward to hearing from you.

Kind regards,

Natasha Starodub

Compliance Administrator

Bay TSP, Inc.

*******

(408) 341-2305 ~ Main

Confidential
HF02835781

(408) 341-2342 ~ Direct

*******

Compliance Department Email ~
Copyright-compliance@baytsp.com

*******

Company Website ~ www.baytsp.com

*******

\*\*Attorney Client Privileged Work Product\*\* The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

Save the date!
Join us for the 2009 BayTSP Online Trends and Insight Conference
We will be hosting our 6th annual conference on October 14-15th at the Toll House in Los Gatos, CA.

--
http://www.hotfile.com

--
http://www.hotfile.com