# EXHIBIT 30



abuse hotfile <abuse.hotfile@gmail.com>

# RE: Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM

1 message

**Bentkover, Michael <Michael.Bentkover@warnerbros.com>**  Thu, Sep 3, 2009 at 12:15 PM
To: Hotfile Support <support@hotfile.com>

Thanks – we appreciate your fast response and help.

Michael Bentkover

Manager, Anti-Piracy Internet Operations, Forensics

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Bridge Building 156 South, # 5333

Burbank, California 91522

Phone: (818) 954-3639

Fax:   (818) 954-7898

michael.bentkover@warnerbros.com

---

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Support
**Sent:** Thursday, September 03, 2009 12:11 PM
**To:** Bentkover, Michael
**Subject:** Re: Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM

Hello!
I increased your daily delete quota to 2000 files.

Regards,
Andrew

On Thu, Sep 3, 2009 at 6:59 PM, Bentkover, Michael <Michael.Bentkover@warnerbros.com> wrote:

Hello again,

I just wanted to thank you again for the removal tool and increasing our limit to 1000 per day for Warner Bros. removals. Warner Bros. has several large (tentpole) titles releasing soon (The Informant, Where the Wild Things Are, Ninja Assassin, Invictus, and Sherlock Holmes). I'm worried that when these releases

happen we will have up to 2,000 removals per day – which is quiet usual for us around the release of our titles.

Can you increase our limit to 2,000 just to be on the safe side which will ensure we don't have to email you for your prompt action?

Kind regards,

Michael

---

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Support
**Sent:** Wednesday, September 02, 2009 12:09 PM

**To:** Bentkover, Michael
**Subject:** Re: Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM

Hello!
It's 24:00 CDT (server time)

On Wed, Sep 2, 2009 at 6:34 PM, Bentkover, Michael <Michael.Bentkover@warnerbros.com> wrote:

Thank you for increasing our limit to 1000 per day.

Can you advise what time the file quota is reset so I can plan deletions accordingly??

Thanks,

Michael

Michael Bentkover

Manager, Anti-Piracy Internet Operations, Forensics

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Bridge Building 156 South, # 5333

Burbank, California 91522

Phone: (818) 954-3639

Fax:   (818) 954-7898

michael.bentkover@warnerbros.com

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Support
**Sent:** Tuesday, September 01, 2009 4:06 AM
**To:** Bentkover, Michael
**Subject:** Re: Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM

Hello!
Yes, limit will be increased.
Just forwarded this task to our tech department.

--
http://www.hotfile.com

Confidential
HF02835645