# EXHIBIT 31



Hotfile Corp <hotfile.com@gmail.com>

# HBO/ Warner Bros. Entertainment Inc. Takedown tool - Hotfile

3 messages

---

**Bentkover, Michael <Michael.Bentkover@warnerbros.com>**  Wed, Apr 14, 2010 at 1:11 AM
To: Hotfile Support <support@hotfile.com>
Cc: "Rosenthal, Steven (HBO)" <Steven.Rosenthal@hbo.com>

Dear Hotfile,

As you may know, our affiliated company Home Box Office, Inc. ("HBO") has been sending DMCA takedown notices with links to free downloads of copyright protected materials. I was wondering if it was possible to setup a DMCA Hotfile takedown removal tool similar to the Warner Bros. takedown tool?

We really appreciate any assistance or tool you could provide us, because a faster way to remove the infringing links is required in solving this problem for HBO.

You can call myself at the number below or Steven Rosenthal directly at 212-512-1780 if you have any further questions. I've also circled Steven into this email message.

Steven S. Rosenthal
Director, Legal Department
Home Box Office
1100 Avenue of the Americas
New York, NY 10036-6737
Tel 212-512-1780
Fax 212-512-5854

Steven.Rosenthal@hbo.com

Kind regards,

Michael Bentkover

Manager, Anti-Piracy Internet Operations, Forensics

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Bridge Building 156 South, # 5333

Burbank, California 91522

Phone: (818) 954-3639

Fax: (818) 954-7898

Confidential    HF02835679

michael.bentkover@warnerbros.com

---

**Hotfile Support <support@hotfile.com>**  Wed, Apr 14, 2010 at 9:04 AM
To: "Bentkover, Michael" <Michael.Bentkover@warnerbros.com>

Hello Michael!

Here is additional login for our takedown removal tool:

Username: HBO.WarnerBros
Password: uzbwth
Email:    hbo@copyright-compliance.com

Please let me know if you need anything else.

Regards,
Andrew
[Quoted text hidden]

--
http://www.hotfile.com

---

**Bentkover, Michael <Michael.Bentkover@warnerbros.com>**  Wed, Apr 14, 2010 at 5:46 PM
To: Hotfile Support <support@hotfile.com>

Many thanks for the your cooperation.


Michael Bentkover

Manager, Anti-Piracy Internet Operations, Forensics

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Bridge Building 156 South, # 5333

Burbank, California 91522

Phone: (818) 954-3639

Fax:   (818) 954-7898

michael.bentkover@warnerbros.com

---

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Support
**Sent:** Tuesday, April 13, 2010 11:04 PM
**To:** Bentkover, Michael
**Subject:** Re: HBO/ Warner Bros. Entertainment Inc. Takedown tool - Hotfile

[Quoted text hidden]

Confidential

14.2.2011 г. 14:48 ч.
HF02835680