# EXHIBIT 32



Hotfile Corp <hotfile.com@gmail.com>

# BayTSP - Additional Login Request
3 messages

**Natasha Lakeman <natashas@baytsp.com>**  Fri, Apr 2, 2010 at 1:33 AM
To: Hotfile Corp <hotfile.com@gmail.com>, support@hotfile.com
Cc: Copyright-Compliance <Copyright-Compliance@baytsp.com>

**Dear Andrew and Hotfile Abuse Department,**

We would like to request an additional login for your takedown tool - one that would be specific to our client Paramount Pictures Corporation and the email address paramount-video@copyright-compliance.com. Please let us know if you need any additional information from us to set this up.

Thank you kindly, once again, for your time and cooperation. We look forward to your response.

Kind regards,

**Natasha Lakeman**

COMPLIANCE ADMINISTRATOR

**BAY TSP, INC.**

*******

(408) 341-2305 ~ Main

(408) 341-2342 ~ Direct

*******

Compliance Department Email ~ Copyright-compliance@baytsp.com

*******

Company Website ~ www.baytsp.com

*******

**Attorney Client Privileged Work Product** The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

---

**Hotfile Support <support@hotfile.com>**  Fri, Apr 2, 2010 at 11:18 AM
To: Natasha Lakeman <natashas@baytsp.com>

Hello Natasha,
No problem at all - here is required account:

Username: paramount-video
Password: bkcknu
Email: paramount-video@copyright-compliance.com

Have a nice day!

Regards,
Andrew

[Quoted text hidden]

--
http://www.hotfile.com

---

**Natasha Lakeman <natashas@baytsp.com>**   Fri, Apr 2, 2010 at 5:54 PM
To: Hotfile Support <support@hotfile.com>

Thank you Andrew! Hope you have a nice day too!

---

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Support
**Sent:** Friday, April 02, 2010 1:18 AM
**To:** Natasha Lakeman
**Subject:** Re: BayTSP - Additional Login Request

[Quoted text hidden]

Confidential