# EXHIBIT 33

Gmail - Fwd: Special Rightsholder Account                https://mail.google.com/mail/?ui=2&ik=93e854cace&view=pt&q=war...



Hotfile Corp &lt;hotfile.com@gmail.com&gt;

# Fwd: Special Rightsholder Account
11 messages

**Hotfile Abuse &lt;abuse@hotfile.com&gt;**  Mon, Sep 20, 2010 at 11:08 PM
To: andrew@hotfile.com

---------- Forwarded message ----------
From: **Dave Worth** &lt;dworth@peermediatech.com&gt;
Date: Mon, Sep 20, 2010 at 7:56 PM
Subject: Special Rightsholder Account
To: abuse@hotfile.com

Hello – we are sending DMCA notices on behalf of many copyright holders.

Please provide us with a Special Rightsholder Account.

Regards,

Dave Worth

VP R&D

PeerMedia Technologies, Inc.


**Hotfile Corp &lt;andrew@hotfile.com&gt;**  Tue, Sep 21, 2010 at 11:49 AM
Reply-To: andrew@hotfile.com
To: dworth@peermediatech.com

Hello,

Your Special Rightholders Account is ready.
Please open http://hotfile.com and login with this data:

Username: peermediatech.com
Password: yatkot
Email:    dworth@peermediatech.com

You will notice link "Copyright" at the top menu.
Here you can paste all yours infringement URLs and they will be deleted immediately.
In addition MD5 hash of file will be added in our black list to prevent re-upload of the same file again.

If you have questions don't hesitate to contact me,

Regards,

Confidential                                           HF02835751

Gmail - Fwd: Special Rightsholder Account    https://mail.google.com/mail/?ui=2&ik=93e854cace&view=pt&q=war...

Andrew

--------------------------

[Quoted text hidden]

--

http://www.hotfile.com - one click file hosting

--------------------------------------------------

**Dave Worth <dworth@peermediatech.com>**    Tue, Sep 21, 2010 at 4:44 PM
To: andrew@hotfile.com

Thank you for your fast reply.

How can we increase the quota?

We could be covering 100's of titles at any time and need to be able to remove many more links in a day.

Regards,

Dave

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Corp
**Sent:** Tuesday, September 21, 2010 4:50 AM
**To:** dworth@peermediatech.com
**Subject:** Re: Special Rightsholder Account

[Quoted text hidden]

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.851 / Virus Database: 271.1.1/3146 - Release Date: 09/20/10 02:35:00

**Hotfile Corp <andrew@hotfile.com>**    Wed, Sep 22, 2010 at 9:26 AM
Reply-To: andrew@hotfile.com
To: Dave Worth <dworth@peermediatech.com>

How much you need?
I made it 1000, is that enough for you?
[Quoted text hidden]

**dworth@peermediatech.com <dworth@peermediatech.com>**    Wed, Sep 22, 2010 at 2:13 PM
Reply-To: dworth@peermediatech.com
To: andrew@hotfile.com

10000 should be good for now.

Thanks for your help.

From: Hotfile Corp <andrew@hotfile.com>
Sender: hotfile.com@gmail.com
Date: Wed, 22 Sep 2010 09:26:41 +0300
To: Dave Worth<dworth@peermediatech.com>
ReplyTo: andrew@hotfile.com

Confidential                                                                HF02835752

Gmail - Fwd: Special Rightsholder Account

https://mail.google.com/mail/?ui=2&ik=93e854cace&view=pt&q=war...

[Quoted text hidden]

---

**Hotfile Corp <andrew@hotfile.com>**   Wed, Sep 22, 2010 at 3:21 PM
Reply-To: andrew@hotfile.com
To: dworth@peermediatech.com

Sorry, but even Microsoft and other big players don't have such a DAILY limit?!?!?
I can't believe 10000 links with your content are uploaded EVERY day.
[Quoted text hidden]

---

**Dave Worth <dworth@peermediatech.com>**   Wed, Sep 22, 2010 at 4:15 PM
To: andrew@hotfile.com

True – not every day – but some days there will be. Remember we're representing most of the major Hollywood studios, gaming companies, music labels, and book publishers.

Whenever we start work on a batch of titles - we could easily get 10's of thousands of links in the first few days.

Gradually, it will decrease, but for those days obviously getting them removed as fast as possible is the goal.

So, whatever you think you can do is fine – then we'll send emails if we exceed the limit.


Thanks for your help.


Dave


---

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Corp
**Sent:** Wednesday, September 22, 2010 8:22 AM
[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]
Version: 9.0.851 / Virus Database: 271.1.1/3150 - Release Date: 09/21/10 14:34:00

---

**Hotfile Corp <andrew@hotfile.com>**   Wed, Sep 22, 2010 at 5:54 PM
Reply-To: andrew@hotfile.com
To: Dave Worth <dworth@peermediatech.com>

OK, unfortunately we are working directly with most of copyright owners such a WarnerBross and etc. I'd like to send us what exactly companies you represent and to provide some documents as proof?
[Quoted text hidden]

---

**Dave Worth <dworth@peermediatech.com>**   Wed, Sep 22, 2010 at 6:08 PM
To: andrew@hotfile.com

See attached for WarnerBros.

I'll send others as we get them.
We don't have documents like this for all our customers.

3 of 4

14.2.2011 г. 14:45 ч.
**PM-WB000117**

Confidential   HF02835753

Gmail - Fwd: Special Rightsholder Account                                   https://mail.google.com/mail/?ui=2&ik=93e854cace&view=pt&q=war...

Others include Christopher Little (Book publisher).

Disney, NBC Universal, and Paramount are coming soon...

---

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Corp
**Sent:** Wednesday, September 22, 2010 10:55 AM
**To:** Dave Worth

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]
Version: 9.0.851 / Virus Database: 271.1.1/3150 - Release Date: 09/22/10 02:34:00

---

**WB LOA.PDF**
21K

---

**Hotfile Corp <andrew@hotfile.com>**                                    Wed, Sep 22, 2010 at 6:17 PM
Reply-To: andrew@hotfile.com
To: Dave Worth <dworth@peermediatech.com>

OK, thanks for info, I'll add this info in our dbase.
About WarnerBros we work together with Michael long time ago.
[Quoted text hidden]

---

**Dave Worth <dworth@peermediatech.com>**                                Wed, Sep 22, 2010 at 6:19 PM
To: andrew@hotfile.com

Thanks for your help.

---

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Corp
**Sent:** Wednesday, September 22, 2010 11:17 AM
[Quoted text hidden]

[Quoted text hidden]

**PM-WB000118**

Confidential                                                                                HF02835754