# EXHIBIT 35

| | |
|---|---|
| **From:** | Justin Haines [justinha@baytsp.com] |
| **Sent:** | Tuesday, April 26, 2011 8:31 PM |
| **To:** | abuse@hotfile.com |
| **Cc:** | Copyright-compliance@baytsp.com |
| **Subject:** | URGENT Follow-Up Request on Multiple Infringement Notices |

**Importance:**     High

**Dear Hotfile.com Abuse team,**

I am the Compliance Administrator for BayTSP. BayTSP's service is used by the entertainment industry, music labels, software developers and publishing firms to identify unauthorized use of their intellectual property on websites, public FTP sites, peer to peer file sharing networks, IRC channels, newsgroups and auction sites. When BayTSP identifies a violation of copyright, our clients often ask for us to send a takedown notice under the terms of the Digital Millennium Copyright Act (DMCA) or the Berne Treaty.

I would like to bring your attention to specific copyright infringing search results that are currently available through your services and that are of particular concern to our clients. We sent *Multiple Infringement Notices* to **Hotfile.com** on **April 26, 2011.** As of the time of this correspondence, we can confirm that the following search results are still publicly available:

http://hotfile.com/dl/113419832/8c72ceb/GraoTron.DVBRip.XviD-Alf.avi.html
http://hotfile.com/dl/114885066/cfe4c9d/Game.of.Thrones.S01E01.HDTV.XviD-FEVER.part1.rar.html
http://hotfile.com/dl/114886052/e65b7e0/Game.of.Thrones.S01E01.HDTV.XviD-FEVER.part2.rar.html
http://hotfile.com/dl/114980891/e29c09d/G.of.Thr.S01E01.HDTV.RMVB.Leg.www.SeriadosCompletos.Net.rmvb.html
http://hotfile.com/dl/115751532/78b849f/Game.of.Thrones.S01E02.HDTV.XviD-FQM.part1.rar.html
http://hotfile.com/dl/115752412/a265f38/Game.of.Thrones.S01E02.HDTV.XviD-FQM.part2.rar.html

These infringements greatly concern our clients and they have asked us to reach out to you in an effort to expedite this matter and assure that the infringing search results are taken down promptly.

**If you could please contact us to confirm that you have received our correspondence and have taken appropriate actions to remove these infringements as soon as possible, we and our clients would greatly appreciate it.**

Alternatively, please let us know if anything is preventing compliance in this matter and if there is any additional information that we can provide to assist you.

Please do not hesitate to contact us should you have any questions or concerns.

Thank you, in advance, for your prompt attention to this matter. We appreciate your time and cooperation and look forward to your response.

Justin Haines
Compliance Administrator
BayTSP, Inc.
Direct line: (408) 341-2346
BayTSP: (408) 341-2300
justinha@baytsp.com
www.baytsp.com

The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

1

CONFIDENTIAL                                                                                             HF00089228

HF00089229

2

CONFIDENTIAL