(Rev. 06/2005)Sealed Document Tracking

*Sealed*

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 11-20427-CIV-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC., et al.,

    Plaintiff

v.

HOTFILE CORP., ANTON TITOV,

    Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Janet T. Munn, Esq., on behalf of Defendants Hotfile Corp. & Anton Titov
Address: Rasco Klock, 283 Catalonia Ave., Suite 200, Coral Gables, FL 33134
Telephone: 305.476.7101

On behalf of (select one):  ☐ Plaintiff   ☒ Defendant

Date sealed document filed: 3/7/2012

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 05-19-11 [DE #68]

The matter should remain sealed until:

☐ Conclusion of Trial
☐ Case Closing
☐ Other: _____
☐ Permanently. Specify the authorizing law, rule, court order:
☐ Arrest of First Defendant
☒ Conclusion of Direct Appeal

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file
☐ Destroyed
☒ Returned to the party or counsel for the party, as identified above

DECLARATION OF ANDREW LEIBNITZ (INCLUDING ANY EXHIBITS THERETO)

*/s/ Janet T. Munn*

Attorney for: Hotfile Corp. and Anton Titov