UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:11-cv-20427-KMW (Williams/Turnoff)

Disney Enterprises, Inc., *et al.*,

    Plaintiffs,

v.

Hotfile Corp., *et al.*,

    Defendants.
_____/

### NOTICE TO RECEIVE ELECTRONIC NOTIFICATION

Requestor, Mitchell L. Stoltz (Amicus Curiae, Electronic Frontier Foundation), by and through undersigned counsel and pursuant to Section 2B, Southern District of Florida CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filing to Mitchell L. Stoltz of the Electronic Frontier Foundation. Mr. Stoltz was admitted to appear in this action *pro hac vice* on behalf of Amicus Curiae the Electronic Frontier Foundation by this Court on March 7, 2012 (date), Dkt. 330 (Docket No.). Mr. Stoltz's email address is mitch@eff.org.

Respectfully submitted,

/s/ Mitchell Stoltz
Mitchell L. Stoltz
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, California 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

By: /s/ Dineen Pashoukos Wasylik
Dineen Pashoukos Wasylik
Florida State Bar No. 191620
dwasylik@ckbusinesslaw.com

1

## CERTIFICATE OF SERVICE

*Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.*
**Case No.: 1:11-cv-20427-KMW (Williams/Turnoff)**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail through the CM/ECF system on March 8, 2012, on all counsel or parties of record on the attached service list.

/s/*Dineen Pashoukos Wasylik*
Dineen Pashoukos Wasylik
Florida State Bar No. 191620
CONWELL KIRKPATRICK, PA
2701 N. Rocky Point Drive
Suite 1030
Tampa, Florida 33607
813-282-8000 (Tel.)
813-282-8800 (Fax)
dwasylik@ckbusinesslaw.com
Attorney for Pending Amicus Curiae
Electronic Frontier Foundation

*Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.*
Case No.: 1:11-cv-20427-KMW (Williams/Turnoff)

**SERVICE LIST**

Steven B. Fabrizio
Duane C. Pozza
Jennifer V. Yeh
Luke C. Platzer
JENNER & BLOCK
1099 New York Avenue, N.W., Suite 900
Washington, DC  10022
202-639-6094
Email: sfabrizio@jenner.com
Email: dpozza@jenner.com
Email: jyeh@jenner.com
Email: lplatzer@jenner.com

Karen R. Thorland
Senior Content Protection Counsel
MOTION PICTURE ASSOCIATION OF AMERICA, INC.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA  91403
818-935-5812
Email: Karen_Thorland@mpaa.org

Karen Linda Stetson
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1650
Miami, FL 33131
305-416-6880
Fax: 305-416-6887
Email: karen.stetson@gray-robinson.com

Attorneys for Plaintiffs/Counter-Defendants
Disney Enterprises, Inc.,
20th Century Fox Film Corporation,
Universal City Studios Productions,
Columbia Pictures Industries, Inc., and
Warner Brothers Entertainment, Inc.,

Anthony P. Schoenberg
Deepak Gupta
Janel Thamkul
N. Andrew Leibnitz
Roderick M. Thompson
FARELLA BRAUN & MARTEL, LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
415-954-4400
Email: tschoenberg@fbm.com
Email: dgupta@fbm.com
Email: jthamkul@fbm.com
Email: aleibnitz@fbm.com
Email: rthompson@fbm.com

Janet T. Munn
RASCO KLOCK REININGER PEREZ ESQUENAZI VIGIL & NIETO
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
305-476-7101
Fax: 305-476-7102
Email: jmunn@rascoklock.com

Valentin Gurvits
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
617-928-1804
Email: vgurvits@bostonlawgroup.com

Attorneys for Defendants/Counter-Claimants
Hotfile Corp., Anton Titov, Does 1-10, and Lemuria Communications, Inc.