UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
                                                                    /

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
                                                                    /

### [PROPOSED] ORDER DENYING ELECTRONIC FRONTIER FOUNDATION'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

THIS CAUSE came before the court on Electronic Frontier Foundation's Motion for Leave to File Amicus Curiae Brief. This Court has considered Electronic Frontier Foundation's Motion and being otherwise duly advised here, it is hereby:

ORDERED AND ADJUDGED that Electronic Frontier Foundation's Motion for Leave to File Amicus Curiae Brief is hereby DENIED.

DONE AND ORDERED in chambers at Miami, Florida this ____ day of _____ 2012.

                                                                                                                                 _____
Kathleen M. Williams
United States District Judge

cc:	All Counsel of Record