**PUBLICLY FILED REDACTED VERSION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*    /

**NOTICE BY DEFENDANT/COUNTERCLAIMANT HOTFILE CORPORATION
OF FILING THE PUBLICLY FILED REDACTED VERSION OF
THE DECLARATION OF ANTON TITOV AND THE EXHIBITS
THERETO FILED IN SUPPORT OF DEFENDANT'S OPPOSITION TO
PLAINTIFF/COUNTER-DEFENDANT WARNER BROS.' MOTION FOR
<u>SUMMARY JUDGMENT ON HOTFILE'S COUNTERCLAIM</u>**

    Defendant/Counterclaimant Hotfile Corp. ("Hotfile"), provides this notice of filing the publicly filed redacted version of the Declaration of Anton Titov ("Mr. Titov") and the exhibits thereto, that was filed in support of Hotfile's Opposition to Plaintiff/Counter-Defendant Warner Bros. Entertainment, Inc.'s ("Warner"), Motion for Summary Judgment On Hotfile's Counterclaim. Mr. Titov's declaration was attached as Exhibit B, to Hotfile's Memorandum of

**PUBLICLY FILED REDACTED VERSION**

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

Law, filed in opposition to Warner's Motion for Summary Judgment on Hotfile's Counterclaim. The publicly filed redacted version of Mr. Titov's Declaration and the exhibits thereto are attached as Exhibit B to this Notice of Filing.

DATED: March 12, 2012

Respectfully submitted,

s/Janet T. Munn
Janet T. Munn, Esq. Fla. Bar No. 501281
Email: jmunn@rascoklock.com
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102

And

s/Roderick M. Thompson
Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email: rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email: aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email: tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email: dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email: jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.4480

**PUBLICLY FILED REDACTED VERSION**

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation
 and Anton Titov*

3

**PUBLICLY FILED REDACTED VERSION**

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2012, a true and correct copy of the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| Karen L. Stetson, Esq. | Karen R. Thorland, Esq. (admitted *pro hac vice*) |
| GRAY-ROBINSON, P.A. | Senior Content Protection Counsel |
| Email: Karen.Stetson@gray-robinson.com | Email: Karen_Thorland@mpaa.org |
| 1221 Brickell Avenue | Motion Picture Association of America, Inc. |
| Suite 1600 | 15301 Ventura Boulevard, Building E |
| Miami, FL  33131 | Sherman Oaks, CA  91403-5885 |
| Telephone: 305.416.6880 | Telephone: 818.935.5812 |
| Telecopy: 305.416.6887 | |

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

By: /s/ Janet T. Munn
     Janet T. Munn

4828-7265-9983, v.  1