**PUBLICLY FILED REDACTED VERSION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*    /

**NOTICE BY DEFENDANT/COUNTERCLAIMANT HOTFILE CORPORATION
OF FILING THE PUBLICLY FILED VERSION OF THE
DECLARATION OF RODERICK M. THOMPSON AND THE EXHIBITS
THERETO FILED IN SUPPORT OF DEFENDANT'S OPPOSITION
TO PLAINTIFF/COUNTER-DEFENDANT WARNER BROS.' MOTION
FOR SUMMARY JUDGMENT ON HOTFILE'S COUNTERCLAIM**

    Defendant/Counterclaimant Hotfile Corp. ("Hotfile"), provides this notice of filing the publicly filed version of the Declaration of Roderick M. Thompson ("Mr. Thompson") and the exhibits thereto, that was filed in support of Hotfile's Opposition to Plaintiff/Counter-Defendant Warner Bros. Entertainment, Inc.'s ("Warner's"), Motion for Summary Judgment On Hotfile's Counterclaim. Mr. Thompson's declaration was attached as Exhibit A, to Hotfile's

**PUBLICLY FILED REDACTED VERSION**

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

Memorandum of Law, filed in opposition to Warner's Motion for Summary Judgment on Hotfile's Counterclaim. The publicly filed redacted version of Mr. Thompson's Declaration and the exhibits thereto are attached as Exhibit A to this Notice of Filing.

DATED: March 12, 2012                Respectfully submitted,


                                     s/Janet T. Munn
                                     Janet T. Munn, Esq. Fla. Bar No. 501281
                                     Email: jmunn@rascoklock.com
                                     RASCO KLOCK
                                     283 Catalonia Avenue, Suite 200
                                     Coral Gables, Fl 33134
                                     Telephone:  305.476.7101
                                     Telecopy: 305.476.7102

                                     And

                                     s/Roderick M. Thompson
                                     Roderick M. Thompson, Esq. (admitted *pro hac vice*)
                                     Email:  rthompson@fbm.com
                                     Andrew Leibnitz, Esq. (admitted *pro hac vice*)
                                     Email:  aleibnitz@fbm.com
                                     Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
                                     Email:  tschoenberg@fbm.com
                                     Deepak Gupta, Esq. (admitted *pro hac vice*)
                                     Email:  dgupta@fbm.com
                                     Janel Thamkul, Esq. (admitted *pro hac vice*)
                                     Email:  jthamkul@fbm.com
                                     FARELLA BRAUN + MARTEL LLP
                                     235 Montgomery St.
                                     San Francisco, CA  94104
                                     Telephone:  415.954.4400
                                     Telecopy: 415.954.4480

**PUBLICLY FILED REDACTED VERSION**

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation
 and Anton Titov*

**PUBLICLY FILED REDACTED VERSION**

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2012, a true and correct copy of the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL  33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA  91403-5885
Telephone: 818.935.5812

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

By: /s/ Janet T. Munn
    Janet T. Munn

4851-8732-5967, v.  1