# EXHIBIT 1

| From: | Bentkover, Michael |
|---|---|
| To: | 'abuse@hotfile.com' |
| CC: | Kaplan, David P.; Applen, Ethan |
| Sent: | 4/29/2009 4:36:55 PM |
| Subject: | Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM |

**VIA ELECTRONIC MAIL**

RE:     Unauthorized Use of Warner Bros.' Property

Dear Abuse Manager,

I was wondering if you have any type of takedown tool that could assist us in removing content from HOTFILE that infringes Warner Bros. Entertainment Inc. rights, rather than sending an official takedown abuse notice every time URL's are identified. As you know, we recently requested over 1000 URL's which were hosted on HOTFILE that infringed Warner Bros. Entertainment Inc. rights and we would like to request a directly way to remove links as fast as possible.

Other sites have provided Warner Bros. Entertainment Inc. with a take down tool that allows us to log in and remove the infringing URL's immediately and hence more efficiently curb spread of piracy of Warner Bros. content.

This takedown tool will also require less work from HOTFILE and Warner Bros. Entertainment Inc. staff to process our requests.

I swear, under penalty of perjury, that the information in the notification is accurate.

I may be contacted at:

Michael Bentkover
Warner Bros. Entertainment Inc.
4000 Warner Boulevard
Bridge Building 156 South, # 5333
Burbank, California 91522
Phone: (818) 954-3639
Fax:    (818) 954-7898
michael.bentkover@warnerbros.com

Truthfully,

/mb/

**Example of files already reported for removal and have been removed:**
**17 Again**

   http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
   http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
   http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
   http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
   http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
   http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
   http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
   http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
   http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
   http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
   http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
   http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
   http://hotfile.com/dl/207900/503eb2f/Thank.you.html
   http://hotfile.com/dl/296547/103154d/17 Again-THS.part1.rar.html
   http://hotfile.com/dl/296567/b1465d6/17 Again-THS.part2.rar.html

http://hotfile.com/dl/296576/f439970/17 Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17 Again-THS.part4.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/330078/aa2e4b2/GoLeech.org-17.Again.400.part1.rar.html
http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/296547/103154d/17 Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17 Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17 Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17 Again-THS.part4.rar.html
http://hotfile.com/dl/319796/929ca01/17A.part1.rar.html
http://hotfile.com/dl/319826/4573b92/17A.part2.rar.html
http://hotfile.com/dl/319849/36548ac/17A.part3.rar.html
http://hotfile.com/dl/319866/6b3cddf/17A.part4.rar.html

WARNER000015

http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/296547/103154d/17 Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17 Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17 Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17 Again-THS.part4.rar.html
http://hotfile.com/dl/296547/103154d/17 Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17 Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17 Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17 Again-THS.part4.rar.html
http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.by.flippy07.part1.rar.html
http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.by.flippy07.part2.rar.html
http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.by.flippy07.part3.rar.html
http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.by.flippy07.part4.rar.html
http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.by.flippy07.part5.rar.html
http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html
http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html
http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.flippy07.part8.rar.html
http://hotfile.com/dl/319699/e5c60ba/17A.CAM.XViD-CAMERAx.part2.rar.html
http://hotfile.com/dl/320007/967bb60/17A.CAM.XViD-CAMERAx.part1.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html

WARNER000016

http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/324599/ad0ddae/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/324606/51b1304/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/324607/f1c02eb/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/324609/320ccf5/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331873/f782e12/17 Again.CAM.XViD-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17 Again.CAM.XViD-STGx.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.ra�
http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.rar.html
http://hotfile.com/dl/296547/103154d/17 Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17 Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17 Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17 Again-THS.part4.rar.html
http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.by.flippy07.part1.rar.html
http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.by.flippy07.part2.rar.html
http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.by.flippy07.part3.rar.html
http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.by.flippy07.part4.rar.html
http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.by.flippy07.part5.rar.html
http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html
http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html
http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.flippy07.part8.rar.html
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-
CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-
CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-
CAMERA.part3.rar.html

WARNER000017

http://hotfile.com/dl/326636cbbfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html

http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html

http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html

http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html

http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.by.flippy07.part1.rar.html

http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.by.flippy07.part2.rar.html

http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.by.flippy07.part3.rar.html

http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.by.flippy07.part4.rar.html

http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.by.flippy07.part5.rar.html

http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html

http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html

http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.flippy07.part8.rar.html

http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html

http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html

http://hotfile.com/dl/293643/8c8d287/17.Again.2009.CaM.XviD_THS.part1.rar.html

http://hotfile.com/dl/293652/540376d/17.Again.2009.CaM.XviD_THS.part2.rar.html

http://hotfile.com/dl/293668/6cd5e22/17.Again.2009.CaM.XviD_THS.part3.rar.html

http://hotfile.com/dl/293681/4dd26a9/17.Again.2009.CaM.XviD_THS.part4.rar.html

http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html

http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html

http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html

WARNER000018

http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html

WARNER000019

http://hotfile.com/dl/310591/36 be0bc/GoLeech.org-17.Again.200.part4.rar.html

http://hotfile.com/dl/300507/c7b8644/SeventeenAG_www.swnetwork.info.avi.001.html

http://hotfile.com/dl/300513/dc3aada/SeventeenAG_www.swnetwork.info.avi.002.html

http://hotfile.com/dl/300519/e1c495f/SeventeenAG_www.swnetwork.info.avi.003.html

http://hotfile.com/dl/300526/ce82db1/SeventeenAG_www.swnetwork.info.avi.004.html

http://hotfile.com/dl/300534/f37b424/SeventeenAG_www.swnetwork.info.avi.005.html

http://hotfile.com/dl/300540/676a04c/SeventeenAG_www.swnetwork.info.avi.006.html

http://hotfile.com/dl/304606/7597417/cam-17-sample.avi.html

http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.by.flippy07.part1.rar.html

http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.by.flippy07.part2.rar.html

http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.by.flippy07.part3.rar.html

http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.by.flippy07.part4.rar.html

http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.by.flippy07.part5.rar.html

http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html

http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html

http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.flippy07.part8.rar.html

http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.by.flippy07.part1.rar.html

http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.by.flippy07.part2.rar.html

http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.by.flippy07.part3.rar.html

http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.by.flippy07.part4.rar.html

http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.by.flippy07.part5.rar.html

http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html

http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html

http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.flippy07.part8.rar.html

http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-
CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-
CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-
CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-
CAMERA.part4.rar.html

http://hotfile.com/dl/293697/a457ade/ths-17 Again.part2.rar.html

http://hotfile.com/dl/293698/a8ab1e4/ths-17 Again.part1.rar.html

http://hotfile.com/dl/293699/3aa7cae/ths-17 Again.part3.rar.html

http://hotfile.com/dl/293734/9a97178/ths-17 Again.part4.rar.html

http://hotfile.com/dl/293744/813a12e/ths-17 Again.part5.rar.html

http://hotfile.com/dl/293745/fdf611b/ths-17 Again.part6.rar.html

http://hotfile.com/dl/293772/a6524bf/ths-17 Again.part7.rar.html

http://hotfile.com/dl/293776/ee2a8e0/ths-17 Again.part8.rar.html

WARNER000020

http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/295213/b417438/17.Again.2009.CaM.XviD-THS.avi.part4.rar.html

http://hotfile.com/dl/295215/a588448/17.Again.2009.CaM.XviD-THS.avi.part1.rar.html

http://hotfile.com/dl/295223/e3ad9a4/17.Again.2009.CaM-XviD-THS.avi.part2.rar.html

http://hotfile.com/dl/295227/37131b1/17.Again.2009.CaM.XviD-THS.avi.part3.rar.html

http://hotfile.com/dl/295238/b6d1a86/17.Again.2009.CaM.XviD-THS_sample.avi.html

http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/324599/ad0ddae/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/324606/51b1304/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/324607/f1c02eb/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/324609/320ccf5/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html

http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html

http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html

http://hotfile.com/dl/296374/85bb405/17.Again.2009.CaM.XviD-THS.part1.rar.html

http://hotfile.com/dl/296460/76ccb01c/17.Again.2009.CaM.XviD-THS.part2.rar.html

http://hotfile.com/dl/296542/281f571/17.Again.2009.CaM.XviD-THS.part3.rar.html

http://hotfile.com/dl/296547/103154d/17again-THS.part1.rar.html

http://hotfile.com/dl/296567/b1465d6/17again-THS.part2.rar.html

http://hotfile.com/dl/296576/f439970/17again-THS.part3.rar.html

http://hotfile.com/dl/296581/8916c10/17again-THS.part4.rar.html

http://hotfile.com/dl/296587/8f6056c/17.Again.2009.CaM.XviD-THS.part4.rar.html

http://hotfile.com/dl/437492/d6bcd28/17A.Rapid-Serbia.com.part1.rar.html

http://hotfile.com/dl/437502/344166b/17A.Rapid-Serbia.com.part2.rar.html

http://hotfile.com/dl/437507/78e96ca/17A.Rapid-Serbia.com.part3.rar.html

http://hotfile.com/dl/295213/b417438/17.Again.2009.CaM.XviD-THS.avi.part4.rar.html

http://hotfile.com/dl/295215/a588448/17.Again.2009.CaM.XviD-THS.avi.part1.rar.html

http://hotfile.com/dl/295223/e3ad9a4/17.Again.2009.CaM.XviD-THS.avi.part2.rar.html

http://hotfile.com/dl/295227/37131b1/17.Again.2009.CaM.XviD-THS.avi.part3.rar.html

http://hotfile.com/dl/295238/b6d1a86/17.Again.2009.CaM.XviD-THS_sample.avi.html

http://hotfile.com/dl/319699/e5c60ba/17A.CAM.XViD-CAMERAx.part2.rar.html

http://hotfile.com/dl/320007/967bb60/17A.CAM.XViD-CAMERAx.part1.rar.html

http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html

http://hotfile.com/dl/331998/f608176/17Again.CAM.XVID-STGx.part1.rar.html

http://hotfile.com/dl/429109/216817e/17A.09.coolhead.part1.rar.html

http://hotfile.com/dl/429114/18d834e/17A.09.coolhead.part2.rar.html

WARNER000021

http://hotfile.com/dl/429121/8834e7d/17A.09.coolhead.part3.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XVID.CAMERA.part4.rar.html
http://hotfile.com/dl/296547/103154d/17again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17again-THS.part4.rar.html
http://hotfile.com/dl/429109/216817e/17A.09.coolhead.part1.rar.html
http://hotfile.com/dl/429114/18d834e/17A.09.coolhead.part2.rar.html
http://hotfile.com/dl/429121/8834e7d/17A.09.coolhead.part3.rar.html
http://hotfile.com/dl/295252/16b8892/17.Again.2009.CaM.XviD-THS.part4.rar.html
http://hotfile.com/dl/295289/be8bd7c/17.Again.2009.CaM.XviD-THS.part3.rar.html
http://hotfile.com/dl/295331/0e90328/17.Again.2009.CaM.XviD-THS.part2.rar.html
http://hotfile.com/dl/295356/d830c95/17.Again.2009.CaM.XviD-THS.part1.rar.html
http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html
http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html
http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html
http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/374731/2ae050f/17.Again.2009.CaM.XviD-THS.avi.part1.rar.html
http://hotfile.com/dl/374767/a052598/17.Again.2009.CaM.XviD-THS.avi.part2.rar.html
http://hotfile.com/dl/374832/9685847/17.Again.2009.CaM.XviD-THS.avi.part3.rar.html
http://hotfile.com/dl/374860/3027cbe/17.Again.2009.CaM.XviD-THS.avi.part4.rar.html
http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html
http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html
http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html
http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17 Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17Again.CAM.XVID-STGx.part1.rar.html
http://hotfile.com/dl/385530/338cbd9/17.Again.CAM.XVID-CAMERA.part1.rar.html
http://hotfile.com/dl/385544/81a30aa/17.Again.CAM.XVID-CAMERA.part2.rar.html
http://hotfile.com/dl/385546/767023f/17.Again.CAM.XVID-CAMERA.part3.rar.html
http://hotfile.com/dl/385550/843b87c/17.Again.CAM.XVID-CAMERA.part4.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html

WARNER000022

http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/304606/7597417/cam-17-sample.avi.html
http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/385530/338cbd9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/385544/81a30aa/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/385546/767023f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/385550/843b87c/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/439718/b277817/17A300.part1.rar.html
http://hotfile.com/dl/439733/2f76940/17A300.part3.rar.html
http://hotfile.com/dl/439744/fafdfcb/17A300.part2.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/429109/216817e/17A.09.coolhead.part1.rar.html
http://hotfile.com/dl/429114/18d834e/17A.09.coolhead.part2.rar.html
http://hotfile.com/dl/429121/8834e7d/17A.09.coolhead.part3.rar.html
http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/429109/216817e/17A.09.coolhead.part1.rar.html
http://hotfile.com/dl/429114/18d834e/17A.09.coolhead.part2.rar.html
http://hotfile.com/dl/429121/8834e7d/17A.09.coolhead.part3.rar.html

WARNER000023

http://hotfile.com/dl/429109/216817e/17A.09.coolhead.part1.rar.html
http://hotfile.com/dl/429114/18d834e/17A.09.coolhead.part2.rar.html
http://hotfile.com/dl/429121/8834e7d/17A.09.coolhead.part3.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/330078/aa2e4b2/GoLeech.org-17.Again.400.part1.rar.html
http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.by.flippy07.part1.rar.html
http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.by.flippy07.part2.rar.html
http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.by.flippy07.part3.rar.html
http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.by.flippy07.part4.rar.html
http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.by.flippy07.part5.rar.html
http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html
http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html
http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.flippy07.part8.rar.html
http://hotfile.com/dl/378680/dd273b2/ths-17a.part1.rar.html
http://hotfile.com/dl/379242/66a8c32/ths-17a.part2.rar.html
http://hotfile.com/dl/379588/be5c544/ths-17a.part3.rar.html
http://hotfile.com/dl/379820/2632dfe/ths-17a.part4.rar.html
http://hotfile.com/dl/380009/9a68da6/ths-17a.part5.rar.html
http://hotfile.com/dl/380175/17a3e08/ths-17a.part6.rar.html
http://hotfile.com/dl/380351/8cef2e1/ths-17a.part7.rar.html
http://hotfile.com/dl/293697/a457ade/ths-17again.part2.rar.html
http://hotfile.com/dl/293698/a8ab1e4/ths-17again.part1.rar.html
http://hotfile.com/dl/293699/3aa7cae/ths-17again.part3.rar.html
http://hotfile.com/dl/293734/9a97178/ths-17again.part4.rar.html
http://hotfile.com/dl/293744/813a12e/ths-17again.part5.rar.html
http://hotfile.com/dl/293745/fdf611b/ths-17again.part6.rar.html
http://hotfile.com/dl/293772/a6524bf/ths-17again.part7.rar.html
http://hotfile.com/dl/293776/ee2a8e0/ths-17again.part8.rar.html
http://hotfile.com/dl/293643/8c8d287/17.Again.2009.CaM.XviD_THS.part1.rar.html
http://hotfile.com/dl/293652/540376d/17.Again.2009.CaM.XviD_THS.part2.rar.html

WARNER000024

http://hotfile.com/dl/293668/6cd5e22/17.Again.2009.CaM.XviD_THS.part3.rar.html
http://hotfile.com/dl/293681/4dd26a9/17.Again.2009.CaM.XviD_THS.part4.rar.html
http://hotfile.com/dl/295252/16b8892/17.Again.2009.CaM.XviD-THS.part4.rar.html
http://hotfile.com/dl/295289/be8bd7c/17.Again.2009.CaM.XviD-THS.part3.rar.html
http://hotfile.com/dl/295331/0e90328/17.Again.2009.CaM.XviD-THS.part2.rar.html
http://hotfile.com/dl/295356/d830c95/17.Again.2009.CaM.XviD-THS.part1.rar.html
http://hotfile.com/dl/296547/103154d/17again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17again-THS.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/330246/8f2bed0/17.Again.CAM.XVID.STG.part1.rar.html
http://hotfile.com/dl/330260/8969fca/17.Again.CAM.XVID.STG.part2.rar.html
http://hotfile.com/dl/330268/d57af05/17.Again.CAM.XVID.STG.part3.rar.html
http://hotfile.com/dl/330269/f47e6d4/17.Again.CAM.XVID.STG.part4.rar.html
http://hotfile.com/dl/331061/afa7720/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331092/3e6aa97/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331115/c403d1e/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/331128/4038457/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331171/a65c81c/cam-17-sample.avi.html
http://hotfile.com/dl/385530/338cbd9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/385544/81a30aa/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/385546/767023f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/385550/843b87c/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.by.flippy07.part1.rar.html
http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.by.flippy07.part2.rar.html
http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.by.flippy07.part3.rar.html
http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.by.flippy07.part4.rar.html
http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.by.flippy07.part5.rar.html
http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html
http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html
http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.flippy07.part8.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/293643/8c8d287/17.Again.2009.CaM.XviD_THS.part1.rar.html
http://hotfile.com/dl/293652/540376d/17.Again.2009.CaM.XviD_THS.part2.rar.html
http://hotfile.com/dl/293668/6cd5e22/17.Again.2009.CaM.XviD_THS.part3.rar.html
http://hotfile.com/dl/293681/4dd26a9/17.Again.2009.CaM.XviD_THS.part4.rar.html
http://hotfile.com/dl/295252/16b8892/17.Again.2009.CaM.XviD-THS.part4.rar.html
http://hotfile.com/dl/295289/be8bd7c/17.Again.2009.CaM.XviD-THS.part3.rar.html
http://hotfile.com/dl/295331/0e90328/17.Again.2009.CaM.XviD-THS.part2.rar.html
http://hotfile.com/dl/295356/d830c95/17.Again.2009.CaM.XviD-THS.part1.rar.html
http://hotfile.com/dl/295252/16b8892/17.Again.2009.CaM.XviD-THS.part4.rar.html
http://hotfile.com/dl/295289/be8bd7c/17.Again.2009.CaM.XviD-THS.part3.rar.html
http://hotfile.com/dl/295331/0e90328/17.Again.2009.CaM.XviD-THS.part2.rar.html

WARNER000025

http://hotfile.com/dl/295356/d830c95/17.Again.2009.CaM.XviD-THS.part1.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/293697/a457ade/ths-17again.part2.rar.html
http://hotfile.com/dl/293698/a8ab1e4/ths-17again.part1.rar.html
http://hotfile.com/dl/293699/3aa7cae/ths-17again.part3.rar.html
http://hotfile.com/dl/293734/9a97178/ths-17again.part4.rar.html
http://hotfile.com/dl/293744/813a12e/ths-17again.part5.rar.html
http://hotfile.com/dl/293745/fdf611b/ths-17again.part6.rar.html
http://hotfile.com/dl/293772/a6524bf/ths-17again.part7.rar.html
http://hotfile.com/dl/293776/ee2a8e0/ths-17again.part8.rar.html
http://hotfile.com/dl/374731/2ae050f/17.Again.2009.CaM.XviD-THS.avi.part1.rar.html
http://hotfile.com/dl/374767/a052598/17.Again.2009.CaM.XviD-THS.avi.part2.rar.html
http://hotfile.com/dl/374832/9685847/17.Again.2009.CaM.XviD-THS.avi.part3.rar.html
http://hotfile.com/dl/374860/3027cbe/17.Again.2009.CaM.XviD-THS.avi.part4.rar.html
http://hotfile.com/dl/374731/2ae050f/17.Again.2009.CaM.XviD-THS.avi.part1.rar.html
http://hotfile.com/dl/374767/a052598/17.Again.2009.CaM.XviD-THS.avi.part2.rar.html
http://hotfile.com/dl/374832/9685847/17.Again.2009.CaM.XviD-THS.avi.part3.rar.html
http://hotfile.com/dl/374860/3027cbe/17.Again.2009.CaM.XviD-THS.avi.part4.rar.html
http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17Again.CAM.XVID-STGx.part1.rar.html
http://hotfile.com/dl/293697/a457ade/ths-17again.part2.rar.html
http://hotfile.com/dl/293698/a8ab1e4/ths-17again.part1.rar.html
http://hotfile.com/dl/293699/3aa7cae/ths-17again.part3.rar.html
http://hotfile.com/dl/293734/9a97178/ths-17again.part4.rar.html
http://hotfile.com/dl/293744/813a12e/ths-17again.part5.rar.html
http://hotfile.com/dl/293745/fdf611b/ths-17again.part6.rar.html
http://hotfile.com/dl/293772/a6524bf/ths-17again.part7.rar.html
http://hotfile.com/dl/293776/ee2a8e0/ths-17again.part8.rar.html
http://hotfile.com/dl/295252/16b8892/17.Again.2009.CaM.XviD-THS.part4.rar.html
http://hotfile.com/dl/295289/be8bd7c/17.Again.2009.CaM.XviD-THS.part3.rar.html
http://hotfile.com/dl/295331/0e90328/17.Again.2009.CaM.XviD-THS.part2.rar.html
http://hotfile.com/dl/295356/d830c95/17.Again.2009.CaM.XviD-THS.part1.rar.html
http://hotfile.com/dl/300507/c7b8644/SeventeenAG_www.swnetwork.info.avi.001.html
http://hotfile.com/dl/300513/dc3aada/SeventeenAG_www.swnetwork.info.avi.002.html
http://hotfile.com/dl/300519/e1c495f/SeventeenAG_www.swnetwork.info.avi.003.html
http://hotfile.com/dl/300526/ce82db1/SeventeenAG_www.swnetwork.info.avi.004.html
http://hotfile.com/dl/300534/f37b424/SeventeenAG_www.swnetwork.info.avi.005.html
http://hotfile.com/dl/300540/676a04c/SeventeenAG_www.swnetwork.info.avi.006.html
http://hotfile.com/dl/304650/5b60bbb/17aga1n.cam3ra.part1.rar.html

WARNER000026

http://hotfile.com/dl/304655/e9bfc2d/17aga1n.cam3ra.part2.rar.html
http://hotfile.com/dl/304659/c4bf573/17aga1n.cam3ra.part3.rar.html
http://hotfile.com/dl/304662/11481dc/17aga1n.cam3ra.part4.rar.html
http://hotfile.com/dl/319699/e5c60ba/17A.CAM.XViD-CAMERAx.part2.rar.html
http://hotfile.com/dl/320007/967bb60/17A.CAM.XViD-CAMERAx.part1.rar.html
http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17Again.CAM.XVID-STGx.part1.rar.html
http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17Again.CAM.XVID-STGx.part1.rar.html
http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html
http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html
http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html
http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html
http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html
http://hotfile.com/dl/439718/b277817/17A300.part1.rar.html
http://hotfile.com/dl/439733/2f76940/17A300.part3.rar.html
http://hotfile.com/dl/439744/fafdfcb/17A300.part2.rar.html
http://hotfile.com/dl/374731/2ae050f/17.Again.2009.CaM.XviD-THS.avi.part1.rar.html
http://hotfile.com/dl/374767/a052598/17.Again.2009.CaM.XviD-THS.avi.part2.rar.html
http://hotfile.com/dl/374832/9685847/17.Again.2009.CaM.XviD-THS.avi.part3.rar.html
http://hotfile.com/dl/374860/3027cbe/17.Again.2009.CaM.XviD-THS.avi.part4.rar.html
http://hotfile.com/dl/300507/c7b8644/SeventeenAG_www.swnetwork.info.avi.001.html
http://hotfile.com/dl/300513/dc3aada/SeventeenAG_www.swnetwork.info.avi.002.html
http://hotfile.com/dl/300519/e1c495f/SeventeenAG_www.swnetwork.info.avi.003.html
http://hotfile.com/dl/300526/ce82db1/SeventeenAG_www.swnetwork.info.avi.004.html
http://hotfile.com/dl/300534/f37b424/SeventeenAG_www.swnetwork.info.avi.005.html
http://hotfile.com/dl/300540/676a04c/SeventeenAG_www.swnetwork.info.avi.006.html
http://hotfile.com/dl/300507/c7b8644/SeventeenAG_www.swnetwork.info.avi.001.html
http://hotfile.com/dl/300513/dc3aada/SeventeenAG_www.swnetwork.info.avi.002.html
http://hotfile.com/dl/300519/e1c495f/SeventeenAG_www.swnetwork.info.avi.003.html
http://hotfile.com/dl/300526/ce82db1/SeventeenAG_www.swnetwork.info.avi.004.html
http://hotfile.com/dl/300534/f37b424/SeventeenAG_www.swnetwork.info.avi.005.html
http://hotfile.com/dl/300540/676a04c/SeventeenAG_www.swnetwork.info.avi.006.html
http://hotfile.com/dl/304650/5b60bbb/17aga1n.cam3ra.part1.rar.html
http://hotfile.com/dl/304655/e9bfc2d/17aga1n.cam3ra.part2.rar.html
http://hotfile.com/dl/304659/c4bf573/17aga1n.cam3ra.part3.rar.html
http://hotfile.com/dl/304662/11481dc/17aga1n.cam3ra.part4.rar.html
http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17Again.CAM.XVID-STGx.part1.rar.html
http://hotfile.com/dl/304606/7597417/cam-17-sample.avi.html
http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html

WARNER000027

http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XVID-CAMERA.part1.rar.html
http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/385530/338cbd9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/385544/81a30aa/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/385546/767023f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/385550/843b87c/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.rar.html
http://hotfile.com/dl/330078/aa2e4b2/GoLeech.org-17.Again.400.part1.rar.html
http://hotfile.com/dl/293697/a457ade/ths-17again.part2.rar.html
http://hotfile.com/dl/293698/a8ab1e4/ths-17again.part1.rar.html
http://hotfile.com/dl/293699/3aa7cae/ths-17again.part3.rar.html
http://hotfile.com/dl/293734/9a97178/ths-17again.part4.rar.html
http://hotfile.com/dl/293744/813a12e/ths-17again.part5.rar.html
http://hotfile.com/dl/293745/fdf611b/ths-17again.part6.rar.html
http://hotfile.com/dl/293772/a6524bf/ths-17again.part7.rar.html
http://hotfile.com/dl/293776/ee2a8e0/ths-17again.part8.rar.html
http://hotfile.com/dl/293697/a457ade/ths-17again.part2.rar.html
http://hotfile.com/dl/293698/a8ab1e4/ths-17again.part1.rar.html
http://hotfile.com/dl/293699/3aa7cae/ths-17again.part3.rar.html
http://hotfile.com/dl/293734/9a97178/ths-17again.part4.rar.html
http://hotfile.com/dl/293744/813a12e/ths-17again.part5.rar.html
http://hotfile.com/dl/293745/fdf611b/ths-17again.part6.rar.html
http://hotfile.com/dl/293772/a6524bf/ths-17again.part7.rar.html
http://hotfile.com/dl/293776/ee2a8e0/ths-17again.part8.rar.html
http://hotfile.com/dl/293697/a457ade/ths-17again.part2.rar.html
http://hotfile.com/dl/293698/a8ab1e4/ths-17again.part1.rar.html
http://hotfile.com/dl/293699/3aa7cae/ths-17again.part3.rar.html
http://hotfile.com/dl/293734/9a97178/ths-17again.part4.rar.html
http://hotfile.com/dl/293744/813a12e/ths-17again.part5.rar.html
http://hotfile.com/dl/293745/fdf611b/ths-17again.part6.rar.html
http://hotfile.com/dl/293772/a6524bf/ths-17again.part7.rar.html
http://hotfile.com/dl/293776/ee2a8e0/ths-17again.part8.rar.html
http://hotfile.com/dl/429109/216817e/17A.09.coolhead.part1.rar.html
http://hotfile.com/dl/429114/18d834e/17A.09.coolhead.part2.rar.html
http://hotfile.com/dl/429121/8834e7d/17A.09.coolhead.part3.rar.html
http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html
http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html
http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html
http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html

WARNER000028

http://hotfile.com/dl/331998/f608176/17Again.CAM.XViD-STGx.part1.rar.html
http://hotfile.com/dl/293697/a457ade/ths-17again.part2.rar.html
http://hotfile.com/dl/293698/a8ab1e4/ths-17again.part1.rar.html
http://hotfile.com/dl/293699/3aa7cae/ths-17again.part3.rar.html
http://hotfile.com/dl/293734/9a97178/ths-17again.part4.rar.html
http://hotfile.com/dl/293744/813a12e/ths-17again.part5.rar.html
http://hotfile.com/dl/293745/fdf611b/ths-17again.part6.rar.html
http://hotfile.com/dl/293772/a6524bf/ths-17again.part7.rar.html
http://hotfile.com/dl/293776/ee2a8e0/ths-17again.part8.rar.html
http://hotfile.com/dl/304650/5b60bbb/17aga1n.cam3ra.part1.rar.html
http://hotfile.com/dl/304655/e9bfc2d/17aga1n.cam3ra.part2.rar.html
http://hotfile.com/dl/304659/c4bf573/17aga1n.cam3ra.part3.rar.html
http://hotfile.com/dl/304662/11481dc/17aga1n.cam3ra.part4.rar.html
http://hotfile.com/dl/304663/2a1edff/cam-17-sample.avi.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/319796/929ca01/17A.part1.rar.html
http://hotfile.com/dl/319826/4573b92/17A.part2.rar.html
http://hotfile.com/dl/319849/36548ac/17A.part3.rar.html
http://hotfile.com/dl/319866/6b3cddf/17A.part4.rar.html
http://hotfile.com/dl/330246/8f2bed0/17.Again.CAM.XVID.STG.part1.rar.html
http://hotfile.com/dl/330260/8969fca/17.Again.CAM.XVID.STG.part2.rar.html
http://hotfile.com/dl/330268/d57af05/17.Again.CAM.XVID.STG.part3.rar.html
http://hotfile.com/dl/330269/f47e6d4/17.Again.CAM.XVID.STG.part4.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/437492/d6bcd28/17A.Rapid-Serbia.com.part1.rar.html
http://hotfile.com/dl/437502/344166b/17A.Rapid-Serbia.com.part2.rar.html
http://hotfile.com/dl/437507/78e96ca/17A.Rapid-Serbia.com.part3.rar.html
http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/429109/216817e/17A.09.coolhead.part1.rar.html

WARNER000029

http://hotfile.com/dl/429114/18d834e/17A.09.coolhead.part2.rar.html

http://hotfile.com/dl/429121/8834e7d/17A.09.coolhead.part3.rar.html

http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/385530/338cbd9/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/385544/81a30aa/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/385546/767023f/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/385550/843b87c/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/304650/5b60bbb/17aga1n.cam3ra.part1.rar.html

http://hotfile.com/dl/304655/e9bfc2d/17aga1n.cam3ra.part2.rar.html

http://hotfile.com/dl/304659/c4bf573/17aga1n.cam3ra.part3.rar.html

http://hotfile.com/dl/304662/11481dc/17aga1n.cam3ra.part4.rar.html

http://hotfile.com/dl/304663/2a1edff/cam-17-sample.avi.html

http://hotfile.com/dl/437492/d6bcd28/17A.Rapid-Serbia.com.part1.rar.html

http://hotfile.com/dl/437502/344166b/17A.Rapid-Serbia.com.part2.rar.html

http://hotfile.com/dl/437507/78e96ca/17A.Rapid-Serbia.com.part3.rar.html

http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-
CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-
CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-
CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-
CAMERA.part4.rar.html

http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html

http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html

http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html

http://hotfile.com/dl/374731/2ae050f/17.Again.2009.CaM.XviD-THS.avi.part1.rar.html

http://hotfile.com/dl/374767/a052598/17.Again.2009.CaM.XviD-THS.avi.part2.rar.html

http://hotfile.com/dl/374832/9685847/17.Again.2009.CaM.XviD-THS.avi.part3.rar.html

http://hotfile.com/dl/374860/3027cbe/17.Again.2009.CaM.XviD-THS.avi.part4.rar.html

http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html

http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html

http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html

http://hotfile.com/dl/300507/c7b8644/SeventeenAG_www.swnetwork.info.avi.001.html

http://hotfile.com/dl/300513/dc3aada/SeventeenAG_www.swnetwork.info.avi.002.html

http://hotfile.com/dl/300519/e1c495f/SeventeenAG_www.swnetwork.info.avi.003.html

http://hotfile.com/dl/300526/ce82db1/SeventeenAG_www.swnetwork.info.avi.004.html

http://hotfile.com/dl/300534/f37b424/SeventeenAG_www.swnetwork.info.avi.005.html

http://hotfile.com/dl/300540/676a04c/SeventeenAG_www.swnetwork.info.avi.006.html

http://hotfile.com/dl/300507/c7b8644/SeventeenAG_www.swnetwork.info.avi.001.html

http://hotfile.com/dl/300513/dc3aada/SeventeenAG_www.swnetwork.info.avi.002.html

http://hotfile.com/dl/300519/e1c495f/SeventeenAG_www.swnetwork.info.avi.003.html

http://hotfile.com/dl/300526/ce82db1/SeventeenAG_www.swnetwork.info.avi.004.html

http://hotfile.com/dl/300534/f37b424/SeventeenAG_www.swnetwork.info.avi.005.html

http://hotfile.com/dl/300540/676a04c/SeventeenAG_www.swnetwork.info.avi.006.html

WARNER000030

http://hotfile.com/dl/326640/41c94d9/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html
http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html
http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html
http://hotfile.com/dl/437492/d6bcd28/17A.Rapid-Serbia.com.part1.rar.html
http://hotfile.com/dl/437502/344166b/17A.Rapid-Serbia.com.part2.rar.html
http://hotfile.com/dl/437507/78e96ca/17A.Rapid-Serbia.com.part3.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/330078/aa2e4b2/GoLeech.org-17.Again.400.part1.rar.html
http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.rar.html
http://hotfile.com/dl/718585/3723175/Pape_17.part1.rar
http://hotfile.com/dl/718591/3664b0b/Pape_17.part2.rar
http://hotfile.com/dl/718601/009da99/Pape_17.part3.rar
http://hotfile.com/dl/718641/bed143c/Pape_17.part4.rar
http://hotfile.com/dl/694319/dfce36f/Pape.snova.17.2009.L1.CAMRip.part4.rar.html
http://hotfile.com/dl/694320/b47e7d6/Pape.snova.17.2009.L1.CAMRip.part6.rar.html
http://hotfile.com/dl/694321/35c7eed/Pape.snova.17.2009.L1.CAMRip.part5.rar.html
http://hotfile.com/dl/694322/a1f4faa/Pape.snova.17.2009.L1.CAMRip.part3.rar.html
http://hotfile.com/dl/694323/f5c20df/Pape.snova.17.2009.L1.CAMRip.part7.rar.html
http://hotfile.com/dl/694324/dbd9533/Pape.snova.17.2009.L1.CAMRip.part8.rar.html
http://hotfile.com/dl/694326/6a05610/Pape.snova.17.2009.L1.CAMRip.part2.rar.html
http://hotfile.com/dl/698280/5e27042/Pape.snova.17.2009.L1.CAMRip.part1.rar.html

WARNER000031

http://hotfile.com/dl/718585/3723175/Pape_17.part1.rar
http://hotfile.com/dl/718591/3664b0b/Pape_17.part2.rar
http://hotfile.com/dl/718601/009da99/Pape_17.part3.rar
http://hotfile.com/dl/718641/bed143c/Pape_17.part4.rar
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17Again.CAM.XVID-STGx.part1.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/333792/fd56c60/VA-17_Again-OST-2009-C4.rar.html
http://hotfile.com/dl/733238/145c18b/17_Again_300MB_Audio_Fixed.part1.rar.html
http://hotfile.com/dl/733345/edfc91a/17_Again_300MB_Audio_Fixed.part2.rar.html
http://hotfile.com/dl/733567/cbba860/17_Again_300MB_Audio_Fixed.part3.rar.html
http://hotfile.com/dl/733666/b81f255/17_Again_300MB_Audio_Fixed.part4.rar.html
http://hotfile.com/dl/332864/e35cde7/VA17AOST.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.ht�
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.ht�
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.ht�
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.ht�
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.ht�
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.ht�
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.ht�
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.ht�
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.ra�
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.ra�
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.ra�
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.ra�
http://hotfile.com/dl/330078/aa2e4b2/GoLeech.org-17.Again.400.part1.ra�
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/330078/aa2e4b2/GoLeech.org-17.Again.400.part1.rar.html

WARNER000032

http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.rar.html
http://hotfile.com/dl/295213/b417438/17.Again.2009.CaM.XviD-THS.avi.part4.rar.html
http://hotfile.com/dl/295215/a588448/17.Again.2009.CaM.XviD-THS.avi.part1.rar.html
http://hotfile.com/dl/295223/e3ad9a4/17.Again.2009.CaM.XviD-THS.avi.part2.rar.html
http://hotfile.com/dl/295227/37131b1/17.Again.2009.CaM.XviD-THS.avi.part3.rar.html
http://hotfile.com/dl/295238/b6d1a86/17.Again.2009.CaM.XviD-THS_sample.avi.html
http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html
http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html
http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html
http://hotfile.com/dl/437492/d6bcd28/17A.Rapid-Serbia.com.part1.rar.html
http://hotfile.com/dl/437502/344166b/17A.Rapid-Serbia.com.part2.rar.html
http://hotfile.com/dl/437507/78e96ca/17A.Rapid-Serbia.com.part3.rar.html
http://hotfile.com/dl/718585/3723175/Pape_17.part1.rar
http://hotfile.com/dl/718591/3664b0b/Pape_17.part2.rar
http://hotfile.com/dl/718601/009da99/Pape_17.part3.rar
http://hotfile.com/dl/718641/bed143c/Pape_17.part4.rar
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/385530/338cbd9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/385544/81a30aa/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/385546/767023f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/385550/843b87c/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/385530/338cbd9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/385544/81a30aa/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/385546/767023f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/385550/843b87c/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/304606/7597417/cam-17-sample.avi.html
http://hotfile.com/dl/296547/103154d/17again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17again-THS.part4.rar.html
http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html

WARNER000033

http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html

http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html

http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html

http://hotfile.com/dl/319699/e5c60ba/17A.CAM.XViD-CAMERAx.part2.rar.html

http://hotfile.com/dl/320007/967bb60/17A.CAM.XViD-CAMERAx.part1.rar.html

http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/331061/afa7720/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/331092/3e6aa97/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/331115/c403d1e/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/331128/4038457/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html

http://hotfile.com/dl/331998/f608176/17Again.CAM.XVID-STGx.part1.rar.html

http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/295252/16b8892/17.Again.2009.CaM.XviD-THS.part4.rar.html

http://hotfile.com/dl/295289/be8bd7c/17.Again.2009.CaM.XviD-THS.part3.rar.html

http://hotfile.com/dl/295331/0e90328/17.Again.2009.CaM.XviD-THS.part2.rar.html

http://hotfile.com/dl/295356/d830c95/17.Again.2009.CaM.XviD-THS.part1.rar.html

http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html

http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html

http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html

http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html

http://hotfile.com/dl/429009/acc5ed8/17A300.part2.rar.html

http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html

http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html

http://hotfile.com/dl/437492/d6bcd28/17A.Rapid-Serbia.com.part1.rar.html

http://hotfile.com/dl/437502/344166b/17A.Rapid-Serbia.com.part2.rar.html

http://hotfile.com/dl/437507/78e96ca/17A.Rapid-Serbia.com.part3.rar.html

http://hotfile.com/dl/429012/42bef50/17A300.part3.rar.html

http://hotfile.com/dl/429015/9dd5d83/17A300.part1.rar.html

http://hotfile.com/dl/437492/d6bcd28/17A.Rapid-Serbia.com.part1.rar.html

http://hotfile.com/dl/437502/344166b/17A.Rapid-Serbia.com.part2.rar.html

http://hotfile.com/dl/437507/78e96ca/17A.Rapid-Serbia.com.part3.rar.html

http://hotfile.com/dl/319699/e5c60ba/17A.CAM.XViD-CAMERAx.part2.rar.html

http://hotfile.com/dl/320007/967bb60/17A.CAM.XViD-CAMERAx.part1.rar.html

http://hotfile.com/dl/307321/926b9e6/17.Again.CAM.XViD-CAMERA.part1.rar

http://hotfile.com/dl/307404/e5f76a0/17.Again.CAM.XViD-CAMERA.part2.rar

http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html

http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html

http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html

http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/331873/f782e12/17Again.CAM.XVID-STGx.part2.rar.html

http://hotfile.com/dl/331998/f608176/17Again.CAM.XVID-STGx.part1.rar.html

WARNER000034

http://hotfile.com/dl/437492/d6bcd28/17.A.Rapid-Serbia.com.part1.rar.html
http://hotfile.com/dl/437502/344166b/17.A.Rapid-Serbia.com.part2.rar.html
http://hotfile.com/dl/437507/78e96ca/17.A.Rapid-Serbia.com.part3.rar.html
http://hotfile.com/dl/780126/cc18cab/osgabugbjkbaiiufaufaih.part1.rar.html
http://hotfile.com/dl/780140/bb0866a/osgabugbjkbaiiufaufaih.part2.rar.html
http://hotfile.com/dl/780151/34ad7aa/osgabugbjkbaiiufaufaih.part3.rar.html
http://hotfile.com/dl/780153/7f4ce07/osgabugbjkbaiiufaufaih.part4.rar.html
http://hotfile.com/dl/295213/b417438/17.Again.2009.CaM.XviD-THS.avi.part4.rar.html
http://hotfile.com/dl/295215/a588448/17.Again.2009.CaM.XviD-THS.avi.part1.rar.html
http://hotfile.com/dl/295223/e3ad9a4/17.Again.2009.CaM.XviD-THS.avi.part2.rar.html
http://hotfile.com/dl/295227/37131b1/17.Again.2009.CaM.XviD-THS.avi.part3.rar.html

WARNER000035