# EXHIBIT 3

**From:** hotfile.com@gmail.com on behalf of Hotfile Support
**To:** Bentkover, Michael
**Sent:** 9/21/2009 8:37:39 AM
**Subject:** Re: Warner Bros. Entertainment Inc. Premium access for Hotfile

Hello!
No problem at all.
Here are premium accounts:



Regards,
Andrew
www.hotfile.com

On Mon, Sep 21, 2009 at 6:26 PM, Bentkover, Michael <Michael.Bentkover@warnerbros.com> wrote:

Dear Hotfile,

We appreciate the hotfile takedown removal tool and the tool has been working well as instructed.

Would it also be possible for you to provide me with five premium accounts in order for us to verify files more quickly? I would like these accounts for our anti-piracy managers in the USA, UK, Germany, APAC, and Latin America offices.

Kind regards,

Michael Bentkover

Manager, Anti-Piracy Internet Operations, Forensics

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Bridge Building 156 South, # 5333

Burbank, California 91522

Phone: (818) 954-3639

Fax: (818) 954-7898

michael.bentkover@warnerbros.com

---

**From:** Bentkover, Michael
**Sent:** Thursday, September 03, 2009 8:59 AM
**To:** 'Hotfile Support'
**Subject:** RE: Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM


Hello again,

I just wanted to thank you again for the removal tool and increasing our limit to 1000 per day for Warner Bros. removals. Warner Bros. has several large (tentpole) titles releasing soon (The Informant, Where the Wild Things Are, Ninja Assassin, Invictus, and Sherlock Holmes). I'm worried that when these releases happen we will have up to 2,000 removals per day – which is quiet usual for us around the release of our titles.

Can you increase our limit to 2,000 just to be on the safe side which will ensure we don't have to email you for your prompt action?


Kind regards,

Michael

---

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Support
**Sent:** Wednesday, September 02, 2009 12:09 PM
**To:** Bentkover, Michael
**Subject:** Re: Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM


Hello!
It's 24:00 CDT (server time)

On Wed, Sep 2, 2009 at 6:34 PM, Bentkover, Michael <Michael.Bentkover@warnerbros.com> wrote:

Thank you for increasing our limit to 1000 per day.


Can you advise what time the file quota is reset so I can plan deletions accordingly??

WARNER025901

Thanks,

Michael



Michael Bentkover

Manager, Anti-Piracy Internet Operations, Forensics

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Bridge Building 156 South, # 5333

Burbank, California 91522

Phone: (818) 954-3639

Fax:    (818) 954-7898

michael.bentkover@warnerbros.com

---

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** Hotfile Support
**Sent:** Tuesday, September 01, 2009 4:06 AM
**To:** Bentkover, Michael
**Subject:** Re: Automated Takedown tool - Unauthorized Use of Warner Bros.` Property - HOTFILE.COM

Hello!
Yes, limit will be increased.
Just forwarded this task to our tech department.


--
http://www.hotfile.com

WARNER025902