# EXHIBIT 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-JORDAN

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants.*

## NOTICE OF DEPOSITION OF WARNER BROS. ENTERTAINMENT INC. PURSUANT TO F.R.C.P. 30(B)(6)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, Defendant Hotfile Corporation ("Hotfile"), by and through its attorneys, will take the

deposition upon oral examination of Plaintiff Warner Bros. Entertainment Inc. ("Warner") at

10:00 a.m. on April 22, 2011, or such date and time as is mutually agreed by the parties, at the

offices of Sarnoff Court Reporters located at 707 Wilshire Boulevard, Suite 4750, Los Angeles,

California 90017.

Pursuant to Fed. R. Civ. P. 30(b)(6), Warner is required to produce one or more

officer(s), director(s), managing agent(s), or other persons who are designated and consent to

testify on its behalf as to each of the subject matters set forth in Schedule A, attached hereto.

Pursuant to said Rule, Warner is required to prepare said designee(s) to testify as to matters

known by, or reasonably available to, defendant falling within each of the stated subject matters. The deposition will proceed in accordance with the Federal Rules of Civil Procedure and will continue from day to day (Saturdays, Sundays and legal holidays excluded) until completed unless otherwise agreed.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Fed. R. Civ. P. 30(b)(2), the deposition will be recorded stenographically. The deposition may also be recorded by videotape. Real time transcription may also be used.

DATED:  April 5, 2011                            FARELLA BRAUN & MARTEL LLP

By: _____
       Roderick M. Thompson

       Attorneys for Defendant
       Hotfile Corporation

## SCHEDULE A

## DEPOSITION TOPICS

1.      Warner Bros. Entertainment Inc.'s ("Warner's") hotfile.com Special Rightsholder Account (the "Account"), including

      a.      Warner or its agents' use of the Account,

      b.      Every IP address and individual who has used the Account or is involved in deciding when and how to use the Account,

      c.      Warner's procedures used for exercising its ability to delete files using the Account,

      d.      Michael Bentkover's responsibilities at Warner and his role in establishing and using the Account,

      e.      all persons who have used or are authorized to use the Michael.Bentkover@warnerbros.com email address for purposes of using the Account during the last three years,

      f.      Warner's role in the deletion of links on hotfile.com, for each of the files specified in Attachment A, including whether the deletion was authorized by Warner, Michael Bentkover or any person or entity associated with one or more of the Plaintiffs.

2.      DMCA takedown notices relating to hotfile.com sent by Warner or its agents, including dect.net and Peer Tech Media,

3.      Warner's bases for all the notices and requests referenced in (1) and (2) above.

4.      The process that Warner or its agents use to investigate and identify infringing works on the Hotfile website and the challenges they face in doing so.

5.      Technologies that Warner uses for identifying, removing, blocking or filtering access to copyright infringing works on the Internet or to generate take down requests as noted in (1) and (2).

6.      The challenges and difficulties that Warner faces in discerning between infringement and fair or authorized use of its copyrighted works on the Internet.

7.      Hotfile's response to the take down requests referenced in (1) and (2) above.

8.      Warner's contentions as to the applicability of the DMCA safe harbor under 17 U.S.C. § 512(c) to Hotfile.com, including:

   a.      Any facts indicating knowledge of material or an activity using the material on hotfile.com is or was infringing;

   b.      Any facts indicating that Hotfile has failed to expeditiously take down or disable access to specific infringing content of which it had actual knowledge of infringement;

   c.      Any facts indicating that in the absence of such actual knowledge, Hotfile was aware of facts or circumstances from which infringing activity was apparent, yet Hotfile failed to expeditiously takedown such material;

   d.      Any facts indicating that Hotfile receives a financial benefit directly attributable to infringing activity;

   e.      Any facts indicating that Hotfile has the right and ability to control such infringing activity

9.      Warner's or its affiliate's voluntary placement of works on the Internet for promotion, distribution or sale, including without limitation uploads to hotfile.com.

10.     All use of the Account to delete files from hotfile.com in February 2011 (including without limitation the thousands of files that were deleted on February 7, 2011, the day before the complaint was filed, examples are listed in Attachment A.)

11.     The authorization(s) Warner received from the owners of the works listed in Attachment A, or from any other individual or entity, to delete the files by use of its Account.

12.     All deletions using the account made by Didier Wang and Bret Boivin

13.     When, how and why the Account or DNCA take down notices were used or not used with respect to any of the works set forth in Attachment B (an expert of the list attached to the complaint).

14.     All communications between Warner and any other entity including, but not limited to the other Plaintiffs, MPAA, dect.net or Peer Tech Media, about the Account or Hotfile.

15.     All communications between Warner and Hotfile about the Account, including without limitations, requests by Warner to increase the limit on daily deletions of files and the effectiveness of Account.

Attachment A

| file | dt | deleted by |
|------|-----|------------|
| MESIMOAD.part1.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| MESIMOAD.part2.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| MESIMOAD.sfv | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| ARomper_caras.part1.rar | 2011-02-08 04:39:28 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| ARomper_caras.part2.rar | 2011-02-08 04:39:28 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| CarritosMegaChulitos.UnLink.zip | 2011-02-08 04:39:28 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Babel.zip | 2011-02-08 04:39:28 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| PajaritosEncbaritados.zip | 2011-02-08 04:39:28 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| NoSeNiQueEs.zip | 2011-02-08 04:39:28 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| SFICGuia.zip | 2011-02-08 04:39:28 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| GUIDE_THSIIII.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| GUIDE_SIIIILANI.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The_Sims_3_v1.18.9-FLTDOX.rar | 2011-02-07 10:31:00 | Warner Bros |

| | | (Michael.Bentkover@warnerbros.com) |
|---|---|---|
| The.Sims.3-RELOADED.part01.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part02.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part03.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part04.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part05.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part06.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part07.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part08.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part09.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| VA-Push_My_Button_Vol_1.part1.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| VA-Push_My_Button_Vol_1.part2.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| VA-Push_My_Button_Vol_1.part3.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| ork.Carski_Izvor_-_Cok_Yalnizim.DVDRip.XviD.Forum | 2011-02-07 06:41:37 | Warner Bros (Michael.Bentkover@warnerb |

| | | |
|---|---|---|
| BG.Org.avi | | ros.com) |
| Tose_Proeski-The_Best_Of_2-HR-2011-IMT.rar | 2011-02-07 05:48:56 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| tp-thebestof2.rar | 2011-02-07 05:48:56 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part01.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part02.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part04.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part05.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part03.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part06.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part08.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part09.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part13.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part14.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part18.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |

| Sims_3_PC_Full_DVD9_Pipilon.part16.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
|---|---|---|
| Sims_3_PC_Full_DVD9_Pipilon.part20.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part15.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part10.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part19.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part07.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part21.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part22.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part27.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part23.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part25.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part28.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part32.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part42 | 2011-02-07 10:31:01 | Warner Bros |

| | | |
|---|---|---|
| .rar | | (Michael.Bentkover@warnerb ros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part33 .rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part46 .rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part45 .rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part43 .rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part51 .rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part47 .rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part54 .rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part49 .rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part53 .rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part56 .rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part57 .rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part52 .rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part62 .rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb |

| | | ros.com) |
|---|---|---|
| Sims_3_PC_Full_DVD9_Pipilon.part48.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part55.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part61.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sims_3_PC_Full_DVD9_Pipilon.part60.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| PES2011_Demo.part1.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| PES2011_Demo.part4.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| PES2011_Demo.part3.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| PES2011_Demo.part5.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part11.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part14.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part12.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part13.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part15.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |

| | | |
|---|---|---|
| Sim_3_multi_Full_Crack.part16.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part01.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part02.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part03.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part04.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part05.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part06.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa11_pc_demo_EU.part2.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa11_pc_demo_EU.part3.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa11_pc_demo_EU.part4.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa11_pc_demo_EU.part1.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part07.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part08.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Sim_3_multi_Full_Crack.part09.rar | 2011-02-07 10:31:01 | Warner Bros |

| | | (Michael.Bentkover@warnerb ros.com) |
|---|---|---|
| Sim_3_multi_Full_Crack.part10.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| FIFA.2011.DEMO.scenetube.net.part6.r ar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| FIFA.2011.DEMO.scenetube.net.part3.r ar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| FIFA.2011.DEMO.scenetube.net.part1.r ar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| FIFA.2011.DEMO.scenetube.net.part4.r ar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| FIFA.2011.DEMO.scenetube.net.part2.r ar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| BLES01022.r12 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| BLES01022.r09 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| BLES01022.r08 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| BLES01022.r07 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| BLES01022.r06 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| BLES01022.r05 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| BLES01022.r04 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb |

| | | |
|---|---|---|
| | | ros.com) |
| BLES01022.r03 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r02 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r01 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r00 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r19 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r18 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r11 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r10 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r21 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r20 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r17 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r16 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |

| | | |
|---|---|---|
| BLES01022.r15 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| BLES01022.r14 | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Keygen_Fifa2011_SponneR.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_Demo_SponneR.part1.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_Demo_SponneR.part2.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_Demo_SponneR.part5.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_Demo_SponneR.part3.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_Demo_SponneR.part4.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part01.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part02.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part03.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part04.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part05.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part06.rar | 2011-02-07 10:31:01 | Warner Bros |

| | | |
|---|---|---|
| | | (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part07.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part08.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part09.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part10.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part11.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part12.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part13.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part14.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part15.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part17.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA2011_SponneR.iso.part16.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA11RELO.part10.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fi11.part01.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb |

| | | ros.com) |
|---|---|---|
| fi11.part09.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fi11.part02.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fi11.part10.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fi11.part03.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| rld-fi11.part01.rar | 2011-02-01 10:15:18 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fi11.part11.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fi11.part04.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fi11.part12.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| rld-fi11.part02.rar | 2011-02-01 10:15:18 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fi11.part05.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fi11.part13.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fi11.part06.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part06.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |

| | | |
|---|---|---|
| FIFA.11-RELOADED-400.part07.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part08.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part09.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part10.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part11.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part12.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part13.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part14.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part15.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part16.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FIFA.11-RELOADED-400.part17.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| F_1_P_S_P_EU_Pipilon.part3.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| F_1_P_S_P_EU_Pipilon.part4.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| F_1_P_S_P_EU_Pipilon.part1.rar | 2011-02-07 10:31:01 | Warner Bros |

| | | (Michael.Bentkover@warnerbros.com) |
|---|---|---|
| F_1_P_S_P_EU_Pipilon.part2.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| f11.Latino.PSP.Gasolutionkorneldavid.part06.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part02.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part05.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part06.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part07.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part09.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part11.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.corn) |
| FF11footballBYspedy93.part15.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part16.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part18.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part20.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part26.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb |

| | | ros.com) |
|---|---|---|
| FF11footballBYspedy93.part27.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part29.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part31.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part01.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part08.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part10.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part14.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part04.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part03.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part13.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part19.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part17.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part12.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |

| | | |
|---|---|---|
| FF11footballBYspedy93.part22.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part24.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part25.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part23.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part21.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part28.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part32.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| FF11footballBYspedy93.part30.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| 11F_www.alee12.com.part03.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| 11F_www.alee12.com.part07.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| 11F_www.alee12.com.part08.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| 11F_www.alee12.com.part11.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| 11F_www.alee12.com.part12.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| 11F_www.alee12.com.part14.rar | 2011-02-07 10:31:01 | Warner Bros |

| | | |
|---|---|---|
| | | Warner Bros (Michael.Bentkover@warnerbros.com) |
| 11F_www.alee12.com.part15.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| 11F_www.alee12.com.part16.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| 11F_www.alee12.com.part23.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| 11F_www.alee12.com.part24.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| Crack_Keygen_f11l.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part03.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part05.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part04.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part38.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part02.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part13.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part01.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part59.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb |

| | | ros.com) |
|---|---|---|
| fifa2011_www.elconclave.cl.part58.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part36.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part17.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part09.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part31.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part62.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part57.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part53.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part43.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part39.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part14.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part46.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part48.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |

| | | |
|---|---|---|
| fifa2011_www.elconclave.cl.part16.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part49.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part51.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part37.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part41.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part60.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part33.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part07.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part50.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part23.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part29.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part30.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part12.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part19.rar | 2011-02-07 10:31:01 | Warner Bros |

| | | (Michael.Bentkover@warnerb ros.com) |
|---|---|---|
| fifa2011_www.elconclave.cl.part27.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| fifa2011_www.elconclave.cl.part22.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| fifa2011_www.elconclave.cl.part61.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| fifa2011_www.elconclave.cl.part45.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| fifa2011_www.elconclave.cl.part42.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| fifa2011_www.elconclave.cl.part34.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| fifa2011_www.elconclave.cl.part10.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| fifa2011_www.elconclave.cl.part18.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| fifa2011_www.elconclave.cl.part55.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| fifa2011_www.elconclave.cl.part40.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| fifa2011_www.elconclave.cl.part15.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| fifa2011_www.elconclave.cl.part56.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb ros.com) |
| fifa2011_www.elconclave.cl.part54.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerb |

| | | ros.com) |
|---|---|---|
| fifa2011_www.elconclave.cl.part20.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part52.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part08.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part11.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part32.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part28.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| fifa2011_www.elconclave.cl.part21.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part01.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part02.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part03.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part04.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part05.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part06.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |

| | | |
|---|---|---|
| The.Sims.3.XBOX360-GLoBAL.part07.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part08.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part09.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part10.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part11.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part12.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part13.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part14.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part15.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part16.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part17.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3.XBOX360-GLoBAL.part19.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The_Si_ms_3_Po_Zmroku_CRA_CK_ _KEY_GEN_REL_OAD_ED.rar | 2011-02-07 10:31:01 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| THE_SIMS_3_- | 2011-02-07 10:31:01 | Warner Bros |

| | | |
|---|---|---|
| _Poznaj_nowych_bohaterow.rar | | (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part10.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part11.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part12.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part13.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part14.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The.Sims.3-RELOADED.part15.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The_Sims_3-Razor1911.part01.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The_Sims_3-Razor1911.part02.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The_Sims_3-Razor1911.part03.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The_Sims_3-Razor1911.part04.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The_Sims_3-Razor1911.part05.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The_Sims_3-Razor1911.part06.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| The_Sims_3-Razor1911.part07.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerb |

| | | ros.com) |
|---|---|---|
| The_Sims_3-Razor1911.part08.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| zzzSims3.LN.part1.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| zzzSims3.LN.part6.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| zzzSims3.LN.part2.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| zzzSims3.LN.part3.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| zzzSims3.LN.part5.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| zzzSims3.LN.part4.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |
| zzzSims3.LN.part7.rar | 2011-02-07 10:31:00 | Warner Bros (Michael.Bentkover@warnerbros.com) |

Attachment B

Chuck - Season 1, Episode 13, Chuck
Versus the Marlin
Warner Bros. Entertainment
Inc. PA0001653787 3/26/2009

Deep Blue Sea Warner Bros. Entertainment
Inc. PA0001014909 1/11/2001

Due Date Warner Bros. Entertainment
Inc. PRE000003986 11/2/2010

Friends - Season 2, Episode 6, The One
With The Baby On The Bus
Warner Bros. Entertainment
Inc. PA0000775419 4/19/1996

Friends - Season 4, Episode 7, The One
Where Chandler Crosses The Line
Warner Bros. Entertainment
Inc. PA0000854174 12/1/1997

Gran Torino Warner Bros. Entertainment
Inc. PA0001620936 3/12/2009

Harry Potter And The Deathly Hallows,
Part 1
Warner Bros. Entertainment
Inc. PRE000004015 11/11/2010
Inception Warner Bros. Entertainment
Inc. PA0001715030 1/21/2011

Jamie Foxx Show - Season 4, Episode
23, Road Trip, Part 1
Warner Bros. Entertainment
Inc. PA0001036505 2/9/2001

Jamie Foxx Show - Season 4, Episode
24, Road Trip, Part 2
Warner Bros. Entertainment
Inc. PA0001036506 2/9/2001

Last Samurai, The Warner Bros. Entertainment

Inc. PA0001195970 1/16/2004
Legend Of The Guardians: The Owls of
Ga'Hoole
Warner Bros. Entertainment
Inc. PA0001709858 12/3/2010

Lethal Weapon 3 Warner Bros. Entertainment
Inc. PA0000568254 5/26/1992
Life As We Know It Warner Bros. Entertainment
Inc. PA0001709859 12/3/2010

Little Shop Of Horrors (1986) Warner Bros. Entertainment
Inc. PA0000353065 7/28/1987

Lois and Clark: The New Adventures of
Superman - Season 2, Episode 22, And
The Answer Is...
Warner Bros. Entertainment
Inc. PA0000775236 4/4/1996

Lois and Clark: The New Adventures of
Superman - Season 4, Episode 22, The
Family Hour
Warner Bros. Entertainment
Inc. PA0000854435 2/2/1998

Mars Attacks! Warner Bros. Entertainment
Inc. PA0000834109 1/21/1997

Maverick (1994) Warner Bros. Entertainment
Inc. PA0000713300 7/11/1994

O.C., The - Season 1, Episode 1, Pilot Warner Bros. Entertainment
Inc. PA0001231664 8/16/2004

Ocean's Eleven Warner Bros. Entertainment
Inc. PA0001067333 1/15/2002

Perfect Strangers - Season 2, Episode 21,
Get A Job
Warner Bros. Entertainment
Inc. PA0000320293 3/27/1987

Perfect Strangers - Season 2, Episode 22,
Hello, Elaine
Warner Bros. Entertainment

Inc. PA0000330155 4/8/1987
Polar Express, The Warner Bros. Entertainment
Inc. PA0001250537 1/11/2005

Police Academy VI-City Under Siege Warner Bros. Entertainment
Inc. PA0000416543 4/13/1989

Smallville - Season 6, Episode 22,
Phantom
Warner Bros. Entertainment
Inc. PA0001634174 7/2/2008

Terminator: The Sarah Connor
Chronicles - Season 1, Episode 8, Vick's
Chip
Warner Bros. Entertainment
Inc. PA0001653359 2/13/2009

Terminator: The Sarah Connor
Chronicles - Season 1, Episode 9, What
He Beheld
Warner Bros. Entertainment
Inc. PA0001653361 2/13/2009

Third Watch - Season 2, Episode 22,
...And Zeus Wept
Warner Bros. Entertainment
Inc. PA0001063908 11/8/2001
Third Watch - Season 2, Episode 5,
Kim's Hope Chest
Warner Bros. Entertainment
Inc. PA0001063892 11/8/2001

Town, The Warner Bros. Entertainment
Inc. PRE000003830 9/14/2010
Two and a Half Men - Season 1, Episode
23, Can You Feel My Finger?
Warner Bros. Entertainment
Inc. PA0001612151 5/16/2008

Two Weeks Notice Warner Bros. Entertainment
Inc. PA0001129484 2/6/2003
Under The Sea 3D Warner Bros. Entertainment
Inc. PA0001627628 5/15/2009

Wild Wild West Warner Bros. Entertainment Inc. PA0000956286 7/12/1999

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

I HEREBY CERTIFY that on April 5, 2011, I electronically served the following documents on all counsel of record on the attached Service List via their email address(es) as set forth on the Court's CM/ECF filing system, or in some other authorized manner for those counsel or parties who are not set forth on the Court's CM/ECF filing system. The documents served on this date are:

**NOTICE OF DEPOSITION OF WARNER BROS. RECORDS INC. PURSUANT TO F.R.C.P. 30(B)(6)**

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 5, 2011, at San Francisco, California.

_Angelica V. Dugan_
Angelica V. Dugan

## SERVICE LIST: CASE NO. 11-CIV-20427-JORDAN

Karen R. Thorland, Esq.
Motion Picture Association of America, Inc.
15301 Ventura Blvd., Building E
Sherman Oaks, CA 91403
Telephone:     (818) 935-5812
Fax:              (818) 285-4407
Email: Karen_Thorland@mpaa.org

*Attorneys for Plaintiffs*
*Party Name:   Disney Enterprises, Inc.,*
*Twentieth Century Fox Film Corporation,*
*Universal City Studios Productions LLP,*
*Columbia Pictures Industries, Inc., Warner*
*Bros. Entertainment Inc.*

Karen Linda Stetson, Esq.
Gray-Robinson P.A.
1221 Brickell Avenue, Suite 1650
Miami, FL 33131
Telephone:     (305) 416-6880
Fax:              (305) 416-6887
Email: kstetson@gray-robinson.com

*Attorneys for Plaintiffs*
*Party Name:   Disney Enterprises, Inc.,*
*Twentieth Century Fox Film Corporation,*
*Universal City Studios Productions LLP,*
*Columbia Pictures Industries, Inc., Warner*
*Bros. Entertainment Inc.*

Janet T. Munn, Esq.
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
Telephone:     (305) 476-7101
Fax:              (305) 476-7102
Email: jmunn@rascoklock.com

*Local Attorney for:     Defendants*
*Party Name:   Hotfile Corp. and Anton Titov*

Duane C. Pozza, Esq.
Luke C. Platzer, Esq.
Steven B. Fabrizio, Esq.
Jenner & Block
1099 New York Avenue, N.W.,  Ste. 900
Washington, DC 20001-4412
Telephone:     (202) 639-6094
Fax:              (202) 639-6068
Email: dpozza@jenner.com;
lplatzer@jenner.com; sfabrizio@jenner.com

*Attorneys for Plaintiffs*
*Party Name:   Disney Enterprises, Inc.,*
*Twentieth Century Fox Film Corporation,*
*Universal City Studios Productions LLP,*
*Columbia Pictures Industries, Inc., Warner*
*Bros. Entertainment Inc.*