# EXHIBIT 17

# REDACTED