# EXHIBIT 24

| | |
|---|---|
| **From:** | herve.lemaire@leakid.com |
| **Sent:** | Wednesday, February 09, 2011 4:48 AM |
| **To:** | abuse@hotfile.com |
| **Subject:** | [2011-02-09] Copyright infringement for Metropolitan |
| **Attachments:** | links_1.csv |

Hello, My Name is Hervé Lemaire , CEO of LeakID,

I am legal representative of lemaire which does business under the name Metropolitan,
Authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

You are hereby given notice valid under the DMCA copyright infringement notification requirements, 17
U.S.C.512.
I am the designated agent  of the owner of the copyrights of the images and audio/visual works listed  below.
I believe that the images and audio/visual works listed at the times cited below are being copied and distributed
in a manner that has been not authorized by the owner of the copyrights, its agent or the law.
All link below containing pirated versions of lemaire copyrighted works. The information in the notice is
accurate, under penalty of perjury.

Please remove all linksAs soon as possible, we will check them everyday.
Thanks to inform us about your actions .
We appreciate your efforts toward this common goal.

Very truly yours,

Hervé Lemaire
Leakid
15 bis rue de chateaudun
92250 La garenne colombes
France

0033698211000

Contact lemaire

## Kick ass

- http://hotfile.com/dl/102833703/8f0d610/Kick.Ass.2010.480p.BDRip.x264.Riddl3rA.part1.rar.html
  (http://www.futuredl.com/104574-kick-add-2010-480p-bdrip-x264-riddlera.html)
- http://hotfile.com/dl/102833662/bb597af/Kick.Ass.2010.480p.BDRip.x264.Riddl3rA.part2.rar.html
  (http://www.futuredl.com/104574-kick-add-2010-480p-bdrip-x264-riddlera.html)
- http://hotfile.com/dl/102833704/4407341/Kick.Ass.2010.480p.BDRip.x264.Riddl3rA.part3.rar.html
  (http://www.futuredl.com/104574-kick-add-2010-480p-bdrip-x264-riddlera.html)
- http://hotfile.com/dl/102833696/b63b997/Kick.Ass.2010.480p.BDRip.x264.Riddl3rA.part4.rar.html
  (http://www.futuredl.com/104574-kick-add-2010-480p-bdrip-x264-riddlera.html)
- http://hotfile.com/dl/56224284/8d777fd/ASD.The.Bannen.Way.2010.DVDRip.X264.DooSH.part1.rar.ht
  ml (http://www.ceeok.com/Kick-Ass-DVDRip-Ifile-it-LINKS/page-9.html)
- http://hotfile.com/dl/56839896/224b7a7/Boston.Girls.2010.DVDRip.Fonekat.Net.part2.rar.html
  (http://www.ceeok.com/Kick-Ass-DVDRip-Ifile-it-LINKS/page-9.html)

CONFIDENTIAL                                                                      HF00151039

- http://hotfile.com/dl/56415280/001b1f0/ASD.Shanghai.2010.DVDRip.X264.DooSH.part2.rar.html (http://www.ceeok.com/Kick-Ass-DVDRip-Ifile-it-LINKS/page-9.html)
- http://hotfile.com/dl/102990424/8ba41de/Khick-4ss-tt1250777.part1.rar.html (http://forumindir.net/2010-vizyon-filmleri-yabanci/45828-kick-ass-2010-r5-ps3-uyumlu-hf-tr-altyazi.html)
- http://hotfile.com/dl/103002226/fc0a5c0/Khick-4ss-tt1250777.part2.rar.html (http://forumindir.net/2010-vizyon-filmleri-yabanci/45828-kick-ass-2010-r5-ps3-uyumlu-hf-tr-altyazi.html)
- http://hotfile.com/dl/103014115/ce6e5a7/Khick-4ss-tt1250777.part3.rar.html (http://forumindir.net/2010-vizyon-filmleri-yabanci/45828-kick-ass-2010-r5-ps3-uyumlu-hf-tr-altyazi.html)

## resident evil afterlife

- http://hotfile.com/dl/102730477/1df2c5b/Resident_Evil_4.rar.html (http://www.lideroyuncu.com/en-populer-oyunlar-torrent-arsivi-full-hiz-bol-t-33750.html)
- http://hotfile.com/dl/89493497/3a35a82/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part01.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493500/b5468fc/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part02.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493498/862b6c8/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part03.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493525/a74debc/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part04.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493506/8ecac4d/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part05.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493520/5450e90/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part06.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493495/a5bb8db/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part07.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493509/38cc2da/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part08.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493501/ab9c84e/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part09.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493515/dec077e/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part10.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493508/01305dd/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part11.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493496/b22f466/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part12.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)

CONFIDENTIAL

HF00151040

- http://hotfile.com/dl/89493521/e0ae0cf/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part13.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493512/277a691/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part14.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493514/78b1629/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part15.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493519/ffc8cd0/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part16.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493524/3ae2a6f/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part17.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/89493511/2c95cdb/twiz-resafterlife-ntscrepack_downloadbox_www.INDEXFILE.net.part18.rar.html (http://downloadbox.org/movies/resident-evil-afterlife-2010-repack-dvdr-twizted_86570.html)
- http://hotfile.com/dl/92126621/49e2630/rev.part1.rar.html (http://wiaderko.net/fr/download-filmy/186087-orginalny-lektor-bdrip-resident-evil-afterlife-2010-a.html)
- http://hotfile.com/dl/92126617/7db0769/rev.part2.rar.html (http://wiaderko.net/fr/download-filmy/186087-orginalny-lektor-bdrip-resident-evil-afterlife-2010-a.html)
- http://hotfile.com/dl/102784741/7aa8fe8/Resident_Evil_Afterlife2010DvDripEng-FXG.part1.rar.html (http://www.uniquewarez.com/300_mb_600_mb_movies_collection/1243023-resident_evil_afterlife_2010_dvdrip.html)
- http://hotfile.com/dl/102783956/7f5724c/Resident_Evil_Afterlife2010DvDripEng-FXG.part4.rar.html (http://www.uniquewarez.com/300_mb_600_mb_movies_collection/1243023-resident_evil_afterlife_2010_dvdrip.html)
- http://hotfile.com/dl/102787399/de04d05/Resident_Evil_Afterlife2010DvDripEng-FXG.part3.rar.html (http://www.uniquewarez.com/300_mb_600_mb_movies_collection/1243023-resident_evil_afterlife_2010_dvdrip.html)
- http://hotfile.com/dl/102786227/9c6bc87/Resident_Evil_Afterlife2010DvDripEng-FXG.part2.rar.html (http://www.uniquewarez.com/300_mb_600_mb_movies_collection/1243023-resident_evil_afterlife_2010_dvdrip.html)

## La nuit nous appartient

- http://hotfile.com/dl/76728913/1c87e52/ImTOO_MP3_Encoder_6.1.2.0827.rar.html (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/87727457/a408134/Christmas_background_with_snowflakes.rar.html (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/87968397/4ffdd46/christmas_background_with.rar.html (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/90035564/e96427c/Beautiful_snow-capped.rar.html (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/90956137/0461467/romantic_floral_card_with_vintage_flowers.rar.html (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/91378375/83180e1/beautiful_girl_in_the_suit_of_snow.rar.html (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/86470818/c9f787f/wedding_couple.rar.html (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)

HF00151041

- http://hotfile.com/dl/86419795/4a069b2/Christmas_cakes_collection.rar.html
  (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)

## Sanctum

- http://hotfile.com/dl/98709148/4ec4ebf/Sanctum252020102520DVDRip.XviD.Eng.part09.rar.html
  (http://forum.xipem.com/sanctum-2010-dvdrip-xvid-eng-353989.html)
- http://hotfile.com/dl/98708873/506b7dc/Sanctum252020102520DVDRip.XviD.Eng.part04.rar.html
  (http://forum.xipem.com/sanctum-2010-dvdrip-xvid-eng-353989.html)
- http://hotfile.com/dl/98708991/bfad71c/Sanctum252020102520DVDRip.XviD.Eng.part05.rar.html
  (http://forum.xipem.com/sanctum-2010-dvdrip-xvid-eng-353989.html)
- http://hotfile.com/dl/98709803/6b9a2dc/Sanctum252020102520DVDRip.XviD.Eng.part06.rar.html
  (http://forum.xipem.com/sanctum-2010-dvdrip-xvid-eng-353989.html)
- http://hotfile.com/dl/98709063/9873c5e/Sanctum252020102520DVDRip.XviD.Eng.part07.rar.html
  (http://forum.xipem.com/sanctum-2010-dvdrip-xvid-eng-353989.html)
- http://hotfile.com/dl/98708875/3285f7e/Sanctum252020102520DVDRip.XviD.Eng.part03.rar.html
  (http://forum.xipem.com/sanctum-2010-dvdrip-xvid-eng-353989.html)
- http://hotfile.com/dl/98708917/899eb45/Sanctum252020102520DVDRip.XviD.Eng.part02.rar.html
  (http://forum.xipem.com/sanctum-2010-dvdrip-xvid-eng-353989.html)
- http://hotfile.com/dl/98708874/9e2df9d/Sanctum252020102520DVDRip.XviD.Eng.part01.rar.html
  (http://forum.xipem.com/sanctum-2010-dvdrip-xvid-eng-353989.html)
- http://hotfile.com/dl/98709049/705818d/Sanctum252020102520DVDRip.XviD.Eng.part08.rar.html
  (http://forum.xipem.com/sanctum-2010-dvdrip-xvid-eng-353989.html)
- http://hotfile.com/dl/98133033/16d55f0/Sanctum.2010.DVDRip.XviD.part01.rar.html
  (http://warungxxx.net/31461-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/98133084/517824a/Sanctum.2010.DVDRip.XvID.part02.rar.html
  (http://warungxxx.net/31461-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/98133098/71733de/Sanctum.2010.DVDRip.XvID.part03.rar.html
  (http://warungxxx.net/31461-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/97904136/20cf8c5/Sanctum.2010.DVDRip.XvID.part04.rar.html
  (http://warungxxx.net/31461-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/98133157/0de4bd6/Sanctum.2010.DVDRip.XvID.part05.rar.html
  (http://warungxxx.net/31461-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/98133169/f515997/Sanctum.2010.DVDRip.XvID.part06.rar.html
  (http://warungxxx.net/31461-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/98133221/aea2c97/Sanctum.2010.DVDRip.XvID.part07.rar.html
  (http://warungxxx.net/31461-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/98133236/be2a714/Sanctum.2010.DVDRip.XvID.part08.rar.html
  (http://warungxxx.net/31461-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/98133286/0a4fd36/Sanctum.2010.DVDRip.XvID.part09.rar.html
  (http://warungxxx.net/31461-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/98867542/280ae78/Sanctum252020102520DVDRip.XviD.Eng.part01.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1036699-sanctum-2010-dvdrip-xvid-eng.html)
- http://hotfile.com/dl/98867396/23ccb14/Sanctum252020102520DVDRip.XviD.Eng.part02.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1036699-sanctum-2010-dvdrip-xvid-eng.html)
- http://hotfile.com/dl/98867560/ad19fa7/Sanctum252020102520DVDRip.XviD.Eng.part03.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1036699-sanctum-2010-dvdrip-xvid-eng.html)
- http://hotfile.com/dl/98867481/7fc5ba6/Sanctum252020102520DVDRip.XviD.Eng.part04.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1036699-sanctum-2010-dvdrip-xvid-eng.html)
- http://hotfile.com/dl/98867671/5e0b8d1/Sanctum252020102520DVDRip.XviD.Eng.part05.rar.html
  (http://www.smartwarez.org/forums/movies-tv/1036699-sanctum-2010-dvdrip-xvid-eng.html)

HF00151042

- http://hotfile.com/dl/98867532/d08994b/Sanctum252020102520DVDRip.XviD.Eng.part06.rar.html (http://www.smartwarez.org/forums/movies-tv/1036699-sanctum-2010-dvdrip-xvid-eng.html)
- http://hotfile.com/dl/98867684/e87d212/Sanctum252020102520DVDRip.XviD.Eng.part07.rar.html (http://www.smartwarez.org/forums/movies-tv/1036699-sanctum-2010-dvdrip-xvid-eng.html)
- http://hotfile.com/dl/98867640/a26cac6/Sanctum252020102520DVDRip.XviD.Eng.part08.rar.html (http://www.smartwarez.org/forums/movies-tv/1036699-sanctum-2010-dvdrip-xvid-eng.html)
- http://hotfile.com/dl/98867693/b68f499/Sanctum252020102520DVDRip.XviD.Eng.part09.rar.html (http://www.smartwarez.org/forums/movies-tv/1036699-sanctum-2010-dvdrip-xvid-eng.html)
- http://hotfile.com/dl/99345794/722e336/Sanctum252020102520DVDRip.XviD.Eng.part09.rar.html (http://cafeden.com/diendan/showthread.php?127843-Sanctum-2010-DVDRip.XviD.Eng&p=136425#post136425)
- http://hotfile.com/dl/99346500/db6ef76/Sanctum252020102520DVDRip.XviD.Eng.part04.rar.html (http://cafeden.com/diendan/showthread.php?127843-Sanctum-2010-DVDRip.XviD.Eng&p=136425#post136425)
- http://hotfile.com/dl/99345785/16cbcfd/Sanctum252020102520DVDRip.XviD.Eng.part05.rar.html (http://cafeden.com/diendan/showthread.php?127843-Sanctum-2010-DVDRip.XviD.Eng&p=136425#post136425)
- http://hotfile.com/dl/99346292/9a03ec3/Sanctum252020102520DVDRip.XviD.Eng.part06.rar.html (http://cafeden.com/diendan/showthread.php?127843-Sanctum-2010-DVDRip.XviD.Eng&p=136425#post136425)
- http://hotfile.com/dl/99346416/138d396/Sanctum252020102520DVDRip.XviD.Eng.part07.rar.html (http://cafeden.com/diendan/showthread.php?127843-Sanctum-2010-DVDRip.XviD.Eng&p=136425#post136425)
- http://hotfile.com/dl/99346323/1413aad/Sanctum252020102520DVDRip.XviD.Eng.part03.rar.html (http://cafeden.com/diendan/showthread.php?127843-Sanctum-2010-DVDRip.XviD.Eng&p=136425#post136425)
- http://hotfile.com/dl/99345952/9dc8179/Sanctum252020102520DVDRip.XviD.Eng.part02.rar.html (http://cafeden.com/diendan/showthread.php?127843-Sanctum-2010-DVDRip.XviD.Eng&p=136425#post136425)
- http://hotfile.com/dl/99345416/bdf2a8a/Sanctum252020102520DVDRip.XviD.Eng.part01.rar.html (http://cafeden.com/diendan/showthread.php?127843-Sanctum-2010-DVDRip.XviD.Eng&p=136425#post136425)
- http://hotfile.com/dl/99346761/9882c32/Sanctum252020102520DVDRip.XviD.Eng.part08.rar.html (http://cafeden.com/diendan/showthread.php?127843-Sanctum-2010-DVDRip.XviD.Eng&p=136425#post136425)
- http://hotfile.com/dl/100545089/f1a77bc/Sanctum.2010.DVDRip.XviD.part01.rar.html (http://www.smartwarez.org/forums/movies-tv/1119739-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/100545096/7c8bdab/Sanctum.2010.DVDRip.XviD.part02.rar.html (http://www.smartwarez.org/forums/movies-tv/1119739-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/100545092/e0c531e/Sanctum.2010.DVDRip.XviD.part03.rar.html (http://www.smartwarez.org/forums/movies-tv/1119739-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/100545194/3ff79f6/Sanctum.2010.DVDRip.XviD.part04.rar.html (http://www.smartwarez.org/forums/movies-tv/1119739-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/100545430/33eb05e/Sanctum.2010.DVDRip.XviD.part05.rar.html (http://www.smartwarez.org/forums/movies-tv/1119739-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/100545424/a00fb13/Sanctum.2010.DVDRip.XviD.part07.rar.html (http://www.smartwarez.org/forums/movies-tv/1119739-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/100545296/ac7ed98/Sanctum.2010.DVDRip.XviD.part08.rar.html (http://www.smartwarez.org/forums/movies-tv/1119739-sanctum-2010-dvdrip-xvid-vision.html)
- http://hotfile.com/dl/100546072/e1bb46b/Sanctum.2010.DVDRip.XviD.part09.rar.html (http://www.smartwarez.org/forums/movies-tv/1119739-sanctum-2010-dvdrip-xvid-vision.html)

HF00151043

- http://hotfile.com/dl/100807885/e19352e/Sanctum.2010.DVDRip.XviD.part08.rar.html (http://www.filmyboard.com/showthread.php?26834-FS-HF-FSN-BS-Sanctum-(2010)-DVDRip-XviD&p=194467#post194467)
- http://hotfile.com/dl/100807886/a89bceb/Sanctum.2010.DVDRip.XviD.part09.rar.html (http://www.filmyboard.com/showthread.php?26834-FS-HF-FSN-BS-Sanctum-(2010)-DVDRip-XviD&p=194467#post194467)
- http://hotfile.com/dl/100859978/0ee8928/Sanctum.2010.DVDRip.XviD.part09.rar.html (http://www.renslt.org/showthread.php?5163494-%5BFS-HF%5D-Sanctum-%282010%29-DVDRip-XviD&utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+renslt%2FOGzD+%28Romanian+Electronic+Network+Security+Lab+Team%29)
- http://hotfile.com/dl/100859977/ff9650d/Sanctum.2010.DVDRip.XviD.part08.rar.html (http://www.renslt.org/showthread.php?5163494-%5BFS-HF%5D-Sanctum-%282010%29-DVDRip-XviD&utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+renslt%2FOGzD+%28Romanian+Electronic+Network+Security+Lab+Team%29)
- http://hotfile.com/dl/101355161/41a9e5f/S-DH_forum.rar.html (http://forum.esoft.in/english-mp3-music-videos/1326186-sanctum-david-hirschfelder-soundtrack-2011-a.html)
- http://hotfile.com/dl/101637806/37b404c/Ost_-_Sanctum_2011.rar.html (http://buzzmedia.ws/music/soundtrack/18425-sanctum-ost-sanktum-3d-saundtrek-2011.html)
- http://hotfile.com/dl/101727057/3f0fd7b/Sanctum.CAM.XViD-RUSSiAN.avi.001.html (http://www.duckdownloads.net/2011/02/santuario-cam-xvid-russian.html?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+duckdowns+%28Duck+Downloads%29)
- http://hotfile.com/dl/101725595/ef3876b/Sanctum.CAM.XViD-RUSSiAN.avi.002.html (http://www.duckdownloads.net/2011/02/santuario-cam-xvid-russian.html?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+duckdowns+%28Duck+Downloads%29)
- http://hotfile.com/dl/101775666/ce052ad/Sanctum_Soundtrack_2011_-_David_Hirschfelder.rar.html (http://soundtrackbase.com/fr/films/soundtrack-sanctum-tÃ©lÃ©chargement/)
- http://hotfile.com/dl/102319593/71d01ca/Sanctum2525202010252520DVDRip.XviD.Eng.part09.rar.html (http://www.filmyboard.com/showthread.php?28409-Sanctum-2010-DVDRip.XviD.Eng&p=196401#post196401)
- http://hotfile.com/dl/102319876/a3383ce/Sanctum2525202010252520DVDRip.XviD.Eng.part04.rar.html (http://www.filmyboard.com/showthread.php?28409-Sanctum-2010-DVDRip.XviD.Eng&p=196401#post196401)
- http://hotfile.com/dl/102319577/19e6741/Sanctum2525202010252520DVDRip.XviD.Eng.part05.rar.html (http://www.filmyboard.com/showthread.php?28409-Sanctum-2010-DVDRip.XviD.Eng&p=196401#post196401)
- http://hotfile.com/dl/102319566/7765730/Sanctum2525202010252520DVDRip.XviD.Eng.part06.rar.html (http://www.filmyboard.com/showthread.php?28409-Sanctum-2010-DVDRip.XviD.Eng&p=196401#post196401)
- http://hotfile.com/dl/102327317/759d04d/Sanctum2525202010252520DVDRip.XviD.Eng.part03.rar.html (http://www.filmyboard.com/showthread.php?28409-Sanctum-2010-DVDRip.XviD.Eng&p=196401#post196401)
- http://hotfile.com/dl/102318910/f7bdb7d/Sanctum2525202010252520DVDRip.XviD.Eng.part02.rar.html (http://www.filmyboard.com/showthread.php?28409-Sanctum-2010-DVDRip.XviD.Eng&p=196401#post196401)
- http://hotfile.com/dl/102319049/f979c0c/Sanctum2525202010252520DVDRip.XviD.Eng.part01.rar.html (http://www.filmyboard.com/showthread.php?28409-Sanctum-2010-DVDRip.XviD.Eng&p=196401#post196401)
- http://hotfile.com/dl/102320377/73c52e4/Sanctum2525202010252520DVDRip.XviD.Eng.part08.rar.html (http://www.filmyboard.com/showthread.php?28409-Sanctum-2010-DVDRip.XviD.Eng&p=196401#post196401)

HF00151044

- http://hotfile.com/dl/102369649/e41791a/Sanctum.2010.DVDRip.XvID.part07.rar.html
  (http://forum.s2u.vn/action-adventure-horror/14800-sanctum-2010-dvdrip-xvid.html)
- http://hotfile.com/dl/102369719/36be362/Sanctum.2010.DVDRip.XvID.part08.rar.html
  (http://forum.s2u.vn/action-adventure-horror/14800-sanctum-2010-dvdrip-xvid.html)
- http://hotfile.com/dl/102369739/fe80358/Sanctum.2010.DVDRip.XvID.part09.rar.html
  (http://forum.s2u.vn/action-adventure-horror/14800-sanctum-2010-dvdrip-xvid.html)
- http://hotfile.com/dl/102369648/83fe991/Sanctum.2010.DVDRip.XvID.part06.rar.html
  (http://forum.s2u.vn/action-adventure-horror/14800-sanctum-2010-dvdrip-xvid.html)
- http://hotfile.com/dl/102369390/8e77bc9/Sanctum.2010.DVDRip.XvID.part03.rar.html
  (http://forum.s2u.vn/action-adventure-horror/14800-sanctum-2010-dvdrip-xvid.html)
- http://hotfile.com/dl/102343728/31696f1/Sanctum.2010.DVDRip.XvID.part01.rar.html
  (http://forum.s2u.vn/action-adventure-horror/14800-sanctum-2010-dvdrip-xvid.html)
- http://hotfile.com/dl/102369387/c83a6f4/Sanctum.2010.DVDRip.XvID.part02.rar.html
  (http://forum.s2u.vn/action-adventure-horror/14800-sanctum-2010-dvdrip-xvid.html)
- http://hotfile.com/dl/102369386/febb70b/Sanctum.2010.DVDRip.XvID.part04.rar.html
  (http://forum.s2u.vn/action-adventure-horror/14800-sanctum-2010-dvdrip-xvid.html)
- http://hotfile.com/dl/102369391/bf1926e/Sanctum.2010.DVDRip.XvID.part05.rar.html
  (http://forum.s2u.vn/action-adventure-horror/14800-sanctum-2010-dvdrip-xvid.html)
- http://hotfile.com/dl/102427041/f43be49/S.2010.D.CMRip.ELEKTRI4KA.avi.part1.rar.html
  (http://www.freshscene.net/movies/movies-cam/213620-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102427302/3a00e24/S.2010.D.CMRip.ELEKTRI4KA.avi.part2.rar.html
  (http://www.freshscene.net/movies/movies-cam/213620-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102429238/2c52f2d/S.2010.D.CMRip.ELEKTRI4KA.avi.part3.rar.html
  (http://www.freshscene.net/movies/movies-cam/213620-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102426979/1b5e004/S.2010.D.CMRip.ELEKTRI4KA.avi.part4.rar.html
  (http://www.freshscene.net/movies/movies-cam/213620-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102428744/6501c3f/S.2010.D.CMRip.ELEKTRI4KA.avi.part5.rar.html
  (http://www.freshscene.net/movies/movies-cam/213620-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102427499/b678675/S.2010.D.CMRip.ELEKTRI4KA.avi.part6.rar.html
  (http://www.freshscene.net/movies/movies-cam/213620-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102427731/0de80a9/S.2010.D.CMRip.ELEKTRI4KA.avi.part7.rar.html
  (http://www.freshscene.net/movies/movies-cam/213620-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102336217/4ff5d83/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part1.rar.html
  (http://blog.egexa.com/movies/851526-sanctum-2011-camrip-
  elektri4ka.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102336193/a71c6bf/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part2.rar.html
  (http://blog.egexa.com/movies/851526-sanctum-2011-camrip-
  elektri4ka.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102401415/e29c441/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part3.rar.html
  (http://blog.egexa.com/movies/851526-sanctum-2011-camrip-
  elektri4ka.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102401323/4483a06/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part4.rar.html
  (http://blog.egexa.com/movies/851526-sanctum-2011-camrip-
  elektri4ka.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102336292/fa8dda8/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part5.rar.html
  (http://blog.egexa.com/movies/851526-sanctum-2011-camrip-
  elektri4ka.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102336293/921d917/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part6.rar.html
  (http://blog.egexa.com/movies/851526-sanctum-2011-camrip-
  elektri4ka.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)

CONFIDENTIAL

- http://hotfile.com/dl/102335986/f626bc8/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part1.rar.html (http://blog.egexa.com/movies/851489-sanctum-2011-xvid-camrip-rutor.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102336001/5ad0839/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part2.rar.html (http://blog.egexa.com/movies/851489-sanctum-2011-xvid-camrip-rutor.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102336018/270dab5/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part3.rar.html (http://blog.egexa.com/movies/851489-sanctum-2011-xvid-camrip-rutor.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102336071/7d1cb6c/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part4.rar.html (http://blog.egexa.com/movies/851489-sanctum-2011-xvid-camrip-rutor.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102336072/771aee2/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part5.rar.html (http://blog.egexa.com/movies/851489-sanctum-2011-xvid-camrip-rutor.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102336079/26d833a/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part6.rar.html (http://blog.egexa.com/movies/851489-sanctum-2011-xvid-camrip-rutor.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102336120/0988076/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part7.rar.html (http://blog.egexa.com/movies/851489-sanctum-2011-xvid-camrip-rutor.html?utm_source=egrss&utm_medium=feed&utm_campaign=latest)
- http://hotfile.com/dl/102469227/2db964c/STM.2010.D.CAM.part1.rar.html (http://ahcnena.net/movies/419-sanctum-2011-camrip-3lektri4ka.html)
- http://hotfile.com/dl/102469219/6597c9f/STM.2010.D.CAM.part2.rar.html (http://ahcnena.net/movies/419-sanctum-2011-camrip-3lektri4ka.html)
- http://hotfile.com/dl/102469630/9042f8b/STM.2010.D.CAM.part3.rar.html (http://ahcnena.net/movies/419-sanctum-2011-camrip-3lektri4ka.html)
- http://hotfile.com/dl/102469566/8d18663/STM.2010.D.CAM.part4.rar.html (http://ahcnena.net/movies/419-sanctum-2011-camrip-3lektri4ka.html)
- http://hotfile.com/dl/102469885/469bb05/STM.2010.D.CAM.part5.rar.html (http://ahcnena.net/movies/419-sanctum-2011-camrip-3lektri4ka.html)
- http://hotfile.com/dl/102469743/4b728cc/STM.2010.D.CAM.part6.rar.html (http://ahcnena.net/movies/419-sanctum-2011-camrip-3lektri4ka.html)
- http://hotfile.com/dl/102482762/28f4077/Sanctum_2010_TS_XViD_-_IMAGiNE.avi_NSFZ.part6.rar.html (http://www.warez-bb.org/viewtopic.php?t=8564493)
- http://hotfile.com/dl/102482838/489a797/Sanctum_2010_TS_XViD_-_IMAGiNE.avi_NSFZ.part4.rar.html (http://www.warez-bb.org/viewtopic.php?t=8564493)
- http://hotfile.com/dl/102482848/3e16df7/Sanctum_2010_TS_XViD_-_IMAGiNE.avi_NSFZ.part5.rar.html (http://www.warez-bb.org/viewtopic.php?t=8564493)
- http://hotfile.com/dl/102483005/4f3392e/Sanctum_2010_TS_XViD_-_IMAGiNE.avi_NSFZ.part2.rar.html (http://www.warez-bb.org/viewtopic.php?t=8564493)
- http://hotfile.com/dl/102483137/e37957a/Sanctum_2010_TS_XViD_-_IMAGiNE.avi_NSFZ.part1.rar.html (http://www.warez-bb.org/viewtopic.php?t=8564493)
- http://hotfile.com/dl/102483146/e2642e9/Sanctum_2010_TS_XViD_-_IMAGiNE.avi_NSFZ.part3.rar.html (http://www.warez-bb.org/viewtopic.php?t=8564493)
- http://hotfile.com/dl/102486095/267bd92/Sanctum_2010_TS_XViD_-_IMAGiNE.avi.html (http://www.post-zone.com/movies/sanctum-2010-ts-xvid-imagine/)
- http://hotfile.com/dl/102492124/5bb68f6/axiforum.net_Sanctum.TS.XviD-IMAGiNE.SpecteR.avi.html (http://axiforum.net/1-link-sanctum-2010-ts-xvid-imagine-t933.0.html;msg1400#msg1400)
- http://hotfile.com/dl/102484755/c51bba5/Sanctum.TS.Sample.avi.html (http://www.allyoulike.com/55404/sanctum-2011-tsync/)

HF00151046

- http://hotfile.com/dl/102484761/dd84345/Sanc.2011.part01.rar.html
  (http://www.allyoulike.com/55404/sanctum-2011-tsync/)
- http://hotfile.com/dl/102484766/9e007f3/Sanc.2011.part02.rar.html
  (http://www.allyoulike.com/55404/sanctum-2011-tsync/)
- http://hotfile.com/dl/102484764/0edb06c/Sanc.2011.part03.rar.html
  (http://www.allyoulike.com/55404/sanctum-2011-tsync/)
- http://hotfile.com/dl/102484811/2e2dc76/Sanc.2011.part04.rar.html
  (http://www.allyoulike.com/55404/sanctum-2011-tsync/)
- http://hotfile.com/dl/102485146/a3a705c/Sanc.2011.part05.rar.html
  (http://www.allyoulike.com/55404/sanctum-2011-tsync/)
- http://hotfile.com/dl/102485171/50c3d1c/Sanc.2011.part06.rar.html
  (http://www.allyoulike.com/55404/sanctum-2011-tsync/)
- http://hotfile.com/dl/102485196/acd3c94/Sanc.2011.part07.rar.html
  (http://www.allyoulike.com/55404/sanctum-2011-tsync/)
- http://hotfile.com/dl/102485232/61c736e/Sanc.2011.part08.rar.html
  (http://www.allyoulike.com/55404/sanctum-2011-tsync/)
- http://hotfile.com/dl/102477947/da5545d/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part1.rar.html
  (http://mywarez.biz/download-hotfile-sanctum-2011-camrip-elektri4ka-3-hotfile-links)
- http://hotfile.com/dl/102479017/5c731ac/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part2.rar.html
  (http://mywarez.biz/download-hotfile-sanctum-2011-camrip-elektri4ka-3-hotfile-links)
- http://hotfile.com/dl/102447578/41dff25/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part3.rar.html
  (http://mywarez.biz/download-hotfile-sanctum-2011-camrip-elektri4ka-3-hotfile-links)
- http://hotfile.com/dl/102448345/3586e65/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part4.rar.html
  (http://mywarez.biz/download-hotfile-sanctum-2011-camrip-elektri4ka-3-hotfile-links)
- http://hotfile.com/dl/102449896/a7bf8d3/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part5.rar.html
  (http://mywarez.biz/download-hotfile-sanctum-2011-camrip-elektri4ka-3-hotfile-links)
- http://hotfile.com/dl/102461974/b49bb66/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part6.rar.html
  (http://mywarez.biz/download-hotfile-sanctum-2011-camrip-elektri4ka-3-hotfile-links)
- http://hotfile.com/dl/102493784/e2a6823/Sanctum.2011.TS.XViD.IMAGiNE.CyberDeViLZ.rar.html
  (http://www.cyberdevilz.net/f4/sanctum-2011-ts-xvid-imagine-4114.htmI)
- http://hotfile.com/dl/102507010/8b6422a/_Sanctum.2010.TS.XViD-IMAGiNE.avi.part1.rar.html
  (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102507069/4ab756d/_Sanctum.2010.TS.XViD-IMAGiNE.avi.part2.rar.html
  (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102506993/a8f69b3/_Sanctum.2010.TS.XViD-IMAGiNE.avi.part3.rar.html
  (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102506740/e8ce2ff/_Sanctum.2010.TS.XViD-IMAGiNE.avi.part4.rar.html
  (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102507937/bdd220c/_Sanctum.2010.TS.XViD-IMAGiNE.avi.part1.rar.html
  (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102507938/ed2281e/_Sanctum.2010.TS.XViD-IMAGiNE.avi.part2.rar.html
  (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102507939/20927e4/_Sanctum.2010.TS.XViD-IMAGiNE.avi.part3.rar.html
  (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102507940/d170983/_Sanctum.2010.TS.XViD-IMAGiNE.avi.part4.rar.html
  (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102511921/ebab04d/Sanctum.2010.TS.IMAGiNE.part1.rar.html
  (http://gfxpost.com/movies/81923-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102511919/d42f2fc/Sanctum.2010.TS.IMAGiNE.part2.rar.html
  (http://gfxpost.com/movies/81923-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102511917/ad20cae/Sanctum.2010.TS.IMAGiNE.part3.rar.html
  (http://gfxpost.com/movies/81923-sanctum-2011-ts-xvid-imagine.html)

HF00151047

- http://hotfile.com/dl/102511913/f039688/Sanctum.2010.TS.IMAGiNE.part4.rar.html
  (http://gfxpost.com/movies/81923-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102511920/142a642/Sanctum.2010.TS.IMAGiNE.part5.rar.html
  (http://gfxpost.com/movies/81923-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102511916/0f2a920/Sanctum.2010.TS.IMAGiNE.part6.rar.html
  (http://gfxpost.com/movies/81923-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102511918/2ce3424/Sanctum.2010.TS.IMAGiNE.part7.rar.html
  (http://gfxpost.com/movies/81923-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102511915/68a5f0c/Sanctum.2010.TS.IMAGiNE.part8.rar.html
  (http://gfxpost.com/movies/81923-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102478292/062b61b/Sanctum-IMAGiNE.part1.rar.html
  (http://www.moonlightexpress.net/2011/02/sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102478270/f7a7fa9/Sanctum-IMAGiNE.part2.rar.html
  (http://www.moonlightexpress.net/2011/02/sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102478290/4c78bb1/Sanctum-IMAGiNE.part3.rar.html
  (http://www.moonlightexpress.net/2011/02/sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102478318/d637ac7/Sanctum-IMAGiNE.part4.rar.html
  (http://www.moonlightexpress.net/2011/02/sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102478423/120d925/Sanctum-IMAGiNE.part5.rar.html
  (http://www.moonlightexpress.net/2011/02/sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102478424/67f1170/Sanctum-IMAGiNE.part6.rar.html
  (http://www.moonlightexpress.net/2011/02/sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102478494/8a9eb51/Sanctum-IMAGiNE.part7.rar.html
  (http://www.moonlightexpress.net/2011/02/sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102478381/4834089/Sanctum-IMAGiNE.part8.rar.html
  (http://www.moonlightexpress.net/2011/02/sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102500721/3e92356/Sanctum.2010.TS.Ganool.com.mkv.html
  (http://300mkv.blogspot.com/2011/02/sanctum-2011-ts-400mb-mkv-download.html)
- http://hotfile.com/dl/102489991/67edd21/sanctum20201020ts20xvid20-20imagine.part4.rar.html
  (http://www.zonadecrotoz.com.ar/foros/peliculas-10/sanctum-2011-ts-imagine-73767/)
- http://hotfile.com/dl/102486739/11a39ea/sanctum20201020ts20xvid20-20imagine.part1.rar.html
  (http://www.zonadecrotoz.com.ar/foros/peliculas-10/sanctum-2011-ts-imagine-73767/)
- http://hotfile.com/dl/102487509/1e1b3d7/sanctum20201020ts20xvid20-20imagine.part2.rar.html
  (http://www.zonadecrotoz.com.ar/foros/peliculas-10/sanctum-2011-ts-imagine-73767/)
- http://hotfile.com/dl/102489612/69ae8b8/sanctum20201020ts20xvid20-20imagine.part3.rar.html
  (http://www.zonadecrotoz.com.ar/foros/peliculas-10/sanctum-2011-ts-imagine-73767/)
- http://hotfile.com/dl/102478322/24204e1/sanctum-ts-imagine.part1.rar.html
  (http://www.zonadecrotoz.com.ar/foros/peliculas-10/sanctum-2011-ts-imagine-73767/)
- http://hotfile.com/dl/102478323/ef98730/sanctum-ts-imagine.part3.rar.html
  (http://www.zonadecrotoz.com.ar/foros/peliculas-10/sanctum-2011-ts-imagine-73767/)
- http://hotfile.com/dl/102478324/fbc3c3d/sanctum-ts-imagine.part4.rar.html
  (http://www.zonadecrotoz.com.ar/foros/peliculas-10/sanctum-2011-ts-imagine-73767/)
- http://hotfile.com/dl/102510971/a2963b9/Sanctum20201020DVDRip.XviD.Eng.part05.rar.html
  (http://www.filmyboard.com/showthread.php?28622-HF-Sanctum-2010-DVDRip-XviD-
  Eng&p=196650#post196650)
- http://hotfile.com/dl/102510970/93462f4/Sanctum20201020DVDRip.XviD.Eng.part04.rar.html
  (http://www.filmyboard.com/showthread.php?28622-HF-Sanctum-2010-DVDRip-XviD-
  Eng&p=196650#post196650)
- http://hotfile.com/dl/102510969/c31391f/Sanctum20201020DVDRip.XviD.Eng.part03.rar.html
  (http://www.filmyboard.com/showthread.php?28622-HF-Sanctum-2010-DVDRip-XviD-
  Eng&p=196650#post196650)

HF00151048

- http://hotfile.com/dl/102510972/a50f672/Sanctum20201020DVDRip.XviD.Eng.part06.rar.html (http://www.filmyboard.com/showthread.php?28622-HF-Sanctum-2010-DVDRip-XviD-Eng&p=196650#post196650)
- http://hotfile.com/dl/102510973/4a8b301/Sanctum20201020DVDRip.XviD.Eng.part07.rar.html (http://www.filmyboard.com/showthread.php?28622-HF-Sanctum-2010-DVDRip-XviD-Eng&p=196650#post196650)
- http://hotfile.com/dl/102510975/22c5e52/Sanctum20201020DVDRip.XviD.Eng.part09.rar.html (http://www.filmyboard.com/showthread.php?28622-HF-Sanctum-2010-DVDRip-XviD-Eng&p=196650#post196650)
- http://hotfile.com/dl/102510974/2b724d6/Sanctum20201020DVDRip.XviD.Eng.part08.rar.html (http://www.filmyboard.com/showthread.php?28622-HF-Sanctum-2010-DVDRip-XviD-Eng&p=196650#post196650)
- http://hotfile.com/dl/102510968/a469887/Sanctum20201020DVDRip.XviD.Eng.part02.rar.html (http://www.filmyboard.com/showthread.php?28622-HF-Sanctum-2010-DVDRip-XviD-Eng&p=196650#post196650)
- http://hotfile.com/dl/102510967/43b9d86/Sanctum20201020DVDRip.XviD.Eng.part01.rar.html (http://www.filmyboard.com/showthread.php?28622-HF-Sanctum-2010-DVDRip-XviD-Eng&p=196650#post196650)
- http://hotfile.com/dl/102520054/4b50fe2/SanctumIMAGiNE.part1.rar.html (http://www.tinydl.com/movies/1059298797-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102520075/b040944/SanctumIMAGiNE.part2.rar.html (http://www.tinydl.com/movies/1059298797-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102520088/1919bfa/SanctumIMAGiNE.part3.rar.html (http://www.tinydl.com/movies/1059298797-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102520097/99a9a74/SanctumIMAGiNE.part4.rar.html (http://www.tinydl.com/movies/1059298797-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102520120/d551e33/SanctumIMAGiNE.part5.rar.html (http://www.tinydl.com/movies/1059298797-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102520132/2362f8d/SanctumIMAGiNE.part6.rar.html (http://www.tinydl.com/movies/1059298797-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102509069/739cced/Sanctum_2010_TS_XViD_-_IMAGiNE.part1.rar.html (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102509112/7f8f223/Sanctum_2010_TS_XViD_-_IMAGiNE.part2.rar.html (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102509195/3eae735/Sanctum_2010_TS_XViD_-_IMAGiNE.part3.rar.html (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102509061/10fe8e5/Sanctum_2010_TS_XViD_-_IMAGiNE.part4.rar.html (http://www.azmovie.net/2011/02/07/sanctum-2010-ts-xvid-%E2%80%93-imagine/)
- http://hotfile.com/dl/102520789/1d9ca92/Sanctum_2010_TS_XViD_-_IMAGiNE.avi.html (http://imfamous.softarchive.net/sanctum_ts_xvid_imagine_eng_audio.580970.html)
- http://hotfile.com/dl/102519891/1cad5b3/Sanctum_imfamous.softarchive.net_IMAGiNE.part1.rar.html (http://imfamous.softarchive.net/sanctum_ts_xvid_imagine_eng_audio.580970.html)
- http://hotfile.com/dl/102519899/c0864c0/Sanctum_imfamous.softarchive.net_IMAGiNE.part2.rar.html (http://imfamous.softarchive.net/sanctum_ts_xvid_imagine_eng_audio.580970.html)
- http://hotfile.com/dl/102519944/fd572e3/Sanctum_imfamous.softarchive.net_IMAGiNE.part3.rar.html (http://imfamous.softarchive.net/sanctum_ts_xvid_imagine_eng_audio.580970.html)
- http://hotfile.com/dl/102519955/c2499ef/Sanctum_imfamous.softarchive.net_IMAGiNE.part4.rar.html (http://imfamous.softarchive.net/sanctum_ts_xvid_imagine_eng_audio.580970.html)
- http://hotfile.com/dl/102519962/570c102/Sanctum_imfamous.softarchive.net_IMAGiNE.part5.rar.html (http://imfamous.softarchive.net/sanctum_ts_xvid_imagine_eng_audio.580970.html)
- http://hotfile.com/dl/102519981/91ba0a8/Sanctum_imfamous.softarchive.net_IMAGiNE.part6.rar.html (http://imfamous.softarchive.net/sanctum_ts_xvid_imagine_eng_audio.580970.html)

HF00151049

- http://hotfile.com/dl/102518442/6c5da8c/SAMPLE.avi.html (http://www.directlinkspot.com/sanctum-2010-ts-xvid-imagine/)
- http://hotfile.com/dl/102496838/77783f4/Sanctum.2010.TS.Ganool.com.mkv.001.html (http://gudangfilmeyncom.blogspot.com/2011/02/sanctum-2011-ts.html)
- http://hotfile.com/dl/102496579/14e0dde/Sanctum.2010.TS.Ganool.com.mkv.002.html (http://gudangfilmeyncom.blogspot.com/2011/02/sanctum-2011-ts.html)
- http://hotfile.com/dl/102496237/494fc32/WarezLeech.Net_Sanctum_2010_TS_XViD_-_IMAGiNE.part1.rar.html (http://www.warezleech.net/forum/showthread.php?p=42430#post42430)
- http://hotfile.com/dl/102496236/8bd5b3f/WarezLeech.Net_Sanctum_2010_TS_XViD_-_IMAGiNE.part2.rar.html (http://www.warezleech.net/forum/showthread.php?p=42430#post42430)
- http://hotfile.com/dl/102496235/47f4e52/WarezLeech.Net_Sanctum_2010_TS_XViD_-_IMAGiNE.part3.rar.html (http://www.warezleech.net/forum/showthread.php?p=42430#post42430)
- http://hotfile.com/dl/102496708/3c47fe5/WarezLeech.Net_Sanctum_2010_TS_XViD_-_IMAGiNE.part4.rar.html (http://www.warezleech.net/forum/showthread.php?p=42430#post42430)
- http://hotfile.com/dl/102497177/6ea7915/WarezLeech.Net_Sanctum_2010_TS_XViD_-_IMAGiNE.part5.rar.html (http://www.warezleech.net/forum/showthread.php?p=42430#post42430)
- http://hotfile.com/dl/102497249/c750088/WarezLeech.Net_Sanctum_2010_TS_XViD_-_IMAGiNE.part6.rar.html (http://www.warezleech.net/forum/showthread.php?p=42430#post42430)
- http://hotfile.com/dl/102497258/0dbf4b8/WarezLeech.Net_Sanctum_2010_TS_XViD_-_IMAGiNE.part7.rar.html (http://www.warezleech.net/forum/showthread.php?p=42430#post42430)
- http://hotfile.com/dl/102497805/6a20966/WarezLeech.Net_Sanctum_2010_TS_XViD_-_IMAGiNE.part8.rar.html (http://www.warezleech.net/forum/showthread.php?p=42430#post42430)
- http://hotfile.com/dl/102533368/018f8b7/Sanctum.IMAGiNE.avi.001.rar.html (http://www.duckdownloads.net/2011/02/santuario-ts-xvid-imagine.html?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+duckdowns+%28Duck+Downloads%29)
- http://hotfile.com/dl/102533376/7f9de42/Sanctum.IMAGiNE.avi.002.rar.html (http://www.duckdownloads.net/2011/02/santuario-ts-xvid-imagine.html?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+duckdowns+%28Duck+Downloads%29)
- http://hotfile.com/dl/102523223/f75c8a6/2010_TS_XViD_-_IMAGiNE.rar.html (http://warezmad.com/movies/140712-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102530345/4931d48/2010_TS_XVjD_-_jMAGjN3.part1.rar.html (http://www.go4dwl.com/movies/38577-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102530348/1d27438/2010_TS_XVjD_-_jMAGjN3.part2.rar.html (http://www.go4dwl.com/movies/38577-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102530347/a7074a4/2010_TS_XVjD_-_jMAGjN3.part3.rar.html (http://www.go4dwl.com/movies/38577-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102530346/e95e610/2010_TS_XVjD_-_jMAGjN3.part4.rar.html (http://www.go4dwl.com/movies/38577-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102530370/d4e3e29/2010_TS_XVjD_-_jMAGjN3.part5.rar.html (http://www.go4dwl.com/movies/38577-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102530509/84c64e9/2010_TS_XVjD_-_jMAGjN3.part6.rar.html (http://www.go4dwl.com/movies/38577-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102530514/e269e57/2010_TS_XVjD_-_jMAGjN3.part7.rar.html (http://www.go4dwl.com/movies/38577-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102530519/0869a77/2010_TS_XVjD_-_jMAGjN3.part8.rar.html (http://www.go4dwl.com/movies/38577-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102530059/9c51425/sanimag.www.warezrls.net.rar.html (http://www.warezrls.net/movies/sanctum-2010-ts-xvid-imagine/)
- http://hotfile.com/dl/102521997/f872c6e/Sanctum.2010.TS.wancuiX.mkv.001.html (http://jieazzmovie.net/english/sanctum-2011-ts-wancuix/)

CONFIDENTIAL

HF00151050

- http://hotfile.com/dl/102526893/ac9f463/S4NCTUM-Jie.Azz.Movie.mkv.001.html
  (http://jieazzmovie.net/english/sanctum-2011-ts-line-mkv-jie/)
- http://hotfile.com/dl/102526898/e185d31/S4NCTUM-Jie.Azz.Movie.mkv.002.html
  (http://jieazzmovie.net/english/sanctum-2011-ts-line-mkv-jie/)
- http://hotfile.com/dl/102556271/6720b05/Sanctum_2010_TS_XViD_-_IMAGiNE.avi.html
  (http://warezme.org/sanctum-2010-ts-xvid-imagine-t931890.html)
- http://hotfile.com/dl/102541706/ef0be62/a3x32San.ne.part1.rar.html
  (http://flickw.com/forum/f75/sanctum-2010-ts-xvid-imagine-1link-460506/)
- http://hotfile.com/dl/102541842/d2eb610/a3x32San.ne.part2.rar.html
  (http://flickw.com/forum/f75/sanctum-2010-ts-xvid-imagine-1link-460506/)
- http://hotfile.com/dl/102541889/fa6905e/a3x32San.ne.part3.rar.html
  (http://flickw.com/forum/f75/sanctum-2010-ts-xvid-imagine-1link-460506/)
- http://hotfile.com/dl/102541764/e3e9434/a3x32San.ne.part4.rar.html
  (http://flickw.com/forum/f75/sanctum-2010-ts-xvid-imagine-1link-460506/)
- http://hotfile.com/dl/102480752/0fa8b32/2010_TS_XViD_-_IMAGiNE.rar.html
  (http://mediahype101.blogspot.com/2011/02/sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102563352/3937118/Sanctum.TS.IMAGiNE.part1.rar.html
  (http://forum.esoft.in/english-other-movies/1332281-sanctum-2011-ts-xvid-imagine6-1links.html)
- http://hotfile.com/dl/102563574/685c68c/Sanctum.TS.IMAGiNE.part2.rar.html
  (http://forum.esoft.in/english-other-movies/1332281-sanctum-2011-ts-xvid-imagine6-1links.html)
- http://hotfile.com/dl/102561449/cb209d6/Sanctum.TS.IMAGiNE.part3.rar.html
  (http://forum.esoft.in/english-other-movies/1332281-sanctum-2011-ts-xvid-imagine6-1links.html)
- http://hotfile.com/dl/102560908/9cab903/Sanctum.TS.IMAGiNE.part4.rar.html
  (http://forum.esoft.in/english-other-movies/1332281-sanctum-2011-ts-xvid-imagine6-1links.html)
- http://hotfile.com/dl/102477261/40cfd43/Sanctum_2010_TS_XViD_-_IMAGiNE.part1.rar.html
  (http://www.smartforumz.org/forums/english-movies/1097985-rs-mu-fs-hf-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102477258/8405af5/Sanctum_2010_TS_XViD_-_IMAGiNE.part2.rar.html
  (http://www.smartforumz.org/forums/english-movies/1097985-rs-mu-fs-hf-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102477255/379ef86/Sanctum_2010_TS_XViD_-_IMAGiNE.part3.rar.html
  (http://www.smartforumz.org/forums/english-movies/1097985-rs-mu-fs-hf-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102541628/df24d3b/Sanctum_2010_TS_XViD_-_IMAGiNE.part4.rar.html
  (http://www.smartforumz.org/forums/english-movies/1097985-rs-mu-fs-hf-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102570327/408973d/sanctum2010TSXviD.SHNe.part1.rar.html
  (http://www.superpaylas.com/35300-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102570330/4c1e15f/sanctum2010TSXviD.SHNe.part2.rar.html
  (http://www.superpaylas.com/35300-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102570290/1d6de2f/sanctum2010TSXviD.SHNe.part3.rar.html
  (http://www.superpaylas.com/35300-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102570294/2f2a250/sanctum2010TSXviD.SHNe.part4.rar.html
  (http://www.superpaylas.com/35300-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102570293/c3fd5c4/sanctum2010TSXviD.SHNe.part5.rar.html
  (http://www.superpaylas.com/35300-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102570292/8498e48/sanctum2010TSXviD.SHNe.part6.rar.html
  (http://www.superpaylas.com/35300-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102570291/7d75670/sanctum2010TSXviD.SHNe.part7.rar.html
  (http://www.superpaylas.com/35300-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102553316/d1a4a16/Sanctu.300.softarchive.net.part1.rar.html
  (http://300.softarchive.net/sanctum_ts_mb.581058.html)
- http://hotfile.com/dl/102553850/adda158/Sanctu.300.softarchive.net.part2.rar.html
  (http://300.softarchive.net/sanctum_ts_mb.581058.html)
- http://hotfile.com/dl/102553324/44962d2/Sanctu.300.softarchive.net.part3.rar.html
  (http://300.softarchive.net/sanctum_ts_mb.581058.html)

HF00151051

- http://hotfile.com/dl/102553873/65b6c4d/Sanctu.300.softarchive.net.part4.rar.html (http://300.softarchive.net/sanctum_ts_mb.581058.html)
- http://hotfile.com/dl/102560162/1a1d877/Snctm.part3.rar.html (http://www.softymania.com/11583-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102560166/91fc2eb/Snctm.part4.rar.html (http://www.softymania.com/11583-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102541136/9956a63/IMG3.SCTM.2010.part1.rar.html (http://gigabitwarez.com/main/171110-sanctum-2011-ts-xvid-imagin3.html)
- http://hotfile.com/dl/102541085/862b6d9/IMG3.SCTM.2010.part2.rar.html (http://gigabitwarez.com/main/171110-sanctum-2011-ts-xvid-imagin3.html)
- http://hotfile.com/dl/102541356/87d779e/IMG3.SCTM.2010.part3.rar.html (http://gigabitwarez.com/main/171110-sanctum-2011-ts-xvid-imagin3.html)
- http://hotfile.com/dl/102541357/ff224d9/IMG3.SCTM.2010.part4.rar.html (http://gigabitwarez.com/main/171110-sanctum-2011-ts-xvid-imagin3.html)
- http://hotfile.com/dl/102541690/32463bc/IMG3.SCTM.2010.part5.rar.html (http://gigabitwarez.com/main/171110-sanctum-2011-ts-xvid-imagin3.html)
- http://hotfile.com/dl/102541543/a86de48/IMG3.SCTM.2010.part6.rar.html (http://gigabitwarez.com/main/171110-sanctum-2011-ts-xvid-imagin3.html)
- http://hotfile.com/dl/102550187/6165034/WWEARAB.COM.Sanctum.TS.2011.XviD-XJeffHardyX.part1.rar.html (http://www.vb.wwearab.com/t257918.html#post2381638)
- http://hotfile.com/dl/102557188/97504da/WWEARAB.COM.Sanctum.TS.2011.XviD-XJeffHardyX.part2.rar.html (http://www.vb.wwearab.com/t257918.html#post2381638)
- http://hotfile.com/dl/102561976/f96f54a/WWEARAB.COM.Sanctum.TS.2011.XviD-XJeffHardyX.part3.rar.html (http://www.vb.wwearab.com/t257918.html#post2381638)
- http://hotfile.com/dl/102565780/06558be/WWEARAB.COM.Sanctum.TS.2011.XviD-XJeffHardyX.part4.rar.html (http://www.vb.wwearab.com/t257918.html#post2381638)
- http://hotfile.com/dl/102584604/8337772/Sanctum_2010_TS_XViD_-_IMAGiNE.avi.html (http://hotfile-uploads.com/movies/sanctum-2010-ts-xvid-imagine/)
- http://hotfile.com/dl/102604121/7c34118/Sanctum.2010.TS.XViD.www.divxup.net.part4.rar.html (http://www.majaa.net/showthread.php?94511-Sanctum-2011-TS-XviD-IMAGiNE?s=f280c9c02082049d9febcddb0a50999e&p=126669#post126669)
- http://hotfile.com/dl/102603232/c23c367/Sanctum.2010.TS.XViD.www.divxup.net.part1.rar.html (http://www.majaa.net/showthread.php?94511-Sanctum-2011-TS-XviD-IMAGiNE?s=f280c9c02082049d9febcddb0a50999e&p=126669#post126669)
- http://hotfile.com/dl/102603211/13d589b/Sanctum.2010.TS.XViD.www.divxup.net.part2.rar.html (http://www.majaa.net/showthread.php?94511-Sanctum-2011-TS-XviD-IMAGiNE?s=f280c9c02082049d9febcddb0a50999e&p=126669#post126669)
- http://hotfile.com/dl/102604521/b3d77bc/Sanctum.2010.TS.XViD.www.divxup.net.part3.rar.html (http://www.majaa.net/showthread.php?94511-Sanctum-2011-TS-XviD-IMAGiNE?s=f280c9c02082049d9febcddb0a50999e&p=126669#post126669)
- http://hotfile.com/dl/102605701/9f2b286/Sanctum_2010_TS_XViD_-_SAMPLE.avi.html (http://www.scenedowns.com/movies/26893/?utm_source=feedburner&utm_medium=feed&utm_camp aign=Feed%3A+Scenedownscom+%28SceneDowns+-+Share+and+Download+Latest+Scene+and+P2P+Releases%29)
- http://hotfile.com/dl/102586636/c7fb83e/Sanctum_2010_TS_XViD_IMAGiNE.part1.rar.html (http://www.downextra.com/movies/385084-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102586642/b18ee73/Sanctum_2010_TS_XViD_IMAGiNE.part2.rar.html (http://www.downextra.com/movies/385084-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102586660/174a99c/Sanctum_2010_TS_XViD_IMAGiNE.part3.rar.html (http://www.downextra.com/movies/385084-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102586637/6ef32bf/Sanctum_2010_TS_XViD_IMAGiNE.part4.rar.html (http://www.downextra.com/movies/385084-sanctum-2010-ts-xvid-imagine.html)

HF00151052

- http://hotfile.com/dl/102606523/fd4f3a6/Sanctum_2010_DVDRip.XviD.Eng.part01.rar.html (http://www.localstrike.net/foros/43/videos-peliculas-etc/136309-sanctum-2010-dvdrip-xvid-uplinks-07-02-2011-a.html)
- http://hotfile.com/dl/102606609/3fb7069/Sanctum_2010_DVDRip.XviD.Eng.part02.rar.html (http://www.localstrike.net/foros/43/videos-peliculas-etc/136309-sanctum-2010-dvdrip-xvid-uplinks-07-02-2011-a.html)
- http://hotfile.com/dl/102606646/fd3cfd7/Sanctum_2010_DVDRip.XviD.Eng.part03.rar.html (http://www.localstrike.net/foros/43/videos-peliculas-etc/136309-sanctum-2010-dvdrip-xvid-uplinks-07-02-2011-a.html)
- http://hotfile.com/dl/102606682/f65af5d/Sanctum_2010_DVDRip.XviD.Eng.part04.rar.html (http://www.localstrike.net/foros/43/videos-peliculas-etc/136309-sanctum-2010-dvdrip-xvid-uplinks-07-02-2011-a.html)
- http://hotfile.com/dl/102606725/a32f2ed/Sanctum_2010_DVDRip.XviD.Eng.part05.rar.html (http://www.localstrike.net/foros/43/videos-peliculas-etc/136309-sanctum-2010-dvdrip-xvid-uplinks-07-02-2011-a.html)
- http://hotfile.com/dl/102606738/a50d5a8/Sanctum_2010_DVDRip.XviD.Eng.part06.rar.html (http://www.localstrike.net/foros/43/videos-peliculas-etc/136309-sanctum-2010-dvdrip-xvid-uplinks-07-02-2011-a.html)
- http://hotfile.com/dl/102606753/6b27171/Sanctum_2010_DVDRip.XviD.Eng.part07.rar.html (http://www.localstrike.net/foros/43/videos-peliculas-etc/136309-sanctum-2010-dvdrip-xvid-uplinks-07-02-2011-a.html)
- http://hotfile.com/dl/102606769/fc613e0/Sanctum_2010_DVDRip.XviD.Eng.part08.rar.html (http://www.localstrike.net/foros/43/videos-peliculas-etc/136309-sanctum-2010-dvdrip-xvid-uplinks-07-02-2011-a.html)
- http://hotfile.com/dl/102606781/8a9f6a7/Sanctum_2010_DVDRip.XviD.Eng.part09.rar.html (http://www.localstrike.net/foros/43/videos-peliculas-etc/136309-sanctum-2010-dvdrip-xvid-uplinks-07-02-2011-a.html)
- http://hotfile.com/dl/102514872/73e1fbd/2010.ts.xvid.imagine.rar.html (http://www.root.co.il/threads/247689-Sanctum-2010-TS-XviD-â€‘-IMAGINE?s=ff2ba6a80c53eb7f37cf497b50a2e6bb&p=772777#post772777)
- http://hotfile.com/dl/102542225/78acecc/Sanctum_2010_TS_XViD_-_SAMPLE.avi.html (http://warezme.org/the-resident-2011-720p-brrip-xvid-ac3-flawl3ss-t932939.html)
- http://hotfile.com/dl/102640001/e074afc/Sanctum.2010.TS.XViD-IMAGiNE.avi.html (http://www.freshwap.net/forums/movies/3116199-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102567391/d0716ad/Sanctum.2010.TS.IMAGiNE.part1.rar.html (http://www.dlpoint.net/45375-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102567415/cad6b39/Sanctum.2010.TS.IMAGiNE.part2.rar.html (http://www.dlpoint.net/45375-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102567425/0060a53/Sanctum.2010.TS.IMAGiNE.part3.rar.html (http://www.dlpoint.net/45375-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102567484/516be0a/Sanctum.2010.TS.IMAGiNE.part4.rar.html (http://www.dlpoint.net/45375-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102567519/c76358a/Sanctum.2010.TS.IMAGiNE.part5.rar.html (http://www.dlpoint.net/45375-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102567684/13a8386/Sanctum.2010.TS.IMAGiNE.part6.rar.html (http://www.dlpoint.net/45375-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102567736/3596078/Sanctum.2010.TS.IMAGiNE.part7.rar.html (http://www.dlpoint.net/45375-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102567748/f3c9b12/Sanctum.2010.TS.IMAGiNE.part8.rar.html (http://www.dlpoint.net/45375-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102558200/c9effcb/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part1.rar.html (http://downhotfile.com/movies/177627-sanctum-2011-xvid-camrip-rutor.html)

HF00151053

- http://hotfile.com/dl/102558232/903dbcf/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part2.rar.html
  (http://downhotfile.com/movies/177627-sanctum-2011-xvid-camrip-rutor.html)
- http://hotfile.com/dl/102558319/78f9dae/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part3.rar.html
  (http://downhotfile.com/movies/177627-sanctum-2011-xvid-camrip-rutor.html)
- http://hotfile.com/dl/102558336/8bd53eb/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part4.rar.html
  (http://downhotfile.com/movies/177627-sanctum-2011-xvid-camrip-rutor.html)
- http://hotfile.com/dl/102558389/70826a6/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part5.rar.html
  (http://downhotfile.com/movies/177627-sanctum-2011-xvid-camrip-rutor.html)
- http://hotfile.com/dl/102558436/67377ac/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part6.rar.html
  (http://downhotfile.com/movies/177627-sanctum-2011-xvid-camrip-rutor.html)
- http://hotfile.com/dl/102558500/9e6bcd9/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part7.rar.html
  (http://downhotfile.com/movies/177627-sanctum-2011-xvid-camrip-rutor.html)
- http://hotfile.com/dl/102596639/e74ff07/Sanctum.2010.TS.IMAGiNE.part1.rar.html
  (http://www.tinydl.com/movies/1059299611-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102596842/f3c49e1/Sanctum.2010.TS.IMAGiNE.part2.rar.html
  (http://www.tinydl.com/movies/1059299611-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102596906/6b65782/Sanctum.2010.TS.IMAGiNE.part3.rar.html
  (http://www.tinydl.com/movies/1059299611-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102596525/c08e3cd/Sanctum.2010.TS.IMAGiNE.part4.rar.html
  (http://www.tinydl.com/movies/1059299611-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102596901/8c3681c/Sanctum.2010.TS.IMAGiNE.part5.rar.html
  (http://www.tinydl.com/movies/1059299611-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102596408/ba1c4bb/Sanctum.2010.TS.IMAGiNE.part6.rar.html
  (http://www.tinydl.com/movies/1059299611-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102596434/9d27ec8/Sanctum.2010.TS.IMAGiNE.part7.rar.html
  (http://www.tinydl.com/movies/1059299611-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102596295/25815ac/Sanctum.2010.TS.IMAGiNE.part8.rar.html
  (http://www.tinydl.com/movies/1059299611-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102611719/190d5e7/MovizXpress.com-BackUpFileSc-IMAGiNE.avi.html
  (http://www.movizxpress.com/2011/02/07/sanctum-2010-ts-xvid-%e2%80%93-imagine/)
- http://hotfile.com/dl/99458411/bcb7890/Sanctum.2010.DVDRip.XvID.part07.rar.html
  (http://www.sharehalls.com/f6/sanctum-2010-dvdrip-xvid-54966/)
- http://hotfile.com/dl/99458308/3e368ae/Sanctum.2010.DVDRip.XvID.part08.rar.html
  (http://www.sharehalls.com/f6/sanctum-2010-dvdrip-xvid-54966/)
- http://hotfile.com/dl/99458267/a8c806f/Sanctum.2010.DVDRip.XvID.part09.rar.html
  (http://www.sharehalls.com/f6/sanctum-2010-dvdrip-xvid-54966/)
- http://hotfile.com/dl/99458186/4988e9e/Sanctum.2010.DVDRip.XvID.part06.rar.html
  (http://www.sharehalls.com/f6/sanctum-2010-dvdrip-xvid-54966/)
- http://hotfile.com/dl/99458244/365662a/Sanctum.2010.DVDRip.XvID.part05.rar.html
  (http://www.sharehalls.com/f6/sanctum-2010-dvdrip-xvid-54966/)
- http://hotfile.com/dl/99458043/06f888d/Sanctum.2010.DVDRip.XvID.part03.rar.html
  (http://www.sharehalls.com/f6/sanctum-2010-dvdrip-xvid-54966/)
- http://hotfile.com/dl/99458082/984fc44/Sanctum.2010.DVDRip.XvID.part04.rar.html
  (http://www.sharehalls.com/f6/sanctum-2010-dvdrip-xvid-54966/)
- http://hotfile.com/dl/99457975/0e5de83/Sanctum.2010.DVDRip.XvID.part02.rar.html
  (http://www.sharehalls.com/f6/sanctum-2010-dvdrip-xvid-54966/)
- http://hotfile.com/dl/99457931/fcb7d54/Sanctum.2010.DVDRip.XvID.part01.rar.html
  (http://www.sharehalls.com/f6/sanctum-2010-dvdrip-xvid-54966/)
- http://hotfile.com/dl/102497547/c15c6e0/Sanctum.TS.XViD-
  IMAGiNE.WAREZONE.BIZ_by_miguelithor.avi.part1.rar.html
  (http://www.brasildownloads.net/sanctum-ts-avi)

HF00151054

- http://hotfile.com/dl/102497257/60c5361/Sanctum.TS.XViD-IMAGiNE.WAREZONE.BIZ_by_miguelithor.avi.part2.rar.html (http://www.brasildownloads.net/sanctum-ts-avi)
- http://hotfile.com/dl/102497285/6f945b6/Sanctum.TS.XViD-IMAGiNE.WAREZONE.BIZ_by_miguelithor.avi.part3.rar.html (http://www.brasildownloads.net/sanctum-ts-avi)
- http://hotfile.com/dl/102497055/8a54c23/Sanctum.TS.XViD-IMAGiNE.WAREZONE.BIZ_by_miguelithor.avi.part4.rar.html (http://www.brasildownloads.net/sanctum-ts-avi)
- http://hotfile.com/dl/102616705/b96c9f6/IMG3.SCTM.2010.part1.rar.html (http://ahcnena.net/movies/542-sanctum-2011-ts-xvid-sy.html)
- http://hotfile.com/dl/102616723/64cd06f/IMG3.SCTM.2010.part2.rar.html (http://ahcnena.net/movies/542-sanctum-2011-ts-xvid-sy.html)
- http://hotfile.com/dl/102616891/d5ecc73/IMG3.SCTM.2010.part3.rar.html (http://ahcnena.net/movies/542-sanctum-2011-ts-xvid-sy.html)
- http://hotfile.com/dl/102616972/07b317e/IMG3.SCTM.2010.part4.rar.html (http://ahcnena.net/movies/542-sanctum-2011-ts-xvid-sy.html)
- http://hotfile.com/dl/102617135/c10a227/IMG3.SCTM.2010.part5.rar.html (http://ahcnena.net/movies/542-sanctum-2011-ts-xvid-sy.html)
- http://hotfile.com/dl/102617263/d1a5e00/IMG3.SCTM.2010.part6.rar.html (http://ahcnena.net/movies/542-sanctum-2011-ts-xvid-sy.html)
- http://hotfile.com/dl/102622753/ecbc627/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part1.rar.html (http://www.omedia.org/212616-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102622850/3cff862/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part2.rar.html (http://www.omedia.org/212616-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102623233/192e0f6/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part3.rar.html (http://www.omedia.org/212616-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102623275/0543b5f/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part4.rar.html (http://www.omedia.org/212616-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102623506/59dcfeb/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part5.rar.html (http://www.omedia.org/212616-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102623560/609f160/Sanktum.2010.D.CAMRip.ELEKTRI4KA.part6.rar.html (http://www.omedia.org/212616-sanctum-2011-camrip-elektri4ka.html)
- http://hotfile.com/dl/102483796/d6f7c6d/img-s-SHeRiF.part2.rar.html (http://www.mostiwarez.com//movies/27771-%5Brs-hf-fs%5D-sanctum-2010-ts.html)
- http://hotfile.com/dl/102483799/c1e186f/img-s-SHeRiF.part3.rar.html (http://www.mostiwarez.com//movies/27771-%5Brs-hf-fs%5D-sanctum-2010-ts.html)
- http://hotfile.com/dl/102483804/169a324/img-s-SHeRiF.part4.rar.html (http://www.mostiwarez.com//movies/27771-%5Brs-hf-fs%5D-sanctum-2010-ts.html)
- http://hotfile.com/dl/102483803/9953309/img-s-SHeRiF.part5.rar.html (http://www.mostiwarez.com//movies/27771-%5Brs-hf-fs%5D-sanctum-2010-ts.html)
- http://hotfile.com/dl/102483797/378c003/img-s-SHeRiF.part6.rar.html (http://www.mostiwarez.com//movies/27771-%5Brs-hf-fs%5D-sanctum-2010-ts.html)
- http://hotfile.com/dl/102483798/33ad5e1/img-s-SHeRiF.part7.rar.html (http://www.mostiwarez.com//movies/27771-%5Brs-hf-fs%5D-sanctum-2010-ts.html)
- http://hotfile.com/dl/102483800/027cd4e/img-s-SHeRiF.part8.rar.html (http://www.mostiwarez.com//movies/27771-%5Brs-hf-fs%5D-sanctum-2010-ts.html)
- http://hotfile.com/dl/102621880/5ad10ca/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part1.rar.html (http://allbest4you.com/movies/27958-sanctum-2011-xvid-camrip-rutor.html)
- http://hotfile.com/dl/102622000/1554eef/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part2.rar.html (http://allbest4you.com/movies/27958-sanctum-2011-xvid-camrip-rutor.html)

HF00151055

- http://hotfile.com/dl/102622268/ca9a8c2/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part3.rar.html (http://allbest4you.com/movies/27958-sanctum-2011-xvid-camrip-rutor.html)
- http://hotfile.com/dl/102622306/dfbd3ec/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part4.rar.html (http://allbest4you.com/movies/27958-sanctum-2011-xvid-camrip-rutor.html)
- http://hotfile.com/dl/102622493/2385e09/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part5.rar.html (http://allbest4you.com/movies/27958-sanctum-2011-xvid-camrip-rutor.html)
- http://hotfile.com/dl/102622512/a39897d/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part6.rar.html (http://allbest4you.com/movies/27958-sanctum-2011-xvid-camrip-rutor.html)
- http://hotfile.com/dl/102622713/11fc034/Sanctum.2011.RUS.Xvid.Camrip.RUTOR.part7.rar.html (http://allbest4you.com/movies/27958-sanctum-2011-xvid-camrip-rutor.html)
- http://hotfile.com/dl/102636328/3ee957c/SAN-READNFOTSIMAGINE-450MiB_SAMPLE_-_Jcberry526_-CW-.rar.html (http://hq-arena.com/movies/sanctum-2011-readnfo-ts-26938.html)
- http://hotfile.com/dl/102638140/0e62799/SAN-READNFOTSIMAGINE-450MiB_-_Jcberry526_-CW-.part1.rar.html (http://hq-arena.com/movies/sanctum-2011-readnfo-ts-26938.html)
- http://hotfile.com/dl/102638099/fc6d37b/SAN-READNFOTSIMAGINE-450MiB_-_Jcberry526_-CW-.part2.rar.html (http://hq-arena.com/movies/sanctum-2011-readnfo-ts-26938.html)
- http://hotfile.com/dl/102636808/4cc8afd/SAN-READNFOTSIMAGINE-450MiB_-_Jcberry526_-CW-.part3.rar.html (http://hq-arena.com/movies/sanctum-2011-readnfo-ts-26938.html)
- http://hotfile.com/dl/102656726/d275017/Stum.TS.IMAGiNE.xtremeli.com.part1.rar.html (http://watchmoviesonlin9.blogspot.com/2011/02/sanctum-2011-ts.html)
- http://hotfile.com/dl/102657672/fba1ae4/Stum.TS.IMAGiNE.xtremeli.com.part2.rar.html (http://watchmoviesonlin9.blogspot.com/2011/02/sanctum-2011-ts.html)
- http://hotfile.com/dl/102657280/e0bf4c8/Stum.TS.IMAGiNE.xtremeli.com.part3.rar.html (http://watchmoviesonlin9.blogspot.com/2011/02/sanctum-2011-ts.html)
- http://hotfile.com/dl/102657775/07270b6/Stum.TS.IMAGiNE.xtremeli.com.part4.rar.html (http://watchmoviesonlin9.blogspot.com/2011/02/sanctum-2011-ts.html)
- http://hotfile.com/dl/102664637/8f60fc9/Sanctum.TS.IMAGiNE.part1.rar.html (http://www.warezws.com/viewtopic.php?f=11&t=113182)
- http://hotfile.com/dl/102664816/0eb05b7/Sanctum.TS.IMAGiNE.part2.rar.html (http://www.warezws.com/viewtopic.php?f=11&t=113182)
- http://hotfile.com/dl/102666893/f9a0960/Sanctum.TS.IMAGiNE.part3.rar.html (http://www.warezws.com/viewtopic.php?f=11&t=113182)
- http://hotfile.com/dl/102665840/417ebdf/Sanctum.TS.IMAGiNE.part4.rar.html (http://www.warezws.com/viewtopic.php?f=11&t=113182)
- http://hotfile.com/dl/102554410/ddfd2a0/Sanctum.2011.CAMRip.XviD.DMZ.part1.rar.html (http://www.0daydl.com/movies/130323-sanctum-2011-camrip-xvid-dmz.html)
- http://hotfile.com/dl/102554414/ed93910/Sanctum.2011.CAMRip.XviD.DMZ.part2.rar.html (http://www.0daydl.com/movies/130323-sanctum-2011-camrip-xvid-dmz.html)
- http://hotfile.com/dl/102554457/ce3567e/Sanctum.2011.CAMRip.XviD.DMZ.part3.rar.html (http://www.0daydl.com/movies/130323-sanctum-2011-camrip-xvid-dmz.html)
- http://hotfile.com/dl/102554509/3a1d0b3/Sanctum.2011.CAMRip.XviD.DMZ.part4.rar.html (http://www.0daydl.com/movies/130323-sanctum-2011-camrip-xvid-dmz.html)
- http://hotfile.com/dl/102554519/b12c974/Sanctum.2011.CAMRip.XviD.DMZ.part5.rar.html (http://www.0daydl.com/movies/130323-sanctum-2011-camrip-xvid-dmz.html)
- http://hotfile.com/dl/102554563/19da915/Sanctum.2011.CAMRip.XviD.DMZ.part6.rar.html (http://www.0daydl.com/movies/130323-sanctum-2011-camrip-xvid-dmz.html)
- http://hotfile.com/dl/102554586/73be1cf/Sanctum.2011.CAMRip.XviD.DMZ.part7.rar.html (http://www.0daydl.com/movies/130323-sanctum-2011-camrip-xvid-dmz.html)
- http://hotfile.com/dl/102716354/b6f400e/Santuario.CW.part1.rar.html (http://hotfileserve.com/sanctum-2010-ts-imagine-649998/)
- http://hotfile.com/dl/102716361/cb057c9/Santuario.CW.part2.rar.html (http://hotfileserve.com/sanctum-2010-ts-imagine-649998/)

HF00151056

- http://hotfile.com/dl/102716203/c5b7f83/Santuario.CW.part4.rar.html (http://hotfileserve.com/sanctum-2010-ts-imagine-649998/)
- http://hotfile.com/dl/102716375/03ec2c4/Santuario.CW.part3.rar.html (http://hotfileserve.com/sanctum-2010-ts-imagine-649998/)
- http://hotfile.com/dl/102710341/8934a01/Sanctum10_TS_XviD_IMAGINE.avi.001.html (http://bayw.org/viewtopic.php?t=2919412)
- http://hotfile.com/dl/102710514/3f9b462/Sanctum10_TS_XviD_IMAGINE.avi.002.html (http://bayw.org/viewtopic.php?t=2919412)
- http://hotfile.com/dl/102710540/139685f/Sanctum10_TS_XviD_IMAGINE.avi.003.html (http://bayw.org/viewtopic.php?t=2919412)
- http://hotfile.com/dl/102710482/436ff25/Sanctum10_TS_XviD_IMAGINE.avi.004.html (http://bayw.org/viewtopic.php?t=2919412)
- http://hotfile.com/dl/102535590/26d747d/SAN-TS-IMAGiNE.part1.rar.html (http://bayw.org/viewtopic.php?t=2916668)
- http://hotfile.com/dl/102535615/27eaf88/SAN-TS-IMAGiNE.part2.rar.html (http://bayw.org/viewtopic.php?t=2916668)
- http://hotfile.com/dl/102535630/06352b5/SAN-TS-IMAGiNE.part3.rar.html (http://bayw.org/viewtopic.php?t=2916668)
- http://hotfile.com/dl/102535624/074900d/SAN-TS-IMAGiNE.part4.rar.html (http://bayw.org/viewtopic.php?t=2916668)
- http://hotfile.com/dl/102523517/fefda88/Sanctum.2010.TS.XviD.IMAGINE.part1.rar.html (http://www.hitiz.org/dvdscr-r5-ts-cam/62902-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102523528/e428e7f/Sanctum.2010.TS.XviD.IMAGINE.part2.rar.html (http://www.hitiz.org/dvdscr-r5-ts-cam/62902-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102522408/54460c9/Sanctum.2010.TS.XviD.IMAGINE.part3.rar.html (http://www.hitiz.org/dvdscr-r5-ts-cam/62902-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102640259/9121f65/Sanctum.2010.TS.IMAGiNE.part1.rar.html (http://downw.org/movies/342497-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102640333/f04ef2b/Sanctum.2010.TS.IMAGiNE.part2.rar.html (http://downw.org/movies/342497-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102640347/0188018/Sanctum.2010.TS.IMAGiNE.part3.rar.html (http://downw.org/movies/342497-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102640369/b3c39d1/Sanctum.2010.TS.IMAGiNE.part4.rar.html (http://downw.org/movies/342497-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102640452/e1680a2/Sanctum.2010.TS.IMAGiNE.part5.rar.html (http://downw.org/movies/342497-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102640765/8c17f6d/Sanctum.2010.TS.IMAGiNE.part6.rar.html (http://downw.org/movies/342497-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102640942/dfc0b65/Sanctum.2010.TS.IMAGiNE.part7.rar.html (http://downw.org/movies/342497-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102641636/b808702/Sanctum.2010.TS.IMAGiNE.part8.rar.html (http://downw.org/movies/342497-sanctum-2011-ts-xvid-imagine.html)
- http://hotfile.com/dl/102719628/d9fe0dc/SanctumMTV.part1.rar.html (http://downloadbox.org/movies/sanctum-2010-ts-xvid-mtv_96160.html?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Downloadboxorg+%28DownloadBox.org+-+your+daily+download+place%29)
- http://hotfile.com/dl/102719627/d6cb9dd/SanctumMTV.part2.rar.html (http://downloadbox.org/movies/sanctum-2010-ts-xvid-mtv_96160.html?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Downloadboxorg+%28DownloadBox.org+-+your+daily+download+place%29)
- http://hotfile.com/dl/102719629/d848c97/SanctumMTV.part3.rar.html (http://downloadbox.org/movies/sanctum-2010-ts-xvid-

mtv_96160.html?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Downloadb oxorg+%28DownloadBox.org+-+your+daily+download+place%29)

- http://hotfile.com/dl/102719626/d1c5eb4/Sanctum_2010_TS_XViD_-_MTV.avi.html (http://imfamous.softarchive.net/sanctum_ts_xvid_mtv.581685.html?utm_source=feedburner&utm_med ium=feed&utm_campaign=Feed%3A+softarchivenet+%28SOFTARCHiVE.NET+MAiN+PAGE%29)
- http://hotfile.com/dl/102719625/6bf2205/Sanctum_imfamous.softarchive.net_MTV.part1.rar.html (http://imfamous.softarchive.net/sanctum_ts_xvid_mtv.581685.html?utm_source=feedburner&utm_med ium=feed&utm_campaign=Feed%3A+softarchivenet+%28SOFTARCHiVE.NET+MAiN+PAGE%29)
- http://hotfile.com/dl/102719624/c7b19f5/Sanctum_imfamous.softarchive.net_MTV.part2.rar.html (http://imfamous.softarchive.net/sanctum_ts_xvid_mtv.581685.html?utm_source=feedburner&utm_med ium=feed&utm_campaign=Feed%3A+softarchivenet+%28SOFTARCHiVE.NET+MAiN+PAGE%29)
- http://hotfile.com/dl/102719623/9a666a2/Sanctum_imfamous.softarchive.net_MTV.part3.rar.html (http://imfamous.softarchive.net/sanctum_ts_xvid_mtv.581685.html?utm_source=feedburner&utm_med ium=feed&utm_campaign=Feed%3A+softarchivenet+%28SOFTARCHiVE.NET+MAiN+PAGE%29)
- http://hotfile.com/dl/102707952/2569ce7/sanctum2010TSXviD.mayonez.net.part1.rar.html (http://www.mayonez.net/filmler/vizyon-filmler/49712-kutsal-yer-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102707957/f455282/sanctum2010TSXviD.mayonez.net.part2.rar.html (http://www.mayonez.net/filmler/vizyon-filmler/49712-kutsal-yer-sanctum-2010-ts-xvid.html)
- http://hotfda.com/dl/102707956/cfda2eb/sanctum2010TSXviD.mayonez.net.part3.rar.html (http://www.mayonez.net/filmler/vizyon-filmler/49712-kutsal-yer-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102707955/edb1ff1/sanctum2010TSXviD.mayonez.net.part4.rar.html (http://www.mayonez.net/filmler/vizyon-filmler/49712-kutsal-yer-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102707954/9fb8dd0/sanctum2010TSXviD.mayonez.net.part5.rar.html (http://www.mayonez.net/filmler/vizyon-filmler/49712-kutsal-yer-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102707953/af1d618/sanctum2010TSXviD.mayonez.net.part6.rar.html (http://www.mayonez.net/filmler/vizyon-filmler/49712-kutsal-yer-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102719226/e8765a6/Sanctum_2010_TS_XViD_-_MTV.avi.html (http://www.desirulez.net/showthread.php?t=186294&p=418725#post418725)
- http://hotfile.com/dl/102650019/a4f0034/Sanctum.2010.TS.XViD-IMAGiNE.avi.html (http://www.desirulez.net/showthread.php?t=186294&p=418725#post418725)
- http://hotfile.com/dl/102728993/88dbcf3/Sanctum_2010_TS_XViD_-_IMAGiNE.part1.rar.html (http://www.kopicik.com/tv-film/83037-sanctum2010eng.html)
- http://hotfile.com/dl/102731126/dab3bd4/Sanctum_2010_TS_XViD_-_IMAGiNE.part2.rar.html (http://www.kopicik.com/tv-film/83037-sanctum2010eng.html)
- http://hotfile.com/dl/102733402/2ea33b3/Sanctum_2010_TS_XViD_-_IMAGiNE.part3.rar.html (http://www.kopicik.com/tv-film/83037-sanctum2010eng.html)
- http://hotfile.com/dl/102734734/e061ae5/Sanctum_2010_TS_XViD_-_IMAGiNE.part4.rar.html (http://www.kopicik.com/tv-film/83037-sanctum2010eng.html)
- http://hotfile.com/dl/102741547/1b35565/Sanctum_2010_TS_XViD_-_MTV.part1.rar.html (http://rs1click.com/movies/36708-sanctum-2011-ts-xvid-mtv.html)
- http://hotfile.com/dl/102741536/f88112b/Sanctum_2010_TS_XViD_-_MTV.part2.rar.html (http://rs1click.com/movies/36708-sanctum-2011-ts-xvid-mtv.html)
- http://hotfile.com/dl/102741537/45a1e55/Sanctum_2010_TS_XViD_-_MTV.part3.rar.html (http://rs1click.com/movies/36708-sanctum-2011-ts-xvid-mtv.html)
- http://hotfile.com/dl/102741534/5325b72/Sanctum_2010_TS_XViD_-_MTV.part4.rar.html (http://rs1click.com/movies/36708-sanctum-2011-ts-xvid-mtv.html)
- http://hotfile.com/dl/102741538/acbd4cb/Sanctum_2010_TS_XViD_-_MTV.part5.rar.html (http://rs1click.com/movies/36708-sanctum-2011-ts-xvid-mtv.html)
- http://hotfile.com/dl/102741535/aedb528/Sanctum_2010_TS_XViD_-_MTV.part6.rar.html (http://rs1click.com/movies/36708-sanctum-2011-ts-xvid-mtv.html)
- http://hotfile.com/dl/88704415/29c26ff/Naiild..part1.rar.html (http://filefair.net/movies/132320-sanctum-2010-ts-xvid-imagine.html)

HF00151058

- http://hotfile.com/dl/102740461/def2104/Sanctum.TS.P24.part1.rar.html (http://bayw.org/viewtopic.php?t=2920036)
- http://hotfile.com/dl/102740459/43e13a7/Sanctum.TS.P24.part2.rar.html (http://bayw.org/viewtopic.php?t=2920036)
- http://hotfile.com/dl/102742779/e9c9a85/Sanctum.TS.P24.part3.rar.html (http://bayw.org/viewtopic.php?t=2920036)
- http://hotfile.com/dl/102742975/a713838/Sanctum.TS.P24.part4.rar.html (http://bayw.org/viewtopic.php?t=2920036)
- http://hotfile.com/dl/102748357/55b6448/Sanc.2011.part01.rar.html (http://www.warez4u.info/movies/108489-sanctum-2011-tsync-xvid.html)
- http://hotfile.com/dl/102748406/f9fe87c/Sanc.2011.part02.rar.html (http://www.warez4u.info/movies/108489-sanctum-2011-tsync-xvid.html)
- http://hotfile.com/dl/102748447/adf15aa/Sanc.2011.part03.rar.html (http://www.warez4u.info/movies/108489-sanctum-2011-tsync-xvid.html)
- http://hotfile.com/dl/102748437/ba113ca/Sanc.2011.part04.rar.html (http://www.warez4u.info/movies/108489-sanctum-2011-tsync-xvid.html)
- http://hotfile.com/dl/102748512/7f10ef8/Sanc.2011.part05.rar.html (http://www.warez4u.info/movies/108489-sanctum-2011-tsync-xvid.html)
- http://hotfile.com/dl/102748592/063d667/Sanc.2011.part07.rar.html (http://www.warez4u.info/movies/108489-sanctum-2011-tsync-xvid.html)
- http://hotfile.com/dl/102748680/4cf9b91/Sanc.2011.part08.rar.html (http://www.warez4u.info/movies/108489-sanctum-2011-tsync-xvid.html)
- http://hotfile.com/dl/102727338/91a1d40/Sanctum.TS.IMAGiNE.part1.rar.html (http://bayw.org/viewtopic.php?t=2844909)
- http://hotfile.com/dl/102722824/7c243e0/Sanctum.TS.IMAGiNE.part2.rar.html (http://bayw.org/viewtopic.php?t=2844909)
- http://hotfile.com/dl/102727573/2fac6e9/Sanctum.TS.IMAGiNE.part3.rar.html (http://bayw.org/viewtopic.php?t=2844909)
- http://hotfile.com/dl/102715393/7ba07b4/Sanctum.TS.IMAGiNE.part4.rar.html (http://bayw.org/viewtopic.php?t=2844909)
- http://hotfile.com/dl/102757992/1e74a2c/Sanc.2011.part01.rar.html (http://www.warezlobby.org/movies/2403853-sanctum-2011-tsync-xvid.html)
- http://hotfile.com/dl/102758033/1baaba7/Sanc.2011.part02.rar.html (http://www.warezlobby.org/movies/2403853-sanctum-2011-tsync-xvid.html)
- http://hotfile.com/dl/102758248/d74cc70/Sanc.2011.part03.rar.html (http://www.warezlobby.org/movies/2403853-sanctum-2011-tsync-xvid.html)
- http://hotfile.com/dl/102758435/c4f03f9/Sanc.2011.part04.rar.html (http://www.warezlobby.org/movies/2403853-sanctum-2011-tsync-xvid.html)
- http://hotfile.com/dl/102758583/9681f0b/Sanc.2011.part05.rar.html (http://www.warezlobby.org/movies/2403853-sanctum-2011-tsync-xvid.html)
- http://hotfile.com/dl/102758650/0a7e179/Sanc.2011.part07.rar.html (http://www.warezlobby.org/movies/2403853-sanctum-2011-tsync-xvid.html)
- http://hotfile.com/dl/102758700/6a83dca/Sanc.2011.part08.rar.html (http://www.warezlobby.org/movies/2403853-sanctum-2011-tsync-xvid.html)
- http://hotfile.com/dl/102778256/80b88d3/SanctumMTV.part1.rar.html (http://www.goleech.org/movies/sanctum-2010-ts-xvid-mtv?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+goleech%2Frss+%28Go Leech.org%29)
- http://hotfile.com/dl/102778387/804adb8/SanctumMTV.part2.rar.html (http://www.goleech.org/movies/sanctum-2010-ts-xvid-mtv?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+goleech%2Frss+%28Go Leech.org%29)

CONFIDENTIAL

HF00151059

- http://hotfile.com/dl/102778450/6eef64b/SanctumMTV.part3.rar.html (http://www.goleech.org/movies/sanctum-2010-ts-xvid-mtv?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+goleech%2Frss+%28Go Leech.org%29)
- http://hotfile.com/dl/102778485/e99070b/SanctumMTV.part4.rar.html (http://www.goleech.org/movies/sanctum-2010-ts-xvid-mtv?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+goleech%2Frss+%28Go Leech.org%29)
- http://hotfile.com/dl/102775992/2a64dc4/sactm_2010ts_xvid-bckup.avi.html (http://www.freshwap.net/forums/movies/3120282-sanctum-2010-ts-xvid.html)
- http://hotfile.com/dl/102724224/042f6a0/Sanctum_2010_TS_XViD_-_MTV.avi.html (http://www.final4ever.com/showthread.php?p=6442724#post6442724)
- http://hotfile.com/dl/102764893/2acfce9/Sanctum.2010.TS.IMAGiNE.part1.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/102765008/671edd6/Sanctum.2010.TS.IMAGiNE.part2.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/102765004/25027aa/Sanctum.2010.TS.IMAGiNE.part3.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/102765102/74c5c03/Sanctum.2010.TS.IMAGiNE.part4.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/102765111/be27b40/Sanctum.2010.TS.IMAGiNE.part5.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/102765124/e6aa875/Sanctum.2010.TS.IMAGiNE.part6.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/102765165/3bde99f/Sanctum.2010.TS.IMAGiNE.part7.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/102765199/5367e97/Sanctum.2010.TS.IMAGiNE.part8.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/102765224/5f1107c/shameless.us.s01e05.720p.hdtv.x264-immerse.part1.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/102765301/169397d/shameless.us.s01e05.720p.hdtv.x264-immerse.part2.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/102765331/185f8dd/shameless.us.s01e05.720p.hdtv.x264-immerse.part3.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/102765352/3eb3be2/shameless.us.s01e05.720p.hdtv.x264-immerse.part4.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/102765411/cb1665b/shameless.us.s01e05.720p.hdtv.x264-immerse.part5.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/101988576/0a2e441/The.Troll.Hunter.2010.480p.BRRip.XviD.AC3-ViSiON.part1.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/101988606/15d1b14/The.Troll.Hunter.2010.480p.BRRip.XviD.AC3-ViSiON.part2.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/101988629/d008801/The.Troll.Hunter.2010.480p.BRRip.XviD.AC3-ViSiON.part3.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/101988670/b839fb2/The.Troll.Hunter.2010.480p.BRRip.XviD.AC3-ViSiON.part4.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/101988705/5eccabf/The.Troll.Hunter.2010.480p.BRRip.XviD.AC3-ViSiON.part5.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/101988918/4ab5a9d/The.Troll.Hunter.2010.480p.BRRip.XviD.AC3-ViSiON.part6.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/101988882/0201e67/The.Troll.Hunter.2010.480p.BRRip.XviD.AC3-ViSiON.part7.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)

HF00151060

- http://hotfile.com/dl/101987591/0974636/Spartacus.Gods.of.the.Arena.Pt.III.720p.HDTV.x264-IMMERSE.part1.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/101987778/3d2a174/Spartacus.Gods.of.the.Arena.Pt.III.720p.HDTV.x264-IMMERSE.part2.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/101987879/b51d8b1/Spartacus.Gods.of.the.Arena.Pt.III.720p.HDTV.x264-IMMERSE.part3.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/101987916/a76ff4e/Spartacus.Gods.of.the.Arena.Pt.III.720p.HDTV.x264-IMMERSE.part4.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/101987928/260bb58/Spartacus.Gods.of.the.Arena.Pt.III.720p.HDTV.x264-IMMERSE.part5.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/101987953/0686d1e/Spartacus.Gods.of.the.Arena.Pt.III.720p.HDTV.x264-IMMERSE.part6.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/101988000/0431350/Spartacus.Gods.of.the.Arena.Pt.III.720p.HDTV.x264-IMMERSE.part7.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/101988059/73b8754/Spartacus.Gods.of.the.Arena.Pt.III.720p.HDTV.x264-IMMERSE.part8.rar.html (http://www.social-flicks.info/movie-downloads/sanctum-2011-ts-xvid-imagine/)
- http://hotfile.com/dl/102653585/2c9df02/DownloadXtreme.com.Sanctum.part1.rar.html (http://www.downloadxtreme.com/index.php/20110207/sanctum-2011/)
- http://hotfile.com/dl/102653257/7ee370f/DownloadXtreme.com.Sanctum.part2.rar.html (http://www.downloadxtreme.com/index.php/20110207/sanctum-2011/)
- http://hotfile.com/dl/102653886/424426f/DownloadXtreme.com.Sanctum.part3.rar.html (http://www.downloadxtreme.com/index.php/20110207/sanctum-2011/)
- http://hotfile.com/dl/102654108/5ebf5f4/DownloadXtreme.com.Sanctum.part4.rar.html (http://www.downloadxtreme.com/index.php/20110207/sanctum-2011/)
- http://hotfile.com/dl/102600437/b147284/Sanc.2011.part01.rar.html (http://www.rlsall.com/movies/44434-sanctum.html)
- http://hotfile.com/dl/102600438/a67aa3f/Sanc.2011.part02.rar.html (http://www.rlsall.com/movies/44434-sanctum.html)
- http://hotfile.com/dl/102601063/1f3bc3f/Sanc.2011.part03.rar.html (http://www.rlsall.com/movies/44434-sanctum.html)
- http://hotfile.com/dl/102601064/bf0e9eb/Sanc.2011.part04.rar.html (http://www.rlsall.com/movies/44434-sanctum.html)
- http://hotfile.com/dl/102601068/aba9bbf/Sanc.2011.part05.rar.html (http://www.rlsall.com/movies/44434-sanctum.html)
- http://hotfile.com/dl/102601075/c18d181/Sanc.2011.part06.rar.html (http://www.rlsall.com/movies/44434-sanctum.html)
- http://hotfile.com/dl/102601154/87d77ff/Sanc.2011.part07.rar.html (http://www.rlsall.com/movies/44434-sanctum.html)
- http://hotfile.com/dl/102601324/01b41fd/Sanc.2011.part08.rar.html (http://www.rlsall.com/movies/44434-sanctum.html)
- http://hotfile.com/dl/102832218/19b8875/Sanctum_2010_TS-pass-hot-m.com.part1.rar.html (http://www.hot-m.com/2011/02/mediafiredownload-or-see-online-film-sanctum-2011.html)
- http://hotfile.com/dl/102832316/f8aed31/Sanctum_2010_TS-pass-hot-m.com.part2.rar.html (http://www.hot-m.com/2011/02/mediafiredownload-or-see-online-film-sanctum-2011.html)

HF00151061

- http://hotfile.com/dl/102832271/ecb1629/Sanctum_2010_TS-pass-hot-m.com.part3.rar.html (http://www.hot-m.com/2011/02/mediafiredownload-or-see-online-film-sanctum-2011.html)
- http://hotfile.com/dl/102832003/10dc6d9/Sanctum_2010_TS-pass-hot-m.com.part4.rar.html (http://www.hot-m.com/2011/02/mediafiredownload-or-see-online-film-sanctum-2011.html)
- http://hotfile.com/dl/102539642/43c4758/Sanctum.2010.TS.IMAGiNE.part4.rar.html (http://www.gsmvn.vn/forum/f190/sanctum-2011-ts-xvid-imagine-194956.html)
- http://hotfile.com/dl/102539601/5046d64/Sanctum.2010.TS.IMAGiNE.part3.rar.html (http://www.gsmvn.vn/forum/f190/sanctum-2011-ts-xvid-imagine-194956.html)
- http://hotfile.com/dl/102539561/b03374d/Sanctum.2010.TS.IMAGiNE.part2.rar.html (http://www.gsmvn.vn/forum/f190/sanctum-2011-ts-xvid-imagine-194956.html)
- http://hotfile.com/dl/102539553/30a5aaa/Sanctum.2010.TS.IMAGiNE.part1.rar.html (http://www.gsmvn.vn/forum/f190/sanctum-2011-ts-xvid-imagine-194956.html)
- http://hotfile.com/dl/102539643/6566192/Sanctum.2010.TS.IMAGiNE.part5.rar.html (http://www.gsmvn.vn/forum/f190/sanctum-2011-ts-xvid-imagine-194956.html)
- http://hotfia.com/dl/102531644/1fa2fc7/Sanctum.2010.TS.IMAGiNE.part8.rar.html (http://www.gsmvn.vn/forum/f190/sanctum-2011-ts-xvid-imagine-194956.html)
- http://hotfile.com/dl/102539650/5ba7109/Sanctum.2010.TS.IMAGiNE.part6.rar.html (http://www.gsmvn.vn/forum/f190/sanctum-2011-ts-xvid-imagine-194956.html)
- http://hotfile.com/dl/102539796/ab25109/Sanctum.2010.TS.IMAGiNE.part7.rar.html (http://www.gsmvn.vn/forum/f190/sanctum-2011-ts-xvid-imagine-194956.html)
- http://hotfile.com/dl/102810575/7c41084/Sanctum.part1.rar.html (http://www.freshwap.net/forums/movies/3123268-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102810577/1e636ef/Sanctum.part2.rar.html (http://www.freshwap.net/forums/movies/3123268-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102810822/384ae31/Sanctum.part3.rar.html (http://www.freshwap.net/forums/movies/3123268-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102810856/f6160c5/Sanctum.part4.rar.html (http://www.freshwap.net/forums/movies/3123268-sanctum-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102550598/33f46e1/w-h-sanctum20201020ts-english-xvid20-20imagine.avi.part2.rar.html (http://serbianforum.org/strani-filmovi/184440-sanctum-2011-a.html)
- http://hotfile.com/dl/102549265/dce4d38/w-h-sanctum20201020ts-english-xvid20-20imagine.avi.part1.rar.html (http://serbianforum.org/strani-filmovi/184440-sanctum-2011-a.html)
- http://hotfile.com/dl/102546225/ded1cb6/w-h-sanctum20201020ts-english-xvid20-20imagine.avi.part3.rar.html (http://serbianforum.org/strani-filmovi/184440-sanctum-2011-a.html)
- http://hotfile.com/dl/102848115/f6f3f14/w-h-sanctum20201020ts-english-xvid20-20imagine.avi.part4.rar.html (http://serbianforum.org/strani-filmovi/184440-sanctum-2011-a.html)

## Saw 3D

- http://hotfile.com/dl/98264966/980e9e5/0saw.vII.R5.Dublado.ADM.rar.html (http://admfilmes.com/2010/10/jogos-mortais-%E2%80%93-o-final-saw-3d/)
- http://hotfile.com/dl/102829106/6fb2ee9/J.M.O.Final.DVDRip.Dual.avi.html (http://www.baixarfilmesdownload.net/baixar/filme-jogos-mortais-o-final-saw-3d-dvdrip-xvid-dual-audio/download-gratis)
- http://hotfile.com/dl/102830240/8021019/leg-JM-FINAL.rar.html (http://www.baixarfilmesdownload.net/baixar/filme-jogos-mortais-o-final-saw-3d-dvdrip-xvid-dual-audio/download-gratis)
- http://hotfile.com/dl/102828907/923fa75/J.M.O.Final.DVDRip.LPark.Dub.rmvb.html (http://www.cenafinal.com.br/2011/02/08/download-jogos-mortais-o-final-saw-3d-dvdrip-rmvb-dublado/)
- http://hotfile.com/dl/103000056/01d24a9/J.M.O.Final.DVDRip.cybernets.Dub.rmvb.html (http://filmesbrnet.blogspot.com/2011/02/jogos-mortais-o-final-saw-3d-dvdrip.html)

HF00151062

# 3 prochains jours

- http://hotfile.com/dl/102858828/9387010/The.Next.Three.Days.PPVRip.x264.AAC-iGET.mkv.html (http://www.tinydl.com/movies/1059300531-the-next-three-days-2010-ppvrip-x264-aac-iget.html)
- http://hotfile.com/dl/66585863/078e242/Danny_Elfman-The_Next_Three_Days_OST_2011-FRAY.rar.html (http://rlsfeed.com/music/danny-elfman-the-next-three-days-ost-2011-fray.html)
- http://hotfile.com/dl/102758660/2a8c9a3/OneClickMoviez.Com-NextThreeDays-CM8.avi.html (http://www.fileavatar.com/2011/02/free-movie-the-next-three-days-2010-ppvrip-xvid-ac3-hive-cm8-7.html)
- http://hotfile.com/dl/102752639/2657613/TN3D-PPV-HiVECM8_SAMPLE_-_Jcberry526_-CW-.rar.html (http://www.warez-bb.org/viewtopic.php?t=8586995)
- http://hotfile.com/dl/102752963/77b66f8/TN3D-PPV-HiVECM8_-_Jcberry526_-CW-.part1.rar.html (http://www.warez-bb.org/viewtopic.php?t=8586995)
- http://hotfile.com/dl/102753422/60521f3/TN3D-PPV-HiVECM8_-_Jcberry526_-CW-.part2.rar.html (http://www.warez-bb.org/viewtopic.php?t=8586995)
- http://hotfile.com/dl/102753258/35da3a7/TN3D-PPV-HiVECM8_-_Jcberry526_-CW-.part3.rar.html (http://www.warez-bb.org/viewtopic.php?t=8586995)
- http://hotfile.com/dl/102751336/cd8ba1f/TN3D-PPV-HiVECM8_-_Jcberry526_-CW-.part4.rar.html (http://www.warez-bb.org/viewtopic.php?t=8586995)
- http://hotfile.com/dl/102622949/d3775b3/The.Next.Three.Days.2010.PPVRiP.XVID.AC3.Hive-CM8-released.ws.part1.rar.html (http://www.sharetera.com/movies/The-Next-Three-Days--2010--513736.html)
- http://hotfile.com/dl/102623184/c45466e/The.Next.Three.Days.2010.PPVRiP.XVID.AC3.Hive-CM8-released.ws.part2.rar.html (http://www.sharetera.com/movies/The-Next-Three-Days--2010--513736.html)
- http://hotfile.com/dl/102703130/9d395f7/www.WarezShares.org.Gh0st.The.Next.Three.Days.2010.PPVRIP.IFLIX.part1.rar.html (http://www.sharetera.com/movies/The-Next-Three-Days--2010--513707.html)
- http://hotfile.com/dl/102704560/927338c/www.WarezShares.org.Gh0st.The.Next.Three.Days.2010.PPVRIP.IFLIX.part2.rar.html (http://www.sharetera.com/movies/The-Next-Three-Days--2010--513707.html)
- http://hotfile.com/dl/102705409/8119efe/www.WarezShares.org.Gh0st.The.Next.Three.Days.2010.PPVRIP.IFLIX.part3.rar.html (http://www.sharetera.com/movies/The-Next-Three-Days--2010--513707.html)
- http://hotfile.com/dl/102706016/7e70978/www.WarezShares.org.Gh0st.The.Next.Three.Days.2010.PPVRIP.IFLIX.part4.rar.html (http://www.sharetera.com/movies/The-Next-Three-Days--2010--513707.html)
- http://hotfile.com/dl/102706351/e6a1d1c/www.WarezShares.org.Gh0st.The.Next.Three.Days.2010.PPVRIP.IFLIX.part5.rar.html (http://www.sharetera.com/movies/The-Next-Three-Days--2010--513707.html)
- http://hotfile.com/dl/102933904/aac117c/TN3D-PPV-HiVECM8_-_Jcberry526_-CW-.part4.rar.html (http://warezhaven.org/warez/video/movies/1613571-rs-hf-fs-mu-next-three-days-2010-ppvrip.html)
- http://hotfile.com/dl/102684376/233ef50/The.Next.Three.Days.2010.PPVRiP.XVID.AC3.Hive-CM8.th3scene.com.part1.rar.html (http://www.searchrapidshare.net/movie-download-the-next-three-days-2010-ppvrip-xvid-ac3-hive-cm8/)
- http://hotfile.com/dl/102684656/c9f61bd/The.Next.Three.Days.2010.PPVRiP.XVID.AC3.Hive-CM8.th3scene.com.part2.rar.html (http://www.searchrapidshare.net/movie-download-the-next-three-days-2010-ppvrip-xvid-ac3-hive-cm8/)
- http://hotfile.com/dl/102370531/731f294/the.next.three.days.2010.ppvrip-iflix_freeeeworld.info.part1.rar.html (http://www.directdownloads.ws/downloads/782105-the-next-three-days-2010-ppvrip-iflix.html)

HF00151063

- http://hotfile.com/dl/102370781/c567190/the.next.three.days.2010.ppvrip-iflix_freeeeworld.info.part2.rar.html (http://www.directdownloads.ws/downloads/782105-the-next-three-days-2010-ppvrip-iflix.html)
- http://hotfile.com/dl/102371265/868a202/the.next.three.days.2010.ppvrip-iflix_freeeeworld.info.part3.rar.html (http://www.directdownloads.ws/downloads/782105-the-next-three-days-2010-ppvrip-iflix.html)
- http://hotfile.com/dl/102371439/0632a85/the.next.three.days.2010.ppvrip-iflix_freeeeworld.info.part4.rar.html (http://www.directdownloads.ws/downloads/782105-the-next-three-days-2010-ppvrip-iflix.html)
- http://hotfile.com/dl/102371866/25dba18/the.next.three.days.2010.ppvrip-iflix_freeeeworld.info.part5.rar.html (http://www.directdownloads.ws/downloads/782105-the-next-three-days-2010-ppvrip-iflix.html)
- http://hotfile.com/dl/102372052/9d800c3/the.next.three.days.2010.ppvrip-iflix_freeeeworld.info.part6.rar.html (http://www.directdownloads.ws/downloads/782105-the-next-three-days-2010-ppvrip-iflix.html)
- http://hotfile.com/dl/102864840/c15feb8/3d.rar.html (http://rebelde69.blogspot.com/)
- http://hotfile.com/dl/102983530/3aa442c/TNTD-2010.part1.rar.html (http://www.downloadify.org/29546-the-next-three-days-2010-readnfo-ppv.html)
- http://hotfile.com/dl/102984741/44a0ca0/TNTD-2010.part2.rar.html (http://www.downloadify.org/29546-the-next-three-days-2010-readnfo-ppv.html)
- http://hotfile.com/dl/102983944/759fa8a/TNTD-2010.part3.rar.html (http://www.downloadify.org/29546-the-next-three-days-2010-readnfo-ppv.html)
- http://hotfile.com/dl/102985302/ca58ad5/TNTD-2010.part4.rar.html (http://www.downloadify.org/29546-the-next-three-days-2010-readnfo-ppv.html)
- http://hotfile.com/dl/102983635/f37ba65/TNTD-2010.part5.rar.html (http://www.downloadify.org/29546-the-next-three-days-2010-readnfo-ppv.html)
- http://hotfile.com/dl/102985150/ee314e6/TNTD-2010.part6.rar.html (http://www.downloadify.org/29546-the-next-three-days-2010-readnfo-ppv.html)
- http://hotfile.com/dl/102984504/9626ce8/TNTD-2010.part7.rar.html (http://www.downloadify.org/29546-the-next-three-days-2010-readnfo-ppv.html)
- http://hotfile.com/dl/102984825/f49e835/TNTD-2010.part8.rar.html (http://www.downloadify.org/29546-the-next-three-days-2010-readnfo-ppv.html)

## Le dernier des templiers

- http://hotfile.com/dl/96000777/8c72c6b/Season.Of.The.Witch.CAM.XViD-IMAGiNE.part1.rar.html (http://www.rslinks.org/tags/fantasy?page=6)
- http://hotfile.com/dl/96000929/4dd6f55/Season.Of.The.Witch.CAM.XViD-IMAGiNE.part2.rar.html (http://www.rslinks.org/tags/fantasy?page=6)
- http://hotfile.com/dl/101007982/551af3f/3012011m2_The.King.Blaze12345.part1.rar.html (http://3rabwarez.com/movies/156571-season-of-the-witch-2011-ts-v2-x264-jcberryhffs.html)
- http://hotfile.com/dl/101007985/6e52eae/3012011m2_The.King.Blaze12345.part2.rar.html (http://3rabwarez.com/movies/156571-season-of-the-witch-2011-ts-v2-x264-jcberryhffs.html)
- http://hotfile.com/dl/101007987/7b143d6/3012011m2_The.King.Blaze12345.part3.rar.html (http://3rabwarez.com/movies/156571-season-of-the-witch-2011-ts-v2-x264-jcberryhffs.html)
- http://hotfile.com/dl/101007990/f6665bf/3012011m2_The.King.Blaze12345.part4.rar.html (http://3rabwarez.com/movies/156571-season-of-the-witch-2011-ts-v2-x264-jcberryhffs.html)
- http://hotfile.com/dl/99994594/4ea4f8d/come.fly.with.me.2010.s01e06.hdtv.xvid-bia.avi.html (http://www.rlsbb.com/?s=Season+of+the+Witch)
- http://hotfile.com/dl/98296508/2f4716d/Come.Fly.With.Me.2010.S01E05.HDTV.XviD-BiA.avi.html (http://www.rlsbb.com/?s=Season+of+the+Witch)

- http://hotfile.com/dl/96565879/3cb9aea/come.fly.with.me.2010.s01e04.hdtv.xvid-angelic.avi.html (http://www.rlsbb.com/?s=Season+of+the+Witch)

## The fighter

- http://hotfile.com/dl/102866082/3dba24a/timpe.thefighter.avi.html (http://www.rlsmix.net/the-fighter-2010-dvdrip-xvid-ac3-timpe/)
- http://hotfile.com/dl/102869320/2b96625/The.Fighter.2010.DVDRip.XviD.Ac3.UNDEAD.part1.rar.html (http://www.superpaylas.com/35545-dovuscu-the-fighter-2010-dvdrip-ac3-xvid-undead-700-mb-turkce-altyazi.html)
- http://hotfile.com/dl/102869321/2af709a/The.Fighter.2010.DVDRip.XviD.Ac3.UNDEAD.part2.rar.html (http://www.superpaylas.com/35545-dovuscu-the-fighter-2010-dvdrip-ac3-xvid-undead-700-mb-turkce-altyazi.html)
- http://hotfile.com/dl/102869324/2e9f19b/The.Fighter.2010.DVDRip.XviD.Ac3.UNDEAD.part3.rar.html (http://www.superpaylas.com/35545-dovuscu-the-fighter-2010-dvdrip-ac3-xvid-undead-700-mb-turkce-altyazi.html)
- http://hotfile.com/dl/102869323/260f3b8/The.Fighter.2010.DVDRip.XviD.Ac3.UNDEAD.part4.rar.html (http://www.superpaylas.com/35545-dovuscu-the-fighter-2010-dvdrip-ac3-xvid-undead-700-mb-turkce-altyazi.html)
- http://hotfile.com/dl/102782642/53c31c3/Th3.Figth3r.rar.html (http://www.warez-bb.org/viewtopic.php?t=8579669)
- http://hotfile.com/dl/102646011/48c6bc2/The_Fighter_2010_DVDRiP_AC3_XViD.part1.rar.html (http://www.lafasof.com/movies/121772-the-fighter-2010-dvdrip-ac3-xvid.html)
- http://hotfile.com/dl/102646008/750d4b8/The_Fighter_2010_DVDRiP_AC3_XViD.part2.rar.html (http://www.lafasof.com/movies/121772-the-fighter-2010-dvdrip-ac3-xvid.html)
- http://hotfile.com/dl/102646010/a438e8e/The_Fighter_2010_DVDRiP_AC3_XViD.part3.rar.html (http://www.lafasof.com/movies/121772-the-fighter-2010-dvdrip-ac3-xvid.html)
- http://hotfile.com/dl/102646776/d0f9d88/The_Fighter_2010_DVDRiP_AC3_XViD.part4.rar.html (http://www.lafasof.com/movies/121772-the-fighter-2010-dvdrip-ac3-xvid.html)
- http://hotfile.com/dl/102646884/7d70256/The_Fighter_2010_DVDRiP_AC3_XViD.part5.rar.html (http://www.lafasof.com/movies/121772-the-fighter-2010-dvdrip-ac3-xvid.html)
- http://hotfile.com/dl/102646893/4720e58/The_Fighter_2010_DVDRiP_AC3_XViD.part6.rar.html (http://www.lafasof.com/movies/121772-the-fighter-2010-dvdrip-ac3-xvid.html)
- http://hotfile.com/dl/102647779/19e5768/The_Fighter_2010_DVDRiP_AC3_XViD.part7.rar.html (http://www.lafasof.com/movies/121772-the-fighter-2010-dvdrip-ac3-xvid.html)
- http://hotfile.com/dl/102830203/ad1406a/The.Fighter.2010.DVDrip.480p.x264_by.tenzin.mkv.html (http://divxmerkezi.com/mp4-mkv-rmvb/142030-fighter-dovuscu-2010-dvdrip-480p-x264-400mb-mkv.html)
- http://hotfile.com/dl/102765414/dd3c1a2/The.Fighter.2010.DVDRip.XviD.AC3.UNDEAD.part1.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102765377/811e7f1/The.Fighter.2010.DVDRip.XviD.AC3.UNDEAD.part2.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102765449/63d91ec/The.Fighter.2010.DVDRip.XviD.AC3.UNDEAD.part3.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102765530/c617cf8/The.Fighter.2010.DVDRip.XviD.AC3.UNDEAD.part4.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102765582/c0899b7/The.Fighter.2010.DVDRip.XviD.AC3.UNDEAD.part5.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102765620/0839d00/The.Fighter.2010.DVDRip.XviD.AC3.UNDEAD.part6.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102765630/d2980c6/The.Fighter.2010.DVDRip.XviD.AC3.UNDEAD.part7.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)

CONFIDENTIAL

- http://hotfile.com/dl/102765638/2a0e8f8/The.Fighter.2010.DVDRip.XviD.AC3.UNDEAD.part8.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102764694/25b0279/Its.Kind.Of.A.Funny.Story.2010.DVDRip.XviD.AC3-TDP.part1.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102764737/db3265b/Its.Kind.Of.A.Funny.Story.2010.DVDRip.XviD.AC3-TDP.part2.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102764752/9e467b5/Its.Kind.Of.A.Funny.Story.2010.DVDRip.XviD.AC3-TDP.part3.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102764776/be43379/Its.Kind.Of.A.Funny.Story.2010.DVDRip.XviD.AC3-TDP.part4.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102764848/783c57e/Its.Kind.Of.A.Funny.Story.2010.DVDRip.XviD.AC3-TDP.part5.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102764890/5af5274/Its.Kind.Of.A.Funny.Story.2010.DVDRip.XviD.AC3-TDP.part6.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102765224/5f1107c/shameless.us.s01e05.720p.hdtv.x264-immerse.part1.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102765301/169397d/shameless.us.s01e05.720p.hdtv.x264-immerse.part2.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102765331/185f8dd/shameless.us.s01e05.720p.hdtv.x264-immerse.part3.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102765352/3eb3be2/shameless.us.s01e05.720p.hdtv.x264-immerse.part4.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102765411/cb1665b/shameless.us.s01e05.720p.hdtv.x264-immerse.part5.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102764893/2acfce9/Sanctum.2010.TS.IMAGiNE.part1.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102765008/671edd6/Sanctum.2010.TS.IMAGiNE.part2.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102765004/25027aa/Sanctum.2010.TS.IMAGiNE.part3.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102765102/74c5c03/Sanctum.2010.TS.IMAGiNE.part4.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102765111/be27b40/Sanctum.2010.TS.IMAGiNE.part5.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102765124/e6aa875/Sanctum.2010.TS.IMAGiNE.part6.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102765165/3bde99f/Sanctum.2010.TS.IMAGiNE.part7.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102765199/5367e97/Sanctum.2010.TS.IMAGiNE.part8.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102408018/ca050f0/The.Resident.2011.720p.BluRay.x264-MELiTE.part01.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102408096/9189fbe/The.Resident.2011.720p.BluRay.x264-MELiTE.part02.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)

HF00151066

- http://hotfile.com/dl/102408123/812ff14/The.Resident.2011.720p.BluRay.x264-MELiTE.part03.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102408279/0ff9bb1/The.Resident.2011.720p.BluRay.x264-MELiTE.part04.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102408305/52491b2/The.Resident.2011.720p.BluRay.x264-MELiTE.part05.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102408491/2f606b4/The.Resident.2011.720p.BluRay.x264-MELiTE.part06.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102408498/2aaf221/The.Resident.2011.720p.BluRay.x264-MELiTE.part07.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102408515/662fdbc/The.Resident.2011.720p.BluRay.x264-MELiTE.part08.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102408616/7c052b6/The.Resident.2011.720p.BluRay.x264-MELiTE.part09.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102408671/e9a85e2/The.Resident.2011.720p.BluRay.x264-MELiTE.part10.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102408732/70db717/The.Resident.2011.720p.BluRay.x264-MELiTE.part11.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102408894/052aeae/The.Resident.2011.720p.BluRay.x264-MELiTE.part12.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102408928/870b75d/The.Resident.2011.720p.BluRay.x264-MELiTE.part13.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102409126/91f8cc5/The.Resident.2011.720p.BluRay.x264-MELiTE.part14.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102409135/0f75bcb/The.Resident.2011.720p.BluRay.x264-MELiTE.part15.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102409160/7481f87/The.Resident.2011.720p.BluRay.x264-MELiTE.part16.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102409257/0d88912/The.Resident.2011.720p.BluRay.x264-MELiTE.part17.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102409297/0d3bd94/The.Resident.2011.720p.BluRay.x264-MELiTE.part18.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102409337/26278dd/The.Resident.2011.720p.BluRay.x264-MELiTE.part19.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)

HF00151067

- http://hotfile.com/dl/102409448/0844939/The.Resident.2011.720p.BluRay.x264-MELiTE.part20.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102409475/9b08877/The.Resident.2011.720p.BluRay.x264-MELiTE.part21.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102409617/bb36ee9/The.Resident.2011.720p.BluRay.x264-MELiTE.part22.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102409626/fb97571/The.Resident.2011.720p.BluRay.x264-MELiTE.part23.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/102409642/3e52004/The.Resident.2011.720p.BluRay.x264-MELiTE.part24.rar.html (http://www.social-flicks.info/movie-downloads/the-fighter-2010-dvdrip-ac3-xvid-undead/)
- http://hotfile.com/dl/103027946/2a4f3bd/The.Fighter.2010.DVDrip.480p.x264_MeRCuRY.By_KeL.rar.html (http://www.freshwap.net/forums/movies/3130271-fighter-2010-dvdrip-480p-x264-400mb-mkv-1-link.html)
- http://hotfile.com/dl/103009489/a90afc0/The.Fighter.2010.DVDRip.X264.AAC-TiMPE.450MB.mp4.003.html (http://warezforum.info/300mb-movies/2639044-fighter-2010-dvdrip-450mb-mp4-x264-aac-timpe.html)
- http://hotfile.com/dl/103009583/005dcfe/The.Fighter.2010.DVDRip.X264.AAC-TiMPE.450MB.mp4.002.html (http://warezforum.info/300mb-movies/2639044-fighter-2010-dvdrip-450mb-mp4-x264-aac-timpe.html)
- http://hotfile.com/dl/103009668/5dc528d/The.Fighter.2010.DVDRip.X264.AAC-TiMPE.450MB.mp4.001.html (http://warezforum.info/300mb-movies/2639044-fighter-2010-dvdrip-450mb-mp4-x264-aac-timpe.html)
- http://hotfile.com/dl/102963884/735407c/T-F-2010-DVDRiP-NDEAD.part1.rar.html (http://www.downloadify.org/29536-the-fighter-2010-dvdrip-ac3-xvid-undead.html)
- http://hotfile.com/dl/102964016/c2ed011/T-F-2010-DVDRiP-NDEAD.part2.rar.html (http://www.downloadify.org/29536-the-fighter-2010-dvdrip-ac3-xvid-undead.html)
- http://hotfile.com/dl/102963878/3fd7c1c/T-F-2010-DVDRiP-NDEAD.part3.rar.html (http://www.downloadify.org/29536-the-fighter-2010-dvdrip-ac3-xvid-undead.html)
- http://hotfile.com/dl/102963815/8ed3691/T-F-2010-DVDRiP-NDEAD.part4.rar.html (http://www.downloadify.org/29536-the-fighter-2010-dvdrip-ac3-xvid-undead.html)
- http://hotfile.com/dl/102964195/022c42c/T-F-2010-DVDRiP-NDEAD.part5.rar.html (http://www.downloadify.org/29536-the-fighter-2010-dvdrip-ac3-xvid-undead.html)
- http://hotfile.com/dl/103055462/e5ed3c1/The_Fighter_2010_DVDRip_XviD-MXMG.part1.rar.html (http://mobitechworld.com/105103-the-fighter-2010-dvdrip-xvid-mxmg.html)
- http://hotfile.com/dl/103055468/2eb3c9e/The_Fighter_2010_DVDRip_XviD-MXMG.part2.rar.html (http://mobitechworld.com/105103-the-fighter-2010-dvdrip-xvid-mxmg.html)
- http://hotfile.com/dl/103056129/73ce6923/The_Fighter_2010_DVDRip_XviD-MXMG.part3.rar.html (http://mobitechworld.com/105103-the-fighter-2010-dvdrip-xvid-mxmg.html)
- http://hotfile.com/dl/103055493/7965608/The_Fighter_2010_DVDRip_XviD-MXMG.part4.rar.html (http://mobitechworld.com/105103-the-fighter-2010-dvdrip-xvid-mxmg.html)
- http://hotfile.com/dl/103055497/ff3b6d3/The_Fighter_2010_DVDRip_XviD-MXMG.part5.rar.html (http://mobitechworld.com/105103-the-fighter-2010-dvdrip-xvid-mxmg.html)
- http://hotfile.com/dl/103055503/6ef419b/The_Fighter_2010_DVDRip_XviD-MXMG.part6.rar.html (http://mobitechworld.com/105103-the-fighter-2010-dvdrip-xvid-mxmg.html)
- http://hotfile.com/dl/103053432/29d176a/The.Fighter.2010.DVDRip.X264.AAC-TiMPE.450MB.mkv.001.html (http://www.freshwap.net/forums/movies/3131139-fighter-2010-dvdrip-450mb-mkv-eng-sub.html)

HF00151068

- http://hotfile.com/dl/103053409/d19c39b/The.Fighter.2010.DVDRip.X264.AAC-TiMPE.450MB.mkv.002.html (http://www.freshwap.net/forums/movies/3131139-fighter-2010-dvdrip-450mb-mkv-eng-sub.html)
- http://hotfile.com/dl/103053363/b961709/The.Fighter.2010.DVDRip.X264.AAC-TiMPE.450MB.mkv.003.html (http://www.freshwap.net/forums/movies/3131139-fighter-2010-dvdrip-450mb-mkv-eng-sub.html)

## The way back

- http://hotfile.com/dl/102856926/4011637/The.Way.Back.2011.TS.x264.AAC-iGET.mkv.html (http://www.tinydl.com/movies/1059300524-the-way-back-2010-ts-x264-aac-iget.html)
- http://hotfile.com/dl/102734299/f496a87/The.Way.Back.2010.TS.XViD.AC3.HC-Subs.Hive-CM8.th3scene.com.part1.rar.html (http://th3scene.com/the-way-back-2010-ts-xvid-ac3-hc-subs-hive-cm8/)
- http://hotfile.com/dl/102736545/b5f5731/The.Way.Back.2010.TS.XViD.AC3.HC-Subs.Hive-CM8.th3scene.com.part2.rar.html (http://th3scene.com/the-way-back-2010-ts-xvid-ac3-hc-subs-hive-cm8/)
- http://hotfile.com/dl/102511267/f4f2795/_The.Way.Back.2010.TS.XViD.AC3.HC-Subs.Hive-CM8.avi.part1.rar.html (http://www.warezshares.com/index.php?/topic/874839-multi-the-way-back-2010-ts-xvid-ac3-hc-subs-hive-cm8/)
- http://hotfile.com/dl/102511268/f9a438a/_The.Way.Back.2010.TS.XViD.AC3.HC-Subs.Hive-CM8.avi.part2.rar.html (http://www.warezshares.com/index.php?/topic/874839-multi-the-way-back-2010-ts-xvid-ac3-hc-subs-hive-cm8/)
- http://hotfile.com/dl/102511269/13d284c/_The.Way.Back.2010.TS.XViD.AC3.HC-Subs.Hive-CM8.avi.part3.rar.html (http://www.warezshares.com/index.php?/topic/874839-multi-the-way-back-2010-ts-xvid-ac3-hc-subs-hive-cm8/)
- http://hotfile.com/dl/102511270/045bfc5/_The.Way.Back.2010.TS.XViD.AC3.HC-Subs.Hive-CM8.avi.part4.rar.html (http://www.warezshares.com/index.php?/topic/874839-multi-the-way-back-2010-ts-xvid-ac3-hc-subs-hive-cm8/)
- http://hotfile.com/dl/102511271/5877b97/_The.Way.Back.2010.TS.XViD.AC3.HC-Subs.Hive-CM8.avi.part5.rar.html (http://www.warezshares.com/index.php?/topic/874839-multi-the-way-back-2010-ts-xvid-ac3-hc-subs-hive-cm8/)
- http://hotfile.com/dl/102056489/bbf09f2/BananaShare.Org_twb-img.part01.rar.html (http://www.bananashare.org/movie/the-way-back-2010)
- http://hotfile.com/dl/102077617/2954bee/BananaShare.Org_twb-img.part02.rar.html (http://www.bananashare.org/movie/the-way-back-2010)
- http://hotfile.com/dl/102149855/2f5ee32/BananaShare.Org_twb-img.part03.rar.html (http://www.bananashare.org/movie/the-way-back-2010)
- http://hotfile.com/dl/102160915/5cbf062/BananaShare.Org_twb-img.part04.rar.html (http://www.bananashare.org/movie/the-way-back-2010)
- http://hotfile.com/dl/102173563/08d81c4/BananaShare.Org_twb-img.part05.rar.html (http://www.bananashare.org/movie/the-way-back-2010)
- http://hotfile.com/dl/102192264/c9b7a23/BananaShare.Org_twb-img.part06.rar.html (http://www.bananashare.org/movie/the-way-back-2010)
- http://hotfile.com/dl/102222169/89d9222/BananaShare.Org_twb-img.part07.rar.html (http://www.bananashare.org/movie/the-way-back-2010)
- http://hotfile.com/dl/102237506/3fbc92a/BananaShare.Org_twb-img.part08.rar.html (http://www.bananashare.org/movie/the-way-back-2010)
- http://hotfile.com/dl/102613570/04c60bb/The.Way.Back_2010_READNFO_TS-x264.mkv.part1.rar.html (http://www.divxturka.net/mkv-mp4-rmvb-movies/1488861-way-back-2010-readnfo-ts-x264-450mb.html)

HF00151069

- http://hotfile.com/dl/102613580/764bf61/The.Way.Back_2010_READNFO_TS-x264.mkv.part2.rar.html (http://www.divxturka.net/mkv-mp4-rmvb-movies/1488861-way-back-2010-readnfo-ts-x264-450mb.html)
- http://hotfile.com/dl/102613585/298f217/The.Way.Back_2010_READNFO_TS-x264.mkv.part3.rar.html (http://www.divxturka.net/mkv-mp4-rmvb-movies/1488861-way-back-2010-readnfo-ts-x264-450mb.html)
- http://hotfile.com/dl/102620826/15fdd2d/T.W.B-_IMA.part01.rar.html (http://www.freshwap.net/movies/529981-the-way-back-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102620910/cdd3648/T.W.B-_IMA.part02.rar.html (http://www.freshwap.net/movies/529981-the-way-back-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102620923/b19d0b9/T.W.B-_IMA.part03.rar.html (http://www.freshwap.net/movies/529981-the-way-back-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102620927/7b79c24/T.W.B-_IMA.part04.rar.html (http://www.freshwap.net/movies/529981-the-way-back-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102620945/571e2cb/T.W.B-_IMA.part05.rar.html (http://www.freshwap.net/movies/529981-the-way-back-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102620962/f3fd27f/T.W.B-_IMA.part06.rar.html (http://www.freshwap.net/movies/529981-the-way-back-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102620964/41d819b/T.W.B-_IMA.part07.rar.html (http://www.freshwap.net/movies/529981-the-way-back-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102621045/12aaf76/T.W.B-_IMA.part08.rar.html (http://www.freshwap.net/movies/529981-the-way-back-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102621421/57e097c/T.W.B-_IMA.part09.rar.html (http://www.freshwap.net/movies/529981-the-way-back-2010-ts-xvid-imagine.html)
- http://hotfile.com/dl/102702175/da76b62/www.WarezShares.org.Gh0st.The.Way.Back.2010.TS.IMAGiNE.part1.rar.html (http://www.warezshares.com/index.php?/topic/873797-the-way-back-2010/)
- http://hotfile.com/dl/102702668/93aafa3/www.WarezShares.org.Gh0st.The.Way.Back.2010.TS.IMAGiNE.part2.rar.html (http://www.warezshares.com/index.php?/topic/873797-the-way-back-2010/)
- http://hotfile.com/dl/102703682/ce3a511/www.WarezShares.org.Gh0st.The.Way.Back.2010.TS.IMAGiNE.part3.rar.html (http://www.warezshares.com/index.php?/topic/873797-the-way-back-2010/)
- http://hotfile.com/dl/102705911/abede60/www.WarezShares.org.Gh0st.The.Way.Back.2010.TS.IMAGiNE.part4.rar.html (http://www.warezshares.com/index.php?/topic/873797-the-way-back-2010/)
- http://hotfile.com/dl/102706116/75cae8e/www.WarezShares.org.Gh0st.The.Way.Back.2010.TS.IMAGiNE.part5.rar.html (http://www.warezshares.com/index.php?/topic/873797-the-way-back-2010/)
- http://hotfile.com/dl/102878173/e9b8e8d/aTWB_TS_XViD-pass-hot-m.com.part1.rar.html (http://www.hot-m.com/2011/02/mediafiredownload-or-see-online-film-the-way-back-2011.html)
- http://hotfile.com/dl/102878965/0261cfe/aTWB_TS_XViD-pass-hot-m.com.part2.rar.html (http://www.hot-m.com/2011/02/mediafiredownload-or-see-online-film-the-way-back-2011.html)
- http://hotfile.com/dl/102879405/3347ca2/aTWB_TS_XViD-pass-hot-m.com.part3.rar.html (http://www.hot-m.com/2011/02/mediafiredownload-or-see-online-film-the-way-back-2011.html)
- http://hotfile.com/dl/102879740/a0e9fc4/aTWB_TS_XViD-pass-hot-m.com.part4.rar.html (http://www.hot-m.com/2011/02/mediafiredownload-or-see-online-film-the-way-back-2011.html)
- http://hotfile.com/dl/102879971/3db116f/aTWB_TS_XViD-pass-hot-m.com.part5.rar.html (http://www.hot-m.com/2011/02/mediafiredownload-or-see-online-film-the-way-back-2011.html)
- http://hotfile.com/dl/102880149/ce5f969/aTWB_TS_XViD-pass-hot-m.com.part6.rar.html (http://www.hot-m.com/2011/02/mediafiredownload-or-see-online-film-the-way-back-2011.html)
- http://hotfile.com/dl/102880292/7c292e7/aTWB_TS_XViD-pass-hot-m.com.part7.rar.html (http://www.hot-m.com/2011/02/mediafiredownload-or-see-online-film-the-way-back-2011.html)
- http://hotfile.com/dl/102880392/142235b/aTWB_TS_XViD-pass-hot-m.com.part8.rar.html (http://www.hot-m.com/2011/02/mediafiredownload-or-see-online-film-the-way-back-2011.html)

**Let me in**

CONFIDENTIAL

HF00151070

- http://hotfile.com/dl/98192556/856129f/Let.Me.In.2010.DVDRip.XViD-DiNKY.part1.rar.html (http://www.projectw.org/viewtopic.php?f=25&t=2899263)
- http://hotfile.com/dl/98217215/9e3a335/Let.Me.In.2010.DVDRip.XViD-DiNKY.part2.rar.html (http://www.projectw.org/viewtopic.php?f=25&t=2899263)
- http://hotfile.com/dl/98237970/e4241c1/Let.Me.In.2010.DVDRip.XViD-DiNKY.part3.rar.html (http://www.projectw.org/viewtopic.php?f=25&t=2899263)
- http://hotfile.com/dl/102654038/5edbd95/Let.Me.In.2010.DvDrip.-.www.WarezIT.org.-.Upload.By.lightning.avi.part1.rar.html (http://www.sharetera.com/movies/Let-Me-In--2010--513700.html)
- http://hotfile.com/dl/102653795/886d705/Let.Me.In.2010.DvDrip.-.www.WarezIT.org.-.Upload.By.lightning.avi.part2.rar.html (http://www.sharetera.com/movies/Let-Me-In--2010--513700.html)
- http://hotfile.com/dl/101988892/e73dd6d/aXo-lmi-SHeRiF.part2.rar.html (http://www.mostiwarez.com//movies/27838-%5Brs-hf-fs%5D-let-me-2010-dvdrip.html)
- http://hotfile.com/dl/101988894/2ad0bfc/aXo-lmi-SHeRiF.part3.rar.html (http://www.mostiwarez.com//movies/27838-%5Brs-hf-fs%5D-let-me-2010-dvdrip.html)
- http://hotfile.com/dl/101988895/b44e821/aXo-lmi-SHeRiF.part4.rar.html (http://www.mostiwarez.com//movies/27838-%5Brs-hf-fs%5D-let-me-2010-dvdrip.html)

## Le flingueur

- http://hotfile.com/dl/102860033/8a508e5/Rapid4All.org-The.Mechanic.avi.part1.rar.html (http://rapid4all.org/forums/movies/1115880-mechanic-2011-a.html)
- http://hotfile.com/dl/102862410/7f238e3/Rapid4All.org-The.Mechanic.avi.part2.rar.html (http://rapid4all.org/forums/movies/1115880-mechanic-2011-a.html)
- http://hotfile.com/dl/102863388/455c8cf/Rapid4All.org-The.Mechanic.avi.part3.rar.html (http://rapid4all.org/forums/movies/1115880-mechanic-2011-a.html)
- http://hotfile.com/dl/102863805/de12ad6/Rapid4All.org-The.Mechanic.avi.part4.rar.html (http://rapid4all.org/forums/movies/1115880-mechanic-2011-a.html)
- http://hotfile.com/dl/102579549/544c80f/ski-t2-cr.rar.html (http://playw.org/filmy/63264-the-mechanic-2011-plsubbedtsxvid-savio.html)
- http://hotfile.com/dl/97422212/da654fe/The.Mechanic.2010.DVDRip.XvID.part01.rar.html (http://daload.com/listings/video/high-definition/63504-mechanic-2011-dvdrip-xvid-axxo.html)
- http://hotfile.com/dl/97423943/fbe82bf/The.Mechanic.2010.DVDRip.XvID.part02.rar.html (http://daload.com/listings/video/high-definition/63504-mechanic-2011-dvdrip-xvid-axxo.html)
- http://hotfile.com/dl/97426281/81b7981/The.Mechanic.2010.DVDRip.XvID.part04.rar.html (http://daload.com/listings/video/high-definition/63504-mechanic-2011-dvdrip-xvid-axxo.html)
- http://hotfile.com/dl/97424746/46fb3a8/The.Mechanic.2010.DVDRip.XvID.part05.rar.html (http://daload.com/listings/video/high-definition/63504-mechanic-2011-dvdrip-xvid-axxo.html)
- http://hotfile.com/dl/97425205/10bb5d3/The.Mechanic.2010.DVDRip.XvID.part06.rar.html (http://daload.com/listings/video/high-definition/63504-mechanic-2011-dvdrip-xvid-axxo.html)
- http://hotfile.com/dl/97425582/5d25a69/The.Mechanic.2010.DVDRip.XvID.part07.rar.html (http://daload.com/listings/video/high-definition/63504-mechanic-2011-dvdrip-xvid-axxo.html)
- http://hotfile.com/dl/97429576/6e0c3b5/The.Mechanic.2010.DVDRip.XvID.part09.rar.html (http://daload.com/listings/video/high-definition/63504-mechanic-2011-dvdrip-xvid-axxo.html)
- http://hotfile.com/dl/102931317/22b999f/mchnc11.ts.mkv.003.html (http://worldsdown.net/rapidsharemovies/429079-the-mechanic-2011-tsrip-375mb-mkv.html)
- http://hotfile.com/dl/102548827/b5691ea/mcgrhill-warez.com.The.Mechanic.2011.TS.XViD-DiNKY.part2.rar.html (http://www.sharetera.com/movies/The-Mechanic--2011--513701.html)
- http://hotfile.com/dl/102931661/bdb0f70/The.Mechanic.2011.DVDRip_XviD.aXXo.part01.rar.html (http://www.publichalls.com/videos-f127/the-mechanic-2011-dvdrip-xvid-axxo-t865824.html)

- http://hotfile.com/dl/102932694/70b6098/The.Mechanic.2011.DVDRip_XviD.aXXo.part02.rar.html (http://www.publichalls.com/videos-f127/the-mechanic-2011-dvdrip-xvid-axxo-t865824.html)
- http://hotfile.com/dl/102932795/cda04ae/The.Mechanic.2011.DVDRip_XviD.aXXo.part03.rar.html (http://www.publichalls.com/videos-f127/the-mechanic-2011-dvdrip-xvid-axxo-t865824.html)
- http://hotfile.com/dl/102932743/65fb165/The.Mechanic.2011.DVDRip_XviD.aXXo.part04.rar.html (http://www.publichalls.com/videos-f127/the-mechanic-2011-dvdrip-xvid-axxo-t865824.html)
- http://hotfile.com/dl/102932766/72aa434/The.Mechanic.2011.DVDRip_XviD.aXXo.part05.rar.html (http://www.publichalls.com/videos-f127/the-mechanic-2011-dvdrip-xvid-axxo-t865824.html)
- http://hotfile.com/dl/102932777/908aa7d/The.Mechanic.2011.DVDRip_XviD.aXXo.part06.rar.html (http://www.publichalls.com/videos-f127/the-mechanic-2011-dvdrip-xvid-axxo-t865824.html)
- http://hotfile.com/dl/102932797/a7c0871/The.Mechanic.2011.DVDRip_XviD.aXXo.part07.rar.html (http://www.publichalls.com/videos-f127/the-mechanic-2011-dvdrip-xvid-axxo-t865824.html)
- http://hotfile.com/dl/102932841/58c5dd6/The.Mechanic.2011.DVDRip_XviD.aXXo.part08.rar.html (http://www.publichalls.com/videos-f127/the-mechanic-2011-dvdrip-xvid-axxo-t865824.html)
- http://hotfile.com/dl/102932839/e666986/The.Mechanic.2011.DVDRip_XviD.aXXo.part09.rar.html (http://www.publichalls.com/videos-f127/the-mechanic-2011-dvdrip-xvid-axxo-t865824.html)
- http://hotfile.com/dl/102932859/45750de/The.Mechanic.2011.DVDRip_XviD.aXXo.part10.rar.html (http://www.publichalls.com/videos-f127/the-mechanic-2011-dvdrip-xvid-axxo-t865824.html)
- http://hotfile.com/dl/102809936/daa3f83/The.Mechanic.2011..avi.part5.rar.html (http://zeysan.com/vb/showthread.php?t=181989&p=302551#post302551)
- http://hotfile.com/dl/102730797/db2b538/T.M.SUB.FIL.theone1515.part1.rar.html (http://www.vagos.es/showthread.php?t=1265078)
- http://hotfile.com/dl/102729430/5e5ee66/T.M.SUB.FIL.theone1515.part2.rar.html (http://www.vagos.es/showthread.php?t=1265078)
- http://hotfile.com/dl/88704415/29c26ff/Naiild..part1.rar.html (http://filefair.net/kcx/dl/the+mechanic+2011+hotfile+download+hd.html)

CONFIDENTIAL