# EXHIBIT 25

| | |
|---|---|
| From: | herve.lemaire@leakid.com |
| Sent: | Tuesday, February 08, 2011 4:04 AM |
| To: | abuse@hotfile.com |
| Subject: | [2011-02-08] Demand for Immediate Take-Down: Notice of Infringing Activity  for Microsoft Corp   ID : 58201102084d5100bc567fb |
| Attachments: | links_1.csv |

Â

Â

**Demand for Immediate Take-Down: Notice of Infringing Activity**

Date: 2011/02/08

Dear Sir or Madam,

Microsoft has received information that the domain listed above, which appears to be on servers under your control, is offering unlicensed copies of, or is engaged in other unauthorized activities relating to copyrighted works published by Microsoft.

**1. Identification of copyrighted works:**

Copyrighted work(s): see Below

Copyright owner: **Microsoft**

**2. Copyright infringing material or activity found at the following location(s):**

See below

The above computer program(s) is being made available for copying, through downloading, at the above location without authorization of the copyright owner.

**3. Statement of authority:**

The information in this notice is accurate, and I hereby certify under penalty of perjury that I am authorized to act on behalf of Microsoft, the owner of the copyright(s) in the work(s) identified above. I have a good faith belief that none of the materials or activities listed above have been authorized by Microsoft, its agents, or the law.

Â

We hereby give notice of these activities to you and request that you take expeditious action to remove or disable access to the material described above, and thereby prevent the illegal reproduction and distribution of this software via your company's network.

We appreciate your cooperation in this matter. Please advise us regarding what actions you take.

CONFIDENTIAL                                                                                                                                                         HF00150633

Yours sincerely,

**Hervé lemaire**
**Internet Investigator**

On behalf of Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
United States of America

**E-mail:** Â Â Â  herve.lemaire@leakid.com

## Office 2007

- http://hotfile.com/dl/102627018/e4de91c/andsome.part01.rar.html (http://warezforum.info/portable-appz/2628903-ms-office-2003-2007-2010-portable.html)
- http://hotfile.com/dl/102642608/665ec3d/Ultimate_Pack_2003_2007_2010.part7.rar.html (http://www.warez-bb.org/viewtopic.php?t=8573971)

## Office 97

- http://hotfile.com/dl/71624638/8d97fd2/RS2010.part4.rar.html (http://kaka-rhapsody.com/read/office-97-standard-edition-putshare-com-vreel-net.html)

## Office 2003

- http://hotfile.com/dl/102627018/e4de91c/andsome.part01.rar.html (http://warezforum.info/portable-appz/2628903-ms-office-2003-2007-2010-portable.html)
- http://hotfile.com/dl/102642608/665ec3d/Ultimate_Pack_2003_2007_2010.part7.rar.html (http://www.warez-bb.org/viewtopic.php?t=8573971)

## sharepoint portal server 2001

- http://hotfile.com/dl/76728913/1c87e52/ImTOO_MP3_Encoder_6.1.2.0827.rar.html (http://k3downloads.net/dl/sharepoint+portal+server+2001+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/87727457/a408134/Christmas_background_with_snowflakes.rar.html (http://k3downloads.net/dl/sharepoint+portal+server+2001+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/87968397/4ffdd46/christmas_background_with.rar.html (http://k3downloads.net/dl/sharepoint+portal+server+2001+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/90035564/e96427c/Beautiful_snow-capped.rar.html (http://k3downloads.net/dl/sharepoint+portal+server+2001+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/90956137/0461467/romantic_floral_card_with_vintage_flowers.rar.html (http://k3downloads.net/dl/sharepoint+portal+server+2001+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/91378375/83180e1/beautiful_girl_in_the_suit_of_snow.rar.html (http://k3downloads.net/dl/sharepoint+portal+server+2001+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/86470818/c9f787f/wedding_couple.rar.html (http://k3downloads.net/dl/sharepoint+portal+server+2001+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/86419795/4a069b2/Christmas_cakes_collection.rar.html (http://k3downloads.net/dl/sharepoint+portal+server+2001+stagevu.com+letitbit.net.html)

CONFIDENTIAL                                                                                      HF00150634

**exchange server 2010**

- http://hotfile.com/dl/99041910/d3af399/1Password_3.5.2.dmg.html (http://evodl.com/search/exchange+server+2010+fileserve.com.html)

CONFIDENTIAL                                                                                                                    HF00150635