# EXHIBIT 26

**\*BEEEEP\* FAIL! (Score:5, Informative)**

by **snug**ge (229110) on Tuesday September 13, @02:04PM (#37390456)

from the faq:
Q.Can I search the Hotfile server for certain files?
A. No. Hotfile protects the privacy of our users. Only the person storing a file on Hotfile gets the download link. That person decides who should have access to the link. A file can only be downloaded if the download link details are known.

it should read:
Q.Can I search the Hotfile server for certain files?
A. Yes. Hotfile do not protect the privacy of our users. All major Hollywood Companies get acces to your download link. These companys decides who should have access to the link. They can download and lock at your private files as they wish. They can choose to delete your files.

Share

> Re: That's likely not how it happened. How many hotfile links can you find on the internet for all who visit the site?Answer: Quite a few.Without being explicitly told

> Re: AFAIK, the copyright tool requires the studios to have the link to be able to delete it. They can't make them up or look them up, they're most probably scraping some

> Re: You're making a big assumption as to how it works, and I think you're almost certainly wrong.I'd wager that all the tool allows the likes of Warner to do is to feed it a

HF02868388

 **Ven**   3 months ago   in reply to Aussie bob

And that is the point. We have already seen how sites without adequate methods to deal with infringement get nailed, because the volume of infringement does not financially allow for manual detection and deletion.

Thousands (if not millions) of sites that allow some form of file-hosting, billions if not trillions of files to check. The government will allow for automated file removal unless the hosting site can show manual detection/deletion can do the trick under a reasonable budget.

What can't be proven in court is that other content creators have rights that are being violated when Hotfile allows Warner to remove their files. Hotfile is definitely damaging their customer relations, but they are under no obligation to host the files without interruption.

1 person liked this.

HF02868389