# EXHIBIT 33

## Affidavit of Leigh Mackay

Leigh Mackay, does depose and state as follows:

1. My name is Leigh Mackay. Unless otherwise stated, I make this affidavit of my own personal knowledge. I am a citizen of Australia and over 18 years old.

2. I was the original owner and creator of the website PHPTutorials.com.

3. PHPTutorials.com was a site where I maintained a series of videos which I created. As the website's name implies, the videos were tutorials to help people learn PHP, a computer scripting language used in creating websites. Although I have since given the website domain name to a friend (who intends at some point to post his own videos there), I remain the sole owner of the videos which had previously been posted at PHPTutorials.com.

4. I have been informed that some or all of my videos have been posted at Hotfile.com, a cyber-locker site that allows users to store and/or share large files over the internet.

5. I have no objection to my videos being stored and/or shared in this manner and do not consider such storing and/or sharing to infringe my intellectual property rights.

Signed under the pains and penalties of perjury this 19th day of January, 2012.

_Leigh Mackay_
Leigh Mackay

