# EXHIBIT 36

Hotfile: Copyright Tools - Google Chrome
Hotfile: Copyright To...
hotfile.com/copyright/
Copyright Tools @ Back to site | Delete Files
Quota: 100 files
Report files:
I certify under penalty of perjury that I am owner or an authorized legal representative of the owner of the copyrights to this material. I have a good faith belief that use of this material is not authorized by the copyright owner, the copyright owner's agent, or the law. The foregoing information is accurate as to this material.
Additionally, you can upload a batch file with links in it:
Choose File
No file chosen
File must be plain text (txt file created by notepad and NOT a word/wordpad/pdf file).
Delete
EXHIBIT 6
10-12-11
PENGAD 800-631-6989

