# EXHIBIT 37

1                UNITED STATES DISTRICT COURT
2                 SOUTHERN DISTRICT OF FLORIDA
3             CASE NO. 11-20427-WILLIAMS/TURNOFF
4    DISNEY ENTERPRISES, INC., )
     TWENTIETH CENTURY          )
5    FOX FILM CORPORATION,      )
     UNIVERSAL CITY STUDIOS     )
6    PRODUCTIONS LLLP,          )
     COLUMBIA PICTURES          )
7    INDUSTRIES, INC., and      )
     WARNER BROS.               )
8    ENTERTAINMENT, INC.,       )
                                )
9              Plaintiffs,      )
                                )
10        v.                    )
                                )
11   HOTFILE CORP., ANTON       )
     TITOV, and DOES 1-10       )
12                              )
     Defendants.                )
13   _____)
14

              H I G H L Y   C O N F I D E N T I A L
15
16    (Pursuant to protective order, the following
         transcript has been designated highly
17                    confidential)
18      DEPOSITION OF MATTHEW LYNDE, Ph.D.
19           SAN FRANCISCO, CALIFORNIA
20           FRIDAY, DECEMBER 16, 2011
21
22
23
24   REPORTED BY:  Linda Vaccarezza, CSR No. 10201
25   JOB NO.:  44313

Highly Confidential

1
2
3
4

DECEMBER 16, 2011

5

10:07 A.M.

6
7

        Deposition of MATTHEW LYNDE, Ph.D.,
8

held at the offices of Farella,
9

Braun & Martel, 235 Montgomery
10

Street, San Francisco, California, before
11

Linda Vaccarezza, a Registered
12

Professional Reporter and Certified
13

Shorthand Reporter of the State of
14

California.
15
16
17
18
19
20
21
22
23
24
25

Page 3

1       A P P E A R A N C E S:

2      ATTORNEY FOR THE PLAINTIFFS:

            JENNER & BLOCK

3           BY:  STEVEN B. FABRIZIO, ESQ.

            1099 New York Avenue, NW

4           Washington, DC 20001

5

6

7      ATTORNEY FOR THE DEFENDANTS

        HOTFILE CORP., AND ANTON TITOV:

8           FARELLA, BRAUN & MARTEL

            BY:  RODERICK M. THOMPSON, ESQ.

9           235 Montgomery Street

            San Francisco, California 94104

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 97



Highly Confidential

Page 98



Highly Confidential

Page 291

1      MR. FABRIZIO:  Okay.  I'm good.

2  Thank you, Dr. Lynde.

3            (Time noted: 5:59 p.m.)

4

5

6

7      MATTHEW LYNDE

8

9

                          *See Below*

10  Subscribed and sworn to before me

11  This  30ᵗʰ day of January , 20 12.

12

13

14

15

16

17

18  State of California
    County of San Francisco
    Subscribed and sworn to (or affirmed) before me
19  on this 30th day of January , 20 12
    by Matthew Lynde ,
    proved to me on the basis of satisfactory evidence
20  to be the person(s) who appeared before me.
    Signature                    (Seal)

    MARK MCQUILLEN
    COMM. #1793325
    NOTARY PUBLIC-CALIFORNIA
    SAN FRANCISCO COUNTY
    My Comm. Expires Mar. 10, 2012

21

22

23

24

25

# Errata to the Deposition of Matthew R. Lynde
## December 16, 2011
### *Disney Enterprises, Inc. et al. v. Hotfile Corp., et al.*
### *Hotfile Corp., et al. v. Disney Enterprises, Inc. et al.*

| Page | Line | Now reads | Should read | Reason |
|------|------|-----------|-------------|--------|
| 9 | 13 | "didn't" | "don't" | Misspoke |
| 42 | 14 | "affect" | "effect" | Transcribing error |
| 52 | 9-10 | "up loader" | "uploader" | Transcribing error |
| 75 | 3 | "I result" | "results" | Misspoke |
| 84 | 9 | "up loaders" | "uploaders" | Transcribing error |
| 118 | 14 | "prescription" | "subscription" | Misspoke |
| 126 | 10 | "focused in" | "focused on" | Transcribing error |
| 150 | 4 | "I was" | "I" | Misspoke |
| 157 | 25 | "basis is" | "basis" | Transcribing error |
| 162 | 17 | "have" | "have;" | Transcribing error |
| 178 | 23 | "an" | "a" | Transcribing error |
| 179 | 18 | "or" | "where" | Transcribing error |
| 185 | 15 | "MegaDownload" | "Megaupload" | Misspoke |
| 212 | 22 | "over" | "of" | Transcribing error |
| 212 | 22 | "and" | "that" | Transcribing error |
| 213 | 10 | "it's bought and" | "its robot" | Transcribing error |
| 218 | 1 | "variants" | "variance" | Transcribing error |
| 218 | 22 | "is you" | "is that you" | Transcribing error |
| 245 | 3 | "ELLS" | "Yale" | Transcribing error |
| 262 | 18 | "provided" | "have been provided" | Transcribing error |
| 276 | 19 | "Tolav" | "Kolev" | Transcribing error |

1/30/12
Date

Matthew R. Lynde

Notary Public

State of California
County of _San Francisco_
Subscribed and sworn to (or affirmed) before me
on this 30 day of January, 20 12,
by Matthew R. Lynde,
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.
Signature _____ (Seal)

MARK MCQUILLEN
COMM. #1793325
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires Mar. 10, 2012

*Highly Confidential*

Highly Confidential

Page 292

1          C E R T I F I C A T E

2     STATE OF CALIFORNIA      )

3                              )

4     COUNTY OF SAN FRANCISCO )

5          I, LINDA VACCAREZZA, a Certified

6     Shorthand Reporter for the State of

7     California, do hereby certify:

8          That MATTHEW LYNDE, the witness

9     whose deposition is hereinbefore set

10    forth, was duly sworn by me and that such

11    deposition is a true record of the

12    testimony given by such witness.

13         I further certify that I am not

14    related to any of the parties to this

15    action by blood or marriage; and that I

16    am in no way interested in the outcome of

17    this matter.

18         IN WITNESS WHEREOF, I have hereunto

19    set my hand this 29th day of December

20    2011.

21

22    _____

23     LINDA VACCAREZZA, CSR. NO. 10201

24

25