STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/



## WARNER'S MOTION TO FILE DOCUMENTS UNDER SEAL

Warner, by and through undersigned counsel and pursuant to Local Rule 5.4, file this Motion to File Documents Under Seal as follows:

1. The document is described as follows: (1) Warner's Response to Objections of Defendants Hotfile Corporation and Anton Titov to Magistrate Judge's Report and Recommendation Regarding Warner's Motion to Use Titov Exhibit 27 in it Entirety at Trial or on Summary Judgment.

2. The document should remain sealed until the conclusion of this case. Upon expiration of the sealing period, the sealed document should be returned to Warner's counsel.

3. This motion is filed pursuant to the Magistrate Judge's Sealed Omnibus Order (Dkt. #227) entered by the Court on January 18, 2012, and pursuant to ¶ 16 of the Stipulated Protective Order entered by this court on May 19, 2011 (Dkt # 68), which states that "[in] the event that any Discovery Materials designated under this Protective Order is described, characterized, excerpted or referenced in, or attached to, any Court proceeding or submission in connection with this litigation ... the filing party shall seek to file such material under seal pursuant to Local Rule 5.4." This motion relates and refers to a sealed order entered by the Magistrate Judge as well as a sealed transcript of the January 13, 2012 hearing on related motions. In addition, the parties have conferred and have agreed to file these matters under seal pursuant to the above orders.

Dated: March 12, 2012

Respectfully submitted,

By: /s/ Karen L. Stetson
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, Fl 33131
Telephone: (305) 461-6880
Facsimile: (305) 461-6887

MOTION PICTURE ASSOCIATION
OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone: (818) 995-6600
Fax: (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for Warner*

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY pursuant to Local Rule 7.1(a)(3), U.S. District Court for the Southern District of Florida, that an individual conference with counsel is not necessary for this motion, pursuant to the Stipulated Protective Order entered by this court on May 19, 2011, which states that "[i]f a pleading contains information designated Confidential or Highly Confidential by another party, the designating party will be deemed to have consented to a motion to file the pleading under seal." In addition, counsel for the parties and have mutually consented to file these documents under seal.

Dated: March 12, 2012

By: /s/ Karen L. Stetson
Karen L. Stetson

GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305-416-6880
Fax: 305-416-6887

MOTION PICTURE ASSOCIATION
OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA  91403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer  (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Phone: 202-639-6000
Fax: 202-639-6066

*Attorneys for Warner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th Day of March, 2012, I served the following documents on all counsel of record on the attached service list via their email address(es) pursuant to the parties' service agreement:

**Plaintiffs' Motion to File Documents Under Seal**

By: /s/ Karen L. Stetson
Karen L. Stetson

## SERVICE LIST

### Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
### CASE NO. 11-CIV-20427-JORDAN

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA 94104
Phone: 415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL 33134
Phone: 305-476-7101
Fax: 305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*