(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 11-20427-WILLIAMS/TURNOFF

Disney Enterprises, Inc. et al.

Plaintiff

v.

Hotfile Corp. et al.

Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Karen L. Stetson, Esq.
Address: Gray-Robinson, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131
Telephone: (305) 416-6880

On behalf of (select one):  ☒ Plaintiff   ☐ Defendant

Date sealed document filed: 3/12/2012

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: Dkt. 227 (1/17/2012)

The matter should remain sealed until:

- ☐ Conclusion of Trial
- ☒ Case Closing
- ☐ Other: _____
- ☐ Permanently. Specify the authorizing law, rule, court order:
- ☐ Arrest of First Defendant
- ☐ Conclusion of Direct Appeal

The moving party requests that when the sealing period expires, the filed matter should be (select one):

- ☐ Unsealed and placed in the public portion of the court file
- ☒ Returned to the party or counsel for the party, as identified above
- ☐ Destroyed

```
Warner's Responses to Hotfile's Objections to Magistrate Judge's Report and
Recommendation Regarding Warner's Motion to Use Titov Ex. 27 in its Entirety at
Trial or on Summary Judgment
```

Attorney for: Plaintiff