UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

   *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## [PROPOSED] ORDER GRANTING WARNER'S MOTION TO FILE DOCUMENTS UNDER SEAL

Upon consideration of Warner's Motion to File Documents Under Seal, and all of the papers submitted in support thereof, Warner's request to file documents under seal is GRANTED.

1.  It is hereby ORDERED that Warner be permitted to file the following documents under seal and that the following documents remain under seal until the conclusion of the case:

Warner's Responses to Hotfile's Objections to Magistrate Judge's Report and Recommendation Regarding Warner's Motion to Use Titov Ex. 27 in its Entirety at Trial or on Summary Judgment

DONE AND ORDERED in chambers at Miami, Florida this ____ day of _____ 2012.

                                                                                                                _____
                                                                                                                 Kathleen M. Williams
                                                                                                                 United States District Judge

cc:     All Counsel of Record