(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 11-CIV-20427-WILLIAMS/TURNOFF

Disney Enterprises, Inc. et al.

Plaintiff

v.

Hotfile Corp. et al.

Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Karen L. Stetson, Esq.
Address: Gray-Robinson, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131
Telephone: (305) 416-6880

On behalf of (select one):  ☒ Plaintiff   ☐ Defendant

Date sealed document filed: 3/12/2012

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 68

The matter should remain sealed until:

☐ Conclusion of Trial    ☐ Arrest of First Defendant
☒ Case Closing           ☐ Conclusion of Direct Appeal
☐ Other: _____
☐ Permanently. Specify the authorizing law, rule, court order:

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file    ☐ Destroyed
☒ Returned to the party or counsel for the party, as identified above

(1) Reply Memorandum of Law in Support of Warner Bros. Entertainment Inc.'s Motion for Summary Judgment;
(2) Reply Declaration of Jennifer V. Yeh in Support of Warner Bros. Entertainment Inc.'s Motion for Summary Judgment, and accompanying Exhibits R-X;
(3) Notice of Filing Reply Declaration of Dr. Ian Foster in Support of Warner Bros. Entertainment Inc.'s Motion for Summary Judgment, and attached Reply Declaration of Dr. Ian Foster.

*Karen L. Stetson*

Attorney for: Plaintiffs