UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. CIV. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

   *Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

FILED by _____ D.C.

MAR 1 2 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**REPLY DECLARATION OF JENNIFER V. YEH IN SUPPORT OF WARNER BROS.
ENTERTAINMENT INC.'S MOTION FOR SUMMARY JUDGMENT**

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]**

I, Jennifer V. Yeh, declare as follows:

1.      I am an attorney at the law firm of Jenner & Block LLP, and counsel to counterdefendant Warner Bros. Entertainment Inc. ("Warner").  The statements made in this declaration are based on my personal knowledge including on information provided to me by colleagues or other personnel working under my supervision on this case.   If called to testify, I would testify as follows:

2.      Attached hereto as Exhibit R is a true and correct copy of excerpts of the deposition of David Kaplan, taken on Oct. 12, 2011 in the above-captioned case.

3.      Attached hereto as Exhibit S is a true and correct copy of excerpts of the deposition of Matthew Lynde, Ph. D., taken on Dec. 16, 2011 in the above-captioned case.

4.      Attached hereto as Exhibit T is a true and correct copy of Exhibit 5 to the deposition of Matthew Lynde, Ph. D., taken on Dec. 16, 2011 in the above-captioned case.

5.      Attached hereto as Exhibit U is a true and correct copy of Exhibit 6 to the deposition of Matthew Lynde, Ph. D., taken on Dec. 16, 2011 in the above-captioned case.

6.      Attached hereto as Exhibit V is a true and correct copy of printout of a forum thread from Slashdot.org titled "Hotfile Sues Warner Bros Over Abuse of Takedown Tool", dated Sept. 13, 2011, printed by Jenner & Block from the indicated URL on Mar. 9, 2012.

7.      Attached hereto as Exhibit W is a true and correct copy of a printout of an article and comments thread from TorrentFreak.com titled "Warner Bros. Admits Sending Hotfile False Takedown Requests", dated Nov. 10, 2011, printed by Jenner & Block from the indicated URL on Mar. 9, 2012.

8.      Attached hereto as Exhibit X is a true and correct copy of Exhibit 5 to the deposition of David Kaplan, taken on Oct. 12, 2011 in the above-captioned case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 9, 2012.

_____
Jennifer V. Yeh