# EXHIBIT U

| | |
|---|---|
| From: | Hughes, Phillip |
| To: | Boivin, Bret |
| Sent: | 4/28/2009 9:57:38 AM |
| Subject: | Observe and Report |
| Attachments: | Kapow server stress test - 20 robots 2.JPG |

Hey Bret,

Ok the robots still haven't finished today's movie scan, and because I added the title to the main title list this morning, it's the last in the pile...
You should check to see how many links are present tomorrow when they'll have finished. Just put:
SELECT * FROM wb_output WHERE title='Observe and Report';

Anyway, here are the results we have...
The runs I did for this title were mainly on the old database which is why there weren't many runs for this title last week (*I was fiddling a lot with the database and had to adjust the robots accordingly, so there was quite a lot of robot down-time last week...*), although there were **524 links from 4 sites**, which I submitted to P4M.
The robots I ran last Thursday returned **1063 positive results from 5 sites**, which I submitted to P4M.
**That's a total of 1587 links for the title removed from 5 sites from several runs over the last week.**

There were no false positives for this title...

This title is being scanned for automatically now, so just check every other day to see the progress, and submit the links to P4M if you like.

I also attached a screenshot of the Robot under load, running 12 robots at once FYI.

**So far a total of 402,260 links have been scraped since last Thursday from 5 sites** (TV, Movies and Games, **a total of 692 titles including foreign language titles**) and going up all the time. However this figure does contain a lot of false positives which I've been scraping through today with a toothcomb, although I still have a way to go before it's perfect.

So in Summary...

**1587 links for Observe and Report scraped and reported so far from 5 sites over the last week.**

**402,260 links have been scraped in total from 5 sites; using 692 titles since last Thursday** (Although I'd estimate around 5 – 10% of these are false positives.)

Best,

Phil

