# EXHIBIT W

3/9/2012   http://torrentfreak.com/warner-bros-admits-sending-hotfile-false-takedown-requests-111109/#disqus_thread



# Warner Bros. Admits Sending HotFile False Takedown Requests

**Ernesto**
**November 10, 2011**
**99**
**Hotfile, warner-bros**
**Print**

Hollywood movie studio Warner Bros. has admitted to a federal court that it removed files from the file-hosting site Hotfile without owning the copyrights. Some of the false takedowns were the result of failing filtering software but Warner also admitted that one of its employees deleted Open Source software that could speed up downloads.

In September the Florida-based file-hosting service Hotfile sued Warner Bros. for fraud and abuse.



The file-hoster alleged that after giving Warner access to its systems, the studio wrongfully took down files including games demos and Open Source software without holding the copyrights to them. The false takedowns continued even after the movie studio was repeatedly notified about the false claims.

"Not only has Warner (along with four other major motion picture studios) filed this unfounded and contrived litigation against Hotfile employing overly aggressive tactics, Warner has made repeated, reckless and irresponsible misrepresentations to Hotfile falsely claiming to own copyrights in material from Hotfile.com," the company wrote in its complaint.

Yesterday Warner Bros. responded to Hotfile's allegations, admitting that it indeed removed materials for which they don't hold the copyrights. In addition, the movie studio states that it removed many titles based merely on keywords and without verifying their actual content.

"Warner further admits that, given the volume and pace of new infringements on Hotfile, Warner could not practically download and view the contents of each file prior to requesting that it be taken down through use of the SRA tool," Warner writes.

Most of the false takedowns appear to be the result of an overbroad filter. Warner used this tool to find links that it could then remove via the anti-piracy takedown tool (SRA) Hotfile had built for them.

"Warner admits that, as one component of its takedown process, Warner utilizes automated software to assist in locating files on the Internet believed to contain unauthorized Warner content," the movie studio writes.

Hotfile pointed out that this automated process resulted in the removal of many files that do not belong to Warner. The movie studio admits this and confirms that while searching for 'The Box (2009)' many unrelated titles were removed.

"Warner admits that its records indicate that URLs containing the phrases 'The Box That Changed Britain' and 'Cancer Step Outsider of the Box' were requested for takedown through use of the SRA tool."

But not all false takedowns were unintentional. Warner also says that one of their employees deleted Open Source software from Hotfile on purpose. Their rationale for this is that the software in question could speed up infringing downloads.

"Warner admits that a file requested to be removed by Warner was software that had been posted alongside infringing Warner content in order to facilitate the rapid downloading of the infringing Warner content, and that Warner was not the owner of the software itself," they write.

This purposeful removal of third party Open Source software is a bold move, and it will be interesting to see how the court reviews these and the other false takedowns.

Warner, however, states that Hotfile's claims should be dismissed. Among other things, the movie studio argues that the majority of the files that they wrongfully took down were in fact infringing and not authorized by the copyright owners to be distributed through or hosted on Hotfile.

While it is clear that Warner was not playing by the rules, the question of whether Hotfile is entitled to compensation for the DMCA "fraud and abuse" it claims Warner conducted is for the judge to decide.



### NewsBits
The latest news from around the web, not covered on the frontpage

**The Pirate Bay is Down, Sort Of**
It's that time of the week again. The Pirate Bay has disappeared. Every time The Pirate...

**uTorrent Fixes Magnet Resume Problem**
Last week The Pirate Bay took the drastic decision to remove all (well seeded) torrent files...

**LulzSec 'Leader' Worked at LimeWire**
Five persons with alleged connections to the hacktivist groups LulzSec and Anonymous have been arrested in...

**MPAA: P2P Pirates Share 690 Million Movies a Year**
Speaking at the National Association of Attorneys General panel on campus piracy yesterday, MPAA boss Chris...

**First American Pirate Conference Hits Massachusetts**
As citizens in Massachusetts go to the polls today to vote in the Republican primary, there...



### MostDiscussed
Below are TorrentFreak's most discussed articles of the past month. Join the discussion if you like.

BitTorrent Pirates Go Nuts After TV Release Groups Dump Xvid — 661

RapidShare Slow Download Speed... To Drive Away Pirates — 308

The Pirate Bay, Now Without Torrents — 291

Megaupload Founder Kim Dotcom: "We're Going To Win" — 268

Anonymous, Decentralized and Uncensored File-Sharing is Booming — 257

### CopyQuote

"The Pirate Bay has been one of the most important movements in Sweden for freedom of speech, working against corruption and censorship"

Page 1

3/9/2012     http://torrentfreak.com/warner-bros-admits-sending-hotfile-false-takedown-requests-111109/#disqus_thread



Peter Sunde

**Scribd**  1 of 12

### RecommendedArticles

A selection of some TorrentFreak's classics dug up from our archives.

**Top 10 Most Popular Torrent Sites of 2012**
Continuing a long-standing New Year's tradition, we present an up-to-date list of the world's most visited...

**What's The Best VPN / Proxy for BitTorrent?**
Privacy is important on the internet, and BitTorrent users are certainly not excluded. Already, hundreds of...

**5 Ways To Download Torrents Anonymously**
With anti-piracy outfits and dubious law-firms policing BitTorrent swarms at an increasing rate, many BitTorrent users...

**BTGuard Review: How Does it Work?**
With the entertainment industries lobbying for increased powers to spy on BitTorrent users, many downloaders are...

**Optimize Your BitTorrent Download Speed**
BitTorrent can be fun, as long as you get decent speeds. Not satisfied with your current...



### Related Posts



Hotfile Sues Warner Bros. For Copyright Fraud and Abuse

Hotfile As Bad As Megaupload, MPAA Tells Court

Hotfile Ordered To Share User Data With The MPAA

Hotfile to Sue Warner Bros. For Abusing Its Anti-Piracy Tool

MPAA Afraid To Disclose 'Secret' Anti-Piracy Strategies

### Previous Post | Next Post

 Tweet   2   +1   Like 279



 Follow @torrentfreak

Comments for this page are closed.

### Showing 99 comments

Oldest first   Subscribe by email   Subscribe by RSS

**KIRE**   4 months ago

In a simple way, this would be an ass whooping offense.

29 people liked this   Like

**Gdd**   4 months ago   in reply to KIRE

hotfile killed itself by bending backwards and killing almost all there uploads. thats what they both get for dealing wit each other. U CANT PLEASE THESE BASTERDS

14 people liked this   Like

**puddipuddi**   4 months ago   in reply to KIRE

"Among other things, the movie studio argues that the majority of the files that they wrongfully took down were in fact infringing and not authorized by the copyright owners to be distributed through or hosted on Hotfile."

So it's okay to censor and destroy open source software because the majority of files were infringing? Just like you will try and take down a site AND it's forums and violate free speech because someone posted a piratebay link?

Following these standards, we should stop all sales of riaa supported music because they have been selling music owned by artists whom which haven't been paid royalties.

People are selling pirated goods on ebay, shut the site down.

The piratebay is bad, therefore the internet must go.

A daughter of an MPAA employee was caught downloading, I guess we have to fire the MPAA now.

A large amount of terrorsits are muslims, they should all be banned.

You don't have the creative mind to even come up with these works, but you get to keep the majority of the money. You own other peoples works. Then you think it's okay to destroy the work of people that you don't own, who give there creativity away for FREE, as collateral damage.

This has to be the only industry where the middle man gets to keep the most money, and control everything, even what they don't own. You are a burden on creativity, innovation, and society.

54 people liked this   Like



**FrostyC**   4 months ago   in reply to puddipuddi

WARNING: INCOMING TROLL & MASS OF PEOPLE WHO WILL FALL FOR IT



2 people liked this

Page 2

**Guest** 3 months ago in reply to FrostyC

Warner Sionist Bros. aka E-PARASITEs hate Free and Open Source Software!

3 people liked this. Like

**Guest** 3 months ago in reply to puddipuddi

"a large amount of terrorists are muslims" LOL

Says who? The sionist owned media companies right. WAKE UP

The country with most terrorists is in fact United States of America and it has nothing to do with religion.

7 people liked this. Like

**puddipuddi** 3 months ago in reply to Guest

please remember I said "a lot of terrorists are muslim" and not "a lot of muslims are terrorists"

Also, I would have to go ahead and say that members of the biggest religion in the world, christianity, are terrorists. Most wars are ruled by christians and they're "better than everything else beliefs"

3 people liked this. Like

**KIRE** 3 months ago in reply to puddipuddi

Well, so much for my simple comment... Couldn't you have just written that on your own slot, not mine? I take your 75 "likes" as my own.

Like

**puddipuddi** 3 months ago in reply to KIRE

mwa haha, I stole your spot. Sorry dood, wanted to get on top. That's what she said.

Blogs are lame. I don't claim to have a good opinion on anything. I'd rather just put my 1.5 cents somewhere here when my brains starts to turn something over. Besides I'm too unorganized for that. I'd rather just spew my e-pinion all over the place. That's what he said.

I'm gonna respond to your comments from now on. Not cus I'm mad, not cus revenge. cus this is the internet

/blog

Like

**KIRE** 3 months ago in reply to puddipuddi

BTW, I'm just playing, so please don't do another blog page

Like

**Fake** 4 months ago in reply to KIRE

In some jurisdictions it's a felony to knowingly file false charges

11 people liked this. Like

**KN** 3 months ago in reply to KIRE

What's awesome is that the file hosting companies used that same defense, that "we can't look at every file individually because it is not cost effective" but the studios said that is just too bad and that measures to do so need to be taken

Now the studios got their way (defeating that defense) and Warner Bros is using that very defense to say that they are removing files on that principle (without actually looking because it's too much work).

If that's not a double-standard, I'm not sure what is. First they tell the file hosting company that it's not a valid reason to allow the files to be uploaded, but then they use it as a valid reason to allow non-related files to be deleted

3 people liked this. Like

**Rekrul** 3 months ago in reply to KN

**What's awesome is that the file hosting companies used that same defense, that "we can't look at every file individually because it is not cost effective" but the studios said that is just too bad and that measures to do so need to be taken.**

**Now the studios got their way (defeating that defense) and Warner Bros is using that very defense to say that they are removing files on that principle (without actually looking because it's too much work).**

**If that's not a double-standard, I'm not sure what is. First they tell the file hosting company that it's not a valid reason to allow the files to be uploaded, but then they use it as a valid reason to allow non-related files to be deleted.**

It's not a double standard because the studios would have been perfectly happy to have file hosters install over-broad filters that would also take down legitimate files as well as infringing ones. When companies tell the entertainment industry that it's not practical to look at every file, what the MPAA/RIAA expects them to do is to install filtering software that just blocks everything based on keywords, regardless

Page 3

of the damage it causes.

Like

**Anon** 4 months ago

Finally. Very little the pirates do is lawful. Why should artists, creators, their agents and the labels be held to a different standard?

Because pirates live in entitlement. And the courts know it

3 people liked this Like

**Anon** 4 months ago in reply to Anon

In fact, warner shouldn't be penalised at all. They are in the moral right here - copyright theft is worse than rape and murder, and preventing it is a heroic act.

56 people liked this Like

**Trolololo** 4 months ago in reply to Anon

I see what you did there...

28 people liked this Like

**Mathew Lisett** 4 months ago in reply to Anon

"copyright theft is worse than rape and murder" oh get back under your rock you stupid dick head. what warner did was in the total wrong and an abuse of powers, especially taking down content which was open source. its like taking air away from somebody becuase it helped them breathe and increase their chances of living.

12 people liked this Like

**Wow** 4 months ago in reply to Mathew Lisett

He was being sarcastic, moron. Not sure how one can manage to breath and yet not notice his sarcasm.

56 people liked this Like

**uSalt2** 4 months ago in reply to Mathew Lisett

If the anon's profile is Anonymousse, it's the person who pretends to be the troll Anon and makes sarcastic comments solely to entertain.

1 person liked this Like

**FrostyC** 4 months ago in reply to Mathew Lisett

*"its like taking air away from somebody becuase it helped them breathe and increase their chances of living."*

ummm... no it's not at all... where are you living? HowDoIAnalogyLand?

4 people liked this Like

**Jmorse43508** 4 months ago in reply to Mathew Lisett

The real troll is the first Anon. Your sarcasm detector is broken.

2 people liked this Like

**johnjjackson** 4 months ago in reply to Mathew Lisett

Dimwitted.

1 person liked this Like

**Hank Hill** 3 months ago in reply to Mathew Lisett

God youre an idiot Lisett.
Thanks for opening your mouth and confirming it

Now go back to watching to shaved oiled guys trying to all rear naked with each other and leave the typing to those that understand english

Like

**Bqreen** 3 months ago in reply to Mathew Lisett

what a total tosser. he must work for warner bros.total idiot

Like

**FUCKMAN** 4 months ago in reply to Anon

hahahahahahaha :) i was about to slap some sense into you but i reread again :) niceee try :P

1 person liked this Like

**ANoiXioNA** 4 months ago in reply to Anon

lol

Yep the moral fight... Switch off all reason and logic... go morality

@Anon ... (not you) ... the persistent troll anon A

3/9/2012   http://torrentfreak.com/warner-bros-admits-sending-hotfile-false-takedown-requests-111109/#disqus_thread

" Because pirates live in entitlement. And the courts know it."

Entitlement of copying worthless info..... yea...

Entitled to deleting other peoples files... NO

Delete all the files associated with the next big Warner Bros movie...
(losing millions)....

You would be on the FBI most wanted list....

But the "moral and just"..Warner Bros.. (bribe /pay/ lobby for laws in their favor)
They do nothing wrong ever......

6 people liked this.  Like

**tiger97a**  4 months ago  in reply to Anon

WELL THEN YOU really would have a problem with me as I have 4 seed boxes going all of the time

1 person liked this.  Like

**Alyssa Blindy**  4 months ago  in reply to Anon

Question:
Why do you even come back here if all you want to do is cause havoc? Do you have some odd, anger at Pirates that just, makes you come here every day? If you were smart, you would maybe go and have a good time talking on other, anti-piracy forums, instead of going off here, or maybe you would rant on some other site, where it can go out to a more broad audience. Go find somewhere else to troll you don't even irk me anymore. I've seen so much of your trolling that I have literally become desensitized to it.
Also, do you like double standards? I think you do. I really think you like those things. If the MAFIAA wants to stop piracy, don't you think they should model, and not take part in this type of corruption? They should at least stay on the good side of the law, if they are so legally perfectly awesome.
Because criminals who rob a store do something illegal, does that make it right for the police to go and maybe, run them over with a car to get to them? Should someone who robs a store get the death penalty? Or, how about this one. Should *pirates* get the death penalty?
Dude.
The fact that you believe that the MAFIAA should have double standards, and this is okay, means you really have no idea what you are talking about.
When I use the word "you" here, I mean you personally, and not the respective MAFIAA.

2 people liked this.  Like

**Anonymous**  4 months ago  in reply to Alyssa Blindy

He is some failed artist that blames piracy for his failure, sitting at home unemployed going on rants on all kinds of forums

4 people liked this.  Like

**SomeGuy**  3 months ago  in reply to Anonymous

Agreed, and the real reason he failed is because he is a no talent ass clown.  Uh oh.. is that a copyright violation right there?

As for why he comes here.. it's not near as much fun to sit on the pro-copyright forums stroking each other off all day about how they are right and piracy is killing their business because once someone downloads what they are creating, finds out is sucks, and doesn't buy it.  Where they need you to buy it to find out that it sucks so that they already duped the money out of you.

4 people liked this.  Like

**PiRat**  4 months ago  in reply to Anon

Depends if you acknowledge IPR as property. I don't, so it's not entitlement.

Like

**jmorse43508**  4 months ago  in reply to Anon

"Because the movie studios and music labels live in entitlement and can buy any law they want. And the politicians know it."

There. FTFY.

3 people liked this.  Like

**Josh C**  4 months ago  in reply to Anon

You bitch and moan about how pirates break the law and we're thieves and we deserve our freedom being taken away, because you assume that all pirates only download and don't pay for anything, but then you turn away and say that Warner should get away with claiming infringement on works they obviously didn't own? You, my friend, have one *seriously* fucked up moral compass

Like

**jmorse43508**  3 months ago  in reply to Josh C

Don't all anti-piracy trolls/shills and their MAFIAA masters all have similarly effed up moral compasses?

Page 5

It's something that's been seen time and time again with the MAFIAA itself.

1 person liked this   Like

**Scary Devil Monastery**  3 months ago  in reply to Anon

In that case the artists, creators and agents should be upheld to the same code of law you'd see the pirates held to. Or we say that Warner is allowed to do this and pirates are allowed to do their thing. No due penalty either way.

In which case the filehosting service doesn't need to give a rat's ass about what the MPAA has to say either.

Like

**Alyssa Blindy**  4 months ago

Make Warner pay a minimum of $750 for each file taken down that was not infringing.
Ha. Ha. Ha.

25 people liked this   Like

**LakishaThompson**  4 months ago  in reply to Alyssa Blindy

nah the dmca states that under penalty of perjury (lying under oath) that they hold the copywrites to the files they remove. The penalty per file unlawfully removed is 250,000 usd. They should have to pay.

"Warner, however, states that Hotfile's claims should be dismissed. Among other things, the movie studio argues that the majority of the files that they wrongfully took down were in fact infringing and not authorized by the copyright owners to be distributed through or hosted on Hotfile."

fuck you mafiaa. Why should u and ur illuminati (watch illuminati in the music industry " get off the hook You are hellbent on total control and total enslavement. Also why did viacom ceo get a 50 million dollar bonus and you are the only organization besides wall street that reaped so much profits while the rest of the world suffer. Yes by ur own figures piracy is killing you. That is why the ceo got a bonus and ur profits are off the wall along with wall street crooks. Burn in hell!

13 people liked this   Like

**ScytheNoire**  4 months ago

Warner Bros broke the law, should have to pay up. They are bigger criminals than any "pirate" ever was. Their bribery (lobbying) is destroying the internet.

19 people liked this   Like

**Anon**  4 months ago

interesting

In the long run this is merely a traffic ticket to Warner.

The opportunity cost to HotFile is way greater.

Big guy picking on the little guy. :(

Hang tight hotfile! I'm rooting for you (no pun intended)

3 people liked this   Like

**Ad**  4 months ago

From memory, doesn't that constitute perjury under the DMCA? Not that anything will happen to them.

5 people liked this   Like

**Ven**  4 months ago  in reply to Ad

All they have to do is show that manual downloading and inspection of each file is not realistically possible, and that their automated software for the most part does what it is supposed to. Content uploaders have no legal rights that prevent their content from being made unavailable, so faulty software making authorized use of a Hotfile tool will not lead to any trouble for Warner.

It is quite scary to consider the implications of a court ruling that Warner didn't do anything wrong. Essentially the first step in the "We can't manually fight piracy with these limited tools" argument against cyberlockers as well as P2P.

4 people liked this   Like

**Lakisha**  4 months ago  in reply to Ven

ok so i make software that deletes windows pc operating system because I am a compeditor and it should be ok?

1 person liked this   Like

**Ven**  4 months ago  in reply to Lakisha

If you can get PC owners to allow you to run your software on their systems yes. You are not infringing on any Microsoft rights to remove their OS from systems with the system owner's permission.

1 person liked this   Like

3/9/2012    http://torrentfreak.com/warner-bros-admits-sending-hotfile-false-takedown-requests-111109/#disqus_thread

**Aussie bob**  4 months ago  in reply to Ven

not realistically possible? so they have to show that they cant download each file and watch them ... Or do you mean that it isnt feasible to download every file and watch them before deleting?
there is a world of difference between the two. besides they lie when they say they cant practically view all the files related to their content being put on hotfile. What they mean is they cant do it at a cost they consider reasonable. ie free or near to it.

Like

**Ven**  4 months ago  in reply to Aussie bob

And that is the point. We have already seen how sites without adequate methods to deal with infringement get nailed, because the volume of infringement does not financially allow for manual detection and deletion.

Thousands (if not millions) of sites that allow some form of file-hosting, billions if not trillions of files to check. The government will allow for automated file removal unless the hosting site can show manual detection/deletion can do the trick under a reasonable budget.

What can't be proven in court is that other content creators have rights that are being violated when Hotfile allows Warner to remove their files. Hotfile is definitely damaging their customer relations, but they are under no obligation to host the files without interruption.

1 person liked this.  Like

**Ninja**  4 months ago  in reply to Aussie bob

Viacom vs Youtube

So because they can't check every single thing that goes into their servers they should just shut down. Ah, road operators and drug dealers transporting drugs...

1 person liked this.  Like

**Jon7272**  4 months ago  in reply to Ven

like wise its not possible for a torrent site owner to go threw every single file to find out if its offending copy write rules. Use this same arguament next time in court against them. Torrent site owners

Like

**Ven**  4 months ago  in reply to Jon7272

Close but not quite. At some point the Judge is going to make his ruling based on how likely it is that Warner's automated system would ID false positives. He may let them off if it was less than 5% of the time. Maybe 15% or even 20%

In the same manner, a judge is going to decide that a percentage of copyrighted works being listed on a torrent site demonstrates that the site owner cannot plead ignorance against the aiding of copyright infringement.

1 person liked this.  Like

**Danny**  4 months ago  in reply to Jon7272

@Ven

Up to 20% is a huge amount of files. Their software probably has the ability to remove an unlimited amount a day. Even if they only remove 1000 a day (one person could do this manually) that's up to 200 files they don't own. They should never have been given the opportunity to do this! Its blatant abuse of the system and they should be strung up

1 person liked this.  Like

**Guest**  4 months ago  in reply to Jon7272

It's called the 'Red Flags' rule
Any business that knows their business model is infringing (and it would be pretty dumb to not suspect what a file labelled 'Adobe_CSS_5_(Full)+Crack' meant) is guilty of allowing/permitting illegal trade of counterfeit goods

That's why torrent sites don't have a safe harbor

Tip of the Day: obfuscate your links people. Only write up what the file contains in the description box on the actually site where the link is located

Like

**Inva9x**  4 months ago  in reply to Jon7272

@Guest

'Adove_CSS_5_(Full)+Crack'. it's just words. You can't know for 100% it is what it is until you get it and see for yourself

Like

**Ninja**  4 months ago  in reply to Jon7272

@Ven
The provider (ie a torrent indexer or tracker) may know that infringing content is posted on their sites. Google knows infringing content is posted on their site every minute.

Feds know drugs are transported through US roads every minute. Docs and

Page 7

3/9/2012    http://torrentfreak.com/warner-bros-admits-sending-hotfile-false-takedown-requests-111109/#disqus_thread

transportation companies know ships transport counterfeit every minute.

Yet, can any of those really check every single piece of data or product that goes through their system? Can the Feds check every single cargo that comes in? No. They do it by sampling in the worst case

Service providers in the internet have yet another reason to keep their distance and only comply with legitimate takedown notices: net neutrality. So while there are insane rules like you mentioned it doesn't make the concept right. While TPB is not a real good example as they don't comply with anything and throw polar bears at copyright holders, they do have a considerable amount of legal content too (as they also support legal stuff too such as Vodo and Jamendo)

So, should we kill all Muslims because most terrorists are Muslims? I don't think so.

1 person liked this.   Like

**Ven**  3 months ago   in reply to Jon7272

@Ninja

Unlike other sites, Google has shown satisfactory mechanics are in place to prevent infringement. It remains to be seen how the judicial system will view cyberlockers.

----------

"Can the Feds check every single cargo that comes in? No. They do it by sampling in the worst case."

----------

The difference here is that, if the Feds miss a van full of drugs at the border, at most a few hundred pounds of substances make it into the states. If a single shared file is missed, it is there forever being shared to a limitless number of people. I guarantee you if one crack van making it across the border meant that we "lost" forever the war on crack, border patrol would radically rethink their strategies

----------

"While TPB is not a real good example as they don't comply with anything and throw polar bears at copyright holders, they do have a considerable amount of legal content too (as they also support legal stuff too such as Vodo and Jamendo)"

----------

The question is whether or not removal of files from those sites by methods approved by the site owners is in any way infringing upon the rights of the uploaders. One look at the wording and success of ToU agreements, I will guess not

----------

"So, should we kill all Muslims because most terrorists are Muslims? I don't think so."

And that is essentially my point worded backwards. We let terrorists occasionally slip through because most of the Muslims in our nation are perfectly legit citizens, just like the judge allows Warner's system to make some false positives because for the most part it functions legitimately to take down unauthorized files

Like

**Fan**  3 months ago   in reply to Ven

I got your point, but why then same this MPAA argue file hosters (and others) MUST act pro-active and prevent uploading of pirated content? They failed to delete their OWN content (% of all total), how filehosters are supposed to track all uploaded files?! By name filters like "box"?!
And what about to delete open source download manager because someone could use it to download MPAA content?!
What a brilliant logic!
Let's stop internet cause someone can use it and download something bad?!

Like

**KN**  3 months ago   in reply to Ven

Warner Bros is probably one of the only giants who could afford to inspect each and every file, they're just being cheap about it and not wanting to spend any more cash in doing so than the "little guy"

They wanted to raise the bar, and force ISPs and file hosting sites to do this, yet they don't hold themselves to the same requirements even though they are magnitudes larger (in size, as a company) than ISPs and file hosting sites.

This is like saying you can't keep track of every person in a stadium because you only have one employee to do so and the stadium houses 50,000 people. You are told to let in some staff from one of the teams to do so for you, only to find out that they not only locked out valid people with tickets, but they are also using the defense that they don't have sufficient staff to do so

AKA double standard, and money talks

Like

**limbo**  4 months ago

"the movie studio argues that the majority of the files that they wrongfully took down were in fact infringing and not authorized by the copyright owners to be distributed through or hosted on Hotfile."

maybe the files did fall into the category stated above, but it doesn't give Warner bros the right to remove them, they were not their files to do anything with. the only thing they could have done was inform whoever they thought was the rights holder and left it at that.

Page 8

**Reader** 4 months ago

If I were hotfile, I'd try to demand prison time for those responsible of the illegal takedowns :P

7 people liked this

**Ven** 3 months ago in reply to Reader

The take-downs were not illegal. Warner was using a system they had permission to use. If Hotfile didn't limit the system's ability to only Warner files on their servers that is their mistake.

**Guest** 3 months ago in reply to Ven

Yes, they were. False DMCA = crime = MAFIAA go to jail

2 people liked this

**Ven** 3 months ago in reply to Guest

Don't hold your breath.

**Jack** 4 months ago

This is good news for hotfile, but they are still banning uploaders accounts, so fuck them.

1 person liked this

**Durr hurr hur** 4 months ago

Stay classy, WB.

1 person liked this

**Yep** 4 months ago

I think this is a minor bump in the road, to be honest.

In another filing it seems they're interested in getting a precedent pretty fast and causing some chaos to the other hosts.

1 person liked this

**Asd** 4 months ago

Warner just lost the moral high ground - the court's position is going to be substantially affected by this. Better yet, this is now pure gold for all the other similar cases worldwide, since we can now demonstrate an actual danger of giving the content owners free reign.

3 people liked this

**Ven** 4 months ago in reply to Asd

Wouldn't be the first time that false positives are allowed in a system that by percentages is deemed successful.

**Danny** 4 months ago in reply to Ven

Abuse of the system does not make it successful.

They have admitted they removed a piece of open source software, the person that owns the rights should sue Warner and they should get $65k per file. This was obviously done manually by someone and that someone should get prison time. (I am using punishments the media giants deem appropriate)

**Ven** 4 months ago in reply to Danny

Not really. For copyright infringement, those may be appropriate sentences. But this isn't infringement, this is merely using a tool that Hotfile gave them access to. So Hotfile may be able to slap them on the wrist for it, but there is absolutely nothing protecting uploaded files from being taken down, no rights that belong to uploaders forcing Hotfile to host those files without interruption.

Also, the judge is most likely going to ignore one count of removing non-original content, because it was sitting on an account that had uploaded multiple copyrighted Warner files. If the file was in fact there to improve the illegal content download, the judge won't care because that whole account should have been removed by Hotfile anyway.

1 person liked this

**Guest** 4 months ago in reply to Ven

Knowingly deleting open source software is not 'a false positive'.
It's just plain taking advantage of an pre-agreed arrangement and censorship

Page 9

2 people liked this. Like

**Rekrut**  3 months ago  in reply to Guest

**Knowingly deleting open source software is not 'a false positive'.**

Didn't you know? Open source/free software is evil. If you're not buying commercial software, you're the enemy.

1 person liked this. Like

**Predator**  4 months ago

The piece of crap at Sony are doing exactly the same shit with you tube on classical recording they don't owe! They get some videos blocked in Germany illegally!

1 person liked this. Like

**mmmm...**  4 months ago

1. Write Software
2. Name it after a WB movie
3. Use hotfile exclusively to distribute it
4. Sue WB for taking it down
5. Profit?

2 people liked this. Like

**unknown**  4 months ago  in reply to mmmm...

that would be trademark infringement if you name it after a WB movie, you would be the one getting sued

1 person liked this. Like

**bob**  4 months ago  in reply to unknown

Ok, maybe "Harold & Kumar Escape from Guantanamo Bay" would be a bad choice but I have a hard time to imagine words like "The box" or "Splice" to be trademarked because WB used them in film titles.

1 person liked this. Like

**unknown**  4 months ago  in reply to bob

i just feel that the comment suggest the naming to be exact. if you actually name it "The box", it will have high possibility for trademark infringement. ever heard of Bethesda's "Scrolls" Lawsuit Against Minecraft studio?. it might sound ridiculous but not impossible, especially if WB decided to take the offensive.

Like

**Anon**  4 months ago  in reply to unknown

No trademarks only apply if you are competing in the same arena. So you can have multiple companies called mcdonalds, (builders etc) but if you try to open a restaurant with the name, you are going to get sued.

1 person liked this. Like

**Ven**  4 months ago  in reply to mmmm...

Can't sue WB for taking it down, they were operating under Hotfile permission and DMCA-given rights. You could sue Hotfile for letting your software get taken down but they will bitch-slap you with their user agreement.

Like

**Danny**  4 months ago  in reply to Ven

You only have to have one word in it the same by the way the article read. If you upload virtual box they will probably pull that down and I guess oracle could sue them.

Like

**Ven**  4 months ago  in reply to Danny

No they couldn't. There is no law saying that Hotfile has to host a file. Warner could have knocked every single file off of there and the users would still have no case against Warner.

Misuse of the take-down tool is between Hotfile and Warner, removal of user-uploaded files is between Hotfile and it's users.

Like

**Guest**  4 months ago  in reply to mmmm...

See Videocom v. Youtube.
Already been tried (proved in court). They unsuccessfully upload their own videos and tried to sue them. It was dismissed (the the case is still ongoing for 63,000 other videos clips they claim Youtube knowingly allowed to be viewed).

Like

**Lllox** 4 months ago

at the speed that hotfile offer even premium users will take year to download content that look like infringing one by one and check if if it really infringe WB copyright .
So it is clear why they passed to auto filter as long as hotfile is quite why they should care about
Now when hotfile feel it in his ass . he used his last weapon , now if court consider hotfile guilty it will be the end , they may charge WB for few penny (for WB all sound like few penny) and ask hotfile to close down .

1 person liked this  Like

**Anonymous** 4 months ago

"Warner admits that, as one component of its takedown process, Warner utilizes automated software to assist in locating files on the internet believed to contain unauthorized Warner content," the movie studio writes

Ok. I'm going to now use a mass downloader on the MPAA's home page for the next couple of months, and claim that it's not (in my opinion) cost feasible to turn off the downloader- that'd take way too much time- so I HAVE to essentially DDoS them.

After all, it's the same argument.

1 person liked this  Like

**FinalApokylypse** 4 months ago

"5. Hotfile's Counterclaim is barred in whole or in part by the doctrines of laches and estoppel. Upon information and belief, Hotfile knew of the occasional mistaken takedown requested by Warner and never informed Warner, at a time when Warner could have used that information to prevent future errors of that kind and otherwise continued improving the accuracy and reliability of its process for issuing notifications requesting the removal of infringing files.Instead, Hotfile allowed such errors to continue in order to have something to sue Warner over and with which to embarrass Warner as a response to Warner's copyright infringement claimsagainst Hotfile."

You INTENTIONALLY deleted something that wasn't yours and you claim you would have tried to improve accuracy and reliability or their process . and then say they didn't try to fix errors with the intention of suing/embarrassing Warner at a later date..

I'm sorry but personally I'd want to respond that why would I bother telling you that your making errors with your keyword searches because you CLEARLY, with actual current EVIDENCE don't give a s**t about whether its yours or not

2 people liked this  Like

**Ven** 4 months ago in reply to FinalApokylypse

They knocked out one file on an account that should have been removed for infringement anyway

1 person liked this  Like

**Cron410** 4 months ago

what was the open source software???

2 people liked this  Like

**Fskje222** 4 months ago in reply to Cron410

probably JDownloader (official download links were hosted on hotfile)

5 people liked this  Like

**foff** 4 months ago

When i see hollywood suspend movie making for a year due to piracy because they are out of money then I might believe their bullshit. Why are they spending tons of money making big movies for Christmas and next summer if everyone is going to download them and watch them for free?

The truth is the industry makes a big deal out of the 1/10 of 1 percent of people who downloaded a movie that might have made the effort to see it in a theater or rent it if no download was available. In essence for a movie that makes a billion they are whining about an extra few hundred thousand they might have made if no downloads were available. If lawmakers and judges would put copyright infringement in this context they would realize that file sharing is less harmful to creation by a long shot then shoplifting is to the retail industry.

I don't see the retail industry begging for strong federal laws against shoplifting with the claims that they will go out of business any day if congress does not act. Why oh why does the entertainment industry get away all the time with making the silly baseless claims they do all the time?

By the way hotfile is really a dead issue my premium account expired months ago and I have moved on. Hotfile links are rare now. Rapidshare is still in business so may be the Germans still use them but no english site does anymore. Perhaps hotfile is still being used heavily somewhere in asia but soon all hotfile links in the english speaking world will be gone

1 person liked this  Like

**Rekrut** 3 months ago in reply to foff

When I see hollywood suspend movie making for a year due to piracy because they are out of money then I might believe their bullshit. Why are they spending tons of money making big movies for Christmas and next summer if everyone is going to download them and watch them for free?

And if the industry is being destroyed by file sharing, how is that Hollywood has been reporting record profits for the past 5-6 years straight?

1 person liked this.  Like

**Jmorse43508**  3 months ago  in reply to Rekrul

To quote your comment "And if the industry is being destroyed by file sharing, how is it that Hollywood has been reporting record profits for the past 5-6 years straight?"

Simple answer is that they are not being destroyed by file sharing. But whenever this question is posed to the anti-piracy shills/trolls, they are either silent or equivocate

Like

**No**  3 months ago

"'Warner further admits that, given the volume and pace of new infringements on Hotfile, Warner could not practically download and view the contents of each file prior to requesting that it be taken down through use of the SRA tool,' Warner writes."

This pure, weapons grade, bullshit. Look at the examples provided:
"The movie studio admits this and confirms that while searching for 'The Box (2009)' many unrelated titles were removed."

"Warner admits that its records indicate that URLs containing the phrases 'The Box That Changed Britain' and 'Cancer Step Outsider of the Box' were requested for takedown through use of the SRA tool.'"

They wouldn't have needed to "download and view the contents of each file"; they just would have needed a human involved in the process who can read the freaking titles. They can't reasonably argue that such a requirement is not practical.

2 people liked this.  Like

**Ven**  3 months ago  in reply to No

One human could read titles about as quickly as maybe 50 users upload content. Hotfile gets 23 million visitors a month. Hotfile is only 1 of thousands of hosting sites.

To attempt to do it manually is beyond stupid

Like

**zen**  3 months ago

Its always been filtered through key titles, words, etc. Now say we start creating files without vowels in them! That would really create some havoc on the filters

1 person liked this.  Like

**Nope**  3 months ago

"Yeah we did it but it should be dismissed" " Fuck you warner bros

2 people liked this.  Like

**FrozenCanuck**  3 months ago

Here's what I posted in TorrentFreak in September of this year when the news first broke

"About Warner Brothers misusing Hotfile's takedown tool--

There's a positive side to this that I don't think anyone's commented on. Rights holders are always saying filelocker companies should monitor the uploads and remove all infringing content. The filelocker companies are saying, 'That's impossible. We can't possibly monitor everything that's been uploaded.'

In this case, Hotfile gave Warner Brothers the job of monitoring Hotfile content and removing whatever belonged to Warner Brothers. I suspect what happened is not that Warner Brothers intentionally removed content that wasn't theirs. Rather, they tried their best to monitor and remove Warner Brothers' content, and found out what everybody knows-- there is no way for anyone to efficiently and accurately find and remove infringing content

This lawsuit's biggest benefit, I suspect, will be to demonstrate to the Courts that even the best intentioned filelocker service cannot monitor and remove all infringing content. If Warner Brothers can't even do it with their own material, why should others be able to?"

I still think it's the most important benefit of this lawsuit

(I realize one Warner Brothers employee misused the tool, but that's a side issue compared to the bigger issue-- What can copyright holders reasonably expect filelocker services to do in monitoring uploaded content?)

Cheers

FrozenCanuck

3 people liked this.  Like

3/9/2012  http://torrentfreak.com/warner-bros-admits-sending-hotfile-false-takedown-requests-111109/#disqus_thread



**Rekrul** 3 months ago in reply to FrozenCanuck

(I realize one Warner Brothers employee misused the tool, but that's a side issue compared to the bigger issue-- What can copyright holders reasonably expect filelocker services to do in monitoring uploaded content?)

They expect them to install automated filters that will delete files based on keywords just like they did. They don't care if it deletes other people's files, or even perfectly legitimate files. You have to understand that the ONLY thing they care about is getting their way. If they could get a court to shut down every file hosting service in the world, they'd do it without a second thought.

2 people liked this  Like

**Buglord** 3 months ago

#1 rule of the buglord:
if you don't understand the words you're using, STFU and die now.
also extended to if you're an idiot, face it you will die soon.
not to be confused with if you are human, go die now, that's rule #2.

1 person liked this  Like

**DRuNKeN MaSTeR** 3 months ago

Give them your little finger, and they will rip your arm off. If anything we should take power away from the MAFIAA, not give it to them (like the SRA Toool).

3 people liked this  Like

**lslalla** 3 months ago

tinyurl.com/3j5ovpk

1 person liked this  Like

**Gangsta4429** 3 months ago

Its about time filehosters start suing the MPAA...The MPAA has been abusing its power from day 1.. Its ENOUGH and its high time someone finally did something about it.. I hope hotfile gains a HUGE settlement from those queers at Warner Bros. since Warner themselves are assholes!!!

1 person liked this  Like

**Musicboy019** 3 months ago

Filesonic

Like

Real-time updating is enabled.