# EXHIBIT X

Robot Proposal





**WARNER BROS.**
**PIRACY**

# – Robot Proposal –

Phillip Hughes
UK Internet Anti Piracy Operations
Phillip.hughes@warnerbros.com
(+44) (0) 207984 6008

Highly Confidential



EXHIBIT 5
10-12-11

WARNER072945

Robot Proposal



## Contents

| | |
|---|---|
| 3 | Introcuction |
| 4 | Robot Tasks Summary |
| 5 | Cyberlocker Scanning |
| 6 | Cyberlocker Scanning |
| 7 | Cyberlocker Scanning |
| 8 | Cyberlocker Scanning |
| 9 | Cyberlocker Scanning |
| 10 | Scraping Torrent sites/Usenet/UGC Sites |
| 11 | Deal / Requirements / Limitations |
| 12 | About Kapow |

Highly Confidential

WARNER072946

Robot Proposal



## Introduction

Presently we are paying hundreds of thousands of pounds to external vendors to conduct internet scanning and takedowns for us. These scans only cover a handful of our titles at any one time; consequently many titles stay available on the internet until they are discovered manually, which could be weeks, months, or even years. We need something that is capable of scanning for the whole catalogue of Warner Brother's content, without the enormous price tag.

Kapow Technologies have offered Warner a software solution, enabling the development of a "Robot" or "Bot" which once developed would allow us to bring internet scanning and takedown facilities in-house. This allows much more flexibility for Warner when searching for titles, as well as being more financially viable. IFPI are currently using this technology, so it is tried, tested and proven.

A "Bot" is a piece of computer software which can be programmed to conduct automated tasks by a series of "scripts". Scripts are effectively the instructions given to the computer, which once programmed can be run an infinite amount of times.

We are able to create a script which would automatically scan for infringing content on the internet, store the locations of it in a database and then remove said content from the internet, using Kapows software.



Highly Confidential

WARNER072947

Robot Proposal 

 Data Collection Edition





### Robot Tasks - Outline:

*1.) Cyberlocker scanning and takedown form submission - Scanning Blogs, Forums, Link Sites and then using our backend access automatically to remove links. Any encrypted links could be fed to P4M.*

*2.) Scanning portal sites for infringements for data collection/stats purposes. It could even scrape click/download and seeds/leecher data.*

*3.) Scanning portal sites for infringements and then using an abuse form (if available and if we want to do this) to submit links automatically.*

*4.) Scanning Usenet through an interface like Binsearch.info.*

*5.) Scanning UGC / Video link sites - using built-in search - links could then be fed into content-recognition and then automatic takedown based on those results*

*6.) General brand-protection-type scanning on selected websites/search engines*

Phillip Hughes                Page 4                23/09/2011

Highly Confidential

WARNER072948

Robot Proposal



<u>1: Cyberlocker Scanning and Takedowns</u>

One of the major features of the Bot would be the ability to scan for and takedown Cyberlocker links. The main advantages of having our own Bot running this is that we can determine exactly which sites to scan, at which time, and for whatever content we choose.

We would be able to add all our known link and Blog sites for the robot to scan and determine the frequency for which they are scanned. For example, more popular sites could be scanned every few hours and less popular sites perhaps once a day. Most importantly, we can scan for whatever title we choose. Not only could we be frequently sweeping popular sites for popular titles, but also remove older elements in Warner's catalogue from sites. It is possible to hook the robot up to a database containing all Warner Titles in which to scan for.

<u>Some Screenshots of The Robot:</u>

Highly Confidential

WARNER072949

Robot Proposal



Above shows a screenshot of the Kapow "RoboMaker" software testing a script. This particular script is searching the popular Cyberlocker link site WarezBB (http://www.warez-bb.org/) for links to The Dark Knight.

This is the software we would use to teach the Bot how to navigate a site, conduct searches, and identify links to be downloaded. The software is very sophisticated and is capable of getting round obstacles that some sites have, which similar Bot software would usually fail on.

Phillip Hughes                  Page 6                    23/09/2011

Highly Confidential

WARNER072950

Robot Proposal



# WarezBB – Extract all the 'Code' Links



Above we see the Bot identifying the Cyberlocker links in the thread.

Phillip Hughes                     Page 7                          23/09/2011

Highly Confidential

WARNER072951

Robot Proposal



Above we see the Bot checking the links to see if they are up.

Highly Confidential

WARNER072952

Robot Proposal



The above screenshots show the Bot running, collecting links and then checking them. The Bot is able to determine if the Cyberlocker link is active, and if so, a separate Bot would be able to report the links using our backdoor takedown tools.

Currently Warner has backdoor takedown tools (Immediate removal of links) for the following Cyberlockers:

- Egoshare
- FileFactory
- MegaUpload
- Rapidshare
- qShare

Phillip Hughes                    Page 9                    23/09/2011

Highly Confidential

WARNER072953

Robot Proposal



- Sharebase.de
- Share-online.biz
- Upload.to
- VIP-File

All these takedown tools can be fully integrated with the Bot, so as soon as the Bot finds infringing links, they are immediately recorded and removed.

We are working with the other Cyberlockers to try to gain backdoor takedown access, but until then, we can program the Bot to send automated notices via e-mail requesting the links to be removed. However it can take a few days before notices sent via e-mail have an effect.

## 2: Scrape Torrent Portal Sites

Another function the Bot could offer is the monitoring and recording of torrent portal sites, for data collection and statistics purposes.

Sometimes it is necessary for us to quickly determine a very rough guesstimate of estimated downloads for a particular title. Having statistics like these readily and easily available would not only save a lot of time and resources, but also increase the accuracy of said statistics. We estimate that between 60 - 80% of all illegal downloads come from public Bittorrent trackers, so gaining more intelligence from these portals is a great advantage.

This sort of scanning could be conducted perhaps once or twice a day; on top of all the robots other functions.

## 3: Reporting torrents automatically

Additional to scraping torrent portals, some public torrent sites accept abuse reports. We could have one of the bots scan through torrent portals and report any infringing torrents.

## 4: Scanning UseNet

Similar to scanning torrent portals, we could scan Usenet by using indexing sites such as BinSearch.info for data collection and statistics purposes.

## 5: Scanning and reporting UGC sites / Video Link Sites

Currently we are paying vendors to scan and takedown infringing videos from User Generated Content (UGC) sites such as YouTube. It is possible for the Bot to do this automatically.

The Bot could be programmed to search UGC sites for infringing content. The problem here is that most of the content returned will not be infringing compared to

Phillip Hughes                     Page 10                     23/09/2011

Highly Confidential

WARNER072954

Robot Proposal 

content on Cyberlocker Linking sites. For example, searching for "Harry Potter" would likely return a lot of results for trailers and fan videos. For this reason, manual intervention would usually be required.

However, it is possible to set up a web-based interface with a vendor such as Vobile or Audible Magic, who have content-recognition software. The Bot would gather links, and then automatically send them via the web interface to the content-recognition system. The vendors system cross references the content in the links with the fingerprint database. If the content matches an item in the database, the link is marked as infringing, and is sent back to the Bot. The Bot would then be able to proceed to takedown the link; either via the back door take down tool or by sending an automated notice.

### 6: General Brand-Protection Scanning

The Bot could be programmed to occasionally search for and record potentially harmful topics/articles to Warner Brothers, or any potential leaks. This can be done by having the Bot search for keywords which could suggest leaks or damaging material. If the Bot discovers anything of interest, it can be programmed to save the information and even alert someone via e-mail.

### Deal from Kapow

Kapow is offering us a 3 month "trial" of the software for £10,000 GBP.

If after this trial we wish to continue the program, they have offered us a "Quad-Core licence" for £60,000 GBP per annum, plus free training.

### Requirements

We would require a powerful Quad-Core computer.
This would allow 4 Bots to run at a time.

### Possible Limitations

There are **potential bandwidth problems** running off our standard external ADSL line. We may require a faster, dedicated internet connection.
(We would not be able to run this off the corporate network)

At first our licence would limit us to the processing power of one Quad-Core computer. **This would allow us to run 4 Bots at any one time.** Depending on how many scripts we intend to run, we may require more CPU's in the future.

Phillip Hughes                    Page 11                    23/09/2011

Highly Confidential

WARNER072955

Robot Proposal



## About Kapow

At a Glance:



Company History
- Europe's largest on-line real estate marketplace (1998-2002)
- Transitioned to enterprise mashup server software (2002 forward)
- Disney and Morgan Stanley invest (2008)

1  300+ customers across US, Asia and Europe
- Audi, AT&T, Barclays Bank, CSC, BAE Systems, Credit Suisse, Intel, Morgan Stanley, Vodafone, Visa, Novartis, Deutsche Post, DHL

2  Strategic Partnerships
- Oracle, IBM, BEA, Attachmate, FAST, EMC/Documentum

3  Products
- Kapow Mashup Server 6.5 - 10 years in the making, mature, proven, highly scalable, enterprise-ready platform
- Kapow OnDemand 6.5 – Hosted SaaS version of Kapow Mashup Server
- Build and share data API's and feeds for mashups

Usage Patterns by Industry



Phillip Hughes                    Page 12                    23/09/2011

Highly Confidential