## EXHIBIT E

Highly Confidential

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - -

DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,

        Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,

        Defendants.

HOTFILE CORP.,

        Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,

        Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - -

VOLUME I
H I G H L Y   C O N F I D E N T I A L
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Monday, December 5, 2011
Job Number: 44174

TSG Reporting - Worldwide    800-702-9580

Highly Confidential

1   A.   No, they did not.
2   Q.   Hotfile had identified what it believed to have been
3        mistakes in the notices by Warner throughout
4        February, March, April and even May of 2001; is that not
5        correct?
6   MR. THOMPSON: I'm going to object to the extent that it
7        calls for work product information which commenced after
8        the date of early March 2011.
9            To the extent you can answer without revealing work
10       product information, you can do so.
11  A.   I don't think I can answer.
12  BY MR. FABRIZIO:
13  Q.   Okay. Well, you identified what you believed to have
14       been mistakes made by Warner prior to early March 2001;
15       is that not correct?
16  A.   Yeah, I believe so.
17  Q.   Okay. Did you ever bring those mistakes to the
18       attention of Warner prior to filing your counterclaim?
19  A.   Not directly, no.
20  Q.   Indirectly?
21  A.   It is my belief that at some point our counsel
22       communicated with Warner, who knew.

Highly Confidential



Page 168