# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES
1-10.

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*    /

**ORDER GRANTING DEFENDANTS' MOTION TO
STRIKE THE DECLARATION OF JENNIFER V. YEH FILED
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT
ANTON TITOV'S MOTION FOR SUMMARY JUDGMENT
AND TO DEFENDANT HOTFILE CORPORATION'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

    **THIS CAUSE** came before the Court on the Motion of Defendants, Hotfile Corporation and Anton Titov (collectively "Defendants"), for Leave to Strike the Declaration of Jennifer Yeh filed in support of Plaintiffs' Opposition to Defendant Anton Titov's Motion for Summary Judgment and to Defendant Hotfile Corporation's Motion

for Partial Summary Judgment ("Defendants' Motion to Strike the Yeah Declaration"). The Court has considered Defendants' Motion to Strike the Yeah Declaration and being otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion to Strike the Yeah Declaration that was filed in support of Plaintiffs' opposition to Defendant Anton Titov's Motion for Summary Judgment and in opposition to Hotfile Corporation's Motion for Partial Summary Judgment is Granted.

**DONE AND ORDERED** in chambers at Miami, Florida this _____ day of _____ 2012.

_____
KATHLEEN D. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record