UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
                                                            /

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant*.                      /

**REPLY OF DEFENDANTS IN SUPPORT OF DEFENDANTS' REQUEST FOR
HEARING ON DEFENDANTS' OBJECTIONS TO THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION REGARDING TITOV EXHIBIT 27**

As part of its *de novo* review, Defendants respectfully request that this Court hear argument regarding exclusion of Titov Exhibit 27 from evidence. By opposing a hearing, Warner understandably seeks to avoid scrutiny of its counsel's multiple overlapping violations of the Protective Order and of Rule 4-4.4(b) of the Florida Rules of Professional Responsibility. However, Warner's attempt to direct attention elsewhere should be rejected. Although the Magistrate Judge held two hearings on Plaintiffs' two motions regarding Exhibit 27, no ruling

CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

has yet analyzed the four Protective Order violations and the ethical rule violation identified in Hotfile's Objections.  Additionally, a hearing will allow participants to explore how Warner came to base its position on the wrong subsection of Federal Rule of Evidence 502.  A hearing will also permit counsel to address the impact of Plaintiffs' statement for the first time twelve days ago – after a year of discovery and hundreds of thousands of dollars spent addressing the entire time span of Hotfile's operations – that Plaintiffs are not making any claim regarding Hotfile's post-Complaint operations.  *See* Pls.' Opp. Defs.' Mot. Partial Summ. J Regarding DMCA Safe Harbor at 4 (asserting that Hotfile's motion for partial summary judgment regarding post-Complaint liability seeks an "advisory opinion" because "Plaintiffs sued Hotfile based on its system and business model as they existed pre-complaint.").  Exhibit 27 is a ***post-Complaint*** work-product document.  Given that oral argument on Plaintiffs' improper evidentiary submissions in support of summary judgment logically will arise in the context of any hearing on summary judgment, Hotfile respectfully requests oral argument regarding exclusion of Exhibit 27 from the pending summary judgment motions or trial.

DATED:  March 19, 2012              Respectfully submitted,

                         s/ Janet T. Munn
                         Janet T. Munn, Esq. Fla. Bar No. 501281
                         Email: jmunn@rascoklock.com
                         RASCO KLOCK
                         283 Catalonia Avenue, Suite 200
                         Coral Gables, Fl 33134
                         Telephone:  305.476.7101
                         Telecopy: 305.476.7102

                         And

CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

s/ Roderick M. Thompson
Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email:  rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email:  aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email:  tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email:  dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email:  jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA  94104
Telephone:  415.954.4400
Telecopy: 415.954.4480

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation*
 *and Anton Titov*

CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2012, a true and correct copy of the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL  33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA  91403-5885
Telephone: 818.935.5812

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

By: s/ Janet T. Munn
     Janet T. Munn