UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.

_____/

HOTFILE CORP.,

     *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

     *Counter-Defendant.*      /

**DEFENDANTS' NOTICE OF FILING ELECTRONIC CERTIFICATE OF
SERVICE TO DEFENDANTS' MOTION AND MEMORANDUM OF LAW TO
STRIKE THE DECLARATION OF JENNIFER V. YEH FILED IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANT ANTON TITOV'S MOTION
FOR SUMMARY JUDGMENT AND TO DEFENDANT HOTFILE
CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants, Hotfile Corporation  and Anton Titov (collectively "Defendants"), hereby

give notice of filing the electronic Certificate of Service to Defendants' Motion and

Memorandum of Law to Strike the Declaration of Jennifer V. Yeh Filed in Support of Plaintiffs'

Opposition to Defendant Anton Titov's Motion for Summary Judgment and to Defendant Hotfile

CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

Corporation's Motion for Partial Summary Judgment (DE 371).  The Certificate of Service

reflecting the electronic filing of Defendants' Motion to Strike and service on opposing counsel

via CM/ECF on March 19, 2012, is attached hereto as Exhibit "A."


DATED:  March 19, 2012                    Respectfully submitted,


                                          s/ Janet T. Munn
                                          Janet T. Munn, Esq. Fla. Bar No. 501281
                                          Email: jmunn@rascoklock.com
                                          RASCO KLOCK
                                          283 Catalonia Avenue, Suite 200
                                          Coral Gables, Fl 33134
                                          Telephone:  305.476.7101
                                          Telecopy: 305.476.7102

                                          And

CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

s/ Roderick M. Thompson
Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email: rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email: aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email: tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email: dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email: jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA  94104
Telephone:  415.954.4400
Telecopy: 415.954.4480

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation*
 *and Anton Titov*

CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2012, a true and correct copy of the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL  33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA  91403-5885
Telephone: 818.935.5812

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

By: s/ Janet T. Munn
Janet T. Munn