UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

    *Defendants.*
_____/

HOTFILE CORP.,

    *Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*
_____/

FILED by AJS D.C.

MAR 19 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**UNOPPOSED MOTION AND MEMORANDUM OF LAW OF DEFENDANTS
HOTFILE CORPORATION AND ANTON TITOV FOR LEAVE TO
FILE UNDER SEAL DEFENDANTS' REPLIES TO DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT, THE DECLARATIONS
OF ANTON TITOV AND JANEL THAMKUL, FILED IN
<u>SUPPORT OF THE REPLIES AND ANY EXHIBITS TO THE FILINGS</u>**

Defendants Hotfile Corp. ("Hotfile") and Anton Titov ("Mr. Titov"), file this Unopposed Motion to File Documents Under Seal pursuant to Local Rule 5.4, as set forth below in the accompanying memorandum of law.

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## **MEMORANDUM OF LAW**

The documents to be filed under seal are:

a. Reply Memorandum of Defendant Hotfile Corporation in Support of Defendant's Motion for Partial Summary Judgment Under the DMCA's Safe Harbor ("Hotfile's Motion for Partial Summary Judgment") and any exhibits thereto;

b. Mr. Titov's Reply to Plaintiffs' Opposition to Mr. Titov's Motion for Summary Judgment and any exhibits thereto;

c. The Declaration of Mr. Titov, filed in Support of Hotfile's Reply to Plaintiffs' Opposition to Hotfile's Motion for Partial Summary Judgment and filed in support of Mr. Titov's Reply to Plaintiffs' Opposition to Mr. Titov's Motion for Summary Judgment and any exhibits thereto; and

d. The Declaration of Janel Thamkul, filed in Support of Hotfile's Reply to Plaintiffs' Opposition to Hotfile's Motion for Partial Summary Judgment and filed in support of Mr. Titov's Reply to Plaintiffs' Opposition to Mr. Titov's Motion for Summary Judgment, and any exhibits thereto.

The documents should remain under seal until the conclusion of this case. Upon expiration of the sealing period, the sealed documents should be returned to Defendants' counsel.

This motion is filed pursuant to the Order entered by the Court on May 19, 2011 [D.E. #68], which states that "[in] the event that any Discovery Materials designated under this Protective Order is described, characterized, excerpted or referenced in, or attached to, any Court proceeding or submission in connection with this litigation...the filing party shall seek to file such material under seal pursuant to Local Rule 5.4."

2

The Replies, Declarations and Motion to Strike, concern information that has been designated as Confidential or Highly Confidential under the Protective Order. They include confidential, proprietary and commercially sensitive business documents and material, including, *inter alia*, confidential and sensitive financial information regarding Hotfile and its shareholders, confidential and sensitive information about Hotfile's business methods, and confidential and sensitive information about other business interests of Hotfile's shareholders. They also include excerpts of deposition testimony of Plaintiffs' corporate representatives, which Plaintiffs have designated as Confidential and/or Highly Confidential. The Court has authority to grant motions for leave to file under seal pursuant to Local Rule 5.4, when as here prior orders of the Court require submission of the filings under seal. Plaintiffs have no opposition to requested sealed filings.

## CONCLUSION

On the basis of the foregoing, Defendants respectfully request that the Court grant their unopposed motion for leave to file under seal and permit the filing under seal of the filings set forth above in paragraphs "a" through "d." A proposed Order is attached hereto as Exhibit "A."

## CERTIFICATE OF GOOD FAITH ATTEMPT TO RESOLVE

I hereby certify that pursuant to Local Rule 7.1(a)(3), prior to filing this motion, counsel for Defendants communicated with counsel for the Plaintiffs in a good faith attempt to resolve by agreement the matters raised in this motion and that Plaintiffs have no objection to this motion for leave to file under seal.

/s/ N. Andrew Leibnitz by Janet T. Munn
N. Andrew Leibnitz, Esq.

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DATED: March 19, 2012   Respectfully submitted,

*[signature]*

Janet T. Munn, Esq. Fla. Bar No. 501281
Email: jmunn@rascoklock.com
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102

And

*[signature: Roderick M. Thompson by Janet S. Munn]*

Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email: rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email: aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email: tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email: dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email: jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.4480

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone: 617.928.1800
Telecopy: 617.928.1802

*Counsel for Defendants Hotfile Corporation
  and Anton Titov*

4

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2012, a true and correct copy of the foregoing document, was filed conventionally and served on all counsel of record identified below via e-mail and by Federal Express.

Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA 91403-5885
Telephone: 818.935.5812

By: /s/ Janet T. Munn
Janet T. Munn

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES
1-10.

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant,*

v.
WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*    /

**ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS
HOTFILE CORPORATION AND ANTON TITOV FOR LEAVE
TO FILE UNDER SEAL DEFENDANTS' REPLIES TO
MOTIONS FOR SUMMARY JUDGMENT, THE DECLARATIONS
OF ANTON TITOV AND JANEL THAMKUL, FILED IN
SUPPORT OF THE REPLIES AND ANY EXHIBITS TO THE FILINGS**

**THIS CAUSE** came before the Court on the Unopposed Motion of Defendants,

Hotfile Corporation ('Hotfile") and Anton Titov ("Mr. Titov") (collectively

"Defendants"), for Leave to File Under Seal the following:

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

    a.    Reply Memorandum of Defendant Hotfile Corporation in Support of Defendant's Motion for Partial Summary Judgment Under the DMCA's Safe Harbor ("Hotfile's Motion for Partial Summary Judgment") and any exhibits thereto;

    b.    Mr. Titov's Reply to Plaintiffs' Opposition to Mr. Titov's Motion for Summary Judgment and any exhibits thereto;

    c.    The Declaration of Mr. Titov, filed in Support of Hotfile's Reply to Plaintiffs' Opposition to Hotfile's Motion for Partial Summary Judgment and filed in support of Mr. Titov's Reply to Plaintiffs' Opposition to Mr. Titov's Motion for Summary Judgment and any exhibits thereto; and

    d.    The Declaration of Janel Thamkul, filed in Support of Hotfile's Reply to Plaintiffs' Opposition to Hotfile's Motion for Partial Summary Judgment and filed in support of Mr. Titov's Reply to Plaintiffs' Opposition to Mr. Titov's Motion for Summary Judgment, and any exhibits thereto.

The Court has considered the Unopposed Motion to File Under Seal and being otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that the Unopposed Motion to File Under Seal is hereby Granted. The filings listed in Paragraphs "a." through "d." above, shall be filed and maintained under seal.

**DONE AND ORDERED** in chambers at Miami, Florida this _____ day of March 2012.

                                              _____
                                              KATHLEEN D. WILLIAMS
                                              UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record