UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

      *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES
1-10.

      *Defendants.*           /

HOTFILE CORP.,

      *Counterclaimant,*

v.
WARNER BROS. ENTERTAINMENT INC.,

      *Counter-Defendant.*       /

**ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS
HOTFILE CORPORATION AND ANTON TITOV FOR LEAVE
TO FILE UNDER SEAL DEFENDANTS' REPLIES TO
MOTIONS FOR SUMMARY JUDGMENT, THE DECLARATIONS
OF ANTON TITOV AND JANEL THAMKUL, FILED IN
<u>SUPPORT OF THE REPLIES AND ANY EXHIBITS TO THE FILINGS</u>**

**THIS CAUSE** came before the Court on the Unopposed Motion of Defendants,

Hotfile Corporation ('Hotfile") and Anton Titov ("Mr. Titov") (collectively

"Defendants"), for Leave to File Under Seal the following:

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

a.    Reply Memorandum of Defendant Hotfile Corporation in Support of Defendant's Motion for Partial Summary Judgment Under the DMCA's Safe Harbor ("Hotfile's Motion for Partial Summary Judgment") and any exhibits thereto;

b.    Mr. Titov's Reply to Plaintiffs' Opposition to Mr. Titov's Motion for Summary Judgment and any exhibits thereto;

c.    The Declaration of Mr. Titov, filed in Support of Hotfile's Reply to Plaintiffs' Opposition to Hotfile's Motion for Partial Summary Judgment and filed in support of Mr. Titov's Reply to Plaintiffs' Opposition to Mr. Titov's Motion for Summary Judgment and any exhibits thereto; and

d.    The Declaration of Janel Thamkul, filed in Support of Hotfile's Reply to Plaintiffs' Opposition to Hotfile's Motion for Partial Summary Judgment and filed in support of Mr. Titov's Reply to Plaintiffs' Opposition to Mr. Titov's Motion for Summary Judgment, and any exhibits thereto.

The Court has considered the Unopposed Motion to File Under Seal and being otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that the Unopposed Motion to File Under Seal is hereby Granted. The filings listed in Paragraphs "a." through "d." above, shall be filed and maintained under seal.

**DONE AND ORDERED** in chambers at Miami, Florida this _____ day of March 2012.

_____
KATHLEEN D. WILLIAMS
UNITED STATES DISTRICT JUDGE


cc:    All Counsel of Record

2