UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES
1-10.

    *Defendants.*           /

HOTFILE CORP.,

    *Counterclaimant,*

v.
WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*      /

**ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS
HOTFILE CORPORATION AND ANTON TITOV FOR LEAVE TO FILE
UNDER SEAL DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS'
OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION REGARDING PLAINTIFFS' MOTION TO "USE"
TITOV DEPOSITION EXHIBIT 27 AND ANY EXHIBITS TO THE REPLY**

**THIS CAUSE** came before the Court on the Unopposed Motion of Defendants, Hotfile Corporation ('Hotfile") and Anton Titov ("Mr. Titov") (collectively "Defendants"), for Leave to File Under Seal the following: Defendants' Reply in Support of Defendants' Objections to the Magistrate Judge's Report and

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

Recommendation Regarding Plaintiffs' Motion to "Use" Titov Deposition Exhibit 27, and Any Exhibits to the Reply.

The Court has considered the Unopposed Motion to File Under Seal and being otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that the Unopposed Motion to File Under Seal is hereby Granted. Defendants' Reply in Support of Defendants' Objections to the Magistrate Judge's Report and Recommendation Regarding Plaintiffs' Motion to "Use" Titov Deposition Exhibit 27, and Any Exhibits to the Reply, shall be filed and maintained under seal.

**DONE AND ORDERED** in chambers at Miami, Florida this _____ day of March 2012.

_____
KATHLEEN D. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record