(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number:   11-CIV-20427-WILLIAMS/TURNOFF

Disney Enterprises, Inc. et al.

                              Plaintiff

v.

Hotfile Corp. et al.

                    Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*          Name:  Karen L. Stetson, Esq.

                                 Address:  Gray-Robinson, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131

                              Telephone:  (305) 416-6880

On behalf of (select one):                    ☒ Plaintiff                    ☐ Defendant

Date sealed document filed:  3/19/2012

If sealed pursuant to statute, cite statute:  _____

If sealed pursuant to previously entered protective order, date of order and docket entry number:  68

The matter should remain sealed until:

☐ Conclusion of Trial                              ☐ Arrest of First Defendant
☒ Case Closing                                    ☐ Conclusion of Direct Appeal
☐ Other: _____
☐ Permanently.  Specify the authorizing law, rule, court order: _____

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file          ☐ Destroyed
☒ Returned to the party or counsel for the party, as identified above

(1)  Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment;
(2)  Reply Declaration of Jennifer V. Yeh in Support of Plaintiffs' Motion for Summary Judgment, and accompanying exhibits;
(3)  Notice of Filing Reply Declaration of Dr. Ian Foster and Reply Declaration of Dr. Richard Waterman, and attached Reply Declaration of Dr. Ian Foster and Reply Declaration of Dr. Richard Waterman.

                              *Karen L Stetson*

                              Attorney for:  *Plaintiff*