UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants.*
_____/



HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

**PLAINTIFFS' NOTICE OF FILING OF REPLY DECLARATION OF DR. IAN FOSTER AND REPLY DECLARATION OF DR. RICHARD WATERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs hereby give notice of filing the attached documents in support of Plaintiffs' Motion for Summary Judgment:

1)  Reply Declaration of Dr. Ian Foster in Support of Plaintiffs' Motion for Summary Judgment, and accompanying exhibits;

2)  Reply Declaration of Dr. Richard Waterman in Support of Plaintiffs' Motion for
    Summary Judgment.

Dated: March 19, 2012

Respectfully submitted,

By: _Karen L Stetson_

Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, Fl 33131
Telephone: (305) 416-6880
Facsimile:  (305) 416-6887


MOTION PICTURE ASSOCIATION
 OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone:  (818) 995-6600
Fax:  (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile:  (202) 639-6066

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th Day of March, 2012, I served the following documents on all counsel of record on the attached service list via the Court's CM/ECF filing system:

**Reply Declaration of Dr. Ian Foster in Support of Plaintiffs' Motion for Summary Judgment, and accompanying exhibits**

**Reply Declaration of Dr. Richard Waterman in Support of Plaintiffs' Motion for Summary Judgment**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this certificate of Service was executed on this date at Miami, FL.

By: _Karen L. Stetson_

Karen L. Stetson

## SERVICE LIST

**Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.**
**CASE NO. 11-CIV-20427-JORDAN**


FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone: 415-954-4400

*Attorneys for Defendants Hotfile Corp. and
Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and
Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and
Anton Titov*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS.  ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.

_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.

_____/


## REPLY DECLARATION OF DR.  IAN FOSTER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

**[CONFIDENTIAL]**

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]**

I, Ian Foster, hereby declare as follows:

1.      My name is Ian Foster and I currently hold the position of Director of the Computation Institute at Argonne National Laboratory and the University of Chicago.  My expert qualifications and background, as well as the materials I have reviewed in performing my analysis in this case, have previously been summarized in the declaration I submitted in support of plaintiffs' Motion for Summary Judgment.  In the interests of avoiding repetition, I refer the Court to my February 17, 2011 declaration for a discussion of my qualifications and a description of the Hotfile data sets I consulted for purposes of my analysis in this matter.

2.      I have been asked by Plaintiffs to explain what Hotfile's produced data shows regarding certain specific claims made by Hotfile, Anton Titov, and Hotfile's expert James Boyle in connection with Hotfile's opposition to Plaintiffs' motion for summary judgment.  My analysis and conclusions are explained below.

**Hotfile's Pre-Lawsuit Suspension and Deletions of Users**

3.      My February 17, 2011 declaration  in this case identified the 43 users whom Hotfile's records indicate Hotfile suspended for copyright-related reasons prior to the filing of this lawsuit in February 2011.  I understand that Hotfile has now claimed that there may have been additional users whom it suspended or terminated for copyright-related reasons before this action.  In particular, I understand that Anton Titov has claimed that there may have been some users that Hotfile suspended without recording a reason for the suspension, and that there were also some users that Hotfile "deleted" instead of "suspending" them, thereby removing them from Hotfile's user records (its "userdat.csv" data set, which I have described in my previous declaration).  Hotfile's produced data sets provide pertinent information related to both of Mr. Titov's claims.

4.      With respect to Titov's claim that some Hotfile users were "deleted" rather than suspended, and that those users are therefore not reflected in Hotfile's user records, I note that although Hotfile may no longer have user records for those users, Hotfile *does* retain records of the deletion events themselves.  Hotfile's "actiondat" data set – which is separate from its "userdat" data set from which the users were deleted – still contains such records.  It also shows the *reason* each user was deleted (the "params" field).

5.      Hotfile's records show a total of 868 "deletions of users."  Hotfile's data show a variety of different reasons for the deletions, including "cheater," "user request," "credit card

fraud," "scammer," "shared account," and so forth.  Only one single user deletion by Hotfile is recorded as having been because of "copyright" – a user who was deleted on February 11, 2010.  No other deletions are recorded by Hotfile as having been related to copyright.

6.      With respect to users who were suspended without Hotfile's recording a reason or a date, there are 775 such users recorded as "suspended" in Hotfile's "userdat" table for which Hotfile does not record a reason of the suspension via a "suspenduser" record in the "actiondat" data set.  Nothing in Hotfile's data suggests that any of these users were terminated for reasons related to copyright infringement.  Hotfile's data do not reflect either the reasons or the dates for these suspensions.

7.      However, there is other Hotfile data that shows that most of these users were not suspended until *after* this lawsuit was filed.  525 of those 775 users had uploaded at least one file after February 8, 2011 (according to Hotfile's "uploads" data set).  Of those users that are not recorded as having uploaded a file after February 8, 2011, 11 additional users were registered "affiliates" who were still receiving payments from Hotfile after February 8, 2011.  This data indicates that 536 of the 775 users for whom Hotfile lacks suspension records remained active users when this lawsuit was filed, and were not suspended until later.

8.      Hotfile's data thus show 239 suspended users for whom Hotfile lacks suspension records and who neither uploaded a file, nor have been paid as an affiliate, after this lawsuit began.  However, nothing in Hotfile's data indicates that any of these users were suspended for copyright reasons, as opposed to other reasons (such as for cheating or for fraud).  Before this complaint was filed, Hotfile's data indicates that approximately 98% of its user suspensions were for reasons other than copyright (only 46 out of 1950 suspensions were copyright-related).  In addition, only 17 of those 239 suspended users had received even a single takedown notice on any files they uploaded.

**Use of Hotfile to Upload**

9.      I understand that it may be of interest in this case how many Hotfile users have used the service to upload files, as opposed to using it for downloading purposes only.  In particular, I understand that James Boyle has opined that Hotfile can be used for "storage" purposes.  Because Hotfile records for each file the registered user (if any) who uploaded it, it is a relatively simple task to calculate the percentage of Hotfile users with accounts who have ever used the service to upload.  A comparison between the number of unique userids associated with

uploaded files in Hotfile's uploads data set and the total number of registered users reflected in Hotfile's userdat data set shows that 11.2% of all registered Hotfile users have ever uploaded a file, and that 9.8% of Hotfile users who have ever been "premium" users have ever uploaded a file. Note that the latter figure is for users who have ever been premium, at any time – which may in some cases include times before the user became premium or after they ceased being premium. Therefore, the actual number of users who were premium users at the time they uploaded files to Hotfile is likely even lower than 9.8%.

**"Zero Download" Files**

10.     I understand that Hotfile has contended that the existence of so-called "Zero Download" files in its records (i.e., files that were uploaded to Hotfile but have never been downloaded) constitute evidence that Hotfile was predominantly used by its users to store their files, rather than to make them available for others to copy. Hotfile's data show that there have been 62,812,876 files uploaded to Hotfile, over the course of its existence, that have not been downloaded. I have been asked by Plaintiffs' counsel to extract additional information from Hotfile's data sets regarding these Zero Download files.

11.     Only 3,080,256 of the 62,812,876 Zero Download files are active – the rest have all been removed for various reasons. The latter files have been deleted for a variety of reasons: some Hotfile deleted for inactivity, some were deleted because the uploading user was suspended as a repeat infringer, and some were the subject of a takedown notice or otherwise removed as infringing (as well as the related category of files removed because they were part of a folder that was the subject of a takedown notice). A much smaller number were removed because the uploading user was suspended for some other reason (or a reason not reflected in Hotfile's records), or deleted by the user him- or herself[1]:

| Zero Download Files (All) | | |
|---|---|---|
| **Category** | **Count** | **Percentage of Total** |
| Active | 3,080,256 | 4.9% |
| Deleted for Inactivity | 38,042,936 | 60.6% |

---

[1] My previous February 17, 2012 declaration explained how each of these file statuses can be extracted from Hotfile's data sets. *See* Foster Decl. Part VIII.B & Part XI. While my previous declaration did not count files removed by the user, those are similarly indicated with a dedicated status code in Hotfile's data.

3

| User Suspended as Repeat Infringer | 11,288,145 | 18.0% |
|---|---|---|
| URL-specific Takedown notice / Removed as Infringing | 8,664,445 | 13.8% |
| Folder takedown notice | 13,53,994 | 2.2% |
| User Suspended for Unknown or non-copyright reason | 210,898 | 0.3% |
| Deleted by User | 165,674 | 0.3% |

12.     Among the 3,080,256 active Zero Download files, I have been asked by Plaintiffs' counsel to extract data showing how many of those files were uploaded by premium as opposed to nonpremium users.[2]  In addition, among the subset of active, Zero Download files uploaded by premium users, I was asked to extract data showing how many of those files were uploaded by premium users who have received takedown notices on their files in general.  The data is as follows:

| Zero Download Files (Active) | | |
|---|---|---|
| Category | Count | Percentage of Active Files |
| Nonpremium Uploader | 344,337 | 11.2% |
| Premium Uploader with Strikes and/or Notices | 2,072,136 | 67.3% |
| Premium Uploader; No Strikes or Notices | 663,783 | 21.5% |

**Downloads of Files In Suit**

13.     Hotfile's expert, James Boyle, has recited figures regarding the total downloads of selected files that he has identified as noninfringing.  I note that Plaintiffs have identified many files that they claim infringe their copyrights in this action (the "Files in Suit"), and that many of the Files in Suit have been identified by the Plaintiffs as representing the same motion pictures or television programs as other Files in Suit.  In order to determine the cumulative figures for eight selected titles identified by the Plaintiffs, I have summed up the total downloads (from Hotfile's

---

[2] There were also a comparatively minimal number of files uploaded by unregistered users (anonymous uploads) – approximately four thousand – which I counted as nonpremium for purposes of this calculation.

"uploadsdownloads" data set) for all files identified by Plaintiffs with the same title.  I also indicate the number of copies of each title that I found in the Files in Suit ("Files").

| Title | Files | Downloads |
|---|---|---|
| Inception | 27,480 | 725,411 |
| Life As We Know It | 3,269 | 127,575 |
| Hangover | 4,258 | 118,998 |
| Harry Potter and the Deathly Hallows Part I | 3,933 | 115,773 |
| 127 HOURS | 5,583 | 111,197 |
| BLACK SWAN | 5,167 | 94,355 |
| Due Date | 3,531 | 90,132 |
| Get Him to the Greek | 4,425 | 89,405 |

14.     Relatedly, I understand that Hotfile has identified what it claims are the 100 "most downloaded" files on Hotfile based on their download count in the uploadsdownloads data set. When the download counts for the files that Plaintiffs claim as infringing are summed by title (instead of on a file-by-file basis), the number of downloads of those files exceeds in many cases the download counts identified by Hotfile in its "Top 100" list.  I have summed up the download counts for the Files in Suit identified by Plaintiffs on a title basis.  In addition, in order to similarly count cumulative downloads for the files in Hotfile's "Top 100" list, I have (1) identified all files on the Hotfile system that represent the same file (by identical "hash" value) as the files in Hotfile's Top 100, and summed up the cumulative download counts for all copies of those files, and (2) to be conservative, have further summed together the download counts for files on Hotfile's list that have the same filename, even where the "hash" is different.  Then, I compared the total download counts of the titles on Plaintiffs' Files in Suit list to those of all files on Hotfile's list inclusive of hash- or title-identical files.  The list of the 100 with the highest download counts resulting from that comparison is attached as Exhibit A.  For the sake of clarity, I have shaded rows representing Plaintiffs' Files in Suit.  This combined list shows that many of Plaintiffs' files in suit, when organized by title, are as frequently downloaded (or more frequently downloaded) than many of the files identified by Hotfile as being the "most downloaded" files on the system, even when accounting for multiple instances of those files on Hotfile.

**Files Downloaded By Hotfile Employees**

15.     I understand that Plaintiffs' original motion for summary judgment, using data produced by Hotfile showing downloads by its employees/contractors, identified files that

Plaintiffs assert were infringing.  At Plaintiffs' counsel's request, I have created a chart showing 28 instances in which the file remained active on Hotfile's system after the employee download (i.e., was either never deleted, or was deleted only much later than the download).  The chart includes, for this subset of files, the date the employee/contractor downloaded the file, the date the file was deleted (if any; I have shaded in rows where the file was not deleted at all), the difference between the download date and the deletion date, and the date the file was last downloaded by anyone (not necessarily the specific employee).  I have attached the list as Exhibit B.

**Planetsuzy.org**

16.     My previous February 17, 2012 declaration (at Paragraph 56) stated that Hotfile's affiliate data show that the website planetsuzy.org was paid by Hotfile through the most recent date in Hotfile's produced data.  I understand that Anton Titov has claimed that planetsuzy.org was not a Hotfile affiliate at the time of an email exchange related to the website in early 2010.  While I do not know what Mr. Titov means or intends by his claim, Hotfile's affiliate payment data show that Hotfile continuously paid the user who registered the planetsuzy.org website, user number 320282, beginning in August of 2009 and continuing through January 2012, every week without interruption.  Hotfile's data show payments totaling $19,973.50 from Hotfile to the user.

**Download Counts of Statistics Study Files**

17.     At Plaintiff's counsel's request, I have reviewed, from Hotfile's uploadsdownloads data set, the total download counts for the files in Dr. Waterman's statistical sample of files downloaded from Hotfile.  Out of the sample of 1,750 files, there are 6 files with a download count of 1 and that were classified as "highly likely infringing" by Mr. Zebrak.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in the State of California this 19th day of March, 2012.

Ian Foster, PhD

6

# EXHIBIT A

**Exhibit A**                                                            **Highly Confidential**

**Comparison of Files in Suit with Hotfile's Claimed "Top 100"**

(Shaded Rows Represent Plaintiffs' Files in Suit)

| Rank | Title / Name | Files | Downloads |
|---:|---|---:|---:|
| 1 | Lost | 50553 | 2077373 |
| 2 | AVATAR | 56751 | 1803097 |
| 3 | iREB-r4.zip | 114 | 1442388 |
| 4 | HOW I MET YOUR MOTHER | 23385 | 1348053 |
| 5 | Desperate Housewives | 20820 | 1239563 |
| 6 | 2012 | 21265 | 1042987 |
| 7 | Heroes | 21683 | 1004986 |
| 8 | GLEE | 14051 | 994533 |
| 9 | House | 23827 | 965366 |
| 10 | JDownloaderSetup.zip | 4 | 964680 |
| 11 | GREY'S ANATOMY | 17999 | 929563 |
| 12 | FAMILY GUY | 10142 | 858361 |
| 13 | sn0wbreeze-v2.7.3.zip | 58 | 835160 |
| 14 | Inception | 27480 | 725411 |
| 15 | SIMPSONS | 18161 | 717861 |
| 16 | BONES | 14022 | 663907 |
| 17 | SALT | 17408 | 626877 |
| 18 | JDownloaderSetup.exe | 3 | 607570 |
| 19 | FlashForward | 9711 | 588449 |
| 20 | sn0wbreeze-2.1.zip | 41 | 577240 |
| 21 | abgx360_v1.0.5_setup.exe | 23 | 557405 |
| 22 | Vampire Diaries | 1614 | 504295 |
| 23 | Mentalist | 12098 | 493573 |
| 24 | Friends | 14106 | 481648 |
| 25 | Robin Hood | 14958 | 459964 |
| 26 | TFT Version 1.24e.zip | 17 | 438770 |
| 27 | Sorcerer's Apprentice | 10392 | 395776 |
| 28 | PREDATORS | 14507 | 379560 |
| 29 | Castle | 8994 | 369405 |
| 30 | WVS-124e-by-DotA-Utilities.rar | 2 | 364416 |
| 31 | iREB-4.0.x-4.1-RC2.zip | 23 | 346496 |
| 32 | Pretty Little Liars | 3151 | 345093 |
| 33 | f0recast-V1.2.zip | 19 | 337867 |
| 34 | WVS-126-by-DotA_Utilities.rar | 8 | 321400 |
| 35 | Mod_61.rar | 14 | 317262 |

**Exhibit A**                                                    **Highly Confidential**

**Comparison of Files in Suit with Hotfile's Claimed "Top 100"**

(Shaded Rows Represent Plaintiffs' Files in Suit)

| Rank | Title / Name | Files | Downloads |
|---:|---|---:|---:|
| 36 | TFT Version 1.26.zip | 19 | 309442 |
| 37 | Tron | 8373 | 307164 |
| 38 | Office | 7657 | 292871 |
| 39 | DirectX10_RC2_Fix_3-Pre-Final.zip | 5 | 291036 |
| 40 | 4x Hack.rar | 26 | 290066 |
| 41 | FUTURAMA | 6006 | 277819 |
| 42 | BURN NOTICE | 8193 | 270088 |
| 43 | JDownloader_WIN_Setup.zip | 1 | 269992 |
| 44 | Scrubs | 8346 | 266280 |
| 45 | song.mp3 | 5 | 265557 |
| 46 | Cryptload1.1.8.rar | 33 | 261927 |
| 47 | sn0wbreeze-2.2.1.zip | 32 | 256067 |
| 48 | STREET.FIGHTER.IV-v1.00.02-most_uniQue.ipa | 1 | 253950 |
| 49 | Book of Eli | 9037 | 253916 |
| 50 | Metin2.7x.Hilesi.rar | 35 | 251834 |
| 51 | Surrogates | 5913 | 248259 |
| 52 | A-TEAM | 11807 | 244539 |
| 53 | sn0wbreeze-v2.5.1.zip | 22 | 239316 |
| 54 | GUMHv11.rar | 11 | 238272 |
| 55 | G-Force | 5672 | 237281 |
| 56 | JDownloader 0.8.9.zip | 1 | 236204 |
| 57 | FRD_0.85u1-final.zip | 8 | 235570 |
| 58 | Alice in Wonderland | 6446 | 220455 |
| 59 | JDownloader_Win.zip | 1 | 210612 |
| 60 | WVS-124d-by-DotA-Utilities.rar | 1 | 210563 |
| 61 | JDownloaderSetup_kikin.zip | 7 | 209739 |
| 62 | sn0wbreeze-V2.0.2.zip | 9 | 201843 |
| 63 | Garena Universal Maphack v4.1.zip | 2 | 201505 |
| 64 | JDownloader.zip | 18 | 193928 |
| 65 | BuyPremiumAndSupportJD.zip | 1 | 193865 |
| 66 | Toy Story 3 | 4287 | 190993 |
| 67 | Greek | 3984 | 190486 |
| 68 | Prince of Persia: The Sands of Time | 2885 | 189631 |
| 69 | 1-no354.rar | 11 | 187874 |
| 70 | Garena Universal MapHack v10.rar | 8 | 187315 |

**Exhibit A**                                                    **Highly Confidential**

**Comparison of Files in Suit with Hotfile's Claimed "Top 100"**

(Shaded Rows Represent Plaintiffs' Files in Suit)

| Rank | Title / Name | Files | Downloads |
|---:|---|---:|---:|
| 71 | [UG] M2 MultiHack v8.0.rar | 12 | 183093 |
| 72 | SONS OF ANARCHY | 6550 | 182733 |
| 73 | OTHER GUYS | 8547 | 182589 |
| 74 | Psych | 5971 | 181799 |
| 75 | metin2yanghack2.08.rar | 1 | 180636 |
| 76 | orjinal-xp.rar | 17 | 180060 |
| 77 | CameraH-programtr-org.rar | 26 | 179545 |
| 78 | WVS-124c-by-DotA-Utilities.zip | 2 | 179257 |
| 79 | sn0wbreeze-v2.6.zip | 18 | 173366 |
| 80 | Internet Download Manager 5.19.1 Crackli.rar | 83 | 173263 |
| 81 | sn0wbreeze-v2.5.zip | 38 | 170112 |
| 82 | powerwolkester_9.7.rar | 2 | 169482 |
| 83 | Grown Ups | 7741 | 166110 |
| 84 | X-Files | 4054 | 159578 |
| 85 | SKILLxDMG_by_xXW4yn3Xx_-pc1_updated.rar | 12 | 159509 |
| 86 | Princess and The Frog | 4154 | 156435 |
| 87 | bdl-3961.rar | 8 | 153893 |
| 88 | Dota 6.68c AI Beta.rar | 3 | 151674 |
| 89 | wolfteam AimPoint.rar | 29 | 151308 |
| 90 | 3-no836.rar | 8 | 150686 |
| 91 | Fringe | 5294 | 149619 |
| 92 | Jonah Hex | 6303 | 148566 |
| 93 | Clash of the Titans | 6417 | 148444 |
| 94 | JDownloader_Setup.exe | 1 | 147467 |
| 95 | one-piece-600.zip | 1 | 147455 |
| 96 | Garena Universal Maphack v5.0.rar | 5 | 144953 |
| 97 | [EC] Metin2 Adventure Public Hack V.1.2.rar | 20 | 144359 |
| 98 | JDownloaderSetup_kikin.exe | 1 | 143888 |
| 99 | Town | 5270 | 140299 |
| 100 | mmomt2buzzindanipack.rar | 21 | 139956 |

# EXHIBIT B

Exhibit B

Highly Confidential

Deletions of Files Downloaded By Hotfile Personnel

| Userid | URL of Downloaded File | Uploadid | Date of Download | Date of Deletion | Difference | Last Download |
|---|---|---|---|---|---|---|
| 1 | http://hotfile.com/dl/59702049/6x25d5b/Indian teen anal.zip.html | 59702049 | 3/3/2011 | 3/17/2011 | 14 | 3/17/2011 |
| 12990 | http://hotfile.com/dl/27209002/2e6e862/Set_5.rar.html | 27209002 | 3/9/2011 | | | 1/25/2012 |
| 12990 | http://hotfile.com/dl/97525262/5cb5318/dd.bb2011.rar.html | 97525262 | 3/15/2011 | 11/14/2011 | 244 | 3/15/2011 |
| 13204 | http://hotfile.com/dl/106801203/f76ab31/GAOTD - ThunderSoft Flash to Video Converter 1.1.5.zip.html | 106801203 | 8/13/2011 | 8/26/2011 | 13 | 8/13/2011 |
| 13204 | http://hotfile.com/dl/124314939/d708a43/1.7.3_PortalGun_v4.zip.html | 124314939 | 7/27/2011 | | | 1/26/2012 |
| 13204 | http://hotfile.com/dl/124993807/36c3f56/Leverage.S04E05.BGSUB.zip.html | 124993807 | 7/25/2011 | | | 1/11/2012 |
| 431206 | http://hotfile.com/dl/11797975/37deb1e/6657.rar.html | 11797975 | 5/3/2011 | 8/2/2011 | 91 | 7/28/2011 |
| 431206 | http://hotfile.com/dl/43164877/126a50c/Monster.rar.html | 43164877 | 3/13/2011 | 4/26/2011 | 44 | 4/20/2011 |
| 431206 | http://hotfile.com/dl/101901339/19a5555/119-BreakfastOfCock.wmv.html | 101901339 | 4/14/2011 | 5/23/2011 | 39 | 5/22/2011 |
| 431206 | http://hotfile.com/dl/105572447/3cbcecd/Origami to Astonish and Amuse.rar.html | 105572447 | 3/13/2011 | 4/19/2011 | 37 | 4/18/2011 |
| 431206 | http://hotfile.com/dl/105709800/d6038ee/dandelion-wp-style.rar.html | 105709800 | 3/18/2011 | 4/14/2011 | 27 | 4/10/2011 |
| 431206 | http://hotfile.com/dl/105923637/01be05a/Dandelion.rar.html | 105923637 | 3/18/2011 | 4/22/2011 | 35 | 4/19/2011 |
| 431206 | http://hotfile.com/dl/107027241/5910545/Origami_-_THE_Collection.rar.html | 107027241 | 3/13/2011 | 8/14/2011 | 154 | 3/5/2011 |
| 431206 | http://hotfile.com/dl/107310710/ef8c8e1/Origami_Kagit_Katlama.rar.html | 107310710 | 3/13/2011 | | | 1/25/2012 |
| 431206 | http://hotfile.com/dl/108349458/99b5544f/Fuse_Tomoko_-_Fabulous_origami_boxes__en_.rar.html | 108349458 | 3/13/2011 | | | 5/14/2011 |
| 431206 | http://hotfile.com/dl/108923475/87e993a/3I-Origami.rar.html | 108923475 | 3/13/2011 | 5/27/2011 | 75 | 5/23/2011 |
| 431206 | http://hotfile.com/dl/109960650/9eb41ca/Oni Chichi Vol. 1 - English Sub part1.rar.html | 109960650 | 5/23/2011 | | | 1/26/2012 |
| 431206 | http://hotfile.com/dl/110399653/c2a8d3/Oni Chichi Vol. 1 - English Sub_part2.rar.html | 110399653 | 5/23/2011 | | | 1/17/2012 |
| 431206 | http://hotfile.com/dl/110405252/c57962f/Oni Chichi Vol. 1 - English Sub_part3.rar.html | 110405252 | 5/23/2011 | | | 1/25/2012 |
| 431206 | http://hotfile.com/dl/110613054/1238\1ea/Stock_Vector_-_Seamless_Floral_Patterns_sharegfx.rar.html | 110613054 | 3/18/2011 | 1/18/2012 | 306 | 12/1/2011 |
| 431206 | http://hotfile.com/dl/113777525/23b5040/zenekucko_01112.rar.html | 113777525 | 4/14/2011 | 12/13/2011 | 243 | 1/26/2012 |
| 431206 | http://hotfile.com/dl/114293668/031ff98/FM-2062.rar.html | 114293668 | 4/20/2011 | | | 4/29/2011 |
| 431206 | http://hotfile.com/dl/115322452/e2f9e23/sila_sahin3_canay.com.avi.html | 115322452 | 4/27/2011 | | | 1/19/2012 |
| 431206 | http://hotfile.com/dl/118916200/6ce3e7c/[Naoshi Onizuka] Lovable.rar.html | 118916200 | 6/4/2011 | | | 1/24/2012 |
| 1058780 | http://hotfile.com/dl/773/5cbe461/Diskoteka-Avaria---DJ-Leonid-Rudenko---Otcy.avi.html | 773 | 6/1/2011 | 6/26/2011 | 25 | 6/1/2011 |
| 1058780 | http://hotfile.com/dl/117415089/845186a/UIl_R_SET3.rar.html | 117415089 | 5/11/2011 | 10/19/2011 | 161 | 8/8/2011 |
| 1058780 | http://hotfile.com/dl/117478834/c4700c6/The.Wrap-Up.Show.5-11-2011.CF64K-StemGeek.mp3.html | 117478834 | 5/12/2011 | | | 12/18/2011 |
| 1058780 | http://hotfile.com/dl/118054542/977be96/par_201105.pdf.html | 118054542 | 5/17/2011 | | | 7/8/2011 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants.*

_____/

HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*

_____/

### REPLY DECLARATION OF DR. RICHARD WATERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS HOTFILE CORP. AND ANTON TITOV

### [CONFIDENTIAL]

### [FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]

I, Richard Waterman, hereby declare as follows:

1.      I am an Adjunct Professor of Statistics at The Wharton School at the University of Pennsylvania, and the President and Co-Founder of Analytic Business Services, Inc., a consultancy focused on providing expert advice and opinions in the field of statistical analysis. I have been retained by the plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. ("plaintiffs") to provide analysis related to the above-captioned case. The statements made in this declaration are based on my personal knowledge or application of my specialized knowledge to facts or data of which I am aware. If called to testify, I would testify based on the best of my knowledge, information, and belief, as follows:

2.      I received my Ph.D. in Statistics from the Pennsylvania State University in 1993. I have substantial experience designing and reviewing sampling protocols for various large organizations, such as the United States Postal Service, for whom I designed and analyzed a national multi-stage sample for the estimation of operational characteristics. Further explanation of my experience, qualifications, publications, previous testimony, and compensation is included in the declaration I previously submitted to the Court in support of plaintiffs' motion for summary judgment, filed February 17, 2012.

3.      I have reviewed the Declaration of Professor James Boyle in Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and its attached Exhibit 2, which is a copy of his Rebuttal Report dated January 6, 2012. In paragraph 53 of his rebuttal report, he calculates certain statistics based on the results of the statistical analysis that I designed and about which I testified in my previous declaration. According to his report, he claims to have added up the total number of "paidfor" counts and total number of downloads (from

"dailydownload") for each file within certain of Mr. Zebrak's categories – "Confirmed Infringing," "Highly Likely Infringing," "Noninfringing," and "Unknowable." He then calculated a purported "conversion rate" for each category, consisting of the sum of the "paidfor" counts (which reflect users "converting" to Premium status) over the sum of downloads.

4.      The resulting statistics – the "conversion rates" for each category – do not statistically support the conclusions that Prof. Boyle makes about non-infringing files on Hotfile being more likely to convert users to Premium than infringing files. First, Prof. Boyle calculated these quantities without consideration of the underlying sampling design and they are therefore incorrect. Properly calculated, the data does not show any statistically significant difference between the conversion rate for infringing and non-infringing files. Second, Prof. Boyle did not calculate the margin of error on the conversion rate for the non-infringing files. However, because the sub-sample of non-infringing files in the study is so small, and the characteristics of the files in that sub-sample are skewed, the margin of error on the conversion rate for non-infringing files is relatively high.

5.      First, Prof. Boyle attempts to reach conclusions about the characteristics of certain *files* on Hotfile rather than the characteristics of certain *downloads*. In this case, I developed a protocol in order to select a sample to draw conclusions about overall daily downloads on Hotfile (whether the downloads were infringing). However, Prof. Boyle re-purposes that data and draws conclusions about categories of different files (the "conversion rate"). The protocol that was implemented in this case was not designed, without a suitable weighting adjustment, for that purpose. In order to draw general conclusion about files on Hotfile from the sample he selected, he must perform additional calculations and analyses. It is

not statistically valid to extrapolate the "conversion rates" he calculated to apply to files on Hotfile in general.

6.      If Prof. Boyle had attempted to weight the sample to adjust for the probability that a file was selected into the sample, and had properly taken into account the statistical uncertainty in the calculations, he would have found that there was no statistically significant difference between the conversion rates on the infringing and non-infringing categories.  In order to weight the sample correctly, he would have needed to take into account the number of downloads of a file from the date in which the file was selected, so that the calculations reflected the probability of the file being selected on that day.  Performing that calculation produces conversion rates for the infringing and non-infringing categories that are different from those reported by Prof. Boyle but not statistically significantly different from each other.[1]  In other words, the observed differences in conversion rates are accounted for by random variation in the data, and from a statistical point of view the rates are indistinguishable.

7.      Second, independent of whether he used the right calculations, Prof. Boyle did not calculate the margin of error on the conversion rate for the non-infringing files.  However, when Prof. Boyle seeks to examine the characteristics of only the non-infringing files, he is examining a sample size of 87 files.  The small size of this sub-sample contributes to a relatively large margin of error on the conversion rate for non-infringing files.  Further, even a cursory look at the sub-sample of non-infringing files shows that three specific files are extreme outliers in terms of their popularity in downloads and conversions – iREB, sn0wbreeze, and Jdownloader.  As a result, the characteristics of the files in the sub-sample are highly skewed.  This also contributes to the relatively large margin of error.  Overall, the margin of error tells us the precision of the

---

[1] This is determined using a 0.05 level of significance, which is equivalent to 95% confidence.

4

estimate that is calculated.  The true conversion rate could be (with 95% confidence)[2] within the range of the estimated rate, plus or minus the margin of error.

8.     If Prof. Boyle had properly calculated the conversion rate as I explain above in paragraph 6, the margin of error would be *more than 57%* of the value of the "conversion rate" estimate itself.[3]  This indicates that the calculated "conversion rate" lacks precision.  Most sampling protocols in the real world would be designed to produce a substantially lower coefficient of variation (a statistic calculated from the margin of error) than the very large coefficient obtained on the conversion rate for non-infringing files.[4]  Further, even looking at the flawed methodology that Prof. Boyle used to calculate the conversion rate for non-infringing files in his rebuttal report, the margin of error on his conversion rate is approximately 33% of the estimated value.  Properly calculated, the margin of error shows that there is no statistically significant difference between the conversion rate on infringing and non-infringing files.

9.     Finally, I also note that if one looks at the number of premium conversions per category of infringing versus non-infringing content in Prof. Boyle's sample described in paragraph 53 of his rebuttal report, there are many more conversions on infringing rather than non-infringing files as a category.  Moreover, as I noted above, three specific files are extreme outliers in terms of their popularity in downloads and conversions.  Even if the calculated conversion rate had any statistical significance (and it does not), a reasonable conclusion would be that these files, not non-infringing files generally, drive a higher rate of conversions.

---

[2] The 95% refers to the repeated application of the sampling design, in the sense that if the entire sampling design were repeated many times, then one would expect that 95% of the confidence intervals to cover the true but unknown population level conversion rate.

[3] I used the widely accepted and reliable "bootstrap" technique to calculate the margin of error. *See* Bradley Efron, (1987), *The Jackknife, the Bootstrap, and Other Resampling Plans*.

[4] A typical goal for coefficient of variation would be of the order of 5%, whereas the coefficient of variation here was approximately 28.5%, which is substantially larger.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  March 19, 2012, at Philadelphia, PA.

_____
Dr. Richard Waterman