UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

FILED by _____ D.C.

MAR 1 9 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## REPLY DECLARATION OF JENNIFER V. YEH IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

**[CONFIDENTIAL]**

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]**

I, Jennifer V. Yeh, declare as follows:

1.    I am an attorney at the law firm of Jenner & Block LLP, and counsel to the plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc.  The statements made in this declaration are based on my personal knowledge including on information provided to me by colleagues or other personnel working under my supervision on this case.  If called to testify, I would testify as follows:

2.    Attached hereto as Exhibit 151 is a true and correct copy of excerpts of the deposition of Professor James Boyle, taken on Dec. 21, 2011 and Jan. 19, 2012 in the above-captioned case.

3.    Attached hereto as Exhibit 152 is a true and correct copy of excerpts of the deposition of Dr. Daniel Levy, taken on Jan. 17, 2012 in the above-captioned case.

4.    Attached hereto as Exhibit 153 is a true and correct copy of excerpts of the deposition of defendant Anton Titov, in his personal capacity and as Fed. R. Civ. P. 30(b)(6) representative of defendant Hotfile Corp., taken from Dec. 5 to Dec. 8, 2011 in the above-captioned case.

5.    Attached hereto as Exhibit 154 is a true and correct copy of a printout of a screenshot from the website FileMirrors.Info, printed on March 9, 2012 from the indicated URL.

6.    Attached hereto as Exhibit 155 is a true and correct copy of a printout of a screenshot of the Affiliate page of the Hotfile website, printed on July 28, 2010 from the indicated URL.

7.    Attached hereto as Exhibit 156 is Appendix A to Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment, a demonstrative illustrating data related to 'zero-download' files on the Hotfile system.  Dr. Ian Foster analyzed this data and determined that over 60% of the "zero-download" files were deleted by Hotfile for "inactivity", another 34% of the "zero-download" files were deleted either because the file was identified as infringing or because the user was terminated as a repeat infringer, and less than 5% of the zero-download files (only 2.8% of all files ever uploaded to Hotfile) are actually active files. *See* Foster Reply Decl. ¶ 11.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 16, 2012.


_____
Jennifer V. Yeh

# Yeh Exhibit 151

```
1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF FLORIDA

3               CASE NO. 11-20427-WILLIAMS

4

5   DISNEY ENTERPRISES, INC.,    )
    TWENTIETH CENTURY FOX FILM   )
6   CORPORATION, UNIVERSAL CITY  )
    STUDIOS PRODUCTIONS LLLP,    )
7   COLUMBIA PICTURES            )
    INDUSTRIES, INC., and        )
8   WARNER BROS. ENTERTAINMENT   )
    INC.,                        )
9                                )
                                 )
10  Plaintiffs,                  )
                                 )
11                               )
    v.                           )
12                               )
    HOTFILE CORP., ANTON TITOV   )
13  and DOES 1-10,               )
                                 )
14  Defendants.                  )

15

16

17            Deposition of JAMES BOYLE

18            (Taken by the Plaintiffs)

19            Raleigh, North Carolina

20              December 21, 2011

21

22

23  Reported by:   Marisa Munoz-Vourakis -
                   RMR, CRR and Notary Public
24  TSg Job # 44315

25
```

Page 2

```
 1    APPEARANCE OF COUNSEL:

 2    For the Plaintiffs:

 3             DUANE POZZA, ESQ.

 4             Jenner & Block

 5             1099 New York Avenue, NW, Suite 900

 6             Washington, DC 20001

 7

 8

 9

10    For the Defendants:

11             DEEPAK GUPTA, ESQ.

12             Farella Braun & Martel

13             Russ Building

14             235 Montgomery Street

15             San Francisco, CA 94104

16

17

18

19             Deposition of JAMES BOYLE, taken by the

20    Plaintiffs, at Office Suites Plus, 3737 Glenwood

21    Avenue, Suite 100, Raleigh, North Carolina, on the 21st

22    day of December, 2011 at 11:04 a.m., before Marisa

23    Munoz-Vourakis, Registered Merit Reporter, Certified

24    Realtime Reporter and Notary Public.

25
```

Page 13

1    that you asked, because it's an example of changing the

2    line between the realm of the protected and the realm

3    of the unprotected in the hope of generating more

4    innovation.

5         Q.    In the course of your research, do you have

6    any experience designing statistical studies?

7              MR. GUPTA:  Objection, vague and

8         ambiguous.

9    A.    No, I do not.

10        Q.    Are you trained in statistics?

11   A.    No, I am not.

12        Q.    In the course of your research, do you have

13   any experience analyzing large data sets?

14             MR. GUPTA:  Objection, vague and

15        ambiguous.

16   A.    No, I would say that I do not have the

17   experience as a statistician analyzing large data sets.

18   As an academic, I have to consider large amounts of

19   data all of the time and try and draw conclusions from

20   it, so it depends exactly what you mean by large data

21   sets.

22        Q.    In your research, do you have any

23   experience analyzing on line networks?

24             MR. GUPTA:  Objection, vague and

25        ambiguous.

Page 43

1      Q.     Did you attempt to identify a

2   representative sample of files that are on Hotfile?

3              MR. GUPTA:  Once again, objection,

4       that's vague and ambiguous.

5      A.     No.  If you look at my report, paragraph

6   seven, you will find the sentence:  My examination of

7   Hotfile was not an exhaustive review of the files on

8   Hotfile, nor does it purport to be a representative

9   statistical sample of the uses of Hotfile as a whole.

10             MR. GUPTA:  Can we go off the record

11      for just a minute?

12             (Off the record at 12:01 p.m.)

13             (On the record at 12:02 p.m.)

14             BY MR. POZZA:

15     Q.     Looking at paragraph five of your report,

16   the first sentence there, I promise we won't go through

17   every single sentence, the first sentence says:  My

18   primary task was to explore some examples of the

19   noninfringing uses of the Hotfile system.

20             Do you see that?

21     A.     I do.

22     Q.     Just for the record, what is the list of

23   examples of noninfringing uses of the Hotfile system

24   that you explored?

25             MR. GUPTA:  Objection, assumes facts

Page 203

1               C E R T I F I C A T E

2        I, Marisa Munoz-Vourakis, RMR, CRR and Notary Public,

3    the officer before whom the foregoing proceeding was

4    conducted, do hereby certify that the witness(es) whose

5    testimony appears in the foregoing proceeding were duly

6    sworn by me; that the testimony of said witness(es) were

7    taken by me to the best of my ability and thereafter

8    transcribed under my supervision; and that the foregoing

9    pages, inclusive, constitute a true and accurate

10   transcription of the testimony of the witness(es).

11       I do further certify that I am neither counsel for,

12   related to, nor employed by any of the parties to this

13   action in which this proceeding was conducted, and

14   further, that I am not a relative or employee of any

15   attorney or counsel employed by the parties thereof, nor

16   financially or otherwise interested in the outcome of the

17   action.

18   IN WITNESS WHEREOF, I have hereunto subscribed my name

19   this 27th of December, 2011.

20                          _____
                            MARISA MUNOZ-VOURAKIS

21   Notary #20032900127

22

23

24

25

Page 204

1                 UNITED STATES DISTRICT COURT

2                 SOUTHERN DISTRICT OF FLORIDA

3                 CASE NO. 11-20427-WILLIAMS

4

5   DISNEY ENTERPRISES, INC.,    )
    TWENTIETH CENTURY FOX FILM   )
6   CORPORATION, UNIVERSAL CITY  )
    STUDIOS PRODUCTIONS LLLP,    )
7   COLUMBIA PICTURES            )
    INDUSTRIES, INC., and        )
8   WARNER BROS. ENTERTAINMENT   )
    INC.,                        )
9                                )
                                 )
10  Plaintiffs,                  )
                                 )
11                               )
    v.                           )
12                               )
    HOTFILE CORP., ANTON TITOV   )
13  and DOES 1-10,               )
                                 )
14  Defendants.                  )

15

16

17          Continued Deposition of JAMES BOYLE

18                      Volume II

19               (Taken by the Plaintiffs)

20               Raleigh, North Carolina

21                  January 19, 2012

22

23

24  Reported by:   Marisa Munoz-Vourakis -
                   RMR, CRR and Notary Public
25  TSG Job # 45588

1    APPEARANCE OF COUNSEL:

2    For the Plaintiffs:

3            DUANE POZZA, ESQ.

4            Jenner & Block

5            1099 New York Avenue, NW, Suite 900

6            Washington, DC 20001

7

8

9

10   For the Defendants:

11           DEEPAK GUPTA, ESQ.

12           Farella Braun & Martel

13           Russ Building

14           235 Montgomery Street, 17th Floor

15           San Francisco, CA 94104

16

17

18                        o0o

19

20            Continued Deposition of JAMES BOYLE,

21   taken by the Plaintiffs, at Office Suites Plus, 3737

22   Glenwood Avenue, Suite 100, Raleigh, North Carolina, on

23   the 19th day of January, 2012 at 9:38 a.m., before

24   Marisa Munoz-Vourakis, Registered Merit Reporter,

25   Certified Realtime Reporter and Notary Public.

1     A.     No, I am not.

2     Q.     Have you taken any steps to identify the

3  number of files uploaded to Hotfile for storage

4  purposes?

5     A.     What I said in my report was that I

6  provided one piece of information; namely, the number

7  of files with zero registered downloads.  I said that

8  was consistent with the file being used for storage,

9  and then I said, I think twice in the report, that I

10  didn't know what number of files were actually uploaded

11  for storage, what number of those zero download files.

12  And one of the reasons I said I didn't know was that

13  that had been excluded from Dr. Waterman's study.

14          So I don't know what number of files were

15  uploaded for storage.

16          I will note in addition, that some of the

17  categories of downloads that would not be registered --

18  excuse me -- yes, of downloads that would not be

19  registered, which you mentioned, for example,

20  Hotlinking, I gather, would not be registered as a

21  download, might not indicate, might or might not

22  indicate a usage of Hotfile for storage.  For example,

23  one might store but also make available using that.

24          I will also note that Hotlinking strikes me

25  as particularly likely to be another kind of

1   noninfringing use, since one can imagine many scenarios

2   in which a user is actually paying in order to provide

3   access to a material, and I gather they would pay also

4   for the bandwidth, which suggests to me, at least, the

5   kind of licit uses of a service in the same way one can

6   embed a YouTube video on one page's and use YouTube's

7   service to provide it.

8             But I would certainly repeat and stress

9   that no, I do not know what number of these 57 million

10  uploads with no registered downloads are actually

11  examples of storage.

12            My point in the report rather was that

13  that's something that Dr. Waterman's study should have

14  looked at and which a court would want to consider.

15            MR. POZZA:  Off the record.

16            (Off the record at 11:31 a.m.)

17            (On the record at 11:47 a.m.)

18            BY MR. POZZA:

19       Q.   So before the break, we were talking about

20  storage, and I just wanted to ask you what is your

21  definition of storage, or what do you mean when you use

22  the term storage in the context of your rebuttal

23  report?

24       A.   In general, when I'm talking about storage,

25  I'm talking about someone who would use the Hotfile

Page 462

1                        SIGNATURE PAGE

2            you.

3                 (Whereupon the deposition was

4            concluded at 5:43 p.m.)

5                 (Signature reserved.)

6                                    Digitally signed by James Boyle
                                     DN: cn=James Boyle, o, ou,
7            _____ email=boyle@law.duke.edu, c=US
                                     Date: 2012.01.31 15:55:27 -05'00'

8            JAMES BOYLE

9

10

11   SUBSCRIBED AND SWORN to before me this _____

12   day of_____, 2012

13

14

15            _____

16                 NOTARY PUBLIC

17

18   My Commission expires:_____

19

20

21

22

23

24

25

Page 464

C E R T I F I C A T E

1

2    I, Marisa Munoz-Vourakis, RMR, CRR and Notary Public,

3    the officer before whom the foregoing proceeding was

4    conducted, do hereby certify that the witness(es) whose

5    testimony appears in the foregoing proceeding were duly

6    sworn by me; that the testimony of said witness(es) were

7    taken by me to the best of my ability and thereafter

8    transcribed under my supervision; and that the foregoing

9    pages, inclusive, constitute a true and accurate

10   transcription of the testimony of the witness(es).

11   I do further certify that I am neither counsel for,

12   related to, nor employed by any of the parties to this

13   action in which this proceeding was conducted, and

14   further, that I am not a relative or employee of any

15   attorney or counsel employed by the parties thereof, nor

16   financially or otherwise interested in the outcome of the

17   action.

18   IN WITNESS WHEREOF, I have hereunto subscribed my name

19   this 23rd of January, 2012.

20

21

22                    _____
                      MARISA MUNOZ-VOURAKIS

23                    Notary #20032900127

24

25

# Yeh Exhibit 152

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF FLORIDA

3                    MIAMI DIVISION

4    DISNEY ENTERPRISES, INC.,          Case No.

     TWENTIETH CENTURY FOX FILM         11-20427

5    CORPORATION, UNIVERSAL CITY

     STUDIOS PRODUCTIONS LLLP

6    COLUMBIA PICTURES INDUSTRIES

     INC., and WARNER BROS.

7    ENTERTAINMENT, INC.,

8                   Plaintiffs,

        vs.

9

     HOTFILE CORP., ANTON TITOV,

10   and DOES 1-10,

11                  Defendants.

12

13

14

15   HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

16

17        DEPOSITION OF DANIEL S. LEVY, PH.D.

18             SAN FRANCISCO, CALIFORNIA

19             TUESDAY, JANUARY 17, 2012

20

21

22

23   REPORTED BY:

24   CYNTHIA MANNING, CSR No. 7645, CLR, CCRR

25   JOB NO. 45587

1            January 17, 2012

2              9:04 a.m.

3

4

5

6

7        Deposition of DANIEL S. LEVY, PH.D.,

8   taken on behalf of Plaintiffs, at 235 Montgomery

9   Street, 17th Floor, San Francisco, California,

10  before Cynthia Manning, Certified Shorthand

11  Reporter No. 7645, Certified LiveNote Reporter,

12  California Certified Realtime Reporter.

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1   APPEARANCES:

2

3   FOR PLAINTIFFS:

4        JENNER & BLOCK
         BY:  DUANE POZZA, ESQ.
5        1099 New York Avenue, NW
         Suite 900
6        Washington, DC 20001-4412
         202.639.6000
7        dpozza@jenner.com

8

9   FOR DEFENDANTS:

10       FARELLA, BRAUN + MARTEL LLP
         BY:  ANDREW LEIBNITZ, ESQ.
11       235 Montgomery Street
         17th Floor
12       San Francisco, California 94104
         415.954.4400
13       aleibnitz@fbm.com

14

15  Also present:

16       Richard Waterman, Ph.D.
         (Telephonically appeared except from 11:00
17       to 11:30 a.m. PST)

18

19

20

21

22

23

24

25

Page 22

1   the incidence of infringement occurring on

2   Hotfile?

3        A.   I've provided comments on the protocol

4   that Dr. Waterman has provided.

5        Q.   Have you designed such a protocol

6   yourself?

7        A.   No, I haven't been asked to design a

8   protocol to sample.

9        Q.   So you've not been asked to design a

10  protocol to attempt to measure the incidence of

11  infringement or noninfringement on Hotfile?

12       A.   Not independent of the starting point

13  that Dr. Waterman has provided.

14       Q.   Well, have you undertaken to measure

15  the level of infringement occurring on Hotfile?

16       A.   I'm providing comments on the analysis

17  that Dr. Waterman provided, and I haven't been

18  asked to design any independent protocol.

19       Q.   Do you have your own opinion about the

20  measurement of the level of infringement

21  occurring on Hotfile?

22       A.   I have an opinion on whether or not

23  Dr. Waterman's analysis is valid and scientific.

24       Q.   But just to be clear -- this might be

25  implicit in your answer -- do you have an opinion

1   on the level of infringement that is occurring on

2   Hotfile?

3       A.   I haven't been asked to design a sample

4   to do that, and I haven't done so.

5       Q.   Why not?

6           MR. LEIBNITZ:   Objection; calls for

7   speculation, outside the scope of the report.

8   Object to form.

9           THE WITNESS:   I haven't been asked to

10  do so.   Is your question why I haven't been asked

11  to do so?

12  BY MR. POZZA:

13      Q.   Do you know why you haven't been asked

14  to do so?

15      A.   I -- I don't know all the possible

16  reasons why I haven't been asked to do so.

17          I do know that the time from

18  Dr. Waterman's report to the first due date was

19  only a short period of time, I believe something

20  from November 18th to something like December

21  23rd, perhaps, and commenting on Dr. Waterman's

22  report was something I could do in that amount of

23  time.

24          Designing a scientific random sample

25  and implementing it and analyzing it, I think,

1    probably would take -- in most situations you

2    would want to have more time than that to do

3    that.

4         Q.   So for January 2011, do you have an

5    opinion as to what percentage of the downloads of

6    files on Hotfile were infringing?

7         A.   Sorry, I just didn't hear the beginning

8    of the question.

9         Q.   Just taking the month of January 2011,

10   do you have an opinion as to what percentage of

11   the downloads of files on Hotfile were

12   infringing?

13        A.   I haven't been asked to come up with

14   that number.  I don't have an opinion as to the

15   percent of files that were infringing.

16             I have -- I don't have an opinion as to

17   the percent of files that were infringing, but I

18   do believe it is not the figure that Dr. Waterman

19   produced, because I don't think his analysis was

20   based on a scientific sample.

21        Q.   Do you think it's higher or lower than

22   his figure?

23        A.   I think that is something that's

24   knowable, it's something that could be done, and

25   I don't think anyone in this matter has yet

Page 25

1    provided the study that would provide a

2    scientific basis for that.

3        Q.   So you have no reason to conclude

4    whether or not the actual level of infringement

5    is higher or lower than the number in

6    Dr. Waterman's report?

7        A.   Well, I think to -- at this point, you

8    know, an opinion on that would be speculation.

9    So there isn't information in the case that

10   Dr. Waterman has collected that would allow

11   someone to make that assessment.

12       Q.   But the work could be done, you said?

13       A.   I think a valid sample could be done.

14       Q.   But you haven't done the work?

15       A.   I haven't yet been asked to do that

16   work, as I said in great part, because the time

17   between the report that Dr. Waterman provided and

18   the time of my report is relatively short for

19   doing that.

20       Q.   When were you retained in this case?

21       A.   Sometime in -- I believe sometime in

22   November.

23       Q.   Do you have an opinion as to what

24   percentage of the downloads of files on Hotfile

25   were infringing in December 2010?

1       A.    The report Dr. Waterman provided

2   doesn't have any downloads from 2010, so it would

3   be speculation to provide an answer to that.

4   Further analysis would have to be done and work

5   would have to be done to come up with an answer

6   for that.

7       Q.    So you don't have an opinion as to

8   December 2010?

9       A.    I think, based on the information in

10   the case, anyone who had -- Dr. Waterman or

11   myself having an opinion on that would be

12   speculation.  Dr. Waterman clearly said that his

13   sample only applies to January 2011.

14       Q.    Do you have any reason to believe that

15   the level of infringement in December of 2010 was

16   higher or lower than the 90 percent figure that

17   was provided in Dr. Waterman's report?

18       A.    Again, it would be speculation to

19   suggest whether it was higher or lower.  The

20   information in the sample could have been done to

21   analyze that, but Dr. Waterman didn't do that

22   sample.

23       Q.    And you have not done it either?

24       A.    I have not done that analysis in the

25   short time frame that I was provided since

1    that it was the same as what is in Dr. Waterman's

2    report.

3         Q.   Do you have any reason to believe that

4    it would likely fall outside of the margin of

5    error of the infringement percentage that

6    Dr. Waterman calculated for his sample in his

7    report?

8         A.   I think it would produce a different

9    mean, and I think the confidence intervals would

10   change, and I believe that Dr. Waterman's

11   confidence intervals for downloads in general, as

12   we're talking about now -- not big D downloads,

13   as he analyzed in the big D download file, but

14   small D, which I understand to be the more

15   important issue in this case, along with other

16   services -- that the confidence interval that he

17   provided is not scientifically determined,

18   because he didn't use a scientifically-drawn

19   sample to determine that confidence interval for

20   downloads in general.

21        Q.   For all downloads in a month?

22        A.   For downloads as being discussed as the

23   subject matter in the case, not the name of a

24   file.

25        Q.   Taking into account all those

Page 122

1   categories of downloads that were not included --

2   recorded in the Dailydownload file, do you

3   believe that the level of infringement in January

4   2011 was higher than 90 percent?

5        A.   I believe one can make hypotheses about

6   that, and some factors would indicate that there

7   would be a reason to think that there could be a

8   change, a difference.

9             But in order to determine that, rather

10  than just speculating on it, you have to do the

11  study that provided the information needed to

12  determine the rate of infringement for downloads

13  in a given day or for a month or for any other

14  time period or geography you wanted to analyze.

15       Q.   Do you have any reason to believe that

16  the number of infringing downloads in January

17  2011, counting all downloads, is lower than 90

18  percent?

19       A.   Well, again, I could develop hypotheses

20  about that that could be tested.  Countries are

21  different.  On average, the countries in the

22  excluded -- just picking one -- and I haven't

23  gone through and developed an overall perspective

24  on it.  But the countries that are excluded

25  are -- from the -- from the free downloads

1    include some very large poorer countries that

2    might have very different downloading behavior,

3    might use downloads in a very different way, may

4    be spending more time storing files, may use it

5    as a storage location.

6              There are all kinds of hypotheses that

7    would -- would suggest that it could be that it's

8    lower.

9              But in order to determine that you'd

10   have to study it, as I've said many times, you'd

11   have to capture the data and look at the data

12   that you want to understand the behavior of,

13   rather than speculate on it.

14        Q.   Do you believe that users in countries

15   with a lower GDP are less likely to download

16   infringing content?

17        A.   I -- it's possible that they're using

18   Hotfile in a very different way and downloading

19   different material due to language, due to

20   economic conditions.  There are all kinds of

21   possibilities.

22        Q.   Have you studied any of those

23   possibilities?

24        A.   No.  I think they are things that could

25   be looked at in the data, as we've talked about

Page 127

1      A.   Well, one of the aspects of the way

2   they are paid is by looking at what's recorded in

3   the Dailydownload file, but that does not mean it

4   records all the downloads that occur in a day.

5   It's just what they decide to keep there.

6          There are also other aspects of how

7   affiliates are paid that have to do with other

8   dimensions, such as conversion, file size, and

9   other things.

10     Q.   Right.

11          But the way that Hotfile determines how

12   many downloads they're going to compensate the

13   affiliate for is by looking at the download

14   counts in the Dailydownload data as opposed to

15   download counts in some other data?

16     A.   Yes.  The Dailydownload file, it's my

17   understanding, contains the counts that are used

18   in that fairly complicated algorithm that is in

19   the file size and conversion and other things.

20     Q.   Right.

21          And that's part of the incentives that

22   Hotfile is providing to the affiliates who upload

23   content?

24     A.   Yes, it is part of the -- it is part of

25   it.

1   level of infringement on Hotfile?

2          MR. LEIBNITZ:  Object to form.

3          THE WITNESS:  I would -- again, as a --

4   as -- that's something that could be analyzed,

5   actually.  I mean you could look at the dates in

6   which things changed and the pattern of

7   infringement over time and see how they

8   interacted.  So you could analyze that in a

9   number of different ways.

10  BY MR. POZZA:

11     Q.   But are you aware of any particular

12  change in Hotfile's operations that you believe,

13  based on your expertise, would have been likely

14  to cause a change in the level of infringement on

15  Hotfile prior to January 2011?

16     A.   I think as a -- you know, a hypothesis,

17  I think behaviors changed, possibly, over time in

18  Internet use.  So I think that is something that

19  could be investigated.  And, you know, you'd take

20  the evidence and information from Hotfile, the

21  Hotfile data, to -- to know that.

22     Q.   Do you know of any evidence that the

23  percentage of files that were downloaded that

24  were infringing was lower at any point in time

25  prior to January 2011 than 90 percent?

1           MR. LEIBNITZ:  Object to form.

2           THE WITNESS:  Again, you'd have to --

3      you'd have to look at the data to determine that,

4      or do some other study to do that.

5           And Dr. Waterman hasn't done it and I

6      haven't done it.

7      BY MR. POZZA:

8      Q.   On page 10 under Sub 2, the third

9      sentence says:

10               "The Hotfile environment is not one

11               where even this basic feature of the

12               Hotfile environment is similar across

13               months."

14               Do you see that?

15     A.   I'm looking for it.

16     Q.   Sure, no problem.

17     A.   (Witness reviewing document.)

18               Yes.

19     Q.   What do you mean by "Hotfile

20     environment" there?

21     A.   Just activity, just the Hotfile

22     website, and I guess what's going on around it.

23     Q.   What do you mean by that?

24     A.   Internet use, just activity running

25     through Hotfile, sort of broadly speaking.  It

1      Q.   And a user potentially could provide

2   two of those links to others to allow downloads

3   of that file through two of the links but not the

4   other three; correct?

5      A.   You could do a number of things with

6   those links.

7      Q.   But that is possible; correct?

8      A.   Yeah, one of the infinite

9   possibilities.

10      Q.   And the three links that are not sent

11   or distributed to other people, those would show

12   up as records with zero downloads in the

13   Uploaddownload table; correct?

14          MR. LEIBNITZ:   Object to form,

15   incomplete hypothetical.

16          THE WITNESS:   I'd have to study it more

17   to know.

18   BY MR. POZZA:

19      Q.   So sitting here today, are you aware of

20   what percentage of the zero download file records

21   are multiple URLs for files that have been, in

22   fact, distributed?

23      A.   I didn't -- I did not study that as a

24   part of this.  I think one could, and as I sit

25   here, given the number of files that have this

1    condition, it would be important to analyze them.

2              MR. POZZA:  We can take a break.

3              (Recess taken)

4    BY MR. POZZA:

5         Q.   Dr. Levy, are you aware of any dramatic

6    change in Hotfile's operations prior to January

7    2011 that would cause the level of infringement

8    on Hotfile to increase?

9         A.   The change in use, uploads and

10   downloads, is large enough that there can be

11   changes in behavior either direction.  There's

12   enough room and growth there that lots of things

13   could be happening.

14        Q.   And are you aware of whether those

15   changes in growth would be likely to increase the

16   level of infringement on Hotfile over time?

17        A.   You'd have to study that to know.  What

18   I can say is there is enough change in the amount

19   of activity that there could be many different

20   types of users who are now using Hotfile and

21   using them in different ways.

22        Q.   So you haven't studied that?

23        A.   I haven't -- I have not studied that at

24   Hotfile.

25        Q.   If one was trying to determine the

1    level of infringement on Hotfile in January of

2    2010, would the January 2011 study be useful at

3    all for estimating the amount of infringement in

4    January 2010?

5         A.   In a different type of study it might

6    add to it.  Not in this study.

7              You mean in this study?  The January --

8    the results from this study in 2011 provide us

9    information about what happened in 2010?

10        Q.   Yes.

11        A.   In this study, it does not.

12        Q.   If one had information about the level

13   of infringement in January 2011 that one thought

14   was accurate, would that provide useful

15   information for someone trying to estimate the

16   level of infringement in January 2010?

17        A.   If you had some other -- if you did an

18   additional -- it could be an input into the

19   study.  I -- I don't know that it would

20   necessarily, but more information is better in

21   most -- maybe in every situation, and it might

22   contribute to some broader study.  I couldn't --

23   I would think that would be the case, actually.

24        Q.   We were talking about storage of files

25   on Hotfile before the break, and we were talking

Page 180

1    about what I termed zero download files.

2         Do you recall that?

3    A.   Yes.

4    Q.   And those are files for which there are

5    no downloads recorded in the Uploaddownload

6    table; is that correct?

7    A.   That's what we were talking about.

8    Q.   Have you been asked to do a further

9    analysis to determine what percentage of those

10   files are uploaded just for storage?

11   A.   I haven't been asked to do that.

12   Q.   What further information would you need

13   in order to determine what percentage of those

14   files were uploaded just for storage?

15   A.   Well, I don't know that I could list

16   all the information that you would need.  But

17   some of the information that we were talking

18   about before would be needed; more information

19   about excluded downloads for the features that

20   the Uploaddownload file didn't have.

21        You might be able to perform some

22   analysis based on the log files to determine --

23   to gather some more information on that.  That

24   might take some sort of model-based analysis, not

25   just straight sampling.

1           I haven't thought about it, so -- I

2    could think about it and I think I could design a

3    sample and then related model-based analysis or

4    other analysis to analyze that.

5           Q.   Would it be a separate analysis based

6    on analyzing a separate set of data?

7           A.   You know, I don't know.  I just

8    haven't -- I haven't thought about it.  I don't

9    know what -- at the moment, you know -- what the

10   best way to go about it would be.  And, you know,

11   there may be multiple ways to go about it.

12          But I haven't been asked to develop

13   that, so I'm not sure exactly how that would be

14   done at the moment.

15          Q.   Do you know what percentage of

16   Hotfile's premium users upload files at all?

17          A.   I did not analyze that for this report.

18   Sorry.  Yeah, I didn't analyze that for this

19   report.  I don't think it was needed to make the

20   statements that I made.

21          Q.   You talk about a potential major use of

22   Hotfile being the storage function; right?

23          MR. LEIBNITZ:  Where is this?

24          MR. POZZA:  Page 17.

25          THE WITNESS:  I'm saying that there's

Page 249

1          DECLARATION UNDER PENALTY OF PERJURY

2

3          I, DANIEL S. LEVY, PH.D., do hereby certify

4    under penalty of perjury that I have read the

5    foregoing transcript of my deposition taken on

6    January 17, 2012; that I have made such

7    corrections as appear noted herein in ink,

8    initialed by me; that my testimony as contained

9    herein, as corrected, is true and correct.

10

11         DATED this  21  day of  Feb

12   2012, at  211 Congress st Boston  ,  ~~California~~ Mass.

13

14                    Daniel Levy

15

16              DANIEL S. LEVY, PH.D.

17

18

19

20

21

22

23

24

25

*Page 1 of 2*

Page 250

1   IN THE MATTER OF:  Disney Enterprises, et al.
                       vs.
2                      Hotfile, and Anton Titov

3

4   DATE:  January 17, 2012

5   WITNESS:  Daniel S. Levy, Ph.D.

6   Reason codes:

7           1.    To clarify the record.
            2.    To conform to the facts.
8           3.    To correct transcription errors.

9

    Page 40        Line 7            Reason 1
10
11  From      : of               to Daily download

12
    Page 51        Line 11           Reason 3
13
14  From      Conclusion        to Confusion

15
    Page 52        Line 9            Reason 3
16
17  From          100            to    900

18
    Page 84        Line 19           Reason 3
19
20  From  Dailydownloads        to  daily down loads

21

22                        PL

23

24              DANIEL S. LEVY, PH.D.

25

Page 2 of 2

Page 250
A

1   IN THE MATTER OF:  Disney Enterprises, et al.
                       vs.
2                      Hotfile, and Anton Titov

3

4   DATE:  January 17, 2012
5   WITNESS:  Daniel S. Levy, Ph.D.
6   Reason codes:
7           1.   To clarify the record.
            2.   To conform to the facts.
8           3.   To correct transcription errors.
9
    Page 84      Line 20          Reason 3
10
11  From Dailydownload        to daily down load
12
    Page 84      Line 21          Reason 3
13
14  From  Case,        to  Case
15
    Page  139    Line 24          Reason 3
16
17  From  Download        to Dailydownload
18
    Page         Line            Reason
19
20  From                   to
21
22
23                 DL
24                 DANIEL S. LEVY, PH.D.
25

Page 251

1    STATE OF CALIFORNIA   )

2             :ss

3    COUNTY OF SAN MATEO   )

4        I, CYNTHIA MANNING, a Certified Shorthand

5    Reporter of the State of California, do hereby

6    certify:

7        That the foregoing proceedings were taken

8    before me at the time and place herein set forth;

9    that any witnesses in the foregoing proceedings,

10   prior to testifying, were placed under oath; that

11   a verbatim record of the proceedings was made by

12   me using machine shorthand which was thereafter

13   transcribed under my direction; further, that the

14   foregoing is an accurate transcription thereof.

15       I further certify that I am neither

16   financially interested in the action, nor a

17   relative or employee of any attorney of any of

18   the parties.

19

20       IN WITNESS WHEREOF, I have subscribed

21   my name this 19th day of January, 2012.

22

23   _____

24   CYNTHIA MANNING, CSR No. 7645, CCRR, CLR

25

# Yeh Exhibit 153

HIGHLY CONFIDENTIAL

Page 555

1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2                    CASE NO. 11-20427-WILLIAMS/TURNOFF
3     - - - - - - - - - - - - - - - - - - - - - - - - -
      DISNEY ENTERPRISES,
4     INC., TWENTIETH CENTURY
      FOX FILM CORPORATION,
5     UNIVERSAL CITY STUDIOS
      PRODUCTIONS LLLP,
6     COLUMBIA PICTURES
      INDUSTRIES, INC., and
7     WARNER BROS.
      ENTERTAINMENT, INC.,
8
9               Plaintiff,
10    v.
11    HOTFILE CORP., ANTON
      TITOV, and DOES 1-10,
12
13              Defendants.
14
15    HOTFILE CORP.,
16              Counterclaimant,
17    v.
18    WARNER BROS ENTERTAINMENT
      INC.,
19              Counterdefendant.
20    - - - - - - - - - - - - - - - - - - - - - - - - -
                          VOLUME IV
21           H I G H L Y   C O N F I D E N T I A L
             (Pursuant to protective order, the following
22       transcript has been designated highly confidential)
23           30(b)(6) DEPOSITION OF ANTON TITOV
                     Radisson Blu Hotel
24                   Sofia, Bulgaria
                  Thursday, December 8, 2011
25    Job #44430        AT:  9:10 a.m.

H I G H L Y   C O N F I D E N T I A L

Page 556

1                     A P P E A R A N C E S

2     ATTORNEY FOR THE PLAINTIFFS:

3               JENNER & BLOCK
                BY:  STEVEN FABRIZIO, ESQ.

4               1099 New York Avenue, NW
                Washington, DC  20001

5

6

7

8

      ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,

9     AND ANTON TITOV:

                FARELLA, BRAUN & MARTEL

10              BY:  RODERICK THOMPSON, ESQ.

                235 Montgomery Street

11              San Francisco, CA 94104

12

13              BOSTON LAW GROUP

                By: VALENTIN GURVITS, ESQ.

14              825 Beacon Street

                Newton Center, MA 02459

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 557

1   Also present:

2   Court reporter:

3          Fiona Farson

           TSG Reporting

4

5   Videographer:

6          Simon Rutson

           TSG Reporting

7

8   Interpreter:

9          Assist. Prof. Boris Naimushin, Ph.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 664

1    downloading behaviors of the users from these

2    54 countries are any different than the downloading

3    behaviors of the users from the countries that are not

4    on this list of 54?

5    MR. THOMPSON:  Objection, calls for speculation, lacks

6       foundation.

7    A.  Again, as I said before, obviously Hotfile thinks that

8       these users are more -- users from these countries are

9       more likely to obtain a premium account.

10   BY MR. FABRIZIO:

11   Q.  Does Hotfile believe that users from countries on the

12      list of 54 are likely to download different files than

13      users from countries that are not on the list of 54?

14   MR. THOMPSON:  Objection, vague and ambiguous and overbroad.

15   A.  I don't know.

16   BY MR. FABRIZIO:

17   Q.  Do you have any reason to believe that users from

18      countries on the list of 54 download different files

19      than uses from countries that are not on the list of 54?

20   MR. THOMPSON:  Same objection.

21   A.  I don't have an opinion on that.

22   BY MR. FABRIZIO:

23   Q.  Are you aware of any factor or consideration that would

24      lead you to believe that the downloading patterns of

25      users from countries on the list of 54 are different

HIGHLY CONFIDENTIAL

Page 665

1       from the downloading patterns of users from countries

2       that are not on the list of 54?

3   MR. THOMPSON:  Same objection.

4   A.  I can't think of anything.

5   BY MR. FABRIZIO:

6   Q.  Have the list of 54 -- well, have the same 54 countries

7       been on this list since the beginning of Hotfile?

8   A.  No, I don't think so.

9   Q.  So the list has changed over time?

10  A.  Yes, I think so.

11  Q.  How has the list changed?

12  A.  I think that countries has been added -- added.

13  Q.  Which countries have been added?

14  A.  I don't know the full history of the list.

15  Q.  Okay.  Can you describe for us how the site operator's

16      affiliate program operates?

17  MR. THOMPSON:  Objection, overbroad, also asked and

18      answered.

19  A.  It is a program where site owners would get commission

20      of the sales, the users referred to by their website.

21  BY MR. FABRIZIO:

22  Q.  And they get 5 per cent of the sale price for every user

23      they refer that converts to a premium account?

24  A.  I think it could be 5 or more per cent.

25  Q.  Under what circumstances would it be more than 5 per

H I G H L Y   C O N F I D E N T I A L

Page 729

1
CERTIFICATE OF DEPONENT

2

3

        I, ANTON TITOV, hereby certify that I have read the
4    foregoing pages of my deposition of testimony taken in these
     proceedings on Thursday, December 8, 2011, and, with the
5    exception of the changes listed on the next page and/or
     corrections, if any, find them to be a true and accurate
6    transcription thereof.

7

8

9

10
     Signed:  ...... ................
11
     Name:    ANTON TITOV
12
     Date:    1/20/2012 ............
13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 730

1                    HIGHLY CONFIDENTIAL
                CERTIFICATE OF COURT REPORTER
2

3

      I, Fiona Farson, with TSG Reporting, hereby certify that the
4     testimony of the witness Anton Titov in the foregoing
      transcript, taken on Thursday, December 8, 2011 was reported
5     by me in machine shorthand and was thereafter transcribed by
      me; and that the foregoing transcript is a true and accurate
6     verbatim record of the said testimony.

7

      I further certify that I am not a relative, employee,
8     counsel or financially involved with any of the parties to
      the within cause, nor am I an employee or relative of any
9     counsel for the parties, nor am I in any way interested in
      the outcome of the within cause.

10

11

12

13

14

      Signed:  .......................
15

      Fiona Farson
16

      Dated: 12-20-2011
17

18

19

20

21

22

23

24

25

# Yeh Exhibit 154



**FileMirrors.Info**
the new generation of file searching

Add File Search Engine!

Like    Tweet 0    +1 0    Share



### server stats

Overall Downloads: 4389270
Overall Searches: 5966346
Total Page Views: 57624483
Total Checked Files: 44385381

### begin your search

Search



**Click here to start download..**

by ILivid

Download: PCD.DollDomination.2009.rar from Usenet

Rapidshare Search - Megaupload Search - Hotfile Search - Sendspace Search - Mediafire Search - Filefactory Search - Easy-share Search - 4shared Search - Zippyshare Search - Badongo Search - 2shared Search

WHAT IF WE COULD SHOW YOU
# HOW TO MAKE
## $500 - $3,000
WORKING PART TIME FROM HOME?

File Name: PCD.DollDomination.2009.rar
File Size: 57 MB
File Description: No description availble
File Extension: rar
Date added: 2009-12-19 01:12:41
Last check: 2009-12-19 15:52:36

**Source website:** Get Free Premium Accounts

**Download:**
http://hotfile.com/dl/182987/c2d67b8/PCD.DollDomination.2009.rar.html

**Share this file with your friends:**
       More

Bravo G :: Filipe Guerra Can Filipe Guerra Can Lady Antebellum Ju :: 03 Grupo Tradi o Barquinho mp3 :: Miklov :: Filipe Guerra Can Filipe Guerra Can Handbook Of Tran : yfj tar gz :: i stay in love mariah c :: paiya movie download :: reloaded ::: Filipe Guerra Can DJ tsr09149 B10 Night Filipe Guer :: desi wife :: 05 Safi connection Ayako mp3 :: Mikro Housebrothers Mikro hq Meck ft Leo Sayer Thunder :: Filipe Guerra Can Don LADY SAW ME HOLD YOU edit :: Filipe Guerra Can DJ tsr09149 B10 Night CONTEMPORARY :: Homm And Popoviciu Wire Oliver Koletzki Remix :: Nreloaded :: Filipe Guerra Can DJ tsr09149 B10 Night Ediiier X600 :: Fukk Off Rave is :: haman s :: recep nedi :: super taboo :: Saint Seiya 28 Sag :: primum link :: Filipe Guerra Can Akon she Filipe Guerra CanYoshi Hand :: Pokemon P1 :: 03 TIMMY THOMAS Why Can hits :: Tora Tora :: Filipe Guerra Can unknown regions Filipe Guerra CanWi :: true blood 0208 hdt :: Filipe Guerra Can ANNIE LENNOX DON Filipe Guerra Can :: Filipe Guerra Can unknown regions Filipe Guerra CanPo :: THE PERFECT disaster Asylum Road :: star golden bell ep 28 :: timewarp 2005 :: Filipe Guerra Can Star King ep 126 ENG SUB :: Mikro Housebrothers Mikro Timmy T Please Don micheal :: voyeur se :: BaCkUp4826 part03 rar :: Filipe Guerra Can download :: Vista Win7 R235 zip html 07 and monty pythons the :: Nancy :: Filipe Guerra Can Y MLite dwonload :: psp homebrew :: keisha tik :: Filipe Guerra Can hdtv :: Mia Stone :: Filipe Guerra Can unknown regions Facebook sisx :: 0582 Mage Knight Destiny 03 TIMMY THOMAS Why Can Hacke :: pokemon water blue

DMCA | Last Added Files | Home | Site Maps | Links | Rss-Xml Feeds | Twitter

# Yeh Exhibit 155



Hotfile.com: One click file hosting - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://www.hotfile.com/hotfile/affiliate.html#3Flang=en.html

Most Visited ▼   Getting Started   Latest Headlines ▼

Hotfile.com: One click file hosting

News     Upload     Premium     Hotlink     Affiliate FAQ

2010-07-28 12:32

Earn money while uploading and sharing your files with your friends. Our affiliate program is open for every registered member in our site. We have a flexible rate for each of your files.

**Earning Table**

| Rank | 5-50 MB | 50 - 100 MB | 100 - 2000 MB |
|------|---------|-------------|---------------|
| Copper | 1 | 1 | 14 |
| Bronze | 50 | 55 | 57 |
| Silver | 75 | 57 | 110 |
| Gold | 90 | 90 | $12 |
| Platinum | 17 | 110 | 115 |

Note: All prices are for 1000 downloads.

**Earn money spreading links in your site!**

Get 5% commission of all premium accounts sold through your site.

For every referrer that comes from your site and buys premium, you will get 5% of the accounts price. No matter if download link is yours or you've found it elsewhere! Post interesting download links in your site, blog or forum and earn big money.

Note: In order to count the link, users must follow a clickable link to hotfile.com

Just go to My Account and add your site to this site.

**Affiliate**

All uploader accounts are checked daily for their performance during the last 14 days. If necessary your status will be changed and your file's downloads will be credited according to the table above.

Your status mainly depends on your conversion rate which includes:

1. The ratio of the users that downloaded your files and the users that become premium based on your uploaded files.
2. The ratio of uploaded files to number of downloads.

We are trying to encourage the good promoters by increasing their earnings and to reduce the earnings for uploaders that mainly use the free hotfile resources for storage.

Tips how to become platinum member (FAQ)

**Rules & Conditions**

1. Downloads are counted only if done from the following countries: United States, Canada, Norway, Finland, Sweden, United Kingdom, Germany, Latvia, Estonia, France, Spain, Portugal, Italy, Austria, Switzerland, Hungary, Czech Republic, Netherlands, Belgium, Greece, Denmark, Ireland, Poland, Slovakia, Slovenia, Bulgaria, Romania, Australia, Russia, Liechtenstein, Kuwait, Qatar, United Arab Emirates, Saudi Arabia, Bahrain, Turkey, Japan, Singapore, Brazil, South Africa, Oman, New Zealand, Cyprus, Malta, Gibraltar, Mexico, Luxembourg and Mexico.
2. We pay you 20% from the money earned from affiliates who you referred to the HotFile.com
3. File copies and different download links are supported (After you upload a file you will be able to create copies of it on our site).
4. We count every successfully completed download, but if a premium user downloads a file more than once, that will be counted as a single download. This doesn't apply for free users downloads - their downloads are counted without limitations (multiple downloads for a file from same IP are counted)
5. FTP upload, Remote Upload, Link List, File Manager (rename,copy,delete,move files)
6. Auto backup for all uploads to file won't be lost
7. 12Mb/s for free users download speed and unlimited download speed for premium users
8. User friendly interface - no popups, no adverts, no tricks

Done



Hotfile.com: One click file hosting - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://www.hotfile.com/affiliate.html%3Flang=en.html

Most Visited ▾   ◆Getting Started   Latest Headlines ▾

Hotfile.com: One click file hosting

Note: All prices are for 1000 downloads.

**Affiliate**

All uploader accounts are checked daily for their performance during the last 14 days. If necessary your status will be changed and your file's downloads will be credited according to the table above.

Your status mainly depends on your conversion rate which includes:

1. The ratio of the users that downloaded your files and the users that become premium based on your uploaded files.
2. The ratio of uploaded files to number of downloads.

We are trying to encourage the good promoters by increasing their earnings and to reduce the earnings for uploaders that mainly use the free hotfile resources for storage.

Tips on how to become platinum member (FAQ).

**Rules & Conditions**

1. Downloads are counted only if done from the following countries: United States, Canada, Norway, Finland, Sweden, United Kingdom, Germany, Latvia, Estonia, France, Spain, Portugal, Italy, Austria, Switzerland, Hungary, Czech Republic, Netherlands, Belgium, Greece, Denmark, Ireland, Poland, Slovakia, Slovenia, Lithuania, Bulgaria, Romania, Australia, Russia, Liechtenstein, Kuwait, Qatar, United Arab Emirates, Saudi Arabia, Bahrain, Turkey, Japan, Singapore, Brazil, South Africa, Oman, New Zealand, Cyprus, Malta, Gibraltar, Malaysia, Luxembourg and Mexico.
2. We pay you 20% from the money earned from affiliates who you referred to the HotFile.com
3. File copies and different download links are supported (After you upload a file you will be able to create copies of it on our site).
4. We count every successfully completed download, but if a premium user downloads a file more than once, that will be counted as a single download. This doesn't apply for free users downloads - their downloads are counted without limitations (multiple downloads for a file from same IP are counted).
5. FTP upload, Remote Upload, Link List, File Manager (rename,copy,delete,move files)
6. Auto backup for all uploads so file won't be lost
7. 128kb for free users download speed and unlimited download speed for premium users
8. User friendly interface - no popups, no adverts, no tricks
9. We pay every Monday (Epassporte, Paypal, Webmoney). Minimum payment amount is $15.
10. Payments are sent automatically (You don't need to do anything)
11. Detailed statistics of downloads and revenues
12. No restriction for any country - free downloads for everyone are guaranteed

**Getting started**

What you need to do to actually start using our affiliate program is to Non-affiliate program and to fill your payment details. Only after this step you can take full advantage of our affiliate program.

**Referral Program**

You can earn money simply by inviting your friends to use our affiliate services. What you need to do is to simply register to our site, set up your payment info in you account and send your referral link from our Referrals page to your friends. You will earn 20% of whatever they earn if they are registered to our site using your referral link.

**Earn money spreading links in your site!**

Get 5% commission of all premium accounts sold through your site.

For every referre that comes from your site and buys premium you will get 5% of the account's price.
No matter if download link is yours or you find it in other place! Post interesting download links in your blog or forum and earn big money.

Note: In order to count the links, users must follow a clickable link to hotfile.com

Just go to Up account and add your site to Up sites

Home      Premium      Payout choice      Imprint      File Checker      Reseller      SCP Installed      Contacts

2010-07-28 12:32

Done

# Yeh Exhibit 156

# Hotfile Is Not Used For "Personal Storage"



89%
Users who have not
uploaded any files

%

0
Downloads

1+
Downloads

**89%** of registered users use Hotfile only for downloading

**11%** of registered users have ever uploaded anything

## Zero-Download Files



.3%
Deleted
by user

18%
User suspended
as repeat infringer

60.6%
Deleted for
inactivity

16%
Removed
as infringing

.3%
User
suspended
for unknown or
non-copyright
reason

4.9%
Active files

Any suggestion that Zero-Download files represent personal storage is factually baseless:

**94.6%** deleted by Hotfile for "inactivity" or related to copyright infringement



3.3%
Premium users
with infringement
"strikes"

1.05%
Premium users
without infringement
"strikes"

.55%
Non-premium
users
(Hotfile deletes
files if not
downloaded)

**1.05%** of **Zero-Download files** even potentially reflect personal storage

**.58%** of **all files** even potentially reflect personal storage

*Reply App. A; Yeh Ex.156*