UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

　*Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

FILED by ____ D.C.

MAR 1 9 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiffs, by and through undersigned counsel and pursuant to Local Rule 5.4, file this
Motion to File Documents Under Seal as follows:

1.　　The documents are described as follows:

(1) Plaintiffs' Motion and Memorandum of Law to Strike Portions of
Declarations of Professor James Boyle, Dr. Andrew Cromarty, and Anton
Titov in Support of Defendants' Opposition to Plaintiffs' Motion for
Summary Judgment;

   (2) Declaration of Jennifer V. Yeh in Support of Plaintiffs' Motion to Strike

    Portions of Declarations of Professor James Boyle, Dr. Andrew Cromarty,

    and Anton Titov in Support of Defendants' Opposition to Plaintiffs'

    Motion for Summary Judgment, and accompanying exhibits.

  2.  The documents should remain sealed until the conclusion of this case.  Upon
expiration of the sealing period, the sealed documents should be returned to Plaintiffs' counsel.

  3.  This motion is filed pursuant to ¶ 16 of the Stipulated Protective Order entered by
this court on May 19, 2011 (Dkt # 68), which states that "[i]f a pleading contains information
designated Confidential or Highly Confidential by another party, the designating party will be
deemed to have consented to a motion to file the pleading under seal."  Further, on February 17,
2012, in response to a request from plaintiffs' counsel, defendants' counsel provided defendants'
consent to file summary judgment materials and supporting materials under seal.

Dated: March 19, 2012      Respectfully submitted,

            By: /s/ *Karen L. Stetson*

            Karen L. Stetson
            GRAY-ROBINSON, P.A.
            1221 Brickell Avenue
            16th Floor
            Miami, Fl 33131
            Telephone: (305) 416-6880
            Facsimile:  (305) 416-6887

| | |
|---|---|
| MOTION PICTURE ASSOCIATION<br> OF AMERICA, INC.<br>Karen R. Thorland (*Pro Hac Vice*)<br>15301 Ventura Blvd.<br>Building E<br>Sherman Oaks, CA 91403<br>Phone:  (818) 995-6600<br>Fax:  (818) 285-4403 | JENNER & BLOCK LLP<br>Steven B. Fabrizio (*Pro Hac Vice*)<br>Duane C. Pozza (*Pro Hac Vice*)<br>Luke C. Platzer (*Pro Hac Vice*)<br>1099 New York Ave., N.W.<br>Suite 900<br>Washington, DC 20001<br>Telephone: (202) 639-6000<br>Facsimile:  (202) 639-6066 |

            *Attorneys for Plaintiffs*

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY pursuant to Local Rule 7.1(a)(3), U.S. District Court for the

Southern District of Florida, that an individual conference with counsel is not necessary for this

motion, pursuant to the Stipulated Protective Order entered by this court on May 19, 2011, which

states that "[i]f a pleading contains information designated Confidential or Highly Confidential

by another party, the designating party will be deemed to have consented to a motion to file the

pleading under seal."

Dated: March 19, 2012

By: /s/ _Karen L. Stetson_
Karen L. Stetson

GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305-416-6880
Fax: 305-416-6887

MOTION PICTURE ASSOCIATION
OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA  91403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer  (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Phone: 202-639-6000
Fax: 202-639-6066

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th Day of March, 2012, I served the following

documents on all counsel of record on the attached service list via their email address(es)

pursuant to the parties' service agreement:

**Plaintiffs' Motion to File Documents Under Seal**

By: /s/ *Karen L. Stetson*
    Karen L. Stetson

## SERVICE LIST

**Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.**
**CASE NO. 11-CIV-20427-JORDAN**

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and
Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and
Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and
Anton Titov*