UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

   *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DECLARATIONS OF PROFESSOR JAMES BOYLE, DR. ANDREW CROMARTY, AND ANTON TITOV IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came before the court on Plaintiffs' Motion to Strike Portions of Declarations of Professor James Boyle, Dr. Andrew Cromarty, and Anton Titov in Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment. This Court has considered Plaintiffs' Motion and being otherwise duly advised, it is hereby:

ORDERED AND ADJUDGED that Plaintiffs' Motion to Strike is hereby GRANTED and the following portions of Defendants' evidence are stricken on summary judgment and precluded at trial:

1) Paragraphs 11-12, 13-16, 19-23, Ex. 2 ¶¶ 10-33, 36-39, 47-49, 53 of the Declaration of Professor James Boyle;
2) Ex. 1 ¶¶ 34-35 & n. 31, Ex. 2 ¶¶ 11 & n.6, 17, 26-27 & n.14, 31, 33, 48, 50-52 of the Declaration of Professor James Boyle, to the extent this testimony references legal analysis under *Grokster* and *Sony*, provided that this testimony has not already been stricken for other reasons;
3) Paragraphs 23, 104-106 of the Declaration of Dr. Andrew Cromarty;
4) Paragraphs 12, 14, 19, 20, 42, 48, 54 of the Declaration of Anton Titov.

DONE AND ORDERED in chambers at Miami, Florida this ____ day of _____ 2012.

                                                                                    Kathleen M. Williams
                                                                                    United States District Judge

cc:     All Counsel of Record