FILING FEE
PAID _____ $75.00
Pro hac  35298
Vice ____
Steven M. Larimore, Clerk

FILED by _____ D.C.

MAR 13 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### Case No. 11-20427-Civ (WILLIAMS/TURNOFF)

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORP., UNIVERSAL
CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT
INC.,

        Plaintiffs,

vs.

HOTFILE CORP., ANTON TITOV, and DOES 1-
10,

        Defendants.

_____/

HOTFILE CORP.,

        Counterclaimant,

vs.

WARNER BROS. ENTERTAINMENT INC.,

        Counterdefendant.

_____/

### MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Brian M. Willen of the law firm of Wilson Sonsini Goodrich & Rosati P.C., 1301 Avenue of the Americas, 40th Floor, New York, NY 10019, (212) 999-5800, for purposes of appearance as co-counsel on behalf of *amicus curiae* Google Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Brian M. Willen to receive electronic filings in this case, and in support thereof states as follows:

1

1.      Brian M. Willen is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bars of New York, the District of Columbia, and Michigan.

2.      Movant, Jane W. Moscowitz, Esquire, of the law firm of MOSCOWITZ & MOSCOWITZ, P.A., 1111 Brickell Ave. # 2050, Miami, FL 33131, (305) 379-8300, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Brian M. Willen has made payment of this Court's $75 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Brian M. Willen, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Brian M. Willen at email address: bwillen@wsgr.com.

WHEREFORE, Jane W. Moscowitz moves this Court to enter an Order for Brian M. Willen to appear before this Court on behalf of Google Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Brian M. Willen.

Date: March 13, 2012

Respectfully submitted,

JANE W. MOSCOWITZ
Fla. Bar No. 586498
jmoscowitz@moscowitz.com
MOSCOWITZ & MOSCOWITZ, P.A.
1111 Brickell Ave. # 2050
Miami, FL 33131
Telephone:  (305) 379-8300
Fax:  (305) 333-7099

Counsel for *Amicus Curiae* Google Inc.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### Case No. 11-20427-Civ (WILLIAMS/TURNOFF)

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORP., UNIVERSAL
CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,
                Plaintiffs,

vs.

HOTFILE CORP., ANTON TITOV, and DOES 1-
10,
                Defendants.

_____/

HOTFILE CORP.,

Counterclaimant,

vs.

WARNER BROS. ENTERTAINMENT INC.,

Counterdefendant.

_____/

## CERTIFICATION OF BRIAN M. WILLEN

       Brian M. Willen, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bars of New York, the District of Columbia, and Michigan.

Dated: March 12, 2012

                                BRIAN M. WILLEN
                                bwillen@wsgr.com
                                WILSON SONSINI GOODRICH & ROSATI P.C.
                                1301 Avenue of the Americas, 40th Floor
                                New York, NY 10019
                                Telephone:  (212) 999-5800
                                Fax:  (212) 999-5899

## CERTIFICATE OF SERVICE

**Disney Enterprises, Inc., *et al.* v. Hotfile Corp., *et al.***
**Case No. 11-20427-Civ (WILLIAMS/TURNOFF)**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by U.S. Mail on March 13, 2012, on all counsel or parties of record on the service list.

Dated: March 13, 2012

JANE W. MOSCOWITZ
Fla. Bar No. 586498
jmoscowitz@moscowitz.com
MOSCOWITZ & MOSCOWITZ, P.A.
1111 Brickell Ave. # 2050
Miami, FL 33131
Telephone:  (305) 379-8300
Fax:  (305) 333-7099

1

**Disney Enterprises, Inc.,** *et al.* **v. Hotfile Corp.,** *et al.*
**Case No. 11-20427-Civ (WILLIAMS/TURNOFF)**

## SERVICE LIST

Steven B. Fabrizio
Email: sfabrizio@jenner.com
Luke C. Platzer
Email: lplatzer@jenner.com
Duane C. Pozza
Email: dpozza@jenner.com
Jennifer V. Yeh
Email: jyeh@jenner.com
JENNER & BLOCK
1099 New York Avenue, N.W., Suite 900
Suite 900
Washington, DC
Tel.: 202-639-6094

Karen R. Thorland
Email: Karen_Thorland@mpaa.org
Senior Content Protection Counsel
MOTION PICTURE ASSOCIATION OF
AMERICA, INC.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA
Tel.: 818-935-5812

Karen Linda Stetson
Email: karen.stetson@gray-robinson.com
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1650
Miami, FL 33131
Tel.: 305-416-6880
Fax: 305-416-6887

*Attorneys for Plaintiffs/Counterdefendants*
*Disney Enterprises, Inc., Twentieth Century Fox*
*Film Corp., Universal City Studios Productions*
*LLLP, Columbia Pictures Industries, Inc.,*
*and Warner Bros. Entertainment Inc.*

Anthony P. Schoenberg
Email: tschoenberg@fbm.com
Deepak Gupta
Email: dgupta@fbm.com
Janel Thamkul
Email: jthamkul@fbm.com
N. Andrew Leibnitz
Email: aleibnitz@fbm.com
Roderick M. Thompson
Email: rthompson@fbm.com
FARELLA BRAUN & MARTEL, LLP
235 Montgomery Street
17th Floor
San Francisco, CA
Tel.: 415-954-4400

Valentin Gurvits
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel.: 617-928-1804

Janet T. Munn
Email: jmunn@rascoklock.com
RASCO KLOCK REININGER PEREZ
ESQUENAZI VIGIL & NIETO
283 Catalonia Ave., Suite 200
Coral Gables, FL 33134
Tel.: 305-476-7101
Fax: 305-476-7102

*Attorneys for Defendants/Counterplaintiffs*
*Hotfile Corp., Anton Titov, Does 1-10,*
*and Lemuria Communications, Inc.*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Disney Enterprises, Inc., *et al.* v. Hotfile Corp., *et al.*
Case No. 11-20427-Civ (WILLIAMS/TURNOFF)

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORP., UNIVERSAL
CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT
INC.,

              Plaintiffs,

vs.

HOTFILE CORP., ANTON TITOV, and DOES 1-
10,

              Defendants.

_____/

HOTFILE CORP.,

Counterclaimant,

vs.

WARNER BROS. ENTERTAINMENT INC.,

Counterdefendant.

_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for
Brian M. Willen, Consent to Designation, and Request to Electronically Receive Notices of
Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and
Practice of Attorneys in the United States District Court for the Southern District of Florida and
Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion
and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Brian M. Willen may appear and participate in this action on behalf of proposed *amicus curiae* Google Inc.  The Clerk shall provide electronic notification of all electronic filings to Brian M. Willen at bwillen@wsgr.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____

United States District Judge

Copies furnished to:

All Counsel of Record

2