# EXHIBIT 2

Highly Confidential

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - - -

DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,

       Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,

       Defendants.


HOTFILE CORP.,

       Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,
       Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -

VOLUME I
H I G H L Y   C O N F I D E N T I A L
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Monday, December 5, 2011
Job Number: 44174

Highly Confidential

Page 2

```
 1                    A P P E A R A N C E S

 2    ATTORNEY FOR THE PLAINTIFFS:

 3              JENNER & BLOCK
                BY:  STEVEN B. FABRIZIO, ESQ.
 4              1099 New York Avenue, NW
                Washington, DC  20001
 5

 6

 7

 8
      ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
 9    AND ANTON TITOV:
                FARELLA, BRAUN & MARTEL
10              BY:  RODERICK M. THOMPSON, ESQ.
                235 Montgomery Street
11              San Francisco, California  94104

12

13
                BOSTON LAW GROUP
14              VALENTIN GURVITS
                825 Beacon Street
15              Newton Center, MA 02459

16

17

18

19

20

21

22

23

24

25
```

Highly Confidential

Page 3

1    Also present:

2    Court reporter:

3            Fiona Farson
             TSG Reporting
4

5    Videographer:

6            Simon Rutson
             TSG Reporting
7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential



Highly Confidential

Page 17

1   A.   Yes.

2   Q.   Okay.  From August 2008, again going forward, can you

3        identify the people who were working with you on the

4        development of the Hotfile website?

5   MR. THOMPSON:  Objection, overbroad.  Do you mean up to

6        today?

7   MR. FABRIZIO:  Yes.

8   A.   Strictly on developing, it would be Diyan Chuburov.

9   BY MR. FABRIZIO:

10  Q.   Can you spell, please?

11  A.   D-I-Y-A-N, C-H-U-B-U-R-O-V.

12  Q.   Chuburov:  Did I say that right?

13  A.   Yeah.

14       He was working approximately from the beginning.

15  Q.   Does he still work on the Hotfile website?

16  A.   Yes, he does.

17  Q.   What are the nature of his responsibilities?

18  MR. THOMPSON:  Today?

19  BY MR. FABRIZIO:

20  Q.   Can you please describe from the inception, and if

21       they've changed, as they've changed through today.

22  A.   He's responsible for programming the website, the actual

23       website of hotfile.com, and internal administrative web

24       pages.

25  Q.   Have those been his duties from the inception?

Highly Confidential

Page 27

1       developing hotfile.com.

2   Q.  Any other companies, beyond RapidShare?

3   A.  RapidShare was market leader, and we would normally

4       compare to them, ourselves to them, but I believe we

5       looked at others too.

6   Q.  What were the others?

7   A.  I think MediaFire.

8   Q.  Did you say MediaFire?

9   A.  MediaFire.

10  Q.  Any others?

11  A.  It's very hard to judge in the time when you've seen

12      anything.

13  Q.  Sure.  Let me -- let me suggest a couple of names and

14      you can tell me.  Megaupload?

15  MR. THOMPSON:  Just so the question is clear, is there

16      a time?

17  MR. FABRIZIO:  This is in the time they were developing the

18      functionality for Hotfile.

19  A.  We were probably aware of Megaupload, but I don't think

20      we were really looking at Megaupload as an example of

21      functionality or anything else.

22  BY MR. FABRIZIO:

23  Q.  Okay.  So is it fair to say that you principally looked

24      to RapidShare to get ideas for functionality for

25      Hotfile?

Highly Confidential

Page 28

1    A.   Yes, pretty fair to say that, yes.

2    Q.   Was there somebody that had responsibility for analyzing

3         the RapidShare functionalities to determine whether some

4         of them might be appropriate for Hotfile?

5    A.   Well, I don't think that anybody was officially given

6         or -- this task, or -- but I would say that Rumen

7         Stoyanov would normally look at the competition.

8    Q.   And what about yourself?

9    MR. THOMPSON:   Objection, vague.

10   A.   Probably, yes, I would.

11   BY MR. FABRIZIO:

12   Q.   Other than the people you've already identified, is

13        there anybody else that worked with you on Hotfile

14        functionality design?

15   A.   No, I won't say so.

16   Q.   Okay.  Turning to another area you identified, which was

17        website design.

18   A.   Yes.

19   Q.   Did you work -- did you personally work on the website

20        design?

21   A.   I'm not a designer.  I might fix some small visual

22        things, but I won't say that I'm working on the design.

23   Q.   Okay.  Who worked on the design of the Hotfile website?

24   A.   The initial Hotfile design was pretty simple, and

25        I would say that only the logo was developed by an

Highly Confidential

1    actual designer; that would be an external contractor.

2    And the rest, to the extent there was design, was done

3    by Diyan, and maybe --

4  Q.  Mr. Chuburov?

5  A.  Yes.  And there could be my help there, but I won't say

6    it would be substantial.

7  Q.  Who was the outside contractor that designed the logo,

8    the initial logo?

9  A.  A friend of mine.  His name is Nikolai Tenev.

10  Q.  Can you spell, please?

11  A.  N-I-K-O-L-A-I, T-E-N-E-V.

12  Q.  Was Mr. Tenev a designer by trade?

13  A.  Sorry?

14  Q.  Was his business designing things like logos?

15  A.  Yes.  He's a web designer.

16  Q.  Okay.  You said the initial design was pretty simple.

17    Did there come a time when the site was redesigned?

18  A.  Yes, there was a time.

19  Q.  When was that?

20  A.  I'm afraid that my memories are not very clear in time,

21    but I would say somewhere in the beginning 2010.

22  Q.  Why was the site redesigned?

23  A.  I can't think of a particular reason besides that we

24    wanted to make it looking more professional or

25    attractive and better, generally better.

Highly Confidential

Page 30

1    Q.  And you said "we"; who is the "we" in your sentence?

2        Did that include you?

3    MR. THOMPSON:  Objection, compound.

4    BY MR. FABRIZIO:

5    Q.  Well, let me ask the question this way:  Who

6        participated in the decision to redesign the Hotfile

7        website in the beginning of 2010?

8    A.  It was probably me, Rumen Stoyanov and Atanas Vangelov.

9    Q.  Do you, Mr. Stoyanov, and Mr. Vangelov have an

10       understanding as to which responsibilities each of you

11       will take primary -- let me rephrase the question.

12           Did you, Mr. Stoyanov, and Mr. Vangelov have an

13       allocation of responsibilities among yourselves with

14       regard to the Hotfile system?

15   MR. THOMPSON:  Objection, vague and overbroad.

16   A.  There are some principal understandings, but they're not

17       really hardly defined.

18   BY MR. FABRIZIO:

19   Q.  What are those understandings?

20   A.  I would generally cover everything that goes on the

21       technical part.  Rumen would be normally responsible for

22       finances, and I would say that he's a bit more involved

23       in day-to-day operations.  And Atanas Vangelov would be

24       generally -- would generally deal with potential

25       investors, advertising on the site, to the extent we

Highly Confidential

Page 31

1      have it, and some communication, just -- some external

2      contractors, people.

3   Q.  But you said the roles are not particularly -- are not

4      strictly defined?  Is that correct?

5   MR. THOMPSON:  Objection, vague.

6   A.  I won't say that they are strictly defined, yes.

7   BY MR. FABRIZIO:

8   Q.  Do you have any role in the day-to-day operations of the

9      Hotfile website?

10  MR. THOMPSON:  Objection.  Overbroad, vague.

11  A.  I wouldn't say day to day, because days can pass --

12     a lot of days can pass without me doing anything.  But

13     I have some, I would say, recurring duties.

14  BY MR. FABRIZIO:

15  Q.  What are your recurring duties?

16  A.  I am responsible for making the payments to the

17     affiliates every Monday.

18  Q.  Who's paying the affiliates today, as you sit here?

19  MR. THOMPSON:  Objection, assumes facts.

20  A.  Today is a long day.

21  BY MR. FABRIZIO:

22  Q.  Understand.  What other responsibilities do you have

23     that are recurring?

24  A.  I wouldn't say that there is anything.  It really

25     depends if I -- I have certain duties to oversee, the

Highly Confidential

Page 32

1    technical part.  If I manage to do it in a way that

2    nobody bothers me for a month, it's okay.  If something

3    breaks down, I can work every day, but I won't say

4    recurring every day.

5    Q.  Okay.  Was there anybody else that works on the web

6        design of the Hotfile site, other than the people you've

7        identified?

8    A.  No.

9    Q.  Okay.  You identified general operations as another

10       general area.

11   A.  Yes.

12   Q.  Who were the people that worked on the general

13       operations of the Hotfile system?

14   MR. THOMPSON:  Do you mean currently, or from the beginning?

15   BY MR. FABRIZIO:

16   Q.  Is there a difference?

17   A.  I would say so, yes.

18   BY MR. FABRIZIO:

19   Q.  Okay.  So let's start at the beginning and then work

20       forward to currently.

21   A.  First I would like to mention that in my understanding,

22       general operations begin when the site becomes public.

23       But before that, I would consider everything

24       development.  Does that sound reasonable?

25   Q.  I'm not sure I understood what you just said, so why

Highly Confidential

Page 33

1       don't you say it again.

2  A.   General operations would be -- begin once the site

3       starts operating.  Everything else before that is

4       development, in my understanding.

5  Q.   Okay.

6  A.   Do you agree?

7  Q.   That's fair enough.

8  A.   So, from the beginning or almost from the beginning,

9       Andre Ianakov would be responsible for communications

10      with users, and handling DMCA takedown notices.

11  Q.  Is Mr. Ianakov a manager?

12  MR. THOMPSON:   Objection, vague.  Calls for a legal

13      conclusion.

14  BY MR. FABRIZIO:

15  Q.  Let me ask it this way:  Does Mr. Ianakov have a title

16      at Hotfile?

17  A.  I don't think anybody at Hotfile really has a title.

18  Q.  Is Mr. Ianakov employed by Hotfile Corporation?

19  A.  He's employed by Blue Ant Ltd., but works -- he does

20      work for Hotfile Corporation, yes.

21  Q.  To your knowledge, does he perform work for any other

22      company?

23  A.  I am not aware of any.

24  Q.  And you said communicates with users and DMCA takedown

25      notices.  Does Mr. Ianakov have any other general

Highly Confidential

Page 34

1      operations responsibilities?

2   A.  I don't think anything else would be -- could be defined

3       as his responsibility.

4   MR. THOMPSON:  Mr. Fabrizio, perhaps you should get the

5       spelling, for the record.  I think you're pronouncing it

6       a little differently than the witness is.

7   MR. FABRIZIO:  Okay.  I have the spelling for Ianakov as

8       I-A-N-A-K-O-V.

9   A.  That's one of the valid spellings.

10  BY MR. FABRIZIO:

11  Q.  Does anybody else have responsibility for general

12      operations of Hotfile?

13  A.  At a certain point, Stanislav Manov.

14  Q.  And that's S-T-A-N-I-S-L-A-V, M-A-N-O-V?

15  A.  Exactly.

16  Q.  When did Mr. Manov assume responsibilities for general

17      operations?

18  A.  He started helping Andre Ianakov in spring 2010,

19      I believe.

20  Q.  So prior to spring of 2010, it was just Mr. Ianakov

21      handling operations?

22  A.  I'm not sure of what your definition of "operations" is.

23      He was handling communications with users and, again,

24      DMCA takedown notices.

25  Q.  Did Mr. Ianakov report to anybody else?

Highly Confidential

Page 35

1   MR. THOMPSON:  Objection, vague.

2   A.  I don't think he -- we have strictly defined reporting

3       structure, but it is my impression that he would

4       normally report to Rumen Stoyanov.  And of course

5       technical problems would be reported to me.

6   BY MR. FABRIZIO:

7   Q.  Professionally, you were Mr. Ianakov's superior?

8   MR. THOMPSON:  Objection, vague and ambiguous.

9   A.  I consider myself superior to Mr. Ianakov.

10  BY MR. FABRIZIO:

11  Q.  If you gave him instructions about things to do with

12      Hotfile, you would expect him to carry them out because

13      you told him to, correct?

14  MR. THOMPSON:  Objection, overbroad.

15  A.  I would expect so.  But to the extent if he thinks that

16      instruction I'm giving him he's considering unimportant,

17      he show choice, he would probably ask if I conferred

18      with Rumen and probably Atanas.

19  BY MR. FABRIZIO:

20  Q.  Okay.  Other than Mr. Ianakov and eventually Mr. Manov,

21      has anybody else worked on the general operations of

22      Hotfile?

23  MR. THOMPSON:  Objection, vague.

24  A.  It really depends what you -- how you define "general

25      operations."

Highly Confidential

Page 36

BY MR. FABRIZIO:

1

2  Q.  Well, how do you define "general operations"?

3  A.  This is my first time defining general operations, but

4      I would say things that had to be done day to day.

5  Q.  All right.  With that definition, other than Mr. Ianakov

6      and Manov, was there anybody else?

7  A.  To the extent that Hotfile servers require and required

8      maintenance, and that we would be needing off on

9      provisioning of new servers at first, I was dealing with

10     these tasks.  And since Vasil Kolev started working for

11     Hotfile Corp., and the more he -- he started performing

12     most of the these duties.

13 Q.  Okay.

14 A.  And --

15 Q.  Go ahead.

16 A.  And we relied on the data center support or external

17     contractor to perform actual physical server movements,

18     like mounting, replacement, hard drive replacement, and

19     so on.

20 Q.  And who is the person that handled the physical aspects

21     of server replacement or additions?

22 MR. THOMPSON:  Objection, assumes facts.

23 A.  During the periods we would normally use the normal

24     support of the data center, I can't really say any

25     names, but there are probably documents --

Highly Confidential



Highly Confidential

Page 92

1        contract is with Hotfile Limited?

2    MR. THOMPSON:  Objection, vague.

3    BY MR. FABRIZIO:

4    Q.  Well, let me ask it this way:  Was that an accurate

5        statement, when you made it?

6    A.  It is.  It was.

7    Q.  Okay.  And is it accurate today?

8    A.  It is.

9    Q.  So Lemuria has a contract with Hotfile Limited to

10       provide web hosting services for the Hotfile website,

11       correct?

12   A.  Lemuria has a contract with Hotfile Limited to the

13       extent that Hotfile Limited -- to the extent that

14       Hotfile Limited is acting on behalf of Hotfile Corp.

15               (Reporter clarification.)

16   MR. THOMPSON:  "... acting on behalf of Hotfile Corp."

17   BY MR. FABRIZIO:

18   Q.  And in paragraph 5, what did you mean by a "contract"?

19   MR. THOMPSON:  I object to calling for a legal conclusion.

20   MR. FABRIZIO:  Well, the witness is -- every time I use the

21       term "contract," he expresses a misunderstanding of what

22       I mean.  So I want to just get a common understanding.

23   MR. THOMPSON:  Same objection.

24            You can answer if you understand the question.

25   A.  I understand the question, and beyond the fact that

Highly Confidential

1    there is no written contract, I think that -- my

2    understanding was that verbal or other kind of

3    understanding is still a contract.

4  BY MR. FABRIZIO:

5  Q.  Okay, I just want to confirm:  So there is no written

6    contract between Lemuria and Hotfile Limited?

7  A.  I don't know anything about any such contract.

8  Q.  Okay.  Did Lemuria and Hotfile Limited reach an

9    agreement under the terms as to which Lemuria would

10    provide web hosting services to Hotfile?

11  MR. THOMPSON:  Objection, vague, calls for a legal

12    conclusion.

13  A.  Since the two companies are doing business, I think it's

14    fair to say that they have reached an agreement.

15  BY MR. FABRIZIO:

16  Q.  Well, I guess what I'm trying to get at is, was there

17    a point in time when Hotfile Limited and Lemuria sat

18    down and said, "Here's what our agreement is," and

19    specified the terms of their agreement?

20  MR. THOMPSON:  Objection, vague.

21  A.  It was more like Hotfile Corp defining the terms of

22    agreement and then Hotfile implementing them with their

23    contract with Lemuria.

24  BY MR. FABRIZIO:

25  Q.  I'm not quite sure I understood your answer.

Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential

Page 188

1                    HIGHLY CONFIDENTIAL
                 CERTIFICATE OF DEPONENT
2

3
     I, ANTON TITOV, hereby certify that I have read the
4    foregoing pages of my deposition of testimony taken in these
     proceedings on Monday, December 5, 2011, and, with the
5    exception of the changes listed on the next page and/or
     corrections, if any, find them to be a true and accurate
6    transcription thereof.

7

8

9

10
     Signed:  ...................................
11
     Name:   ANTON TITOV
12
     Date:   1/29/2012 ..................
13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

```
                                                          Page 190
 1                      HIGHLY CONFIDENTIAL

 2
                             E R R A T A
 3
                    Deposition of ANTON TITOV
 4
         Page/Line No.       Description         Reason for change
 5        14:18        Eitinerum --> Itinerum      Correct transcription

 6        14:20        EITINERUM --> ITINERUM      Correct transcription

 7        14:21         internet --> intranet      Correct transcription

 8        14:24     all in shelves --> online shops   Correct transcription

 9        15:7       webcasting --> webhosting       Correct transcription

10        15:10      webcasting --> webhosting       Correct transcription

11        18:6          Ilan --> Elan              Correct transcription

12        20:9  Manix: M-A-N-I-X -> Maniax: M-A-N-I-A-X   Correct trans.

13        35:16     unimportant --> important        Correct transcription

14        35:17     he show choice --> he may choose   Clarify record

15        37:6      Stillings --> Stallings          Correct transcription

16        37:8    S-T-I-L-L-I-N-G-S --> S-T-A-L-L-I-N-G-S  Correct trans.

17        38:3    qualification --> collocation       Correct transcription

18        39:2   Equinix bandwith --> Equinix, bandwith  Clarify record

19

20     Signed:   ....................

21     Name:   ANTON TITOV

22     Date:   ....................

23

24

25
```

Highly Confidential

Page 190

```
 1              HIGHLY CONFIDENTIAL

 2                    E R R A T A

 3           Deposition of ANTON TITOV

 4   Page/Line No.      Description           Reason for change

 5   ───────────────────────────────────────────────────────────

 6    44:1              IT --> IP             Correct transcription

 7    46:16    with the grade, --> would degrade  Correct trans.

 8    46:17  the traffic flows into there from --> when the traffic

 9            flows into their network from      Correct transcription

10    47:3 We can say any old --> We cannot say we want  Correct trans.

11    57:23    costing --> hosting            Correct transcription

12    61:15    ███████  ███████              Correct transcription

13    65:24   Konstantin Lucyan --> Constantin Luchian  Correct trans.

14    77:11     lemur --> Lima               Correct transcription

15    89:6      SA --> Yes                   Correct transcription

16    89:21    I know what --> I don't know what   Correct trans.

17    99:11     Panek --> Penev              Correct transcription

18    109:23   Chubarov --> Chuburov         Correct transcription

19

20   Signed:   ....................

21   Name:   ANTON TITOV

22   Date:    ...................

23

24

25
```

Highly Confidential

Page 190

1           HIGHLY CONFIDENTIAL

2

3              E R R A T A

        Deposition of ANTON TITOV

4

Page/Line No.        Description              Reason for change

5    ███████████████████████████████████████

6                                         Conform to facts

7    111:15    SecPay --> SegPay           Correct transcription

8    119:5     Limewire --> Limelight      Correct transcription

9    119:13    Limewire --> Limelight      Correct transcription

10   126:10    I was there --> I checked   Correct transcription

11   128:17   ████████████████████████████████████████

12          ████████████████████████████   Correct transcription

13   128:18    enforce --> in force        Correct transcription

14   138:8     Ignitov --> Ignatov         Correct transcription

15   138:10    I-G-N-I-T-O-V --> I-G-N-A-T-O-V   Correct transcription

16   65:24, 66:3, 66:8, 67:4, 68:3, Lucyan --> Luchian   Correct trans.

17   68:16, 70:13, 70:19, 70:21,
     71:13, 71:18, 72:3, 72:7, 72:9,              "

18   74:3, 75:10, 75:18, 76:4, 76:5, 76:8          "

19   72:17     Lucyan's --> Luchian's      Correct transcription

20   Signed:   ................

21   Name:     ANTON TITOV

22   Date:     1/10/2012

23

24

25

        TSG Reporting - Worldwide        800-702-9580

Highly Confidential

Page 189

```
 1                      HIGHLY CONFIDENTIAL
                  CERTIFICATE OF COURT REPORTER
 2

 3
        I, Fiona Farson, with TSG Reporting, hereby certify that the
 4   testimony of the witness Anton Titov in the foregoing
     transcript, taken on Monday, December 5, 2011 was reported
 5   by me in machine shorthand and was thereafter transcribed by
     me; and that the foregoing transcript is a true and accurate
 6   verbatim record of the said testimony.

 7
        I further certify that I am not a relative, employee,
 8   counsel or financially involved with any of the parties to
     the within cause, nor am I an employee or relative of any
 9   counsel for the parties, nor am I in any way interested in
     the outcome of the within cause.
10

11

12

13

14
     Signed:  .......................
15
     Fiona Farson
16
     Dated:    December 15th, 2011
17

18

19

20

21

22

23

24

25
```

TSG Reporting - Worldwide      800-702-9580

Page 191

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                CASE NO. 11-20427-WILLIAMS/TURNOFF
- - - - - - - - - - - - - - - - - - - - - - - - - -
DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,


          Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,


          Defendants.


HOTFILE CORP.,

          Counterclaimant,

v.


WARNER BROS ENTERTAINMENT
INC.,
          Counterdefendant.


- - - - - - - - - - - - - - - - - - - - - - - - - -
                     VOLUME II
          H I G H L Y   C O N F I D E N T I A L
       (Pursuant to protective order, the following
     transcript has been designated highly confidential)

          30(b)(6) DEPOSITION OF ANTON TITOV
                  Radisson Blu Hotel
                   Sofia, Bulgaria
                Tuesday, December 6, 2011
                    AT:  9:10 a.m.
                   Job No: 44175
```

Highly Confidential

Page 192

```
 1              A P P E A R A N C E S

 2   ATTORNEY FOR THE PLAINTIFFS:

 3              JENNER & BLOCK
                BY:  STEVEN B. FABRIZIO, ESQ.
 4              1099 New York Avenue, NW

 5              Washington, DC  20001

 6

 7

 8
     ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
 9   AND ANTON TITOV:
                FARELLA, BRAUN & MARTEL
10              BY:  RODERICK M. THOMPSON, ESQ.
                235 Montgomery Street
11              San Francisco, California  94104

12

13              BOSTON LAW GROUP
                VALENTIN GURVITS
14              825 Beacon Street
                Newton Center, MA 02459
15

16

17

18

19

20

21

22

23

24

25
```

Highly Confidential

Page 193

1    Also present:

2    Court reporter:

3            Fiona Farson
             TSG Reporting
4

5    Videographer:

6            Simon Rutson
             TSG Reporting
7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11   Technical expert:

12           Kelly Truelove

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 276

1   A.   I don't know for a fact, but it's my belief that

2        a compatible statement was there since the beginning.

3   Q.   A comparable statement?  What do you consider

4        a comparable statement?

5   A.   A statement that will carry all -- carry on the same

6        substance, I guess.

7   Q.   Right.  Currently, today, in its IP policy page, Hotfile

8        informs users that it has a policy to terminate repeat

9        infringing users, correct?

10  A.   I believe so.

11  Q.   Okay.  And when did that IP policy page first appear on

12       Hotfile?

13  A.   I think approximately May or June 2010.

14  Q.   Okay.  And before May or June of 2010, where did --

15       where on its website did Hotfile inform users of

16       a policy to terminate repeat infringers?

17  A.   In terms of service, I think.

18  MR. FABRIZIO:  Okay.  I'm asking the court reporter to mark

19       as Titov exhibit 31 a printout from Hotfile terms of

20       service.  This is printed from archive.org.

21  Q.   And you will undoubtedly recognize from convention,

22       Mr. Titov, that this reflects an archive.org capture as

23       of February 2010.

24            (Titov exhibit 31 marked for identification.)

25  BY MR. FABRIZIO:

Highly Confidential

Page 277

1   Q.   My question to you, sir, is going to be:  Where in those

2        terms of service does Hotfile inform its users of

3        a policy to terminate repeat infringers?

4   MR. FABRIZIO:  For the record, the witness took a pencil and

5        marked on exhibit 31, so the markings on exhibit 31 are

6        the witness's.

7   Q.   It's perfectly okay, Mr. Titov; the record just needs to

8        reflect that.

9   A.   It's a bit slow.  I'm not sure if I...

10  Q.   No problem.  Are you ready?

11  A.   Yes.

12  Q.   First of all, do you recognize exhibit 31 as a copy of

13       the terms of service for Hotfile that were in existence

14       in early 2010?

15  A.   I don't have any reason to believe that it's not true.

16  Q.   Okay.  And where in exhibit 31 do you believe Hotfile

17       informs its users of a policy to terminate repeat

18       infringers?

19  A.   There is a list of rules on the second page, and one of

20       the paragraphs reads:

21       "Loading, accommodation, sending by way of e-mail,

22       transmission or publication by other means of

23       information, which offends the rights of some party on

24       all patents, trademarks, commercial secrets, copyrights

25       or other property rights."

Highly Confidential

Page 278

1           And a list of things -- the things that the user is

2      not supposed to do.

3   Q.  All right.  And where do you believe Hotfile informs its

4      users of a policy to terminate repeat copyright

5      infringers?

6   A.  I believe that after the -- all the rules are listed,

7      there is a language that says "complaints of the persons

8      breaking our rules are accepted here."  Or -- "here" is

9      probably a link.

10          "Each complaint will be considered, and depending on

11     the results, can lead to the deletion of the Client's

12     account without preliminary prevention."

13  Q.  So it's Hotfile's contention that those two provisions

14     in the terms of use inform Hotfile subscribers that

15     Hotfile has a policy of terminating repeat infringers?

16  A.  I believe so.

17  Q.  Okay.  Is there any other place where you believe

18     Hotfile's -- Hotfile informs users of a policy to

19     terminate repeat infringers, other than the terms of

20     use?

21  MR. THOMPSON:  Vague as to time.  Objection.

22  BY MR. FABRIZIO:

23  Q.  In the period of time prior to Hotfile publishing its IP

24     policy on its website in May or June of 2009, is there

25     any other place, other than the terms of service, where

Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential

Page 371

1                    HIGHLY CONFIDENTIAL
                  CERTIFICATE OF DEPONENT
2

3
    I, ANTON TITOV, hereby certify that I have read the
4   foregoing pages of my deposition of testimony taken in these
    proceedings on Tuesday, December 6, 2011, and, with the
5   exception of the changes listed on the next page and/or
    corrections, if any, find them to be a true and accurate
6   transcription thereof.

7

8

9

10
    Signed:  ......../....................
11
    Name:    ANTON TITOV
12
    Date:    1/20/2012.............
13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

```
                                                          Page 373

 1                      HIGHLY CONFIDENTIAL

 2                         E R R A T A

 3              Deposition of ANTON TITOV

 4    Page/Line No.        Description          Reason for change

 5

 6     225:25    Remind me. --> There might be.   Correct transcription

 7     234:20    Presentation --> representation  Correct transcription

 8     234:20    cost of the --> concept of       Correct transcription

 9     261:2     As --> That's                    Correct transcription

10     273:20    Limewire --> Limelight           Correct transcription

11     279:3     is --> would                     Correct transcription

12     293:11    following --> logging            Correct transcription

13     306:5     calls --> holds                  Correct transcription

14     306:6  service at hotfile.com --> to abuse@hotfile.com Correct trans.

15     321:6     would decide it --> with this ID Correct transcription

16     333:20    brought --> blocked              Correct transcription

17     337:7     file --> file ID                 Correct transcription

18    Signed:    ....................

19    Name:   ANTON TITOV

20    Date:      ....................

21

22

23

24

25
```

Highly Confidential

Page 373

1                    HIGHLY CONFIDENTIAL

2

3                        E R R A T A

4              Deposition of ANTON TITOV

5    Page/Line No.        Description              Reason for change

6     361:25         state --> table            Correct transcription

7    368:7   users stay on our uploads --> users_cowner_upload  Correct trans

8

9

10

11

12

13

14

15

16

17

18   Signed:    ...........................

19   Name:    ANTON TITOV

20   Date:    1/20/20 12

21

22

23

24

25

Highly.Confidential

Page 372

```
 1                      HIGHLY CONFIDENTIAL
                     CERTIFICATE OF COURT REPORTER
 2

 3

        I, Fiona Farson, with TSG Reporting, hereby certify that the
 4      testimony of the witness Anton Titov in the foregoing
        transcript, taken on Tuesday, December 6, 2011 was reported
 5      by me in machine shorthand and was thereafter transcribed by
        me; and that.the foregoing transcript is a true and accurate
 6      verbatim record of the said testimony.

 7
        I further certify that I am not a relative, employee,
 8      counsel or financially involved with any of the parties to
        the within cause, nor am I an employee or relative of any
 9      counsel for the parties, nor am I in any way interested in
        the outcome of the within cause.
10

11

12

13

14
        Signed:  ........................
15
        Fiona Farson
16
        Dated: 12/17/2011
17

18

19

20

21

22

23

24

25
```

H I G H L Y   C O N F I D E N T I A L

Page 374

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - - -
DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,
            Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,


            Defendants.


HOTFILE CORP.,

            Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,
            Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -
VOLUME III
H I G H L Y   C O N F I D E N T I A L
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Wednesday, December 7, 2011
AT:  9:09 a.m.

Job # 44429

H I G H L Y   C O N F I D E N T I A L

Page 375

1   A P P E A R A N C E S

2        ATTORNEY FOR THE PLAINTIFFS:
                    JENNER & BLOCK, LLP
3                   BY:  STEVEN FABRIZIO, ESQ.
                    1099 New York Avenue, NW
4                   Washington, DC  20001

5

6

7

        ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
8       AND ANTON TITOV:
                    FARELLA, BRAUN & MARTEL, LLP
9                   BY:  RODERICK THOMPSON, ESQ.
                    235 Montgomery Street
10                  San Francisco, California  94104

11

12                  BOSTON LAW GROUP
                    BY:  VALENTIN GURVITS
13                  825 Beacon Street
                    Newton Center, MA 02459
14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 376

1    Also present:

2    Court reporter:

3            Fiona Farson
             TSG Reporting
4

5    Videographer:

6            Simon Rutson
             TSG Reporting
7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10           Elena Alexieva

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 386

1    Q.   Okay.  Is it one particular person's responsibility?

2    A.   Currently it's only Andre -- Andre Ianakov.

3    Q.   Okay.  And has it always been only Andre Ianakov?

4         I'm sorry, did you say "no"?

5    A.   I didn't.  It was Stanislav Manov was helping him, to my

6         best knowledge --

7    Q.   Okay.

8    A.   -- at the time he was working for Hotfile.

9    Q.   So has Mr. Ianakov been -- strike that.

10        Has reviewing and responding to user communications

11        been part of Mr. Ianakov's responsibilities from the

12        launch of Hotfile through to the present?

13   MR. THOMPSON:  Objection, overbroad.

14   A.   I believe so.

15   BY MR. FABRIZIO:

16   Q.   Okay.  And what are Mr. Ianakov's and, while he was

17        doing it, Mr. Manov's responsibilities with regard to

18        user correspondence?

19   MR. THOMPSON:  Objection, overbroad.

20   A.   Generally to address users' problems and to try to help

21        them.

22   BY MR. FABRIZIO:

23   Q.   Okay.  Did you supervise Mr. Ianakov and/or Mr. Manov,

24        when he was there, with regard to user communications?

25   MR. THOMPSON:  Objection, vague.

H I G H L Y   C O N F I D E N T I A L

Page 387

1    A.   I won't say it's fair to say that I do supervise them.

2         To the extent that a user may have a technical problem,

3         they may contact me, if they think that it's a problem

4         I can help them with.

5    BY MR. FABRIZIO:

6    Q.   Okay.  Does somebody have a responsibility for

7         supervising Mr. Manov and Ianakov in responding to user

8         communications?

9    MR. THOMPSON:  Same objection.

10   A.   Well, it's not strictly written anywhere or anything

11        else, and my understanding is that, to a certain extent,

12        Rumen Stoyanov is supervising them.

13   BY MR. FABRIZIO:

14   Q.   Well, maybe I should put it this way; while he was there

15        Mr. Manov and throughout the period, Mr. Ianakov, were

16        they empowered by Hotfile to exercise their discretion

17        in answering user correspondence?

18   MR. THOMPSON:  Objection.  Vague and calls for a legal

19        conclusion.

20   A.   I would say to a certain extent.

21   BY MR. FABRIZIO:

22   Q.   "To a certain extent"?  What does that mean?

23   MR. THOMPSON:  Objection, vague.

24   A.   Probably there would be problems that they will address

25        to Rumen or to me, and if they want me to tell them how

H I G H L Y   C O N F I D E N T I A L

Page 440

1        so on Hotfile's behalf?

2    A.   I believe so.

3    Q.   So he was acting for Hotfile when he did it?

4    MR. THOMPSON:   Objection, calls for a legal conclusion.

5    A.   I don't know, he was just filling out a form.

6    BY MR. FABRIZIO:

7    Q.   Okay, I'm going to -- switching gears.

8             Why does the Hotfile website not have a function to

9        allow users to search for files that are hosted on the

10        Hotfile website?

11    A.   It was the industry's model back in the time.

12    Q.   What industry's model?

13    A.   Hotfile is a storage facility that users can store their

14        own personal files, and that doesn't go well with search

15        function.

16    Q.   Is there any other reason that Hotfile does not have

17        a search function on the website?

18    MR. THOMPSON:   Objection, vague, overbroad.

19    A.   Except the fact that it's easier not to do something

20        again than to do something and it was the case with

21        Rapidshare that we looked at in the beginning.

22             I think these are the reasons.

23    BY MR. FABRIZIO:

24    Q.   My question was; is -- is there any other reason?

25    MR. THOMPSON:   Objection, asked and answered.

H I G H L Y   C O N F I D E N T I A L

1          downloading files from Hotfile, correct?

2    A.   That would be one of the activities, you can download

3          without uploading and you can -- yeah.

4    Q.   Well, Hotfile doesn't charge users for uploading, does

5          it?

6    MR. THOMPSON:   Objection, vague.

7    A.   You can upload files without paying, but if you are

8          a paid user, you have certain privileges also in loading

9          and storing information.

10   BY MR. FABRIZIO:

11   Q.   And that is, if you're not a premium user, any files

12         you've uploaded will be deleted after a certain period

13         of time if they have not been downloaded, correct?

14   MR. THOMPSON:   Objection, vague as to time.

15   A.   And also the redundancy of the files of the premium

16         users is higher.

17   BY MR. FABRIZIO:

18   Q.   What does that mean?

19   A.   That means that all the files of premium users, we have

20         two copies on different servers for them.

21   Q.   And for non-premium users, that's not the case?

22   A.   I believe so.

23   Q.   I'm just going to try and clarify, but my question was

24         not artful.

25              Does Hotfile maintain a backup copy on a separate

H I G H L Y   C O N F I D E N T I A L

Page 445

1    BY MR. FABRIZIO:

2    Q.  Okay.  And it would not be difficult from a technical

3        matter to have a search function that only would locate

4        files that users have designated for public

5        distribution, correct?

6    MR. THOMPSON:  Objection, vague and overbroad.

7    A.  It's possible, yes.

8    BY MR. FABRIZIO:

9    Q.  Okay.  So I ask again, why does Hotfile not have such

10       a search function on its website?

11   MR. THOMPSON:  Objection, asked and answered.

12   A.  It just doesn't.

13   BY MR. FABRIZIO:

14   Q.  Well, my question, sir, is; why?

15   MR. THOMPSON:  Objection, asked and answered, now twice.

16   A.  The same reasons I said before.

17   BY MR. FABRIZIO:

18   Q.  And before you said that Hotfile was effectively for

19       storage, and I believe now we've established that it's

20       for downloading as well, so, with that new context, I'd

21       like to understand as best you can tell us why Hotfile

22       doesn't have a search function on its website?

23   MR. THOMPSON:  Objection to the preamble as argumentative,

24       misstating testimony.  The question has been asked and

25       answered three times.

H I G H L Y   C O N F I D E N T I A L

Page 446

1         If you have any more -- any more to add, go ahead.

2    A.  Well, you are correct that downloading is part of the

3         process, all the Hotfile idea is for the user to choose

4         who would be downloading his files and not to publish

5         them to the whole word.

6    MR. FABRIZIO:  Okay.  We'll leave it there.

7         I'm going to mark as Titov exhibit 146 a document

8         numbered HF34459, marked as 147 is a document numbered

9         HF34686, and as Titov exhibit 148, a document numbered

10        HF34587.

11   (Titov exhibits 146, 147 and 148 marked for identification.)

12   BY MR. FABRIZIO:

13   Q.  Have you had a chance to look at exhibits 146, 147 and

14        148, Mr. Titov?

15   A.  Yes, I did.

16   Q.  Are these further examples of user communications to

17        Hotfile through the Contact us page?

18   MR. THOMPSON:  Objection, vague.

19   A.  I don't have any reason to believe they're not.

20   BY MR. FABRIZIO:

21   Q.  Okay.  And are they true and correct copies of user

22        communications to Hotfile in the February 2001 [sic]

23        timeframe?

24   MR. THOMPSON:  Objection, compound.

25   A.  2011?

H I G H L Y   C O N F I D E N T I A L



H I G H L Y   C O N F I D E N T I A L



H I G H L Y   C O N F I D E N T I A L

Page 507

```
 1   A.   Vobile is a company that will provide technology for

 2        fingerprinting, taking fingerprints from videos --

 3        videos, and they -- then they have service for

 4        presenting these fingerprints to them, and they will

 5        respond if this video matches any video in their

 6        database.

 7   BY MR. FABRIZIO:

 8   Q.   And when they respond, because a finger -- they have

 9        a fingerprint match, do they provide information about

10        the copyright owner and instructions from a copyright

11        owner with regard to a particular file?

12   MR. THOMPSON:   Objection, compound and vague.

13   A.   I know for sure that they provide the copyright owner,

14        but I'm not sure about the instructions.

15   BY MR. FABRIZIO:

16   Q.   Okay.  Well, let me put it this way, if there's a -- if

17        upon submission of a fingerprint to Vobile there's

18        a fingerprint match, Vobile sends information back to

19        you?

20   A.   It's more like we are supposed to connect and to check

21        if the submission is processed, but basically that's the

22        idea.

23   Q.   Okay.  And when Hotfile connects in to check, what

24        information does Vobile make available to Hotfile about

25        the file that it was checking?
```

H I G H L Y   C O N F I D E N T I A L



H I G H L Y   C O N F I D E N T I A L

Page 552

1           HIGHLY CONFIDENTIAL
            CERTIFICATE OF DEPONENT
2

3

    I, ANTON TITOV, hereby certify that I have read the
4   foregoing pages of my deposition of testimony taken in these
    proceedings on Wednesday, December 7, 2011, and, with the
5   exception of the changes listed on the next page and/or
    corrections, if any, find them to be a true and accurate
6   transcription thereof.

7

8

9

10

    Signed: _____
11

12  Name:   ANTON TITOV

    Date:   1/20/2012
13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 554

1                 HIGHLY CONFIDENTIAL

2    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

3    DATE OF DEPOSITION: 12-7-2011

4    NAME OF WITNESS: ANTON TITOV

5    Reason Codes:

6         1.  To clarify the record.

7         2.  To conform to the facts.

8            3.  To correct transcription errors.

9    Page  396   Line   16    Reason   3

10   From  no                    to      to

11   Page  402   Line   13    Reason   3

12   From  Googles              to    cookies

13   Page  402   Line   15    Reason   3

14   From  Googles          to    cookies

15   Page  418   Line   5    Reason   3

16   From   user field field    to   user input field

17   Page  439   Line   24    Reason   3

18   From  Lucyan               to       Luchian

19   Page  458   Line   5    Reason   5

20   From   only the            to    only if the

21   Page  483   Line   19    Reason   3

22   From to upload down the file from   to   will pull down the file from

23

24                          _____

25                          ANTON TITOV

HIGHLY CONFIDENTIAL

Page 554

1                   HIGHLY CONFIDENTIAL

2     NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

3     DATE OF DEPOSITION: 12-7-2011

4     NAME OF WITNESS: ANTON TITOV

5     Reason Codes:

6          1.  To clarify the record.

7          2.  To conform to the facts.

8              3.  To correct transcription errors.

9     Page __436__ Line __18__ Reason __3__

10    From __Lucyan_____ to __Luchian_____

11    Page __436__ Line __23__ Reason __3__

12    From __Lucyan_____ to __Luchian_____

13    Page __439__ Line __24__ Reason __3__

14    From __Lucyan_____ to __Luchian_____

15    Page __439__ Line __2__ Reason __3__

16    From __Lucyan's_____ to __Luchian's_____

17    Page _____ Line _____ Reason _____

18    From _____ to _____

19    Page _____ Line _____ Reason _____

20    From _____ to _____

21    Page _____ Line _____ Reason _____

22    From _____ to _____

23

24                                 _____

25                                 ANTON TITOV

H I G H L Y   C O N F I D E N T I A L

Page 553

1                    HIGHLY CONFIDENTIAL
                CERTIFICATE OF COURT REPORTER
2

3
        I, Fiona Farson, with TSG Reporting, hereby certify that the
4    testimony of the witness Anton Titov in the foregoing
     transcript, taken on Wednesday, December 7, 2011 was
5    reported by me in machine shorthand and was thereafter
     transcribed by me; and that the foregoing transcript is a
6    true and accurate verbatim record of the said testimony.

7
        I further certify that I am not a relative, employee,
8    counsel or financially involved with any of the parties to
     the within cause, nor am I an employee or relative of any
9    counsel for the parties, nor am I in any way interested in
     the outcome of the within cause.

10

11

12

13

14
        Signed: _____
15
     Fiona Farson
16
     Dated: 12-19-2011
17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - -
DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,

       Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,

       Defendants.


HOTFILE CORP.,

       Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,

       Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - - -
VOLUME IV
H I G H L Y   C O N F I D E N T I A L
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Thursday, December 8, 2011
Job #44430        AT:  9:10 a.m.

H I G H L Y   C O N F I D E N T I A L

Page 556

```
 1                    A P P E A R A N C E S

 2    ATTORNEY FOR THE PLAINTIFFS:

 3              JENNER & BLOCK
                BY:  STEVEN FABRIZIO, ESQ.
 4              1099 New York Avenue, NW
                Washington, DC  20001
 5

 6

 7

 8
      ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
 9    AND ANTON TITOV:
                FARELLA, BRAUN & MARTEL
10              BY:  RODERICK THOMPSON, ESQ.
                235 Montgomery Street
11              San Francisco, CA 94104

12

13              BOSTON LAW GROUP
                By: VALENTIN GURVITS, ESQ.
14              825 Beacon Street
                Newton Center, MA 02459
15

16

17

18

19

20

21

22

23

24

25
```

H I G H L Y   C O N F I D E N T I A L

Page 557

1    Also present:

2    Court reporter:

3            Fiona Farson
             TSG Reporting
4

5    Videographer:

6            Simon Rutson
             TSG Reporting
7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



H I G H L Y   C O N F I D E N T I A L

Page 651

1        the uploader affiliate has sold or the ratio, or some

2        ratio of sales?

3    MR. THOMPSON:   Objection, vague as to "it."

4    A.   I believe it is based on the total sum of sales that the

5         affiliate converted, and I believe that the formula also

6         includes some estimates for Hotfile expenses for

7         bandwidth on this user.

8    BY MR. FABRIZIO:

9    Q.   "User" meaning the uploader affiliate?

10   A.   Yeah.

11   Q.   Focusing just for a second on the first part of the

12        equation, just to make sure we understand it, you said

13        the total sum of sales that the affiliate converted, so

14        the total number of users who converted to premium --

15        well, from the downloader page of a file that was

16        uploaded by one of those affiliates, correct?

17   A.   I actually meant that the money value also matters.

18                    (Reporter clarification.)

19        The money value.

20   Q.   The money value?  Oh, what -- what level of premium

21        service that downloader purchases, okay.

22   A.   Correct.

23   Q.   Let me just ask by way of illustration to confirm

24        something.

25        Assuming the downloader purchased -- two

H I G H L Y   C O N F I D E N T I A L

Page 652

1    downloaders -- I'm sorry.  Assuming every downloader
2    purchases the same level of premium, so I don't -- so we
3    don't have the -- that variable to confuse things, if
4    one uploader affiliate had one file up and it was
5    downloaded a thousand times and one person converted,
6    and another uploader affiliate only had -- had one file
7    up, but only one person downloaded it, but that person
8    converted, both -- in both cases there was one converted
9    premium user, and there was only one file uploaded, but
10   in one case that file had been downloaded a thousand
11   times in order to get the one conversion and, in the
12   second case, the first download resulted in
13   a conversion -- do you understand the distinction I'm
14   drawing?
15   A.  Yes, I do.
16   Q.  When you're -- when considering the part of the equation
17       that is the total sum of sales that the affiliate
18       converted, are those two uploader affiliates the same,
19       considered to be equivalent?
20   MR. THOMPSON:  Objection, compound, vague and ambiguous.
21   A.  Are you asking if they will yield the same rank or where
22       one is --
23   BY MR. FABRIZIO:
24   Q.  I'm saying both of them have one converter, and does
25       that mean that the total sum of sales that each of them

H I G H L Y   C O N F I D E N T I A L

Page 653

1      converted is one?

2   A.  Again, I think in the -- it's monetary value, so it will

3       be nine.

4                   (Reporter clarification.)

5           The monetary value, dollars, so I think it will be

6       $9 if they purchased --

7   Q.  Okay.  So the total sum -- the total monetary sum of

8       sales that each affiliate converted, okay, I was

9       thinking "sum" as being number of downloads, all right.

10          So if the up -- if the downloading users both

11      converted to premium at the $9 rate, in both instances

12      the uploading affiliate would -- would have a total

13      number of sales converted of of $9, okay?

14  A.  Correct.

15  Q.  And that's not affected by the ratio of the number of

16      downloads it took to get that conversion?

17  A.  As I said, it is a formula, and what -- the monetary

18      value is part of the formula, so, yes, the ratio is

19      an issue.

20  Q.  Let me -- let me try to simplify it; if you look at

21      exhibit 165, at the top on the right-hand side there is

22      the heading "Ranks" --

23  MR. THOMPSON:  Excuse me.

24  BY MR. FABRIZIO:

25  Q.  -- and towards the bottom of that paragraph there's two

H I G H L Y   C O N F I D E N T I A L

Page 654

1     numbered paragraphs, and one says -- and then they

2     are -- they're talking about -- well, it says:

3         "Your status mainly depends on your conversion ratio

4     which includes:

5         1.  The ratio of the users that downloaded your

6     files and the users that become premium based on your

7     uploaded files."

8         Do you see that?

9  A.  Yes, I do see that.

10 Q.  What does that mean?

11 MR. THOMPSON:  Objection, vague and ambiguous.  The document

12     speaks for itself.

13 A.  As I tried to explain before, the formula actually works

14     like a money equation; you have income and you have

15     expenses, you divide them, and you get a number, and,

16     based on this number, a rank will be assigned.

17 BY MR. FABRIZIO:

18 Q.  What I'm trying to figure out is how the income and

19     expenses description you're giving me relates to the

20     description in exhibit 165.

21 A.  And given the fact that one of the expenses is

22     bandwidth, so it counts here.

23 Q.  Okay.  And on exhibit 165 -- 165, number 2 says:

24         "The ratio of uploaded files to [the] number of

25     downloaded files," that's the part that accounts for

H I G H L Y   C O N F I D E N T I A L

Page 655

1     expenses?

2   A.   Yes.

3   Q.   Okay.  And if I understand that, a user that has

4        uploaded one file downloaded 10,000 times is going to

5        have a higher rank than a user that uploaded 10,000

6        files each downloaded once, correct?

7   MR. THOMPSON:  Objection, vague and ambiguous and incomplete

8        hypothetical.

9   BY MR. FABRIZIO:

10  Q.   I should actually -- that actually is right because

11       other factors may affect the rank.

12            It is better for a user's rank to have uploaded one

13       file, downloaded 10,000 times, than to have uploaded

14       10,000 files, each downloaded once, correct?

15  MR. THOMPSON:  Same objection.

16  A.   Given the fact that if you assume the same file size for

17       it, then you are correct.

18  BY MR. FABRIZIO:

19  Q.   Okay.  And why is that?

20  A.   That is the formula our affiliate program is using.

21  Q.   I understand that.  Why does your affiliate program use

22       a formula that rewards users more for uploading a fewer

23       number of files that are downloaded very frequently than

24       for uploading a large number of files that are

25       downloaded only infrequently?

H I G H L Y   C O N F I D E N T I A L

Page 665

1       from the downloading patterns of users from countries

2       that are not on the list of 54?

3   MR. THOMPSON:  Same objection.

4   A.  I can't think of anything.

5   BY MR. FABRIZIO:

6   Q.  Have the list of 54 -- well, have the same 54 countries

7       been on this list since the beginning of Hotfile?

8   A.  No, I don't think so.

9   Q.  So the list has changed over time?

10  A.  Yes, I think so.

11  Q.  How has the list changed?

12  A.  I think that countries has been added -- added.

13  Q.  Which countries have been added?

14  A.  I don't know the full history of the list.

15  Q.  Okay.  Can you describe for us how the site operator's

16      affiliate program operates?

17  MR. THOMPSON:  Objection, overbroad, also asked and

18      answered.

19  A.  It is a program where site owners would get commission

20      of the sales, the users referred to by their website.

21  BY MR. FABRIZIO:

22  Q.  And they get 5 per cent of the sale price for every user

23      they refer that converts to a premium account?

24  A.  I think it could be 5 or more per cent.

25  Q.  Under what circumstances would it be more than 5 per

H I G H L Y   C O N F I D E N T I A L

Page 706

1       correct?

2    MR. THOMPSON:  Objection, vague, overbroad.

3    A.  That is probably possible.

4    BY MR. FABRIZIO:

5    Q.  And is Hotfile purposely avoiding exploring what its

6        users are downloading?

7    MR. THOMPSON:  Objection, vague and ambiguous, overbroad.

8    A.  I don't believe so.

9    BY MR. FABRIZIO:

10   Q.  Do you believe that Hotfile's revenues would go down if

11       Hotfile were to eliminate all infringement on its

12       system?

13   MR. THOMPSON:  Objection, calls for a legal conclusion,

14       hypothetical, and opinion testimony.

15   A.  I don't know.

16   BY MR. FABRIZIO:

17   Q.  You don't know?  You don't have a belief one way or the

18       other?

19   MR. THOMPSON:  Objection, asked and answered.

20   A.  I don't know.

21   BY MR. FABRIZIO:

22   Q.  Is there any doubt in your mind that at least some

23       portion of Hotfile's profits are a result of copyright

24       infringement?

25   MR. THOMPSON:  Objection, calls for a legal conclusion and

H I G H L Y   C O N F I D E N T I A L

Page 710

```
 1    A.   I believe there are two factors involved, one being if
 2         the upload is anonymous or not.
 3    Q.   One being if the uploader was anonymous?
 4    A.   If the file was anonymously uploaded.
 5    Q.   Okay.
 6    A.   And the second factor would be whether the file was ever
 7         downloaded at all.
 8    Q.   Okay.  So is it the case that if the file was uploaded
 9         anonymously and had never been downloaded before, the
10         period of time is 14 days?
11    A.   That is my belief.
12    Q.   And if the file was uploaded by a registered but
13         non-premium user and the file had been downloaded at
14         some point, then the period becomes 90 days?
15    A.   Yes, that is my belief, that it will be 90 days from the
16         last download.
17    Q.   Okay.  And is it possible -- is it possible that the
18         period of time could be something between 14 and 90
19         days, or is it one or the other?
20    A.   It is possible.
21    Q.   And is it based on the same considerations, just
22         different combinations of them?
23    A.   Correct.
24    Q.   Okay.  Why does Hotfile delete the files of non-premium
25         users when they haven't been downloaded for a period of
```

H I G H L Y   C O N F I D E N T I A L

Page 711

1      time?

2    A.   I believe that is to free disk space.

3    Q.   But if Hotfile is supposed to be at least in part

4         a storage service, isn't it contrary to the notion of

5         storage that Hotfile deletes files that have been stored

6         on it?

7    MR. THOMPSON:   Objection, argumentative, and assumes facts.

8    A.   I think it was implemented based on the model of other

9         websites.

10                    (Reporter clarification.)

11            Model of other websites.

12   BY MR. FABRIZIO:

13   ██  ████████████████████████     █████████████████████████

     ██  ████████████████████████

     ██  ██  █████████

16   Q.   Has Hotfile ever given consideration to, instead of

17        deleting those files, simply charging those users to

18        store them?

19   MR. THOMPSON:   Objection, overbroad and vague.

20   A.   If user buy a premium account, these files will be in

21        fact stored.

22   BY MR. FABRIZIO:

23   Q.   Switching topics again -- I'm getting towards the end,

24        so I'm trying to cover some things I missed along the

25        way, that's why there will be a lot of shifting.

H I G H L Y   C O N F I D E N T I A L

Page 729

1                        CERTIFICATE OF DEPONENT

2

3

          I, ANTON TITOV, hereby certify that I have read the
4    foregoing pages of my deposition of testimony taken in these
     proceedings on Thursday, December 8, 2011, and, with the
5    exception of the changes listed on the next page and/or
     corrections, if any, find them to be a true and accurate
6    transcription thereof.

7

8

9

10

     Signed:   ...... _____ ...............
11
     Name:    ANTON TITOV
12
     Date:    1/28/2012 ...............
13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5         1.  To clarify the record.

6         2.  To conform to the facts.

7         3.  To correct transcription errors.

8    Page _581_ Line _8_ Reason _3_

9    From _make it to the_ to _make it to_

10   Page _581_ Line _9_ Reason _3_

11   From _log, the_ to _log the_

12   Page _582_ Line _17_ Reason _3_

13   From _cannot exist_ to _can notice if_

14   Page _582_ Line _20_ Reason _1_

15   From _accounts hacking, limitation_ to _accounts to prevent hacking is a limitation_

16   Page _582_ Line _22_ Reason _3_

17   From _force on_ to _force hacking on_

18   Page _586_ Line _16_ Reason _3_

19   From _or_ to _of_

20   Page _586_ Line _17_ Reason _3_

21   From _servers of_ to _service_

22

23   _____

24                    ANTON TITOV

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5        1.  To clarify the record.

6        2.  To conform to the facts.

7        3.  To correct transcription errors.

8    Page ___587___ Line __3__ Reason ___3___

9    From ___all product___ to ___will protect___

10   Page ___587___ Line __5__ Reason ___3___

11   From ___stage___ to ___limitation___

12   Page ___589___ Line __24__ Reason __3__

13   From ___it's correct___ to ___it isn't a correct___

14   Page ___592___ Line __25__ Reason ___1___

15   From ___it___ to ___we would___

16   Page __597__ Line __25__ Reason __3__

17   From ___the shareholders___ to ___two shareholders___

18   Page __611__ Line __22__ Reason __3__

19   From ___Lucyan___ to ___Luchian___

20   Page __612__ Line __8__ Reason __3__

21   From ___Lucyan___ to ___Luchian___

22

23                          _____

24                          ANTON TITOV

25

HIGHLY CONFIDENTIAL

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5         1.  To clarify the record.

6         2.  To conform to the facts.

7         3.  To correct transcription errors.

8    Page ___612___ Line ___15___ Reason ___3___

9    From ___Lucyan_____ to ___Luchian_____

10   Page ___612___ Line ___17___ Reason ___3___

11   From ___Lucyan_____ to ___Luchian_____

12   Page ___616___ Line ___8___ Reason ___3___

13   From ___FABRIZIO_____ to ___THOMPSON_____

14   Page ___616___ Line ___13___ Reason ___3___

15   From ___man_____ to ___him_____

16   Page ___620___ Line ___4___ Reason ___3___

17   From ___Lemuria paid_____ to ___Lemuria ever paid___

18   Page ___620___ Line ___4___ Reason ___3___

19   From ___other_____ to ___any_____

20   Page ___620___ Line ___5___ Reason ___3___
        and if there is still other    and the answer is still no, and
21   From ___shareholders_____ to ___other shareholders, no.___

22

23                              _____

24                              ANTON TITOV

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5         1.  To clarify the record.

6         2.  To conform to the facts.

7         3.  To correct transcription errors.

8    Page  626   Line  22   Reason    3

9    From  financial election     to      FinArt transaction

10   Page  632   Line   25   Reason  3

11   From  a port tool            to      upload tool

12   Page  649   Line  25   Reason    3

13   From  paid to the            to    paid through the

14   Page  675   Line  13   Reason    3

15   From  responding to the      to    responding to user

16   Page  675   Line  14   Reason    3

17   From  query in               to   inquiries via

18   Page  675   Line  15   Reason    1

19   From  frequently questions   to  frequently asked questions

20   Page  701   Line  11   Reason    3

21   From   ask him the question  to   ask him a new question

22

23                                 _____

24                                 ANTON TITOV

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5        1.   To clarify the record.

6        2.   To conform to the facts.

7        3.   To correct transcription errors.

8    Page  723   Line  16   Reason   3

9    From      hosted         to      posted
                726:25-727:1
10   Page _____ Line _____ Reason   3

11   From  our court file    to    Hotfile

12   Page  611   Line  22   Reason   3

13   From  Lucyan            to    Luchian

14   Page  612   Line  8    Reason   3

15   From  Lucyan            to    Luchian

16   Page  612   Line  12   Reason   3

17   From  Lucyan            to    Luchian

18   Page  612   Line  15   Reason   3

19   From  Lucyan            to    Luchian

20   Page  612   Line  17   Reason   3

21   From  Lucyan            to    Luchian

22

23   _____

24              ANTON TITOV

25

TSG Reporting - Worldwide

H I G H L Y   C O N F I D E N T I A L

Page 730

1                    HIGHLY CONFIDENTIAL
                 CERTIFICATE OF COURT REPORTER
2

3

        I, Fiona Farson, with TSG Reporting, hereby certify that the
4       testimony of the witness Anton Titov in the foregoing
        transcript, taken on Thursday, December 8, 2011 was reported
5       by me in machine shorthand and was thereafter transcribed by
        me; and that the foregoing transcript is a true and accurate
6       verbatim record of the said testimony.

7

        I further certify that I am not a relative, employee,
8       counsel or financially involved with any of the parties to
        the within cause, nor am I an employee or relative of any
9       counsel for the parties, nor am I in any way interested in
        the outcome of the within cause.

10

11

12

13

14

        Signed:   ........................
15
        Fiona Farson
16
        Dated: 12-20-2011
17

18

19

20

21

22

23

24

25