# EXHIBIT 11

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

```
DISNEY ENTERPRISES, INC.,         )
TWENTIETH CENTURY FOX FILM        )
CORPORATION, UNIVERSAL CITY       )
STUDIOS PRODUCTIONS LLP,          )
COLUMBIA PICTURES INDUSTRIES,     )
INC., AND WARNER BROS.            )
ENTERTAINMENT, INC.,              )
                                  )
            Plaintiffs,           )
                                  )
     vs.                          )No. 11-20427-Jordan
                                  )
HOTFILE CORP., ANTON TITOV,       )
AND DOES 1-10,                    )
                                  )
            Defendants.           )
                                  )
```

HIGHLY CONFIDENTIAL

30(b)(6) Deposition of Warner Bros.

Entertainment, Inc.

by and through DAVID KAPLAN

WEDNESDAY, OCTOBER 12, 2011

LOS ANGELES, CALIFORNIA

ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY:   JEANINE CURCIONE
               CSR NO. 10223, RPR

FILE NO.: A505CAB

Page 2

1          Deposition of DAVID KAPLAN, taken on

2     behalf of Defendant, at 9:37 A.M., Wednesday,

3     October 12, 2011, at 633 West Fifth Street, Suite

4     3500, Los Angeles, California, before Jeanine

5     Curcione, C.S.R. No. 10223, RPR, pursuant to

6     notice.

7

8     APPEARANCES OF COUNSEL:

9     FOR THE PLAINTIFFS:

10            JENNER & BLOCK, LLP
              BY:  STEVEN FABRIZIO, ESQ.
11            633 West Fifth Street
              Suite 3500
12            Los Angeles, California 90071

13                AND

14            MOTION PICTURE ASSOCIATION OF AMERICA, INC.
              BY:  KRISTA S. COONS, ESQ.
15            15301 Ventura Boulevard
              Building E
16            Sherman Oaks, California 91403

17     FOR THE DEFENDANTS:

18            FARELLA BRAUN & MARTEL, LLP
              BY:  RODERICK M. THOMPSON, ESQ.
19            235 Montgomery Street
              17th Floor Russ Building
20            San Francisco, California 94104

21     ALSO PRESENT:

22            EVAN M. ENGSTROM, ESQ.

23            DAN ACKLEY, VIDEOGRAPHER

24

25

Electronically signed by Jeanine Curcione (601-181-089-2662)                a7c38bf7-dabc-4c88-b57f-4a045d26c2f9

Electronically signed by Jeanine Curcione (601-181-089-2662)    a7c38bf7-dabc-4c88-b57f-4a045d26c2f9

Electronically signed by Jeanine Curcione (601-181-089-2662)   a7c38bf7-dabc-4c88-b57f-4a045d26c2f9

```
 1                      REPORTER'S CERTIFICATE
 2
 3       I, JEANINE CURCIONE, C.S.R. NO. 10223, RPR, in and
 4       for the State of California, do hereby certify:
 5              That prior to being examined, the witness
 6       named in the foregoing deposition was by me duly
 7       sworn to testify the truth, the whole truth and
 8       nothing but the truth.
 9              That said deposition was taken down by me
10       in shorthand at the time and place therein named,
11       and thereafter reduced to typewriting under my
12       direction, and the same is a true, correct and
13       complete transcript of said proceedings.
14               That the witness, before examination, was
15       by me duly sworn to testify the truth, the whole
16       truth, and nothing but the truth, and that the
17       witness reserved the right of signature;
18              I further certify that I am not interested
19       in the event of the action.
20              Witness my hand this 26th day of October,
21       2011.
22
23                                   _____
24                                   Certified Shorthand
                                     Reporter for the
25                                   State of California
```

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    Plaintiffs,
                      CASE NO.
  vs.              11-20427-WILLIAMS-TURNOFF

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

    Defendants.
_____
AND RELATED CROSS-ACTION.
_____

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF DAVID P. KAPLAN, ESQUIRE

PURSUANT TO FEDERAL RULE 30(b)(6)

Los Angeles, California

Tuesday, December 13, 2011

Volume 1

Reported by:
LORI SCINTA, RPR
CSR No. 4811

Job No. 177476B

1                    UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF FLORIDA

3

4    DISNEY ENTERPRISES, INC.,
     TWENTIETH CENTURY FOX FILM
5    CORPORATION, UNIVERSAL CITY
     STUDIOS PRODUCTIONS LLLP,
6    COLUMBIA PICTURES INDUSTRIES,
     INC., and WARNER BROS.
7    ENTERTAINMENT INC.,

8            Plaintiffs,
                                     CASE NO.
9       vs.                          11-20427-WILLIAMS-TURNOFF

10   HOTFILE CORP., ANTON TITOV,
     and DOES 1-10,
11
             Defendants.
12   _____
     AND RELATED CROSS-ACTION.
13   _____

14

15        CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

16          Videotaped deposition of DAVID P. KAPLAN,

17   ESQUIRE, Volume 1, pursuant to Federal Rule 30(b)(6),

18   taken on behalf of Defendants and Counterclaimant,

19   at 633 West Fifth Street, Los Angeles, California,

20   beginning at 2:18 P.M. and ending at 4:58 P.M. on

21   Tuesday, December 13, 2011, before LORI SCINTA, RPR,

22   Certified Shorthand Reporter No. 4811.

23

24

25

```
 1   APPEARANCES:

 2

 3   For Plaintiffs:

 4
         JENNER & BLOCK LLP
 5       BY:  STEVEN B. FABRIZIO
         Attorney at Law
 6       1099 New York Avenue, NW, Suite 900
         Washington, D.C. 20001-4412
 7       202.639.6000
         Email:  sfabrizio@jenner.com
 8

 9
     For Defendants and Counterclaimant:
10

11       FARELLA BRAUN + MARTEL LLP
         BY:  EVAN M. ENGSTROM
12       Attorney at Law
         235 Montgomery Street
13       San Francisco, California 94104
         415.954.4400
14       Email:  eengstrom@fbm.com

15

16
     Videographer:
17

18       VONYARN MASON
         SARNOFF COURT REPORTERS
19       20 Corporate Park, Suite 350
         Irvine, California 92606
20       877.955.3855

21

22

23

24

25
```

 1   know, looks at the Internet.  We receive reports from

 2   other -- from vendors.  I presume something along those

 3   lines it -- it popped out.

 4        Q    Who works in your antipiracy group?

 5             MR. FABRIZIO:  Objection.  Overbroad.

 6             THE WITNESS:  There's me.

 7             Ethan Applen.  A-p-p-l-e-n.

 8             Michael Bentkover.

 9             Jaclyn Knag.  J-a-c-l-y-n K-n-a-g.

10             Lucia Rangel.  R-a-n-g-e-l.

11             Fernando Fronda.  Fronda is F-r-o-n-d-a.

12             Asad Kazi.  A-s-a-d.  Last name Kazi, K-a-z-i.

13             Janice Pearson, J-a-n-i-c-e P-e-a-r-s-o-n.

14             Ben Karakunnel.  K-a-r-a-k-u-n-n-e-l.

15             Trevor Albery.  A-l-b-e-r-y.

16             Victoria Furniss.  F-u-r-n-i-s-s.

17             Christian Sommer.  S-o-m-m-e-r.

18             Bret Boivin.  B-o-i-v-a-n [sic].

19             THE REPORTER:  -- "v-a-n-"?

20             THE WITNESS:  B-o-i-v-a-n.

21             Michael Blaut.  B-l-a-u-t.

22             Didier Wang.  D-i-d-i-e-r W-a-n-g.

23             Bas Vissers.  Bas is B-a-s.  Vissers is

24   V-i-s-s-e-r-s.

25             Yoshi Nishida.  Y-o-s-h-i.  Nishida is

Page 12

```
 1    N-i-s-h-i-d-a.
 2            Han Shin.  H-a-n S-h-i-n.
 3            Leslie Dobbins.
 4    BY MR. ENGSTROM:
 5        Q   Are you sure that's everybody?
 6            I'm just kidding.  That's an impressible --
 7    remarkable memory.  That would have taken me
 8    three-and-a-half hours of preparation just to do.
 9            Let me ask you specifically about one person.
10            What is Christian Sommer's role?
11        A   Christian is based in Germany.  He is a
12    director, and he supports the -- taking piracy-related
13    information, basically, and presenting it to the
14    European business executives.
15        Q   Does he report to any --
16        A   He does report to someone, yes.
17        Q   Who is that?
18        A   He reports to Trevor Albery.
19        Q   What is Trevor Albery's role?
20        A   Trevor is the vice president in charge of
21    antipiracy operations for -- we say E-M-E-A, which
22    stands for Europe, Middle East and Africa.
23        Q   Do you report to anyone?
24        A   Yes.
25        Q   Who do you report to?
```

DAVID P. KAPLAN, ESQ. 12/13/2011
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 9        I, DAVID P. KAPLAN, ESQUIRE, do hereby declare
10   under penalty of perjury that I have read the foregoing
11   transcript; that I have made any corrections as appear
12   noted, in ink, initialed by me, or attached hereto; that
13   my testimony as contained herein, as corrected, is true
14   and correct.

17        EXECUTED this 13th day of January,
18   2012, at Burbank                   , California.
                    (City)                 (State)

22   _____
     DAVID P. KAPLAN, ESQUIRE
23   Volume 1
```

```
 1                              ERRATA SHEET
 2       Pg/Ln                   Corrections
 3       13/ 2   Change from: delete 'No'
 4               Change to: _____
 5       15/ 7   Change from: "I don't"
 6               Change to: 'I'd'
 7       72/18   Change from: add "or" before "a"
 8               Change to: _____
 9       ___/___ Change from: _____
10               Change to: _____
11       ___/___ Change from: _____
12               Change to: _____
13       ___/___ Change from: _____
14               Change to: _____
15       ___/___ Change from: _____
16               Change to: _____
17       ___/___ Change from: _____
18               Change to: _____
19       ___/___ Change from: _____
20               Change to: _____
21       ___/___ Change from: _____
22               Change to: _____
23       ___/___ Change from: _____
24               Change to: _____
25       Signature: _____  Date: 12/13/2012
```



1

2        I, the undersigned, a Certified Shorthand

3   Reporter of the State of California, do hereby certify:

4        That the foregoing proceedings were taken

5   before me at the time and place herein set forth; that

6   any witnesses in the foregoing proceedings, prior to

7   testifying, were duly sworn; that a record of the

8   proceedings was made by me using machine shorthand

9   which was thereafter transcribed under my direction;

10  that the foregoing transcript is a true record of the

11  testimony given.

12       Further, that if the foregoing pertains to

13  the original transcript of a deposition in a Federal

14  Case, before completion of the proceedings, review of

15  the transcript [ x ] was [ ] was not requested.

16       I further certify I am neither financially

17  interested in the action nor a relative or employee

18  of any attorney or party to this action.

19       IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21

22  Dated: 12-15-11

23

24                          _____
                            LORI SCINTA, RPR
25                          CSR No. 4811