# EXHIBIT 13

Page 1

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC., TWENTIETH

CENTURY FOX FILM CORPORATION,

UNIVERSAL CITY STUDIOS PRODUCTIONS,

LLP, COLUMBIA PICTURES INDUSTRIES,

INC., and WARNER BROTHERS

ENTERTAINMENT, INC.,

    Plaintiffs,

  vs.       Case No.

HOTFILE CORPORATION, ANTON TITOV    11-cv-20427-AJ

and DOES 1-20,

    Defendants.

_____

    Videotaped Deposition of SCOTT A. ZEBRAK,
a witness herein, called for examination by counsel
for Defendants in the above-entitled matter, Washington,
D.C. pursuant to subpoena, the witness being duly sworn
by SUSAN L. CIMINELLI, CRR, RPR, a Notary Public in and
for the District of Columbia, taken at the offices of
Jenner & Block, LLP, 1099 New York Avenue, N.W.,

Washington, D.C., at 10:49 a.m. on Friday, January 20,

2012.

1  APPEARANCES:

2

3     On behalf of the Plaintiffs & Counterdefendants:

4         DUANE POZZA, ESQ.

5         STEVEN B. FABRIZIO, ESQ.

6         Jenner & Block, LLP

7         901 New York Avenue, N.W.

8         Washington, D.C.  20001

9         (202) 639-6000

10        dpozza@jenner.com

11

12    On behalf of the Defendants:

13        DEEPAK GUPTA, ESQ.

14        Farella Braun + Martel, LLP

15        235 Montgomery Street

16        San Francisco, CA  94104

17        (415) 954-4400

18        dgupta@fbm.com

19

20    ALSO PRESENT:

21        CONWAY BARKER, Videographer

22

23

24

25





```
 1
 2
 3
 4    I have read the foregoing transcript of my deposition
 5
 6    and find it to be true and accurate to the best of my
 7
 8    knowledge and belief.
 9
10
11                              _____
12                                    [signature]
13                                    SCOTT A. ZEBRAK
14
15
```

Page 293

Deposition of Scott Zebrak – Day 2 (rebuttal)
January 20, 2012
Errata

| Location | Correction |
|----------|------------|
|          | ███████████████████████████████████████ |