# EXHIBIT 16

Water.Aquarium.HD-1080-Rapid4all.org

