# EXHIBIT 18

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

1                  UNITED STATES DISTRICT COURT

2                  SOUTHERN DISTRICT OF FLORIDA

3

4      DISNEY ENTERPRISES, INC.,

       TWENTIETH CENTURY FOX FILM

5      CORPORATION, UNIVERSAL CITY

       STUDIOS PRODUCTIONS LLLP,

6      COLUMBIA PICTURES INDUSTRIES,

       INC., and WARNER BROS.

7      ENTERTAINMENT INC.,

8                          Plaintiffs,

9      vs.                      No. 11-20427-WILLIAMS-TURNOFF

10     HOTFILE CORP., ANTON TITOV, and

       DOES 1-10,

11

12                         Defendants.

13     _____

14

15            PORTIONS OF THIS TRANSCRIPT ARE CONFIDENTIAL

16                 DEPOSITION OF YANGBIN WANG

17                   Palo Alto, California

18               Thursday, December 22, 2011

19

20

21     REPORTED BY:

       LYNNE LEDANOIS

22     CSR No. 6811

       Job No. CA128631

23

24

25     PAGES 105 - 113 ARE HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

                                          Page 1

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1                    UNITED STATES DISTRICT COURT

 2                    SOUTHERN DISTRICT OF FLORIDA

 3

 4     DISNEY ENTERPRISES, INC.,

       TWENTIETH CENTURY FOX FILM

 5     CORPORATION, UNIVERSAL CITY

       STUDIOS PRODUCTIONS LLLP,

 6     COLUMBIA PICTURES INDUSTRIES,

       INC., and WARNER BROS.

 7     ENTERTAINMENT INC.,

 8                          Plaintiffs,

 9     vs.                      No. 11-20427-WILLIAMS-TURNOFF

10     HOTFILE CORP., ANTON TITOV, and

       DOES 1-10,

11

12                          Defendants.

13     _____

14

15          Deposition of YANGBIN WANG, taken on behalf of

16     Defendant, at 2475 Hanover Street, Palo Alto,

17     California, beginning at 9:43 a.m. and ending at 12:21

18     p.m. on Thursday, December 22, 2011, before LYNNE

19     LEDANOIS, CSR 6811.

20

21

22

23

24

25

                                               Page 2
```

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1      APPEARANCE OF COUNSEL:
 2
 3      For Plaintiffs:
 4          JENNER & BLOCK LLP
            BY: LUKE C. PLATZER
 5          Attorney at Law
            1099 New York Avenue, NW, Suite 900
 6          Washington, DC 20001
            202.639.6000
 7          lplatzer@jenner.com
 8
 9      For Defendants Hotfile and Anton Titov:
10          FARELLA BRAUN & MARTEL LLP
            BY: ANDREW LEIBNITZ
11          Attorney at Law
            Russ Building, 235 Montgomery Street
12          San Francisco, California 94104
            415.954.4400
13          aleibnitz@fbm.com
14
15      For Witness:
16          PILLSBURY WINTHROP SHAW PITTMAN LLP
            BY: JOSEPH R. TIFFANY II
17          Attorney at Law
            2475 Hanover Street
18          Palo Alto, California 94304-1114
            650.233.4500
19          joseph.tiffany@pillsburylaw.com
20
21      VIDEOGRAPHER:
22          SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
            BY:  MARTY MAJDOUB
23
24
25
```

Page 3

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | | |
|---|---|---|---|
| 1 | A | CEO of Vobile. | 09:48:52 |
| 2 | Q | You founded Vobile? | 09:48:54 |
| 3 | A | Yes. | 09:48:55 |
| 4 | Q | When was that? | 09:48:56 |
| 5 | A | 2005. | 09:48:56 |
| 6 | Q | And can you describe for me in a few words the | 09:48:58 |
| 7 | | founding of Vobile, please? | 09:49:01 |
| 8 | A | Basically, 2005, you know, I left a prior | 09:49:07 |
| 9 | | company where I was CTO and then started a company. So, | 09:49:13 |
| 10 | | basically, that's the background. | 09:49:17 |
| 11 | Q | Okay.  What company were you CTO at? | 09:49:22 |
| 12 | A | 1 Wave. | 09:49:25 |
| 13 | Q | How do you spell that? | 09:49:28 |
| 14 | A | 1,2,3,4 -- 1, W-A-V-E, 1 Wave. | 09:49:29 |
| 15 | Q | And CTO, of course, means chief technology | 09:49:37 |
| 16 | | officer? | 09:49:41 |
| 17 | A | Yes. | 09:49:41 |
| 18 | Q | What are your current responsibilities as CEO? | 09:49:44 |
| 19 | A | Overall management of the company.  You know, | 09:49:50 |
| 20 | | just like what CEO does.  And, yes, basically, that's my | 09:49:53 |
| 21 | | responsibility. | 09:50:00 |
| 22 | Q | You're essentially responsible for everything | 09:50:01 |
| 23 | | at Vobile in some fashion? | 09:50:03 |
| 24 | A | Well, ultimately, but then we've got 150 | 09:50:05 |
| 25 | | people, so -- and in four different countries.  So I | 09:50:08 |

Page 10

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | have to travel a lot, and, you know, the overall | 09:50:12 |
| 2 | management. | 09:50:18 |
| 3 | Q   Of the 150 people employed by Vobile currently, | 09:50:34 |
| 4 | about how many are engineers? | 09:50:37 |
| 5 | A   I would say roughly 100, you know, roughly.  On | 09:50:39 |
| 6 | the technical field, yes. | 09:50:43 |
| 7 | Q   Okay.  And you understand you're here to | 09:50:44 |
| 8 | testify on behalf of Vobile today? | 09:50:47 |
| 9 | A   Yes. | 09:50:50 |
| 10 | Q   Have you ever heard of Media Wise? | 09:50:52 |
| 11 | A   Yes, for sure. | 09:50:54 |
| 12 | Q   What is it? | 09:50:55 |
| 13 | A   It's one of our products offered for content | 09:50:57 |
| 14 | identification, field training. | 09:51:01 |
| 15 | Q   How does it work, generally? | 09:51:03 |
| 16 | A   Generally, basically, you know, we deploy the | 09:51:05 |
| 17 | server sites and then provide API.  So the user -- I | 09:51:10 |
| 18 | mean, the customer can basically call the API and submit | 09:51:17 |
| 19 | video for checking.  And it will query our VDDB, and | 09:51:20 |
| 20 | we'll respond a result to -- through the API to the | 09:51:26 |
| 21 | customer, whether that's a match to some assets in the | 09:51:29 |
| 22 | VDDB or not, and also reply with a business rule. | 09:51:34 |
| 23 | Q   Okay.  You'll have to unpack some of the | 09:51:38 |
| 24 | terminology for me, please. | 09:51:41 |
| 25 | A   Sure. | 09:51:44 |

Page 11

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q    VDDB? | 09:51:44 |
| 2 | A    Video D and A database. | 09:51:45 |
| 3 | Q    And API? | 09:51:53 |
| 4 | A    API is a software term, application programming | 09:51:56 |
| 5 | interface.  In general, it refers to a software, kind of | 09:52:00 |
| 6 | interface we provide to a customer. | 09:52:04 |
| 7 | Q    Okay.  So the customer calls a software | 09:52:05 |
| 8 | application that effectuates a query to the Vobile | 09:52:10 |
| 9 | database?  Is that fair? | 09:52:16 |
| 10 | A    Yes. | 09:52:18 |
| 11 | Q    And you had mentioned the results that are | 09:52:19 |
| 12 | returned from Vobile. | 09:52:23 |
| 13 | What are the possible results that are | 09:52:24 |
| 14 | returned? | 09:52:26 |
| 15 | A    The results in general just tell them whether | 09:52:27 |
| 16 | that's a match of certain assets and what's the business | 09:52:30 |
| 17 | rule, take down, remove, you know, or something, yes. | 09:52:33 |
| 18 | Q    And what do you mean by business rule? | 09:52:37 |
| 19 | A    Business rule is essentially, you know, | 09:52:40 |
| 20 | certain -- I probably don't have a accurate definition. | 09:52:45 |
| 21 | It's basically -- in laymen's terms, you know, it's like | 09:52:51 |
| 22 | basically the business rules associated with assets from | 09:52:54 |
| 23 | the copyright's owner.  The copyright's owner saying | 09:52:58 |
| 24 | cannot publish, you know, I don't want this to show up | 09:53:02 |
| 25 | on Internet and remove, you know, or certain condition, | 09:53:05 |

Page 12

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | they allow them to exist. | 09:53:07 |
| 2 | Q    So the copyright owner dictates the business | 09:53:10 |
| 3 | rule? | 09:53:13 |
| 4 | A    Yes. | 09:53:13 |
| 5 | Q    Is it understanding that in this case the | 09:53:16 |
| 6 | plaintiffs are the copyright owners? | 09:53:18 |
| 7 | A    Yes. | 09:53:20 |
| 8 | Q    Does the results that are returned from | 09:53:38 |
| 9 | MediaWise depend in any way on content provided by | 09:53:43 |
| 10 | rights holders? | 09:53:49 |
| 11 | MR. PLATZER:  Objection to the form. | 09:53:51 |
| 12 | BY MR. LEIBNITZ: | 09:53:55 |
| 13 | Q    Let me rephrase. | 09:53:56 |
| 14 | A    Yes. | 09:53:57 |
| 15 | Q    Does Vobile have any relationship with movie | 09:53:59 |
| 16 | studios? | 09:54:02 |
| 17 | MR. PLATZER:  Objection, form. | 09:54:04 |
| 18 | THE WITNESS:  What do you mean relationship? | 09:54:07 |
| 19 | BY MR. LEIBNITZ: | 09:54:08 |
| 20 | Q    Does Vobile get anything from movie studios? | 09:54:08 |
| 21 | A    Yes, they provide the fingerprint. | 09:54:12 |
| 22 | Q    Can you describe that for me, please? | 09:54:13 |
| 23 | A    We provide tools to the studios, and basically | 09:54:15 |
| 24 | business rules and fingerprints are provided by the | 09:54:20 |
| 25 | studios. | 09:54:24 |

Page 13

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q   And what do you mean by fingerprint? | 09:54:25 |
| 2 | A   Fingerprint is a technology term to describe, | 09:54:30 |
| 3 | you know, ways to -- the features to identify the | 09:54:36 |
| 4 | content.  So very much like the fingerprint of a person. | 09:54:42 |
| 5 | It's a signature, basically, extracted from the content | 09:54:46 |
| 6 | and use that to identify the content. | 09:54:48 |
| 7 | Q   Is it fair to say that Vobile provides to the | 09:54:53 |
| 8 | plaintiff studios the protocol for determining a | 09:54:58 |
| 9 | fingerprint? | 09:55:05 |
| 10 | A   It's not the protocol. | 09:55:07 |
| 11 | MR. PLATZER:  Objection to the form. | 09:55:08 |
| 12 | THE WITNESS:  It's not a protocol. | 09:55:09 |
| 13 | BY MR. LEIBNITZ: | 09:55:11 |
| 14 | Q   How do the plaintiff studios, if you know, pull | 09:55:11 |
| 15 | together the fingerprint that is supplied to Vobile? | 09:55:19 |
| 16 | MR. PLATZER:  Objection to the form. | 09:55:22 |
| 17 | MR. TIFFANY:  You can answer. | 09:55:26 |
| 18 | THE WITNESS:  Okay.  So I was confused a little | 09:55:28 |
| 19 | bit.  That's okay. | 09:55:30 |
| 20 | Basically, it's a piece of software.  You know, | 09:55:32 |
| 21 | generating the fingerprint, it requires using our | 09:55:33 |
| 22 | technology and software.  So we provide that software to | 09:55:38 |
| 23 | the studios and other content owners to allow them to | 09:55:41 |
| 24 | generate fingerprints. | 09:55:45 |
| 25 | BY MR. LEIBNITZ: | 09:55:45 |

Page 14

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q    Okay.  So would it be fair to say that Vobile | 09:55:49 |
| 2 | provides software to the plaintiff studios which enables | 09:55:53 |
| 3 | them to provide fingerprints back to Vobile? | 09:55:58 |
| 4 | A    Yes.  And we provide that to everybody. | 09:56:01 |
| 5 | Q    And maybe you can describe for me what you mean | 09:56:05 |
| 6 | by everybody. | 09:56:07 |
| 7 | A    Content owners. | 09:56:09 |
| 8 | Q    Worldwide? | 09:56:12 |
| 9 | A    Yes. | 09:56:13 |
| 10 | Q    Do you discriminate by industry? | 09:56:14 |
| 11 | A    No. | 09:56:17 |
| 12 | Q    How many content owners provide fingerprints to | 09:56:23 |
| 13 | Vobile? | 09:56:26 |
| 14 | A    I have to count, but probably dozens. | 09:56:28 |
| 15 | Q    Including all of the plaintiffs in this case? | 09:56:32 |
| 16 | A    Yes. | 09:56:36 |
| 17 | Q    How long did it take to develop MediaWise? | 09:56:40 |
| 18 | A    Years, you know, we started since 2005.  And | 09:56:45 |
| 19 | the core technology identification has been in | 09:56:52 |
| 20 | development since day one.  So if you take that into | 09:56:54 |
| 21 | account, it's now, what, six years -- six, seven | 09:56:59 |
| 22 | years -- six years, yes. | 09:57:03 |
| 23 | Q    Has it continued to improve since 2005? | 09:57:05 |
| 24 | A    Yes.  I mean, we -- the technology, I think | 09:57:11 |
| 25 | first shipment may be 2007, you know.  I mean, we have | 09:57:14 |

Page 15

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | to go back and check the record.  My recollection is | 09:57:21 |
| 2 | 2007 -- 2006 or 2007, roughly that time frame.  And we | 09:57:24 |
| 3 | certainly are continuing development of lots of new | 09:57:31 |
| 4 | applications. | 09:57:34 |
| 5 | Q   Has the database upon which MediaWise relies | 09:57:39 |
| 6 | improved in any fashion in that time period? | 09:57:48 |
| 7 | MR. TIFFANY:  Objection to the form. | 09:57:51 |
| 8 | THE WITNESS:  You know, database continue to | 09:57:55 |
| 9 | increase, if that's what you mean. | 09:57:57 |
| 10 | BY MR. LEIBNITZ: | 09:57:58 |
| 11 | Q   So the database upon which MediaWise relies | 09:57:59 |
| 12 | continued since 2007 to increase in the number of works? | 09:58:03 |
| 13 | A   Definitely.  Whenever there is a new movie come | 09:58:08 |
| 14 | out, that will add to the database. | 09:58:11 |
| 15 | Q   How many -- you mentioned it took years for | 09:58:17 |
| 16 | MediaWise to be developed. | 09:58:19 |
| 17 | How many engineers were involved in the | 09:58:21 |
| 18 | development effort, if you can estimate? | 09:58:23 |
| 19 | A   You know, it's maybe -- to answer that, I mean, | 09:58:30 |
| 20 | there is no direct contact I can go to really check, but | 09:58:35 |
| 21 | I would say, you know, we have had those 50 or 100 | 09:58:41 |
| 22 | engineers, I mean, probably hundreds of man years it's | 09:58:45 |
| 23 | fair to say. | 09:58:50 |
| 24 | But, again, the technology -- on the line, | 09:58:50 |
| 25 | technology of MediaWise is really VDDB and the querying, | 09:58:52 |

Page 16

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | we're using across our product line.  And altogether, | 10:00:22 |
| 2 | you know, just by counting our engineers and multiply by | 10:00:26 |
| 3 | years, we've been working on this, I said, probably | 10:00:29 |
| 4 | hundreds of man years.  I'm not saying specifically all | 10:00:33 |
| 5 | dedicating to MediaWise alone. | 10:00:37 |
| 6 | Q    Are there any patents that apply to MediaWise? | 10:00:40 |
| 7 | A    Yes. | 10:00:44 |
| 8 | Q    How many? | 10:00:45 |
| 9 | A    Again, we don't apply patents for MediaWise | 10:00:47 |
| 10 | alone.  We file patents on our core technology, | 10:00:50 |
| 11 | fingerprinting, you know, all the general methodologies. | 10:00:52 |
| 12 | So we have filed probably ten to 20, maybe, patents. | 10:00:58 |
| 13 | We've got a couple issued. | 10:01:03 |
| 14 | Q    Including some where you're the named inventor; | 10:01:09 |
| 15 | is that right? | 10:01:12 |
| 16 | A    Yes. | 10:01:13 |
| 17 | Q    So to your understanding, are there at least | 10:01:22 |
| 18 | two issued patents that cover the technologies employed | 10:01:25 |
| 19 | by MediaWise? | 10:01:30 |
| 20 | A    There's one issue -- there's one just recently | 10:01:32 |
| 21 | allowed.  So I'm not sure whether we've paid the fees or | 10:01:36 |
| 22 | not.  But you have all the lawyers here, so, you know, | 10:01:39 |
| 23 | it's the difference here. | 10:01:41 |
| 24 | Q    Okay.  So at least one issued patent applies to | 10:01:43 |
| 25 | the technologies employed by -- | 10:01:47 |

Page 18

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q    Moving a few paragraphs down, sir, there is a | 10:45:09 |
| 2 | quote from the MPAA beginning, Vobile vCloud9...  Do you | 10:45:11 |
| 3 | see that quote? | 10:45:16 |
| 4 | A    Yes. | 10:45:18 |
| 5 | Q    It reads, Vobile vCloud9 offers an important | 10:45:18 |
| 6 | new tool for website operators offering legitimate | 10:45:21 |
| 7 | Cloud-based storage services to be able to discover | 10:45:27 |
| 8 | unauthorized content online and ensure copyright | 10:45:30 |
| 9 | compliance, thereby protecting the rights of content | 10:45:33 |
| 10 | owners in the creative community.  Do you see that? | 10:45:36 |
| 11 | A    Yes. | 10:45:38 |
| 12 | Q    Who is Kevin Suh? | 10:45:40 |
| 13 | A    Kevin is senior VP at MPAA. | 10:45:41 |
| 14 | Q    And how do you know Kevin Suh? | 10:45:45 |
| 15 | A    You know, I met him once in the normal course | 10:45:50 |
| 16 | of business. | 10:45:53 |
| 17 | Q    Did you talk with Kevin Suh about this | 10:45:59 |
| 18 | statement? | 10:46:01 |
| 19 | A    Not me, I didn't. | 10:46:03 |
| 20 | Q    Any reason to doubt that it's true? | 10:46:05 |
| 21 | MR. PLATZER:  Objection to the form. | 10:46:09 |
| 22 | THE WITNESS:  I mean, they didn't raise an | 10:46:10 |
| 23 | objection.  And that quote is from Kevin Suh.  So I | 10:46:11 |
| 24 | don't -- there is no -- I mean, there is no basis for me | 10:46:17 |
| 25 | to doubt this is not true. | 10:46:20 |

Page 50

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | that Hotfile even permits copyright infringement on its | 10:53:11 |
| 2 | website? | 10:53:16 |
| 3 | MR. PLATZER:  Same objection. | 10:53:17 |
| 4 | THE WITNESS:  I don't know.  Again, same | 10:53:18 |
| 5 | reason.  We just provide the tools. | 10:53:19 |
| 6 | BY MR. LEIBNITZ: | 10:53:23 |
| 7 | Q    Mr. Wang, do you know how many reference prints | 10:54:03 |
| 8 | have been submitted and are being used by MediaWise? | 10:54:06 |
| 9 | A    What do you mean reference? | 10:54:09 |
| 10 | Q    How many fingerprints? | 10:54:11 |
| 11 | A    Oh, reference fingerprints?  A lot.  I don't | 10:54:12 |
| 12 | have the count, you know, but thousands and thousands of | 10:54:16 |
| 13 | them, I think. | 10:54:22 |
| 14 | Q    Same answer for reference fingerprints used by | 10:54:23 |
| 15 | vCloud9? | 10:54:27 |
| 16 | A    VCloud9 has a larger, broader database than | 10:54:28 |
| 17 | MediaWise. | 10:54:31 |
| 18 | Q    What is the difference? | 10:54:34 |
| 19 | A    Very simple.  As I said, MediaWise was designed | 10:54:38 |
| 20 | for specifically UGC and P2P streaming.  And those P2P | 10:54:42 |
| 21 | streaming sites, they require a very short latency, so | 10:54:53 |
| 22 | that we design a system optimized for that.  And they | 10:54:59 |
| 23 | mostly are having the live T.V. shows.  So we | 10:55:03 |
| 24 | specifically designed the MediaWise for that market | 10:55:08 |
| 25 | and -- requirements. | 10:55:12 |

Page 56

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q    Do you know how many reference fingerprints | 10:55:15 |
| 2 | have been submitted and are being used in vCloud9? | 10:55:18 |
| 3 | A    Again, I don't recall the specific numbers. | 10:55:22 |
| 4 | Basically, it has more. | 10:55:24 |
| 5 | Q    You don't know how much more? | 10:55:29 |
| 6 | A    The last number I saw probably -- again, in our | 10:55:37 |
| 7 | database -- I mean, I don't know.  I don't know the | 10:55:41 |
| 8 | details of specific numbers.  But, you know, more, I | 10:55:45 |
| 9 | know for sure. | 10:55:49 |
| 10 | Q    And it's -- not to make this hard for you, but | 10:55:57 |
| 11 | it's not -- you don't know as you sit here today whether | 10:56:01 |
| 12 | it's 100 percent more or 50 percent more or any other | 10:56:06 |
| 13 | numerical amount more? | 10:56:12 |
| 14 | A    Yes, you know, again, I don't know that | 10:56:17 |
| 15 | specific numeric number.  I know it's more, because it | 10:56:19 |
| 16 | includes a much broader database.  And in part, it's | 10:56:23 |
| 17 | because in a storage-based environment, the latency | 10:56:27 |
| 18 | requirement is not as high as P2P live streaming.  So | 10:56:30 |
| 19 | checking more is okay. | 10:56:34 |
| 20 | Q    But by much broader, you can't quantify it in | 10:56:36 |
| 21 | terms of 10 percent, 50 percent, 100 percent? | 10:56:39 |
| 22 | A    I have to go back to my technical staff to get | 10:56:41 |
| 23 | those numbers. | 10:56:44 |
| 24 | Q    Okay.  Can you describe for us what's happened, | 10:56:45 |
| 25 | if anything, in the last two and a half years in terms | 10:56:48 |

Page 57

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | of expanding industry buy in for Vobile? | 10:56:53 |
| 2 |     A   What do you mean? | 10:56:59 |
| 3 |     Q   Industry approval for Vobile, has it increased | 10:57:01 |
| 4 | in the last two years? | 10:57:04 |
| 5 |     MR. PLATZER:  Objection to the form. | 10:57:06 |
| 6 |     THE WITNESS:  Yes, in general, that's always | 10:57:07 |
| 7 | true.  You know, we -- six, seven years ago, we were | 10:57:09 |
| 8 | nobody.  We did not form the company.  And over the | 10:57:13 |
| 9 | years in the course of business, we take care of our | 10:57:16 |
| 10 | customer.  We do a good product.  And our reputation, | 10:57:21 |
| 11 | you know, gets stronger and stronger in the industry. | 10:57:25 |
| 12 | BY MR. LEIBNITZ: | 10:57:29 |
| 13 |     Q   So, to your knowledge, do the reference | 10:57:31 |
| 14 | fingerprints provided by content owners, are they | 10:57:33 |
| 15 | provided automatically in some fashion or are they | 10:57:36 |
| 16 | decided on a case-by-case basis by the content owners? | 10:57:40 |
| 17 |     MR. PLATZER:  Objection to the form, lacks | 10:57:44 |
| 18 | foundation. | 10:57:45 |
| 19 |     THE WITNESS:  I don't know what you mean | 10:57:47 |
| 20 | automatic.  Is it technical automatically, or -- I | 10:57:49 |
| 21 | mean... | 10:57:52 |
| 22 | BY MR. LEIBNITZ: | 10:57:52 |
| 23 |     Q   Is there an automated system that is on a | 10:57:52 |
| 24 | computerized basis just submitting additional reference | 10:57:55 |
| 25 | fingerprints, if you know? | 10:57:59 |

Page 58

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. PLATZER:  Same objections. | 10:58:01 |
| 2 | THE WITNESS:  It's all done by computer, for | 10:58:02 |
| 3 | sure, but we don't know exactly the internal process at | 10:58:04 |
| 4 | each customer sites. | 10:58:07 |
| 5 | BY MR. LEIBNITZ: | 10:58:08 |
| 6 | Q   Okay.  So, as far as you know, Columbia may | 10:58:08 |
| 7 | decide on a case-by-case basis to -- whether or not to | 10:58:15 |
| 8 | submit a reference fingerprint for use in Vobile | 10:58:18 |
| 9 | technology? | 10:58:23 |
| 10 | MR. PLATZER:  Same objections. | 10:58:24 |
| 11 | THE WITNESS:  Again, I don't know.  I said it's | 10:58:26 |
| 12 | all done by computer for sure, because a piece of | 10:58:28 |
| 13 | software, and then however they use it, it's not within | 10:58:30 |
| 14 | our control and knowledge. | 10:58:34 |
| 15 | BY MR. LEIBNITZ: | 10:58:37 |
| 16 | Q   Do you know how many reference fingerprints | 10:58:37 |
| 17 | have been submitted for use with either MediaWise or | 10:58:40 |
| 18 | vCloud9 for all content owners?  Or did I already ask | 10:58:45 |
| 19 | that question? | 10:58:49 |
| 20 | A   You already asked that question.  I have to go | 10:58:49 |
| 21 | back to my technical staff.  Sorry.  I don't remember | 10:58:52 |
| 22 | all those details.  The number just goes bigger and | 10:58:54 |
| 23 | bigger. | 10:58:57 |
| 24 | Q   Do you get reference fingerprints from the | 10:59:01 |
| 25 | adult entertainment industry? | 10:59:03 |

Page 59

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q    And that you first began providing Vobile | 11:20:08 |
| 2 | technology to customers sometime around 2006 or 2007; is | 11:20:13 |
| 3 | that fair? | 11:20:17 |
| 4 | A    Yes. | 11:20:18 |
| 5 | Q    One of the market segments that Vobile serves | 11:20:28 |
| 6 | is hosting providers.  Is that a question that makes | 11:20:31 |
| 7 | sense to you? | 11:20:34 |
| 8 | A    Yes. | 11:20:35 |
| 9 | Q    Since when has Vobile been serving hosting | 11:20:37 |
| 10 | providers with Vobile's fingerprinting identification | 11:20:40 |
| 11 | services? | 11:20:43 |
| 12 | MR. LEIBNITZ:  Object to form. | 11:20:45 |
| 13 | THE WITNESS:  Again, I think this can go | 11:20:46 |
| 14 | back -- you know, we can trace through press release and | 11:20:48 |
| 15 | other things, I think the first one we sign up may be | 11:20:52 |
| 16 | 2007 or 2008, around that time. | 11:20:56 |
| 17 | BY MR. PLATZER: | 11:20:59 |
| 18 | Q    Okay.  So by 2000 -- early 2009 -- | 11:20:59 |
| 19 | A    Yes. | 11:21:06 |
| 20 | Q    -- Vobile was already providing video | 11:21:06 |
| 21 | identification services to hosting providers? | 11:21:10 |
| 22 | MR. LEIBNITZ:  Object to form. | 11:21:13 |
| 23 | THE WITNESS:  For sure. | 11:21:15 |
| 24 | BY MR. PLATZER: | 11:21:16 |
| 25 | Q    Can you estimate for me about how many hosting | 11:21:16 |

Page 68

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | providers Vobile was providing fingerprinting services | 11:21:19 |
| 2 | to around early 2009? | 11:21:22 |
| 3 | A   I can't recall the exact numbers, but the large | 11:21:26 |
| 4 | ones, there's only a few.  I mean, even as of today, | 11:21:29 |
| 5 | there's only a few large ones. | 11:21:34 |
| 6 | Q   But that was a market in which Vobile was | 11:21:37 |
| 7 | offering services in early 2009? | 11:21:40 |
| 8 | A   Yes. | 11:21:42 |
| 9 | Q   And are you aware of any reason that Vobile | 11:21:46 |
| 10 | might have turned hosting providers away who approached | 11:21:48 |
| 11 | Vobile to purchase its services back in early 2009? | 11:21:52 |
| 12 | A   No. | 11:21:58 |
| 13 | Q   So if a customer came to you and was willing to | 11:22:01 |
| 14 | pay for your services, you would have provided them? | 11:22:03 |
| 15 | MR. LEIBNITZ:  Object to form. | 11:22:06 |
| 16 | THE WITNESS:  Definitely. | 11:22:08 |
| 17 | BY MR. PLATZER: | 11:22:09 |
| 18 | Q   Now, I know we've distinguished here today | 11:22:24 |
| 19 | between sort of different product lines that Vobile | 11:22:26 |
| 20 | offers, such as vCloud9 and MediaWise.  Do you recall | 11:22:30 |
| 21 | that testimony earlier? | 11:22:33 |
| 22 | A   Yes. | 11:22:34 |
| 23 | Q   And did you testify earlier that it's the same | 11:22:35 |
| 24 | core identification technology that underlies both of | 11:22:37 |
| 25 | them? | 11:22:41 |

Page 69

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q    It's a term you're familiar with? | 11:43:57 |
| 2 | A    Yes.  And it's a pretty standard term industry | 11:43:59 |
| 3 | use. | 11:44:02 |
| 4 | Q    Are you familiar with the rate at which | 11:44:07 |
| 5 | Vobile's fingerprinting technology, the video DNA that | 11:44:09 |
| 6 | we discussed earlier, generates false positives? | 11:44:12 |
| 7 | A    Yes.  We maintain virtually zero.  I mean, | 11:44:17 |
| 8 | that's our practice.  Zero FP. | 11:44:22 |
| 9 | Q    And what is your basis for that statement? | 11:44:24 |
| 10 | A    It's through our orbiting experience, I mean, | 11:44:29 |
| 11 | so far we've had no cases -- I mean, there was several | 11:44:34 |
| 12 | cases being challenged, people was doubting the FP, but | 11:44:42 |
| 13 | all end up actually our system is correct, correctly | 11:44:46 |
| 14 | identify the match.  So we don't have any issues out | 11:44:50 |
| 15 | there so far through our orbiting history that have an | 11:44:54 |
| 16 | FP. | 11:44:59 |
| 17 | Q    About how many queries -- I realize you | 11:45:00 |
| 18 | probably won't have a specific number -- | 11:45:03 |
| 19 | A    Yes. | 11:45:05 |
| 20 | Q    -- but if you can give me an estimate. | 11:45:05 |
| 21 | How many queries has Vobile performed on behalf | 11:45:07 |
| 22 | of its customers since it first began providing | 11:45:13 |
| 23 | fingerprinting services on a commercial basis? | 11:45:17 |
| 24 | A    A lot.  I know one data, because recently -- | 11:45:20 |
| 25 | you know, I mean, we have to check with the system to | 11:45:22 |

Page 85

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | give you the numbers, specific you asked for.  But as a | 11:45:24 |
| 2 | general reference, I -- we are -- our system are | 11:45:27 |
| 3 | checking about 70 million hours of video in a year. | 11:45:34 |
| 4 | That's the current rate we have, and that's increasing. | 11:45:38 |
| 5 |     Q    And out of all those queries, Vobile is not | 11:45:48 |
| 6 | aware of any false positives? | 11:45:50 |
| 7 |     A    True.  No false positives. | 11:45:56 |
| 8 |     Q    And just to make sure I'm understanding your | 11:45:59 |
| 9 | testimony earlier correctly, there have been cases where | 11:46:00 |
| 10 | false positives have been alleged, but those have turned | 11:46:04 |
| 11 | out to not be false positives after all? | 11:46:08 |
| 12 |     A    Yes. | 11:46:11 |
| 13 |     Q    Earlier you were asked some questions about the | 11:46:23 |
| 14 | vCloud9 service. | 11:46:27 |
| 15 |     A    Yes. | 11:46:30 |
| 16 |     Q    Can you explain for me -- and you don't need to | 11:46:33 |
| 17 | go into too much detail -- exactly how vCloud9 is able | 11:46:35 |
| 18 | to extract fingerprints from compressed files? | 11:46:41 |
| 19 |     A    We basically integrate it together.  We do | 11:46:48 |
| 20 | decompress or, you know, extract files from archived | 11:46:51 |
| 21 | files, and then run in parallel, you know, generate the | 11:46:55 |
| 22 | fingerprint. | 11:46:59 |
| 23 |     Q    And is the same answer true with respect to | 11:47:01 |
| 24 | archived files? | 11:47:03 |
| 25 |     A    Yes. | 11:47:05 |

Page 86

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. PLATZER:  Same objections. | 12:05:09 |
| 2 | THE WITNESS:  With the context of memorizing, | 12:05:10 |
| 3 | you know, thousands and thousands of titles, yes, the | 12:05:13 |
| 4 | system is more accurate. | 12:05:16 |
| 5 | BY MR. LEIBNITZ: | 12:05:19 |
| 6 | Q   In fact, Vobile has the advantage of knowing | 12:05:20 |
| 7 | for certain that its library of fingerprinted content is | 12:05:23 |
| 8 | not authorized, whereas, human review relies upon less | 12:05:28 |
| 9 | clear information in that regard? | 12:05:35 |
| 10 | MR. PLATZER:  Objection to the form. | 12:05:38 |
| 11 | THE WITNESS:  True, because human being, I | 12:05:41 |
| 12 | mean, you can memorize -- I mean, it's okay for you to | 12:05:44 |
| 13 | memorize a few shows, say, watch those shows, but to | 12:05:47 |
| 14 | find someone who can memorize thousands and thousand of | 12:05:51 |
| 15 | titles and memorize all the business rules around it, | 12:05:55 |
| 16 | it's just virtually impossible. | 12:05:58 |
| 17 | BY MR. LEIBNITZ: | 12:05:59 |
| 18 | Q   And it would be virtually impossible for a | 12:06:00 |
| 19 | human being even to research on a reasonable basis all | 12:06:02 |
| 20 | of the authorization that Vobile has existing within its | 12:06:09 |
| 21 | database? | 12:06:13 |
| 22 | A   I haven't found that human person yet.  I mean, | 12:06:15 |
| 23 | if you find it, it's going to cause a lot of money to | 12:06:17 |
| 24 | hire, yes. | 12:06:20 |
| 25 | Q   You've never heard of a person named Scott | 12:06:21 |

Page 100

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY







HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

1    I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby certify:

3    That the foregoing proceedings were taken

4    before me at the time and place herein set forth; that

5    any witnesses in the foregoing proceedings, prior to

6    testifying, were duly sworn; that a record of the

7    proceedings was made by me using machine shorthand which

8    was thereafter transcribed under my direction; that the

9    foregoing transcript is a true record of the testimony

10   given.

11   Further, that if the foregoing pertains to the

12   original transcript of a deposition in a Federal Case,

13   before completion of the proceedings, review of the

14   transcript [ ] was [ ] was not requested.

15   I further certify I am neither financially

16   interested in the action nor a relative or employee of

17   any attorney or party to this action.

18   IN WITNESS WHEREOF, I have this date subscribed

19   my name.

20

21   Dated: January 12, 2012

22

23   _____

     LYNNE MARIE LEDANOIS

24   CSR No. 6811

25

Page 115