# EXHIBIT 20

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

       Plaintiffs,

  vs.

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

       Defendants.
_____
AND RELATED CROSS-ACTION.
_____


HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF VICKI R. SOLMON, ESQUIRE

PURSUANT TO FEDERAL RULE 30(b)(6)

Los Angeles, California

Friday, December 9, 2011

Volume 1

Reported by:
LORI SCINTA, RPR
CSR No. 4811

Job No. 178932

Solmon, Vicki R.                                              12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 2

1                   UNITED STATES DISTRICT COURT

2                   SOUTHERN DISTRICT OF FLORIDA

3                 CASE NO. 11-20427-WILLIAMS-TURNOFF

4    DISNEY ENTERPRISES, INC.,
     TWENTIETH CENTURY FOX FILM
5    CORPORATION, UNIVERSAL CITY
     STUDIOS PRODUCTIONS LLLP,
6    COLUMBIA PICTURES INDUSTRIES,
     INC., and WARNER BROS.
7    ENTERTAINMENT INC.,

8              Plaintiffs,

9        vs.

10   HOTFILE CORP., ANTON TITOV,
     and DOES 1-10,
11
               Defendants.
12   _____
     AND RELATED CROSS-ACTION.
13   _____

14

15      HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

16           Videotaped deposition of VICKI R. SOLMON,

17   ESQUIRE, Volume 1, pursuant to Federal Rule 30(b)(6),

18   taken on behalf of Defendants, at 633 West Fifth Street,

19   Los Angeles, California, beginning at 9:53 A.M. and

20   ending at 6:19 P.M. on Friday, December 9, 2011, before

21   LORI SCINTA, RPR, Certified Shorthand Reporter No. 4811.

22

23

24

25

Case 1:11-cv-20427-KMW Document 390-21 Entered on FLSD Docket 03/21/2012 Page 4 of 13
Solmon, Vicki R.           12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 3

```
 1   APPEARANCES:

 2

 3   For Plaintiffs:

 4
         JENNER & BLOCK LLP
 5       BY:  DUANE C. POZZA
         Attorney at Law
 6       1099 New York Avenue, NW, Suite 900
         Washington, D.C. 20001-4412
 7       202.639.6000
         Email:  dpozza@jenner.com
 8
             -- and --
 9
         SONY PICTURES ENTERTAINMENT
10       BY:  MAGGIE HEIM
         Attorney at Law
11       10202 West Washington Boulevard
         Culver City, California 90232-3195
12       310.244.6946
         Email:  maggie_heim@spe.sony.com
13

14
     For Defendants:
15

16       FARELLA BRAUN + MARTEL LLP
         BY:  DEEPAK GUPTA
17       Attorney at Law
         235 Montgomery Street
18       San Francisco, California 94104
         415.954.4400
19       Email:  dgupta@fbm.com

20

21   Videographer:

22
         VONYARN MASON
23       SARNOFF COURT REPORTERS
         20 Corporate Park, Suite 350
24       Irvine, California 92606
         877.955.3855
25
```



HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



Electronically signed by Lori Scinta (601-264-733-0670)    a0cdbc8c-50cf-4234-9830-de2940bc5076

[redacted]

Electronically signed by Lori Scinta (601-264-733-0670) a0cdbc8c-50cf-4234-9830-de2940bc5076



Errata Sheet
Deposition of Vicki Solmon
December 9, 2011 and December 23, 2011

| Location | Correction |
|---|---|
| **Day 1** | |
| 7:7 | change "Hotfield" to "Hotfile" |
| 17:15 | change "ERA services" to "ARA Services" |
| 21:15 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 21:17 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 21:20 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 21:21 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 22:19 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 24:14-15 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 24:16-17 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 31:11 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 31:14 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 32:2 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 35:18 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 47:21 | change "Michelle Huynh" to "Michelle Wang" |
| 47:22 | change "Huynh" to "Wang" |
| 58:25 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 71:1 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 81:10 | change "A-Plex" to "Aiplex" |
| 141:8 | change "compiled each to" to "compelled each to" |
| **Day 2** | |
| 231:16 | change "question" to "answer" |

VICKI R. SOLMON, ESQ.                                    12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1
 2
 3
 4
 5
 6
 7
 8
 9        I, VICKI R. SOLMON, ESQUIRE, do hereby declare
10   under penalty of perjury that I have read the foregoing
11   transcript; that I have made any corrections as appear
12   noted, in ink, initialed by me, or attached hereto; that
13   my testimony as contained herein, as corrected, is true
14   and correct.
15
16
17        EXECUTED this  15  day of  February ,
18   20 12 , at  Los Angeles     ,  Ca        .
                    (City)            (State)
19
20
21
22        _____
          VICKI R. SOLMON, ESQUIRE
23        Volume 1
24
25
```

Solmon, Vicki R.                                              12/9/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 219

1

2          I, the undersigned, a Certified Shorthand

3   Reporter of the State of California, do hereby certify:

4          That the foregoing proceedings were taken

5   before me at the time and place herein set forth; that

6   any witnesses in the foregoing proceedings, prior to

7   testifying, were duly sworn; that a record of the

8   proceedings was made by me using machine shorthand

9   which was thereafter transcribed under my direction;

10  that the foregoing transcript is a true record of the

11  testimony given.

12         Further, that if the foregoing pertains to

13  the original transcript of a deposition in a Federal

14  Case, before completion of the proceedings, review of

15  the transcript [ x ] was [ ] was not requested.

16         I further certify I am neither financially

17  interested in the action nor a relative or employee

18  of any attorney or party to this action.

19         IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21

22  Dated: 12-12-11

23

24                              _____
                                LORI SCINTA, RPR
25                              CSR No. 4811