# EXHIBIT 21

Highly Confidential

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF FLORIDA
 3         CASE NO. 11-20427-WILLIAMS/TURNOFF
 4   DISNEY ENTERPRISES, INC.,  )
     TWENTIETH CENTURY          )
 5   FOX FILM CORPORATION,      )
     UNIVERSAL CITY STUDIOS     )
 6   PRODUCTIONS LLLP,          )
     COLUMBIA PICTURES          )
 7   INDUSTRIES, INC., and      )
     WARNER BROS.               )
 8   ENTERTAINMENT, INC.,       )
                                )
 9              Plaintiffs,     )
                                )
10        v.                    )
                                )
11   HOTFILE CORP., ANTON       )
     TITOV, and DOES 1-10       )
12                              )
     Defendants.                )
13   _____)
14
           H I G H L Y   C O N F I D E N T I A L
15
16     (Pursuant to protective order, the following
         transcript has been designated highly
17                    confidential)
18         DEPOSITION OF MATTHEW LYNDE, Ph.D.
19             SAN FRANCISCO, CALIFORNIA
20             FRIDAY, DECEMBER 16, 2011
21
22
23
24   REPORTED BY:  Linda Vaccarezza, CSR No. 10201
25   JOB NO.:  44313
```

Highly Confidential

Page 2

DECEMBER 16, 2011

10:07 A.M.

Deposition of MATTHEW LYNDE, Ph.D., held at the offices of Farella, Braun & Martel, 235 Montgomery Street, San Francisco, California, before Linda Vaccarezza, a Registered Professional Reporter and Certified Shorthand Reporter of the State of California.

```
1         A P P E A R A N C E S:
2    ATTORNEY FOR THE PLAINTIFFS:
          JENNER & BLOCK
3         BY:   STEVEN B. FABRIZIO, ESQ.
          1099 New York Avenue, NW
4         Washington, DC 20001
5
6
7    ATTORNEY FOR THE DEFENDANTS
      HOTFILE CORP., AND ANTON TITOV:
8         FARELLA, BRAUN & MARTEL
          BY:   RODERICK M. THOMPSON, ESQ.
9         235 Montgomery Street
          San Francisco, California 94104
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Highly Confidential



Highly Confidential



1  MR. FABRIZIO: Okay. I'm good.
2  Thank you, Dr. Lynde.
3     (Time noted: 5:59 p.m.)
4
5
6           _____
7              MATTHEW LYNDE
8
9
10 Subscribed and sworn to before me   See Below
11 This   30th  day of  January   , 20 12.
12 _____
13
14
15
16
17
18 State of California  San Francisco
   County of _____
   Subscribed and sworn to (or affirmed) before me
19 on this 30th day of January, 20 12,
   by Matthew Lynde,
   proved to me on the basis of satisfactory evidence
20 to be the person(s) who appeared before me.
   Signature _____ (Seal)

   MARK MCQUILLEN
   COMM. #1793325
   NOTARY PUBLIC-CALIFORNIA
   SAN FRANCISCO COUNTY
   My Comm. Expires Mar. 10, 2012

21
22
23
24
25

Errata to the Deposition of Matthew R. Lynde
December 16, 2011
*Disney Enterprises, Inc. et al. v. Hotfile Corp., et al.*
*Hotfile Corp., et al. v. Disney Enterprises, Inc. et al.*

| Page | Line | Now reads | Should read | Reason |
|---|---|---|---|---|
| 9 | 13 | "didn't" | "don't" | Misspoke |
| 42 | 14 | "affect" | "effect" | Transcribing error |
| 52 | 9-10 | "up loader" | "uploader" | Transcribing error |
| 75 | 3 | "I result" | "results" | Misspoke |
| 84 | 9 | "up loaders" | "uploaders" | Transcribing error |
| 118 | 14 | "prescription" | "subscription" | Misspoke |
| 126 | 10 | "focused in" | "focused on" | Transcribing error |
| 150 | 4 | "I was" | "I" | Misspoke |
| 157 | 25 | "basis is" | "basis" | Transcribing error |
| 162 | 17 | "have" | "have;" | Transcribing error |
| 178 | 23 | "an" | "a" | Transcribing error |
| 179 | 18 | "or" | "where" | Transcribing error |
| 185 | 15 | "MegaDownload" | "Megaupload" | Misspoke |
| 212 | 22 | "over" | "of" | Transcribing error |
| 212 | 22 | "and" | "that" | Transcribing error |
| 213 | 10 | "it's bought and" | "its robot" | Transcribing error |
| 218 | 1 | "variants" | "variance" | Transcribing error |
| 218 | 22 | "is you" | "is that you" | Transcribing error |
| 245 | 3 | "ELLS" | "Yale" | Transcribing error |
| 262 | 18 | "provided" | "have been provided" | Transcribing error |
| 276 | 19 | "Tolav" | "Kolev" | Transcribing error |

1/30/12
Date

*[signature]*
Matthew R. Lynde

*[signature]*
Notary Public

State of California
County of San Francisco
Subscribed and ~~sworn to~~ (or affirmed) before me
on this 30 day of January, 2012
by Matthew R. Lynde,
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.
Signature *[signature]* (Seal)

[Notary stamp: MARK MCQUILLEN, COMM. #1793325, NOTARY PUBLIC-CALIFORNIA, SAN FRANCISCO COUNTY, My Comm. Expires Mar. 10, 2012]

Highly Confidential

Page 292

1      C E R T I F I C A T E

2   STATE OF CALIFORNIA       )

3                             )

4   COUNTY OF SAN FRANCISCO   )

5        I, LINDA VACCAREZZA, a Certified

6   Shorthand Reporter for the State of

7   California, do hereby certify:

8        That MATTHEW LYNDE, the witness

9   whose deposition is hereinbefore set

10  forth, was duly sworn by me and that such

11  deposition is a true record of the

12  testimony given by such witness.

13       I further certify that I am not

14  related to any of the parties to this

15  action by blood or marriage; and that I

16  am in no way interested in the outcome of

17  this matter.

18       IN WITNESS WHEREOF, I have hereunto

19  set my hand this 29th day of December

20  2011.

21

22  _____

23    LINDA VACCAREZZA, CSR. NO. 10201

24

25