# EXHIBIT 22

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2          CASE NO. 11-20427-WILLIAMS/TURNOFF
 3
 4   DISNEY ENTERPRISES, INC.,
     TWENTIETH CENTURY FOX FILM
 5   CORPORATION, UNIVERSAL CITY
     STUDIOS PRODUCTIONS LLLP,
 6   COLUMBIA PICTURES INDUSTRIES,
     INC., and WARNER BROS.
 7   ENTERTAINMENT, INC.,
 8              Plaintiffs,
 9   v.
     HOTFILE CORP., ANTON TITOV,
10   and DOES 1-10,
11              Defendants.
12   _____
13   HOTFILE CORP.,
14              Counterclaimant,
15   v.
16   WARNER BROS. ENTERTAINMENT
     INC.,
17
                Counterdefendant.
18   _____
                    Thursday, December 15, 2011
19                  9:15 a.m. - 2:39 p.m.
                    1221 Brickell Avenue
20                  Miami, Florida
21        DEPOSITION OF CONSTANTIN LUCHIAN
22        Taken on behalf of the PLAINTIFFS before
     Michael J. D'Amato, RMR, Notary Public in and for the
23   State of Florida at Large, pursuant to Notice of Taking
     Deposition in the above cause.
24
25   Job No. 44703
```

Page 2

```
 1
 2                    APPEARANCES
                    _____
 3
 4   For the Plaintiffs:
 5
 6        JENNER & BLOCK
          BY: JENNIFER V. YEH, ESQ.
 7        1099 New York Avenue
          Washington, DC 20001
 8
 9
10   For the Defendant Hotfile and Titov:
11
          RASCO, KLOCK, REININGER PEREZ ESQUENAZI
12        VIGIL & NIETO
          BY: JANET MUNN, ESQ.
13        283 Catalonia Avenue
          Coral Gables, FL 33134
14
15        -AND-
16        BOSTON LAW GROUP
          BY: VAL GURVITZ, ESQ.
17        20 Park Plaza
          Boston, MA 02116
18
19
20
21
22
23
24
25
```

Page 129

1  Q. What are you mean not at this time? Does that
2  mean at some future point you may be reimbursed?
3  A. Probably by Incorporate Now. Yeah, probably
4  will be reimbursed by Incorporate Now but that's
5  speculation.
6  Q. You are registered as a DMCA agent for
7  Hotfile. What address is used for the notices?
8  A. The general address for Incorporate Now.
9  Q. And that is the PO -- the UPS address, is that
10 correct?
11 A. A physical address, yes.
12 Q. So when people send DMCA notices to Hotfile it
13 gets mailed to the UPS Store?
14 A. It gets mailed to Incorporate Now at the
15 address 1007 North Federal Highway.
16 Q. What is the DMCA address for Lemuria?
17 A. The address is the same.
18 Q. Is it the same box number?
19 A. The address for Lemuria is the general address
20 for Incorporate Now.
21     MS. MUNN: Objection.
22 Q. Is it the same address as -- is it the same
23 UPS address?
24 A. We use the same physical address for all of
25 our clients.

Page 130

1   Q.   So for all of the clients for which you are a
2   DMCA agent all the notices get sent to the same
3   addresses, correct?
4   A.   Correct.
5   Q.   And that address is a UPS address, correct?
6   A.   No.  It's Incorporate Now address.
7   Q.   It is an Incorporate Now address and where is
8   that address, at a UPS store?
9   A.   UPS Store facilitates their receiving the mail
10  and processing.
11  Q.   I just want to be clear that there's no
12  physical office that is receiving these notices?
13  A.   UPS Store is a physical office that's
14  receiving notices.
15  Q.   I mean a physical office of Incorporate Now.
16  A.   As you mentioned before, Incorporate Now
17  doesn't have a chair or desk at the location.
18  Q.   Do you have any interactions with
19  Constantin -- starts with B, the one also involved in
20  XBT Holdings?
21  A.   Bezrunchenko, yes, I do.
22  Q.   What type of interactions?
23  A.   General Webazilla business and activities.
24  Q.   Can you be more specific?
25  A.   If I have any questions pertaining to the

1  copy.
2           (Deposition concluded at 2:39 p.m.)
3           (Reading and signing not waived)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23           _____
24                 Constantin Luchian
25

Page 136

CERTIFICATE OF OATH

STATE OF FLORIDA    )
                                   SS
COUNTY OF MIAMI-DADE )

I, Michael J. D'Amato, Notary Public for the State of Florida, certify that on the 15th day of December 2011, CONSTANTIN LUCHIAN personally appeared before me on and was duly sworn or affirmed.

WITNESS my hand and official seal this 28th day of December 2011.

_____
Michael J. D'Amato
Notary Public - State of Florida
My Commission #DD 778385
Expires: June 13, 2012

Page 137

1      CERTIFICATE OF COURT REPORTER

2         I, MICHAEL J. D'AMATO, a Registered Merit Reporter

3   and Notary Public in and for the State of Florida at

4   Large, do HEREBY CERTIFY that I was authorized to and

5   did stenographically report the deposition of CONSTANTIN

6   LUCHIAN; that a review of the transcript was; and that

7   the foregoing transcript, pages from 1 to 135, is a true

8   and accurate record of my stenographic notes.

9         I FURTHER CERTIFY that I am not a relative,

10  employee, attorney, or counsel of any of the parties, nor

11  am I a relative or employee of any of the parties'

12  attorney or counsel connected with the action, nor am I

13  financially interested in the action.

14          Dated this 28th day of December 2011.

15                          _____

16                          MICHAEL J. D'AMATO,

17                          Registered Merit Reporter

Page 138

E R R A T A   S H E E T

(Do not write on transcript - Enter any changes here)

IN RE:DISNEY v HOTFILE                    Date taken:12/15/11

| PAGE/LINE | Change | Reason for Change |
|---|---|---|
| 132/20 | "Anton Titov" should be replaced with "I did" | |
| | Reason for change: I misunderstood the question. I thought I was being asked "Whose name is filed in". The answer to "Who filed in" is "I did". | |
| 7/3 | "web posting" has to be "web hosting" | |
| | Reason for change: transcriber error | |
| 8/14 | "web posting" has to be "web hosting" | |
| | Reason for change: transcriber error | |
| 12/13 | "DMC" has to be "DMCA" | |
| | Reason for change: transcriber error | |
| 36/21 | "CL@incorporate.com" has to be "CL@incorporatenow.com" | |
| | Reason for change: transcriber error | |
| 39/19 | "DMC" has to be "DMCA" | |
| | Reason for change: transcriber error | |
| 50/4 | "CL@incorporate.com" has to be "CL@incorporatenow.com" | |
| | Reason for change: transcriber error | |
| 50/19 | "DMC" has to be "DMCA" | |
| | Reason for change: transcriber error | |

Page 1 of 2 Continued on page 2

Under penalties of perjury, I declare that I have read my deposition and that the facts stated herein are true.

_____          1/31/2012
CONSTANTIN LUCHIAN                  DATE

```
                                                        Page 138
1                    E R R A T A   S H E E T
        (Do not write on transcript - Enter any changes here)
2   IN RE:DISNEY v HOTFILE            Date taken:12/15/11
    PAGE/LINE              Change         Reason for Change
3   60/17      "DMC" has to be "DMCA"
4              Reason for change: transcriber error
5   90/1       "Lemuriaco" has to be "Lemuria"
6              Reason for change: transcriber error
7   90/14      "Lemuriaco" has to be "Lemuria
8              Reason for change: transcriber error
9   92/24      "open" has to be "owned"
10             Reason for change: transcriber error
11  100/21     "DMC" has to be "DMCA"
12             Reason for change: transcriber error
13  101/22     "DMC" has to be "DMCA"
14             Reason for change: transcriber error
15  109/8      "Depositfile.com" has to be "Depositfiles.com"
16             Reason for change: transcriber error
17
18
19
20
                              Page 2 of 2. End
21
22  Under penalties of perjury, I declare that I have read
    my deposition and that the facts stated herein are true.
23
24  _____[signature]_____           1/31/2012
25  CONSTANTIN LUCHIAN                  DATE
```