# EXHIBIT 24

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
COPRORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

           Plaintiffs,
             CASE NO.
    vs.       11-20427-WILLIAMS-TURNOFF

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

           Defendants.
_____
AND RELATED CROSS-ACTION.
_____

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

VIDEOTAPED DEPOSITION OF STEVE THOMAS KANG

Los Angeles, California

Tuesday, December 20, 2011

Reported by:
MELISSA M. VILLAGRAN
CSR No. 12543, RPR, CLR

JOB No. 179891



Sarnoff
877.955.3855

Case 1:11-cv-20427-KMW   Document 390-25   Entered on FLSD Docket 03/21/2012   Page 3 of 9

STEVE THOMAS KANG                                              12/20/2011
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3   DISNEY ENTERPRISES, INC.,
     TWENTIETH CENTURY FOX FILM
 4   COPRORATION, UNIVERSAL CITY
     STUDIOS PRODUCTIONS LLP,
 5   COLUMBIA PICTURES INDUSTRIES,
     INC., and WARNER BROS.
 6   ENTERTAINMENT INC.,

 7                    Plaintiffs,
                              CASE NO.
 8          vs.           11-20427-WILLIAMS-TURNOFF

 9   HOTFILE CORP., ANTON TITOV,
     and DOES 1-10,
10
                      Defendants.
11   _____
     AND RELATED CROSS-ACTION.
12   _____

13

14

15

16

17       Videotaped deposition of STEVE THOMAS KANG,

18   taken on behalf of Defendants, at 633 West Fifth

19   Street, 36th Floor, Los Angeles, California,

20   beginning at 9:07 a.m. and ending at 4:42 p.m. on

21   Tuesday, December 20, 2011, before MELISSA M.

22   VILLAGRAN, Certified Shorthand Reporter No. 12543,

23   RPR, CLR.

24

25
```



```
 1    APPEARANCES:
 2
 3    For Plaintiffs:
 4         JENNER & BLOCK
           BY:  LUKE C. PLATZER
 5         Attorney at Law
           1099 New York Avenue, NW, Suite 900
 6         Washington, DC 20001
           (202) 639-6000
 7         Lplatzer@jenner.com
 8    For Defendants and Counterclaimant Hotfile, Corp.:
 9         FARELLA BRAUN & MARTEL
           BY:  JANEL THAMKUL
10         Attorney at Law
           235 Montgomery Street, 17th Floor
11         San Francisco, California 94104
           (415) 954-4467
12         Jthamkul@fbm.com
13    Videographer:
14         Brent Jordan, Sarnoff Court Reporters
15
16
17
18
19
20
21
22
23
24
25
```



1  with content owners?

2  MR. PLATZER: Objection to the form;

3  incomplete hypothetical.

4  THE DEPONENT: I would say that certainly

5  if -- if -- if Hotfile -- if Hotfile wanted to

6  cooperate with -- with Universal, certainly the

7  effective implementation of content recognition

8  technology to prevent the easy availability of

9  infringing content would be a huge step -- or it

10  would be a huge step in the right direction.

11  But it would certainly have to be

12  effective. It couldn't be done in a way that leaves

13  huge loopholes. And ultimately, what we would be

14  looking for is sort of proof in the pudding. You

15  know, is this site -- is this site, in effect, on

16  the whole, becoming clean of -- of massive copyright

17  infringement.

18  BY MS. THAMKUL:

19  Q  Is there any content recognition technology

20  that is 100 percent guaranteed to catch all

21  unauthorized content on a website?

22  MR. PLATZER: Objection to the form. Also

23  objection that it lacks foundation.

24  THE DEPONENT: Not to my knowledge. I

25  mean, also, I don't know -- I -- I'm not aware of



```
                1    any content recognition technology with that kind of
                2    a guarantee.
                3    BY MS. THAMKUL:
                4        Q   So it's possible that even if Hotfile
04:36           5    implemented content recognition technology, that
                6    some content files could slip through the cracks?
                7            MR. PLATZER:  Objection; incomplete
                8    hypothetical, lacks foundation.
                9            THE DEPONENT:  It is possible.  But, you
04:37          10    know, we would be looking for effective
               11    implementation.  My -- my broad sense of effective
               12    implementation wouldn't be -- doesn't necessarily
               13    require 100 percent -- 100 percent effectiveness.
               14    BY MS. THAMKUL:
04:37          15        Q   Does Universal have a percentage of
               16    effectiveness that -- scratch that.
               17            Does Universal have a percentage of
               18    infringement that it would allow on a website and
               19    yet consider the efforts of that website to reduce
04:37          20    infringement to be effective?
               21            MR. PLATZER:  Objection to form.  And also
               22    objection -- beyond the scope.  Mr. Kang is not here
               23    as a 30(b)(6) representative on behalf of the
               24    company.  You noticed him in his personal capacity
04:38          25    here, so this whole line of questioning, treating
```



**STEVE THOMAS KANG**     12/20/2011
**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

```
 1
 2
 3
 4
 5
 6
 7
 8        I, STEVE THOMAS KANG, do hereby declare
 9   under penalty of perjury that I have read the
10   foregoing transcript; that I have made any
11   corrections as appear noted, in ink, initialed by
12   me, or attached hereto; that my testimony as
13   contained herein, as corrected, is true and correct.
14        EXECUTED this 27th day of January,
15   2012, at West Hollywood      ,    CA         .
                    (City)             (State)
16
17
18
19                    _____
                          STEVE THOMAS KANG
20
21
22
23
24
25
```



STEVE THOMAS KANG  12/20/2011
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
                          ERRATA SHEET

     Pg/Ln                    Corrections

     55/22  Change from: authorized
            Change to:   unauthorized
      /     Change from: _____
            Change to:   _____
      /     Change from: _____
            Change to:   _____
      /     Change from: _____
            Change to:   _____
      /     Change from: _____
            Change to:   _____
      /     Change from: _____
            Change to:   _____
      /     Change from: _____
            Change to:   _____
      /     Change from: _____
            Change to:   _____
      /     Change from: _____
            Change to:   _____
      /     Change from: _____
            Change to:   _____
      /     Change from: _____
            Change to:   _____

     Signature: _____  Date: 1/27/2012
```



877.955.3855

215

1        I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, Registered
3   Professional Reporter, Certified Live Note Reporter,
4   do hereby certify:
5        That the foregoing proceedings were taken
6   before me at the time and place herein set forth;
7   that any witnesses in the foregoing proceedings,
8   prior to testifying, were duly sworn; that a record
9   of the proceedings was made by me using machine
10  shorthand which was thereafter transcribed under my
11  direction; that the foregoing transcript is a true
12  record of the testimony given.
13       Further, that if the foregoing pertains to
14  the original transcript of a deposition in a Federal
15  Case, before completion of the proceedings, review
16  of the transcript [  ] was [ x ] was not requested.
17  I further certify I am neither financially
18  interested in the action nor a relative or employee
19  of any attorney or party to this action.
20       IN WITNESS WHEREOF, I have this date
21  subscribed my name.
22
23  Dated: 12-28-11
24                    _____
                      MELISSA M. VILLAGRAN
25                    CSR No. 12543 RPR, CLR

