# EXHIBIT 25

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA


DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

       Plaintiffs,

      vs.

CASE NO.
11-20427-WILLIAMS-TURNOFF

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

       Defendants.
_____
AND RELATED CROSS-ACTION.
_____


HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF MICHAEL BENTKOVER

Los Angeles, California

Tuesday, December 13, 2011


Reported by:
LORI SCINTA, RPR
CSR No. 4811

Job No. 177476A

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3

 4  DISNEY ENTERPRISES, INC.,
    TWENTIETH CENTURY FOX FILM
 5  CORPORATION, UNIVERSAL CITY
    STUDIOS PRODUCTIONS LLLP,
 6  COLUMBIA PICTURES INDUSTRIES,
    INC., and WARNER BROS.
 7  ENTERTAINMENT INC.,

 8         Plaintiffs,
                            CASE NO.
 9     vs.                  11-20427-WILLIAMS-TURNOFF

10  HOTFILE CORP., ANTON TITOV,
    and DOES 1-10,
11
           Defendants.
12  _____
    AND RELATED CROSS-ACTION.
13  _____

14

15     HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

16         Videotaped deposition of MICHAEL BENTKOVER,

17  taken on behalf of Defendants and Counterclaimant

18  at 633 West Fifth Street, Suite 3600, Los Angeles,

19  California, beginning at 9:38 A.M. and ending at

20  12:17 P.M. on Tuesday, December 13, 2011, before

21  LORI SCINTA, RPR, Certified Shorthand Reporter No.

22  4811.

23

24

25
```

```
 1    APPEARANCES:

 2

 3    For Plaintiffs:

 4
          JENNER & BLOCK LLP
 5        BY:  STEVEN B. FABRIZIO
          Attorney at Law
 6        1099 New York Avenue, NW, Suite 900
          Washington, D.C. 20001-4412
 7        202.639.6000
          Email:  sfabrizio@jenner.com
 8

 9
      For Defendants and Counterclaimant:
10

11        FARELLA BRAUN + MARTEL LLP
          BY:  EVAN M. ENGSTROM
12        Attorney at Law
          235 Montgomery Street
13        San Francisco, California 94104
          415.954.4400
14        Email:  eengstrom@fbm.com

15

16
      Videographer:
17

18        VONYARN MASON
          SARNOFF COURT REPORTERS
19        20 Corporate Park, Suite 350
          Irvine, California 92606
20        877.955.3855

21

22

23

24

25
```

```
 1        Q    Did you have any other communications with
 2   Hotfile between this top-level email dated April --
 3   August 26th, 2009, and the April 30th, 2009, regarding
 4   the possibility of establishing a takedown tool?
 5              MR. FABRIZIO:  Objection.  Overbroad.
 6              THE WITNESS:  I don't know.
 7   BY MR. ENGSTROM:
 8        Q    Okay.  Did you ever communicate with Hotfile
 9   about implementing any other policies or strategies or
10   tools for removing content from Hotfile?
11              MR. FABRIZIO:  Objection.  Vague and lacks
12   foundation.
13              THE WITNESS:  Repeat the question.
14   BY MR. ENGSTROM:
15        Q    Did you ever communicate with Hotfile about
16   establishing any other tools, policies, measures,
17   basically within the realm of the idea of an SRA, any
18   other techniques, tools, implementations --
19        A    No, I did not.
20        Q    -- that --
21              MR. FABRIZIO:  Excuse me.
22              Objection.  Vague, compound and lacks
23   foundation and also vague as to timeframe.
24   BY MR. ENGSTROM:
25        Q    At any time.
```

1          MR. FABRIZIO:  Objection to form.

2          THE WITNESS:  It was the only option we had.

3     Do I think it was the most effective?  No.

4     BY MR. ENGSTROM:

5          Q    What do you believe would have been a more

6     effective option?

7          MR. FABRIZIO:  Objection.  Calls for

8     speculation and opinion.

9          THE WITNESS:  Hotfile could have prefiltered

10    and not allowed the files in the first place.

11    BY MR. ENGSTROM:

12         Q    Did you communicate to Hotfile about

13    implementing such prefiltering?

14         MR. FABRIZIO:  Objection.  Vague.

15         THE WITNESS:  No.

16    BY MR. ENGSTROM:

17         Q    Did anyone you're aware of -- are you aware of

18    anyone at Warner Bros. that communicated to Hotfile

19    about implementing prefiltering?

20         MR. FABRIZIO:  Objection.  Vague as to

21    timeframe.

22         THE WITNESS:  I don't know.

23    BY MR. ENGSTROM:

24         Q    The last sentence of this email reads, "We

25    appreciate the Hotfile takedown removal tool and the

Page 112

1

2            I, the undersigned, a Certified Shorthand

3     Reporter of the State of California, do hereby certify:

4            That the foregoing proceedings were taken

5     before me at the time and place herein set forth; that

6     any witnesses in the foregoing proceedings, prior to

7     testifying, were duly sworn; that a record of the

8     proceedings was made by me using machine shorthand

9     which was thereafter transcribed under my direction;

10    that the foregoing transcript is a true record of the

11    testimony given.

12            Further, that if the foregoing pertains to

13    the original transcript of a deposition in a Federal

14    Case, before completion of the proceedings, review of

15    the transcript [ x ] was [ ] was not requested.

16            I further certify I am neither financially

17    interested in the action nor a relative or employee

18    of any attorney or party to this action.

19            IN WITNESS WHEREOF, I have this date

20    subscribed my name.

21

22    Dated: 12-15-11

23

24                        _____

                          LORI SCINTA, RPR
25                        CSR No.  4811