# EXHIBIT 26

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA


DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

      Plaintiffs,

    vs.       CASE NO. 11-20427-WILLIAMS-TURNOFF

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

      Defendants.
_____

AND RELATED CROSS-ACTION.
_____


HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF LANCE R. GRIFFIN, ESQUIRE

PURSUANT TO FEDERAL RULE 30(b)(6)

Los Angeles, California

Thursday, December 22, 2011


Reported by:
LORI SCINTA, RPR
CSR No. 4811

Job No. 178940



1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF FLORIDA

3

4    DISNEY ENTERPRISES, INC.,
     TWENTIETH CENTURY FOX FILM
5    CORPORATION, UNIVERSAL CITY
     STUDIOS PRODUCTIONS LLLP,
6    COLUMBIA PICTURES INDUSTRIES,
     INC., and WARNER BROS.
7    ENTERTAINMENT INC.,

8           Plaintiffs,

9       vs.         CASE NO. 11-20427-WILLIAMS-TURNOFF

10   HOTFILE CORP., ANTON TITOV,
     and DOES 1-10,

11

12          Defendants.
     _____
13   AND RELATED CROSS-ACTION.
     _____

14

15      HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

16          Videotaped deposition of LANCE R. GRIFFIN,

17   ESQUIRE, pursuant to Federal Rule 30(b)(6), taken on

18   behalf of Defendants and Counterclaimant Hotfile Corp.,

19   at 633 West Fifth Street, Suite 3600, Los Angeles,

20   California, beginning at 9:47 A.M. and ending at

21   4:49 P.M. on Thursday, December 22, 2011, before

22   LORI SCINTA, RPR, Certified Shorthand Reporter No. 4811.

23

24

25



```
 1      APPEARANCES:

 2

 3    For Plaintiffs:

 4

              JENNER & BLOCK LLP
 5            BY:  STEVEN B. FABRIZIO
              Attorney at Law
 6            1099 New York Avenue, NW, Suite 900
              Washington, D.C. 20001-4412
 7            202.639.6000
              Email:  sfabrizio@jenner.com
 8

                  -- and --
 9

              THE WALT DISNEY COMPANY
10            BY:  GORDON GOLDSMITH
              Attorney at Law
11            500 South Buena Vista Street
              Burbank, California 91521-0641
12            818.560.7893

13

14    For Defendants and Counterclaimant Hotfile Corp.:

15

              FARELLA BRAUN + MARTEL LLP
16            BY:  ANTHONY SCHOENBERG
              Attorney at Law
17            235 Montgomery Street
              San Francisco, California 94104
18            415.954.4400
              Email:  tschoenberg@fbm.com

19

20

      Videographer:
21

22            VONYARN MASON
              SARNOFF COURT REPORTERS
23            20 Corporate Park, Suite 350
              Irvine, California 92606
24            877.955.3855

25
```





12:36 [redacted]

**LANCE R. GRIFFIN, ESQ.**                          12/22/2011
**HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**



LANCE R. GRIFFIN, ESQ.
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          12/22/2011

1        ERRATA SHEET

2   Pg/Ln              Corrections

3   25 / 5   Change from: _Dalzimer_

4        Change to: _Dalsimer_

5   25 / 10   Change from: _Dalzimer_

6        Change to: _Dalsimer_

7   25 / 12   Change from: _Dalcimer_

8        Change to: _Dalsimer_

9   25 / 22   Change from: _Dalcimer_

10        Change to: _Dalsimer_

11   ___ / ___   Change from: _____

12        Change to: _____

13   ___ / ___   Change from: _____

14        Change to: _____

15   ___ / ___   Change from: _____

16        Change to: _____

17   ___ / ___   Change from: _____

18        Change to: _____

19   ___ / ___   Change from: _____

20        Change to: _____

21   ___ / ___   Change from: _____

22        Change to: _____

23   ___ / ___   Change from: _____

24        Change to: _____

25   Signature: _____   Date: _____



**LANCE R. GRIFFIN, ESQ.**                                    12/22/2011
**HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

1

2

3

4

5

6

7

8

9          I, LANCE R. GRIFFIN, ESQUIRE, do hereby declare

10    under penalty of perjury that I have read the foregoing

11    transcript; that I have made any corrections as appear

12    noted, in ink, initialed by me, or attached hereto; that

13    my testimony as contained herein, as corrected, is true

14    and correct.

15

16

17          EXECUTED this 27th day of January,

18    20 12, at Burbank, California.
                        (City)              (State)

19

20

21

22                Lance R. Griffin
      _____
23              LANCE R. GRIFFIN, ESQUIRE

24

25



1

2          I, the undersigned, a Certified Shorthand

3     Reporter of the State of California, do hereby certify:

4          That the foregoing proceedings were taken

5     before me at the time and place herein set forth; that

6     any witnesses in the foregoing proceedings, prior to

7     testifying, were duly sworn; that a record of the

8     proceedings was made by me using machine shorthand

9     which was thereafter transcribed under my direction;

10    that the foregoing transcript is a true record of the

11    testimony given.

12          Further, that if the foregoing pertains to

13    the original transcript of a deposition in a Federal

14    Case, before completion of the proceedings, review of

15    the transcript [X] was [ ] was not requested.

16          I further certify I am neither financially

17    interested in the action nor a relative or employee

18    of any attorney or party to this action.

19          IN WITNESS WHEREOF, I have this date

20    subscribed my name.

21

22    Dated: 12/29/2011

23

24    _____
      LORI SCINTA, RPR
25    CSR No. 4811



877.955.3855

209