# EXHIBIT 27

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES,              )
INC., TWENTIETH CENTURY          )
FOX FILM CORPORATION,            )
UNIVERSAL CITY STUDIOS           )
PRODUCTIONS LLLP,                )
COLUMBIA PICTURES                )
INDUSTRIES, INC., and            )
WARNER BROS.                     )
ENTERTAINMENT, INC.,             )
                                 )
     Plaintiffs,                 )
                                 )
 v.                              )
                                 )
HOTFILE CORP., ANTON             )
TITOV, and DOES 1-10             )
                                 )
     Defendants.                 )
_____  )

H I G H L Y   C O N F I D E N T I A L

(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(B)(6) DEPOSITION OF ANTON TITOV

LOS ANGELES, CALIFORNIA

THURSDAY, NOVEMBER 17, 2011

REPORTED BY:
Alejandria E. Kate
CSR NO. 11897, HI 448, RPR, CLR
JOB NO.:  44003

Highly Confidential

Page 2

```
 1                  UNITED STATES DISTRICT COURT

 2                  SOUTHERN DISTRICT OF FLORIDA

 3              CASE NO. 11-20427-WILLIAMS/TURNOFF

 4
    DISNEY ENTERPRISES,         )
 5  INC., TWENTIETH CENTURY     )
    FOX FILM CORPORATION,       )
 6  UNIVERSAL CITY STUDIOS      )
    PRODUCTIONS LLLP,           )
 7  COLUMBIA PICTURES           )
    INDUSTRIES, INC., and       )
 8  WARNER BROS.                )
    ENTERTAINMENT, INC.,        )
 9                              )
           Plaintiffs,          )
10                              )
     v.                         )
11                              )
    HOTFILE CORP., ANTON        )
12  TITOV, and DOES 1-10        )
                                )
13         Defendants.          )
    _____)
14                              )
    HOTFILE CORP.,              )
15                              )
           Counterclaimant,     )
16                              )
    v.                          )
17                              )
    WARNER BROS ENTERTAINMENT   )
18  INC.,                       )
                                )
19         Counterdefendant.    )
    _____)
20

21

22

23

24

25
```

Highly Confidential

Page 3

```
 1
 2
 3
 4
 5                NOVEMBER 17, 2011
 6                    7:08 A.M.
 7
 8
 9      Videotaped deposition of ANTON TITOV, held at
10      the offices of JENNER & BLOCK, LLP,
11      633 West 5th Street, Suite 3600, Los Angeles,
12      California, before Alejandria E. Kate, a
13      Registered Professional Reporter and
14      Certified Shorthand Reporter of the State of
15      California.
16
17
18
19
20
21
22
23
24
25
```

Highly Confidential

Page 4

```
 1   A P P E A R A N C E S:
 2
 3       ATTORNEY FOR THE PLAINTIFFS:
 4           JENNER & BLOCK, LLP
             BY:  STEVEN B. FABRIZIO, ESQ.
 5           1099 New York Avenue, NW
             Suite 900
 6           Washington, DC  20001
             202.639.6040
 7           sfabrizio@jenner.com
 8
 9       ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
         AND ANTON TITOV:
10
             FARELLA, BRAUN & MARTEL, LLP
11           BY:  RODERICK M. THOMPSON, ESQ.
                  (APPEARING VIA VIDEO CONFERENCE)
12           235 Montgomery Street, 17th Floor
             San Francisco, California  94104
13           415.954.4400
             rthompson@fbm.com
14
15
         ATTORNEY FOR THE DEFENDANT ANTON TITOV:
16
             PENKOV, MARKOV & PARTNERS
17           BY:  SVETOSLAV DIMITROV, ESQ.
                  NIKOLAY CVETANOV, ESQ.
18                (APPEARING VIA VIDEO CONFERENCE)
             Iztok Dstr., Bl. 22, Entr. A
19           1113 Sofia
             Bulgaria
20           359-2-9713935
             lawyers@penkov-markov.eu
21
22
         ALSO PRESENT:
23
             KELLY TRUELOVE, consultant for the plaintiffs
24
             GUEORGUI MATVEER, standby Bulgarian interpreter
25           (appearing via video conference)
```

TSG Reporting - Worldwide    (877) 702-9580



Highly Confidential



Highly Confidential



Highly Confidential

Page 76

1      C E R T I F I C A T E

2

3   STATE OF CALIFORNIA     )
                            ) ss.
4   COUNTY OF LOS ANGELES   )

5

6

7

8            I, ALEJANDRIA E. KATE, a Registered

9       Professional Reporter and Certified

10      Shorthand Reporter within and for the

11      State of California, do hereby certify:

12           That the foregoing record of

13      proceedings is a full and correct

14      transcript of the stenographic notes

15      taken by me therein.

16           In witness whereof, I have hereunto

17      set my hand this 22nd day of November,

18      2011.

19

20

21      _____

22           ALEJANDRIA E. KATE, RPR, CSR 11897

23

24

25

TSG Reporting - Worldwide    (877) 702-9580

```
                                                              Page 80
 1                        ERRATA SHEET

 2

 3    NAME OF CASE:  "DISNEY ENTERPRISES VS. HOTFILE CORP."

 4    DATE OF DEPOSITION:  NOVEMBER 17, 2011

 5    NAME OF WITNESS:  ANTON TITOV

 6    Reason Codes:

 7         1.  To clarify the record.

           2.  To conform to the facts.

 8         3.  To correct transcription errors.

 9

10    Page   6        Line   20-21      Reason  1
                 which is the Daylight Saving Times,
11    From  with the Dallas time       to  with Daylight Saving Times

12    Page   9        Line   17         Reason  1

13    From  a transaction ID schedule, to  a transaction ID,

14    Page  15        Line   3-4        Reason  1

15    From  for millions of years       to  for many years

16    Page  15        Line   4          Reason  1

17    From  a user for--                to  a user for short period

18    Page  16        Line   8          Reason  3

19    From  Vazell                      to  Vasil

20    Page  16        Line   20         Reason  3

21    From  Vazell is Vazell Kolef      to  Vasil is Vasil Kolev

22    Page  17        Line   6-7        Reason  2

23    From  main file                   to  admin panel

24                                          _____

25                                               ANTON TITOV
```

Highly Confidential

Page 80

ERRATA SHEET

NAME OF CASE:  "DISNEY ENTERPRISES VS. HOTFILE  CORP."

DATE OF DEPOSITION:  NOVEMBER 17, 2011

NAME OF WITNESS:  ANTON TITOV

Reason Codes:

    1. To clarify the record.

    2. To conform to the facts.

    3. To correct transcription errors.

Page __20__  Line __13__  Reason __3__
From _then we'll_ to _that will_
Page __21__  Line __14__  Reason __3__
From _wipe_ to _whitelist_
Page __26__  Line __20__  Reason __3__
From _Andre_ to _Andrey_
Page __33__  Line __1__  Reason __3__
From _bullet_ to _uploaded_
Page __33__  Line __12__  Reason __3__
From _my scale_ to _MySOL_
Page __33__  Line __12__  Reason __3__
From _our increments_ to _auto increment_
Page __34__  Line __6__  Reason __3__
From _of this_ to _manual_

                                        ANTON TITOV

```
                                                              Page 80
 1                        ERRATA SHEET
 2
 3    NAME OF CASE:  "DISNEY ENTERPRISES VS. HOTFILE  CORP."
 4    DATE OF DEPOSITION:  NOVEMBER 17, 2011
 5    NAME OF WITNESS:  ANTON TITOV
 6    Reason Codes:
 7         1.  To clarify the record.
           2.  To conform to the facts.
 8         3.  To correct transcription errors.
 9
10    Page __38____    Line ___15____    Reason _3_____
11    From  match_____ to  mention_____
12    Page__39_____   Line ___1_____    Reason _3_____
13    From  coordinate_____ to  concatenate_____
14    Page  40_____  Line  2_____  Reason  3_____
15    From  image indicator_____ to  identifier_____
16    Page__42_____   Line   4_____  Reason  3_____
17    From  false_____ to uploads_____
18    Page ___45_____  Line ___7_____  Reason ____3_____
19    From  bot_____ to  _--_____
20    Page  46_____  Line  15_____  Reason  3_____
21    From  escrow_____ to  SOL_____
22    Page  51_____  Line  3_____  Reason  3_____
23    From  19_____  to  90_____
24                                       _____
25                                       ANTON TITOV
```

Page 80

ERRATA SHEET

NAME OF CASE: "DISNEY ENTERPRISES VS. HOTFILE CORP."

DATE OF DEPOSITION: NOVEMBER 17, 2011

NAME OF WITNESS: ANTON TITOV

Reason Codes:

1. To clarify the record.
2. To conform to the facts.
3. To correct transcription errors.

Page __52__   Line __9__   Reason __3__
From __pile__   to __panel__
Page __61__   Line __11-12__   Reason __3__
From __block...block__   to __last...last__
Page __62__   Line __8-9__   Reason __3__
From __late block...block downloads__ to __last....uploaddownloads__
Page __69__   Line __3__   Reason __3__
From __date__   to __data__
Page __72__   Line __13__   Reason __3__
From __mainly__   to __many__
Page _____   Line _____   Reason _____
From _____   to _____
Page _____   Line _____   Reason _____
From _____   to _____

                                    _____
                                    ANTON TITOV