# EXHIBIT 28

| | |
|---|---|
| **From:** | Bentkover, Michael |
| **To:** | 'Hotfile Corp' |
| **CC:** | Applen, Ethan; Kaplan, David P.; Sommer, Christian; Boivin, Bret; Blaut, Michael |
| **Sent:** | 8/26/2009 11:32:38 AM |
| **Subject:** | Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM |

Dear Hotfile,
I wanted to follow-up and find out if Hotfile is ready for Warner Bros. to use a rapid takedown tool which you have been working on establishing.
We have been sending many takedown notices (including thousands of infringing links) and we appreciate how fast you've been removing files, but unfortunately the files are reposted immediately and having a takedown tool would be ideal in order to curb piracy.

Kind regards,
Michael Bentkover
Warner Bros. Entertainment Inc.

Michael Bentkover
Warner Bros. Entertainment Inc.
4000 Warner Boulevard
Bridge Building 156 South, # 5333
Burbank, California 91522
Phone: (818) 954-3639
Fax:    (818) 954-7898
michael.bentkover@warnerbros.com

---

**From:** Hotfile Corp [mailto:hotfile.com@gmail.com]
**Sent:** Wednesday, April 29, 2009 11:28 PM
**To:** Bentkover, Michael
**Subject:** Re: Automated Takedown tool - Unauthorized Use of Warner Bros.' Property - HOTFILE.COM

Hello!
We are developing such a tool and will give you access to delete all your materials.
So far we tried to delete as fast as it possible all reported links and we believe you're satisfied with our fast reaction. Also we can do it every your mail with reported abuse to be processed automatically and all reported files to be deleted immediately without checking and reading your mail by our abuse agent.

Tell me which way you prefer?

I suggest to give me your emails from which reports are comming and we will add these emails to our dbase and all will be processed in auto mode.

Regards,

On Thu, Apr 30, 2009 at 2:36 AM, Bentkover, Michael <Michael.Bentkover@warnerbros.com> wrote:

**VIA ELECTRONIC MAIL**


RE:     Unauthorized Use of Warner Bros.' Property


Dear Abuse Manager,

WARNER025866

I was wondering if you have any type of takedown tool that could assist us in removing content from HOTFILE that infringes Warner Bros. Entertainment Inc. rights, rather than sending an official takedown abuse notice every time URL's are identified. As you know, we recently requested over 1000 URL's which were hosted on HOTFILE that infringed Warner Bros. Entertainment Inc. rights and we would like to request a directly way to remove links as fast as possible.

Other sites have provided Warner Bros. Entertainment Inc. with a take down tool that allows us to log in and remove the infringing URL's immediately and hence more efficiently curb spread of piracy of Warner Bros. content.

This takedown tool will also require less work from HOTFILE and Warner Bros. Entertainment Inc. staff to process our requests.

I swear, under penalty of perjury, that the information in the notification is accurate.

I may be contacted at:

Michael Bentkover

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Bridge Building 156 South, # 5333

Burbank, California 91522

Phone: (818) 954-3639

Fax:    (818) 954-7898

michael.bentkover@warnerbros.com

Truthfully,

/mb/

**Example of files already reported for removal and have been removed:**

**17 Again**

   http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
   http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
   http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
   http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
   http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
   http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
   http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html

http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/207900/503eb2f/Thank.you.html
http://hotfile.com/dl/296547/103154d/17 Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17 Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17 Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17 Again-THS.part4.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/330078/aa2e4b2/GoLeech.org-17.Again.400.part1.rar.html
http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html

http://hotfile.com/dl/296547/103154d/17 Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17 Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17 Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17 Again-THS.part4.rar.html
http://hotfile.com/dl/319796/929ca01/17A.part1.rar.html
http://hotfile.com/dl/319826/4573b92/17A.part2.rar.html
http://hotfile.com/dl/319849/36548ac/17A.part3.rar.html
http://hotfile.com/dl/319866/6b3cddf/17A.part4.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/296547/103154d/17 Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17 Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17 Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17 Again-THS.part4.rar.html
http://hotfile.com/dl/296547/103154d/17 Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17 Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17 Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17 Again-THS.part4.rar.html
http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.by.flippy07.part1.rar.html
http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.by.flippy07.part2.rar.html
http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.by.flippy07.part3.rar.html
http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.by.flippy07.part4.rar.html
http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.by.flippy07.part5.rar.html
http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html
http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html
http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.flippy07.part8.rar.html
http://hotfile.com/dl/319699/e5c60ba/17A.CAM.XViD-CAMERAx.part2.rar.html
http://hotfile.com/dl/320007/967bb60/17A.CAM.XViD-CAMERAx.part1.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html

http://hotfile.com/dl/306214/2c12c0c/cam-17.part1.rar.html
http://hotfile.com/dl/306285/2012a66/cam-17.part2.rar.html
http://hotfile.com/dl/306353/c46a37f/cam-17.part3.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306396/41af2e2/cam-17.part4.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/324599/ad0ddae/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/324606/51b1304/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/324607/f1c02eb/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/324609/320ccf5/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331873/f782e12/17 Again.CAM.XVID-STGx.part2.rar.html
http://hotfile.com/dl/331998/f608176/17 Again.CAM.XVID-STGx.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327078/587b79f/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.ra�
http://hotfile.com/dl/330115/5bf7049/GoLeech.org-17.Again.400.part2.rar.html
http://hotfile.com/dl/296547/103154d/17 Again-THS.part1.rar.html
http://hotfile.com/dl/296567/b1465d6/17 Again-THS.part2.rar.html
http://hotfile.com/dl/296576/f439970/17 Again-THS.part3.rar.html
http://hotfile.com/dl/296581/8916c10/17 Again-THS.part4.rar.html
http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.by.flippy07.part1.rar.html
http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.by.flippy07.part2.rar.html
http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.by.flippy07.part3.rar.html
http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.by.flippy07.part4.rar.html

WARNER025870

http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.by.flippy07.part5.rar.html
http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html
http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html
http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.flippy07.part8.rar.html
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/327588/f48078f/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327663/17c1981/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327723/85aee2f/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/327766/a3c1c6e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/331494/ef906e9/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/331533/5dced07/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/331604/bf9d78e/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/331730/6a1e4e2/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326648/a1c9469/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/326663/0d2d377/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/326687/58cfc7d/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/326706/bcbdfae/WwW.DownloadPresent.Com_17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/316809/94fdc4e/svtnugh.CAM.by.flippy07.part1.rar.html
http://hotfile.com/dl/316826/e6199cd/svtnugh.CAM.by.flippy07.part2.rar.html
http://hotfile.com/dl/316847/da3720c/svtnugh.CAM.by.flippy07.part3.rar.html
http://hotfile.com/dl/316861/4f72312/svtnugh.CAM.by.flippy07.part4.rar.html
http://hotfile.com/dl/317203/7999f43/svtnugh.CAM.by.flippy07.part5.rar.html
http://hotfile.com/dl/317216/0ae3f4b/svtnugh.CAM.by.flippy07.part6.rar.html
http://hotfile.com/dl/317244/17eaa68/svtnugh.CAM.by.flippy07.part7.rar.html
http://hotfile.com/dl/317251/bf080a1/svtnugh.CAM.by.flippy07.part8.rar.html

http://hotfile.com/dl/302093/e057138/devise-crankhv.part1.rar.html
http://hotfile.com/dl/302099/2cf759c/devise-crankhv.part2.rar.html
http://hotfile.com/dl/293643/8c8d287/17.Again.2009.CaM.XviD_THS.part1.rar.html
http://hotfile.com/dl/293652/540376d/17.Again.2009.CaM.XviD_THS.part2.rar.html
http://hotfile.com/dl/293668/6cd5e22/17.Again.2009.CaM.XviD_THS.part3.rar.html
http://hotfile.com/dl/293681/4dd26a9/17.Again.2009.CaM.XviD_THS.part4.rar.html
http://hotfile.com/dl/309565/c027695/GoLeech.org-17.Again.part1.rar.html
http://hotfile.com/dl/309589/5206d6c/GoLeech.org-17.Again.part2.rar.html
http://hotfile.com/dl/309616/7a1da51/GoLeech.org-17.Again.part3.rar.html
http://hotfile.com/dl/309638/b75a7d8/GoLeech.org-17.Again.part4.rar.html
http://hotfile.com/dl/309664/14f84c2/GoLeech.org-17.Again.part5.rar.html
http://hotfile.com/dl/309683/333663d/GoLeech.org-17.Again.part6.rar.html
http://hotfile.com/dl/309717/2241add/GoLeech.org-17.Again.part7.rar.html
http://hotfile.com/dl/309726/9a2edab/GoLeech.org-17.Again.part8.rar.html
http://hotfile.com/dl/310503/0ae8099/GoLeech.org-17.Again.200.part1.rar.html
http://hotfile.com/dl/310535/190fef3/GoLeech.org-17.Again.200.part2.rar.html
http://hotfile.com/dl/310569/c4103b6/GoLeech.org-17.Again.200.part3.rar.html
http://hotfile.com/dl/310591/366e0bc/GoLeech.org-17.Again.200.part4.rar.html
http://hotfile.com/dl/306379/7974143/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/306508/b5dd23b/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/306625/d591121/17.Again.CAM.XViD-CAMERA.part3.rar.html
http://hotfile.com/dl/306674/ae01c9b/17.Again.CAM.XViD-CAMERA.part4.rar.html
http://hotfile.com/dl/318785/7347509/17.Again.CAM.XViD.CAMERA.part1.rar.html
http://hotfile.com/dl/318837/3673c85/17.Again.CAM.XViD.CAMERA.part2.rar.html
http://hotfile.com/dl/318878/3a776cc/17.Again.CAM.XViD.CAMERA.part3.rar.html
http://hotfile.com/dl/318893/9b15c3f/17.Again.CAM.XViD.CAMERA.part4.rar.html
http://hotfile.com/dl/327066/69d0487/17.Again.CAM.XViD-CAMERA.part1.rar.html
http://hotfile.com/dl/327068/edaab42/17.Again.CAM.XViD-CAMERA.part2.rar.html
http://hotfile.com/dl/327075/2cd4194/17.Again.CAM.XViD-CAMERA.part3.rar.html

<span style='font-size:9.0pt;font-family:Arial;color:black

…

[Message clipped]