# EXHIBIT 37

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DISNEY ENTERPRISES, INC.,     :  CIVIL ACTION
ET AL.,         Plaintiffs,   :
          vs.                 :
HOTFILE CORP., ANTON TITOV,   :
ET AL.,                       :
              Defendants.     :  NO. 11-20427
```

- - -

Tuesday, November 29, 2011

- - -

Videotaped deposition of RICHARD WATERMAN, Ph.D., taken at the Law Offices of STRADLEY, RONON, STEVENS & YOUNG, LLP, 2005 Market Street, Suite 2600, Philadelphia, Pennsylvania, on the above date, beginning at 9:33 a.m., before Theresa Kepler, CCR, RPR-Notary Public, there being present.

- - -

LOVE COURT REPORTING, INC.
1500 Market Street
12th Floor, East Tower

Philadelphia, Pennsylvania  19102

(215) 568-5599

Waterman,

Page 2

```
 1   A P P E A R A N C E S:

 2

 3   JENNER & BLOCK, LLP
     BY:  DUANE POZZA, ESQUIRE
 4   1099 New York Avenue, NW
     Suite 900
 5   Washington, D.C. 20001
     Phone: (202) 639-6000
 6   Counsel for Plaintiffs and Richard Waterman, Ph.D.

 7
     FARELLA, BRAUN & MARTEL, LLP
 8   BY:  ANDREW LEIBNITZ, ESQUIRE
     235 Montgomery Street
 9   San Francisco, California 94104
     Phone: (415) 954-4400
10   Counsel for Defendants

11

12   Also Present:  Daniel Levy

13   Videographer:  Scott Rowland

14

15                         - - -

16

17

18

19

20

21

22

23

24
```

Waterman,

Page 83

1    seeing in this particular time or, you know, area

2    for which the population was drawn would have no

3    particular reason for believing that it was

4    different from some other one.  And that, you know,

5    wouldn't be a statistical statement that was driving

6    that because you need data to make a statistical

7    statement but one I would say of general expertise.

8         Q.    Did you do that here in the Hotfile

9    case?

10              MR. POZZA:  Objection.  The question

11         is vague.

12              THE WITNESS:  My statements in the

13         Hotfile case refer to what was hap -- in

14         terms of the analysis that I did refer to

15         January 2011.

16   BY MR. LEIBNITZ:

17        Q.    Do you purport to opine in this case,

18   Dr. Waterman, about any behavior outside

19   January 2011?

20              MR. POZZA:  Object as to the meaning

21         of behavior.

22              THE WITNESS:  My numbers that I

23         present in the report are definitely

24         statements specifically about January, and

Love Court Reporting, Inc.

Waterman,

Page 84

1          then I would say to the extent that the world
2          was similar before January, for example,
3          December, that if in -- if I had no reason to
4          believe that the world had changed
5          dramatically, you know, that there was no
6          event of interest that would change behavior,
7          then that the results that I provided would
8          give one a sense of what was likely happening
9          prior to that point.
10   BY MR. LEIBNITZ:
11        Q.    Let's be very clear, sir.  Do you
12   purport in this case to opine about behavior outside
13   January 2011?
14              MR. POZZA:  Object -- same objection,
15          and asked and answered.
16              THE WITNESS:  I would just reiterate
17          that the statements that I make are
18          absolutely related to January 2011, I mean,
19          because that was the population from which
20          the log file -- you know, we drew samples
21          from the January log file, so this is a
22          statement about January 2011.  And the extent
23          to which a month of December of 2010 or
24          November 2010 would be expected to be similar

```
 1           or, as I would say, I have no reason to
 2           believe that the world changed in some
 3           dramatic fashion, there was no massive event
 4           of interest, then my sense would be that this
 5           would give me good understanding of what was
 6           -- what was likely to have happened
 7           beforehand.  But I wouldn't say that that
 8           statement -- I wouldn't put that statement in
 9           the same category as I would the one about
10           the population for which I drew the sample.
11  BY MR. LEIBNITZ:
12       Q.      Dr. Waterman, in your opinion how
13  much infringement has happened by virtue of the
14  Hotfile website in the last 24 hours?
15       A.      The last 24 hours I would not want to
16  provide an opinion on that because what I learned
17  about was January 2011, prior to the case being
18  brought.  I think that once the case is brought, you
19  know, then behavior can change.  That would be
20  exactly one of those instances, a kind of waterfall
21  or watershed type of event where I would anticipate
22  behavior to change, potentially change quite
23  dramatically once the case is brought.
24              And so I -- and I have no strong
```

Waterman,

Page 86

1  basis to say one way or another what the result of

2  that would be, but typically when someone is told,

3  you know, that they are doing something illegal

4  their behavior changes, fundamentally changes.  And

5  so we don't have -- I do not have information prior

6  to the case, so I don't want to say anything about

7  what happened.  I think it was sometime in February

8  after that point in time.

9       Q.     So you can't opine as you sit here

10 today that there was a non-zero level of

11 infringement in the last 24 hours on Hotfile?

12            MR. POZZA:  Objection.  Vague.

13            THE WITNESS:  I have collected no

14       data on the last 24 hours.  I, to be honest,

15       don't even know if the site exists in the

16       last 24 hours.

17 BY MR. LEIBNITZ:

18      Q.     Can you provide an opinion today

19 about the level of infringement over the last week?

20      A.     I would repeat the same answer as I

21 provided before that any time after the case was

22 brought and when defendants understood that this

23 litigation was going to happen that the behavior of

24 the site would have -- could have changed radically

Love Court Reporting, Inc.

1  as compared to before it was brought and since my

2  data is from the pre time period that is the time

3  period for which I'm most comfortable in making

4  statements. So I don't know whether the site exists

5  in all honesty so I don't know whether there's been

6  a download.

7         Q.      So there may be a zero percent level

8  of infringement using Hotfile's technology in the

9  last week?

10        A.      Likewise there could be 100 percent,

11 I agree that both are possibilities.

12        Q.      So you can't testify that it's not

13 zero percent in the last week, right?

14              MR. POZZA: Objection. Asked and

15        answered.

16              THE WITNESS: As I say, my -- my

17        study's absolutely clear as to the where the

18        log file was drawn from which was January of

19        2011 and my report pertains to that period in

20        terms of the conclusions that I draw.

21 BY MR. LEIBNITZ:

22        Q.      Can you testify as you sit here today

23 that there was a non-zero level of infringement in

24 the last week on Hotfile?

Waterman,

Page 88

```
 1              MR. POZZA:  Objection.  Asked and
 2       answered.  You're just asking the same
 3       question.
 4              THE WITNESS:  As I said, it may have
 5       been a hundred percent, it may have been
 6       99 percent, it may have been 0 percent.
 7   BY MR. LEIBNITZ:
 8       Q.     You can't tell one way or the other?
 9              MR. POZZA:  Objection.  Asked and
10       answered.
11              THE WITNESS:  As I've said, my data
12       set, the one that I've analyzed is to do with
13       January and so in terms of the numerical
14       quantities that I present in my report they
15       will refer to January 2011.
16   BY MR. LEIBNITZ:
17       Q.     You can't testify as you sit here
18   today that there was a non-zero level of copyright
19   infringement using Hotfile's technology in the last
20   six months, can you?
21              MR. POZZA:  Objection.  Misstates
22       testimony.  Vague.
23              THE WITNESS:  Six months takes us
24       back to May of 2011.  May of 2011 is after
```

Waterman,

Page 89

1        the time period for which I have the log file
2        which is January.  So as I noted in my
3        statements, the numerical statements that I
4        provided relate to January of 2011.  The
5        amount of infringement that happened
6        subsequent to that event we have -- I have no
7        information on to make a determination as to
8        whether it's a hundred percent, 90 percent,
9        50 percent or your hypothetical of
10       zero percent.
11               I have not drawn a conclusion
12       about -- in my report didn't draw a
13       conclusion about what happened yesterday on
14       Hotfile.
15  BY MR. LEIBNITZ:
16       Q.    Or in the last week, or in the last
17  month, or in the last six months, or indeed since
18  the Complaint was filed in this case.
19               MR. POZZA:  Objection.
20       Argumentative.
21               THE WITNESS:  That it correct, I --
22       I -- as I keep stating the data, the log file
23       that was used in this analysis was the log
24       file for January 2011.  The sample was drawn

Love Court Reporting, Inc.

Waterman,

Page 90

```
 1          from file downloads in January of 2011 and
 2          therefore the quantitative inferences pertain
 3          to January 2011.
 4   BY MR. LEIBNITZ:
 5          Q.     To be clear, you state no opinion as
 6   to the level of infringement using Hotfile's
 7   technology since the filing of the Complaint in this
 8   case in February 2011, right?
 9          A.     By virtue of the data that I have
10   collected or the log file that I have had access to,
11   the January log file, the statements that I made
12   pertain up to the end of January.  And as I said, in
13   general if there is a watershed type event, and the
14   bringing of the case would be such a type of
15   watershed type event, then I would acknowledge that
16   human behavior can change.  Exactly in which way it
17   would change, I mean I wouldn't speculate, but I'm
18   confident that people do change their behavior.
19                 And if I felt that behavior, that I
20   had no reason to believe that fa -- the ultimate
21   behavior had not changed, then I feel that my study
22   did give some sense of what was likely to be
23   happening.  And so I would be more comfortable going
24   retrospectively behind January 2010 in just, you
```

Waterman,

Page 299

1                CERTIFICATE OF DEPONENT

2

3                        I do hereby certify that I

4    have read the foregoing pages, and that the same is

5    a correct transcription of the answers given by me

6    to the questions therein propounded, except for the

7    corrections or changes in form or substance, if any,

8    noted in the attached Errata Sheet.

9    _____
     RICHARD WATERMAN, Ph.D.
10
     _____
11   DATE

12

13   Subscribed and sworn to before me this

14   _____ day of _____ , 2011.

15

16   My commission expires: _____

17   Notary Public

18

19

20

21

22

23

24

**Waterman deposition errata**

Page 30. Line 23. "point of" → "pointer to".

Page 103. Line 23. "not of" → "not".

Page 121. Line 24. "Not aware" → " I am not aware".

Page 142. Line 13. "refers to" → "refers".

Page 146. Line 8. "that the" → "the".

Page 158. Line 13. "only" → "own".

Page 205. Line 24. "cold" → "coal".

Page 206. Line 5. "knowledge" → "acknowledge".

Page 209. Line 6. "or" → "as".

Page 248. Line 21. "state" → "stated".

Page 254. Line 16. "down" → "does".

Richard Waterman, Ph.D.

```
 1              CERTIFICATE OF DEPONENT
 2
 3              I do hereby certify that I
 4   have read the foregoing pages, and that the same is
 5   a correct transcription of the answers given by me
 6   to the questions therein propounded, except for the
 7   corrections or changes in form or substance, if any,
 8   noted in the attached Errata Sheet.
 9   _____Richard Waterman_____
     RICHARD WATERMAN, Ph.D.
10
     1/17/2012
11   DATE
12
13   Subscribed and sworn to before me this
14   __17th__ day of __January__, 2011. 2012
15   Gwen E. Lentine
16   My commission expires: __08/11/2012__
17   Notary Public
18
19        COMMONWEALTH OF PENNSYLVANIA
              NOTARIAL SEAL
20       GWEN E. LENTINE, Notary Public
       Rockledge Boro., Montgomery County
21     My Commission Expires August 11, 2012
22
23
24
```