**PUBLICLY FILED REDACTED VERSION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*    /

**DEFENDANTS' NOTICE OF FILING THE PUBLICLY FILED REDACTED
VERSION OF THE STATEMENT OF FACTS OF DEFENDANTS
HOTFILE CORPORATION AND ANTON TITOV IN OPPOSITION
TO PLAINTIFFS' STATEMENT OF UNCONTROVERTED FACTS AND
DEFENDANTS' STATEMENT OF ADDITIONAL MATERIAL FACTS**

Defendants, Hotfile Corporation ("Hotfile") and Anton Titov ("Mr. Titov") (collectively Hotfile and Mr. Titov are "Defendants"), provide this notice of filing the publicly filed redacted version of the Statement of Facts of Defendants Filed in Opposition to Plaintiffs' Statement of Uncontroverted Facts and Defendants' Statement of Additional Material Facts ("Fact

**PUBLICLY FILED REDACTED VERSION**

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

Statements"). The publicly filed redacted version of the Fact Statements is attached as Exhibit A, to this Notice of Filing.

DATED: March 21, 2012                    Respectfully submitted,

                                         s/Janet T. Munn
                                         Janet T. Munn, Esq. Fla. Bar No. 501281
                                         Email: jmunn@rascoklock.com
                                         RASCO KLOCK
                                         283 Catalonia Avenue, Suite 200
                                         Coral Gables, Fl 33134
                                         Telephone: 305.476.7101
                                         Telecopy: 305.476.7102

                                         And

                                         s/Roderick M. Thompson
                                         Roderick M. Thompson, Esq. (admitted *pro hac vice*)
                                         Email: rthompson@fbm.com
                                         Andrew Leibnitz, Esq. (admitted *pro hac vice*)
                                         Email: aleibnitz@fbm.com
                                         Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
                                         Email: tschoenberg@fbm.com
                                         Deepak Gupta, Esq. (admitted *pro hac vice*)
                                         Email: dgupta@fbm.com
                                         Janel Thamkul, Esq. (admitted *pro hac vice*)
                                         Email: jthamkul@fbm.com
                                         FARELLA BRAUN + MARTEL LLP
                                         235 Montgomery St.
                                         San Francisco, CA 94104
                                         Telephone: 415.954.4400
                                         Telecopy: 415.954.4480

**PUBLICLY FILED REDACTED VERSION**

                CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation
 and Anton Titov*

**PUBLICLY FILED REDACTED VERSION**

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2012, a true and correct copy of the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL  33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA  91403-5885
Telephone: 818.935.5812

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

By: s/ Janet T. Munn
    Janet T. Munn

**PUBLICLY FILED REDACTED VERSION**

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

4815-8140-9295, v. 1