# Yeh Exhibit 130

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF FLORIDA
 3
 4    DISNEY ENTERPRISES, INC.,
      TWENTIETH CENTURY FOX FILM
 5    CORPORATION, UNIVERSAL CITY
      STUDIOS PRODUCTIONS LLLP,
 6    COLUMBIA PICTURES INDUSTRIES,
      INC., and WARNER BROS.
 7    ENTERTAINMENT INC.,
 8                         Plaintiffs,
 9    vs.                    No. 11-20427-WILLIAMS-TURNOFF
10    HOTFILE CORP., ANTON TITOV, and
      DOES 1-10,
11
12                         Defendants.
13    _____
14
15          PORTIONS OF THIS TRANSCRIPT ARE CONFIDENTIAL
16                DEPOSITION OF YANGBIN WANG
17                   Palo Alto, California
18                Thursday, December 22, 2011
19
20
21    REPORTED BY:
      LYNNE LEDANOIS
22    CSR No. 6811
      Job No. CA128631
23
24
25    PAGES 105 - 113 ARE HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
```

Page 1

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3

 4    DISNEY ENTERPRISES, INC.,

      TWENTIETH CENTURY FOX FILM

 5    CORPORATION, UNIVERSAL CITY

      STUDIOS PRODUCTIONS LLLP,

 6    COLUMBIA PICTURES INDUSTRIES,

      INC., and WARNER BROS.

 7    ENTERTAINMENT INC.,

 8                    Plaintiffs,

 9    vs.              No. 11-20427-WILLIAMS-TURNOFF

10    HOTFILE CORP., ANTON TITOV, and

      DOES 1-10,

11

12                    Defendants.

13    _____

14

15        Deposition of YANGBIN WANG, taken on behalf of

16    Defendant, at 2475 Hanover Street, Palo Alto,

17    California, beginning at 9:43 a.m. and ending at 12:21

18    p.m. on Thursday, December 22, 2011, before LYNNE

19    LEDANOIS, CSR 6811.

20

21

22

23

24

25

                                            Page 2
```

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1     APPEARANCE OF COUNSEL:
 2
 3     For Plaintiffs:
 4          JENNER & BLOCK LLP
            BY: LUKE C. PLATZER
 5          Attorney at Law
            1099 New York Avenue, NW, Suite 900
 6          Washington, DC 20001
            202.639.6000
 7          lplatzer@jenner.com
 8
 9     For Defendants Hotfile and Anton Titov:
10          FARELLA BRAUN & MARTEL LLP
            BY: ANDREW LEIBNITZ
11          Attorney at Law
            Russ Building, 235 Montgomery Street
12          San Francisco, California 94104
            415.954.4400
13          aleibnitz@fbm.com
14
15     For Witness:
16          PILLSBURY WINTHROP SHAW PITTMAN LLP
            BY: JOSEPH R. TIFFANY II
17          Attorney at Law
            2475 Hanover Street
18          Palo Alto, California 94304-1114
            650.233.4500
19          joseph.tiffany@pillsburylaw.com
20
21     VIDEOGRAPHER:
22          SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
            BY:  MARTY MAJDOUB
23
24
25
```

Page  3

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | | |
|---|---|---|---|
| 1 | Q | Okay.  So would it be fair to say that Vobile | 09:55:49 |
| 2 | provides software to the plaintiff studios which enables | | 09:55:53 |
| 3 | them to provide fingerprints back to Vobile? | | 09:55:58 |
| 4 | A | Yes.  And we provide that to everybody. | 09:56:01 |
| 5 | Q | And maybe you can describe for me what you mean | 09:56:05 |
| 6 | by everybody. | | 09:56:07 |
| 7 | A | Content owners. | 09:56:09 |
| 8 | Q | Worldwide? | 09:56:12 |
| 9 | A | Yes. | 09:56:13 |
| 10 | Q | Do you discriminate by industry? | 09:56:14 |
| 11 | A | No. | 09:56:17 |
| 12 | Q | How many content owners provide fingerprints to | 09:56:23 |
| 13 | Vobile? | | 09:56:26 |
| 14 | A | I have to count, but probably dozens. | 09:56:28 |
| 15 | Q | Including all of the plaintiffs in this case? | 09:56:32 |
| 16 | A | Yes. | 09:56:36 |
| 17 | Q | How long did it take to develop MediaWise? | 09:56:40 |
| 18 | A | Years, you know, we started since 2005.  And | 09:56:45 |
| 19 | the core technology identification has been in | | 09:56:52 |
| 20 | development since day one.  So if you take that into | | 09:56:54 |
| 21 | account, it's now, what, six years -- six, seven | | 09:56:59 |
| 22 | years -- six years, yes. | | 09:57:03 |
| 23 | Q | Has it continued to improve since 2005? | 09:57:05 |
| 24 | A | Yes.  I mean, we -- the technology, I think | 09:57:11 |
| 25 | first shipment may be 2007, you know.  I mean, we have | | 09:57:14 |

Page 15

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | to go back and check the record.  My recollection is | 09:57:21 |
| 2 | 2007 -- 2006 or 2007, roughly that time frame.  And we | 09:57:24 |
| 3 | certainly are continuing development of lots of new | 09:57:31 |
| 4 | applications. | 09:57:34 |
| 5 | Q   Has the database upon which MediaWise relies | 09:57:39 |
| 6 | improved in any fashion in that time period? | 09:57:48 |
| 7 | MR. TIFFANY:  Objection to the form. | 09:57:51 |
| 8 | THE WITNESS:  You know, database continue to | 09:57:55 |
| 9 | increase, if that's what you mean. | 09:57:57 |
| 10 | BY MR. LEIBNITZ: | 09:57:58 |
| 11 | Q   So the database upon which MediaWise relies | 09:57:59 |
| 12 | continued since 2007 to increase in the number of works? | 09:58:03 |
| 13 | A   Definitely.  Whenever there is a new movie come | 09:58:08 |
| 14 | out, that will add to the database. | 09:58:11 |
| 15 | Q   How many -- you mentioned it took years for | 09:58:17 |
| 16 | MediaWise to be developed. | 09:58:19 |
| 17 | How many engineers were involved in the | 09:58:21 |
| 18 | development effort, if you can estimate? | 09:58:23 |
| 19 | A   You know, it's maybe -- to answer that, I mean, | 09:58:30 |
| 20 | there is no direct contact I can go to really check, but | 09:58:35 |
| 21 | I would say, you know, we have had those 50 or 100 | 09:58:41 |
| 22 | engineers, I mean, probably hundreds of man years it's | 09:58:45 |
| 23 | fair to say. | 09:58:50 |
| 24 | But, again, the technology -- on the line, | 09:58:50 |
| 25 | technology of MediaWise is really VDDB and the querying, | 09:58:52 |

Page 16

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | and those are shared by many of our products.  So it's | 09:58:58 |
| 2 | hard to pull out, you know, exactly how many people we | 09:59:06 |
| 3 | spent on MediaWise, that single product. | 09:59:09 |
| 4 | Q    Does vCloud9 also depend upon VDDB? | 09:59:14 |
| 5 | A    Same, yes. | 09:59:20 |
| 6 | Q    You had mentioned -- I think your words were | 09:59:21 |
| 7 | hundreds of -- | 09:59:23 |
| 8 | A    Many years. | 09:59:25 |
| 9 | Q    Okay.  Many years of hundreds of engineer time? | 09:59:26 |
| 10 | Is that fair? | 09:59:31 |
| 11 | A    Well, we'll basically say, you know -- let's | 09:59:32 |
| 12 | say there's 100 engineers work on this for a year, | 09:59:34 |
| 13 | that's 100-man year.  Let's say 100 engineer work on | 09:59:37 |
| 14 | this for one year, then in our engineering management | 09:59:46 |
| 15 | term, we call it 100-man year. | 09:59:49 |
| 16 | Q    Man years.  I see. | 09:59:53 |
| 17 | A    Yes, yes.  So it could be 50 engineers work for | 09:59:53 |
| 18 | two years. | 09:59:55 |
| 19 | Q    Okay.  So do you have an estimate as you sit | 09:59:56 |
| 20 | here today of how many engineering man years were | 09:59:59 |
| 21 | involved in the development of MediaWise? | 10:00:02 |
| 22 | MR. TIFFANY:  Objection to the form. | 10:00:06 |
| 23 | THE WITNESS:  As I said, you know, to single | 10:00:08 |
| 24 | out MediaWise is difficult, because we all have this | 10:00:11 |
| 25 | shared, you know, foundation of the technology that | 10:00:15 |

Page 17

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1   not testify under oath the time at which Hotfile became    10:40:59

 2   aware of vCloud9, whether before or after September         10:41:09

 3   26th?                                                        10:41:13

 4        A   I cannot know for sure, but my -- you know, I       10:41:16

 5   cannot know for sure, but that's really to Mike, but...      10:41:20

 6        Q   Why did -- so you say that you review every         10:41:26

 7   press release issued by Vobile.  Is that true?              10:41:31

 8        A   Yes.                                                 10:41:34

 9        Q   Do you review them for accuracy, to make sure       10:41:34

10   that the content they deliver is true?                      10:41:37

11        A   Generally, they -- the process they need to         10:41:40

12   submit to -- because they put quote there, you know, and    10:41:44

13   they need to submit for my approval.                         10:41:46

14            And most time, you know, I give them approval,      10:41:49

15   unless there is a timing pressure that this goes out         10:41:53

16   before my review.  That happens sometime.                    10:41:57

17        Q   Did that happen here, to your knowledge?            10:42:00

18        A   I think this is a normal process.  I probably       10:42:02

19   reviewed, yes.                                               10:42:05

20        Q   Do you see the second paragraph beginning with     10:42:13

21   the words "copyrighted content contained"?                  10:42:15

22        A   Yes.                                                 10:42:19

23        Q   Why did Vobile state, Copyrighted content          10:42:22

24   contained within Cloud-based cyberlockers is very           10:42:27

25   difficult to find?                                           10:42:31
```

Page 47

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A   I do review every press release, but I don't | 10:42:36 |
| 2 | challenge every word the marketing person put in there. | 10:42:41 |
| 3 | Q   You don't think that's inaccurate though -- | 10:42:45 |
| 4 | A   I don't think it's inaccurate.  I mean, it's | 10:42:47 |
| 5 | difficult in general.  It's all difficult. | 10:42:50 |
| 6 | Q   Why is that? | 10:42:51 |
| 7 | MR. PLATZER:  Objection, lacks foundation. | 10:42:57 |
| 8 | THE WITNESS:  It's -- you know, if it's an easy | 10:42:59 |
| 9 | problem, then there is no need for Vobile's service. | 10:43:02 |
| 10 | BY MR. LEIBNITZ: | 10:43:08 |
| 11 | Q   And how is it that you know that -- counsel | 10:43:13 |
| 12 | just made an objection.  I want to make sure that you | 10:43:19 |
| 13 | have a basis to give me your answer. | 10:43:21 |
| 14 | So how is it that you know that copyrighted | 10:43:24 |
| 15 | content in Cloud-based cyberlockers is difficult to | 10:43:29 |
| 16 | find? | 10:43:32 |
| 17 | A   It's because, as I said, our theory is this is | 10:43:33 |
| 18 | difficult, so people need our service, they pay us.  If | 10:43:37 |
| 19 | it's such a simple job, the customers won't come to us | 10:43:40 |
| 20 | for help and won't pay us for services. | 10:43:44 |
| 21 | Q   Is -- the word "cyberlocker" is used here. | 10:43:49 |
| 22 | Is it fair to say that Hotfile is a | 10:43:53 |
| 23 | cyberlocker? | 10:43:55 |
| 24 | A   Yes. | 10:43:56 |
| 25 | Q   The next sentence says, On cyberlockers, the | 10:43:58 |

Page 48

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
1    vast majority of unauthorized content, such as        10:44:01

2    copyrighted movies or T.V. shows, is saved as compressed  10:44:05

3    files to allow easier file downloading.  Do you see    10:44:09

4    that?                                                  10:44:13

5         A    Yes.                                         10:44:13

6         Q    Is that accurate, to your knowledge?         10:44:14

7         A    Yes.                                         10:44:15

8         Q    The sentence goes on to say, However, file   10:44:16

9    compression, quote, hides, unquote, the true content,   10:44:19

10   which until now has made it impossible to identify.  Do  10:44:24

11   you see that?                                          10:44:29

12        A    Yes.                                         10:44:29

13        Q    Do you agree with that?                      10:44:30

14             MR. PLATZER:  Objection to form.             10:44:33

15             THE WITNESS:  I -- yes, I agree with that.    10:44:36

16             This is the -- you know, from a marketing     10:44:41

17   standpoint view, that's why we designed this product, to  10:44:45

18   having this capability of examining compressed file, and  10:44:48

19   that's including the vCloud9.                          10:44:51

20   BY MR. LEIBNITZ:                                       10:44:53

21        Q    So vCloud9 examines compressed files, whereas  10:44:54

22   preexisting technology like MediaWise did not?         10:45:00

23        A    Yes.                                         10:45:04

24             MR. PLATZER:  Objection to the form.         10:45:05

25   BY MR. LEIBNITZ:                                       10:45:08
```

Page 49

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1        A    Yes.  I trust my people.                    10:48:45

 2        Q    It's not the case, is it, Mr. Wang, that the 10:48:54

 3   arrival of vCloud9 rendered ineffectual MediaWise in   10:48:56

 4   combating copyright infringement, is it?               10:48:59

 5        A    It's not.  I mean, MediaWise was designed    10:49:05

 6   primarily for UGC streaming sites, and vCloud9 is      10:49:08

 7   designed primarily for storage based.  So it's almost  10:49:13

 8   like you have SUV, doesn't render the other car just   10:49:17

 9   not -- ineffective.  They're just designed for different 10:49:21

10   purpose.                                               10:49:24

11        Q    And as of the spring or summer of this year, 10:49:25

12   vCloud9 didn't exist; right?                           10:49:31

13        A    In the summer as a product, we have announced 10:49:37

14   vCloud9.                                               10:49:41

15        Q    So prior to the release of vCloud9 on or about 10:49:43

16   September 26th, 2011, there was no better option for a  10:49:48

17   cyberlocker like MediaWise -- like Hotfile than the    10:49:55

18   MediaWise product; right?                              10:49:59

19             MR. PLATZER:  Objection to the form.         10:50:02

20             THE WITNESS:  From our product offering point 10:50:03

21   of view, that's true.                                  10:50:06

22   BY MR. LEIBNITZ:                                       10:50:07

23        Q    Since your product is the best, wouldn't it be 10:50:07

24   fair to say that prior to September 26th, 2011, there  10:50:10

25   was no better option for a cyberlocker like Hotfile than 10:50:13
```

Page 53

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | give you the numbers, specific you asked for.  But as a | 11:45:24 |
| 2 | general reference, I -- we are -- our system are | 11:45:27 |
| 3 | checking about 70 million hours of video in a year. | 11:45:34 |
| 4 | That's the current rate we have, and that's increasing. | 11:45:38 |
| 5 | Q   And out of all those queries, Vobile is not | 11:45:48 |
| 6 | aware of any false positives? | 11:45:50 |
| 7 | A   True.  No false positives. | 11:45:56 |
| 8 | Q   And just to make sure I'm understanding your | 11:45:59 |
| 9 | testimony earlier correctly, there have been cases where | 11:46:00 |
| 10 | false positives have been alleged, but those have turned | 11:46:04 |
| 11 | out to not be false positives after all? | 11:46:08 |
| 12 | A   Yes. | 11:46:11 |
| 13 | Q   Earlier you were asked some questions about the | 11:46:23 |
| 14 | vCloud9 service. | 11:46:27 |
| 15 | A   Yes. | 11:46:30 |
| 16 | Q   Can you explain for me -- and you don't need to | 11:46:33 |
| 17 | go into too much detail -- exactly how vCloud9 is able | 11:46:35 |
| 18 | to extract fingerprints from compressed files? | 11:46:41 |
| 19 | A   We basically integrate it together.  We do | 11:46:48 |
| 20 | decompress or, you know, extract files from archived | 11:46:51 |
| 21 | files, and then run in parallel, you know, generate the | 11:46:55 |
| 22 | fingerprint. | 11:46:59 |
| 23 | Q   And is the same answer true with respect to | 11:47:01 |
| 24 | archived files? | 11:47:03 |
| 25 | A   Yes. | 11:47:05 |

Page 86

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q   So forgive me, I'm not an engineer, but it's a | 11:47:07 |
| 2 | two-step process?  There is an unarchiving or | 11:47:12 |
| 3 | decompressing component and then there is a | 11:47:16 |
| 4 | fingerprinting component? | 11:47:18 |
| 5 | MR. LEIBNITZ:  Object to form. | 11:47:20 |
| 6 | THE WITNESS:  Yes, but it's -- integrated | 11:47:21 |
| 7 | together, there's an open efficiency by doing that | 11:47:22 |
| 8 | together. | 11:47:26 |
| 9 | BY MR. PLATZER: | 11:47:31 |
| 10 | Q   So instead of trying to extract the | 11:47:37 |
| 11 | fingerprints directly from an archived or compressed | 11:47:39 |
| 12 | file, you are decompressing or unarchiving the file and | 11:47:43 |
| 13 | extracting a fingerprint from the unarchived and/or | 11:47:47 |
| 14 | decompressed copy? | 11:47:51 |
| 15 | MR. LEIBNITZ:  Object to form. | 11:47:52 |
| 16 | THE WITNESS:  Yes, and that's the process you | 11:47:53 |
| 17 | have to go through from an engineering point of view. | 11:47:55 |
| 18 | BY MR. PLATZER: | 11:47:59 |
| 19 | Q   And is the reason you have to go through that | 11:48:05 |
| 20 | process, that video DNA requires media files to be in | 11:48:07 |
| 21 | certain CODEC in order to extract a fingerprint? | 11:48:11 |
| 22 | MR. LEIBNITZ:  Object to form. | 11:48:14 |
| 23 | THE WITNESS:  It's, you know, just by the | 11:48:16 |
| 24 | nature of this design, DNA is extracting from media | 11:48:17 |
| 25 | files.  So you got to, you know, have a media file in | 11:48:23 |

Page 87

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | order to extract DNA; otherwise, there is no DNA. | 11:48:26 |
| 2 | So ZIP file or RAR file, they are just a way to | 11:48:32 |
| 3 | package the stuff.  So you have to take the stuff out of | 11:48:36 |
| 4 | the package and then starting generate DNA.  So that's | 11:48:40 |
| 5 | just a process you can't avoid. | 11:48:44 |
| 6 | BY MR. PLATZER: | 11:48:45 |
| 7 | Q   Can video DNA extract a fingerprint from a | 11:48:55 |
| 8 | media file that had previously been compressed but is | 11:49:01 |
| 9 | not compressed at the time that video DNA is applied to | 11:49:06 |
| 10 | extract the fingerprint? | 11:49:09 |
| 11 | MR. LEIBNITZ:  Object to form. | 11:49:12 |
| 12 | THE WITNESS:  I don't know whether I understand | 11:49:13 |
| 13 | the question. | 11:49:15 |
| 14 | BY MR. PLATZER: | 11:49:16 |
| 15 | Q   It was poorly worded.  Let me try again. | 11:49:17 |
| 16 | You testified earlier that video DNA requires a | 11:49:33 |
| 17 | media file to be decompressed in order to extract a | 11:49:37 |
| 18 | fingerprint? | 11:49:43 |
| 19 | MR. LEIBNITZ:  Object to form. | 11:49:44 |
| 20 | THE WITNESS:  Yes, that's just a process.  You | 11:49:47 |
| 21 | know, I mean, just like we have to decode the file in | 11:49:49 |
| 22 | order to generate DNA, because all the media file, | 11:49:53 |
| 23 | popular form today, is a video compression technology. | 11:49:58 |
| 24 | So these files are all compressed, the video files, | 11:50:02 |
| 25 | using different formats.  And we basically go decompress | 11:50:04 |

Page 88

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1     the file and then generate DNA.                    11:50:08

 2     BY MR. PLATZER:                                    11:50:09

 3         Q   I want to give you a hypothetical here.    11:50:26

 4         A   Okay.                                      11:50:28

 5         Q   Okay.  I want you to assume that video DNA is  11:50:28

 6     being applied to a media file that is not compressed or  11:50:33

 7     archived.                                          11:50:38

 8         A   M-hm.                                      11:50:39

 9         Q   I also want you to assume that that file had  11:50:40

10     previously been compressed or archived.            11:50:45

11         A   M-hm.                                      11:50:47

12         Q   Does the fact that the file had previously been  11:50:48

13     compressed or archived but is not compressed or archived  11:50:51

14     at the time video DNA is applied, does the fact of that  11:50:56

15     previous compression or archiving make video DNA any  11:51:00

16     less able to extract a fingerprint?                11:51:05

17             MR. LEIBNITZ:  Object to form.             11:51:08

18             THE WITNESS:  No.                          11:51:09

19     BY MR. PLATZER:                                    11:51:12

20         Q   So the two-step process that vCloud9 performs  11:51:13

21     could also be performed in two steps rather than as part  11:51:18

22     of an integrated program?                          11:51:22

23         A   Yes.                                       11:51:24

24             MR. LEIBNITZ:  Object to form.             11:51:24

25             THE WITNESS:  Yes.                         11:51:26
```

Page 89

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1    BY MR. PLATZER:                                    11:51:30

 2        Q   To your knowledge, do any of Vobile's customers  11:51:30

 3    apply a two-step process rather than using the      11:51:33

 4    integrated software provided by vCloud9?            11:51:37

 5            MR. LEIBNITZ:  Object to form.              11:51:42

 6            THE WITNESS:  Again, we have no knowledge for  11:51:43

 7    sure, because what we see is the API, and what customer  11:51:44

 8    does before that, it's not to our knowledge.        11:51:49

 9    BY MR. PLATZER:                                     11:51:52

10        Q   But in your understanding of Vobile's       11:51:52

11    technology, there is no technical reason that a customer  11:51:54

12    could not decompress or unarchive a file and then apply  11:52:00

13    video DNA?                                          11:52:04

14            MR. LEIBNITZ:  Object to form.              11:52:06

15            THE WITNESS:  True.  Agreed.                11:52:07

16    BY MR. PLATZER:                                     11:52:11

17        Q   I would like to direct your attention back to  11:52:12

18    Wang Exhibit 2.  That was the press release we discussed  11:52:13

19    earlier.  I would like to direct you back to the second  11:52:20

20    paragraph.                                          11:52:31

21            At the end -- the second paragraph -- sorry,  11:52:34

22    the second sentence of the second paragraph says, On  11:52:38

23    cyberlockers, the vast majority of unauthorized content,  11:52:41

24    such as copyrighted movies or T.V. shows, is saved as  11:52:46

25    compressed files to allow easier downloading; however,  11:52:49
```

Page 90

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1    file compression hides true content, which until now has    11:52:51

 2    made it impossible to identify.                              11:52:54

 3         A    M-hm.                                              11:52:56

 4         Q    We discussed the sentence earlier.  I just want    11:52:57

 5    to make sure I sort of understand the --                     11:53:00

 6         A    Yes.                                               11:53:02

 7         Q    -- what this sentence is saying.                   11:53:02

 8              When it says that the compression makes it         11:53:10

 9    impossible to identify the content, is that a reference      11:53:12

10    to if one were to apply video DNA directly to the            11:53:15

11    compressed file?                                             11:53:20

12              MR. LEIBNITZ:  Object to form.                     11:53:21

13              THE WITNESS:  Yes.  There is no simple way.        11:53:23

14              And then the other thing is that, as I said,       11:53:26

15    this is from a Spiral Group marketing department, and        11:53:29

16    please don't take this as our engineering spec,              11:53:36

17    documentation, so this is not.                               11:53:39

18    BY MR. PLATZER:                                              11:53:40

19         Q    From an engineering perspective, it's not         11:53:41

20    really impossible, is it?                                    11:53:44

21              MR. LEIBNITZ:  Object to form.                     11:53:45

22              THE WITNESS:  As we discussed, yeah, we can do     11:53:46

23    it.  Just a little bit clumsy, you know, two steps, yes.     11:53:47

24    BY MR. PLATZER:                                              11:53:51

25         Q    So the benefit of vCloud9 is, it takes a          11:53:52
```

Page 91

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1    two-step process and it integrates it and makes it more    11:53:55

 2    efficient?                                                  11:53:59

 3              MR. LEIBNITZ:  Object to form.                    11:54:00

 4              THE WITNESS:  Yes, more efficient                 11:54:01

 5    operating-wise, you know, easier for customer to do it.     11:54:02

 6    BY MR. PLATZER:                                             11:54:04

 7         Q   You were asked earlier whether there are          11:54:26

 8    cyberlockers other than Hotfile who use vCloud9.  I        11:54:28

 9    don't need you to name any, because I understand that's     11:54:34

10    confidential.                                               11:54:37

11         But are there cyberlockers other than Hotfile          11:54:37

12    who use MediaWise?                                          11:54:40

13         A   Yes.                                               11:54:42

14         Q   Can you approximate for me how many?              11:54:42

15         A   A handful of them.                                 11:54:45

16         Q   Are you capable, sitting here today, of           11:55:09

17    comparing in terms of the number of queries whether        11:55:14

18    other cyberlockers who use MediaWise submit more           11:55:19

19    queries, about the same number of queries, or fewer        11:55:27

20    queries than Hotfile?                                       11:55:30

21         A   I certainly don't, you know, remember those       11:55:32

22    technical stuff.  I have to ask my technical staff.        11:55:36

23         But just purely from a, you know, business            11:55:40

24    point of view, I certainly remember, you know, because     11:55:43

25    that relates to how much they pay us for the service.      11:55:46
```

Page 92

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

1              I, the undersigned, a Certified Shorthand

2      Reporter of the State of California, do hereby certify:

3              That the foregoing proceedings were taken

4      before me at the time and place herein set forth; that

5      any witnesses in the foregoing proceedings, prior to

6      testifying, were duly sworn; that a record of the

7      proceedings was made by me using machine shorthand which

8      was thereafter transcribed under my direction; that the

9      foregoing transcript is a true record of the testimony

10     given.

11             Further, that if the foregoing pertains to the

12     original transcript of a deposition in a Federal Case,

13     before completion of the proceedings, review of the

14     transcript [ ] was [ ] was not requested.

15             I further certify I am neither financially

16     interested in the action nor a relative or employee of

17     any attorney or party to this action.

18             IN WITNESS WHEREOF, I have this date subscribed

19     my name.

20

21     Dated: January 12, 2012

22

23                    _____

                      LYNNE MARIE LEDANOIS

24                    CSR No. 6811

25

                                              Page 115

# Yeh Exhibit 131

**From:**            RThompson@fbm.com
**Sent:**            Saturday, December 31, 2011 5:46 PM
**To:**              Fabrizio, Steven B
**Cc:**              schan@jamsadr.com
**Subject:**         RE: Disney Enterprises, Inc., et al. vs. Hotfile Corp., et al.

Steve, there should be no issue about not attempting to serve the Hotfile representatives
attending the mediation.  Here are the details you requested:  The ████ beneficial owners of
Hotfile Corp. (Messrs, Titov, ████████████████████) are flying to Los Angeles for the
purpose of attending the court-ordered mediation.  They have booked flights, arriving on
January 6th and leaving on January 11th.  (They will adjust to the 10 hour time difference
and prepare for the mediation over the weekend of the 7th and 8th and will participate in the
mediation on the 9th and if necessary the 10th.)
████████████████████████████████████████████████      I am aware of no other business
and this short visit is not a vacation.

Please confirm by no later than 5 p.m. PST Tuesday the 3rd that the Plaintiffs, the MPAA and
their agents will not attempt to serve Messrs, Titov, ██████████ with any type
of legal process or papers while they are in the Los Angeles area January 6-11, 2012.  We
must insist on the short deadline to allow us time, if necessary, to file an emergency motion
with the Court in Miami for an order prohibiting the Plaintiffs from serving the Hotfile
representatives and other appropriate relief, including an award of fees and costs.

Needless to say, we would prefer not to have to file such a motion.  To that end, I suggest
that Sandra (who is copied) might please check with Judge Infante to see if he could make
time for a short call with us sometime on Tuesday to attempt to mediate any remaining dispute
on the issue if the Studios are unable to agree to this request as phrased above--thanks
Sandra.

Also, Steve, please let us know who will be attending the mediation for each of the
Plaintiffs.

Rod

-----Original Message-----
From: Fabrizio, Steven B [mailto:SFabrizio@jenner.com]
Sent: Friday, December 30, 2011 11:58 AM
To: Thompson, Rod (27) x4445
Subject: Re: Disney Enterprises, Inc., et al. vs. Hotfile Corp., et al.

I will not be able to do that until next week (the studios are closed).
I will also need more information for that.  When are they arriving and departing the US, and
what other business will they be attending to while in the US.  I can agree, without more,
that we won't attempt to serve them on January 9th, at any time.  But, I cannot agree (or
even make a recommendation to the studios) without knowing more.  I have no doubt that we can
ultimately (after I have information and client
approval) agree to a zone related to the mediation during which we will not attempt to serve
them with anything.  If they are flying to LA for the mediation and promptly flying out, then
we'll undoubtedly have no issue, subject to approval of my clients.  If they are planning to
stay in the US for 5 days to handle other business or vacation, then I would not think my
clients would have any reason to agree to a "no service"
zone for their entire stay, even if my clients in fact have no plans to bring any other legal
proceedings right now.

1

SBF

From: "Roderick M. Thompson"
<rthompson@fbm.com<mailto:rthompson@fbm.com>>
Date: Fri, 30 Dec 2011 12:39:30 -0600
To: Steven Fabrizio <sfabrizio@jenner.com<mailto:sfabrizio@jenner.com>>,
"schan@jamsadr.com<mailto:schan@jamsadr.com>"
<schan@jamsadr.com<mailto:schan@jamsadr.com>>
Subject: RE: Disney Enterprises, Inc., et al. vs. Hotfile Corp., et al.

Steve, I'm sure that you will understand that we need a little more certainty.

Please check with your clients if necessary and confirm that there will be no attempt to
serve the Hotfile representatives during their short visit to Los Angeles for purpose of
attending the court-ordered mediation. Thanks and Happy New Year.

Rod

_____

Steven B. Fabrizio
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Tel (202) 639-6040
Fax (202) 661-4823
SFabrizio@jenner.com
www.jenner.com<http://www.jenner.com/>

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is
for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this
communication is prohibited. If you believe that you have received this email in error,
please notify the sender immediately and delete it from your system.

_____

-----Original Message-----
From: Fabrizio, Steven B [mailto:SFabrizio@jenner.com]
Sent: Thursday, December 29, 2011 4:57 PM
To: Thompson, Rod (27) x4445;
schan@jamsadr.com<mailto:schan@jamsadr.com>
Subject: Re: Disney Enterprises, Inc., et al. vs. Hotfile Corp., et al.

I did - my apologies (I was reading from newest to oldest).

I don't recall making any previous commitment on Messrs, Titov, ████████████████. That
said, I can certainly agree that plaintiffs will not attempt to serve any of the ████
Hotfile shareholders during the mediation or during reasonable periods before and after to
allow ingress and egress. I can also tell you that I have not heard anything from my clients
that would even suggest they have any intention of serving any of them with any kind of legal
process. My only hesitancy in agreeing to more than I have here is that (i) I do not know
the travel plans for Messrs., Titov, ████████████████ including, for instance, how long
they intend to stay in the US, and (ii) I have not conferred with my clients and would not

feel authorized to agree to more.  But, hopefully, this should give you and them comfort that they will not be prejudiced by attending the mediation.

SBF

From: "Roderick M. Thompson"
<rthompson@fbm.com<mailto:rthompson@fbm.com><mailto:rthompson@fbm.com>>
Date: Thu, 29 Dec 2011 18:40:41 -0600
To: Steven Fabrizio
<sfabrizio@jenner.com<mailto:sfabrizio@jenner.com><mailto:sfabrizio@jenn
er.com>>,
"schan@jamsadr.com<mailto:schan@jamsadr.com><mailto:schan@jamsadr.com>"
<schan@jamsadr.com<mailto:schan@jamsadr.com><mailto:schan@jamsadr.com>>
Subject: RE: Disney Enterprises, Inc., et al. vs. Hotfile Corp., et al.

Steve, apparently you sent this message before reading mine on the same subject.  To be clear, yes, ████████████████████████████████████████████████████
████████████████████████████████

As a formality, can you please confirm your previous commitment that your clients will not attempt to serve any of Messrs, Titov, ██████████████████  with legal process of any kind while they are in the U.S. for the mediation?  Thanks.

_____
Steven B. Fabrizio
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Tel (202) 639-6040
Fax (202) 661-4823
SFabrizio@jenner.com<mailto:SFabrizio@jenner.com>
www.jenner.com<http://www.jenner.com/>

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

_____
-----Original Message-----
From: Fabrizio, Steven B [mailto:SFabrizio@jenner.com]
Sent: Thursday, December 29, 2011 4:06 PM
To: Thompson, Rod (27) x4445;
schan@jamsadr.com<mailto:schan@jamsadr.com><mailto:schan@jamsadr.com>
Subject: Re: Disney Enterprises, Inc., et al. vs. Hotfile Corp., et al.

Thank you for the additional time for mediation statements.  Plaintiffs wish to submit their statement to Judge Infante confidentially, so it is not shared with defendants.  We assume that is acceptable, but would appreciate your confirmation.

Also, I assume Rod sent the Local Rules to remind plaintiffs that, generally, each studio plaintiffs must have a corporate representative present.  I do not foresee that as an issue.

I am expecting that each of the five studio plaintiffs will send a corporate representative, and that representatives of MPAA and Jenner also will attend.

May I inquire as to who will be attending for Hotfile?  Are Messrs. ████████████ going to be attending?  At the recent depositions, ████████████████████████████████████████████ Since any settlement may require their personal commitments, plaintiffs believe they should attend.

SBF

From: "Roderick M. Thompson"
<rthompson@fbm.com<mailto:rthompson@fbm.com><mailto:rthompson@fbm.com><mailto:rthompson@fbm.com>>
Date: Thu, 29 Dec 2011 12:01:21 -0600
To:
"schan@jamsadr.com<mailto:schan@jamsadr.com><mailto:schan@jamsadr.com><mailto:schan@jamsadr.com>"
<schan@jamsadr.com<mailto:schan@jamsadr.com><mailto:schan@jamsadr.com><mailto:schan@jamsadr.com>>
Cc: Steven Fabrizio
<sfabrizio@jenner.com<mailto:sfabrizio@jenner.com><mailto:sfabrizio@jenner.com><mailto:sfabrizio@jenner.com>>
Subject: Disney Enterprises, Inc., et al. vs. Hotfile Corp., et al.

Sandra, this confirms that the parties may submit their mediation statements to Judge Infante by next Wednesday January 4th  (instead of the 2nd as stated in the attached Notice.)

As we discussed this is a court-ordered mediation, and I enclose for Judge Infante's convenience both the local rule and several court orders related to this mediation.

Thanks very much and Happy New Year.

Rod

Roderick M. Thompson
Attorney at Law
_____

Farella Braun + Martel LLP
RUSS BUILDING
235 MONTGOMERY STREET
SAN FRANCISCO / CA 94104


_____


T 415.954.4400
D 415.954.4445
F 415.954.4480
www.fbm.com<http://www.fbm.com>




_____
Steven B. Fabrizio
Jenner & Block LLP

1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Tel (202) 639-6040
Fax (202) 661-4823
SFabrizio@jenner.com<mailto:SFabrizio@jenner.com><mailto:SFabrizio@jenne
r.com>
www.jenner.com<http://www.jenner.com/>


CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is
for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this
communication is prohibited. If you believe that you have received this email in error,
please notify the sender immediately and delete it from your system.


_____
From: Thompson, Rod (27) x4445
Sent: Thursday, December 29, 2011 9:50 AM
To: Thompson, Rod (27) x4445
Subject:


_____
_

This e-mail message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized review, use, disclosure or
distribution is prohibited. If you are not the intended recipient, please contact the sender
by reply e-mail and destroy all copies of the original message. Thank you.
Farella Braun + Martel LLP

# Yeh Exhibit 132

**REDACTED**

# Yeh Exhibit 133

**REDACTED**

## VERIFICATION

I, Anton Titov, am a Manager of Hotfile Corporation, a defendant in this lawsuit.  I make this verification on behalf of said party and on behalf of myself as an individual.  I have read the foregoing Defendants' Supplemental Responses To Plaintiffs' Interrogatory Nos. 6 And 9 and know the contents thereof.  To the best of my knowledge, information and belief, the responses set forth therein are true and correct.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Executed this _12_ day of September, 2011, in Sofia, Bulgaria.

By: _____

Anton Titov

**REDACTED**

# Yeh Exhibit 134

**REDACTED**