# Yeh Exhibit 135

**REDACTED**

# Yeh Exhibit 136

**REDACTED**

# Yeh Exhibit 137

**REDACTED**

# Yeh Exhibit 138

**REDACTED**

# Yeh Exhibit 139

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**JOINT MOTION AND MEMORANDUM OF LAW OF THE PARTIES FOR
VOLUNTARY DISMISSAL OF SECOND AND THIRD COUNTS OF HOTFILE'S
FIRST AMENDED COUNTERCLAIM AND FOR AMENDMENT OF FIRST COUNT**

In order to avoid unnecessary motion practice, Plaintiff Warner Bros. Entertainment Inc. ("Warner") and Defendant Hotfile Corp. ("Hotfile") jointly move pursuant to Federal Rule of Civil Procedure 41 for voluntary dismissal without prejudice of the Second Count ("Intentional Interference With a Contractual of Business Relationship") and Third Count ("Negligence") of Defendant Hotfile Corp.'s First Amended Counterclaim (collectively, the "state law

Case 1:11-cv-20427-KMW Document 400-3 Entered on FLSD Docket 03/21/2012 Page 11 of 14
Case 1:11-cv-20427-KMW Document 151 Entered on FLSD Docket 09/22/2011 Page 2 of 9

CASE NO. 11-20427-WILLIAMS-TURNOFF

counterclaims"), which is contained in Hotfile's First Amended Answer, Affirmative Defenses and Counterclaim [D.E. #144]. Warner and Hotfile further stipulate that Hotfile may amend the First Amended Counterclaim with respect to the First Count ("Violation of the DMCA, 17 U.S.C. § 512(f)") (the "DMCA Counterclaim"), and that Warner's time to answer the First Count shall be extended, as described below.

Warner has informed Hotfile that it intends to move to dismiss the state law counterclaims as preempted by the Copyright Act, and that, for purposes of this action, Warner will not dispute that the Digital Millennium Copyright Act, 17 U.S.C. § 512 *et seq*. ("DMCA") governs the conduct alleged in the First Amended Counterclaim. Warner has further informed Hotfile that it intends to move to strike in part and dismiss in part the allegations underlying Hotfile's DMCA Counterclaim under Federal Rule of Civil Procedure 9(b) insofar as the DMCA Counterclaim alleges misrepresentations by Warner other than those specifically identified in the counterclaim itself. To avoid unnecessary motion practice on these issues, for purposes of this litigation only, Warner and Hotfile both agree, by and through their undersigned counsel, to be bound by the following stipulations:

## STIPULATION AND MEMORANDUM OF LAW

1. Warner has used a tool made available by Hotfile, called a Special Rightsholder Account ("SRA"), to notify Hotfile of material on the Hotfile system that Warner claims infringes its copyrights.

2. Warner's notifications by means of Hotfile's SRA are (and have the effect of) notifications of claimed infringement to Hotfile's designated agent under 17 U.S.C. § 512(c)(3)(A), and are therefore subject to 17 U.S.C. § 512(f).

3. Hotfile's state law counterclaims set forth in the Second Count ("Intentional Interference With a Contractual of Business Relationship") and Third Count ("Negligence") of Defendant Hotfile Corp.'s First Amended Counterclaim are hereby voluntarily dismissed by Hotfile without prejudice. This Court has

Case 1:11-cv-20427-KMW Document 400-3 Entered on FLSD Docket 03/21/2012 Page 12 of 14
Case 1:11-cv-20427-KMW Document 151 Entered on FLSD Docket 09/22/2011 Page 3 of 9

CASE NO. 11-20427-WILLIAMS-TURNOFF

authority pursuant to Rule 41 of the Federal Rules of Civil Procedure to grant the dismissal of Hotfile's state law counterclaims.

4. Hotfile shall file, and Warner consents to Hotfile's filing of, a Second Amended Counterclaim amending Hotfile's DMCA Counterclaim. The Second Amended Counterclaim will specify each use of the SRA by Warner, including the date and the specific URL taken down as a result, that Hotfile alleges to be a violation by Warner of Section 512(f) of the DMCA. The files so identified in the exhibits to Hotfile's Second Amended Counterclaim shall constitute a definitive list of deleted files that will make up Hotfile's First Count under Section 512(f) of the DMCA. In the Second Amended Counterclaim, the First Count shall expressly state that the files so identified in the exhibits constitute such a "definitive list." Hotfile shall not make further substantive amendments to the First Amended Counterclaim. Hotfile may file such Second Amended Counterclaim no later than fourteen days after the completion of one day of Hotfile's Rule 30(b)(6) deposition of Warner.

5. Warner shall answer Hotfile's Second Amended Counterclaim and will not seek dismissal pursuant to Rule 12(b)(6) or move to strike. Warner's time to answer shall be extended until ten calendar days after the date on which Hotfile files its Second Amended Counterclaim described in Paragraph 4 above; Warner shall not be required to file a separate answer to the First Amended Counterclaim before that date.

## **CONCLUSION**

On the basis of the foregoing, the Parties respectfully request that the Court grant their Joint Motion for Voluntary Dismissal of Second and Third Counts of Hotfile's First Amended Counterclaim and for Amendment of First Count. A proposed Order is attached hereto as Exhibit "A."

Case 1:11-cv-20427-KMW Document 400-3 Entered on FLSD Docket 03/21/2012 Page 13 of 14
Case 1:11-cv-20427-KMW Document 151 Entered on FLSD Docket 09/22/2011 Page 4 of 9

CASE NO. 11-20427-WILLIAMS-TURNOFF

Dated September 22, 2011                    Respectfully submitted,


By:<u>s/ Steven B. Fabrizio</u>                    By:<u>s/ Roderick M. Thompson</u>
Steven B. Fabrizio, Esq. (*pro hac vice*)      Roderick M. Thompson (admitted *pro hac vice*)
Email:  sfabrizio@janner.com                Email:  rthompson@fbm.com
Duane C. Pozza, Esq. (*pro hac vice)*          Andrew Leibnitz (admitted *pro hac vice*)
Email:  dpozza@jenner.com                   Email:  aleibnitz@fbm.com
Luke C. Platzer, Esq. (*pro hac* vice)         Anthony P. Schoenberg (admitted *pro hac vice*)
Email:  lplatzer@jenner.com                 Email:  tschoenberg@fbm.com
**JENNER AND BLOCK,** LLP                       Deepak Gupta (admitted *pro hac vice*)
1099 New York Avenue, N.W.                  Email:  dgupta@fbm.com
Suite 900                                   Janel Thamkul (admitted *pro hac vice*)
Washington, D.C.  20001                     Email:  jthamkul@fbm.com
Telephone: 202.639.6000                     **FARELLA BRAUN + MARTEL LLP**
Telecopy: 202.639.6066                      235 Montgomery St.
                                            San Francisco, CA  94104
                                            Telephone:  415.954.4400
                                            Telecopy: 415.954.4480


By: <u>s/ Karen L. Stetson</u>                     By: <u>Janet T. Munn</u>
Karen L. Stetson, Esq.                      Janet T. Munn
Florida Bar No. 742937                      Florida Bar No. 501281
Email:  Karen.Stetson@grayrobinson.com      Email:  jmunn@rascoklock.com
**GRAY-ROBINSON, P.A.**                         **RASCO KLOCK**
1211 Brickell Avenue                        283 Catalonia Avenue, Suite 200
Suite 1600                                  Coral Gables, Fl 33134
Miami, FL  33131                            Telephone:  305.476.7101
Telephone:  305.416.6880                    Telecopy: 305.476.7102
Telecopy:  305.416.6887

And                                         And


Karen R. Thorland, Esq. (*pro hac vice*)       Valentin Gurvits (*Admitted pro hac vice*)
Email:  Karen_Thorland@mpaa.org             Email:  vgurvits@bostonlawgroup.com
15301 Ventura Boulevard                     **BOSTON LAW GROUP**
Building E                                  825 Beacon Street, Suite 20
Sherman Oaks, CA  91403                     Newton Center, MA 02459
Telephone:  818.995.6600                    Telephone:  617.928.1800
Telecopy:  818.285.4403                     Telecopy: 617.928.1802

*Counsel for Plaintiffs*                    *Counsel for Defendants Hotfile Corp. and Anton Titov*

CASE NO. 11-20427-WILLIAMS-TURNOFF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served this 22nd day of September, 2011, on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Janet T. Munn
Janet T. Munn

Steven B. Fabrizio (*Pro Hac Vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza (*Pro Hac Vice*)
Email: dpozza@jenner.com
Luke C. Platzer (*Pro Hac Vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

Karen L. Stetson, Fla. Bar No.: 742937
Email: Karen.Stetson@gray-robinson.com
GRAY-ROBINSON, P.A.
1211 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Karen R. Thorland, Esq. (*pro hac vice*)
Email: Karen_Thorland@mpaa.org
15301 Ventura Boulevard
Building E
Sherman Oaks, CA 91403
Telephone: 818.995.6600
Telecopy: 818.285.4403

5