# Yeh Exhibit 141

| From: | Disney MyTeam International on behalf of Internet Enforcement |
|---|---|
| To: | abuse@hotfile.com |
| Sent: | 9/18/2009 11:01:29 AM |
| Subject: | URGENT: Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 1248] (TMS) |

Friday, September 18, 2009

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:1248 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Flash Forward*

**Location and original notification dates of infringing material:**

<u>http://hotfile.com/dl/12689030/6d27cb5/a2b4b7314be367dac758822f88d94484-1253112180.flv.html</u>
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 9/17/2009 3:56:10 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

DISNEY002835

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/12689030/6d27cb5/a2b4b7314be367dac758822f88d94484-1253112180.flv.html

--------------------

DISNEY002836

| | |
|---|---|
| **From:** | Disney MyTeam International on behalf of Internet Enforcement |
| **To:** | abuse@hotfile.com |
| **Sent:** | 9/30/2009 10:39:01 AM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 1440] (TMS) |

Wednesday, September 30, 2009

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:1440 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Secret Life of the American Teenager* ~

**Location and original notification dates of infringing material:**

http://hotfile.com/links/11234990/eacb9f9/The.Secret.Life.of.the.American.Teenager.S02E11.HDTV.XviD-FQM.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 9/25/2009 5:29:22 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

DISNEY002848

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/links/11234990/eacb9f9/The.Secret.Life.of.the.American.Teenager.S02E11.HDTV.XviD-FQM.avi.html

--------------------

DISNEY002849

| | |
|---|---|
| **From:** | Disney MyTeam International on behalf of Internet Enforcement |
| **To:** | Internet Enforcement |
| **Sent:** | 12/9/2009 11:38:44 AM |
| **Subject:** | Already Down - hotfile.com - Infringing Content Re-notification [Notice ID: 2187] (TMS) |

Wednesday, December 09, 2009

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:2187 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *FlashForward 1*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/13949445/ef428f8/F.S01E02.HDTV.X.NoTV.www.scenetube.net.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 11/20/2009 5:31:33 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

DISNEY002852

---------------------

http://hotfile.com/dl/13949445/ef428f8/F.S01E02.HDTV.X.NoTV.www.scenetube.net.part1.rar.html

---------------------

DISNEY002853

| | |
|---|---|
| **From:** | Disney MyTeam International on behalf of Internet Enforcement |
| **To:** | Internet Enforcement |
| **Sent:** | 4/5/2010 1:57:14 PM |
| **Subject:** | Already Down - hotfile.com - Infringing Content Re-notification [Notice ID: 3241] (TMS) |

Monday, April 05, 2010

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:3241 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Desperate Housewives 6*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/30681210/b844716/Desperate.Housewives.S06E16.HDTV.XviD-LOL.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 3/23/2010 3:31:31 PM)*

http://hotfile.com/dl/30668183/33a9446/Desperate.Housewives.S06E16.HDTV.XviD-LOL.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 3/23/2010 3:31:32 PM)*

http://hotfile.com/dl/30667909/16d63cd/Desperate.Housewives.S06E16.HDTV.XviD-LOL.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 3/23/2010 3:31:33 PM)*

http://hotfile.com/dl/30697892/1e6ac7b/Desperate.Housewives.S06E16.720p.HDTV.X264.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 3/23/2010 3:31:34 PM)*

http://hotfile.com/dl/30710905/6fb0b8e/Desperate.Housewives.S06E16.720p.HDTV.X264.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 3/23/2010 3:31:35 PM)*

http://hotfile.com/dl/30715371/d99d793/Desperate.Housewives.S06E16.720p.HDTV.X264.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 3/23/2010 3:31:36 PM)*

DISNEY002850

http://hotfile.com/dl/30782460/fa4b876/desperate.housewives.s06e16.hdtv.xvid-xii.avi.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 3/23/2010 3:31:37 PM)*

http://hotfile.com/dl/24668369/4b8968f/dhw_613_.x264.mkv.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 3/23/2010 3:31:38 PM)*

http://hotfile.com/dl/29599604/d5d25c8/DHW.615.x264.mkv.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 3/23/2010 3:31:39 PM)*


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521


[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/30681210/b844716/Desperate.Housewives.S06E16.HDTV.XviD-LOL.rar
http://hotfile.com/dl/30668183/33a9446/Desperate.Housewives.S06E16.HDTV.XviD-LOL.part2.rar.html
http://hotfile.com/dl/30667909/16d63cd/Desperate.Housewives.S06E16.HDTV.XviD-LOL.part1.rar.html
http://hotfile.com/dl/30697892/1e6ac7b/Desperate.Housewives.S06E16.720p.HDTV.X264.part1.rar.html
http://hotfile.com/dl/30710905/6fb0b8e/Desperate.Housewives.S06E16.720p.HDTV.X264.part2.rar.html
http://hotfile.com/dl/30715371/d99d793/Desperate.Housewives.S06E16.720p.HDTV.X264.part3.rar.html
http://hotfile.com/dl/30782460/fa4b876/desperate.housewives.s06e16.hdtv.xvid-xii.avi.rar.html
http://hotfile.com/dl/24668369/4b8968f/dhw_613_.x264.mkv.html
http://hotfile.com/dl/29599604/d5d25c8/DHW.615.x264.mkv.html

--------------------

DISNEY002851

| | |
|---|---|
| **From:** | Disney MyTeam International on behalf of Internet Enforcement |
| **To:** | Internet Enforcement |
| **Sent:** | 5/13/2010 11:25:47 AM |
| **Subject:** | Already Down- hotfile.com - Infringing Content Re-notification [Notice ID: 3499] (TMS) |

Thursday, May 13, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:3499 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Lost 6*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/35535758/3147779/lo.610.kruger.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 4/12/2010 2:34:45 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

DISNEY002854

--------------------

http://hotfile.com/dl/35535758/3147779/lo.610.kruger.part1.rar.html

--------------------

DISNEY002855

| | |
|---|---|
| **From:** | Disney MyTeam International on behalf of Internet Enforcement |
| **To:** | abuse@hotfile.com |
| **Sent:** | 7/2/2010 11:10:04 AM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4068] (TMS) |

Friday, July 02, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4068 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Prince of Persia*

**Location and original notification dates of infringing material:**

<u>http://hotfile.com/dl/46482502/c18012a/kingdom-poptsot.ts.part3.rar.html</u>
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:31 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

DISNEY002844

--------------------

http://hotfile.com/dl/46482502/c18012a/kingdom-poptsot.ts.part3.rar.html

--------------------

DISNEY002845

| From: | Disney MyTeam International on behalf of Internet Enforcement |
|---|---|
| To: | abuse@hotfile.com |
| Sent: | 7/2/2010 11:08:52 AM |
| Subject: | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4066] (TMS) |

Friday, July 02, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4066 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Prince of Persia*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/46482538/ce79567/kingdom-poptsot.ts.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:28 PM)*


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521


[NOTE: The above Links have been re-listed here in single line format for convenience.]

DISNEY002846

--------------------

http://hotfile.com/dl/46482538/ce79567/kingdom-poptsot.ts.part6.rar.html

--------------------

DISNEY002847

| | |
|---|---|
| **From:** | Disney MyTeam International on behalf of Internet Enforcement |
| **To:** | abuse@hotfile.com |
| **Sent:** | 7/7/2010 12:56:07 PM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4099] (TMS) |

Wednesday, July 07, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4099 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Prince of Persia*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/46482499/b6eaeb2/kingdom-poptsot.ts.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:35 PM)*

http://hotfile.com/dl/46482540/ecae38d/kingdom-poptsot.ts.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:38 PM)*

http://hotfile.com/dl/46482557/edacc31/kingdom-poptsot.ts.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:46 PM)*

http://hotfile.com/dl/46489263/8c92f77/Prism-pop.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:50 PM)*

http://hotfile.com/dl/46489268/ee44213/Prism-pop.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:53 PM)*

http://hotfile.com/dl/46489300/86408cf/Prism-pop.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:57 PM)*

DISNEY002837

http://hotfile.com/dl/46489308/a4e060f/Prism-pop.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:02 PM)*


http://hotfile.com/dl/46489310/1837afe/Prism-pop.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:08 PM)*


http://hotfile.com/dl/46489352/91d698b/Prism-pop.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:12 PM)*


http://hotfile.com/dl/46489360/22ffb02/Prism-pop.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:16 PM)*


http://hotfile.com/dl/46492873/223090d/sc0rp-poptsotts.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:20 PM)*


http://hotfile.com/dl/46493018/8c978b9/sc0rp-poptsotts.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:23 PM)*


http://hotfile.com/dl/46546018/a3c3ffb/PrinceOfAkilwoodPersia_WarezSL.org.part12.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:11 PM)*


http://hotfile.com/dl/46546020/03326d6/PrinceOfAkilwoodPersia_WarezSL.org.part13.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:15 PM)*


http://hotfile.com/dl/46546021/202b7b7/PrinceOfAkilwoodPersia_WarezSL.org.part14.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:19 PM)*


http://hotfile.com/dl/46546056/2aad44d/PrinceOfAkilwoodPersiamkv_WarezSL.org.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:22 PM)*


http://hotfile.com/dl/46546057/f85c2d7/PrinceOfAkilwoodPersiamkv_WarezSL.org.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:26 PM)*


http://hotfile.com/dl/46546058/b76c907/PrinceOfAkilwoodPersiamkv_WarezSL.org.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:30 PM)*


http://hotfile.com/dl/46546059/16a47da/PrinceOfAkilwoodPersiamkv_WarezSL.org.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:34 PM)*


http://hotfile.com/dl/46659288/6f29b50/POPTSV2.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:39 PM)*


http://hotfile.com/dl/46658775/5ee1f31/POPTSV2.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:42 PM)*

DISNEY002838

http://hotfile.com/dl/45348237/b07fad3/Pop.ts.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:46 PM)*

http://hotfile.com/dl/45348244/f57675a/Pop.ts.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:50 PM)*

http://hotfile.com/dl/45348232/93460ea/Pop.ts.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:53 PM)*

http://hotfile.com/dl/45348239/81c7d07/Pop.ts.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:58 PM)*

http://hotfile.com/dl/45997063/bca3265/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:03 PM)*

http://hotfile.com/dl/45997105/701cd80/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:08 PM)*

http://hotfile.com/dl/45997103/e202e3d/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:13 PM)*

http://hotfile.com/dl/45997018/5b963eb/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:16 PM)*

http://hotfile.com/dl/45997068/d1c1546/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:19 PM)*

http://hotfile.com/dl/45997132/48ee793/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:22 PM)*

http://hotfile.com/dl/46732966/a1a898e/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:00:43 PM)*

http://hotfile.com/dl/46732685/8b27414/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:00:46 PM)*

http://hotfile.com/dl/46732677/84da0c5/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-

DISNEY002839

PrisM.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:00:49 PM)*

http://hotfile.com/dl/46732232/aee7be9/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:00:55 PM)*

http://hotfile.com/dl/46733132/df930b7/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:00 PM)*

http://hotfile.com/dl/46732754/7d6767f/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:06 PM)*

http://hotfile.com/dl/46088263/12784ea/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:10 PM)*

http://hotfile.com/dl/46088277/323793b/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:13 PM)*

http://hotfile.com/dl/46088270/9b58b54/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:16 PM)*

http://hotfile.com/dl/46088280/cf50798/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:20 PM)*

http://hotfile.com/dl/46429035/a99775f/backup.POPTSOTTSV2.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:25 PM)*

http://hotfile.com/dl/46429043/0b657af/backup.POPTSOTTSV2.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:30 PM)*

http://hotfile.com/dl/46429050/eb6e788/backup.POPTSOTTSV2.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:34 PM)*

http://hotfile.com/dl/46429052/4a5f383/backup.POPTSOTTSV2.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:37 PM)*

http://hotfile.com/dl/46253245/ae08a26/backup.POPTSOTTSV2.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:41 PM)*

DISNEY002840

http://hotfile.com/dl/46253246/88178d8/backup.POPTSOTTSV2.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:47 PM)*

http://hotfile.com/dl/46253247/996b147/backup.POPTSOTTSV2.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:53 PM)*

http://hotfile.com/dl/46253248/c95e9ea/backup.POPTSOTTSV2.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:56 PM)*

http://hotfile.com/dl/46122034/0120599/just4freeplanet.com_PViSOPTSOTPrO-SW.r03.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:00 PM)*

http://hotfile.com/dl/46122031/02bed2f/just4freeplanet.com_PViSOPTSOTPrO-SW.r04.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:03 PM)*

http://hotfile.com/dl/46122041/fd267e9/just4freeplanet.com_PViSOPTSOTPrO-SW.r00.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:08 PM)*

http://hotfile.com/dl/46122037/a17756a/just4freeplanet.com_PViSOPTSOTPrO-SW.r02.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:13 PM)*

http://hotfile.com/dl/46122039/be84dde/just4freeplanet.com_PViSOPTSOTPrO-SW.r01.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:17 PM)*

http://hotfile.com/dl/46122030/2d46b89/just4freeplanet.com_PViSOPTSOTPrO-SW.r05.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:20 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

DISNEY002841

http://hotfile.com/dl/46482499/b6eaeb2/kingdom-poptsot.ts.part7.rar.html
http://hotfile.com/dl/46482540/ecae38d/kingdom-poptsot.ts.part1.rar.html
http://hotfile.com/dl/46482557/edacc31/kingdom-poptsot.ts.part2.rar.html
http://hotfile.com/dl/46489263/8c92f77/Prism-pop.part4.rar.html
http://hotfile.com/dl/46489268/ee44213/Prism-pop.part1.rar.html
http://hotfile.com/dl/46489300/86408cf/Prism-pop.part5.rar.html
http://hotfile.com/dl/46489308/a4e060f/Prism-pop.part6.rar.html
http://hotfile.com/dl/46489310/1837afe/Prism-pop.part7.rar.html
http://hotfile.com/dl/46489352/91d698b/Prism-pop.part2.rar.html
http://hotfile.com/dl/46489360/22ffb02/Prism-pop.part3.rar.html
http://hotfile.com/dl/46492873/223090d/sc0rp-poptsotts.part2.rar.html
http://hotfile.com/dl/46493018/8c978b9/sc0rp-poptsotts.part1.rar.html
http://hotfile.com/dl/46546018/a3c3ffb/PrinceOfAkilwoodPersia_WarezSL.org.part12.rar.html
http://hotfile.com/dl/46546020/03326d6/PrinceOfAkilwoodPersia_WarezSL.org.part13.rar.html
http://hotfile.com/dl/46546021/202b7b7/PrinceOfAkilwoodPersia_WarezSL.org.part14.rar.html
http://hotfile.com/dl/46546056/2aad44d/PrinceOfAkilwoodPersiamkv_WarezSL.org.part1.rar.html
http://hotfile.com/dl/46546057/f85c2d7/PrinceOfAkilwoodPersiamkv_WarezSL.org.part2.rar.html
http://hotfile.com/dl/46546058/b76c907/PrinceOfAkilwoodPersiamkv_WarezSL.org.part3.rar.html
http://hotfile.com/dl/46546059/16a47da/PrinceOfAkilwoodPersiamkv_WarezSL.org.part4.rar.html
http://hotfile.com/dl/46659288/6f29b50/POPTSV2.part2.rar.html
http://hotfile.com/dl/46658775/5ee1f31/POPTSV2.part1.rar.html
http://hotfile.com/dl/45348237/b07fad3/Pop.ts.part2.rar.html
http://hotfile.com/dl/45348244/f57675a/Pop.ts.part4.rar.html
http://hotfile.com/dl/45348232/93460ea/Pop.ts.part1.rar.html
http://hotfile.com/dl/45348239/81c7d07/Pop.ts.part3.rar.html
http://hotfile.com/dl/45997063/bca3265/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part1.rar.html
http://hotfile.com/dl/45997105/701cd80/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part2.rar.html
http://hotfile.com/dl/45997103/e202e3d/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part5.rar.html
http://hotfile.com/dl/45997018/5b963eb/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part4.rar.html
http://hotfile.com/dl/45997068/d1c1546/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part3.rar.html
http://hotfile.com/dl/45997132/48ee793/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part6.rar.html
http://hotfile.com/dl/46732966/a1a898e/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part1.rar.html
http://hotfile.com/dl/46732685/8b27414/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part2.rar.html
http://hotfile.com/dl/46732677/84da0c5/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part3.rar.html
http://hotfile.com/dl/46732232/aee7be9/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part4.rar.html
http://hotfile.com/dl/46733132/df930b7/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part5.rar.html
http://hotfile.com/dl/46732754/7d6767f/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part6.rar.html
http://hotfile.com/dl/46088263/12784ea/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part1.rar.html
http://hotfile.com/dl/46088277/323793b/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-

DISNEY002842

Team.part3.rar.html
http://hotfile.com/dl/46088270/9b58b54/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part2.rar.html
http://hotfile.com/dl/46088280/cf50798/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part4.rar.html
http://hotfile.com/dl/46429035/a99775f/backup.POPTSOTTSV2.part1.rar.html
http://hotfile.com/dl/46429043/0b657af/backup.POPTSOTTSV2.part2.rar.html
http://hotfile.com/dl/46429050/eb6e788/backup.POPTSOTTSV2.part3.rar.html
http://hotfile.com/dl/46429052/4a5f383/backup.POPTSOTTSV2.part4.rar.html
http://hotfile.com/dl/46253245/ae08a26/backup.POPTSOTTSV2.part1.rar.html
http://hotfile.com/dl/46253246/88178d8/backup.POPTSOTTSV2.part2.rar.html
http://hotfile.com/dl/46253247/996b147/backup.POPTSOTTSV2.part3.rar.html
http://hotfile.com/dl/46253248/c95e9ea/backup.POPTSOTTSV2.part4.rar.html
http://hotfile.com/dl/46122034/0120599/just4freeplanet.com_PViSOPTSOTPrO-SW.r03.html
http://hotfile.com/dl/46122031/02bed2f/just4freeplanet.com_PViSOPTSOTPrO-SW.r04.html
http://hotfile.com/dl/46122041/fd267e9/just4freeplanet.com_PViSOPTSOTPrO-SW.r00.html
http://hotfile.com/dl/46122037/a17756a/just4freeplanet.com_PViSOPTSOTPrO-SW.r02.html
http://hotfile.com/dl/46122039/be84dde/just4freeplanet.com_PViSOPTSOTPrO-SW.r01.html
http://hotfile.com/dl/46122030/2d46b89/just4freeplanet.com_PViSOPTSOTPrO-SW.r05.html

--------------------

DISNEY002843

| | |
|---|---|
| **From:** | INTL.Portal@SM-GBLO-VSMTP01.emea.wdpr.disney.com on behalf of Internet Enforcement |
| **To:** | abuse@hotfile.com |
| **Sent:** | 7/13/2010 4:48:31 PM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4170] (TMS) |

Wednesday, July 14, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4170 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Prince of Persia*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/46122027/25a97b4/just4freeplanet.com_PViSOPTSOTPrO-SW.r06.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:24 PM)*

http://hotfile.com/dl/46121890/1c54f8e/just4freeplanet.com_PViSOPTSOTPrO-SW.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:27 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

DISNEY000138

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/46122027/25a97b4/just4freeplanet.com_PViSOPTSOTPrO-SW.r06.html
http://hotfile.com/dl/46121890/1c54f8e/just4freeplanet.com_PViSOPTSOTPrO-SW.rar.html

--------------------

DISNEY000139

**From:**     INTL.Portal@SM-GBLO-VSMTP01.emea.wdpr.disney.com on behalf of
              Internet.Enforcement@disney.com
**To:**       abuse@hotfile.com
**Sent:**     7/30/2010 3:58:21 PM
**Subject:**  Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4407] (TMS)


Friday, July 30, 2010

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4407 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney
Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney
copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one
or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be
forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Prince of Persia, Sorcerer's Apprentice, The(Archive)*, *Hannah
Montana 3, Lost 5, Last Song, The*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/46122027/25a97b4/just4freeplanet.com_PViSOPTSOTPrO-SW.r06.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:24 PM)*

http://hotfile.com/dl/46121890/1c54f8e/just4freeplanet.com_PViSOPTSOTPrO-SW.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:27 PM)*

http://hotfile.com/dl/55436070/faa6dca/TSA2010.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:50:58 PM)*

http://hotfile.com/dl/55436507/f106c5e/TSA2010.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:03 PM)*

http://hotfile.com/dl/55436338/eb36e53/TSA2010.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:07 PM)*

http://hotfile.com/dl/55436707/0724a76/TSA2010.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000125

*(Original Notification Date: 7/18/2010 7:51:19 PM)*

http://hotfile.com/dl/55436916/1fe0f06/TSA2010.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:19 PM)*

http://hotfile.com/dl/55437191/bc391ec/TSA2010.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:25 PM)*

http://hotfile.com/dl/55437511/780bb96/TSA2010.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:30 PM)*

http://hotfile.com/dl/55437584/590a90f/TSA2010.part8.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:36 PM)*

http://hotfile.com/dl/55535677/ec8634c/The.Sorc.app.ryesooyoung.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:42 PM)*

http://hotfile.com/dl/55540461/f85294a/The.Sorc.app.ryesooyoung.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:48 PM)*

http://hotfile.com/dl/55541632/f4f10f3/The.Sorc.app.ryesooyoung.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:54 PM)*

http://hotfile.com/dl/55539961/ee0b1ea/The.Sorc.app.ryesooyoung.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:52:00 PM)*

http://hotfile.com/dl/55500913/4c07b51/www.clubwarez.ws.by.BKZ_epid-tsa.cam.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:52:54 PM)*

http://hotfile.com/dl/55562740/14d86ac/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:52:58 PM)*

http://hotfile.com/dl/55562779/42e081a/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:03 PM)*

http://hotfile.com/dl/55562798/3598610/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:07 PM)*

http://hotfile.com/dl/55562822/e92aff9/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:11 PM)*

http://hotfile.com/dl/55545383/b403d0b/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:07 PM)*

http://hotfile.com/dl/55545419/224435d/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html

DISNEY000126

* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:54:11 PM)*

http://hotfile.com/dl/55545581/0b6598d/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:54:17 PM)*

http://hotfile.com/dl/55545570/241475b/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:54:23 PM)*

http://hotfile.com/dl/55488521/7188289/Caruc.by.Willy4400.of.BonGo.part2.rar
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:56:36 PM)*

http://hotfile.com/dl/55488662/8be7e2b/Caruc.by.Willy4400.of.BonGo.part3.rar
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:56:41 PM)*

http://hotfile.com/dl/55488373/652ec1b/Caruc.by.Willy4400.of.BonGo.part1.rar
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:56:47 PM)*

http://hotfile.com/dl/55490360/cee0082/Caruc.by.Willy4400.of.BonGo.part4.rar
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:56:52 PM)*

http://hotfile.com/dl/55566842/a91ff69/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:56:57 PM)*

http://hotfile.com/dl/55566857/457d8d6/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:57:03 PM)*

http://hotfile.com/dl/55566865/bbdeb2e/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:57:07 PM)*

http://hotfile.com/dl/55566890/30eb0cd/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:57:13 PM)*

http://hotfile.com/dl/55422608/77e6df7/U4enik_4arodeja.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:57:18 PM)*

http://hotfile.com/dl/55422612/90fccd0/U4enik_4arodeja.part8.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:57:24 PM)*

http://hotfile.com/dl/55422613/2edcf9b/U4enik_4arodeja.part7.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:57:29 PM)*

http://hotfile.com/dl/55422868/557701c/U4enik_4arodeja.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/18/2010 7:57:35 PM)*

DISNEY000127

http://hotfile.com/dl/55422614/f9bf082/U4enik_4arodeja.part6.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:57:41 PM)


http://hotfile.com/dl/55424000/13721a1/U4enik_4arodeja.part3.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:57:48 PM)


http://hotfile.com/dl/55424003/343ba33/U4enik_4arodeja.part2.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:57:53 PM)


http://hotfile.com/dl/55424010/fcec3bc/U4enik_4arodeja.part1.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:57:59 PM)


http://hotfile.com/dl/55424219/d55b754/U4enik_4arodeja_700.part4.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:58:04 PM)


http://hotfile.com/dl/55425098/31fff2d/U4enik_4arodeja_700.part3.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:58:10 PM)


http://hotfile.com/dl/55425370/af2886d/U4enik_4arodeja_700.part2.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:58:15 PM)


http://hotfile.com/dl/55425375/b08a4f3/U4enik_4arodeja_700.part1.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:58:21 PM)


http://hotfile.com/dl/55770140/d16ad80/The_Sorcerers_Apprentice_TS_XViD_IMAGiNE.avi.html
*  To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/20/2010 3:10:28 AM)


http://hotfile.com/dl/55771091/8af5310/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.avi.html
*  To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/20/2010 3:10:28 AM)


http://hotfile.com/dl/55755437/1c69941/T.S.A.TS.By.Sidofox.part1.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/20/2010 3:10:57 AM)


http://hotfile.com/dl/55755051/fc4389a/T.S.A.TS.By.Sidofox.part2.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/20/2010 3:10:58 AM)


http://hotfile.com/dl/55777433/7785898/TSA-KiNGDOM.avi.html
*  To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/20/2010 3:10:59 AM)


http://hotfile.com/dl/55811673/26b744d/The.Sorcerers.Apprentice.2010.FRENCH.TS.MD.XviD-SSL.www.films-
down.com.avi.html
*  To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/20/2010 3:11:01 AM)


http://hotfile.com/dl/38857934/631cf91/Montana.S03E15.DVDRip.XviD-PFa-SceneFlux.net.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.

DISNEY000128

*(Original Notification Date: 7/20/2010 3:10:41 AM)*

http://hotfile.com/dl/5183505/a6ef91b/Lost-5-00-DannyE.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/20/2010 3:11:03 AM)*

http://hotfile.com/dl/52640132/00d3543/The.Last.Song.TS.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:36:16 PM)*

http://hotfile.com/dl/52640135/cc5932e/The.Last.Song.TS.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:36:19 PM)*

http://hotfile.com/dl/52640138/b021128/The.Last.Song.TS.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:36:21 PM)*

http://hotfile.com/dl/52640137/ac48262/The.Last.Song.TS.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:36:22 PM)*

http://hotfile.com/dl/52640139/156cf62/The.Last.Song.TS.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:36:24 PM)*

http://hotfile.com/dl/47006850/5220487/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:36:27 PM)*

http://hotfile.com/dl/47006853/cf09132/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:36:52 PM)*

http://hotfile.com/dl/47006849/ba412d7/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:37:04 PM)*

http://hotfile.com/dl/47006851/405deec/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:37:19 PM)*

http://hotfile.com/dl/47006854/41ec5e8/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part8.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:37:26 PM)*

http://hotfile.com/dl/47006852/e1f23d2/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:37:31 PM)*

http://hotfile.com/dl/47006848/d802099/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:37:36 PM)*

http://hotfile.com/dl/47006855/2f6ea2e/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:37:40 PM)*

http://hotfile.com/dl/47259388/3519afc/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part3.rar.html

DISNEY000129

*To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/21/2010 9:37:43 PM)*

http://hotfile.com/dl/47257641/bfe8e45/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/21/2010 9:37:45 PM)*

http://hotfile.com/dl/47260952/95446ed/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 7/21/2010 9:37:46 PM)*


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521


[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/46122027/25a97b4/just4freeplanet.com_PViSOPTSOTPrO-SW.r06.html
http://hotfile.com/dl/46121890/1c54f8e/just4freeplanet.com_PViSOPTSOTPrO-SW.rar.html
http://hotfile.com/dl/55436070/faa6dca/TSA2010.part1.rar.html
http://hotfile.com/dl/55436507/f106c5e/TSA2010.part3.rar.html
http://hotfile.com/dl/55436338/eb36e53/TSA2010.part2.rar.html
http://hotfile.com/dl/55436707/0724a76/TSA2010.part4.rar.html
http://hotfile.com/dl/55436916/1fe0f06/TSA2010.part5.rar.html
http://hotfile.com/dl/55437191/bc391ec/TSA2010.part6.rar.html
http://hotfile.com/dl/55437511/780bb96/TSA2010.part7.rar.html
http://hotfile.com/dl/55437584/590a90f/TSA2010.part8.rar.html
http://hotfile.com/dl/55535677/ec8634c/The.Sorc.app.ryesooyoung.part1.rar.html
http://hotfile.com/dl/55540461/f85294a/The.Sorc.app.ryesooyoung.part2.rar.html
http://hotfile.com/dl/55541632/f4f10f3/The.Sorc.app.ryesooyoung.part3.rar.html
http://hotfile.com/dl/55539961/ee0b1ea/The.Sorc.app.ryesooyoung.part4.rar.html
http://hotfile.com/dl/55500913/4c07b51/www.clubwarez.ws.by.BKZ_epid-tsa.cam.avi.html
http://hotfile.com/dl/55562740/14d86ac/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
http://hotfile.com/dl/55562779/42e081a/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
http://hotfile.com/dl/55562798/3598610/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
http://hotfile.com/dl/55562822/e92aff9/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
http://hotfile.com/dl/55545383/b403d0b/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
http://hotfile.com/dl/55545419/224435d/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
http://hotfile.com/dl/55545581/0b6598d/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html

DISNEY000130

http://hotfile.com/dl/55545570/2414475b/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
http://hotfile.com/dl/55488521/7188289/Caruc.by.Willy4400.of.BonGo.part2.rar
http://hotfile.com/dl/55488662/8be7e2b/Caruc.by.Willy4400.of.BonGo.part3.rar
http://hotfile.com/dl/55488373/652ec1b/Caruc.by.Willy4400.of.BonGo.part1.rar
http://hotfile.com/dl/55490360/cee0082/Caruc.by.Willy4400.of.BonGo.part4.rar
http://hotfile.com/dl/55566842/a91ff69/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
http://hotfile.com/dl/55566857/457d8d6/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
http://hotfile.com/dl/55566865/bbdeb2e/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
http://hotfile.com/dl/55566890/30eb0cd/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
http://hotfile.com/dl/55422608/77e6df7/U4enik_4arodeja.part5.rar.html
http://hotfile.com/dl/55422612/90fccd0/U4enik_4arodeja.part8.rar.html
http://hotfile.com/dl/55422613/2edcf9b/U4enik_4arodeja.part7.rar.html
http://hotfile.com/dl/55422868/557701c/U4enik_4arodeja.part4.rar.html
http://hotfile.com/dl/55422614/f9bf082/U4enik_4arodeja.part6.rar.html
http://hotfile.com/dl/55424000/13721a1/U4enik_4arodeja.part3.rar.html
http://hotfile.com/dl/55424003/343ba33/U4enik_4arodeja.part2.rar.html
http://hotfile.com/dl/55424010/fcec3bc/U4enik_4arodeja.part1.rar.html
http://hotfile.com/dl/55424219/d55b754/U4enik_4arodeja_700.part4.rar.html
http://hotfile.com/dl/55425098/31fff2d/U4enik_4arodeja_700.part3.rar.html
http://hotfile.com/dl/55425370/af2886d/U4enik_4arodeja_700.part2.rar.html
http://hotfile.com/dl/55425375/b08a4f3/U4enik_4arodeja_700.part1.rar.html
http://hotfile.com/dl/55770140/d16ad80/The_Sorcerers_Apprentice_TS_XViD_IMAGiNE.avi.html
http://hotfile.com/dl/55771091/8af5310/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.avi.html
http://hotfile.com/dl/55755437/1c69941/T.S.A.TS.By.Sidofox.part1.rar.html
http://hotfile.com/dl/55755051/fc4389a/T.S.A.TS.By.Sidofox.part2.rar.html
http://hotfile.com/dl/55777433/7785898/TSA-KiNGDOM.avi.html
http://hotfile.com/dl/55811673/26b744d/The.Sorcerers.Apprentice.2010.FRENCH.TS.MD.XviD-SSL.www.films-down.com.avi.html
http://hotfile.com/dl/38857934/631cf91/Montana.S03E15.DVDRip.XviD-PFa-SceneFlux.net.rar.html
http://hotfile.com/dl/5183505/a6ef91b/Lost-5-00-DannyE.rar.html
http://hotfile.com/dl/52640132/00d3543/The.Last.Song.TS.part1.rar.html
http://hotfile.com/dl/52640135/cc5932e/The.Last.Song.TS.part2.rar.html
http://hotfile.com/dl/52640138/b021128/The.Last.Song.TS.part4.rar.html
http://hotfile.com/dl/52640137/ac48262/The.Last.Song.TS.part3.rar.html
http://hotfile.com/dl/52640139/156cf62/The.Last.Song.TS.part5.rar.html
http://hotfile.com/dl/47006850/5220487/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part1.rar.html
http://hotfile.com/dl/47006853/cf09132/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part2.rar.html
http://hotfile.com/dl/47006849/ba412d7/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part5.rar.html
http://hotfile.com/dl/47006851/405deec/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part3.rar.html
http://hotfile.com/dl/47006854/41ec5e8/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part8.rar.html
http://hotfile.com/dl/47006852/e1f23d2/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part4.rar.html
http://hotfile.com/dl/47006848/d802099/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part7.rar.html
http://hotfile.com/dl/47006855/2f6ea2e/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part6.rar.html
http://hotfile.com/dl/47259388/3519afc/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part3.rar.html
http://hotfile.com/dl/47257641/bfe8e45/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part1.rar.html
http://hotfile.com/dl/47260952/95446ed/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part5.rar.html


--------------------

DISNEY000131

| | |
|---|---|
| **From:** | INTL.Portal@SM-GBLO-VSMTP01.emea.wdpr.disney.com on behalf of Internet.Enforcement@disney.com |
| **To:** | abuse@hotfile.com |
| **Sent:** | 7/30/2010 4:31:32 PM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4409] (TMS) |

Saturday, July 31, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4409 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Last Song, The*, *Lost 5*, *Prince of Persia*, *Sorcerer's Apprentice, The(Archive)*, *Toy Story 3*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/47258505/e17f71f/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:37:50 PM)*

http://hotfile.com/dl/47260169/08bc2c9/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:38:03 PM)*

http://hotfile.com/dl/47261948/2b9cffd/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:38:15 PM)*

http://hotfile.com/dl/47262833/dd23f72/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part8.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:38:28 PM)*

http://hotfile.com/dl/47262727/1212722/i-Fresh_The.Last.Song.SUBBED.TS.XViD-IMAGiNE.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:38:35 PM)*

http://hotfile.com/dl/48847575/a7a6bb9/PrisM-LastSong_warezisit.com.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000107

*(Original Notification Date: 7/21/2010 9:38:44 PM)*

http://hotfile.com/dl/48847771/318b6f8/PrisM-LastSong_warezisit.com.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:38:47 PM)*

http://hotfile.com/dl/48847844/56511c0/PrisM-LastSong_warezisit.com.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:38:57 PM)*

http://hotfile.com/dl/44107783/941ff34/The.Last.Song.2010.TS.XviD-WBZ.zenithforumz.com.avi.001.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:39:02 PM)*

http://hotfile.com/dl/44108515/dd9bced/The.Last.Song.2010.TS.XviD-WBZ.zenithforumz.com.avi.002.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:39:04 PM)*

http://hotfile.com/dl/44108070/3dd8bdd/The.Last.Song.2010.TS.XviD-WBZ.zenithforumz.com.avi.003.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:39:08 PM)*

http://hotfile.com/dl/44108289/e7d61df/The.Last.Song.2010.TS.XviD-WBZ.zenithforumz.com.avi.005.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:39:11 PM)*

http://hotfile.com/dl/44108873/1298c3f/The.Last.Song.2010.TS.XviD-WBZ.zenithforumz.com.avi.006.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:39:14 PM)*

http://hotfile.com/dl/44107508/653b957/The.Last.Song.2010.TS.XviD-WBZ.zenithforumz.com.avi.004.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/21/2010 9:39:16 PM)*

http://hotfile.com/dl/3671152/92b5cb0/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:01 PM)*

http://hotfile.com/dl/3671097/bca2226/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:07 PM)*

http://hotfile.com/dl/3671087/8a571d4/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:09 PM)*

http://hotfile.com/dl/3671159/9771d1b/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:10 PM)*

http://hotfile.com/dl/3671027/1200fbe/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:11 PM)*

http://hotfile.com/dl/3671046/98b3794/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:14 PM)*

http://hotfile.com/dl/3671296/cee7ed4/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part7.rar.html

DISNEY000108

*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:24 PM)*

http://hotfile.com/dl/5183726/405f601/Lost-5-13-DannyE.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:24 PM)*

http://hotfile.com/dl/258869/71bd0ec/lo.s05e13.720p.hdtv.x264-ctunl.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:44 PM)*

http://hotfile.com/dl/258805/d320479/lo.s05e13.720p.hdtv.x264-ctunl.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:46 PM)*

http://hotfile.com/dl/258744/a425d7b/lo.s05e13.720p.hdtv.x264-ctunl.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:50 PM)*

http://hotfile.com/dl/258741/e3908db/lo.s05e13.720p.hdtv.x264-ctunl.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:53 PM)*

http://hotfile.com/dl/12524542/5a915f1/lost.s05e16-e17.hdtv.xvid-fqm.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:54 PM)*

http://hotfile.com/dl/12524543/69123f4/lost.s05e16-e17.hdtv.xvid-fqm.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:57 PM)*

http://hotfile.com/dl/12524529/7eabe8c/lost.s05e03.hdtv.xvid-xor.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:57:10 PM)*

http://hotfile.com/dl/12524530/1690bae/lost.s05e04.hdtv.xvid-xor.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:57:11 PM)*

http://hotfile.com/dl/12524531/bc84009/lost.s05e05.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:57:13 PM)*

http://hotfile.com/dl/12524532/a355e0a/lost.s05e06.hdtv.xvid-xor.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:57:18 PM)*

http://hotfile.com/dl/12524533/63d24a9/lost.s05e07.xor.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:57:23 PM)*

http://hotfile.com/dl/12524535/2d49780/lost.s05e09.xvid.notv.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:57:27 PM)*

http://hotfile.com/dl/12524537/dbda07d/lost.s05e11.hdtv.xvid-xor.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:57:29 PM)*

DISNEY000109

**From:**      INTL.Portal@SM-GBLO-VSMTP01.emea.wdpr.disney.com on behalf of
               Internet.Enforcement@disney.com
**To:**        Internet Enforcement
**Sent:**      7/30/2010 4:13:48 PM
**Subject:**   Already Down- hotfile.com - Infringing Content Re-notification [Notice ID: 4408] (TMS)


Saturday, July 31, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4408 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney
Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney
copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one
or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be
forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Sorcerer's Apprentice, The(Archive)*, *Prince of Persia*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/55510228/b0e8e48/U4enik_4arodeja_scenedownload.com.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:50:27 PM)*

http://hotfile.com/dl/55509799/8f5059a/U4enik_4arodeja_scenedownload.com.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:50:32 PM)*

http://hotfile.com/dl/55510269/bd68da8/U4enik_4arodeja_scenedownload.com.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:50:36 PM)*

http://hotfile.com/dl/55509896/6cd6731/U4enik_4arodeja_scenedownload.com.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:50:40 PM)*

http://hotfile.com/dl/55509905/ccead60/U4enik_4arodeja_scenedownload.com.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:50:45 PM)*

http://hotfile.com/dl/55509909/77c82ba/U4enik_4arodeja_scenedownload.com.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:50:49 PM)*

DISNEY000164

http://hotfile.com/dl/55509796/54ede9f/U4enik_4arodeja_scenedownload.com.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:50:54 PM)*

http://hotfile.com/dl/55552824/3e8ad72/Uchenik.charodeya.2010.CamRip.PROPER.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:15 PM)*

http://hotfile.com/dl/55552815/6216930/Uchenik.charodeya.2010.CamRip.PROPER.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:20 PM)*

http://hotfile.com/dl/55551900/20a101e/Uchenik.charodeya.2010.CamRip.PROPER.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:24 PM)*

http://hotfile.com/dl/55552474/003e812/Uchenik.charodeya.2010.CamRip.PROPER.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:28 PM)*

http://hotfile.com/dl/55551882/b4b5cd2/Uchenik.charodeya.2010.CamRip.PROPER.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:32 PM)*

http://hotfile.com/dl/55551468/8354c5d/Uchenik.charodeya.2010.CamRip.PROPER.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:37 PM)*

http://hotfile.com/dl/55551894/443d4c4/Uchenik.charodeya.2010.CamRip.PROPER.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:41 PM)*

http://hotfile.com/dl/55552833/a9160e4/Uchenik.charodeya.2010.CamRip.PROPER.part8.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:45 PM)*

http://hotfile.com/dl/55550734/d5b75ff/Uchenik.charodeya.2010.CamRip.PROPER.700MB.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:49 PM)*

http://hotfile.com/dl/55550728/19490b2/Uchenik.charodeya.2010.CamRip.PROPER.700MB.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:54 PM)*

http://hotfile.com/dl/55550733/79332e7/Uchenik.charodeya.2010.CamRip.PROPER.700MB.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:58 PM)*

http://hotfile.com/dl/55550724/8daa7c0/Uchenik.charodeya.2010.CamRip.PROPER.700MB.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:02 PM)*

http://hotfile.com/dl/55544631/bf74c75/The.Sorcerers.Apprentice..2010..CAMRip.part02.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:29 PM)*

http://hotfile.com/dl/55544647/c1deb6a/The.Sorcerers.Apprentice..2010..CAMRip.part03.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000165

*(Original Notification Date: 7/18/2010 7:54:34 PM)*

http://hotfile.com/dl/55544567/12dd126/The.Sorcerers.Apprentice..2010..CAMRip.part01.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:41 PM)*

http://hotfile.com/dl/55544659/18571c2/The.Sorcerers.Apprentice..2010..CAMRip.part04.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:46 PM)*

http://hotfile.com/dl/55544700/b8061ec/The.Sorcerers.Apprentice..2010..CAMRip.part05.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:52 PM)*

http://hotfile.com/dl/55544763/7eb6c63/The.Sorcerers.Apprentice..2010..CAMRip.part06.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:57 PM)*

http://hotfile.com/dl/55544782/14387cd/The.Sorcerers.Apprentice..2010..CAMRip.part07.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:55:03 PM)*

http://hotfile.com/dl/55544783/896396d/The.Sorcerers.Apprentice..2010..CAMRip.part08.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:55:09 PM)*

http://hotfile.com/dl/55544872/99195b6/The.Sorcerers.Apprentice..2010..CAMRip.part10.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:55:15 PM)*

http://hotfile.com/dl/55545136/b100dd5/The.Sorcerers.Apprentice..2010..CAMRip.part11.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:55:22 PM)*

http://hotfile.com/dl/55544805/2b7638a/The.Sorcerers.Apprentice..2010..CAMRip.part09.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:55:28 PM)*

http://hotfile.com/dl/55545147/db70bac/The.Sorcerers.Apprentice..2010..CAMRip.part12.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:55:34 PM)*

http://hotfile.com/dl/55544902/513cc42/The.Sorcerers.Apprentice..2010..CAMRip.part13.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:55:40 PM)*

http://hotfile.com/dl/55545104/fd8cec8/The.Sorcerers.Apprentice..2010..CAMRip.part14.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:55:45 PM)*

http://hotfile.com/dl/55575535/9f5be2e/U.4_700Mb.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:56:19 PM)*

http://hotfile.com/dl/55575490/e5e5909/U.4_700Mb.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:56:25 PM)*

http://hotfile.com/dl/55575582/f77123c/U.4_700Mb.part4.rar.html

DISNEY000166

| | |
|---|---|
| From: | INTL.Portal@SM-GBLO-VSMTP01.emea.wdpr.disney.com on behalf of<br>Internet.Enforcement@disney.com |
| To: | abuse@hotfile.com |
| Sent: | 8/12/2010 1:37:50 PM |
| Subject: | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4556] (TMS) |

Thursday, August 12, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4556 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Sorcerer's Apprentice, The(Archive), Sorcerer's Apprentice, The (FIX), Secret Life of the American Teenager 2, When In Rome, Desperate Housewives 6 (FIX) , Hannah Montana 3, Last Song, The, Lost 6*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/55436070/faa6dca/TSA2010.part1.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:50:58 PM)*

http://hotfile.com/dl/55436507/f106c5e/TSA2010.part3.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:03 PM)*

http://hotfile.com/dl/55436338/eb36e53/TSA2010.part2.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:07 PM)*

http://hotfile.com/dl/55436707/0724a76/TSA2010.part4.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:13 PM)*

http://hotfile.com/dl/56060666/3ba7c70/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM.avi.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:15 PM)*

http://hotfile.com/dl/56060825/e50eaed/tsa-ts-flawl3ss.part1.rar

DISNEY000087

* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/6/2010 9:22:15 PM)*

http://hotfile.com/dl/56061147/db906be/tsa-ts-flawl3ss.part7.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:16 PM)*

http://hotfile.com/dl/56063039/abad252/tsa-ts-flawl3ss.part3.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:16 PM)*

http://hotfile.com/dl/56062295/03ab6c2/tsa-ts-flawl3ss.part5.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:17 PM)*

http://hotfile.com/dl/56061937/9112e1a/tsa-ts-flawl3ss.part2.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:17 PM)*

http://hotfile.com/dl/56061537/907099c/tsa-ts-flawl3ss.part6.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:17 PM)*

http://hotfile.com/dl/56062729/05ecf80/tsa-ts-flawl3ss.part4.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:18 PM)*

http://hotfile.com/dl/56423440/ed37266/El.Apren..Bru.descargafanatico.com.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:21 PM)*

http://hotfile.com/dl/56422765/02f8402/El.Apren..Bru.descargafanatico.com.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:22 PM)*

http://hotfile.com/dl/56423934/701e848/El.Apren..Bru.descargafanatico.com.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:22 PM)*

http://hotfile.com/dl/55698551/c25471a/A.D.B.2010.by.KarmuSz.avi.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:23 PM)*

http://hotfile.com/dl/55698992/6933e5f/A.D.B.2010.by.KarmuSz.avi.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:23 PM)*

http://hotfile.com/dl/55699326/f159a94/A.D.B.2010.by.KarmuSz.avi.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:24 PM)*

http://hotfile.com/dl/55699542/1a9d578/A.D.B.2010.by.KarmuSz.avi.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:24 PM)*

http://hotfile.com/dl/55699894/b7cfbf9/A.D.B.2010.by.KarmuSz.avi.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:25 PM)*

DISNEY000088

http://hotfile.com/dl/55700183/7350b1f/A.D.B.2010.by.KarmuSz.avi.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:25 PM)*


http://hotfile.com/dl/55700495/017aad7/A.D.B.2010.by.KarmuSz.avi.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:26 PM)*


http://hotfile.com/dl/55700720/010b8c8/A.D.B.2010.by.KarmuSz.avi.part8.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:26 PM)*


http://hotfile.com/dl/55932073/4644d2c/TSA.TS.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:26 PM)*


http://hotfile.com/dl/55932184/f42f56b/TSA.TS.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:27 PM)*


http://hotfile.com/dl/55932632/2819868/TSA.TS.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:27 PM)*


http://hotfile.com/dl/55932402/6a6aba0/TSA.TS.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:28 PM)*


http://hotfile.com/dl/55932743/3290c41/TSA.TS.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:29 PM)*


http://hotfile.com/dl/55932819/2097db6/TSA.TS.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:29 PM)*


http://hotfile.com/dl/56122866/288fa0f/ThSrcrsApptce.2010.TS.350MB.mkv.001.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:30 PM)*


http://hotfile.com/dl/56123363/d8e910f/ThSrcrsApptce.2010.TS.350MB.mkv.002.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:30 PM)*


http://hotfile.com/dl/56123412/cc480d3/ThSrcrsApptce.2010.TS.350MB.mkv.003.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:30 PM)*


http://hotfile.com/dl/55939550/786aff0/imagine200.tsats.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:31 PM)*


http://hotfile.com/dl/55939625/9f8854a/imagine200.tsats.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:31 PM)*


http://hotfile.com/dl/55939694/6ca8512/imagine200.tsats.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/6/2010 9:22:32 PM)*

DISNEY000089

| | |
|---|---|
| **From:** | INTL.Portal@SM-GBLO-VSMTP01.emea.wdpr.disney.com on behalf of Internet.Enforcement@disney.com |
| **To:** | abuse@hotfile.com |
| **Sent:** | 8/12/2010 4:53:12 PM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4567] (TMS) |

Friday, August 13, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4567 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Sorcerer's Apprentice, The(Archive), Hannah Montana 3, Lost 5*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/55436916/1fe0f06/TSA2010.part5.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:19 PM)*

http://hotfile.com/dl/55437191/bc391ec/TSA2010.part6.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:25 PM)*

http://hotfile.com/dl/55437511/780bb96/TSA2010.part7.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:30 PM)*

http://hotfile.com/dl/55437584/590a90f/TSA2010.part8.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:36 PM)*

http://hotfile.com/dl/55535677/ec8634c/The.Sorc.app.ryesooyoung.part1.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:42 PM)*

http://hotfile.com/dl/55540461/f85294a/The.Sorc.app.ryesooyoung.part2.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:48 PM)*

DISNEY000132

http://hotfile.com/dl/55541632/f4f10f3/The.Sorc.app.ryesooyoung.part3.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:51:54 PM)*

http://hotfile.com/dl/55539961/ee0b1ea/The.Sorc.app.ryesooyoung.part4.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:52:00 PM)*

http://hotfile.com/dl/55500913/4c07b51/www.clubwarez.ws.by.BKZ_epid-tsa.cam.avi.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:52:54 PM)*

http://hotfile.com/dl/55562740/14d86ac/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:52:58 PM)*

http://hotfile.com/dl/55562779/42e081a/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:03 PM)*

http://hotfile.com/dl/55562798/3598610/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:07 PM)*

http://hotfile.com/dl/55562822/e92aff9/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:53:11 PM)*

http://hotfile.com/dl/55545383/b403d0b/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:07 PM)*

http://hotfile.com/dl/55545419/224435d/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:11 PM)*

http://hotfile.com/dl/55545581/0b6598d/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:17 PM)*

http://hotfile.com/dl/55545570/241475b/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:23 PM)*

http://hotfile.com/dl/55544631/bf74c75/The.Sorcerers.Apprentice..2010..CAMRip.part02.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:54:29 PM)*

http://hotfile.com/dl/55488521/7188289/Caruc.by.Willy4400.of.BonGo.part2.rar
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:56:36 PM)*

http://hotfile.com/dl/55488662/8be7e2b/Caruc.by.Willy4400.of.BonGo.part3.rar
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:56:41 PM)*

http://hotfile.com/dl/55488373/652ec1b/Caruc.by.Willy4400.of.BonGo.part1.rar
*To date, a total of 2 notice(s) previously sent for this link.*

DISNEY000133

*(Original Notification Date: 7/18/2010 7:56:47 PM)*

http://hotfile.com/dl/55490360/cee0082/Caruc.by.Willy4400.of.BonGo.part4.rar
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:56:52 PM)*

http://hotfile.com/dl/55566842/a91ff69/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:56:57 PM)*

http://hotfile.com/dl/55566857/457d8d6/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:57:03 PM)*

http://hotfile.com/dl/55566865/bbdeb2e/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:57:07 PM)*

http://hotfile.com/dl/55566890/30eb0cd/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:57:13 PM)*

http://hotfile.com/dl/55422608/77e6df7/U4enik_4arodeja.part5.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:57:18 PM)*

http://hotfile.com/dl/55422612/90fccd0/U4enik_4arodeja.part8.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:57:24 PM)*

http://hotfile.com/dl/55422613/2edcf9b/U4enik_4arodeja.part7.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:57:29 PM)*

http://hotfile.com/dl/55422868/557701c/U4enik_4arodeja.part4.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:57:35 PM)*

http://hotfile.com/dl/55422614/f9bf082/U4enik_4arodeja.part6.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:57:41 PM)*

http://hotfile.com/dl/55424000/13721a1/U4enik_4arodeja.part3.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:57:48 PM)*

http://hotfile.com/dl/55424003/343ba33/U4enik_4arodeja.part2.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:57:53 PM)*

http://hotfile.com/dl/55424010/fcec3bc/U4enik_4arodeja.part1.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:57:59 PM)*

http://hotfile.com/dl/55424219/d55b754/U4enik_4arodeja_700.part4.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/18/2010 7:58:04 PM)*

http://hotfile.com/dl/55425098/31fff2d/U4enik_4arodeja_700.part3.rar.html

DISNEY000134

* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:58:10 PM)

http://hotfile.com/dl/55425370/af2886d/U4enik_4arodeja_700.part2.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:58:15 PM)

http://hotfile.com/dl/55425375/b08a4f3/U4enik_4arodeja_700.part1.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:58:21 PM)

http://hotfile.com/dl/55770140/d16ad80/The_Sorcerers_Apprentice_TS_XViD_IMAGiNE.avi.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/20/2010 3:10:28 AM)

http://hotfile.com/dl/55771091/8af5310/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.avi.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/20/2010 3:10:28 AM)

http://hotfile.com/dl/55755437/1c69941/T.S.A.TS.By.Sidofox.part1.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/20/2010 3:10:57 AM)

http://hotfile.com/dl/55755051/fc4389a/T.S.A.TS.By.Sidofox.part2.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/20/2010 3:10:58 AM)

http://hotfile.com/dl/55777433/7785898/TSA-KiNGDOM.avi.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/20/2010 3:10:59 AM)

http://hotfile.com/dl/55811673/26b744d/The.Sorcerers.Apprentice.2010.FRENCH.TS.MD.XviD-SSL.www.films-down.com.avi.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/20/2010 3:11:01 AM)

http://hotfile.com/dl/38857934/631cf91/Montana.S03E15.DVDRip.XviD-PFa-SceneFlux.net.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/20/2010 3:10:11 AM)

http://hotfile.com/dl/5183505/a6ef91b/Lost-5-00-DannyE.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/20/2010 3:11:03 AM)

http://hotfile.com/dl/3671152/92b5cb0/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part2.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:56:01 PM)

http://hotfile.com/dl/3671097/bca2226/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part1.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:56:07 PM)

http://hotfile.com/dl/3671087/8a571d4/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part3.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:56:09 PM)

http://hotfile.com/dl/3671159/9771d1b/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part4.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:56:10 PM)

DISNEY000135

http://hotfile.com/dl/3671027/1200fbe/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part5.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:11 PM)*

http://hotfile.com/dl/3671046/98b3794/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part6.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:14 PM)*

http://hotfile.com/dl/3671296/cee7ed4/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part7.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:24 PM)*

http://hotfile.com/dl/5183726/405f601/Lost-5-13-DannyE.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:24 PM)*

http://hotfile.com/dl/258869/71bd0ec/lo.s05e13.720p.hdtv.x264-ctunl.part1.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/23/2010 11:56:44 PM)*


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521


[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/55436916/1fe0f06/TSA2010.part5.rar.html
http://hotfile.com/dl/55437191/bc391ec/TSA2010.part6.rar.html
http://hotfile.com/dl/55437511/780bb96/TSA2010.part7.rar.html
http://hotfile.com/dl/55437584/590a90f/TSA2010.part8.rar.html
http://hotfile.com/dl/55535677/ec8634c/The.Sorc.app.ryesooyoung.part1.rar.html
http://hotfile.com/dl/55540461/f85294a/The.Sorc.app.ryesooyoung.part2.rar.html
http://hotfile.com/dl/55541632/f4f10f3/The.Sorc.app.ryesooyoung.part3.rar.html
http://hotfile.com/dl/55539961/ee0b1ea/The.Sorc.app.ryesooyoung.part4.rar.html
http://hotfile.com/dl/55500913/4c07b51/www.clubwarez.ws.by.BKZ_epid-tsa.cam.avi.html
http://hotfile.com/dl/55562740/14d86ac/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
http://hotfile.com/dl/55562779/42e081a/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
http://hotfile.com/dl/55562798/3598610/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
http://hotfile.com/dl/55562822/e92aff9/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html

DISNEY000136

http://hotfile.com/dl/55545583/b403d0b/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
http://hotfile.com/dl/55545419/224435d/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
http://hotfile.com/dl/55545581/0b6598d/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
http://hotfile.com/dl/55545570/241475b/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
http://hotfile.com/dl/55544631/bf74c75/The.Sorcerers.Apprentice..2010..CAMRip.part02.rar.html
http://hotfile.com/dl/55488521/7188289/Caruc.by.Willy4400.of.BonGo.part2.rar
http://hotfile.com/dl/55488662/8be7e2b/Caruc.by.Willy4400.of.BonGo.part3.rar
http://hotfile.com/dl/55488373/652ec1b/Caruc.by.Willy4400.of.BonGo.part1.rar
http://hotfile.com/dl/55490360/cee0082/Caruc.by.Willy4400.of.BonGo.part4.rar
http://hotfile.com/dl/55566842/a91ff69/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
http://hotfile.com/dl/55566857/457d8d6/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
http://hotfile.com/dl/55566865/bbdeb2e/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
http://hotfile.com/dl/55566890/30eb0cd/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
http://hotfile.com/dl/55422608/77e6df7/U4enik_4arodeja.part5.rar.html
http://hotfile.com/dl/55422612/90fccd0/U4enik_4arodeja.part8.rar.html
http://hotfile.com/dl/55422613/2edcf9b/U4enik_4arodeja.part7.rar.html
http://hotfile.com/dl/55422868/557701c/U4enik_4arodeja.part4.rar.html
http://hotfile.com/dl/55422614/f9bf082/U4enik_4arodeja.part6.rar.html
http://hotfile.com/dl/55424000/13721a1/U4enik_4arodeja.part3.rar.html
http://hotfile.com/dl/55424003/343ba33/U4enik_4arodeja.part2.rar.html
http://hotfile.com/dl/55424010/fcec3bc/U4enik_4arodeja.part1.rar.html
http://hotfile.com/dl/55424219/d55b754/U4enik_4arodeja_700.part4.rar.html
http://hotfile.com/dl/55425098/31fff2d/U4enik_4arodeja_700.part3.rar.html
http://hotfile.com/dl/55425370/af2886d/U4enik_4arodeja_700.part2.rar.html
http://hotfile.com/dl/55425375/b08a4f3/U4enik_4arodeja_700.part1.rar.html
http://hotfile.com/dl/55770140/d16ad80/The_Sorcerers_Apprentice_TS_XViD_IMAGiNE.avi.html
http://hotfile.com/dl/55771091/8af5310/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.avi.html
http://hotfile.com/dl/55755437/1c69941/T.S.A.TS.By.Sidofox.part1.rar.html
http://hotfile.com/dl/55755051/fc4389a/T.S.A.TS.By.Sidofox.part2.rar.html
http://hotfile.com/dl/55777433/7785898/TSA-KiNGDOM.avi.html
http://hotfile.com/dl/55811673/26b744d/The.Sorcerers.Apprentice.2010.FRENCH.TS.MD.XviD-SSL.www.films-down.com.avi.html
http://hotfile.com/dl/38857934/631cf91/Montana.S03E15.DVDRip.XviD-PFa-SceneFlux.net.rar.html
http://hotfile.com/dl/5183505/a6ef91b/Lost-5-00-DannyE.rar.html
http://hotfile.com/dl/3671152/92b5cb0/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part2.rar.html
http://hotfile.com/dl/3671097/bca2226/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part1.rar.html
http://hotfile.com/dl/3671087/8a571d4/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part3.rar.html
http://hotfile.com/dl/3671159/9771d1b/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part4.rar.html
http://hotfile.com/dl/3671027/1200fbe/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part5.rar.html
http://hotfile.com/dl/3671046/98b3794/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part6.rar.html
http://hotfile.com/dl/3671296/cee7ed4/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part7.rar.html
http://hotfile.com/dl/5183726/405f601/Lost-5-13-DannyE.rar.html
http://hotfile.com/dl/258869/71bd0ec/lo.s05e13.720p.hdtv.x264-ctunl.part1.rar.html

--------------------

DISNEY000137

| | |
|---|---|
| From: | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| To: | abuse@hotfile.com |
| Sent: | 8/24/2010 12:54:28 PM |
| Subject: | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4698] (TMS) |

Tuesday, August 24, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4698 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Last Song, The*, *Lost 6*, *Princess and the Frog*, *Prince of Persia*, *Sorcerer's Apprentice, The (FIX)*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/51462309/93dff1e/TLSong-ECO_Coder.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:12:49 PM)*

http://hotfile.com/dl/52859773/00e8fad/The_Last_Song_Coder.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:12:56 PM)*

http://hotfile.com/dl/52859756/c4a9b8d/The_Last_Song_Coder.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:13:04 PM)*

http://hotfile.com/dl/52859813/c1150f1/The_Last_Song_Coder.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:13:12 PM)*

http://hotfile.com/dl/52859789/ff34943/The_Last_Song_Coder.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:13:18 PM)*

http://hotfile.com/dl/52859803/e67743a/The_Last_Song_Coder.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:13:25 PM)*

DISNEY000217

http://hotfile.com/dl/52859816/6ffd69b/The_Last_Song_Coder.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:13:32 PM)*

http://hotfile.com/dl/53467666/2272b8d/TLSong-ECO_Coder.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:13:41 PM)*

http://hotfile.com/dl/53467709/7acf0ef/TLSong-ECO_Coder.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:14:02 PM)*

http://hotfile.com/dl/53467821/5f4c6f7/TLSong-ECO_Coder.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:14:12 PM)*

http://hotfile.com/dl/53467778/68e6915/TLSong-ECO_Coder.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:14:25 PM)*

http://hotfile.com/dl/53467924/9f8c714/TLSong-ECO_Coder.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:14:36 PM)*

http://hotfile.com/dl/53467897/c2c4fc2/TLSong-ECO_Coder.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:14:47 PM)*

http://hotfile.com/dl/53475756/ee4320d/The_Last_Song_Coder.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:14:58 PM)*

http://hotfile.com/dl/53475641/901318a/The_Last_Song_Coder.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:15:08 PM)*

http://hotfile.com/dl/53475713/4376204/The_Last_Song_Coder.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:15:18 PM)*

http://hotfile.com/dl/53475816/5a0f99e/The_Last_Song_Coder.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:15:35 PM)*

http://hotfile.com/dl/53475878/ec28bf0/The_Last_Song_Coder.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:15:48 PM)*

http://hotfile.com/dl/53475891/364b584/The_Last_Song_Coder.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:16:01 PM)*

http://hotfile.com/dl/54503113/cb376b7/TLSong-ECO_Coder.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:16:12 PM)*

http://hotfile.com/dl/54503094/aec4e1a/TLSong-ECO_Coder.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000218

*(Original Notification Date: 8/11/2010 6:16:22 PM)*

http://hotfile.com/dl/54503135/34f98b3/TLSong-ECO_Coder.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:16:33 PM)*

http://hotfile.com/dl/54503125/e7e2d73/TLSong-ECO_Coder.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:16:57 PM)*

http://hotfile.com/dl/54503147/a9a871c/TLSong-ECO_Coder.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:17:11 PM)*

http://hotfile.com/dl/54503152/aa18358/TLSong-ECO_Coder.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:17:31 PM)*

http://hotfile.com/dl/37639801/c8543c3/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:17:41 PM)*

http://hotfile.com/dl/37639670/e574284/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:17:51 PM)*

http://hotfile.com/dl/37640365/fac56f2/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:18:04 PM)*

http://hotfile.com/dl/37639955/2eaa02a/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:18:14 PM)*

http://hotfile.com/dl/37640140/1158ab3/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:18:22 PM)*

http://hotfile.com/dl/37640408/1c921cd/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:18:31 PM)*

http://hotfile.com/dl/47060790/226cbdb/tls.hf..part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:18:51 PM)*

http://hotfile.com/dl/47060886/ad24456/tls.hf..part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:19:07 PM)*

http://hotfile.com/dl/47060810/d6aaad8/tls.hf..part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:19:23 PM)*

http://hotfile.com/dl/47060944/9781a6e/tls.hf..part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:19:40 PM)*

http://hotfile.com/dl/48569931/cd97eeb/T.L.S.P.part2.rar

DISNEY000219

| From: | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
|---|---|
| To: | abuse@hotfile.com |
| Sent: | 8/26/2010 10:53:44 AM |
| Subject: | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4737] (TMS) |

Thursday, August 26, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4737 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Princess and the Frog, Sorcerer's Apprentice, The (FIX), Last Song, The*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/27740435/efa736e/ThePrincess222SecretMyth200.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:23 AM)*

http://hotfile.com/dl/27742351/a684cb5/ThePrincess222SecretMyth200.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:28 AM)*

http://hotfile.com/dl/27745225/20ca9f9/ThePrincess222SecretMyth200.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:33 AM)*

http://hotfile.com/dl/27747040/090e361/ThePrincess222SecretMyth200.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:38 AM)*

http://hotfile.com/dl/52630178/3143e9a/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:43 AM)*

http://hotfile.com/dl/52630031/f4826a6/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:48 AM)*

DISNEY000294

http://hotfile.com/dl/52630110/68f8385/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:53 AM)*

http://hotfile.com/dl/52630207/17112a4/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:02 AM)*

http://hotfile.com/dl/55959168/d14bc44/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:07 AM)*

http://hotfile.com/dl/55959279/2d5e94c/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:13 AM)*

http://hotfile.com/dl/55959322/6d6d63d/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:18 AM)*

http://hotfile.com/dl/55959235/dbff496/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:22 AM)*

http://hotfile.com/dl/55959435/6902c09/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:27 AM)*

http://hotfile.com/dl/55959353/fe09301/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:31 AM)*

http://hotfile.com/dl/55959455/30e4950/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part8.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:37 AM)*

http://hotfile.com/dl/55959395/d48c48c/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:42 AM)*

http://hotfile.com/dl/56052129/35c7f92/Sorcerers-dxwarez.com.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:52 AM)*

http://hotfile.com/dl/56052240/57dac44/Sorcerers-dxwarez.com.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:56 AM)*

http://hotfile.com/dl/56052200/d9fe423/Sorcerers-dxwarez.com.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:02 AM)*

http://hotfile.com/dl/56052224/f4c0c0d/Sorcerers-dxwarez.com.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:08 AM)*

http://hotfile.com/dl/56109421/28f6dc5/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-
Code-Projects.com.part2.rar.html

DISNEY000295

*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:14 AM)*

http://hotfile.com/dl/56109493/3f637df/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:20 AM)*

http://hotfile.com/dl/56109348/9c81051/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:25 AM)*

http://hotfile.com/dl/56109464/2aaa4cf/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:31 AM)*

http://hotfile.com/dl/56319071/9ecc89a/www.Code-Projects.Com-TSA.2010.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:38 AM)*

http://hotfile.com/dl/56319073/995d638/www.Code-Projects.Com-TSA.2010.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:46 AM)*

http://hotfile.com/dl/55792033/26a30c1/www.CooLXviD.net.The.Sorcerers.Apprentice.TS.XViD-KiNGDOM.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:55 AM)*

http://hotfile.com/dl/55782658/3b63747/R.o.P.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:02 AM)*

http://hotfile.com/dl/55784414/c44fbba/R.o.P.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:11 AM)*

http://hotfile.com/dl/55783280/4b17001/R.o.P.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:18 AM)*

http://hotfile.com/dl/55784894/175210f/R.o.P.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:24 AM)*

http://hotfile.com/dl/56289927/d0f162c/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:32 AM)*

http://hotfile.com/dl/56290675/811aa0a/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:38 AM)*

http://hotfile.com/dl/56290832/93798f2/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:44 AM)*

DISNEY000296

*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:12:49 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/27740435/efa736e/ThePrincess222SecretMyth200.part1.rar.html
http://hotfile.com/dl/27742351/a684cb5/ThePrincess222SecretMyth200.part2.rar.html
http://hotfile.com/dl/27745225/20ca9f9/ThePrincess222SecretMyth200.part3.rar.html
http://hotfile.com/dl/27747040/090e361/ThePrincess222SecretMyth200.part4.rar.html
http://hotfile.com/dl/52630178/3143e9a/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part3.rar.html
http://hotfile.com/dl/52630031/f4826a6/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part1.rar.html
http://hotfile.com/dl/52630110/68f8385/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part2.rar.html
http://hotfile.com/dl/52630207/17112a4/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part4.rar.html
http://hotfile.com/dl/55959168/d14bc44/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part1.rar.html
http://hotfile.com/dl/55959279/2d5e94c/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part3.rar.html
http://hotfile.com/dl/55959322/6d6d63d/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part4.rar.html
http://hotfile.com/dl/55959235/dbff496/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part2.rar.html
http://hotfile.com/dl/55959435/6902e09/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part7.rar.html
http://hotfile.com/dl/55959353/fe09301/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part5.rar.html
http://hotfile.com/dl/55959455/30e4950/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part8.rar.html
http://hotfile.com/dl/55959395/d48c48c/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part6.rar.html
http://hotfile.com/dl/56052129/35c7f92/Sorcerers-dxwarez.com.part1.rar.html
http://hotfile.com/dl/56052240/57dac44/Sorcerers-dxwarez.com.part4.rar.html
http://hotfile.com/dl/56052200/d9fe423/Sorcerers-dxwarez.com.part2.rar.html
http://hotfile.com/dl/56052224/f4c0c0d/Sorcerers-dxwarez.com.part3.rar.html
http://hotfile.com/dl/56109421/28f6dc5/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part2.rar.html
http://hotfile.com/dl/56109493/3f637df/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part4.rar.html
http://hotfile.com/dl/56109348/9c81051/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part1.rar.html
http://hotfile.com/dl/56109464/2aaa4cf/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part3.rar.html

DISNEY000297

http://hotfile.com/dl/56319071/9ecc89a/www.Code-Projects.Com-TSA.2010.part1.rar.html
http://hotfile.com/dl/56319073/995d638/www.Code-Projects.Com-TSA.2010.part2.rar.html
http://hotfile.com/dl/55792033/26a30c1/www.CooLXviD.net.The.Sorcerers.Apprentice.TS.XViD-
KiNGDOM.avi.html
http://hotfile.com/dl/55782658/3b63747/R.o.P.part1.rar.html
http://hotfile.com/dl/55784414/c44fbba/R.o.P.part3.rar.html
http://hotfile.com/dl/55783280/4b17001/R.o.P.part2.rar.html
http://hotfile.com/dl/55784894/175210f/R.o.P.part4.rar.html
http://hotfile.com/dl/56289927/d0f162c/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part4.rar.html
http://hotfile.com/dl/56290675/811aa0a/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part2.rar.html
http://hotfile.com/dl/56290832/93798f2/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part1.rar.html
http://hotfile.com/dl/51462309/93dff1e/TLSong-ECO_Coder.part6.rar.html


--------------------

DISNEY000298

| | |
|---|---|
| **From:** | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| **To:** | abuse@hotfile.com |
| **Sent:** | 9/8/2010 3:25:32 PM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 4910] (TMS) |

Wednesday, September 08, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4910 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Camp Rock 2: The Final Jam*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/64894060/d7f25be/CRock2FJ_dan-ger-ous_warezleech.net.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:01 AM)*

http://hotfile.com/dl/64894059/4d9a0e0/CRock2FJ_dan-ger-ous_warezleech.net.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:02 AM)*

http://hotfile.com/dl/64894062/b78a52b/CRock2FJ_dan-ger-ous_warezleech.net.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:03 AM)*

http://hotfile.com/dl/64894061/c2d175f/CRock2FJ_dan-ger-ous_warezleech.net.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:04 AM)*

http://hotfile.com/dl/64986369/f8b8e74/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:05 AM)*

http://hotfile.com/dl/64988177/ed9ac58/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000266

*(Original Notification Date: 8/30/2010 1:10:06 AM)*

http://hotfile.com/dl/64989915/7729321/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:07 AM)*

http://hotfile.com/dl/64991930/2f05369/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:08 AM)*

http://hotfile.com/dl/64783979/9799233/ff-camrock2.dvdrip.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:08 AM)*

http://hotfile.com/dl/64783977/688ecf4/ff-camrock2.dvdrip.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:09 AM)*

http://hotfile.com/dl/64783988/0b48a23/ff-camrock2.dvdrip.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:10 AM)*

http://hotfile.com/dl/64783989/38f7b82/ff-camrock2.dvdrip.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:11 AM)*

http://hotfile.com/dl/64783986/e1ccb99/ff-camrock2.dvdrip.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:12 AM)*

http://hotfile.com/dl/64783978/530c125/ff-camrock2.dvdrip.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:14 AM)*

http://hotfile.com/dl/64783980/2b4e0d1/ff-camrock2.dvdrip.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:15 AM)*

http://hotfile.com/dl/64783983/fce6a2d/ff-camrock2.dvdrip.part8.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:15 AM)*

http://hotfile.com/dl/65001779/2f71ac5/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:16 AM)*

http://hotfile.com/dl/65004056/a1cb519/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:18 AM)*

http://hotfile.com/dl/65004976/ab74e08/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:18 AM)*

http://hotfile.com/dl/65005262/86b6a50/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:19 AM)*

DISNEY000267

http://hotfile.com/dl/65240433/eb2fcd9/crtfj.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:20 AM)*

http://hotfile.com/dl/65240404/ed8d517/crtfj.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:21 AM)*

http://hotfile.com/dl/65240511/abf02ea/crtfj.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:22 AM)*

http://hotfile.com/dl/65240430/4095cd1/crtfj.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:24 AM)*

http://hotfile.com/dl/65240552/914ae6f/crtfj.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:24 AM)*

http://hotfile.com/dl/65240379/dfd4a60/crtfj.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:25 AM)*

http://hotfile.com/dl/65240470/f918ceb/crtfj.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:26 AM)*

http://hotfile.com/dl/65240246/a969811/crtfj.part8.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:27 AM)*

http://hotfile.com/dl/65245866/2214a14/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:28 AM)*

http://hotfile.com/dl/65246276/806fa2d/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:33 AM)*

http://hotfile.com/dl/65004988/1414e29/Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:39 AM)*

http://hotfile.com/dl/65180065/c6fa2a9/XpirateX.CR2.tfj.RP-taste.avi.part1.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:44 AM)*

http://hotfile.com/dl/65179980/07808d7/XpirateX.CR2.tfj.RP-taste.avi.part4.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:49 AM)*

http://hotfile.com/dl/65180024/e7f678c/XpirateX.CR2.tfj.RP-taste.avi.part2.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:54 AM)*

DISNEY000268

http://hotfile.com/dl/65179963/5f63236/XpirateX.CR2.tfj.BB-taste.avi.part5.rar
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:00 AM)


http://hotfile.com/dl/65177962/fe6beac/EZ20-20CR2TFJRPTASTE20by20BanneD.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:06 AM)


http://hotfile.com/dl/65178009/13c28aa/EZ20-20CR2TFJRPTASTE20by20BanneD.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:15 AM)


http://hotfile.com/dl/65177905/3fd8d96/EZ20-20CR2TFJRPTASTE20by20BanneD.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:20 AM)


http://hotfile.com/dl/64672738/f207391/Camp.Rock.2.2010.DVDRip.XViD-MAGNET.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:26 AM)


http://hotfile.com/dl/64672736/a64ba89/Camp.Rock.2.2010.DVDRip.XViD-MAGNET.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:31 AM)


http://hotfile.com/dl/64683799/b1000e2/Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:36 AM)


http://hotfile.com/dl/64758481/5a5f2d8
/www.DirectLinkSpot.com_Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:42 AM)


http://hotfile.com/dl/64772086/a3ebed9/CR2-REPACK.DVDRip-MAGNET.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:47 AM)


http://hotfile.com/dl/64772087/1f5a08a/CR2-REPACK.DVDRip-MAGNET.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:52 AM)


http://hotfile.com/dl/64772436/288f557/CR2-REPACK.DVDRip-MAGNET.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:59 AM)


http://hotfile.com/dl/64772085/32ad6cd/CR2-REPACK.DVDRip-MAGNET.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:12:05 AM)


http://hotfile.com/dl/64772440/d2d1690/CR2-REPACK.DVDRip-MAGNET.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:12:10 AM)


http://hotfile.com/dl/64772442/1dd8fe0/CR2-REPACK.DVDRip-MAGNET.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:12:15 AM)


http://hotfile.com/dl/64772475/c3c5958/CR2-REPACK.DVDRip-MAGNET.part7.rar.html
* To date, a total of 1 notice(s) previously sent for this link.

DISNEY000269

*(Original Notification Date: 8/30/2010 1:12:22 AM)*

http://hotfile.com/dl/64758725/4c2bff8/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:27 AM)*

http://hotfile.com/dl/64758764/3191a34/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:33 AM)*

http://hotfile.com/dl/64757649/a487a70/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:38 AM)*

http://hotfile.com/dl/64758184/e3f35f1/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:43 AM)*

http://hotfile.com/dl/64758238/246da6e/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:49 AM)*

http://hotfile.com/dl/64758727/fc5cb77/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:54 AM)*

http://hotfile.com/dl/64758409/8acd806/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:59 AM)*

http://hotfile.com/dl/64809762/bd96c34/Li.rock.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:04 AM)*

http://hotfile.com/dl/64809869/f6180a4/Li.rock.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:09 AM)*

http://hotfile.com/dl/65025286/c2c96e9/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:14 AM)*

http://hotfile.com/dl/65025573/23d5bb5/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:19 AM)*


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar

DISNEY000270

Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/64894060/d7f25be/CRock2FJ_dan-ger-ous_warezleech.net.part1.rar.html
http://hotfile.com/dl/64894059/4d9a0e0/CRock2FJ_dan-ger-ous_warezleech.net.part2.rar.html
http://hotfile.com/dl/64894062/b78a52b/CRock2FJ_dan-ger-ous_warezleech.net.part3.rar.html
http://hotfile.com/dl/64894061/c2d175f/CRock2FJ_dan-ger-ous_warezleech.net.part4.rar.html
http://hotfile.com/dl/64986369/f8b8e74/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-
Team_DAYN-dayn.org.part1.rar.html
http://hotfile.com/dl/64988177/ed9ac58/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-
Team_DAYN-dayn.org.part2.rar.html
http://hotfile.com/dl/64989915/7729321/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-
Team_DAYN-dayn.org.part3.rar.html
http://hotfile.com/dl/64991930/2f05369/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-
Team_DAYN-dayn.org.part4.rar.html
http://hotfile.com/dl/64783979/9799233/ff-camrock2.dvdrip.part2.rar.html
http://hotfile.com/dl/64783977/688ecf4/ff-camrock2.dvdrip.part1.rar.html
http://hotfile.com/dl/64783988/0b48a23/ff-camrock2.dvdrip.part3.rar.html
http://hotfile.com/dl/64783989/38f7b82/ff-camrock2.dvdrip.part4.rar.html
http://hotfile.com/dl/64783986/e1ccb99/ff-camrock2.dvdrip.part7.rar.html
http://hotfile.com/dl/64783978/530c125/ff-camrock2.dvdrip.part5.rar.html
http://hotfile.com/dl/64783980/2b4e0d1/ff-camrock2.dvdrip.part6.rar.html
http://hotfile.com/dl/64783983/fce6a2d/ff-camrock2.dvdrip.part8.rar.html
http://hotfile.com/dl/65001779/2f71ac5/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part1.rar.html
http://hotfile.com/dl/65004056/a1cb519/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part2.rar.html
http://hotfile.com/dl/65004976/ab74e08/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part3.rar.html
http://hotfile.com/dl/65005262/86b6a50/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part4.rar.html
http://hotfile.com/dl/65240433/eb2fcd9/crtfj.part2.rar.html
http://hotfile.com/dl/65240404/ed8d517/crtfj.part1.rar.html
http://hotfile.com/dl/65240511/abf02ea/crtfj.part3.rar.html
http://hotfile.com/dl/65240430/4095cd1/crtfj.part4.rar.html
http://hotfile.com/dl/65240552/914ae6f/crtfj.part5.rar.html
http://hotfile.com/dl/65240379/dfd4a60/crtfj.part6.rar.html
http://hotfile.com/dl/65240470/f918ceb/crtfj.part7.rar.html
http://hotfile.com/dl/65240246/a969811/crtfj.part8.rar.html
http://hotfile.com/dl/65245866/2214a14/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-
TASTE.part1.rar.html
http://hotfile.com/dl/65246276/806fa2d/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-
TASTE.part2.rar.html
http://hotfile.com/dl/65004988/1414e29/Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.rar.html
http://hotfile.com/dl/65180065/c6fa2a9/XpirateX.CR2.tfj.RP-taste.avi.part1.rar
http://hotfile.com/dl/65179980/07808d7/XpirateX.CR2.tfj.RP-taste.avi.part4.rar
http://hotfile.com/dl/65180024/e7f678c/XpirateX.CR2.tfj.RP-taste.avi.part2.rar
http://hotfile.com/dl/65179963/5163236/XpirateX.CR2.tfj.RP-taste.avi.part3.rar
http://hotfile.com/dl/65177962/fe6beac/EZ20-20CR2TFJRPTASTE20by20BanneD.part1.rar.html

DISNEY000271

http://hotfile.com/dl/65178009/13c28aa/EZ20-20CR2TFJRPTASTE20by20BanneD.part2.rar.html
http://hotfile.com/dl/65177905/3fd8d96/EZ20-20CR2TFJRPTASTE20by20BanneD.part4.rar.html
http://hotfile.com/dl/64672738/f207391/Camp.Rock.2.2010.DVDRip.XViD-MAGNET.part1.rar.html
http://hotfile.com/dl/64672736/a64ba89/Camp.Rock.2.2010.DVDRip.XViD-MAGNET.part2.rar.html
http://hotfile.com/dl/64683799/b1000e2/Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.avi.html
http://hotfile.com/dl/64758481/5a5f2d8
/www.DirectLinkSpot.com_Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.avi.html
http://hotfile.com/dl/64772086/a3ebed9/CR2-REPACK.DVDRip-MAGNET.part2.rar.html
http://hotfile.com/dl/64772087/1f5a08a/CR2-REPACK.DVDRip-MAGNET.part1.rar.html
http://hotfile.com/dl/64772436/288f557/CR2-REPACK.DVDRip-MAGNET.part4.rar.html
http://hotfile.com/dl/64772085/32ad6cd/CR2-REPACK.DVDRip-MAGNET.part3.rar.html
http://hotfile.com/dl/64772440/d2d1690/CR2-REPACK.DVDRip-MAGNET.part5.rar.html
http://hotfile.com/dl/64772442/1dd8fe0/CR2-REPACK.DVDRip-MAGNET.part6.rar.html
http://hotfile.com/dl/64772475/c3c5958/CR2-REPACK.DVDRip-MAGNET.part7.rar.html
http://hotfile.com/dl/64758725/4c2bff8/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part1.rar.html
http://hotfile.com/dl/64758764/3191a34/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part3.rar.html
http://hotfile.com/dl/64757649/a487a70/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part2.rar.html
http://hotfile.com/dl/64758184/e3f35f1/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part4.rar.html
http://hotfile.com/dl/64758238/246da6e/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part5.rar.html
http://hotfile.com/dl/64758727/fc5cb77/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part6.rar.html
http://hotfile.com/dl/64758409/8acd806/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part7.rar.html
http://hotfile.com/dl/64809762/bd96c34/Li.rock.part1.rar.html
http://hotfile.com/dl/64809869/f6180a4/Li.rock.part2.rar.html
http://hotfile.com/dl/65025286/c2c96e9/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-
TASTE.part1.rar.html
http://hotfile.com/dl/65025573/23d5bb5/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-
TASTE.part2.rar.html

--------------------

DISNEY000272

| | |
|---|---|
| **From:** | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| **To:** | abuse@hotfile.com |
| **Sent:** | 9/30/2010 10:08:36 AM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 5080] (TMS) |

Thursday, September 30, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:5080 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Sorcerer's Apprentice, The (FIX)*, *Secret Life of the American Teenager 2*, *Wall-E*, *Hannah Montana 3*, *Last Song, The*, *Camp Rock 2: The Final Jam*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/56291252/58beed1/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:52 AM)*

http://hotfile.com/dl/56338377/51fc37e/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:59 AM)*

http://hotfile.com/dl/56332969/3a2348a/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:31:06 AM)*

http://hotfile.com/dl/56348865/f9097fb/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:31:12 AM)*

http://hotfile.com/dl/56375467/9999e5c
/www.bayw.org.the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid.fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:31:19 AM)*

http://hotfile.com/dl/56300296/cd7c912/tslotat.s03e07.hdtv.xvid-fqm.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000257

*(Original Notification Date: 8/5/2010 1:31:24 AM)*

http://hotfile.com/dl/56300609/97a7af1/tslotat.s03e07.hdtv.xvid-fqm.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:31:30 AM)*

http://hotfile.com/dl/56285181/f2d1915/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:31:36 AM)*

http://hotfile.com/dl/56225400/c8702f1/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:31:42 AM)*

http://hotfile.com/dl/56225472/c4eb9c2
/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:31:49 AM)*

http://hotfile.com/dl/56225633/3e82821
/www.DirectLinkSpot.com_the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:31:55 AM)*

http://hotfile.com/dl/56225886/cc7bbef/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:00 AM)*

http://hotfile.com/dl/56226153/8bb1fe9/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:07 AM)*

http://hotfile.com/dl/56226197/1feb587/the.secret.life.of.the.american.teenager.s03e06.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:13 AM)*

http://hotfile.com/dl/56237400/51f93f0/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:20 AM)*

http://hotfile.com/dl/56283932/7dfebc4/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:26 AM)*

http://hotfile.com/dl/56287000/0e56d2b/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:32 AM)*

http://hotfile.com/dl/56298614/e4f45a0/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:39 AM)*

http://hotfile.com/dl/56298667/2c92701/the.secret.life.of.the.american.teenager.s03e07.720p.hdtv.x264-ctu.mkv
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:45 AM)*

http://hotfile.com/dl/56333249/eb80c2d/tscrtlofantn.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:51 AM)*

DISNEY000258

http://hotfile.com/dl/56445194/6739e26
/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 1:32:58 AM)

http://hotfile.com/dl/56445171/239ee8c
/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 1:33:03 AM)

http://hotfile.com/dl/54474222/9ae5744/the.secret.life.of.the.american.teenager.s03e06.hdtv.xvid-fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 1:33:09 AM)

http://hotfile.com/dl/54474416/22c6d8d
/The.Secret.Life.of.the.American.Teenager.S03E06.She.Went.That.Away.HDTV.XviD-FQM.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 1:33:18 AM)

http://hotfile.com/dl/54474558/4c9fcd2
/The.Secret.Life.of.the.American.Teenager.S03E06.She.Went.That.Away.HDTV.XviD-FQM.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 1:33:26 AM)

http://hotfile.com/dl/8067481/4baf0d2/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.003.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:57:08 PM)

http://hotfile.com/dl/8067469/7f90c1c/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.001.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:57:21 PM)

http://hotfile.com/dl/8067478/e629b74/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.002.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:57:28 PM)

http://hotfile.com/dl/8068346/3b996ec/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.001.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:57:34 PM)

http://hotfile.com/dl/8067527/cff020b/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.004.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:57:48 PM)

http://hotfile.com/dl/8068358/644f9b8/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.002.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:57:57 PM)

http://hotfile.com/dl/8068374/590826a/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.003.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:58:02 PM)

http://hotfile.com/dl/8068376/beaec7c/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.004.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:58:06 PM)

http://hotfile.com/dl/8068740/d8d4215/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.001.html

DISNEY000259

*To date, a total of 1 notice(s) previously sent for this link.*

http://hotfile.com/dl/8068760/810a6c4/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.002.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:58:27 PM)*

http://hotfile.com/dl/8068762/13fcdad/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.003.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:58:34 PM)*

http://hotfile.com/dl/58078336/363f960/walle.part02.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:58:39 PM)*

http://hotfile.com/dl/58078337/bb5089a/walle.part04.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:58:55 PM)*

http://hotfile.com/dl/58078335/59ecc8b/walle.part01.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:59:08 PM)*

http://hotfile.com/dl/58078338/a216907/walle.part05.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:59:18 PM)*

http://hotfile.com/dl/58078339/c25d6c6/walle.part03.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:59:28 PM)*

http://hotfile.com/dl/58078340/339ae45/walle.part08.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:59:38 PM)*

http://hotfile.com/dl/58078343/6edc902/walle.part09.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:59:43 PM)*

http://hotfile.com/dl/58078341/532782b/walle.part07.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:59:49 PM)*

http://hotfile.com/dl/58078342/45cd802/walle.part06.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:00:10 PM)*

http://hotfile.com/dl/58078344/25302cc/walle.part10.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:00:18 PM)*

http://hotfile.com/dl/58079061/5100d07/walle.part12.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:00:30 PM)*

http://hotfile.com/dl/58079060/c05afcb/walle.part11.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:00:48 PM)*

DISNEY000260

http://hotfile.com/dl/58079076/183ad45/walle.part13.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:00:58 PM)*

http://hotfile.com/dl/58079077/62d94f0/walle.part14.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:01:16 PM)*

http://hotfile.com/dl/58079085/01c4eac/walle.part15.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:01:23 PM)*

http://hotfile.com/dl/58079088/3ad1485/walle.part16.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:01:30 PM)*

http://hotfile.com/dl/58079100/1bdca8c/walle.part17.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:01:36 PM)*

http://hotfile.com/dl/58079103/5f3f10a/walle.part18.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:01:51 PM)*

http://hotfile.com/dl/58079107/58eb205/walle.part19.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:01:57 PM)*

http://hotfile.com/dl/54314789/15223aa/hannah.montana.s04e01_Tachoz.net.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:02:02 PM)*

http://hotfile.com/dl/54314769/a6d7be3/hannah.montana.s04e01_Tachoz.net.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:02:16 PM)*

http://hotfile.com/dl/48563400/348e182/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:02:22 PM)*

http://hotfile.com/dl/48563544/bd8ba08/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:02:27 PM)*

http://hotfile.com/dl/48563551/e8f5ff3/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:02:32 PM)*

http://hotfile.com/dl/48563545/1e58508/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:02:37 PM)*

http://hotfile.com/dl/48563552/2f75490/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:02:51 PM)*

http://hotfile.com/dl/48563554/c6ad12d/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:02:56 PM)*

DISNEY000261

http://hotfile.com/dl/48599046/d1a4c28/TLS.2010.TS.XviD-PrisM.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:03:02 PM)

http://hotfile.com/dl/48598850/0cafbc8/TLS.2010.TS.XviD-PrisM.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:03:17 PM)

http://hotfile.com/dl/48598790/cfd95e2/TLS.2010.TS.XviD-PrisM.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:03:23 PM)

http://hotfile.com/dl/48599233/b422c0f/TLS.2010.TS.XviD-PrisM.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:03:29 PM)

http://hotfile.com/dl/48599772/26f13ff/TLS.2010.TS.XviD-PrisM.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:03:43 PM)

http://hotfile.com/dl/48599216/b1b490c/TLS.2010.TS.XviD-PrisM.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:03:51 PM)

http://hotfile.com/dl/48734786/a3fb428/T.L.S_Ts_XviD_By_RpL_Team-RPR.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:04:09 PM)

http://hotfile.com/dl/48734944/b84b266/T.L.S_Ts_XviD_By_RpL_Team-RPR.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:04:16 PM)

http://hotfile.com/dl/48734657/5363496/T.L.S_Ts_XviD_By_RpL_Team-RPR.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:04:24 PM)

http://hotfile.com/dl/48735032/03dcc61/T.L.S_Ts_XviD_By_RpL_Team-RPR.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:04:45 PM)

http://hotfile.com/dl/65178061/3e4c38d/EZ20-20CR2TFJRPTASTE20by20BanneD.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:10 AM)

http://hotfile.com/dl/64952966/71203b2/camp.rock.2.the.final.jam.RP-taste.part1.rar
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:13:25 AM)

http://hotfile.com/dl/64953003/bfcedc0/camp.rock.2.the.final.jam.RP-taste.part2.rar
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:13:35 AM)

http://hotfile.com/dl/64952819/99e9f8b/camp.rock.2.the.final.jam.RP-taste.part4.rar
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:13:39 AM)

http://hotfile.com/dl/70334428/ec8245e/Camp.Rock.2.DVDrip.cz.p67.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.

DISNEY000262

*(Original Notification Date: 9/29/2010 10:56:31 PM)*

http://hotfile.com/dl/70336504/738c85c/Camp.Rock.2.DVDrip.cz.p67.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 9/29/2010 10:56:36 PM)*

http://hotfile.com/dl/70433900/2db78e6/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 9/29/2010 10:56:41 PM)*

http://hotfile.com/dl/70435679/2417e3c/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 9/29/2010 10:56:46 PM)*

http://hotfile.com/dl/70435786/a179c06/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 9/29/2010 10:56:52 PM)*


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521



[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/56291252/58beed1/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part3.rar.html
http://hotfile.com/dl/56338377/51fc37e/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56332969/3a2348a/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56348865/f9097fb/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56375467/9999e5c
/www.bayw.org.the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid.fqm.avi.html
http://hotfile.com/dl/56300296/cd7c912/tslotat.s03e07.hdtv.xvid-fqm.part1.rar.html
http://hotfile.com/dl/56300609/97a7af1/tslotat.s03e07.hdtv.xvid-fqm.part2.rar.html
http://hotfile.com/dl/56285181/f2d1915/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56225400/c8702f1/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56225472/c4eb9c2
/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.avi.html
http://hotfile.com/dl/56225633/3e82821
/www.DirectLinkSpot.com_the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56225886/cc7bbef/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56226153/8bb1fe9/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html

DISNEY000263

http://hotfile.com/dl/56226197/1feb587/the.secret.life.of.the.american.teenager.s03e06.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56237400/51f93f0/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56283932/7dfebc4/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56287000/0e56d2b/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56298614/e4f45a0/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi
http://hotfile.com/dl/56298667/2c92701/the.secret.life.of.the.american.teenager.s03e07.720p.hdtv.x264-ctu.mkv
http://hotfile.com/dl/56333249/eb80c2d/tscrtlofantn.rar.html
http://hotfile.com/dl/56445194/6739e26
/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.part2.rar.html
http://hotfile.com/dl/56445171/239ee8c
/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.part1.rar.html
http://hotfile.com/dl/54474222/9ae5744/the.secret.life.of.the.american.teenager.s03e06.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/54474416/22c6d8d
/The.Secret.Life.of.the.American.Teenager.S03E06.She.Went.That.Away.HDTV.XviD-FQM.part1.rar.html
http://hotfile.com/dl/54474558/4c9fcd2
/The.Secret.Life.of.the.American.Teenager.S03E06.She.Went.That.Away.HDTV.XviD-FQM.part2.rar.html
http://hotfile.com/dl/8067481/4baf0d2/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.003.html
http://hotfile.com/dl/8067469/7f90c1c/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.001.html
http://hotfile.com/dl/8067478/e629b74/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.002.html
http://hotfile.com/dl/8068346/3b996ec/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.001.html
http://hotfile.com/dl/8067527/cff020b/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.004.html
http://hotfile.com/dl/8068358/644f9b8/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.002.html
http://hotfile.com/dl/8068374/590826a/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.003.html
http://hotfile.com/dl/8068376/beaec7c/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.004.html
http://hotfile.com/dl/8068740/d8d4215/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.001.html
http://hotfile.com/dl/8068760/810a6c4/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.002.html
http://hotfile.com/dl/8068762/13fcdad/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.003.html
http://hotfile.com/dl/58078336/363f960/walle.part02.rar.html
http://hotfile.com/dl/58078337/bb5089a/walle.part04.rar.html
http://hotfile.com/dl/58078335/59ecc8b/walle.part01.rar.html
http://hotfile.com/dl/58078338/a216907/walle.part05.rar.html
http://hotfile.com/dl/58078339/c25d6c6/walle.part03.rar.html
http://hotfile.com/dl/58078340/339ae45/walle.part08.rar.html
http://hotfile.com/dl/58078343/6edc902/walle.part09.rar.html
http://hotfile.com/dl/58078341/532782b/walle.part07.rar.html
http://hotfile.com/dl/58078342/45cd802/walle.part06.rar.html
http://hotfile.com/dl/58078344/25302cc/walle.part10.rar.html
http://hotfile.com/dl/58079061/5100d07/walle.part12.rar.html
http://hotfile.com/dl/58079060/c05afcb/walle.part11.rar.html
http://hotfile.com/dl/58079076/183ad45/walle.part13.rar.html
http://hotfile.com/dl/58079077/62d94f0/walle.part14.rar.html
http://hotfile.com/dl/58079085/01c4eac/walle.part15.rar.html
http://hotfile.com/dl/58079088/3ad1485/walle.part16.rar.html
http://hotfile.com/dl/58079100/1bdca8c/walle.part17.rar.html
http://hotfile.com/dl/58079103/5f3f10a/walle.part18.rar.html
http://hotfile.com/dl/58079107/58eb205/walle.part19.rar.html
http://hotfile.com/dl/54314789/15223aa/hannah.montana.s04e01_Tachoz.net.part1.rar.html
http://hotfile.com/dl/54314769/a6d7be3/hannah.montana.s04e01_Tachoz.net.part2.rar.html
http://hotfile.com/dl/48563400/348e182/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part6.rar.html
http://hotfile.com/dl/48563544/bd8ba08/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part5.rar.html
http://hotfile.com/dl/48563551/e8f5ff3/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part1.rar.html
http://hotfile.com/dl/48563545/1e58508/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part3.rar.html
http://hotfile.com/dl/48563552/2f75490/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part2.rar.html
http://hotfile.com/dl/48563554/c6ad12d/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part4.rar.html

DISNEY000264

http://hotfile.com/dl/48599046/d1a4c28/TLS.2010.TS.XviD-PrisM.part4.rar.html
http://hotfile.com/dl/48598850/0cafbc8/TLS.2010.TS.XviD-PrisM.part2.rar.html
http://hotfile.com/dl/48598790/cfd95e2/TLS.2010.TS.XviD-PrisM.part1.rar.html
http://hotfile.com/dl/48599233/b422c0f/TLS.2010.TS.XviD-PrisM.part6.rar.html
http://hotfile.com/dl/48599772/26f13ff/TLS.2010.TS.XviD-PrisM.part3.rar.html
http://hotfile.com/dl/48599216/b1b490c/TLS.2010.TS.XviD-PrisM.part5.rar.html
http://hotfile.com/dl/48734786/a3fb428/T.L.S_Ts_XviD_By_RpL_Team-RPR.part2.rar.html
http://hotfile.com/dl/48734944/b84b266/T.L.S_Ts_XviD_By_RpL_Team-RPR.part3.rar.html
http://hotfile.com/dl/48734657/5363496/T.L.S_Ts_XviD_By_RpL_Team-RPR.part1.rar.html
http://hotfile.com/dl/48735032/03dcc61/T.L.S_Ts_XviD_By_RpL_Team-RPR.part4.rar.html
http://hotfile.com/dl/65178061/3e4c38d/EZ20-20CR2TFJRPTASTE20by20BanneD.part3.rar.html
http://hotfile.com/dl/64952966/71203b2/camp.rock.2.the.final.jam.RP-taste.part1.rar
http://hotfile.com/dl/64953003/bfcedc0/camp.rock.2.the.final.jam.RP-taste.part2.rar
http://hotfile.com/dl/64952819/99e9f8b/camp.rock.2.the.final.jam.RP-taste.part4.rar
http://hotfile.com/dl/70334428/ec8245e/Camp.Rock.2.DVDrip.cz.p67.part1.rar.html
http://hotfile.com/dl/70336504/738c85c/Camp.Rock.2.DVDrip.cz.p67.part2.rar.html
http://hotfile.com/dl/70433900/2db78e6/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part1.rar.html
http://hotfile.com/dl/70435679/2417e3c/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part2.rar.html
http://hotfile.com/dl/70435786/a179c06/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part3.rar.html

--------------------

DISNEY000265

| From: | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
|---|---|
| To: | abuse@hotfile.com |
| CC: | Internet Enforcement |
| Sent: | 10/8/2010 2:50:31 PM |
| Subject: | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 5164] (TMS) |

Friday, October 08, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:5164 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Grey's Anatomy 6 (FIX)*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/40516788/a5f3446/_gre.ana.s06e20.hdtv.xvid-2hd.avi.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:11 AM)*

http://hotfile.com/dl/40517103/fcb5fee/_gre.ana.s06e20.hdtv.xvid-2hd.avi.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:13 AM)*

http://hotfile.com/dl/40524854/322df5c/_gre.ana.s06e20.hdtv.xvid-2hd.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:13 AM)*

http://hotfile.com/dl/40531822/0c0147d/Greys.Anatomy.S06E20.HDTV.XviD-2HD.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:14 AM)*

http://hotfile.com/dl/14453163/f72571f/Greys.Anatomy.S06E04.HDTV.XviD-NoTV.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:15 AM)*

http://hotfile.com/dl/34654077/33bbf0c/DaGrAn.618.j8e7.part3.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:15 AM)*

DISNEY000299

http://hotfile.com/dl/34653906/98cbdab/DaGrAn.618.j8e7.part1.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:16 AM)*

http://hotfile.com/dl/34654117/895e7ee/DaGrAn.618.j8e7.part4.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:17 AM)*

http://hotfile.com/dl/34653986/5447683/DaGrAn.618.j8e7.part2.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:32 AM)*

http://hotfile.com/dl/43929691/d668966/G.A.6.23.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:24 AM)*

http://hotfile.com/dl/43929693/6ef2349/G.A.6.23.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:30 AM)*

http://hotfile.com/dl/43929694/6ef0129/G.A.6.23.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:32 AM)*

http://hotfile.com/dl/43929823/13e97bb/G.A.6.24.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:44 AM)*

http://hotfile.com/dl/43929826/6585c7f/G.A.6.24.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:45 AM)*

http://hotfile.com/dl/43929692/7bca2da/G.A.6.24.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:46 AM)*

http://hotfile.com/dl/43063537/8cac32d/greys.anatomy.s06e22.hdtv.xvid-2hd.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:49 AM)*

http://hotfile.com/dl/25250713/53ba924/GA.S06E12.1Link.wWw.Dark-ville.CoM.By.luisaca.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:56 AM)*

http://hotfile.com/dl/24494836/c5405c8/EasyDll.org_Greys.Anatomy.S06E03.HDTV.XviD-2HD.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/13/2010 12:43:35 AM)*

http://hotfile.com/dl/24496879/28f6f01/EasyDll.org_Greys.Anatomy.S06E11.HDTV.XviD-2HD.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/13/2010 12:43:41 AM)*

http://hotfile.com/dl/24495072/1ffd434/EasyDll.org_Greys.Anatomy.S06E11.HDTV.XviD-2HD.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/13/2010 12:43:46 AM)*

http://hotfile.com/dl/25855242/566bceb/Greys.Anatomy.S06E12.Hdtv.Xvid-2hd.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000300

*(Original Notification Date: 8/13/2010 12:43:51 AM)*

http://hotfile.com/dl/25855252/26449f1/Greys.Anatomy.S06E12.Hdtv.Xvid-2hd.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/13/2010 12:43:53 AM)*

http://hotfile.com/dl/27472325/3e6407f/Greys.Anatomy.S06E13.HDTV.XviD-2HD.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/13/2010 12:43:55 AM)*

http://hotfile.com/dl/27472312/e568370/Greys.Anatomy.S06E13.HDTV.XviD-2HD.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/13/2010 12:43:56 AM)*

http://hotfile.com/dl/24275414/0983940/Greys.Anatomy.S06E11.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/17/2010 12:41:33 AM)*

http://hotfile.com/dl/24275974/d4a5e21/Greys.Anatomy.S06E11.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/17/2010 12:41:44 AM)*

http://hotfile.com/dl/45369389/c0ce1d8/Greys.Anatomy.S06E21.HDTV.XviD-NoTV.avi
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/18/2010 2:13:56 AM)*

http://hotfile.com/dl/43940031/b8580e1/_gre.ysan_atomys06e23.hdtv.xvid-2hd.avi.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/18/2010 2:13:58 AM)*

http://hotfile.com/dl/43959607/050f500/Greys.Anatomy.S06E24.HDTV.XviD-2HD.avi
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/18/2010 2:13:59 AM)*

http://hotfile.com/dl/43979721/b68ae89/Greys.Anatomy.S06E23.HDTV.XviD-2HD.avi
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/18/2010 2:14:00 AM)*

http://hotfile.com/dl/20802415/89ccc26/Greys.Anatomy-S06E04.avi.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/18/2010 2:14:01 AM)*

http://hotfile.com/dl/20802646/08feba0/Greys.Anatomy-S06E05.avi.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/18/2010 2:14:02 AM)*

http://hotfile.com/dl/34691597/690f83f/6R4N.618.HDTV.NoTV.divxm.net.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/23/2010 12:16:50 AM)*

http://hotfile.com/dl/40529361/b6c9ba6/6R4N.620.720p.DIMENSION.divxm.net.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/23/2010 12:16:51 AM)*

http://hotfile.com/dl/40530103/55d219f/6R4N.620.HDTV.2HD.divxm.net.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/23/2010 12:16:51 AM)*

http://hotfile.com/dl/41665661/8a104b1/6R4N.621.720p.CTU.divxm.net.rar.html

* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/23/2010 12:16:52 AM)

http://hotfile.com/dl/41666440/46cf6be/6R4N.621.HDTV.NoTV.divxm.net.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/23/2010 12:16:52 AM)

http://hotfile.com/dl/42859374/19809f6/6R4N.622.HDTV.2HD.divxm.net.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/23/2010 12:16:53 AM)


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521


[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/40516788/a5f3446/_gre.ana.s06e20.hdtv.xvid-2hd.avi.part2.rar.html
http://hotfile.com/dl/40517103/fcb5fee/_gre.ana.s06e20.hdtv.xvid-2hd.avi.part1.rar.html
http://hotfile.com/dl/40524854/322df5c/_gre.ana.s06e20.hdtv.xvid-2hd.avi.html
http://hotfile.com/dl/40531822/0c0147d/Greys.Anatomy.S06E20.HDTV.XviD-2HD.avi.html
http://hotfile.com/dl/14453163/f72571f/Greys.Anatomy.S06E04.HDTV.XviD-NoTV.avi.html
http://hotfile.com/dl/34654077/33bbf0c/DaGrAn.618.j8e7.part3.rar
http://hotfile.com/dl/34653906/98cbdab/DaGrAn.618.j8e7.part1.rar
http://hotfile.com/dl/34654117/895e7ee/DaGrAn.618.j8e7.part4.rar
http://hotfile.com/dl/34653986/5447683/DaGrAn.618.j8e7.part2.rar
http://hotfile.com/dl/43929691/d668966/G.A.6.23.part1.rar.html
http://hotfile.com/dl/43929693/6ef2349/G.A.6.23.part3.rar.html
http://hotfile.com/dl/43929694/6ef0129/G.A.6.23.part2.rar.html
http://hotfile.com/dl/43929823/13e97bb/G.A.6.24.part2.rar.html
http://hotfile.com/dl/43929826/6585c7f/G.A.6.24.part3.rar.html
http://hotfile.com/dl/43929692/7bca2da/G.A.6.24.part1.rar.html
http://hotfile.com/dl/43063537/8cac32d/greys.anatomy.s06e22.hdtv.xvid-2hd.avi.html
http://hotfile.com/dl/25250713/53ba924/GA.S06E12.1Link.wWw.Dark-ville.CoM.By.luisaca.rar.html
http://hotfile.com/dl/24494836/c5405c8/EasyDll.org_Greys.Anatomy.S06E03.HDTV.XviD-2HD.part1.rar.html
http://hotfile.com/dl/24496879/28f6f01/EasyDll.org_Greys.Anatomy.S06E11.HDTV.XviD-2HD.part1.rar.html
http://hotfile.com/dl/24495072/1ffd434/EasyDll.org_Greys.Anatomy.S06E11.HDTV.XviD-2HD.part1.rar.html
http://hotfile.com/dl/25855242/566bceb/Greys.Anatomy.S06E12.Hdtv.Xvid-2hd.part2.rar.html
http://hotfile.com/dl/25855252/26449f1/Greys.Anatomy.S06E12.Hdtv.Xvid-2hd.part1.rar.html

DISNEY000302

http://hotfile.com/dl/27472325/3e6407f/Greys.Anatomy.S06E13.HDTV.XviD-2HD.part1.rar.html
http://hotfile.com/dl/27472312/e568370/Greys.Anatomy.S06E13.HDTV.XviD-2HD.part2.rar.html
http://hotfile.com/dl/24275414/0983940/Greys.Anatomy.S06E11.part1.rar.html
http://hotfile.com/dl/24275974/d4a5e21/Greys.Anatomy.S06E11.part2.rar.html
http://hotfile.com/dl/45369389/c0ce1d8/Greys.Anatomy.S06E21.HDTV.XviD-NoTV.avi
http://hotfile.com/dl/43940031/b8580e1/_gre.ysan_atomys06e23.hdtv.xvid-2hd.avi.html
http://hotfile.com/dl/43959607/050f500/Greys.Anatomy.S06E24.HDTV.XviD-2HD.avi
http://hotfile.com/dl/43979721/b68ae89/Greys.Anatomy.S06E23.HDTV.XviD-2HD.avi
http://hotfile.com/dl/20802415/89ccc26/Greys.Anatomy-S06E04.avi.html
http://hotfile.com/dl/20802646/08feba0/Greys.Anatomy-S06E05.avi.html
http://hotfile.com/dl/34691597/690f83f/6R4N.618.HDTV.NoTV.divxm.net.rar.html
http://hotfile.com/dl/40529361/b6c9ba6/6R4N.620.720p.DIMENSION.divxm.net.rar.html
http://hotfile.com/dl/40530103/55d219f/6R4N.620.HDTV.2HD.divxm.net.rar.html
http://hotfile.com/dl/41665661/8a104b1/6R4N.621.720p.CTU.divxm.net.rar.html
http://hotfile.com/dl/41666440/46cf6be/6R4N.621.HDTV.NoTV.divxm.net.rar.html
http://hotfile.com/dl/42859374/19809f6/6R4N.622.HDTV.2HD.divxm.net.rar.html

--------------------

DISNEY000303

| | |
|---|---|
| **From:** | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| **To:** | abuse@hotfile.com |
| **CC:** | Internet Enforcement |
| **Sent:** | 11/15/2010 5:50:11 PM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 5722] (TMS) |

Tuesday, November 16, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:5722 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Last Song, The, Lost 5, Prince of Persia, Sorcerer's Apprentice, The(Archive), Grey's Anatomy 7*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/46326581/eae37cc/140_GOn2010.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:40 PM)*

http://hotfile.com/dl/46326578/e588051/140_GOn2010.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:41 PM)*

http://hotfile.com/dl/46326576/c837144/140_GOn2010.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:41 PM)*

http://hotfile.com/dl/46326572/d8ca7fd/140_GOn2010.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:41 PM)*

http://hotfile.com/dl/8802781/e60fbcc/lost.515_kalos87_.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:42 PM)*

http://hotfile.com/dl/8802796/39b17ec/lost.515_kalos87_.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000198

*(Original Notification Date: 7/26/2010 8:49:43 PM)*

http://hotfile.com/dl/8802784/4e5b87f/lost.515_kalos87_.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:43 PM)*

http://hotfile.com/dl/8802803/964db21/lost.515_kalos87_.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:44 PM)*

http://hotfile.com/dl/3179861/d9f22bb/lost.s05e02.lektorPL.xvid.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:44 PM)*

http://hotfile.com/dl/3181362/66aa9c6/lost.s05e02.lektorPL.xvid.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:45 PM)*

http://hotfile.com/dl/3181526/3ad20f8/lost.s05e03.lektorPL.xvid.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:46 PM)*

http://hotfile.com/dl/3181606/4530381/lost.s05e03.lektorPL.xvid.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:46 PM)*

http://hotfile.com/dl/3183973/2db79b7/lost.s05e09.lektorPL.xvid.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:47 PM)*

http://hotfile.com/dl/3184042/25ac7b2/lost.s05e09.lektorPL.xvid.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:47 PM)*

http://hotfile.com/dl/3184268/246b74c/lost.s05e12.lektorPL.xvid.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:48 PM)*

http://hotfile.com/dl/3184338/efb69cc/lost.s05e12.lektorPL.xvid.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:48 PM)*

http://hotfile.com/dl/3184421/401c9ef/lost.s05e13.lektorPL.xvid.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:49 PM)*

http://hotfile.com/dl/3184494/c4f12b6/lost.s05e13.lektorPL.xvid.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:49 PM)*

http://hotfile.com/dl/3184576/75c8eda/lost.s05e14.lektorPL.xvid.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:49 PM)*

http://hotfile.com/dl/3184644/78aaa9d/lost.s05e14.lektorPL.xvid.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:51 PM)*

http://hotfile.com/dl/3184733/441c161/lost.s05e15.lektorPL.xvid.part1.rar.html

DISNEY000199

*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:51 PM)*

http://hotfile.com/dl/3184818/164dd53/lost.s05e15.lektorPL.xvid.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:52 PM)*

http://hotfile.com/dl/5183536/3c85146/Lost-05-14-DannyE.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:52 PM)*

http://hotfile.com/dl/17010615/d0278c0/Zagubieni.Sezon5.Odcinek2.PL.XVID.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:53 PM)*

http://hotfile.com/dl/17010870/4cc1d22/Zagubieni.Sezon5.Odcinek2.PL.XVID.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:54 PM)*

http://hotfile.com/dl/17011263/54e58e3/Zagubieni.Sezon5.Odcinek3.PL.XVID.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:54 PM)*

http://hotfile.com/dl/17011538/115dc88/Zagubieni.Sezon5.Odcinek3.PL.XVID.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:55 PM)*

http://hotfile.com/dl/17014259/6adf8c0/Zagubieni.Sezon5.Odcinek9.PL.XVID.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:55 PM)*

http://hotfile.com/dl/17014548/eac847b/Zagubieni.Sezon5.Odcinek9.PL.XVID.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:56 PM)*

http://hotfile.com/dl/17065675/ed1ca42/Zagubieni.Sezon5.Odcinek12.PL.XVID.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:56 PM)*

http://hotfile.com/dl/17066079/6eadf9e/Zagubieni.Sezon5.Odcinek12.PL.XVID.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:56 PM)*

http://hotfile.com/dl/17066508/7b5a6ea/Zagubieni.Sezon5.Odcinek13.PL.XVID.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:57 PM)*

http://hotfile.com/dl/17066946/cc6a9c1/Zagubieni.Sezon5.Odcinek13.PL.XVID.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:58 PM)*

http://hotfile.com/dl/17067527/890392f/Zagubieni.Sezon5.Odcinek14.PL.XVID.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:59 PM)*

http://hotfile.com/dl/17067880/452dd5a/Zagubieni.Sezon5.Odcinek14.PL.XVID.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:59 PM)*

DISNEY000200

| From: | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
|---|---|
| To: | abuse@hotfile.com |
| CC: | Internet Enforcement |
| Sent: | 12/17/2010 4:53:32 PM |
| Subject: | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 6124] (CH) |

Saturday, December 18, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:6124 ]
File No. (CH) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Tangled*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/85610597/c90e970/TanAiN.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:24:30 AM)*

http://hotfile.com/dl/85610657/b60b8fb/TanAiN.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:24:32 AM)*

http://hotfile.com/dl/85610644/4ea24a3/TanAiN.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:24:33 AM)*

http://hotfile.com/dl/85610684/fae5389/TanAiN.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:24:35 AM)*

http://hotfile.com/dl/85713633/e3d32a4/Tngld.Cm_urgrove.mkv.001.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:24:57 AM)*

http://hotfile.com/dl/85713811/2c51272/Tngld.Cm_urgrove.mkv.003.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:25:01 AM)*

DISNEY000247

http://hotfile.com/dl/85713727/3a7f982/Tngld.Cm_urgrove.com.mkv.002.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:25:07 AM)*

http://hotfile.com/dl/85362716/6322491/EZ-Tangled.2010.Cam_by.BanneD.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:25:38 AM)*

http://hotfile.com/dl/85362824/9794001/EZ-Tangled.2010.Cam_by.BanneD.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:25:41 AM)*

http://hotfile.com/dl/85363002/be4364f/EZ-Tangled.2010.Cam_by.BanneD.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:25:44 AM)*

http://hotfile.com/dl/85363371/e656f48/EZ-Tangled.2010.Cam_by.BanneD.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:25:45 AM)*

http://hotfile.com/dl/85591441/5db75b1/Tangled.2010.CAM-CF.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:26:23 AM)*

http://hotfile.com/dl/85591633/2bf66ef/Tangled.2010.CAM-CF.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:26:25 AM)*

http://hotfile.com/dl/85591908/7fe8ac2/Tangled.2010.CAM-CF.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:26:48 AM)*

http://hotfile.com/dl/85591836/1811331/Tangled.2010.CAM-CF.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:26:53 AM)*

http://hotfile.com/dl/85685058/e16e402/Tangled.2010.CAM.Feel-Free.part01.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:26:57 AM)*

http://hotfile.com/dl/85685305/76a594b/Tangled.2010.CAM.Feel-Free.part04.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:26:59 AM)*

http://hotfile.com/dl/85685085/bd3190a/Tangled.2010.CAM.Feel-Free.part02.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:00 AM)*

http://hotfile.com/dl/85685283/5d5a264/Tangled.2010.CAM.Feel-Free.part03.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:01 AM)*

http://hotfile.com/dl/85685484/fe0dc02/Tangled.2010.CAM.Feel-Free.part05.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:03 AM)*

http://hotfile.com/dl/85685661/5bcafd6/Tangled.2010.CAM.Feel-Free.part07.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000248

*(Original Notification Date: 12/1/2010 2:27:04 AM)*

http://hotfile.com/dl/85685522/3947264/Tangled.2010.CAM.Feel-Free.part06.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:24 AM)*

http://hotfile.com/dl/85685700/8b1cf41/Tangled.2010.CAM.Feel-Free.part08.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:28 AM)*

http://hotfile.com/dl/85685871/897b91f/Tangled.2010.CAM.Feel-Free.part09.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:30 AM)*

http://hotfile.com/dl/85685925/b2e0b1a/Tangled.2010.CAM.Feel-Free.part10.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:30 AM)*

http://hotfile.com/dl/85709440/24fcd6e/gtlangefddl_toast_boy.part01.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:31 AM)*

http://hotfile.com/dl/85709472/92ff820/gtlangefddl_toast_boy.part02.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:31 AM)*

http://hotfile.com/dl/85761422/0eb342c/c-tangld.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:32 AM)*

http://hotfile.com/dl/85761740/f417230/c-tangld.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:33 AM)*

http://hotfile.com/dl/85762025/1052eb8/c-tangld.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:34 AM)*

http://hotfile.com/dl/85761912/00e9f55/c-tangld.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:35 AM)*

http://hotfile.com/dl/85762280/49f7dfc/Lu-Tangled.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:39 AM)*

http://hotfile.com/dl/85762492/fa417f5/Lu-Tangled.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:43 AM)*

http://hotfile.com/dl/85762776/e6a421c/Lu-Tangled.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:48 AM)*

http://hotfile.com/dl/85762673/20d1101/Lu-Tangled.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:27:53 AM)*

http://hotfile.com/dl/85765162/17194c3/c-tangld.avi.003.html

DISNEY000249

* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:27:58 AM)*

http://hotfile.com/dl/85765587/9dcc7cc/c-tangld.avi.002.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:28:03 AM)*

http://hotfile.com/dl/85764692/b8158a9/c-tangld.avi.004.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:28:10 AM)*

http://hotfile.com/dl/85765881/25ad81e/c-tangld.avi.001.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:28:17 AM)*

http://hotfile.com/dl/85786921/a7539cd/Tangled.2010.CAM.Feel-Free.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:28:23 AM)*

http://hotfile.com/dl/85786926/d9213e6/Tangled.2010.CAM.Feel-Free.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:28:30 AM)*

http://hotfile.com/dl/85787024/a1b971e/Tangled.2010.CAM.Feel-Free.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:28:36 AM)*

http://hotfile.com/dl/85786967/a7af4de/Tangled.2010.CAM.Feel-Free.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:28:41 AM)*

http://hotfile.com/dl/85787026/e23146b/Tangled.2010.CAM.Feel-Free.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:28:45 AM)*

http://hotfile.com/dl/85787051/553f366/Tangled.2010.CAM.Feel-Free.part7.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:28:50 AM)*

http://hotfile.com/dl/85787027/3b2209e/Tangled.2010.CAM.Feel-Free.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:28:55 AM)*

http://hotfile.com/dl/85818672/618e499/Tan10.CAM-CAMSTAiN.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:28:59 AM)*

http://hotfile.com/dl/85331280/d0e7ded/Long.Long.Hair.2k10.Cam-Lu.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:29:30 AM)*

http://hotfile.com/dl/85331471/baf33ca/Long.Long.Hair.2k10.Cam-Lu.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:29:35 AM)*

http://hotfile.com/dl/85514531/ea082a3/T.2010.Feel-Free.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 12/1/2010 2:30:00 AM)*

DISNEY000250

http://hotfile.com/dl/85515450/0ad0465/T.2010.Feel-Free.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:30:04 AM)


http://hotfile.com/dl/85516442/ef884d4/T.2010.Feel-Free.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:30:09 AM)


http://hotfile.com/dl/85529481/1f8d9f2/Tangled.2010.Cam.XviD.Feel-Free.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:30:13 AM)


http://hotfile.com/dl/85610718/b3e7bf9/NiATSMAC-DivX.MAC.delgnaT.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:30:18 AM)


http://hotfile.com/dl/85610699/b46318f/NiATSMAC-DivX.MAC.delgnaT.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:30:22 AM)


http://hotfile.com/dl/85615426/03fb4fd/Bananashare.Org_tangld.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:30:27 AM)


http://hotfile.com/dl/85848257/3b4f818/Tangled.CAM.XviD-CAMSTAiN.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:30:46 AM)


http://hotfile.com/dl/85769287/c73237c/c-tangld.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:30:53 AM)


http://hotfile.com/dl/85531406/4189f85/T.C.X.F-F.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:32:27 AM)


http://hotfile.com/dl/85531593/d7576d8/T.C.X.F-F.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:32:33 AM)


http://hotfile.com/dl/85531681/992ce9e/T.C.X.F-F.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:32:39 AM)


http://hotfile.com/dl/85531664/3cd57ac/T.C.X.F-F.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:33:11 AM)


http://hotfile.com/dl/85531684/6a623d7/T.C.X.F-F.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:33:22 AM)


http://hotfile.com/dl/85531685/bee4581/T.C.X.F-F.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:33:30 AM)


http://hotfile.com/dl/85502378/dfd9f9b/Tangled.2010.Cam.dmz.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:33:53 AM)

DISNEY000251

http://hotfile.com/dl/85502369/fc734b6/Tangled.2010.Cam.dmz.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:34:00 AM)

http://hotfile.com/dl/85502389/430ed88/Tangled.2010.Cam.dmz.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:34:07 AM)

http://hotfile.com/dl/85502417/a2d80f8/Tangled.2010.Cam.dmz.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:34:38 AM)

http://hotfile.com/dl/85502427/c2c18d5/Tangled.2010.Cam.dmz.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:34:49 AM)

http://hotfile.com/dl/85502508/3884333/Tangled.2010.Cam.dmz.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:34:54 AM)

http://hotfile.com/dl/85502536/9ba0681/Tangled.2010.Cam.dmz.part7.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:34:59 AM)

http://hotfile.com/dl/85620650/9fbdd6c/T.C.X.CAMSTAiN.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:35:30 AM)

http://hotfile.com/dl/85621441/8c4fc2d/T.C.X.CAMSTAiN.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:35:38 AM)

http://hotfile.com/dl/85622650/8114ec0/T.C.X.CAMSTAiN.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:36:08 AM)

http://hotfile.com/dl/85623117/c3ed223/T.C.X.CAMSTAiN.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:36:15 AM)

http://hotfile.com/dl/85588110/8419bce/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:36:46 AM)

http://hotfile.com/dl/85588111/f0d7928/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:36:59 AM)

http://hotfile.com/dl/85725898/435f4f3/Tangled.CAM.XviDCAMSTAiN.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:37:06 AM)

http://hotfile.com/dl/85725968/79cd924/Tangled.CAM.XviDCAMSTAiN.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 12/1/2010 2:37:12 AM)

http://hotfile.com/dl/85726118/9633e4c/Tangled.CAM.XviDCAMSTAiN.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.

DISNEY000252

*(Original Notification Date: 12/1/2010 2:37:25 AM)*

http://hotfile.com/dl/85726175/102e8f7/Tangled.CAM.XviDCAMSTAiN.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:37:55 AM)*

http://hotfile.com/dl/85726357/4665497/Tangled.CAM.XviDCAMSTAiN.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:38:08 AM)*

http://hotfile.com/dl/85726610/01f7cf3/Tangled.CAM.XviDCAMSTAiN.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:38:20 AM)*

http://hotfile.com/dl/85726512/39cf4a9/Tangled.CAM.XviDCAMSTAiN.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:38:28 AM)*

http://hotfile.com/dl/85726529/fd8b70b/Tangled.CAM.XviDCAMSTAiN.part8.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:38:36 AM)*

http://hotfile.com/dl/85740459/d258a86/Tangled.2010.CAM.XviD-miguel.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:39:08 AM)*

http://hotfile.com/dl/85740477/0e1bc19/Tangled.2010.CAM.XviD-miguel.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:39:20 AM)*

http://hotfile.com/dl/85740592/56b5876/Tangled.2010.CAM.XviD-miguel.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:39:32 AM)*

http://hotfile.com/dl/85740959/7037718/Tangled.2010.CAM.XviD-miguel.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:39:38 AM)*

http://hotfile.com/dl/85740980/712631d/Tangled.2010.CAM.XviD-miguel.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:39:44 AM)*

http://hotfile.com/dl/85740729/f383ece/Tangled.2010.CAM.XviD-miguel.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:40:15 AM)*

http://hotfile.com/dl/85740835/8a48c3a/Tangled.2010.CAM.XviD-miguel.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:40:25 AM)*

http://hotfile.com/dl/85707906/d4c19cb/Tangled.2010.CAM.Feel-Free.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:40:32 AM)*

http://hotfile.com/dl/85707901/a27c62d/Tangled.2010.CAM.Feel-Free.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:41:20 AM)*

http://hotfile.com/dl/85707929/a7ba4d8/Tangled.2010.CAM.Feel-Free.part3.rar.html

DISNEY000253

*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:41:29 AM)*

http://hotfile.com/dl/85707948/7acc454/Tangled.2010.CAM.Feel-Free.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 12/1/2010 2:41:35 AM)*


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521



[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/85610597/c90e970/TanAiN.part1.rar.html
http://hotfile.com/dl/85610657/b60b8fb/TanAiN.part2.rar.html
http://hotfile.com/dl/85610644/4ea24a3/TanAiN.part6.rar.html
http://hotfile.com/dl/85610684/fae5389/TanAiN.part5.rar.html
http://hotfile.com/dl/85713633/e3d32a4/Tngld.Cm_urgrove.com.mkv.001.html
http://hotfile.com/dl/85713811/2c51272/Tngld.Cm_urgrove.com.mkv.003.html
http://hotfile.com/dl/85713727/3a7f982/Tngld.Cm_urgrove.com.mkv.002.html
http://hotfile.com/dl/85362716/6322491/EZ-Tangled.2010.Cam_by.BanneD.part3.rar.html
http://hotfile.com/dl/85362824/9794001/EZ-Tangled.2010.Cam_by.BanneD.part2.rar.html
http://hotfile.com/dl/85363002/be4364f/EZ-Tangled.2010.Cam_by.BanneD.part1.rar.html
http://hotfile.com/dl/85363371/e656f48/EZ-Tangled.2010.Cam_by.BanneD.part4.rar.html
http://hotfile.com/dl/85591441/5db75b1/Tangled.2010.CAM-CF.part1.rar.html
http://hotfile.com/dl/85591633/2bf66ef/Tangled.2010.CAM-CF.part2.rar.html
http://hotfile.com/dl/85591908/7fe8ac2/Tangled.2010.CAM-CF.part4.rar.html
http://hotfile.com/dl/85591836/1811331/Tangled.2010.CAM-CF.part3.rar.html
http://hotfile.com/dl/85685058/e16e402/Tangled.2010.CAM.Feel-Free.part01.rar.html
http://hotfile.com/dl/85685305/76a594b/Tangled.2010.CAM.Feel-Free.part04.rar.html
http://hotfile.com/dl/85685085/bd3190a/Tangled.2010.CAM.Feel-Free.part02.rar.html
http://hotfile.com/dl/85685283/5d5a264/Tangled.2010.CAM.Feel-Free.part03.rar.html
http://hotfile.com/dl/85685484/fe0dc02/Tangled.2010.CAM.Feel-Free.part05.rar.html
http://hotfile.com/dl/85685661/5bcafd6/Tangled.2010.CAM.Feel-Free.part07.rar.html
http://hotfile.com/dl/85685522/3947264/Tangled.2010.CAM.Feel-Free.part06.rar.html
http://hotfile.com/dl/85685700/8b1cf41/Tangled.2010.CAM.Feel-Free.part08.rar.html
http://hotfile.com/dl/85685871/897b91f/Tangled.2010.CAM.Feel-Free.part09.rar.html
http://hotfile.com/dl/85685925/b2e0b1a/Tangled.2010.CAM.Feel-Free.part10.rar.html
http://hotfile.com/dl/85709440/24fcd6e/gtlangefddl_toast_boy.part01.rar.html

DISNEY000254

http://hotfile.com/dl/85709472/92ff820/gtiangeruul_toast_boy.part2.rar.html
http://hotfile.com/dl/85761422/0eb342c/c-tangld.part1.rar.html
http://hotfile.com/dl/85761740/f417230/c-tangld.part2.rar.html
http://hotfile.com/dl/85762025/1052eb8/c-tangld.part4.rar.html
http://hotfile.com/dl/85761912/00e9f55/c-tangld.part3.rar.html
http://hotfile.com/dl/85762280/49f7dfc/Lu-Tangled.part1.rar.html
http://hotfile.com/dl/85762492/fa417f5/Lu-Tangled.part2.rar.html
http://hotfile.com/dl/85762776/e6a421c/Lu-Tangled.part4.rar.html
http://hotfile.com/dl/85762673/20d1101/Lu-Tangled.part3.rar.html
http://hotfile.com/dl/85765162/17194c3/c-tangld.avi.003.html
http://hotfile.com/dl/85765587/9dcc7cc/c-tangld.avi.002.html
http://hotfile.com/dl/85764692/b8158a9/c-tangld.avi.004.html
http://hotfile.com/dl/85765881/25ad81e/c-tangld.avi.001.html
http://hotfile.com/dl/85786921/a7539cd/Tangled.2010.CAM.Feel-Free.part1.rar.html
http://hotfile.com/dl/85786926/d9213e6/Tangled.2010.CAM.Feel-Free.part2.rar.html
http://hotfile.com/dl/85787024/a1b971e/Tangled.2010.CAM.Feel-Free.part4.rar.html
http://hotfile.com/dl/85786967/a7af4de/Tangled.2010.CAM.Feel-Free.part3.rar.html
http://hotfile.com/dl/85787026/e23146b/Tangled.2010.CAM.Feel-Free.part5.rar.html
http://hotfile.com/dl/85787051/553f366/Tangled.2010.CAM.Feel-Free.part7.rar.html
http://hotfile.com/dl/85787027/3b2209e/Tangled.2010.CAM.Feel-Free.part6.rar.html
http://hotfile.com/dl/85818672/618e499/Tan10.CAM-CAMSTAiN.avi.html
http://hotfile.com/dl/85331280/d0e7ded/Long.Long.Hair.2k10.Cam-Lu.part2.rar.html
http://hotfile.com/dl/85331471/baf33ca/Long.Long.Hair.2k10.Cam-Lu.part1.rar.html
http://hotfile.com/dl/85514531/ea082a3/T.2010.Feel-Free.part3.rar.html
http://hotfile.com/dl/85515450/0ad0465/T.2010.Feel-Free.part2.rar.html
http://hotfile.com/dl/85516442/ef884d4/T.2010.Feel-Free.part1.rar.html
http://hotfile.com/dl/85529481/1f8d9f2/Tangled.2010.Cam.XviD.Feel-Free.avi.html
http://hotfile.com/dl/85610718/b3e7bf9/NiATSMAC-DivX.MAC.delgnaT.part1.rar.html
http://hotfile.com/dl/85610699/b46318f/NiATSMAC-DivX.MAC.delgnaT.part2.rar.html
http://hotfile.com/dl/85615426/03fb4fd/Bananashare.Org_tangld.part1.rar.html
http://hotfile.com/dl/85848257/3b4f818/Tangled.CAM.XviD-CAMSTAiN.avi.html
http://hotfile.com/dl/85769287/c73237c/c-tangld.avi.html
http://hotfile.com/dl/85531406/4189f85/T.C.X.F-F.part1.rar.html
http://hotfile.com/dl/85531593/d7576d8/T.C.X.F-F.part2.rar.html
http://hotfile.com/dl/85531681/992ce9e/T.C.X.F-F.part4.rar.html
http://hotfile.com/dl/85531664/3cd57ac/T.C.X.F-F.part3.rar.html
http://hotfile.com/dl/85531684/6a623d7/T.C.X.F-F.part5.rar.html
http://hotfile.com/dl/85531685/bee4581/T.C.X.F-F.part6.rar.html
http://hotfile.com/dl/85502378/dfd9f9b/Tangled.2010.Cam.dmz.part3.rar.html
http://hotfile.com/dl/85502369/fc734b6/Tangled.2010.Cam.dmz.part2.rar.html
http://hotfile.com/dl/85502389/430ed88/Tangled.2010.Cam.dmz.part4.rar.html
http://hotfile.com/dl/85502417/a2d80f8/Tangled.2010.Cam.dmz.part1.rar.html
http://hotfile.com/dl/85502427/c2c18d5/Tangled.2010.Cam.dmz.part5.rar.html
http://hotfile.com/dl/85502508/3884333/Tangled.2010.Cam.dmz.part6.rar.html
http://hotfile.com/dl/85502536/9ba0681/Tangled.2010.Cam.dmz.part7.rar.html
http://hotfile.com/dl/85620650/9fbdd6c/T.C.X.CAMSTAiN.part2.rar.html
http://hotfile.com/dl/85621441/8c4fc2d/T.C.X.CAMSTAiN.part1.rar.html
http://hotfile.com/dl/85622650/8114ec0/T.C.X.CAMSTAiN.part3.rar.html
http://hotfile.com/dl/85623117/c3ed223/T.C.X.CAMSTAiN.part4.rar.html
http://hotfile.com/dl/85588110/8419bce/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part1.rar.html
http://hotfile.com/dl/85588111/f0d7928/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part2.rar.html
http://hotfile.com/dl/85725898/435f4f3/Tangled.CAM.XviDCAMSTAiN.part1.rar.html
http://hotfile.com/dl/85725968/79cd924/Tangled.CAM.XviDCAMSTAiN.part5.rar.html
http://hotfile.com/dl/85726118/9633e4c/Tangled.CAM.XviDCAMSTAiN.part2.rar.html

DISNEY000255

http://hotfile.com/dl/85726175/102e8f7/Tangled.CAM.XviDCAMSTAiN.part6.rar.html
http://hotfile.com/dl/85726357/4665497/Tangled.CAM.XviDCAMSTAiN.part3.rar.html
http://hotfile.com/dl/85726610/01f7cf3/Tangled.CAM.XviDCAMSTAiN.part4.rar.html
http://hotfile.com/dl/85726512/39cf4a9/Tangled.CAM.XviDCAMSTAiN.part7.rar.html
http://hotfile.com/dl/85726529/fd8b70b/Tangled.CAM.XviDCAMSTAiN.part8.rar.html
http://hotfile.com/dl/85740459/d258a86/Tangled.2010.CAM.XviD-miguel.part1.rar.html
http://hotfile.com/dl/85740477/0e1bc19/Tangled.2010.CAM.XviD-miguel.part2.rar.html
http://hotfile.com/dl/85740592/56b5876/Tangled.2010.CAM.XviD-miguel.part3.rar.html
http://hotfile.com/dl/85740959/7037718/Tangled.2010.CAM.XviD-miguel.part6.rar.html
http://hotfile.com/dl/85740980/712631d/Tangled.2010.CAM.XviD-miguel.part7.rar.html
http://hotfile.com/dl/85740729/f383ece/Tangled.2010.CAM.XviD-miguel.part4.rar.html
http://hotfile.com/dl/85740835/8a48c3a/Tangled.2010.CAM.XviD-miguel.part5.rar.html
http://hotfile.com/dl/85707906/d4c19cb/Tangled.2010.CAM.Feel-Free.part2.rar.html
http://hotfile.com/dl/85707901/a27c62d/Tangled.2010.CAM.Feel-Free.part1.rar.html
http://hotfile.com/dl/85707929/a7ba4d8/Tangled.2010.CAM.Feel-Free.part3.rar.html
http://hotfile.com/dl/85707948/7acc454/Tangled.2010.CAM.Feel-Free.part4.rar.html

--------------------

DISNEY000256

| | |
|---|---|
| **From:** | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| **To:** | abuse@hotfile.com |
| **CC:** | Internet Enforcement |
| **Sent:** | 1/27/2011 1:35:27 PM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 6595] (PM) |

Thursday, January 27, 2011

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:6595 ]
File No. (PM) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Last Song, The*, *Once Upon A Warrior (Anaganaga O Dheerudu)*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/46847030/19fa85c/TLS.Ts.Xvid.LKRG.part1.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:17:48 AM)*

http://hotfile.com/dl/97237242/728dc6d/aod.2011.part2.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:37:29 AM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

DISNEY000304

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/46847030/19fa85c/TLS.Ts.Xvid.LKRG.part1.rar.html
http://hotfile.com/dl/97237242/728dc6d/aod.2011.part2.avi.html

--------------------

DISNEY000305

| | |
|---|---|
| **From:** | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| **To:** | abuse@hotfile.com |
| **CC:** | Internet Enforcement |
| **Sent:** | 3/15/2011 5:34:41 PM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 7415] (PM) |

Wednesday, March 16, 2011

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:7415 ]
File No. (PM) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Tangled, TRON: Legacy*

**Location and original notification dates of infringing material:**

<u>http://hotfile.com/dl/95771654/a4d5a68/TeamHanna.org_KR46-KURYU.part1.rar.html</u>
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:37:52 AM)*

<u>http://hotfile.com/dl/95771667/617f353/TeamHanna.org_KR46-KURYU.part2.rar.html</u>
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:37:56 AM)*

<u>http://hotfile.com/dl/97198775/3ed7009/Tangled.2010.TS.XViD-DiNKY.avi.part4.rar.html</u>
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:39:05 AM)*

<u>http://hotfile.com/dl/97198910/dd87a6c/Tangled.2010.TS.XViD-DiNKY.avi.part3.rar.html</u>
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:39:11 AM)*

<u>http://hotfile.com/dl/97198969/ee46d40/Tangled.2010.TS.XViD-DiNKY.avi.part2.rar.html</u>
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:39:35 AM)*

<u>http://hotfile.com/dl/97198820/faa2038/Tangled.2010.TS.XViD-DiNKY.avi.part1.rar.html</u>
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:39:40 AM)*

DISNEY000273

http://hotfile.com/dl/85359685/698f23d/tag.2010.cm.xtremeli.com.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:40:14 AM)*

http://hotfile.com/dl/85360931/5a342b4/tag.2010.cm.xtremeli.com.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:40:18 AM)*

http://hotfile.com/dl/97898188/6dc9b15/Tangled.2010-SUMO.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:40:20 AM)*

http://hotfile.com/dl/97898251/62c448d/Tangled.2010-SUMO.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:40:21 AM)*

http://hotfile.com/dl/97898245/9067a2f/Tangled.2010-SUMO.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:40:23 AM)*

http://hotfile.com/dl/97898256/5dac5bc/Tangled.2010-SUMO.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:40:24 AM)*

http://hotfile.com/dl/97898451/9138810/Tangled.2010-SUMO.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:40:25 AM)*

http://hotfile.com/dl/97898491/4d86ef6/Tangled.2010-SUMO.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:40:48 AM)*

http://hotfile.com/dl/97898494/bf2303a/Tangled.2010-SUMO.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:41:19 AM)*

http://hotfile.com/dl/93307536/4a8ce12/Tangled.2010.Divxin.net.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:41:23 AM)*

http://hotfile.com/dl/93307539/5aa836c/Tangled.2010.Divxin.net.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:41:26 AM)*

http://hotfile.com/dl/93307537/c44c348/Tangled.2010.Divxin.net.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:41:28 AM)*

http://hotfile.com/dl/93307538/3fbefbd/Tangled.2010.Divxin.net.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:41:31 AM)*

http://hotfile.com/dl/93163910/57015d6/Enrredados_KTAOMAI.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:41:56 AM)*

http://hotfile.com/dl/93163929/1c40b85/Enrredados_KTAOMAI.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000274

*(Original Notification Date: 1/25/2011 12:42:07 AM)*

http://hotfile.com/dl/93163978/4682bf7/Enrredados_KTAOMAI.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:42:03 AM)*

http://hotfile.com/dl/93163982/802eede/Enrredados_KTAOMAI.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:42:05 AM)*

http://hotfile.com/dl/93164078/605f813/Enrredados_KTAOMAI.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:42:39 AM)*

http://hotfile.com/dl/93164257/5c4c366/Enrredados_KTAOMAI.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:42:45 AM)*

http://hotfile.com/dl/98128712/068b8ac/Tangled.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:42:50 AM)*

http://hotfile.com/dl/98126350/bc34a42/Tangled.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:42:55 AM)*

http://hotfile.com/dl/98128628/5860e80/Tangled.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:43:23 AM)*

http://hotfile.com/dl/98128846/bd62796/Tangled.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:43:26 AM)*

http://hotfile.com/dl/98183539/dbc510a/Tangled.2010.TC.H264-DMZ.part03.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:43:30 AM)*

http://hotfile.com/dl/98183436/986bc74/Tangled.2010.TC.H264-DMZ.part01.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:43:35 AM)*

http://hotfile.com/dl/98183468/193bf35/Tangled.2010.TC.H264-DMZ.part02.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:43:38 AM)*

http://hotfile.com/dl/98183602/fd737ee/Tangled.2010.TC.H264-DMZ.part05.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:43:42 AM)*

http://hotfile.com/dl/98183631/6233376/Tangled.2010.TC.H264-DMZ.part07.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:43:45 AM)*

http://hotfile.com/dl/98183556/b8e32da/Tangled.2010.TC.H264-DMZ.part04.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:44:18 AM)*

http://hotfile.com/dl/98183615/910a36e/Tangled.2010.TC.H264-DMZ.part06.rar.html

*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:44:23 AM)*

http://hotfile.com/dl/98183675/fa30ab8/Tangled.2010.TC.H264-DMZ.part08.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:44:29 AM)*

http://hotfile.com/dl/98183681/9b84e2e/Tangled.2010.TC.H264-DMZ.part09.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:44:32 AM)*

http://hotfile.com/dl/86524065/b4dd2da/Raiponce.FRENCH.TS.MD.XviD.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/27/2011 8:46:31 PM)*

http://hotfile.com/dl/96316573/8ada2f2/Tangled10.TC-IMAGiNE.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/27/2011 8:46:32 PM)*

http://hotfile.com/dl/96316567/f4fb9aa/Tangled10.TC-IMAGiNE.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/27/2011 8:46:33 PM)*

http://hotfile.com/dl/96316643/7d6d29b/Tangled10.TC-IMAGiNE.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/27/2011 8:46:34 PM)*

http://hotfile.com/dl/96316564/b065fb8/Tangled10.TC-IMAGiNE.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/27/2011 8:46:35 PM)*

http://hotfile.com/dl/91142069/d538107/ddpanda_rana_Tangled_2010_TS_XViD_-_IMAGiNE.avi.part1.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/27/2011 8:46:36 PM)*

http://hotfile.com/dl/91143315/4df21ea/ddpanda_rana_Tangled_2010_TS_XViD_-_IMAGiNE.avi.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/27/2011 8:46:37 PM)*

http://hotfile.com/dl/92557668/bd7a62a/Tangled_2010_TSIMp4Movies.com.mp4.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/27/2011 8:46:38 PM)*

http://hotfile.com/dl/97049339/a0b2031/Enred-TS-HQ-Latino-by-davidyceci.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 2/2/2011 8:14:25 PM)*

http://hotfile.com/dl/97049413/9430b4e/Enred-TS-HQ-Latino-by-davidyceci.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 2/2/2011 8:14:26 PM)*

http://hotfile.com/dl/97049441/afbbd04/Enred-TS-HQ-Latino-by-davidyceci.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 2/2/2011 8:14:27 PM)*

http://hotfile.com/dl/97050030/19aa319/Enred-TS-HQ-Latino-by-davidyceci.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 2/2/2011 8:14:27 PM)*

DISNEY000276

http://hotfile.com/dl/88094427/5efdc17/Tangled_2010_TS_XviD-LTRG.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 2/2/2011 8:14:28 PM)*


http://hotfile.com/dl/93828057/70c64c0/01TRON_Legacy_(2010)_DVDRip_XviD.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/6/2011 2:38:45 AM)*


http://hotfile.com/dl/93828062/3244663/01TRON_Legacy_(2010)_DVDRip_XviD.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/6/2011 2:38:52 AM)*


http://hotfile.com/dl/93828045/ca850e7/01TRON_Legacy_(2010)_DVDRip_XviD.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/6/2011 2:38:54 AM)*


http://hotfile.com/dl/93828052/8ba6a43/01TRON_Legacy_(2010)_DVDRip_XviD.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/6/2011 2:38:56 AM)*


http://hotfile.com/dl/93828065/2004f05/01TRON_Legacy_(2010)_DVDRip_XviD.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/6/2011 2:38:58 AM)*


http://hotfile.com/dl/93828223/840fc85/01TRON_Legacy_(2010)_DVDRip_XviD.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/6/2011 2:39:02 AM)*


http://hotfile.com/dl/93828071/9174848/01TRON_Legacy_(2010)_DVDRip_XviD.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/6/2011 2:39:46 AM)*


http://hotfile.com/dl/93828225/f617682/01TRON_Legacy_(2010)_DVDRip_XviD.part8.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/6/2011 2:39:51 AM)*


http://hotfile.com/dl/95920209/95f4b75/www.ferbourtoi.org.Gh0st.Tron.Legacy.2010.300mb.mkv.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:37:57 AM)*


http://hotfile.com/dl/97285659/664e8fd/_TRON_Legacy_2010_.avi.001.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:37:59 AM)*


http://hotfile.com/dl/92027419/7f100d2/san-troleg.ts.Ankesh.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:44:33 AM)*


http://hotfile.com/dl/92027509/c3ce0fa/san-troleg.ts.Ankesh.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:44:34 AM)*


http://hotfile.com/dl/92027530/eedd835/san-troleg.ts.Ankesh.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:44:35 AM)*


http://hotfile.com/dl/91222327/02ebb18/TRON.Legacy.2010.TS.XViD.TR.Altyazi-JayS.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:45:57 AM)*

DISNEY000277

http://hotfile.com/dl/91222328/8d0a16c/TRON.Legacy.2010.TS.XViD.TR.Altyazi-JayS.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:45:58 AM)*

http://hotfile.com/dl/91222329/4f51ea1/TRON.Legacy.2010.TS.XViD.TR.Altyazi-JayS.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:45:59 AM)*

http://hotfile.com/dl/91222330/29c380f/TRON.Legacy.2010.TS.XViD.TR.Altyazi-JayS.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/25/2011 12:45:59 AM)*

http://hotfile.com/dl/95226081/5810276/TeenDezire.com.Tron.Legacy.TS.IMAGiNE._2010_-300MB.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 1/27/2011 8:46:42 PM)*


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521


[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/95771654/a4d5a68/TeamHanna.org_KR46-KURYU.part1.rar.html
http://hotfile.com/dl/95771667/617f353/TeamHanna.org_KR46-KURYU.part2.rar.html
http://hotfile.com/dl/97198775/3ed7009/Tangled.2010.TS.XViD-DiNKY.avi.part4.rar.html
http://hotfile.com/dl/97198910/dd87a6c/Tangled.2010.TS.XViD-DiNKY.avi.part3.rar.html
http://hotfile.com/dl/97198969/ee46d40/Tangled.2010.TS.XViD-DiNKY.avi.part2.rar.html
http://hotfile.com/dl/97198820/faa2038/Tangled.2010.TS.XViD-DiNKY.avi.part1.rar.html
http://hotfile.com/dl/85359685/698f23d/tag.2010.cm.xtremeli.com.part2.rar.html
http://hotfile.com/dl/85360931/5a342b4/tag.2010.cm.xtremeli.com.part1.rar.html
http://hotfile.com/dl/97898188/6dc9b15/Tangled.2010-SUMO.part1.rar.html
http://hotfile.com/dl/97898251/62c448d/Tangled.2010-SUMO.part3.rar.html
http://hotfile.com/dl/97898245/9067a2f/Tangled.2010-SUMO.part2.rar.html
http://hotfile.com/dl/97898256/5dac5bc/Tangled.2010-SUMO.part4.rar.html
http://hotfile.com/dl/97898451/9138810/Tangled.2010-SUMO.part5.rar.html
http://hotfile.com/dl/97898491/4d86ef6/Tangled.2010-SUMO.part6.rar.html
http://hotfile.com/dl/97898494/bf2303a/Tangled.2010-SUMO.part7.rar.html
http://hotfile.com/dl/93307536/4a8ce12/Tangled.2010.Divxin.net.part2.rar.html

DISNEY000278

http://hotfile.com/dl/93307539/5aa836c/Tangled.2010.Divxin.net.part1.rar.html
http://hotfile.com/dl/93307537/c44c348/Tangled.2010.Divxin.net.part3.rar.html
http://hotfile.com/dl/93307538/3fbefbd/Tangled.2010.Divxin.net.part4.rar.html
http://hotfile.com/dl/93163910/57015d6/Enrredados_KTAOMAI.part4.rar.html
http://hotfile.com/dl/93163929/1c40b85/Enrredados_KTAOMAI.part2.rar.html
http://hotfile.com/dl/93163978/4682bf7/Enrredados_KTAOMAI.part3.rar.html
http://hotfile.com/dl/93163982/802eede/Enrredados_KTAOMAI.part1.rar.html
http://hotfile.com/dl/93164078/605f813/Enrredados_KTAOMAI.part6.rar.html
http://hotfile.com/dl/93164257/5c4c366/Enrredados_KTAOMAI.part5.rar.html
http://hotfile.com/dl/98128712/068b8ac/Tangled.part3.rar.html
http://hotfile.com/dl/98126350/bc34a42/Tangled.part4.rar.html
http://hotfile.com/dl/98128628/5860e80/Tangled.part2.rar.html
http://hotfile.com/dl/98128846/bd62796/Tangled.part1.rar.html
http://hotfile.com/dl/98183539/dbc510a/Tangled.2010.TC.H264-DMZ.part03.rar.html
http://hotfile.com/dl/98183436/986bc74/Tangled.2010.TC.H264-DMZ.part01.rar.html
http://hotfile.com/dl/98183468/193bf35/Tangled.2010.TC.H264-DMZ.part02.rar.html
http://hotfile.com/dl/98183602/fd737ee/Tangled.2010.TC.H264-DMZ.part05.rar.html
http://hotfile.com/dl/98183631/6233376/Tangled.2010.TC.H264-DMZ.part07.rar.html
http://hotfile.com/dl/98183556/b8e32da/Tangled.2010.TC.H264-DMZ.part04.rar.html
http://hotfile.com/dl/98183615/910a36e/Tangled.2010.TC.H264-DMZ.part06.rar.html
http://hotfile.com/dl/98183675/fa30ab8/Tangled.2010.TC.H264-DMZ.part08.rar.html
http://hotfile.com/dl/98183681/9b84e2e/Tangled.2010.TC.H264-DMZ.part09.rar.html
http://hotfile.com/dl/86524065/b4dd2da/Raiponce.FRENCH.TS.MD.XviD.avi.html
http://hotfile.com/dl/96316573/8ada2f2/Tangled10.TC-IMAGiNE.part3.rar.html
http://hotfile.com/dl/96316567/f4fb9aa/Tangled10.TC-IMAGiNE.part2.rar.html
http://hotfile.com/dl/96316643/7d6d29b/Tangled10.TC-IMAGiNE.part4.rar.html
http://hotfile.com/dl/96316564/b065fb8/Tangled10.TC-IMAGiNE.part1.rar.html
http://hotfile.com/dl/91142069/d538107/ddpanda_rana_Tangled_2010_TS_XViD_-_IMAGiNE.avi.part1.rar
http://hotfile.com/dl/91143315/4df21ea/ddpanda_rana_Tangled_2010_TS_XViD_-_IMAGiNE.avi.part2.rar.html
http://hotfile.com/dl/92557668/bd7a62a/Tangled_2010_TSIMp4Movies.com.mp4.html
http://hotfile.com/dl/97049339/a0b2031/Enred-TS-HQ-Latino-by-davidyceci.part2.rar.html
http://hotfile.com/dl/97049413/9430b4e/Enred-TS-HQ-Latino-by-davidyceci.part1.rar.html
http://hotfile.com/dl/97049441/afbbd04/Enred-TS-HQ-Latino-by-davidyceci.part4.rar.html
http://hotfile.com/dl/97050030/19aa319/Enred-TS-HQ-Latino-by-davidyceci.part3.rar.html
http://hotfile.com/dl/88094427/3efdc17/Tangled_2010_TS_XviD-LTRG.avi.html
http://hotfile.com/dl/93828057/70c64c0/01TRON_Legacy_(2010)_DVDRip_XviD.part3.rar.html
http://hotfile.com/dl/93828062/3244663/01TRON_Legacy_(2010)_DVDRip_XviD.part4.rar.html
http://hotfile.com/dl/93828045/ca850e7/01TRON_Legacy_(2010)_DVDRip_XviD.part1.rar.html
http://hotfile.com/dl/93828052/8ba6a43/01TRON_Legacy_(2010)_DVDRip_XviD.part2.rar.html
http://hotfile.com/dl/93828065/2004f05/01TRON_Legacy_(2010)_DVDRip_XviD.part5.rar.html
http://hotfile.com/dl/93828223/840fc85/01TRON_Legacy_(2010)_DVDRip_XviD.part7.rar.html
http://hotfile.com/dl/93828071/9174848/01TRON_Legacy_(2010)_DVDRip_XviD.part6.rar.html
http://hotfile.com/dl/93828225/f617682/01TRON_Legacy_(2010)_DVDRip_XviD.part8.rar.html
http://hotfile.com/dl/95920209/95f4b75/www.ferbourtoi.org.Gh0st.Tron.Legacy.2010.300mb.mkv.html
http://hotfile.com/dl/97285659/664e8fd/_TRON_Legacy_2010_.avi.001.html
http://hotfile.com/dl/92027419/7f100d2/san-troleg.ts.Ankesh.part1.rar.html
http://hotfile.com/dl/92027509/c3ce0fa/san-troleg.ts.Ankesh.part2.rar.html
http://hotfile.com/dl/92027530/eedd835/san-troleg.ts.Ankesh.part3.rar.html
http://hotfile.com/dl/91222327/02ebb18/TRON.Legacy.2010.TS.XViD.TR.Altyazi-JayS.part2.rar.html
http://hotfile.com/dl/91222328/8d0a16c/TRON.Legacy.2010.TS.XViD.TR.Altyazi-JayS.part3.rar.html
http://hotfile.com/dl/91222329/4f51ea1/TRON.Legacy.2010.TS.XViD.TR.Altyazi-JayS.part4.rar.html
http://hotfile.com/dl/91222330/29c380f/TRON.Legacy.2010.TS.XViD.TR.Altyazi-JayS.part1.rar.html
http://hotfile.com/dl/95226081/5810276/TeenDezire.com.Tron.Legacy.TS.IMAGiNE._2010_-300MB.rar.html

DISNEY000279

DISNEY000280

| | |
|---|---|
| **From:** | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| **To:** | abuse@hotfile.com |
| **CC:** | Internet Enforcement |
| **Sent:** | 4/12/2011 10:33:18 AM |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 7822] (PM) |

Tuesday, April 12, 2011

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:7822 ]
File No. (PM) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Alice in Wonderland (2010)*, *FlashForward*, *Hannah Montana*, *The Last Song*, *Lost*, *Prince of Persia*, *Princess and the Frog*, *The Sorcerer's Apprentice*, *When In Rome*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/65733230/427dc30
/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

http://hotfile.com/dl/65733231/c822815
/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

http://hotfile.com/dl/65734596/7df6286
/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

http://hotfile.com/dl/51178263/17053b1/Alicja(2010)Dub-PL.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

http://hotfile.com/dl/51178458/d0e418c/Alicja(2010)Dub-PL.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

DISNEY000281

http://hotfile.com/dl/51178366/71667d5/Alicja(2010)Dub-PL.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

http://hotfile.com/dl/35877222/caaa492/flashforward.s01e13.hdtv.xvid-2hd.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/35882483/f800bcb/flashforward.s01e13.hdtv.xvid-2hd.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/36987892/a6aab09/FlashForward.S01E15.HDTV.XviD-P0W4.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/36994731/abe3d8c/FlashForward.S01E15.HDTV.XviD-P0W4.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/41688438/1518634/FlashForward.S01E19.HDTV.XviD-P0W4.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/41694926/64a96fa/FlashForward.S01E19.HDTV.XviD-P0W4.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/42827104/1aa9611/flashforward.s01e20.hdtv.xvid-2hd.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/42877953/8f9a47a/flashforward.s01e20.hdtv.xvid-2hd.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/60928953/b6d47d3/Hannah.Montana.S04E05.HDTV.avi
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/60844115/0f0a9b9/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://www.hotfile.com/dl/60951919/ea5f499/_hannah.montana.s04e05.hdtv.xvid-pinball.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/60844545/658d41a/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/60846427/cabe1ac/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/60867517/d128fc9/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*

DISNEY000282

*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/60995657/9ae5005/hannah.montana.s04e04.hdtv.xvid-pinball.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/60997996/b536628/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56659962/47a745e/The.Last.Song.2010.DVDrip.x264.AAC-TeaMarYzs.mkv.003.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 19, 2010)*

http://hotfile.com/dl/56660329/b86b5e2/The.Last.Song.2010.DVDrip.x264.AAC-TeaMarYzs.mkv.002.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 19, 2010)*

http://hotfile.com/dl/56660547/9821b5f/The.Last.Song.2010.DVDrip.x264.AAC-TeaMarYzs.mkv.001.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 19, 2010)*

http://hotfile.com/dl/56295443/cb940da/Lost.S06E06.100MB.KiLLeR.mkv.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56295506/9670d5c/Lost.S06E07.100MB.KiLLeR.mkv.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56295544/6f13050/Lost.S06E08.100MB.KiLLeR.mkv.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56295578/2559008/Lost.S06E09.100MB.KiLLeR.mkv.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56295625/9a30bd3/Lost.S06E10.100MB.KiLLeR.mkv.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56295648/808949f/Lost.S06E11.100MB.KiLLeR.mkv.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56297927/2349168/TVSHOW.IR-LOST.S06E0102-Prime-RaulBlanco7.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56298103/6d50eaf/TVSHOW.IR-LOST.S06E0102-Prime-RaulBlanco7.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56298084/ea890f1/TVSHOW.IR-LOST.S06E0102-Prime-RaulBlanco7.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56298199/a15f41d/TVSHOW.IR-LOST.S06E03-Prime-RaulBlanco7.part1.rar.html

*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/62341024/76de412/Prince.Of.Persia.2010.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 23, 2010)*

http://hotfile.com/dl/62342263/3085858/Prince.Of.Persia.2010.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 23, 2010)*

http://hotfile.com/dl/62343450/3b771a0/Prince.Of.Persia.2010.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 23, 2010)*

http://hotfile.com/dl/30153808/0916015/dmd-tpatf.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 23, 2010)*

http://hotfile.com/dl/30153725/6e7b2c2/dmd-tpatf.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 23, 2010)*

http://hotfile.com/dl/30153833/3b9c104/dmd-tpatf.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 23, 2010)*

http://hotfile.com/dl/30153871/75ba2f0/dmd-tpatf.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 23, 2010)*

http://hotfile.com/dl/57396289/354890b/PrisM.tsa.TS.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/57396555/6bff9cb/PrisM.tsa.TS.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/57396942/1df143a/PrisM.tsa.TS.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/57396513/47849de/PrisM.tsa.TS.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44955830/fd05189/wir720.part01.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44955956/c44a0e1/wir720.part02.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956080/ec9aea3/wir720.part03.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

DISNEY000284

http://hotfile.com/dl/44956240/8ab17a3/wir720.part04.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956361/d4cc013/wir720.part05.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956479/e75bfe6/wir720.part06.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956584/c9473bd/wir720.part07.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956688/e4c9d57/wir720.part08.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956799/a1f7676/wir720.part09.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956882/e56a6e9/wir720.part10.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956981/0d87ffd/wir720.part11.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956997/01e3bf3/wir720.part12.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

DISNEY000285

http://hotfile.com/dl/65733230/427dc30
/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part1.rar.html
http://hotfile.com/dl/65733231/c822815
/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part2.rar.html
http://hotfile.com/dl/65734596/7df6286
/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part3.rar.html
http://hotfile.com/dl/51178263/17053b1/Alicja(2010)Dub-PL.part1.rar.html
http://hotfile.com/dl/51178458/d0e418c/Alicja(2010)Dub-PL.part3.rar.html
http://hotfile.com/dl/51178366/71667d5/Alicja(2010)Dub-PL.part2.rar.html
http://hotfile.com/dl/35877222/caaa492/flashforward.s01e13.hdtv.xvid-2hd.part1.rar.html
http://hotfile.com/dl/35882483/f800bcb/flashforward.s01e13.hdtv.xvid-2hd.part2.rar.html
http://hotfile.com/dl/36987892/a6aab09/FlashForward.S01E15.HDTV.XviD-P0W4.part1.rar.html
http://hotfile.com/dl/36994731/abe3d8c/FlashForward.S01E15.HDTV.XviD-P0W4.part2.rar.html
http://hotfile.com/dl/41688438/1518634/FlashForward.S01E19.HDTV.XviD-P0W4.part1.rar.html
http://hotfile.com/dl/41694926/64a96fa/FlashForward.S01E19.HDTV.XviD-P0W4.part2.rar.html
http://hotfile.com/dl/42827104/1aa9611/flashforward.s01e20.hdtv.xvid-2hd.part2.rar.html
http://hotfile.com/dl/42877953/8f9a47a/flashforward.s01e20.hdtv.xvid-2hd.part1.rar.html
http://hotfile.com/dl/60928953/b6d47d3/Hannah.Montana.S04E05.HDTV.avi
http://hotfile.com/dl/60844115/0f0a9b9/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
http://www.hotfile.com/dl/60951919/ea5f499/_hannah.montana.s04e05.hdtv.xvid-pinball.rar.html
http://hotfile.com/dl/60844545/658d41a/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
http://hotfile.com/dl/60846427/cabe1ac/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
http://hotfile.com/dl/60867517/d128fc9/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
http://hotfile.com/dl/60995657/9ae5005/hannah.montana.s04e04.hdtv.xvid-pinball.avi.html
http://hotfile.com/dl/60997996/b536628/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
http://hotfile.com/dl/56659962/47a745e/The.Last.Song.2010.DVDrip.x264.AAC-TeaMarYzs.mkv.003.html
http://hotfile.com/dl/56660329/b86b5e2/The.Last.Song.2010.DVDrip.x264.AAC-TeaMarYzs.mkv.002.html
http://hotfile.com/dl/56660547/9821b5f/The.Last.Song.2010.DVDrip.x264.AAC-TeaMarYzs.mkv.001.html
http://hotfile.com/56295443/cb940da/Lost.S06E06.100MB.KiLLeR.mkv.html
http://hotfile.com/56295506/9670d5c/Lost.S06E07.100MB.KiLLeR.mkv.html
http://hotfile.com/56295544/6f13050/Lost.S06E08.100MB.KiLLeR.mkv.html
http://hotfile.com/56295578/2559008/Lost.S06E09.100MB.KiLLeR.mkv.html
http://hotfile.com/56295625/9a30bd3/Lost.S06E10.100MB.KiLLeR.mkv.html
http://hotfile.com/56295648/808949f/Lost.S06E11.100MB.KiLLeR.mkv.html
http://hotfile.com/56297927/2349168/TVSHOW.IR-LOST.S06E0102-Prime-RaulBlanco7.part1.rar.html
http://hotfile.com/56298103/6d50eaf/TVSHOW.IR-LOST.S06E0102-Prime-RaulBlanco7.part2.rar.html
http://hotfile.com/56298084/ea890f1/TVSHOW.IR-LOST.S06E0102-Prime-RaulBlanco7.part3.rar.html
http://hotfile.com/56298199/a15f41d/TVSHOW.IR-LOST.S06E03-Prime-RaulBlanco7.part1.rar.html
http://hotfile.com/dl/62341024/76de412/Prince.Of.Persia.2010.part1.rar.html
http://hotfile.com/dl/62342263/3085858/Prince.Of.Persia.2010.part2.rar.html
http://hotfile.com/dl/62343450/3b771a0/Prince.Of.Persia.2010.part3.rar.html
http://hotfile.com/dl/30153808/0916015/dmd-tpatf.part1.rar.html
http://hotfile.com/dl/30153725/6e7b2c2/dmd-tpatf.part4.rar.html
http://hotfile.com/dl/30153833/3b9c104/dmd-tpatf.part3.rar.html
http://hotfile.com/dl/30153871/75ba2f0/dmd-tpatf.part2.rar.html
http://hotfile.com/dl/57396289/354890b/PrisM.tsa.TS.part1.rar.html
http://hotfile.com/dl/57396555/6bff9cb/PrisM.tsa.TS.part3.rar.html
http://hotfile.com/dl/57396942/1df143a/PrisM.tsa.TS.part4.rar.html
http://hotfile.com/dl/57396513/47849de/PrisM.tsa.TS.part2.rar.html
http://hotfile.com/dl/44955830/fd05189/wir720.part01.rar.html
http://hotfile.com/dl/44955956/c44a0e1/wir720.part02.rar.html
http://hotfile.com/dl/44956080/ec9aea3/wir720.part03.rar.html
http://hotfile.com/dl/44956240/8ab17a3/wir720.part04.rar.html

DISNEY000286

http://hotfile.com/dl/44956361/d4cc013/wir720.part05.rar.html
http://hotfile.com/dl/44956479/e75bfe6/wir720.part06.rar.html
http://hotfile.com/dl/44956584/c9473bd/wir720.part07.rar.html
http://hotfile.com/dl/44956688/e4c9d57/wir720.part08.rar.html
http://hotfile.com/dl/44956799/a1f7676/wir720.part09.rar.html
http://hotfile.com/dl/44956882/e56a6e9/wir720.part10.rar.html
http://hotfile.com/dl/44956981/0d87ffd/wir720.part11.rar.html
http://hotfile.com/dl/44956997/01e3bf3/wir720.part12.rar.html


--------------------

DISNEY000287

# Notice Details (Production) Hotfile

| | |
|---|---|
| Date-Sent | 12/29/2010 2:14:38 AM |
| NoticeSentBy | Hethorn, Caden |
| Email-TO | abuse@hotfile.com |
| Email-CC | internet.enforcement@disney.com |
| Email-BCC | |
| Email-Subject | Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 6258] (CH) |
| Email-Body | Wednesday, December 29, 2010 |

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:6258 ]
File No. (CH) (http://hotfile.com)
Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see"Original Notification Dates" listed below), in which Disney Enterprises, Inc.,
and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your
site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified
below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to
consider all alternative actions available if you fail to comply with this letter immediately.
Copyrighted works infringed upon:
Audiovisual works, including without limitation,*Last Song, The*, *FlashForward 1*
**Location and original notification dates of infringing material:**
http://hotfile.com/dl/46847030/19fa85c/TLS.Ts.Xvid.LKRG.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:17:48 AM)*

http://hotfile.com/dl/46847328/dc98260/TLS.Ts.Xvid.LKRG.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:17:52 AM)*

http://hotfile.com/dl/47026861/da9bcf1/Zmovie4U.com_IMAGiNE-TLS.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:19:11 AM)*

http://hotfile.com/dl/47027196/c398792/Zmovie4U.com_IMAGiNE-TLS.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:19:17 AM)*

http://hotfile.com/dl/45220778/93e87f4/FlashForward.S01E22.Future.Shock.HDTV.XviD-FQM.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/23/2010 12:16:46 AM)*

http://hotfile.com/dl/45220779/0c72b22/FlashForward.S01E22.Future.Shock.HDTV.XviD-FQM.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/23/2010 12:16:46 AM)*

http://hotfile.com/dl/45179543/745de2c/flashforward.s01e22.hdtv.xvid-fqm.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/23/2010 12:16:48 AM)*

http://hotfile.com/dl/45179258/f8922b6/flashforward.s01e22.hdtv.xvid-fqm.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/23/2010 12:16:49 AM)*

DISNEY004327

# Notice Details (Production) Hotfile

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.
Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521


[NOTE: The above Links have been re-listed here in single line format for convenience.]

-------------------

http://hotfile.com/dl/46847030/19fa85c/TLS.Ts.Xvid.LKRG.part1.rar.html
http://hotfile.com/dl/46847328/dc98260/TLS.Ts.Xvid.LKRG.part2.rar.html
http://hotfile.com/dl/47026861/da9bcf1/Zmovie4U.com__IMAGiNE-TLS.part4.rar.html
http://hotfile.com/dl/47027196/c398792/Zmovie4U.com__IMAGiNE-TLS.part3.rar.html
http://hotfile.com/dl/45220778/93e87f4/FlashForward.S01E22.Future.Shock.HDTV.XviD-FQM.part1.rar.html
http://hotfile.com/dl/45220779/0c72b22/FlashForward.S01E22.Future.Shock.HDTV.XviD-FQM.part2.rar.html
http://hotfile.com/dl/45179543/745de2c/flashforward.s01e22.hdtv.xvid-fqm.part2.rar.html
http://hotfile.com/dl/45179258/f8922b6/flashforward.s01e22.hdtv.xvid-fqm.part1.rar.html

-------------------

DISNEY004328

# Notice Details (Archive) - Hotfile

| | |
|---|---|
| DateSent | 7/2/2010 11:09:47 AM |
| NoticeSentBy | Senstad, Tina |
| EmailTO | abuse@hotfile.com |
| EmailCC | |
| EmailBCC | interest.enforcement@disney.com |
| EmailSubject | Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 4067] (TMS) |
| EmailBody | Friday, July 02, 2010 |

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4067 ]
File No. (TMS) (http://hotfile.com)
Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see"Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.
Copyrighted works infringed upon:
Audiovisual works, including without limitation,*Prince of Persia*
Location and original notification dates of infringing material:
http://hotfile.com/dl/46482502/c18012a/kingdom-poptsot.ts.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 4:56:31 PM)


This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.
Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521



[NOTE: The above Links have been re-listed here in single line format for convenience.]

-------------------

http://hotfile.com/dl/46482502/c18012a/kingdom-poptsot.ts.part3.rar.html

-------------------

DISNEY003374

| | |
|---|---|
| **From:** | Web Enforcement |
| **To:** | 'abuse@lemuriaco.com' |
| **CC:** | 'info@Q9.com'; 'media.relations@Q9.com' |
| **Sent:** | 12/23/2009 6:12:52 PM |
| **Subject:** | Hotfile.com - URGENT -- NOTICE OF COPYRIGHT VIOLATION - AVATAR |
| **Attachments:** | FGL-#1126821-v1-HOTFILE_COM_urls_AVATAR_notice_sent_122209.xls |

Twentieth Century Fox Film Corporation and/or its subsidiaries (collectively "Fox") is the owner of copyright and other intellectual property rights in many motion pictures and television series including the motion picture entitled AVATAR (the "Fox Properties").

Unauthorized copies of the Fox Properties are being offered from the web site Hotfile.com, which we understand is hosted by Lemuria Communications Inc. Specifically, the Fox Properties are being offered at the URLs identified on the attached spreadsheet.

Fox and its authorized agents have issued four previous Notice of Copyright Violations to Hotfile.com for the infringing files identified on the attached spreadsheet yet Hotfile.com has not removed the infringing content.

We hereby demand that you, as the owner of the network operator for Hotfile.com, stop the unauthorized distribution, copying and/or sale of the Fox Properties by the infringer by removing or disabling users' access to the infringer's online location.

The undersigned has a good faith belief that use of the Fox Properties in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

This email is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

Sincerely,

Lesley Wright
Manager, Online Enforcement
Content Protection
Fox Group Legal
2121 Avenue of the Stars, 7th FL
Los Angeles, CA 90067
310-369-1000
Webenforcement@fox.com

FOX025983

From:
To:
Sent:
Subject:

fox@mimtid.com
abuse@hotfile.com <abuse@hotfile.com>;fox@mimtid.com <fox@mimtid.com>;sean.shaub@mimtid.com <sean.shaub@mimtid.com>
12/25/2010 9:31:24 PM
Hotfile.com REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email. Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation

MiMtid Corp. as Agent for Twentieth Century Fox Film Corporation
P.O. Box 900
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com

Control Number: 145143
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/80177963/9e83ae7/BuRMiE_Warezforum.info_Vampire.Suck.1666186.part6.rar.html
Previous Submission Dates: 2010-12-24 23:30:52

FOX003913

Control Number: 145144
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/80179076/264abc4
/BuKMieT_Warezforum.info_Vampire.Suck.1666186.part7.rar.html
Previous_Submission Dates: 2010-12-24 23:30:52
Date Re-Discovered: 2010-12-24 22:59:06

Control Number: 145141
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/80176233/90e6aef
/BuKMieT_Warezforum.info_Vampire.Suck.1666186.part4.rar.html
Previous_Submission Dates: 2010-12-24 23:30:52
Date Re-Discovered: 2010-12-24 22:59:05

Control Number: 145142
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/80177363/6c45939
/BuKMieT_Warezforum.info_Vampire.Suck.1666186.part5.rar.html
Previous_Submission Dates: 2010-12-24 23:30:52
Date Re-Discovered: 2010-12-24 22:59:05

Control Number: 145138
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/80172491/b6a5539
/BuKMieT_Warezforum.info_Vampire.Suck.1666186.part1.rar.html
Previous_Submission Dates: 2010-12-24 23:30:53
Date Re-Discovered: 2010-12-24 22:59:04

Control Number: 145139
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/80174381/551cab4
/BuKMieT_Warezforum.info_Vampire.Suck.1666186.part2.rar.html
Previous_Submission Dates: 2010-12-24 23:30:52
Date Re-Discovered: 2010-12-24 22:59:04

Control Number: 145140
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/80175609/2d9c517
/BuKMieT_Warezforum.info_Vampire.Suck.1666186.part3.rar.html
Previous_Submission Dates: 2010-12-24 23:30:52
Date Re-Discovered: 2010-12-24 22:59:04

Control Number: 145137
Studio: Fox

FOX003914

Control Number: 145097
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/80235936/9e47a01
/BuKMieT Wareforum.info Vampie.Suck.1666186.avi.html
Previous Submission Dates: 2010-12-24 23:30:53
Date Re-Discovered: 2010-12-24 22:59:03

Control Number: 145096
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/91601853/d80042cc/machete.dvdrip.vamps.tanol221.part4.rar.html
Previous Submission Dates: 2010-12-24 23:30:53
Date Re-Discovered: 2010-12-24 22:55:40

Control Number: 145095
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/91602275/266869f/machete.dvdrip.vamps.tanol221.part4.rar.html
Previous Submission Dates: 2010-12-24 23:30:53
Date Re-Discovered: 2010-12-24 22:55:39

Control Number: 145094
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/91602268/0de930a/machete.dvdrip.vamps.tanol221.part3.rar.html
Previous Submission Dates: 2010-12-24 23:30:53
Date Re-Discovered: 2010-12-24 22:53:39

Control Number: 145082
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/91601786/99204a6/machete.dvdrip.vamps.tanol221.part1.rar.html
Previous Submission Dates: 2010-12-24 23:30:53
Date Re-Discovered: 2010-12-24 22:53:38

Control Number: 145081
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/90006406/0350fd1/Machete.2010.R5_wX.part1.rar.html
Previous Submission Dates: 2010-12-24 23:30:53
Date Re-Discovered: 2010-12-24 22:53:34

Control Number: 145067
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/90006407/a553cd5/Machete.2010.R5_wX.part2.rar.html
Previous Submission Dates: 2010-12-24 23:30:53
Date Re-Discovered: 2010-12-24 22:53:34

Control Number: 145067
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/91613016/4afbd94/machete.2010.DVDRip.mkv.part1.rar.html

FOX003915

| From: | fox@mimtid.com |
|---|---|
| To: | abuse@hotfile.com <abuse@hotfile.com>;fox@mimtid.com <fox@mimtid.com>;sean.shaub@mimtid.com <sean.shaub@mimtid.com> |
| Sent: | 12/22/2010 1:09:57 AM |
| Subject: | Hotfile.com REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email. Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 126468
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/88797765/3e5aabf
/machete.2010.french.1080p.bluray.x264-thenightmareinhd-top-film.net.part3.rar.html
Previous Submission Dates: 2010-12-19 23:58:52, 2010-12-20 00:00:29
Date Re-Discovered: 2010-12-19 09:35:21

Control Number: 126467
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/88797035/2e0285d
/machete.2010.french.1080p.bluray.x264-thenightmareinhd-top-film.net.part2.rar.html
Previous Submission Dates: 2010-12-19 23:58:52, 2010-12-20 00:00:29
Date Re-Discovered: 2010-12-19 09:35:20

Control Number: 126466
Studio: Fox

```
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/88796683/7220d65
/machete.2010.french.1080p.bluray.x264-thenightmareinhd-top-film.net.part1.rar.html
Previous Submission Dates: 2010-12-19 23:58:52, 2010-12-20 00:00:29
Date Re-Discovered: 2010-12-19 09:35:19

Control Number: 126465
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/88798439/22aaf93
/machete.2010.retail.720p.bluray.x264-avs720.part01.rar.html
Previous Submission Dates: 2010-12-19 23:58:52, 2010-12-20 00:00:29
Date Re-Discovered: 2010-12-19 09:35:03

Control Number: 126463
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/88810259/dc0c6bf
/machete.2010.dvdrip.xvid-vamps.part3.rar.html
Previous Submission Dates: 2010-12-19 23:58:52, 2010-12-20 00:00:29
Date Re-Discovered: 2010-12-19 09:34:46

Control Number: 126464
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/88810544/1f6fd4a
/machete.2010.dvdrip.xvid-vamps.part4.rar.html
Previous Submission Dates: 2010-12-19 23:58:52, 2010-12-20 00:00:29
Date Re-Discovered: 2010-12-19 09:34:46

Control Number: 126461
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/88809544/96612b0
/machete.2010.dvdrip.xvid-vamps.part1.rar.html
Previous Submission Dates: 2010-12-19 23:58:52, 2010-12-20 00:00:29
Date Re-Discovered: 2010-12-19 09:34:45

Control Number: 126462
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/88809922/97eb957
/machete.2010.dvdrip.xvid-vamps.part2.rar.html
Previous Submission Dates: 2010-12-19 23:58:52, 2010-12-20 00:00:29
Date Re-Discovered: 2010-12-19 09:34:45

Control Number: 126459
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/88821885/64bc269
/machete.2010.french.720p.bluray.x264-thenightmareinhd.part4.rar.html
Previous Submission Dates: 2010-12-19 23:58:52, 2010-12-20 00:00:29
Date Re-Discovered: 2010-12-19 09:34:28

Control Number: 126460
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/88822038/d01a85c
/machete.2010.french.720p.bluray.x264-thenightmareinhd.part5.rar.html
Previous Submission Dates: 2010-12-19 23:58:52, 2010-12-20 00:00:29
Date Re-Discovered: 2010-12-19 09:34:28

Control Number: 126457
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/88821715/7b831a7
/machete.2010.french.720p.bluray.x264-thenightmareinhd.part2.rar.html
Previous Submission Dates: 2010-12-19 23:58:52, 2010-12-20 00:00:29
```

FOX004349

Date Re-Discovered: 2010-12-19 09:34:27

Control Number: 126458
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/88821802/0708db7
/machete.2010.french.720p.bluray.x264-thenightmareinhd.part3.rar.html
Previous Submission Dates: 2010-12-19 23:58:52, 2010-12-20 00:00:29
Date Re-Discovered: 2010-12-19 09:34:27

Control Number: 126456
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/88821244/76417d8
/machete.2010.french.720p.bluray.x264-thenightmareinhd.part1.rar.html
Previous Submission Dates: 2010-12-19 23:58:52, 2010-12-20 00:00:29
Date Re-Discovered: 2010-12-19 09:34:24

Control Number: 126455
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/88829373/d1fb227
/machete.2010.480p.brrip.xvid.ac3-meck90-ddlthe.net.r02.html
Previous Submission Dates: 2010-12-19 23:58:52, 2010-12-20 00:00:29
Date Re-Discovered: 2010-12-19 09:34:07

Control Number: 126454
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/88829389/382176d
/machete.2010.480p.brrip.xvid.ac3-meck90-ddlthe.net.rar.html
Previous Submission Dates: 2010-12-19 23:58:52, 2010-12-20 00:00:29
Date Re-Discovered: 2010-12-19 09:33:50

Control Number: 126453
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/88829452/cf289df
/machete.2010.480p.brrip.xvid.ac3-meck90-ddlthe.net.r03.html
Previous Submission Dates: 2010-12-19 23:58:52, 2010-12-20 00:00:29
Date Re-Discovered: 2010-12-19 09:33:34

Control Number: 126452
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/88829476/3eaa28f
/machete.2010.480p.brrip.xvid.ac3-meck90-ddlthe.net.r00.html
Previous Submission Dates: 2010-12-19 23:58:52, 2010-12-20 00:00:29
Date Re-Discovered: 2010-12-19 09:33:15

Control Number: 126451
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/88837512/2be922c
/machete.2010.480p.brrip.xvid.ac3.meck90.warez-centre.com.part5.rar.html
Previous Submission Dates: 2010-12-19 23:58:52, 2010-12-20 00:00:29
Date Re-Discovered: 2010-12-19 09:32:56

Control Number: 126449
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/88837932/e38ccb3
/machete.2010.480p.brrip.xvid.ac3.meck90.warez-centre.com.part3.rar.html
Previous Submission Dates: 2010-12-19 23:58:53, 2010-12-20 00:00:30
Date Re-Discovered: 2010-12-19 09:32:55

Control Number: 126450
Studio: Fox

FOX004350

| From: | fox@mimtid.com |
| To: | abuse@hotfile.com <abuse@hotfile.com>;fox@mimtid.com |
| | <fox@mimtid.com>;sean.shaub@mimtid.com <sean.shaub@mimtid.com> |
| Sent: | 12/19/2010 10:00:15 PM |
| Subject: | Hotfile.com REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of
Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies
("Fox"), to notify you of the continued infringement on your site of Fox's intellectual
property rights in the titles identified in this email. Notices of Copyright Infringement were
previously sent to Hotfile.com for the identified titles and links on the dates listed in this
email.

The links identified in this email are specific examples of Hotfile.com web pages linking to
video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly
remove and disable the links to all unauthorized copies of works whose copyrights are owned by
Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights, remedies, or
defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described
herein is not authorized by Fox, its agent, or the law. The information in this notice is
accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with
respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 121563
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/89328043/2f4ae71
/Knight.And.Day.2010.EXTENDED.DVDRip.XviD-EXViD-CD2.part2.rar.html
Previous Submission Dates: Not Applicable
Date Re-Discovered: 2010-12-15 01:05:27

Control Number: 121562
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/89328276/a44aabd
/Knight.And.Day.2010.EXTENDED.DVDRip.XviD-EXViD-CD2.part1.rar.html
Previous Submission Dates: Not Applicable
Date Re-Discovered: 2010-12-15 01:05:26

Control Number: 121552
Studio: Fox

FOX004526

Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/89412253/0255cb4/MACH-LACOCCO.part4.rar.html
Previous Submission Dates: Not Applicable
Date Re-Discovered: 2010-12-15 01:03:13

Control Number: 121550
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/89412204/cf29632/MACH-LACOCCO.part2.rar.html
Previous Submission Dates: Not Applicable
Date Re-Discovered: 2010-12-15 01:03:12

Control Number: 121551
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/89412207/45f9e86/MACH-LACOCCO.part3.rar.html
Previous Submission Dates: Not Applicable
Date Re-Discovered: 2010-12-15 01:03:12

Control Number: 121549
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/89411973/527452b/MACH-LACOCCO.part1.rar.html
Previous Submission Dates: Not Applicable
Date Re-Discovered: 2010-12-15 01:03:11

Control Number: 121445
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/89330394/5cd7172/Machete.2010.720p.US.BDRip.XviD.AC3-FLAWL3SS.part09.rar.html
Previous Submission Dates: Not Applicable
Date Re-Discovered: 2010-12-15 00:58:51

Control Number: 121443
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/89329988/1f399af/Machete.2010.720p.US.BDRip.XviD.AC3-FLAWL3SS.part07.rar.html
Previous Submission Dates: Not Applicable
Date Re-Discovered: 2010-12-15 00:58:50

Control Number: 121444
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/89330170/528cadd/Machete.2010.720p.US.BDRip.XviD.AC3-FLAWL3SS.part08.rar.html
Previous Submission Dates: Not Applicable
Date Re-Discovered: 2010-12-15 00:58:50

Control Number: 121441
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/89329440/21ca64a/Machete.2010.720p.US.BDRip.XviD.AC3-FLAWL3SS.part05.rar.html
Previous Submission Dates: Not Applicable
Date Re-Discovered: 2010-12-15 00:58:49

Control Number: 121442
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/89329961/36aa318/Machete.2010.720p.US.BDRip.XviD.AC3-FLAWL3SS.part06.rar.html
Previous Submission Dates: Not Applicable

Date Re-Discovered: 2010-12-15 00:58:49

Control Number: 121439
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/89329211/bbfd06e
/Machete.2010.720p.US.BDRip.XviD.AC3-FLAWL3SS.part03.rar.html
Previous Submission Dates: Not Applicable
Date Re-Discovered: 2010-12-15 00:58:48

Control Number: 121440
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/89329310/3cca00b
/Machete.2010.720p.US.BDRip.XviD.AC3-FLAWL3SS.part04.rar.html
Previous Submission Dates: Not Applicable
Date Re-Discovered: 2010-12-15 00:58:48

Control Number: 121437
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/89329060/1792c88
/Machete.2010.720p.US.BDRip.XviD.AC3-FLAWL3SS.part01.rar.html
Previous Submission Dates: Not Applicable
Date Re-Discovered: 2010-12-15 00:58:47

Control Number: 121438
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/89329073/20332a8
/Machete.2010.720p.US.BDRip.XviD.AC3-FLAWL3SS.part02.rar.html
Previous Submission Dates: Not Applicable
Date Re-Discovered: 2010-12-15 00:58:47

Control Number: 121422
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/89469406/dc99b32/---Machete-
2010.--DVDRip.part1.rar
Previous Submission Dates: Not Applicable
Date Re-Discovered: 2010-12-15 00:57:47

Control Number: 121423
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/89469338/9b2f483/---Machete-
2010.--DVDRip.part2.rar
Previous Submission Dates: Not Applicable
Date Re-Discovered: 2010-12-15 00:57:47

Control Number: 121391
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/89324303/a8fae5f
/Machete.2010.720p.US.BDRip.XviD.AC3-FLAWL3SS.part14.rar.html
Previous Submission Dates: Not Applicable
Date Re-Discovered: 2010-12-15 00:55:45

Control Number: 121389
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/89324264/b52bf4d
/Machete.2010.720p.US.BDRip.XviD.AC3-FLAWL3SS.part12.rar.html
Previous Submission Dates: Not Applicable
Date Re-Discovered: 2010-12-15 00:55:44

Control Number: 121390
Studio: Fox

| From: | fox@mimtid.com |
|---|---|
| To: | abuse@hotfile.com <abuse@hotfile.com>;fox@mimtid.com <fox@mimtid.com>;sean.shaub@mimtid.com <sean.shaub@mimtid.com> |
| Sent: | 12/11/2010 8:51:40 PM |
| Subject: | Hotfile.com REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email. Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 107969
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/85833643/336eeec
/knight.and.day.2010.brrÃ¢€žÂ°p.x264.ac3.5.1.by.deyl-ttr.part1.rar.html
Previous Submission Dates: 2010-12-03 23:11:02, 2010-12-05 21:44:18, 2010-12-06 23:26:56
Date Re-Discovered: 2010-12-03 07:12:59

Control Number: 105238
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/85815239/d086651
/Knight.and.Day.2010.Extended.Cut.720p.BluRay.DTS.x264-HiDt.part19.rar.html
Previous Submission Dates: 2010-12-02 23:47:17, 2010-12-03 23:13:28, 2010-12-05 21:44:29, 2010-12-06 23:26:57
Date Re-Discovered: 2010-12-01 06:55:27

Control Number: 105239

FOX005365

Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/85815245/0a0b592
/Knight.and.Day.2010.Extended.Cut.720p.BluRay.DTS.x264-HiDt.part20.rar.html
Previous Submission Dates: 2010-12-02 23:47:17, 2010-12-03 23:13:28, 2010-12-05 21:44:29,
2010-12-06 23:26:57
Date Re-Discovered: 2010-12-01 06:55:27


Control Number: 105236
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/85815053/ff2b1f5
/Knight.and.Day.2010.Extended.Cut.720p.BluRay.DTS.x264-HiDt.part17.rar.html
Previous Submission Dates: 2010-12-02 23:47:17, 2010-12-03 23:13:28, 2010-12-05 21:44:29,
2010-12-06 23:26:57
Date Re-Discovered: 2010-12-01 06:55:26


Control Number: 105237
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/85815122/0df828b
/Knight.and.Day.2010.Extended.Cut.720p.BluRay.DTS.x264-HiDt.part18.rar.html
Previous Submission Dates: 2010-12-02 23:47:17, 2010-12-03 23:13:28, 2010-12-05 21:44:29,
2010-12-06 23:26:57
Date Re-Discovered: 2010-12-01 06:55:26


Control Number: 105234
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/85814694/d5048c0
/Knight.and.Day.2010.Extended.Cut.720p.BluRay.DTS.x264-HiDt.part15.rar.html
Previous Submission Dates: 2010-12-02 23:47:17, 2010-12-03 23:13:28, 2010-12-05 21:44:30,
2010-12-06 23:26:57
Date Re-Discovered: 2010-12-01 06:55:25


Control Number: 105235
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/85815037/3b1ef0d
/Knight.and.Day.2010.Extended.Cut.720p.BluRay.DTS.x264-HiDt.part16.rar.html
Previous Submission Dates: 2010-12-02 23:47:17, 2010-12-03 23:13:28, 2010-12-05 21:44:30,
2010-12-06 23:26:57
Date Re-Discovered: 2010-12-01 06:55:25


Control Number: 105231
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/85814900/472dd4f
/Knight.and.Day.2010.Extended.Cut.720p.BluRay.DTS.x264-HiDt.part12.rar.html
Previous Submission Dates: 2010-12-02 23:47:17, 2010-12-03 23:13:28, 2010-12-05 21:44:30,
2010-12-06 23:26:57
Date Re-Discovered: 2010-12-01 06:55:24


Control Number: 105232
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/85814572/72bc1c5
/Knight.and.Day.2010.Extended.Cut.720p.BluRay.DTS.x264-HiDt.part13.rar.html
Previous Submission Dates: 2010-12-02 23:47:17, 2010-12-03 23:13:28, 2010-12-05 21:44:30,
2010-12-06 23:26:57
Date Re-Discovered: 2010-12-01 06:55:24


Control Number: 105233
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/85815081/fabc83b
/Knight.and.Day.2010.Extended.Cut.720p.BluRay.DTS.x264-HiDt.part14.rar.html
Previous Submission Dates: 2010-12-02 23:47:17, 2010-12-03 23:13:28, 2010-12-05 21:44:30,

```
2010-12-06 23:26:57
Date Re-Discovered: 2010-12-01 06:55:24

Control Number: 105229
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/85814398/8acc16d
/Knight.and.Day.2010.Extended.Cut.720p.BluRay.DTS.x264-HiDt.part10.rar.html
Previous Submission Dates: 2010-12-02 23:47:17, 2010-12-03 23:13:28, 2010-12-05 21:44:30,
2010-12-06 23:26:57
Date Re-Discovered: 2010-12-01 06:55:23

Control Number: 105230
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/85814565/ae98dba
/Knight.and.Day.2010.Extended.Cut.720p.BluRay.DTS.x264-HiDt.part11.rar.html
Previous Submission Dates: 2010-12-02 23:47:17, 2010-12-03 23:13:28, 2010-12-05 21:44:30,
2010-12-06 23:26:58
Date Re-Discovered: 2010-12-01 06:55:23

Control Number: 105227
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/85814570/3f74891
/Knight.and.Day.2010.Extended.Cut.720p.BluRay.DTS.x264-HiDt.part08.rar.html
Previous Submission Dates: 2010-12-02 23:47:17, 2010-12-03 23:13:28, 2010-12-05 21:44:30,
2010-12-06 23:26:58
Date Re-Discovered: 2010-12-01 06:55:22

Control Number: 105228
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/85815079/12046a3
/Knight.and.Day.2010.Extended.Cut.720p.BluRay.DTS.x264-HiDt.part09.rar.html
Previous Submission Dates: 2010-12-02 23:47:17, 2010-12-03 23:13:28, 2010-12-05 21:44:30,
2010-12-06 23:26:58
Date Re-Discovered: 2010-12-01 06:55:22

Control Number: 105225
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/85814036/045e44e
/Knight.and.Day.2010.Extended.Cut.720p.BluRay.DTS.x264-HiDt.part06.rar.html
Previous Submission Dates: 2010-12-02 23:47:17, 2010-12-03 23:13:28, 2010-12-05 21:44:30,
2010-12-06 23:26:58
Date Re-Discovered: 2010-12-01 06:55:21

Control Number: 105226
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/85814569/c7c3d0a
/Knight.and.Day.2010.Extended.Cut.720p.BluRay.DTS.x264-HiDt.part07.rar.html
Previous Submission Dates: 2010-12-02 23:47:17, 2010-12-03 23:13:28, 2010-12-05 21:44:30,
2010-12-06 23:26:58
Date Re-Discovered: 2010-12-01 06:55:21

Control Number: 105223
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/85813999/3d272cc
/Knight.and.Day.2010.Extended.Cut.720p.BluRay.DTS.x264-HiDt.part04.rar.html
Previous Submission Dates: 2010-12-02 23:47:17, 2010-12-03 23:13:28, 2010-12-05 21:44:30,
2010-12-06 23:26:58
Date Re-Discovered: 2010-12-01 06:55:20

Control Number: 105224
Studio: Fox
```

FOX005367

| From: | fox@mimtid.com |
|---|---|
| To: | abuse@hotfile.com <abuse@hotfile.com>;fox@mimtid.com |
| | <fox@mimtid.com>;sean.shaub@mimtid.com <sean.shaub@mimtid.com> |
| Sent: | 12/2/2010 9:46:09 PM |
| Subject: | Hotfile.com REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of
Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies
("Fox"), to notify you of the continued infringement on your site of Fox's intellectual
property rights in the titles identified in this email. Notices of Copyright Infringement were
previously sent to Hotfile.com for the identified titles and links on the dates listed in this
email.

The links identified in this email are specific examples of Hotfile.com web pages linking to
video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly
remove and disable the links to all unauthorized copies of works whose copyrights are owned by
Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights, remedies, or
defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described
herein is not authorized by Fox, its agent, or the law. The information in this notice is
accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with
respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 101348
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85299139/3d576f4
/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-ViSiON.part08.rar.html
Previous Submission Dates: 2010-11-29 11:07:17
Date Re-Discovered: 2010-11-27 09:53:40

Control Number: 101346
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85298940/1eb0501
/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-ViSiON.part06.rar.html
Previous Submission Dates: 2010-11-29 11:07:17
Date Re-Discovered: 2010-11-27 09:53:39

Control Number: 101347
Studio: Fox

FOX006999

Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85299074/d88dd61
/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-ViSiON.part07.rar.html
Previous Submission Dates: 2010-11-29 11:07:17
Date Re-Discovered: 2010-11-27 09:53:39

Control Number: 101344
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85298912/1a8ed81
/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-ViSiON.part04.rar.html
Previous Submission Dates: 2010-11-29 11:07:17
Date Re-Discovered: 2010-11-27 09:53:38

Control Number: 101345
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85298935/b613cf3
/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-ViSiON.part05.rar.html
Previous Submission Dates: 2010-11-29 11:07:17
Date Re-Discovered: 2010-11-27 09:53:38

Control Number: 101342
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85298792/3764be8
/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-ViSiON.part02.rar.html
Previous Submission Dates: 2010-11-29 11:07:17
Date Re-Discovered: 2010-11-27 09:53:37

Control Number: 101343
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85298820/0044d74
/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-ViSiON.part03.rar.html
Previous Submission Dates: 2010-11-29 11:07:17
Date Re-Discovered: 2010-11-27 09:53:37

Control Number: 101341
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/85298774/73efa74
/Vampires.Suck.2010.EXTENDED.720p.BRRip.XviD.AC3-ViSiON.part01.rar.html
Previous Submission Dates: 2010-11-29 11:07:17
Date Re-Discovered: 2010-11-27 09:53:36

Control Number: 101144
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/84020095/35813a7
/Knight.and.Day.2010.TR.BRRip.XviD-LTRG.part1.rar.html
Previous Submission Dates: 2010-11-29 11:07:17
Date Re-Discovered: 2010-11-27 09:02:02

Control Number: 101145
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/84021468/a65c18b
/Knight.and.Day.2010.TR.BRRip.XviD-LTRG.part2.rar.html
Previous Submission Dates: 2010-11-29 11:07:17
Date Re-Discovered: 2010-11-27 09:02:02

Control Number: 101143
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/84443622/70aa4fb
/Knight.And.Day2010DvDrip-aXXo.avi.htm
Previous Submission Dates: 2010-11-29 11:07:17

Date Re-Discovered: 2010-11-27 09:02:01

Control Number: 101125
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/84858018/161bfb3
/Knight_And_Day_EXTENDED_2010_480p_TRDub_BRRip_XviD_AC3_-_BTRG.part08.rar.html
Previous Submission Dates: 2010-11-29 11:07:17
Date Re-Discovered: 2010-11-27 08:48:41

Control Number: 101126
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/84855848/5718847
/Knight_And_Day_EXTENDED_2010_480p_TRDub_BRRip_XviD_AC3_-_BTRG.part09.rar.html
Previous Submission Dates: 2010-11-29 11:07:17
Date Re-Discovered: 2010-11-27 08:48:41

Control Number: 101123
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/84857789/4757dcc
/Knight_And_Day_EXTENDED_2010_480p_TRDub_BRRip_XviD_AC3_-_BTRG.part06.rar.html
Previous Submission Dates: 2010-11-29 11:07:18
Date Re-Discovered: 2010-11-27 08:48:40

Control Number: 101124
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/84857968/77695a1
/Knight_And_Day_EXTENDED_2010_480p_TRDub_BRRip_XviD_AC3_-_BTRG.part07.rar.html
Previous Submission Dates: 2010-11-29 11:07:18
Date Re-Discovered: 2010-11-27 08:48:40

Control Number: 101121
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/84857301/845e1e1
/Knight_And_Day_EXTENDED_2010_480p_TRDub_BRRip_XviD_AC3_-_BTRG.part04.rar.html
Previous Submission Dates: 2010-11-29 11:07:18
Date Re-Discovered: 2010-11-27 08:48:39

Control Number: 101122
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/84857767/f5710b8
/knight_and_day_extended_2010_480p_trdub_brrip_xvid_ac3_-_btrg.part05.rar.html
Previous Submission Dates: 2010-11-29 11:07:18
Date Re-Discovered: 2010-11-27 08:48:39

Control Number: 101119
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/84856677/b269ab0
/knight_and_day_extended_2010_480p_trdub_brrip_xvid_ac3_-_btrg.part02.rar.html
Previous Submission Dates: 2010-11-29 11:07:18
Date Re-Discovered: 2010-11-27 08:48:38

Control Number: 101120
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/84857261/d882dcb
/Knight_And_Day_EXTENDED_2010_480p_TRDub_BRRip_XviD_AC3_-_BTRG.part03.rar.html
Previous Submission Dates: 2010-11-29 11:07:18
Date Re-Discovered: 2010-11-27 08:48:38

Control Number: 101118
Studio: Fox

| From: | fox@mimtid.com |
|---|---|
| To: | abuse@hotfile.com <abuse@hotfile.com>;fox@mimtid.com <fox@mimtid.com>;sean.shaub@mimtid.com <sean.shaub@mimtid.com> |
| Sent: | 11/29/2010 9:07:51 AM |
| Subject: | Hotfile.com REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email. Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 93791
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/64102887/6d5011a/drop.topÃ¢â€š¬â‚¬Å"machete.ep-(sdubnew003)-2010-320.rar.html
Previous Submission Dates: 2010-11-20 18:47:30, 2010-11-23 08:45:46, 2010-11-25 15:56:47, 2010-11-27 01:23:03, 2010-11-28 23:29:47
Date Re-Discovered: 2010-11-19 19:14:54

Control Number: 93618
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/71294569/9b32370/www.ffilmler.com-machete-(2010)-dvdrip-tÃ‰'Â¼rkÃ‰'Â§e-altyazÃ¢€žÂ±1Ã¢€žÂ±.part1.rar.html
Previous Submission Dates: 2010-11-20 18:47:35, 2010-11-25 15:56:51, 2010-11-27 01:23:03, 2010-11-28 23:29:47
Date Re-Discovered: 2010-11-19 15:36:39

Control Number: 91797
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79132362/f310cf7
/knight.and.day.720p-zmg-hdmovie.vn.part07.hdm.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:04, 2010-11-28 23:29:47
Date Re-Discovered: 2010-11-17 11:35:58

Control Number: 91796
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79132377/c8c63f4
/knight.and.day.720p-zmg-hdmovie.vn.part11.hdm.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05, 2010-11-28 23:29:47
Date Re-Discovered: 2010-11-17 11:35:27

Control Number: 91795
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79132380/8e87b1b
/knight.and.day.720p-zmg-hdmovie.vn.part09.hdm.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05, 2010-11-28 23:29:47
Date Re-Discovered: 2010-11-17 11:34:55

Control Number: 91794
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79724964/76520d3/knight.and.day-
sample.mkv.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05, 2010-11-28 23:29:47
Date Re-Discovered: 2010-11-17 11:33:57

Control Number: 91769
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/82904047/057e0ed
/Knight.and.day.2010.part2.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05, 2010-11-28 23:29:47
Date Re-Discovered: 2010-11-17 06:16:45

Control Number: 91768
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/82904042/b8f1afd
/Knight.and.day.2010.part1.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05, 2010-11-28 23:29:47
Date Re-Discovered: 2010-11-17 06:16:44

Control Number: 91763
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/82999162/49156af
/Knight.and.day.2010.720p.part2.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05, 2010-11-28 23:29:47
Date Re-Discovered: 2010-11-17 06:15:27

Control Number: 91762
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/82999098/811d353
/Knight.and.day.2010.720p.part1.rar.html

Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05, 2010-11-28 23:29:47
Date Re-Discovered: 2010-11-17 06:15:26

Control Number: 91748
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/83026392/0c9e99b
/M_2010_ww.macosxstation.com.part2.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05, 2010-11-28 23:29:48
Date Re-Discovered: 2010-11-17 06:10:58

Control Number: 91742
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/82619185/13144e7
/Knight.and.Day.Extended.Cut.2010.480p.BRRip.XviD.AC3-TiMPE.part10.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05, 2010-11-28 23:29:48
Date Re-Discovered: 2010-11-17 06:08:36

Control Number: 91743
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/82619184/cd409e8
/Knight.and.Day.Extended.Cut.2010.480p.BRRip.XviD.AC3-TiMPE.part11.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05, 2010-11-28 23:29:48
Date Re-Discovered: 2010-11-17 06:08:36

Control Number: 91740
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/82619180/a3bacaa
/Knight.and.Day.Extended.Cut.2010.480p.BRRip.XviD.AC3-TiMPE.part08.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05, 2010-11-28 23:29:48
Date Re-Discovered: 2010-11-17 06:08:35

Control Number: 91741
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/82619182/3422bb4
/Knight.and.Day.Extended.Cut.2010.480p.BRRip.XviD.AC3-TiMPE.part09.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:56,
2010-11-27 01:23:05, 2010-11-28 23:29:48
Date Re-Discovered: 2010-11-17 06:08:35

Control Number: 91737
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/82619183/6dd8d02
/Knight.and.Day.Extended.Cut.2010.480p.BRRip.XviD.AC3-TiMPE.part05.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:56,
2010-11-27 01:23:05, 2010-11-28 23:29:48
Date Re-Discovered: 2010-11-17 06:08:34

Control Number: 91738
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/82619181/9925e54
/Knight.and.Day.Extended.Cut.2010.480p.BRRip.XviD.AC3-TiMPE.part06.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:56,
2010-11-27 01:23:05, 2010-11-28 23:29:48
Date Re-Discovered: 2010-11-17 06:08:34

Control Number: 91739

| From: | fox@mimtid.com |
|---|---|
| To: | abuse@hotfile.com <abuse@hotfile.com>;fox@mimtid.com <fox@mimtid.com>;sean.shaub@mimtid.com <sean.shaub@mimtid.com> |
| Sent: | 11/28/2010 9:29:47 PM |
| Subject: | Hotfile.com REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email. Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 93791
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/64102887/6d5011a/drop.topÃ¢â€š¬ââ‚¬Å¨machete.ep-(sdubnew003)-2010-320.rar.html
Previous Submission Dates: 2010-11-20 18:47:30, 2010-11-23 08:45:46, 2010-11-25 15:56:47, 2010-11-27 01:23:03
Date Re-Discovered: 2010-11-19 19:14:54

Control Number: 93618
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/71294569/9b32370/www.ffilmler.com-machete-(2010)-dvdrip-tÃƒ'Â¼rkÃƒ'Â§e-altyazÃâ€žÂ±lÃâ€žÂ±.part1.rar.html
Previous Submission Dates: 2010-11-20 18:47:35, 2010-11-25 15:56:51, 2010-11-27 01:23:03
Date Re-Discovered: 2010-11-19 15:36:39

Control Number: 91797

Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79132362/f310cf7
/knight.and.day.720p-zmg-hdmovie.vn.part07.hdm.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:04
Date Re-Discovered: 2010-11-17 11:35:58


Control Number: 91796
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79132377/c8c63f4
/knight.and.day.720p-zmg-hdmovie.vn.part11.hdm.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05
Date Re-Discovered: 2010-11-17 11:35:27


Control Number: 91795
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79132380/8e87b1b
/knight.and.day.720p-zmg-hdmovie.vn.part09.hdm.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05
Date Re-Discovered: 2010-11-17 11:34:55


Control Number: 91794
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79724964/76520d3/knight.and.day-
sample.mkv.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05
Date Re-Discovered: 2010-11-17 11:33:57


Control Number: 91769
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/82904047/057e0ed
/Knight.and.day.2010.part2.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05
Date Re-Discovered: 2010-11-17 06:16:45


Control Number: 91768
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/82904042/b8f1afd
/Knight.and.day.2010.part1.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05
Date Re-Discovered: 2010-11-17 06:16:44


Control Number: 91763
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/82999162/49156af
/Knight.and.day.2010.720p.part2.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05
Date Re-Discovered: 2010-11-17 06:15:27


Control Number: 91762
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/82999098/811d353
/Knight.and.day.2010.720p.part1.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,

```
2010-11-27 01:23:05
Date Re-Discovered: 2010-11-17 06:15:26

Control Number: 91748
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/83026392/0c9e99b
/M_2010_ww.macosxstation.com.part2.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05
Date Re-Discovered: 2010-11-17 06:10:58

Control Number: 91742
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/82619185/13144e7
/Knight.and.Day.Extended.Cut.2010.480p.BRRip.XviD.AC3-TiMPE.part10.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05
Date Re-Discovered: 2010-11-17 06:08:36

Control Number: 91743
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/82619184/cd409e8
/Knight.and.Day.Extended.Cut.2010.480p.BRRip.XviD.AC3-TiMPE.part11.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05
Date Re-Discovered: 2010-11-17 06:08:36

Control Number: 91740
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/82619180/a3bacaa
/Knight.and.Day.Extended.Cut.2010.480p.BRRip.XviD.AC3-TiMPE.part08.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:55,
2010-11-27 01:23:05
Date Re-Discovered: 2010-11-17 06:08:35

Control Number: 91741
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/82619182/3422bb4
/Knight.and.Day.Extended.Cut.2010.480p.BRRip.XviD.AC3-TiMPE.part09.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:56,
2010-11-27 01:23:05
Date Re-Discovered: 2010-11-17 06:08:35

Control Number: 91737
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/82619183/6dd8d02
/Knight.and.Day.Extended.Cut.2010.480p.BRRip.XviD.AC3-TiMPE.part05.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:56,
2010-11-27 01:23:05
Date Re-Discovered: 2010-11-17 06:08:34

Control Number: 91738
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/82619181/9925e54
/Knight.and.Day.Extended.Cut.2010.480p.BRRip.XviD.AC3-TiMPE.part06.rar.html
Previous Submission Dates: 2010-11-19 01:54:16, 2010-11-20 18:46:18, 2010-11-25 15:56:56,
2010-11-27 01:23:05
Date Re-Discovered: 2010-11-17 06:08:34

Control Number: 91739
Studio: Fox
```

FOX007186

| From: | fox@mimtid.com |
|---|---|
| To: | abuse@hotfile.com <abuse@hotfile.com>;fox@mimtid.com <fox@mimtid.com>;sean.shaub@mimtid.com <sean.shaub@mimtid.com> |
| Sent: | 11/8/2010 10:34:57 PM |
| Subject: | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email. Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 73016
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79888788/aba4c64
/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264_CHD.part12.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:25

Control Number: 73017
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79888711/6a6fa01
/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264_CHD.part13.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:25

Control Number: 73013
Studio: Fox

Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79888684/3331208
/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264_CHD.part09.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:24

Control Number: 73014
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79888726/e158993
/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264_CHD.part10.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:24

Control Number: 73011
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79888708/71db70f
/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264_CHD.part07.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:23

Control Number: 73012
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79888780/0bd287d
/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264_CHD.part08.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:23

Control Number: 73008
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79888798/ec7c5fd
/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264_CHD.part04.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:22

Control Number: 73009
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79888744/89c91b0
/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264_CHD.part05.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:22

Control Number: 73010
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79888819/3dd1b71
/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264_CHD.part06.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:22

Control Number: 73006
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79888590/de698f6
/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264_CHD.part02.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:21

Control Number: 73007
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79888698/55e8dc3
/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264_CHD.part03.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59

```
Date Re-Discovered: 2010-11-02 15:42:21

Control Number: 73005
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79888637/a25ab50
/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264_CHD.part01.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 15:42:20

Control Number: 72970
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79909859/94583e5
/KnghtandDy_2010_480p_BRRip.part6.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:05

Control Number: 72968
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79909822/b3a5874
/KnghtandDy_2010_480p_BRRip.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:04

Control Number: 72969
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79910138/f3a9016
/KnghtandDy_2010_480p_BRRip.part5.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:04

Control Number: 72965
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79909802/084ad9b
/KnghtandDy_2010_480p_BRRip.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:03

Control Number: 72967
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79909835/435c5c5
/KnghtandDy_2010_480p_BRRip.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:03

Control Number: 72963
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79036090/a3ef60c
/Knight_and_Day.part7.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:02

Control Number: 72964
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79124037/45b8d95
/Knight_and_Day.part8.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:02

Control Number: 72960
Studio: Fox
```

| From: | fox@mimtid.com |
|-------|----------------|
| To: | abuse@hotfile.com <abuse@hotfile.com>;fox@mimtid.com <fox@mimtid.com>;sean.shaub@mimtid.com <sean.shaub@mimtid.com> |
| Sent: | 11/6/2010 9:40:52 PM |
| Subject: | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email. Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 76268
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/80157955/8e82abf
/Knight.And.Day.2010.READNFO.720p.BluRay.x264-AVS720.part1.rar.html
Previous Submission Dates: 2010-11-04 22:58:59
Date Re-Discovered: 2010-11-04 00:52:16

Control Number: 76269
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/80173356/2cca44c
/Knight.And.Day.2010.READNFO.720p.BluRay.x264-AVS720.part2.rar.html
Previous Submission Dates: 2010-11-04 22:58:59
Date Re-Discovered: 2010-11-04 00:52:16

Control Number: 74066
Studio: Fox

Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79495722/e3e6906/arrow-
vampires.suck-www.SmartWarez.org.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:15
Date Re-Discovered: 2010-11-02 19:46:32

Control Number: 74067
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79495336/47ad794/arrow-
vampires.suck-www.SmartWarez.org.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:15
Date Re-Discovered: 2010-11-02 19:46:32

Control Number: 74065
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79495705/9a5962c/arrow-
vampires.suck-www.SmartWarez.org.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:15
Date Re-Discovered: 2010-11-02 19:46:31

Control Number: 74047
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79761767/f9d0e68/
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:15
Date Re-Discovered: 2010-11-02 19:43:58

Control Number: 74048
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79761851/89b2fcc/
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:15
Date Re-Discovered: 2010-11-02 19:43:58

Control Number: 74049
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79761618/681a533/
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 19:43:58

Control Number: 74046
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79761750/20c04c4/
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 19:43:57

Control Number: 74001
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79251938/fedc3ee
/Vampires.Suck.DVDRiP.XViD-ARROW.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:12:32

Control Number: 74002
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79253595/d85ade9
/Vampires.Suck.DVDRiP.XViD-ARROW.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:12:32

Control Number: 74003
Studio: Fox

FOX008869

Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79254010/db32e07
/Vampires.Suck.DVDRiP.XViD-ARROW.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:12:32

Control Number: 74000
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79251121/3a7156a
/Vampires.Suck.DVDRiP.XViD-ARROW.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:12:31

Control Number: 73961
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79562984/bf4ca83
/Vampires_Suck_2010_WarezRocker.Info_A-Ma10_.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:35

Control Number: 73960
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79565001/5ca338f
/Vampires_Suck_2010_WarezRocker.Info_A-Ma10_.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:34

Control Number: 73958
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79875920/410d4f8/
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:04

Control Number: 73959
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79875730/20f976e/
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:04

Control Number: 73955
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79875911/1b73381/
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:03

Control Number: 73956
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79875822/2e232cc/
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:03

Control Number: 73957
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79875915/b2e7a21/
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:03

Control Number: 73954
Studio: Fox
Title: Vampires Suck

FOX008870

| From: | fox@mimtid.com |
|---|---|
| To: | abuse@hotfile.com <abuse@hotfile.com>;fox@mimtid.com <fox@mimtid.com>;sean.shaub@mimtid.com <sean.shaub@mimtid.com> |
| Sent: | 10/28/2010 10:54:41 PM |
| Subject: | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email. Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 49813
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/76859883/8f636dd/www.mp3kap.net-vampsuck.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22, 2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 18:35:07

Control Number: 49784
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76826143/d140753
/2010Knight.part14.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22, 2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:49

FOX009967

```
Control Number: 49782
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76826651/782da3f
/2010Knight.part12.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:48

Control Number: 49783
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76826735/dc2c35d
/2010Knight.part13.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:48

Control Number: 49780
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76828591/8c4ffa4
/2010Knight.part10.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:47

Control Number: 49781
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76826560/b537efe
/2010Knight.part11.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:47

Control Number: 49777
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76827293/4594dd3
/2010Knight.part07.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:46

Control Number: 49778
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76826324/437e6ea
/2010Knight.part08.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:46

Control Number: 49779
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76826501/97cd77b
/2010Knight.part09.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:46

Control Number: 49775
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76823990/b258ad3
/2010Knight.part05.rar.html
```

FOX009968

Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22, 2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:45

Control Number: 49776
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76824073/a81c9e1/2010Knight.part06.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22, 2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:45

Control Number: 49772
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76822741/28de7aa/2010Knight.part02.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22, 2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:44

Control Number: 49773
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76822837/262e76f/2010Knight.part03.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22, 2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:44

Control Number: 49774
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76823103/37b4bd1/2010Knight.part04.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22, 2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:44

Control Number: 49771
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76822736/0b51475/2010Knight.part01.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22, 2010-10-25 22:29:29, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:43

Control Number: 49762
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/77049195/f72a6e7/KaDDxALOADiNG.part7.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22, 2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:40:05

Control Number: 49759
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/77049192/f1378e4/KaDDxALOADiNG.part4.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22, 2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:40:04

Control Number: 49760

Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/77049194/44f63ac
/KaDDxALOADiNG.part5.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:40:04

Control Number: 49761
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/77049198/a50d44b
/KaDDxALOADiNG.part6.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:40:04

Control Number: 49757
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/77049196/43a9cc8
/KaDDxALOADiNG.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:40:03

Control Number: 49758
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/77049193/a300c3f
/KaDDxALOADiNG.part3.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:40:03

Control Number: 49756
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/76875198/37f6b48/Sallvi-
VamSuc.BruT4L.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:32:06

Control Number: 49745
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/76875821/2beaf6c/Sallvi-
VamSuc.BruT4L.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:31:37

Control Number: 49743
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/77034573/c4e8493
/kad10ripr.part7.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:10

Control Number: 49744
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/77034071/bbcc11c
/kad10ripr.part8.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,

FOX009970

```
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:10

Control Number: 49740
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/77033969/e7b48b4
/kad10ripr.part4.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:09

Control Number: 49741
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/77034032/0d94cb1
/kad10ripr.part5.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:09

Control Number: 49742
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/77034049/cf8cfed
/kad10ripr.part6.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:09

Control Number: 49738
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/77033977/e51a550
/kad10ripr.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:08

Control Number: 49739
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/77033929/640e5c5
/kad10ripr.part3.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:08

Control Number: 49737
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/77033542/9e42048
/kad10ripr.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:07

Control Number: 49726
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/77049197/eac0141
/KaDDxALOADiNG.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:00

Control Number: 49717
Studio: Fox
```

| From: | Web Enforcement |
|---|---|
| To: | 'abuse@hotfile.com' |
| CC: | 'dmca@llnw.com'; 'jtodd@llnw.com' |
| Sent: | 12/22/2009 10:06:47 AM |
| Subject: | 4TH NOTICE - Hotfile.com - URGENT NOTICE OF COPYRIGHT INFRINGEMENT |
| Attachments: | FGL-#1126821-v1-HOTFILE_COM_urls_AVATAR_notice_sent_122209.XLS |

Further to the three previous Notices of Copyright Infringement sent to Hotfile.com by Fox's authorized agent, CoPeerRight Agency, I am writing to notify you of the continued infringement of Fox's intellectual property rights in the motion picture AVATAR on your website and to demand that you take immediate action to stop such infringements.

The links identified on the attached are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox hereby demands that Hotfile.com promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox on the Hotfile.com website of which it is aware, including the infringing files identified on the attached spreadsheet.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

This email is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved. We appreciate your prompt attention to this important matter.

Lesley Wright
Manager, Online Enforcement
Content Protection
Fox Group Legal
2121 Avenue of the Stars, 7th FL
Los Angeles, CA 90067
310-369-1000
Webenforcement@fox.com
Piracy tips: Antipiracy@fox.com

FOX025996

| From: | fox@mimtid.com |
|---|---|
| To: | abuse@hotfile.com <abuse@hotfile.com>;fox@mimtid.com<fox@mimtid.com>;sean.shaub@mimtid.com <sean.shaub@mimtid.com> |
| Sent: | 10/19/2010 11:45:55 AM |
| Subject: | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email. Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 46390
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/71154572/e96419b
/kandio6.part2.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 01:04:35

Control Number: 46391
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/71154337/967fa41
/kandio6.part3.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 01:04:35

Control Number: 46392
Studio: Fox

```
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/71154428/17d7aa1
/kandio6.part4.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 01:04:35

Control Number: 46389
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/71154550/f54cdf0
/kandio6.part1.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 01:04:34

Control Number: 46385
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72243342/5eac75a
/backup.KaD.720p.R5.2010.kimz.part4.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 01:03:22

Control Number: 46386
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72248047/f03ad2f
/backup.KaD.720p.R5.2010.kimz.part5.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 01:03:22

Control Number: 46383
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72231800/504c53a
/backup.KaD.720p.R5.2010.kimz.part2.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 01:03:21

Control Number: 46384
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72237766/102ac59
/backup.KaD.720p.R5.2010.kimz.part3.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 01:03:21

Control Number: 46382
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72226495/32d078d
/backup.KaD.720p.R5.2010.kimz.part1.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 01:03:20

Control Number: 46370
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72611673/c0657e2
/Knight.Day.R5.DVDRip.part4.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 01:00:57

Control Number: 46367
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70139634/a9bccc8
/Knight.Day.R5.DVDRip.part1.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
```

FOX011655

Date Re-Discovered: 2010-10-18 01:00:56

Control Number: 46368
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70139654/2f07aa9
/Knight.Day.R5.DVDRip.part2.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 01:00:56

Control Number: 46369
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70139788/cee4da6
/Knight.Day.R5.DVDRip.part3.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 01:00:56

Control Number: 46313
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536169/36b9cba
/tdm-kad.720p.part25.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:15

Control Number: 46310
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536159/b8f2e0c
/tdm-kad.720p.part22.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:14

Control Number: 46311
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536207/311fd4c
/tdm-kad.720p.part23.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:14

Control Number: 46312
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536190/ef96c3e
/tdm-kad.720p.part24.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:14

Control Number: 46308
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536182/fdeba11
/tdm-kad.720p.part20.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:13

Control Number: 46309
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536188/f10e6e4
/tdm-kad.720p.part21.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:13

Control Number: 46306
Studio: Fox

FOX011656

```
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536189/da3b874
/tdm-kad.720p.part18.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:12

Control Number: 46307
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536176/29fe5be
/tdm-kad.720p.part19.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:12

Control Number: 46303
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536162/fcb9a8c
/tdm-kad.720p.part15.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:11

Control Number: 46304
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536178/39125fa
/tdm-kad.720p.part16.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:11

Control Number: 46305
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536164/775a3f1
/tdm-kad.720p.part17.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:11

Control Number: 46301
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536217/6619b81
/tdm-kad.720p.part13.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:10

Control Number: 46302
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536172/11c89ad
/tdm-kad.720p.part14.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:10

Control Number: 46298
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536208/003637a
/tdm-kad.720p.part10.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:09

Control Number: 46299
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536191/b53e6ed
/tdm-kad.720p.part11.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
```

FOX011657

```
Date Re-Discovered: 2010-10-18 00:59:09

Control Number: 46300
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536161/fcb9eb7
/tdm-kad.720p.part12.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:09

Control Number: 46296
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536180/7d3a589
/tdm-kad.720p.part08.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:08

Control Number: 46297
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536170/5d6a303
/tdm-kad.720p.part09.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:08

Control Number: 46294
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536168/07f290d
/tdm-kad.720p.part06.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:07

Control Number: 46295
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536214/1b92ac8
/tdm-kad.720p.part07.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:07

Control Number: 46291
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536194/b5a5f4f
/tdm-kad.720p.part03.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:06

Control Number: 46292
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536185/fa516a9
/tdm-kad.720p.part04.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:06

Control Number: 46293
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/72536186/8b0d7b0
/tdm-kad.720p.part05.rar.html
Previous Submission Dates: 2010-10-18 08:13:04
Date Re-Discovered: 2010-10-18 00:59:06

Control Number: 46289
Studio: Fox
```

| | |
|---|---|
| **From:** | fox@mimtid.com |
| **To:** | abuse@hotfile.com <abuse@hotfile.com>;fox@mimtid.com |
| | <fox@mimtid.com>;sean.shaub@mimtid.com <sean.shaub@mimtid.com> |
| **Sent:** | 10/13/2010 12:55:38 AM |
| **Subject:** | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of
Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies
("Fox"), to notify you of the continued infringement on your site of Fox's intellectual
property rights in the titles identified in this email. Notices of Copyright Infringement were
previously sent to Hotfile.com for the identified titles and links on the dates listed in this
email.

The links identified in this email are specific examples of Hotfile.com web pages linking to
video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly
remove and disable the links to all unauthorized copies of works whose copyrights are owned by
Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights, remedies, or
defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described
herein is not authorized by Fox, its agent, or the law. The information in this notice is
accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with
respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 35757
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70171599/2cdd011
/Knight.And.Day.2010.R5.LiNE.x264.AC3-ViSiON.part6.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:49

Control Number: 35758
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70172066/af96ac4
/Knight.And.Day.2010.R5.LiNE.x264.AC3-ViSiON.part7.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:49

Control Number: 35754
Studio: Fox

FOX012420

```
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70169974/6d219a9
/Knight.And.Day.2010.R5.LiNE.x264.AC3-ViSiON.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:48

Control Number: 35755
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70170648/0d6038a
/Knight.And.Day.2010.R5.LiNE.x264.AC3-ViSiON.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:48

Control Number: 35752
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70169115/3a4c3c6
/Knight.And.Day.2010.R5.LiNE.x264.AC3-ViSiON.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:47

Control Number: 35753
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70169807/ab22f0f
/Knight.And.Day.2010.R5.LiNE.x264.AC3-ViSiON.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:47

Control Number: 35750
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/73669806/34c2531
/Knight.And.Day.2010.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:46

Control Number: 35751
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/73669810/a587e4d
/Knight.And.Day.2010.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:46

Control Number: 35708
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/74597267/6e26ae8
/Knight.and.Day.2010.DVD-DMZ.part6.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:01:58

Control Number: 35709
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/74597570/f5510d2
/Knight.and.Day.2010.DVD-DMZ.part7.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:01:58

Control Number: 35705
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/74597007/21f3af3
/Knight.and.Day.2010.DVD-DMZ.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
```

FOX012421

Date Re-Discovered: 2010-10-09 12:01:57

Control Number: 35706
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/74597020/21d43a6
/Knight.and.Day.2010.DVD-DMZ.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:01:57

Control Number: 35707
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/74597245/8d04955
/Knight.and.Day.2010.DVD-DMZ.part5.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:01:57

Control Number: 35703
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/74596764/e34321f
/Knight.and.Day.2010.DVD-DMZ.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:01:56

Control Number: 35704
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/74596805/48e2c83
/Knight.and.Day.2010.DVD-DMZ.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:01:56

Control Number: 35663
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/74794319/b798832
/RmD.720p.part13.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:58

Control Number: 35660
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/74794316/a07955c
/RmD.720p.part10.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:57

Control Number: 35661
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/74794317/720e5fe
/RmD.720p.part11.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:57

Control Number: 35662
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/74794318/ac36a09
/RmD.720p.part12.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:57

Control Number: 35658
Studio: Fox

Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/74794314/3ab267a
/RmD.720p.part08.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:56

Control Number: 35659
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/74794315/b6b664f
/RmD.720p.part09.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:56

Control Number: 35656
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/74794312/9f3fb8b
/RmD.720p.part06.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:55

Control Number: 35657
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/74794313/9826bef
/RmD.720p.part07.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:55

Control Number: 35653
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/74794309/f79774b
/RmD.720p.part03.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:54

Control Number: 35654
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/74794310/151f49e
/RmD.720p.part04.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:54

Control Number: 35655
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/74794311/7cd1318
/RmD.720p.part05.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:54

Control Number: 35651
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/74794307/7faf192
/RmD.720p.part01.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:53

Control Number: 35652
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/74794308/744b8e4
/RmD.720p.part02.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02

| From: | fox@mimtid.com |
| --- | --- |
| To: | abuse@hotfile.com <abuse@hotfile.com>;fox@mimtid.com<br><fox@mimtid.com>;sean.shaub@mimtid.com <sean.shaub@mimtid.com> |
| Sent: | 1/4/2011 10:31:27 PM |
| Subject: | Hotfile.com REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email. Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 170641
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/93960360/0dcaa97/Machete_2010_DvDrip-aXXo.avi.003.html
Previous Submission Dates: 2011-01-04 00:22:46
Date Re-Discovered: 2011-01-03 21:17:44

Control Number: 170642
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/93960366/59d58ef/Machete_2010_DvDrip-aXXo.avi.004.html
Previous Submission Dates: 2011-01-04 00:22:46
Date Re-Discovered: 2011-01-03 21:17:44

Control Number: 170639
Studio: Fox

FOX003145

Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/93960176/276d7b9
/Machete_2010_DvDrip-aXXo.avi.001.html
Previous Submission Dates: 2011-01-04 00:22:46
Date Re-Discovered: 2011-01-03 21:17:43

Control Number: 170640
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/93960283/4429152
/Machete_2010_DvDrip-aXXo.avi.002.html
Previous Submission Dates: 2011-01-04 00:22:46
Date Re-Discovered: 2011-01-03 21:17:43

Control Number: 170616
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/93286434/b420b45/Hotfile-
Zone.com_MacheteTS2010.part4.rar.html
Previous Submission Dates: 2011-01-04 00:22:46
Date Re-Discovered: 2011-01-03 21:17:12

Control Number: 170617
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/93288745/30b5c27/Hotfile-
Zone.com_MacheteTS2010.part5.rar.html
Previous Submission Dates: 2011-01-04 00:22:46
Date Re-Discovered: 2011-01-03 21:17:12

Control Number: 170614
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/93285937/533e0c8/Hotfile-
Zone.com_MacheteTS2010.part2.rar.html
Previous Submission Dates: 2011-01-04 00:22:46
Date Re-Discovered: 2011-01-03 21:17:11

Control Number: 170615
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/93286405/a34adfd/Hotfile-
Zone.com_MacheteTS2010.part3.rar.html
Previous Submission Dates: 2011-01-04 00:22:46
Date Re-Discovered: 2011-01-03 21:17:11

Control Number: 170613
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/93285554/18f667d/Hotfile-
Zone.com_MacheteTS2010.part1.rar.html
Previous Submission Dates: 2011-01-04 00:22:46
Date Re-Discovered: 2011-01-03 21:17:10

Control Number: 170328
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/93856974/6a84071/Mac.part5.rar.html
Previous Submission Dates: 2011-01-04 00:22:46
Date Re-Discovered: 2011-01-03 20:00:34

Control Number: 170329
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/93857148/deba0c0/Macpart6.rar.html
Previous Submission Dates: 2011-01-04 00:22:46
Date Re-Discovered: 2011-01-03 20:00:34

FOX003146

```
Control Number: 170326
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/93856474/fc107c7/Macpart3.rar.html
Previous Submission Dates: 2011-01-04 00:22:46
Date Re-Discovered: 2011-01-03 20:00:33


Control Number: 170327
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/93856657/e0bdf78/Macpart4.rar.html
Previous Submission Dates: 2011-01-04 00:22:46
Date Re-Discovered: 2011-01-03 20:00:33


Control Number: 170324
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/93856265/1523f15/Macpart1.rar.html
Previous Submission Dates: 2011-01-04 00:22:46
Date Re-Discovered: 2011-01-03 20:00:32


Control Number: 170325
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/93856353/998c21a/Macpart2.rar.html
Previous Submission Dates: 2011-01-04 00:22:46
Date Re-Discovered: 2011-01-03 20:00:32


Control Number: 170196
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/93968663/6863e16/Machete10.DvDrip-
aXXo.avi.html
Previous Submission Dates: 2011-01-04 00:22:46
Date Re-Discovered: 2011-01-03 15:51:07


Control Number: 169685
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/93911231/ffed2c5
/VPlRSUCaXnC0DE.part4.rar.html
Previous Submission Dates: 2011-01-04 00:22:46
Date Re-Discovered: 2011-01-03 15:06:44


Control Number: 169683
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/93911389/1c9e661
/VPlRSUCaXnC0DE.part2.rar.html
Previous Submission Dates: 2011-01-04 00:22:46
Date Re-Discovered: 2011-01-03 15:06:43


Control Number: 169684
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/93911411/2deeabb
/VPlRSUCaXnC0DE.part3.rar.html
Previous Submission Dates: 2011-01-04 00:22:46
Date Re-Discovered: 2011-01-03 15:06:43


Control Number: 169682
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/93911358/2f6e3f7
/VPlRSUCaXnC0DE.part1.rar.html
Previous Submission Dates: 2011-01-04 00:22:46
Date Re-Discovered: 2011-01-03 15:06:42
```

| From: | fox@mimtid.com |
|---|---|
| To: | abuse@hotfile.com <abuse@hotfile.com>;fox@mimtid.com <fox@mimtid.com>;sean.shaub@mimtid.com <sean.shaub@mimtid.com> |
| Sent: | 1/1/2011 10:53:35 PM |
| Subject: | Hotfile.com REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of
Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies
("Fox"), to notify you of the continued infringement on your site of Fox's intellectual
property rights in the titles identified in this email. Notices of Copyright Infringement were
previously sent to Hotfile.com for the identified titles and links on the dates listed in this
email.

The links identified in this email are specific examples of Hotfile.com web pages linking to
video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly
remove and disable the links to all unauthorized copies of works whose copyrights are owned by
Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights, remedies, or
defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described
herein is not authorized by Fox, its agent, or the law. The information in this notice is
accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with
respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 149647
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/90597583/01cbcfa/knight-and-day-
aka-wichita-aka-untitled-james-mangold-(2010)-(o'neill-amp-frank)-2007-31-10-rev.-109p-
scan.pdf.html
Previous Submission Dates: 2010-12-27 22:30:00, 2010-12-29 00:27:24, 2010-12-30 00:47:36,
2011-01-01 00:12:46
Date Re-Discovered: 2010-12-26 21:39:18

Control Number: 123838
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79270899/c068874/Vampires.Suckââ‚¬¦
Previous Submission Dates: 2010-12-19 23:59:24, 2010-12-22 03:10:43, 2010-12-24 23:32:39,
2010-12-25 23:31:25, 2010-12-27 22:30:20, 2010-12-29 00:27:24, 2010-12-30 00:47:36, 2011-01-01
00:12:46
Date Re-Discovered: 2010-12-17 17:40:59

FOX003323

Control Number: 107969
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/85833643/336eeec
/knight.and.day.2010.brrÃ¢â‚¬Â°p.x264.ac3.5.1.by.deyl-ttr.part1.rar.html
Previous Submission Dates: 2010-12-03 23:11:02, 2010-12-05 21:44:18, 2010-12-06 23:26:56,
2010-12-11 22:51:41, 2010-12-13 14:16:00, 2010-12-15 00:14:30, 2010-12-22 03:10:49, 2010-12-24
23:32:45, 2010-12-25 23:31:25, 2010-12-27 22:30:20, 2010-12-29 00:27:24, 2010-12-30 00:47:36,
2011-01-01 00:12:46
Date Re-Discovered: 2010-12-03 07:12:59

Control Number: 105075
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/71886200/3cf435b
/Ustura.Machete.2010.R5.part2.rar.htmlÂ [Google]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:30, 2010-12-05 21:44:32,
2010-12-06 23:27:00, 2010-12-11 22:51:45, 2010-12-13 14:16:00, 2010-12-15 00:14:30, 2010-12-22
03:10:49, 2010-12-24 23:32:45, 2010-12-25 23:31:25, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46
Date Re-Discovered: 2010-11-30 22:28:35

Control Number: 105076
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/71885516/0a50977
/Ustura.Machete.2010.R5.part4.rar.htmlÂ [Google]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:30, 2010-12-05 21:44:32,
2010-12-06 23:27:00, 2010-12-11 22:51:45, 2010-12-13 14:16:00, 2010-12-15 00:14:31, 2010-12-22
03:10:49, 2010-12-24 23:32:45, 2010-12-25 23:31:25, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46
Date Re-Discovered: 2010-11-30 22:28:35

Control Number: 105070
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/69926524/8b351c4
/Machete.2010.TS.V2.MaZiKa2daY.CoM.part2.rar.htmlÂ [Google]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:32,
2010-12-06 23:27:00, 2010-12-11 22:51:45, 2010-12-13 14:16:00, 2010-12-15 00:14:31, 2010-12-22
03:10:49, 2010-12-24 23:32:45, 2010-12-25 23:31:25, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46
Date Re-Discovered: 2010-11-30 22:28:23

Control Number: 105067
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/77953843/8f6a913
/Machete.2010.BluRay.720p.DTS.x264-CHD.part15.rar.htmlÂ [Yahoo]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:33,
2010-12-06 23:27:00, 2010-12-11 22:51:45, 2010-12-13 14:16:00, 2010-12-15 00:14:31, 2010-12-22
03:10:49, 2010-12-24 23:32:45, 2010-12-25 23:31:25, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46
Date Re-Discovered: 2010-11-30 22:28:22

Control Number: 105068
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/78884956/66dfdfd
/Machete.part2.rar.htmlÂ [Google]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:33,
2010-12-06 23:27:00, 2010-12-11 22:51:45, 2010-12-13 14:16:00, 2010-12-15 00:14:31, 2010-12-22
03:10:49, 2010-12-24 23:32:45, 2010-12-25 23:31:25, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46
Date Re-Discovered: 2010-11-30 22:28:22

Control Number: 105069

```
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/77942553/df01d44
/Machete.2010.BluRay.720p.DTS.x264-CHD.part11.rar.htmlÂ [Yahoo]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:33,
2010-12-06 23:27:00, 2010-12-11 22:51:45, 2010-12-13 14:16:00, 2010-12-15 00:14:31, 2010-12-22
03:10:49, 2010-12-24 23:32:45, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46
Date Re-Discovered: 2010-11-30 22:28:22


Control Number: 105065
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/85722199/896ebc2
/Machete.2010.R5.LiNE.Xvid.part3.rar.html?lang=huÂ [Ask]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:33,
2010-12-06 23:27:00, 2010-12-11 22:51:45, 2010-12-13 14:16:00, 2010-12-15 00:14:31, 2010-12-22
03:10:49, 2010-12-24 23:32:45, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46
Date Re-Discovered: 2010-11-30 22:28:21


Control Number: 105066
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/77933807/c679c70
/Machete.2010.BluRay.720p.DTS.x264-CHD.part08.rar.htmlÂ [Yahoo]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:33,
2010-12-06 23:27:01, 2010-12-11 22:51:45, 2010-12-13 14:16:00, 2010-12-15 00:14:31, 2010-12-22
03:10:49, 2010-12-24 23:32:45, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46
Date Re-Discovered: 2010-11-30 22:28:21


Control Number: 105063
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/85722197/05c7b13
/Machete.2010.R5.LiNE.Xvid.part4.rar.html?lang=rsÂ [Ask]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:33,
2010-12-06 23:27:01, 2010-12-11 22:51:45, 2010-12-13 14:16:00, 2010-12-15 00:14:31, 2010-12-22
03:10:49, 2010-12-24 23:32:46, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46
Date Re-Discovered: 2010-11-30 22:28:20


Control Number: 105064
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/77232766/f25307a
/karahasan.divxlerim.org.Machete.2010.BDRip.XviD.AC3-MAGNET.part1.rar.htmlÂ [Yahoo]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:33,
2010-12-06 23:27:01, 2010-12-11 22:51:45, 2010-12-13 14:16:01, 2010-12-15 00:14:31, 2010-12-22
03:10:50, 2010-12-24 23:32:46, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46
Date Re-Discovered: 2010-11-30 22:28:20


Control Number: 105062
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/85722197/05c7b13
/Machete.2010.R5.LiNE.Xvid.part4.rar.htmlÂ [Google]
Previous Submission Dates: 2010-12-02 23:47:20, 2010-12-03 23:13:31, 2010-12-05 21:44:33,
2010-12-06 23:27:01, 2010-12-11 22:51:45, 2010-12-13 14:16:01, 2010-12-15 00:14:31, 2010-12-22
03:10:50, 2010-12-24 23:32:46, 2010-12-25 23:31:26, 2010-12-27 22:30:20, 2010-12-29 00:27:24,
2010-12-30 00:47:36, 2011-01-01 00:12:46
Date Re-Discovered: 2010-11-30 22:28:19


Control Number: 105061
Studio: Fox
Title: Machete
```

FOX003325

| From: | fox@mimtid.com |
|---|---|
| To: | abuse@hotfile.com <abuse@hotfile.com>;fox@mimtid.com <fox@mimtid.com>;sean.shaub@mimtid.com <sean.shaub@mimtid.com> |
| Sent: | 12/31/2010 10:12:39 PM |
| Subject: | Hotfile.com REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email. Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 160693
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92997765/2d15614 /Machete.2010.READNFO.iNTERNAL.DVDRip.XviD-TASTE.part4.rar.html
Previous Submission Dates: 2010-12-30 23:54:29
Date Re-Discovered: 2010-12-30 23:41:11

Control Number: 160694
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92998046/e20e340 /Machete.2010.READNFO.iNTERNAL.DVDRip.XviD-TASTE.part5.rar.html
Previous Submission Dates: 2010-12-30 23:54:29
Date Re-Discovered: 2010-12-30 23:41:11

Control Number: 160695
Studio: Fox

FOX003406

Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92997996/fa18042
/Machete.2010.READNFO.iNTERNAL.DVDRip.XviD-TASTE.part6.rar.html
Previous Submission Dates: 2010-12-30 23:54:29
Date Re-Discovered: 2010-12-30 23:41:11


Control Number: 160691
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92997834/a732422
/Machete.2010.READNFO.iNTERNAL.DVDRip.XviD-TASTE.part2.rar.html
Previous Submission Dates: 2010-12-30 23:54:29
Date Re-Discovered: 2010-12-30 23:41:10


Control Number: 160692
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92997781/229764e
/Machete.2010.READNFO.iNTERNAL.DVDRip.XviD-TASTE.part3.rar.html
Previous Submission Dates: 2010-12-30 23:54:29
Date Re-Discovered: 2010-12-30 23:41:10


Control Number: 160690
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92997843/4673bb2
/Machete.2010.READNFO.iNTERNAL.DVDRip.XviD-TASTE.part1.rar.html
Previous Submission Dates: 2010-12-30 23:54:29
Date Re-Discovered: 2010-12-30 23:41:09


Control Number: 160643
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92980034/8a26cfd
/Mach3t3.2010.DVDRip.XviD-DMZ.part8.rar.html
Previous Submission Dates: 2010-12-30 23:54:29
Date Re-Discovered: 2010-12-30 23:39:36


Control Number: 160641
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92979944/214c440
/Mach3t3.2010.DVDRip.XviD-DMZ.part6.rar.html
Previous Submission Dates: 2010-12-30 23:54:29
Date Re-Discovered: 2010-12-30 23:39:35


Control Number: 160642
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92979999/3f9f609
/Mach3t3.2010.DVDRip.XviD-DMZ.part7.rar.html
Previous Submission Dates: 2010-12-30 23:54:29
Date Re-Discovered: 2010-12-30 23:39:35


Control Number: 160638
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92979702/49ffb89
/Mach3t3.2010.DVDRip.XviD-DMZ.part3.rar.html
Previous Submission Dates: 2010-12-30 23:54:29
Date Re-Discovered: 2010-12-30 23:39:34


Control Number: 160639
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92979706/0f62554
/Mach3t3.2010.DVDRip.XviD-DMZ.part4.rar.html
Previous Submission Dates: 2010-12-30 23:54:29

FOX003407

Date Re-Discovered: 2010-12-30 23:39:34

Control Number: 160640
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92979707/e3be98b
/Mach3t3.2010.DVDRip.XviD-DMZ.part5.rar.html
Previous Submission Dates: 2010-12-30 23:54:29
Date Re-Discovered: 2010-12-30 23:39:34

Control Number: 160636
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92979616/8273604
/Mach3t3.2010.DVDRip.XviD-DMZ.part1.rar.html
Previous Submission Dates: 2010-12-30 23:54:29
Date Re-Discovered: 2010-12-30 23:39:33

Control Number: 160637
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92979678/71d4092
/Mach3t3.2010.DVDRip.XviD-DMZ.part2.rar.html
Previous Submission Dates: 2010-12-30 23:54:29
Date Re-Discovered: 2010-12-30 23:39:33

Control Number: 160608
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92834268/7c0c919
/Machete.BrRip.720p.x264.part5.rar.html
Previous Submission Dates: 2010-12-30 23:54:29
Date Re-Discovered: 2010-12-30 23:38:58

Control Number: 160609
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92834446/f304166
/Machete.BrRip.720p.x264.part6.rar.html
Previous Submission Dates: 2010-12-30 23:54:29
Date Re-Discovered: 2010-12-30 23:38:58

Control Number: 160606
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92834204/254a6f6
/Machete.BrRip.720p.x264.part3.rar.html
Previous Submission Dates: 2010-12-30 23:54:29
Date Re-Discovered: 2010-12-30 23:38:57

Control Number: 160607
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92834226/2c6ba90
/Machete.BrRip.720p.x264.part4.rar.html
Previous Submission Dates: 2010-12-30 23:54:29
Date Re-Discovered: 2010-12-30 23:38:57

Control Number: 160604
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92834097/70a7aaf
/Machete.BrRip.720p.x264.part1.rar.html
Previous Submission Dates: 2010-12-30 23:54:29
Date Re-Discovered: 2010-12-30 23:38:56

Control Number: 160605
Studio: Fox

FOX003408

| | |
|---|---|
| **From:** | fox@mimtid.com |
| **To:** | abuse@hotfile.com <abuse@hotfile.com>;fox@mimtid.com <fox@mimtid.com>;sean.shaub@mimtid.com <sean.shaub@mimtid.com> |
| **Sent:** | 12/29/2010 10:47:35 PM |
| **Subject:** | Hotfile.com REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of
Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies
("Fox"), to notify you of the continued infringement on your site of Fox's intellectual
property rights in the titles identified in this email. Notices of Copyright Infringement were
previously sent to Hotfile.com for the identified titles and links on the dates listed in this
email.

The links identified in this email are specific examples of Hotfile.com web pages linking to
video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly
remove and disable the links to all unauthorized copies of works whose copyrights are owned by
Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights, remedies, or
defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described
herein is not authorized by Fox, its agent, or the law. The information in this notice is
accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with
respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 156821
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/92534970/cec26df
/Vampires.Suck_2010_WarezForest.com.part3.rar.html
Previous Submission Dates: 2010-12-29 00:26:58
Date Re-Discovered: 2010-12-28 23:53:31

Control Number: 156822
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/92536606/27c151c
/Vampires.Suck_2010_WarezForest.com.part4.rar.html
Previous Submission Dates: 2010-12-29 00:26:58
Date Re-Discovered: 2010-12-28 23:53:31

Control Number: 156819
Studio: Fox

FOX003525

```
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/92534768/3ecdaa2
/Vampires.Suck_2010_WarezForest.com.part1.rar.html
Previous Submission Dates: 2010-12-29 00:26:58
Date Re-Discovered: 2010-12-28 23:53:30

Control Number: 156820
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/92534749/293234d
/Vampires.Suck_2010_WarezForest.com.part2.rar.html
Previous Submission Dates: 2010-12-29 00:26:58
Date Re-Discovered: 2010-12-28 23:53:30

Control Number: 156716
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/90574615/6e20b77
/m-retailmhd6chflawl3ss-550mib_-_jcberry526_-cw-.part3.rar.html
Previous Submission Dates: 2010-12-29 00:26:58
Date Re-Discovered: 2010-12-28 23:16:11

Control Number: 156714
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/90574971/bd1cf11
/M-RETAILMHD6CHFLAWL3SS-550MiB_-_Jcberry526_-CW-.part1.rar.html
Previous Submission Dates: 2010-12-29 00:26:58
Date Re-Discovered: 2010-12-28 23:16:10

Control Number: 156715
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/90575270/b122edc
/M-RETAILMHD6CHFLAWL3SS-550MiB_-_Jcberry526_-CW-.part2.rar.html
Previous Submission Dates: 2010-12-29 00:26:58
Date Re-Discovered: 2010-12-28 23:16:10

Control Number: 156711
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/90588035/2ef20aa
/M4ch3te_latin_by_zlolz.part2.rar.html
Previous Submission Dates: 2010-12-29 00:26:58
Date Re-Discovered: 2010-12-28 23:16:02

Control Number: 156712
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/90588203/93d8e17
/M4ch3te_latin_by_zlolz.part3.rar.html
Previous Submission Dates: 2010-12-29 00:26:58
Date Re-Discovered: 2010-12-28 23:16:02

Control Number: 156713
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/90588285/d5b35c0
/M4ch3te_latin_by_zlolz.part4.rar.html
Previous Submission Dates: 2010-12-29 00:26:58
Date Re-Discovered: 2010-12-28 23:16:02

Control Number: 156710
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/90587926/aee1251
/M4ch3te_latin_by_zlolz.part1.rar.html
Previous Submission Dates: 2010-12-29 00:26:58
```

FOX003526

Date Re-Discovered: 2010-12-28 23:16:01

Control Number: 156669
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/90612306/1b6b23e
/M4ch3t3.2010.720p.US.BDRlp.Xv1D.4C3.FL4WL3SS.part08.rar.html
Previous Submission Dates: 2010-12-29 00:26:58
Date Re-Discovered: 2010-12-28 23:15:46

Control Number: 156670
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/90611313/7291220
/M4ch3t3.2010.720p.US.BDRlp.Xv1D.4C3.FL4WL3SS.part09.rar.html
Previous Submission Dates: 2010-12-29 00:26:58
Date Re-Discovered: 2010-12-28 23:15:46

Control Number: 156666
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/90612201/af35760
/M4ch3t3.2010.720p.US.BDRlp.Xv1D.4C3.FL4WL3SS.part05.rar.html
Previous Submission Dates: 2010-12-29 00:26:58
Date Re-Discovered: 2010-12-28 23:15:45

Control Number: 156667
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/90612238/a900fff
/M4ch3t3.2010.720p.US.BDRlp.Xv1D.4C3.FL4WL3SS.part06.rar.html
Previous Submission Dates: 2010-12-29 00:26:58
Date Re-Discovered: 2010-12-28 23:15:45

Control Number: 156668
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/90612285/75d99bd
/M4ch3t3.2010.720p.US.BDRlp.Xv1D.4C3.FL4WL3SS.part07.rar.html
Previous Submission Dates: 2010-12-29 00:26:58
Date Re-Discovered: 2010-12-28 23:15:45

Control Number: 156664
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/90612320/0503d10
/M4ch3t3.2010.720p.US.BDRlp.Xv1D.4C3.FL4WL3SS.part03.rar.html
Previous Submission Dates: 2010-12-29 00:26:58
Date Re-Discovered: 2010-12-28 23:15:44

Control Number: 156665
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/90612230/6333966
/M4ch3t3.2010.720p.US.BDRlp.Xv1D.4C3.FL4WL3SS.part04.rar.html
Previous Submission Dates: 2010-12-29 00:26:58
Date Re-Discovered: 2010-12-28 23:15:44

Control Number: 156662
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/90612153/47a2d18
/M4ch3t3.2010.720p.US.BDRlp.Xv1D.4C3.FL4WL3SS.part01.rar.html
Previous Submission Dates: 2010-12-29 00:26:58
Date Re-Discovered: 2010-12-28 23:15:43

Control Number: 156663
Studio: Fox

| From: | fox@mimtid.com |
|---|---|
| To: | abuse@hotfile.com <abuse@hotfile.com>;fox@mimtid.com |
| | <fox@mimtid.com>;sean.shaub@mimtid.com <sean.shaub@mimtid.com> |
| Sent: | 12/28/2010 10:27:24 PM |
| Subject: | Hotfile.com REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email. Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 151920
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/91537119/70ff041
/machete.2010.french.bdrip.xvid-thenightmare-cd2-www.telechargement.us.avi.html
Previous Submission Dates: 2010-12-27 22:30:00
Date Re-Discovered: 2010-12-27 17:21:24

Control Number: 151919
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/91621764/281a83f
/machete.2010.brrip.mazika2day.com.rmvb.html
Previous Submission Dates: 2010-12-27 22:30:00
Date Re-Discovered: 2010-12-27 17:20:55

Control Number: 151918
Studio: Fox

FOX003641

Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92044800/60fc6b4
/machete.dvdrip.avi.part3.rar.html
Previous Submission Dates: 2010-12-27 22:30:00
Date Re-Discovered: 2010-12-27 17:20:18

Control Number: 151916
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/92045182/c3423a2
/machete.dvdrip.avi.part1.rar.html
Previous Submission Dates: 2010-12-27 22:30:00
Date Re-Discovered: 2010-12-27 17:20:17

Control Number: 149647
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/90597583/01cbcfa/knight-and-day-
aka-wichita-aka-untitled-james-mangold-(2010)-(o'neill-amp-frank)-2007-31-10-rev.-109p-
scan.pdf.html
Previous Submission Dates: 2010-12-27 22:30:00
Date Re-Discovered: 2010-12-26 21:39:18

Control Number: 123838
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79270899/c068874/Vampires.Suckââ‚¬¦
Previous Submission Dates: 2010-12-19 23:59:24, 2010-12-22 03:10:43, 2010-12-24 23:32:39,
2010-12-25 23:31:25, 2010-12-27 22:30:20
Date Re-Discovered: 2010-12-17 17:40:59

Control Number: 123735
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79267008/ea3ef00/DevilsDiva.org-
Fangbangers-ARROW.avi.html
Previous Submission Dates: 2010-12-19 23:59:25, 2010-12-22 03:10:44, 2010-12-24 23:32:41,
2010-12-25 23:31:25, 2010-12-27 22:30:20
Date Re-Discovered: 2010-12-17 17:22:22

Control Number: 123725
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/61253722/5584cf2
/Break.2009.DVDRip.XviD.ESPiSE-Exelns.part2.rar.html
Previous Submission Dates: 2010-12-19 23:59:26, 2010-12-22 03:10:44, 2010-12-24 23:32:41,
2010-12-25 23:31:25, 2010-12-27 22:30:20
Date Re-Discovered: 2010-12-17 17:21:00

Control Number: 123726
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/61252511/7745459
/Break.2009.DVDRip.XviD.ESPiSE-Exelns.part3.rar.html
Previous Submission Dates: 2010-12-19 23:59:25, 2010-12-22 03:10:44, 2010-12-24 23:32:41,
2010-12-25 23:31:25, 2010-12-27 22:30:20
Date Re-Discovered: 2010-12-17 17:21:00

Control Number: 123724
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/61202891/53b2794
/Break.2009.DVDRip.XviD.ESPiSE-Exelns.part1.rar.html
Previous Submission Dates: 2010-12-19 23:59:26, 2010-12-22 03:10:45, 2010-12-24 23:32:41,
2010-12-25 23:31:25, 2010-12-27 22:30:20
Date Re-Discovered: 2010-12-17 17:20:59

Control Number: 123710

Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/83895143/86e5bd8/Mexican-taint.Com-
vampires.suck.2010.extended.bdrip.xvid.fragment.avi.html
Previous Submission Dates: 2010-12-19 23:59:26, 2010-12-22 03:10:45, 2010-12-24 23:32:41,
2010-12-25 23:31:25, 2010-12-27 22:30:20
Date Re-Discovered: 2010-12-17 17:19:24


Control Number: 123687
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/88928651/c2709dc
/VmprsSck.DVDRiP.XViD-ARROW.part2.rar.html
Previous Submission Dates: 2010-12-19 23:59:26, 2010-12-22 03:10:45, 2010-12-24 23:32:41,
2010-12-25 23:31:25, 2010-12-27 22:30:20
Date Re-Discovered: 2010-12-17 17:16:41


Control Number: 123686
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/88929000/867ec54
/VmprsSck.DVDRiP.XViD-ARROW.part1.rar.html
Previous Submission Dates: 2010-12-19 23:59:26, 2010-12-22 03:10:45, 2010-12-24 23:32:41,
2010-12-25 23:31:25, 2010-12-27 22:30:20
Date Re-Discovered: 2010-12-17 17:16:40


Control Number: 123671
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/75927857/5718ba8/MovizXpress.com-
VSck-iNK.avi.html
Previous Submission Dates: 2010-12-19 23:59:26, 2010-12-22 03:10:45, 2010-12-24 23:32:41,
2010-12-25 23:31:25, 2010-12-27 22:30:20
Date Re-Discovered: 2010-12-17 17:15:01


Control Number: 123453
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/89562021/fb3a4ee/
Previous Submission Dates: 2010-12-19 23:59:26, 2010-12-22 03:10:45, 2010-12-24 23:32:41,
2010-12-25 23:31:25, 2010-12-27 22:30:20
Date Re-Discovered: 2010-12-17 12:45:16


Control Number: 123451
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/89562130/41a1944/
Previous Submission Dates: 2010-12-19 23:59:26, 2010-12-22 03:10:45, 2010-12-24 23:32:41,
2010-12-25 23:31:25, 2010-12-27 22:30:20
Date Re-Discovered: 2010-12-17 12:45:15


Control Number: 123452
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/89562129/846e453/
Previous Submission Dates: 2010-12-19 23:59:26, 2010-12-22 03:10:45, 2010-12-24 23:32:41,
2010-12-25 23:31:25, 2010-12-27 22:30:20
Date Re-Discovered: 2010-12-17 12:45:15


Control Number: 123450
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/89562112/c5ca386/
Previous Submission Dates: 2010-12-19 23:59:26, 2010-12-22 03:10:45, 2010-12-24 23:32:41,
2010-12-25 23:31:25, 2010-12-27 22:30:20
Date Re-Discovered: 2010-12-17 12:45:14


Control Number: 123441

| From: | fox@mimtid.com |
|---|---|
| To: | abuse@hotfile.com <abuse@hotfile.com>;fox@mimtid.com <fox@mimtid.com>;sean.shaub@mimtid.com <sean.shaub@mimtid.com> |
| Sent: | 12/27/2010 8:30:19 PM |
| Subject: | Hotfile.com REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email. Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 141359
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76681975/3ac956a
/k.a.d.2010.DVDRip.XviD-ZMG.part1.rar.html
Previous Submission Dates: 2010-12-24 23:31:06, 2010-12-25 23:31:25
Date Re-Discovered: 2010-12-23 16:22:40

Control Number: 141360
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76681947/ec34dfa
/k.a.d.2010.DVDRip.XviD-ZMG.part2.rar.html
Previous Submission Dates: 2010-12-24 23:31:06, 2010-12-25 23:31:25
Date Re-Discovered: 2010-12-23 16:22:40

Control Number: 141361
Studio: Fox

Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79298007/39a4fd5
/KNADG.2010.part01.rar.html
Previous Submission Dates: 2010-12-24 23:31:06, 2010-12-25 23:31:25
Date Re-Discovered: 2010-12-23 16:22:40

Control Number: 141340
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76653939/c744cb0
/www.warezone.biz.by.3lt0n-KAD.2010.DVDRip.XviD-ZMG.rar.html
Previous Submission Dates: 2010-12-24 23:31:06, 2010-12-25 23:31:25
Date Re-Discovered: 2010-12-23 16:20:09

Control Number: 141335
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/71046202/c8e59c0/229mv1_Every.
Previous Submission Dates: 2010-12-24 23:31:06, 2010-12-25 23:31:25
Date Re-Discovered: 2010-12-23 16:18:52

Control Number: 141333
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/71355623/1e2ba60
/KaD2RXRRG.part2.rar.html
Previous Submission Dates: 2010-12-24 23:31:06, 2010-12-25 23:31:25
Date Re-Discovered: 2010-12-23 16:18:51

Control Number: 141334
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/71355669/abeeaf7
/KaD2RXRRG.part3.rar.html
Previous Submission Dates: 2010-12-24 23:31:06, 2010-12-25 23:31:25
Date Re-Discovered: 2010-12-23 16:18:51

Control Number: 141331
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79274974/53f06d1/sc0rp-
kad.brrip.part3.rar.html
Previous Submission Dates: 2010-12-24 23:31:07, 2010-12-25 23:31:25
Date Re-Discovered: 2010-12-23 16:18:50

Control Number: 141332
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/71355585/180a9a2
/KaD2RXRRG.part1.rar.html
Previous Submission Dates: 2010-12-24 23:31:07, 2010-12-25 23:31:25
Date Re-Discovered: 2010-12-23 16:18:50

Control Number: 141329
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79274975/e4ae160/sc0rp-
kad.brrip.part1.rar.html
Previous Submission Dates: 2010-12-24 23:31:07, 2010-12-25 23:31:25
Date Re-Discovered: 2010-12-23 16:18:49

Control Number: 141330
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79274970/0c8687a/sc0rp-
kad.brrip.part2.rar.html
Previous Submission Dates: 2010-12-24 23:31:07, 2010-12-25 23:31:25
Date Re-Discovered: 2010-12-23 16:18:49

FOX003767

```
Control Number: 141327
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/80189958/4b61239
/Knight.And.Day.2010.1080p.BluRay.x264-Japhson.part02.rar.html
Previous Submission Dates: 2010-12-24 23:31:07, 2010-12-25 23:31:25
Date Re-Discovered: 2010-12-23 16:18:18

Control Number: 141328
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/80189964/8e5a72a
/Knight.And.Day.2010.1080p.BluRay.x264-Japhson.part03.rar.html
Previous Submission Dates: 2010-12-24 23:31:07, 2010-12-25 23:31:25
Date Re-Discovered: 2010-12-23 16:18:18

Control Number: 141326
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/80189957/18a1308
/Knight.And.Day.2010.1080p.BluRay.x264-Japhson.part01.rar.html
Previous Submission Dates: 2010-12-24 23:31:07, 2010-12-25 23:31:25
Date Re-Discovered: 2010-12-23 16:18:17

Control Number: 141322
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70386344/1f5f21b
/154kndr5.part2.rar.html
Previous Submission Dates: 2010-12-24 23:31:07, 2010-12-25 23:31:25
Date Re-Discovered: 2010-12-23 16:18:15

Control Number: 141319
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70177150/60203cd
/148knd5r.part2.rar.html
Previous Submission Dates: 2010-12-24 23:31:07, 2010-12-25 23:31:25
Date Re-Discovered: 2010-12-23 16:18:14

Control Number: 141320
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70184665/9d10021
/148knd5r.part3.rar.html
Previous Submission Dates: 2010-12-24 23:31:07, 2010-12-25 23:31:25
Date Re-Discovered: 2010-12-23 16:18:14

Control Number: 141321
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70377344/7401732
/154kndr5.part1.rar.html
Previous Submission Dates: 2010-12-24 23:31:07, 2010-12-25 23:31:25
Date Re-Discovered: 2010-12-23 16:18:14

Control Number: 141318
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/70169713/c18febf
/148knd5r.part1.rar.html
Previous Submission Dates: 2010-12-24 23:31:07, 2010-12-25 23:31:25
Date Re-Discovered: 2010-12-23 16:18:13

Control Number: 141315
Studio: Fox
Title: Knight and Day
```

FOX003768

| From: | Web Enforcement |
|---|---|
| To: | 'abuse@hotfile.com' |
| CC: | 'dmca@llnw.com'; 'jtodd@llnw.com' |
| Sent: | 12/22/2009 10:06:47 AM |
| Subject: | 4TH NOTICE - Hotfile.com - URGENT NOTICE OF COPYRIGHT INFRINGEMENT |
| Attachments: | FGL-#1126821-v1-HOTFILE_COM_urls_AVATAR_notice_sent_122209.XLS |

Further to the three previous Notices of Copyright Infringement sent to Hotfile.com by Fox's authorized agent, CoPeerRight Agency, I am writing to notify you of the continued infringement of Fox's intellectual property rights in the motion picture AVATAR on your website and to demand that you take immediate action to stop such infringements.

The links identified on the attached are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox hereby demands that Hotfile.com promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox on the Hotfile.com website of which it is aware, including the infringing files identified on the attached spreadsheet.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

This email is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved. We appreciate your prompt attention to this important matter.

Lesley Wright
Manager, Online Enforcement
Content Protection
Fox Group Legal
2121 Avenue of the Stars, 7th FL
Los Angeles, CA 90067
310-369-1000
Webenforcement@fox.com
Piracy tips: Antipiracy@fox.com

FOX026070

| From: | Betsy Zedek |
|---|---|
| To: | Hotfile Corp |
| Sent: | 3/23/2009 3:31:57 PM |
| Subject: | RE: *** 2ND NOTICE OF COPYRIGHT INFRINGEMENT *** Hotfile.com |

My apologies for the typo. The previous notice was sent on March 19, 2009.

-----Original Message-----
From: Hotfile Corp [mailto:hotfile.com@gmail.com]
Sent: Monday, March 23, 2009 3:30 PM
To: Betsy Zedek
Subject: Re: *** 2ND NOTICE OF COPYRIGHT INFRINGEMENT *** Hotfile.com

Hello,

all files were deleted. We did not received any previous letters
regarding this files. Also keep in mind that March 29, 2009 is a
future date.

Regards,
hotfile.com

On Tue, Mar 24, 2009 at 12:23 AM, Betsy Zedek <Betsy.Zedek@fox.com> wrote:
> Attention Hotfile.com
>
> On behalf of Twentieth Century Fox Film Entertainment ("Fox") and/or its
> subsidiaries and affiliated companies, I am writing to notify you of the
> continued infringement of Fox's intellectual property rights in the below
> listed title on your website and to demand that you take immediate action to
> stop such infringement.
>
> The below links are specific examples of Hotfile.com's web pages linking to
> video files that infringe upon Fox's intellectual property
> rights.  Hotfile.com has refused to comply with the previous Copyright
> Violation Notice sent for these infringements on March 29, 2009, by our
> authorized Agent, DtecNet. We hereby demand that you immediately remove all
> links and delete from your servers all copies of the infringing content
> identified below:
>
> DRAGONBALL EVOLUTION
>
> http://hotfile.com/dl/5977/c112732/h-gayballz.part1.rar.html
> http://hotfile.com/dl/5978/5cb85b1/h-gayballz.part2.rar.html
> http://hotfile.com/dl/5979/17c0815/h-gayballz.part3.rar.html
> http://hotfile.com/dl/5980/375b923/h-gayballz.part4.rar.html
> http://hotfile.com/dl/5981/d67729e/h-gayballz.part5.rar.html
> http://hotfile.com/dl/5982/63b1498/h-gayballz.part6.rar.html
> http://hotfile.com/dl/5983/89deb8f/h-gayballz.part7.rar.html
>
> This email is not a complete statement of Fox's rights in connection with
> this matter, and nothing contained herein constitutes an express or implied
> waiver of any rights, remedies, or defenses of Fox in connection with this
> matter, all of which are expressly reserved.
>
> The undersigned has a good faith belief that use of the materials in the
> manner described herein is not authorized by Fox, its agent, or the law. The
> information in this notice is accurate. Under penalty of perjury, the
> undersigned is authorized to act on behalf of Fox with respect to this
> matter.
>
> Sincerely,
>
> Betsy A. Zedek
> Counsel
> Content Protection

FOX026177

```
> Fox Group Legal
> 2121 Avenue of the Stars, Suite 700
> Los Angeles, CA  90067
>
> Direct Dial:  (310) 369-1136
> E-mail: betsy.zedek@fox.com
>
```

FOX026178