# Yeh Exhibit 142

**REDACTED**