# Yeh Exhibit 143

**REDACTED**