# Yeh Exhibit 144

| Bates Number of Hotfile User Email | Date of Email | URL in "lastdl" Field of Hotfile User Email Also Identified by Plaintiffs as Infringing in Response to Hotfile's Interrogatory No. 1 | Plaintiff Work Infringed |
|---|---|---|---|
| HF00037635 | 2011-Mar-21 | | 2012 |
| HF00035218 | 2011-Mar-01 | | 127 HOURS |
| HF00034456 | 2011-Feb-24 | | 30 Rock |
| HF00036851 | 2011-Mar-10 | | Accepted |
| HF00034591 | 2011-Feb-25 | | ADAM |
| HF00033707 | 2011-Feb-20 | | All-Star Superman |
| HF00034852 | 2011-Feb-26 | | AVATAR |
| HF00039130 | 2011-Apr-17 | | BATTLE LOS ANGELES |
| HF00034039 | 2011-Feb-22 | | BLACK SWAN |
| HF00086133 | 2011-May-10 | | Bolt |
| HF00085553 | 2011-Apr-16 | | BURN NOTICE |
| HF00037293 | 2011-Mar-16 | | Castle |
| HF00038518 | 2011-Apr-05 | | Castle |
| HF00033740 | 2011-Feb-20 | | Due Date |
| HF00035231 | 2011-Mar-01 | | FAMILY GUY |
| HF00085518 | 2011-Apr-14 | | FAMILY GUY |
| HF00085605 | 2011-Apr-18 | | GARFIELD |
| HF00034510 | 2011-Feb-24 | | Get Him to the Greek |
| HF00034814 | 2011-Feb-26 | | Gladiator |
| HF00035566 | 2011-Mar-03 | | GLEE |
| HF00085900 | 2011-Apr-30 | | GREY'S ANATOMY |
| HF00036758 | 2011-Mar-10 | | GULLIVER'S TRAVELS |
| HF00037726 | 2011-Mar-22 | | Inception |
| HF00035798 | 2011-Mar-05 | | Life As We Know It |
| HF00033925 | 2011-Feb-21 | | Mentalist |
| HF00033928 | 2011-Feb-21 | | Mentalist |
| HF00033934 | 2011-Feb-21 | | Mentalist |
| HF00033507 | 2011-Feb-19 | | Office |
| HF00034566 | 2011-Feb-25 | | Office |
| HF00035305 | 2011-Mar-01 | | Pretty Little Liars |
| HF00037007 | 2011-Mar-12 | | Pursuit Of Happyness |
| HF00033379 | 2011-Feb-19 | | Royal Pains |
| HF00034654 | 2011-Feb-25 | | Royal Pains |
| HF00033987 | 2011-Feb-22 | | SALT |
| HF00038469 | 2011-Apr-05 | | SALT |
| HF00033333 | 2011-Feb-19 | | Stealth |
| HF00033577 | 2011-Feb-20 | | Tron |
| HF00034905 | 2011-Feb-27 | | Tron |