# Yeh Exhibit 145





**Update 4:** FileJungle and UploadStation have disabled all 3rd party downloads.

**Update 5:** 4shared cancels affiliate program.

Dear affiliate member,

This notification has been sent to you because unfortunately our Affiliate Program will shut down in one week and since Feb 1, 2012 we terminate our partnership with www.4shared.com.
Within next 15 days we'll conduct a complete calculation with you and you'll receive a payment to your PayPal account.

It was our pleasure to work with you. Thank you for promoting 4shared.

Best regards,
Sales Department

**File Viewer**

Price: Free
Browser: IE/Firefox/Chrome/Safari/Opera
OS: Windows XP/Windows 7/Win Vista

**⬇ Download**

### Related Posts

- It's Official: US Demands Extradition of Megaupload Suspects
- Megaupload Co-Founder Released On Bail
- Megaupload Founder Accuses Police of Assault, Denied Bail Again
- Cyberlocker Burden of Proof Should Be Reversed, Anti-Piracy Group Says
- MegaUpload User Data Safe for 2 More Weeks

Previous Post | Next Post

Tweet   5

Like   1k

Follow @torrentfreak

**Showing 199 of 659 comments**

Oldest first   Subscribe by email   Subscribe by RSS

**Na** 1 month ago

ah fk

40 people liked this.   Like   Reply

**Anon** 1 month ago   in reply to Na

There is seemingly no limit to american greed and invasive legislation.

246 people liked this.   Like   Reply

**Blobllbsdf** 1 month ago   in reply to Anon

The US is like an oil spill on a pristine ecosystem. It kills everything it touches and covers the world in a dark, featureless ooze of despair and doo.

320 people liked this.   Like   Reply

**FrostyC** 1 month ago   in reply to Blobllbsdf

Anyone thought of the idea that the MAFIAA are in the background giving these sites exorbitant amounts of cash to shut down? And some see them shutting down, and Mega's situation, so they just follow suit?

I think Kim Dotcom knows they have nothing, and they just want to send a message. EVEN WITHOUT LAWS, WE WILL TAKE YOU FROM YOUR HOME, DESTROY YOUR BUSINESS AND THROW YOU IN JAIL. The big players "calling it quits" really makes the little guys scurry in worry of what might happen to them legally, but in reality "calling it quits" may just mean you don't need to do any business anymore because the MAFIAA just paid you off for life...

40 people liked this.   Like

**FrostyD** 1 month ago   in reply to Blobllbsdf

@FrostyC I think it's more of those sites receiving scary ass cease and desist letters from an army of trigger happy lawyers

27 people liked this.   Like

**Ven** 1 month ago   in reply to Blobllbsdf

@FrostyD and FrostyC

I would be more inclined to think it's site admins bailing on what is no longer a profitable business model.

A selection of some Torrent-freak's classics dug up from our archives.

**Top 10 Most Popular Torrent Sites of 2012**
Continuing a long-standing New Year's tradition, we present an up-to-date list of the world's most visited...

**What's The Best VPN / Proxy for BitTorrent?**
Privacy is important on the Internet, and BitTorrent users are certainly not excluded. Already, hundreds of...

**5 Ways To Download Torrents Anonymously**
With anti-piracy outfits and dubious law-firms policing BitTorrent swarms at an increasing rate, many Bittorrent users...

**BTGuard Review: How Does it Work?**
With the entertainment industries lobbying for increased powers to spy on BitTorrent users, many downloaders are...

**Optimize Your BitTorrent Download Speed**
BitTorrent can be fun, as long as you get decent speeds. Not satisfied with your current...



TorrentFreak

Home    About    Archives    Categories    News Bits    Contact

The place where **breaking news**, BitTorrent and
copyright collide

Search TorrentFreak

Subscribe via RSS     Subscribe via Email     Tip Us Off

## Filesonic Kills File-Sharing Service After MegaUpload Arrests

enigmax

January 23, 2012

502

filesonic, MegaUpload

Print

Filesonic, one of the Internet's leading cyberlocker services, has taken some drastic measures following the Megaupload shutdown and arrests last week. In addition to discontinuing its affiliates rewards program and not yet paying accrued money to members, the site has disabled all sharing functionality, leaving users only with access to their own files.

To users of systems like BitTorrent, file-sharing means just that – the sharing of files with others. But this weekend when users of Filesonic, one of the Internet's leading cyberlocker services, sharing files is currently a thing of the past.

According to a shock announcement by the site, all file-sharing functionality has now been disabled, leaving current users only with access to files that they have personally uploaded. Many hundreds of thousands (probably millions) of links all around the web have now been rendered useless, at least temporarily.

But the bad news for the site's users doesn't end there. In the last few hours, before file-sharing was disabled, Filesonic also ended its rewards program, meaning that uploaders to the site no longer earn money when people download their files. A moot point perhaps, since no-one will be downloading files anyway.

However, there is the matter of what will happen to the reward money that was sitting in uploader's accounts before the rewards program was discontinued. Will it be paid out, or will it simply disappear? Many users fear the latter.

No File-Sharing at Filesonic

All sharing functionality on Filesonic is now disabled. Our service can only be used to upload and retrieve files that you have uploaded personally.

If this file belongs to you, please login to download it directly from your File manager.

This combination of news all adds up to a pretty big deal. Filesonic isn't just some also-ran in the world of cyberlockers. The site is among the top 10 file-sharing sites on the Internet, with a quarter billion page views a month.

While there has been no official explanation from the site as to why the above actions were taken, all eyes are turned towards events of the last week – the closure of Megaupload and the arrest of its founder and management team.

Like Megaupload, Filesonic appears to be based in Hong Kong and it's clear that the authorities there already worked with the US government to shut down Kim Dotcom's operations and seize his assets there. Filesonic is also believed to have some US-based servers.

In December, Filesonic announced it had partnered with Vobile, a provider of content identification services. All uploads to the service were said to be being checked for copyright infringement before users were able to share them publicly, although it is unclear if this system was ever implemented by the site.

The events of the last week have turned the cyberlocker world upside down and there is quite literally panic among users and site operators. Stay tuned for our detailed report tomorrow – the Megaupload takedown appears to be a game-changer.

Related Posts

It's Official: US Demands Extradition of Megaupload Suspects

Megaupload Co-Founder Released On Bail

Megaupload Founder Accuses Police of Assault, Denied Bail Again

Cyberlocker Burden of Proof Should Be Reversed, Anti-Piracy Group Says

MegaUpload User Data Safe for 2 More Weeks

Previous Post | Next Post

vuze 4.7 Download Now
NOW SUPPORTS THOUSANDS OF DLNA DEVICES

MediaGet
all media in one application

BITTORRENT ANONYMOUSLY WITH BTGUARD
UNLIMITED SPEEDS

NewsBits

The latest news from around the web, not covered on the frontpage.

GayTorrent Shuts Down
GayTorrent.ru, one of the largest gay torrent trackers appears to have shut down. The homepage has...

The Pirate Bay Is Down, But Don't Panic
Yes, The Pirate Bay is down at the moment. No, there's no reason to panic. Every...

Belgian Music Pirate Slapped With 65,651 Euro in Damages
A Belgian man was found guilty of posting several Kaiser Chiefs tracks onto the Internet before...

'SOPA Ireland' Signed Into Law
Ireland today passed new legislation that allows copyright holders to force Internet providers to block 'pirate'...

TorrentFreak's US Censorship 'Mistake' Article, Censored by 'Mistake'
Where would we be without censorship? Last year we ran a piece on a mistake by...

MostDiscussed

Below are TorrentFreak's most discussed articles of the past month. Join the discussion if you like.

BitTorrent Pirates Go Nuts After TV Release Groups Dump Xvid — 614

Book Publishers 'Shut Down' Library.nu and iFile-it — 549

Pirate Bay: The RIAA Is Delusional and Must Be Stopped — 396

RapidShare Slows Download Speeds To Drive Away Pirates — 308

The Pirate Bay, Now Without Torrents — 283

CopyQuote

"The Pirate Bay has been one of the most important movements in Sweden for freedom of speech, working against corruption and censorship."
Peter Sunde

RecommendedArticles
A selection of some TorrentFreak's classics dug up from the archives.





ABC NEWS | YAHOO! NEWS

External links are provided for reference purposes.
ABC News is not responsible for the content of
external Internet sites. Copyright © 2012 ABC News
Internet Ventures. Yahoo! - ABC News Network

BACK TO TOP

**Sections**

News
Politics
Investigative
Health
Entertainment
Money
Technology
Travel
Recipes
Behind the Scenes
News Topics

**Shows**

Good Morning America
World News with Diane Sawyer
Nightline
This Week with George Stephanopoulos
20/20
Primetime
What Would You Do?
ABC News Now
ABC.com

**Tools**

iPad App
Mobile
Register
Sign In
Facebook
Twitter
Blogs
Emails & News Alerts
Message Boards
RSS Headlines

**About**

Contact Us
Feedback
Privacy Policy
Advertising
Terms of Use
ABC News Store
Site Map
Site Index
Authors List



# Megaupload case spurs other sites to step up anti-piracy enforcement

By Kayla Stoner, Special to CNN
updated 7:54 AM EST, Wed February 8, 2012 | Filed under: Web

**STORY HIGHLIGHTS**

- Third-party aggregate sites no longer link to Megaupload's video host, Megavideo.
- The demise of Megaupload as a file-hosting option has made vetting pirated content more difficult
- RapidShare technicians type words like "movies, free download" into search engines

**(CNN)** — When the Department of Justice shut down Megaupload.com last month, it wasn't just Megaupload users' files that went offline.

The move prompted changes in the way other file-hosting sites share content and shook up anti-abuse departments across the industry.

Since the federal crackdown, third-party aggregate sites no longer link to Megaupload's video host, Megavideo, which has also been shut down.

File host videobb did not respond to questions from CNN regarding its anti-abuse policies, but links to the site's content were noticeably absent from sites like Side Reel following Megaupload's shutdown. Direct links to videobb's movies and TV shows that were available less than a month ago are now gone.

The change suggests videobb is stepping up anti-abuse efforts in order to avoid the fate of Megaupload, a Hong Kong-based site which is accused of knowingly hosting illegally pirated material. It would be almost impossible for videobb to completely eliminate illegal content, but just the effort to do so may be enough to shield it from criminal charges.

Another file-sharing site, BTJunkie, voluntarily shut down Monday. The site's founder told TorrentFreak that recent legal action against Megaupload and other similar services were behind his decision.

The Department of Justice has accused Megaupload of willfully breaking copyright law and trying to cover up its actions by hiding illegal materials from the site's public page. Federal prosecutors said the company offered financial incentives for users to illegally upload movies and television shows. It also accused Megaupload officials of discouraging the legitimate use of the site for personal storage by deleting content that was not regularly downloaded.

The indictment alleges the company has denied copyright holders an estimated $500 million and that those indicted have earned roughly $175 million in the process. Attorneys for Megaupload have denied the charges.

A Department of Justice representative said in an e-mail the agency will only pursue cases like Megaupload's where there was "sufficient evidence of willful criminal conduct."

That means videobb will likely be safe from criminal charges as long as it continues removing illegal content from third-party aggregate sites. If other companies follow suit, the Justice Department will have accomplished what some have suggested was its primary goal -- making an example of Megaupload to convince other file hosts to step up anti-piracy enforcement.

However for some, the elimination of Megaupload as a file-hosting option has made vetting pirated content more difficult.

Daniel Raimer, a spokesman for Switzerland-based file host RapidShare, said the company's anti-abuse department has been working overtime since the day last month when Megaupload went offline. The workload is not caused by an increased emphasis on removing copyrighted material, he said, but is necessary to vet a massive influx of files from new customers -- Megaupload's customers.

Raimer said the company has not made any changes or improvements to its anti-abuse policies in the wake of the Megaupload scandal. He said it wasn't necessary because RapidShare was already among the toughest in the industry.

RapidShare has a three-strike policy for copyright offenders, after which the site deletes users' accounts and all of their files, a tactic which has proved unpopular with ousted users.



"There's some trash talk online, but we're not sad about those comments," Raimer said. "We like bad press from pirates."

RapidShare uses a variety of technical tools to catch abusers, but the site also uses a basic search method identical to what might be employed by any home user. Raimer said RapidShare technicians type words like "movies, free download" into search engines to look for illegal movie and TV show downloads on the site.

The process can be tedious for the 17-person team. While they comprise nearly a third of RapidShare's staff, Raimer said it is impossible for them to check each of the 400,000 files uploaded to RapidShare each day. He estimates about 5 percent of all files are illegal, but his team can only catch and delete about 1 percent of all uploaded files.

Raimer said it has been even more difficult to keep up with incoming content since Megaupload's shutdown because of all the new customers. However despite the increased difficulty, he said RapidShare's commitment to legitimate file-hosting remains the same. Raimer said RapidShare wants to ensure its new customers understand its business model.

"We don't provide any incentive to upload illegal content," he said. "We are determined to show them we don't tolerate that."

Twitter   Share   Email   Save   Print

Recommend   88 people recommend this.

**We recommend**
- Man steals money from Girl Scout cookie sales in Texas
- The white MacBook is dead — for real this time
- Aykroyd opens up on 30th anniversary of John Belushi's death
- $1,499 Apple TV teased in Best Buy survey
- Teacher, 41, leaves wife & 3 kids for teen student
- 13 shot outside Arizona nightclub

**From around the web**
- 'I Wish I Were Wrong' – Economist Laments 2012 Prediction. Moneynews
- 7 little-known Social Security benefits BankRate.com
- What Is The Biggest Job Search Problem Lifehacker
- Microsoft founder urges digital revolution against hunger Inquirer.net
- Bill Gates Just Bought $571 Million of This Stock StreetAuthority
- Top Ten College Towns Away.com

[what's this]

**Sponsored links**

| Prudential Can Help | EFIX USB Design in Europe | Prostate Cancer Info |
|---|---|---|
| Together, let's tackle our biggest financial challenges. Learn more. Prudential.com/bringyourchallenges | multi-OS solution/Military Componen Win, MacOS 10.6, 10.7 & now 10.8 www.efix-shop.com/ | Learn About a Treatment Option for Metastatic Prostate Cancer Today. metastatic-prostate-cancer-info.com |

Real-time updating is **enabled**.

Comments for this page are closed.

Showing 25 of 109 comments                    Sort by newest first ▾

**cjkira7168**
As mentioned plenty of times, most of these sites are just blocking U.S. IP addresses and the U.S. users are just accessing them via proxy. Not much has changed with the exception of file sharers taking an extra step (which amounts a few more seconds) in obtaining the content.
3 weeks ago  2 Likes                                                          Like

**Brett Robertson**
Robcam, your attitude is no longer the norm. This is the internet and that's not how the net works. 'Face the legal consequences' is US-speak for punishment? WE are tired of dishonesty that masquerades as patriotism!
3 weeks ago  3 Likes                                                          Like

**DigThatFunk**
Well, thank GOD that was the only place to find anything of the sort!
Oh, wait...
3 weeks ago                                                                   Like

**goofyfoot201**
Crap it is huimmm...Oh wait that was back on the Star Wars Episode one story.  Crap Rapidshare is huimmmm
3 weeks ago                                                                   Like

**Jon Wax**
really? it's that hard to figure out? c'mon.. it's pretty simple to me. You wanna be online? cool... get rid of the anonymity. only when people think no one is watching do they behave like this. same thing with everything else trolling, racism, etc. the only reason people do this stuff is because you can hide so after fakescreenname@whatever.com. and that right there is the problem. if the internet wasn't a haven for anonymous cowards, then most of these problems would go elsewhere. they wouldnt stop but they wouldnt be here. so really the best idea is to push for non-anonymous internet useage. Kinda like how im posting this under my real name .. Peace
3 weeks ago  4 Likes                                                          Like

**MikeDUtah**
Now, all that's needed is your ss# and you'll have a safe internet.
3 weeks ago  in reply to Jon Wax  4 Likes                                       Like

**metallhd**
yawn