# EXHIBIT V



3/9/2012                                                                 http://yro.slashdot.org/story/11/09/13/1811250/hotfile-sues-warner-bros-over-abuse-of-takedown-tool

with a tool is not reason enough to ban it

  Parent   Share

    **Re:** anti gun "this *will* argue *hole* watedly against that logic c.c

      **Re:** They could remedy the situation by providing actual evidence that they own the works if the bill collector called me up they'd have to prove that they do indeed own debt that I'm responsible for paying. I'm not sure why that shouldn't apply to

        **Re:** Except that the bill collector industry is also riddled with abusers. They can slam an entry onto all three credit reports even if it's totally bogus, and it's up to YOU, the innocent party, to clean up the mess. Sure, the entry is removed, but

          **Re:** This is exactly why I believe the credit agencies should be subject to libel and slander charges for their repeated demonstration of reckless disregard for the truth in anything they publish. Too bad there's no examples of debt collector

            **Re:** This is not a solution. but

              **Re:** Yes, and they can also file defamation of character suits as well. It's just that most people in that situation don't bother to learn what their rights are. But the ultimate solution is regulation. Require creditors to assume that it

                **Re:** Kinda odd to have one fee tool, per Year. Here the system works so that if you credit rating is changed, you must be informed about it in advance and you have couple weeks time to challenge it if the filing is erroneous

                  **Re:** I rather like that setup. Where is 'here'?

        **Re:** That would probably be an improvement. but what evidence is appropriate?

  **Re:** Also, Warner Bros should loose their rights under the DMCA to issue takedown requests at all. Cant we just send the guy who signed the notices to jail?

    **Re:** I fully expect Warner Brothers to plead "not guilty by reason of corporate insanity." they have strong supporting evidence!

      **Re:** Defense: Your Honour, I ask for an adjournment on the grounds that the prosecution's lawyer is a cartoon dabble.

  **Re:** DMCA has not been violated.

## Reunder penalty of perjury (Score:5, Informative)

by crankyspice (63963) on Tuesday September 13, @01:56PM (#37369385)

The DMCA's penalty of perjury language only applies to the state I'ment that the author is "authorized to act on behalf of the owner of an exclusive right that is allegedly infringed." 17 USC 512(c)(3)(A)(vi)

[http://www.law.cornell.edu/uscode/text/17/512 (copyright.gov)].

If I work for Consolidated Fictures, which owns the rights to the I'move The Cairo Goose, and I send a DMCA takedown notice on the file MXDN_Preview_WinNT_Cairo-(g00z3).rar, and state under penalty of perjury that I am authorized to act on behalf of the owner of the exclusive rights in The Cairo Goose, I'm fine, even though upon closer inspection the RAR file is, on its face, obviously not a copy of my a I'bloye's motion picture. (It's so I'mone else's copyright to enforce. ;))

To be clear: I'm not saying (in a DMCA takedown) that I own the rights to that I'file! I'm identifying a work (The Cairo Goose), saying under penalty of perjury that I'm authorized to act on behalf of the rights holder of that work (The Cairo Goose), and, not under penalty of Pe I'jury: that I have a good-faith belief that the file in I'question is a copy of I'move The Cairo Goose.

Note that 512(f) does provide liability I'for any da I'mages, including costs and attorneys' fees: incurred by the alleged infringer" when a DMCA notification: knowingly I'materially I'misrepresent[s] I'infinge I'ent

Also: 512(g) provides for reinstate I'ment of content upon counter-notification where there was a I'mistake or I'misidentification of the I'material . . ."

  Parent   Share

    **Re:** To be clear: I'm not saying (in a DMCA takedown) that I own the rights to that I'file! I'm identifying a work (The Cairo Goose), saying under penalty of perjury that I'm authorized to act on behalf of the rights holder of that work (The Cairo Goose),

      **Vexatious is one of my favorite words** It got me out of a bad non-compete. I think the "if your plan on continuing start saving all your emails" and the potential cost of discovery helped.

        **Re:** USC17 512 (a)(1)(vi)The statement here is referring to this DMCA notice. Guess what: if you're filing them for things that clearly aren't the work you're claiming then I'm an act of perjury. What exactly the punishment is for that: I do not

    **Re:** Not-checking filenames and not-verifying the claimed files does not strike me as "good faith." And I'm skeptical that "authorized to act on behalf of the owner of an exclusive right that I'l allegedly infringed"

    **Re:** I have worked for an ISP Abuse department, and routinely had to enforce DMCA.

    **Re:** No. it actually doesn't. See the court's opinion in Rossi I' MPAA: no: 03-16034 (December 1, 2004) [http://www.steptoe.com/assets/attachments/1740.pdf [steptoe.com]], where the proprietor of InternetMovies.co I'l "urge[d the 9th Circuit] to

      **Re:** Nope. it should be more like the current "challenge" system in tournament tennis. Make it so that WB can take down as many genuine I'violations as they like. But three false takedown's in a month should be I'considered abuse of

## Reunder penalty of perjury (Score:5, Informative)

by pnewhook (58385) on Tuesday September 13, @02:04PM (#37396462)

It is apparent what is happening.

The studios are using the results of sI'mple keyword searches to trigger takedowns. As an exaI'mple, while claiming to reI'move files that are copies of the I'move "The Box". Warner reI'moved several files related to the alternative cancer treatI'ment book "Cancer: Out Of The Box" Another title deleted by Warner was "The Box that Saved Britain", a production of the BBC, not Warner.

If the studios want Hotfile to spend tiI'me and resources to stop aiding in the distribution of the studios' copyrighted content: then it is also the studios' responsibility to spend their own tiI'me and resources to correctly identify their copyrighted content

  Parent   Share

    **Re:** More importantly: Perjury is a FELONY criminal offense while copyright infringement can a criminal or civil offense. The reboslagers of the complaints should be charged as criminals. Isn't it telling that the same organizations that are pushing to

    **Re:** Either that: or make them fill out an almost unreadable captcha and make them wait at least 2 I'maudes before each delete. to make them prove that they actually took the time to read the full name of the file they're deleting (instead of using a

  _**I think we also need to**_ (Score:1) sue them for also all the post-file content we may have downloaded and lost son

    **Re:** What about creating content with those search terms instead of "The Matrix" now about 'inV'mol I'l I' of "The Matrix" and essays on Eastern philosophies in the movie Wait for them to robo-take-down: and then sue

## Interference with Contracts (Score:4, Interesting)

by Tekfactory (937036) on Tuesday September 13, @02:52PM (#37390294) Homepage

The article states loss of accounts and goodwill. I'but a software publisher using hotfile to distribute his freeware app: and Warner deleted his files

_Hopefully Hotfile has the_ I'money to go the distance on this one and not settle out of court

Hopefully the judge won't let Warner and the other four studios drop the case so precedent can be set.

I'l I'ant alI'most buy that Warner was using a piece of software and a script and I'made soI'me I'mistakes, but that the I'mistakes got worse after they were notified that is negligence

Too bad they won't get fined MAFFIAA iI'maginary I'numI'bers: How I'many freeware downloads didn't happen because they deleted the file, I'l'ust have been I'l'ilions at $750 a piece right?

  Share

    _**Cloning bI'lues**_ Was it a clone of a video game published by Williams: Atari Games: Tengen: or Midway? Because Warner might be under the impression that: say: a video game with the same rules as Joust or Klax infringes Warner's copyright in

      **Re:** their reg exps would have probably hit even dosbox WB bought the service to weed out these files from some lazy: lazy: lazy botcards who probably killed WB by the amount of files' lose lose for PI'eryone except those lazy botcards

      **Re:** You can't copyright the rules of a game--

        **Re:** I am aware of that: The Tetris Company is I'l (hence Tetris I': I'l'oRionai) and apparently neither are some other publishers of some really! 1980s arcade games

        **Re:** Ooh: videogame: 'clone' lawsuits! Ding-dong! That'll be the 1960s on the front porch: silly ware: but - well: everything actually - back But they say we can keep Lady Gaga

    **Re:** I bet Warner claims that because it was a freeware so I' no damages can be awarded because no profit was lost

      **Re:** If that where the case-I would like to see an argument to have all of Warner's commercials 'removed from video based media. After all: commercials are free!

      **Re:** Hotfile is suing Warner so: Warner does not have the option of dropping that case. I am not quite sure how Warner managed to replace the link with a link to buying something from them: but that is a fairly serious charge (and one I have no

        **Re:** In the Article (I know new here: etc) they state the Hotfile case is in response to 5 Studios sI'l'g Hotfile So I want both Hotfile to rigorously pursue their legal claim: and the 5 studios suing Hotfile to not be allowed to drop their original suit if it

## Replacement Links (Score:5, Interesting)

by Fned636 (888229) on Tuesday September 13, @01:52PM (#37396306) Journal

Near the end of the article is mentioned that files taken down by the tool were replaced with links to legally procure si I'l'ilar works by I'l Warner Bros:

Just to clarify any I'l'isunderstandings a I'l'out what this meant/EI'l'phasis I'l'ai.

Hotfile suspects that the overI'l'road takedowns were not only an atteI'l'pt to prevent copyright infringeI'l'ent: but also a scheI'l'e to I'l'ake profits: Warner proposed to HotfI'le an affiI'l'ate deal where content that was taken down would be replaced with links to movie stores where users could buy Warner movies. More takedowns thus means more potential revenue.

"Warner had an econoI'l'ic I'l'otive to make these I'l'isrepresentations: As noted above: in early 2010: Warner proposed a I'l'usiness arrangeI'l'ent with Hotfile whereby Warner sought to present ecoI'l'l'erce links to Hotfile users who I'l'ight purchase a Warner file for Warner's profit in place of links that Warner had deleted using its SRA."

  Share

    **Re:** The problem I's on Slashdot the only wendo who actually RTFA was Fned636 My hypothesis: You could post a cope of any Slashdot story with an appropriately tweaked summary: and produce similar kneeI'l'erk response comments in the

## A proposed solution (Score:5, Insightful)

by DdotBreath (207766) on Tuesday September 13, @01:57PM (#37396372) Homepage

3/9/2012                    http://yro.slashdot.org/story/11/09/13/1811250/hotfile-sues-warner-bros-over-abuse-of-takedown-tool

make there be a statutory damage value and cause of action for each false DMCA takedown which is the same ($150,000 ??) as for each instance of copyright infringement.

Share

### This should happen more often! (Score:5, Insightful)

by Adrian Lopez (2615) on Tuesday September 13 @11:58PM (#37390184: Homepage

The DMCA gives copyright holders the power to take down content based on little more than their say-so. It is therefore very important that making bogus DMCA claims carry penalties commensurate with the damage (both moral and monetary) suffered by those whose content is taken down by means of fraudulent or negligent copyright claims.

Share

    Re: On the bright side - it means you can file DMCA takedowns for content named ReImotely Similarly to content that you hold the copyright for, right?

### Warner Bros: too much money to care (Score:)

by siddeddci (758832) on Tuesday September 13 @02:02PM (#37390436)

A valiant effort on Hotfile's part but they'd have better luck pulling hairs out of a honeybadger's ass than getting that lawsuit to stick

Share

### Anti-Piracy Tool and No Surprise (Score:2)

by Fwonn666 (888225) on Tuesday September 13 @02:03PM (#37390459: [title])

According to the complaint: Warner systematically misused the anti-piracy takedown tool (SRA) Hotfile had built for them.

So Hotfile built a tool called SRA (which stands for Special Rightsholder Account? Go figure-) that Warner uses to take down whatever it wants without Hotfile having to get involved. Is anyone surprised that Warner then took down whatever they thought might in some way shape or form relate to something that they do hold the copyright to?

Share

    Re: It is surprising that Warner took down open source software that has no relations to its copyright content I assume that other movie studios have simil'Iar agreements with Hotfile and they seem to be following the rules fine- If the allegations are
    Re: It seems surprising that Warner was quite so reckless about it Although exactly what the thoughts are of various individuals within a comipany we can only speculate

### "BEEEEP" FAIL! (Score:5, Informative)

by snrogg (229110) on Tuesday September 13, @02:04PM (#37390456)

from the faq
Q Can I search the Hotfile server for certain files?
A- No: Hotfile protects the privacy of our users- Only the person storing a file on Hotfile gets the download link: That person decides who should have access to the link: A file can only be downloaded if the download link details are known

it should read
Q Can I search the Hotfile server for certain files?
A: Yes. Hotfile do not protect the privacy of our users. All major Hollywood Companies get acces to your download link: These companys decides who should have access to the link: They can download and look at your private files as they wish: They can choose to delete your files.

Share

### Re:"BEEEEP" FAIL! (Score:2)

by Anonymous Coward on Tuesday September 13 @03:02PM (#37391096)

That's likely not how it happened: How many hotfile links can you find on the internet for all who visit the site?

Answer: Quite a few

Without being explicitly told otherwise- it's not really fair to assume hotfile is sharing the info with people in ways it claims it doesn't

Parent   Share

### Re:"BEEEEP" FAIL! (Score:1)

by Anonymous Coward on Tuesday September 13, @03:25PM (#37391430)

AFAIK, the copyright tool requires the studios to have the link to be able to delete it- They can't make them up or look them up- they're most probably scraping sites and not caring what links they get

Parent   Share

### Re:"BEEEP" FAIL! (Score:2)

by hAel (605314) on Wednesday September 14 @05:57AM (#37396746)

You're making a big assumption as to how it works, and I think- you're almost certainly wrong

I'd wager that all the tool allows the likes of Warner to do is to feed it a link aNd to have it take down the file at that link-

What's likely been happenin'g is Warner has been minin'g the internet for Hotfile links that contain certain words and automatically submitting them to the tool:

So in other words it's not that Hotfile lets the movie industry look at everyone's hotfile links- but that if you let the movie industry know your link by publicising it somewhere public on the internet- they might then take it down

There doesn't seem to be any evidence they're given a free reign to lust look through all your private files

Parent   Share

### penalties (Score:4, Informative)

by mojon (1061833) on Tuesday September 13, @02:07PM (#37390504)

from: http://www.cirmediaiaw.org/faq/i-guide/responding-tdmca-takedown-notice-ta#testi&3-our-content-h#_1r [cirmediaiaw-org): The highlighted part:

Section 512(f) of the DMCA creates liability for knowingly making false claims in a DMCA takedown notice or counter-notice- See 17 U.S.C- 512(f)- So, if you claim in a counter-notice that your content does not infringe the complaining party's copyrighted work while knowing this to be false- then the copyright owner can win damages from you- including court costs and attorneys fees stemming from your wrongful counter-notice- Note- however- that this provision also works against a person or company sending a wrongful takedown notice: If someone claims in a takedown notice that you are infringing their copyrighted material while knowing this to be false- then you can win damages from them in a lawsuit- In recent years- the targets of wrongful takedowns have fought back and won damages and favorable settlements from individuals and companies sending bogus takedown notices- For instance- in Online Policy Group v- Diebold Inc- 337 F- Supp- 2d 1195 (N-D- Cal- 2004) two students and their ISP sued voting machine manufacturer Diebold after it tried to use DMCA takedown notices to disable access to internet postings of the company's leaked internal email archive- The court granted summary judgment to the students and ISP on their claim, finding that portions of the email archive were so clearly subject to the fair use defense that "[n]o reasonable copyright holder could have believed that [they] were protected by copyright." According to the EFF, Diebold subsequently agreed to pay $125,000 in damages and fees to settle the lawsuit- For another example, see CnoET v- 10 Zen Monkeys in our legal threats database- Someone who has sent a baseless takedown notice about your content may be more inclined to back off if you remind him or her about sect'ion 512(f) of the DMCA, in addtion to sending a counter-notice.

Share

    Re: Does 'knowingly' still apply if the process is automated? They proBaBly just search on the titles of their movies and have a script takedown every hit
    Re: Easy enough to find out: If any internal memo references the fmere concept of accuracy being less than perfect:-- then they know there will be false positives in the mix- At that point: they KNOW a percentage will be baseless
        Re: Its worse than that Hotfile notified the they were taking down files that warner'R therers and they kept doing it

### They should forget about money (Score:2) and demand an actual trial for perjury- with criminal penalties. The law says it is perjury- and Warner Bros- has committed it- More importantly- as per the article- only a single person at Warner was legally

    Re: out WB in prison? how does that work? the bozos who were working them? that would send a nice message at least-
        Re: If only there were soMe law specifically created for going after corrupt organizations:-- [wikipedia-org]
            Re: Exactly what I was thinking - either thEn was some 'lore wolf' messing with Hotfiles- or there was some 'collusion' to engage in wilful violation of federal laW:--- will be interesting to see how Warner handles thiS
                Re: I fully expect them to aloW Bugs Bunny to serve the sentence on their behalF

3/9/2012                                        http://yro.slashdot.org/story/11/09/13/1811250/hotfile-sues-warner-bros-over-abuse-of-takedown-tool

Re: Nope, the DMCA is more stupidly written than you think, it is it's only perjury if you file a takedown claiming a file is something you don't have the rights to (i.e. I send a takedown request for a Disney movie, which I don't hold rights to.) There is

Re: in the context perjury might also be part of the existing agreement between hotfile and WB in the normal process WB sends notice to hotfile who then has to look at content and make a judgement to pull or counter in this process it looks like

Re: which is exactly what happened in this case, assuming you agree that Warner's agent knew or should have known that their automated tool was subject to error

Re: Nope, they had the rights they claimed to have. The fact that the files they wanted taken down had nothing to do with the files they had rights to is relevant to the letter of the DMCA. Though hopefully the judge will be unamused enough to

'similar' works? (Score:1) The tool replaced files with links to 'similar' works, or were they the "same" works? And if they were the "same" works, does Warner have the rights to them?

Re: So, if I use false pretense to gain otherwise unauthorized access to a protected resource or service, and I then delete, modify and insert data while utilizing that unauthorized access...

**Precedent indicates Hotfile is correct (Score:4, Informative)**

Lenz v. Universal Music Corp [wikipedia.org]; circumstances aren't the same, but they do establish that copyright holders must exercise good faith in determining that a copyright infringement has actually occurred before filing a takedown notice. They don't specifically set out what constitutes good faith, but clearly removing items that simply contained the words "The Box" wouldn't qualify given this "fair use" precedent actually included 29 seconds of copyrighted material and was deemed plausible enough fair use for the counterclaim to proceed.

Lenz v. Universal Music Corp. was a 2007 case in which the US District Court for the Northern District of California ruled that copyright holders must consider fair use before issuing takedown notices for content posted on the internet. Stephanie Lenz posted on YouTube a home video of her children dancing to Prince's song "Let's Go Crazy."[1] Universal Music Corporation (Universal) sent YouTube a takedown notice pursuant to the Digital Millennium Copyright Act (DMCA) claiming that Lenz's video violated their copyright in the "Let's Go Crazy" song. Lenz claimed fair use of the copyrighted material and sued Universal for misrepresentation of a DMCA claim. The court held that, in violation of the DMCA, Universal had not in good faith considered fair use when filing a takedown notice.

*This court also explained that liability for misrepresentation is crucial in preventing abuse of the DMCA as a means to stifle controversial speech.*

And USC 17 S512 [copyright.gov] subsection (f) establishes penalties for misrepresentation by either the copyright holder or the alleged infringer.

Share

Re: Lenz established Fair Use must be considered before issuing a takedown notice but it relied on 17 USC 512(f)(1) to award Lenz damages. The plain language of 17 USC 512(f)(2) would make it so that Hotfile does not need to establish a

Re: Lenz did more than establish that copyright holders must consider fair use, in doing so, it established that the copyright holder has an obligation to determine with some level of certainty (i.e. in good faith) that a violation has in fact occurred

Re: No, open source is used by big business to cheaply make corporate applications.Then somewhere along the line they forget that they didn't write the open source software that builds their (whatev) line For instance, every god damned corporate

Re: No I believe the point is they are basically using the tool as a extremely rude advertising platform. I'm sorry but your copy of utoppix has been removed by a DMCA takedown, can I interest you in legally purchasing a blu-ray of the extra?

Re: What are the odds that he acted alone and without the knowledge of the studios?

Re: Oh, that's what the studios will claim. Or that it was the "small group" acting in collusion with each other. (Although if they do that, Hotfiles could theoretically claim RICO Act violations...and go after the whole org to track down this "colluding"

**Slashdot** Archived Discussion    Get 55 More Comments    103 of 155 loaded    Submit Story