UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF



DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*    /

**UNOPPOSED MOTION AND MEMORANDUM OF LAW OF DEFENDANTS
HOTFILE CORPORATION AND ANTON TITOV FOR LEAVE TO FILE
UNDER SEAL DEFENDANTS' REPLY MEMORANDUM AND
EXHIBITS FILED IN SUPPPORT OF DEFENDANTS' MOTION
TO STRIKE THE DECLARATION OF JENNIFER YEH FILED IN
<u>SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT</u>**

    Defendants Hotfile Corp. ("Hotfile") and Anton Titov ("Mr. Titov") (collectively Hotfile and Mr. Titov are "Defendants"), file this Unopposed Motion to File Documents Under Seal pursuant to Local Rule 5.4, as set forth below in the accompanying memorandum of law.

**MEMORANDUM OF LAW**

The document to be filed under seal is: Defendants' Reply Memorandum of Law and its Exhibits Filed in Support of Defendants' Motion to Strike the Yeh Declaration Filed in Support of Plaintiffs' Motion for Summary Judgment ("Reply"). The Reply should remain under seal until the conclusion of this case. Upon expiration of the sealing period, the sealed document should be returned to Defendants' counsel.

This motion is filed pursuant to the Order entered by the Court on May 19, 2011 [D.E. #68], which states that "[in] the event that any Discovery Materials designated under this Protective Order is described, characterized, excerpted or referenced in, or attached to, any Court proceeding or submission in connection with this litigation…the filing party shall seek to file such material under seal pursuant to Local Rule 5.4."

The Reply contains information that has been designated as Confidential or Highly Confidential under the Protective Order. This filing includes confidential, proprietary and commercially sensitive business documents and material, including, *inter alia*, confidential and sensitive financial information regarding Hotfile and its shareholders, confidential and sensitive information about Hotfile's business methods, and confidential and sensitive information about other business interests of Hotfile's shareholders. The Court has authority to grant motions for leave to file under seal pursuant to Local Rule 5.4, when as here prior orders of the Court require submission of the filings under seal. Plaintiffs have no opposition to requested sealed filing.

**CONCLUSION**

On the basis of the foregoing, Defendants respectfully request that the Court grant their unopposed motion for leave to file under seal and permit the filing under seal of Defendants' Reply Memorandum of Law and its Exhibits Filed in Support of Defendants' Motion to Strike

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

the Yeh Declaration Filed in Support of Plaintiffs' Motion for Summary Judgment. A proposed Order is attached hereto as Exhibit "A."

## CERTIFICATE OF GOOD FAITH ATTEMPT TO RESOLVE

I hereby certify that pursuant to Local Rule 7.1(a)(3), prior to filing this motion, counsel for Defendants, Andrew Leibnitz, communicated with counsel for the Plaintiffs, Steven B. Fabrizio, by e-mail, in a good faith attempt to resolve by agreement the matters raised in this motion and that Plaintiffs have no objection to this motion for leave to file under seal.

_____
Janet T. Munn, Esq.

DATED: March 28, 2012

Respectfully submitted,

_____
Janet T. Munn, Esq. Fla. Bar No. 501281
Email: jmunn@rascoklock.com
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102

And

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email: rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email: aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email: tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email: dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email: jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.4480

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone: 617.928.1800
Telecopy: 617.928.1802

*Counsel for Defendants Hotfile Corporation
 and Anton Titov*

4

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2012, a true and correct copy of the foregoing document, was filed conventionally and served on all counsel of record identified below via e-mail and by Federal Express.

Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA 91403-5885
Telephone: 818.935.5812

By: /s/ Janet T. Munn
Janet T. Munn