UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

     *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES
1-10.

     *Defendants.*               /

HOTFILE CORP.,

     *Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

     *Counter-Defendant.*         /

**ORDER GRANTING UNOPPOSED MOTION OF
DEFENDANTS HOTFILE CORPORATION AND ANTON
TITOV FOR LEAVE TO FILE UNDER SEAL DEFENDANTS'
REPLY MEMORANDUM AND EXHIBITS FILED IN SUPPPORT
OF DEFENDANTS' MOTION TO STRIKE THE
DECLARATION OF JENNIFER YEH FILED IN SUPPORT
OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**THIS CAUSE** came before the Court on the Unopposed Motion of Defendants,

Hotfile Corporation and Anton Titov (collectively "Defendants"), for Leave to File Under

Seal Defendants' Reply Memorandum of Law and Exhibits, Filed in Support of

Defendants' Motion to Strike the Declaration of Jennifer Yeh filed by Plaintiffs in

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

support of Plaintiffs' Motion for Summary Judgment ("Defendants' Motion to File Under Seal"). The Court has considered Defendants' Motion to File Under Seal and being otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion to File Under Seal, be and the same, is hereby Granted. Defendants' Reply Memorandum and its Exhibits shall be filed and maintained under seal.

**DONE AND ORDERED** in chambers at Miami, Florida this _____ day of _____, 2012.

_____
KATHLEEN D. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record

2