Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Sealed**

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

### ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

Upon consideration of Plaintiffs' Motion to File Documents Under Seal, and all of the papers submitted in support thereof, Plaintiffs' request to file documents under seal is GRANTED.

1. It is hereby ORDERED that Plaintiffs be permitted to file the following document under seal and that the following document remains under seal until the conclusion of the case:

(1) Plaintiffs' Memorandum of Law in Opposition to Defendants Hotfile Corporation and Anton Titov's Motion to Strike the Declaration of Jennifer V. Yeh and attached Declaration of Jennifer V. Yeh in Support of Plaintiffs' Opposition to Defendants' Motion to Strike the Declaration of Jennifer V. Yeh and accompanying Exhibit.

DONE AND ORDERED in chambers at Miami, Florida this ___ day of March, 2012.

William C. Turnoff
United States Magistrate Judge

cc: All Counsel of Record