Sealed

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

Disney Enterprises, Inc., *et al.* v. Hotfile Corp., *et al.*
Case No. 11-20427-Civ (WILLIAMS/TURNOFF)

DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORP., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, COLUMBIA PICTURES INDUSTRIES, INC., and WARNER BROS. ENTERTAINMENT INC.,
    Plaintiffs,

vs.

HOTFILE CORP., ANTON TITOV, and DOES 1-10,
    Defendants.
_____/

HOTFILE CORP.,

Counterclaimant,

vs.

WARNER BROS. ENTERTAINMENT INC.,

Counterdefendant.
_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Brian M. Willen, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Brian M. Willen may appear and participate in this action on behalf of proposed *amicus curiae* Google Inc. The Clerk shall provide electronic notification of all electronic filings to Brian M. Willen at bwillen@wsgr.com.

DONE AND ORDERED in Chambers at \_\_\_Miami\_\_\_, Florida, this \_\_\_ day of \_\_\_March\_\_\_.

William E. Turnoff
United States Magistrate Judge

Copies furnished to:
All Counsel of Record