**PUBLICLY FILED VERSION OF EXHIBITS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

 *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

 *Defendants.* /

HOTFILE CORP.,

 *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

 *Counter-Defendant.* /

**NOTICE OF FILING BY DEFENDANTS HOTFILE CORPORATION
AND ANTON TITOV OF THE PUBLICLY FILED REDACTED
VERSION OF DEFENDANTS' MOTION AND MEMORANDUM
OF LAW TO STRIKE THE DECLARATION OF JENNIFER V. YEH
FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT AND ANY REFERENCES IN PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT OR STATEMENT OF
<u>FACTS TO THE YEH DECLARATION AND ITS ATTACHMENTS</u>**

 Defendants Hotfile Corporation and Anton Titov (collectively "Defendants"), hereby give notice of filing the attached publicly filed redacted version of Defendants' Motion and Memorandum of Law to Strike the Declaration of Jennifer V. Yeh Filed in Support of Plaintiffs'

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

Motion for Summary Judgment or Statement of Facts to the Yeh Declaration and Its Attachments ("Motion to Strike").  The Motion to Strike is attached hereto as Exhibit "A."

DATED: March 29, 2012              Respectfully submitted,


                                   s/Janet T. Munn
                                   Janet T. Munn, Esq. Fla. Bar No. 501281
                                   Email: jmunn@rascoklock.com
                                   RASCO KLOCK
                                   283 Catalonia Avenue, Suite 200
                                   Coral Gables, Fl 33134
                                   Telephone:  305.476.7101
                                   Telecopy: 305.476.7102

                                   And

                                   Roderick M. Thompson, Esq. (admitted *pro hac vice*)
                                   Email:  rthompson@fbm.com
                                   Andrew Leibnitz, Esq. (admitted *pro hac vice*)
                                   Email:  aleibnitz@fbm.com
                                   Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
                                   Email:  tschoenberg@fbm.com
                                   Deepak Gupta, Esq. (admitted *pro hac vice*)
                                   Email:  dgupta@fbm.com
                                   Janel Thamkul, Esq. (admitted *pro hac vice*)
                                   Email:  jthamkul@fbm.com
                                   FARELLA BRAUN + MARTEL LLP
                                   235 Montgomery St.
                                   San Francisco, CA  94104
                                   Telephone:  415.954.4400
                                   Telecopy: 415.954.4480

                                   And

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation
 and Anton Titov*

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2012, a true and correct copy of the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL  33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA  91403-5885
Telephone: 818.935.5812

By: /s/ Janet T. Munn
     Janet T. Munn