**PUBLICLY FILED REDACTED VERSION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

 *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

 *Defendants.* /

HOTFILE CORP.,

 *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

 *Counter-Defendant.* /

**NOTICE OF FILING BY DEFENDANTS HOTFILE CORPORATION
AND ANTON TITOV OF THE PUBLICLY FILED REDACTED
VERSION OF DEFENDANTS' REPLY AND ITS EXHBITIBS FILED IN SUPPORT
OF OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
REGARDING PLAINTIFFS' MOTION TO "USE" TITOV DEPOSITION EXHIBIT 27**

 Defendants Hotfile Corporation and Anton Titov (collectively "Defendants"), hereby give notice of filing the attached publicly filed redacted version of Defendants' Reply and its Exhibits Filed in Support of Objections to Magistrate Judge's Report and Recommendation

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

Regarding Plaintiffs' Motion to "Use" Titov Deposition Exhibit 27 ("Defendants' Reply"). Defendants' Reply is attached hereto as Exhibit "A."

DATED: March 29, 2012                Respectfully submitted,


                                     s/Janet T. Munn
                                     Janet T. Munn, Esq. Fla. Bar No. 501281
                                     Email: jmunn@rascoklock.com
                                     RASCO KLOCK
                                     283 Catalonia Avenue, Suite 200
                                     Coral Gables, Fl 33134
                                     Telephone:  305.476.7101
                                     Telecopy: 305.476.7102

                                     And

                                     Roderick M. Thompson, Esq. (admitted *pro hac vice*)
                                     Email:  rthompson@fbm.com
                                     Andrew Leibnitz, Esq. (admitted *pro hac vice*)
                                     Email:  aleibnitz@fbm.com
                                     Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
                                     Email:  tschoenberg@fbm.com
                                     Deepak Gupta, Esq. (admitted *pro hac vice*)
                                     Email:  dgupta@fbm.com
                                     Janel Thamkul, Esq. (admitted *pro hac vice*)
                                     Email:  jthamkul@fbm.com
                                     FARELLA BRAUN + MARTEL LLP
                                     235 Montgomery St.
                                     San Francisco, CA  94104
                                     Telephone:  415.954.4400
                                     Telecopy: 415.954.4480

                                     And

2

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation
 and Anton Titov*

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2012, a true and correct copy of the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| Karen L. Stetson, Esq.<br>GRAY-ROBINSON, P.A.<br>Email: Karen.Stetson@gray-robinson.com<br>1221 Brickell Avenue<br>Suite 1600<br>Miami, FL  33131<br>Telephone: 305.416.6880<br>Telecopy: 305.416.6887 | Karen R. Thorland, Esq. (admitted *pro hac vice*)<br>Senior Content Protection Counsel<br>Email: Karen_Thorland@mpaa.org<br>Motion Picture Association of America, Inc.<br>15301 Ventura Boulevard, Building E<br>Sherman Oaks, CA  91403-5885<br>Telephone: 818.935.5812 |

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

By: /s/ Janet T. Munn
      Janet T. Munn