# EXHIBIT A

# PUBLIC VERSION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    *Defendants*.

_____/

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant*.

_____/

## REPLY DECLARATION OF ANTON TITOV IN SUPPORT OF SUMMARY JUDGMENT MOTIONS

I, Anton Titov, declare as follows:

1. I am a founder, minority shareholder, and technologist for defendant Hotfile Corporation and a defendant in this action. This declaration is based on personal knowledge and all statements contained in this declaration are true and correct to the best of my knowledge. If called as a witness, I could and would testify to the facts set forth in this declaration.

2. Hotfile has expended ▮▮▮▮▮ responding to Plaintiffs' allegations regarding Hotfile's current operations, including significant expenditures responding to requests for documents and information regarding Hotfile's operations after the filing of the complaint.

3. I understand that Plaintiffs have identified in Exhibit 56 to the Declaration of Jennifer Yeh in Support of Plaintiffs' Motion For Summary Judgment ▮▮ files that they allege have been infringed through Hotfile and that they claim to have confirmed contain copies of Plaintiffs' copyrighted material. I have performed database queries in Hotfile's database for the upload dates for each of those files and for whether they were uploaded anonymously. Over ▮▮ of those files were uploaded after the Complaint was filed. Only ▮ of the ▮▮ files was uploaded anonymously.

4. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of March 2012, at Sofia, Bulgaria.

_____
Anton Titov