**PUBLICLY FILED REDACTED VERSION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

 *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES
1-10.

 *Defendants.*    /

HOTFILE CORP.,

 *Counterclaimant*,

v.
WARNER BROS. ENTERTAINMENT INC.,

 *Counter-Defendant.*    /

**NOTICE OF FILING BY DEFENDANTS HOTFILE CORPORATION
AND ANTON TITOV OF THE PUBLICLY FILED
REDACTED VERSION OF THE DECLARATION OF JANEL
THAMKUL AND THE EXHIBITS THERETO, FILED IN
SUPPORT OF DEFENDANT HOTFILE'S REPLY
MEMORANDUM IN SUPPORT OF HOTFILE'S MOTION
FOR PARTIAL SUMMARY JUDGMENT AND FILED IN SUPPORT
OF DEFENDANT ANTON TITOV'S REPLY MEMORANDUM
<u>IN SUPPORT OF TITOV'S MOTION FOR SUMMARY JUDGMENT</u>**

Defendants, Hotfile Corporation ("Hotfile") and Anton Titov ("Mr. Titov") (collectively Hotfile and Mr. Titov are "Defendants"), hereby give notice of filing the attached publicly filed redacted version of the Declaration of Janel Thamkul and the Exhibits Thereto, Filed in Support of Hotfile's Motion for Partial Summary Judgment and Filed in Support of Mr. Titov's Reply Memorandum in Support of Mr. Titov's Motion for Summary Judgment ("Thamkul Declaration"). The Thamkul Declaration is attached hereto as Exhibit "A."

DATED: April 2, 2012                    Respectfully submitted,


                                        s/Janet T. Munn
                                        Janet T. Munn, Esq. Fla. Bar No. 501281
                                        Email: jmunn@rascoklock.com
                                        RASCO KLOCK
                                        283 Catalonia Avenue, Suite 200
                                        Coral Gables, Fl 33134
                                        Telephone: 305.476.7101
                                        Telecopy: 305.476.7102

                                        And

                                        Roderick M. Thompson, Esq. (admitted *pro hac vice*)
                                        Email: rthompson@fbm.com
                                        Andrew Leibnitz, Esq. (admitted *pro hac vice*)
                                        Email: aleibnitz@fbm.com
                                        Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
                                        Email: tschoenberg@fbm.com
                                        Deepak Gupta, Esq. (admitted *pro hac vice*)
                                        Email: dgupta@fbm.com
                                        Janel Thamkul, Esq. (admitted *pro hac vice*)
                                        Email: jthamkul@fbm.com
                                        FARELLA BRAUN + MARTEL LLP
                                        235 Montgomery St.
                                        San Francisco, CA 94104
                                        Telephone: 415.954.4400
                                        Telecopy: 415.954.4480

And


Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation
 and Anton Titov*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2012, a true and correct copy of the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL  33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA  91403-5885
Telephone: 818.935.5812

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

                                                By: s/ Janet T. Munn
                                                    Janet T. Munn