# EXHIBIT A

# PUBLIC VERSION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    *Defendants*.

_____/

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant*.

_____/

**DECLARATION OF JANEL THAMKUL AND EXHIBITS THERETO, IN SUPPORT OF DEFENDANTS' REPLY TO HOTFILE'S MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER THE DMCA'S SAFE HARBOR AND ANTON TITOV'S REPLY IN SUPPORT OF TITOV'S MOTION FOR SUMMARY JUDGMENT**

    I, Janel Thamkul, declare as follows:

**FILED UNDER SEAL**  CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

1. I am an attorney at Farella Braun + Martel LLP, counsel for defendant Hotfile Corporation and Anton Titov. I have personal knowledge of the matters stated herein and, if called and sworn as a witness, I could and would competently testify to the facts set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of Principles for User Generated Content Services. This document is Exhibit 18 to the deposition of Vicki Solmon, taken December 23, 2011 in the above-captioned case.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of Vicki Solmon, taken December 23, 2011 in the above-captioned case.

4. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiffs' Third Set of Requests for Production, dated June 14, 2011.

5. Attached hereto as Exhibit 4 is a true and correct copy of emails between Tony Schoenberg and Duane Pozza, dated January 16-31, 2012.

6. Attached hereto as Exhibit 5 is a true and correct copy of emails between Luke Platzer and Rod Thompson, dated February 3-7, 2012.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition of Anton Titov, taken December 6-7, 2011 in the above-captioned case.

8. Attached hereto as Exhibit 7 is a true and correct copy of Plaintiffs' Third Supplemental Responses and Objections to Hotfile's Interrogatory No. 1, with cited portion underlined, dated October 11, 2011.

9. Attached hereto as Exhibit 8 is a true and correct copy of Defendants' Initial Disclosures, dated May 2, 2011.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from Defendants' Responses to Plaintiffs' First Set of Interrogatories, dated May 5, 2011.

FILED UNDER SEAL                    CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

11.   Attached hereto as Exhibit 10 is a true and correct copy of an email between Steven B. Fabrizio and Andrew Leibnitz, et al., dated June 5, 2011.



13.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of March 2012, at San Francisco, California.

Janel Thamkul

3

26501\2991147.1