# EXHIBIT 2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    Plaintiffs,
                    CASE NO.
  vs.              11-20427-WILLIAMS-TURNOFF

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

    Defendants.
_____
AND RELATED CROSS-ACTION.
_____

**HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

VIDEOTAPED DEPOSITION OF VICKI R. SOLMON, ESQUIRE

PURSUANT TO FEDERAL RULE 30(b)(6)

Los Angeles, California

Friday, December 23, 2011

Volume 2

Reported by:
LORI SCINTA, RPR
CSR No. 4811

Job No. 180162



```
 1                  UNITED STATES DISTRICT COURT

 2                  SOUTHERN DISTRICT OF FLORIDA

 3

 4    DISNEY ENTERPRISES, INC.,
      TWENTIETH CENTURY FOX FILM
 5    CORPORATION, UNIVERSAL CITY
      STUDIOS PRODUCTIONS LLLP,
 6    COLUMBIA PICTURES INDUSTRIES,
      INC., and WARNER BROS.
 7    ENTERTAINMENT INC.,

 8           Plaintiffs,
                                CASE NO.
 9         vs.              11-20427-WILLIAMS-TURNOFF

10    HOTFILE CORP., ANTON TITOV,
      and DOES 1-10,
11
             Defendants.
12    _____
      AND RELATED CROSS-ACTION.
13    _____

14

15      HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

16            Videotaped deposition of VICKI R. SOLMON,

17    ESQUIRE, Volume 2, pursuant to Federal Rule 30(b)(6),

18    taken on behalf of Defendants and Counterclaimant

19    Hotfile Corp., at 633 West Fifth Street, Suite 3600,

20    Los Angeles, California, beginning at 2:49 P.M. and

21    ending at 5:21 P.M. on Friday, December 23, 2011, before

22    LORI SCINTA, RPR, Certified Shorthand Reporter No. 4811.

23

24

25
```



```
 1     APPEARANCES:
 2
 3     For Plaintiffs:
 4
           JENNER & BLOCK LLP
 5         BY:  DUANE C. POZZA (Telephonically present)
                -- and --
 6            LUKE C. PLATZER
           Attorneys at Law
 7         1099 New York Avenue, NW, Suite 900
           Washington, D.C. 20001-4412
 8         202.639.6000
           Email:  dpozza@jenner.com
 9                 lplatzer@jenner.com
10
11     For Defendants and Counterclaimant Hotfile, Corp.:
12
           FARELLA BRAUN + MARTEL LLP
13         BY:  DEEPAK GUPTA (Telephonically present)
           Attorney at Law
14         235 Montgomery Street
           San Francisco, California 94104
15         415.954.4400
           Email:  dgupta@fbm.com
16
17
       Videographer:
18
19         VONYARN MASON
           SARNOFF COURT REPORTERS
20         20 Corporate Park, Suite 350
           Irvine, California 92606
21         877.955.3855
22
23
24
25
```





05:17 [redacted]

05:19 [redacted]

1

2          I, the undersigned, a Certified Shorthand

3   Reporter of the State of California, do hereby certify:

4          That the foregoing proceedings were taken

5   before me at the time and place herein set forth; that

6   any witnesses in the foregoing proceedings, prior to

7   testifying, were duly sworn; that a record of the

8   proceedings was made by me using machine shorthand

9   which was thereafter transcribed under my direction;

10  that the foregoing transcript is a true record of the

11  testimony given.

12         Further, that if the foregoing pertains to

13  the original transcript of a deposition in a Federal

14  Case, before completion of the proceedings, review of

15  the transcript [X] was [ ] was not requested.

16         I further certify I am neither financially

17  interested in the action nor a relative or employee

18  of any attorney or party to this action.

19         IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21

22  Dated: 12/30/2011

23

24                              _____
                                LORI SCINTA, RPR
25                              CSR No. 4811

Errata Sheet
Deposition of Vicki Solmon
December 9, 2011 and December 23, 2011

| Location | Correction |
|---|---|
| **Day 1** | |
| 7:7 | change "Hotfield" to "Hotfile" |
| 17:15 | change "ERA services" to "ARA Services" |
| 21:15 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 21:17 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 21:20 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 21:21 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 22:19 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 24:14-15 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 24:16-17 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 31:11 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 31:14 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 32:2 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 35:18 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 47:21 | change "Michelle Huynh" to "Michelle Wang" |
| 47:22 | change "Huynh" to "Wang" |
| 58:25 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 71:1 | change "Sony Pictures Entertainment, Inc." to "Sony Pictures Entertainment Inc." |
| 81:10 | change "A-Plex" to "Aiplex" |
| 141:8 | change "compiled each to" to "compelled each to" |
| **Day 2** | |
| 231:16 | change "question" to "answer" |

```
 1
 2
 3
 4
 5
 6
 7
 8
 9         I, VICKI R. SOLMON, ESQUIRE, do hereby declare
10   under penalty of perjury that I have read the foregoing
11   transcript; that I have made any corrections as appear
12   noted, in ink, initialed by me, or attached hereto; that
13   my testimony as contained herein, as corrected, is true
14   and correct.
15
16
17            EXECUTED this  1st  day of  February ,
18   20 12 , at   Los Angeles  ,   Ca.   .
                   (City)              (State)
19
20
21
22        _____
            VICKI R. SOLMON, ESQUIRE
23          Volume 2
24
25
```