UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

   *Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

Upon consideration of Plaintiffs' Motion to File Documents Under Seal, and all of the papers submitted in support thereof, Plaintiffs' request to file documents under seal is GRANTED.

1. It is hereby ORDERED that Plaintiffs be permitted to file the following documents under seal and that the following documents remain under seal until the conclusion of the case:

(1) Plaintiffs' Memorandum of Law in Opposition to Defendants Hotfile Corporation and Anton Titov's Second Motion to Strike the Declaration of Jennifer V. Yeh, and attached Declaration of Jennifer V. Yeh in Support of Plaintiffs' Opposition to Defendants Hotfile Corporation and Anton Titov's Second Motion to Strike the Declaration of Jennifer V. Yeh, and accompanying exhibits.

DONE AND ORDERED in chambers at Miami, Florida this ____ day of _____ 2012.

                                                        Kathleen M. Williams
                                                        United States District Judge

cc:    All Counsel of Record