# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                CASE NO. 11-20427-WILLIAMS-TURNOFF
 2
 3
 4   DISNEY ENTERPRISES, INC.,
     TWENTIETH CENTURY FOX FILM
 5   CORPORATION, UNIVERSAL CITY
     STUDIOS PRODUCTIONS LLLP,
 6   COLUMBIA PICTURES INDUSTRIES,
     INC., and WARNER BROS.
 7   ENTERTAINMENT INC.,
 8             Plaintiffs,
 9         vs.
10   HOTFILE CORP., ANTON TITOV,
     and DOES 1-10,
11
               Defendants.
12   _____

     AND RELATED CROSS-ACTION.
13   _____
14
15      HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
16        VIDEOTAPED DEPOSITION OF BETSY ZEDEK, ESQUIRE
17              PURSUANT TO FEDERAL RULE 30(b)(6)
18                    Los Angeles, California
19                   Tuesday, December 13, 2011
20
21   Reported by:
     CHERYL R. KAMALSKI
22   CSR No. 7113
23   Job No. 179149
24
25
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF FLORIDA
 3              CASE NO. 11-20427-WILLIAMS-TURNOFF
 4   DISNEY ENTERPRISES, INC.,
     TWENTIETH CENTURY FOX FILM
 5   CORPORATION, UNIVERSAL CITY
     STUDIOS PRODUCTIONS LLLP,
 6   COLUMBIA PICTURES INDUSTRIES,
     INC., and WARNER BROS.
 7   ENTERTAINMENT INC.,
 8            Plaintiffs,
 9        vs.
10   HOTFILE CORP., ANTON TITOV,
     and DOES 1-10,
11
              Defendants.
12   _____
     AND RELATED CROSS-ACTION.
13   _____
14        HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
15
16           Videotaped Deposition of BETSY ZEDEK, ESQUIRE,
17   pursuant to Federal Rule 30(b)(6), taken on behalf of
18   Defendants and Counterclaimant, at 633 West Fifth
19   Street, Suite 3600, Los Angeles, California, beginning
20   at 9:37 a.m. and ending at 5:27 p.m. on Tuesday,
21   December 13, 2011, before CHERYL R. KAMALSKI, Certified
22   Shorthand Reporter No. 7113.
23
24
25

                                                    Page 2
```

```
 1   APPEARANCES:
 2
 3   For Plaintiffs:
 4        JENNER & BLOCK LLP
          BY:  DUANE POZZA
 5        Attorney at Law
          1099 New York Avenue, NW, Suite 900
 6        Washington, D.C. 20001-4412
          202.639.6000
 7
     For Defendants and Counterclaimant:
 8
          FARELLA BRAUN + MARTEL LLP
 9        BY:  JANEL THAMKUL
          Attorney at Law
10        235 Montgomery Street
          San Francisco, California 94104
11        415.954.4400
12   Also Present:
13        ELIZABETH VALENTINA
14   Videographer:
15        CHRIS JORDAN
          SARNOFF, a Veritext Company
16
17
18
19
20
21
22
23
24
25
                                            Page 3
```

```
 1        Q   Does Fox outsource any content protection
 2   activities to vendors?
 3        A   Yes.
 4        Q   Could you generally describe what those
 5   activities are without getting into the actual
 6   investigative processes?
 7        A   I could describe them at a high level if there
 8   are not concerns about privilege there.
 9            With respect to legal counsel, we retain legal
10   counsel to advise and represent us in litigation and
11   also on corporate matters or negotiations; with respect
12   to our antipiracy services vendors, we retain them to
13   search for, identify and act upon infringements.
14        Q   How long has Fox been working with DtecNet?
15        A   I'm not certain.  I think since sometime in
16   2009.
17        Q   How long has Fox been working with OpSec?
18        A   I'm not sure if we started working with them in
19   2009 or later.
20        Q   How long has Fox been working with Web Sheriff?
21        A   We're not currently working with Web Sheriff.
22   We worked with Web Sheriff for several months at the end
23   of 2010.
24        Q   How long has Fox been working with MiMTiD or --
25   I'm sorry, M-i-M-T-i-D?
```

Page 21

```
 1        A    It's okay to call it MiMTiD.  That's what I do.
 2             We have been working with MiMTiD since
 3   approximately September of 2010.
 4        Q    How long has Fox been working with WebControl?
 5        A    I believe since early 2011.
 6        Q    This was marked as Exhibit 3 in a previous
 7   deposition.
 8             Have you seen this document before?
 9        A    I think so.  I haven't had time to go through
10   and confirm it's what I think it is, but provided this
11   is the plaintiffs' responses and objections to Hotfile's
12   interrogatories No. 1 and 2, then, yes.
13        Q    Could you please turn to page 8, the paragraph
14   with the heading "By Twentieth Century Fox Film
15   Corporation, Incorporated."  I'm going to read you an
16   excerpt.
17             "Plaintiff Twentieth Century Fox
18             Film Corporation, Incorporated, became
19             aware of the existence of Hotfile at
20             the end of March 2009.  An antipiracy
21             vendor that searches for infringing
22             activity on the Internet on behalf of
23             Plaintiff Twentieth Century Fox Film
24             Corporation identified infringing
25             activity on the Hotfile's website and
```

Page 22

**BETSY ZEDEK, ESQUIRE**  12/13/2011
**HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

### ERRATA SHEET

| Page/Line | | Corrections |
|---|---|---|
| 7/6 | Change from: | Fox Film Corp. |
| | Change to: | Twentieth Century Fox Film Corporation |
| 8/21 | Change from: | Fox Film Entertainment |
| | Change to: | Fox Filmed Entertainment |
| 16/17 | Change from: | WebControl |
| | Change to: | WebKontrol |
| 22/4 | Change from: | WebControl |
| | Change to: | WebKontrol |
| 32/23 | Change from: | WebControl |
| | Change to: | WebKontrol |
| 44/11 | Change from: | audio, video |
| | Change to: | audio/video |
| 46/7 | Change from: | business role |
| | Change to: | business rule |
| 50/8 | Change from: | takedown statute describes |
| | Change to: | takedown under the statute describes |
| 109/2 | Change from: | owned and controlled |
| | Change to: | owned or controlled |
| 143/17 | Change from: | shear volume |
| | Change to: | sheer volume |
| 209/3 | Change from: | list may include |
| | Change to: | list may also include |
| 209/11 | Change from: | valuable inside |
| | Change to: | valuable insight |
| 209/11 | Change from: | sites of other nature |
| | Change to: | sites of another nature |

**BETSY ZEDEK, ESQUIRE** 12/13/2011
**HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

1
2
3
4
5
6
7
8  I, BETSY ZEDEK, ESQUIRE, do hereby declare
9  under penalty of perjury that I have read the foregoing
10 transcript; that I have made any corrections as appear
11 noted, in ink, initialed by me, or attached hereto; that
12 my testimony as contained herein, as corrected, is true
13 and correct.
14      EXECUTED this 12th day of February,
15 2012, at Los Angeles (City), California (State).
16
17
18
19 _____
   BETSY ZEDEK, ESQUIRE
20
21
22
23
24
25



220

```
 1          I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby certify:
 3          That the foregoing proceedings were taken
 4   before me at the time and place herein set forth; that
 5   any witnesses in the foregoing proceedings, prior to
 6   testifying, were duly sworn; that a record of the
 7   proceedings was made by me using machine shorthand
 8   which was thereafter transcribed under my direction;
 9   that the foregoing transcript is a true record of the
10   testimony given.
11          Further, that if the foregoing pertains to
12   the original transcript of a deposition in a Federal
13   Case, before completion of the proceedings, review of
14   the transcript [ ] was [ ] was not requested
15          I further certify I am neither financially
16   interested in the action nor a relative or employee
17   of any attorney or any party to this action.
18          IN WITNESS WHEREOF, I have this date subscribed
19   my name.
20
21   Dated: 12/22/2011
22
23                              _____
                                CHERYL R. KAMALSKI
24                              CSR No. 7113
25
```

Page 222