# EXHIBIT D

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    Plaintiffs,

    vs.

CASE NO.
11-20427-WILLIAMS-TURNOFF

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

    Defendants.

AND RELATED CROSS-ACTION.

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF MICHAEL BENTKOVER

Los Angeles, California

Tuesday, December 13, 2011

Reported by:
LORI SCINTA, RPR
CSR No. 4811

Job No. 177476A


877.955.3855

```
 1                  UNITED STATES DISTRICT COURT

 2                  SOUTHERN DISTRICT OF FLORIDA

 3

 4    DISNEY ENTERPRISES, INC.,
      TWENTIETH CENTURY FOX FILM
 5    CORPORATION, UNIVERSAL CITY
      STUDIOS PRODUCTIONS LLLP,
 6    COLUMBIA PICTURES INDUSTRIES,
      INC., and WARNER BROS.
 7    ENTERTAINMENT INC.,

 8          Plaintiffs,
                                      CASE NO.
 9       vs.                          11-20427-WILLIAMS-TURNOFF

10    HOTFILE CORP., ANTON TITOV,
      and DOES 1-10,
11
            Defendants.
12    _____
      AND RELATED CROSS-ACTION.
13    _____

14

15      HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

16            Videotaped deposition of MICHAEL BENTKOVER,

17    taken on behalf of Defendants and Counterclaimant

18    at 633 West Fifth Street, Suite 3600, Los Angeles,

19    California, beginning at 9:38 A.M. and ending at

20    12:17 P.M. on Tuesday, December 13, 2011, before

21    LORI SCINTA, RPR, Certified Shorthand Reporter No.

22    4811.

23

24

25
```



```
10:54   1    BY MR. ENGSTROM:
10:54   2         Q    Were you involved at this time -- so this is
10:54   3    the -- the email is July 1st, 2011 -- were you involved
10:54   4    in searching for possible infringing material --
10:54   5    material that infringes Warner's copyrights on Hotfile?
10:54   6              MR. FABRIZIO:  Objection.  Vague.
10:54   7              THE WITNESS:  In July 2011?  Yes.
10:54   8    BY MR. ENGSTROM:
10:54   9         Q    What did you do with respect to searching for
10:54  10    possibly infringing material on Hotfile?
10:55  11         A    I didn't do anything with it.  I would work
10:55  12    with vendors who would find our content.
10:55  13         Q    With all -- what vendors would you work with?
10:55  14         A    OpSec.
10:55  15         Q    Is that it?
10:55  16         A    That's it.
10:55  17         Q    Okay.  Were these vendors running Kapow, to
10:55  18    your knowledge?
10:55  19              MR. FABRIZIO:  Objection.  Misstates the
10:55  20    witness's testimony.  He said only one vendor.
10:55  21              THE WITNESS:  I don't understand the question.
10:55  22    BY MR. ENGSTROM:
10:55  23         Q    Okay.  Let's backtrack.
10:55  24              Was OpSec the only entity that was searching
10:55  25    for Warner-infringing material on -- or material that
```



MICHAEL BENTKOVER  12/13/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 10:55 | 1 | was infringing Warner's copyrights on Hotfile? |
| 10:55 | 2 | MR. FABRIZIO: Objection. Calls for |
| 10:55 | 3 | speculation, lacks foundation. |
| 10:55 | 4 | THE WITNESS: OpSec was the only vendor that we |
| 10:55 | 5 | hired to look for our content. |
| 10:55 | 6 | BY MR. ENGSTROM: |
| 10:55 | 7 | Q   To your knowledge, were people within Warner |
| 10:55 | 8 | looking for Warner content on Hotfile? |
| 10:56 | 9 | MR. FABRIZIO: Objection. Vague. |
| 10:56 | 10 | THE WITNESS: Yes. |
| 10:56 | 11 | BY MR. ENGSTROM: |
| 10:56 | 12 | Q   Who within Warner, to your knowledge, was |
| 10:56 | 13 | looking for Warner content on Hotfile? |
| 10:56 | 14 | MR. FABRIZIO: Objection. Vague as to time. |
| 10:56 | 15 | THE WITNESS: Bret Boivin. |
| 10:56 | 16 | MR. FABRIZIO: Are we still in the July 2011 |
| 10:56 | 17 | timeframe? |
| 10:56 | 18 | MR. ENGSTROM: Yes. |
| 10:56 | 19 | Q   Is that it? Only Bret Boivin? |
| 10:56 | 20 | A   Yes. He runs the Kapow system. |
| 10:56 | 21 | Q   Okay. And do you know what he does with the |
| 10:56 | 22 | Kapow system -- |
| 10:56 | 23 | MR. FABRIZIO: Objection -- |
| 10:56 | 24 | BY MR. ENGSTROM: |
| 10:56 | 25 | Q   -- with respect to finding material on Hotfile |


Sarnoff
877.955.3855

77

MICHAEL BENTKOVER  12/13/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1
 2            I, the undersigned, a Certified Shorthand
 3    Reporter of the State of California, do hereby certify:
 4            That the foregoing proceedings were taken
 5    before me at the time and place herein set forth; that
 6    any witnesses in the foregoing proceedings, prior to
 7    testifying, were duly sworn; that a record of the
 8    proceedings was made by me using machine shorthand
 9    which was thereafter transcribed under my direction;
10    that the foregoing transcript is a true record of the
11    testimony given.
12            Further, that if the foregoing pertains to
13    the original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review of
15    the transcript [ x ] was [ ] was not requested.
16            I further certify I am neither financially
17    interested in the action nor a relative or employee
18    of any attorney or party to this action.
19            IN WITNESS WHEREOF, I have this date
20    subscribed my name.
21
22    Dated: 12-15-11
23
24                        _____
                          LORI SCINTA, RPR
25                        CSR No. 4811
```

