# EXHIBIT E

HIGHLY CONFIDENTIAL

Page 1

1                UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
2            CASE NO. 11-20427-WILLIAMS/TURNOFF
3
    DISNEY ENTERPRISES, INC.,            )
4   TWENTIETH CENTURY FOX FILM           )
    CORPORATION, UNIVERSAL CITY          )
5   STUDIOS PRODUCTIONS LLLP,            )
    COLUMBIA PICTURES INDUSTRIES         )
6   INC., and WARNER BROS.               )
    ENTERTAINMENT INC.,                  )
7                                        )
                  Plaintiffs,            )
8                                        )
       -vs-                              )
9                                        )
    HOTFILE CORP., ANTON TITOV,          )
10  and DOES 1-10,                       )
                                         )
11                Defendants.            )
    ─────────────────────────────       )
12                                       )
    HOTFILE CORP.,                       )
13                                       )
                  Counterclaimant,       )
14                                       )
       -vs-                              )
15                                       )
    WARNER BROS. ENTERTAINMENT, INC.,    )
16                                       )
                  Counterdefendant.      )
17                                       )
18        VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
19                          OF
20                    ATANAS VANGELOV
21                   HIGHLY CONFIDENTIAL
22            on Wednesday, December 7, 2011
                 commencing at 9:10 a.m.
23  Reported by:
                     Taken at the offices of
24  Thelma Harrie       RADDISON BLU HOTEL
                       SOFIA, BULGARIA
25  Job# 43403

HIGHLY CONFIDENTIAL

Page 2

1                    A P P E A R A N C E S

2    On behalf of the Plaintiffs
         JENNER & BLOCK LLP
3        1099 New York Avenue, NW
         Washington, DC 20001
4              BY:  LUKE PLATZER, ESQ.

5

6

7    On behalf of the Defendant HOTFILE CORP.
         FARELLA BRAUN & MARTEL LLP
8        Russ Building
         235 Montgomery Street
9        San Francisco, CA 94104
               BY:  ANDREW LEIBNITZ, ESQ.

10

11

12   In attendance:

13   INTERPRETER:
         GEORGE M. MATVEEV
14       GO Ltd.
         15, Krusheva Gradina Str.
15       Sofia 1415
         Bulgaria
16       Tel. +359 888 13 50 62

17   VIDEOGRAPHER:
         SIMON ADDINSELL
18       TSG Court Reporting

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 55

1    discussion, but I may have mentioned to him.

2         Q     The English translation here says

3    "touchy about where your name is messed".  If you

4    look at the Bulgarian -- is there a better word

5    that could have been used in the translation there?

6         A     That was my point.

7         Q     Do you know what the sentiment was

8    that was trying to be conveyed?  That there's

9    a more accurate way that you would translate it?

10        A     I would not -- I would not try to

11   translate, but I can tell you that some words in

12   the different languages has different meaning and

13   different sense of meaning.  So "messed" may be too

14   hard to describe what I meant in Bulgarian.

15        Q     Would "mentioned" be an adequate

16   translation, in your mind?

17              MR LEIBNITZ:  Again, Mr Vangelov is

18   not a translator.

19              THE WITNESS:  I  can't -- I can't say

20   for sure.

21              MR PLATZER:  You can put that exhibit

22   away.  We're done with it.

23              Now I'm marking two additional

24   exhibits.  We're now at 5 and 6?

25

HIGHLY CONFIDENTIAL

Page 56

1                  (Exhibits 5 and 6

2                  marked for identification)

3      BY MR PLATZER:

4            Q     Mr Vangelov, you've been handed what

5      are Exhibits 5 and 6, which are a Bulgarian

6      original and a certified English translation of

7      a document bearing the Bates number HF0283457.

8                  MR LEIBNITZ:  Six is the Bulgarian,

9      is that correct, counsel?

10                 MR PLATZER:  I don't have them in

11     front of me.  You do.

12                 MR LEIBNITZ:  For the record,

13     Exhibit 6 appears to be the Bulgarian and Exhibit 5

14     the English translation.

15                 MR PLATZER:  Sorry.

16     BY MR PLATZER:

17           Q     Now, are Exhibits 5 and 6 an e-mail

18     that you sent to Anton Titov on January 28th, 2010?

19                 MR LEIBNITZ:  Well, for clarity, it

20     would not be Exhibit 5 but...

21                 THE WITNESS:  Exhibit 6.

22     BY MR PLATZER:

23           Q     Yes, yes, and 5 is a translation.

24           A     Yes.

25           Q     Okay, so it -- it is an e-mail that

HIGHLY CONFIDENTIAL

Page 57

1    you sent to Mr Titov?

2            A     Yes.

3            Q     At the time this e-mail was sent, in

4    January of 2010, was Hotfile being sued by

5    a company called Liberty Media Holdings?

6            A     I cannot be sure that -- about this

7    fact because I'm not sure about the exact time, but

8    there were legal proceedings against Hotfile from

9    Liberty Media Holdings, so it could refer exactly

10   to this.

11           Q     Okay.  And at some point had

12   Hotfile's lawyers put your name on a letter in

13   those legal proceedings?

14                 MR LEIBNITZ:  Objection.  Lacks

15   foundation.

16                 THE WITNESS:  This could be -- from

17   what I'm reading, this could be the situation.

18   BY MR PLATZER:

19           Q     Do you have any reason to believe

20   that that didn't happen?

21           A     No, I don't.

22           Q     And insofar as you recall, I mean,

23   did you ask Hotfile's lawyers to take your name off

24   of a letter?

25           A     I think that it was an internal

HIGHLY CONFIDENTIAL

Page 58

1    letter sent to us for review.  And from what I read

2    here, yes, I probably did ask.

3            Q      Okay, so there was a draft of a

4    letter that was going to be sent to Liberty Media

5    Holdings, and your lawyers had put your name on the

6    draft and you asked for it to be taken off?

7                  MR LEIBNITZ:  Objection to the extent

8    that it misstates the testimony, if it does.

9                  THE WITNESS:  I'm not sure that what

10   was the intent of this letter;  if it was going to

11   be sent to Liberty Media Holding or to anybody

12   else.  I don't recall the exact letter.

13   BY MR PLATZER:

14           Q      Okay.  So, leaving aside who the

15   letter was going to be sent to, do you have any

16   reason to doubt that you, at some point, asked

17   Hotfile's lawyers to take your name off of a letter

18   that was being sent out on Hotfile's behalf?

19           A      Could you please repeat?  I got the

20   question, but I'm not sure if you --

21           Q      It was a complicated question.

22           A      Yes.

23           Q      I'll -- I'll rephrase it.

24                  You had said that you weren't sure

25   who the letter was being sent to, but, if we take

HIGHLY CONFIDENTIAL

Page 59

1   that to the side, do you remember at some point

2   your lawyers sending you a draft of a letter that

3   was going to be sent on behalf of Hotfile, that had

4   your name on it, and asking your lawyers to take

5   your name off it?

6         A    Yes, this could be the -- this could

7   be the purpose of this e-mail.

8         Q    And was the reason for that that you

9   didn't want your name to be associated with

10  Hotfile?

11              MR LEIBNITZ:  Objection to the extent

12  it misstates prior testimony.

13              MR PLATZER:  It's not a

14  characterization of his past testimony.  It's a new

15  question.

16              THE WITNESS:  Yes, that was the

17  reason.

18  BY MR PLATZER:

19        Q    Sir, did you say there was a reason

20  or that was the reason?

21        A    I said it probably -- there was

22  probably a reason, if I have to rephrase.

23        Q    Do you know what the reason was?

24        A    Yes, I do.

25        Q    What was it?

HIGHLY CONFIDENTIAL

Page 60

1          A      I was concerned about my privacy.

2                 And I'll go a  little bit further;

3     that I was concerned that there was a lot of press

4     about this case in the interim, and I was concerned

5     that, if my name appear on this, this could lead

6     to -- this could, not directly but indirectly,

7     endanger me and my family.  And that was the main

8     reason for my -- for the -- my asking to keep the

9     privacy of my name.

10         Q      But this wasn't the first time that

11    you had asked for your name not to be used in

12    connection with Hotfile, right?

13         A      I don't know.

14         Q      You don't remember whether you had

15    previously asked for your name not to be used in

16    connection with Hotfile even before this lawsuit?

17                MR LEIBNITZ:  Objection.  Asked and

18    answered.

19                THE WITNESS:  I don't recall any

20    specific time that I did that.

21                MR PLATZER:  You can put that

22    document aside.

23                (Discussion off the record)

24

25

HIGHLY CONFIDENTIAL

Page 166

```
1      VIDEOGRAPHER:  This is the end of

2        tape 3 in volume 1 of the deposition of Antanas

3        Vangelov.  We're going off the record at 3:44.

4

5

6

7

8      (Deposition concluded at 3:44 p.m.)

9

10

11

12      _____

13       ATANAS VANGELOV

14

15

16

17

18

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL

Page 167

1                        CERTIFICATE

2       I, THELMA HARRIES, MBIVR, ACR, do hereby

3    certify:

4       That ATANAS VANGELOV, the witness whose

5    examination is hereinbefore set forth, was duly

6    sworn by me and the within transcript is a true

7    record of the testimony given by such witness.

8       I further certify that I am not related to any

9    of the parties of this action nor in any way

10   interested in the outcome of this matter.

11

12

     _____

13   THELMA HARRIES, MBIVR, ACR

     Certified Court Reporter

14

15

16   Subscribed and sworn to

17   before me this 19th day

18   of December, 2011.

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 168

ACKNOWLEDGEMENT

1

2   The witness and the within and foregoing deposition of the aforementioned witness was taken before THELMA HARRIES, MBIVR, ACR, at the place,

3   date and time aforementioned.

4   There were present during the taking of the deposition the previously named counsel.  The said

5   witness was first duly sworn and was then examined upon oral interrogatories; the questions and

6   answers were taken down in shorthand by the undersigned, acting as stenographer; and the within

7   and foregoing is a true, accurate and complete record of all of the questions asked of and answers

8   made by the aforementioned witness at the time and place hereinabove referred to.

9

10   The signature of the witness was not waived, and the deposition was submitted and the undersigned is not interested in the within case, nor of kin or

11   counsel to any of the parties.

12

13

14

15

16

17   _____

THELMA HARRIES, MBIVR, ACR

18

19   Subscribed and sworn to
before me this 19th day

20   of December, 2011.

21

22

23

24

25