# EXHIBIT F

| | |
|---|---|
| From: | Anton Titov [anton@titov.net] |
| Sent: | Thursday, September 16, 2010 8:37 PM |
| To: | Nasko |
| Cc: | Rumen Stoyanov |
| Subject: | Re: Documents for signing |

Ok, I will talk to Bobby today regarding this issue.

I only want to say that at first I tried to represent us as "authorized representative" and only when ideas started to come up that Panamanian directors may sign (because they needed officers), only then was I inclined to use positions—I didn't like the idea of Panamanians knowing our bank, nor of signing anything.

Anton

2010/9/16 Nasko <nasko369@gmail.com>:
> Let's press them to make it with POA and not with positions.
> I don't like the idea of assigning positions.
>
> Nasko
>
> On 9/16/10, Anton Titov <anton@titov.net> wrote:
>> When I called Booby/Ron, I assigned everyone as "authorized
>> representative" they didn't like it.
>>
>> Anton
>>
>> 2010/9/16 Nasko <nasko369@gmail.com>:
>>> Hello,
>>>
>>> I don't think we should sign this document as CEO or any other position in the company.
>>> Before the bank, we are only authorized as shareholders by the company's manager to sign documents
>>> on behalf of the company, otherwise we break the law in Bulgaria and we should not neglect this.
>>> I think we should make the assistant put Authorized under power of attorney,
>>> instead of positions.
>>>
>>> P.S. I'm not that keen on signing at all. If however something must be signed, I can make my
>>> lawyer do it for me.
>>>
>>> Regards,
>>> Nasko
>>>
>>> 2010/9/16 Anton Titov <anton@titov.net>:
>>>> Hello,
>>>>
>>>> there's only one document that needs to be signed by all of us. I filled it in, please sign it, scan it and
>>>> return it to me. I filled it in with help the from Bobby's assistant, it was his idea to make up positions >>>> for us. I made myself CEO only to make them calm, because I sign a lot of documents alone. If
>>>> someone is not content with his position, please refill the document again ;)

1

CONFIDENTIAL

HF02855193

HF02855193

```
>>>>
>>>> Nasko, you need to sign at one place only.
>>>> Rumen, you have two places to sign.
>>>>
>>>> Send me only the pages with your signatures, tomorrow if possible.
>>>>
>>>> --
>>>> Regards,
>>>> Anton Titov
>>>>
>>>
>>
>>
>>
>> --
>> Regards,
>> Anton Titov
>>
>
```

--
Regards,
Anton Titov

.

CONFIDENTIAL                                          HF02855194

HF02855193



**TRANSPERFECT**

AFFIDAVIT OF ACCURACY

AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOGOTA
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
CLEVELAND
COLUMBUS
DALLAS
DENVER
DUBAI
DUBLIN
DUSSELDORF
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
LYON
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SEOUL
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TEL AVIV
TOKYO
TORONTO
VANCOUVER
WASHINGTON DC
ZURICH

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02855193] from Bulgarian into English.

Ann Marie Hovey
TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

Signature, Notary Public

SARAH E MULLEN
Notary Public - State of New York
No. 01MU6245919
Qualified in New York County
Commission Expires Aug 08, 2015

Stamp, Notary Public

New York, NY

THREE PARK AVENUE, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

| | |
|---|---|
| **From:** | Anton Titov [anton@titov.net] |
| **Sent:** | Thursday, September 16, 2010 8:37 PM |
| **To:** | Nasko |
| **Cc:** | Rumen Stoyanov |
| **Subject:** | Re: Dokument za podpis |

OK, dnes shte si govorja s Bobby po tozi vypros.

Samo da kazha, che se opitah pyrvo da ni predstavja kato "authorized representative" i chak kogato pochnaha da im se pojavjavat idei panamskite direktori togava da podpisvat (shtoto officeri im trjabvali) sklonih da se pishem s dlyzhnosti - ne mi haresa ideja panamcite izobshto da znajat v koja banka sme, kamo li da podpisvat neshto.

Anton

2010/9/16 Nasko <nasko369@gmail.com>:
> Da gi natisneme da go napraviat s POA, a ne s dlajnosti.
> Ne mi haresva ideiata da si pisheme dlajnosti.
>
> Nasko
>
> On 9/16/10, Anton Titov <anton@titov.net> wrote:
>> Kogato zvynnah na Booby/Ron, bjah popylnil vsichki kato "autorized
>> representative", ne im haresa.
>>
>> Anton
>>
>> 2010/9/16 Nasko <nasko369@gmail.com>:
>>> Zdraveite,
>>>
>>> Az sam na mnenie, che ne triabva da podpisvame tozi document kato
>>> CEO ili na kakvato i da e dlajnost vav firmata.
>>> Nie pred bank-ata same samo upalnomoshteni kato shareholders ot
>>> upravitelia na firmata da podpisvame ot imeto na firmata, inache
>>> narushavame zakona v Bulgaria i ne triabva da si pravime shega s tova.
>>> Spored men da nakarame asistenta, vmesto dlajnosti da sloji
>>> Authorized under power of attorney.
>>>
>>> PS Az daje poprincip ne darja da podpisvam izobshto. Ako triabva vse
>>> pak da se podpisva neshto moje da sloja moia advokat da podpisva ot
>>> moe ime.
>>>
>>> Pozdravi,
>>> Nasko
>>>
>>> 2010/9/16 Anton Titov <anton@titov.net>:
>>>> Здравейте,
>>>>
>>>> Има само един документ, който трябва да бъде подписан от всички, аз
>>>> съм го попълнил, разпишете го, сканирайте и ми го върнете. Попълних
>>>> го с помощта на асистента на Боби, негова беше идеята да си
>>>> измислим длъжности. Писах се CEO, само за да са по-спокойни, че аз
>>>> разписвам сумати документи сам. Ако някой не си харесва длъжността,
>>>> да попълни документа наново ;)

1

CONFIDENTIAL

HF02855193

```
>>>>
>>>> Наско, имаш да се подпишеш на едно място само.
>>>> Румене, ти имаш на две места да се разпишеш.
>>>>
>>>> Пратете ми само страниците с подписите, по възможност утре.
>>>>
>>>> --
>>>> Regards,
>>>> Anton Titov
>>>>
>>>
>>
>>
>>
>> --
>> Regards,
>> Anton Titov
>>
>


--
Regards,
Anton Titov
```

2

CONFIDENTIAL

HF02855194



**TRANSPERFECT TRANSLATIONS**

## LINGUIST PROFILE

| Linguist ID: | PHON0001 |
|---|---|
| **Language specializations:** | |
| *-Pairs* | *Bulgarian into English* |
| *-Field* | Legal |
| **Formal Education:** | *2004*<br>**Veliko Tarnovo University**, Bulgaria<br>*M.A., English Philology*<br><br>*2004*<br>**Veliko Tarnovo University**, Bulgaria<br>*B.A., Russian Philology* |
| **Work/Linguistic Experience:** | |
| *-Details and Description* | *1998-Present*<br>**VARIOUS CLIENTS,** Global<br>*Freelance Translator*<br>Numerous translations done in various fields including, but not limited to:<br>• European Legislation<br>• Legal Contracts<br>• Law Terminology<br>• Legal Patents<br>• Certificates<br>• Business Correspondence<br>• Education<br>• Grant Papers<br>• Economics<br>• Human Resources Development |
| **Technical Tools/Skills:** | Wordfast Classic, SDLX, Trados |

PHON0001

The information provided herein is intended for the sole purpose of providing relevant information as to the background of one specific linguist. The content of the linguist profile may result from direct or indirect engagements, may be current or historical, and the work described may or may not have been performed on behalf of TransPerfect Translations.