# EXHIBIT G

| | |
|---|---|
| **From:** | Anton Titov [anton@titov.net] |
| **Sent:** | Thursday, September 16, 2010 12:52 AM |
| **To:** | Rumen Stoyanov; Nasko |
| **Subject:** | Documents for signing |
| **Attachments:** | Hotfile Account Authorization-filled.pdf |

Hello,

There's only one document that needs to be signed by all of us. I have filled it in, please sign it, scan it and return it to me. I filled it in with help of the Bobby's assistant, it was his idea to think of positions for us. I signed on behalf of the CEO only to make them calm, because I sign a lot of documents alone. If someone is not satisfied with his position, please refill the document again ;)

Nasko, you need to sign at one place only.
Rumen, you have two places to sign.

Send me only the pages with your signatures, tomorrow if possible.

--
Regards,
Anton Titov

1

CONFIDENTIAL                                                                                     HF02855182

HF02855182



**TRANSPERFECT**

AFFIDAVIT OF ACCURACY

AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOGOTÁ
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
CLEVELAND
COLUMBUS
DALLAS
DENVER
DUBAI
DUBLIN
DUSSELDORF
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
LYON
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SEOUL
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TEL AVIV
TOKYO
TORONTO
VANCOUVER
WASHINGTON DC
ZURICH

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02855182] from Bulgarian into English.

Ann Marie Hovey
TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

Signature, Notary Public

SARAH E MULLEN
Notary Public - State of New York
No. 01MU6245919
Qualified in New York County
Commission Expires Aug 08, 2015

Stamp, Notary Public
New York, NY

THREE PARK AVENUE, NEW YORK, NY 10016 T 212.689.5555 F 212.689.1059 WWW.TRANSPERFECT.COM

| | |
|---|---|
| From: | Anton Titov [anton@titov.net] |
| Sent: | Thursday, September 16, 2010 12:52 AM |
| To: | Rumen Stoyanov; Nasko |
| Subject: | Dokument za podpis |
| Attachments: | Hotfile Account Authorization-filled.pdf |

Здравейте,

Има само един документ, който трябва да бъде подписан от всички, аз съм го попълнил, разпишете го, сканирайте и ми го върнете. Попълних го с помощта на асистента на Боби, негова беше идеята да си измислим длъжности. Писах се CEO, само за да са по-спокойни, че аз разписвам сумати документи сам. Ако някой не си харесва длъжността, да попълни документа наново ;)

Наско, имаш да се подпишеш на едно място само.
Румене, ти имаш на две места да се разпишеш.

Пратете ми само страниците с подписите, по възможност утре.

--
Regards,
Anton Titov

1

CONFIDENTIAL                                                                                          HF02855182



# TRANSPERFECT TRANSLATIONS

## LINGUIST PROFILE

| Linguist ID: | PHON0001 |
|---|---|
| **Language specializations:** | |
| *-Pairs* | *Bulgarian into English* |
| *-Field* | **Legal** |
| **Formal Education:** | *2004*<br>**Veliko Tarnovo University**, Bulgaria<br>*M.A., English Philology*<br><br>*2004*<br>**Veliko Tarnovo University**, Bulgaria<br>*B.A., Russian Philology* |
| **Work/Linguistic Experience:** | |
| *-Details and Description* | *1998-Present*<br>**VARIOUS CLIENTS,** Global<br>*Freelance Translator*<br>Numerous translations done in various fields including, but not limited to:<br>- European Legislation<br>- Legal Contracts<br>- Law Terminology<br>- Legal Patents<br>- Certificates<br>- Business Correspondence<br>- Education<br>- Grant Papers<br>- Economics<br>- Human Resources Development |
| **Technical Tools/Skills:** | Wordfast Classic, SDLX, Trados |

PHON0001                                                                                       p. 1 of 1

The information provided herein is intended for the sole purpose of providing relevant information as to the background of one specific linguist. The content of the linguist profile may result from direct or indirect engagements, may be current or historical, and the work described may or may not have been performed on behalf of TransPerfect Translations.