# EXHIBIT H

| | |
|---|---|
| From: | Nasko [nasko369@gmail.com] |
| Sent: | Thursday, January 28, 2010 1:48 AM |
| To: | Anton Titov |
| Subject: | Re: Question |

I'm worried that if the new lawyers start writing something to LMH, they may mention my name.
For the time being, they don't need to know all of us.

Nasko

On Thu, Jan 28, 2010 at 1:47 AM, Anton Titov <anton@titov.net> wrote:
>I don't mind.
>
> On Thursday, January 28, 2010, Nasko <nasko369@gmail.com> wrote:
>>Virus,

>>I can see the new lawyers have put in the letter my name as well.
>>I will tell them to remove it. One way or another, your name is there and you are the one to sign things.
>>Do you mind that?

>>Nasko
>>
>
> --
> Regards,
> Anton Titov
>

1

CONFIDENTIAL

HF02834547



HF02834547


# TRANSPERFECT

AFFIDAVIT OF ACCURACY

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02834547] from Bulgarian into English.

*[signature]*

TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

*[signature]*
Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4

Stamp, Notary Public
New York, NY

| | |
|---|---|
| From: | Nasko [nasko369@gmail.com] |
| Sent: | Thursday, January 28, 2010 1:48 AM |
| To: | Anton Titov |
| Subject: | Re: Vapros |

Az se pritesniavam novite advokati ako tragnat da pishat neshto na LMH da ne pochnat da me spomenavat.
Niama nujda da ni znaiat vsichkite zasega.

Nasko

On Thu, Jan 28, 2010 at 1:47 AM, Anton Titov <anton@titov.net> wrote:
> Nishto protiv.
>
> On Thursday, January 28, 2010, Nasko <nasko369@gmail.com> wrote:
>> Virus,
>>
>> Az gledam, che tezi novite advokati sa slojili i moito ime v pismoto.
>> Shte im kaza da ga mahnat. Taka ili inache tvoito ime go ima i ti podpishvash.
>> Imash li neshto naprotiv?
>>
>> Nasko
>>
>
> --
> Regards,
> Anton Titov
>

1



CONFIDENTIAL

HF02834547



**TRANSPERFECT TRANSLATIONS**

## LINGUIST PROFILE

| Linguist ID: | PHON0001 |
|---|---|
| **Language specializations:** | |
| *-Pairs* | *Bulgarian into English* |
| *-Field* | **Legal** |
| **Formal Education:** | *2004*<br>**Veliko Tarnovo University**, Bulgaria<br>*M.A., English Philology*<br><br>*2004*<br>**Veliko Tarnovo University**, Bulgaria<br>*B.A., Russian Philology* |
| **Work/Linguistic Experience:** | |
| *-Details and Description* | 1998-Present<br>**VARIOUS CLIENTS,** Global<br>*Freelance Translator*<br>Numerous translations done in various fields including, but not limited to:<br>• European Legislation<br>• Legal Contracts<br>• Law Terminology<br>• Legal Patents<br>• Certificates<br>• Business Correspondence<br>• Education<br>• Grant Papers<br>• Economics<br>• Human Resources Development |
| **Technical Tools/Skills:** | Wordfast Classic, SDLX, Trados |

The information provided herein is intended for the sole purpose of providing relevant information as to the background of one specific linguist. The content of the linguist profile may result from direct or indirect engagements, may be current or historical, and the work described may or may not have been performed on behalf of TransPerfect Translations.