# EXHIBIT I

| | |
|---|---|
| From: | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| Sent: | Tuesday, October 26, 2010 1:31 PM |
| To: | abuse@hotfile.com |
| Cc: | Internet.Enforcement@disney.com |
| Subject: | Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 5428] (TMS) |
| Importance: | High |

Tuesday, October 26, 2010

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:5428 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Sorcerer's Apprentice, The(Archive), Lost 5, Prince of Persia*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/55535677/ec8634c/The.Sorc.app.ryesooyoung.part1.rar.html
*  To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:51:42 PM)

http://hotfile.com/dl/55540461/f85294a/The.Sorc.app.ryesooyoung.part2.rar.html
*  To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:51:48 PM)

http://hotfile.com/dl/55541632/f4f10f3/The.Sorc.app.ryesooyoung.part3.rar.html
*  To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:51:54 PM)

http://hotfile.com/dl/55539961/ee0b1ea/The.Sorc.app.ryesooyoung.part4.rar.html
*  To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:52:00 PM)

1

http://hotfile.com/dl/55500913/4c07b51/www.clubwarez.ws.by.BKZ_epid-tsa.cam.avi.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:52:54 PM)

http://hotfile.com/dl/55562740/14d86ac/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:52:58 PM)

http://hotfile.com/dl/55562779/42e081a/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:53:03 PM)

http://hotfile.com/dl/55562798/3598610/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:53:07 PM)

http://hotfile.com/dl/55562822/e92aff9/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:53:11 PM)

http://hotfile.com/dl/55545383/b403d0b/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:54:07 PM)

http://hotfile.com/dl/55545419/224435d/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:54:11 PM)

http://hotfile.com/dl/55545581/0b6598d/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:54:17 PM)

http://hotfile.com/dl/55545570/241475b/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:54:23 PM)

http://hotfile.com/dl/55566842/a91ff69/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:56:57 PM)

http://hotfile.com/dl/55566857/457d8d6/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:57:03 PM)

http://hotfile.com/dl/55566865/bbdeb2e/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:57:07 PM)

http://hotfile.com/dl/55566890/30eb0cd/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/18/2010 7:57:13 PM)

http://hotfile.com/dl/55756890/c5cc368/TSA.TS-IMAGiNE.part1.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:41:58 AM)

CONFIDENTIAL                                                                                               HF00666800

http://hotfile.com/dl/55757276/f17c6e0/TSA.TS-IMAGiNE.part3.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:41:59 AM)

http://hotfile.com/dl/55757063/20a6611/TSA.TS-IMAGiNE.part2.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:00 AM)

http://hotfile.com/dl/55757557/d0859b5/TSA.TS-IMAGiNE.part4.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:01 AM)

http://hotfile.com/dl/55757828/4bc26e7/TSA.TS-IMAGiNE.part5.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:02 AM)

http://hotfile.com/dl/55758038/e924747/TSA.TS-IMAGiNE.part6.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:03 AM)

http://hotfile.com/dl/55758299/b2a9792/TSA.TS-IMAGiNE.part7.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:03 AM)

http://hotfile.com/dl/55758344/7b11751/TSA.TS-IMAGiNE.part8.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:06 AM)

http://hotfile.com/dl/55573205/fb049f4/U4enik_4arodeja.part1.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:06 AM)

http://hotfile.com/dl/55573210/03e780d/U4enik_4arodeja.part2.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:07 AM)

http://hotfile.com/dl/55573391/92c3ba2/U4enik_4arodeja.part4.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:08 AM)

http://hotfile.com/dl/55573379/4562180/U4enik_4arodeja.part3.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:08 AM)

http://hotfile.com/dl/3671152/92b5cb0/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part2.rar.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:56:01 PM)

http://hotfile.com/dl/3671097/bca2226/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part1.rar.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:56:07 PM)

http://hotfile.com/dl/3671087/8a571d4/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part3.rar.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:56:09 PM)

CONFIDENTIAL                                                                                                          HF00666801

http://hotfile.com/dl/3671159/9771d1b/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part4.rar.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:56:10 PM)

http://hotfile.com/dl/3671027/1200fbe/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part5.rar.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:56:11 PM)

http://hotfile.com/dl/3671046/98b3794/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part6.rar.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:56:14 PM)

http://hotfile.com/dl/3671296/cee7ed4/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part7.rar.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:56:24 PM)

http://hotfile.com/dl/5183726/405f601/Lost-5-13-DannyE.rar.html
* To date, a total of 3 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:56:24 PM)

http://hotfile.com/dl/96527/776a828/Lost.S05E11.PROPER.HDTV.XviD-FQM.part1.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:57:45 PM)

http://hotfile.com/dl/96529/1e145c9/Lost.S05E11.PROPER.HDTV.XviD-FQM.part2.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:57:45 PM)

http://hotfile.com/dl/96530/f4d817a/Lost.S05E11.PROPER.HDTV.XviD-FQM.part3.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:57:48 PM)

http://hotfile.com/dl/96532/76cfd90/Lost.S05E11.PROPER.HDTV.XviD-FQM.part4.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:57:53 PM)

http://hotfile.com/dl/2501084/ddd661d/lost.s05e16-e17.hdtv.xvid-fqm.part1.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:57:59 PM)

http://hotfile.com/dl/2501166/4c12367/lost.s05e16-e17.hdtv.xvid-fqm.part2.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:58:00 PM)

http://hotfile.com/dl/51439751/1e78cdb/POP.200.TSOT.2010.TS.XviD.part1.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:58:34 PM)

http://hotfile.com/dl/51439755/57b550a/POP.200.TSOT.2010.TS.XviD.part3.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:58:35 PM)

http://hotfile.com/dl/51439756/4fdf542/POP.200.TSOT.2010.TS.XviD.part4.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:58:36 PM)

CONFIDENTIAL                                                                                     HF00666802

http://hotfile.com/dl/51831343/6aed1cc/forums.duspot.com__POP.part2.rar.html
\* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:58:51 PM)

http://hotfile.com/dl/51831345/6fdba62/forums.duspot.com__POP.part3.rar.html
\* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:58:51 PM)

http://hotfile.com/dl/51831347/a513c55/forums.duspot.com__POP.part4.rar.html
\* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:58:52 PM)

http://hotfile.com/dl/51831351/20bf059/forums.duspot.com__POP.part5.rar.html
\* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:58:53 PM)

http://hotfile.com/dl/51831355/7ff83de/forums.duspot.com__POP.part6.rar.html
\* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:58:59 PM)

http://hotfile.com/dl/51831360/0414693/forums.duspot.com__POP.part7.rar.html
\* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:59:06 PM)

http://hotfile.com/dl/51831363/a420ae7/forums.duspot.com__POP.part8.rar.html
\* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/23/2010 11:59:09 PM)

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521


[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/55535677/ec8634c/The.Sorc.app.ryesooyoung.part1.rar.html
http://hotfile.com/dl/55540461/f85294a/The.Sorc.app.ryesooyoung.part2.rar.html
http://hotfile.com/dl/55541632/f4f10f3/The.Sorc.app.ryesooyoung.part3.rar.html
http://hotfile.com/dl/55539961/ee0b1ea/The.Sorc.app.ryesooyoung.part4.rar.html

CONFIDENTIAL                                                                                       HF00666803

http://hotfile.com/dl/55500913/4c07b51/www.clubwarez.ws.by.BKZ_epid-tsa.cam.avi.html
http://hotfile.com/dl/55562740/14d86ac/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
http://hotfile.com/dl/55562779/42e081a/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
http://hotfile.com/dl/55562798/3598610/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
http://hotfile.com/dl/55562822/e92aff9/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
http://hotfile.com/dl/55545383/b403d0b/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
http://hotfile.com/dl/55545419/224435d/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
http://hotfile.com/dl/55545581/0b6598d/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
http://hotfile.com/dl/55545570/241475b/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
http://hotfile.com/dl/55566842/a91ff69/SAPP_n4pst3r_www.MeWarez.org.part1.rar.html
http://hotfile.com/dl/55566857/457d8d6/SAPP_n4pst3r_www.MeWarez.org.part2.rar.html
http://hotfile.com/dl/55566865/bbdeb2e/SAPP_n4pst3r_www.MeWarez.org.part3.rar.html
http://hotfile.com/dl/55566890/30eb0cd/SAPP_n4pst3r_www.MeWarez.org.part4.rar.html
http://hotfile.com/dl/55756890/c5cc368/TSA.TS-IMAGiNE.part1.rar.html
http://hotfile.com/dl/55757276/f17c6e0/TSA.TS-IMAGiNE.part3.rar.html
http://hotfile.com/dl/55757063/20a6611/TSA.TS-IMAGiNE.part2.rar.html
http://hotfile.com/dl/55757557/d0859b5/TSA.TS-IMAGiNE.part4.rar.html
http://hotfile.com/dl/55757828/4bc26e7/TSA.TS-IMAGiNE.part5.rar.html
http://hotfile.com/dl/55758038/e924747/TSA.TS-IMAGiNE.part6.rar.html
http://hotfile.com/dl/55758299/b2a9792/TSA.TS-IMAGiNE.part7.rar.html
http://hotfile.com/dl/55758344/7b11751/TSA.TS-IMAGiNE.part8.rar.html
http://hotfile.com/dl/55573205/fb049f4/U4enik_4arodeja.part1.rar.html
http://hotfile.com/dl/55573210/03e780d/U4enik_4arodeja.part2.rar.html
http://hotfile.com/dl/55573391/92c3ba2/U4enik_4arodeja.part4.rar.html
http://hotfile.com/dl/55573379/4562180/U4enik_4arodeja.part3.rar.html
http://hotfile.com/dl/3671152/92b5cb0/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part2.rar.html
http://hotfile.com/dl/3671097/bca2226/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part1.rar.html
http://hotfile.com/dl/3671087/8a571d4/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part3.rar.html
http://hotfile.com/dl/3671159/9771d1b/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part4.rar.html
http://hotfile.com/dl/3671027/1200fbe/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part5.rar.html
http://hotfile.com/dl/3671046/98b3794/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part6.rar.html
http://hotfile.com/dl/3671296/cee7ed4/Lost.S05E16-E17.The.Incident.HDTV.XviD-FQM.part7.rar.html
http://hotfile.com/dl/5183726/405f601/Lost-5-13-DannyE.rar.html
http://hotfile.com/dl/96527/776a828/Lost.S05E11.PROPER.HDTV.XviD-FQM.part1.rar.html
http://hotfile.com/dl/96529/1e145c9/Lost.S05E11.PROPER.HDTV.XviD-FQM.part2.rar.html
http://hotfile.com/dl/96530/f4d817a/Lost.S05E11.PROPER.HDTV.XviD-FQM.part3.rar.html
http://hotfile.com/dl/96532/76cfd90/Lost.S05E11.PROPER.HDTV.XviD-FQM.part4.rar.html
http://hotfile.com/dl/2501084/ddd661d/lost.s05e16-e17.hdtv.xvid-fqm.part1.rar.html
http://hotfile.com/dl/2501166/4c12367/lost.s05e16-e17.hdtv.xvid-fqm.part2.rar.html
http://hotfile.com/dl/51439751/1e78cdb/POP.200.TSOT.2010.TS.XviD.part1.rar.html
http://hotfile.com/dl/51439755/57b550a/POP.200.TSOT.2010.TS.XviD.part3.rar.html
http://hotfile.com/dl/51439756/4fdf542/POP.200.TSOT.2010.TS.XviD.part4.rar.html
http://hotfile.com/dl/51831343/6aed1cc/forums.duspot.com__POP.part2.rar.html
http://hotfile.com/dl/51831345/6fdba62/forums.duspot.com__POP.part3.rar.html
http://hotfile.com/dl/51831347/a513c55/forums.duspot.com__POP.part4.rar.html
http://hotfile.com/dl/51831351/20bf059/forums.duspot.com__POP.part5.rar.html
http://hotfile.com/dl/51831355/7ff83de/forums.duspot.com__POP.part6.rar.html
http://hotfile.com/dl/51831360/0414693/forums.duspot.com__POP.part7.rar.html
http://hotfile.com/dl/51831363/a420ae7/forums.duspot.com__POP.part8.rar.html

--------------------

6

CONFIDENTIAL

HF00666804