# EXHIBIT L

| | |
|---|---|
| **From:** | Hotfile.com Abuse [abuse@hotfile.com] |
| **Sent:** | Tuesday, November 16, 2010 4:57 PM |
| **To:** | Internet.Enforcement@disney.com |
| **Subject:** | Re: Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 5722] (TMS) |

```
The following files were deleted:
http://hotfile.com/dl/46326581/eae37cc/140_GOn2010.part3.rar.html
http://hotfile.com/dl/46326578/e588051/140_GOn2010.part2.rar.html
http://hotfile.com/dl/46326576/c837144/140_GOn2010.part4.rar.html
http://hotfile.com/dl/46326572/d8ca7fd/140_GOn2010.part5.rar.html
http://hotfile.com/dl/8802781/e60fbcc/lost.515_kalos87_.part1.rar.html
http://hotfile.com/dl/8802796/39b17ec/lost.515_kalos87_.part3.rar.html
http://hotfile.com/dl/8802784/4e5b87f/lost.515_kalos87_.part2.rar.html
http://hotfile.com/dl/8802803/964db21/lost.515_kalos87_.part4.rar.html
http://hotfile.com/dl/3179861/d9f22bb/lost.s05e02.lektorPL.xvid.part1.rar.html
http://hotfile.com/dl/3181362/66aa9c6/lost.s05e02.lektorPL.xvid.part2.rar.html
http://hotfile.com/dl/3181526/3ad20f8/lost.s05e03.lektorPL.xvid.part1.rar.html
http://hotfile.com/dl/3181606/4530381/lost.s05e03.lektorPL.xvid.part2.rar.html
http://hotfile.com/dl/3183973/2db79b7/lost.s05e09.lektorPL.xvid.part1.rar.html
http://hotfile.com/dl/3184042/25ac7b2/lost.s05e09.lektorPL.xvid.part2.rar.html
http://hotfile.com/dl/3184268/246b74c/lost.s05e12.lektorPL.xvid.part1.rar.html
http://hotfile.com/dl/3184338/efb69cc/lost.s05e12.lektorPL.xvid.part2.rar.html
http://hotfile.com/dl/3184421/401c9ef/lost.s05e13.lektorPL.xvid.part1.rar.html
http://hotfile.com/dl/3184494/c4f12b6/lost.s05e13.lektorPL.xvid.part2.rar.html
http://hotfile.com/dl/3184576/75c8eda/lost.s05e14.lektorPL.xvid.part1.rar.html
http://hotfile.com/dl/3184644/78aaa9d/lost.s05e14.lektorPL.xvid.part2.rar.html
http://hotfile.com/dl/3184733/441c161/lost.s05e15.lektorPL.xvid.part1.rar.html
http://hotfile.com/dl/3184818/164dd53/lost.s05e15.lektorPL.xvid.part2.rar.html
http://hotfile.com/dl/5183536/3c85146/Lost-05-14-DannyE.rar.html
http://hotfile.com/dl/17010615/d0278c0/Zagubieni.Sezon5.Odcinek2.PL.XVID.part1.rar.html
http://hotfile.com/dl/17010870/4cc1d22/Zagubieni.Sezon5.Odcinek2.PL.XVID.part2.rar.html
http://hotfile.com/dl/17011263/54e58e3/Zagubieni.Sezon5.Odcinek3.PL.XVID.part1.rar.html
http://hotfile.com/dl/17011538/115dc88/Zagubieni.Sezon5.Odcinek3.PL.XVID.part2.rar.html
http://hotfile.com/dl/17014259/6adf8c0/Zagubieni.Sezon5.Odcinek9.PL.XVID.part1.rar.html
http://hotfile.com/dl/17014548/eac847b/Zagubieni.Sezon5.Odcinek9.PL.XVID.part2.rar.html
http://hotfile.com/dl/17065675/ed1ca42/Zagubieni.Sezon5.Odcinek12.PL.XVID.part1.rar.html
http://hotfile.com/dl/17066079/6eadf9e/Zagubieni.Sezon5.Odcinek12.PL.XVID.part2.rar.html
http://hotfile.com/dl/17066508/7b5a6ea/Zagubieni.Sezon5.Odcinek13.PL.XVID.part1.rar.html
http://hotfile.com/dl/17066946/cc6a9c1/Zagubieni.Sezon5.Odcinek13.PL.XVID.part2.rar.html
http://hotfile.com/dl/17067527/890392f/Zagubieni.Sezon5.Odcinek14.PL.XVID.part1.rar.html
http://hotfile.com/dl/17067880/452dd5a/Zagubieni.Sezon5.Odcinek14.PL.XVID.part2.rar.html
http://hotfile.com/dl/17069468/ec2d034/Zagubieni.Sezon5.Odcinek15.PL.XVID.part1.rar.html
http://hotfile.com/dl/17069029/6920f6a/Zagubieni.Sezon5.Odcinek15.PL.XVID.part1.rar.html
http://hotfile.com/dl/17070027/73c1b0a/Zagubieni.Sezon5.Odcinek16-17.PL.XVID.part1.rar.html
http://hotfile.com/dl/17071362/edddb7a/Zagubieni.Sezon5.Odcinek16-17.PL.XVID.part3.rar.html
http://hotfile.com/dl/17070697/c63a13c/Zagubieni.Sezon5.Odcinek16-17.PL.XVID.part2.rar.html
http://hotfile.com/dl/17071811/2cff7fa/Zagubieni.Sezon5.Odcinek16-17.PL.XVID.part4.rar.html
http://hotfile.com/dl/10846181/bf90aff/Zagubieni_S5E02_PL.avi.html
http://hotfile.com/dl/10852733/2d31a08/Zagubieni_S5E03_PL.avi.html
http://hotfile.com/dl/10877117/6423612/Zagubieni_S5E09_PL.avi.html
http://hotfile.com/dl/10883385/99a2467/Zagubieni_S5E10_PL.avi.html
http://hotfile.com/dl/10894192/3bcbe76/Zagubieni_S5E12_PL.avi.html
http://hotfile.com/dl/10907808/1494667/Zagubieni_S5E13_PL.avi.html
```

1

CONFIDENTIAL

HF00527084

```
http://hotfile.com/dl/10900239/6653b07/Zagubieni_S5E14_PL.avi.html
http://hotfile.com/dl/10914186/f6fea5b/Zagubieni_S5E15_PL.avi.html
http://hotfile.com/dl/10947545/eace59a/Zagubieni_S5E16E17_PL.part1.rar.html
http://hotfile.com/dl/10925566/79950e8/Zagubieni_S5E16E17_PL.part2.rar.html
http://hotfile.com/dl/1987562/9f7b801/P_5%C3%9702_sfrd_part1.rar.html
http://hotfile.com/dl/1984319/7c543eb/P_5%C3%9702_sfrd_part2.rar.html
http://hotfile.com/dl/1994523/f470d76/P_5%C3%9702_sfrd_part3.rar.html
http://hotfile.com/dl/1992030/67217c5/P_5%C3%9702_sfrd_part4.rar.html
http://hotfile.com/dl/52137147/2db97ae/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part09.rar.h
tml
http://hotfile.com/dl/52138712/13659f5/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part08.rar.h
tml
http://hotfile.com/dl/52137719/704ed6c/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part01.rar.h
tml
http://hotfile.com/dl/52138311/e2c03f6/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part05.rar.h
tml
http://hotfile.com/dl/52139164/0a69165/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part02.rar.h
tml
http://hotfile.com/dl/52139661/dc185c9/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part07.rar.h
tml
http://hotfile.com/dl/52140069/24d6bb2/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part03.rar.h
tml
http://hotfile.com/dl/52141435/21eb4f9/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part06.rar.h
tml
http://hotfile.com/dl/52147050/49d73ec/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part04.rar.h
tml
http://hotfile.com/dl/46952532/4a93f17/P.O.P.TS.2010.TRDublaj.part1.rar.html
http://hotfile.com/dl/46952534/0cf5983/P.O.P.TS.2010.TRDublaj.part2.rar.html
http://hotfile.com/dl/46952542/9a728e0/P.O.P.TS.2010.TRDublaj.part3.rar.html
http://hotfile.com/dl/46952548/0dcca7f/P.O.P.TS.2010.TRDublaj.part5.rar.html
http://hotfile.com/dl/46952544/6e1ae5d/P.O.P.TS.2010.TRDublaj.part4.rar.html
http://hotfile.com/dl/46952550/d3b261b/P.O.P.TS.2010.TRDublaj.part6.rar.html
http://hotfile.com/dl/46952554/ae37949/P.O.P.TS.2010.TRDublaj.part7.rar.html
http://hotfile.com/dl/46952556/119f643/P.O.P.TS.2010.TRDublaj.part8.rar.html
http://hotfile.com/dl/54375209/5781970/ppsot.2010.KiRa.part1.rar.html
http://hotfile.com/dl/54375232/fe04bb1/ppsot.2010.KiRa.part2.rar.html
http://hotfile.com/dl/54375247/1b3c7f9/ppsot.2010.KiRa.part3.rar.html
http://hotfile.com/dl/54375645/4f024bc/POP.Watain.part1.rar.html
http://hotfile.com/dl/54375739/7590519/POP.Watain.part3.rar.html
http://hotfile.com/dl/54375751/053e2f9/POP.Watain.part4.rar.html
http://hotfile.com/dl/54375815/bdd3bc9/POP.Watain.part7.rar.html
http://hotfile.com/dl/54375783/90c06de/POP.Watain.part5.rar.html
http://hotfile.com/dl/54375723/55ec8d1/POP.Watain.part2.rar.html
http://hotfile.com/dl/54375802/44399b3/POP.Watain.part6.rar.html
http://hotfile.com/dl/54375833/f63c2db/POP.Watain.part8.rar.html
http://hotfile.com/dl/55755893/5f069c0/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part2.rar.htm
l
http://hotfile.com/dl/55755786/2bd4a93/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part3.rar.htm
l
http://hotfile.com/dl/55756102/9ee22bf/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part1.rar.htm
l
http://hotfile.com/dl/55755792/7cba11f/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part4.rar.htm
l
http://hotfile.com/dl/55748149/bfb7db8/SorcererIMAGiNE.part1.rar.html
http://hotfile.com/dl/55748150/2c54e9a/SorcererIMAGiNE.part2.rar.html
http://hotfile.com/dl/55748549/7d0e861/SorcererIMAGiNE.part3.rar.html
http://hotfile.com/dl/55748712/2b32821/SorcererIMAGiNE.part5.rar.html
```

2

CONFIDENTIAL

HF00527085

```
http://hotfile.com/dl/55748559/80250b6/SorcererIMAGiNE.part4.rar.html
http://hotfile.com/dl/55777649/c8297e5/TSA.TS-IMAGiNE.part2.rar.html
http://hotfile.com/dl/55777903/3cf8084/TSA.TS-IMAGiNE.part5.rar.html
http://hotfile.com/dl/55777921/33ea9a9/TSA.TS-IMAGiNE.part6.rar.html
http://hotfile.com/dl/55777876/7956b49/TSA.TS-IMAGiNE.part4.rar.html
http://hotfile.com/dl/55777963/1eb3e0a/TSA.TS-IMAGiNE.part8.rar.html
http://hotfile.com/dl/55777945/328d09c/TSA.TS-IMAGiNE.part7.rar.html
http://hotfile.com/dl/55759788/ff4a572/The_Sorcerers_Apprentice_TS_XViD-KiNGDOM_
http://hotfile.com/dl/55759787/c6ea116/The_Sorcerers_Apprentice_TS_XViD-KiNGDOM_
http://hotfile.com/dl/55759786/641a238/The_Sorcerers_Apprentice_TS_XViD-KiNGDOM_
http://hotfile.com/dl/55769809/bac1f78/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part1.rar.htm
l
http://hotfile.com/dl/55769813/62c35b9/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part2.rar.htm
l
http://hotfile.com/dl/55769812/549e858/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part3.rar.htm
l
http://hotfile.com/dl/55769816/8e77a44/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part7.rar.htm
l
http://hotfile.com/dl/55769817/3ba7435/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part6.rar.htm
l
http://hotfile.com/dl/55769815/baecfea/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part8.rar.htm
l
http://hotfile.com/dl/55769814/900d2ea/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part4.rar.htm
l
http://hotfile.com/dl/55769811/b8e7d98/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part5.rar.htm
l
http://hotfile.com/dl/79018256/aeffab4/LOL.Gr3Y4N4.706.avi.html
http://hotfile.com/dl/79018566/9535d82/greys.anatomy.706.hdtv-lol.avi.rar.html
http://hotfile.com/dl/79079280/56b5df6/siva706.avi.html
http://hotfile.com/dl/79085950/ffedcc1/greysanatomy0706.avi.html
http://hotfile.com/dl/79065301/70c9657/greys.anatomy.706.hdtv-lol.avi.html
http://hotfile.com/dl/79084144/05f6030/greys.anatomy.706.hdtv-lol.avi.html
http://hotfile.com/dl/79098063/86e67ea/smk706.rar.html
http://hotfile.com/dl/79082746/232e60c/greys.anatomy.706.hdtv-lol.avi.html
http://hotfile.com/dl/79106601/6dac15a/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.part3.rar.html
http://hotfile.com/dl/79106609/7d061c6/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.part2.rar.html
http://hotfile.com/dl/79106938/dae91cf/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.part1.rar.html
http://hotfile.com/dl/79117958/7426fb7/Greys.Anatomy.S07E06.HDTV.XviD-LOL.part2.rar.html
http://hotfile.com/dl/79118268/b7a3b0a/Greys.Anatomy.S07E06.HDTV.XviD-LOL.part1.rar.html
http://hotfile.com/dl/79118425/3ab7e54/Greys.Anatomy.S07E06.HDTV.XviD-LOL.part4.rar.html
http://hotfile.com/dl/79118726/07e9488/Greys.Anatomy.S07E06.HDTV.XviD-LOL.part3.rar.html
http://hotfile.com/dl/79117717/3d412b0/gAadatomy706.rar.html
http://hotfile.com/dl/79101936/40ae265/G.A.07x06.hdtv.xvid-lol.avi
http://hotfile.com/dl/79167513/e802ec2/Greys.Anatomy.S07E06.720p.HDTV.X264-DIMENSION.mkv.html
http://hotfile.com/dl/79147089/8ce1266/Greys.Anatomy.S07E06.HDTV.XviD-LOL.rar.html
http://hotfile.com/dl/79180546/1815343/Greys.Anatomy.S07E06.HDTV.XviD-LOL.part1.rar.html
http://hotfile.com/dl/79180550/6c762a6/Greys.Anatomy.S07E06.HDTV.XviD-LOL.part2.rar.html
http://hotfile.com/dl/79200839/4db7b09/Greys.Anatomy.S07E06.HDTV.XviD-LOL.rar.html
http://hotfile.com/dl/79230266/e2deb52/Greys.Anatomy.S07E06.hdtv.xvid-lol.rar.html
http://hotfile.com/dl/79179816/840bf95/Greys.Anatomy.S07E06.HDTV.XviD-LOL.avi.html
http://hotfile.com/dl/79040669/adb21f7/gAadatomy706.rar.html
http://hotfile.com/dl/79379680/fb56f0f/greys.anatomy.706.hdtv-lol.rar.html
http://hotfile.com/dl/79501368/b3acb73/Greys.Anatomy.S07E06.HDTV.XviD-LOL.avi.html
```

3

CONFIDENTIAL

HF00527086

http://hotfile.com/dl/78662164/5418afe/Greys.Anatomy.S07E03.HDTV.XviD-2HD-PlatinumW.org.part1.rar.html
http://hotfile.com/dl/78663772/ee89686/Greys.Anatomy.S07E03.HDTV.XviD-2HD-PlatinumW.org.part3.rar.html
http://hotfile.com/dl/78664134/f7e3ca5/Greys.Anatomy.S07E03.HDTV.XviD-2HD-PlatinumW.org.part4.rar.html
http://hotfile.com/dl/78662908/19bdc7e/Greys.Anatomy.S07E03.HDTV.XviD-2HD-PlatinumW.org.part2.rar.html
http://hotfile.com/dl/79068032/4798807/Greys.Anatomy.S07E06.720p.HDTV.X264-DIMENSION.mkv.html
http://hotfile.com/dl/79047543/9e64cf0/Greys.Anatomy.S07E06.HDTV.XviD-LOL-PlatinumW.org.part1.rar.html
http://hotfile.com/dl/79055162/e1c107f/Greys.Anatomy.S07E06.HDTV.XviD-LOL-PlatinumW.org.part2.rar.html
http://hotfile.com/dl/79055470/1d008de/Greys.Anatomy.S07E06.HDTV.XviD-LOL-PlatinumW.org.part3.rar.html
http://hotfile.com/dl/79055663/1f28d6d/Greys.Anatomy.S07E06.HDTV.XviD-LOL-PlatinumW.org.part4.rar.html
http://hotfile.com/dl/79169142/96c8c69/DemoN.www.dayn.org.greys.anatomy.706.hdtv-lol.rar.html
http://hotfile.com/dl/77585398/f450cc0/Greys.Anatomy.S07E05.HDTV.XviD-LOL_www.oriforums.com.part2.rar.html
http://hotfile.com/dl/77585407/6d98e39/Greys.Anatomy.S07E05.HDTV.XviD-LOL_www.oriforums.com.part1.rar.html
http://hotfile.com/dl/77580253/ec4e9c5/grys.antmy.705.hdtv-lol.rar.html
http://hotfile.com/dl/77608193/0e30ddd/Greys.Anatomy.S07E05.720p.HDTV.X264-DIMENSION.part2.rar.html
http://hotfile.com/dl/77611108/2fd8fbf/Greys.Anatomy.S07E05.720p.HDTV.X264-DIMENSION.part1.rar.html
http://hotfile.com/dl/77607929/0b9b2f8/Greys.Anatomy.S07E05.720p.HDTV.X264-DIMENSION.part3.rar.html
http://hotfile.com/dl/77756266/324d7ea/greys.anatomy.705.hdtv-lol.rar
http://hotfile.com/dl/79017904/112da08/greys.anatomy.706.hdtv-lol.avi.html
http://hotfile.com/dl/79018280/1bfab0b/greys.anatomy.706.hdtv-lol.avi.html
http://hotfile.com/dl/79021406/92af6e6/gregt_greys.anatomy.706.hdtv-lol.rar.html
http://hotfile.com/dl/77576483/0730099/greys.anatomy.705.hdtv-lol.avi.html
http://hotfile.com/dl/79041761/54fad05/Greys.Anatomy.S07E06.720p.HDTV.X264-DIMENSION.mkv.html
http://hotfile.com/dl/79057088/17dd323/Greys.Anatomy.S07E06.HDTV.XviD-LOL.avi.html
http://hotfile.com/dl/79064534/e759a5c/greys.anatomy.706.hdtv-lol.avi.html
http://hotfile.com/dl/79046241/642313b/greys.anatomy.706.hdtv-lol.avi.html
http://hotfile.com/dl/79072946/75d9938/greys.anatomy.706.hdtv-lol.avi.rar.html
http://hotfile.com/dl/79067815/8b24d02/Greys.Anatomy.S07E06.HDTV.XviD-LOL_www.oriforums.com.part2.rar.html
http://hotfile.com/dl/79068136/9308efe/Greys.Anatomy.S07E06.HDTV.XviD-LOL_www.oriforums.com.part1.rar.html
http://hotfile.com/dl/79125957/6671475/Greys.Anatomy.S07E06.720p.HDTV.X264-DIMENSION.part3.rar.html
http://hotfile.com/dl/79130474/57db334/Greys.Anatomy.S07E06.720p.HDTV.X264-DIMENSION.part1.rar.html
http://hotfile.com/dl/79130783/3b5abe4/Greys.Anatomy.S07E06.720p.HDTV.X264-DIMENSION.part2.rar.html
http://hotfile.com/dl/77598695/faa5ff6/Grey-705.rar.html
http://hotfile.com/dl/79121882/2ce1547/Grey-706.rar.html
http://hotfile.com/dl/79047458/cc3f4e6/Greys_Anatomy_S07E06_HDTV_XviD-LOL.UppedBy-Funty-www.Hotfile-Movies.com.part2.rar.html
http://hotfile.com/dl/79048009/f1f3b79/Greys_Anatomy_S07E06_HDTV_XviD-LOL.UppedBy-Funty-www.Hotfile-Movies.com.part1.rar.html
http://hotfile.com/dl/79163183/a961286/Greys.Anatomy.S07E06_--WarezLeech.net--.rar.html
http://hotfile.com/dl/79403846/d8f060d/greys.anatomy.706.hdtv-lol.rar.html

4

CONFIDENTIAL

HF00527087

```
http://hotfile.com/dl/79031822/c18ec12/Greys.Anatomy.S07E06.HDTV.XviD-LOL.avi
http://hotfile.com/dl/79086192/4597293/Greys.Anatomy.S07E06.HDTV.XviD-LOL.avi.html
http://hotfile.com/dl/79368625/84c3cf9/Greys.Anatomy.S07E06.720p.HDTV.X264.DIMENSION.mkv.html
http://hotfile.com/dl/79017731/03a49bd/greys.anatomy.706.hdtv-lol.avi.html
http://hotfile.com/dl/74697350/1740076/Greys.Anatomy.S07E03.720p.HDTV.X264-
DIMENSION.part3.rar.html
http://hotfile.com/dl/74697346/a3a6d38/Greys.Anatomy.S07E03.720p.HDTV.X264-
DIMENSION.part2.rar.html
http://hotfile.com/dl/74697352/1763335/Greys.Anatomy.S07E03.720p.HDTV.X264-
DIMENSION.part1.rar.html
http://hotfile.com/dl/77621217/91f0d77/Greys.Anatomy.S07E05.HDTV.XviD-LOL.rar.html
http://hotfile.com/dl/79031744/76d7f7c/greys.anatomy.706.hdtv-lol.rar.html
http://hotfile.com/dl/79076756/32381d4/Greys.Anatomy.S07E06.HDTV.XviD-LOL.avi.html
http://hotfile.com/dl/79065640/2bc7738/Greys.Anatomy.S07E06.HDTV.XviD-LOL.rar.html
http://hotfile.com/dl/79064898/9dfc927/my.S07E06.HDTV.XviD-LOL.part1.rar
http://hotfile.com/dl/79064978/5fd618a/my.S07E06.HDTV.XviD-LOL.part2.rar
http://hotfile.com/dl/79065151/49f450b/my.S07E06.HDTV.XviD-LOL.part3.rar
http://hotfile.com/dl/79065172/3882b13/my.S07E06.HDTV.XviD-LOL.part4.rar
http://hotfile.com/dl/79086838/72c6428/GreysA.7.06.part1.rar.html
http://hotfile.com/dl/79086844/aa8e21e/GreysA.7.06.part2.rar.html
http://hotfile.com/dl/79086889/f2c2b56/GreysA.7.06.part3.rar.html
http://hotfile.com/dl/79020497/b64f3aa/IRFree.com-Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.mkv.html
http://hotfile.com/dl/79017994/139c716/IRFree.com-greys.anatomy.706.hdtv-lol.avi.html
http://hotfile.com/dl/79047631/ba21fbe/IRFree.com-greys.anatomy.706.hdtv-lol.avi.html
http://hotfile.com/dl/74553692/54131a9/Greys.Anatomy.S07E03.HD
```

Best regards,
Hotfile.com abuse department

Internet.Enforcement@disney.com wrote:
><P>Tuesday, November 16, 2010<BR><BR><U>Via Electronic Mail ( <A>abuse@hotfile.com</A>
)</U><BR><BR>hotfile.com <BR>c/o Designated Agent <BR><BR>Re: Infringing Content Re-
notification [Notice ID:5722 <YET generated be to>] <BR>File No. (TMS) (http://hotfile.com)
</P>
><P>Dear Sir or Madam: <BR><BR>I refer to my previous letter(s) sent to you (see "Original
Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries
or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on
your site. To date, you have not removed this content, which continues to be accessible at
one or more of the links identified below. <BR><BR>Please take immediate action to disable
access and remove the infringing content identified below. Disney will be forced to consider
all alternative actions available if you fail to comply with this letter immediately. </P>
><P><U>Copyrighted works infringed upon:</U><BR>Audiovisual works, including without
limitation, <I>Last Song, The</I>, <I>Lost 5</I>, <I>Prince of Persia</I>, <I>Sorcerer's
Apprentice, The(Archive)</I>, <I>Grey's Anatomy 7</I></P>
><P><B>Location and original notification dates of infringing material:</B></P>
><P><A
href="http://hotfile.com/dl/46326581/eae37cc/140_GOn2010.part3.rar.html">http://hotfile.com/d
l/46326581/eae37cc/140_GOn2010.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:40
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46326578/e588051/140_GOn2010.part2.rar.html">http://hotfile.com/d
l/46326578/e588051/140_GOn2010.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:41
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46326576/c837144/140_GOn2010.part4.rar.html">http://hotfile.com/d
l/46326576/c837144/140_GOn2010.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1

CONFIDENTIAL

HF00527088

notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:41
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46326572/d8ca7fd/140_GOn2010.part5.rar.html">http://hotfile.c
om/dl/46326572/d8ca7fd/140_GOn2010.part5.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:41
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/8802781/e60fbcc/lost.515_kalos87_.part1.rar.html">http://hotfile.
com/dl/8802781/e60fbcc/lost.515_kalos87_.part1.rar.html</A><BR><SMALL><I>* To date, a total
of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010
8:49:42 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/8802796/39b17ec/lost.515_kalos87_.part3.rar.html">http://hotfile.
com/dl/8802796/39b17ec/lost.515_kalos87_.part3.rar.html</A><BR><SMALL><I>* To date, a total
of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010
8:49:43 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/8802784/4e5b87f/lost.515_kalos87_.part2.rar.html">http://hotfile.
com/dl/8802784/4e5b87f/lost.515_kalos87_.part2.rar.html</A><BR><SMALL><
I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original
Notification Date: 7/26/2010 8:49:43 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/8802803/964db21/lost.515_kalos87_.part4.rar.html">http://hotfile.
com/dl/8802803/964db21/lost.515_kalos87_.part4.rar.html</A><BR><SMALL><I>* To date, a total
of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010
8:49:44 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/3179861/d9f22bb/lost.s05e02.lektorPL.xvid.part1.rar.html">http://
hotfile.com/dl/3179861/d9f22bb/lost.s05e02.lektorPL.xvid.part1.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:49:44 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/3181362/66aa9c6/lost.s05e02.lektorPL.xvid.part2.rar.html">http://
hotfile.com/dl/3181362/66aa9c6/lost.s05e02.lektorPL.xvid.part2.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(
s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:45
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/3181526/3ad20f8/lost.s05e03.lektorPL.xvid.part1.rar.html">http://
hotfile.com/dl/3181526/3ad20f8/lost.s05e03.lektorPL.xvid.part1.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:49:46 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/3181606/4530381/lost.s05e03.lektorPL.xvid.part2.rar.html">http://
hotfile.com/dl/3181606/4530381/lost.s05e03.lektorPL.xvid.part2.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:49:46 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/3183973/2db79b7/lost.s05e09.lektorPL.xvid.part1.rar.html">http://
hotfile.com/dl/3183973/2db79b7/lost.s05e09.lektorPL.xvid.part1.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sen
t for this link. <BR>(Original Notification Date: 7/26/2010 8:49:47
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/3184042/25ac7b2/lost.s05e09.lektorPL.xvid.part2.rar.html">http://
hotfile.com/dl/3184042/25ac7b2/lost.s05e09.lektorPL.xvid.part2.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:49:47 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/3184268/246b74c/lost.s05e12.lektorPL.xvid.part1.rar.html">http://
hotfile.com/dl/3184268/246b74c/lost.s05e12.lektorPL.xvid.part1.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:49:48 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/3184338/efb69cc/lost.s05e12.lektorPL.xvid.part2.rar.html">http://
hotfile.com/dl/3184338/efb69cc/lost.s05e12.lektorPL.xvid.part2.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:49:48 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/3184421/401c9ef/lost.s05e13.lektorPL.xvid.part1.rar.html">http://

6

hotfile.com/dl/3184421/401c9ef/lost.s05e13.lektorPL.xvid.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:49 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/3184494/c4f12b6/lost.s05e13.lektorPL.xvid.part2.rar.html">http://hotfile.com/dl/3184494/c4f12b6/lost.s05e13.lektorPL.xvid.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:49 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/3184576/75c8eda/lost.s05e14.lektorPL.xvid.part1.rar.html">http://hotfile.com/dl/3184576/75c8eda/lost.s05e14.lektorPL.xvid.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Not
ification Date: 7/26/2010 8:49:49 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/3184644/78aaa9d/lost.s05e14.lektorPL.xvid.part2.rar.html">http://hotfile.com/dl/3184644/78aaa9d/lost.s05e14.lektorPL.xvid.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:51 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/3184733/441c161/lost.s05e15.lektorPL.xvid.part1.rar.html">http://hotfile.com/dl/3184733/441c161/lost.s05e15.lektorPL.xvid.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:51 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/3184818/164dd53/lost.s05e15.lektorPL.xvid.part2.rar.html">http://hotfile.com/dl/3184818/164dd53/lost.s05e15.lektorPL.xvid.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7
/26/2010 8:49:52 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/5183536/3c85146/Lost-05-14-DannyE.rar.html">http://hotfile.com/dl/5183536/3c85146/Lost-05-14-DannyE.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:52 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17010615/d0278c0/Zagubieni.Sezon5.Odcinek2.PL.XVID.part1.rar.html">http://hotfile.com/dl/17010615/d0278c0/Zagubieni.Sezon5.Odcinek2.PL.XVID.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:53 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17010870/4cc1d22/Zagubieni.Sezon5.Odcinek2.PL.XVID.part2.rar.html">http://hotfile.com/dl/17010870/4cc1d22/Zagubieni.Sezon5.Odcinek2.PL.XVID.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010
8:49:54 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17011263/54e58e3/Zagubieni.Sezon5.Odcinek3.PL.XVID.part1.rar.html">http://hotfile.com/dl/17011263/54e58e3/Zagubieni.Sezon5.Odcinek3.PL.XVID.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:54 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17011538/115dc88/Zagubieni.Sezon5.Odcinek3.PL.XVID.part2.rar.html">http://hotfile.com/dl/17011538/115dc88/Zagubieni.Sezon5.Odcinek3.PL.XVID.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:55 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17014259/6adf8c0/Zagubieni.Sezon5.Odcinek9.PL.XVID.part1.rar.html">http://hotfile.com/dl/17014259/6adf8c0/Zagubieni.Sezon5.Odcinek9.PL.XVID.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(O
riginal Notification Date: 7/26/2010 8:49:55 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17014548/eac847b/Zagubieni.Sezon5.Odcinek9.PL.XVID.part2.rar.html">http://hotfile.com/dl/17014548/eac847b/Zagubieni.Sezon5.Odcinek9.PL.XVID.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:56 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17065675/ed1ca42/Zagubieni.Sezon5.Odcinek12.PL.XVID.part1.rar.html">http://hotfile.com/dl/17065675/ed1ca42/Zagubieni.Sezon5.Odcinek12.PL.XVID.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:56 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17066079/6eadf9e/Zagubieni.Sezon5.Odcinek12.PL.XVID.part2.rar.htm

CONFIDENTIAL

HF00527090

l">http://hotfile.com/dl/17066079/6eadf9e/Zagubieni.Sezon5.Odcinek12.PL.XVID.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice
 (s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:56 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/17066508/7b5a6ea/Zagubieni.Sezon5.Odcinek13.PL.XVID.part1.rar.htm
l">http://hotfile.com/dl/17066508/7b5a6ea/Zagubieni.Sezon5.Odcinek13.PL.XVID.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:49:57 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/17066946/cc6a9c1/Zagubieni.Sezon5.Odcinek13.PL.XVID.part2.rar.htm
l">http://hotfile.com/dl/17066946/cc6a9c1/Zagubieni.Sezon5.Odcinek13.PL.XVID.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:49:58 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/17067527/890392f/Zagubieni.Sezon5.Odcinek14.PL.XVID.part1.rar.htm
l">http://hotfile.com/dl/17067527/890392f/Zagubieni.Sezon5.Odcinek14.PL.XVID.part1.rar.html</A><
 BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original
Notification Date: 7/26/2010 8:49:59 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/17067880/452dd5a/Zagubieni.Sezon5.Odcinek14.PL.XVID.part2.rar.htm
l">http://hotfile.com/dl/17067880/452dd5a/Zagubieni.Sezon5.Odcinek14.PL.XVID.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:49:59 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/17069468/ec2d034/Zagubieni.Sezon5.Odcinek15.PL.XVID.part2.rar.htm
l">http://hotfile.com/dl/17069468/ec2d034/Zagubieni.Sezon5.Odcinek15.PL.XVID.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:00 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/17069029/6920f6a/Zagubieni.Sezon5.Odcinek15.PL.XVID.part1.rar.htm
l">http://hotfile.com/dl/17069029/6920f6a/Zagubieni.S
 ezon5.Odcinek15.PL.XVID.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:00
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/17070027/73c1b0a/Zagubieni.Sezon5.Odcinek16-
17.PL.XVID.part1.rar.html">http://hotfile.com/dl/17070027/73c1b0a/Zagubieni.Sezon5.Odcinek16-
17.PL.XVID.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent
for this link. <BR>(Original Notification Date: 7/26/2010 8:50:02 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/17071362/edddb7a/Zagubieni.Sezon5.Odcinek16-
17.PL.XVID.part3.rar.html">http://hotfile.com/dl/17071362/edddb7a/Zagubieni.Sezon5.Odcinek16-
17.PL.XVID.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent
for this link. <BR>(Original Notification Date: 7/26/2010 8:50:02 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/17070697/c63a13c/Zagubieni.Sezon5.Odcinek16-17.PL.XVID.part2.ra
 r.html">http://hotfile.com/dl/17070697/c63a13c/Zagubieni.Sezon5.Odcinek16-
17.PL.XVID.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent
for this link. <BR>(Original Notification Date: 7/26/2010 8:50:03 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/17071811/2cff7fa/Zagubieni.Sezon5.Odcinek16-
17.PL.XVID.part4.rar.html">http://hotfile.com/dl/17071811/2cff7fa/Zagubieni.Sezon5.Odcinek16-
17.PL.XVID.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent
for this link. <BR>(Original Notification Date: 7/26/2010 8:50:03 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/10846181/bf90aff/Zagubieni_S5E02_PL.avi.html">http://hotfile.com/
dl/10846181/bf90aff/Zagubieni_S5E02_PL.avi.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:04
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/10852733/2d31a08/Zagubieni_S5E03_PL.avi.html">http://
/hotfile.com/dl/10852733/2d31a08/Zagubieni_S5E03_PL.avi.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:50:04 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/10877117/6423612/Zagubieni_S5E09_PL.avi.html">http://hotfile.com/
dl/10877117/6423612/Zagubieni_S5E09_PL.avi.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:05

8

CONFIDENTIAL

HF00527091

PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/10883385/99a2467/Zagubieni_S5E10_PL.avi.html">http://hotfile.com/
dl/10883385/99a2467/Zagubieni_S5E10_PL.avi.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:05
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/10894192/3bcbe76/Zagubieni_S5E12_PL.avi.html">http://hotfile.com/
dl/10894192/3bcbe76/Zagubieni_S5E12_PL.avi.html</A><BR><SMALL><I>* To date,
 a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:50:06 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/10907808/1494667/Zagubieni_S5E13_PL.avi.html">http://hotfile.com/
dl/10907808/1494667/Zagubieni_S5E13_PL.avi.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:06
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/10900239/6653b07/Zagubieni_S5E14_PL.avi.html">http://hotfile.com/
dl/10900239/6653b07/Zagubieni_S5E14_PL.avi.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:07
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/10914186/f6fea5b/Zagubieni_S5E15_PL.avi.html">http://hotfile.com/
dl/10914186/f6fea5b/Zagubieni_S5E15_PL.avi.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/
 26/2010 8:50:08 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/10947545/eace59a/Zagubieni_S5E16E17_PL.part1.rar.html">http://hot
file.com/dl/10947545/eace59a/Zagubieni_S5E16E17_PL.part1.rar.html</A><BR><SMALL><I>* To date,
a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:50:08 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/10925566/79950e8/Zagubieni_S5E16E17_PL.part2.rar.html">http://hot
file.com/dl/10925566/79950e8/Zagubieni_S5E16E17_PL.part2.rar.html</A><BR><SMALL><I>* To date,
a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:50:09 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/1987562/9f7b801/P_5%C3%9702_sfrd_part1.rar.html">http://hotfile.c
om/dl/1987562/9f7b801/P_5%C3%9702_sfrd_part1.rar.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:10
PM)</I></SMALL><BR><BR><A href=

"http://hotfile.com/dl/1984319/7c543eb/P_5%C3%9702_sfrd_part2.rar.html">http://hotfile.com/dl
/1984319/7c543eb/P_5%C3%9702_sfrd_part2.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:11
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/1994523/f470d76/P_5%C3%9702_sfrd_part3.rar.html">http://hotfile.c
om/dl/1994523/f470d76/P_5%C3%9702_sfrd_part3.rar.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:11
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/1992030/67217c5/P_5%C3%9702_sfrd_part4.rar.html">http://hotfile.c
om/dl/1992030/67217c5/P_5%C3%9702_sfrd_part4.rar.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:12
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/52137147/2db97ae/Pr.of.Pers.TS.Proper_KinoFilmFr

ee.com.rar.part09.rar.html">http://hotfile.com/dl/52137147/2db97ae/Pr.of.Pers.TS.Proper_KinoF
ilmFree.com.rar.part09.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:12
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/52138712/13659f5/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part08
.rar.html">http://hotfile.com/dl/52138712/13659f5/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.p
art08.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 7/26/2010 8:50:13 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/52137719/704ed6c/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part01

9

HF00527092

```
.rar.html">http://hotfile.com/dl/52137719/704ed6c/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.p
art01.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 7/26/2010 8:50:13 PM)</I></SM
 ALL><BR><BR><A
href="http://hotfile.com/dl/52138311/e2c03f6/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part05
.rar.html">http://hotfile.com/dl/52138311/e2c03f6/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.p
art05.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 7/26/2010 8:50:14 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/52139164/0a69165/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part02
.rar.html">http://hotfile.com/dl/52139164/0a69165/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.p
art02.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 7/26/2010 8:50:15 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/52139661/dc185c9/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part07
.rar.html">http://hotfile.com/dl/52139661/dc185c9/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.p
art07.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) pr
 eviously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:16
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/52140069/24d6bb2/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part03
.rar.html">http://hotfile.com/dl/52140069/24d6bb2/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.p
art03.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 7/26/2010 8:50:16 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/52141435/21eb4f9/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part06
.rar.html">http://hotfile.com/dl/52141435/21eb4f9/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.p
art06.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 7/26/2010 8:50:16 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/52147050/49d73ec/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part04
.rar.html">http://hotfile.com/dl/52147050/49d73ec/Pr.of.Pers.TS.Proper
 _KinoFilmFree.com.rar.part04.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:17
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46952532/4a93f17/P.O.P.TS.2010.TRDublaj.part1.rar.html">http://ho
tfile.com/dl/46952532/4a93f17/P.O.P.TS.2010.TRDublaj.part1.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:50:17 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46952534/0cf5983/P.O.P.TS.2010.TRDublaj.part2.rar.html">http://ho
tfile.com/dl/46952534/0cf5983/P.O.P.TS.2010.TRDublaj.part2.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:50:18 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46952542/9a728e0/P.O.P.TS.2010.TRDublaj.part3.rar.html">http://ho
tfile.com/dl/46952542/9a728e0/P.O.P.TS.2010.TRDublaj.part3.
 rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:19 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46952548/0dcca7f/P.O.P.TS.2010.TRDublaj.part5.rar.html">http://ho
tfile.com/dl/46952548/0dcca7f/P.O.P.TS.2010.TRDublaj.part5.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:50:19 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46952544/6e1ae5d/P.O.P.TS.2010.TRDublaj.part4.rar.html">http://ho
tfile.com/dl/46952544/6e1ae5d/P.O.P.TS.2010.TRDublaj.part4.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:50:20 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46952550/d3b261b/P.O.P.TS.2010.TRDublaj.part6.rar.html">http://ho
tfile.com/dl/46952550/d3b261b/P.O.P.TS.2010.TRDublaj.part6.rar.html</A><BR><SMALL><I>* T
 o date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification
Date: 7/26/2010 8:50:20 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46952554/ae37949/P.O.P.TS.2010.TRDublaj.part7.rar.html">http://ho
tfile.com/dl/46952554/ae37949/P.O.P.TS.2010.TRDublaj.part7.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
```

CONFIDENTIAL

HF00527093

7/26/2010 8:50:20 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46952556/119f643/P.O.P.TS.2010.TRDublaj.part8.rar.html">http://ho
tfile.com/dl/46952556/119f643/P.O.P.TS.2010.TRDublaj.part8.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:50:21 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/54375209/5781970/ppsot.2010.KiRa.part1.rar.html">http://hotfile.c
om/dl/54375209/5781970/ppsot.2010.KiRa.part1.rar.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously s
 ent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:22
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/54375232/fe04bb1/ppsot.2010.KiRa.part2.rar.html">http://hotfile.c
om/dl/54375232/fe04bb1/ppsot.2010.KiRa.part2.rar.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:23
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/54375247/1b3c7f9/ppsot.2010.KiRa.part3.rar.html">http://hotfile.c
om/dl/54375247/1b3c7f9/ppsot.2010.KiRa.part3.rar.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:23
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/54375645/4f024bc/POP.Watain.part1.rar.html">http://hotfile.com/dl
/54375645/4f024bc/POP.Watain.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:24
PM)</I></SM
 ALL><BR><BR><A
href="http://hotfile.com/dl/54375739/7590519/POP.Watain.part3.rar.html">http://hotfile.com/dl
/54375739/7590519/POP.Watain.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:25
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/54375751/053e2f9/POP.Watain.part4.rar.html">http://hotfile.com/dl
/54375751/053e2f9/POP.Watain.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:25
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/54375815/bdd3bc9/POP.Watain.part7.rar.html">http://hotfile.com/dl
/54375815/bdd3bc9/POP.Watain.part7.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:26
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/54375783/90c06de/POP.Watain.part5.rar.html">http://hotfile
.com/dl/54375783/90c06de/POP.Watain.part5.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:27
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/54375723/55ec8d1/POP.Watain.part2.rar.html">http://hotfile.com/dl
/54375723/55ec8d1/POP.Watain.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:27
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/54375802/44399b3/POP.Watain.part6.rar.html">http://hotfile.com/dl
/54375802/44399b3/POP.Watain.part6.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:28
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/54375833/f63c2db/POP.Watain.part8.rar.html">http://hotfile.com/dl
/54375833/f63c2db/POP.Watain.part8.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s)
   previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:29
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55755893/5f069c0/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part2.r
ar.html">http://hotfile.com/dl/55755893/5f069c0/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part
2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:29 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55755786/2bd4a93/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part3.r

11

CONFIDENTIAL

HF00527094

ar.html">http://hotfile.com/dl/55755786/2bd4a93/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part
3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:30 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55756102/9ee22bf/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part1.r
ar.html">http://hotfile.com/dl/55756102/9ee22bf/The.Sorcerers.Apprentice.TS
.XViD.IMAGiNE.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:30
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55755792/7cba11f/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part4.r
ar.html">http://hotfile.com/dl/55755792/7cba11f/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part
4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:31 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55748149/bfb7db8/SorcererIMAGiNE.part1.rar.html">http://hotfile.c
om/dl/55748149/bfb7db8/SorcererIMAGiNE.part1.rar.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:31
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55748150/2c54e9a/SorcererIMAGiNE.part2.rar.html">http://hotfile.c
om/dl/55748150/2c54e9a/SorcererIMAGiNE.part2.r
ar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:32 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55748549/7d0e861/SorcererIMAGiNE.part3.rar.html">http://hotfile.c
om/dl/55748549/7d0e861/SorcererIMAGiNE.part3.rar.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:32
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55748712/2b32821/SorcererIMAGiNE.part5.rar.html">http://hotfile.c
om/dl/55748712/2b32821/SorcererIMAGiNE.part5.rar.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:33
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55748559/80250b6/SorcererIMAGiNE.part4.rar.html">http://hotfile.c
om/dl/55748559/80250b6/SorcererIMAGiNE.part4.rar.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously s
ent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:34
PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/55777649/c8297e5/TSA.TS-
IMAGiNE.part2.rar.html">http://hotfile.com/dl/55777649/c8297e5/TSA.TS-
IMAGiNE.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 7/26/2010 8:50:35 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55777903/3cf8084/TSA.TS-
IMAGiNE.part5.rar.html">http://hotfile.com/dl/55777903/3cf8084/TSA.TS-
IMAGiNE.part5.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 7/26/2010 8:50:36 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55777921/33ea9a9/TSA.TS-
IMAGiNE.part6.rar.html">http://hotfile.com/dl/55777921/33ea9a9/TSA.TS-
IMAGiNE.part6.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 7/26/2010 8:50:37 PM)</I>
</SMALL><BR><BR><A href="http://hotfile.com/dl/55777876/7956b49/TSA.TS-
IMAGiNE.part4.rar.html">http://hotfile.com/dl/55777876/7956b49/TSA.TS-
IMAGiNE.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 7/26/2010 8:50:37 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55777963/1eb3e0a/TSA.TS-
IMAGiNE.part8.rar.html">http://hotfile.com/dl/55777963/1eb3e0a/TSA.TS-
IMAGiNE.part8.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 7/26/2010 8:50:38 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55777945/328d09c/TSA.TS-
IMAGiNE.part7.rar.html">http://hotfile.com/dl/55777945/328d09c/TSA.TS-
IMAGiNE.part7.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 7/26/2010 8:50:39 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55759788/ff4a572/The_Sorcerers

CONFIDENTIAL

HF00527095

```
_Apprentice_TS_XViD-
KiNGDOM_">http://hotfile.com/dl/55759788/ff4a572/The_Sorcerers_Apprentice_TS_XViD-
KiNGDOM_</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:40 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55759787/c6ea116/The_Sorcerers_Apprentice_TS_XViD-
KiNGDOM_">http://hotfile.com/dl/55759787/c6ea116/The_Sorcerers_Apprentice_TS_XViD-
KiNGDOM_</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:40 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55759786/641a238/The_Sorcerers_Apprentice_TS_XViD-
KiNGDOM_">http://hotfile.com/dl/55759786/641a238/The_Sorcerers_Apprentice_TS_XViD-
KiNGDOM_</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:41 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55769809/bac1f78/The.Sorcerers.Appr

entice.TS.XViD.IMAGiNE.part1.rar.html">http://hotfile.com/dl/55769809/bac1f78/The.Sorcerers.A
pprentice.TS.XViD.IMAGiNE.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:42
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55769813/62c35b9/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part2.r
ar.html">http://hotfile.com/dl/55769813/62c35b9/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part
2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:43 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55769812/549e858/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part3.r
ar.html">http://hotfile.com/dl/55769812/549e858/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part
3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:43 PM)</I></S
MALL><BR><BR><A
href="http://hotfile.com/dl/55769816/8e77a44/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part7.r
ar.html">http://hotfile.com/dl/55769816/8e77a44/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part
7.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:44 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55769817/3ba7435/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part6.r
ar.html">http://hotfile.com/dl/55769817/3ba7435/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part
6.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:45 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55769815/baecfea/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part8.r
ar.html">http://hotfile.com/dl/55769815/baecfea/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part
8.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously se
nt for this link. <BR>(Original Notification Date: 7/26/2010 8:50:46
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55769814/900d2ea/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part4.r
ar.html">http://hotfile.com/dl/55769814/900d2ea/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part
4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:46 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55769811/b8e7d98/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part5.r
ar.html">http://hotfile.com/dl/55769811/b8e7d98/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part
5.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:47 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79018256/aeffab4/LOL.Gr3Y4N4.706.avi.html">http://hotfile.com/dl/
79018256/aeffab4/LOL.Gr3Y4N4.706.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice
 (s) previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:17:22
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79018566/9535d82/greys.anatomy.706.hdtv-
lol.avi.rar.html">http://hotfile.com/dl/79018566/9535d82/greys.anatomy.706.hdtv-
lol.avi.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:17:25 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79079280/56b5df6/siva706.avi.html">http://hotfile.com/dl/79079280
```

13

CONFIDENTIAL

HF00527096

/56b5df6/siva706.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent
for this link. <BR>(Original Notification Date: 11/9/2010 1:17:26 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79085950/ffedcc1/greysanatomy0706.avi.html">http://hotfile.com/dl
/79085950/ffedcc1/greysanatomy0706.avi.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:17:28
AM)</
 I></SMALL><BR><BR><A href="http://hotfile.com/dl/79065301/70c9657/greys.anatomy.706.hdtv-
lol.avi.html">http://hotfile.com/dl/79065301/70c9657/greys.anatomy.706.hdtv-
lol.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:17:51 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79084144/05f6030/greys.anatomy.706.hdtv-
lol.avi.html">http://hotfile.com/dl/79084144/05f6030/greys.anatomy.706.hdtv-
lol.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:17:52 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79098063/86e67ea/smk706.rar.html">http://hotfile.com/dl/79098063/
86e67ea/smk706.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent
for this link. <BR>(Original Notification Date: 11/9/2010 1:17:55 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79082746/232e60c/greys.anatomy.7
 06.hdtv-lol.avi.html">http://hotfile.com/dl/79082746/232e60c/greys.anatomy.706.hdtv-
lol.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:17:57 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79106601/6dac15a/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.part3.rar.html">http://hotfile.com/dl/79106601/6dac15a/Greys.Anatomy.S07E06.720p.HD
TV.X264-DIMENSION.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:18:00
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79106609/7d061c6/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.part2.rar.html">http://hotfile.com/dl/79106609/7d061c6/Greys.Anatomy.S07E06.720p.HD
TV.X264-DIMENSION.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:18:00
AM)</I></SMALL><BR><BR><A h
 ref="http://hotfile.com/dl/79106938/dae91cf/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.part1.rar.html">http://hotfile.com/dl/79106938/dae91cf/Greys.Anatomy.S07E06.720p.HD
TV.X264-DIMENSION.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:18:02
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79117958/7426fb7/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.part2.rar.html">http://hotfile.com/dl/79117958/7426fb7/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 11/9/2010 1:18:03 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79118268/b7a3b0a/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.part1.rar.html">http://hotfile.com/dl/79118268/b7a3b0a/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original
 Notification Date: 11/9/2010 1:18:05 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79118425/3ab7e54/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.part4.rar.html">http://hotfile.com/dl/79118425/3ab7e54/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 11/9/2010 1:18:06 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79118726/07e9488/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.part3.rar.html">http://hotfile.com/dl/79118726/07e9488/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 11/9/2010 1:18:07 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79117717/3d412b0/gAadatomy706.rar.html">http://hotfile.com/dl/791
17717/3d412b0/gAadatomy706.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification

CONFIDENTIAL

HF00527097

Date: 11/9/2010 1:18:08 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79101936/40ae265/G.A.07x06.hdtv.xvid-
lol.avi">http://hotfile.com/dl/79101936/40ae265/G.A.07x06.hdtv.xvid-
lol.avi</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 11/9/2010 1:18:09 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79167513/e802ec2/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.mkv.html">http://hotfile.com/dl/79167513/e802ec2/Greys.Anatomy.S07E06.720p.HDTV.X26
4-DIMENSION.mkv.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 11/9/2010 1:18:10 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79147089/8ce1266/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.rar.html">http://hotfile.com/dl/79147089/8ce1266/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Da
te: 11/9/2010 1:18:11 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79180546/1815343/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.part1.rar.html">http://hotfile.com/dl/79180546/1815343/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 11/9/2010 1:18:13 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79180550/6c762a6/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.part2.rar.html">http://hotfile.com/dl/79180550/6c762a6/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 11/9/2010 1:18:14 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79200839/4db7b09/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.rar.html">http://hotfile.com/dl/79200839/4db7b09/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link
. <BR>(Original Notification Date: 11/9/2010 1:18:31 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79230266/e2deb52/Greys.Anatomy.S07E06.hdtv.xvid-
lol.rar.html">http://hotfile.com/dl/79230266/e2deb52/Greys.Anatomy.S07E06.hdtv.xvid-
lol.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:18:33 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79179816/840bf95/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi.html">http://hotfile.com/dl/79179816/840bf95/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:18:38 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79040669/adb21f7/gAadatomy706.rar.html">http://hotfile.com/dl/790
40669/adb21f7/gAadatomy706.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11
 /9/2010 1:18:42 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79379680/fb56f0f/greys.anatomy.706.hdtv-
lol.rar.html">http://hotfile.com/dl/79379680/fb56f0f/greys.anatomy.706.hdtv-
lol.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:18:43 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79501368/b3acb73/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi.html">http://hotfile.com/dl/79501368/b3acb73/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:18:45 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/78662164/5418afe/Greys.Anatomy.S07E03.HDTV.XviD-2HD-
PlatinumW.org.part1.rar.html">http://hotfile.com/dl/78662164/5418afe/Greys.Anatomy.S07E03.HDT
V.XviD-2HD-PlatinumW.org.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>
 (Original Notification Date: 11/9/2010 1:19:07 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/78663772/ee89686/Greys.Anatomy.S07E03.HDTV.XviD-2HD-
PlatinumW.org.part3.rar.html">http://hotfile.com/dl/78663772/ee89686/Greys.Anatomy.S07E03.HDT
V.XviD-2HD-PlatinumW.org.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:19:08
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/78664134/f7e3ca5/Greys.Anatomy.S07E03.HDTV.XviD-2HD-

15

HF00527098

PlatinumW.org.part4.rar.html">http://hotfile.com/dl/78664134/f7e3ca5/Greys.Anatomy.S07E03.HDT
V.XviD-2HD-PlatinumW.org.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:19:13
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/78662908/19bdc7e/Greys.Anatomy.S07E03.HDTV.XviD-2HD-
PlatinumW.org.part2.rar.html">http://hotfile.com/dl/78662908/19bdc7e/Greys.Anatomy.S07E03.HD
TV.XviD-2HD-PlatinumW.org.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:19:17
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79068032/4798807/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.mkv.html">http://hotfile.com/dl/79068032/4798807/Greys.Anatomy.S07E06.720p.HDTV.X26
4-DIMENSION.mkv.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 11/9/2010 1:19:19 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79047543/9e64cf0/Greys.Anatomy.S07E06.HDTV.XviD-LOL-
PlatinumW.org.part1.rar.html">http://hotfile.com/dl/79047543/9e64cf0/Greys.Anatomy.S07E06.HDT
V.XviD-LOL-PlatinumW.org.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:19:22
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/79055162/e1c107f/Greys.Anatomy.S07E
06.HDTV.XviD-LOL-
PlatinumW.org.part2.rar.html">http://hotfile.com/dl/79055162/e1c107f/Greys.Anatomy.S07E06.HDT
V.XviD-LOL-PlatinumW.org.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:19:23
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79055470/1d008de/Greys.Anatomy.S07E06.HDTV.XviD-LOL-
PlatinumW.org.part3.rar.html">http://hotfile.com/dl/79055470/1d008de/Greys.Anatomy.S07E06.HDT
V.XviD-LOL-PlatinumW.org.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:19:24
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79055663/1f28d6d/Greys.Anatomy.S07E06.HDTV.XviD-LOL-
PlatinumW.org.part4.rar.html">http://hotfile.com/dl/79055663/1f28d6d/Greys.Anatomy.S07E06.HDT
V.XviD-LOL-PlatinumW.org.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original
 Notification Date: 11/9/2010 1:19:25 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79169142/96c8c69/DemoN.www.dayn.org.greys.anatomy.706.hdtv-
lol.rar.html">http://hotfile.com/dl/79169142/96c8c69/DemoN.www.dayn.org.greys.anatomy.706.hdt
v-lol.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:19:47 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/77585398/f450cc0/Greys.Anatomy.S07E05.HDTV.XviD-
LOL_www.oriforums.com.part2.rar.html">http://hotfile.com/dl/77585398/f450cc0/Greys.Anatomy.S0
7E05.HDTV.XviD-LOL_www.oriforums.com.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:19:51
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/77585407/6d98e39/Greys.Anatomy.S07E05.HDTV.XviD-
LOL_www.oriforums.com.part1.rar.html">http://hotfile.com/dl/77585407/6d98e39/Greys.Anatomy.S0
7E05.HDTV.XviD-LOL_www
 .oriforums.com.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 11/9/2010 1:19:53
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/77580253/ec4e9c5/grys.antmy.705.hdtv-
lol.rar.html">http://hotfile.com/dl/77580253/ec4e9c5/grys.antmy.705.hdtv-
lol.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:19:56 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/77608193/0e30ddd/Greys.Anatomy.S07E05.720p.HDTV.X264-
DIMENSION.part2.rar.html">http://hotfile.com/dl/77608193/0e30ddd/Greys.Anatomy.S07E05.720p.HD
TV.X264-DIMENSION.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:20:00
AM)</I></SMALL><BR><BR><A

16

CONFIDENTIAL

href="http://hotfile.com/dl/77611108/2fd8fbf/Greys.Anatomy.S07E05.720p.HDTV.X264-
DIMENSION.part1.rar.html">http://hotfile.co
m/dl/77611108/2fd8fbf/Greys.Anatomy.S07E05.720p.HDTV.X264-
DIMENSION.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent
for this link. <BR>(Original Notification Date: 11/9/2010 1:20:27 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/77607929/0b9b2f8/Greys.Anatomy.S07E05.720p.HDTV.X264-
DIMENSION.part3.rar.html">http://hotfile.com/dl/77607929/0b9b2f8/Greys.Anatomy.S07E05.720p.HD
TV.X264-DIMENSION.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:20:31
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/77756266/324d7ea/greys.anatomy.705.hdtv-
lol.rar">http://hotfile.com/dl/77756266/324d7ea/greys.anatomy.705.hdtv-
lol.rar</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 11/9/2010 1:20:33 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79017904/112da08/greys.anatomy.706.hdtv-lol.avi
.html">http://hotfile.com/dl/79017904/112da08/greys.anatomy.706.hdtv-
lol.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:20:33 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79018280/1bfab0b/greys.anatomy.706.hdtv-
lol.avi.html">http://hotfile.com/dl/79018280/1bfab0b/greys.anatomy.706.hdtv-
lol.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:20:34 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79021406/92af6e6/gregt_greys.anatomy.706.hdtv-
lol.rar.html">http://hotfile.com/dl/79021406/92af6e6/gregt_greys.anatomy.706.hdtv-
lol.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:20:35 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/77576483/0730099/greys.anatomy.705.hdtv-
lol.avi.html">http://hotfile.com/dl/
77576483/0730099/greys.anatomy.705.hdtv-lol.avi.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously sent for this link. <BR>(Original Notification Date: 11/11/2010
7:12:02 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79041761/54fad05/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.mkv.html">http://hotfile.com/dl/79041761/54fad05/Greys.Anatomy.S07E06.720p.HDTV.X26
4-DIMENSION.mkv.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 11/11/2010 7:13:37 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79057088/17dd323/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi.html">http://hotfile.com/dl/79057088/17dd323/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:13:55 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79064534/e759a5c/greys.anatomy.706.hdtv-lol.avi.html">http://
/hotfile.com/dl/79064534/e759a5c/greys.anatomy.706.hdtv-lol.avi.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
11/11/2010 7:14:13 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79046241/642313b/greys.anatomy.706.hdtv-
lol.avi.html">http://hotfile.com/dl/79046241/642313b/greys.anatomy.706.hdtv-
lol.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:14:24 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79072946/75d9938/greys.anatomy.706.hdtv-
lol.avi.rar.html">http://hotfile.com/dl/79072946/75d9938/Greys.anatomy.706.hdtv-
lol.avi.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:14:34 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79067815/8b24d02/Greys.Anatomy.S07E06.HDTV.XviD-
LOL_www.oriforums.com.part2.rar.html">http
://hotfile.com/dl/79067815/8b24d02/Greys.Anatomy.S07E06.HDTV.XviD-
LOL_www.oriforums.com.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:14:43
PM)</I></SMALL><BR><BR><A

17

CONFIDENTIAL

HF00527100

href="http://hotfile.com/dl/79068136/9308efe/Greys.Anatomy.S07E06.HDTV.XviD-
LOL_www.oriforums.com.part1.rar.html">http://hotfile.com/dl/79068136/9308efe/Greys.Anatomy.S0
7E06.HDTV.XviD-LOL_www.oriforums.com.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:15:10
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79125957/6671475/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.part3.rar.html">http://hotfile.com/dl/79125957/6671475/Greys.Anatomy.S07E06.720p.HD
TV.X264-DIMENSION.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:15:16 PM)<
/I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79130474/57db334/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.part1.rar.html">http://hotfile.com/dl/79130474/57db334/Greys.Anatomy.S07E06.720p.HD
TV.X264-DIMENSION.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:15:22
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79130783/3b5abe4/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.part2.rar.html">http://hotfile.com/dl/79130783/3b5abe4/Greys.Anatomy.S07E06.720p.HD
TV.X264-DIMENSION.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:15:26
PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/77598695/faa5ff6/Grey-
705.rar.html">http://hotfile.com/dl/77598695/faa5ff6/Grey-705.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Dat
e: 11/11/2010 7:15:32 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79121882/2ce1547/Grey-
706.rar.html">http://hotfile.com/dl/79121882/2ce1547/Grey-706.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
11/11/2010 7:15:37 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79047458/cc3f4e6/Greys_Anatomy_S07E06_HDTV_XviD-LOL.UppedBy-
Funty-www.Hotfile-
Movies.com.part2.rar.html">http://hotfile.com/dl/79047458/cc3f4e6/Greys_Anatomy_S07E06_HDTV_X
viD-LOL.UppedBy-Funty-www.Hotfile-Movies.com.part2.rar.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
11/11/2010 7:15:43 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79048009/f1f3b79/Greys_Anatomy_S07E06_HDTV_XviD-LOL.UppedBy-
Funty-www.Hotfile-
Movies.com.part1.rar.html">http://hotfile.com/dl/79048009/f1f3b79/Greys_Anatomy_S07E06_HDTV_X
viD-LOL.UppedBy-Funty-www.Hotfile-Movies.c
om.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 11/11/2010 7:15:48 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79163183/a961286/Greys.Anatomy.S07E06_--WarezLeech.net--
.rar.html">http://hotfile.com/dl/79163183/a961286/Greys.Anatomy.S07E06_--WarezLeech.net--
.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 11/11/2010 7:15:53 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79403846/d8f060d/greys.anatomy.706.hdtv-
lol.rar.html">http://hotfile.com/dl/79403846/d8f060d/greys.anatomy.706.hdtv-
lol.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:15:58 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79031822/c18ec12/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi">http://hotfile.com/dl/79031822/c18ec12/Greys.Anatomy.S07E06.HDTV.X
viD-LOL.avi</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:16:03 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79086192/4597293/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi.html">http://hotfile.com/dl/79086192/4597293/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:16:08 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79368625/84c3cf9/Greys.Anatomy.S07E06.720p.HDTV.X264.DIMENSION.mk
v.html">http://hotfile.com/dl/79368625/84c3cf9/Greys.Anatomy.S07E06.720p.HDTV.X264.DIMENSION.

18

HF00527101

mkv.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 11/11/2010 7:16:13 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79017731/03a49bd/greys.anatomy.706.hdtv-
lol.avi.html">http://hotfile.com/dl/79017731/03a49bd/greys.an
 atomy.706.hdtv-lol.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 11/11/2010 7:16:18
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/74697350/1740076/Greys.Anatomy.S07E03.720p.HDTV.X264-
DIMENSION.part3.rar.html">http://hotfile.com/dl/74697350/1740076/Greys.Anatomy.S07E03.720p.HD
TV.X264-DIMENSION.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:16:23
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/74697346/a3a6d38/Greys.Anatomy.S07E03.720p.HDTV.X264-
DIMENSION.part2.rar.html">http://hotfile.com/dl/74697346/a3a6d38/Greys.Anatomy.S07E03.720p.HD
TV.X264-DIMENSION.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:16:28
PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/74697352/1763335/Greys.Anatomy.S07E03.7
 20p.HDTV.X264-
DIMENSION.part1.rar.html">http://hotfile.com/dl/74697352/1763335/Greys.Anatomy.S07E03.720p.HD
TV.X264-DIMENSION.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:16:33
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/77621217/91f0d77/Greys.Anatomy.S07E05.HDTV.XviD-
LOL.rar.html">http://hotfile.com/dl/77621217/91f0d77/Greys.Anatomy.S07E05.HDTV.XviD-
LOL.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:16:38 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79031744/76d7f7c/greys.anatomy.706.hdtv-
lol.rar.html">http://hotfile.com/dl/79031744/76d7f7c/greys.anatomy.706.hdtv-
lol.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:16:51 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79076756/32
 381d4/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi.html">http://hotfile.com/dl/79076756/32381d4/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:17:07 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79065640/2bc7738/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.rar.html">http://hotfile.com/dl/79065640/2bc7738/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:17:31 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79064898/9dfc927/my.S07E06.HDTV.XviD-
LOL.part1.rar">http://hotfile.com/dl/79064898/9dfc927/my.S07E06.HDTV.XviD-
LOL.part1.rar</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:17:48 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79064978/5fd618a/my.S
 07E06.HDTV.XviD-LOL.part2.rar">http://hotfile.com/dl/79064978/5fd618a/my.S07E06.HDTV.XviD-
LOL.part2.rar</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:18:02 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79065151/49f450b/my.S07E06.HDTV.XviD-
LOL.part3.rar">http://hotfile.com/dl/79065151/49f450b/my.S07E06.HDTV.XviD-
LOL.part3.rar</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:18:15 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79065172/3882b13/my.S07E06.HDTV.XviD-
LOL.part4.rar">http://hotfile.com/dl/79065172/3882b13/my.S07E06.HDTV.XviD-
LOL.part4.rar</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:18:25 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79086838/72c6428/GreysA.7.06.part1.rar.html">http://hotfile.com/d
l/7908

19

CONFIDENTIAL

HF00527102

6838/72c6428/GreysA.7.06.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:18:38 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/79086844/aa8e21e/GreysA.7.06.part2.rar.html">http://hotfile.com/dl/79086844/aa8e21e/GreysA.7.06.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:18:47 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/79086889/f2c2b56/GreysA.7.06.part3.rar.html">http://hotfile.com/dl/79086889/f2c2b56/GreysA.7.06.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:18:54 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/79020497/b64f3aa/IRFree.com-Greys.Anatomy.S07E06.720p.HDTV.X264-DIMENSION.mkv.html">http://hotfile.com/dl/79020497/b64f3aa/IRFree.com-Greys.Anatomy.S07E06.720p.HDT V.X264-DIMENSION.mkv.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:19:02 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/79017994/139c716/IRFree.com-greys.anatomy.706.hdtv-lol.avi.html">http://hotfile.com/dl/79017994/139c716/IRFree.com-greys.anatomy.706.hdtv-lol.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:19:10 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/79047631/ba21fbe/IRFree.com-greys.anatomy.706.hdtv-lol.avi.html">http://hotfile.com/dl/79047631/ba21fbe/IRFree.com-greys.anatomy.706.hdtv-lol.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:19:31 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/74553692/54131a9/Greys.Anatomy.S07E03.HDTV.XviD-2HD.avi.html">http://hotfile.com/dl/74553692/5413 1a9/Greys.Anatomy.S07E03.HD

CONFIDENTIAL

HF00527103

| From: | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
|---|---|
| Sent: | Wednesday, September 08, 2010 6:26 PM |
| To: | abuse@hotfile.com |
| Subject: | Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 4910] (TMS) |

Importance:          High

Wednesday, September 08, 2010

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4910 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Camp Rock 2: The Final Jam*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/64894060/d7f25be/CRock2FJ_dan-ger-ous_warezleech.net.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:01 AM)*

http://hotfile.com/dl/64894059/4d9a0e0/CRock2FJ_dan-ger-ous_warezleech.net.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:02 AM)*

http://hotfile.com/dl/64894062/b78a52b/CRock2FJ_dan-ger-ous_warezleech.net.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:03 AM)*

http://hotfile.com/dl/64894061/c2d175f/CRock2FJ_dan-ger-ous_warezleech.net.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:04 AM)*

http://hotfile.com/dl/64986369/f8b8e74/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-

1

CONFIDENTIAL                                                                      HF00563987

TASTE.Nauf-Team_DAYN-dayn.org.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:10:05 AM)

http://hotfile.com/dl/64988177/ed9ac58/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-
TASTE.Nauf-Team_DAYN-dayn.org.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:10:06 AM)

http://hotfile.com/dl/64989915/7729321/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-
TASTE.Nauf-Team_DAYN-dayn.org.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:10:07 AM)

http://hotfile.com/dl/64991930/2f05369/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-
TASTE.Nauf-Team_DAYN-dayn.org.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:10:08 AM)

http://hotfile.com/dl/64783979/9799233/ff-camrock2.dvdrip.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:10:08 AM)

http://hotfile.com/dl/64783977/688ecf4/ff-camrock2.dvdrip.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:10:09 AM)

http://hotfile.com/dl/64783988/0b48a23/ff-camrock2.dvdrip.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:10:10 AM)

http://hotfile.com/dl/64783989/38f7b82/ff-camrock2.dvdrip.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:10:11 AM)

http://hotfile.com/dl/64783986/e1ccb99/ff-camrock2.dvdrip.part7.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:10:12 AM)

http://hotfile.com/dl/64783978/530c125/ff-camrock2.dvdrip.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:10:14 AM)

http://hotfile.com/dl/64783980/2b4e0d1/ff-camrock2.dvdrip.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:10:15 AM)

http://hotfile.com/dl/64783983/fce6a2d/ff-camrock2.dvdrip.part8.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:10:15 AM)

http://hotfile.com/dl/65001779/2f71ac5/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-
FREE.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:10:16 AM)

CONFIDENTIAL

HF00563988

http://hotfile.com/dl/65004056/a1cb519/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:18 AM)*

http://hotfile.com/dl/65004976/ab74e08/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:18 AM)*

http://hotfile.com/dl/65005262/86b6a50/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:19 AM)*

http://hotfile.com/dl/65240433/eb2fcd9/crtfj.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:20 AM)*

http://hotfile.com/dl/65240404/ed8d517/crtfj.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:21 AM)*

http://hotfile.com/dl/65240511/abf02ea/crtfj.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:22 AM)*

http://hotfile.com/dl/65240430/4095cd1/crtfj.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:24 AM)*

http://hotfile.com/dl/65240552/914ae6f/crtfj.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:24 AM)*

http://hotfile.com/dl/65240379/dfd4a60/crtfj.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:25 AM)*

http://hotfile.com/dl/65240470/f918ceb/crtfj.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:26 AM)*

http://hotfile.com/dl/65240246/a969811/crtfj.part8.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:27 AM)*

http://hotfile.com/dl/65245866/2214a14/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:28 AM)*

http://hotfile.com/dl/65246276/806fa2d/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part2.rar.html

3

CONFIDENTIAL

HF00563989

*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:33 AM)*

http://hotfile.com/dl/65004988/1414e29/Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:39 AM)*

http://hotfile.com/dl/65180065/c6fa2a9/XpirateX.CR2.tfj.RP-taste.avi.part1.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:44 AM)*

http://hotfile.com/dl/65179980/07808d7/XpirateX.CR2.tfj.RP-taste.avi.part4.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:49 AM)*

http://hotfile.com/dl/65180024/e7f678c/XpirateX.CR2.tfj.RP-taste.avi.part2.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:54 AM)*

http://hotfile.com/dl/65179963/5163236/XpirateX.CR2.tfj.RP-taste.avi.part3.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:00 AM)*

http://hotfile.com/dl/65177962/fe6beac/EZ20-20CR2TFJRPTASTE20by20BanneD.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:06 AM)*

http://hotfile.com/dl/65178009/13c28aa/EZ20-20CR2TFJRPTASTE20by20BanneD.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:15 AM)*

http://hotfile.com/dl/65177905/3fd8d96/EZ20-20CR2TFJRPTASTE20by20BanneD.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:20 AM)*

http://hotfile.com/dl/64672738/f207391/Camp.Rock.2.2010.DVDRip.XViD-MAGNET.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:26 AM)*

http://hotfile.com/dl/64672736/a64ba89/Camp.Rock.2.2010.DVDRip.XViD-MAGNET.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:31 AM)*

http://hotfile.com/dl/64683799/b1000e2/Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:36 AM)*

http://hotfile.com/dl/64758481/5a5f2d8/www.DirectLinkSpot.com_Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:42 AM)*

http://hotfile.com/dl/64772086/a3ebed9/CR2-REPACK.DVDRip-MAGNET.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:47 AM)*

CONFIDENTIAL                                                                                     HF00563990

http://hotfile.com/dl/64772087/1f5a08a/CR2-REPACK.DVDRip-MAGNET.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:52 AM)*

http://hotfile.com/dl/64772436/288f557/CR2-REPACK.DVDRip-MAGNET.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:59 AM)*

http://hotfile.com/dl/64772085/32ad6cd/CR2-REPACK.DVDRip-MAGNET.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:05 AM)*

http://hotfile.com/dl/64772440/d2d1690/CR2-REPACK.DVDRip-MAGNET.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:10 AM)*

http://hotfile.com/dl/64772442/1dd8fe0/CR2-REPACK.DVDRip-MAGNET.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:15 AM)*

http://hotfile.com/dl/64772475/c3c5958/CR2-REPACK.DVDRip-MAGNET.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:22 AM)*

http://hotfile.com/dl/64758725/4c2bff8/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:27 AM)*

http://hotfile.com/dl/64758764/3191a34/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:33 AM)*

http://hotfile.com/dl/64757649/a487a70/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:38 AM)*

http://hotfile.com/dl/64758184/e3f35f1/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:43 AM)*

http://hotfile.com/dl/64758238/246da6e/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:49 AM)*

http://hotfile.com/dl/64758727/fc5cb77/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:54 AM)*

http://hotfile.com/dl/64758409/8acd806/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:59 AM)*

http://hotfile.com/dl/64809762/bd96c34/Li.rock.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:04 AM)*

5

HF00563991

http://hotfile.com/dl/64809869/f6180a4/Li.rock.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:09 AM)*

http://hotfile.com/dl/65025286/c2c96e9/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:14 AM)*

http://hotfile.com/dl/65025573/23d5bb5/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:19 AM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/64894060/d7f25be/CRock2FJ_dan-ger-ous_warezleech.net.part1.rar.html
http://hotfile.com/dl/64894059/4d9a0e0/CRock2FJ_dan-ger-ous_warezleech.net.part2.rar.html
http://hotfile.com/dl/64894062/b78a52b/CRock2FJ_dan-ger-ous_warezleech.net.part3.rar.html
http://hotfile.com/dl/64894061/c2d175f/CRock2FJ_dan-ger-ous_warezleech.net.part4.rar.html
http://hotfile.com/dl/64986369/f8b8e74/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part1.rar.html
http://hotfile.com/dl/64988177/ed9ac58/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part2.rar.html
http://hotfile.com/dl/64989915/7729321/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part3.rar.html
http://hotfile.com/dl/64991930/2f05369/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part4.rar.html
http://hotfile.com/dl/64783979/9799233/ff-camrock2.dvdrip.part2.rar.html
http://hotfile.com/dl/64783977/688ecf4/ff-camrock2.dvdrip.part1.rar.html
http://hotfile.com/dl/64783988/0b48a23/ff-camrock2.dvdrip.part3.rar.html
http://hotfile.com/dl/64783989/38f7b82/ff-camrock2.dvdrip.part4.rar.html
http://hotfile.com/dl/64783986/e1ccb99/ff-camrock2.dvdrip.part7.rar.html

6

HF00563992

http://hotfile.com/dl/64783978/530c125/ff-camrock2.dvdrip.part5.rar.html
http://hotfile.com/dl/64783980/2b4e0d1/ff-camrock2.dvdrip.part6.rar.html
http://hotfile.com/dl/64783983/fce6a2d/ff-camrock2.dvdrip.part8.rar.html
http://hotfile.com/dl/65001779/2f71ac5/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part1.rar.html
http://hotfile.com/dl/65004056/a1cb519/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part2.rar.html
http://hotfile.com/dl/65004976/ab74e08/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part3.rar.html
http://hotfile.com/dl/65005262/86b6a50/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part4.rar.html
http://hotfile.com/dl/65240433/eb2fcd9/crtfj.part2.rar.html
http://hotfile.com/dl/65240404/ed8d517/crtfj.part1.rar.html
http://hotfile.com/dl/65240511/abf02ea/crtfj.part3.rar.html
http://hotfile.com/dl/65240430/4095cd1/crtfj.part4.rar.html
http://hotfile.com/dl/65240552/914ae6f/crtfj.part5.rar.html
http://hotfile.com/dl/65240379/dfd4a60/crtfj.part6.rar.html
http://hotfile.com/dl/65240470/f918ceb/crtfj.part7.rar.html
http://hotfile.com/dl/65240246/a969811/crtfj.part8.rar.html
http://hotfile.com/dl/65245866/2214a14/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part1.rar.html
http://hotfile.com/dl/65246276/806fa2d/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part2.rar.html
http://hotfile.com/dl/65004988/1414e29/Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.rar.html
http://hotfile.com/dl/65180065/c6fa2a9/XpirateX.CR2.tfj.RP-taste.avi.part1.rar
http://hotfile.com/dl/65179980/07808d7/XpirateX.CR2.tfj.RP-taste.avi.part4.rar
http://hotfile.com/dl/65180024/e7f678c/XpirateX.CR2.tfj.RP-taste.avi.part2.rar
http://hotfile.com/dl/65179963/5163236/XpirateX.CR2.tfj.RP-taste.avi.part3.rar
http://hotfile.com/dl/65177962/fe6beac/EZ20-20CR2TFJRPTASTE20by20BanneD.part1.rar.html
http://hotfile.com/dl/65178009/13c28aa/EZ20-20CR2TFJRPTASTE20by20BanneD.part2.rar.html
http://hotfile.com/dl/65177905/3fd8d96/EZ20-20CR2TFJRPTASTE20by20BanneD.part4.rar.html
http://hotfile.com/dl/64672738/f207391/Camp.Rock.2.2010.DVDRip.XViD-MAGNET.part1.rar.html
http://hotfile.com/dl/64672736/a64ba89/Camp.Rock.2.2010.DVDRip.XViD-MAGNET.part2.rar.html
http://hotfile.com/dl/64683799/b1000e2/Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.avi.html
http://hotfile.com/dl/64758481/5a5f2d8/www.DirectLinkSpot.com_Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.avi.html
http://hotfile.com/dl/64772086/a3ebed9/CR2-REPACK.DVDRip-MAGNET.part2.rar.html
http://hotfile.com/dl/64772087/1f5a08a/CR2-REPACK.DVDRip-MAGNET.part1.rar.html
http://hotfile.com/dl/64772436/288f557/CR2-REPACK.DVDRip-MAGNET.part4.rar.html
http://hotfile.com/dl/64772085/32ad6cd/CR2-REPACK.DVDRip-MAGNET.part3.rar.html
http://hotfile.com/dl/64772440/d2d1690/CR2-REPACK.DVDRip-MAGNET.part5.rar.html
http://hotfile.com/dl/64772442/1dd8fe0/CR2-REPACK.DVDRip-MAGNET.part6.rar.html
http://hotfile.com/dl/64772475/c3c5958/CR2-REPACK.DVDRip-MAGNET.part7.rar.html
http://hotfile.com/dl/64758725/4c2bff8/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part1.rar.html
http://hotfile.com/dl/64758764/3191a34/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part3.rar.html
http://hotfile.com/dl/64757649/a487a70/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part2.rar.html
http://hotfile.com/dl/64758184/e3f35f1/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part4.rar.html
http://hotfile.com/dl/64758238/246da6e/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part5.rar.html
http://hotfile.com/dl/64758727/fc5cb77/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part6.rar.html
http://hotfile.com/dl/64758409/8acd806/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part7.rar.html
http://hotfile.com/dl/64809762/bd96c34/Li.rock.part1.rar.html

7

HF00563993

http://hotfile.com/dl/64809869/f6180a4/Li.rock.part2.rar.html
http://hotfile.com/dl/65025286/c2c96e9/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part1.rar.html
http://hotfile.com/dl/65025573/23d5bb5/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part2.rar.html

-------------------

8

CONFIDENTIAL

HF00563994

| | |
|---|---|
| **From:** | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| **Sent:** | Thursday, September 30, 2010 10:09 AM |
| **To:** | abuse@hotfile.com |
| **Subject:** | Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 5080] (TMS) |

**Importance:**      High

Thursday, September 30, 2010

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:5080 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Sorcerer's Apprentice, The (FIX)*, *Secret Life of the American Teenager 2*, *Wall-E*, *Hannah Montana 3*, *Last Song, The*, *Camp Rock 2: The Final Jam*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/56291252/58beed1/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:52 AM)*

http://hotfile.com/dl/56338377/51fc37e/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:59 AM)*

http://hotfile.com/dl/56332969/3a2348a/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:31:06 AM)*

http://hotfile.com/dl/56348865/f9097fb/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:31:12 AM)*

1

CONFIDENTIAL

HF00619231

http://hotfile.com/dl/56375467/9999e5c/www.bayw.org.the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid.fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 1:31:19 AM)

http://hotfile.com/dl/56300296/cd7c912/tslotat.s03e07.hdtv.xvid-fqm.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 1:31:24 AM)

http://hotfile.com/dl/56300609/97a7af1/tslotat.s03e07.hdtv.xvid-fqm.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 1:31:30 AM)

http://hotfile.com/dl/56285181/f2d1915/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 1:31:36 AM)

http://hotfile.com/dl/56225400/c8702f1/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 1:31:42 AM)

http://hotfile.com/dl/56225472/c4eb9c2/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 1:31:49 AM)

http://hotfile.com/dl/56225633/3e82821/www.DirectLinkSpot.com_the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 1:31:55 AM)

http://hotfile.com/dl/56225886/cc7bbef/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 1:32:00 AM)

http://hotfile.com/dl/56226153/8bb1fe9/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 1:32:07 AM)

http://hotfile.com/dl/56226197/1feb587/the.secret.life.of.the.american.teenager.s03e06.hdtv.xvid-fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 1:32:13 AM)

http://hotfile.com/dl/56237400/51f93f0/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 1:32:20 AM)

http://hotfile.com/dl/56283932/7dfebc4/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 1:32:26 AM)

http://hotfile.com/dl/56287000/0e56d2b/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 1:32:32 AM)

2

CONFIDENTIAL

HF00619232

http://hotfile.com/dl/56298614/e4f45a0/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:39 AM)*

http://hotfile.com/dl/56298667/2c92701/the.secret.life.of.the.american.teenager.s03e07.720p.hdtv.x264-ctu.mkv
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:45 AM)*

http://hotfile.com/dl/56333249/eb80c2d/tscrtlofantn.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:51 AM)*

http://hotfile.com/dl/56445194/6739e26/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:58 AM)*

http://hotfile.com/dl/56445171/239ee8c/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:33:03 AM)*

http://hotfile.com/dl/54474222/9ae5744/the.secret.life.of.the.american.teenager.s03e06.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:33:09 AM)*

http://hotfile.com/dl/54474416/22c6d8d/The.Secret.Life.of.the.American.Teenager.S03E06.She.Went.That.Away.HDTV.XviD-FQM.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:33:18 AM)*

http://hotfile.com/dl/54474558/4c9fcd2/The.Secret.Life.of.the.American.Teenager.S03E06.She.Went.That.Away.HDTV.XviD-FQM.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:33:26 AM)*

http://hotfile.com/dl/8067481/4baf0d2/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.003.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:57:08 PM)*

http://hotfile.com/dl/8067469/7f90c1c/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.001.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:57:21 PM)*

http://hotfile.com/dl/8067478/e629b74/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.002.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:57:28 PM)*

http://hotfile.com/dl/8068346/3b996ec/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.001.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:57:34 PM)*

http://hotfile.com/dl/8067527/cff020b/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.004.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:57:48 PM)*

3

CONFIDENTIAL

HF00619233

http://hotfile.com/dl/8068358/644f9b8/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.002.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:57:57 PM)*

http://hotfile.com/dl/8068374/590826a/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.003.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:58:02 PM)*

http://hotfile.com/dl/8068376/beaec7c/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.004.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:58:06 PM)*

http://hotfile.com/dl/8068740/d8d4215/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.001.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:58:21 PM)*

http://hotfile.com/dl/8068760/810a6c4/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.002.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:58:27 PM)*

http://hotfile.com/dl/8068762/13fcdad/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.003.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:58:34 PM)*

http://hotfile.com/dl/58078336/363f960/walle.part02.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:58:39 PM)*

http://hotfile.com/dl/58078337/bb5089a/walle.part04.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:58:55 PM)*

http://hotfile.com/dl/58078335/59ecc8b/walle.part01.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:59:08 PM)*

http://hotfile.com/dl/58078338/a216907/walle.part05.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:59:18 PM)*

http://hotfile.com/dl/58078339/c25d6c6/walle.part03.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:59:28 PM)*

http://hotfile.com/dl/58078340/339ae45/walle.part08.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:59:38 PM)*

http://hotfile.com/dl/58078343/6edc902/walle.part09.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:59:43 PM)*

http://hotfile.com/dl/58078341/532782b/walle.part07.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:59:49 PM)*

4

HF00619234

http://hotfile.com/dl/58078342/45cd802/walle.part06.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:00:10 PM)*

http://hotfile.com/dl/58078344/25302cc/walle.part10.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:00:18 PM)*

http://hotfile.com/dl/58079061/5100d07/walle.part12.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:00:30 PM)*

http://hotfile.com/dl/58079060/c05afcb/walle.part11.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:00:48 PM)*

http://hotfile.com/dl/58079076/183ad45/walle.part13.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:00:58 PM)*

http://hotfile.com/dl/58079077/62d94f0/walle.part14.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:01:16 PM)*

http://hotfile.com/dl/58079085/01c4eac/walle.part15.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:01:23 PM)*

http://hotfile.com/dl/58079088/3ad1485/walle.part16.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:01:30 PM)*

http://hotfile.com/dl/58079100/1bdca8c/walle.part17.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:01:36 PM)*

http://hotfile.com/dl/58079103/5f3f10a/walle.part18.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:01:51 PM)*

http://hotfile.com/dl/58079107/58eb205/walle.part19.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:01:57 PM)*

http://hotfile.com/dl/54314789/15223aa/hannah.montana.s04e01_Tachoz.net.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:02:02 PM)*

http://hotfile.com/dl/54314769/a6d7be3/hannah.montana.s04e01_Tachoz.net.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:02:16 PM)*

http://hotfile.com/dl/48563400/348e182/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:02:22 PM)*

5

CONFIDENTIAL

HF00619235

http://hotfile.com/dl/48563544/bd8ba08/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:02:27 PM)

http://hotfile.com/dl/48563551/e8f5ff3/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:02:32 PM)

http://hotfile.com/dl/48563545/1e58508/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:02:37 PM)

http://hotfile.com/dl/48563552/2f75490/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:02:51 PM)

http://hotfile.com/dl/48563554/c6ad12d/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:02:56 PM)

http://hotfile.com/dl/48599046/d1a4c28/TLS.2010.TS.XviD-PrisM.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:03:02 PM)

http://hotfile.com/dl/48598850/0cafbc8/TLS.2010.TS.XviD-PrisM.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:03:17 PM)

http://hotfile.com/dl/48598790/cfd95e2/TLS.2010.TS.XviD-PrisM.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:03:23 PM)

http://hotfile.com/dl/48599233/b422c0f/TLS.2010.TS.XviD-PrisM.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:03:29 PM)

http://hotfile.com/dl/48599772/26f13ff/TLS.2010.TS.XviD-PrisM.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:03:43 PM)

http://hotfile.com/dl/48599216/b1b490c/TLS.2010.TS.XviD-PrisM.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:03:51 PM)

http://hotfile.com/dl/48734786/a3fb428/T.L.S_Ts_XviD_By_RpL_Team-RPR.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:04:09 PM)

http://hotfile.com/dl/48734944/b84b266/T.L.S_Ts_XviD_By_RpL_Team-RPR.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:04:16 PM)

http://hotfile.com/dl/48734657/5363496/T.L.S_Ts_XviD_By_RpL_Team-RPR.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:04:24 PM)

6

HF00619236

http://hotfile.com/dl/48735032/03dcc61/T.L.S_Ts_XviD_By_RpL_Team-RPR.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:04:45 PM)*

http://hotfile.com/dl/65178061/3e4c38d/EZ20-20CR2TFJRPTASTE20by20BanneD.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:10 AM)*

http://hotfile.com/dl/64952966/71203b2/camp.rock.2.the.final.jam.RP-taste.part1.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:25 AM)*

http://hotfile.com/dl/64953003/bfcedc0/camp.rock.2.the.final.jam.RP-taste.part2.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:35 AM)*

http://hotfile.com/dl/64952819/99e9f8b/camp.rock.2.the.final.jam.RP-taste.part4.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:39 AM)*

http://hotfile.com/dl/70334428/ec8245e/Camp.Rock.2.DVDrip.cz.p67.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 9/29/2010 10:56:31 PM)*

http://hotfile.com/dl/70336504/738c85c/Camp.Rock.2.DVDrip.cz.p67.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 9/29/2010 10:56:36 PM)*

http://hotfile.com/dl/70433900/2db78e6/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 9/29/2010 10:56:41 PM)*

http://hotfile.com/dl/70435679/2417e3c/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 9/29/2010 10:56:46 PM)*

http://hotfile.com/dl/70435786/a179c06/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 9/29/2010 10:56:52 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank, CA, 91521

7

CONFIDENTIAL

HF00619237

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/56291252/58beed1/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part3.rar.html
http://hotfile.com/dl/56338377/51fc37e/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56332969/3a2348a/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56348865/f9097fb/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56375467/9999e5c/www.bayw.org.the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid.fqm.avi.html
http://hotfile.com/dl/56300296/cd7c912/tslotat.s03e07.hdtv.xvid-fqm.part1.rar.html
http://hotfile.com/dl/56300609/97a7af1/tslotat.s03e07.hdtv.xvid-fqm.part2.rar.html
http://hotfile.com/dl/56285181/f2d1915/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56225400/c8702f1/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56225472/c4eb9c2/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.avi.html
http://hotfile.com/dl/56225633/3e82821/www.DirectLinkSpot.com_the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56225886/cc7bbef/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56226153/8bb1fe9/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56226197/1feb587/the.secret.life.of.the.american.teenager.s03e06.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56237400/51f93f0/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56283932/7dfebc4/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56287000/0e56d2b/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56298614/e4f45a0/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi
http://hotfile.com/dl/56298667/2c92701/the.secret.life.of.the.american.teenager.s03e07.720p.hdtv.x264-ctu.mkv
http://hotfile.com/dl/56333249/eb80c2d/tscrtlofantn.rar.html
http://hotfile.com/dl/56445194/6739e26/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.part2.rar.html
http://hotfile.com/dl/56445171/239ee8c/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.part1.rar.html
http://hotfile.com/dl/54474222/9ae5744/the.secret.life.of.the.american.teenager.s03e06.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/54474416/22c6d8d/The.Secret.Life.of.the.American.Teenager.S03E06.She.Went.That.Away.HDTV.XviD-FQM.part1.rar.html
http://hotfile.com/dl/54474558/4c9fcd2/The.Secret.Life.of.the.American.Teenager.S03E06.She.Went.That.Away.HDTV.XviD-FQM.part2.rar.html
http://hotfile.com/dl/8067481/4baf0d2/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.003.html
http://hotfile.com/dl/8067469/7f90c1c/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.001.html
http://hotfile.com/dl/8067478/e629b74/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.002.html
http://hotfile.com/dl/8068346/3b996ec/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.001.html
http://hotfile.com/dl/8067527/cff020b/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.004.html
http://hotfile.com/dl/8068358/644f9b8/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.002.html
http://hotfile.com/dl/8068374/590826a/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.003.html
http://hotfile.com/dl/8068376/beaec7c/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.004.html
http://hotfile.com/dl/8068740/d8d4215/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.001.html
http://hotfile.com/dl/8068760/810a6c4/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.002.html
http://hotfile.com/dl/8068762/13fcdad/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.003.html
http://hotfile.com/dl/58078336/363f960/walle.part02.rar.html

8

CONFIDENTIAL

HF00619238

http://hotfile.com/dl/58078337/bb5089a/walle.part04.rar.html
http://hotfile.com/dl/58078335/59ecc8b/walle.part01.rar.html
http://hotfile.com/dl/58078338/a216907/walle.part05.rar.html
http://hotfile.com/dl/58078339/c25d6c6/walle.part03.rar.html
http://hotfile.com/dl/58078340/339ae45/walle.part08.rar.html
http://hotfile.com/dl/58078343/6edc902/walle.part09.rar.html
http://hotfile.com/dl/58078341/532782b/walle.part07.rar.html
http://hotfile.com/dl/58078342/45cd802/walle.part06.rar.html
http://hotfile.com/dl/58078344/25302cc/walle.part10.rar.html
http://hotfile.com/dl/58079061/5100d07/walle.part12.rar.html
http://hotfile.com/dl/58079060/c05afcb/walle.part11.rar.html
http://hotfile.com/dl/58079076/183ad45/walle.part13.rar.html
http://hotfile.com/dl/58079077/62d94f0/walle.part14.rar.html
http://hotfile.com/dl/58079085/01c4eac/walle.part15.rar.html
http://hotfile.com/dl/58079088/3ad1485/walle.part16.rar.html
http://hotfile.com/dl/58079100/1bdca8c/walle.part17.rar.html
http://hotfile.com/dl/58079103/5f3f10a/walle.part18.rar.html
http://hotfile.com/dl/58079107/58eb205/walle.part19.rar.html
http://hotfile.com/dl/54314789/15223aa/hannah.montana.s04e01_Tachoz.net.part1.rar.html
http://hotfile.com/dl/54314769/a6d7be3/hannah.montana.s04e01_Tachoz.net.part2.rar.html
http://hotfile.com/dl/48563400/348e182/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part6.rar.html
http://hotfile.com/dl/48563544/bd8ba08/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part5.rar.html
http://hotfile.com/dl/48563551/e8f5ff3/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part1.rar.html
http://hotfile.com/dl/48563545/1e58508/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part3.rar.html
http://hotfile.com/dl/48563552/2f75490/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part2.rar.html
http://hotfile.com/dl/48563554/c6ad12d/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part4.rar.html
http://hotfile.com/dl/48599046/d1a4c28/TLS.2010.TS.XviD-PrisM.part4.rar.html
http://hotfile.com/dl/48598850/0cafbc8/TLS.2010.TS.XviD-PrisM.part2.rar.html
http://hotfile.com/dl/48598790/cfd95e2/TLS.2010.TS.XviD-PrisM.part1.rar.html
http://hotfile.com/dl/48599233/b422c0f/TLS.2010.TS.XviD-PrisM.part6.rar.html
http://hotfile.com/dl/48599772/26f13ff/TLS.2010.TS.XviD-PrisM.part3.rar.html
http://hotfile.com/dl/48599216/b1b490c/TLS.2010.TS.XviD-PrisM.part5.rar.html
http://hotfile.com/dl/48734786/a3fb428/T.L.S_Ts_XviD_By_RpL_Team-RPR.part2.rar.html
http://hotfile.com/dl/48734944/b84b266/T.L.S_Ts_XviD_By_RpL_Team-RPR.part3.rar.html
http://hotfile.com/dl/48734657/5363496/T.L.S_Ts_XviD_By_RpL_Team-RPR.part1.rar.html
http://hotfile.com/dl/48735032/03dcc61/T.L.S_Ts_XviD_By_RpL_Team-RPR.part4.rar.html
http://hotfile.com/dl/65178061/3e4c38d/EZ20-20CR2TFJRPTASTE20by20BanneD.part3.rar.html
http://hotfile.com/dl/64952966/71203b2/camp.rock.2.the.final.jam.RP-taste.part1.rar
http://hotfile.com/dl/64953003/bfcedc0/camp.rock.2.the.final.jam.RP-taste.part2.rar
http://hotfile.com/dl/64952819/99e9f8b/camp.rock.2.the.final.jam.RP-taste.part4.rar
http://hotfile.com/dl/70334428/ec8245e/Camp.Rock.2.DVDrip.cz.p67.part1.rar.html
http://hotfile.com/dl/70336504/738c85c/Camp.Rock.2.DVDrip.cz.p67.part2.rar.html
http://hotfile.com/dl/70433900/2db78e6/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part1.rar.html
http://hotfile.com/dl/70435679/2417e3c/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part2.rar.html
http://hotfile.com/dl/70435786/a179c06/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part3.rar.html

--------------------

CONFIDENTIAL

HF00619239

| From: | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
|---|---|
| Sent: | Friday, October 08, 2010 5:51 PM |
| To: | abuse@hotfile.com |
| Cc: | Internet.Enforcement@disney.com |
| Subject: | Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 5164] (TMS) |
| | |
| Importance: | High |

Friday, October 08, 2010

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:5164 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Grey's Anatomy 6 (FIX)*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/40516788/a5f3446/_gre.ana.s06e20.hdtv.xvid-2hd.avi.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:11 AM)*

http://hotfile.com/dl/40517103/fcb5fee/_gre.ana.s06e20.hdtv.xvid-2hd.avi.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:13 AM)*

http://hotfile.com/dl/40524854/322df5c/_gre.ana.s06e20.hdtv.xvid-2hd.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:13 AM)*

http://hotfile.com/dl/40531822/0c0147d/Greys.Anatomy.S06E20.HDTV.XviD-2HD.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:14 AM)*

1

CONFIDENTIAL                                                                  HF00634791

http://hotfile.com/dl/14453163/f72571f/Greys.Anatomy.S06E04.HDTV.XviD-NoTV.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:15 AM)*

http://hotfile.com/dl/34654077/33bbf0c/DaGrAn.618.j8e7.part3.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:15 AM)*

http://hotfile.com/dl/34653906/98cbdab/DaGrAn.618.j8e7.part1.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:16 AM)*

http://hotfile.com/dl/34654117/895e7ee/DaGrAn.618.j8e7.part4.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:17 AM)*

http://hotfile.com/dl/34653986/5447683/DaGrAn.618.j8e7.part2.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:32 AM)*

http://hotfile.com/dl/43929691/d668966/G.A.6.23.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:24 AM)*

http://hotfile.com/dl/43929693/6ef2349/G.A.6.23.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:30 AM)*

http://hotfile.com/dl/43929694/6ef0129/G.A.6.23.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:32 AM)*

http://hotfile.com/dl/43929823/13e97bb/G.A.6.24.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:44 AM)*

http://hotfile.com/dl/43929826/6585c7f/G.A.6.24.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:45 AM)*

http://hotfile.com/dl/43929692/7bca2da/G.A.6.24.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:46 AM)*

http://hotfile.com/dl/43063537/8cac32d/greys.anatomy.s06e22.hdtv.xvid-2hd.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:49 AM)*

http://hotfile.com/dl/25250713/53ba924/GA.S06E12.1Link.wWw.Dark-ville.CoM.By.luisaca.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/12/2010 1:52:56 AM)*

http://hotfile.com/dl/24494836/c5405c8/EasyDll.org_Greys.Anatomy.S06E03.HDTV.XviD-2HD.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/13/2010 12:43:35 AM)*

2

CONFIDENTIAL

HF00634792

http://hotfile.com/dl/24496879/28f6f01/EasyDll.org_Greys.Anatomy.S06E11.HDTV.XviD-2HD.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/13/2010 12:43:41 AM)*

http://hotfile.com/dl/24495072/1ffd434/EasyDll.org_Greys.Anatomy.S06E11.HDTV.XviD-2HD.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/13/2010 12:43:46 AM)*

http://hotfile.com/dl/25855242/566bceb/Greys.Anatomy.S06E12.Hdtv.Xvid-2hd.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/13/2010 12:43:51 AM)*

http://hotfile.com/dl/25855252/26449f1/Greys.Anatomy.S06E12.Hdtv.Xvid-2hd.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/13/2010 12:43:53 AM)*

http://hotfile.com/dl/27472325/3e6407f/Greys.Anatomy.S06E13.HDTV.XviD-2HD.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/13/2010 12:43:55 AM)*

http://hotfile.com/dl/27472312/e568370/Greys.Anatomy.S06E13.HDTV.XviD-2HD.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/13/2010 12:43:56 AM)*

http://hotfile.com/dl/24275414/0983940/Greys.Anatomy.S06E11.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/17/2010 12:41:33 AM)*

http://hotfile.com/dl/24275974/d4a5e21/Greys.Anatomy.S06E11.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/17/2010 12:41:44 AM)*

http://hotfile.com/dl/45369389/c0ce1d8/Greys.Anatomy.S06E21.HDTV.XviD-NoTV.avi
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/18/2010 2:13:56 AM)*

http://hotfile.com/dl/43940031/b8580e1/_gre.ysan_atomys06e23.hdtv.xvid-2hd.avi.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/18/2010 2:13:58 AM)*

http://hotfile.com/dl/43959607/050f500/Greys.Anatomy.S06E24.HDTV.XviD-2HD.avi
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/18/2010 2:13:59 AM)*

http://hotfile.com/dl/43979721/b68ae89/Greys.Anatomy.S06E23.HDTV.XviD-2HD.avi
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/18/2010 2:14:00 AM)*

http://hotfile.com/dl/20802415/89ccc26/Greys.Anatomy-S06E04.avi.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/18/2010 2:14:01 AM)*

http://hotfile.com/dl/20802646/08feba0/Greys.Anatomy-S06E05.avi.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/18/2010 2:14:02 AM)*

CONFIDENTIAL

HF00634793

http://hotfile.com/dl/34691597/690f83f/6R4N.618.HDTV.NoTV.divxm.net.rar.html
*To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/23/2010 12:16:50 AM)

http://hotfile.com/dl/40529361/b6c9ba6/6R4N.620.720p.DIMENSION.divxm.net.rar.html
*To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/23/2010 12:16:51 AM)

http://hotfile.com/dl/40530103/55d219f/6R4N.620.HDTV.2HD.divxm.net.rar.html
*To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/23/2010 12:16:51 AM)

http://hotfile.com/dl/41665661/8a104b1/6R4N.621.720p.CTU.divxm.net.rar.html
*To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/23/2010 12:16:52 AM)

http://hotfile.com/dl/41666440/46cf6be/6R4N.621.HDTV.NoTV.divxm.net.rar.html
*To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/23/2010 12:16:52 AM)

http://hotfile.com/dl/42859374/19809f6/6R4N.622.HDTV.2HD.divxm.net.rar.html
*To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/23/2010 12:16:53 AM)

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/40516788/a5f3446/_gre.ana.s06e20.hdtv.xvid-2hd.avi.part2.rar.html
http://hotfile.com/dl/40517103/fcb5fee/_gre.ana.s06e20.hdtv.xvid-2hd.avi.part1.rar.html
http://hotfile.com/dl/40524854/322df5c/_gre.ana.s06e20.hdtv.xvid-2hd.avi.html
http://hotfile.com/dl/40531822/0c0147d/Greys.Anatomy.S06E20.HDTV.XviD-2HD.avi.html
http://hotfile.com/dl/14453163/f72571f/Greys.Anatomy.S06E04.HDTV.XviD-NoTV.avi.html
http://hotfile.com/dl/34654077/33bbf0c/DaGrAn.618.j8e7.part3.rar
http://hotfile.com/dl/34653906/98cbdab/DaGrAn.618.j8e7.part1.rar
http://hotfile.com/dl/34654117/895e7ee/DaGrAn.618.j8e7.part4.rar

4

CONFIDENTIAL

HF00634794

http://hotfile.com/dl/34653986/5447683/DaGrAn.618.j8e7.part2.rar
http://hotfile.com/dl/43929691/d668966/G.A.6.23.part1.rar.html
http://hotfile.com/dl/43929693/6ef2349/G.A.6.23.part3.rar.html
http://hotfile.com/dl/43929694/6ef0129/G.A.6.23.part2.rar.html
http://hotfile.com/dl/43929823/13e97bb/G.A.6.24.part2.rar.html
http://hotfile.com/dl/43929826/6585c7f/G.A.6.24.part3.rar.html
http://hotfile.com/dl/43929692/7bca2da/G.A.6.24.part1.rar.html
http://hotfile.com/dl/43063537/8cac32d/greys.anatomy.s06e22.hdtv.xvid-2hd.avi.html
http://hotfile.com/dl/25250713/53ba924/GA.S06E12.1Link.wWw.Dark-ville.CoM.By.luisaca.rar.html
http://hotfile.com/dl/24494836/c5405c8/EasyDll.org_Greys.Anatomy.S06E03.HDTV.XviD-2HD.part1.rar.html
http://hotfile.com/dl/24496879/28f6f01/EasyDll.org_Greys.Anatomy.S06E11.HDTV.XviD-2HD.part2.rar.html
http://hotfile.com/dl/24495072/1ffd434/EasyDll.org_Greys.Anatomy.S06E11.HDTV.XviD-2HD.part1.rar.html
http://hotfile.com/dl/25855242/566bceb/Greys.Anatomy.S06E12.Hdtv.Xvid-2hd.part2.rar.html
http://hotfile.com/dl/25855252/26449f1/Greys.Anatomy.S06E12.Hdtv.Xvid-2hd.part1.rar.html
http://hotfile.com/dl/27472325/3e6407f/Greys.Anatomy.S06E13.HDTV.XviD-2HD.part1.rar.html
http://hotfile.com/dl/27472312/e568370/Greys.Anatomy.S06E13.HDTV.XviD-2HD.part2.rar.html
http://hotfile.com/dl/24275414/0983940/Greys.Anatomy.S06E11.part1.rar.html
http://hotfile.com/dl/24275974/d4a5e21/Greys.Anatomy.S06E11.part2.rar.html
http://hotfile.com/dl/45369389/c0ce1d8/Greys.Anatomy.S06E21.HDTV.XviD-NoTV.avi
http://hotfile.com/dl/43940031/b8580e1/_gre.ysan_atomys06e23.hdtv.xvid-2hd.avi.html
http://hotfile.com/dl/43959607/050f500/Greys.Anatomy.S06E24.HDTV.XviD-2HD.avi
http://hotfile.com/dl/43979721/b68ae89/Greys.Anatomy.S06E23.HDTV.XviD-2HD.avi
http://hotfile.com/dl/20802415/89ccc26/Greys.Anatomy-S06E04.avi.html
http://hotfile.com/dl/20802646/08feba0/Greys.Anatomy-S06E05.avi.html
http://hotfile.com/dl/34691597/690f83f/6R4N.618.HDTV.NoTV.divxm.net.rar.html
http://hotfile.com/dl/40529361/b6c9ba6/6R4N.620.720p.DIMENSION.divxm.net.rar.html
http://hotfile.com/dl/40530103/55d219f/6R4N.620.HDTV.2HD.divxm.net.rar.html
http://hotfile.com/dl/41665661/8a104b1/6R4N.621.720p.CTU.divxm.net.rar.html
http://hotfile.com/dl/41666440/46cf6be/6R4N.621.HDTV.NoTV.divxm.net.rar.html
http://hotfile.com/dl/42859374/19809f6/6R4N.622.HDTV.2HD.divxm.net.rar.html


--------------------

CONFIDENTIAL

HF00634795

| | |
|---|---|
| **From:** | Disney MyTeam International [INTL.Portal@disney.com] on behalf of Internet Enforcement [Internet.Enforcement@disney.com] |
| **Sent:** | Friday, July 02, 2010 2:09 PM |
| **To:** | abuse@hotfile.com |
| **Subject:** | Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 4066] (TMS) |
| **Importance:** | High |

Friday, July 02, 2010

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4066 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Prince of Persia*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/46482538/ce79567/kingdom-poptsot.ts.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:28 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company

1

CONFIDENTIAL

HF00713068

500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/46482538/ce79567/kingdom-poptsot.ts.part6.rar.html

--------------------

2

CONFIDENTIAL

HF00713069

| From: | Disney MyTeam International [INTL.Portal@disney.com] on behalf of Internet Enforcement [Internet.Enforcement@disney.com] |
|---|---|
| Sent: | Friday, July 02, 2010 2:10 PM |
| To: | abuse@hotfile.com |
| Subject: | Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 4067] (TMS) |

Importance:     High

Friday, July 02, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4067 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Prince of Persia*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/46482502/c18012a/kingdom-poptsot.ts.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:31 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company

CONFIDENTIAL

HF00713071

500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/46482502/c18012a/kingdom-poptsot.ts.part3.rar.html

--------------------

HF00713072

| From: | Disney MyTeam International [INTL.Portal@disney.com] on behalf of Internet Enforcement [Internet.Enforcement@disney.com] |
|---|---|
| Sent: | Tuesday, August 24, 2010 3:54 PM |
| To: | abuse@hotfile.com |
| Subject: | Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 4698] (TMS) |
| Importance: | High |

Tuesday, August 24, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4698 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Last Song, The, Lost 6, Princess and the Frog, Prince of Persia, Sorcerer's Apprentice, The (FIX)*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/51462309/93dff1e/TLSong-ECO_Coder.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:12:49 PM)*

http://hotfile.com/dl/52859773/00e8fad/The_Last_Song_Coder.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:12:56 PM)*

http://hotfile.com/dl/52859756/c4a9b8d/The_Last_Song_Coder.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:13:04 PM)*

http://hotfile.com/dl/52859813/c1150f1/The_Last_Song_Coder.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:13:12 PM)*

1

CONFIDENTIAL

HF00820412

http://hotfile.com/dl/52859789/ff34943/The_Last_Song_Coder.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:13:18 PM)

http://hotfile.com/dl/52859803/e67743a/The_Last_Song_Coder.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:13:25 PM)

http://hotfile.com/dl/52859816/6ffd69b/The_Last_Song_Coder.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:13:32 PM)

http://hotfile.com/dl/53467666/2272b8d/TLSong-ECO_Coder.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:13:41 PM)

http://hotfile.com/dl/53467709/7acf0ef/TLSong-ECO_Coder.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:14:02 PM)

http://hotfile.com/dl/53467821/5f4c6f7/TLSong-ECO_Coder.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:14:12 PM)

http://hotfile.com/dl/53467778/68e6915/TLSong-ECO_Coder.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:14:25 PM)

http://hotfile.com/dl/53467924/9f8c714/TLSong-ECO_Coder.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:14:36 PM)

http://hotfile.com/dl/53467897/c2c4fc2/TLSong-ECO_Coder.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:14:47 PM)

http://hotfile.com/dl/53475756/ee4320d/The_Last_Song_Coder.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:14:58 PM)

http://hotfile.com/dl/53475641/901318a/The_Last_Song_Coder.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:15:08 PM)

http://hotfile.com/dl/53475713/4376204/The_Last_Song_Coder.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:15:18 PM)

http://hotfile.com/dl/53475816/5a0f99e/The_Last_Song_Coder.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:15:35 PM)

http://hotfile.com/dl/53475878/ec28bf0/The_Last_Song_Coder.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:15:48 PM)

CONFIDENTIAL

HF00820413

http://hotfile.com/dl/53475891/364b584/The_Last_Song_Coder.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:16:01 PM)*

http://hotfile.com/dl/54503113/cb376b7/TLSong-ECO_Coder.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:16:12 PM)*

http://hotfile.com/dl/54503094/aec4e1a/TLSong-ECO_Coder.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:16:22 PM)*

http://hotfile.com/dl/54503135/34f98b3/TLSong-ECO_Coder.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:16:33 PM)*

http://hotfile.com/dl/54503125/e7e2d73/TLSong-ECO_Coder.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:16:57 PM)*

http://hotfile.com/dl/54503147/a9a871c/TLSong-ECO_Coder.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:17:11 PM)*

http://hotfile.com/dl/54503152/aa18358/TLSong-ECO_Coder.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:17:31 PM)*

http://hotfile.com/dl/37639801/c8543c3/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:17:41 PM)*

http://hotfile.com/dl/37639670/e574284/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:17:51 PM)*

http://hotfile.com/dl/37640365/fac56f2/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:18:04 PM)*

http://hotfile.com/dl/37639955/2eaa02a/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:18:14 PM)*

http://hotfile.com/dl/37640140/1158ab3/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:18:22 PM)*

http://hotfile.com/dl/37640408/1c921cd/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:18:31 PM)*

http://hotfile.com/dl/47060790/226cbdb/tls.hf_.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:18:51 PM)*

3

CONFIDENTIAL

HF00820414