http://hotfile.com/dl/47060886/ad24456/tls.hf..part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:19:07 PM)*

http://hotfile.com/dl/47060810/d6aaad8/tls.hf..part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:19:23 PM)*

http://hotfile.com/dl/47060944/9781a6e/tls.hf..part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:19:40 PM)*

http://hotfile.com/dl/48569931/cd97eeb/T.L.S.P.part2.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:19:50 PM)*

http://hotfile.com/dl/48569932/0ba6514/T.L.S.P.part3.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:20:01 PM)*

http://hotfile.com/dl/48569933/717d9d5/T.L.S.P.part1.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:20:16 PM)*

http://hotfile.com/dl/48569934/64f6303/T.L.S.P.part4.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:20:26 PM)*

http://hotfile.com/dl/48570972/68a7162/T.L.S.P.part5.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:20:53 PM)*

http://hotfile.com/dl/48570980/1c943ac/T.L.S.P.part6.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:21:06 PM)*

http://hotfile.com/dl/43604629/decb722/wyspaszesna720p.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:21:30 PM)*

http://hotfile.com/dl/43605432/e6cc37a/wyspaszesna720p.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:22:17 PM)*

http://hotfile.com/dl/43605536/b23ff78/wyspaszesna720p.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:22:33 PM)*

http://hotfile.com/dl/44419975/2400784/wyspa.siedemna.ost-1.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:22:54 PM)*

http://hotfile.com/dl/44420235/b7194ae/wyspa.siedemna.ost-1.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:23:03 PM)*

4

HF00820415

http://hotfile.com/dl/44420118/68b1d57/wyspa.siedemna.ost-1.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:23:12 PM)*

http://hotfile.com/dl/44420370/ce19de8/wyspa.siedemna.ost-1.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:23:22 PM)*

http://hotfile.com/dl/44420523/f8facd8/wyspa.siedemna.ost-2.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:23:31 PM)*

http://hotfile.com/dl/44420896/96f4db3/wyspa.siedemna.ost-2.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:23:39 PM)*

http://hotfile.com/dl/44420712/7fa5d31/wyspa.siedemna.ost-2.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:23:48 PM)*

http://hotfile.com/dl/44421089/e352ba7/wyspa.siedemna.ost-2.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:23:57 PM)*

http://hotfile.com/dl/51585245/daeceaf/Lost.S06E17.HDTV.XviD-NoTV.H93.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:24:06 PM)*

http://hotfile.com/dl/51586425/a363205/Lost.S06E17.HDTV.XviD-NoTV.H93.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:24:15 PM)*

http://hotfile.com/dl/51586024/22ae863/Lost.S06E17.HDTV.XviD-NoTV.H93.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:24:26 PM)*

http://hotfile.com/dl/51586307/bf8f4a7/Lost.S06E17.HDTV.XviD-NoTV.H93.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:24:34 PM)*

http://hotfile.com/dl/24584047/352d3d1/ThePrincess400SecretMyth400.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:24:43 PM)*

http://hotfile.com/dl/24585264/b16b53f/ThePrincess400SecretMyth400.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:24:52 PM)*

http://hotfile.com/dl/32017825/6275d55/prenses.ve.kurbaaaa.09.hi.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:25:01 PM)*

http://hotfile.com/dl/32018786/0cfa8b7/prenses.ve.kurbaaaa.09.hi.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:25:10 PM)*

CONFIDENTIAL

HF00820416

http://hotfile.com/dl/32019355/87a7955/prenses.ve.kurbaaaa.09.hi.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:25:17 PM)

http://hotfile.com/dl/32020172/1ea0a58/prenses.ve.kurbaaaa.09.hi.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:25:32 PM)

http://hotfile.com/dl/27709348/694cc66/the.princess.and.the.frog.2009.Dub-PL.MD.DVDSCR-
SHERLOCKHOLMES.xbus.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:25:43 PM)

http://hotfile.com/dl/39712852/0f76c78/The.Princess.and.the.Frog.2010.720p-mHD_go2jimmys.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:26:05 PM)

http://hotfile.com/dl/39712854/970ab50/The.Princess.and.the.Frog.2010.720p-mHD_go2jimmys.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:26:15 PM)

http://hotfile.com/dl/39713581/0dfe901/The.Princess.and.the.Frog.2010.720p-mHD_go2jimmys.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:26:25 PM)

http://hotfile.com/dl/55923684/613e31e/Doc216.TS.hual.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:26:35 PM)

http://hotfile.com/dl/55923790/4bdcc83/Doc216.TS.hual.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:26:45 PM)

http://hotfile.com/dl/55923873/4831264/Doc216.TS.hual.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:26:56 PM)

http://hotfile.com/dl/55924005/bfeb97a/Doc216.TS.hual.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:27:05 PM)

http://hotfile.com/dl/55924169/beebf41/Doc216.TS.hual.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:27:14 PM)

http://hotfile.com/dl/55924174/fbe0e7d/Doc216.TS.hual.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:27:24 PM)

http://hotfile.com/dl/54941442/ff32e12/The.Princess.and.the.Frog.2009.PLDUB.DVDRip.XviD-
JB.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:27:34 PM)

CONFIDENTIAL                                                      HF00820417

http://hotfile.com/dl/54941584/8ab86ff/The.Princess.and.the.Frog.2009.PLDUB.DVDRip.XviD-JB.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:27:44 PM)*


http://hotfile.com/dl/54941647/9d86f30/The.Princess.and.the.Frog.2009.PLDUB.DVDRip.XviD-JB.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:27:57 PM)*


http://hotfile.com/dl/49510564/73221de/P.Frog.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:28:07 PM)*


http://hotfile.com/dl/49610460/f69aa92/P.Frog.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:28:18 PM)*


http://hotfile.com/dl/44341795/e756c71/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part09.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:28:28 PM)*


http://hotfile.com/dl/44341794/78694ad/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part01.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:28:46 PM)*


http://hotfile.com/dl/44341796/2dfa08a/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part03.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:28:56 PM)*


http://hotfile.com/dl/44341798/dd8cc45/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part06.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:29:05 PM)*


http://hotfile.com/dl/44341804/291b5dc/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part08.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:29:17 PM)*


http://hotfile.com/dl/44341803/88fdecf/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part05.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:29:30 PM)*


http://hotfile.com/dl/44341800/89e255a/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part07.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:29:39 PM)*


http://hotfile.com/dl/44341805/4b17ae4/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part02.rar.html

CONFIDENTIAL

HF00820418

*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:29:49 PM)*

http://hotfile.com/dl/44341801/ea8928c/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part04.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:29:59 PM)*

http://hotfile.com/dl/44341802/c141d91/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part10.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:30:09 PM)*

http://hotfile.com/dl/44342199/de80d90/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part11.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:30:17 PM)*

http://hotfile.com/dl/44342202/85dfe22/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part12.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:30:28 PM)*

http://hotfile.com/dl/44342286/38a60c3/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part13.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:30:41 PM)*

http://hotfile.com/dl/30803747/153c8b2/29-Princess.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:30:53 PM)*

http://hotfile.com/dl/30803822/a7121db/29-Princess.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:31:06 PM)*

http://hotfile.com/dl/30803908/04fbcd3/29-Princess.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:31:17 PM)*

http://hotfile.com/dl/30803749/2b19cf3/29-Princess.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:31:29 PM)*

http://hotfile.com/dl/30803814/e5685dd/29-Princess.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:31:40 PM)*

http://hotfile.com/dl/33050986/9613275/0316_TFATF.part01.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:32:00 PM)*

http://hotfile.com/dl/33050992/abfd294/0316_TFATF.part02.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:32:10 PM)*

CONFIDENTIAL

HF00820419

http://hotfile.com/dl/33050997/2428e9e/0316_TFATF.part03.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:32:21 PM)

http://hotfile.com/dl/33051029/a05c678/0316_TFATF.part04.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:32:30 PM)

http://hotfile.com/dl/33051050/829eadd/0316_TFATF.part05.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:32:44 PM)

http://hotfile.com/dl/33051224/1337479/0316_TFATF.part06.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:32:53 PM)

http://hotfile.com/dl/33051258/5cff624/0316_TFATF.part08.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:33:01 PM)

http://hotfile.com/dl/33051264/10adba9/0316_TFATF.part09.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:33:09 PM)

http://hotfile.com/dl/33051226/daf9229/0316_TFATF.part07.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:33:16 PM)

http://hotfile.com/dl/33051291/5db3ca4/0316_TFATF.part12.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:33:23 PM)

http://hotfile.com/dl/33051276/732ae99/0316_TFATF.part11.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:33:30 PM)

http://hotfile.com/dl/33051273/6140c75/0316_TFATF.part10.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:33:37 PM)

http://hotfile.com/dl/33051334/6c5b866/0316_TFATF.part15.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:33:44 PM)

http://hotfile.com/dl/33051545/978f43f/0316_TFATF.part17.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:33:50 PM)

http://hotfile.com/dl/33051309/a7bc0f1/0316_TFATF.part13.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:33:57 PM)

http://hotfile.com/dl/33051323/9f2e65f/0316_TFATF.part14.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:34:04 PM)

9

CONFIDENTIAL

HF00820420

http://hotfile.com/dl/33051543/d8e1014/0316_TFATF.part16.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:34:12 PM)*

http://hotfile.com/dl/52261908/65286f2/P.O.P
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:34:20 PM)*

http://hotfile.com/dl/52261956/af4b7d7/P.O.P
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:34:28 PM)*

http://hotfile.com/dl/52261806/4eafb55/P.O.P
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:34:35 PM)*

http://hotfile.com/dl/52261881/4bdbc55/P.O.P
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:34:41 PM)*

http://hotfile.com/dl/58262565/881ac99/POPTSOT.2010.TS.Proper.400MB.ShAaNiG.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:34:48 PM)*

http://hotfile.com/dl/58262677/9aa4e79/POPTSOT.2010.TS.Proper.400MB.ShAaNiG.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:34:56 PM)*

http://hotfile.com/dl/58262487/45c6b2a/POPTSOT.2010.TS.Proper.400MB.ShAaNiG.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:35:03 PM)*

http://hotfile.com/dl/58262521/f998b9d/POPTSOT.2010.TS.Proper.400MB.ShAaNiG.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:35:11 PM)*

http://hotfile.com/dl/57646099/918e7b0/Prince.of.Persia.TS.V2.IMAGiNE.avi.001.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:35:43 PM)*

http://hotfile.com/dl/55704915/26973ce/P.O.P.2010.400MB.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:35:52 PM)*

http://hotfile.com/dl/55705129/e1f1e81/P.O.P.2010.400MB.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:36:01 PM)*

http://hotfile.com/dl/52645326/4c4c769/nCfPsa.TS.XViD-IMAGiNE.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:36:09 PM)*

http://hotfile.com/dl/52645335/789bb48/nCfPsa.TS.XViD-IMAGiNE.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:36:17 PM)*

CONFIDENTIAL

HF00820421

http://hotfile.com/dl/52645330/058eec1/nCfPsa.TS.XViD-IMAGiNE.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:36:25 PM)*

http://hotfile.com/dl/52645342/b88fd7a/nCfPsa.TS.XViD-IMAGiNE.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:36:33 PM)*

http://hotfile.com/dl/52645343/87a0936/nCfPsa.TS.XViD-IMAGiNE.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:36:41 PM)*

http://hotfile.com/dl/52645337/11acd8f/nCfPsa.TS.XViD-IMAGiNE.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:36:49 PM)*

http://hotfile.com/dl/52645346/c34007c/nCfPsa.TS.XViD-IMAGiNE.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:36:57 PM)*

http://hotfile.com/dl/52645347/727e391/nCfPsa.TS.XViD-IMAGiNE.part8.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:37:05 PM)*

http://hotfile.com/dl/45767221/f240a3b/P.of.P.T.S.of.T.2010.TS.Tr.Dublaj.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:37:13 PM)*

http://hotfile.com/dl/45768028/f1a55fe/P.of.P.T.S.of.T.2010.TS.Tr.Dublaj.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:37:19 PM)*

http://hotfile.com/dl/45768872/6a26d6a/P.of.P.T.S.of.T.2010.TS.Tr.Dublaj.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:37:27 PM)*

http://hotfile.com/dl/45769030/8db97cc/P.of.P.T.S.of.T.2010.TS.Tr.Dublaj.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:37:35 PM)*

http://hotfile.com/dl/57564286/cb3b6c9/POP.2010.400MB.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:38:00 PM)*

http://hotfile.com/dl/57564418/1ef4d9f/POP.2010.400MB.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:38:11 PM)*

http://hotfile.com/dl/57564492/28b7eb4/POP.2010.400MB.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:38:18 PM)*

http://hotfile.com/dl/57567279/6cf8cf6/POP.2010.400MB.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:38:25 PM)*

CONFIDENTIAL

HF00820422

http://hotfile.com/dl/56516531/e1a44ac/DirtyDingo.org.backup.POP.TSOT.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:38:34 PM)*

http://hotfile.com/dl/56513004/002b639/DirtyDingo.org.backup.POP.TSOT.part8.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:38:51 PM)*

http://hotfile.com/dl/56516295/8fb76c1/DirtyDingo.org.backup.POP.TSOT.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:39:02 PM)*

http://hotfile.com/dl/56516532/1ba8ce2/DirtyDingo.org.backup.POP.TSOT.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:39:09 PM)*

http://hotfile.com/dl/56516739/83a8cc8/DirtyDingo.org.backup.POP.TSOT.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:39:28 PM)*

http://hotfile.com/dl/56516745/7061165/DirtyDingo.org.backup.POP.TSOT.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:39:40 PM)*

http://hotfile.com/dl/56516968/b72d03c/DirtyDingo.org.backup.POP.TSOT.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:39:51 PM)*

http://hotfile.com/dl/56517189/c1e3042/DirtyDingo.org.backup.POP.TSOT.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:40:01 PM)*

http://hotfile.com/dl/57727050/6c479fb/2.PrisM-tsa.PatoTheKing.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:40:10 PM)*

http://hotfile.com/dl/57726038/d0ee5bb/2.PrisM-tsa.PatoTheKing.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:40:17 PM)*

http://hotfile.com/dl/57727468/abbe9df/2.PrisM-tsa.PatoTheKing.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:40:40 PM)*

http://hotfile.com/dl/57727996/29057d7/2.PrisM-tsa.PatoTheKing.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:40:49 PM)*

http://hotfile.com/dl/57211283/03e4107/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:40:59 PM)*

http://hotfile.com/dl/57211380/acd496c/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:41:16 PM)*

CONFIDENTIAL

HF00820423

http://hotfile.com/dl/57211423/e76f4b0/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:41:26 PM)*

http://hotfile.com/dl/57212820/d99442a/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:41:33 PM)*

http://hotfile.com/dl/57212345/935e032/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:41:50 PM)*

http://hotfile.com/dl/57211438/f6fd26e/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:42:02 PM)*

http://hotfile.com/dl/57212294/4e189a4/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:42:13 PM)*

http://hotfile.com/dl/57212894/28f0bea/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part8.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:42:35 PM)*

http://hotfile.com/dl/56994225/916a6ff/Akilwood3T3SAtsSinglLink2-Freshupload.org.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:42:51 PM)*

http://hotfile.com/dl/57254733/a925578/AAAkilwoodTSAtsSinglLink-Freshupload.org.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:42:59 PM)*

http://hotfile.com/dl/55819291/2b3d33a/AkilwoodTSAts-Freshupload.org.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:43:07 PM)*

http://hotfile.com/dl/55819275/1d6323f/AkilwoodTSAts-Freshupload.org.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:43:29 PM)*

http://hotfile.com/dl/55819325/9386679/AkilwoodTSAts-Freshupload.org.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:43:37 PM)*

http://hotfile.com/dl/55819309/e4bf4a4/AkilwoodTSAts-Freshupload.org.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:43:43 PM)*

http://hotfile.com/dl/56054390/a96b525/Akilwood3T3SAtsSinglLink-Freshupload.org.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:44:09 PM)*

http://hotfile.com/dl/57231366/07ab7dd/fuzzyshare.com__The.Sorcerers.Apprentice.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:45:50 PM)*

CONFIDENTIAL

HF00820424

http://hotfile.com/dl/57230406/98ff914/fuzzyshare.com__The.Sorcerers.Apprentice.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:46:02 PM)*

http://hotfile.com/dl/57231068/460c3be/fuzzyshare.com__The.Sorcerers.Apprentice.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:46:25 PM)*

http://hotfile.com/dl/57230313/d9346b2/fuzzyshare.com__The.Sorcerers.Apprentice.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:46:37 PM)*

http://hotfile.com/dl/57361591/cd6be61/sorcprof.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:46:49 PM)*

http://hotfile.com/dl/57361833/bab58ed/sorcprof.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:46:57 PM)*

http://hotfile.com/dl/57362030/c867876/sorcprof.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:47:04 PM)*

http://hotfile.com/dl/57362253/c37257a/sorcprof.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:47:23 PM)*

http://hotfile.com/dl/57361804/150d1e6/sorcprof.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:47:31 PM)*

http://hotfile.com/dl/57362318/ecb46f9/sorcprof.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:47:42 PM)*

http://hotfile.com/dl/57362116/44408c5/sorcprof.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:47:50 PM)*

http://hotfile.com/dl/56346414/e39fcf1/Sorc6e4_www.movieinfo.blog.com_.mkv.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:48:21 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal

14

CONFIDENTIAL                                                    HF00820425

The Walt Disney Company
500 S. Buena Vista Street
Burbank, CA, 91521


[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/51462309/93dff1e/TLSong-ECO_Coder.part6.rar.html
http://hotfile.com/dl/52859773/00e8fad/The_Last_Song_Coder.part2.rar.html
http://hotfile.com/dl/52859756/c4a9b8d/The_Last_Song_Coder.part1.rar.html
http://hotfile.com/dl/52859813/c1150f1/The_Last_Song_Coder.part5.rar.html
http://hotfile.com/dl/52859789/ff34943/The_Last_Song_Coder.part3.rar.html
http://hotfile.com/dl/52859803/e67743a/The_Last_Song_Coder.part4.rar.html
http://hotfile.com/dl/52859816/6ffd69b/The_Last_Song_Coder.part6.rar.html
http://hotfile.com/dl/53467666/2272b8d/TLSong-ECO_Coder.part1.rar.html
http://hotfile.com/dl/53467709/7acf0ef/TLSong-ECO_Coder.part2.rar.html
http://hotfile.com/dl/53467821/5f4c6f7/TLSong-ECO_Coder.part4.rar.html
http://hotfile.com/dl/53467778/68e6915/TLSong-ECO_Coder.part3.rar.html
http://hotfile.com/dl/53467924/9f8c714/TLSong-ECO_Coder.part6.rar.html
http://hotfile.com/dl/53467897/c2c4fc2/TLSong-ECO_Coder.part5.rar.html
http://hotfile.com/dl/53475756/ee4320d/The_Last_Song_Coder.part3.rar.html
http://hotfile.com/dl/53475641/901318a/The_Last_Song_Coder.part1.rar.html
http://hotfile.com/dl/53475713/4376204/The_Last_Song_Coder.part2.rar.html
http://hotfile.com/dl/53475816/5a0f99e/The_Last_Song_Coder.part4.rar.html
http://hotfile.com/dl/53475878/ec28bf0/The_Last_Song_Coder.part5.rar.html
http://hotfile.com/dl/53475891/364b584/The_Last_Song_Coder.part6.rar.html
http://hotfile.com/dl/54503113/cb376b7/TLSong-ECO_Coder.part2.rar.html
http://hotfile.com/dl/54503094/aec4e1a/TLSong-ECO_Coder.part1.rar.html
http://hotfile.com/dl/54503135/34f98b3/TLSong-ECO_Coder.part4.rar.html
http://hotfile.com/dl/54503125/e7e2d73/TLSong-ECO_Coder.part3.rar.html
http://hotfile.com/dl/54503147/a9a871c/TLSong-ECO_Coder.part5.rar.html
http://hotfile.com/dl/54503152/aa18358/TLSong-ECO_Coder.part6.rar.html
http://hotfile.com/dl/37639801/c8543c3/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part2.rar.html
http://hotfile.com/dl/37639670/e574284/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part1.rar.html
http://hotfile.com/dl/37640365/fac56f2/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part5.rar.html
http://hotfile.com/dl/37639955/2eaa02a/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part3.rar.html
http://hotfile.com/dl/37640140/1158ab3/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part4.rar.html
http://hotfile.com/dl/37640408/1c921cd/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part6.rar.html
http://hotfile.com/dl/47060790/226cbdb/tls.hf..part1.rar.html
http://hotfile.com/dl/47060886/ad24456/tls.hf..part2.rar.html
http://hotfile.com/dl/47060810/d6aaad8/tls.hf..part4.rar.html
http://hotfile.com/dl/47060944/9781a6e/tls.hf..part3.rar.html
http://hotfile.com/dl/48569931/cd97eeb/T.L.S.P.part2.rar
http://hotfile.com/dl/48569932/0ba6514/T.L.S.P.part3.rar
http://hotfile.com/dl/48569933/717d9d5/T.L.S.P.part1.rar
http://hotfile.com/dl/48569934/64f6303/T.L.S.P.part4.rar
http://hotfile.com/dl/48570972/68a7162/T.L.S.P.part5.rar

15

CONFIDENTIAL

HF00820426

http://hotfile.com/dl/48570980/1c943ac/T.L.S.P.part6.rar
http://hotfile.com/dl/43604629/decb722/wyspaszesna720p.part3.rar.html
http://hotfile.com/dl/43605432/e6cc37a/wyspaszesna720p.part5.rar.html
http://hotfile.com/dl/43605536/b23ff78/wyspaszesna720p.part6.rar.html
http://hotfile.com/dl/44419975/2400784/wyspa.siedemna.ost-1.part1.rar.html
http://hotfile.com/dl/44420235/b7194ae/wyspa.siedemna.ost-1.part3.rar.html
http://hotfile.com/dl/44420118/68b1d57/wyspa.siedemna.ost-1.part2.rar.html
http://hotfile.com/dl/44420370/ce19de8/wyspa.siedemna.ost-1.part4.rar.html
http://hotfile.com/dl/44420523/f8facd8/wyspa.siedemna.ost-2.part1.rar.html
http://hotfile.com/dl/44420896/96f4db3/wyspa.siedemna.ost-2.part3.rar.html
http://hotfile.com/dl/44420712/7fa5d31/wyspa.siedemna.ost-2.part2.rar.html
http://hotfile.com/dl/44421089/e352ba7/wyspa.siedemna.ost-2.part4.rar.html
http://hotfile.com/dl/51585245/daeceaf/Lost.S06E17.HDTV.XviD-NoTV.H93.part1.rar.html
http://hotfile.com/dl/51586425/a363205/Lost.S06E17.HDTV.XviD-NoTV.H93.part4.rar.html
http://hotfile.com/dl/51586024/22ae863/Lost.S06E17.HDTV.XviD-NoTV.H93.part2.rar.html
http://hotfile.com/dl/51586307/bf8f4a7/Lost.S06E17.HDTV.XviD-NoTV.H93.part3.rar.html
http://hotfile.com/dl/24584047/352d3d1/ThePrincess400SecretMyth400.part1.rar.html
http://hotfile.com/dl/24585264/b16b53f/ThePrincess400SecretMyth400.part2.rar.html
http://hotfile.com/dl/32017825/6275d55/prenses.ve.kurbaaaa.09.hi.part3.rar.html
http://hotfile.com/dl/32018786/0cfa8b7/prenses.ve.kurbaaaa.09.hi.part4.rar.html
http://hotfile.com/dl/32019355/87a7955/prenses.ve.kurbaaaa.09.hi.part1.rar.html
http://hotfile.com/dl/32020172/1ea0a58/prenses.ve.kurbaaaa.09.hi.part2.rar.html
http://hotfile.com/dl/27709348/694cc66/the.princess.and.the.frog.2009.Dub-PL.MD.DVDSCR-
SHERLOCKHOLMES.xbus.avi.html
http://hotfile.com/dl/39712852/0f76c78/The.Princess.and.the.Frog.2010.720p-mHD_go2jimmys.part1.rar.html
http://hotfile.com/dl/39712854/970ab50/The.Princess.and.the.Frog.2010.720p-mHD_go2jimmys.part2.rar.html
http://hotfile.com/dl/39713581/0dfe901/The.Princess.and.the.Frog.2010.720p-mHD_go2jimmys.part3.rar.html
http://hotfile.com/dl/55923684/613e31e/Doc216.TS.hual.part1.rar.html
http://hotfile.com/dl/55923790/4bdcc83/Doc216.TS.hual.part2.rar.html
http://hotfile.com/dl/55923873/4831264/Doc216.TS.hual.part3.rar.html
http://hotfile.com/dl/55924005/bfeb97a/Doc216.TS.hual.part4.rar.html
http://hotfile.com/dl/55924169/beebf41/Doc216.TS.hual.part6.rar.html
http://hotfile.com/dl/55924174/fbe0e7d/Doc216.TS.hual.part5.rar.html
http://hotfile.com/dl/54941442/ff32e12/The.Princess.and.the.Frog.2009.PLDUB.DVDRip.XviD-
JB.part2.rar.html
http://hotfile.com/dl/54941584/8ab86ff/The.Princess.and.the.Frog.2009.PLDUB.DVDRip.XviD-
JB.part3.rar.html
http://hotfile.com/dl/54941647/9d86f30/The.Princess.and.the.Frog.2009.PLDUB.DVDRip.XviD-
JB.part1.rar.html
http://hotfile.com/dl/49510564/73221de/P.Frog.part1.rar.html
http://hotfile.com/dl/49610460/f69aa92/P.Frog.part2.rar.html
http://hotfile.com/dl/44341795/e756c71/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-
NPW.part09.rar.html
http://hotfile.com/dl/44341794/78694ad/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-
NPW.part01.rar.html
http://hotfile.com/dl/44341796/2dfa08a/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-
NPW.part03.rar.html
http://hotfile.com/dl/44341798/dd8cc45/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-
NPW.part06.rar.html
http://hotfile.com/dl/44341804/291b5dc/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-
NPW.part08.rar.html

CONFIDENTIAL

HF00820427

http://hotfile.com/dl/44341803/88fdecf/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part05.rar.html
http://hotfile.com/dl/44341800/89e255a/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part07.rar.html
http://hotfile.com/dl/44341805/4b17ae4/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part02.rar.html
http://hotfile.com/dl/44341801/ea8928c/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part04.rar.html
http://hotfile.com/dl/44341802/c141d91/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part10.rar.html
http://hotfile.com/dl/44342199/de80d90/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part11.rar.html
http://hotfile.com/dl/44342202/85dfe22/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part12.rar.html
http://hotfile.com/dl/44342286/38a60c3/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part13.rar.html
http://hotfile.com/dl/30803747/153c8b2/29-Princess.part1.rar.html
http://hotfile.com/dl/30803822/a7121db/29-Princess.part4.rar.html
http://hotfile.com/dl/30803908/04fbcd3/29-Princess.part5.rar.html
http://hotfile.com/dl/30803749/2b19cf3/29-Princess.part2.rar.html
http://hotfile.com/dl/30803814/e5685dd/29-Princess.part3.rar.html
http://hotfile.com/dl/33050986/9613275/0316_TFATF.part01.rar.html
http://hotfile.com/dl/33050992/abfd294/0316_TFATF.part02.rar.html
http://hotfile.com/dl/33050997/2428e9e/0316_TFATF.part03.rar.html
http://hotfile.com/dl/33051029/a05c678/0316_TFATF.part04.rar.html
http://hotfile.com/dl/33051050/829eadd/0316_TFATF.part05.rar.html
http://hotfile.com/dl/33051224/1337479/0316_TFATF.part06.rar.html
http://hotfile.com/dl/33051258/5cff624/0316_TFATF.part08.rar.html
http://hotfile.com/dl/33051264/10adba9/0316_TFATF.part09.rar.html
http://hotfile.com/dl/33051226/daf9229/0316_TFATF.part07.rar.html
http://hotfile.com/dl/33051291/5db3ca4/0316_TFATF.part12.rar.html
http://hotfile.com/dl/33051276/732ae99/0316_TFATF.part11.rar.html
http://hotfile.com/dl/33051273/6140c75/0316_TFATF.part10.rar.html
http://hotfile.com/dl/33051334/6c5b866/0316_TFATF.part15.rar.html
http://hotfile.com/dl/33051545/978f43f/0316_TFATF.part17.rar.html
http://hotfile.com/dl/33051309/a7bc0f1/0316_TFATF.part13.rar.html
http://hotfile.com/dl/33051323/9f2e65f/0316_TFATF.part14.rar.html
http://hotfile.com/dl/33051543/d8e1014/0316_TFATF.part16.rar.html
http://hotfile.com/dl/52261908/65286f2/P.O.P
http://hotfile.com/dl/52261956/af6b7d7/P.O.P
http://hotfile.com/dl/52261806/4eafb55/P.O.P
http://hotfile.com/dl/52261881/4bdbc55/P.O.P
http://hotfile.com/dl/58262565/881ac99/POPTSOT.2010.TS.Proper.400MB.ShAaNiG.part3.rar.html
http://hotfile.com/dl/58262677/9aa4e79/POPTSOT.2010.TS.Proper.400MB.ShAaNiG.part4.rar.html
http://hotfile.com/dl/58262487/45c6b2a/POPTSOT.2010.TS.Proper.400MB.ShAaNiG.part1.rar.html
http://hotfile.com/dl/58262521/f998b9d/POPTSOT.2010.TS.Proper.400MB.ShAaNiG.part2.rar.html
http://hotfile.com/dl/57646099/918e7b0/Prince.of.Persia.TS.V2.IMAGINE.avi.001.html
http://hotfile.com/dl/55704915/26973ce/P.O.P.2010.400MB.part1.rar.html
http://hotfile.com/dl/55705129/e1f1e81/P.O.P.2010.400MB.part2.rar.html
http://hotfile.com/dl/52645326/4c4c769/nCfPsa.TS.XViD-IMAGiNE.part1.rar.html
http://hotfile.com/dl/52645335/789bb48/nCfPsa.TS.XViD-IMAGiNE.part3.rar.html

CONFIDENTIAL

HF00820428

http://hotfile.com/dl/52645330/058eec1/nCfPsa.TS.XViD-IMAGiNE.part2.rar.html
http://hotfile.com/dl/52645342/b88fd7a/nCfPsa.TS.XViD-IMAGiNE.part5.rar.html
http://hotfile.com/dl/52645343/87a0936/nCfPsa.TS.XViD-IMAGiNE.part6.rar.html
http://hotfile.com/dl/52645337/11acd8f/nCfPsa.TS.XViD-IMAGiNE.part4.rar.html
http://hotfile.com/dl/52645346/c34007c/nCfPsa.TS.XViD-IMAGiNE.part7.rar.html
http://hotfile.com/dl/52645347/727e391/nCfPsa.TS.XViD-IMAGiNE.part8.rar.html
http://hotfile.com/dl/45767221/f240a3b/P.of.P.T.S.of.T.2010.TS.Tr.Dublaj.part1.rar.html
http://hotfile.com/dl/45768028/f1a55fe/P.of.P.T.S.of.T.2010.TS.Tr.Dublaj.part2.rar.html
http://hotfile.com/dl/45768872/6a26d6a/P.of.P.T.S.of.T.2010.TS.Tr.Dublaj.part4.rar.html
http://hotfile.com/dl/45769030/8db97cc/P.of.P.T.S.of.T.2010.TS.Tr.Dublaj.part3.rar.html
http://hotfile.com/dl/57564286/cb3b6c9/POP.2010.400MB.part1.rar.html
http://hotfile.com/dl/57564418/1ef4d9f/POP.2010.400MB.part2.rar.html
http://hotfile.com/dl/57564492/28b7eb4/POP.2010.400MB.part3.rar.html
http://hotfile.com/dl/57567279/6cf8cf6/POP.2010.400MB.part4.rar.html
http://hotfile.com/dl/56516531/e1a44ac/DirtyDingo.org.backup.POP.TSOT.part3.rar.html
http://hotfile.com/dl/56513004/002b639/DirtyDingo.org.backup.POP.TSOT.part8.rar.html
http://hotfile.com/dl/56516295/8fb76c1/DirtyDingo.org.backup.POP.TSOT.part1.rar.html
http://hotfile.com/dl/56516532/1ba8ce2/DirtyDingo.org.backup.POP.TSOT.part2.rar.html
http://hotfile.com/dl/56516739/83a8cc8/DirtyDingo.org.backup.POP.TSOT.part5.rar.html
http://hotfile.com/dl/56516745/7061165/DirtyDingo.org.backup.POP.TSOT.part4.rar.html
http://hotfile.com/dl/56516968/b72d03c/DirtyDingo.org.backup.POP.TSOT.part6.rar.html
http://hotfile.com/dl/56517189/c1e3042/DirtyDingo.org.backup.POP.TSOT.part7.rar.html
http://hotfile.com/dl/57727050/6c479fb/2.PrisM-tsa.PatoTheKing.part2.rar.html
http://hotfile.com/dl/57726038/d0ee5bb/2.PrisM-tsa.PatoTheKing.part1.rar.html
http://hotfile.com/dl/57727468/abbe9df/2.PrisM-tsa.PatoTheKing.part3.rar.html
http://hotfile.com/dl/57727996/29057d7/2.PrisM-tsa.PatoTheKing.part4.rar.html
http://hotfile.com/dl/57211283/03e4107/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part1.rar.html
http://hotfile.com/dl/57211380/acd496c/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part2.rar.html
http://hotfile.com/dl/57211423/e76f4b0/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part3.rar.html
http://hotfile.com/dl/57212820/d99442a/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part7.rar.html
http://hotfile.com/dl/57212345/935e032/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part6.rar.html
http://hotfile.com/dl/57211438/f6fd26e/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part4.rar.html
http://hotfile.com/dl/57212294/4e189a4/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part5.rar.html
http://hotfile.com/dl/57212894/28f0bea/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part8.rar.html
http://hotfile.com/dl/56994225/916a6ff/Akilwood3T3SAtsSinglLink2-Freshupload.org.rar.html
http://hotfile.com/dl/57254733/a925578/AAAkilwoodTSAtsSinglLink-Freshupload.org.rar.html
http://hotfile.com/dl/55819291/2b3d33a/AkilwoodTSAts-Freshupload.org.part2.rar.html
http://hotfile.com/dl/55819275/1d6323f/AkilwoodTSAts-Freshupload.org.part1.rar.html
http://hotfile.com/dl/55819325/9386679/AkilwoodTSAts-Freshupload.org.part4.rar.html
http://hotfile.com/dl/55819309/e4bf4a4/AkilwoodTSAts-Freshupload.org.part3.rar.html
http://hotfile.com/dl/56054390/a96b525/Akilwood3T3SAtsSinglLink-Freshupload.org.rar.html
http://hotfile.com/dl/57231366/07ab7dd/fuzzyshare.com__The.Sorcerers.Apprentice.part1.rar.html
http://hotfile.com/dl/57230406/98ff914/fuzzyshare.com__The.Sorcerers.Apprentice.part3.rar.html
http://hotfile.com/dl/57231068/460c3be/fuzzyshare.com__The.Sorcerers.Apprentice.part2.rar.html
http://hotfile.com/dl/57230313/d9346b2/fuzzyshare.com__The.Sorcerers.Apprentice.part4.rar.html
http://hotfile.com/dl/57361591/cd6be61/sorcprof.part1.rar.html
http://hotfile.com/dl/57361833/bab58ed/sorcprof.part2.rar.html
http://hotfile.com/dl/57362030/c867876/sorcprof.part4.rar.html
http://hotfile.com/dl/57362253/c37257a/sorcprof.part6.rar.html
http://hotfile.com/dl/57361804/150d1e6/sorcprof.part3.rar.html
http://hotfile.com/dl/57362318/ecb46f9/sorcprof.part7.rar.html

CONFIDENTIAL

HF00820429

http://hotfile.com/dl/57362116/44408c5/sorcprof.part5.rar.html
http://hotfile.com/dl/56346414/e39fcf1/Sorc6e4_www.movieinfo.blog.com_.mkv.html

--------------------

19

CONFIDENTIAL

HF00820430

| | |
|---|---|
| **From:** | Hotfile.com Abuse [abuse@hotfile.com] |
| **Sent:** | Friday, January 28, 2011 3:13 PM |
| **To:** | Internet.Enforcement@disney.com |
| **Subject:** | Re: Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 6595] (PM) |

The following files were deleted:
http://hotfile.com/dl/46847030/19fa85c/TLS.Ts.Xvid.LKRG.part1.rar.html
http://hotfile.com/dl/97237242/728dc6d/aod.2011.part2.avi.html

Best regards,
Hotfile.com abuse department

Internet.Enforcement@disney.com wrote:
><P>Thursday, January 27, 2011<BR><BR><U>Via Electronic Mail (
><A>abuse@hotfile.com</A> )</U><BR><BR>hotfile.com <BR>c/o Designated
>Agent <BR><BR>Re: Infringing Content Re-notification [Notice ID:6595
><YET generated be to>] <BR>File No. (PM) (http://hotfile.com) </P>
><P>Dear Sir or Madam: <BR><BR>I refer to my previous letter(s) sent to
>you (see "Original Notification Dates" listed below), in which Disney
>Enterprises, Inc., and/or its subsidiaries or affiliated companies,
>("Disney") documented infringement of Disney copyrighted works on your
>site. To date, you have not removed this content, which continues to be
>accessible at one or more of the links identified below. <BR><BR>Please
>take immediate action to disable access and remove the infringing
>content identified below. Disney will be forced to consider all
>alternative actions available if you fail to comply with this letter
>immediately. </P> <P><U>Copyrighted works infringed
>upon:</U><BR>Audiovisual works, including without limitation, <I>Last
>Song, The</I>, <I>Once Upon A Warrior (Anaganaga O Dheerudu)</I></P>
><P><B>Location and original notification dates of infringing
>material:</B></P> <P><A
>href="http://hotfile.com/dl/46847030/19fa85c/TLS.Ts.Xvid.LKRG.part1.rar
>.html">http://hotfile.com/dl/46847030/19fa85c/TLS.Ts.Xvid.LKRG.part1.ra
>r.html</A><BR><SMALL><I>* To date, a total of 2 notice(s) previously
>sent for this link. <BR>(Original Notification Date: 8/5/2010 1:17:48
>AM)</I></SMALL><BR><BR><A
>href="http://hotfile.com/dl/97237242/728dc6d/aod.2011.part2.avi.html">h
>ttp://hotfile.com/dl/97237242/728dc6d/aod.2011.part2.avi.html</A><BR><S
>MALL><I>* To date, a total of 1 notice(s) previously sent for this
>link. <BR>(Original Notification Date: 1/25/2011 12:37:29
>AM)</I></SMALL><BR><BR></P> <P>This letter is not a complete statement
>of Disneys rights in connection with this matter, and nothing contained
>herein constitutes an express or implied waiver of any rights,
>remedies, or defenses of Disney in connection with this matter, all of
>which are expressly reserved. </P> <P>Sent on behalf of, <BR><BR>//
>Cynthia Tobar // <BR><BR>Cynthia Tobar<BR>Antipiracy Paralegal<BR>The
>Walt Disney Company<BR>500 S. Buena Vista
>Street<BR>Burbank,CA,91521<BR></P>
><P><BR><BR><BR>[NOTE: The above Links have been re-listed here in
>single line format for convenience.]
><BR><BR>-------------------<BR><BR>http://hotfile.com/dl/46847030/19fa
>85c/TLS.Ts.Xvid.LKRG.part1.rar.html<BR>http://hotfile.com/dl/97237242/7
>28dc6d/aod.2011.part2.avi.html<BR><BR>-------------------<BR><BR></P>

CONFIDENTIAL                                                     HF00348003

| From: | Hotfile.com Abuse [abuse@hotfile.com] |
|---|---|
| Sent: | Tuesday, March 15, 2011 5:35 PM |
| To: | Internet.Enforcement@disney.com |
| Subject: | Re: Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 7415] (PM) |

The following files were deleted:
http://hotfile.com/dl/95771654/a4d5a68/TeamHanna.org_KR46-KURYU.part1.rar.html
http://hotfile.com/dl/95771667/617f353/TeamHanna.org_KR46-KURYU.part2.rar.html
http://hotfile.com/dl/97198775/3ed7009/Tangled.2010.TS.XViD-DiNKY.avi.part4.rar.html
http://hotfile.com/dl/97198910/dd87a6c/Tangled.2010.TS.XViD-DiNKY.avi.part3.rar.html
http://hotfile.com/dl/97198969/ee46d40/Tangled.2010.TS.XViD-DiNKY.avi.part2.rar.html
http://hotfile.com/dl/97198820/faa2038/Tangled.2010.TS.XViD-DiNKY.avi.part1.rar.html
http://hotfile.com/dl/85359685/698f23d/tag.2010.cm.xtremeli.com.part2.rar.html
http://hotfile.com/dl/85360931/5a342b4/tag.2010.cm.xtremeli.com.part1.rar.html
http://hotfile.com/dl/97898188/6dc9b15/Tangled.2010-SUMO.part1.rar.html
http://hotfile.com/dl/97898251/62c448d/Tangled.2010-SUMO.part3.rar.html
http://hotfile.com/dl/97898245/9067a2f/Tangled.2010-SUMO.part2.rar.html
http://hotfile.com/dl/97898256/5dac5bc/Tangled.2010-SUMO.part4.rar.html
http://hotfile.com/dl/97898451/9138810/Tangled.2010-SUMO.part5.rar.html
http://hotfile.com/dl/97898491/4d86ef6/Tangled.2010-SUMO.part6.rar.html
http://hotfile.com/dl/97898494/bf2303a/Tangled.2010-SUMO.part7.rar.html
http://hotfile.com/dl/93307536/4a8ce12/Tangled.2010.Divxin.net.part2.rar.html
http://hotfile.com/dl/93307539/5aa836c/Tangled.2010.Divxin.net.part1.rar.html
http://hotfile.com/dl/93307537/c44c348/Tangled.2010.Divxin.net.part3.rar.html
http://hotfile.com/dl/93307538/3fbefbd/Tangled.2010.Divxin.net.part4.rar.html
http://hotfile.com/dl/93163910/57015d6/Enrredados_KTAOMAI.part4.rar.html
http://hotfile.com/dl/93163929/1c40b85/Enrredados_KTAOMAI.part2.rar.html
http://hotfile.com/dl/93163978/4682bf7/Enrredados_KTAOMAI.part3.rar.html
http://hotfile.com/dl/93163982/802eede/Enrredados_KTAOMAI.part1.rar.html
http://hotfile.com/dl/93164078/605f813/Enrredados_KTAOMAI.part6.rar.html
http://hotfile.com/dl/93164257/5c4c366/Enrredados_KTAOMAI.part5.rar.html
http://hotfile.com/dl/98128712/068b8ac/Tangled.part3.rar.html
http://hotfile.com/dl/98126350/bc34a42/Tangled.part4.rar.html
http://hotfile.com/dl/98128628/5860e80/Tangled.part2.rar.html
http://hotfile.com/dl/98128846/bd62796/Tangled.part1.rar.html
http://hotfile.com/dl/98183539/dbc510a/Tangled.2010.TC.H264-DMZ.part03.rar.html
http://hotfile.com/dl/98183436/986bc74/Tangled.2010.TC.H264-DMZ.part01.rar.html
http://hotfile.com/dl/98183468/193bf35/Tangled.2010.TC.H264-DMZ.part02.rar.html
http://hotfile.com/dl/98183602/fd737ee/Tangled.2010.TC.H264-DMZ.part05.rar.html
http://hotfile.com/dl/98183631/6233376/Tangled.2010.TC.H264-DMZ.part07.rar.html
http://hotfile.com/dl/98183556/b8e32da/Tangled.2010.TC.H264-DMZ.part04.rar.html
http://hotfile.com/dl/98183615/910a36e/Tangled.2010.TC.H264-DMZ.part06.rar.html
http://hotfile.com/dl/98183675/fa30ab8/Tangled.2010.TC.H264-DMZ.part08.rar.html
http://hotfile.com/dl/98183681/9b84e2e/Tangled.2010.TC.H264-DMZ.part09.rar.html
http://hotfile.com/dl/86524065/b4dd2da/Raiponce.FRENCH.TS.MD.XviD.avi.html
http://hotfile.com/dl/96316573/8ada2f2/Tangled10.TC-IMAGiNE.part3.rar.html
http://hotfile.com/dl/96316567/f4fb9aa/Tangled10.TC-IMAGiNE.part2.rar.html
http://hotfile.com/dl/96316643/7d6d29b/Tangled10.TC-IMAGiNE.part4.rar.html
http://hotfile.com/dl/96316564/b065fb8/Tangled10.TC-IMAGiNE.part1.rar.html
http://hotfile.com/dl/91142069/d538107/ddpanda_rana_Tangled_2010_TS_XViD_-
_IMAGiNE.avi.part1.rar
http://hotfile.com/dl/91143315/4df21ea/ddpanda_rana_Tangled_2010_TS_XViD_-
_IMAGiNE.avi.part2.rar.html

CONFIDENTIAL

HF00431214

```
http://hotfile.com/dl/92557668/bd7a62a/Tangled_2010_TSIMp4Movies.com.mp4.html
http://hotfile.com/dl/97049339/a0b2031/Enred-TS-HQ-Latino-by-davidyceci.part2.rar.html
http://hotfile.com/dl/97049413/9430b4e/Enred-TS-HQ-Latino-by-davidyceci.part1.rar.html
http://hotfile.com/dl/97049441/afbbd04/Enred-TS-HQ-Latino-by-davidyceci.part4.rar.html
http://hotfile.com/dl/97050030/19aa319/Enred-TS-HQ-Latino-by-davidyceci.part3.rar.html
http://hotfile.com/dl/88094427/3efdc17/Tangled_2010_TS_XviD-LTRG.avi.html
http://hotfile.com/dl/93828057/70c64c0/01TRON_Legacy_(2010)_DVDRip_XviD.part3.rar.html
http://hotfile.com/dl/93828062/3244663/01TRON_Legacy_(2010)_DVDRip_XviD.part4.rar.html
http://hotfile.com/dl/93828045/ca850e7/01TRON_Legacy_(2010)_DVDRip_XviD.part1.rar.html
http://hotfile.com/dl/93828052/8ba6a43/01TRON_Legacy_(2010)_DVDRip_XviD.part2.rar.html
http://hotfile.com/dl/93828065/2004f05/01TRON_Legacy_(2010)_DVDRip_XviD.part5.rar.html
http://hotfile.com/dl/93828223/840fc85/01TRON_Legacy_(2010)_DVDRip_XviD.part7.rar.html
http://hotfile.com/dl/93828071/9174848/01TRON_Legacy_(2010)_DVDRip_XviD.part6.rar.html
http://hotfile.com/dl/93828225/f617682/01TRON_Legacy_(2010)_DVDRip_XviD.part8.rar.html
http://hotfile.com/dl/95920209/95f4b75/www.ferbourtoi.org.Gh0st.Tron.Legacy.2010.300mb.mkv.ht
ml
http://hotfile.com/dl/97285659/664e8fd/_TRON_Legacy_2010_.avi.001.html
http://hotfile.com/dl/92027419/7f100d2/san-troleg.ts.Ankesh.part1.rar.html
http://hotfile.com/dl/92027509/c3ce0fa/san-troleg.ts.Ankesh.part2.rar.html
http://hotfile.com/dl/92027530/eedd835/san-troleg.ts.Ankesh.part3.rar.html
http://hotfile.com/dl/91222327/02ebb18/TRON.Legacy.2010.TS.XViD.TR.Altyazi-
JayS.part2.rar.html
http://hotfile.com/dl/91222328/8d0a16c/TRON.Legacy.2010.TS.XViD.TR.Altyazi-
JayS.part3.rar.html
http://hotfile.com/dl/91222329/4f51ea1/TRON.Legacy.2010.TS.XViD.TR.Altyazi-
JayS.part4.rar.html
http://hotfile.com/dl/91222330/29c380f/TRON.Legacy.2010.TS.XViD.TR.Altyazi-
JayS.part1.rar.html
http://hotfile.com/dl/95226081/5810276/TeenDezire.com.Tron.Legacy.TS.IMAGiNE._2010_-
300MB.rar.html


Best regards,
Hotfile.com abuse department

Internet.Enforcement@disney.com wrote:
><P>Wednesday, March 16, 2011<BR><BR><U>Via Electronic Mail (
><A>abuse@hotfile.com</A> )</U><BR><BR>hotfile.com c/o Designated
>Agent <BR><BR>Re: Infringing Content Re-notification [Notice ID:7415
><YET generated be to>] <BR>File No. (PM) (http://hotfile.com) </P>
><P>Dear Sir or Madam: <BR><BR>I refer to my previous letter(s) sent to
>you (see "Original Notification Dates" listed below), in which Disney
>Enterprises, Inc., and/or its subsidiaries or affiliated companies,
>("Disney") documented infringement of Disney copyrighted works on your
>site. To date, you have not removed this content, which continues to be
>accessible at one or more of the links identified below. <BR><BR>Please
>take immediate action to disable access and remove the infringing
>content identified below. Disney will be forced to consider all
>alternative actions available if you fail to comply with this letter
>immediately. </P> <P><U>Copyrighted works infringed
>upon:</U><BR>Audiovisual works, including without limitation,
><I>Tangled</I>, <I>TRON: Legacy</I></P> <P><B>Location and original
>notification dates of infringing material:</B></P> <P><A
>href="http://hotfile.com/dl/95771654/a4d5a68/TeamHanna.org_KR46-KURYU.p
>art1.rar.html">http://hotfile.com/dl/95771654/a4d5a68/TeamHanna.org_KR4
>6-KURYU.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1
>notice(s) previously sent for this link. <BR>(Original Notification
>Date: 1/25/2011 12:37:52 AM)</I></SMALL><BR><BR><A
>href="http://hotfile.com/dl/95771667/617f353/TeamHanna.org_KR46-KURYU.p
```

HF00431215

>art2.rar.html">http://hotfile.com/dl/95771667/617f353/TeamHanna.org_KR4
>6-KURYU.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1
>notice(s) previously sent for this link. <BR>(Original Notification
>Date: 1/25/2011 12:37:56 AM)</I></SMALL><BR><BR><A
>href="http://hotfile.com/dl/97198775/3ed7009/Tangled.2010.TS.XViD-DiNKY
>.avi.part4.rar.html">http://hotfile.com/dl/97198775/3ed7009/Tangled.201
>0.TS.XViD-DiNKY.avi.part4.rar.html</A><BR><SMALL><I>* To date, a total
>of 1 notice(s) previously sent for this link. <BR>(Original
>Notification Date: 1/25/2011 12:39:05 AM)</I></SMALL><BR><BR
 ><A href="http://hotfile.com/dl/97198910/dd87a6c/Tangled.2010.TS.XViD-
DiNKY.avi.part3.rar.html">http://hotfile.com/dl/97198910/dd87a6c/Tangled.2010.TS.XViD-
DiNKY.avi.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent
for this link. <BR>(Original Notification Date: 1/25/2011 12:39:11 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/97198969/ee46d40/Tangled.2010.TS.XViD-
DiNKY.avi.part2.rar.html">http://hotfile.com/dl/97198969/ee46d40/Tangled.2010.TS.XViD-
DiNKY.avi.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 1/25/2011 12:39:35 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/97198820/faa2038/Tangled.2010.TS.XViD-
DiNKY.avi.part1.rar.html">http://hotfile.com/dl/97198820/faa2038/Tangled.2010.TS.XViD-
DiNKY.avi.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent
for this link. <BR>(Original Notification Date: 1/25/2011 12:39:40  AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85359685/698f23d/tag.2010.cm.xtremeli.com.part2.rar.html">http://
hotfile.com/dl/85359685/698f23d/tag.2010.cm.xtremeli.com.part2.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
1/25/2011 12:40:14 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85360931/5a342b4/tag.2010.cm.xtremeli.com.part1.rar.html">http://
hotfile.com/dl/85360931/5a342b4/tag.2010.cm.xtremeli.com.part1.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
1/25/2011 12:40:18 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/97898188/6dc9b15/Tangled.2010-
SUMO.part1.rar.html">http://hotfile.com/dl/97898188/6dc9b15/Tangled.2010-
SUMO.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:40:20 AM)</I></SMALL><BR><BR><A hr
 ef="http://hotfile.com/dl/97898251/62c448d/Tangled.2010-
SUMO.part3.rar.html">http://hotfile.com/dl/97898251/62c448d/Tangled.2010-
SUMO.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:40:21 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/97898245/9067a2f/Tangled.2010-
SUMO.part2.rar.html">http://hotfile.com/dl/97898245/9067a2f/Tangled.2010-
SUMO.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:40:23 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/97898256/5dac5bc/Tangled.2010-
SUMO.part4.rar.html">http://hotfile.com/dl/97898256/5dac5bc/Tangled.2010-
SUMO.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:40:24 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/97898451/9138810/Tangled.2010-
 SUMO.part5.rar.html">http://hotfile.com/dl/97898451/9138810/Tangled.2010-
SUMO.part5.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent
for this link. <BR>(Original Notification Date: 1/25/2011 12:40:25 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/97898491/4d86ef6/Tangled.2010-
SUMO.part6.rar.html">http://hotfile.com/dl/97898491/4d86ef6/Tangled.2010-
SUMO.part6.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:40:48 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/97898494/bf2303a/Tangled.2010-
SUMO.part7.rar.html">http://hotfile.com/dl/97898494/bf2303a/Tangled.2010-
SUMO.part7.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:41:19 AM)</I></SMALL><BR><BR><A

CONFIDENTIAL

HF00431216

href="http://hotfile.com/dl/93307536/4a8ce12/Tangled.2010.Divxin.net.part2.rar.html">http://h
otfile.com/dl/9330753
  6/4a8ce12/Tangled.2010.Divxin.net.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 1/25/2011 12:41:23
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/93307539/5aa836c/Tangled.2010.Divxin.net.part1.rar.html">http://h
otfile.com/dl/93307539/5aa836c/Tangled.2010.Divxin.net.part1.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
1/25/2011 12:41:26 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/93307537/c44c348/Tangled.2010.Divxin.net.part3.rar.html">http://h
otfile.com/dl/93307537/c44c348/Tangled.2010.Divxin.net.part3.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
1/25/2011 12:41:28 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/93307538/3fbefbd/Tangled.2010.Divxin.net.part4.rar.html">http://h
otfile.com/dl/93307538/3fbefbd/Tangled.20
  10.Divxin.net.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 1/25/2011 12:41:31
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/93163910/57015d6/Enrredados_KTAOMAI.part4.rar.html">http://hotfil
e.com/dl/93163910/57015d6/Enrredados_KTAOMAI.part4.rar.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
1/25/2011 12:41:56 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/93163929/1c40b85/Enrredados_KTAOMAI.part2.rar.html">http://hotfil
e.com/dl/93163929/1c40b85/Enrredados_KTAOMAI.part2.rar.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
1/25/2011 12:42:01 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/93163978/4682bf7/Enrredados_KTAOMAI.part3.rar.html">http://hotfil
e.com/dl/93163978/4682bf7/Enrredados_KTAOMAI.part3.rar.html</A><BR><SMALL><I>* To
  date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification
Date: 1/25/2011 12:42:03 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/93163982/802eede/Enrredados_KTAOMAI.part1.rar.html">http://hotfil
e.com/dl/93163982/802eede/Enrredados_KTAOMAI.part1.rar.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
1/25/2011 12:42:05 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/93164078/605f813/Enrredados_KTAOMAI.part6.rar.html">http://hotfil
e.com/dl/93164078/605f813/Enrredados_KTAOMAI.part6.rar.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
1/25/2011 12:42:39 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/93164257/5c4c366/Enrredados_KTAOMAI.part5.rar.html">http://hotfil
e.com/dl/93164257/5c4c366/Enrredados_KTAOMAI.part5.rar.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for  this link. <BR>(Original Notification Date:
1/25/2011 12:42:45 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98128712/068b8ac/Tangled.part3.rar.html">http://hotfile.com/dl/98
128712/068b8ac/Tangled.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 1/25/2011 12:42:50
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98126350/bc34a42/Tangled.part4.rar.html">http://hotfile.com/dl/98
126350/bc34a42/Tangled.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 1/25/2011 12:42:55
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98128628/5860e80/Tangled.part2.rar.html">http://hotfile.com/dl/98
128628/5860e80/Tangled.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 1/25/2011 12:43:23
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl

/98128846/bd62796/Tangled.part1.rar.html">http://hotfile.com/dl/98128846/bd62796/Tangled.part
1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 1/25/2011 12:43:26 AM)</I></SMALL><BR><BR><A

CONFIDENTIAL

HF00431217

```
href="http://hotfile.com/dl/98183539/dbc510a/Tangled.2010.TC.H264-
DMZ.part03.rar.html">http://hotfile.com/dl/98183539/dbc510a/Tangled.2010.TC.H264-
DMZ.part03.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:43:30 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98183436/986bc74/Tangled.2010.TC.H264-
DMZ.part01.rar.html">http://hotfile.com/dl/98183436/986bc74/Tangled.2010.TC.H264-
DMZ.part01.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:43:35 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98183468/193bf35/Tangled.2010.TC.H264-DMZ.p
 art02.rar.html">http://hotfile.com/dl/98183468/193bf35/Tangled.2010.TC.H264-
DMZ.part02.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:43:38 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98183602/fd737ee/Tangled.2010.TC.H264-
DMZ.part05.rar.html">http://hotfile.com/dl/98183602/fd737ee/Tangled.2010.TC.H264-
DMZ.part05.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:43:42 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98183631/6233376/Tangled.2010.TC.H264-
DMZ.part07.rar.html">http://hotfile.com/dl/98183631/6233376/Tangled.2010.TC.H264-
DMZ.part07.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:43:45 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98183556/b8e32da/Tangled.2010.TC.H264-DMZ.part04.ra
 r.html">http://hotfile.com/dl/98183556/b8e32da/Tangled.2010.TC.H264-
DMZ.part04.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:44:18 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98183615/910a36e/Tangled.2010.TC.H264-
DMZ.part06.rar.html">http://hotfile.com/dl/98183615/910a36e/Tangled.2010.TC.H264-
DMZ.part06.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:44:23 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98183675/fa30ab8/Tangled.2010.TC.H264-
DMZ.part08.rar.html">http://hotfile.com/dl/98183675/fa30ab8/Tangled.2010.TC.H264-
DMZ.part08.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:44:29 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98183681/9b84e2e/Tangled.2010.TC.H264-DMZ.part09.rar.html">
 http://hotfile.com/dl/98183681/9b84e2e/Tangled.2010.TC.H264-
DMZ.part09.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:44:32 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/86524065/b4dd2da/Raiponce.FRENCH.TS.MD.XviD.avi.html">http://hotf
ile.com/dl/86524065/b4dd2da/Raiponce.FRENCH.TS.MD.XviD.avi.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
1/27/2011 8:46:31 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/96316573/8ada2f2/Tangled10.TC-
IMAGiNE.part3.rar.html">http://hotfile.com/dl/96316573/8ada2f2/Tangled10.TC-
IMAGiNE.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/27/2011 8:46:32 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/96316567/f4fb9aa/Tangled10.TC-
IMAGiNE.part2.rar.html">http://hotfile.com/dl/96316567/f4fb
 9aa/Tangled10.TC-IMAGiNE.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 1/27/2011 8:46:33
PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/96316643/7d6d29b/Tangled10.TC-
IMAGiNE.part4.rar.html">http://hotfile.com/dl/96316643/7d6d29b/Tangled10.TC-
IMAGiNE.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/27/2011 8:46:34 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/96316564/b065fb8/Tangled10.TC-
IMAGiNE.part1.rar.html">http://hotfile.com/dl/96316564/b065fb8/Tangled10.TC-
IMAGiNE.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/27/2011 8:46:35 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/91142069/d538107/ddpanda_rana_Tangled_2010_TS_XViD_-
_IMAGiNE.avi.part1.rar">http://hotfile.com/dl/91142069/d538107/ddpanda_rana_Ta
```

ngled_2010_TS_XViD_-_IMAGiNE.avi.part1.rar</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 1/27/2011 8:46:36 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/91143315/4df21ea/ddpanda_rana_Tangled_2010_TS_XViD_-_IMAGiNE.avi.part2.rar.html">http://hotfile.com/dl/91143315/4df21ea/ddpanda_rana_Tangled_2010_TS_XViD_-_IMAGiNE.avi.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 1/27/2011 8:46:37 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/92557668/bd7a62a/Tangled_2010_TSIMp4Movies.com.mp4.html">http://hotfile.com/dl/92557668/bd7a62a/Tangled_2010_TSIMp4Movies.com.mp4.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 1/27/2011 8:46:38 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/97049339/a0b2031/Enred-TS-HQ-Latino-by-davidyceci.part2.rar.html">h
ttp://hotfile.com/dl/97049339/a0b2031/Enred-TS-HQ-Latino-by-davidyceci.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 2/2/2011 8:14:25 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/97049413/9430b4e/Enred-TS-HQ-Latino-by-davidyceci.part1.rar.html">http://hotfile.com/dl/97049413/9430b4e/Enred-TS-HQ-Latino-by-davidyceci.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 2/2/2011 8:14:26 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/97049441/afbbd04/Enred-TS-HQ-Latino-by-davidyceci.part4.rar.html">http://hotfile.com/dl/97049441/afbbd04/Enred-TS-HQ-Latino-by-davidyceci.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 2/2/2011 8:14:27 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/97050030/19aa319/Enred-TS-HQ-Latino-by-davidyceci.part3.rar.html">http://hotfile.com/dl/97050030/19aa319/Enred-TS-HQ-Latino-by-davidyceci.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 2/2/2011 8:14:27 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/88094427/3efdc17/Tangled_2010_TS_XviD-LTRG.avi.html">http://hotfile.com/dl/88094427/3efdc17/Tangled_2010_TS_XviD-LTRG.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 2/2/2011 8:14:28 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/93828057/70c64c0/01TRON_Legacy_(2010)_DVDRip_XviD.part3.rar.html">http://hotfile.com/dl/93828057/70c64c0/01TRON_Legacy_(2010)_DVDRip_XviD.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 1/6/2011 2:38:45 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/93828062/3244663/01TRON_Legacy_(2010)

_DVDRip_XviD.part4.rar.html">http://hotfile.com/dl/93828062/3244663/01TRON_Legacy_(2010)_DVDRip_XviD.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 1/6/2011 2:38:52 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/93828045/ca850e7/01TRON_Legacy_(2010)_DVDRip_XviD.part1.rar.html">http://hotfile.com/dl/93828045/ca850e7/01TRON_Legacy_(2010)_DVDRip_XviD.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 1/6/2011 2:38:54 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/93828052/8ba6a43/01TRON_Legacy_(2010)_DVDRip_XviD.part2.rar.html">http://hotfile.com/dl/93828052/8ba6a43/01TRON_Legacy_(2010)_DVDRip_XviD.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 1/6/2011 2:38:56 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/93828065/

2004f05/01TRON_Legacy_(2010)_DVDRip_XviD.part5.rar.html">http://hotfile.com/dl/93828065/2004f05/01TRON_Legacy_(2010)_DVDRip_XviD.part5.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 1/6/2011 2:38:58 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/93828223/840fc85/01TRON_Legacy_(2010)_DVDRip_XviD.part7.rar.html">http://hotfile.com/dl/93828223/840fc85/01TRON_Legacy_(2010)_DVDRip_XviD.part7.rar.html</A><B

HF00431219

R><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original
Notification Date: 1/6/2011 2:39:02 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/93828071/9174848/01TRON_Legacy_(2010)_DVDRip_XviD.part6.rar.html"
>http://hotfile.com/dl/93828071/9174848/01TRON_Legacy_(2010)_DVDRip_XviD.part6.rar.html</A>B
R><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original
Notification Date: 1/6/2011 2:39:46 AM)</I></SMALL><BR><BR><A href="htt

p://hotfile.com/dl/93828225/f617682/01TRON_Legacy_(2010)_DVDRip_XviD.part8.rar.html">http://h
otfile.com/dl/93828225/f617682/01TRON_Legacy_(2010)_DVDRip_XviD.part8.rar.html</A><BR><SMALL>
<I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original
Notification Date: 1/6/2011 2:39:51 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/95920209/95f4b75/www.ferbourtoi.org.Gh0st.Tron.Legacy.2010.300mb.
mkv.html">http://hotfile.com/dl/95920209/95f4b75/www.ferbourtoi.org.Gh0st.Tron.Legacy.2010.30
0mb.mkv.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 1/25/2011 12:37:57 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/97285659/664e8fd/_TRON_Legacy_2010_.avi.001.html">http://hotfile.
com/dl/97285659/664e8fd/_TRON_Legacy_2010_.avi.001.html</A><BR><SMALL><I>* To date, a total
of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 1/25/2011
12:37:59 AM)</I></SMALL><B  R><BR><A href="http://hotfile.com/dl/92027419/7f100d2/san-
troleg.ts.Ankesh.part1.rar.html">http://hotfile.com/dl/92027419/7f100d2/san-
troleg.ts.Ankesh.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 1/25/2011 12:44:33
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/92027509/c3ce0fa/san-
troleg.ts.Ankesh.part2.rar.html">http://hotfile.com/dl/92027509/c3ce0fa/san-
troleg.ts.Ankesh.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 1/25/2011 12:44:34
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/92027530/eedd835/san-
troleg.ts.Ankesh.part3.rar.html">http://hotfile.com/dl/92027530/eedd835/san-
troleg.ts.Ankesh.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 1/25/2011 12:44:35
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/9
1222327/02ebb18/TRON.Legacy.2010.TS.XViD.TR.Altyazi-
JayS.part2.rar.html">http://hotfile.com/dl/91222327/02ebb18/TRON.Legacy.2010.TS.XViD.TR.Altya
zi-JayS.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:45:57 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/91222328/8d0a16c/TRON.Legacy.2010.TS.XViD.TR.Altyazi-
JayS.part3.rar.html">http://hotfile.com/dl/91222328/8d0a16c/TRON.Legacy.2010.TS.XViD.TR.Altya
zi-JayS.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:45:58 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/91222329/4f51ea1/TRON.Legacy.2010.TS.XViD.TR.Altyazi-
JayS.part4.rar.html">http://hotfile.com/dl/91222329/4f51ea1/TRON.Legacy.2010.TS.XViD.TR.Altya
zi-JayS.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notificatio n Date: 1/25/2011 12:45:59 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/91222330/29c380f/TRON.Legacy.2010.TS.XViD.TR.Altyazi-
JayS.part1.rar.html">http://hotfile.com/dl/91222330/29c380f/TRON.Legacy.2010.TS.XViD.TR.Altya
zi-JayS.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:45:59 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/95226081/5810276/TeenDezire.com.Tron.Legacy.TS.IMAGiNE._2010_-
300MB.rar.html">http://hotfile.com/dl/95226081/5810276/TeenDezire.com.Tron.Legacy.TS.IMAGiNE.
_2010_-300MB.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/27/2011 8:46:42 PM)</I></SMALL><BR><BR></P>
><P>This letter is not a complete statement of Disneys rights in
>connection with this matter, and nothing contained herein constitutes
>an express or implied waiver of any rights, remedies, or defenses of
>Disney in connection with this matter, all of which are expressly
>reserved. </P> <P>Sent on behalf of, <BR><BR>// Cynthia Tobar //
><BR><BR>Cynthia Tobar<BR>Antipiracy Paralegal<BR>The Walt Disney
>Company<BR>500 S. Buena Vista Street<BR>Burbank,CA,91521<BR></P>

CONFIDENTIAL

HF00431220

```
><P><BR><BR><BR>[NOTE: The above Links have been re-listed here in
>single line format for convenience.]
><BR><BR>--------------------<BR><BR>http://hotfile.com/dl/95771654/a4d5
>a68/TeamHanna.org_KR46-KURYU.part1.rar.html<BR>http://hotfile.com/dl/95
>771667/617f353/TeamHanna.org_KR46-KURYU.part2.rar.html<BR>http://hotfil
>e.com/dl/97198775/3ed7009/Tangled.2010.TS.XViD-DiNKY.avi.part4.rar.html
><BR>http://hotfile.com/dl/97198910/dd87a6c/Tangled.2010.TS.XViD-DiNKY.a
>vi.part3.rar.html<BR>http://hotfile.com/dl/97198969/ee46d40/Tangled.201
>0.TS.XViD-DiNKY.avi.part2.rar.html<BR>http://hotfile.com/dl/97198820/fa
>a2038/Tangled.2010.TS.XViD-DiNKY.avi.part1.rar.html<BR>http://hotfile.c
>om/dl/85359685/698f23d/tag.2010.cm.xtremeli.com.part2.rar.html<BR>http:
>//hotfile.com/dl/85360931/5a342b4/tag.2010.cm.xtremeli.com.part1.rar.ht
>ml<BR>http://hotfile.com/dl/97898188/6dc9b15/Tangled.2010-SUMO.part1.ra
>r.html<BR>http://hotfile.com/dl/97898251/62c448d/Tangled.2010-SUMO.part
>3.rar.html<BR>http://hotfile.com/d
 l/97898245/9067a2f/Tangled.2010-
SUMO.part2.rar.html<BR>http://hotfile.com/dl/97898256/5dac5bc/Tangled.2010-
SUMO.part4.rar.html<BR>http://hotfile.com/dl/97898451/9138810/Tangled.2010-
SUMO.part5.rar.html<BR>http://hotfile.com/dl/97898491/4d86ef6/Tangled.2010-
SUMO.part6.rar.html<BR>http://hotfile.com/dl/97898494/bf2303a/Tangled.2010-
SUMO.part7.rar.html<BR>http://hotfile.com/dl/93307536/4a8ce12/Tangled.2010.Divxin.net.part2.r
ar.html<BR>http://hotfile.com/dl/93307539/5aa836c/Tangled.2010.Divxin.net.part1.rar.html<BR>h
ttp://hotfile.com/dl/93307537/c44c348/Tangled.2010.Divxin.net.part3.rar.html<BR>http://hotfil
e.com/dl/93307538/3fbefbd/Tangled.2010.Divxin.net.part4.rar.html<BR>http://hotfile.com/dl/931
63910/57015d6/Enrredados_KTAOMAI.part4.rar.html<BR>http://hotfile.com/dl/93163929/1c40b85/Enr
redados_KTAOMAI.part2.rar.html<BR>http://hotfile.com/dl/93163978/4682bf7/Enrredados_KTAOMAI.p
art3.rar.html<BR>http://hotfile.com/dl/93163982/802eede/Enrredados_KTAOMAI.part1.rar.html<BR>
http:/

/hotfile.com/dl/93164078/605f813/Enrredados_KTAOMAI.part6.rar.html<BR>http://hotfile.com/dl/9
3164257/5c4c366/Enrredados_KTAOMAI.part5.rar.html<BR>http://hotfile.com/dl/98128712/068b8ac/T
angled.part3.rar.html<BR>http://hotfile.com/dl/98126350/bc34a42/Tangled.part4.rar.html<BR>htt
p://hotfile.com/dl/98128628/5860e80/Tangled.part2.rar.html<BR>http://hotfile.com/dl/98128846/
bd62796/Tangled.part1.rar.html<BR>http://hotfile.com/dl/98183539/dbc510a/Tangled.2010.TC.H264
-DMZ.part03.rar.html<BR>http://hotfile.com/dl/98183436/986bc74/Tangled.2010.TC.H264-
DMZ.part01.rar.html<BR>http://hotfile.com/dl/98183468/193bf35/Tangled.2010.TC.H264-
DMZ.part02.rar.html<BR>http://hotfile.com/dl/98183602/fd737ee/Tangled.2010.TC.H264-
DMZ.part05.rar.html<BR>http://hotfile.com/dl/98183631/6233376/Tangled.2010.TC.H264-
DMZ.part07.rar.html<BR>http://hotfile.com/dl/98183556/b8e32da/Tangled.2010.TC.H264-
DMZ.part04.rar.html<BR>http://hotfile.com/dl/98183615/910a36e/Tangled.2010.TC.H264-
DMZ.part06.rar.html<BR>ht
 tp://hotfile.com/dl/98183675/fa30ab8/Tangled.2010.TC.H264-
DMZ.part08.rar.html<BR>http://hotfile.com/dl/98183681/9b84e2e/Tangled.2010.TC.H264-
DMZ.part09.rar.html<BR>http://hotfile.com/dl/86524065/b4dd2da/Raiponce.FRENCH.TS.MD.XViD.avi.
html<BR>http://hotfile.com/dl/96316573/8ada2f2/Tangled10.TC-
IMAGiNE.part3.rar.html<BR>http://hotfile.com/dl/96316567/f4fb9aa/Tangled10.TC-
IMAGiNE.part2.rar.html<BR>http://hotfile.com/dl/96316643/7d6d29b/Tangled10.TC-
IMAGiNE.part4.rar.html<BR>http://hotfile.com/dl/96316564/b065fb8/Tangled10.TC-
IMAGiNE.part1.rar.html<BR>http://hotfile.com/dl/91142069/d538107/ddpanda_rana_Tangled_2010_TS
_XViD_-
_IMAGiNE.avi.part1.rar<BR>http://hotfile.com/dl/91143315/4df21ea/ddpanda_rana_Tangled_2010_TS
_XViD_-
_IMAGiNE.avi.part2.rar.html<BR>http://hotfile.com/dl/92557668/bd7a62a/Tangled_2010_TSIMp4Movi
es.com.mp4.html<BR>http://hotfile.com/dl/97049339/a0b2031/Enred-TS-HQ-Latino-by-
davidyceci.part2.rar.html<BR>http://hotfile.com/dl/97049413/9430b4e/Enred-TS-HQ-Latino-b
 y-davidyceci.part1.rar.html<BR>http://hotfile.com/dl/97049441/afbbd04/Enred-TS-HQ-Latino-by-
davidyceci.part4.rar.html<BR>http://hotfile.com/dl/97050030/19aa319/Enred-TS-HQ-Latino-by-
davidyceci.part3.rar.html<BR>http://hotfile.com/dl/88094427/3efdc17/Tangled_2010_TS_XViD-
```

CONFIDENTIAL

HF00431221

LTRG.avi.html<BR>http://hotfile.com/dl/93828057/70c64c0/01TRON_Legacy_(2010)_DVDRip_XviD.part
3.rar.html<BR>http://hotfile.com/dl/93828062/3244663/01TRON_Legacy_(2010)_DVDRip_XviD.part4.r
ar.html<BR>http://hotfile.com/dl/93828045/ca850e7/01TRON_Legacy_(2010)_DVDRip_XviD.part1.rar.
html<BR>http://hotfile.com/dl/93828052/8ba6a43/01TRON_Legacy_(2010)_DVDRip_XviD.part2.rar.htm
l<BR>http://hotfile.com/dl/93828065/2004f05/01TRON_Legacy_(2010)_DVDRip_XviD.part5.rar.html<B
R>http://hotfile.com/dl/93828223/840fc85/01TRON_Legacy_(2010)_DVDRip_XviD.part7.rar.html<BR>h
ttp://hotfile.com/dl/93828071/9174848/01TRON_Legacy_(2010)_DVDRip_XviD.part6.rar.html<BR>http
://hotfile.com/dl/93828225/f617682/01TRON_Legacy_(2010)_DVDRip_XviD


.part8.rar.html<BR>http://hotfile.com/dl/95920209/95f4b75/www.ferbourtoi.org.Gh0st.Tron.Legac
y.2010.300mb.mkv.html<BR>http://hotfile.com/dl/97285659/664e8fd/_TRON_Legacy_2010_.avi.001.ht
ml<BR>http://hotfile.com/dl/92027419/7f100d2/san-
troleg.ts.Ankesh.part1.rar.html<BR>http://hotfile.com/dl/92027509/c3ce0fa/san-
troleg.ts.Ankesh.part2.rar.html<BR>http://hotfile.com/dl/92027530/eedd835/san-
troleg.ts.Ankesh.part3.rar.html<BR>http://hotfile.com/dl/91222327/02ebb18/TRON.Legacy.2010.TS
.XViD.TR.Altyazi-
JayS.part2.rar.html<BR>http://hotfile.com/dl/91222328/8d0a16c/TRON.Legacy.2010.TS.XViD.TR.Alt
yazi-
JayS.part3.rar.html<BR>http://hotfile.com/dl/91222329/4f51ea1/TRON.Legacy.2010.TS.XViD.TR.Alt
yazi-
JayS.part4.rar.html<BR>http://hotfile.com/dl/91222330/29c380f/TRON.Legacy.2010.TS.XViD.TR.Alt
yazi-
JayS.part1.rar.html<BR>http://hotfile.com/dl/95226081/5810276/TeenDezire.com.Tron.Legacy.TS.I
MAGiNE._2010_-300MB.rar.html<BR><BR>-------------------<BR><BR></P>

CONFIDENTIAL

HF00431222

| From: | Disney MyTeam International [INTL.Portal@disney.com] on behalf of Internet Enforcement [Internet.Enforcement@disney.com] |
|---|---|
| Sent: | Wednesday, July 07, 2010 12:56 PM |
| To: | abuse@hotfile.com |
| Subject: | Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 4099] (TMS) |

Importance:          High

Wednesday, July 07, 2010

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4099 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Prince of Persia*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/46482499/b6eaeb2/kingdom-poptsot.ts.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:35 PM)*

http://hotfile.com/dl/46482540/ecae38d/kingdom-poptsot.ts.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:38 PM)*

http://hotfile.com/dl/46482557/edacc31/kingdom-poptsot.ts.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:46 PM)*

http://hotfile.com/dl/46489263/8c92f77/Prism-pop.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:50 PM)*

http://hotfile.com/dl/46489268/ee44213/Prism-pop.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*

CONFIDENTIAL

HF00719990

*(Original Notification Date: 6/17/2010 4:56:53 PM)*

http://hotfile.com/dl/46489300/86408cf/Prism-pop.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:57 PM)*

http://hotfile.com/dl/46489308/a4e060f/Prism-pop.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:02 PM)*

http://hotfile.com/dl/46489310/1837afe/Prism-pop.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:08 PM)*

http://hotfile.com/dl/46489352/91d698b/Prism-pop.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:12 PM)*

http://hotfile.com/dl/46489360/22ffb02/Prism-pop.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:16 PM)*

http://hotfile.com/dl/46492873/223090d/sc0rp-poptsotts.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:20 PM)*

http://hotfile.com/dl/46493018/8c978b9/sc0rp-poptsotts.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:23 PM)*

http://hotfile.com/dl/46546018/a3c3ffb/PrinceOfAkilwoodPersia_WarezSL.org.part12.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:11 PM)*

http://hotfile.com/dl/46546020/03326d6/PrinceOfAkilwoodPersia_WarezSL.org.part13.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:15 PM)*

http://hotfile.com/dl/46546021/202b7b7/PrinceOfAkilwoodPersia_WarezSL.org.part14.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:19 PM)*

http://hotfile.com/dl/46546056/2aad44d/PrinceOfAkilwoodPersiamkv_WarezSL.org.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:22 PM)*

http://hotfile.com/dl/46546057/f85c2d7/PrinceOfAkilwoodPersiamkv_WarezSL.org.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:26 PM)*

http://hotfile.com/dl/46546058/b76c907/PrinceOfAkilwoodPersiamkv_WarezSL.org.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:30 PM)*

http://hotfile.com/dl/46546059/16a47da/PrinceOfAkilwoodPersiamkv_WarezSL.org.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:34 PM)*

CONFIDENTIAL

http://hotfile.com/dl/46659288/6f29b50/POPTSV2.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:39 PM)*

http://hotfile.com/dl/46658775/5ee1f31/POPTSV2.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:42 PM)*

http://hotfile.com/dl/45348237/b07fad3/Pop.ts.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:46 PM)*

http://hotfile.com/dl/45348244/f57675a/Pop.ts.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:50 PM)*

http://hotfile.com/dl/45348232/93460ea/Pop.ts.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:53 PM)*

http://hotfile.com/dl/45348239/81c7d07/Pop.ts.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:58 PM)*

http://hotfile.com/dl/45997063/bca3265/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:03 PM)*

http://hotfile.com/dl/45997105/701cd80/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:08 PM)*

http://hotfile.com/dl/45997103/e202e3d/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:13 PM)*

http://hotfile.com/dl/45997018/5b963eb/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:16 PM)*

http://hotfile.com/dl/45997068/d1c1546/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:19 PM)*

http://hotfile.com/dl/45997132/48ee793/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:22 PM)*

http://hotfile.com/dl/46732966/a1a898e/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-

HF00719992

PrisM.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:00:43 PM)

http://hotfile.com/dl/46732685/8b27414/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:00:46 PM)

http://hotfile.com/dl/46732677/84da0c5/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:00:49 PM)

http://hotfile.com/dl/46732232/aee7be9/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:00:55 PM)

http://hotfile.com/dl/46733132/df930b7/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:00 PM)

http://hotfile.com/dl/46732754/7d6767f/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:06 PM)

http://hotfile.com/dl/46088263/12784ea/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:10 PM)

http://hotfile.com/dl/46088277/323793b/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:13 PM)

http://hotfile.com/dl/46088270/9b58b54/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:16 PM)

http://hotfile.com/dl/46088280/cf50798/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:20 PM)

http://hotfile.com/dl/46429035/a99775f/backup.POPTSOTTSV2.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:25 PM)

http://hotfile.com/dl/46429043/0b657af/backup.POPTSOTTSV2.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 6/17/2010 5:01:30 PM)

CONFIDENTIAL

HF00719993

http://hotfile.com/dl/46429050/eb6e788/backup.POPTSOTTSV2.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:34 PM)*

http://hotfile.com/dl/46429052/4a5f383/backup.POPTSOTTSV2.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:37 PM)*

http://hotfile.com/dl/46253245/ae08a26/backup.POPTSOTTSV2.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:41 PM)*

http://hotfile.com/dl/46253246/88178d8/backup.POPTSOTTSV2.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:47 PM)*

http://hotfile.com/dl/46253247/996b147/backup.POPTSOTTSV2.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:53 PM)*

http://hotfile.com/dl/46253248/c95e9ea/backup.POPTSOTTSV2.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:56 PM)*

http://hotfile.com/dl/46122034/0120599/just4freeplanet.com_PViSOPTSOTPrO-SW.r03.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:00 PM)*

http://hotfile.com/dl/46122031/02bed2f/just4freeplanet.com_PViSOPTSOTPrO-SW.r04.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:03 PM)*

http://hotfile.com/dl/46122041/fd267e9/just4freeplanet.com_PViSOPTSOTPrO-SW.r00.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:08 PM)*

http://hotfile.com/dl/46122037/a17756a/just4freeplanet.com_PViSOPTSOTPrO-SW.r02.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:13 PM)*

http://hotfile.com/dl/46122039/be84dde/just4freeplanet.com_PViSOPTSOTPrO-SW.r01.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:17 PM)*

http://hotfile.com/dl/46122030/2d46b89/just4freeplanet.com_PViSOPTSOTPrO-SW.r05.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:20 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

CONFIDENTIAL

HF00719994

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/46482499/b6eaeb2/kingdom-poptsot.ts.part7.rar.html
http://hotfile.com/dl/46482540/ecae38d/kingdom-poptsot.ts.part1.rar.html
http://hotfile.com/dl/46482557/edacc31/kingdom-poptsot.ts.part2.rar.html
http://hotfile.com/dl/46489263/8c92f77/Prism-pop.part4.rar.html
http://hotfile.com/dl/46489268/ee44213/Prism-pop.part1.rar.html
http://hotfile.com/dl/46489300/86408cf/Prism-pop.part5.rar.html
http://hotfile.com/dl/46489308/a4e060f/Prism-pop.part6.rar.html
http://hotfile.com/dl/46489310/1837afe/Prism-pop.part7.rar.html
http://hotfile.com/dl/46489352/91d698b/Prism-pop.part2.rar.html
http://hotfile.com/dl/46489360/22ffb02/Prism-pop.part3.rar.html
http://hotfile.com/dl/46492873/223090d/sc0rp-poptsotts.part2.rar.html
http://hotfile.com/dl/46493018/8c978b9/sc0rp-poptsotts.part1.rar.html
http://hotfile.com/dl/46546018/a3c3ffb/PrinceOfAkilwoodPersia_WarezSL.org.part12.rar.html
http://hotfile.com/dl/46546020/03326d6/PrinceOfAkilwoodPersia_WarezSL.org.part13.rar.html
http://hotfile.com/dl/46546021/202b7b7/PrinceOfAkilwoodPersia_WarezSL.org.part14.rar.html
http://hotfile.com/dl/46546056/2aad44d/PrinceOfAkilwoodPersiamkv_WarezSL.org.part1.rar.html
http://hotfile.com/dl/46546057/f85c2d7/PrinceOfAkilwoodPersiamkv_WarezSL.org.part2.rar.html
http://hotfile.com/dl/46546058/b76c907/PrinceOfAkilwoodPersiamkv_WarezSL.org.part3.rar.html
http://hotfile.com/dl/46546059/16a47da/PrinceOfAkilwoodPersiamkv_WarezSL.org.part4.rar.html
http://hotfile.com/dl/46659288/6f29b50/POPTSV2.part2.rar.html
http://hotfile.com/dl/46658775/5ee1f31/POPTSV2.part1.rar.html
http://hotfile.com/dl/45348237/b07fad3/Pop.ts.part2.rar.html
http://hotfile.com/dl/45348244/f57675a/Pop.ts.part4.rar.html
http://hotfile.com/dl/45348232/93460ea/Pop.ts.part1.rar.html
http://hotfile.com/dl/45348239/81c7d07/Pop.ts.part3.rar.html
http://hotfile.com/dl/45997063/bca3265/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part1.rar.html
http://hotfile.com/dl/45997105/701cd80/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part2.rar.html
http://hotfile.com/dl/45997103/e202e3d/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part5.rar.html
http://hotfile.com/dl/45997018/5b963eb/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part4.rar.html
http://hotfile.com/dl/45997068/d1c1546/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part3.rar.html
http://hotfile.com/dl/45997132/48ee793/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part6.rar.html
http://hotfile.com/dl/46732966/a1a898e/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-

CONFIDENTIAL

PrisM.part1.rar.html
http://hotfile.com/dl/46732685/8b27414/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part2.rar.html
http://hotfile.com/dl/46732677/84da0c5/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part3.rar.html
http://hotfile.com/dl/46732232/aee7be9/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part4.rar.html
http://hotfile.com/dl/46733132/df930b7/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part5.rar.html
http://hotfile.com/dl/46732754/7d6767f/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part6.rar.html
http://hotfile.com/dl/46088263/12784ea/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part1.rar.html
http://hotfile.com/dl/46088277/323793b/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part3.rar.html
http://hotfile.com/dl/46088270/9b58b54/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part2.rar.html
http://hotfile.com/dl/46088280/cf50798/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part4.rar.html
http://hotfile.com/dl/46429035/a99775f/backup.POPTSOTTSV2.part1.rar.html
http://hotfile.com/dl/46429043/0b657af/backup.POPTSOTTSV2.part2.rar.html
http://hotfile.com/dl/46429050/eb6e788/backup.POPTSOTTSV2.part3.rar.html
http://hotfile.com/dl/46429052/4a5f383/backup.POPTSOTTSV2.part4.rar.html
http://hotfile.com/dl/46253245/ae08a26/backup.POPTSOTTSV2.part1.rar.html
http://hotfile.com/dl/46253246/88178d8/backup.POPTSOTTSV2.part2.rar.html
http://hotfile.com/dl/46253247/996b147/backup.POPTSOTTSV2.part3.rar.html
http://hotfile.com/dl/46253248/c95e9ea/backup.POPTSOTTSV2.part4.rar.html
http://hotfile.com/dl/46122034/0120599/just4freeplanet.com_PViSOPTSOTPrO-SW.r03.html
http://hotfile.com/dl/46122031/02bed2f/just4freeplanet.com_PViSOPTSOTPrO-SW.r04.html
http://hotfile.com/dl/46122041/fd267e9/just4freeplanet.com_PViSOPTSOTPrO-SW.r00.html
http://hotfile.com/dl/46122037/a17756a/just4freeplanet.com_PViSOPTSOTPrO-SW.r02.html
http://hotfile.com/dl/46122039/be84dde/just4freeplanet.com_PViSOPTSOTPrO-SW.r01.html
http://hotfile.com/dl/46122030/2d46b89/just4freeplanet.com_PViSOPTSOTPrO-SW.r05.html

--------------------

CONFIDENTIAL

HF00719996

| | |
|---|---|
| **From:** | Disney MyTeam International [INTL.Portal@disney.com] on behalf of Internet Enforcement [Internet.Enforcement@disney.com] |
| **Sent:** | Thursday, August 26, 2010 1:54 PM |
| **To:** | abuse@hotfile.com |
| **Subject:** | Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 4737] (TMS) |
| | |
| **Importance:** | High |

Thursday, August 26, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4737 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Princess and the Frog, Sorcerer's Apprentice, The (FIX), Last Song, The*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/27740435/efa736e/ThePrincess222SecretMyth200.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:23 AM)*

http://hotfile.com/dl/27742351/a684cb5/ThePrincess222SecretMyth200.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:28 AM)*

http://hotfile.com/dl/27745225/20ca9f9/ThePrincess222SecretMyth200.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:33 AM)*

http://hotfile.com/dl/27747040/090e361/ThePrincess222SecretMyth200.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:38 AM)*

CONFIDENTIAL

HF00829742

http://hotfile.com/dl/52630178/3143e9a/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:43 AM)*

http://hotfile.com/dl/52630031/f4826a6/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:48 AM)*

http://hotfile.com/dl/52630110/68f8385/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:53 AM)*

http://hotfile.com/dl/52630207/17112a4/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:02 AM)*

http://hotfile.com/dl/55959168/d14bc44/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:07 AM)*

http://hotfile.com/dl/55959279/2d5e94c/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:13 AM)*

http://hotfile.com/dl/55959322/6d6d63d/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:18 AM)*

http://hotfile.com/dl/55959235/dbff496/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:22 AM)*

http://hotfile.com/dl/55959435/6902c09/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:27 AM)*

http://hotfile.com/dl/55959353/fe09301/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:31 AM)*

http://hotfile.com/dl/55959455/30e4950/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part8.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:37 AM)*

http://hotfile.com/dl/55959395/d48c48c/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:42 AM)*

HF00829743

http://hotfile.com/dl/56052129/35c7f92/Sorcerers-dxwarez.com.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:52 AM)*

http://hotfile.com/dl/56052240/57dac44/Sorcerers-dxwarez.com.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:56 AM)*

http://hotfile.com/dl/56052200/d9fe423/Sorcerers-dxwarez.com.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:02 AM)*

http://hotfile.com/dl/56052224/f4c0c0d/Sorcerers-dxwarez.com.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:08 AM)*

http://hotfile.com/dl/56109421/28f6dc5/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:14 AM)*

http://hotfile.com/dl/56109493/3f637df/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:20 AM)*

http://hotfile.com/dl/56109348/9c81051/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:25 AM)*

http://hotfile.com/dl/56109464/2aaa4cf/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:31 AM)*

http://hotfile.com/dl/56319071/9ecc89a/www.Code-Projects.Com-TSA.2010.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:38 AM)*

http://hotfile.com/dl/56319073/995d638/www.Code-Projects.Com-TSA.2010.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:46 AM)*

http://hotfile.com/dl/55792033/26a30c1/www.CooLXviD.net.The.Sorcerers.Apprentice.TS.XViD-KiNGDOM.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:55 AM)*

http://hotfile.com/dl/55782658/3b63747/R.o.P.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:02 AM)*

http://hotfile.com/dl/55784414/c44fbba/R.o.P.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:11 AM)*

CONFIDENTIAL

HF00829744

http://hotfile.com/dl/55783280/4b17001/R.o.P.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:18 AM)*

http://hotfile.com/dl/55784894/175210f/R.o.P.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:24 AM)*

http://hotfile.com/dl/56289927/d0f162c/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:32 AM)*

http://hotfile.com/dl/56290675/811aa0a/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:38 AM)*

http://hotfile.com/dl/56290832/93798f2/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:44 AM)*

http://hotfile.com/dl/51462309/93dff1e/TLSong-ECO_Coder.part6.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:12:49 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/27740435/efa736e/ThePrincess222SecretMyth200.part1.rar.html
http://hotfile.com/dl/27742351/a684cb5/ThePrincess222SecretMyth200.part2.rar.html
http://hotfile.com/dl/27745225/20ca9f9/ThePrincess222SecretMyth200.part3.rar.html
http://hotfile.com/dl/27747040/090e361/ThePrincess222SecretMyth200.part4.rar.html
http://hotfile.com/dl/52630178/3143e9a/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part3.rar.html
http://hotfile.com/dl/52630031/f4826a6/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part1.rar.html
http://hotfile.com/dl/52630110/68f8385/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part2.rar.html
http://hotfile.com/dl/52630207/17112a4/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part4.rar.html

CONFIDENTIAL

HF00829745

http://hotfile.com/dl/55959168/d14bc44/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part1.rar.html

http://hotfile.com/dl/55959279/2d5e94c/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part3.rar.html

http://hotfile.com/dl/55959322/6d6d63d/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part4.rar.html

http://hotfile.com/dl/55959235/dbff496/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part2.rar.html

http://hotfile.com/dl/55959435/6902c09/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part7.rar.html

http://hotfile.com/dl/55959353/fe09301/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part5.rar.html

http://hotfile.com/dl/55959455/30e4950/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part8.rar.html

http://hotfile.com/dl/55959395/d48c48c/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part6.rar.html

http://hotfile.com/dl/56052129/35c7f92/Sorcerers-dxwarez.com.part1.rar.html
http://hotfile.com/dl/56052240/57dac44/Sorcerers-dxwarez.com.part4.rar.html
http://hotfile.com/dl/56052200/d9fe423/Sorcerers-dxwarez.com.part2.rar.html
http://hotfile.com/dl/56052224/f4c0c0d/Sorcerers-dxwarez.com.part3.rar.html
http://hotfile.com/dl/56109421/28f6dc5/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part2.rar.html
http://hotfile.com/dl/56109493/3f637df/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part4.rar.html
http://hotfile.com/dl/56109348/9c81051/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part1.rar.html
http://hotfile.com/dl/56109464/2aaa4cf/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part3.rar.html
http://hotfile.com/dl/56319071/9ecc89a/www.Code-Projects.Com-TSA.2010.part1.rar.html
http://hotfile.com/dl/56319073/995d638/www.Code-Projects.Com-TSA.2010.part2.rar.html
http://hotfile.com/dl/55792033/26a30c1/www.CooLXviD.net.The.Sorcerers.Apprentice.TS.XViD-KiNGDOM.avi.html
http://hotfile.com/dl/55782658/3b63747/R.o.P.part1.rar.html
http://hotfile.com/dl/55784414/c44fbba/R.o.P.part3.rar.html
http://hotfile.com/dl/55783280/4b17001/R.o.P.part2.rar.html
http://hotfile.com/dl/55784894/175210f/R.o.P.part4.rar.html
http://hotfile.com/dl/56289927/d0f162c/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part4.rar.html
http://hotfile.com/dl/56290675/811aa0a/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part2.rar.html
http://hotfile.com/dl/56290832/93798f2/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part1.rar.html
http://hotfile.com/dl/51462309/93dff1e/TLSong-ECO_Coder.part6.rar.html


--------------------

HF00829746

| | |
|---|---|
| **From:** | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| **Sent:** | Tuesday, April 12, 2011 1:33 PM |
| **To:** | abuse@hotfile.com |
| **Cc:** | Internet.Enforcement@disney.com |
| **Subject:** | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 7822] (PM) |

**Importance:**     High

Tuesday, April 12, 2011

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID: 7822 ]
File No. (PM) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Alice in Wonderland (2010)*, *FlashForward*, *Hannah Montana*, *The Last Song*, *Lost*, *Prince of Persia*, *Princess and the Frog*, *The Sorcerer's Apprentice*, *When In Rome*

**Location and original notification dates of infringing material:**

<u>http://hotfile.com/dl/65733230/427dc30/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part1.rar.html</u>
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

<u>http://hotfile.com/dl/65733231/c822815/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part2.rar.html</u>
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

<u>http://hotfile.com/dl/65734596/7df6286/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part3.rar.html</u>
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

CONFIDENTIAL                                                           HF01192009

http://hotfile.com/dl/51178263/17053b1/Alicja(2010)Dub-PL.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

http://hotfile.com/dl/51178458/d0e418c/Alicja(2010)Dub-PL.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

http://hotfile.com/dl/51178366/71667d5/Alicja(2010)Dub-PL.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

http://hotfile.com/dl/35877222/caaa492/flashforward.s01e13.hdtv.xvid-2hd.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/35882483/f800bcb/flashforward.s01e13.hdtv.xvid-2hd.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/36987892/a6aab09/FlashForward.S01E15.HDTV.XviD-P0W4.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/36994731/abe3d8c/FlashForward.S01E15.HDTV.XviD-P0W4.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/41688438/1518634/FlashForward.S01E19.HDTV.XviD-P0W4.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/41694926/64a96fa/FlashForward.S01E19.HDTV.XviD-P0W4.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/42827104/1aa9611/flashforward.s01e20.hdtv.xvid-2hd.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/42877953/8f9a47a/flashforward.s01e20.hdtv.xvid-2hd.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/60928953/b6d47d3/Hannah.Montana.S04E05.HDTV.avi
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/60844115/0f0a9b9/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://www.hotfile.com/dl/60951919/ea5f499/_hannah.montana.s04e05.hdtv.xvid-pinball.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

CONFIDENTIAL

HF01192010

http://hotfile.com/dl/60844545/658d41a/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/60846427/cabe1ac/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/60867517/d128fc9/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/60995657/9ae5005/hannah.montana.s04e04.hdtv.xvid-pinball.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/60997996/b536628/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56659962/47a745e/The.Last.Song.2010.DVDrip.x264.AAC-TeaMarYzs.mkv.003.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 19, 2010)*

http://hotfile.com/dl/56660329/b86b5e2/The.Last.Song.2010.DVDrip.x264.AAC-TeaMarYzs.mkv.002.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 19, 2010)*

http://hotfile.com/dl/56660547/9821b5f/The.Last.Song.2010.DVDrip.x264.AAC-TeaMarYzs.mkv.001.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 19, 2010)*

http://hotfile.com/dl/56295443/cb940da/Lost.S06E06.100MB.KiLLeR.mkv.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56295506/9670d5c/Lost.S06E07.100MB.KiLLeR.mkv.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56295544/6f13050/Lost.S06E08.100MB.KiLLeR.mkv.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56295578/2559008/Lost.S06E09.100MB.KiLLeR.mkv.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56295625/9a30bd3/Lost.S06E10.100MB.KiLLeR.mkv.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56295648/808949f/Lost.S06E11.100MB.KiLLeR.mkv.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

CONFIDENTIAL

HF01192011

http://hotfile.com/dl/56297927/2349168/TVSHOW.IR-LOST.S06E0102-Prime-RaulBlanco7.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 16, 2010)

http://hotfile.com/dl/56298103/6d50eaf/TVSHOW.IR-LOST.S06E0102-Prime-RaulBlanco7.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 16, 2010)

http://hotfile.com/dl/56298084/ea890f1/TVSHOW.IR-LOST.S06E0102-Prime-RaulBlanco7.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 16, 2010)

http://hotfile.com/dl/56298199/a15f41d/TVSHOW.IR-LOST.S06E03-Prime-RaulBlanco7.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 16, 2010)

http://hotfile.com/dl/62341024/76de412/Prince.Of.Persia.2010.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 23, 2010)

http://hotfile.com/dl/62342263/3085858/Prince.Of.Persia.2010.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 23, 2010)

http://hotfile.com/dl/62343450/3b771a0/Prince.Of.Persia.2010.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 23, 2010)

http://hotfile.com/dl/30153808/0916015/dmd-tpatf.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 23, 2010)

http://hotfile.com/dl/30153725/6e7b2c2/dmd-tpatf.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 23, 2010)

http://hotfile.com/dl/30153833/3b9c104/dmd-tpatf.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 23, 2010)

http://hotfile.com/dl/30153871/75ba2f0/dmd-tpatf.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 23, 2010)

http://hotfile.com/dl/57396289/354890b/PrisM.tsa.TS.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 16, 2010)

http://hotfile.com/dl/57396555/6bff9cb/PrisM.tsa.TS.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 16, 2010)

http://hotfile.com/dl/57396942/1df143a/PrisM.tsa.TS.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 16, 2010)

HF01192012

http://hotfile.com/dl/57396513/47849de/PrisM.tsa.TS.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44955830/fd05189/wir720.part01.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44955956/c44a0e1/wir720.part02.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956080/ec9aea3/wir720.part03.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956240/8ab17a3/wir720.part04.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956361/d4cc013/wir720.part05.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956479/e75bfe6/wir720.part06.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956584/c9473bd/wir720.part07.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956688/e4c9d57/wir720.part08.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956799/a1f7676/wir720.part09.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956882/e56a6e9/wir720.part10.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956981/0d87ffd/wir720.part11.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956997/01e3bf3/wir720.part12.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

CONFIDENTIAL

HF01192013

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/65733230/427dc30/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part1.rar.html
http://hotfile.com/dl/65733231/c822815/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part2.rar.html
http://hotfile.com/dl/65734596/7df6286/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part3.rar.html
http://hotfile.com/dl/51178263/17053b1/Alicja(2010)Dub-PL.part1.rar.html
http://hotfile.com/dl/51178458/d0e418c/Alicja(2010)Dub-PL.part3.rar.html
http://hotfile.com/dl/51178366/71667d5/Alicja(2010)Dub-PL.part2.rar.html
http://hotfile.com/dl/35877222/caaa492/flashforward.s01e13.hdtv.xvid-2hd.part1.rar.html
http://hotfile.com/dl/35882483/f800bcb/flashforward.s01e13.hdtv.xvid-2hd.part2.rar.html
http://hotfile.com/dl/36987892/a6aab09/FlashForward.S01E15.HDTV.XviD-P0W4.part1.rar.html
http://hotfile.com/dl/36994731/abe3d8c/FlashForward.S01E15.HDTV.XviD-P0W4.part2.rar.html
http://hotfile.com/dl/41688438/1518634/FlashForward.S01E19.HDTV.XviD-P0W4.part1.rar.html
http://hotfile.com/dl/41694926/64a96fa/FlashForward.S01E19.HDTV.XviD-P0W4.part2.rar.html
http://hotfile.com/dl/42827104/1aa9611/flashforward.s01e20.hdtv.xvid-2hd.part2.rar.html
http://hotfile.com/dl/42877953/8f9a47a/flashforward.s01e20.hdtv.xvid-2hd.part1.rar.html
http://hotfile.com/dl/60928953/b6d47d3/Hannah.Montana.S04E05.HDTV.avi
http://hotfile.com/dl/60844115/0f0a9b9/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
http://www.hotfile.com/dl/60951919/ea5f499/_hannah.montana.s04e05.hdtv.xvid-pinball.rar.html
http://hotfile.com/dl/60844545/658d41a/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
http://hotfile.com/dl/60846427/cabe1ac/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
http://hotfile.com/dl/60867517/d128fc9/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
http://hotfile.com/dl/60995657/9ae5005/hannah.montana.s04e04.hdtv.xvid-pinball.avi.html
http://hotfile.com/dl/60997996/b536628/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
http://hotfile.com/dl/56659962/47a745e/The.Last.Song.2010.DVDrip.x264.AAC-TeaMarYzs.mkv.003.html
http://hotfile.com/dl/56660329/b86b5e2/The.Last.Song.2010.DVDrip.x264.AAC-TeaMarYzs.mkv.002.html
http://hotfile.com/dl/56660547/9821b5f/The.Last.Song.2010.DVDrip.x264.AAC-TeaMarYzs.mkv.001.html
http://hotfile.com/dl/56295443/cb940da/Lost.S06E06.100MB.KiLLeR.mkv.html
http://hotfile.com/dl/56295506/9670d5c/Lost.S06E07.100MB.KiLLeR.mkv.html
http://hotfile.com/dl/56295544/6f13050/Lost.S06E08.100MB.KiLLeR.mkv.html
http://hotfile.com/dl/56295578/2559008/Lost.S06E09.100MB.KiLLeR.mkv.html
http://hotfile.com/dl/56295625/9a30bd3/Lost.S06E10.100MB.KiLLeR.mkv.html
http://hotfile.com/dl/56295648/808949f/Lost.S06E11.100MB.KiLLeR.mkv.html
http://hotfile.com/dl/56297927/2349168/TVSHOW.IR-LOST.S06E0102-Prime-RaulBlanco7.part1.rar.html

HF01192014

http://hotfile.com/dl/56298103/6d50eaf/TVSHOW.IR-LOST.S06E0102-Prime-RaulBlanco7.part2.rar.html
http://hotfile.com/dl/56298084/ea890f1/TVSHOW.IR-LOST.S06E0102-Prime-RaulBlanco7.part3.rar.html
http://hotfile.com/dl/56298199/a15f41d/TVSHOW.IR-LOST.S06E03-Prime-RaulBlanco7.part1.rar.html
http://hotfile.com/dl/62341024/76de412/Prince.Of.Persia.2010.part1.rar.html
http://hotfile.com/dl/62342263/3085858/Prince.Of.Persia.2010.part2.rar.html
http://hotfile.com/dl/62343450/3b771a0/Prince.Of.Persia.2010.part3.rar.html
http://hotfile.com/dl/30153808/0916015/dmd-tpatf.part1.rar.html
http://hotfile.com/dl/30153725/6e7b2c2/dmd-tpatf.part4.rar.html
http://hotfile.com/dl/30153833/3b9c104/dmd-tpatf.part3.rar.html
http://hotfile.com/dl/30153871/75ba2f0/dmd-tpatf.part2.rar.html
http://hotfile.com/dl/57396289/354890b/PrisM.tsa.TS.part1.rar.html
http://hotfile.com/dl/57396555/6bff9cb/PrisM.tsa.TS.part3.rar.html
http://hotfile.com/dl/57396942/1df143a/PrisM.tsa.TS.part4.rar.html
http://hotfile.com/dl/57396513/47849de/PrisM.tsa.TS.part2.rar.html
http://hotfile.com/dl/44955830/fd05189/wir720.part01.rar.html
http://hotfile.com/dl/44955956/c44a0e1/wir720.part02.rar.html
http://hotfile.com/dl/44956080/ec9aea3/wir720.part03.rar.html
http://hotfile.com/dl/44956240/8ab17a3/wir720.part04.rar.html
http://hotfile.com/dl/44956361/d4cc013/wir720.part05.rar.html
http://hotfile.com/dl/44956479/e75bfe6/wir720.part06.rar.html
http://hotfile.com/dl/44956584/c9473bd/wir720.part07.rar.html
http://hotfile.com/dl/44956688/e4c9d57/wir720.part08.rar.html
http://hotfile.com/dl/44956799/a1f7676/wir720.part09.rar.html
http://hotfile.com/dl/44956882/e56a6e9/wir720.part10.rar.html
http://hotfile.com/dl/44956981/0d87ffd/wir720.part11.rar.html
http://hotfile.com/dl/44956997/01e3bf3/wir720.part12.rar.html

--------------------

HF01192015

| | |
|---|---|
| **From:** | Hotfile.com Abuse [abuse@hotfile.com] |
| **Sent:** | Saturday, December 18, 2010 6:26 PM |
| **To:** | Internet.Enforcement@disney.com |
| **Subject:** | Re: Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 6124] (CH) |

```
The following files were deleted:
http://hotfile.com/dl/85610597/c90e970/TanAiN.part1.rar.html
http://hotfile.com/dl/85610657/b60b8fb/TanAiN.part2.rar.html
http://hotfile.com/dl/85610644/4ea24a3/TanAiN.part6.rar.html
http://hotfile.com/dl/85610684/fae5389/TanAiN.part5.rar.html
http://hotfile.com/dl/85713633/e3d32a4/Tng1d.Cm_urgrove.com.mkv.001.html
http://hotfile.com/dl/85713811/2c51272/Tng1d.Cm_urgrove.com.mkv.003.html
http://hotfile.com/dl/85713727/3a7f982/Tng1d.Cm_urgrove.com.mkv.002.html
http://hotfile.com/dl/85362716/6322491/EZ-Tangled.2010.Cam_by.BanneD.part3.rar.html
http://hotfile.com/dl/85362824/9794001/EZ-Tangled.2010.Cam_by.BanneD.part2.rar.html
http://hotfile.com/dl/85363002/be4364f/EZ-Tangled.2010.Cam_by.BanneD.part1.rar.html
http://hotfile.com/dl/85363371/e656f48/EZ-Tangled.2010.Cam_by.BanneD.part4.rar.html
http://hotfile.com/dl/85591441/5db75b1/Tangled.2010.CAM-CF.part1.rar.html
http://hotfile.com/dl/85591633/2bf66ef/Tangled.2010.CAM-CF.part2.rar.html
http://hotfile.com/dl/85591908/7fe8ac2/Tangled.2010.CAM-CF.part4.rar.html
http://hotfile.com/dl/85591836/1811331/Tangled.2010.CAM-CF.part3.rar.html
http://hotfile.com/dl/85685058/e16e402/Tangled.2010.CAM.Feel-Free.part01.rar.html
http://hotfile.com/dl/85685305/76a594b/Tangled.2010.CAM.Feel-Free.part04.rar.html
http://hotfile.com/dl/85685085/bd3190a/Tangled.2010.CAM.Feel-Free.part02.rar.html
http://hotfile.com/dl/85685283/5d5a264/Tangled.2010.CAM.Feel-Free.part03.rar.html
http://hotfile.com/dl/85685484/fe0dc02/Tangled.2010.CAM.Feel-Free.part05.rar.html
http://hotfile.com/dl/85685661/5bcafd6/Tangled.2010.CAM.Feel-Free.part07.rar.html
http://hotfile.com/dl/85685522/3947264/Tangled.2010.CAM.Feel-Free.part06.rar.html
http://hotfile.com/dl/85685700/8b1cf41/Tangled.2010.CAM.Feel-Free.part08.rar.html
http://hotfile.com/dl/85685871/897b91f/Tangled.2010.CAM.Feel-Free.part09.rar.html
http://hotfile.com/dl/85685925/b2e0b1a/Tangled.2010.CAM.Feel-Free.part10.rar.html
http://hotfile.com/dl/85709440/24fcd6e/gtlangefddl_toast_boy.part01.rar.html
http://hotfile.com/dl/85709472/92ff820/gtlangefddl_toast_boy.part02.rar.html
http://hotfile.com/dl/85761422/0eb342c/c-tangld.part1.rar.html
http://hotfile.com/dl/85761740/f417230/c-tangld.part2.rar.html
http://hotfile.com/dl/85762025/1052eb8/c-tangld.part4.rar.html
http://hotfile.com/dl/85761912/00e9f55/c-tangld.part3.rar.html
http://hotfile.com/dl/85762280/49f7dfc/Lu-Tangled.part1.rar.html
http://hotfile.com/dl/85762492/fa417f5/Lu-Tangled.part2.rar.html
http://hotfile.com/dl/85762776/e6a421c/Lu-Tangled.part4.rar.html
http://hotfile.com/dl/85762673/20d1101/Lu-Tangled.part3.rar.html
http://hotfile.com/dl/85765162/17194c3/c-tangld.avi.003.html
http://hotfile.com/dl/85765587/9dcc7cc/c-tangld.avi.002.html
http://hotfile.com/dl/85764692/b8158a9/c-tangld.avi.004.html
http://hotfile.com/dl/85765881/25ad81e/c-tangld.avi.001.html
http://hotfile.com/dl/85786921/a7539cd/Tangled.2010.CAM.Feel-Free.part1.rar.html
http://hotfile.com/dl/85786926/d9213e6/Tangled.2010.CAM.Feel-Free.part2.rar.html
http://hotfile.com/dl/85787024/a1b971e/Tangled.2010.CAM.Feel-Free.part4.rar.html
http://hotfile.com/dl/85786967/a7af4de/Tangled.2010.CAM.Feel-Free.part3.rar.html
http://hotfile.com/dl/85787026/e23146b/Tangled.2010.CAM.Feel-Free.part5.rar.html
http://hotfile.com/dl/85787051/553f366/Tangled.2010.CAM.Feel-Free.part7.rar.html
http://hotfile.com/dl/85787027/3b2209e/Tangled.2010.CAM.Feel-Free.part6.rar.html
http://hotfile.com/dl/85818672/618e499/Tan10.CAM-CAMSTAiN.avi.html
```

CONFIDENTIAL

HF01918193

```
http://hotfile.com/dl/85331280/d0e7ded/Long.Long.Hair.2k10.Cam-Lu.part2.rar.html
http://hotfile.com/dl/85331471/baf33ca/Long.Long.Hair.2k10.Cam-Lu.part1.rar.html
http://hotfile.com/dl/85514531/ea082a3/T.2010.Feel-Free.part3.rar.html
http://hotfile.com/dl/85515450/0ad0465/T.2010.Feel-Free.part2.rar.html
http://hotfile.com/dl/85516442/ef884d4/T.2010.Feel-Free.part1.rar.html
http://hotfile.com/dl/85529481/1f8d9f2/Tangled.2010.Cam.XviD.Feel-Free.avi.html
http://hotfile.com/dl/85610718/b3e7bf9/NiATSMAC-DivX.MAC.delgnaT.part1.rar.html
http://hotfile.com/dl/85610699/b46318f/NiATSMAC-DivX.MAC.delgnaT.part2.rar.html
http://hotfile.com/dl/85615426/03fb4fd/Bananashare.Org_tangld.part1.rar.html
http://hotfile.com/dl/85848257/3b4f818/Tangled.CAM.XviD-CAMSTAiN.avi.html
http://hotfile.com/dl/85769287/c73237c/c-tangld.avi.html
http://hotfile.com/dl/85531406/4189f85/T.C.X.F-F.part1.rar.html
http://hotfile.com/dl/85531593/d7576d8/T.C.X.F-F.part2.rar.html
http://hotfile.com/dl/85531681/992ce9e/T.C.X.F-F.part4.rar.html
http://hotfile.com/dl/85531664/3cd57ac/T.C.X.F-F.part3.rar.html
http://hotfile.com/dl/85531684/6a623d7/T.C.X.F-F.part5.rar.html
http://hotfile.com/dl/85531685/bee4581/T.C.X.F-F.part6.rar.html
http://hotfile.com/dl/85502378/dfd9f9b/Tangled.2010.Cam.dmz.part3.rar.html
http://hotfile.com/dl/85502369/fc734b6/Tangled.2010.Cam.dmz.part2.rar.html
http://hotfile.com/dl/85502389/430ed88/Tangled.2010.Cam.dmz.part4.rar.html
http://hotfile.com/dl/85502417/a2d80f8/Tangled.2010.Cam.dmz.part1.rar.html
http://hotfile.com/dl/85502427/c2c18d5/Tangled.2010.Cam.dmz.part5.rar.html
http://hotfile.com/dl/85502508/3884333/Tangled.2010.Cam.dmz.part6.rar.html
http://hotfile.com/dl/85502536/9ba0681/Tangled.2010.Cam.dmz.part7.rar.html
http://hotfile.com/dl/85620650/9fbdd6c/T.C.X.CAMSTAiN.part2.rar.html
http://hotfile.com/dl/85621441/8c4fc2d/T.C.X.CAMSTAiN.part1.rar.html
http://hotfile.com/dl/85622650/8114ec0/T.C.X.CAMSTAiN.part3.rar.html
http://hotfile.com/dl/85623117/c3ed223/T.C.X.CAMSTAiN.part4.rar.html
http://hotfile.com/dl/85588110/8419bce/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part1.rar.html
http://hotfile.com/dl/85588111/f0d7928/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part2.rar.html
http://hotfile.com/dl/85725898/435f4f3/Tangled.CAM.XviDCAMSTAiN.part1.rar.html
http://hotfile.com/dl/85725968/79cd924/Tangled.CAM.XviDCAMSTAiN.part5.rar.html
http://hotfile.com/dl/85726118/9633e4c/Tangled.CAM.XviDCAMSTAiN.part2.rar.html
http://hotfile.com/dl/85726175/102e8f7/Tangled.CAM.XviDCAMSTAiN.part6.rar.html
http://hotfile.com/dl/85726357/4665497/Tangled.CAM.XviDCAMSTAiN.part3.rar.html
http://hotfile.com/dl/85726610/01f7cf3/Tangled.CAM.XviDCAMSTAiN.part4.rar.html
http://hotfile.com/dl/85726512/39cf4a9/Tangled.CAM.XviDCAMSTAiN.part7.rar.html
http://hotfile.com/dl/85726529/fd8b70b/Tangled.CAM.XviDCAMSTAiN.part8.rar.html
http://hotfile.com/dl/85740459/d258a86/Tangled.2010.CAM.XviD-miguel.part1.rar.html
http://hotfile.com/dl/85740477/0e1bc19/Tangled.2010.CAM.XviD-miguel.part2.rar.html
http://hotfile.com/dl/85740592/56b5876/Tangled.2010.CAM.XviD-miguel.part3.rar.html
http://hotfile.com/dl/85740959/7037718/Tangled.2010.CAM.XviD-miguel.part6.rar.html
http://hotfile.com/dl/85740980/712631d/Tangled.2010.CAM.XviD-miguel.part7.rar.html
http://hotfile.com/dl/85740729/f383ece/Tangled.2010.CAM.XviD-miguel.part4.rar.html
http://hotfile.com/dl/85740835/8a48c3a/Tangled.2010.CAM.XviD-miguel.part5.rar.html
http://hotfile.com/dl/85707906/d4c19cb/Tangled.2010.CAM.Feel-Free.part2.rar.html
http://hotfile.com/dl/85707901/a27c62d/Tangled.2010.CAM.Feel-Free.part1.rar.html
http://hotfile.com/dl/85707929/a7ba4d8/Tangled.2010.CAM.Feel-Free.part3.rar.html
http://hotfile.com/dl/85707948/7acc454/Tangled.2010.CAM.Feel-Free.part4.rar.html
```

Best regards,
Hotfile.com abuse department

Internet.Enforcement@disney.com wrote:
><P>Saturday, December 18, 2010<BR><BR><U>Via Electronic Mail (
><A>abuse@hotfile.com</A> )</U><BR><BR>hotfile.com <BR>c/o Designated
>Agent <BR><BR>Re: Infringing Content Re-notification [Notice ID:6124
><YET generated be to>] <BR>File No. (CH) (http://hotfile.com) </P>

CONFIDENTIAL                                                          HF01918194

```
><P>Dear Sir or Madam: <BR><BR>I refer to my previous letter(s) sent to
>you (see "Original Notification Dates" listed below), in which Disney
>Enterprises, Inc., and/or its subsidiaries or affiliated companies,
>("Disney") documented infringement of Disney copyrighted works on your
>site. To date, you have not removed this content, which continues to be
>accessible at one or more of the links identified below. <BR><BR>Please
>take immediate action to disable access and remove the infringing
>content identified below. Disney will be forced to consider all
>alternative actions available if you fail to comply with this letter
>immediately. </P> <P><U>Copyrighted works infringed
>upon:</U><BR>Audiovisual works, including without limitation,
><I>Tangled</I></P> <P><B>Location and original notification dates of
>infringing material:</B></P> <P><A
>href="http://hotfile.com/dl/85610597/c90e970/TanAiN.part1.rar.html">htt
>p://hotfile.com/dl/85610597/c90e970/TanAiN.part1.rar.html</A><BR><SMALL
>><I>* To date, a total of 1 notice(s) previously sent for this link.
><BR>(Original Notification Date: 12/1/2010 2:24:30
>AM)</I></SMALL><BR><BR><A
>href="http://hotfile.com/dl/85610657/b60b8fb/TanAiN.part2.rar.html">htt
>p://hotfile.com/dl/85610657/b60b8fb/TanAiN.part2.rar.html</A><BR><SMALL
>><I>* To date, a total of 1 notice(s) previously sent for this link.
><BR>(Original Notification Date: 12/1/2010 2:24:32
>AM)</I></SMALL><BR><BR><A
>href="http://hotfile.com/dl/85610644/4ea24a3/TanAiN.part6.rar.html">htt
>p://hotfile.com/dl/85610644/4ea24a3/TanAiN.part6.rar.html</A><BR><SMALL
>><I>* To date, a total of 1 notice(s) previously sent for this link.
><BR>(Original Notification Date: 12/1/2010 2:24:33
>AM)</I></SMALL><BR><BR><A
>href="http://hotfile.com/dl/85610684/fae5389/TanAiN.part5.rar.html">htt
>p://hotfile.com/dl/85610684/fae5389/TanAiN.part5
 .rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 12/1/2010 2:24:35 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85713633/e3d32a4/Tngld.Cm_urgrove.com.mkv.001.html">http://hotfil
e.com/dl/85713633/e3d32a4/Tngld.Cm_urgrove.com.mkv.001.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:24:57 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85713811/2c51272/Tngld.Cm_urgrove.com.mkv.003.html">http://hotfil
e.com/dl/85713811/2c51272/Tngld.Cm_urgrove.com.mkv.003.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:25:01 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85713727/3a7f982/Tngld.Cm_urgrove.com.mkv.002.html">http://hotfil
e.com/dl/85713727/3a7f982/Tngld.Cm_urgrove.com.mkv.002.html</A><BR><SMALL><I>* To date, a
total of 1 no
 tice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:25:07
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85362716/6322491/EZ-
Tangled.2010.Cam_by.BanneD.part3.rar.html">http://hotfile.com/dl/85362716/6322491/EZ-
Tangled.2010.Cam_by.BanneD.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:25:38
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85362824/9794001/EZ-
Tangled.2010.Cam_by.BanneD.part2.rar.html">http://hotfile.com/dl/85362824/9794001/EZ-
Tangled.2010.Cam_by.BanneD.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:25:41
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85363002/be4364f/EZ-
Tangled.2010.Cam_by.BanneD.part1.rar.html">http://hotfile.com/dl/85363002/be4364f/EZ-
Tangled.2010.Cam_by.BanneD.part1.rar.html</A><BR><SMALL><I>* To date, a  total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:25:44
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85363371/e656f48/EZ-
Tangled.2010.Cam_by.BanneD.part4.rar.html">http://hotfile.com/dl/85363371/e656f48/EZ-
```

CONFIDENTIAL

Tangled.2010.Cam_by.BanneD.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:25:45
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85591441/5db75b1/Tangled.2010.CAM-
CF.part1.rar.html">http://hotfile.com/dl/85591441/5db75b1/Tangled.2010.CAM-
CF.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 12/1/2010 2:26:23 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85591633/2bf66ef/Tangled.2010.CAM-
CF.part2.rar.html">http://hotfile.com/dl/85591633/2bf66ef/Tangled.2010.CAM-
CF.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previo  usly sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:26:25 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85591908/7fe8ac2/Tangled.2010.CAM-
CF.part4.rar.html">http://hotfile.com/dl/85591908/7fe8ac2/Tangled.2010.CAM-
CF.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 12/1/2010 2:26:48 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85591836/1811331/Tangled.2010.CAM-
CF.part3.rar.html">http://hotfile.com/dl/85591836/1811331/Tangled.2010.CAM-
CF.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 12/1/2010 2:26:53 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85685058/e16e402/Tangled.2010.CAM.Feel-
Free.part01.rar.html">http://hotfile.com/dl/85685058/e16e402/Tangled.2010.CAM.Feel-
Free.part01.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(O  riginal Notification Date: 12/1/2010 2:26:57 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85685305/76a594b/Tangled.2010.CAM.Feel-
Free.part04.rar.html">http://hotfile.com/dl/85685305/76a594b/Tangled.2010.CAM.Feel-
Free.part04.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:26:59 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85685085/bd3190a/Tangled.2010.CAM.Feel-
Free.part02.rar.html">http://hotfile.com/dl/85685085/bd3190a/Tangled.2010.CAM.Feel-
Free.part02.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:00 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85685283/5d5a264/Tangled.2010.CAM.Feel-
Free.part03.rar.html">http://hotfile.com/dl/85685283/5d5a264/Tangled.2010.CAM.Feel-
Free.part03.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(  Original Notification Date: 12/1/2010 2:27:01 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85685484/fe0dc02/Tangled.2010.CAM.Feel-
Free.part05.rar.html">http://hotfile.com/dl/85685484/fe0dc02/Tangled.2010.CAM.Feel-
Free.part05.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:03 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85685661/5bcafd6/Tangled.2010.CAM.Feel-
Free.part07.rar.html">http://hotfile.com/dl/85685661/5bcafd6/Tangled.2010.CAM.Feel-
Free.part07.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:04 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85685522/3947264/Tangled.2010.CAM.Feel-
Free.part06.rar.html">http://hotfile.com/dl/85685522/3947264/Tangled.2010.CAM.Feel-
Free.part06.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>  (Original Notification Date: 12/1/2010 2:27:24 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85685700/8b1cf41/Tangled.2010.CAM.Feel-
Free.part08.rar.html">http://hotfile.com/dl/85685700/8b1cf41/Tangled.2010.CAM.Feel-
Free.part08.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:28 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85685871/897b91f/Tangled.2010.CAM.Feel-
Free.part09.rar.html">http://hotfile.com/dl/85685871/897b91f/Tangled.2010.CAM.Feel-
Free.part09.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:30 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85685925/b2e0b1a/Tangled.2010.CAM.Feel-
Free.part10.rar.html">http://hotfile.com/dl/85685925/b2e0b1a/Tangled.2010.CAM.Feel-
Free.part10.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR  >(Original Notification Date: 12/1/2010 2:27:30 AM)</I></SMALL><BR><BR><A

CONFIDENTIAL

HF01918196

href="http://hotfile.com/dl/85709440/24fcd6e/gtlangefddl_toast_boy.part01.rar.html">http://ho
tfile.com/dl/85709440/24fcd6e/gtlangefddl_toast_boy.part01.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:27:31 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85709472/92ff820/gtlangefddl_toast_boy.part02.rar.html">http://ho
tfile.com/dl/85709472/92ff820/gtlangefddl_toast_boy.part02.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:27:31 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85761422/0eb342c/c-
tangld.part1.rar.html">http://hotfile.com/dl/85761422/0eb342c/c-
tangld.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:32 AM)</I></  SMALL><BR><BR><A
href="http://hotfile.com/dl/85761740/f417230/c-
tangld.part2.rar.html">http://hotfile.com/dl/85761740/f417230/c-
tangld.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:33 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85762025/1052eb8/c-
tangld.part4.rar.html">http://hotfile.com/dl/85762025/1052eb8/c-
tangld.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:34 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85761912/00e9f55/c-
tangld.part3.rar.html">http://hotfile.com/dl/85761912/00e9f55/c-
tangld.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:35 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85762280/49f7dfc/Lu-
Tangled.part1.rar.html">http://hotfile.com/dl/85
 762280/49f7dfc/Lu-Tangled.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:27:39
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85762492/fa417f5/Lu-
Tangled.part2.rar.html">http://hotfile.com/dl/85762492/fa417f5/Lu-
Tangled.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:43 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85762776/e6a421c/Lu-
Tangled.part4.rar.html">http://hotfile.com/dl/85762776/e6a421c/Lu-
Tangled.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:48 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85762673/20d1101/Lu-
Tangled.part3.rar.html">http://hotfile.com/dl/85762673/20d1101/Lu-
Tangled.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previousl y sent
for this link. <BR>(Original Notification Date: 12/1/2010 2:27:53 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85765162/17194c3/c-
tangld.avi.003.html">http://hotfile.com/dl/85765162/17194c3/c-
tangld.avi.003.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:58 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85765587/9dcc7cc/c-
tangld.avi.002.html">http://hotfile.com/dl/85765587/9dcc7cc/c-
tangld.avi.002.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:28:03 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85764692/b8158a9/c-
tangld.avi.004.html">http://hotfile.com/dl/85764692/b8158a9/c-
tangld.avi.004.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:28:10 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/d
 l/85765881/25ad81e/c-tangld.avi.001.html">http://hotfile.com/dl/85765881/25ad81e/c-
tangld.avi.001.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:28:17 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85786921/a7539cd/Tangled.2010.CAM.Feel-
Free.part1.rar.html">http://hotfile.com/dl/85786921/a7539cd/Tangled.2010.CAM.Feel-
Free.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for

CONFIDENTIAL

HF01918197