this link. &lt;BR&gt;(Original Notification Date: 12/1/2010 2:28:23 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85786926/d9213e6/Tangled.2010.CAM.Feel-
Free.part2.rar.html"&gt;http://hotfile.com/dl/85786926/d9213e6/Tangled.2010.CAM.Feel-
Free.part2.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a total of 1 notice(s) previously sent for
this link. &lt;BR&gt;(Original Notification Date: 12/1/2010 2:28:30 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85787024/a1b971e/Tangled.2010.CAM.Feel-Free
 .part4.rar.html"&gt;http://hotfile.com/dl/85787024/a1b971e/Tangled.2010.CAM.Feel-
Free.part4.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a total of 1 notice(s) previously sent for
this link. &lt;BR&gt;(Original Notification Date: 12/1/2010 2:28:36 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85786967/a7af4de/Tangled.2010.CAM.Feel-
Free.part3.rar.html"&gt;http://hotfile.com/dl/85786967/a7af4de/Tangled.2010.CAM.Feel-
Free.part3.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a total of 1 notice(s) previously sent for
this link. &lt;BR&gt;(Original Notification Date: 12/1/2010 2:28:41 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85787026/e23146b/Tangled.2010.CAM.Feel-
Free.part5.rar.html"&gt;http://hotfile.com/dl/85787026/e23146b/Tangled.2010.CAM.Feel-
Free.part5.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a total of 1 notice(s) previously sent for
this link. &lt;BR&gt;(Original Notification Date: 12/1/2010 2:28:45 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85787051/553f366/Tangled.2010.CAM.Feel-Free.part
 7.rar.html"&gt;http://hotfile.com/dl/85787051/553f366/Tangled.2010.CAM.Feel-
Free.part7.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a total of 1 notice(s) previously sent for
this link. &lt;BR&gt;(Original Notification Date: 12/1/2010 2:28:50 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85787027/3b2209e/Tangled.2010.CAM.Feel-
Free.part6.rar.html"&gt;http://hotfile.com/dl/85787027/3b2209e/Tangled.2010.CAM.Feel-
Free.part6.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a total of 1 notice(s) previously sent for
this link. &lt;BR&gt;(Original Notification Date: 12/1/2010 2:28:55 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85818672/618e499/Tan10.CAM-
CAMSTAiN.avi.html"&gt;http://hotfile.com/dl/85818672/618e499/Tan10.CAM-
CAMSTAiN.avi.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a total of 1 notice(s) previously sent for this
link. &lt;BR&gt;(Original Notification Date: 12/1/2010 2:28:59 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85331280/d0e7ded/Long.Long.Hair.2k10.Cam-
Lu.part2.rar.html"&gt;http://hotfile.com/dl
 /85331280/d0e7ded/Long.Long.Hair.2k10.Cam-Lu.part2.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a
total of 1 notice(s) previously sent for this link. &lt;BR&gt;(Original Notification Date:
12/1/2010 2:29:30 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85331471/baf33ca/Long.Long.Hair.2k10.Cam-
Lu.part1.rar.html"&gt;http://hotfile.com/dl/85331471/baf33ca/Long.Long.Hair.2k10.Cam-
Lu.part1.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a total of 1 notice(s) previously sent for this
link. &lt;BR&gt;(Original Notification Date: 12/1/2010 2:29:35 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85514531/ea082a3/T.2010.Feel-
Free.part3.rar.html"&gt;http://hotfile.com/dl/85514531/ea082a3/T.2010.Feel-
Free.part3.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a total of 1 notice(s) previously sent for
this link. &lt;BR&gt;(Original Notification Date: 12/1/2010 2:30:00 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85515450/0ad0465/T.2010.Feel-
Free.part2.rar.html"&gt;http://hotfile.com/dl/85515450/0ad0465/T.2010.Feel-Free.
 part2.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a total of 1 notice(s) previously sent for this
link. &lt;BR&gt;(Original Notification Date: 12/1/2010 2:30:04 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85516442/ef884d4/T.2010.Feel-
Free.part1.rar.html"&gt;http://hotfile.com/dl/85516442/ef884d4/T.2010.Feel-
Free.part1.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a total of 1 notice(s) previously sent for
this link. &lt;BR&gt;(Original Notification Date: 12/1/2010 2:30:09 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85529481/1f8d9f2/Tangled.2010.Cam.XviD.Feel-
Free.avi.html"&gt;http://hotfile.com/dl/85529481/1f8d9f2/Tangled.2010.Cam.XviD.Feel-
Free.avi.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a total of 1 notice(s) previously sent for this
link. &lt;BR&gt;(Original Notification Date: 12/1/2010 2:30:13 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85610718/b3e7bf9/NiATSMAC-
DivX.MAC.delgnaT.part1.rar.html"&gt;http://hotfile.com/dl/85610718/b3e7bf9/NiATSMAC-
DivX.MAC.delgnaT.part1.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;

CONFIDENTIAL

`<I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:30:18 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85610699/b46318f/NiATSMAC-DivX.MAC.delgnaT.part2.rar.html">http://hotfile.com/dl/85610699/b46318f/NiATSMAC-DivX.MAC.delgnaT.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:30:22 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85615426/03fb4fd/Bananashare.Org_tangld.part1.rar.html">http://hotfile.com/dl/85615426/03fb4fd/Bananashare.Org_tangld.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:30:27 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85848257/3b4f818/Tangled.CAM.XviD-CAMSTAiN.avi.html">http://hotfile.com/dl/85848257/3b4f818/Tangled.CAM.XviD-CAMSTAiN.avi.html</A><BR><SMALL><I>* To date, a total of 1 no`
`tice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:30:46 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85769287/c73237c/c-tangld.avi.html">http://hotfile.com/dl/85769287/c73237c/c-tangld.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:30:53 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85531406/4189f85/T.C.X.F-F.part1.rar.html">http://hotfile.com/dl/85531406/4189f85/T.C.X.F-F.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:32:27 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85531593/d7576d8/T.C.X.F-F.part2.rar.html">http://hotfile.com/dl/85531593/d7576d8/T.C.X.F-F.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:32:33 AM)</I></SMALL><BR><BR><A href=`
`"http://hotfile.com/dl/85531681/992ce9e/T.C.X.F-F.part4.rar.html">http://hotfile.com/dl/85531681/992ce9e/T.C.X.F-F.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:32:39 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85531664/3cd57ac/T.C.X.F-F.part3.rar.html">http://hotfile.com/dl/85531664/3cd57ac/T.C.X.F-F.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:33:11 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85531684/6a623d7/T.C.X.F-F.part5.rar.html">http://hotfile.com/dl/85531684/6a623d7/T.C.X.F-F.part5.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:33:22 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85531685/bee4581/T.C.X.F-F.part6.rar.html">http://hotfile.com/dl/85531685/bee4581/T.`
`C.X.F-F.part6.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:33:30 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85502378/dfd9f9b/Tangled.2010.Cam.dmz.part3.rar.html">http://hotfile.com/dl/85502378/dfd9f9b/Tangled.2010.Cam.dmz.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:33:53 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85502369/fc734b6/Tangled.2010.Cam.dmz.part2.rar.html">http://hotfile.com/dl/85502369/fc734b6/Tangled.2010.Cam.dmz.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:34:00 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85502389/430ed88/Tangled.2010.Cam.dmz.part4.rar.html">http://hotfile.com/dl/85502389/430ed88/Tangled.2010.Cam.dmz.part4.rar.html</A><BR><SMALL><I>*`
`    To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:34:07 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85502417/a2d80f8/Tangled.2010.Cam.dmz.part1.rar.html">http://hotfile.com/dl/85502417/a2d80f8/Tangled.2010.Cam.dmz.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:`

HF01918199

12/1/2010 2:34:38 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85502427/c2c18d5/Tangled.2010.Cam.dmz.part5.rar.html"&gt;http://hotf
ile.com/dl/85502427/c2c18d5/Tangled.2010.Cam.dmz.part5.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a
total of 1 notice(s) previously sent for this link. &lt;BR&gt;(Original Notification Date:
12/1/2010 2:34:49 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85502508/3884333/Tangled.2010.Cam.dmz.part6.rar.html"&gt;http://hotf
ile.com/dl/85502508/3884333/Tangled.2010.Cam.dmz.part6.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a
total of 1 notice(s) previous  ly sent for this link. &lt;BR&gt;(Original Notification Date:
12/1/2010 2:34:54 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85502536/9ba0681/Tangled.2010.Cam.dmz.part7.rar.html"&gt;http://hotf
ile.com/dl/85502536/9ba0681/Tangled.2010.Cam.dmz.part7.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a
total of 1 notice(s) previously sent for this link. &lt;BR&gt;(Original Notification Date:
12/1/2010 2:34:59 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85620650/9fbdd6c/T.C.X.CAMSTAiN.part2.rar.html"&gt;http://hotfile.co
m/dl/85620650/9fbdd6c/T.C.X.CAMSTAiN.part2.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a total of 1
notice(s) previously sent for this link. &lt;BR&gt;(Original Notification Date: 12/1/2010 2:35:30
AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85621441/8c4fc2d/T.C.X.CAMSTAiN.part1.rar.html"&gt;http://hotfile.co
m/dl/85621441/8c4fc2d/T.C.X.CAMSTAiN.part1.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a total of 1
notice(s) previously sent for this link. &lt;BR&gt;(Original Notification Date: 12/1/2010
 2:35:38 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85622650/8114ec0/T.C.X.CAMSTAiN.part3.rar.html"&gt;http://hotfile.co
m/dl/85622650/8114ec0/T.C.X.CAMSTAiN.part3.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a total of 1
notice(s) previously sent for this link. &lt;BR&gt;(Original Notification Date: 12/1/2010 2:36:08
AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85623117/c3ed223/T.C.X.CAMSTAiN.part4.rar.html"&gt;http://hotfile.co
m/dl/85623117/c3ed223/T.C.X.CAMSTAiN.part4.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a total of 1
notice(s) previously sent for this link. &lt;BR&gt;(Original Notification Date: 12/1/2010 2:36:15
AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85588110/8419bce/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part1.rar.
html"&gt;http://hotfile.com/dl/85588110/8419bce/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part1.rar.
html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a total of 1 notice(s) previously sent for this link.
&lt;BR&gt;(Original Notification Date: 12/1/2010 2:36:46 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR  &gt;&lt;A
href="http://hotfile.com/dl/85588111/f0d7928/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part2.rar.
html"&gt;http://hotfile.com/dl/85588111/f0d7928/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part2.rar.
html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To date, a total of 1 notice(s) previously sent for this link.
&lt;BR&gt;(Original Notification Date: 12/1/2010 2:36:59 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85725898/435f4f3/Tangled.CAM.XviDCAMSTAiN.part1.rar.html"&gt;http://
hotfile.com/dl/85725898/435f4f3/Tangled.CAM.XviDCAMSTAiN.part1.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To
date, a total of 1 notice(s) previously sent for this link. &lt;BR&gt;(Original Notification Date:
12/1/2010 2:37:06 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85725968/79cd924/Tangled.CAM.XviDCAMSTAiN.part5.rar.html"&gt;http://
hotfile.com/dl/85725968/79cd924/Tangled.CAM.XviDCAMSTAiN.part5.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To
date, a total of 1 notice(s) previously sent for this link. &lt;BR&gt;(Original Notification Date:
12/1/2010 2:37:12 AM)&lt;/I&gt;&lt;/SMAL  L&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85726118/9633e4c/Tangled.CAM.XviDCAMSTAiN.part2.rar.html"&gt;http://
hotfile.com/dl/85726118/9633e4c/Tangled.CAM.XviDCAMSTAiN.part2.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To
date, a total of 1 notice(s) previously sent for this link. &lt;BR&gt;(Original Notification Date:
12/1/2010 2:37:23 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85726175/102e8f7/Tangled.CAM.XviDCAMSTAiN.part6.rar.html"&gt;http://
hotfile.com/dl/85726175/102e8f7/Tangled.CAM.XviDCAMSTAiN.part6.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To
date, a total of 1 notice(s) previously sent for this link. &lt;BR&gt;(Original Notification Date:
12/1/2010 2:37:55 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A
href="http://hotfile.com/dl/85726357/4665497/Tangled.CAM.XviDCAMSTAiN.part3.rar.html"&gt;http://
hotfile.com/dl/85726357/4665497/Tangled.CAM.XviDCAMSTAiN.part3.rar.html&lt;/A&gt;&lt;BR&gt;&lt;SMALL&gt;&lt;I&gt;* To
date, a total of 1 notice(s) previously sent for this link. &lt;BR&gt;(Original Notification Date:
12/1/2010 2:38:08 AM)&lt;/I&gt;&lt;/SMALL&gt;&lt;BR&gt;&lt;BR&gt;&lt;A href

CONFIDENTIAL

HF01918200

="http://hotfile.com/dl/85726610/01f7cf3/Tangled.CAM.XviDCAMSTAiN.part4.rar.html">http://hotf
ile.com/dl/85726610/01f7cf3/Tangled.CAM.XviDCAMSTAiN.part4.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:38:20 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85726512/39cf4a9/Tangled.CAM.XviDCAMSTAiN.part7.rar.html">http://
hotfile.com/dl/85726512/39cf4a9/Tangled.CAM.XviDCAMSTAiN.part7.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:38:28 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85726529/fd8b70b/Tangled.CAM.XviDCAMSTAiN.part8.rar.html">http://
hotfile.com/dl/85726529/fd8b70b/Tangled.CAM.XviDCAMSTAiN.part8.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:38:36 AM)</I></SMALL><BR><BR><A href="http://hotfile.
com/dl/85740459/d258a86/Tangled.2010.CAM.XviD-
miguel.part1.rar.html">http://hotfile.com/dl/85740459/d258a86/Tangled.2010.CAM.XviD-
miguel.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:39:08 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85740477/0e1bc19/Tangled.2010.CAM.XviD-
miguel.part2.rar.html">http://hotfile.com/dl/85740477/0e1bc19/Tangled.2010.CAM.XviD-
miguel.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:39:20 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85740592/56b5876/Tangled.2010.CAM.XviD-
miguel.part3.rar.html">http://hotfile.com/dl/85740592/56b5876/Tangled.2010.CAM.XviD-
miguel.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:39:32 AM)</I></SMALL><BR><BR><A
href="http://h
otfile.com/dl/85740959/7037718/Tangled.2010.CAM.XviD-
miguel.part6.rar.html">http://hotfile.com/dl/85740959/7037718/Tangled.2010.CAM.XviD-
miguel.part6.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:39:38 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85740980/712631d/Tangled.2010.CAM.XviD-
miguel.part7.rar.html">http://hotfile.com/dl/85740980/712631d/Tangled.2010.CAM.XviD-
miguel.part7.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:39:44 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85740729/f383ece/Tangled.2010.CAM.XviD-
miguel.part4.rar.html">http://hotfile.com/dl/85740729/f383ece/Tangled.2010.CAM.XviD-
miguel.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:40:15 AM)</I></SMALL><BR><BR><A
href="h
ttp://hotfile.com/dl/85740835/8a48c3a/Tangled.2010.CAM.XviD-
miguel.part5.rar.html">http://hotfile.com/dl/85740835/8a48c3a/Tangled.2010.CAM.XviD-
miguel.part5.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:40:25 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85707906/d4c19cb/Tangled.2010.CAM.Feel-
Free.part2.rar.html">http://hotfile.com/dl/85707906/d4c19cb/Tangled.2010.CAM.Feel-
Free.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:40:32 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85707901/a27c62d/Tangled.2010.CAM.Feel-
Free.part1.rar.html">http://hotfile.com/dl/85707901/a27c62d/Tangled.2010.CAM.Feel-
Free.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:41:20 AM)</I></SMALL><BR><BR><A
href="ht
tp://hotfile.com/dl/85707929/a7ba4d8/Tangled.2010.CAM.Feel-
Free.part3.rar.html">http://hotfile.com/dl/85707929/a7ba4d8/Tangled.2010.CAM.Feel-
Free.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:41:29 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85707948/7acc454/Tangled.2010.CAM.Feel-
Free.part4.rar.html">http://hotfile.com/dl/85707948/7acc454/Tangled.2010.CAM.Feel-

HF01918201

Free.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:41:35 AM)</I></SMALL><BR><BR></P>
><P>This letter is not a complete statement of Disneys rights in
>connection with this matter, and nothing contained herein constitutes
>an express or implied waiver of any rights, remedies, or defenses of
>Disney in connection with this matter, all of which are expressly
>reserved. </P> <P>Sent on behalf of, <BR><BR>// Cynthia Tobar //
><BR><BR>Cynthia Tobar<BR>Antipiracy Paralegal<BR>The Walt Disney
>Company<BR>500 S. Buena Vista Street<BR>Burbank,CA,91521<BR></P>
><P><BR><BR>[NOTE: The above Links have been re-listed here in
>single line format for convenience.]
><BR><BR>--------------------<BR>>http://hotfile.com/dl/85610597/c90e
>970/TanAiN.part1.rar.html<BR>http://hotfile.com/dl/85610657/b60b8fb/Tan
>AiN.part2.rar.html<BR>http://hotfile.com/dl/85610644/4ea24a3/TanAiN.par
>t6.rar.html<BR>http://hotfile.com/dl/85610684/fae5389/TanAiN.part5.rar.
>html<BR>http://hotfile.com/dl/85713633/e3d32a4/Tngld.Cm_urgrove.com.mkv
>.001.html<BR>http://hotfile.com/dl/85713811/2c51272/Tngld.Cm_urgrove.co
>m.mkv.003.html<BR>http://hotfile.com/dl/85713727/3a7f982/Tngld.Cm_urgro
>ve.com.mkv.002.html<BR>http://hotfile.com/dl/85362716/6322491/EZ-Tangle
>d.2010.Cam_by.BanneD.part3.rar.html<BR>http://hotfile.com/dl/85362824/9
>794001/EZ-Tangled.2010.Cam_by.BanneD.part2.rar.html<BR>http://hotfile.c
>om/dl/85363002/be4364f/EZ-Tangled.2010.Cam_by.BanneD.part1.rar.html<BR>
>http://hotfile.com/dl/85363371/e656f48/EZ-Tangled.2010.Cam_by.BanneD.pa
>rt4.rar.html<BR>http://hotfile.com
 /dl/85591441/5db75b1/Tangled.2010.CAM-
CF.part1.rar.html<BR>http://hotfile.com/dl/85591633/2bf66ef/Tangled.2010.CAM-
CF.part2.rar.html<BR>http://hotfile.com/dl/85591908/7fe8ac2/Tangled.2010.CAM-
CF.part4.rar.html<BR>http://hotfile.com/dl/85591836/1811331/Tangled.2010.CAM-
CF.part3.rar.html<BR>http://hotfile.com/dl/85685058/e16e402/Tangled.2010.CAM.Feel-
Free.part01.rar.html<BR>http://hotfile.com/dl/85685305/76a594b/Tangled.2010.CAM.Feel-
Free.part04.rar.html<BR>http://hotfile.com/dl/85685085/bd3190a/Tangled.2010.CAM.Feel-
Free.part02.rar.html<BR>http://hotfile.com/dl/85685283/5d5a264/Tangled.2010.CAM.Feel-
Free.part03.rar.html<BR>http://hotfile.com/dl/85685484/fe0dc02/Tangled.2010.CAM.Feel-
Free.part05.rar.html<BR>http://hotfile.com/dl/85685661/5bcafd6/Tangled.2010.CAM.Feel-
Free.part07.rar.html<BR>http://hotfile.com/dl/85685522/3947264/Tangled.2010.CAM.Feel-
Free.part06.rar.html<BR>http://hotfile.com/dl/85685700/8b1cf41/Tangled.2010.CAM.Feel-
Free.part08.rar.html<BR>http://hotfile.com/
 dl/85685871/897b91f/Tangled.2010.CAM.Feel-
Free.part09.rar.html<BR>http://hotfile.com/dl/85685925/b2e0b1a/Tangled.2010.CAM.Feel-
Free.part10.rar.html<BR>http://hotfile.com/dl/85709440/24fcd6e/gtlangefddl_toast_boy.part01.r
ar.html<BR>http://hotfile.com/dl/85709472/92ff820/gtlangefddl_toast_boy.part02.rar.html<BR>ht
tp://hotfile.com/dl/85761422/0eb342c/c-
tangld.part1.rar.html<BR>http://hotfile.com/dl/85761740/f417230/c-
tangld.part2.rar.html<BR>http://hotfile.com/dl/85762025/1052eb8/c-
tangld.part4.rar.html<BR>http://hotfile.com/dl/85761912/00e9f55/c-
tangld.part3.rar.html<BR>http://hotfile.com/dl/85762280/49f7dfc/Lu-
Tangled.part1.rar.html<BR>http://hotfile.com/dl/85762492/fa417f5/Lu-
Tangled.part2.rar.html<BR>http://hotfile.com/dl/85762776/e6a421c/Lu-
Tangled.part4.rar.html<BR>http://hotfile.com/dl/85762673/20d1101/Lu-
Tangled.part3.rar.html<BR>http://hotfile.com/dl/85765162/17194c3/c-
tangld.avi.003.html<BR>http://hotfile.com/dl/85765587/9dcc7cc/c-
tangld.avi.002.html<BR>http://hotfile
 .com/dl/85764692/b8158a9/c-tangld.avi.004.html<BR>http://hotfile.com/dl/85765881/25ad81e/c-
tangld.avi.001.html<BR>http://hotfile.com/dl/85786921/a7539cd/Tangled.2010.CAM.Feel-
Free.part1.rar.html<BR>http://hotfile.com/dl/85786926/d9213e6/Tangled.2010.CAM.Feel-
Free.part2.rar.html<BR>http://hotfile.com/dl/85787024/a1b971e/Tangled.2010.CAM.Feel-
Free.part4.rar.html<BR>http://hotfile.com/dl/85786907/a7af4de/Tangled.2010.CAM.Feel-
Free.part3.rar.html<BR>http://hotfile.com/dl/85787026/e23146b/Tangled.2010.CAM.Feel-

CONFIDENTIAL                                                          HF01918202

Free.part5.rar.html<BR>http://hotfile.com/dl/85787051/553f366/Tangled.2010.CAM.Feel-
Free.part7.rar.html<BR>http://hotfile.com/dl/85787027/3b2209e/Tangled.2010.CAM.Feel-
Free.part6.rar.html<BR>http://hotfile.com/dl/85818672/618e499/Tan10.CAM-
CAMSTAiN.avi.html<BR>http://hotfile.com/dl/85331280/d0e7ded/Long.Long.Hair.2k10.Cam-
Lu.part2.rar.html<BR>http://hotfile.com/dl/85331471/baf33ca/Long.Long.Hair.2k10.Cam-
Lu.part1.rar.html<BR>http://hotfile.com/dl/85514531/ea082a3/T.2010.Fee
l-Free.part3.rar.html<BR>http://hotfile.com/dl/85515450/0ad0465/T.2010.Feel-
Free.part2.rar.html<BR>http://hotfile.com/dl/85516442/ef884d4/T.2010.Feel-
Free.part1.rar.html<BR>http://hotfile.com/dl/85529481/1f8d9f2/Tangled.2010.Cam.XviD.Feel-
Free.avi.html<BR>http://hotfile.com/dl/85610718/b3e7bf9/NiATSMAC-
DivX.MAC.delgnaT.part1.rar.html<BR>http://hotfile.com/dl/85610699/b46318f/NiATSMAC-
DivX.MAC.delgnaT.part2.rar.html<BR>http://hotfile.com/dl/85615426/03fb4fd/Bananashare.Org_tan
gld.part1.rar.html<BR>http://hotfile.com/dl/85848257/3b4f818/Tangled.CAM.XviD-
CAMSTAiN.avi.html<BR>http://hotfile.com/dl/85769287/c73237c/c-
tangld.avi.html<BR>http://hotfile.com/dl/85531406/4189f85/T.C.X.F-
F.part1.rar.html<BR>http://hotfile.com/dl/85531593/d7576d8/T.C.X.F-
F.part2.rar.html<BR>http://hotfile.com/dl/85531681/992ce9e/T.C.X.F-
F.part4.rar.html<BR>http://hotfile.com/dl/85531664/3cd57ac/T.C.X.F-
F.part3.rar.html<BR>http://hotfile.com/dl/85531684/6a623d7/T.C.X.F-
F.part5.rar.html<BR>http://hotfile.
com/dl/85531685/bee4581/T.C.X.F-
F.part6.rar.html<BR>http://hotfile.com/dl/85502378/dfd9f9b/Tangled.2010.Cam.dmz.part3.rar.htm
l<BR>http://hotfile.com/dl/85502369/fc734b6/Tangled.2010.Cam.dmz.part2.rar.html<BR>http://hot
file.com/dl/85502389/430ed88/Tangled.2010.Cam.dmz.part4.rar.html<BR>http://hotfile.com/dl/855
02417/a2d80f8/Tangled.2010.Cam.dmz.part1.rar.html<BR>http://hotfile.com/dl/85502427/c2c18d5/T
angled.2010.Cam.dmz.part5.rar.html<BR>http://hotfile.com/dl/85502508/3884333/Tangled.2010.Cam
.dmz.part6.rar.html<BR>http://hotfile.com/dl/85502536/9ba0681/Tangled.2010.Cam.dmz.part7.rar.
html<BR>http://hotfile.com/dl/85620650/9fbdd6c/T.C.X.CAMSTAiN.part2.rar.html<BR>http://hotfil
e.com/dl/85621441/8c4fc2d/T.C.X.CAMSTAiN.part1.rar.html<BR>http://hotfile.com/dl/85622650/811
4ec0/T.C.X.CAMSTAiN.part3.rar.html<BR>http://hotfile.com/dl/85623117/c3ed223/T.C.X.CAMSTAiN.p
art4.rar.html<BR>http://hotfile.com/dl/85588110/8419bce/2811m_Tangled.(2010).CAMRip.350MB.Jcb
.part1.rar.html<BR>http://h

otfile.com/dl/85588111/f0d7928/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part2.rar.html<BR>http:/
/hotfile.com/dl/85725898/435f4f3/Tangled.CAM.XviDCAMSTAiN.part1.rar.html<BR>http://hotfile.co
m/dl/85725968/79cd924/Tangled.CAM.XviDCAMSTAiN.part5.rar.html<BR>http://hotfile.com/dl/857261
18/9633e4c/Tangled.CAM.XviDCAMSTAiN.part2.rar.html<BR>http://hotfile.com/dl/85726175/102e8f7/
Tangled.CAM.XviDCAMSTAiN.part6.rar.html<BR>http://hotfile.com/dl/85726357/4665497/Tangled.CAM
.XviDCAMSTAiN.part3.rar.html<BR>http://hotfile.com/dl/85726610/01f7cf3/Tangled.CAM.XviDCAMSTA
iN.part4.rar.html<BR>http://hotfile.com/dl/85726512/39cf4a9/Tangled.CAM.XviDCAMSTAiN.part7.ra
r.html<BR>http://hotfile.com/dl/85726529/fd8b70b/Tangled.CAM.XviDCAMSTAiN.part8.rar.html<BR>h
ttp://hotfile.com/dl/85740459/d258a86/Tangled.2010.CAM.XviD-
miguel.part1.rar.html<BR>http://hotfile.com/dl/85740477/0e1bc19/Tangled.2010.CAM.XviD-
miguel.part2.rar.html<BR>http://hotfile.com/dl/85740592/56b5876/Tangled.2010.CAM.XviD-
miguel.part3.
rar.html<BR>http://hotfile.com/dl/85740959/7037718/Tangled.2010.CAM.XviD-
miguel.part6.rar.html<BR>http://hotfile.com/dl/85740980/712631d/Tangled.2010.CAM.XviD-
miguel.part7.rar.html<BR>http://hotfile.com/dl/85740729/f383ece/Tangled.2010.CAM.XviD-
miguel.part4.rar.html<BR>http://hotfile.com/dl/85740835/8a48c3a/Tangled.2010.CAM.XviD-
miguel.part5.rar.html<BR>http://hotfile.com/dl/85707906/d4c19cb/Tangled.2010.CAM.Feel-
Free.part2.rar.html<BR>http://hotfile.com/dl/85707901/a27c62d/Tangled.2010.CAM.Feel-
Free.part1.rar.html<BR>http://hotfile.com/dl/85707929/a7ba4d8/Tangled.2010.CAM.Feel-
Free.part3.rar.html<BR>http://hotfile.com/dl/85707948/7acc454/Tangled.2010.CAM.Feel-
Free.part4.rar.html<BR><BR>-------------------<BR><BR></P>

CONFIDENTIAL

HF01918203

| | |
|---|---|
| **From:** | Hotfile.com Abuse [abuse@hotfile.com] |
| **Sent:** | Wednesday, December 29, 2010 8:46 PM |
| **To:** | Internet.Enforcement@disney.com |
| **Subject:** | Re: Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 6258] (CH) |

```
The following files were deleted:
http://hotfile.com/dl/46847030/19fa85c/TLS.Ts.Xvid.LKRG.part1.rar.html
http://hotfile.com/dl/46847328/dc98260/TLS.Ts.Xvid.LKRG.part2.rar.html
http://hotfile.com/dl/47026861/da9bcf1/Zmovie4U.com_IMAGiNE-TLS.part4.rar.html
http://hotfile.com/dl/47027196/c398792/Zmovie4U.com_IMAGiNE-TLS.part3.rar.html
http://hotfile.com/dl/45220778/93e87f4/FlashForward.S01E22.Future.Shock.HDTV.XviD-
FQM.part1.rar.html
http://hotfile.com/dl/45220779/0c72b22/FlashForward.S01E22.Future.Shock.HDTV.XviD-
FQM.part2.rar.html
http://hotfile.com/dl/45179543/745de2c/flashforward.s01e22.hdtv.xvid-fqm.part2.rar.html
http://hotfile.com/dl/45179258/f8922b6/flashforward.s01e22.hdtv.xvid-fqm.part1.rar.html


Best regards,
Hotfile.com abuse department

Internet.Enforcement@disney.com wrote:
><P>Wednesday, December 29, 2010<BR><BR><U>Via Electronic Mail (
><A>abuse@hotfile.com</A> )</U><BR><BR>hotfile.com <BR>c/o Designated
>Agent <BR><BR>Re: Infringing Content Re-notification [Notice ID:6258
><YET generated be to>] <BR>File No. (CH) (http://hotfile.com) </P>
><P>Dear Sir or Madam: <BR><BR>I refer to my previous letter(s) sent to
>you (see "Original Notification Dates" listed below), in which Disney
>Enterprises, Inc., and/or its subsidiaries or affiliated companies,
>("Disney") documented infringement of Disney copyrighted works on your
>site. To date, you have not removed this content, which continues to be
>accessible at one or more of the links identified below. <BR><BR>Please
>take immediate action to disable access and remove the infringing
>content identified below. Disney will be forced to consider all
>alternative actions available if you fail to comply with this letter
>immediately. </P> <P><U>Copyrighted works infringed
>upon:</U><BR>Audiovisual works, including without limitation, <I>Last
>Song, The</I>, <I>FlashForward 1</I></P> <P><B>Location and original
>notification dates of infringing material:</B></P> <P><A
>href="http://hotfile.com/dl/46847030/19fa85c/TLS.Ts.Xvid.LKRG.part1.rar
>.html">http://hotfile.com/dl/46847030/19fa85c/TLS.Ts.Xvid.LKRG.part1.ra
>r.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
>sent for this link. <BR>(Original Notification Date: 8/5/2010 1:17:48
>AM)</I></SMALL><BR><BR><A
>href="http://hotfile.com/dl/46847328/dc98260/TLS.Ts.Xvid.LKRG.part2.rar
>.html">http://hotfile.com/dl/46847328/dc98260/TLS.Ts.Xvid.LKRG.part2.ra
>r.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
>sent for this link. <BR>(Original Notification Date: 8/5/2010 1:17:52
>AM)</I></SMALL><BR><BR><A
>href="http://hotfile.com/dl/47026861/da9bcf1/Zmovie4U.com_IMAGiNE-TLS.p
>art4.rar.html">http://hotfile.com/dl/47026861/da9bcf1/Zmovie4U.com_IMAG
>iNE-TLS.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1
>notice(s) previously sent for this link. <BR>(Original Notification
>Date: 8/5/2010 1:19:11 AM)</I></SMALL><BR><BR><A
```

CONFIDENTIAL

HF01946669

```
>href="http://hotfile.com/dl/47027196/c398792/Z
movie4U.com_IMAGiNE-
TLS.part3.rar.html">http://hotfile.com/dl/47027196/c398792/Zmovie4U.com_IMAGiNE-
TLS.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 8/5/2010 1:19:17 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/45220778/93e87f4/FlashForward.S01E22.Future.Shock.HDTV.XviD-
FQM.part1.rar.html">http://hotfile.com/dl/45220778/93e87f4/FlashForward.S01E22.Future.Shock.H
DTV.XviD-FQM.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 8/23/2010 12:16:46
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/45220779/0c72b22/FlashForward.S01E22.Future.Shock.HDTV.XviD-
FQM.part2.rar.html">http://hotfile.com/dl/45220779/0c72b22/FlashForward.S01E22.Future.Shock.H
DTV.XviD-FQM.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 8/23/2010 12:16:46
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/45179543/745de2c/flashforward.s01e22.hdtv.xvid-
fqm.part2.rar.html">http://hotfile.com/dl/45179543/745de2c/flashforward.s01e22.hdtv.xvid-
fqm.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 8/23/2010 12:16:48 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/45179258/f8922b6/flashforward.s01e22.hdtv.xvid-
fqm.part1.rar.html">http://hotfile.com/dl/45179258/f8922b6/flashforward.s01e22.hdtv.xvid-
fqm.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 8/23/2010 12:16:49 AM)</I></SMALL><BR><BR></P>
><P>This letter is not a complete statement of Disneys rights in
>connection with this matter, and nothing contained herein constitutes
>an express or implied waiver of any rights, remedies, or defenses of
>Disney in connection with this matter, all of which are expressly
>reserved. </P> <P>Sent on behalf of, <BR><BR>// Cynthia Tobar //
><BR><BR>Cynthia Tobar<BR>Antipiracy Paralegal<BR>The Walt Disney
>Company<BR>500 S. Buena Vista Street<BR>Burbank,CA,91521<BR></P>
><P><BR><BR><BR>[NOTE: The above Links have been re-listed here in
>single line format for convenience.]
><BR><BR>--------------------<BR><BR>http://hotfile.com/dl/46847030/19fa
>85c/TLS.Ts.Xvid.LKRG.part1.rar.html<BR>http://hotfile.com/dl/46847328/d
>c98260/TLS.Ts.Xvid.LKRG.part2.rar.html<BR>http://hotfile.com/dl/4702686
>1/da9bcf1/Zmovie4U.com_IMAGiNE-TLS.part4.rar.html<BR>http://hotfile.com
>/dl/47027196/c398792/Zmovie4U.com_IMAGiNE-TLS.part3.rar.html<BR>http://
>hotfile.com/dl/45220778/93e87f4/FlashForward.S01E22.Future.Shock.HDTV.X
>viD-FQM.part1.rar.html<BR>http://hotfile.com/dl/45220779/0c72b22/FlashF
>orward.S01E22.Future.Shock.HDTV.XviD-FQM.part2.rar.html<BR>http://hotfi
>le.com/dl/45179543/745de2c/flashforward.s01e22.hdtv.xvid-fqm.part2.rar.
>html<BR>http://hotfile.com/dl/45179258/f8922b6/flashforward.s01e22.hdtv
>.xvid-fqm.part1.rar.html<BR><BR>--------------------<BR><BR></P>
```

CONFIDENTIAL

HF01946670

| | |
|---|---|
| **From:** | fox@mimtid.com |
| **Sent:** | Thursday, November 04, 2010 12:36 AM |
| **To:** | abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com |
| **Subject:** | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of
Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies
("Fox"), to notify you of the continued infringement on your site of Fox's intellectual
property rights in the titles identified in this email.  Notices of Copyright Infringement
were previously sent to Hotfile.com for the identified titles and links on the dates listed
in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to
video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly
remove and disable the links to all unauthorized copies of works whose copyrights are owned
by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights, remedies, or
defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described
herein is not authorized by Fox, its agent, or the law. The information in this notice is
accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox
with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 68886
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79085394/c22dc4e/backup.hoot009.Machete.2010.480p.BRRip.XviD.AC3-
LTRG.part4.rar.html
Previous Submission Dates: 2010-11-01 00:43:36

<div align="center">1</div>

HF00488803

```
Date Re-Discovered: 2010-10-31 13:27:48

Control Number: 68883
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79085187/b7ddcfa/backup.hoot009.Machete.2010.480p.BRRip.XviD.AC3-
LTRG.part1.rar.html
Previous Submission Dates: 2010-11-01 00:43:36
Date Re-Discovered: 2010-10-31 13:27:47

Control Number: 68884
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79085214/9623362/backup.hoot009.Machete.2010.480p.BRRip.XviD.AC3-
LTRG.part2.rar.html
Previous Submission Dates: 2010-11-01 00:43:36
Date Re-Discovered: 2010-10-31 13:27:47

Control Number: 68885
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79085358/7c9527a/backup.hoot009.Machete.2010.480p.BRRip.XviD.AC3-
LTRG.part3.rar.html
Previous Submission Dates: 2010-11-01 00:43:36
Date Re-Discovered: 2010-10-31 13:27:47

Control Number: 68873
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79549428/b503c19/Machete.2010.BRRip.RoSub.iNT.part09.rar.html
Previous Submission Dates: 2010-11-01 00:43:36
Date Re-Discovered: 2010-10-31 13:27:30

Control Number: 68870
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79548745/6260d09/Machete.2010.BRRip.RoSub.iNT.part06.rar.html
Previous Submission Dates: 2010-11-01 00:43:36
Date Re-Discovered: 2010-10-31 13:27:29

Control Number: 68871
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79549091/11dade1/Machete.2010.BRRip.RoSub.iNT.part07.rar.html
Previous Submission Dates: 2010-11-01 00:43:36
Date Re-Discovered: 2010-10-31 13:27:29

Control Number: 68872
Studio: Fox
Title: Machete
```

CONFIDENTIAL

HF00488804

```
Infringing Host File Download Link:
http://hotfile.com/dl/79549294/a2134bb/Machete.2010.BRRip.RoSub.iNT.part08.rar.html
Previous Submission Dates: 2010-11-01 00:43:36
Date Re-Discovered: 2010-10-31 13:27:29

Control Number: 68868
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79548424/8c7b925/Machete.2010.BRRip.RoSub.iNT.part04.rar.html
Previous Submission Dates: 2010-11-01 00:43:36
Date Re-Discovered: 2010-10-31 13:27:28

Control Number: 68869
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79548612/b34a546/Machete.2010.BRRip.RoSub.iNT.part05.rar.html
Previous Submission Dates: 2010-11-01 00:43:36
Date Re-Discovered: 2010-10-31 13:27:28

Control Number: 68866
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79547963/8e88b12/Machete.2010.BRRip.RoSub.iNT.part02.rar.html
Previous Submission Dates: 2010-11-01 00:43:36
Date Re-Discovered: 2010-10-31 13:27:27

Control Number: 68867
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79547683/c313c8d/Machete.2010.BRRip.RoSub.iNT.part03.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:27:27

Control Number: 68865
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79547963/651bdcf/Machete.2010.BRRip.RoSub.iNT.part01.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:27:26

Control Number: 68801
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79363109/4d13362/Knight.and.Day.2010.720p.mkv.part6.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:19:34

Control Number: 68799
Studio: Fox
Title: Knight and Day
```

3

CONFIDENTIAL

HF00488805

```
Infringing Host File Download Link:
http://hotfile.com/dl/79362921/d36d01f/Knight.and.Day.2010.720p.mkv.part4.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:19:33

Control Number: 68800
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79362747/fa5a778/Knight.and.Day.2010.720p.mkv.part5.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:19:33

Control Number: 68796
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79358370/1468e99/Knight.and.Day.2010.720p.mkv.part1.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:19:32

Control Number: 68797
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79362175/0ace64f/Knight.and.Day.2010.720p.mkv.part2.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:19:32

Control Number: 68798
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79362096/56d1177/Knight.and.Day.2010.720p.mkv.part3.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:19:32

Control Number: 68770
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79477916/b97584a/KDBXASi.DMZ.part15.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:56

Control Number: 68768
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79477658/f72e026/KDBXASi.DMZ.part13.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:55

Control Number: 68769
Studio: Fox
Title: Knight and Day
```

4

CONFIDENTIAL

HF00488806

```
Infringing Host File Download Link:
http://hotfile.com/dl/79477881/bd14427/KDBXASi.DMZ.part14.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:55

Control Number: 68765
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79477362/4c89bf4/KDBXASi.DMZ.part10.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:54

Control Number: 68766
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79477403/2385a0e/KDBXASi.DMZ.part11.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:54

Control Number: 68767
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79477568/1f657cb/KDBXASi.DMZ.part12.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:54

Control Number: 68763
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79477170/b857771/KDBXASi.DMZ.part08.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:53

Control Number: 68764
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79477227/a8a4b54/KDBXASi.DMZ.part09.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:53

Control Number: 68761
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79477013/c1c8a3b/KDBXASi.DMZ.part06.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:52

Control Number: 68762
Studio: Fox
Title: Knight and Day
```

CONFIDENTIAL

HF00488807

```
Infringing Host File Download Link:
http://hotfile.com/dl/79477042/9707d39/KDBXASi.DMZ.part07.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:52

Control Number: 68759
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79476814/19a3321/KDBXASi.DMZ.part04.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:51

Control Number: 68760
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79476819/87864f3/KDBXASi.DMZ.part05.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:51

Control Number: 68756
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79476467/cf06c3f/KDBXASi.DMZ.part01.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:50

Control Number: 68757
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79476640/647ecb8/KDBXASi.DMZ.part02.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:50

Control Number: 68758
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79476659/97eb47a/KDBXASi.DMZ.part03.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:50

Control Number: 68732
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79323316/b5304c6/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
ViSiON.part7.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:13:58

Control Number: 68730
Studio: Fox
Title: Knight and Day
```

6

HF00488808

```
Infringing Host File Download Link:
http://hotfile.com/dl/79441359/e2e1b00/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
ViSiON.part5.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:13:57

Control Number: 68731
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79336705/5b2f9b8/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
ViSiON.part6.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:13:57

Control Number: 68727
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79440232/a151f48/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
ViSiON.part2.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:13:56

Control Number: 68728
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79444343/0d5d055/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
ViSiON.part3.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:13:56

Control Number: 68729
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79441760/9b7b056/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
ViSiON.part4.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:13:56

Control Number: 68726
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79445095/4eccc85/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
ViSiON.part1.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:13:55

Control Number: 68718
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79527210/1d059ee/kad720_ThePecko.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
```

7

CONFIDENTIAL

HF00488809

```
Date Re-Discovered: 2010-10-31 13:13:35

Control Number: 68692
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79470660/1f5bf94/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part15.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 10:10:42

Control Number: 68693
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79470661/78f9b55/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part16.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 10:10:42

Control Number: 68694
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79470671/34753e7/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part17.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 10:10:42

Control Number: 68690
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79470644/7861299/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part13.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 10:10:41

Control Number: 68691
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79470646/0427594/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part14.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 10:10:41

Control Number: 68688
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79470613/d3be0fe/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part11.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 10:10:40

Control Number: 68689
```

8

CONFIDENTIAL

HF00488810

```
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79470639/7d00490/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part12.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 10:10:40


Control Number: 68685
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79469757/90f8e59/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part08.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 10:10:39


Control Number: 68686
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79469760/a90af79/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part09.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 10:10:39


Control Number: 68687
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79469759/1cf3c44/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part10.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 10:10:39


Control Number: 68683
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79469752/c30c106/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part06.rar.html
Previous Submission Dates: 2010-11-01 00:43:38
Date Re-Discovered: 2010-10-31 10:10:38


Control Number: 68684
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79469754/a1bb728/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part07.rar.html
Previous Submission Dates: 2010-11-01 00:43:38
Date Re-Discovered: 2010-10-31 10:10:38


Control Number: 68681
Studio: Fox
Title: Knight and Day
```

9

CONFIDENTIAL

HF00488811

```
Infringing Host File Download Link:
http://hotfile.com/dl/79469756/0aa33c8/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part04.rar.html
Previous Submission Dates: 2010-11-01 00:43:38
Date Re-Discovered: 2010-10-31 10:10:37


Control Number: 68682
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79469758/3d336f5/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part05.rar.html
Previous Submission Dates: 2010-11-01 00:43:38
Date Re-Discovered: 2010-10-31 10:10:37


Control Number: 68679
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79469753/56dc8a5/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part02.rar.html
Previous Submission Dates: 2010-11-01 00:43:38
Date Re-Discovered: 2010-10-31 10:10:36


Control Number: 68680
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79469755/551fb7c/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part03.rar.html
Previous Submission Dates: 2010-11-01 00:43:38
Date Re-Discovered: 2010-10-31 10:10:36


Control Number: 68678
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79469761/61fa8c1/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part01.rar.html
Previous Submission Dates: 2010-11-01 00:43:38
Date Re-Discovered: 2010-10-31 10:10:35


Control Number: 68528
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79446016/cd94604/Knight.And.Day.2010.720p.BRRip.XviD.AC3-
ViSiON.part15.rar
Previous Submission Dates: 2010-11-01 00:43:38
Date Re-Discovered: 2010-10-31 10:01:05


Control Number: 68526
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79442275/24a7cc0/knight.and.day.2010.720p.brrip.xvid.ac3-
vision.part13.rar
```

10

CONFIDENTIAL

HF00488812

| | |
|---|---|
| **From:** | fox@mimtid.com |
| **Sent:** | Thursday, November 04, 2010 11:57 PM |
| **To:** | abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com |
| **Subject:** | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email.  Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 75354
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80092731/71d68eb/Knight.AD.2010.m720p-coolhd.org.part7.rar.html
Previous Submission Dates: 2010-11-03 23:37:24
Date Re-Discovered: 2010-11-03 20:22:39

1

CONFIDENTIAL

HF00494086

```
Control Number: 75356
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80093075/85d4aaa4/Knight.AD.2010.m720p-coolhd.org.part8.rar.html
Previous Submission Dates: 2010-11-03 23:37:24
Date Re-Discovered: 2010-11-03 20:22:39


Control Number: 75352
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80094105/3d9d84c/Knight.AD.2010.m720p-coolhd.org.part5.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:38


Control Number: 75353
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80095140/86d7922/Knight.AD.2010.m720p-coolhd.org.part6.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:38


Control Number: 75350
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80095334/93f77bf/Knight.AD.2010.m720p-coolhd.org.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:37


Control Number: 75351
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80092830/06cc0d9/Knight.AD.2010.m720p-coolhd.org.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:37


Control Number: 75347
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80092828/015c8b7/Knight.AD.2010.m720p-coolhd.org.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:36


Control Number: 75348
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80094056/fb50efd/Knight.AD.2010.m720p-coolhd.org.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:36
```

CONFIDENTIAL

HF00494087

```
Control Number: 75345
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80192725/638b063/Knight.And.Day2010DvDrip-aXXo.part5.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:35


Control Number: 75346
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80192822/c3cc990/Knight.And.Day2010DvDrip-aXXo.part6.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:35


Control Number: 75343
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80192517/bdd96f8/Knight.And.Day2010DvDrip-aXXo.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:34


Control Number: 75344
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80192616/237824e/Knight.And.Day2010DvDrip-aXXo.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:34


Control Number: 75341
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80192362/789cade/Knight.And.Day2010DvDrip-aXXo.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:33


Control Number: 75342
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80192400/3ea999b/Knight.And.Day2010DvDrip-aXXo.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:33


Control Number: 75314
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80226873/daa111f/SharingW.org_Knight_And_Day_2010_READNFO_720p_BluRay_x
264_AVS720.part08.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:20:05
```

3

CONFIDENTIAL

HF00494088

```
Control Number: 75315
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80226714/83cc765/SharingW.org_Knight_And_Day_2010_READNFO_720p_BluRay_x
264_AVS720.part09.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:20:05


Control Number: 75312
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80226914/acd2346/SharingW.org_Knight_And_Day_2010_READNFO_720p_BluRay_x
264_AVS720.part06.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:20:04


Control Number: 75313
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80226796/8e1f3dc/SharingW.org_Knight_And_Day_2010_READNFO_720p_BluRay_x
264_AVS720.part07.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:20:04


Control Number: 75309
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80226862/7a9eec5/SharingW.org_Knight_And_Day_2010_READNFO_720p_BluRay_x
264_AVS720.part03.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:20:03


Control Number: 75310
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80226892/8c5adcc/SharingW.org_Knight_And_Day_2010_READNFO_720p_BluRay_x
264_AVS720.part04.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:20:03


Control Number: 75311
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80226886/86dcae9/SharingW.org_Knight_And_Day_2010_READNFO_720p_BluRay_x
264_AVS720.part05.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:20:03


Control Number: 75307
Studio: Fox
Title: Knight and Day
```

4

CONFIDENTIAL

HF00494089

```
Infringing Host File Download Link:
http://hotfile.com/dl/80226785/b821f0a/SharingW.org_Knight_And_Day_2010_READNFO_720p_BluRay_x
264_AVS720.part01.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:20:02

Control Number: 75308
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80226789/9a89b20/SharingW.org_Knight_And_Day_2010_READNFO_720p_BluRay_x
264_AVS720.part02.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:20:02

Control Number: 75295
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80126449/7670936/Knight.and.Day.2010.BDRip.XVID.AC3.HQ.Hive-
CM8.th3scene.com.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:19:58

Control Number: 75294
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80124614/86016fd/Knight.and.Day.2010.BDRip.XVID.AC3.HQ.Hive-
CM8.th3scene.com.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:19:57

Control Number: 75250
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80185967/05b24d0/Knight.And.Day.2010.READNFO.720p.BluRay.x264-
AVS720.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:16:34

Control Number: 75251
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80148023/69cc1d6/Knight.And.Day.2010.READNFO.720p.BluRay.x264-
AVS720.part5.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:16:34

Control Number: 75248
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80144954/fe562fd/Knight.And.Day.2010.READNFO.720p.BluRay.x264-
AVS720.part2.rar.html
```

5

CONFIDENTIAL

HF00494090

```
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:16:33

Control Number: 75249
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80144952/d14abec/Knight.And.Day.2010.READNFO.720p.BluRay.x264-
AVS720.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:16:33

Control Number: 75247
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80144953/4182b34/Knight.And.Day.2010.READNFO.720p.BluRay.x264-
AVS720.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:16:32

Control Number: 75169
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/80189510/f0812ec/VSuck_DvdRip_XVID_ARROW.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 12:29:35

Control Number: 75168
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/80189694/ebcc891/VSuck_DvdRip_XVID_ARROW.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 12:29:34

Control Number: 75125
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80170797/d32883a/Knight.and.Day.2010.720p.WiKi.part35.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 12:26:51

Control Number: 75124
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80170790/d757fac/Knight.and.Day.2010.720p.WiKi.part34.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 12:26:50

Control Number: 75123
Studio: Fox
Title: Knight and Day
```

6

```
Infringing Host File Download Link:
http://hotfile.com/dl/80170781/7739196/Knight.and.Day.2010.720p.WiKi.part33.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 12:26:49

Control Number: 75122
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80170771/fb4be0d/Knight.and.Day.2010.720p.WiKi.part32.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:48

Control Number: 75120
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80170730/175e7cc/Knight.and.Day.2010.720p.WiKi.part30.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:47

Control Number: 75121
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80170745/aa33da3/Knight.and.Day.2010.720p.WiKi.part31.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:47

Control Number: 75119
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80170687/c4a41ef/Knight.and.Day.2010.720p.WiKi.part29.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:45

Control Number: 75118
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80170638/6151712/Knight.and.Day.2010.720p.WiKi.part28.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:44

Control Number: 75117
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80170638/c41a1e7/Knight.and.Day.2010.720p.WiKi.part27.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:42

Control Number: 75116
Studio: Fox
Title: Knight and Day
```

7

CONFIDENTIAL

HF00494092

```
Infringing Host File Download Link:
http://hotfile.com/dl/80169854/4517989/Knight.and.Day.2010.720p.WiKi.part26.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:41

Control Number: 75114
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80169857/5e864a5/Knight.and.Day.2010.720p.WiKi.part24.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:38

Control Number: 75115
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80169856/ecd3c27/Knight.and.Day.2010.720p.WiKi.part25.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:38

Control Number: 75112
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80169852/e65ea34/Knight.and.Day.2010.720p.WiKi.part22.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:37

Control Number: 75113
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80169853/b7672a2/Knight.and.Day.2010.720p.WiKi.part23.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:37

Control Number: 75110
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80169850/b7672a2/Knight.and.Day.2010.720p.WiKi.part20.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:36

Control Number: 75111
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80169855/7f5a1f9/Knight.and.Day.2010.720p.WiKi.part21.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:36

Control Number: 75108
Studio: Fox
Title: Knight and Day
```

CONFIDENTIAL

HF00494093

```
Infringing Host File Download Link:
http://hotfile.com/dl/80169849/4234823/Knight.and.Day.2010.720p.WiKi.part18.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:35

Control Number: 75109
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80169851/b335bf6/Knight.and.Day.2010.720p.WiKi.part19.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:35

Control Number: 75106
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171751/d4c6333/Knight.and.Day.2010.720p.WiKi.part16.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:34

Control Number: 75107
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171789/90da12e/Knight.and.Day.2010.720p.WiKi.part17.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:34

Control Number: 75105
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171565/5fa4a26/Knight.and.Day.2010.720p.WiKi.part15.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:33

Control Number: 75103
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171735/2bd06bf/Knight.and.Day.2010.720p.WiKi.part13.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:32

Control Number: 75104
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171728/03bae64/Knight.and.Day.2010.720p.WiKi.part14.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:32

Control Number: 75101
Studio: Fox
Title: Knight and Day
```

9

HF00494094

```
Infringing Host File Download Link:
http://hotfile.com/dl/80171426/3ddbcf0/Knight.and.Day.2010.720p.WiKi.part11.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:31

Control Number: 75102
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171434/d55f1c2/Knight.and.Day.2010.720p.WiKi.part12.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:31

Control Number: 75098
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171359/7c3175e/Knight.and.Day.2010.720p.WiKi.part08.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:30

Control Number: 75099
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171379/b0d75da/Knight.and.Day.2010.720p.WiKi.part09.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:30

Control Number: 75100
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171394/644b82d/Knight.and.Day.2010.720p.WiKi.part10.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:30

Control Number: 75096
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171338/64c8f08/Knight.and.Day.2010.720p.WiKi.part06.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:29

Control Number: 75097
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171350/00c4dd5/Knight.and.Day.2010.720p.WiKi.part07.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:29

Control Number: 75094
Studio: Fox
Title: Knight and Day
```

CONFIDENTIAL

HF00494095

| | |
|---|---|
| **From:** | fox@mimtid.com |
| **Sent:** | Sunday, November 07, 2010 12:41 AM |
| **To:** | abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com |
| **Subject:** | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email.  Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 76268
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80157955/8e82abf/Knight.And.Day.2010.READNFO.720p.BluRay.x264-AVS720.part1.rar.html
Previous Submission Dates: 2010-11-04 22:58:59

1

CONFIDENTIAL                                                    HF00499822

```
Date Re-Discovered: 2010-11-04 00:52:16

Control Number: 76269
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80173356/2cca44c/Knight.And.Day.2010.READNFO.720p.BluRay.x264-
AVS720.part2.rar.html
Previous Submission Dates: 2010-11-04 22:58:59
Date Re-Discovered: 2010-11-04 00:52:16

Control Number: 74066
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79495722/e3e6906/arrow-
vampires.suck-www.SmartWarez.org.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:15
Date Re-Discovered: 2010-11-02 19:46:32

Control Number: 74067
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79495336/47ad794/arrow-
vampires.suck-www.SmartWarez.org.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:15
Date Re-Discovered: 2010-11-02 19:46:32

Control Number: 74065
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79495705/9a5962c/arrow-
vampires.suck-www.SmartWarez.org.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:15
Date Re-Discovered: 2010-11-02 19:46:31

Control Number: 74047
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79761767/f9d0e68/
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:15
Date Re-Discovered: 2010-11-02 19:43:58

Control Number: 74048
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79761851/89b2fcc/
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:15
Date Re-Discovered: 2010-11-02 19:43:58

Control Number: 74049
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79761618/681a533/
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 19:43:58

Control Number: 74046
```

CONFIDENTIAL

HF00499823

```
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79761750/20c04c4/
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 19:43:57


Control Number: 74001
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79251938/fedc3ee/Vampires.Suck.DVDRiP.XViD-ARROW.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:12:32


Control Number: 74002
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79253595/d85ade9/Vampires.Suck.DVDRiP.XViD-ARROW.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:12:32


Control Number: 74003
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79254010/db32e07/Vampires.Suck.DVDRiP.XViD-ARROW.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:12:32


Control Number: 74000
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79251121/3a7156a/Vampires.Suck.DVDRiP.XViD-ARROW.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:12:31


Control Number: 73961
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79562984/bf4ca83/Vampires_Suck_2010_WarezRocker.Info_A-
Ma10_.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:35


Control Number: 73960
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79565001/5ca338f/Vampires_Suck_2010_WarezRocker.Info_A-
Ma10_.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:34


Control Number: 73958
```

3

HF00499824

```
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79875920/410d4f8/
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:04

Control Number: 73959
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79875730/20f976e/
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:04

Control Number: 73955
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79875911/1b73381/
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:03

Control Number: 73956
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79875822/2e232cc/
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:03

Control Number: 73957
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79875915/b2e7a21/
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:03

Control Number: 73954
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79875668/61dd1f4/
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:02

Control Number: 73938
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79469906/22b59a0/Vampires.Suck.2010.DVDRip.XviD.AC3-
ViSiON.part6.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:07:22

Control Number: 73936
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79469902/e6588c6/Vampires.Suck.2010.DVDRip.XviD.AC3-
ViSiON.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
```

4

HF00499825

```
Date Re-Discovered: 2010-11-02 18:07:21

Control Number: 73937
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79469904/996fa82/Vampires.Suck.2010.DVDRip.XviD.AC3-
ViSiON.part5.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:07:21

Control Number: 73933
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79469905/dbccb51/Vampires.Suck.2010.DVDRip.XviD.AC3-
ViSiON.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:07:20

Control Number: 73934
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79469907/199b04c/Vampires.Suck.2010.DVDRip.XviD.AC3-
ViSiON.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:07:20

Control Number: 73935
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79469901/a84acad/Vampires.Suck.2010.DVDRip.XviD.AC3-
ViSiON.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:07:20

Control Number: 73920
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/78868955/e6e7768/Vampires.Suck.2010.R5.XViD.READNFO-LKRG.part6.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:03:42

Control Number: 73917
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/78868949/ad6a1e8/Vampires.Suck.2010.R5.XViD.READNFO-LKRG.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:03:41

Control Number: 73918
Studio: Fox
Title: Vampires Suck
```

5

HF00499826

Infringing Host File Download Link:
http://hotfile.com/dl/78868760/61b7c1a/Vampires.Suck.2010.R5.XViD.READNFO-LKRG.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:03:41

Control Number: 73919
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/78869104/024d445/Vampires.Suck.2010.R5.XViD.READNFO-LKRG.part5.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:03:41

Control Number: 73915
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/78868190/040f589/Vampires.Suck.2010.R5.XViD.READNFO-LKRG.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:03:40

Control Number: 73916
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/78868205/8157835/Vampires.Suck.2010.R5.XViD.READNFO-LKRG.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:03:40

Control Number: 73909
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79887276/509eeba/vampires.suck.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:02:52

Control Number: 73910
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79887438/05829c6/vampires.suck.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:02:52

Control Number: 73907
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79886848/ae5d95e/vampires.suck.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:02:51

Control Number: 73908
Studio: Fox
Title: Vampires Suck

6

CONFIDENTIAL

HF00499827

```
Infringing Host File Download Link:
http://hotfile.com/dl/79887095/f1fad92/vampires.suck.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:02:51

Control Number: 73904
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79370304/f7485d7/Machete.2010.480p.BRRip.XviD.AC3-
FLAWL3SS.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 17:51:25

Control Number: 73905
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79370313/034d8ce/Machete.2010.480p.BRRip.XviD.AC3-
FLAWL3SS.part5.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 17:51:25

Control Number: 73901
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79369592/b6f56d9/Machete.2010.480p.BRRip.XviD.AC3-
FLAWL3SS.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 17:51:24

Control Number: 73902
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79370252/d395b53/Machete.2010.480p.BRRip.XviD.AC3-
FLAWL3SS.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 17:51:24

Control Number: 73903
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79370254/b57daa7/Machete.2010.480p.BRRip.XviD.AC3-
FLAWL3SS.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 17:51:24

Control Number: 73834
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79876731/59d82ad/SharingW.org_Vampires_Suck_(2010)_DVDRiP_XViD_ARROW.pa
rt2.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
```

CONFIDENTIAL

HF00499828

```
Date Re-Discovered: 2010-11-02 17:24:09

Control Number: 73833
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79877338/98a9f03/SharingW.org_Vampires_Suck_(2010)_DVDRiP_XViD_ARROW.pa
rt1.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:24:08

Control Number: 73825
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79878393/9176203/SharingW.org_Vampires_Suck_2010_DVDRiP_XViD_AC3_LEGi0N
.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:23:59

Control Number: 73826
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79878164/dfe1aa1/SharingW.org_Vampires_Suck_2010_DVDRiP_XViD_AC3_LEGi0N
.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:23:59

Control Number: 73824
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79878443/a39fd3a/SharingW.org_Vampires_Suck_2010_DVDRiP_XViD_AC3_LEGi0N
.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:23:58

Control Number: 73787
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79933257/31b9312/Vampires.Suck2010DvDrip-aXXo.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:15:23

Control Number: 73788
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79933254/b48245d/Vampires.Suck2010DvDrip-aXXo.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:15:23

Control Number: 73785
Studio: Fox
Title: Vampires Suck
```

8

CONFIDENTIAL

HF00499829

```
Infringing Host File Download Link:
http://hotfile.com/dl/79933255/75ea4df/Vampires.Suck2010DvDrip-aXXo.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:15:22

Control Number: 73786
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79933253/805a11e/Vampires.Suck2010DvDrip-aXXo.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:15:22

Control Number: 73774
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79939824/d0ecbab/Vampires.Suck2010DvDrip-aXXo.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:13:25

Control Number: 73775
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79939811/d6a3635/Vampires.Suck2010DvDrip-aXXo.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:13:25

Control Number: 73772
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79939811/e91c644/Vampires.Suck2010DvDrip-aXXo.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:13:24

Control Number: 73773
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79939817/4bd541c/Vampires.Suck2010DvDrip-aXXo.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:13:24

Control Number: 73770
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79541953/63451bc/beckup.VampsSck.dvdrip.divxturkArnt.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:13:23

Control Number: 73771
Studio: Fox
Title: Vampires Suck
```

CONFIDENTIAL

HF00499830

```
Infringing Host File Download Link:
http://hotfile.com/dl/79545109/6330cbd/beckup.VampsSck.dvdrip.divxturkArnt.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:13:23

Control Number: 73769
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79538559/8638592/beckup.VampsSck.dvdrip.divxturkArnt.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:13:22

Control Number: 73744
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79952409/8ca4c02/Vampires.Suck.2010.DvDRip.XviD.AC3-
MAGNAT.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:11:12

Control Number: 73745
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79952407/4a4c93d/Vampires.Suck.2010.DvDRip.XviD.AC3-
MAGNAT.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:11:12

Control Number: 73742
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79952411/c81ca90/Vampires.Suck.2010.DvDRip.XviD.AC3-
MAGNAT.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:11:11

Control Number: 73743
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79952406/c258678/Vampires.Suck.2010.DvDRip.XviD.AC3-
MAGNAT.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:11:11

Control Number: 73729
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79941410/67bf8f8/Vampires.Suck255B2010255DDvDrip-aXXo.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:11:05
```

CONFIDENTIAL                                    HF00499831

| | |
|---|---|
| **From:** | fox@mimtid.com |
| **Sent:** | Tuesday, November 09, 2010 1:35 AM |
| **To:** | abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com |
| **Subject:** | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email.  Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 73016
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888788/aba4c64/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part12.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:25

CONFIDENTIAL                                                                                    HF00506306

```
Control Number: 73017
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888711/6a6fa01/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part13.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:25

Control Number: 73013
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888684/3331208/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part09.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:24

Control Number: 73014
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888726/e158993/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part10.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:24

Control Number: 73011
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888708/71db70f/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part07.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:23

Control Number: 73012
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888780/0bd287d/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part08.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:23

Control Number: 73008
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888798/ec7c5fd/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part04.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:22

Control Number: 73009
Studio: Fox
Title: Knight and Day
```

CONFIDENTIAL

HF00506307

```
Infringing Host File Download Link:
http://hotfile.com/dl/79888744/89c91b0/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part05.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:22


Control Number: 73010
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888819/3dd1b71/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part06.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:22


Control Number: 73006
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888590/de698f6/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part02.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:21


Control Number: 73007
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888698/55e8dc3/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part03.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:21


Control Number: 73005
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888637/a25ab50/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part01.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 15:42:20


Control Number: 72970
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79909859/94583e5/KnghtandDy_2010_480p_BRRip.part6.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:05


Control Number: 72968
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79909822/b3a5874/KnghtandDy_2010_480p_BRRip.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:04
```

CONFIDENTIAL                                                    HF00506308

```
Control Number: 72969
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79910138/f3a9016/KnghtandDy_2010_480p_BRRip.part5.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:04


Control Number: 72965
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79909802/084ad9b/KnghtandDy_2010_480p_BRRip.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:03


Control Number: 72967
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79909835/435c5c5/KnghtandDy_2010_480p_BRRip.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:03


Control Number: 72963
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79036090/a3ef60c/Knight_and_Day.part7.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:02


Control Number: 72964
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79124037/45b8d95/Knight_and_Day.part8.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:02


Control Number: 72960
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78536398/6c578d7/Knight_and_Day.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:01


Control Number: 72961
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78944846/59774c7/Knight_and_Day.part5.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:01


Control Number: 72962
Studio: Fox
```

CONFIDENTIAL

HF00506309

```
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78989817/fcc2495/Knight_and_Day.part6.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:01

Control Number: 72958
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78316899/d716d96/Knight_and_Day.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:00

Control Number: 72959
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78350471/6f95992/Knight_and_Day.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:00

Control Number: 72957
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77862842/65f3f00/Knight_and_Day.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:28:59

Control Number: 72948
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79834519/d9fb41e/Knight.And.Day.2010.PL.SUBBED.DVDRip.XviD.XxXL-
PROJECT.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:28:54

Control Number: 72946
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79833847/4ba2350/Knight.And.Day.2010.PL.SUBBED.DVDRip.XviD.XxXL-
PROJECT.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:28:53

Control Number: 72947
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79834081/2640209/Knight.And.Day.2010.PL.SUBBED.DVDRip.XviD.XxXL-
PROJECT.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:28:53

Control Number: 72835
```

```
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79744838/8b5cb2a/KnigtyDet_80p-
cardman.part27.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:23


Control Number: 72836
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743682/81b33fb/KnigtyDet_80p-
cardman.part28.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:23


Control Number: 72833
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79744390/4b195c4/KnigtyDet_80p-
cardman.part25.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:22


Control Number: 72834
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79744427/4651aab/KnigtyDet_80p-
cardman.part26.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:22


Control Number: 72830
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743801/ac1c13b/KnigtyDet_80p-
cardman.part22.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:21


Control Number: 72831
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79744149/40534fd/KnigtyDet_80p-
cardman.part23.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:21


Control Number: 72832
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79744189/cc28c8e/KnigtyDet_80p-
cardman.part24.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:21


Control Number: 72828
Studio: Fox
Title: Knight and Day
```

HF00506311

Infringing Host File Download Link: http://hotfile.com/dl/79743255/4cae5d2/KnigtyDet_80p-
cardman.part20.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:20

Control Number: 72829
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743729/e4d1c40/KnigtyDet_80p-
cardman.part21.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:20

Control Number: 72825
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743297/b18e8b7/KnigtyDet_80p-
cardman.part17.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:19

Control Number: 72826
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743332/50532d7/KnigtyDet_80p-
cardman.part18.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:19

Control Number: 72827
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743276/334d25c/KnigtyDet_80p-
cardman.part19.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:19

Control Number: 72823
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743303/625fb36/KnigtyDet_80p-
cardman.part15.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:18

Control Number: 72824
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743347/518e9cb/KnigtyDet_80p-
cardman.part16.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:18

Control Number: 72820
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743282/cf8e951/KnigtyDet_80p-
cardman.part12.rar.html

CONFIDENTIAL

HF00506312

Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:17

Control Number: 72821
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743309/bf84140/KnigtyDet_80p-cardman.part13.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:17

Control Number: 72822
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743329/8802572/KnigtyDet_80p-cardman.part14.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:17

Control Number: 72818
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743288/3669bdc/KnigtyDet_80p-cardman.part10.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:16

Control Number: 72819
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743284/243421f/KnigtyDet_80p-cardman.part11.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:25:16

Control Number: 72816
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743324/dea2d49/KnigtyDet_80p-cardman.part08.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:25:15

Control Number: 72817
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743302/a47d91f/KnigtyDet_80p-cardman.part09.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:25:15

Control Number: 72813
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743280/40235b9/KnigtyDet_80p-cardman.part05.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:25:14

CONFIDENTIAL

HF00506313

```
Control Number: 72814
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743285/7ab883a/KnigtyDet_80p-
cardman.part06.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:25:14


Control Number: 72815
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743310/bd7a760/KnigtyDet_80p-
cardman.part07.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:25:14


Control Number: 72811
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743218/f5b2ef4/KnigtyDet_80p-
cardman.part03.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:25:13


Control Number: 72812
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743398/ed854cb/KnigtyDet_80p-
cardman.part04.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:25:13


Control Number: 72809
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743361/8265e34/KnigtyDet_80p-
cardman.part01.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:25:12


Control Number: 72810
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743335/1b5c234/KnigtyDet_80p-
cardman.part02.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:25:12


Control Number: 72769
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79912915/f5bcc45/santi-
knightandday.avi.part6.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:24:15


Control Number: 72770
```

CONFIDENTIAL

HF00506314

```
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79912941/d1a6f1c/santi-
knightandday.avi.part7.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:24, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:24:15


Control Number: 72771
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79913980/a891a20/santi-
knightandday.avi.part8.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:24, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:24:15


Control Number: 72767
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79912583/223162d/santi-
knightandday.avi.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:24, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:24:14


Control Number: 72768
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79912908/b4f1e2d/santi-
knightandday.avi.part5.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:24, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:24:14


Control Number: 72764
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79912426/ce4308d/santi-
knightandday.avi.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:24, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:24:13


Control Number: 72765
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79912528/7b265fa/santi-
knightandday.avi.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:24, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:24:13


Control Number: 72766
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79912547/baa3921/santi-
knightandday.avi.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:24, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:24:13


Control Number: 72744
Studio: Fox
Title: Knight and Day
```

CONFIDENTIAL

HF00506315

| | |
|---|---|
| **From:** | fox@mimtid.com |
| **Sent:** | Saturday, October 02, 2010 3:27 AM |
| **To:** | abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com |
| **Subject:** | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of
Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies
("Fox"), to notify you of the continued infringement on your site of Fox's intellectual
property rights in the titles identified in this email.  Notices of Copyright Infringement
were previously sent to Hotfile.com for the identified titles and links on the dates listed
in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to
video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly
remove and disable the links to all unauthorized copies of works whose copyrights are owned
by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights, remedies, or
defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described
herein is not authorized by Fox, its agent, or the law. The information in this notice is
accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox
with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation 150 B Azalea Destin, FL
32541 David Cox Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 30422
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72711103/fd3532d/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part6.rar
.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:48:35

Control Number: 30421
Studio: Fox
Title: Machete

CONFIDENTIAL                                                                          HF00621131

Infringing Host File Download Link:
http://hotfile.com/dl/72711096/5e2e969/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part5.rar
.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:48:34

Control Number: 30419
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72711085/9483ae5/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part3.rar
.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:48:33

Control Number: 30420
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72711088/042d09b/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part4.rar
.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:48:33

Control Number: 30418
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72711061/b12b9d8/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part2.rar
.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:48:32

Control Number: 30417
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72710992/bd0c68e/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part1.rar
.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:48:31

Control Number: 30404
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72809473/574ca21/maczeta.R5.part1.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:34:49

Control Number: 30405
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72809790/08b0b47/maczeta.R5.part2.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:34:49

Control Number: 30402
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71481510/17ba873/Mach.part3.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:34:48

CONFIDENTIAL

HF00621132