```
Control Number: 30403
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71462888/db31644/Mach.part4.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:34:48


Control Number: 30401
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71453916/401faf6/Mach.part2.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:34:47


Control Number: 30400
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71384608/2044ec5/Mach.part1.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:34:46


Control Number: 30380
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72276876/e456707/Machete_(2010)_R5_XviD.part4.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:34:36


Control Number: 30379
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72783861/a0f0e1b/Machete_(2010)_R5_XviD.part3.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:34:35


Control Number: 30377
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72772675/3aadcdb/Machete_(2010)_R5_XviD.part1.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:34:34


Control Number: 30378
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72772667/9ef3f6a/Machete_(2010)_R5_XviD.part2.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:34:34


Control Number: 30255
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72047949/a6efc79/Machete.2010.720p.R5.x264.AC3-MAGNET.part22.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:37


Control Number: 30256
Studio: Fox
```

HF00621133

Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72047951/334eb96/Machete.2010.720p.R5.x264.AC3-MAGNET.part23.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:37

Control Number: 30254
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72105537/6944e2a/Machete.2010.720p.R5.x264.AC3-MAGNET.part21.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:36

Control Number: 30252
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72046856/e663bc7/Machete.2010.720p.R5.x264.AC3-MAGNET.part19.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:35

Control Number: 30253
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72046887/0902d1b/Machete.2010.720p.R5.x264.AC3-MAGNET.part20.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:35

Control Number: 30251
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72046812/4fcc708/Machete.2010.720p.R5.x264.AC3-MAGNET.part18.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:34

Control Number: 30250
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72046811/6ce5e4f/Machete.2010.720p.R5.x264.AC3-MAGNET.part17.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:33

Control Number: 30248
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72105545/e77aad7/Machete.2010.720p.R5.x264.AC3-MAGNET.part15.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:32

Control Number: 30249
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72046810/e396e13/Machete.2010.720p.R5.x264.AC3-MAGNET.part16.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:32

Control Number: 30247
Studio: Fox
Title: Machete

HF00621134

Infringing Host File Download Link:
http://hotfile.com/dl/72105541/2202be5/Machete.2010.720p.R5.x264.AC3-MAGNET.part14.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:31


Control Number: 30246
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72046731/e36cce3/Machete.2010.720p.R5.x264.AC3-MAGNET.part13.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:30


Control Number: 30244
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72046659/540876e/Machete.2010.720p.R5.x264.AC3-MAGNET.part11.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:29


Control Number: 30245
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72046713/0e95e98/Machete.2010.720p.R5.x264.AC3-MAGNET.part12.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:29


Control Number: 30243
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72105543/c762f19/Machete.2010.720p.R5.x264.AC3-MAGNET.part10.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:28


Control Number: 30241
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72045576/6e3a12f/Machete.2010.720p.R5.x264.AC3-MAGNET.part08.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:27


Control Number: 30242
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72045570/bfa4a6f/Machete.2010.720p.R5.x264.AC3-MAGNET.part09.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:27


Control Number: 30240
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72045574/9724ee1/Machete.2010.720p.R5.x264.AC3-MAGNET.part07.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:26


Control Number: 30239
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72045575/3d8da14/Machete.2010.720p.R5.x264.AC3-MAGNET.part06.rar.html

                                                                  HF00621135

Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:25

Control Number: 30237
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72045573/3f81ec7/Machete.2010.720p.R5.x264.AC3-MAGNET.part04.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:24

Control Number: 30238
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72045572/5058283/Machete.2010.720p.R5.x264.AC3-MAGNET.part05.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:24

Control Number: 30236
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72045567/cb8ce56/Machete.2010.720p.R5.x264.AC3-MAGNET.part03.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:23

Control Number: 30234
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72045568/7a9c29a/Machete.2010.720p.R5.x264.AC3-MAGNET.part01.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:22

Control Number: 30235
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72045571/c89d4a4/Machete.2010.720p.R5.x264.AC3-MAGNET.part02.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:22

Control Number: 30224
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72515975/c3c034c/Machete_R5__2010_.released.ws.part3.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 20:40:25

Control Number: 30225
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72516902/ba55078/Machete_R5__2010_.released.ws.part4.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 20:40:25

Control Number: 30223
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72514924/9be6551/Machete_R5__2010_.released.ws.part2.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 20:40:24

CONFIDENTIAL

Control Number: 30222
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72514085/b0f773c/Machete_R5__2010_.released.ws.part1.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 20:40:23

Control Number: 26881
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71814480/dc6a613/mchete10.part4.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-26 10:08:30

Control Number: 26880
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71814096/46bdded/Mchete10.part3.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-26 10:08:29

Control Number: 26879
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71813528/df0be35/mchete10.part2.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-26 10:08:28

Control Number: 26878
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71805560/cc84a0c/mchete10.part1.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-26 10:08:27

Control Number: 26544
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/63564340/a2cd6c6/Vampires.Suck.2010.u1.zip.006.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-25 00:49:19

Control Number: 26543
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/63564322/f299bf6/Vampires.Suck.2010.u1.zip.005.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-25 00:49:18

Control Number: 26542
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/63564159/0c33fc0/Vampires.Suck.2010.u1.zip.003.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-25 00:49:17

Control Number: 26465
Studio: Fox

```
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66636954/5ca0330/vampires.suck.2010.xvid.securewarez.net..avi.part06.ra
r.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-24 22:39:14

Control Number: 26464
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66637215/273721e/vampires.suck.2010.xvid.securewarez.net..avi.part05.ra
r.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-24 22:39:13

Control Number: 26463
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66637027/4a96d16/vampires.suck.2010.xvid.securewarez.net..avi.part09.ra
r.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-24 22:39:12

Control Number: 26461
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66637456/743a532/vampires.suck.2010.xvid.securewarez.net..avi.part08.ra
r.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-24 22:39:11

Control Number: 26462
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66637299/c50ce1a/vampires.suck.2010.xvid.securewarez.net..avi.part10.ra
r.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-24 22:39:11

Control Number: 26460
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66637072/282e1aa/vampires.suck.2010.xvid.securewarez.net..avi.part07.ra
r.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-24 22:39:10

Control Number: 26459
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66637342/146e4ea/vampires.suck.2010.xvid.securewarez.net..avi.part03.ra
r.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-24 22:39:09

Control Number: 26457
Studio: Fox
Title: Vampires Suck
```

CONFIDENTIAL

HF00621138

Infringing Host File Download Link:
http://hotfile.com/dl/66637402/a89ea04/vampires.suck.2010.xvid.securewarez.net..avi.part04.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-24 22:39:08

Control Number: 26458
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66636879/56ff0f5/vampires.suck.2010.xvid.securewarez.net..avi.part02.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-24 22:39:08

Control Number: 26456
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66637133/ac7c18f/vampires.suck.2010.xvid.securewarez.net..avi.part11.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:39:07

Control Number: 26156
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70534048/c481f24/Knight_And_Day_Gece_Ve_Gpart1.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:19:56

Control Number: 26155
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70322558/1144254/Wybuchowa_para_Knight_and_Day_
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:19:51

Control Number: 26014
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70331412/b8e51be/Knight.and.Day.(2010).DVDrip.part02.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:14:01

Control Number: 26013
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70082227/865c51c/Knight.And.Day.2010.DVDRip.XviD-MeRCuRY.part2.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:14:00

Control Number: 26012
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70096464/a984379/Knight.And.Day.2010.DVDRip.XviD-FTP.RU.part3.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:13:59

Control Number: 26011
Studio: Fox

CONFIDENTIAL

HF00621139

```
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70125108/23a8cd7/Knight.And.Day.2010.R5Line.DVDRip.XviD-
MeRCuRY.part2.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:13:57

Control Number: 26010
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70182180/9f8dfd8/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part04.rar.
html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:13:55

Control Number: 26008
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70128298/f227f0d/Kni....part3.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:13:53

Control Number: 26009
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70128248/1cd7853/Kni....part1.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:13:53

Control Number: 26007
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70128311/5acb11e/Kni....part4.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:13:52

Control Number: 26005
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70118864/e5d4cd5/Knight.And.Day.2010.R5.MaZiKa2daY.CoM.zip.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:13:48

Control Number: 25704
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68191904/a3caef5/Jessica_Alba_Machete_Portrait_Session_in_Venice_-
_1_Sep_2010.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 19:42:03

Control Number: 25696
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/69926526/34bdbf1/Machete.2010.TS.V2.MaZiKa2daY.CoM.rmvb.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 19:41:46

Control Number: 25695
```

CONFIDENTIAL

HF00621140

```
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68775702/43a43c4/Machete.2010.D.TS.part4.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 19:41:41


Control Number: 25694
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67202220/2433a36/Machete.2010.CAM.XviD-RLLBnevorapat.part2.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 19:41:28


Control Number: 23265
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/53320422/590e222/Kinayt.ent.deyTs_www.divxevi.com-
Bluetooth.part3.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-07-11 23:37:14


Control Number: 23266
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/53321055/62e638e/Kinayt.ent.deyTs_www.divxevi.com-
Bluetooth.part4.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-07-11 23:37:14


Control Number: 23263
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/53318738/08c0035/Kinayt.ent.deyTs_www.divxevi.com-
Bluetooth.part1.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-07-11 23:37:13


Control Number: 23264
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/53319677/b387c71/Kinayt.ent.deyTs_www.divxevi.com-
Bluetooth.part2.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-07-11 23:37:13


Control Number: 22631
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/51072823/a59f590/Knight.Day_DVD4ARAB_Pavarotti.part2.rar.html
Previous Submission Dates: 2010-07-11 23:17:23 Date Re-Discovered: 2010-07-11 18:55:25


Control Number: 22630
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/51071986/1756d29/Knight.Day_DVD4ARAB_Pavarotti.part1.rar.html
Previous Submission Dates: 2010-07-11 23:17:23 Date Re-Discovered: 2010-07-11 18:55:24
```

CONFIDENTIAL

HF00621141

```
Control Number: 22471
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/50770082/8a8ef26/PrisM-
kad.part1.rar.html
Previous Submission Dates: 2010-07-11 23:17:23 Date Re-Discovered: 2010-07-11 18:18:08


All dates and times are U.S. Central Standard Time


Host Site Infringing Links Only
http://hotfile.com/dl/72711103/fd3532d/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part6.rar
.html
  http://hotfile.com/dl/72711096/5e2e969/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part5.rar
.html
  http://hotfile.com/dl/72711085/9483ae5/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part3.rar
.html
  http://hotfile.com/dl/72711088/042d09b/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part4.rar
.html
  http://hotfile.com/dl/72711061/b12b9d8/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part2.rar
.html
  http://hotfile.com/dl/72710992/bd0c68e/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part1.rar
.html
http://hotfile.com/dl/72809473/574ca21/maczeta.R5.part1.rar.html
http://hotfile.com/dl/72809790/08b0b47/maczeta.R5.part2.rar.html
http://hotfile.com/dl/71481510/17ba873/Mach.part3.rar.html
http://hotfile.com/dl/71462888/db31644/Mach.part4.rar.html
http://hotfile.com/dl/71453916/401faf6/Mach.part2.rar.html
http://hotfile.com/dl/71384608/2044ec5/Mach.part1.rar.html
http://hotfile.com/dl/72776876
  /e456707/Machete_(2010)_R5_XviD.part4.rar.html
http://hotfile.com/dl/72783861/a0f0e1b/Machete_(2010)_R5_XviD.part3.rar.html
http://hotfile.com/dl/72772675/3aadcdb/Machete_(2010)_R5_XviD.part1.rar.html
http://hotfile.com/dl/72772667/9ef3f6a/Machete_(2010)_R5_XviD.part2.rar.html
http://hotfile.com/dl/72047949/a6efc79/Machete.2010.720p.R5.x264.AC3-MAGNET.part22.rar.html
http://hotfile.com/dl/72047951/334eb96/Machete.2010.720p.R5.x264.AC3-MAGNET.part23.rar.html
http://hotfile.com/dl/72105537/6944e2a/Machete.2010.720p.R5.x264.AC3-MAGNET.part21.rar.html
http://hotfile.com/dl/72046856/e663bc7/Machete.2010.720p.R5.x264.AC3-MAGNET.part19.rar.html
http://hotfile.com/dl/72046887/0902d1b/Machete.2010.720p.R5.x264.AC3-MAGNET.part20.rar.html
http://hotfile.com/dl/72046812/4fcc708/Machete.2010.720p.R5.x264.AC3-MAGNET.part18.rar.html
http://hotfile.com/dl/72046811/6ce5e4f/Machete.2010.720p.R5.x264.AC3-MAGNET.part17.rar.html
http://hotfile.com/dl/72105545/e77aad7/Machete.2010.720p.R5.x264.AC
3-MAGNET.part15.rar.html
http://hotfile.com/dl/72046810/e396e13/Machete.2010.720p.R5.x264.AC3-MAGNET.part16.rar.html
http://hotfile.com/dl/72105541/2202be5/Machete.2010.720p.R5.x264.AC3-MAGNET.part14.rar.html
http://hotfile.com/dl/72046731/e36cce3/Machete.2010.720p.R5.x264.AC3-MAGNET.part13.rar.html
http://hotfile.com/dl/72046659/540876e/Machete.2010.720p.R5.x264.AC3-MAGNET.part11.rar.html
http://hotfile.com/dl/72046713/0e95e98/Machete.2010.720p.R5.x264.AC3-MAGNET.part12.rar.html
http://hotfile.com/dl/72105543/c762f19/Machete.2010.720p.R5.x264.AC3-MAGNET.part10.rar.html
http://hotfile.com/dl/72045576/6e3a12f/Machete.2010.720p.R5.x264.AC3-MAGNET.part08.rar.html
http://hotfile.com/dl/72045570/bfa4a6f/Machete.2010.720p.R5.x264.AC3-MAGNET.part09.rar.html
http://hotfile.com/dl/72045574/9724ee1/Machete.2010.720p.R5.x264.AC3-MAGNET.part07.rar.html
http://hotfile.com/dl/72045575/3d8da14/Machete.2010.720p.R5.x264.AC3-MAGNET.part06.rar.html
http://hotfile.com/dl/72045573/3f81ec7/Mache
  te.2010.720p.R5.x264.AC3-MAGNET.part04.rar.html
http://hotfile.com/dl/72045572/5058283/Machete.2010.720p.R5.x264.AC3-MAGNET.part05.rar.html
http://hotfile.com/dl/72045567/cb8ce56/Machete.2010.720p.R5.x264.AC3-MAGNET.part03.rar.html
http://hotfile.com/dl/72045568/7a9c29a/Machete.2010.720p.R5.x264.AC3-MAGNET.part01.rar.html
```

CONFIDENTIAL

```
http://hotfile.com/dl/72045571/c89d4a4/Machete.2010.720p.R5.x264.AC3-MAGNET.part02.rar.html
http://hotfile.com/dl/72515975/c3c034c/Machete_R5__2010_.released.ws.part3.rar.html
http://hotfile.com/dl/72516902/ba55078/Machete_R5__2010_.released.ws.part4.rar.html
http://hotfile.com/dl/72514924/9be6551/Machete_R5__2010_.released.ws.part2.rar.html
http://hotfile.com/dl/72514085/b0f773c/Machete_R5__2010_.released.ws.part1.rar.html
http://hotfile.com/dl/71814480/dc6a613/mchete10.part4.rar.html
http://hotfile.com/dl/71814096/46bdded/Mchete10.part3.rar.html
http://hotfile.com/dl/71813528/df0be35/mchete10.part2.rar.html
http://hotfile.com/dl/71805560/cc84a0c/mchete10.
 part1.rar.html
http://hotfile.com/dl/63564340/a2cd6c6/Vampires.Suck.2010.u1.zip.006.html
http://hotfile.com/dl/63564322/f299bf6/Vampires.Suck.2010.u1.zip.005.html
http://hotfile.com/dl/63564159/0c33fc0/Vampires.Suck.2010.u1.zip.003.html
http://hotfile.com/dl/66636954/5ca0330/vampires.suck.2010.xvid.securewarez.net..avi.part06.ra
r.html
 http://hotfile.com/dl/66637215/273721e/vampires.suck.2010.xvid.securewarez.net..avi.part05.ra
r.html
 http://hotfile.com/dl/66637027/4a96d16/vampires.suck.2010.xvid.securewarez.net..avi.part09.ra
r.html
 http://hotfile.com/dl/66637456/743a532/vampires.suck.2010.xvid.securewarez.net..avi.part08.ra
r.html
 http://hotfile.com/dl/66637299/c50ce1a/vampires.suck.2010.xvid.securewarez.net..avi.part10.ra
r.html
 http://hotfile.com/dl/66637072/282e1aa/vampires.suck.2010.xvid.securewarez.net..avi.part07.ra
r.html
 http://hotfile.com/dl/66637342/146e4ea/vampires.suck.2010.xvid.securewarez.net..avi.part03.ra
r.html
http://hotfile.com/dl/66637402/a89ea04/vampires.suck
 .2010.xvid.securewarez.net..avi.part04.rar.html
 http://hotfile.com/dl/66636879/56ff0f5/vampires.suck.2010.xvid.securewarez.net..avi.part02.ra
r.html
 http://hotfile.com/dl/66637133/ac7c18f/vampires.suck.2010.xvid.securewarez.net..avi.part11.ra
r.html
http://hotfile.com/dl/70534048/c481f24/Knight_And_Day_Gece_Ve_Gpart1.rar.html
http://hotfile.com/dl/70322558/1144254/Wybuchowa_para_Knight_and_Day_
http://hotfile.com/dl/70331412/b8e51be/Knight.and.Day.(2010).DVDrip.part02.rar.html
http://hotfile.com/dl/70082227/865c51c/Knight.And.Day.2010.DVDRip.XviD-MeRCuRY.part2.rar.html
http://hotfile.com/dl/70096464/a984379/Knight.And.Day.2010.DVDRip.XviD-FTP.RU.part3.rar.html
http://hotfile.com/dl/70125108/23a8cd7/Knight.And.Day.2010.R5Line.DVDRip.XviD-
MeRCuRY.part2.rar.html
http://hotfile.com/dl/70182180/9f8dfd8/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part04.rar.
html
http://hotfile.com/dl/70128298/f227f0d/Kni....part3.rar.html
http://hotfile.com/dl/70128248/1cd7853/Kni....part1.rar.html
h
 ttp://hotfile.com/dl/70128311/5acb11e/Kni....part4.rar.html
http://hotfile.com/dl/70118864/e5d4cd5/Knight.And.Day.2010.R5.MaZiKa2daY.CoM.zip.html
http://hotfile.com/dl/68191904/a3caef5/Jessica_Alba_Machete_Portrait_Session_in_Venice_-
_1_Sep_2010.rar.html
http://hotfile.com/dl/69926526/34bdbf1/Machete.2010.TS.V2.MaZiKa2daY.CoM.rmvb.html
http://hotfile.com/dl/68775702/43a43c4/Machete.2010.D.TS.part4.rar.html
http://hotfile.com/dl/67202220/2433a36/Machete.2010.CAM.XviD-RLLBnevorapat.part2.rar.html
http://hotfile.com/dl/53320422/590e222/Kinayt.ent.deyTs_www.divxevi.com-
Bluetooth.part3.rar.html
http://hotfile.com/dl/53321055/62e638e/Kinayt.ent.deyTs_www.divxevi.com-
Bluetooth.part4.rar.html
http://hotfile.com/dl/53318738/08c0035/Kinayt.ent.deyTs_www.divxevi.com-
Bluetooth.part1.rar.html
```

HF00621143

```
http://hotfile.com/dl/53319677/b387c71/Kinayt.ent.deyTs_www.divxevi.com-
Bluetooth.part2.rar.html
http://hotfile.com/dl/51072823/a59f590/Knight.Day_DVD4ARAB_Pavarotti.part2.rar.html
http://hotfile.co
 m/dl/51071986/1756d29/Knight.Day_DVD4ARAB_Pavarotti.part1.rar.html
http://hotfile.com/dl/50770082/8a8ef26/PrisM-kad.part1.rar.html
```

CONFIDENTIAL

| | |
|---|---|
| **From:** | fox@mimtid.com |
| **Sent:** | Sunday, October 03, 2010 7:58 PM |
| **To:** | abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com |
| **Subject:** | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of
Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies
("Fox"), to notify you of the continued infringement on your site of Fox's intellectual
property rights in the titles identified in this email.  Notices of Copyright Infringement
were previously sent to Hotfile.com for the identified titles and links on the dates listed
in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to
video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly
remove and disable the links to all unauthorized copies of works whose copyrights are owned
by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights, remedies, or
defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described
herein is not authorized by Fox, its agent, or the law. The information in this notice is
accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox
with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation 150 B Azalea Destin, FL
32541 David Cox Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 31370
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68694006/2d71aa7/machetetsprism.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:59:07

Control Number: 31369
Studio: Fox
Title: Machete

CONFIDENTIAL                                                                                                                                                                    HF00622433

```
Infringing Host File Download Link:
http://hotfile.com/dl/68734282/a4307de/WarezShot.com_PrisM-Machete2010.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:52


Control Number: 31368
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68829057/2338c86/Machete.TS-
CLASSiFiED.part6.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:40


Control Number: 31367
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68828985/a328c14/Machete.TS-
CLASSiFiED.part5.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:39


Control Number: 31366
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68827777/cc8b921/Machete.TS-
CLASSiFiED.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:39


Control Number: 31365
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68824475/c6b5f00/Machete.TS-
CLASSiFiED.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:38


Control Number: 31364
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68820219/671b96a/Machete.TS-
CLASSiFiED.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:38


Control Number: 31363
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68818654/7eaac92/Machete.TS-
CLASSiFiED.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:37


Control Number: 31358
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68597898/fcff206/Mach.2010.CAM.MAGNET.avi.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:18


Control Number: 31357
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68597063/3141213/Mach.2010.CAM.MAGNET.avi.part2.rar.html
```

CONFIDENTIAL

Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:18

Control Number: 31356
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68706551/bd2dc84/Machete_2010_TS_XviD-PrisM.released.ws.part7.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:07

Control Number: 31355
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68706367/e91008f/Machete_2010_TS_XviD-PrisM.released.ws.part6.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:07

Control Number: 31354
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68705985/074437e/Machete_2010_TS_XviD-PrisM.released.ws.part5.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:06

Control Number: 31353
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68705558/a386571/Machete_2010_TS_XviD-PrisM.released.ws.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:06

Control Number: 31352
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68705156/d04e760/Machete_2010_TS_XviD-PrisM.released.ws.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:05

Control Number: 31351
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68704783/592f82e/Machete_2010_TS_XviD-PrisM.released.ws.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:05

Control Number: 31350
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68704428/1598811/Machete_2010_TS_XviD-PrisM.released.ws.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:04

Control Number: 31349
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68032496/c111bc1/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:49

CONFIDENTIAL                                                                    HF00622435

```
Control Number: 31348
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68032472/770ffd5/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part5.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:49

Control Number: 31347
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68032448/6f95d86/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:48

Control Number: 31346
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68032382/6fddb50/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:48

Control Number: 31345
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68032346/08cd75e/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part6.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:47

Control Number: 31344
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67272105/2f7bc4a/Machete.EN.CAM-
Ecik.of.UCU.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:36

Control Number: 31343
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67272105/2f7bc4a/
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:35

Control Number: 31342
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67271969/d4a1e52/Machete.EN.CAM-
Ecik.of.UCU.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:35

Control Number: 31341
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67271969/d4a1e52/
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:34
```

CONFIDENTIAL

HF00622436

```
Control Number: 31340
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67271563/f6e7627/Machete.EN.CAM-
Ecik.of.UCU.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:33


Control Number: 31339
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67271563/f6e7627/
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:33


Control Number: 31338
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68209946/b70ed4b/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-
walid26.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:21


Control Number: 31336
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68209930/e49893f/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-
walid26.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:20


Control Number: 31337
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68209942/8a0309b/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-
walid26.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:20


Control Number: 31335
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67077366/d380d84/Machete.2010.Www.Crackedsoftwares.Com.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:56:36


Control Number: 31334
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67076830/b09dc4e/Machete.2010.Www.Crackedsoftwares.Com.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:56:35


Control Number: 31333
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67076815/8ca8887/Machete.2010.Www.Crackedsoftwares.Com.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:56:34
```

CONFIDENTIAL

HF00622437

```
Control Number: 31332
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67076721/ae9be5c/Machete.2010.Www.Crackedsoftwares.Com.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:56:33


Control Number: 31330
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67369850/c331fb9/Mac.hete_2010_CAM_Xvid_downXload.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:55:30


Control Number: 31331
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67369892/f2b6a0d/Mac.hete_2010_CAM_Xvid_downXload.part5.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:55:30


Control Number: 31329
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67369730/efaf4ed/Mac.hete_2010_CAM_Xvid_downXload.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:55:29


Control Number: 31328
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67369622/b397c53/Mac.hete_2010_CAM_Xvid_downXload.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:55:29


Control Number: 31327
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67369552/9c034af/Mac.hete_2010_CAM_Xvid_downXload.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:55:28


Control Number: 31275
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/73006350/7f9d4b6/-Machete---
R5.part2.rar
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 11:33:52


Control Number: 31274
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/73006351/a2763ac/-Machete---
R5.part1.rar
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 11:33:51


All dates and times are U.S. Central Standard Time
```

CONFIDENTIAL

HF00622438

Host Site Infringing Links Only
http://hotfile.com/dl/68694006/2d71aa7/machetetsprism.part4.rar.html
http://hotfile.com/dl/68734282/a4307de/WarezShot.com_PrisM-Machete2010.rar.html
http://hotfile.com/dl/68829057/2338c86/Machete.TS-CLASSiFiED.part6.rar.html
http://hotfile.com/dl/68828985/a328c14/Machete.TS-CLASSiFiED.part5.rar.html
http://hotfile.com/dl/68827777/cc8b921/Machete.TS-CLASSiFiED.part4.rar.html
http://hotfile.com/dl/68824475/c6b5f00/Machete.TS-CLASSiFiED.part3.rar.html
http://hotfile.com/dl/68820219/671b96a/Machete.TS-CLASSiFiED.part2.rar.html
http://hotfile.com/dl/68818654/7eaac92/Machete.TS-CLASSiFiED.part1.rar.html
http://hotfile.com/dl/68597898/fcff206/Mach.2010.CAM.MAGNET.avi.part1.rar.html
http://hotfile.com/dl/68597063/3141213/Mach.2010.CAM.MAGNET.avi.part2.rar.html
http://hotfile.com/dl/68706551/bd2dc84/Machete_2010_TS_XviD-PrisM.released.ws.part7.rar.html
http://hotfile.com/dl/68706367/e91008f/Machete_2010_TS_XviD-PrisM.released.ws.part6.rar.html
http://hotfile.com/dl/68705985/074437e/Ma
  chete_2010_TS_XviD-PrisM.released.ws.part5.rar.html
http://hotfile.com/dl/68705558/a386571/Machete_2010_TS_XviD-PrisM.released.ws.part4.rar.html
http://hotfile.com/dl/68705156/d04e760/Machete_2010_TS_XviD-PrisM.released.ws.part3.rar.html
http://hotfile.com/dl/68704783/592f82e/Machete_2010_TS_XviD-PrisM.released.ws.part2.rar.html
http://hotfile.com/dl/68704428/1598811/Machete_2010_TS_XviD-PrisM.released.ws.part1.rar.html
http://hotfile.com/dl/68032496/c111bc1/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part4.rar.html
http://hotfile.com/dl/68032472/770ffd5/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part5.rar.html
http://hotfile.com/dl/68032448/6f95d86/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part2.rar.html
http://hotfile.com/dl/68032382/6fddb50/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part3.rar.html
http://hotfile.com/dl/68032346/08cd75e/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part6.rar.html
http://hotfile.com/dl/67272105/2f7bc4a/Machete.EN.CAM-Ecik.o
  f.UCU.part3.rar.html
http://hotfile.com/dl/67272105/2f7bc4a/
http://hotfile.com/dl/67271969/d4a1e52/Machete.EN.CAM-Ecik.of.UCU.part2.rar.html
http://hotfile.com/dl/67271969/d4a1e52/
http://hotfile.com/dl/67271563/f6e7627/Machete.EN.CAM-Ecik.of.UCU.part1.rar.html
http://hotfile.com/dl/67271563/f6e7627/
http://hotfile.com/dl/68209946/b70ed4b/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-
walid26.part2.rar.html
http://hotfile.com/dl/68209930/e49893f/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-
walid26.part1.rar.html
http://hotfile.com/dl/68209942/8a0309b/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-
walid26.part4.rar.html
http://hotfile.com/dl/67077366/d380d84/Machete.2010.Www.Crackedsoftwares.Com.part3.rar.html
http://hotfile.com/dl/67076830/b09dc4e/Machete.2010.Www.Crackedsoftwares.Com.part4.rar.html
http://hotfile.com/dl/67076815/8ca8887/Machete.2010.Www.Crackedsoftwares.Com.part1.rar.html
http://hotfile.com/dl/67076721/ae9be5c/Machete.2010.Www.Crackedsoftwares.Com.
  part2.rar.html
http://hotfile.com/dl/67369850/c331fb9/Mac.hete_2010_CAM_Xvid_downXload.part4.rar.html
http://hotfile.com/dl/67369892/f2b6a0d/Mac.hete_2010_CAM_Xvid_downXload.part5.rar.html
http://hotfile.com/dl/67369730/efaf4ed/Mac.hete_2010_CAM_Xvid_downXload.part3.rar.html
http://hotfile.com/dl/67369622/b397c53/Mac.hete_2010_CAM_Xvid_downXload.part2.rar.html
http://hotfile.com/dl/67369552/9c034af/Mac.hete_2010_CAM_Xvid_downXload.part1.rar.html
http://hotfile.com/dl/73006350/7f9d4b6/-Machete---R5.part2.rar
http://hotfile.com/dl/73006351/a2763ac/-Machete---R5.part1.rar

CONFIDENTIAL                                                    HF00622439

From:          fox@mimtid.com
Sent:          Monday, October 04, 2010 8:05 AM
To:            abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com
Subject:       REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of
Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to
notify you of the continued infringement on your site of Fox's intellectual property rights in the
titles identified in this email. Notices of Copyright Infringement were previously sent to
Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video
files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly
remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox
of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing
contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of
Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is
not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under
penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this
matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation 150 B Azalea Destin, FL 32541
David Cox Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 32396
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73409968/c92ee1b/KN1HT_n_D4y_KIZMARK.part3.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:15

Control Number: 32397
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73410292/d5bca77/KN1HT_n_D4y_KIZMARK.part4.rar.html


CONFIDENTIAL                                                                    HF00623108

Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:15

Control Number: 32395
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73409915/d1cae5a/KN1HT_n_D4y_KIZMARK.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:14

Control Number: 32394
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73409837/9849485/KN1HT_n_D4y_KIZMARK.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:13

Control Number: 32386
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73371697/410f123/Knight.and.Day.2010.R5.ResourceRG.part7.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:07

Control Number: 32384
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73370717/641cf36/Knight.and.Day.2010.R5.ResourceRG.part5.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:06

Control Number: 32385
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73371249/64e6844/Knight.and.Day.2010.R5.ResourceRG.part6.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:06

Control Number: 32382
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73350960/b7fff47/Knight.and.Day.2010.R5.ResourceRG.part3.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:05

Control Number: 32383
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73370300/8dcb55b/Knight.and.Day.2010.R5.ResourceRG.part4.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:05

Control Number: 32380
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73349311/5fa1c76/Knight.and.Day.2010.R5.ResourceRG.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:04

CONFIDENTIAL

HF00623109

```
Control Number: 32381
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73350085/e5bce2c/Knight.and.Day.2010.R5.ResourceRG.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:04


Control Number: 32358
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/73443213/454bf23/-Knight---.And-.--Day-
2010.R5-.part4.rar
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:51:43


Control Number: 32356
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/73443496/e284c83/-Knight---.And-.--Day-
2010.R5-.part2.rar
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:51:42


Control Number: 32357
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/73443677/2d94751/-Knight---.And-.--Day-
2010.R5-.part3.rar
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:51:42


Control Number: 32355
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/73443543/20cf282/-Knight---.And-.--Day-
2010.R5-.part1.rar
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:51:41


Control Number: 32340
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73307257/aec72f8/www.Ferbourtoi.org.Gh0st.Knight.And.Day.2010.R5.LiNE.Xvid.No
ir.FBT.part4.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:51:34


Control Number: 32338
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73307090/361dc89/www.Ferbourtoi.org.Gh0st.Knight.And.Day.2010.R5.LiNE.Xvid.No
ir.FBT.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:51:33


Control Number: 32339
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73307255/3ada05a/www.Ferbourtoi.org.Gh0st.Knight.And.Day.2010.R5.LiNE.Xvid.No
ir.FBT.part3.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:51:33
```

CONFIDENTIAL

```
Control Number: 32337
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73307079/7553359/www.Ferbourtoi.org.Gh0st.Knight.And.Day.2010.R5.LiNE.Xvid.No
ir.FBT.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:51:32


Control Number: 32323
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73477543/031f821/K.A.D.2010.R5_T84.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:46:16


Control Number: 32324
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73477544/965d8a9/K.A.D.2010.R5_T84.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:46:16


Control Number: 32318
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/73514682/f585b0c/Charli-
Kndy.2010.R5.1008x432.X264.AAC.mkv.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:46:13


Control Number: 32319
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/73512348/1da0495/Charli-
Kndy.2010.R5.1008x432.X264.AAC.mkv.part3.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:46:13


Control Number: 32317
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/73514721/ddde643/Charli-
Kndy.2010.R5.1008x432.X264.AAC.mkv.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:46:12


Control Number: 32316
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73415928/7bf4f6d/Knight.And.Day.2010.www.onhurrah.com.avi.part4.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:46:10


Control Number: 32314
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73415016/6622ed4/Knight.And.Day.2010.www.onhurrah.com.avi.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:46:09
```

CONFIDENTIAL

HF00623111

```
Control Number: 32315
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73415080/d9eb608/Knight.And.Day.2010.www.onhurrah.com.avi.part3.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:46:09


Control Number: 32313
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73414965/03ec22f/Knight.And.Day.2010.www.onhurrah.com.avi.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:46:08


Control Number: 32311
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73134237/35d2d6a/44edf1b902d26ee164ab8286f01d0eb00a21904d.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:42:08


Control Number: 32310
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73137426/c1413cb/44edf1b902d26ee164ab8286f01d0eb00a21904d.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:42:07


Control Number: 32301
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66920695/8426408/zaheema.com_Vampires.Suck.2010.part4.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:28:07


Control Number: 32299
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66920628/361052b/zaheema.com_Vampires.Suck.2010.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:28:06


Control Number: 32300
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66920685/52f9448/zaheema.com_Vampires.Suck.2010.part3.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:28:06


Control Number: 32298
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66920556/21a3492/zaheema.com_Vampires.Suck.2010.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:28:05


Control Number: 32284
Studio: Fox
```

CONFIDENTIAL

HF00623112

Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/73445145/f22a18e/-Vampires-.Suck.2010.WP-.part2.rar
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 17:41:06

Control Number: 32283
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/73446005/082ea32/-Vampires-.Suck.2010.WP-.part1.rar
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 17:41:05

Control Number: 32269
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73410573/c600af4/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part7.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 17:40:54

Control Number: 32270
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73410589/5d98abe/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part8.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 17:40:54

Control Number: 32267
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73410516/8d93128/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part5.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 17:40:53

Control Number: 32268
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73410538/488ccb5/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part6.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 17:40:53

Control Number: 32265
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73410148/4743b62/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part3.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 17:40:52

Control Number: 32266
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73410441/8765941/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part4.rar.html

Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 17:40:52

Control Number: 32264
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73410089/b0d504e/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part2.rar.ht
ml
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 17:40:51

Control Number: 32263
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73410052/d9abf96/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part1.rar.ht
ml
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 17:40:50

Control Number: 32245
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73157203/8bbaf2e/Vampires.Suck.2010.chiaotzu.part3.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:20:24

Control Number: 32246
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73157405/73ddd39/Vampires.Suck.2010.chiaotzu.part4.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:20:24

Control Number: 32243
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73156289/29259b4/Vampires.Suck.2010.chiaotzu.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:20:23

Control Number: 32244
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73156836/d920bd8/Vampires.Suck.2010.chiaotzu.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:20:23

Control Number: 32233
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73300577/86ad805/vampiressuck.2010.dvd.rip.xvid.imagine.26082010.part7.rar.ht
ml
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:16:10

Control Number: 32231
Studio: Fox
Title: Vampires Suck

CONFIDENTIAL

HF00623114

Infringing Host File Download Link:
http://hotfile.com/dl/73299649/a0503ae/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part5.rar.ht
ml
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:16:09

Control Number: 32232
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73300226/7c29193/vampiressuck.2010.dvd.rip.xvid.imagine.26082010.part6.rar.ht
ml
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:16:09

Control Number: 32229
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73299092/46a023e/vampiressuck.2010.dvd.rip.xvid.imagine.26082010.part3.rar.ht
ml
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:16:08

Control Number: 32230
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73299320/cc6d8b8/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part4.rar.ht
ml
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:16:08

Control Number: 32228
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73298801/51e8ac6/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part2.rar.ht
ml
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:16:07

Control Number: 32227
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73298519/17e45b0/vampiressuck.2010.dvd.rip.xvid.imagine.26082010.part1.rar.ht
ml
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:16:06

Control Number: 32176
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70182274/46cdae0/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part09.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:10:29

Control Number: 32175
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70182197/4a2d553/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part08.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:09:48

CONFIDENTIAL

HF00623115

```
Control Number: 32174
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70181773/4e24ad3/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part07.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:09:26


Control Number: 32173
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70182191/667f7a7/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part06.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:09:12


Control Number: 32172
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70181765/7aeb908/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part05.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:08:59


Control Number: 32171
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70181756/b130c87/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part03.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:08:25


Control Number: 32170
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70182166/86cd79e/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part02.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:08:10


Control Number: 32169
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70181747/6de8445/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part01.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:07:54


Control Number: 32162
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73193566/4fc3d5b/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part09.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:02:38


Control Number: 32160
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73193565/e145918/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part07.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:02:37


Control Number: 32161
```

CONFIDENTIAL

HF00623116

```
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73193562/91784ff/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part08.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:02:37


Control Number: 32158
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73193560/464a495/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part05.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:02:36


Control Number: 32159
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73193563/842653b/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part06.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:02:36


Control Number: 32156
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73193564/a61b995/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part03.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:02:35


Control Number: 32157
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73193561/73eded6/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part04.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:02:35


Control Number: 32155
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73193558/fa34475/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part02.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:02:34


Control Number: 32154
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73193559/476f51c/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part01.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:02:33


Control Number: 32144
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/71239761/6583ca9/Knight.And.Day.2010.u5.part8.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 15:58:33


Control Number: 32143
Studio: Fox
Title: Knight and Day
```

CONFIDENTIAL

HF00623117

```
Infringing Host File Download Link:
http://hotfile.com/dl/71239424/984a4a0/Knight.And.Day.2010.u5.part7.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 15:58:06

Control Number: 32142
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/71239437/aa12336/Knight.And.Day.2010.u5.part6.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 15:57:37

Control Number: 32141
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/71239506/f37db20/Knight.And.Day.2010.u5.part5.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 15:57:11

Control Number: 32140
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/71239309/4c2507b/Knight.And.Day.2010.u5.part4.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 15:56:41

Control Number: 32139
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/71239306/f24fb24/Knight.And.Day.2010.u5.part3.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 15:56:02

Control Number: 32138
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/71239215/fe7904a/Knight.And.Day.2010.u5.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 15:55:37

Control Number: 32137
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/71239189/e4f3036/Knight.And.Day.2010.u5.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 15:55:10

Control Number: 31370
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68694006/2d71aa7/machetetsprism.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01
15:59:07

Control Number: 31369
Studio: Fox
Title: Machete
```

Infringing Host File Download Link: http://hotfile.com/dl/68734282/a4307de/WarezShot.com_PrisM-Machete2010.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:52


Control Number: 31368
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68829057/2338c86/Machete.TS-CLASSiFiED.part6.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:40


Control Number: 31367
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68828985/a328c14/Machete.TS-CLASSiFiED.part5.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:39


Control Number: 31366
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68827777/cc8b921/Machete.TS-CLASSiFiED.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:39


Control Number: 31365
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68824475/c6b5f00/Machete.TS-CLASSiFiED.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:38


Control Number: 31364
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68820219/671b96a/Machete.TS-CLASSiFiED.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:38


Control Number: 31363
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68818654/7eaac92/Machete.TS-CLASSiFiED.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:37


Control Number: 31358
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68597898/fcff206/Mach.2010.CAM.MAGNET.avi.part1.rar.html


CONFIDENTIAL

HF00623119

Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:18

Control Number: 31357
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68597063/3141213/Mach.2010.CAM.MAGNET.avi.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:18

Control Number: 31356
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68706551/bd2dc84/Machete_2010_TS_XviD-PrisM.released.ws.part7.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:07

Control Number: 31355
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68706367/e91008f/Machete_2010_TS_XviD-PrisM.released.ws.part6.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:07

Control Number: 31354
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68705985/074437e/Machete_2010_TS_XviD-PrisM.released.ws.part5.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:06

Control Number: 31353
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68705558/a386571/Machete_2010_TS_XviD-PrisM.released.ws.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:06

Control Number: 31352
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68705156/d04e760/Machete_2010_TS_XviD-PrisM.released.ws.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:05

Control Number: 31351
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68704783/592f82e/Machete_2010_TS_XviD-PrisM.released.ws.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:05

CONFIDENTIAL

HF00623120

Control Number: 31350
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68704428/1598811/Machete_2010_TS_XviD-
PriSM.released.ws.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01
15:58:04

Control Number: 31349
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68032496/c111bc1/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01
15:57:49

Control Number: 31348
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68032472/770ffd5/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part5.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01
15:57:49

Control Number: 31347
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68032448/6f95d86/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01
15:57:48

Control Number: 31346
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68032382/6fddb50/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01
15:57:48

Control Number: 31345
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68032346/08cd75e/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part6.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01
15:57:47

Control Number: 31344
Studio: Fox
Title: Machete

CONFIDENTIAL                                                                    HF00623121

Infringing Host File Download Link: http://hotfile.com/dl/67272105/2f7bc4a/Machete.EN.CAM-Ecik.of.UCU.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:57:36

Control Number: 31343
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67272105/2f7bc4a/
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:57:35

Control Number: 31342
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67271969/d4a1e52/Machete.EN.CAM-Ecik.of.UCU.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:57:35

Control Number: 31341
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67271969/d4a1e52/
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:57:34

Control Number: 31340
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67271563/f6e7627/Machete.EN.CAM-Ecik.of.UCU.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:57:33

Control Number: 31339
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67271563/f6e7627/
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:57:33

Control Number: 31338
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68209946/b70ed4b/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-walid26.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:57:21

Control Number: 31336
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68209930/e49893f/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-walid26.part1.rar.html

CONFIDENTIAL

HF00623122

Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:57:20

Control Number: 31337
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68209942/8a0309b/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-walid26.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:57:20

Control Number: 31335
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67077366/d380d84/Machete.2010.Www.Crackedsoftwares.Com.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:56:36

Control Number: 31334
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67076830/b09dc4e/Machete.2010.Www.Crackedsoftwares.Com.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:56:35

Control Number: 31333
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67076815/8ca8887/Machete.2010.Www.Crackedsoftwares.Com.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:56:34

Control Number: 31332
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67076721/ae9be5c/Machete.2010.Www.Crackedsoftwares.Com.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:56:33

Control Number: 31330
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67369850/c331fb9/Mac.hete_2010_CAM_Xvid_downXload.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:55:30

Control Number: 31331
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67369892/f2b6a0d/Mac.hete_2010_CAM_Xvid_downXload.part5.rar.html

CONFIDENTIAL

Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:55:30

Control Number: 31329
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67369730/efaf4ed/Mac.hete_2010_CAM_Xvid_downXload.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:55:29

Control Number: 31328
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67369622/b397c53/Mac.hete_2010_CAM_Xvid_downXload.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:55:29

Control Number: 31327
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67369552/9c034af/Mac.hete_2010_CAM_Xvid_downXload.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:55:28

Control Number: 31275
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/73006350/7f9d4b6/-Machete---R5.part2.rar
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 11:33:52

Control Number: 31274
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/73006351/a2763ac/-Machete---R5.part1.rar
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 11:33:51

All dates and times are U.S. Central Standard Time

Host Site Infringing Links Only
http://hotfile.com/dl/73409968/c92ee1b/KN1HT_n_D4y_KIZMARK.part3.rar.html
http://hotfile.com/dl/73410292/d5bca77/KN1HT_n_D4y_KIZMARK.part4.rar.html
http://hotfile.com/dl/73409915/d1cae5a/KN1HT_n_D4y_KIZMARK.part2.rar.html
http://hotfile.com/dl/73409837/9849485/KN1HT_n_D4y_KIZMARK.part1.rar.html
http://hotfile.com/dl/73371697/410f123/Knight.and.Day.2010.R5.ResourceRG.part7.rar.html
http://hotfile.com/dl/73370717/641cf36/Knight.and.Day.2010.R5.ResourceRG.part5.rar.html
http://hotfile.com/dl/73371249/64e6844/Knight.and.Day.2010.R5.ResourceRG.part6.rar.html
http://hotfile.com/dl/73350960/b7fff47/Knight.and.Day.2010.R5.ResourceRG.part3.rar.html
http://hotfile.com/dl/73370300/8dcb55b/Knight.and.Day.2010.R5.ResourceRG.part4.rar.html
http://hotfile.com/dl/73349311/5fa1c76/Knight.and.Day.2010.R5.ResourceRG.part1.rar.html
http://hotfile.com/dl/73350085/e5bce2c/Knight.and.Day.2010.R5.ResourceRG.part2.rar.html
http://hotfile.com/dl/73443213/454bf23/-Knight---.And-.--Day-2010.R5-.part4.ra
 r
http://hotfile.com/dl/73443496/e284c83/-Knight---.And-.--Day-2010.R5-.part2.rar

CONFIDENTIAL

HF00623124

http://hotfile.com/dl/73443677/2d94751/-Knight---And-.--Day-2010.R5-.part3.rar
http://hotfile.com/dl/73443543/20cf282/-Knight---And-.--Day-2010.R5-.part1.rar
http://hotfile.com/dl/73307257/aec72f8/www.Ferbourtoi.org.Gh0st.Knight.And.Day.2010.R5.LiNE.Xvid.No
ir.FBT.part4.rar.html
http://hotfile.com/dl/73307090/361dc89/www.Ferbourtoi.org.Gh0st.Knight.And.Day.2010.R5.LiNE.Xvid.No
ir.FBT.part2.rar.html
http://hotfile.com/dl/73307255/3ada05a/www.Ferbourtoi.org.Gh0st.Knight.And.Day.2010.R5.LiNE.Xvid.No
ir.FBT.part3.rar.html
http://hotfile.com/dl/73307079/7553359/www.Ferbourtoi.org.Gh0st.Knight.And.Day.2010.R5.LiNE.Xvid.No
ir.FBT.part1.rar.html
http://hotfile.com/dl/73477543/031f821/K.A.D.2010.R5_T84.part1.rar.html
http://hotfile.com/dl/73477544/965d8a9/K.A.D.2010.R5_T84.part2.rar.html
http://hotfile.com/dl/73514682/f585b0c/Charli.Kndy.2010.R5.1008x432.X264.AAC.mkv.part3.rar.html
http://hotfile.com/dl/7
  3512348/1da0495/Charli.Kndy.2010.R5.1008x432.X264.AAC.mkv.part3.rar.html
http://hotfile.com/dl/73514721/ddde643/Charli.Kndy.2010.R5.1008x432.X264.AAC.mkv.part1.rar.html
http://hotfile.com/dl/73415928/7bf4f6d/Knight.And.Day.2010.www.onhurrah.com.avi.part4.rar.html
http://hotfile.com/dl/73415016/6622ed4/Knight.And.Day.2010.www.onhurrah.com.avi.part2.rar.html
http://hotfile.com/dl/73415080/d9eb608/Knight.And.Day.2010.www.onhurrah.com.avi.part3.rar.html
http://hotfile.com/dl/73414965/03ec22f/Knight.And.Day.2010.www.onhurrah.com.avi.part1.rar.html
http://hotfile.com/dl/73134237/35d2d6a/44edf1b902d26ee164ab8286f01d0eb00a21904d.part2.rar.html
http://hotfile.com/dl/73137426/c1413cb/44edf1b902d26ee164ab8286f01d0eb00a21904d.part1.rar.html
http://hotfile.com/dl/66920695/8426408/zaheema.com_Vampires.Suck.2010.part4.rar.html
http://hotfile.com/dl/66920628/361052b/zaheema.com_Vampires.Suck.2010.part2.rar.html
http://hotfile.com/dl/66920685/52f9448/zaheema.com_Vampires.Suck.2010.part3.rar.
  html
http://hotfile.com/dl/66920556/21a3492/zaheema.com_Vampires.Suck.2010.part1.rar.html
http://hotfile.com/dl/73445145/f22a18e/-Vampires-.Suck.2010.WP-.part2.rar
http://hotfile.com/dl/73446005/082ea32/-Vampires-.Suck.2010.WP-.part1.rar
http://hotfile.com/dl/73410573/c600af4/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part7.ht
ml
http://hotfile.com/dl/73410589/5d98abe/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part8.rar.ht
ml
http://hotfile.com/dl/73410516/8d93128/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part5.rar.ht
ml
http://hotfile.com/dl/73410538/488ccb5/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part6.rar.ht
ml
http://hotfile.com/dl/73410148/4743b62/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part3.rar.ht
ml
http://hotfile.com/dl/73410441/8765941/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part4.rar.ht
ml
http://hotfile.com/dl/73410089/b0d504e/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part2.rar.ht
ml
http://hotfile.com/dl/73410052/d9abf9
  6/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part1.rar.html
http://hotfile.com/dl/73157203/8bbaf2e/Vampires.Suck.2010.chiaotzu.part3.rar.html
http://hotfile.com/dl/73157405/73ddd39/Vampires.Suck.2010.chiaotzu.part4.rar.html
http://hotfile.com/dl/73156289/29259b4/Vampires.Suck.2010.chiaotzu.part1.rar.html
http://hotfile.com/dl/73156836/d920bd8/Vampires.Suck.2010.chiaotzu.part2.rar.html
http://hotfile.com/dl/73300577/86ad805/vampiressuck.2010.dvd.rip.xvid.imagine.26082010.part7.rar.ht
ml
http://hotfile.com/dl/73299649/a0503ae/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part5.rar.ht
ml
http://hotfile.com/dl/73300226/7c29193/vampiressuck.2010.dvd.rip.xvid.imagine.26082010.part6.rar.ht
ml
http://hotfile.com/dl/73299092/46a023e/vampiressuck.2010.dvd.rip.xvid.imagine.26082010.part3.rar.ht
ml

CONFIDENTIAL

HF00623125

```
http://hotfile.com/dl/73299320/cc6d8b8/VampiresSuck.2010.DVD.Rip.XviD.IMAGINE.26082010.part4.rar.html
http://hotfile.com/dl/73298801/51e8ac6/VampiresSuck.2010.DVD.Rip.XviD.IMAGINE.26082010.part2.rar.html
http://hotfile.com/dl/73298519/17e45b0/vampiressuck.2010.dvd.rip.xvid.imagine.26082010.part1.rar.html
http://hotfile.com/dl/70182274/46cdae0/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part09.rar.html
http://hotfile.com/dl/70182197/4a2d553/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part08.rar.html
http://hotfile.com/dl/70181773/4e24ad3/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part07.rar.html
http://hotfile.com/dl/70182191/667f7a7/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part06.rar.html
http://hotfile.com/dl/70181765/7aeb908/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part05.rar.html
http://hotfile.com/dl/70181756/b130c87/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part03.rar.html
http://hotfile.com/dl/70182166/86cd79e/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part02.rar.html
http://hotfile.com/dl/70181747/6de8445/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part01.rar.html
http://hotfile.com/dl/73193566/4fc3d5b/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part09.rar.html
http://hotfile.com/dl/73193565/e145918/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part07.rar.html
http://hotfile.com/dl/73193562/91784ff/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part08.rar.html
http://hotfile.com/dl/73193560/464a495/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part05.rar.html
http://hotfile.com/dl/73193563/842653b/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part06.rar.html
http://hotfile.com/dl/73193564/a61b995/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part03.rar.html
http://hotfile.com/dl/73193561/73eded6/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part04.rar.html
http://hotfile.com/dl/73193558/fa34475/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part02.rar.html
http://hotfile.com/dl/73193559/476f51c/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part01.rar.html
http://hotfile.com/dl/71239761/6583ca9/Knight.And.Day.2010.u5.part8.rar.html
http://hotfile.com/dl/71239424/984a4a0/Knight.And.Day.2010.u5.part7.rar.html
http://hotfile.com/dl/71239437/aa12336/Knight.And.Day.2010.u5.part6.rar.html
http://hotfile.com/dl/71239506/f37db20/Knight.And.Day.2010.u5.part5.rar.html
http://hotfile.com/dl/71239309/4c2507b/Knight.And.Day.2010.u5.part4.rar.html
http://hotfile.com/dl/71239306/f24fb24/Knight.And.Day.2010.u5.part3.rar.html
http://hotfile.com/dl/71239215/fe7904a/Knight.And.Day.2010.u5.part2.rar.html
http://hotfile.com/dl/71239189/e4f3036/Knight.And.Day.2010.u5.part1.rar.html
http://hotfile.com/dl/68694006/2d71aa7/machetetsprism.part4.rar.html
http://hotfile.com/dl/68734282/a4307de/WarezShot.com_PrisM-Machete2010.rar.html
http://hotfile.com/dl/68829057/2338c86/Machete.TS-CLASSiFiED.part6.rar.html
http://hotfile.com/dl/68828985/a328c14/Machete.TS-CLASSiFiED.part5.rar.html
http://hotfile.com/dl/68827777/cc8b921/Machete.TS-CLASSiFiED.part4.rar.html
http://hotfile.com/dl/68824475/c6b5f00/Machete.TS-CLASSiFiED.part3.rar.html
http://hotfile.com/dl/68820219/671b96a/Machete.TS-CLASSiFiED.part2.rar.html
http://hotfile.com/dl/68818654/7eaac92/Machete.TS-CLASSiFiED.part1.rar.html
http://hotfile.com/dl/68597898/fcff206/Mach.2010.CAM.MAGNET.avi.part1.rar.html
http://hotfile.com/dl/68597063/3141213/Mach.2010.CAM.MAGNET.avi.part2.rar.html
http://hotfile.com/dl/68706551/bd2dc84/Machete_2010_TS_XviD-PrisM.released.ws.part7.rar.html
http://hotfile.com/dl/68706367/e91008f/Machete_2010_TS_XviD-PrisM.released.ws.part6.rar.html
http://hotfile.com/dl/68705985/074437e/Machete_2010_TS_XviD-PrisM.released.ws.part5.rar.html
http://hotfile.com/dl/68705558/a386571/Machete_2010_TS_XviD-PrisM.released.ws.part4.rar.html
http://hotfile.com/dl/68705156/d04e760/Machete_2010_TS_XviD-PrisM.released.ws.part3.rar.html
http://hotfile.com/dl/68704783/592f82e/Machete_2010_TS_XviD-PrisM.released.ws.part2.rar.html
http://hotfile.com/dl/68704428/1598811/Machete_2010_TS_XviD-PrisM.released.ws.part1.rar.html
http://hotfile.com/dl/68032496/c111bc1/Expresshare.Com.Machete.Cam.V2.Xvid-CLASSiFiED.part4.rar.html
http://hotfile.com/dl/68032472/770ffd5/Expresshare.Com.Machete.Cam.V2.Xvid-CLASSiFiED.part5.rar.html
http://hotfile.com/dl/68032448/6f95d86/Expresshare.Com.Machete.Cam.V2.Xvid-CLASSiFiED.part2.rar.html
```

CONFIDENTIAL

HF00623126

```
http://hotfile.com/dl/68032382/6fddb50/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part3.rar.html
http://hotfile.com/dl/68032346/08cd75e/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part6.rar.html
http://hotfile.com/dl/67272105/2f7bc4a/Machete.EN.CAM-Ecik.of.UCU.part3.rar.html
http://hotfile.com/dl/67272105/2f7bc4a/
http://hotfile.com/dl/67271969/d4a1e52/Machete.EN.CAM-Ecik.of.UCU.part2.rar.html
http://hotfile.com/dl/67271969/d4a1e52/
http://hotfile.com/dl/67271563/f6e7627/Machete.EN.CAM-Ecik.of.UCU.part1.rar.html
http://hotfile.com/dl/67271563/f6e7627/
http://hotfile.com/dl/68209946/b70ed4b/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-
walid26.part2.rar.html
http://hotfile.com/dl/68209930/e49893f/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-
walid26.part1.rar.html
http://hotfile.com/dl/68209942/8a0309b/Ma
 chete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-walid26.part4.rar.html
http://hotfile.com/dl/67077366/d380d84/Machete.2010.Www.Crackedsoftwares.Com.part3.rar.html
http://hotfile.com/dl/67076830/b09dc4e/Machete.2010.Www.Crackedsoftwares.Com.part4.rar.html
http://hotfile.com/dl/67076815/8ca8887/Machete.2010.Www.Crackedsoftwares.Com.part1.rar.html
http://hotfile.com/dl/67076721/ae9be5c/Machete.2010.Www.Crackedsoftwares.Com.part2.rar.html
http://hotfile.com/dl/67369850/c331fb9/Mac.hete_2010_CAM_Xvid_downXload.part4.rar.html
http://hotfile.com/dl/67369892/f2b6a0d/Mac.hete_2010_CAM_Xvid_downXload.part5.rar.html
http://hotfile.com/dl/67369730/efaf4ed/Mac.hete_2010_CAM_Xvid_downXload.part3.rar.html
http://hotfile.com/dl/67369622/b397c53/Mac.hete_2010_CAM_Xvid_downXload.part2.rar.html
http://hotfile.com/dl/67369552/9c034af/Mac.hete_2010_CAM_Xvid_downXload.part1.rar.html
http://hotfile.com/dl/73006350/7f9d4b6/-Machete---R5.part2.rar
http://hotfile.com/dl/73006351/a2763ac/-Machete---R5.
 part1.rar
```

CONFIDENTIAL

HF00623127

| | |
|---|---|
| **From:** | fox@mimtid.com |
| **Sent:** | Tuesday, October 12, 2010 1:12 AM |
| **To:** | abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com |
| **Subject:** | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email.  Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 37548
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74869694/689e465/10.R5.XviD.AC3.Hive-CM8.part5.rar
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-10 01:08:33

1

CONFIDENTIAL

HF00640810

```
Control Number: 37545
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74869619/d09f4cb/10.R5.XviD.AC3.Hive-CM8.part2.rar
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-10 01:08:32

Control Number: 37546
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74869655/7be530c/10.R5.XviD.AC3.Hive-CM8.part3.rar
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-10 01:08:32

Control Number: 37544
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74869617/a794626/10.R5.XviD.AC3.Hive-CM8.part1.rar
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-10 01:08:31

Control Number: 37485
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74845882/124be7d/-Machete-.R5-
.part1.rar
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:45:53

Control Number: 37486
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74845725/8f79b49/-Machete-.R5-
.part2.rar
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:45:53

Control Number: 37469
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74901582/8c44d5d/Machete.2010.864p.x264.Ceroks.Divxlerim.org.part4.rar.
html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:37:50

Control Number: 37466
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74901619/9255f6d/Machete.2010.864p.x264.Ceroks.Divxlerim.org.part1.rar.
html
Previous Submission Dates: 2010-10-10 04:23:05
```

2

HF00640811

```
Date Re-Discovered: 2010-10-09 22:37:49

Control Number: 37467
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74900093/c8a3503/Machete.2010.864p.x264.Ceroks.Divxlerim.org.part2.rar.
html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:37:49

Control Number: 37468
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74900094/742651f/Machete.2010.864p.x264.Ceroks.Divxlerim.org.part3.rar.
html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:37:49

Control Number: 37461
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74801629/f9ee731/EliteCrackers.com.Machete.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:37:47

Control Number: 37460
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74801633/35f90bb/EliteCrackers.com.Machete.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:37:46

Control Number: 37451
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74491623/554212b/Machete.2010.BDRip.part7.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:35:09

Control Number: 37449
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74491532/4b5d474/Machete.2010.BDRip.part5.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:35:08

Control Number: 37450
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74491533/8f2ea4d/Machete.2010.BDRip.part6.rar.html
```

3

```
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:35:08

Control Number: 37446
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74491410/afce23a/Machete.2010.BDRip.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:35:07

Control Number: 37447
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74491417/c48d9bc/Machete.2010.BDRip.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:35:07

Control Number: 37448
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74491423/218ee1a/Machete.2010.BDRip.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:35:07

Control Number: 37445
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74491281/b8db8a8/Machete.2010.BDRip.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:35:06

Control Number: 37435
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74794925/3fae866/Machete.2010.480p.BluRay.XviD.AC3-DMZ.part7.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:59

Control Number: 37436
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74795029/90a0cba/Machete.2010.480p.BluRay.XviD.AC3-DMZ.part8.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:59

Control Number: 37432
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74794737/f7dda69/Machete.2010.480p.BluRay.XviD.AC3-DMZ.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
```

4

CONFIDENTIAL

HF00640813

```
Date Re-Discovered: 2010-10-09 22:34:58

Control Number: 37433
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74794770/54e0241/Machete.2010.480p.BluRay.XviD.AC3-DMZ.part5.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:58

Control Number: 37434
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74794878/e40b3ff/Machete.2010.480p.BluRay.XviD.AC3-DMZ.part6.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:58

Control Number: 37430
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74794617/5461b7b/Machete.2010.480p.BluRay.XviD.AC3-DMZ.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:57

Control Number: 37431
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74794736/bc9fa29/Machete.2010.480p.BluRay.XviD.AC3-DMZ.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:57

Control Number: 37429
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74794554/3128caa/Machete.2010.480p.BluRay.XviD.AC3-DMZ.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:56

Control Number: 37423
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74878314/3716bba/Machete_2010_R5.XviD-MAX.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:54

Control Number: 37424
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74880139/38b28bb/Machete_2010_R5.XviD-MAX.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:54
```

5

CONFIDENTIAL

HF00640814

```
Control Number: 37421
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74872291/e66eef3/Machete_2010_R5.XviD-MAX.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:53

Control Number: 37422
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74875002/36612a5/Machete_2010_R5.XviD-MAX.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:53

Control Number: 37414
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74880685/1b610ee/bc.Mach.2010.R5-
LiNE.400MB.mkv.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:50

Control Number: 37412
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74880393/9948f99/bc.Mach.2010.R5-
LiNE.400MB.mkv.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:49

Control Number: 37413
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74880406/1b0ad86/bc.Mach.2010.R5-
LiNE.400MB.mkv.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:49

Control Number: 37394
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74897982/8993b25/910m2k_Machete.2010.864p.x264.scOrp.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:30:05

Control Number: 37395
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74897986/41da6e5/910m2k_Machete.2010.864p.x264.scOrp.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:30:05
```

6

CONFIDENTIAL

HF00640815

```
Control Number: 37393
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74897963/4b109a1/910m2k_Machete.2010.864p.x264.scOrp.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:30:04


Control Number: 37271
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72714432/fb3c4f9/Knight_and_Day_(2010)_DVDRip.part8.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 18:00:47


Control Number: 37269
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72713895/7efd4b5/Knight_and_Day_(2010)_DVDRip.part6.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 18:00:46


Control Number: 37270
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72714299/b8c211b/Knight_and_Day_(2010)_DVDRip.part7.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 18:00:46


Control Number: 37266
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72713181/72714432/Knight_and_Day_(2010)_DVDRip.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 18:00:45


Control Number: 37267
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72713564/9875ba2/Knight_and_Day_(2010)_DVDRip.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 18:00:45


Control Number: 37268
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72713846/4bc6b4e/Knight_and_Day_(2010)_DVDRip.part5.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 18:00:45


Control Number: 37264
```

CONFIDENTIAL                                                    HF00640816

```
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72713183/1b32bad/Knight_and_Day_(2010)_DVDRip.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 18:00:44


Control Number: 37265
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72713553/243c2cc/Knight_and_Day_(2010)_DVDRip.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 18:00:44


Control Number: 37256
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/38046963/78c5ddf/gfw
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 17:53:27


Control Number: 37257
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/38046196/8f6ba41/aaf-
float.dvdrip.xvid.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 17:53:27


Control Number: 37258
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/38046215/385edde/aaf
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 17:53:27


Control Number: 37148
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74868724/2279e83/Knight.and.Day_2010_R5.XviD-MAX.avi.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 15:13:26


Control Number: 37146
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74866514/9e6cd1d/Knight.and.Day_2010_R5.XviD-MAX.avi.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 15:13:25


Control Number: 37147
Studio: Fox
Title: Knight and Day
```

8

CONFIDENTIAL

HF00640817

```
Infringing Host File Download Link:
http://hotfile.com/dl/74867632/18ecbd5/Knight.and.Day_2010_R5.XviD-MAX.avi.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 15:13:25


Control Number: 37145
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74865113/9597b9c/Knight.and.Day_2010_R5.XviD-MAX.avi.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 15:13:24


Control Number: 37143
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74732333/4b32c5a/Sallvi-
VamSuc.BruT4L.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 15:01:29


Control Number: 37144
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74731941/766c39f/Sallvi-
VamSuc.BruT4L.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 15:01:29


Control Number: 37134
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74815982/ccc09b5/egybits.by.rezo.Vam.Su.2010.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 15:01:21


Control Number: 37133
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74815981/7715ffa/egybits.by.rezo.Vam.Su.2010.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 15:01:20


Control Number: 37116
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74816250/c1e2aff/v76-
Vampir.Suck.R5.AC3.Xvid-CLASS.part7.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 14:59:04


Control Number: 37113
Studio: Fox
Title: Machete
```

9

CONFIDENTIAL

HF00640818

```
Infringing Host File Download Link: http://hotfile.com/dl/74812057/f60bc3e/v76-
Vampir.Suck.R5.AC3.Xvid-CLASS.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 14:59:03


Control Number: 37114
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74816244/6bd07a5/v76-
Vampir.Suck.R5.AC3.Xvid-CLASS.part5.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 14:59:03


Control Number: 37115
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74816248/ae4c190/v76-
Vampir.Suck.R5.AC3.Xvid-CLASS.part6.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 14:59:03


Control Number: 37111
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74812058/420d972/v76-
Vampir.Suck.R5.AC3.Xvid-CLASS.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 14:59:02


Control Number: 37112
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74812059/5940876/v76-
Vampir.Suck.R5.AC3.Xvid-CLASS.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 14:59:02


Control Number: 37110
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74812055/933e0ac/v76-
Vampir.Suck.R5.AC3.Xvid-CLASS.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 14:59:01


Control Number: 37101
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74696976/5a1519b/VampS_R5.AC3.Xvid-
CLASSiFiED.part5.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 14:58:58


Control Number: 37099
Studio: Fox
Title: Machete
```

10

HF00640819

| From: | fox@mimtid.com |
|---|---|
| Sent: | Wednesday, October 13, 2010 3:56 AM |
| To: | abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com |
| Subject: | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email.  Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 35757
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70171599/2cdd011/Knight.And.Day.2010.R5.LiNE.x264.AC3-ViSiON.part6.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02

1

CONFIDENTIAL                                          HF00644821