```
Date Re-Discovered: 2010-10-09 12:05:49

Control Number: 35758
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70172066/af96ac4/Knight.And.Day.2010.R5.LiNE.x264.AC3-
ViSiON.part7.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:49

Control Number: 35754
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70169974/6d219a9/Knight.And.Day.2010.R5.LiNE.x264.AC3-
ViSiON.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:48

Control Number: 35755
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70170648/0d6038a/Knight.And.Day.2010.R5.LiNE.x264.AC3-
ViSiON.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:48

Control Number: 35752
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70169115/3a4c3c6/Knight.And.Day.2010.R5.LiNE.x264.AC3-
ViSiON.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:47

Control Number: 35753
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70169807/ab22f0f/Knight.And.Day.2010.R5.LiNE.x264.AC3-
ViSiON.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:47

Control Number: 35750
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73669806/34c2531/Knight.And.Day.2010.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:46

Control Number: 35751
Studio: Fox
```

CONFIDENTIAL

HF00644822

```
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73669810/a587e4d/Knight.And.Day.2010.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:46

Control Number: 35708
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74597267/6e26ae8/Knight.and.Day.2010.DVD-DMZ.part6.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:01:58

Control Number: 35709
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74597570/f5510d2/Knight.and.Day.2010.DVD-DMZ.part7.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:01:58

Control Number: 35705
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74597007/21f3af3/Knight.and.Day.2010.DVD-DMZ.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:01:57

Control Number: 35706
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74597020/21d43a6/Knight.and.Day.2010.DVD-DMZ.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:01:57

Control Number: 35707
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74597245/8d04955/Knight.and.Day.2010.DVD-DMZ.part5.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:01:57

Control Number: 35703
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74596764/e34321f/Knight.and.Day.2010.DVD-DMZ.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:01:56

Control Number: 35704
Studio: Fox
Title: Knight and Day
```

3

CONFIDENTIAL

HF00644823

```
Infringing Host File Download Link:
http://hotfile.com/dl/74596805/48e2c83/Knight.and.Day.2010.DVD-DMZ.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:01:56

Control Number: 35663
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794319/b798832/RmD.720p.part13.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:58

Control Number: 35660
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794316/a07955c/RmD.720p.part10.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:57

Control Number: 35661
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794317/720e5fe/RmD.720p.part11.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:57

Control Number: 35662
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794318/ac36a09/RmD.720p.part12.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:57

Control Number: 35658
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794314/3ab267a/RmD.720p.part08.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:56

Control Number: 35659
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794315/b6b664f/RmD.720p.part09.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:56

Control Number: 35656
Studio: Fox
Title: Knight and Day
```

4

CONFIDENTIAL

HF00644824

```
Infringing Host File Download Link:
http://hotfile.com/dl/74794312/9f3fb8b/RmD.720p.part06.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:55

Control Number: 35657
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794313/9826bef/RmD.720p.part07.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:55

Control Number: 35653
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794309/f79774b/RmD.720p.part03.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:54

Control Number: 35654
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794310/151f49e/RmD.720p.part04.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:54

Control Number: 35655
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794311/7cd1318/RmD.720p.part05.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:54

Control Number: 35651
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794307/7faf192/RmD.720p.part01.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:53

Control Number: 35652
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794308/744b8e4/RmD.720p.part02.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:53

Control Number: 35648
Studio: Fox
Title: Knight and Day
```

CONFIDENTIAL

HF00644825

```
Infringing Host File Download Link:
http://hotfile.com/dl/74819632/eb1b141/Knight.And.Day.2010.R5.LiNE.XviD-LAP.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:51


Control Number: 35649
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74825880/aceaee7/Knight.And.Day.2010.R5.LiNE.XviD-LAP.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:51


Control Number: 35650
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74820600/9037568/Knight.And.Day.2010.R5.LiNE.XviD-LAP.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:51


Control Number: 35642
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74732420/636dafe/Gece_Gndz_TR_2010_KaMuCHoo.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:46


Control Number: 35639
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74733998/73c2962/Gece_Gndz_TR_2010_KaMuCHoo.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:45


Control Number: 35640
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74734009/590d0ef/Gece_Gndz_TR_2010_KaMuCHoo.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:45


Control Number: 35641
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74734038/488663d/Gece_Gndz_TR_2010_KaMuCHoo.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:45


Control Number: 35637
Studio: Fox
Title: Knight and Day
```

CONFIDENTIAL

HF00644826

```
Infringing Host File Download Link:
http://hotfile.com/dl/72960427/40f2c4c/9b484060a18af2df4893b299accb50a508846ff7.part3.rar.htm
l
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:44

Control Number: 35638
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72965422/e173bef/9b484060a18af2df4893b299accb50a508846ff7.part4.rar.htm
l
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:44

Control Number: 35635
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72955565/7b7eb3c/9b484060a18af2df4893b299accb50a508846ff7.part1.rar.htm
l
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:43

Control Number: 35636
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72950503/5608c6e/9b484060a18af2df4893b299accb50a508846ff7.part2.rar.htm
l
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:43

Control Number: 35634
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74829969/43ffbf8/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part7.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:55:25

Control Number: 35631
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74831004/1a9dbc0/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:55:24

Control Number: 35632
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74830790/647e7ba/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part5.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:55:24
```

CONFIDENTIAL

HF00644827

```
Control Number: 35633
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74831113/e400186/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part6.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:55:24


Control Number: 35629
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74830938/bbd78ac/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:55:23


Control Number: 35630
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74830875/e782343/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:55:23


Control Number: 35628
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74832500/f0513f6/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:54:43


Control Number: 35620
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74853909/e49cc34/-Vampires-.Suck-
.2010.R5-.part2.rar
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:48:42


Control Number: 35619
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74847233/e1c5476/-Vampires-.Suck-
.2010.R5-.part1.rar
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:48:11


Control Number: 35609
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74849614/e945cf0/Vampires.Suck.2010.R5.XviD-Noir.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:26:17


Control Number: 35608
```

CONFIDENTIAL

HF00644828

```
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74848731/f791612/Vampires.Suck.2010.R5.XviD-Noir.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:25:55

Control Number: 35605
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74714659/dbb96d7/vampires.suck.r5.xvid-classified.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:20:51

Control Number: 35606
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74716263/7079923/vampires.suck.r5.xvid-classified.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:20:51

Control Number: 35604
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74704266/359651f/vampires.suck.r5.xvid-classified.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:20:50

Control Number: 35603
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74681465/cb533de/vampires.suck.r5.xvid-classified.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:20:26

Control Number: 35601
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74857332/3748db2/Vampires_Suck.2010.R5.XviD-by_linus.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:16:34

Control Number: 35599
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74858829/c242944/Vampires_Suck.2010.R5.XviD-by_linus.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:16:33

Control Number: 35600
Studio: Fox
```

9

CONFIDENTIAL

HF00644829

```
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74857991/74ecf04/Vampires_Suck.2010.R5.XviD-by_linus.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:16:33

Control Number: 35598
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74858853/2ad6c25/Vampires_Suck.2010.R5.XviD-by_linus.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:16:32

Control Number: 35579
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74681486/c18b264/Vampires.Suck.R5.part7.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:13:16

Control Number: 35577
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74680985/7d8b6c5/Vampires.Suck.R5.part5.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:13:15

Control Number: 35578
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74681154/2227fe2/Vampires.Suck.R5.part6.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:13:15

Control Number: 35574
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74680489/6894796/Vampires.Suck.R5.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:13:14

Control Number: 35575
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74680674/925a798/Vampires.Suck.R5.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:13:14

Control Number: 35576
Studio: Fox
Title: Vampires Suck
```

10

HF00644830

| From: | fox@mimtid.com |
| Sent: | Thursday, October 14, 2010 10:28 PM |
| To: | abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com |
| Subject: | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email. Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 40862
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75457359/07197d2/Machete.2010.BluRay.720p.DTS.x264-CHD.part13.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:33

CONFIDENTIAL                                                                    HF00647648

```
Control Number: 40858
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75456995/2869487/Machete.2010.BluRay.720p.DTS.x264-CHD.part09.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:32


Control Number: 40859
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75457143/5971c6e/Machete.2010.BluRay.720p.DTS.x264-CHD.part10.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:32


Control Number: 40860
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75457143/56c954b/Machete.2010.BluRay.720p.DTS.x264-CHD.part11.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:32


Control Number: 40856
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455999/4966e26/Machete.2010.BluRay.720p.DTS.x264-CHD.part07.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:31


Control Number: 40857
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75456203/b4e865a/Machete.2010.BluRay.720p.DTS.x264-CHD.part08.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:31


Control Number: 40853
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455748/eb45ef3/Machete.2010.BluRay.720p.DTS.x264-CHD.part04.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:30


Control Number: 40854
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455971/78e0ac2/Machete.2010.BluRay.720p.DTS.x264-CHD.part05.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:30


Control Number: 40855
Studio: Fox
```

CONFIDENTIAL

HF00647649

```
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455991/243bafc/Machete.2010.BluRay.720p.DTS.x264-CHD.part06.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:30

Control Number: 40851
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455207/3a2f3eb/Machete.2010.BluRay.720p.DTS.x264-CHD.part02.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:29

Control Number: 40852
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455735/4276af5/Machete.2010.BluRay.720p.DTS.x264-CHD.part03.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:29

Control Number: 40850
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455104/b8fae5b/Machete.2010.BluRay.720p.DTS.x264-CHD.part01.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:28

Control Number: 40838
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75483571/f48b8a2/Machete.2010.BDRip.XviD.AC3MAGNET.part09.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:26

Control Number: 40839
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75483479/0d31e49/Machete.2010.BDRip.XviD.AC3MAGNET.part10.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:26

Control Number: 40835
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75483237/9debe73/Machete.2010.BDRip.XviD.AC3MAGNET.part06.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:25

Control Number: 40836
Studio: Fox
Title: Machete
```

CONFIDENTIAL

HF00647650

```
Infringing Host File Download Link:
http://hotfile.com/dl/75483196/501bf1e/Machete.2010.BDRip.XviD.AC3MAGNET.part07.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:25

Control Number: 40837
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75483447/91f5ff9/Machete.2010.BDRip.XviD.AC3MAGNET.part08.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:25

Control Number: 40833
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75483050/d795a0e/Machete.2010.BDRip.XviD.AC3MAGNET.part04.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:24

Control Number: 40834
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75483166/865cedd/Machete.2010.BDRip.XviD.AC3MAGNET.part05.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:24

Control Number: 40830
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75482942/c8c9be5/Machete.2010.BDRip.XviD.AC3MAGNET.part01.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:23

Control Number: 40831
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75482975/7d8ee93/Machete.2010.BDRip.XviD.AC3MAGNET.part02.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:23

Control Number: 40832
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75482989/1fc169e/Machete.2010.BDRip.XviD.AC3MAGNET.part03.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:23

Control Number: 40826
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75452232/8ecdac1/Machete.2010.BluRay.720p.x264.DTS-CHD.part28.rar
```

HF00647651

Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:21

Control Number: 40827
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75452431/55bf9fb/Machete.2010.BluRay.720p.x264.DTS-CHD.part29.rar
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:21

Control Number: 40824
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75451646/3581e05/Machete.2010.BluRay.720p.x264.DTS-CHD.part26.rar
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:20

Control Number: 40825
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75452085/d42c752/Machete.2010.BluRay.720p.x264.DTS-CHD.part27.rar
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:20

Control Number: 40822
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75450788/2ec2315/Machete.2010.BluRay.720p.x264.DTS-CHD.part24.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:19

Control Number: 40823
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75451211/15753e1/Machete.2010.BluRay.720p.x264.DTS-CHD.part25.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:19

Control Number: 40819
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75449793/038019c/Machete.2010.BluRay.720p.x264.DTS-CHD.part21.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:18

Control Number: 40820
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75450177/fbbe2dc/Machete.2010.BluRay.720p.x264.DTS-CHD.part22.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:18

CONFIDENTIAL

```
Control Number: 40821
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75450403/49435a1/Machete.2010.BluRay.720p.x264.DTS-CHD.part23.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:18


Control Number: 40817
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75449172/656a46c/Machete.2010.BluRay.720p.x264.DTS-CHD.part19.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:17


Control Number: 40818
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75449342/8cae746/Machete.2010.BluRay.720p.x264.DTS-CHD.part20.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:17


Control Number: 40814
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75447979/992591c/Machete.2010.BluRay.720p.x264.DTS-CHD.part16.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:16


Control Number: 40815
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75448522/4ac3876/Machete.2010.BluRay.720p.x264.DTS-CHD.part17.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:16


Control Number: 40816
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75448553/8e4e295/Machete.2010.BluRay.720p.x264.DTS-CHD.part18.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:16


Control Number: 40812
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75447435/2723a6e/Machete.2010.BluRay.720p.x264.DTS-CHD.part14.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:15


Control Number: 40813
```

CONFIDENTIAL

HF00647653

```
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75447951/8f839b9/Machete.2010.BluRay.720p.x264.DTS-CHD.part15.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:15


Control Number: 40809
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75447169/db088fa/Machete.2010.BluRay.720p.x264.DTS-CHD.part11.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:14


Control Number: 40810
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75447016/ebc9c09/Machete.2010.BluRay.720p.x264.DTS-CHD.part12.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:14


Control Number: 40811
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75447523/8278a0a/Machete.2010.BluRay.720p.x264.DTS-CHD.part13.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:14


Control Number: 40807
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75446516/faf9eb8/Machete.2010.BluRay.720p.x264.DTS-CHD.part09.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:13


Control Number: 40808
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75446600/fdf753e/Machete.2010.BluRay.720p.x264.DTS-CHD.part10.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:13


Control Number: 40805
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75446053/a8b9637/Machete.2010.BluRay.720p.x264.DTS-CHD.part07.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:12


Control Number: 40806
Studio: Fox
Title: Machete
```

HF00647654

```
Infringing Host File Download Link:
http://hotfile.com/dl/75446094/21c860f/Machete.2010.BluRay.720p.x264.DTS-CHD.part08.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:12

Control Number: 40802
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75445200/e07c40c/Machete.2010.BluRay.720p.x264.DTS-CHD.part04.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:11

Control Number: 40803
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75445567/2ef12a4/Machete.2010.BluRay.720p.x264.DTS-CHD.part05.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:11

Control Number: 40804
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75445618/6166edd/Machete.2010.BluRay.720p.x264.DTS-CHD.part06.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:11

Control Number: 40800
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75444653/3b33c44/Machete.2010.BluRay.720p.x264.DTS-CHD.part02.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:10

Control Number: 40801
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75445080/1832645/Machete.2010.BluRay.720p.x264.DTS-CHD.part03.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:10

Control Number: 40799
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75444555/2b6beb4/Machete.2010.BluRay.720p.x264.DTS-CHD.part01.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:09

Control Number: 40785
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75468586/e0546cc/zaheema.com_Machete.2010.part4.rar.html
```

CONFIDENTIAL

HF00647655

Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:02

Control Number: 40786
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75468602/8839624/zaheema.com_Machete.2010.part5.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:02

Control Number: 40782
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75468415/ed4a88d/zaheema.com_Machete.2010.part1.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:01

Control Number: 40783
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75468471/6763af8/zaheema.com_Machete.2010.part2.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:01

Control Number: 40784
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75468549/aa55796/zaheema.com_Machete.2010.part3.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:01

Control Number: 40748
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/75342484/1eea1e9/1500-CHD-
M10alba.part4.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 00:50:41

Control Number: 40745
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/75342398/52d5f72/1500-CHD-
M10alba.part1.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 00:50:40

Control Number: 40746
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/75342415/df82b59/1500-CHD-
M10alba.part2.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 00:50:40

CONFIDENTIAL

HF00647656

```
Control Number: 40747
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/75342474/06bf936/1500-CHD-
M10alba.part3.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 00:50:40


Control Number: 40744
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75404997/c7d44fd/Machete.2010.BluRay.720p.DTS.x264-CHD.sample.mkv.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 00:50:14


Control Number: 40725
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75438924/37d50df/Machete.2010.720p.CHD.part22.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 00:48:03


Control Number: 40726
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75438920/4bef295/Machete.2010.720p.CHD.part23.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 00:48:03


Control Number: 40727
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75438928/a98cbb9/Machete.2010.720p.CHD.part24.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 00:48:03


Control Number: 40723
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75438927/63c8f22/Machete.2010.720p.CHD.part20.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 00:48:02


Control Number: 40724
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75438926/8d37c88/Machete.2010.720p.CHD.part21.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 00:48:02


Control Number: 40721
```

HF00647657

| | |
|---|---|
| **From:** | fox@mimtid.com |
| **Sent:** | Saturday, October 16, 2010 11:00 PM |
| **To:** | abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com |
| **Subject:** | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email.  Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 43357
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75818398/8398f28/Vampires.Suck.2010.R5.AC3.XViD-iNK.part3.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:30

1

CONFIDENTIAL

HF00649845

```
Control Number: 43349
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821980/3382d0a/Vampires.Suck.2010.R5.AC3.XViD-iNK.part09.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:26


Control Number: 43350
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821690/8be3149/Vampires.Suck.2010.R5.AC3.XViD-iNK.part10.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:26


Control Number: 43346
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821967/d502cd0/Vampires.Suck.2010.R5.AC3.XViD-iNK.part06.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:25


Control Number: 43347
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821972/e499dbc/Vampires.Suck.2010.R5.AC3.XViD-iNK.part07.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:25


Control Number: 43348
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75822059/1516c5d/Vampires.Suck.2010.R5.AC3.XViD-iNK.part08.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:25


Control Number: 43344
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821983/a726c1f/Vampires.Suck.2010.R5.AC3.XViD-iNK.part04.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:24


Control Number: 43345
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821957/975fdc1/Vampires.Suck.2010.R5.AC3.XViD-iNK.part05.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:24
```

2

CONFIDENTIAL

HF00649846

```
Control Number: 43341
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821974/65ef6b6/Vampires.Suck.2010.R5.AC3.XViD-iNK.part01.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:23


Control Number: 43342
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75822063/5fdb39f/Vampires.Suck.2010.R5.AC3.XViD-iNK.part02.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:23


Control Number: 43343
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821989/9380af1/Vampires.Suck.2010.R5.AC3.XViD-iNK.part03.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:23


Control Number: 43318
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/75819491/35b3689/Sample.avi.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:56


Control Number: 43307
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75820480/fc73865/Vampires.Suck.2010.R5.AC3.XViD.iNK.www.scenetube.net.part8.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:47


Control Number: 43305
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821771/612cab6/Vampires.Suck.2010.R5.AC3.XViD.iNK.www.scenetube.net.part6.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:46


Control Number: 43306
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821691/7cc8cc8/Vampires.Suck.2010.R5.AC3.XViD.iNK.www.scenetube.net.part7.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:46
```

3

CONFIDENTIAL                                                   HF00649847

```
Control Number: 43302
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821685/dcdaaaf/Vampires.Suck.2010.R5.AC3.XViD.iNK.www.scenetube.net.p
art3.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:45


Control Number: 43303
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821743/eeedf93/Vampires.Suck.2010.R5.AC3.XViD.iNK.www.scenetube.net.p
art4.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:45


Control Number: 43304
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821667/2857a81/Vampires.Suck.2010.R5.AC3.XViD.iNK.www.scenetube.net.p
art5.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:45


Control Number: 43300
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821753/18da09f/Vampires.Suck.2010.R5.AC3.XViD.iNK.www.scenetube.net.p
art1.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:44


Control Number: 43301
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821711/986f569/Vampires.Suck.2010.R5.AC3.XViD.iNK.www.scenetube.net.p
art2.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:44


Control Number: 43297
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75826069/4c26f9b/vampsuck.part2.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:43


Control Number: 43298
Studio: Fox
Title: Vampires Suck
```

4

CONFIDENTIAL

HF00649848

```
Infringing Host File Download Link:
http://hotfile.com/dl/75826072/89f5123/vampsuck.part3.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:43

Control Number: 43299
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75826068/4942e86/vampsuck.part4.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:43

Control Number: 43296
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75826070/5b935dc/vampsuck.part1.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:42

Control Number: 43289
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75835715/abe4802/VSiNK.part5.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:21

Control Number: 43290
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75835717/b576958/VSiNK.part6.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:21

Control Number: 43291
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/75079047/13f593c/Vampires-
Suck28201029ripmovies.net.mkv.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:21

Control Number: 43287
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75835716/5d9a144/VSiNK.part3.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:20

Control Number: 43288
Studio: Fox
Title: Vampires Suck
```

5

CONFIDENTIAL

HF00649849

```
Infringing Host File Download Link:
http://hotfile.com/dl/75835712/5fe1959/VSiNK.part4.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:20

Control Number: 43285
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75835714/2431f8c/VSiNK.part1.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:19

Control Number: 43286
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75835713/6758bdb/VSiNK.part2.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:19

Control Number: 43277
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74732941/1d8dcb4/VampSuc.2010.R5.XViD.READNFO-
LKRG_www.oriforums.com.part5.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:12

Control Number: 43278
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74733240/b5f76a1/VampSuc.2010.R5.XViD.READNFO-
LKRG_www.oriforums.com.part6.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:12

Control Number: 43274
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74731987/907a74c/VampSuc.2010.R5.XViD.READNFO-
LKRG_www.oriforums.com.part2.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:11

Control Number: 43275
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74732319/fa77acd/VampSuc.2010.R5.XViD.READNFO-
LKRG_www.oriforums.com.part3.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:11
```

6

CONFIDENTIAL

HF00649850

```
Control Number: 43276
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74732654/b4ab57a/VampSuc.2010.R5.XViD.READNFO-
LKRG_www.oriforums.com.part4.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:11

Control Number: 43273
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74731656/ed3b863/VampSuc.2010.R5.XViD.READNFO-
LKRG_www.oriforums.com.part1.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:10

Control Number: 43266
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75836064/75973a6/Vampires.Suck.2010.R5.AC3.XViD-iNK-warezleech.net-
walid26.part4.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:04

Control Number: 43264
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75836627/98f2154/Vampires.Suck.2010.R5.AC3.XViD-iNK-warezleech.net-
walid26.part2.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:03

Control Number: 43265
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75836607/19bec33/Vampires.Suck.2010.R5.AC3.XViD-iNK-warezleech.net-
walid26.part3.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:03

Control Number: 43263
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75836595/6e8100d/Vampires.Suck.2010.R5.AC3.XViD-iNK-warezleech.net-
walid26.part1.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:02

Control Number: 43238
Studio: Fox
Title: Machete
```

7

Infringing Host File Download Link:
http://hotfile.com/dl/75455202/63db391/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part14.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:27:16

Control Number: 43239
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455206/4d4be98/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part15.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:27:16

Control Number: 43235
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455103/dbc0d4d/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part11.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:27:15

Control Number: 43236
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455129/6c60262/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part12.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:27:15

Control Number: 43237
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455198/0b0a71d/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part13.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:27:15

Control Number: 43233
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75454210/3cc4968/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part09.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:27:14

Control Number: 43234
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75454271/a3351d6/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part10.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:27:14

Control Number: 43230
Studio: Fox
Title: Machete

8

CONFIDENTIAL

HF00649852

```
Infringing Host File Download Link:
http://hotfile.com/dl/75454191/481aa1d/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part06.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:27:13


Control Number: 43231
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75454190/48bc9d6/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part07.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:27:13


Control Number: 43232
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75454216/8b44c02/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part08.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:27:13


Control Number: 43228
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75454188/ee0a0ea/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part04.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:27:12


Control Number: 43229
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75454194/deaa3a7/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part05.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:27:12


Control Number: 43226
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75454192/5e67037/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part02.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:27:11


Control Number: 43227
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75454189/89d414f/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part03.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:27:11


Control Number: 43225
Studio: Fox
Title: Machete
```

9

CONFIDENTIAL

HF00649853

```
Infringing Host File Download Link:
http://hotfile.com/dl/75454193/e3520eb/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part01.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:27:10

Control Number: 43208
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75464767/92ebe4c/Machete.2010.BDRip.XviD.AC3-MAGNET.part10.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:25:01

Control Number: 43206
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75464989/2bab03e/Machete.2010.BDRip.XviD.AC3-MAGNET.part08.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:25:00

Control Number: 43207
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75465002/293c80c/Machete.2010.BDRip.XviD.AC3-MAGNET.part09.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:25:00

Control Number: 43203
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75464991/89e1a0c/Machete.2010.BDRip.XviD.AC3-MAGNET.part05.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:24:59

Control Number: 43204
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75464980/235b867/Machete.2010.BDRip.XviD.AC3-MAGNET.part06.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:24:59

Control Number: 43205
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75464996/7bfa752/Machete.2010.BDRip.XviD.AC3-MAGNET.part07.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:24:59

Control Number: 43201
Studio: Fox
Title: Machete
```

10

CONFIDENTIAL

HF00649854

| | |
|---|---|
| **From:** | fox@mimtid.com |
| **Sent:** | Sunday, October 24, 2010 10:32 PM |
| **To:** | abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com |
| **Subject:** | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email. Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 54581
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77063821/430d8ef/www.ferbourtoi.org.Gh0st.twitz-FBT-macheter5.part4.rar.html
Previous Submission Dates: 2010-10-23 00:24:56
Date Re-Discovered: 2010-10-22 20:34:47

CONFIDENTIAL                                                                 HF00659904

```
Control Number: 54579
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77063684/1d7d06a/www.ferbourtoi.org.Gh0st.twitz-FBT-
macheter5.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:34:46


Control Number: 54580
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77063795/eb3de8e/www.ferbourtoi.org.Gh0st.twitz-FBT-
macheter5.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:34:46


Control Number: 54578
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77063681/0fae94c/www.ferbourtoi.org.Gh0st.twitz-FBT-
macheter5.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:34:45


Control Number: 54574
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77207090/2a305d2/Mike_Epps_Live_From_The_Club_Nokia_2010_DVDRip_XviD-
VoMiT.part6.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:54


Control Number: 54575
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77207259/063462a/Mike_Epps_Live_From_The_Club_Nokia_2010_DVDRip_XviD-
VoMiT.part7.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:54


Control Number: 54572
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77206596/a51e743/Mike_Epps_Live_From_The_Club_Nokia_2010_DVDRip_XviD-
VoMiT.part4.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:53


Control Number: 54573
Studio: Fox
Title: Machete
```

HF00659905

Infringing Host File Download Link:
http://hotfile.com/dl/77206848/045b827/Mike_Epps_Live_From_The_Club_Nokia_2010_DVDRip_XviD-VoMiT.part5.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:53

Control Number: 54570
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77206013/e727553/Mike_Epps_Live_From_The_Club_Nokia_2010_DVDRip_XviD-VoMiT.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:52

Control Number: 54571
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77206295/4b2d71e/Mike_Epps_Live_From_The_Club_Nokia_2010_DVDRip_XviD-VoMiT.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:52

Control Number: 54567
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77207136/96807cb/Machete_R5_LINE_XviD-TWiZTED.part6.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:51

Control Number: 54568
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77207351/d23a3ca/Machete_R5_LINE_XviD-TWiZTED.part7.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:51

Control Number: 54569
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77205787/a1d1005/Mike_Epps_Live_From_The_Club_Nokia_2010_DVDRip_XviD-VoMiT.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:51

Control Number: 54565
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77206699/7f5e0f0/Machete_R5_LINE_XviD-TWiZTED.part4.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:50

Control Number: 54566

HF00659906

```
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77206921/5dedbbf/Machete_R5_LINE_XviD-TWiZTED.part5.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:50

Control Number: 54562
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77205905/1266f8f/Machete_R5_LINE_XviD-TWiZTED.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:49

Control Number: 54563
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77206165/d4ead9a/Machete_R5_LINE_XviD-TWiZTED.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:49

Control Number: 54564
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77206462/3ee545b/Machete_R5_LINE_XviD-TWiZTED.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:49

Control Number: 54552
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77466241/c2bf112/WarezSFX.com.Mach.2010.bc.R5-
LiNE.400MB.mkv.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:25:32

Control Number: 54550
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77466106/248edb7/WarezSFX.com.Mach.2010.bc.R5-
LiNE.400MB.mkv.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:25:31

Control Number: 54551
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77466044/8e0dd5c/WarezSFX.com.Mach.2010.bc.R5-
LiNE.400MB.mkv.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:25:31
```

CONFIDENTIAL

```
Control Number: 54544
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77474554/0fc3003/WarezXtremE.org.Mach.2010.bc.R5-
LiNE.400MB.mkv.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:24:20


Control Number: 54545
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77474583/ee8d225/WarezXtremE.org.Mach.2010.bc.R5-
LiNE.400MB.mkv.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:24:20


Control Number: 54546
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77474537/3fe7c3c/WarezXtremE.org.Mach.2010.bc.R5-
LiNE.400MB.mkv.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:24:20


Control Number: 54532
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/77621245/1b5dc5b/CFiED-
vampsuck.part5.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:20:48


Control Number: 54533
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/77622780/49fb7f5/CFiED-
vampsuck.part6.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:20:48


Control Number: 54534
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/77623748/9802615/CFiED-
vampsuck.part7.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:20:48


Control Number: 54530
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/77618551/bb02f69/CFiED-
vampsuck.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:20:47
```

CONFIDENTIAL

HF00659908

```
Control Number: 54531
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/77619949/c398f12/CFiED-
vampsuck.part4.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:20:47


Control Number: 54528
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/77613997/b747242/CFiED-
vampsuck.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:20:46


Control Number: 54529
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/77614839/16fada4/CFiED-
vampsuck.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:20:46


Control Number: 54518
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77583620/dd74956/Machete_400MB_boards.silverchat.net.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:18:57


Control Number: 54519
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77583624/e897619/Machete_400MB_boards.silverchat.net.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:18:57


Control Number: 54517
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77583221/961a0fd/Machete_400MB_boards.silverchat.net.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:18:56


Control Number: 54513
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/77534807/8f34c69/Mach.2010.bc.R5-
LiNE.400MB_Team.F-Macho.mkv.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:17:29


Control Number: 54511
```

CONFIDENTIAL

HF00659909

```
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/77534492/2dc7caf/Mach.2010.bc.R5-
LiNE.400MB_Team.F-Macho.mkv.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:17:28


Control Number: 54512
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/77534767/7fa410b/Mach.2010.bc.R5-
LiNE.400MB_Team.F-Macho.mkv.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:17:28


Control Number: 54507
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77494574/377a418/Mach.2010.400MB_part_1_.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:16:32


Control Number: 54496
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77340255/d6595ed/WarezXtremE.org.Mach.2010.bc.R5-
LiNE.400MB.mkv.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:15:54


Control Number: 54497
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77340351/8b09bd7/WarezXtremE.org.Mach.2010.bc.R5-
LiNE.400MB.mkv.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:15:54


Control Number: 54495
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77340256/f0c7e3f/WarezXtremE.org.Mach.2010.bc.R5-
LiNE.400MB.mkv.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:15:53


Control Number: 54476
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77641283/9866336/www.FerBourToi.org_-_Machete.2010.R5.LINE.XviD-
TWiZTED.part4.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:14:30
```

HF00659910

```
Control Number: 54474
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77640710/e008b7e/www.FerBourToi.org_-_Machete.2010.R5.LINE.XviD-
TWiZTED.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:14:29


Control Number: 54475
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77641277/d3470f5/www.FerBourToi.org_-_Machete.2010.R5.LINE.XviD-
TWiZTED.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:14:29


Control Number: 54473
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77640704/382dc55/www.FerBourToi.org_-_Machete.2010.R5.LINE.XviD-
TWiZTED.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:14:28


Control Number: 54449
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77484555/26c5e7b/Machete.BDRip.720p_NPW_--WarezLeech.net--
.part8.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:12:13


Control Number: 54446
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77486672/d9c24c4/Machete.BDRip.720p_NPW_--WarezLeech.net--
.part5.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:12:12


Control Number: 54447
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77486610/b054cf7/Machete.BDRip.720p_NPW_--WarezLeech.net--
.part6.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:12:12


Control Number: 54448
Studio: Fox
Title: Machete
```

CONFIDENTIAL

HF00659911

```
Infringing Host File Download Link:
http://hotfile.com/dl/77486670/441163a/Machete.BDRip.720p_NPW_--WarezLeech.net--
.part7.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:12:12

Control Number: 54444
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77486669/cd9669d/Machete.BDRip.720p_NPW_--WarezLeech.net--
.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:12:11

Control Number: 54445
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77486678/cf7e6de/Machete.BDRip.720p_NPW_--WarezLeech.net--
.part4.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:12:11

Control Number: 54442
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77486597/1c4b4b3/Machete.BDRip.720p_NPW_--WarezLeech.net--
.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:12:10

Control Number: 54443
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77486689/cbf59c7/Machete.BDRip.720p_NPW_--WarezLeech.net--
.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:12:10

Control Number: 54401
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74153003/00f4333/Machete.2010.R5.LiNE.XviD-nCODE-MediaMeli.com.avi.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:11:21

Control Number: 54400
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77596216/c21c34f/machete.2010.xxx.reuploaded.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:11:20
```

CONFIDENTIAL

HF00659912

```
Control Number: 54397
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71513520/ea4a2d5/Machete_R5_LINE_XviD-TWiZTED.part7.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:09:21


Control Number: 54394
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71513035/a66ae7d/Machete_R5_LINE_XviD-TWiZTED.part4.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:09:20


Control Number: 54395
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71513248/a335559/Machete_R5_LINE_XviD-TWiZTED.part5.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:09:20


Control Number: 54396
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71513387/5ededed/Machete_R5_LINE_XviD-TWiZTED.part6.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:09:20


Control Number: 54392
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71512746/43b8f46/Machete_R5_LINE_XviD-TWiZTED.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:09:19


Control Number: 54393
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71512907/1f340d5/Machete_R5_LINE_XviD-TWiZTED.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:09:19


Control Number: 54391
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71512578/1442a0f/Machete_R5_LINE_XviD-TWiZTED.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:09:18


Control Number: 54371
Studio: Fox
```

CONFIDENTIAL

HF00659913

| | |
|---|---|
| **From:** | fox@mimtid.com |
| **Sent:** | Saturday, October 30, 2010 1:21 AM |
| **To:** | abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com |
| **Subject:** | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email.  Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 61862
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74425801/cce9245/Machete.2010.R5.XviD.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:43:17

CONFIDENTIAL                                                              HF00683026

```
Control Number: 61861
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74425834/84ae163/Machete.2010.R5.XviD.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:43:16


Control Number: 61851
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/78676227/f71e9b7/Machoate.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:31:34


Control Number: 61850
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/78675972/8dc50ee/Machoate.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:31:33


Control Number: 61827
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74998098/c156d4e/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part6.rar
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:07:23


Control Number: 61828
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74998118/19c83eb/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part7.rar
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:07:23


Control Number: 61825
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74998005/a98a359/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part4.rar
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:07:22


Control Number: 61826
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74998057/8e56355/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part5.rar
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:07:22


Control Number: 61822
Studio: Fox
```

CONFIDENTIAL

```
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74997712/1daa437/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part1.rar
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:07:21

Control Number: 61823
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74997734/caa4f42/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part2.rar
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:07:21

Control Number: 61824
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74997743/db58fbb/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part3.rar
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:07:21

Control Number: 61806
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76921778/85ec4db/K.And.D.part4.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 18:22:37

Control Number: 61804
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76922567/0eaf803/K.And.D.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 18:22:36

Control Number: 61805
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76922191/520f2c9/K.And.D.part3.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 18:22:36

Control Number: 61803
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76923193/cdb497b/K.And.D.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 18:22:35

Control Number: 61739
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76658147/1919b94/kad.part2.rar.html
```

CONFIDENTIAL

```
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:27:37

Control Number: 61740
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76658255/ea08817/kad.part3.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:27:37

Control Number: 61741
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76658309/441cdff/kad.part4.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:27:37

Control Number: 61738
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76658066/9b62445/kad.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:27:36

Control Number: 61726
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76779001/18140cb/lojhiuboeebasvca.part1.rar
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:22:40

Control Number: 61727
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76779833/cc801a4/lojhiuboeebasvca.part2.rar
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:22:40

Control Number: 61728
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76780461/0196ae9/lojhiuboeebasvca.part3.rar
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:22:40

Control Number: 61720
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76780754/54fdeb8/Knight.and.Day.DVDRip.XviD-RUBY.Whoo.ws.part6.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:21:57

Control Number: 61721
Studio: Fox
```

CONFIDENTIAL

HF00683029

```
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76781240/3c566d8/Knight.and.Day.DVDRip.XviD-RUBY.Whoo.ws.part7.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:21:57


Control Number: 61722
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76781606/f51438d/Knight.and.Day.DVDRip.XviD-RUBY.Whoo.ws.part8.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:21:57


Control Number: 61718
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76780149/025efa3/Knight.and.Day.DVDRip.XviD-RUBY.Whoo.ws.part4.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:21:56


Control Number: 61719
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76780149/2cc35ae/Knight.and.Day.DVDRip.XviD-RUBY.Whoo.ws.part5.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:21:56


Control Number: 61715
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76777468/f78b460/Knight.and.Day.DVDRip.XviD-RUBY.Whoo.ws.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:21:55


Control Number: 61716
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76778303/85f5548/Knight.and.Day.DVDRip.XviD-RUBY.Whoo.ws.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:21:55


Control Number: 61717
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76779085/9fd9bde/Knight.and.Day.DVDRip.XviD-RUBY.Whoo.ws.part3.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:21:55


Control Number: 61701
Studio: Fox
Title: Knight and Day
```

CONFIDENTIAL

HF00683030

```
Infringing Host File Download Link:
http://hotfile.com/dl/76796160/2418557/_Knight.And.Day.2010.DVDRip.XviD-ZMG.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:20:30

Control Number: 61702
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76796876/a80f855/_Knight.And.Day.2010.DVDRip.XviD-ZMG.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:20:30

Control Number: 61703
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76796718/9ace9e1/_Knight.And.Day.2010.DVDRip.XviD-ZMG.part3.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:20:30

Control Number: 61679
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76836801/4360187/WarezSFX.com_Knight.And.Day.2010.DVDRip.XviD-
ZMG.part3.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:19:05

Control Number: 61680
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76835587/5448379/WarezSFX.com_Knight.And.Day.2010.DVDRip.XviD-
ZMG.part4.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:19:05

Control Number: 61677
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76835251/489a4b9/WarezSFX.com_Knight.And.Day.2010.DVDRip.XviD-
ZMG.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:19:04

Control Number: 61678
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76835060/99f6d0d/WarezSFX.com_Knight.And.Day.2010.DVDRip.XviD-
ZMG.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:19:04

Control Number: 61666
```

CONFIDENTIAL

```
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76836175/21afb52/Knight.And.Day.2010.DVDRip.XviD-
ZMG.StreetWarez.net.part3.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:16:14


Control Number: 61667
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76836261/0ae6ea9/Knight.And.Day.2010.DVDRip.XviD-
ZMG.StreetWarez.net.part4.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:16:14


Control Number: 61664
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76835528/f653f1d/Knight.And.Day.2010.DVDRip.XviD-
ZMG.StreetWarez.net.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:16:13


Control Number: 61665
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76835687/3dc073a/Knight.And.Day.2010.DVDRip.XviD-
ZMG.StreetWarez.net.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:16:13


Control Number: 61653
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76805556/2fc0024/_Knight.and.Day.DVDRip.XviD-RUBY.part8.rar
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:12:04


Control Number: 61650
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76805613/f847910/_Knight.and.Day.DVDRip.XviD-RUBY.part5.rar
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:12:03


Control Number: 61651
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76805673/7411656/_Knight.and.Day.DVDRip.XviD-RUBY.part6.rar
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:12:03
```

CONFIDENTIAL

HF00683032

```
Control Number: 61652
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76805608/439d01b/_Knight.and.Day.DVDRip.XviD-RUBY.part7.rar
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:12:03


Control Number: 61648
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76805401/9c2b3a1/_Knight.and.Day.DVDRip.XviD-RUBY.part3.rar
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:12:02


Control Number: 61649
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76805482/adb9ce8/_Knight.and.Day.DVDRip.XviD-RUBY.part4.rar
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:12:02


Control Number: 61646
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76805453/2f89c0c/_Knight.and.Day.DVDRip.XviD-RUBY.part1.rar
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:12:01


Control Number: 61647
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76805435/092dcd7/_Knight.and.Day.DVDRip.XviD-RUBY.part2.rar
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:12:01


Control Number: 61624
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76690476/05053c1/KND.2010.DVDRip.XviD-ZMG.TriniWarez.Com.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:10:39


Control Number: 61625
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76691793/f4eda6c/KND.2010.DVDRip.XviD-ZMG.TriniWarez.Com.part4.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:10:39


Control Number: 61622
```

CONFIDENTIAL

HF00683033

```
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76689475/5032ed9/KND.2010.DVDRip.XviD-ZMG.TriniWarez.Com.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:10:38

Control Number: 61623
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76690169/80a03b7/KND.2010.DVDRip.XviD-ZMG.TriniWarez.Com.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:10:38

Control Number: 61612
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76723144/98509de/Knight.And.Day.2010.DVDRip.XviD-
ZMG_www.ideees.com.part3.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:09:51

Control Number: 61613
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76723751/c1ceeeb/Knight.And.Day.2010.DVDRip.XviD-
ZMG_www.ideees.com.part4.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:09:51

Control Number: 61611
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76723118/45e8b45/Knight.And.Day.2010.DVDRip.XviD-
ZMG_www.ideees.com.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:09:50

Control Number: 61610
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76723116/2d2247e/Knight.And.Day.2010.DVDRip.XviD-
ZMG_www.ideees.com.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:09:49

Control Number: 61596
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76985774/4e7bd45/Knight.And.Day.2010.DVDRip.XviD-
ZMG.warezslavez.com.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
```

CONFIDENTIAL

HF00683034

```
Date Re-Discovered: 2010-10-27 16:07:42

Control Number: 61595
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76985507/9094020/Knight.And.Day.2010.DVDRip.XviD-
ZMG.warezslavez.com.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:07:41

Control Number: 61587
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76674763/355a6f2/
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:06:44

Control Number: 61575
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76309785/bb56d48/Backd00red.Org.K_D.2010.R5.400MB.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:01:51

Control Number: 61574
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76309027/8d91753/Backd00red.Org.K_D.2010.R5.400MB.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:01:50

Control Number: 61558
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76398228/41c77a2/KD.2010.r5.stolethe.net.part3.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:00:23

Control Number: 61559
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76398226/59e88ef/KD.2010.r5.stolethe.net.part4.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:00:23

Control Number: 61556
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76398225/dc5f2d0/KD.2010.r5.stolethe.net.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:00:22
```

HF00683035

| | |
|---|---|
| **From:** | fox@mimtid.com |
| **Sent:** | Monday, October 25, 2010 8:29 PM |
| **To:** | abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com |
| **Subject:** | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of
Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies
("Fox"), to notify you of the continued infringement on your site of Fox's intellectual
property rights in the titles identified in this email.  Notices of Copyright Infringement
were previously sent to Hotfile.com for the identified titles and links on the dates listed
in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to
video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly
remove and disable the links to all unauthorized copies of works whose copyrights are owned
by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights, remedies, or
defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described
herein is not authorized by Fox, its agent, or the law. The information in this notice is
accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox
with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 55053
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77844229/d699ce1/Knight.Day.DVDRip.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 17:21:35

CONFIDENTIAL                                                    HF00663252

```
Control Number: 55025
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77245371/2847b5d/Knight.And.Day.2010.PL.SUBBED.DVDRip.XviD.XxXL-
PROJECT.part3.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 17:17:23


Control Number: 55026
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77246100/5b79945/Knight.And.Day.2010.PL.SUBBED.DVDRip.XviD.XxXL-
PROJECT.part4.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 17:17:23


Control Number: 55023
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77243966/6a9ca85/Knight.And.Day.2010.PL.SUBBED.DVDRip.XviD.XxXL-
PROJECT.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 17:17:22


Control Number: 55024
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77244729/9247865/Knight.And.Day.2010.PL.SUBBED.DVDRip.XviD.XxXL-
PROJECT.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 17:17:22


Control Number: 55022
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/77600273/e6504d9/Machete.R5.XviD-
TWiZTED.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:31:00


Control Number: 55021
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/77600066/746102f/Machete.R5.XviD-
TWiZTED.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:30:59


Control Number: 55017
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77774916/f67102f/Machoate.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
```

CONFIDENTIAL

HF00663253

```
Date Re-Discovered: 2010-10-23 16:29:53

Control Number: 55018
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77774917/5ce2a98/Machoate.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:29:53

Control Number: 55003
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/73248456/c0a0f9c/M.DVD.avi.003.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:26:36

Control Number: 55004
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/73248094/1e2c49c/M.DVD.avi.004.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:26:36

Control Number: 55001
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/73248429/3db6fa3/M.DVD.avi.001.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:26:35

Control Number: 55002
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/73248464/edd4cba/M.DVD.avi.002.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:26:35

Control Number: 54988
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77886084/0817a9a/CW_Machete_2010_BRRip_READNFO_XvidHD_720p_NPW.part6.ra
r.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:21:37

Control Number: 54985
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77886700/9cbad2d/CW_Machete_2010_BRRip_READNFO_XvidHD_720p_NPW.part3.ra
r.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:21:36

Control Number: 54986
Studio: Fox
```

CONFIDENTIAL

HF00663254

```
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77886656/cb240a5/CW_Machete_2010_BRRip_READNFO_XvidHD_720p_NPW.part4.ra
r.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:21:36


Control Number: 54987
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77886752/1391e0e/CW_Machete_2010_BRRip_READNFO_XvidHD_720p_NPW.part5.ra
r.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:21:36


Control Number: 54983
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77886682/8d6880e/CW_Machete_2010_BRRip_READNFO_XvidHD_720p_NPW.part1.ra
r.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:21:35


Control Number: 54984
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77886696/bd6b03d/CW_Machete_2010_BRRip_READNFO_XvidHD_720p_NPW.part2.ra
r.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:21:35


Control Number: 54971
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77717737/192ec09/Biri.Beni.Isirdi.2010.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:15:37


Control Number: 54969
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77711972/f76f2cb/Biri.Beni.Isirdi.2010.part2.rar.
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:15:20


Control Number: 54970
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77711972/f76f2cb/Biri.Beni.Isirdi.2010.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:15:20
```

CONFIDENTIAL

```
Control Number: 54962
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77777278/7a2d663/Vampires_Suck_2010_R5_XViD_READNFO-
LKRG.UploaderW.iNFO.part7.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:07:44


Control Number: 54959
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77771507/64594b4/Vampires_Suck_2010_R5_XViD_READNFO-
LKRG.UploaderW.iNFO.part4.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:07:43


Control Number: 54960
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77773892/fe51e4f/Vampires_Suck_2010_R5_XViD_READNFO-
LKRG.UploaderW.iNFO.part5.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:07:43


Control Number: 54961
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77776567/402e5f1/Vampires_Suck_2010_R5_XViD_READNFO-
LKRG.UploaderW.iNFO.part6.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:07:43


Control Number: 54957
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77766975/2d36a14/Vampires_Suck_2010_R5_XViD_READNFO-
LKRG.UploaderW.iNFO.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:07:42


Control Number: 54958
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77769271/5a88df3/Vampires_Suck_2010_R5_XViD_READNFO-
LKRG.UploaderW.iNFO.part3.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:07:42


Control Number: 54956
Studio: Fox
Title: Vampires Suck
```

CONFIDENTIAL

```
Infringing Host File Download Link:
http://hotfile.com/dl/77764694/3c231d7/Vampires_Suck_2010_R5_XViD_READNFO-
LKRG.UploaderW.iNFO.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:07:41

Control Number: 54919
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77632507/a8a5a55/VmprsSuck.2010.R5_002.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:44:12

Control Number: 54920
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77632791/5a49246/VmprsSuck.2010.R5_003.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:44:12

Control Number: 54918
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77632363/871c973/VmprsSuck.2010.R5_001.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:44:11

Control Number: 54914
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77724522/3761ea8/VmprsSuck.2010.R5.mkv.003.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:44:09

Control Number: 54912
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77724476/5a4b38a/VmprsSuck.2010.R5.mkv.001.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:44:08

Control Number: 54913
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77724519/ccc4231/VmprsSuck.2010.R5.mkv.002.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:44:08

Control Number: 54870
Studio: Fox
Title: Machete
```

CONFIDENTIAL

HF00663257

```
Infringing Host File Download Link:
http://hotfile.com/dl/75751595/77b1fcb/mesetefoma.part4.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:39:36

Control Number: 54867
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75745910/a778d97/mesetefoma.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:39:35

Control Number: 54868
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75747334/f1a07c9/mesetefoma.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:39:35

Control Number: 54869
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75749433/d5c4551/mesetefoma.part3.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:39:35

Control Number: 54850
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77800659/997be11/Machete_480P_R5_LiNE_6CH.WS.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:37:32

Control Number: 54851
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77800637/d07b01c/Machete_480P_R5_LiNE_6CH.WS.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:37:32

Control Number: 54823
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77768110/a8d46aa/Knight.Day.2010.DVDRip.XviD.part2.rar
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:34:28

Control Number: 54822
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77768987/15dff00/Knight.Day.2010.DVDRip.XviD.part1.rar
```

CONFIDENTIAL

```
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:34:27

Control Number: 54817
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77040699/1d913e1/Knght.Ad.Dy.2010.DVDRip.XviD.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:32:06

Control Number: 54818
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77042005/8bab197/Knght.Ad.Dy.2010.DVDRip.XviD.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:32:06

Control Number: 54783
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77663923/e8a5307/Knight_and_Day2010DVDRip-MXMG.part6.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:28:27

Control Number: 54781
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77662947/cfb3d75/Knight_and_Day2010DVDRip-MXMG.part4.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:28:26

Control Number: 54782
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77663438/e99091d/Knight_and_Day2010DVDRip-MXMG.part5.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:28:26

Control Number: 54778
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77664309/ad12aaa/Knight_and_Day2010DVDRip-MXMG.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:28:25

Control Number: 54779
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77664652/dd5f048/Knight_and_Day2010DVDRip-MXMG.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:28:25
```

CONFIDENTIAL

HF00663259

```
Control Number: 54780
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77664977/cd7f0db/Knight_and_Day2010DVDRip-MXMG.part3.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:28:25

Control Number: 54757
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77710437/27fab40/Knight.And.Day.2010.BruT4L.part4.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:27:02

Control Number: 54754
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77707329/375136a/Knight.And.Day.2010.BruT4L.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:27:01

Control Number: 54755
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77708278/8f42e84/Knight.And.Day.2010.BruT4L.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:27:01

Control Number: 54756
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77709373/445053c/Knight.And.Day.2010.BruT4L.part3.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:27:01

Control Number: 54736
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77764940/db03b3c/_Knight.And.Day.2010.DVDRip.XviD-ZMG.part3.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 10:24:17

Control Number: 54735
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77764547/a8275a6/_Knight.And.Day.2010.DVDRip.XviD-ZMG.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 10:24:16

Control Number: 54734
```

CONFIDENTIAL

HF00663260

```
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77764070/e0d5e44/_Knight.And.Day.2010.DVDRip.XviD-ZMG.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 10:24:15


Control Number: 54729
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76989495/b00c585/Spickforum.com.Knight.And.Day.2010.DVDRip.XviD.part6.r
ar
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 10:24:11


Control Number: 54730
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76993703/7fa06f8/Spickforum.com.Knight.And.Day.2010.DVDRip.XviD.part7.r
ar
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 10:24:11


Control Number: 54727
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76979654/f042875/Spickforum.com.Knight.And.Day.2010.DVDRip.XviD.part4.r
ar
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 10:24:10


Control Number: 54728
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76985631/f41c4b0/Spickforum.com.Knight.And.Day.2010.DVDRip.XviD.part5.r
ar
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 10:24:10


Control Number: 54726
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76973992/c96bfa7/Spickforum.com.Knight.And.Day.2010.DVDRip.XviD.part3.r
ar
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 10:24:09


Control Number: 54724
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76966267/445f447/Spickforum.com.Knight.And.Day.2010.DVDRip.XviD.part1.r
ar
```

CONFIDENTIAL

HF00663261

| | |
|---|---|
| **From:** | fox@mimtid.com |
| **Sent:** | Thursday, October 28, 2010 1:13 AM |
| **To:** | abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com |
| **Subject:** | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email.  Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 59202
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77746183/7ab1ff3/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part12.rar.html
Previous Submission Dates: 2010-10-27 00:14:00
Date Re-Discovered: 2010-10-26 10:34:18

CONFIDENTIAL

HF00673160

```
Control Number: 59203
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77746310/815a414/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part13.rar.html
Previous Submission Dates: 2010-10-27 00:14:00
Date Re-Discovered: 2010-10-26 10:34:18

Control Number: 59200
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77746060/e649a77/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part10.rar.html
Previous Submission Dates: 2010-10-27 00:14:00
Date Re-Discovered: 2010-10-26 10:34:17

Control Number: 59201
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77746117/e3ed9e1/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part11.rar.html
Previous Submission Dates: 2010-10-27 00:14:00
Date Re-Discovered: 2010-10-26 10:34:17

Control Number: 59197
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77745888/47e0d5a/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part07.rar.html
Previous Submission Dates: 2010-10-27 00:14:00
Date Re-Discovered: 2010-10-26 10:34:16

Control Number: 59198
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77745941/9c8be0f/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part08.rar.html
Previous Submission Dates: 2010-10-27 00:14:00
Date Re-Discovered: 2010-10-26 10:34:16

Control Number: 59199
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77745978/298d213/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part09.rar.html
Previous Submission Dates: 2010-10-27 00:14:00
Date Re-Discovered: 2010-10-26 10:34:16

Control Number: 59195
Studio: Fox
Title: Machete
```

CONFIDENTIAL

HF00673161

```
Infringing Host File Download Link:
http://hotfile.com/dl/77745645/7024782/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part05.rar.html
Previous Submission Dates: 2010-10-27 00:14:00
Date Re-Discovered: 2010-10-26 10:34:15

Control Number: 59196
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77745710/0a8a173/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part06.rar.html
Previous Submission Dates: 2010-10-27 00:14:00
Date Re-Discovered: 2010-10-26 10:34:15

Control Number: 59192
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77745312/fd0450d/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part02.rar.html
Previous Submission Dates: 2010-10-27 00:14:00
Date Re-Discovered: 2010-10-26 10:34:14

Control Number: 59193
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77745378/f3a0940/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part03.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:34:14

Control Number: 59194
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77745587/e2fd9a0/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part04.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:34:14

Control Number: 59191
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77745267/8034d51/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part01.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:34:13

Control Number: 59164
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/78275788/5d1c360/Machete_v3.6.22_Portable.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:30:33
```

CONFIDENTIAL

```
Control Number: 59152
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78134570/c44e7ba/Day.Knight.part2.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:26:38


Control Number: 59151
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78134550/35df55b/Day.Knight.part1.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:26:37


Control Number: 59142
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77888135/6921d18/_Knight.And.Day.2010.DVDRip.XviD-ZMG.part3.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:26:28


Control Number: 59141
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77887524/0c03dc2/_Knight.And.Day.2010.DVDRip.XviD-ZMG.part2.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:26:27


Control Number: 59140
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77886798/678c447/_Knight.And.Day.2010.DVDRip.XviD-ZMG.part1.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:26:26


Control Number: 59100
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76942321/2ccf3a0/Kni
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:23:17


Control Number: 59097
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76942316/d671850/Knight.and.Day.2010.DVDRip.DLL.part1.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:23:16


Control Number: 59098
Studio: Fox
```

CONFIDENTIAL

HF00673163

```
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76942319/5e664ff/Knight.and.Day.2010.DVDRip.DLL.part2.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:23:16


Control Number: 59099
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76942320/b0487f1/Knight.and.Day.2010.DVDRip.DLL.part3.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:23:16


Control Number: 59072
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78177046/961f5e5/Knight.and.Day.2010.DvDrip.Eng.FXG.part6.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:20:39


Control Number: 59073
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78177056/3d9b4d1/Knight.and.Day.2010.DvDrip.Eng.FXG.part7.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:20:39


Control Number: 59070
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78177036/e90fd2a/Knight.and.Day.2010.DvDrip.Eng.FXG.part4.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:20:38


Control Number: 59071
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78177041/52cab9a/Knight.and.Day.2010.DvDrip.Eng.FXG.part5.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:20:38


Control Number: 59068
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78176949/e23db5f/Knight.and.Day.2010.DvDrip.Eng.FXG.part2.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:20:37


Control Number: 59069
Studio: Fox
Title: Knight and Day
```

CONFIDENTIAL

HF00673164

Infringing Host File Download Link:
http://hotfile.com/dl/78176967/7879f25/Knight.and.Day.2010.DvDrip.Eng.FXG.part3.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:20:37

Control Number: 59067
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78176947/4ef6ffb/Knight.and.Day.2010.DvDrip.Eng.FXG.part1.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:20:36

Control Number: 59049
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/71979882/dc9128e/Knight_and_Day__2010__R5_500MB.released.ws.part2.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:18:51

Control Number: 59050
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/71980346/6f36746/Knight_and_Day__2010__R5_500MB.released.ws.part3.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:18:51

Control Number: 59048
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/71979416/e96dfd5/Knight_and_Day__2010__R5_500MB.released.ws.part1.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:18:50

Control Number: 58780
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75384898/987dde1/SmartWarez.Org_.bc.Mach.2010.R5-LiNE.400MB.mkv.part1.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-25 22:51:36

Control Number: 58774
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/78337810/6136ddf/ZMG-K-And-D-2010-DVDRip-XviD.part7.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-25 22:35:00

Control Number: 58775

CONFIDENTIAL

HF00673165

```
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/78337746/9314b5b/ZMG-K-And-D-2010-
DVDRip-XviD.part8.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-25 22:35:00


Control Number: 58771
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/78337755/903f9cd/ZMG-K-And-D-2010-
DVDRip-XviD.part4.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-25 22:34:59


Control Number: 58772
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/78337734/c5303ee/ZMG-K-And-D-2010-
DVDRip-XviD.part5.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-25 22:34:59


Control Number: 58773
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/78337754/8600fb0/ZMG-K-And-D-2010-
DVDRip-XviD.part6.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-25 22:34:59


Control Number: 58769
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/78337751/f822e3d/ZMG-K-And-D-2010-
DVDRip-XviD.part2.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-25 22:34:58


Control Number: 58770
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/78337749/d6e7f8e/ZMG-K-And-D-2010-
DVDRip-XviD.part3.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-25 22:34:58


Control Number: 58768
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/78337742/81675ed/ZMG-K-And-D-2010-
DVDRip-XviD.part1.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-25 22:34:57


Control Number: 50526
Studio: Fox
Title: Machete
```

CONFIDENTIAL

HF00673166

```
Infringing Host File Download Link:
http://hotfile.com/dl/77167525/b25e485/Machete.2010.R5.720p.BluRay.x264.READ.NFO-
WPi.part06.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:25, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:30:00


Control Number: 50522
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77167526/8ec4ac6/Machete.2010.R5.720p.BluRay.x264.READ.NFO-
WPi.part02.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:25, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:29:59


Control Number: 50523
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77167528/bb98e70/Machete.2010.R5.720p.BluRay.x264.READ.NFO-
WPi.part03.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:29:59


Control Number: 50521
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77167523/617f488/Machete.2010.R5.720p.BluRay.x264.READ.NFO-
WPi.part01.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:29:58


Control Number: 50409
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76962715/5bf6251/knigh.and.day_Hotfile-Zone.com.part3.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:06:31


Control Number: 50410
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76962600/3abcbda/knigh.and.day_Hotfile-Zone.com.part4.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:06:31


Control Number: 50407
Studio: Fox
Title: Knight and Day
```

CONFIDENTIAL

HF00673167

```
Infringing Host File Download Link:
http://hotfile.com/dl/76963142/af3b003/knigh.and.day_Hotfile-Zone.com.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:06:30

Control Number: 50408
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76962846/e6eade0/knigh.and.day_Hotfile-Zone.com.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:06:30

Control Number: 50398
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77138456/8b684b0/KDXALEGi0N.part5.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:04:30

Control Number: 50399
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77138458/8c756cd/KDXALEGi0N.part6.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:04:30

Control Number: 50396
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77138460/b627c77/KDXALEGi0N.part3.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:04:29

Control Number: 50397
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77138455/719781f/KDXALEGi0N.part4.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:04:29

Control Number: 50394
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77138457/0ee6a9b/KDXALEGi0N.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
```

HF00673168

```
Date Re-Discovered: 2010-10-20 11:04:28

Control Number: 50395
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77138459/28d1224/KDXALEGi0N.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:04:28

Control Number: 50386
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77128887/4ffaf4c/Knight.And.Day.DVDRiP.AC3.XViD-IMAGiNE.part14.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:04:22

Control Number: 50384
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77128687/9bf8be4/Knight.And.Day.DVDRiP.AC3.XViD-IMAGiNE.part12.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:04:21

Control Number: 50385
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77128786/0a26b9f/Knight.And.Day.DVDRiP.AC3.XViD-IMAGiNE.part13.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:04:21

Control Number: 50382
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77128578/ea37cc2/Knight.And.Day.DVDRiP.AC3.XViD-IMAGiNE.part10.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:04:20

Control Number: 50383
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77128583/5c4b77c/Knight.And.Day.DVDRiP.AC3.XViD-IMAGiNE.part11.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:04:20

Control Number: 50379
Studio: Fox
```

| | |
|---|---|
| **From:** | fox@mimtid.com |
| **Sent:** | Friday, October 29, 2010 1:55 AM |
| **To:** | abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com |
| **Subject:** | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of
Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies
("Fox"), to notify you of the continued infringement on your site of Fox's intellectual
property rights in the titles identified in this email. Notices of Copyright Infringement
were previously sent to Hotfile.com for the identified titles and links on the dates listed
in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to
video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly
remove and disable the links to all unauthorized copies of works whose copyrights are owned
by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights, remedies, or
defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described
herein is not authorized by Fox, its agent, or the law. The information in this notice is
accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox
with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 49813
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/76859883/8f636dd/www.mp3kap.net-
vampsuck.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 18:35:07

CONFIDENTIAL                                                                                      HF00678892

```
Control Number: 49784
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76826143/d140753/2010Knight.part14.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:49


Control Number: 49782
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76826651/782da3f/2010Knight.part12.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:48


Control Number: 49783
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76826735/dc2c35d/2010Knight.part13.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:48


Control Number: 49780
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76828591/8c4ffa4/2010Knight.part10.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:47


Control Number: 49781
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76826560/b537efe/2010Knight.part11.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:47


Control Number: 49777
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76827293/4594dd3/2010Knight.part07.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:46


Control Number: 49778
Studio: Fox
Title: Knight and Day
```

CONFIDENTIAL

HF00678893

Infringing Host File Download Link:
http://hotfile.com/dl/76826324/437e6ea/2010Knight.part08.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:46

Control Number: 49779
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76826501/97cd77b/2010Knight.part09.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:46

Control Number: 49775
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76823990/b258ad3/2010Knight.part05.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:45

Control Number: 49776
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76824073/a81c9e1/2010Knight.part06.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:45

Control Number: 49772
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76822741/28de7aa/2010Knight.part02.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:44

Control Number: 49773
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76822837/262e76f/2010Knight.part03.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:44

Control Number: 49774
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76823103/37b4bd1/2010Knight.part04.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01

CONFIDENTIAL

HF00678894

```
Date Re-Discovered: 2010-10-19 17:58:44

Control Number: 49771
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76822736/0b51475/2010Knight.part01.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:43

Control Number: 49762
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77049195/f72a6e7/KaDDxALOADiNG.part7.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:40:05

Control Number: 49759
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77049192/f1378e4/KaDDxALOADiNG.part4.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:40:04

Control Number: 49760
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77049194/44f63ac/KaDDxALOADiNG.part5.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:40:04

Control Number: 49761
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77049198/a50d44b/KaDDxALOADiNG.part6.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:40:04

Control Number: 49757
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77049196/43a9cc8/KaDDxALOADiNG.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:40:03

Control Number: 49758
Studio: Fox
```

CONFIDENTIAL

HF00678895

```
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77049193/a300c3f/KaDDxALOADiNG.part3.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:40:03


Control Number: 49756
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/76875198/37f6b48/Sallvi-
VamSuc.BruT4L.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:32:06


Control Number: 49745
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/76875821/2beaf6c/Sallvi-
VamSuc.BruT4L.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:31:37


Control Number: 49743
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77034573/c4e8493/kad10ripr.part7.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:10


Control Number: 49744
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77034071/bbcc11c/kad10ripr.part8.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:10


Control Number: 49740
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77033969/e7b48b4/kad10ripr.part4.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:09


Control Number: 49741
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77034032/0d94cb1/kad10ripr.part5.rar.html
```

```
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:09

Control Number: 49742
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77034049/cf8cfed/kad10ripr.part6.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:09

Control Number: 49738
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77033977/e51a550/kad10ripr.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:08

Control Number: 49739
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77033929/640e5c5/kad10ripr.part3.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:08

Control Number: 49737
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77033542/9e42048/kad10ripr.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:07

Control Number: 49726
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77049197/eac0141/KaDDxALOADiNG.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:00

Control Number: 49717
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77024804/3c760b8/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part8.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:31:46
```

CONFIDENTIAL

HF00678897

```
Control Number: 49715
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77024636/3280123/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part6.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:31:45


Control Number: 49716
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77024757/783b9b8/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part7.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:31:45


Control Number: 49712
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77024303/d4c9626/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part3.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:31:44


Control Number: 49713
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77024340/20d92d7/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part4.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:31:44


Control Number: 49714
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77024409/eb32279/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part5.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:31:44


Control Number: 49710
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77024276/a5c8481/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part1.rar.html
```

CONFIDENTIAL

HF00678898

```
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:31:43

Control Number: 49711
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77024300/48a5c88/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:31:43

Control Number: 49647
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76856663/94d55e9/Kni.1.8.1.0.A.G.O.N.Z.L.O.P.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 15:17:16

Control Number: 49648
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76856891/86f95e1/Kni.1.8.1.0.A.G.O.N.Z.L.O.P.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 15:17:16

Control Number: 49649
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76857090/c5339ea/Kni.1.8.1.0.A.G.O.N.Z.L.O.P.part3.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 15:17:16

Control Number: 49635
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77028532/542409e/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part3.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 15:16:53

Control Number: 49636
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77028679/0749820/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part4.rar.html
```

CONFIDENTIAL

HF00678899

Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 15:16:53

Control Number: 49633
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77028007/87ef333/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 15:16:52

Control Number: 49634
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77028251/9e05cde/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 15:16:52

Control Number: 49623
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76996174/c4a2a45/ARCknghtnddy.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:02
Date Re-Discovered: 2010-10-19 15:13:55

Control Number: 49624
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76996189/8e2fcd4/ARCknghtnddy.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:02
Date Re-Discovered: 2010-10-19 15:13:55

Control Number: 49571
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76859228/b92ac3e/1link.Knight.and.Day.Dvdrip.part08.rar.html
Previous Submission Dates: 2010-10-21 00:06:29, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:02
Date Re-Discovered: 2010-10-19 15:11:11

Control Number: 49572
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76859616/0c17bd8/1link.Knight.and.Day.Dvdrip.part09.rar.html
Previous Submission Dates: 2010-10-21 00:06:29, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:02

CONFIDENTIAL

HF00678900

```
Date Re-Discovered: 2010-10-19 15:11:11

Control Number: 49573
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76860045/43834e3/1link.Knight.and.Day.Dvdrip.part10.rar.html
Previous Submission Dates: 2010-10-21 00:06:29, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:02
Date Re-Discovered: 2010-10-19 15:11:11

Control Number: 49569
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76858310/17edd7d/1link.Knight.and.Day.Dvdrip.part06.rar.html
Previous Submission Dates: 2010-10-21 00:06:29, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:02
Date Re-Discovered: 2010-10-19 15:11:10

Control Number: 49570
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76858627/b401284/1link.Knight.and.Day.Dvdrip.part07.rar.html
Previous Submission Dates: 2010-10-21 00:06:29, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:02
Date Re-Discovered: 2010-10-19 15:11:10

Control Number: 49567
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76857434/2c30fe4/1link.Knight.and.Day.Dvdrip.part04.rar.html
Previous Submission Dates: 2010-10-21 00:06:29, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:02
Date Re-Discovered: 2010-10-19 15:11:09

Control Number: 49568
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76857806/ce70de1/1link.Knight.and.Day.Dvdrip.part05.rar.html
Previous Submission Dates: 2010-10-21 00:06:29, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:02
Date Re-Discovered: 2010-10-19 15:11:09

Control Number: 49564
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76853790/eea1438/1link.Knight.and.Day.Dvdrip.part01.rar.html
Previous Submission Dates: 2010-10-21 00:06:29, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:02
Date Re-Discovered: 2010-10-19 15:11:08

Control Number: 49565
Studio: Fox
```

CONFIDENTIAL

HF00678901