UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**DECLARATION OF JENNIFER V. YEH IN SUPPORT OF PLAINTIFFS'
MOTION TO STRIKE PORTIONS OF DECLARATIONS OF PROFESSOR JAMES
BOYLE, DR. ANDEW CROMARTY, AND ANTON TITOV IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT**

**PUBLIC REDACTED VERSION**

I, Jennifer V. Yeh, declare as follows:

1. I am an attorney at the law firm of Jenner & Block LLP, and counsel to the plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. The statements made in this declaration are based on my personal knowledge including on information provided to me by colleagues or other personnel working under my supervision on this case. If called to testify, I would testify as follows:

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the deposition of Professor James Boyle, taken on Dec. 21, 2011 and Jan. 19, 2012 in the above-captioned case.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition of Scott Zebrak, taken on Dec. 20, 2011 and Jan. 20, 2012 in the above-captioned case.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the deposition of defendant Anton Titov, in his personal capacity and as Fed. R. Civ. P. 30(b)(6) representative of defendant Hotfile Corp., taken from Dec. 5 to Dec. 8, 2011 in the above-captioned case.

5. Attached hereto as Exhibit 4 is a true and correct copy of Defendants' Responses to Plaintiffs' First Set of Requests for Production, served on May 5, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2012.

_____
Jennifer V. Yeh