Highly Confidential

Page 191

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2            CASE NO. 11-20427-WILLIAMS/TURNOFF
 3    - - - - - - - - - - - - - - - - - - - - - - - -
      DISNEY ENTERPRISES,
 4    INC., TWENTIETH CENTURY
      FOX FILM CORPORATION,
 5    UNIVERSAL CITY STUDIOS
      PRODUCTIONS LLLP,
 6    COLUMBIA PICTURES
      INDUSTRIES, INC., and
 7    WARNER BROS.
      ENTERTAINMENT, INC.,
 8
 9             Plaintiff,
10    v.
11    HOTFILE CORP., ANTON
      TITOV, and DOES 1-10,
12
13             Defendants.
14
      HOTFILE CORP.,
15
               Counterclaimant,
16
      v.
17
      WARNER BROS ENTERTAINMENT
18    INC.,
               Counterdefendant.
19
      - - - - - - - - - - - - - - - - - - - - - - - -
20                       VOLUME II
             H I G H L Y   C O N F I D E N T I A L
21       (Pursuant to protective order, the following
        transcript has been designated highly confidential)
22
             30(b)(6) DEPOSITION OF ANTON TITOV
23                  Radisson Blu Hotel
                      Sofia, Bulgaria
24             Tuesday, December 6, 2011
                   AT:  9:10 a.m.
25                 Job No: 44175
```

Highly Confidential

1                    A P P E A R A N C E S
2    ATTORNEY FOR THE PLAINTIFFS:
3              JENNER & BLOCK
               BY:  STEVEN B. FABRIZIO, ESQ.
4              1099 New York Avenue, NW
5              Washington, DC  20001
6
7
8

     ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
9    AND ANTON TITOV:
               FARELLA, BRAUN & MARTEL
10             BY:  RODERICK M. THOMPSON, ESQ.
               235 Montgomery Street
11             San Francisco, California  94104
12
13             BOSTON LAW GROUP
               VALENTIN GURVITS
14             825 Beacon Street
               Newton Center, MA 02459
15
16
17
18
19
20
21
22
23
24
25

Highly Confidential

Page 193

1   Also present:

2   Court reporter:

3           Fiona Farson
            TSG Reporting

4

5   Videographer:

6           Simon Rutson
            TSG Reporting

7

8   Interpreter:

9           Assist. Prof. Boris Naimushin, Ph.D.

10

11  Technical expert:

12          Kelly Truelove

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 340



Highly Confidential

Page 341



9    Q.  Currently -- just wait one second; I kind of feel like

10       it's dial-an-expert.  It's kind of like he's here.

11   MR. THOMPSON:  We can't hear what he's saying, though.

12   MR. FABRIZIO:  You can't hear what he's saying; I can.

13       I feel like a newscaster.

14   MR. THOMPSON:  That's right.  Maybe a puppet, huh?

15   BY MR. FABRIZIO:

16   Q.  Okay.  Sorry, my editor was talking.

17       Currently, Hotfile receives DMCA notices by regular

18       mail, correct?

19   A.  Correct.

20   Q.  By facsimile, correct?

21   A.  Correct.

22   Q.  By email, correct?

23   A.  Correct.

24   Q.  And by special rights holder account, correct?

25   A.  Correct.

Highly Confidential

Page 371

1           HIGHLY CONFIDENTIAL
            CERTIFICATE OF DEPONENT
2

3

   I, ANTON TITOV, hereby certify that I have read the
4  foregoing pages of my deposition of testimony taken in these
   proceedings on Tuesday, December 6, 2011, and, with the
5  exception of the changes listed on the next page and/or
   corrections, if any, find them to be a true and accurate
6  transcription thereof.

7

8

9

10

   Signed:  .............................
11
   Name:    ANTON TITOV
12
   Date:    1/20/2012.................
13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 373

```
 1                    HIGHLY CONFIDENTIAL

 2

 3                         E R R A T A

 4                  Deposition of ANTON TITOV

 5     Page/Line No.        Description              Reason for change

 6      225:25      Remind me. --> There might be.    Correct transcription

 7      234:20      Presentation --> representation   Correct transcription

 8      234:20      cost of the --> concept of        Correct transcription

 9      261:2       As --> That's                     Correct transcription

10      273:20      Limewire --> Limelight            Correct transcription

11      279:3       is --> would                      Correct transcription

12      293:11      following --> logging             Correct transcription

13      306:5       calls --> holds                   Correct transcription

14      306:6   service at hotfile.com --> to abuse@hotfile.com Correct trans.

15      321:6       would decide it --> with this ID  Correct transcription

16      333:20      brought --> blocked               Correct transcription

17      337:7       file --> file ID                  Correct transcription

18   Signed:  ....................

19   Name:   ANTON TITOV

20   Date:   ....................

21

22

23

24

25
```

Highly Confidential

Page 373

1                    HIGHLY CONFIDENTIAL

2

3                       E R R A T A

4                  Deposition of ANTON TITOV

5        Page/Line No.        Description              Reason for change

6        361:25          state --> table              Correct transcription

7        368:7  users stay on our uploads --> users_cowner_upload  Correct trans

8

9

10

11

12

13

14

15

16

17

18    Signed:    ..................

19    Name:    ANTON TITOV

20    Date:    1/20/2012..............

21

22

23

24

25

TSG Reporting - Worldwide      (877) 702-9580

Highly Confidential

Page 372

1                      HIGHLY CONFIDENTIAL
                  CERTIFICATE OF COURT REPORTER
2

3

     I, Fiona Farson, with TSG Reporting, hereby certify that the
4    testimony of the witness Anton Titov in the foregoing
     transcript, taken on Tuesday, December 6, 2011 was reported
5    by me in machine shorthand and was thereafter transcribed by
     me; and that the foregoing transcript is a true and accurate
6    verbatim record of the said testimony.
7

     I further certify that I am not a relative, employee,
8    counsel or financially involved with any of the parties to
     the within cause, nor am I an employee or relative of any
9    counsel for the parties, nor am I in any way interested in
     the outcome of the within cause.
10

11

12

13

14

     Signed:  ........................
15

     Fiona Farson
16

     Dated: 12/17/2011
17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 374

1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
2           CASE NO. 11-20427-WILLIAMS/TURNOFF
3    - - - - - - - - - - - - - - - - - - - - - - - - - -
     DISNEY ENTERPRISES,
4    INC., TWENTIETH CENTURY
     FOX FILM CORPORATION,
5    UNIVERSAL CITY STUDIOS
     PRODUCTIONS LLLP,
6    COLUMBIA PICTURES
     INDUSTRIES, INC., and
7    WARNER BROS.
     ENTERTAINMENT, INC.,
8            Plaintiff,
9    v.
10   HOTFILE CORP., ANTON
     TITOV, and DOES 1-10,
11
12           Defendants.
13
14   HOTFILE CORP.,
15           Counterclaimant,
16   v.
17   WARNER BROS ENTERTAINMENT
     INC.,
18           Counterdefendant.
19   - - - - - - - - - - - - - - - - - - - - - - - - - -
                    VOLUME III
20         H I G H L Y   C O N F I D E N T I A L
         (Pursuant to protective order, the following
21     transcript has been designated highly confidential)
22           30(b)(6) DEPOSITION OF ANTON TITOV
                 Radisson Blu Hotel
23                Sofia, Bulgaria
             Wednesday, December 7, 2011
24               AT:  9:09 a.m.
25   Job # 44429

HIGHLY CONFIDENTIAL

Page 375

1    A P P E A R A N C E S

2        ATTORNEY FOR THE PLAINTIFFS:

                JENNER & BLOCK, LLP
3               BY:  STEVEN FABRIZIO, ESQ.
                1099 New York Avenue, NW
4               Washington, DC  20001

5

6

7

        ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
8       AND ANTON TITOV:

                FARELLA, BRAUN & MARTEL, LLP
9               BY:  RODERICK THOMPSON, ESQ.
                235 Montgomery Street
10              San Francisco, California  94104

11

12              BOSTON LAW GROUP
                BY:  VALENTIN GURVITS
13              825 Beacon Street
                Newton Center, MA 02459

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 376

1    Also present:

2    Court reporter:

3            Fiona Farson

             TSG Reporting

4

5    Videographer:

6            Simon Rutson

             TSG Reporting

7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10           Elena Alexieva

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 475



H I G H L Y   C O N F I D E N T I A L

Page 476

H I G H L Y   C O N F I D E N T I A L

Page 493



21   Q.  In addition to his responsibilities in communicating

22       with users, did Mr. Ianakov promote Hotfile through

23       internet forums and the like?

24   MR. THOMPSON:  Objection, vague.

25   A.  Not since the beginning.

HIGHLY CONFIDENTIAL

Page 494

1    BY MR. FABRIZIO:

2    Q.  But in the beginning he did?

3    A.  I believe so.

4    Q.  Okay.  And you knew he was doing it at the beginning?

5    A.  I think so.

6    Q.  And you approved of him doing it at the beginning?

7    A.  I guess I didn't say anything, so ...

8    Q.  You understood he was trying to help Hotfile become more

9        well-known and gain users, correct?

10   A.  I think it was my understanding, yes.

11   Q.  So you considered his activities good for Hotfile?

12   MR. THOMPSON:  Objection, vague.

13   A.  I don't know about all his activities but, generally,

14       yes.

H I G H L Y   C O N F I D E N T I A L

Page 552

1                        HIGHLY CONFIDENTIAL
                      CERTIFICATE OF DEPONENT
2

3
        I, ANTON TITOV, hereby certify that I have read the
4   foregoing pages of my deposition of testimony taken in these
    proceedings on Wednesday, December 7, 2011, and, with the
5   exception of the changes listed on the next page and/or
    corrections, if any, find them to be a true and accurate
6   transcription thereof.

7

8

9

10

11  Signed:  _____

12  Name:    ANTON TITOV

13  Date:    1/20/2012

14

15

16

17

18

19

20

21

22

23

24

25

**REDACTED**

H I G H L Y   C O N F I D E N T I A L

Page 553

1              HIGHLY CONFIDENTIAL
           CERTIFICATE OF COURT REPORTER
2

3

       I, Fiona Farson, with TSG Reporting, hereby certify that the
4    testimony of the witness Anton Titov in the foregoing
     transcript, taken on Wednesday, December 7, 2011 was
5    reported by me in machine shorthand and was thereafter
     transcribed by me; and that the foregoing transcript is a
6    true and accurate verbatim record of the said testimony.

7

       I further certify that I am not a relative, employee,
8    counsel or financially involved with any of the parties to
     the within cause, nor am I an employee or relative of any
9    counsel for the parties, nor am I in any way interested in
     the outcome of the within cause.

10

11

12

13

14

       Signed: _____
15

       Fiona Farson
16

       Dated: 12-19-2011
17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 555

1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
2            CASE NO. 11-20427-WILLIAMS/TURNOFF
3     - - - - - - - - - - - - - - - - - - - - - - - - - -
      DISNEY ENTERPRISES,
4     INC., TWENTIETH CENTURY
      FOX FILM CORPORATION,
5     UNIVERSAL CITY STUDIOS
      PRODUCTIONS LLLP,
6     COLUMBIA PICTURES
      INDUSTRIES, INC., and
7     WARNER BROS.
      ENTERTAINMENT, INC.,
8
9              Plaintiff,
10    v.
11    HOTFILE CORP., ANTON
      TITOV, and DOES 1-10,
12
13             Defendants.
14
15    HOTFILE CORP.,
16             Counterclaimant,
17    v.
18    WARNER BROS ENTERTAINMENT
      INC.,
19             Counterdefendant.
20    - - - - - - - - - - - - - - - - - - - - - - - - - -
                    VOLUME IV
21        H I G H L Y   C O N F I D E N T I A L
          (Pursuant to protective order, the following
22      transcript has been designated highly confidential)
23          30(b)(6) DEPOSITION OF ANTON TITOV
                   Radisson Blu Hotel
24                 Sofia, Bulgaria
             Thursday, December 8, 2011
25    Job #44430           AT:  9:10 a.m.

HIGHLY CONFIDENTIAL

Page 556

1                A P P E A R A N C E S
2    ATTORNEY FOR THE PLAINTIFFS:
3            JENNER & BLOCK
             BY:  STEVEN FABRIZIO, ESQ.
4            1099 New York Avenue, NW
             Washington, DC  20001
5
6
7
8
     ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
9    AND ANTON TITOV:
             FARELLA, BRAUN & MARTEL
10           BY:  RODERICK THOMPSON, ESQ.
             235 Montgomery Street
11           San Francisco, CA 94104
12
13           BOSTON LAW GROUP
             By: VALENTIN GURVITS, ESQ.
14           825 Beacon Street
             Newton Center, MA 02459
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 557

1    Also present:

2    Court reporter:

3            Fiona Farson

             TSG Reporting

4

5    Videographer:

6            Simon Rutson

             TSG Reporting

7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 574

18   Q.   Do you recall ever telling him to stop promoting on any

19        particular site or forum?

20   A.   No, I don't recall.

HIGHLY CONFIDENTIAL

Page 729

1

CERTIFICATE OF DEPONENT

2

3

    I, ANTON TITOV, hereby certify that I have read the
4   foregoing pages of my deposition of testimony taken in these
    proceedings on Thursday, December 8, 2011, and, with the
5   exception of the changes listed on the next page and/or
    corrections, if any, find them to be a true and accurate
6   transcription thereof.

7

8

9

10

Signed:  ..................................

11

Name:   ANTON TITOV

12

Date:   1/20/2012 ..............

13

14

15

16

17

18

19

20

21

22

23

24

25

TSG Reporting - Worldwide

# REDACTED

HIGHLY CONFIDENTIAL

Page 730

1                    HIGHLY CONFIDENTIAL
                CERTIFICATE OF COURT REPORTER
2

3

     I, Fiona Farson, with TSG Reporting, hereby certify that the
4    testimony of the witness Anton Titov in the foregoing
     transcript, taken on Thursday, December 8, 2011 was reported
5    by me in machine shorthand and was thereafter transcribed by
     me; and that the foregoing transcript is a true and accurate
6    verbatim record of the said testimony.

7

     I further certify that I am not a relative, employee,
8    counsel or financially involved with any of the parties to
     the within cause, nor am I an employee or relative of any
9    counsel for the parties, nor am I in any way interested in
     the outcome of the within cause.
10

11

12

13

14

     Signed:  ........................
15

     Fiona Farson
16

     Dated: 12-20-2011
17

18

19

20

21

22

23

24

25