UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**REPLY DECLARATION OF JENNIFER V. YEH IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

**PUBLIC REDACTED VERSION**

I, Jennifer V. Yeh, declare as follows:

1. I am an attorney at the law firm of Jenner & Block LLP, and counsel to the plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. The statements made in this declaration are based on my personal knowledge including on information provided to me by colleagues or other personnel working under my supervision on this case. If called to testify, I would testify as follows:

2. Attached hereto as Exhibit 151 is a true and correct copy of excerpts of the deposition of Professor James Boyle, taken on Dec. 21, 2011 and Jan. 19, 2012 in the above-captioned case.

3. Attached hereto as Exhibit 152 is a true and correct copy of excerpts of the deposition of Dr. Daniel Levy, taken on Jan. 17, 2012 in the above-captioned case.

4. Attached hereto as Exhibit 153 is a true and correct copy of excerpts of the deposition of defendant Anton Titov, in his personal capacity and as Fed. R. Civ. P. 30(b)(6) representative of defendant Hotfile Corp., taken from Dec. 5 to Dec. 8, 2011 in the above-captioned case.

5. Attached hereto as Exhibit 154 is a true and correct copy of a printout of a screenshot from the website FileMirrors.Info, printed on March 9, 2012 from the indicated URL.

6. Attached hereto as Exhibit 155 is a true and correct copy of a printout of a screenshot of the Affiliate page of the Hotfile website, printed on July 28, 2010 from the indicated URL.

7. Attached hereto as Exhibit 156 is Appendix A to Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment, a demonstrative illustrating data related to 'zero-download' files on the Hotfile system. Dr. Ian Foster analyzed this data and determined that over [REDACTED] of the "zero-download" files were deleted by Hotfile for "inactivity", another [REDACTED] of the "zero-download" files were deleted either because the file was identified as infringing or because the user was terminated as a repeat infringer, and less than [REDACTED] of the zero-download files (only [REDACTED] of all files ever uploaded to Hotfile) are actually active files. *See* Foster Reply Decl. ¶ 11.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2012.

_____
 Jennifer V. Yeh