# Yeh Exhibit 151

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3               CASE NO. 11-20427-WILLIAMS

 4

 5   DISNEY ENTERPRISES, INC.,    )
     TWENTIETH CENTURY FOX FILM   )
 6   CORPORATION, UNIVERSAL CITY  )
     STUDIOS PRODUCTIONS LLLP,    )
 7   COLUMBIA PICTURES            )
     INDUSTRIES, INC., and        )
 8   WARNER BROS. ENTERTAINMENT   )
     INC.,                        )
 9                                )
                                  )
10   Plaintiffs,                  )
                                  )
11                                )
     v.                           )
12                                )
     HOTFILE CORP., ANTON TITOV   )
13   and DOES 1-10,               )
                                  )
14   Defendants.                  )

15

16

17             Deposition of JAMES BOYLE

18              (Taken by the Plaintiffs)

19              Raleigh, North Carolina

20               December 21, 2011

21

22

23   Reported by:    Marisa Munoz-Vourakis -
                     RMR, CRR and Notary Public
24   TSg Job # 44315

25
```

```
 1    APPEARANCE OF COUNSEL:

 2    For the Plaintiffs:

 3              DUANE POZZA, ESQ.

 4              Jenner & Block

 5              1099 New York Avenue, NW, Suite 900

 6              Washington, DC 20001

 7

 8

 9

10    For the Defendants:

11              DEEPAK GUPTA, ESQ.

12              Farella Braun & Martel

13              Russ Building

14              235 Montgomery Street

15              San Francisco, CA 94104

16

17

18

19              Deposition of JAMES BOYLE, taken by the

20    Plaintiffs, at Office Suites Plus, 3737 Glenwood

21    Avenue, Suite 100, Raleigh, North Carolina, on the 21st

22    day of December, 2011 at 11:04 a.m., before Marisa

23    Munoz-Vourakis, Registered Merit Reporter, Certified

24    Realtime Reporter and Notary Public.

25
```

Page 13

5       Q.      In the course of your research, do you have

6   any experience designing statistical studies?

7               MR. GUPTA:  Objection, vague and

8        ambiguous.

9       A.      No, I do not.

10      Q.      Are you trained in statistics?

11      A.      No, I am not.

12      Q.      In the course of your research, do you have

13  any experience analyzing large data sets?

14              MR. GUPTA:  Objection, vague and

15       ambiguous.

16      A.      No, I would say that I do not have the

17  experience as a statistician analyzing large data sets.

18  As an academic, I have to consider large amounts of

19  data all of the time and try and draw conclusions from

20  it, so it depends exactly what you mean by large data

21  sets.

Page 43

1    Q.      Did you attempt to identify a

2  representative sample of files that are on Hotfile?

3              MR. GUPTA:  Once again, objection,

4       that's vague and ambiguous.

5    A.      No.  If you look at my report, paragraph

6  seven, you will find the sentence:  My examination of

7  Hotfile was not an exhaustive review of the files on

8  Hotfile, nor does it purport to be a representative

9  statistical sample of the uses of Hotfile as a whole.

1              C E R T I F I C A T E

2        I, Marisa Munoz-Vourakis, RMR, CRR and Notary Public,

3    the officer before whom the foregoing proceeding was

4    conducted, do hereby certify that the witness(es) whose

5    testimony appears in the foregoing proceeding were duly

6    sworn by me; that the testimony of said witness(es) were

7    taken by me to the best of my ability and thereafter

8    transcribed under my supervision; and that the foregoing

9    pages, inclusive, constitute a true and accurate

10   transcription of the testimony of the witness(es).

11       I do further certify that I am neither counsel for,

12   related to, nor employed by any of the parties to this

13   action in which this proceeding was conducted, and

14   further, that I am not a relative or employee of any

15   attorney or counsel employed by the parties thereof, nor

16   financially or otherwise interested in the outcome of the

17   action.

18   IN WITNESS WHEREOF, I have hereunto subscribed my name

19   this 27th of December, 2011.

20                          _____
                            MARISA MUNOZ-VOURAKIS

21   Notary #20032900127

22

23

24

25

Page 204

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3              CASE NO. 11-20427-WILLIAMS

 4

 5   DISNEY ENTERPRISES, INC.,    )
     TWENTIETH CENTURY FOX FILM   )
 6   CORPORATION, UNIVERSAL CITY  )
     STUDIOS PRODUCTIONS LLLP,    )
 7   COLUMBIA PICTURES            )
     INDUSTRIES, INC., and        )
 8   WARNER BROS. ENTERTAINMENT   )
     INC.,                        )
 9                                )
                                  )
10   Plaintiffs,                  )
                                  )
11                                )
     v.                           )
12                                )
     HOTFILE CORP., ANTON TITOV   )
13   and DOES 1-10,               )
                                  )
14   Defendants.                  )

15

16

17          Continued Deposition of JAMES BOYLE

18                     Volume II

19              (Taken by the Plaintiffs)

20              Raleigh, North Carolina

21                 January 19, 2012

22

23

24   Reported by:    Marisa Munoz-Vourakis -
                      RMR, CRR and Notary Public
25   TSG Job # 45588
```

```
 1   APPEARANCE OF COUNSEL:

 2   For the Plaintiffs:

 3            DUANE POZZA, ESQ.

 4            Jenner & Block

 5            1099 New York Avenue, NW, Suite 900

 6            Washington, DC 20001

 7

 8

 9

10   For the Defendants:

11            DEEPAK GUPTA, ESQ.

12            Farella Braun & Martel

13            Russ Building

14            235 Montgomery Street, 17th Floor

15            San Francisco, CA 94104

16

17

18                      o0o

19

20            Continued Deposition of JAMES BOYLE,

21   taken by the Plaintiffs, at Office Suites Plus, 3737

22   Glenwood Avenue, Suite 100, Raleigh, North Carolina, on

23   the 19th day of January, 2012 at 9:38 a.m., before

24   Marisa Munoz-Vourakis, Registered Merit Reporter,

25   Certified Realtime Reporter and Notary Public.
```

Page 278

1        A.       No, I am not.

2        Q.       Have you taken any steps to identify the

3    number of files uploaded to Hotfile for storage

4    purposes?

5        A.       What I said in my report was that I

6    provided one piece of information; namely, the number

7    of files with zero registered downloads.  I said that

8    was consistent with the file being used for storage,

9    and then I said, I think twice in the report, that I

10   didn't know what number of files were actually uploaded

11   for storage, what number of those zero download files.

12   And one of the reasons I said I didn't know was that

13   that had been excluded from Dr. Waterman's study.

14            So I don't know what number of files were

15   uploaded for storage.



[redacted]

But I would certainly repeat and stress that no, I do not know what number of these 57 million uploads with no registered downloads are actually examples of storage.

[redacted]

Page 462

```
 1                   SIGNATURE PAGE

 2        you.

 3            (Whereupon the deposition was

 4        concluded at 5:43 p.m.)

 5            (Signature reserved.)

 6
                    [signature]        Digitally signed by James Boyle
                                        DN: cn=James Boyle, o, ou,
 7        _____   email=jboyle@law.duke.edu, c=US
                                        Date: 2012.01.31 15:55:27 -05'00'

 8        JAMES BOYLE

 9

10

11    SUBSCRIBED AND SWORN to before me this _____

12    day of_____, 2012

13

14

15            _____

16                   NOTARY PUBLIC

17

18    My Commission expires:_____

19

20

21

22

23

24

25
```

Page 464

1                    C E R T I F I C A T E

2          I, Marisa Munoz-Vourakis, RMR, CRR and Notary Public,

3   the officer before whom the foregoing proceeding was

4   conducted, do hereby certify that the witness(es) whose

5   testimony appears in the foregoing proceeding were duly

6   sworn by me; that the testimony of said witness(es) were

7   taken by me to the best of my ability and thereafter

8   transcribed under my supervision; and that the foregoing

9   pages, inclusive, constitute a true and accurate

10  transcription of the testimony of the witness(es).

11         I do further certify that I am neither counsel for,

12  related to, nor employed by any of the parties to this

13  action in which this proceeding was conducted, and

14  further, that I am not a relative or employee of any

15  attorney or counsel employed by the parties thereof, nor

16  financially or otherwise interested in the outcome of the

17  action.

18  IN WITNESS WHEREOF, I have hereunto subscribed my name

19  this 23rd of January, 2012.

20

21

22                    _____
                         MARISA MUNOZ-VOURAKIS

23                        Notary #20032900127

24

25