# Yeh Exhibit 152

1         UNITED STATES DISTRICT COURT

2         SOUTHERN DISTRICT OF FLORIDA

3             MIAMI DIVISION

4    DISNEY ENTERPRISES, INC.,              Case No.

     TWENTIETH CENTURY FOX FILM              11-20427

5    CORPORATION, UNIVERSAL CITY

     STUDIOS PRODUCTIONS LLLP

6    COLUMBIA PICTURES INDUSTRIES

     INC., and WARNER BROS.

7    ENTERTAINMENT, INC.,

8              Plaintiffs,

         vs.

9

     HOTFILE CORP., ANTON TITOV,

10   and DOES 1-10,

11             Defendants.

12

13

14

15   HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

16

17       DEPOSITION OF DANIEL S. LEVY, PH.D.

18          SAN FRANCISCO, CALIFORNIA

19          TUESDAY, JANUARY 17, 2012

20

21

22

23   REPORTED BY:

24   CYNTHIA MANNING, CSR No. 7645, CLR, CCRR

25   JOB NO. 45587

1                    January 17, 2012

2                        9:04 a.m.

3

4

5

6

7          Deposition of DANIEL S. LEVY, PH.D.,

8    taken on behalf of Plaintiffs, at 235 Montgomery

9    Street, 17th Floor, San Francisco, California,

10   before Cynthia Manning, Certified Shorthand

11   Reporter No. 7645, Certified LiveNote Reporter,

12   California Certified Realtime Reporter.

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1   APPEARANCES:

2

3   FOR PLAINTIFFS:

4        JENNER & BLOCK
         BY:  DUANE POZZA, ESQ.
5        1099 New York Avenue, NW
         Suite 900
6        Washington, DC 20001-4412
         202.639.6000
7        dpozza@jenner.com

8

9   FOR DEFENDANTS:

10       FARELLA, BRAUN + MARTEL LLP
         BY:  ANDREW LEIBNITZ, ESQ.
11       235 Montgomery Street
         17th Floor
12       San Francisco, California 94104
         415.954.4400
13       aleibnitz@fbm.com

14

15  Also present:

16       Richard Waterman, Ph.D.
         (Telephonically appeared except from 11:00
17       to 11:30 a.m. PST)

18

19

20

21

22

23

24

25



[redacted]

Q. But just to be clear -- this might be implicit in your answer -- do you have an opinion

on the level of infringement that is occurring on
Hotfile?
A. I haven't been asked to design a sample
to do that, and I haven't done so.

[redacted]

9  Q. Just taking the month of January 2011,

10 do you have an opinion as to what percentage of

11 the downloads of files on Hotfile were

12 infringing?

13  A. I haven't been asked to come up with

14 that number.  I don't have an opinion as to the

15 percent of files that were infringing.

16  I have -- I don't have an opinion as to

17 the percent of files that were infringing, but I

18 do believe it is not the figure that Dr. Waterman

19 produced, because I don't think his analysis was

20 based on a scientific sample.

21  Q. Do you think it's higher or lower than

22 his figure?

23  A. I think that is something that's

24 knowable, it's something that could be done, and

25 I don't think anyone in this matter has yet

1    provided the study that would provide a

2    scientific basis for that.

3        Q.   So you have no reason to conclude

4    whether or not the actual level of infringement

5    is higher or lower than the number in

6    Dr. Waterman's report?

7        A.   Well, I think to -- at this point, you

8    know, an opinion on that would be speculation.

Page 26

14      Q.   Do you have any reason to believe that

15 the level of infringement in December of 2010 was

16 higher or lower than the 90 percent figure that

17 was provided in Dr. Waterman's report?

18      A.   Again, it would be speculation to

19 suggest whether it was higher or lower.  The

20 information in the sample could have been done to

21 analyze that, but Dr. Waterman didn't do that

22 sample.

23      Q.   And you have not done it either?

24      A.   I have not done that analysis in the

25 short time frame that I was provided since

Page 121



25        Q.    Taking into account all those

1    categories of downloads that were not included --

2    recorded in the Dailydownload file, do you

3    believe that the level of infringement in January

4    2011 was higher than 90 percent?

5        A.   I believe one can make hypotheses about

6    that, and some factors would indicate that there

7    would be a reason to think that there could be a

8    change, a difference.

9            But in order to determine that, rather

10   than just speculating on it, you have to do the

11   study that provided the information needed to

12   determine the rate of infringement for downloads

13   in a given day or for a month or for any other

14   time period or geography you wanted to analyze.

15       Q.   Do you have any reason to believe that

16   the number of infringing downloads in January

17   2011, counting all downloads, is lower than 90

18   percent?

19       A.   Well, again, I could develop hypotheses

20   about that that could be tested.  Countries are

21   different.  On average, the countries in the

22   excluded -- just picking one -- and I haven't

23   gone through and developed an overall perspective

24   on it.  But the countries that are excluded

25   are -- from the -- from the free downloads

1  include some very large poorer countries that

2  might have very different downloading behavior,

3  might use downloads in a very different way, may

4  be spending more time storing files, may use it

5  as a storage location.

6       There are all kinds of hypotheses that

7  would -- would suggest that it could be that it's

8  lower.

9       But in order to determine that you'd

10  have to study it, as I've said many times, you'd

11  have to capture the data and look at the data

12  that you want to understand the behavior of,

13  rather than speculate on it.

[redacted]





22        Q.    Do you know of any evidence that the

23   percentage of files that were downloaded that

24   were infringing was lower at any point in time

25   prior to January 2011 than 90 percent?

Page 168

1          MR. LEIBNITZ:  Object to form.

2          THE WITNESS:  Again, you'd have to --

3     you'd have to look at the data to determine that,

4     or do some other study to do that.

5          And Dr. Waterman hasn't done it and I

6     haven't done it.







[redacted]

[redacted]

[redacted]

Q. We were talking about storage of files on Hotfile before the break, and we were talking

Page 180

1    about what I termed zero download files.

2            Do you recall that?

3        A.   Yes.

4        Q.   And those are files for which there are

5    no downloads recorded in the Uploaddownload

6    table; is that correct?

7        A.   That's what we were talking about.

8        Q.   Have you been asked to do a further

9    analysis to determine what percentage of those

10   files are uploaded just for storage?

11       A.   I haven't been asked to do that.

12       Q.   What further information would you need

13   in order to determine what percentage of those

14   files were uploaded just for storage?

15       A.   Well, I don't know that I could list

16   all the information that you would need.  But

17   some of the information that we were talking

18   about before would be needed; more information

19   about excluded downloads for the features that

20   the Uploaddownload file didn't have.

21            You might be able to perform some

22   analysis based on the log files to determine --

23   to gather some more information on that.  That

24   might take some sort of model-based analysis, not

25   just straight sampling.

1      I haven't thought about it, so -- I

2  could think about it and I think I could design a

3  sample and then related model-based analysis or

4  other analysis to analyze that.

5      Q.   Would it be a separate analysis based

6  on analyzing a separate set of data?

7      A.   You know, I don't know.  I just

8  haven't -- I haven't thought about it.  I don't

9  know what -- at the moment, you know -- what the

10 best way to go about it would be.  And, you know,

11 there may be multiple ways to go about it.

12         But I haven't been asked to develop

13 that, so I'm not sure exactly how that would be

14 done at the moment.

Page 249

1         DECLARATION UNDER PENALTY OF PERJURY

2

3         I, DANIEL S. LEVY, PH.D., do hereby certify

4    under penalty of perjury that I have read the

5    foregoing transcript of my deposition taken on

6    January 17, 2012; that I have made such

7    corrections as appear noted herein in ink,

8    initialed by me; that my testimony as contained

9    herein, as corrected, is true and correct.

10

11         DATED this    21    day of   Feb

12    2012, at  211 Congress st, Boston  ,  ~~California~~.  Mass.

13

14                    *Daniel Levy* (signature)

15

16                    DANIEL S. LEVY, PH.D.

17

18

19

20

21

22

23

24

25

Page 1 of 2

Page 250

1    IN THE MATTER OF:  Disney Enterprises, et al.

                      vs.

2                   Hotfile, and Anton Titov

3

4    DATE:  January 17, 2012

5    WITNESS:  Daniel S. Levy, Ph.D.

6    Reason codes:

7             1.   To clarify the record.

              2.   To conform to the facts.

8             3.   To correct transcription errors.

9

Page **40**      Line **7**          Reason **1**

10

11   From     **!oz**          to **Dailydownload**

12

Page **51**      Line **11**       Reason **3**

13

14   From    **Conclusion**      to **Confusion**

15

Page **52**   Line **9**        Reason **3**

16

17   From     **100**         to **900**

18

Page **84**      Line **19**       Reason **3**

19

20   From **Dailydownloads**    to **daily down loads**

21

22

23             **DL**

24         DANIEL S. LEVY, PH.D.

25

Page 2 of 2

Page 250
A

```
 1    IN THE MATTER OF:  Disney Enterprises, et al.
                         vs.
 2                       Hotfile, and Anton Titov
 3
 4    DATE:  January 17, 2012
 5    WITNESS:  Daniel S. Levy, Ph.D.
 6    Reason codes:
 7           1.   To clarify the record.
              2.   To conform to the facts.
 8           3.   To correct transcription errors.
 9
      Page 84      Line 20          Reason 3
10
11    From Dailydownload        to daily down load
12
      Page 84      Line 21          Reason 3
13
14    From Case,                to Case
15
      Page 139     Line 24          Reason 3
16
17    From Download             to Dailydownload
18
      Page         Line             Reason
19
20    From                      to
21
22
23           DL
24           DANIEL S. LEVY, PH.D.
25
```

Page 251

1   STATE OF CALIFORNIA   )

2          :ss

3   COUNTY OF SAN MATEO   )

4          I, CYNTHIA MANNING, a Certified Shorthand

5   Reporter of the State of California, do hereby

6   certify:

7          That the foregoing proceedings were taken

8   before me at the time and place herein set forth;

9   that any witnesses in the foregoing proceedings,

10  prior to testifying, were placed under oath; that

11  a verbatim record of the proceedings was made by

12  me using machine shorthand which was thereafter

13  transcribed under my direction; further, that the

14  foregoing is an accurate transcription thereof.

15         I further certify that I am neither

16  financially interested in the action, nor a

17  relative or employee of any attorney of any of

18  the parties.

19

20         IN WITNESS WHEREOF, I have subscribed

21  my name this 19th day of January, 2012.

22

23  _____

24  CYNTHIA MANNING, CSR No. 7645, CCRR, CLR

25