# Yeh Exhibit 153

Page 555

```
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
2           CASE NO. 11-20427-WILLIAMS/TURNOFF
3    - - - - - - - - - - - - - - - - - - - - - - - - -
     DISNEY ENTERPRISES,
4    INC., TWENTIETH CENTURY
     FOX FILM CORPORATION,
5    UNIVERSAL CITY STUDIOS
     PRODUCTIONS LLLP,
6    COLUMBIA PICTURES
     INDUSTRIES, INC., and
7    WARNER BROS.
     ENTERTAINMENT, INC.,
8
9              Plaintiff,
10   v.
11   HOTFILE CORP., ANTON
     TITOV, and DOES 1-10,
12
13             Defendants.
14
15   HOTFILE CORP.,
16             Counterclaimant,
17   v.
18   WARNER BROS ENTERTAINMENT
     INC.,
19             Counterdefendant.
20   - - - - - - - - - - - - - - - - - - - - - - - - -
                         VOLUME IV
21           H I G H L Y  C O N F I D E N T I A L
           (Pursuant to protective order, the following
22      transcript has been designated highly confidential)
23             30(b)(6) DEPOSITION OF ANTON TITOV
                     Radisson Blu Hotel
24                    Sofia, Bulgaria
                Thursday, December 8, 2011
25   Job #44430           AT:  9:10 a.m.
```

HIGHLY CONFIDENTIAL

Page 556

1             A P P E A R A N C E S
2    ATTORNEY FOR THE PLAINTIFFS:
3            JENNER & BLOCK
             BY:  STEVEN FABRIZIO, ESQ.
4            1099 New York Avenue, NW
             Washington, DC  20001
5
6
7
8
     ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
9    AND ANTON TITOV:
             FARELLA, BRAUN & MARTEL
10           BY:  RODERICK THOMPSON, ESQ.
             235 Montgomery Street
11           San Francisco, CA 94104
12
13           BOSTON LAW GROUP
             By: VALENTIN GURVITS, ESQ.
14           825 Beacon Street
             Newton Center, MA 02459
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 557

1    Also present:
2    Court reporter:
3         Fiona Farson
          TSG Reporting
4
5    Videographer:
6         Simon Rutson
          TSG Reporting
7
8    Interpreter:
9         Assist. Prof. Boris Naimushin, Ph.D.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 664

```
 1      ████████████████████████████████████████
 2      ██████████████████████████████████████████
 3      ███████████████████████████████████████████
 4      ██████████████████████
 5      ████████████    ██████████████████████████
 6      ████████
 7      ██    █████████████████████████████████████
 8      █████████████████████████████████████████
 9      ████████████████████████████████
10      ███████████████
11      ██    ████████████████████████████████████
12      █████████████████████████████████████████
13      ████████████████████████████████████████
14      ████████████    ███████████████████████████████
15      ██    ██████████████████
16      █████████████████
17      ██    █████████████████████████████████████
18      ██████████████████████████████████████████████
19      ███████████████████████████████████████████████
20      ████████████    █████████████████
21      ██    █████████████████████████
22      ███████████████████
23      Q.   Are you aware of any factor or consideration that would
24           lead you to believe that the downloading patterns of
25           users from countries on the list of 54 are different
```

HIGHLY CONFIDENTIAL

Page 665

1      from the downloading patterns of users from countries
2      that are not on the list of 54?
3 MR. THOMPSON:  Same objection.
4 A.  I can't think of anything.



HIGHLY CONFIDENTIAL

Page 729

CERTIFICATE OF DEPONENT

I, ANTON TITOV, hereby certify that I have read the foregoing pages of my deposition of testimony taken in these proceedings on Thursday, December 8, 2011, and, with the exception of the changes listed on the next page and/or corrections, if any, find them to be a true and accurate transcription thereof.

Signed: ..........[signature]..............

Name: ANTON TITOV

Date: 1/20/2012

TSG Reporting - Worldwide

HIGHLY CONFIDENTIAL

Page 730

1       HIGHLY CONFIDENTIAL
        CERTIFICATE OF COURT REPORTER
2
3
        I, Fiona Farson, with TSG Reporting, hereby certify that the
4       testimony of the witness Anton Titov in the foregoing
        transcript, taken on Thursday, December 8, 2011 was reported
5       by me in machine shorthand and was thereafter transcribed by
        me; and that the foregoing transcript is a true and accurate
6       verbatim record of the said testimony.
7
        I further certify that I am not a relative, employee,
8       counsel or financially involved with any of the parties to
        the within cause, nor am I an employee or relative of any
9       counsel for the parties, nor am I in any way interested in
        the outcome of the within cause.
10
11
12
13
14
        Signed:  ........................
15
        Fiona Farson
16
        Dated: 12-20-2011
17
18
19
20
21
22
23
24
25