# Yeh Exhibit 154



**FileMirrors.Info**
the new generation of file searching

Add File Search Engine!

### server stats

Overall Downloads: 4389270
Overall Searches: 5966346
Total Page Views: 57624483
Total Checked Files: 44385381

### begin your search

Search
Advanced Search

**Click here to start download..**

by iLivid

Download: PCD.DollDomination.2009.rar from Usenet

Rapidshare Search - Megaupload Search - Hotfile Search - Sendspace Search - Mediafire Search - Filefactory Search - Easy-share Search - 4shared Search - Zippyshare Search - Badongo Search - 2shared Search

Download PCD.DollDomination.2009.rar from Hotfile.com

WHAT IF WE COULD SHOW YOU **HOW TO MAKE $500 - $3,000** WORKING PART TIME **FROM HOME?**

**File Name:** PCD.DollDomination.2009.rar
**File Size:** 57 MB
**File Description:** No description available
**File Extension:** rar
**Date added:** 2009-12-19 01:12:41
**Last check:** 2009-12-19 15:52:36

**Source website:** Get Free Premium Accounts

**Download:**
http://hotfile.com/dl/182987/c2d67b8/PCD.DollDomination.2009.rar.html

**Share This file with your friends:**

### Search History (Last 50)

Bravo G :: Filipe Guerra Can Filipe Guerra Can Lady Antebellum Ju :: 03 Grupo Tradi o Barquinho mp3 :: Mikdov :: Filipe Guerra Can Filipe Guerra Can Handbook Of Tran :: yfj tar gz :: i stay in love mairah c :: paiya movie downloa :: reloaded :: Filipe Guerra Can DJ tsr09149 B10 Night Filipe Guer :: desi wife :: 05 Safi connection Ayako mp3 :: Mikro Housebrothers Mikro hq Meck ft Leo Sayer Thunder :: Filipe Guerra Can Don LADY SAW ME HOLD YOU edit :: Filipe Guerra Can DJ tsr09149 B10 Night CONTEMPORARY :: Homm And Popoviciu Wire Oliver Koletzki Remix :: Nreloaded :: Filipe Guerra Can DJ tsr09149 B10 Night Edifier X600 :: Fukk Off Rave is :: haman s :: recep ivedi :: super taboo :: Saint Seiya 28 Sag :: primum link :: Filipe Guerra Can Akon she Filipe Guerra CanYoshi Hand :: Pokemon PI :: 03 TIMMY THOMAS Why Can hits :: Tora Tora :: Filipe Guerra Can unknown regions Filipe Guerra CanWi :: true blood 0208 hdt :: Filipe Guerra Can ANNIE LENNOX DON Filipe Guerra Can :: Filipe Guerra Can unknown regions Filipe Guerra CanPo :: THE PERFECT disaster Asylum Road :: star golden bell ep 28 :: timewarp 2005 :: Filipe Guerra Can Star King ep 126 ENG SUB :: Mikro Housebrothers Mikro Timmy T Please Don micheal :: voyeur se :: BaCkUp4826 part03 rar :: Filipe Guerra Can download :: Vista Win7 R235 zip html 07 avd monty pythons the :: Nancy :: Filipe Guerra Can Y MLite dwonload :: psp homebrew :: keisha tik :: Filipe Guerra Can hdtv :: Mia Stone :: Filipe Guerra Can unknown regions Facebook sisx :: 0582 Mage Knight Destiny 03 TIMMY THOMAS Why Can Hacke :: pokemon water blue

Free File Sharing Search for Rapidshare, Megaupload, Hotfile, 4shared, Filefactory, Depositfiles and many more!

DMCA | Last Added Files | Home | Site Maps | Links | Rss-Xml Feeds | Twitter