# Yeh Exhibit 155



Earn money while uploading and sharing your files with your friends. Our affiliate program is open for every registered member in our site. We have a flexible rate for each of your files.

## Earnings Table

| Rank | 5-50 MB | 50 - 100 MB | 100 - 2000 MB |
|------|---------|-------------|---------------|
| Copper | $2 | $3 | $4 |
| Bronze | $3 | $5 | $7 |
| Silver | $5 | $7 | $10 |
| Gold | $6 | $9 | $12 |
| Platinum | $7 | $10 | $15 |

Note: All prices are for 1000 downloads.

## Earn money spreading links in your site!

Get 5% commission of all premium accounts sold through your site.

For every referrer that comes from your site and buys premium, you will get 5% of the account's price. No matter if download link is yours or you've found it elsewhere! Post interesting download links in your site, blog or forum and earn big money.

Note: In order to count the links, users must follow a clickable link to hotfile.com.

Just go to My account and add your site to My sites.

## Affiliate

All uploader accounts are checked daily for their performance during the last 14 days. If necessary your status will be changed and your file's downloads will be credited according to the table above.

Your status mainly depends on your conversion ratio which includes:

1. The ratio of the users that downloaded your files and the users that become premium based on your uploaded files.
2. The ratio of uploaded files to number of downloads.

We are trying to encourage the good promoters by increasing their earnings and to reduce the earnings for uploaders that mainly use the free hotfile resources for storage.

Tips how to become platinum member (FAQ).

## Rules & Conditions

1. Downloads are counted only if done from the following countries: United States, Canada, Norway, Finland, Sweden, United Kingdom, Germany, Latvia, Estonia, France, Spain, Portugal, Italy, Austria, Switzerland, Hungary, Czech Republic, Netherlands, Belgium, Greece, Denmark, Ireland, Poland, Slovakia, Slovenia, Lithuania, Bulgaria, Romania, Australia, Russia, Liechtenstein, Kuwait, Qatar, United Arab Emirates, Saudi Arabia, Bahrain, Turkey, Japan, Singapore, Brazil, South Africa, Oman, New Zealand, Cyprus, Malta, Gibraltar, Malaysia, Luxembourg and Mexico.
2. We pay you 20% from the money earned from affiliates who you referred to the HotFile.com
3. File copies and different download links are supported (After you upload a file you will be able to create copies of it on our site)..
4. We count every successfully completed download, but if a premium user downloads a file more than once, that will be counted as a single download. This doesnt apply for free users downloads - their downloads are counted without limitations (multiple downloads for a file from same IP are counted).
5. FTP upload, Remote Upload, Link List, File Manager (rename,copy,delete,move files)
6. Auto backup for all uploads so file won't be lost
7. 128kb for free users download speed and unlimited download speed for premium users
8. User friendly interface - no popups, no adverts, no tricks

2010-07-28 12:32

Note: All prices are for 1000 downloads.

## Affiliate

All uploader accounts are checked daily for their performance during the last 14 days. If necessary your status will be changed and your file's downloads will be credited according to the table above.

Your status mainly depends on your conversion ratio which includes:

1. The ratio of the users that downloaded your files and the users that become premium based on your uploaded files.
2. The ratio of uploaded files to number of downloads.

We are trying to encourage the good promoters by increasing their earnings and to reduce the earnings for uploaders that mainly use the free hotfile resources for storage.

Tips how to become platinum member (FAQ).

## Rules & Conditions

1. Downloads are counted only if done from the following countries: United States, Canada, Norway, Finland, Sweden, United Kingdom, Germany, Latvia, Estonia, France, Spain, Portugal, Italy, Austria, Switzerland, Hungary, Czech Republic, Netherlands, Belgium, Greece, Denmark, Ireland, Poland, Slovakia, Slovenia, Lithuania, Bulgaria, Romania, Australia, Russia, Liechtenstein, Kuwait, Qatar, United Arab Emirates, Saudi Arabia, Bahrain, Turkey, Japan, Singapore, Brazil, South Africa, Oman, New Zealand, Cyprus, Malta, Gibraltar, Malaysia, Luxembourg and Mexico.
2. We pay you 20% from the money earned from affiliates who you referred to the HotFile.com
3. File copies and different download links are supported (After you upload a file you will be able to create copies of it on our site)..
4. We count every successfully completed download, but if a premium user downloads a file more than once, that will be counted as a single download. This doesn't apply for free users downloads - their downloads are counted without limitations (multiple downloads for a file from same IP are counted).
5. FTP upload, Remote Upload, Link List, File Manager (rename,copy,delete,move files)
6. Auto backup for all uploads so file won't be lost
7. 128kb for free users download speed and unlimited download speed for premium users
8. User friendly interface - no popups, no adverts, no tricks
9. We pay every Monday (Epassporte,Paypal, Webmoney). Minimum payment amount is $15.
10. Payments are sent automatically (You don't need to do anything).
11. Detailed statistics of downloads and revenues
12. No restriction for any country - free downloads for everyone are guaranteed

## Getting started

What you need to do is actually start using our affiliate program is to Join Affiliate program and to fill your payment details. Only after this step you can take full advantage of our affiliate program.

## Referral Program

You can earn money simply by inviting your friends to use our affiliate services. What you need to do is to simply register to our site, set up your payment info in your account and send your referral link from My Referrals page to your friends. You will earn 20% of whatever they earn if they are registered on our site using your referral link.

### Earn money spreading links in your site!

Get 5% commission of all premium accounts sold through your site.

For every referrer that comes from your site and buys premium you will get 5% of the account's price.
No matter if download link is yours or you find it in other place! Post interesting download links in your site, blog or forum and earn big money.

Note: In order to count the links, users must follow a clickable link to hotfile.com

Just go to My account and add your site to My sites

Home | Premium | Report Abuse | Imprint | File Checker | Reseller | ICRA labelled | Contacts

Copyright © 2008, 2009 hotfile.com, All Rights Reserved.

Privacy Policy | Intellectual Property Policy | Terms of Service

2010-07-28 12:32