# Yeh Exhibit 156

**REDACTED**