# EXHIBIT A

Exhibit A                                                                                       Highly Confidential

Comparison of Files in Suit with Hotfile's Claimed "Top 100"

(Shaded Rows Represent Plaintiffs' Files in Suit)

| Rank | Title / Name | Files | Downloads |
|---|---|---|---|
| | Lost | | |
| | AVATAR | | |
| | iREB-r4.zip | | |
| | HOW I MET YOUR MOTHER | | |
| | Desperate Housewives | | |
| | 2012 | | |
| | Heroes | | |
| | GLEE | | |
| | House | | |
| | JDownloaderSetup.zip | | |
| | GREY'S ANATOMY | | |
| | FAMILY GUY | | |
| | sn0wbreeze-v2.7.3.zip | | |
| | Inception | | |
| | SIMPSONS | | |
| | BONES | | |
| | SALT | | |
| | JDownloaderSetup.exe | | |
| | FlashForward | | |
| | sn0wbreeze-2.1.zip | | |
| | abgx360_v1.0.5_setup.exe | | |
| | Vampire Diaries | | |
| | Mentalist | | |
| | Friends | | |
| | Robin Hood | | |
| | TFT Version 1.24e.zip | | |
| | Sorcerer's Apprentice | | |
| | PREDATORS | | |
| | Castle | | |
| | WVS-124e-by-DotA-Utilities.rar | | |
| | iREB-4.0.x-4.1-RC2.zip | | |
| | Pretty Little Liars | | |
| | f0recast-V1.2.zip | | |
| | WVS-126-by-DotA_Utilities.rar | | |
| | Mod_61.rar | | |

**Exhibit A**                                                    **Highly Confidential**
**Comparison of Files in Suit with Hotfile's Claimed "Top 100"**

(Shaded Rows Represent Plaintiffs' Files in Suit)

| Rank | Title / Name | Files | Downloads |
|---|---|---|---|
| | TFT Version 1.26.zip | | |
| | Tron | | |
| | Office | | |
| | DirectX10_RC2_Fix_3-Pre-Final.zip | | |
| | 4x Hack.rar | | |
| | FUTURAMA | | |
| | BURN NOTICE | | |
| | JDownloader_WIN_Setup.zip | | |
| | Scrubs | | |
| | song.mp3 | | |
| | Cryptload1.1.8.rar | | |
| | sn0wbreeze-2.2.1.zip | | |
| | STREET.FIGHTER.IV-v1.00.02-most_uniQue.ipa | | |
| | Book of Eli | | |
| | Metin2.7x.Hilesi.rar | | |
| | Surrogates | | |
| | A-TEAM | | |
| | sn0wbreeze-v2.5.1.zip | | |
| | GUMHv11.rar | | |
| | G-Force | | |
| | JDownloader 0.8.9.zip | | |
| | FRD_0.85u1-final.zip | | |
| | Alice in Wonderland | | |
| | JDownloader_Win.zip | | |
| | WVS-124d-by-DotA-Utilities.rar | | |
| | JDownloaderSetup_kikin.zip | | |
| | sn0wbreeze-V2.0.2.zip | | |
| | Garena Universal Maphack v4.1.zip | | |
| | JDownloader.zip | | |
| | BuyPremiumAndSupportJD.zip | | |
| | Toy Story 3 | | |
| | Greek | | |
| | Prince of Persia: The Sands of Time | | |
| | 1-no354.rar | | |
| | Garena Universal MapHack v10.rar | | |

**Exhibit A**  **Highly Confidential**
**Comparison of Files in Suit with Hotfile's Claimed "Top 100"**

(Shaded Rows Represent Plaintiffs' Files in Suit)

| Rank | Title / Name | Files | Downloads |
|---|---|---|---|
| | [UG] M2 MultiHack v8.0.rar | | |
| | SONS OF ANARCHY | | |
| | OTHER GUYS | | |
| | Psych | | |
| | metin2yanghack2.08.rar | | |
| | orjinal-xp.rar | | |
| | CameraH-programtr-org.rar | | |
| | WVS-124c-by-DotA-Utilities.zip | | |
| | sn0wbreeze-v2.6.zip | | |
| | Internet Download Manager 5.19.1 Crackli.rar | | |
| | sn0wbreeze-v2.5.zip | | |
| | powerwolkester_9.7.rar | | |
| | Grown Ups | | |
| | X-Files | | |
| | SKILLxDMG_by_xXW4yn3Xx_-pc1_updated.rar | | |
| | Princess and The Frog | | |
| | bdl-3961.rar | | |
| | Dota 6.68c Al Beta.rar | | |
| | wolfteam AimPoint.rar | | |
| | 3-no836.rar | | |
| | Fringe | | |
| | Jonah Hex | | |
| | Clash of the Titans | | |
| | JDownloader_Setup.exe | | |
| | one-piece-600.zip | | |
| | Garena Universal Maphack v5.0.rar | | |
| | [EC] Metin2 Adventure Public Hack V.1.2.rar | | |
| | JDownloaderSetup_kikin.exe | | |
| | Town | | |
| | mmomt2buzzindanipack.rar | | |