UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES
1-10.

    *Defendants.*                    /

HOTFILE CORP.,

    *Counterclaimant,*

v.
WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*            /

**ORDER GRANTING UNOPPOSED MOTION AND MEMORANDUM
OF LAW OF DEFENDANTS HOTFILE CORPORATION AND
ANTON TITOV FOR LEAVE TO FILE UNDER SEAL
DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION
TO PLAINTIFFS' MOTION TO STRIKE PORTIONS OF
THE DECLARATIONS OF BOYLE, CROMARTY AND TITOV
AND TO FLE UNDER SEAL THE DECLARATIONS OF
ANDREW LEIBNITZ AND DR. DANIEL S. LEVY FILED
IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW**

**THIS CAUSE** came before the Court on the Unopposed Motion of Defendants,

Hotfile Corporation ('Hotfile") and Anton Titov ("Mr. Titov") (collectively

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

"Defendants"), for Leave to File Under Seal the following: Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Strike Portions of the Declarations of Boyle, Cromarty and Titov and to File Under Seal the Declarations of Andrew Leibnitz and Dr. Daniel S. Levy, Filed in Support of Defendants' Memorandum of Law ("Unopposed Motion to File Under Seal").

The Court has considered the Unopposed Motion to File Under Seal and being otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that the Unopposed Motion to File Under Seal is hereby Granted. Defendants' Reply in Support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Strike Portions of the Declarations of Boyle, Cromarty and Titov and the Declarations of Andrew Leibnitz and Dr. Daniel S. Levy Filed in Support of the Memorandum of Law, shall be filed and maintained under seal.

**DONE AND ORDERED** in chambers at Miami, Florida this _____ day of April 2012.

                                                                                KATHLEEN D. WILLIAMS
                                                                                UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record