(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT
## Southern District of Florida

**Sealed**

Case Number: 11-20427-CIV-WILLIAMS-TURNOFF

DISNEY ENTERPRISES,
INC., et al.,

        Plaintiff

v.

HOTFILE CORP., ANTON TITOV,

        Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Janet T. Munn, Esq., on behalf of Defendants Hotfile Corp. & Anton Titov

Address: Rasco Klock, 283 Catalonia Ave., Suite 200, Coral Gables, FL 33134

Telephone: 305.476.7101

On behalf of (select one): ☐ Plaintiff ☒ Defendant

Date sealed document filed: 4/2/2012

If sealed pursuant to statute, cite statute: ___

If sealed pursuant to previously entered protective order, date of order and docket entry number: 01-17-12 [DE #227]

The matter should remain sealed until:

☐ Conclusion of Trial
☐ Case Closing
☐ Other: ___
☐ Permanently. Specify the authorizing law, rule, court order:
☐ Arrest of First Defendant
☒ Conclusion of Direct Appeal

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file
☒ Returned to the party or counsel for the party, as identified above
☐ Destroyed

Memorandum of Law of Defendants Hotfile Corporation and Anton Titov
In Opposition to Plaintiffs' Motion to Strike Portions of Boyle,
Cromarty and Titov Declarations

*/s/ Janet T. Munn*

Attorney for: Defendants