# EXHIBIT A

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    *Defendants.*

_____ /

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*

_____ /

**DECLARATION OF ANDREW LEIBNITZ IN
SUPPORT OF DEFENDANTS' OPPOSITION
TO PLAINTIFFS' MOTION TO STRIKE
PORTIONS OF BOYLE, CROMARTY, AND
TITOV DECLARATIONS**

26501\3013262.1

1

**FILED UNDER SEAL**                CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

I, Andrew Leibnitz, declare as follows:

1. I am an attorney at Farella Braun + Martel LLP, counsel for defendants Hotfile Corporation and Anton Titov. I have personal knowledge of the matters stated herein and, if called and sworn as a witness, I could and would competently testify to the facts set forth herein.

2. In meeting-and-conferring about Plaintiffs' demand for all Google Analytics data from Hotfile (Request No. 19) in May 2011, Hotfile offered to produce any Google Analytics information ever printed or saved electronically by Hotfile in full satisfaction of Request No. 19. Plaintiffs declined.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition of Anton Titov, taken December 5-8, 2011 in the above-captioned case.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition of Atanas Vangelov, taken December 7, 2011 in the above-captioned case.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiffs' Rule 30(b)(6) Notice of Deposition of Hotfile, dated November 15, 2011.

6. Attached hereto as **Exhibit 4** is a true and correct copy of an email from Rod Thompson to Steve Fabrizio, dated December 3, 2011.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition of Rumen Stoyanov, taken December 8, 2011 in the above-captioned case.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Subpoena to Produce Documents, Information, or Objects, or to Permit Inspection of Premises in a Civil Action, served on Google in the above-captioned case, dated April 4, 2011.

9. Attached hereto as **Exhibit 7** is a true and copy of an email from Duane Pozza to Andrew Leibnitz, dated June 23, 2011.

10. Attached hereto as **Exhibit 8** is a true and copy of an email from Duane Pozza to Andrew Leibnitz, dated July 6, 2011.

11. Attached hereto as **Exhibit 9** is a true and copy of an email from Duane Pozza to Tony Schoenberg, dated October 20, 2011.

12. Attached hereto as **Exhibit 10** is a true and copy of an email from Duane Pozza to Andrew Leibnitz, dated November 4, 2011.

26501\3013262.1

**FILED UNDER SEAL**  CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

13. Attached hereto as **Exhibit 11** is a true and correct copy of the Subpoena to Produce Documents, Information, or Objects, or to Permit Inspection of Premises in a Civil Action, served on Google in the above-captioned case, dated December 6, 2011.

14. Attached hereto as **Exhibit 12** is a true and correct copy of an email from Duane Pozza to Tony Schoenberg, dated February 2, 2012.

15. Attached hereto as **Exhibit 13** is a true and correct copy of an email from Steven Fabrizio to Andrew Leibnitz, dated December 3, 2011.

16. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the deposition of James Boyle, taken Jaunary 19, 2012 in the above-captioned case.

17. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from the deposition of Andrew Cromarty, taken December 16, 2011 in the above-captioned case.

18. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from the deposition of Scott Zebrak, taken January 20, 2012 in the above-captioned case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of April 2012, at San Francisco, California.

Andrew Leibnitz

3

26501\3013262.1

FILED UNDER SEAL                                  CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2012, a true and correct copy of the foregoing document, was filed conventionally and served on all counsel of record identified below via e-mail and by Federal Express.

Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA 91403-5885
Telephone: 818.935.5812

By:_____
     Janet T. Munn

26501\3013262.1