**Exhibit 1**

Highly Confidential

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - -

DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,

      Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,

      Defendants.


HOTFILE CORP.,

      Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,
      Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - - -
VOLUME I
H I G H L Y   C O N F I D E N T I A L
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Monday, December 5, 2011
Job Number: 44174

Highly Confidential

Page 2

```
 1                   A P P E A R A N C E S

 2    ATTORNEY FOR THE PLAINTIFFS:

 3              JENNER & BLOCK
                BY:  STEVEN B. FABRIZIO, ESQ.
 4              1099 New York Avenue, NW
                Washington, DC  20001
 5

 6

 7


 8
      ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
 9    AND ANTON TITOV:
                FARELLA, BRAUN & MARTEL
10              BY:  RODERICK M. THOMPSON, ESQ.
                235 Montgomery Street
11              San Francisco, California  94104

12

13
                BOSTON LAW GROUP
14              VALENTIN GURVITS
                825 Beacon Street
15              Newton Center, MA 02459

16

17

18

19

20

21

22

23

24

25
```

Highly Confidential

1    Also present:

2    Court reporter:

3            Fiona Farson
             TSG Reporting
4

5    Videographer:

6            Simon Rutson
             TSG Reporting
7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 30

1   Q.   And you said "we"; who is the "we" in your sentence?

2        Did that include you?

3   MR. THOMPSON:  Objection, compound.

4   BY MR. FABRIZIO:

5   Q.   Well, let me ask the question this way:  Who

6        participated in the decision to redesign the Hotfile

7        website in the beginning of 2010?

8   A.   It was probably me, Rumen Stoyanov and Atanas Vangelov.

9   Q.   Do you, Mr. Stoyanov, and Mr. Vangelov have an

10       understanding as to which responsibilities each of you

11       will take primary -- let me rephrase the question.

12          Did you, Mr. Stoyanov, and Mr. Vangelov have an

13       allocation of responsibilities among yourselves with

14       regard to the Hotfile system?

15  MR. THOMPSON:  Objection, vague and overbroad.

16  A.   There are some principal understandings, but they're not

17       really hardly defined.

18  BY MR. FABRIZIO:

19  Q.   What are those understandings?

20  A.   I would generally cover everything that goes on the

21       technical part.  Rumen would be normally responsible for

22       finances, and I would say that he's a bit more involved

23       in day-to-day operations.  And Atanas Vangelov would be

24       generally -- would generally deal with potential

25       investors, advertising on the site, to the extent we

Highly Confidential

Page 31

```
 1       have it, and some communication, just -- some external
 2       contractors, people.
 3   Q.  But you said the roles are not particularly -- are not
 4       strictly defined?  Is that correct?
 5   MR. THOMPSON:  Objection, vague.
 6   A.  I won't say that they are strictly defined, yes.
 7   BY MR. FABRIZIO:
 8   Q.  Do you have any role in the day-to-day operations of the
 9       Hotfile website?
10   MR. THOMPSON:  Objection.  Overbroad, vague.
11   A.  I wouldn't say day to day, because days can pass --
12       a lot of days can pass without me doing anything.  But
13       I have some, I would say, recurring duties.
14   BY MR. FABRIZIO:
15   Q.  What are your recurring duties?
16   A.  I am responsible for making the payments to the
17       affiliates every Monday.
18   Q.  Who's paying the affiliates today, as you sit here?
19   MR. THOMPSON:  Objection, assumes facts.
20   A.  Today is a long day.
21   BY MR. FABRIZIO:
22   Q.  Understand.  What other responsibilities do you have
23       that are recurring?
24   A.  I wouldn't say that there is anything.  It really
25       depends if I -- I have certain duties to oversee, the
```

Highly Confidential

1      don't you say it again.

2  A.  General operations would be -- begin once the site

3      starts operating.  Everything else before that is

4      development, in my understanding.

5  Q.  Okay.

6  A.  Do you agree?

7  Q.  That's fair enough.

8  A.  So, from the beginning or almost from the beginning,

9      Andre Ianakov would be responsible for communications

10     with users, and handling DMCA takedown notices.

11 Q.  Is Mr. Ianakov a manager?

12 MR. THOMPSON:  Objection, vague.  Calls for a legal

13     conclusion.

14 BY MR. FABRIZIO:

15 Q.  Let me ask it this way:  Does Mr. Ianakov have a title

16     at Hotfile?

17 A.  I don't think anybody at Hotfile really has a title.

18 Q.  Is Mr. Ianakov employed by Hotfile Corporation?

19 A.  He's employed by Blue Ant Ltd., but works -- he does

20     work for Hotfile Corporation, yes.

21 Q.  To your knowledge, does he perform work for any other

22     company?

23 A.  I am not aware of any.

24 Q.  And you said communicates with users and DMCA takedown

25     notices.  Does Mr. Ianakov have any other general

Highly Confidential

Page 34

```
 1      operations responsibilities?
 2   A. I don't think anything else would be -- could be defined
 3      as his responsibility.
 4   MR. THOMPSON:  Mr. Fabrizio, perhaps you should get the
 5      spelling, for the record.  I think you're pronouncing it
 6      a little differently than the witness is.
 7   MR. FABRIZIO:  Okay.  I have the spelling for Ianakov as
 8      I-A-N-A-K-O-V.
 9   A. That's one of the valid spellings.
10   BY MR. FABRIZIO:
11   Q. Does anybody else have responsibility for general
12      operations of Hotfile?
13   A. At a certain point, Stanislav Manov.
14   Q. And that's S-T-A-N-I-S-L-A-V, M-A-N-O-V?
15   A. Exactly.
16   Q. When did Mr. Manov assume responsibilities for general
17      operations?
18   A. He started helping Andre Ianakov in spring 2010,
19      I believe.
20   Q. So prior to spring of 2010, it was just Mr. Ianakov
21      handling operations?
22   A. I'm not sure of what your definition of "operations" is.
23      He was handling communications with users and, again,
24      DMCA takedown notices.
25   Q. Did Mr. Ianakov report to anybody else?
```

Highly Confidential

Page 35

1   MR. THOMPSON:  Objection, vague.

2   A.  I don't think he -- we have strictly defined reporting

3      structure, but it is my impression that he would

4      normally report to Rumen Stoyanov.  And of course

5      technical problems would be reported to me.

6   BY MR. FABRIZIO:

7   Q.  Professionally, you were Mr. Ianakov's superior?

8   MR. THOMPSON:  Objection, vague and ambiguous.

9   A.  I consider myself superior to Mr. Ianakov.

10  BY MR. FABRIZIO:

11  Q.  If you gave him instructions about things to do with

12     Hotfile, you would expect him to carry them out because

13     you told him to, correct?

14  MR. THOMPSON:  Objection, overbroad.

15  A.  I would expect so.  But to the extent if he thinks that

16     instruction I'm giving him he's considering unimportant,

17     he show choice, he would probably ask if I conferred

18     with Rumen and probably Atanas.

19  BY MR. FABRIZIO:

20  Q.  Okay.  Other than Mr. Ianakov and eventually Mr. Manov,

21     has anybody else worked on the general operations of

22     Hotfile?

23  MR. THOMPSON:  Objection, vague.

24  A.  It really depends what you -- how you define "general

25     operations."

Highly Confidential

Page 130

1    A.   Yes, it is.

2    Q.   Is any part of that $250,000 a month allocated to

3         anything other than the services of those three

4         gentlemen?

5    A.   I would say that you are missing Vangelov and Stoyanov

6         for a second time and I don't see any reason to not

7         include them in this list.  But with them, I think the

8         list would be complete.

9    Q.   Okay.  So Mr. Vangelov and Mr. Stoyanov perform services

10        for Hotfile as employees of Blue Ant, and Blue Ant is

11        compensated for that through the Lemuria payment?

12   MR. THOMPSON:   Objection, calls for a legal conclusion.

13   A.   Mr. Stoyanov and Mr. Vangelov are managers of Blue Ant,

14        therefore they're supervising their employees.

15   BY MR. FABRIZIO:

16   Q.   They're supervising their employees as their employees

17        perform services for Hotfile, correct?

18   A.   Correct.

19   Q.   Okay.  Maybe you should then explain exactly what

20        Mr. Vangelov does for Hotfile.

21   MR. THOMPSON:   Objection, vague, and asked and answered.

22   A.   He would be participating in taking decisions; he would

23        be responsible for contacting -- or contacts with

24        potential investors, and other types of external

25        communication.

Highly Confidential

Page 131

```
 1   BY MR. FABRIZIO:

 2   Q.  Does he also supervise Messrs. Chubarov, Kolev and

 3       Ianakov?

 4   A.  He certainly can, yeah.

 5   Q.  What about Mr. Stoyanov?

 6   MR. THOMPSON:  What's the question?

 7   BY MR. FABRIZIO:

 8   Q.  What exactly does he do for Hotfile?

 9   A.  Again, he participates in important business decisions;

10       he would be responsible for financial side of the

11       operations.  There might be others, but we don't have

12       really --

13   Q.  Does Mr. Stoyanov supervise Mr. Chubarov, Mr. Kolev and

14       Mr. Ianakov as well?

15   A.  Chubarov, Kolev and Ianakov, yes.

16   Q.  And Mr. Stoyanov supervises those gentlemen?

17   A.  Yes, he does.

18   Q.  You testified earlier that you get a $20,000-a-month

19       salary from Lemuria?

20   A.  Yes, I did.

21   Q.  Is part of that payment to you for your activities that

22       you perform for Hotfile?

23   MR. THOMPSON:  Objection.  Vague, and calls for a legal

24       conclusion.

25   A.  Lemuria does provide services to Hotfile, so yes.
```

Page 189

1                    HIGHLY CONFIDENTIAL
                CERTIFICATE OF COURT REPORTER
2

3

   I, Fiona Farson, with TSG Reporting, hereby certify that the
4  testimony of the witness Anton Titov in the foregoing
   transcript, taken on Monday, December 5, 2011 was reported
5  by me in machine shorthand and was thereafter transcribed by
   me; and that the foregoing transcript is a true and accurate
6  verbatim record of the said testimony.

7

   I further certify that I am not a relative, employee,
8  counsel or financially involved with any of the parties to
   the within cause, nor am I an employee or relative of any
9  counsel for the parties, nor am I in any way interested in
   the outcome of the within cause.
10

11

12

13

14

   Signed:  ......................
15
   Fiona Farson
16
   Dated:   December 15th, 2011
17

18

19

20

21

22

23

24

25

Highly Confidential

```
                                                        Page 188
  1                    HIGHLY CONFIDENTIAL
                       CERTIFICATE OF DEPONENT
  2

  3
        I, ANTON TITOV, hereby certify that I have read the
  4   foregoing pages of my deposition of testimony taken in these
      proceedings on Monday, December 5, 2011, and, with the
  5   exception of the changes listed on the next page and/or
      corrections, if any, find them to be a true and accurate
  6   transcription thereof.

  7

  8

  9

 10

      Signed:  ....../............
 11

      Name:   ANTON TITOV
 12
      Date:   1/22/2012
 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

TSG Reporting - Worldwide      800-702-9580

Highly Confidential

Page 190

1          HIGHLY CONFIDENTIAL

2

3              E R R A T A

             Deposition of ANTON TITOV
4

     Page/Line No.        Description           Reason for change
5      14:18         Eitinerum --> Itinerum      Correct transcription

6      14:20         EITINERUM --> ITINERUM      Correct transcription

7      14:21         internet --> intranet       Correct transcription

8      14:24      all in shelves --> online shops   Correct transcription

9      15:7        webcasting --> webhosting     Correct transcription

10     15:10       webcasting --> webhosting     Correct transcription

11     18:6          Ilan --> Elan              Correct transcription

12     20:9  Manix: M-A-N-I-X -> Maniax: M-A-N-I-A-X  Correct trans.

13     35:16       unimportant --> important     Correct transcription

14     35:17    he show choice --> he may choose  Clarify record

15     37:6       Stillings --> Stallings        Correct transcription

16     37:8   S-T-I-L-L-I-N-G-S --> S-T-A-L-L-I-N-G-S Correct trans.

17     38:3    qualification --> collocation     Correct transcription

18     39:2   Equinix bandwith --> Equinix, bandwith  Clarify record

19

20   Signed:   .....................

21   Name:   ANTON TITOV

22   Date:   ...................

23

24

25

TSG Reporting - Worldwide       800-702-9580

Highly Confidential

1              HIGHLY CONFIDENTIAL

2

3                E R R A T A

       Deposition of ANTON TITOV

4

| Page/Line No. | Description | Reason for change |
|---|---|---|
| 44:1 | IT --> IP | Correct transcription |
| 46:16 | with the grade, --> would degrade | Correct trans. |
| 46:17 | the traffic flows into there from --> when the traffic flows into their network from | Correct transcription |
| 47:3 | We can say any old --> We cannot say we want | Correct trans. |
| 57:23 | costing --> hosting | Correct transcription |
| 61:15 | Vlad --> Blue Ant | Correct transcription |
| 65:24 | Konstantin Lucyan --> Constantin Luchian | Correct trans. |
| 77:11 | lemur --> Lima | Correct transcription |
| 89:6 | SA --> Yes | Correct transcription |
| 89:21 | I know what --> I don't know what | Correct trans. |
| 99:11 | Panek --> Penev | Correct transcription |
| 109:23 | Chubarov --> Chuburov | Correct transcription |

20   Signed:   ....................

21   Name:   ANTON TITOV

22   Date:   ...................

23

24

25

Highly Confidential

Page 190

1                    HIGHLY CONFIDENTIAL

2

3                         E R R A T A

                    Deposition of ANTON TITOV
4

     Page/Line No.        Description              Reason for change
5    110:1 Mr. Ianakov manages --> Mr. Stoyanov and Mr. Vangelov manage

6                                              Conform to facts

7    111:15    SecPay --> SegPay              Correct transcription

8    119:5     Limewire --> Limelight         Correct transcription

9    119:13    Limewire --> Limelight         Correct transcription

10   126:10    I was there --> I checked       Correct transcription

11   128:17    And that is tradition the Blue Ant contract is to -->

12       And the Blue Ant contract is still    Correct transcription

13   128:18    enforce --> in force           Correct transcription

14   138:8     Ignitov --> Ignatov            Correct transcription

15   138:10    I-G-N-I-T-O-V --> I-G-N-A-T-O-V   Correct transcription

16   65:24, 66:3, 66:8, 67:4, 68:3, Lucyan --> Luchian    Correct trans.
     68:16, 70:13, 70:19, 70:21,
17   71:13, 71:18, 72:3, 72:7, 72:9,               "

18   74:3, 75:10, 75:18, 76:4, 76:5, 76:8         "

19   72:17     Lucyan's --> Luchian's         Correct transcription

20   Signed:    ..................

21   Name:    ANTON TITOV

22   Date:    1/10/2012

23

24

25

TSG Reporting - Worldwide      800-702-9580

Highly Confidential

Page 191

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - -

DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,

      Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,

      Defendants.

HOTFILE CORP.,

      Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,

      Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - - -

VOLUME II
H I G H L Y   C O N F I D E N T I A L
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Tuesday, December 6, 2011
AT:  9:10 a.m.
Job No: 44175

Highly Confidential

Page 192

```
 1                  A P P E A R A N C E S

 2     ATTORNEY FOR THE PLAINTIFFS:

 3               JENNER & BLOCK
                 BY:  STEVEN B. FABRIZIO, ESQ.
 4               1099 New York Avenue, NW

 5               Washington, DC  20001

 6

 7

 8
       ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
 9     AND ANTON TITOV:
                 FARELLA, BRAUN & MARTEL
10               BY:  RODERICK M. THOMPSON, ESQ.
                 235 Montgomery Street
11               San Francisco, California  94104

12

13               BOSTON LAW GROUP
                 VALENTIN GURVITS
14               825 Beacon Street
                 Newton Center, MA 02459
15

16

17

18

19

20

21

22

23

24

25
```

Highly Confidential

Page 193

1    Also present:

2    Court reporter:

3            Fiona Farson
             TSG Reporting
4

5    Videographer:

6            Simon Rutson
             TSG Reporting
7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11   Technical expert:

12           Kelly Truelove

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 339

```
 1   A.  I believe so.

 2   BY MR. FABRIZIO:

 3   Q.  And has it been the case since the very beginning that

 4       when Hotfile received a -- well, strike that.

 5          Under that architecture, multiple different users

 6       could have uploaded files with the same hash, correct?

 7   A.  That is correct.

 8   Q.  And each of those users would have gotten their own

 9       distinct URLs that would result in the downloading of

10       that single hash faster, correct?

11   A.  That is correct.

12   Q.  And currently, if Hotfile gets a notice identifying

13       a file with a particular hash, Hotfile blocks any

14       further downloading of that hash, correct?

15   A.  I think so.

16   Q.  So regardless of which URL someone tries to use to

17       download that hash, Hotfile blocks the download,

18       correct?

19   A.  I believe so, yes.

20   Q.  Okay.  In the past, has there ever been a time where in

21       response to a notice identifying a file, Hotfile did not

22       block the hash but instead disabled the particular URL?

23   MR. THOMPSON:  Objection, overbroad.

24   A.  Yes, I believe so.

25   BY MR. FABRIZIO:
```

Highly Confidential

Page 340

1    Q.   When was that?

2    A.   In the very beginning.

3    Q.   February, March 2009?

4    A.   Yes, I believe so.

5    Q.   What about April 2009?

6    A.   Yes.

7    Q.   May 2009?

8         Well, let me ask it this way:  Do you know when that

9         changed?

10   A.   I believe that shortly after introducing SRA accounts,

11        SRA accounts started to block hashes.

12   Q.   And when did Hotfile introduce the SRA accounts?

13   A.   I'm not sure about the time, but maybe August 2009.

14   Q.   Okay.  So prior to that time, if ten different Hotfile

15        users had uploaded a file that had the identical hash,

16        Hotfile would store a single hash master, and each of

17        those users would get a distinct URL, each pointing to

18        that same single hash master.  Correct?

19   A.   That is correct.

20   Q.   Okay.  And again, prior to the time this changed,

21        in August 2009 or thereabouts, if Hotfile got a notice

22        from a copyright owner identifying one of those URLs

23        that pointed to the single hash master, Hotfile would

24        not block the master but instead would simply disable

25        the particular URL identified in the notice?

Highly Confidential

Page 341

1    MR. THOMPSON:  Objection.  Asked and answered.

2    A.  Yeah, for the particular URL will be disabled.

3    BY MR. FABRIZIO:

4    Q.  And after disabling that particular URL, would the URLs

5        for the other nine users in my illustration still be

6        able to download that file through the single hash

7        master?

8    A.  Probably, yes.

9    Q.  Currently -- just wait one second; I kind of feel like

10       it's dial-an-expert.  It's kind of like he's here.

11   MR. THOMPSON:  We can't hear what he's saying, though.

12   MR. FABRIZIO:  You can't hear what he's saying; I can.

13       I feel like a newscaster.

14   MR. THOMPSON:  That's right.  Maybe a puppet, huh?

15   BY MR. FABRIZIO:

16   Q.  Okay.  Sorry, my editor was talking.

17           Currently, Hotfile receives DMCA notices by regular

18       mail, correct?

19   A.  Correct.

20   Q.  By facsimile, correct?

21   A.  Correct.

22   Q.  By email, correct?

23   A.  Correct.

24   Q.  And by special rights holder account, correct?

25   A.  Correct.

Highly Confidential

Page 367

1       else happens?  Is there a block status change?

2    A.  Yes, that will be in the file table.

3    Q.  So -- so that happens upon changing the file status;

4       then in the files table, it's given a block status?

5    A.  Correct.

6    Q.  Okay.  And the changing of the block status or the

7       having of the block status, that was not the case in

8       that period prior to August of 2009?

9    MR. THOMPSON:  Objection.  Vague.

10   MR. FABRIZIO:  Only to you, and maybe me.

11   A.  May you repeat the question?  Sorry.

12   BY MR. FABRIZIO:

13   Q.  Sure.  We talked about a period prior to August of 2009

14       when the system was different.

15   A.  Mm-hmm.

16   Q.  During that pre-August 2009 period, did the system go

17       through the process of assigning a block status?

18   A.  No, it did not.

19   Q.  Okay.  Earlier we talked about list pages.

20   A.  Correct.

21   Q.  Is the process for -- well, strike that.

22          Is the system action in response to getting a URL

23       that is a list page the same, regardless of whether the

24       notice comes by email or SRA?

25   A.  I believe so, yes.

Highly Confidential

Page 372

1                    HIGHLY CONFIDENTIAL
                CERTIFICATE OF COURT REPORTER
2

3

    I, Fiona Farson, with TSG Reporting, hereby certify that the
4   testimony of the witness Anton Titov in the foregoing
    transcript, taken on Tuesday, December 6, 2011 was reported
5   by me in machine shorthand and was thereafter transcribed by
    me; and that the foregoing transcript is a true and accurate
6   verbatim record of the said testimony.

7

    I further certify that I am not a relative, employee,
8   counsel or financially involved with any of the parties to
    the within cause, nor am I an employee or relative of any
9   counsel for the parties, nor am I in any way interested in
    the outcome of the within cause.

10

11

12

13

14

    Signed:  ........................
15
    Fiona Farson
16
    Dated: 12/17/2011
17

18

19

20

21

22

23

24

25

Highly Confidential

Page 371

1                HIGHLY CONFIDENTIAL
                 CERTIFICATE OF DEPONENT
2

3
        I, ANTON TITOV, hereby certify that I have read the
4    foregoing pages of my deposition of testimony taken in these
     proceedings on Tuesday, December 6, 2011, and, with the
5    exception of the changes listed on the next page and/or
     corrections, if any, find them to be a true and accurate
6    transcription thereof.

7

8

9

10
     Signed:  ...........................
11
     Name:    ANTON TITOV
12
     Date:    1/20/2012..............
13

14

15

16

17

18

19

20

21

22

23

24

25

TSG Reporting - Worldwide    (877) 702-9580

Highly Confidential

Page 373

```
1                    HIGHLY CONFIDENTIAL

2                         E R R A T A

3              Deposition of ANTON TITOV

4     Page/Line No.        Description          Reason for change

5

6     225:25    Remind me. --> There might be.   Correct transcription

7     234:20    Presentation --> representation   Correct transcription

8     234:20    cost of the --> concept of        Correct transcription

9     261:2     As --> That's                     Correct transcription

10    273:20    Limewire --> Limelight            Correct transcription

11    279:3     is --> would                      Correct transcription

12    293:11    following --> logging             Correct transcription

13    306:5     calls --> holds                   Correct transcription

14    306:6   service at hotfile.com --> to abuse@hotfile.com Correct trans.

15    321:6     would decide it --> with this ID  Correct transcription

16    333:20    brought --> blocked               Correct transcription

17    337:7     file --> file ID                  Correct transcription

18    Signed:  ....................

19    Name:   ANTON TITOV

20    Date:   ....................

21

22

23

24

25
```

TSG Reporting - Worldwide    (877) 702-9580

Highly Confidential

```
                                                          Page 373

 1                    HIGHLY CONFIDENTIAL

 2                        E R R A T A

 3             Deposition of ANTON TITOV

 4     Page/Line No.        Description           Reason for change

 5

 6     361:25          state --> table           Correct transcription

 7     368:7  users stay on our uploads --> users_cowner_upload  Correct trans

 8

 9

10

11

12

13

14

15

16

17

18     Signed:   ...............................

19     Name:   ANTON TITOV

20     Date:   1/20/2012...............

21

22

23

24

25
```

TSG Reporting - Worldwide    (877) 702-9580

H I G H L Y   C O N F I D E N T I A L

Page 374

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,
            Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,


            Defendants.


HOTFILE CORP.,

            Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,
            Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -
VOLUME III
H I G H L Y   C O N F I D E N T I A L
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Wednesday, December 7, 2011
AT:  9:09 a.m.

Job # 44429

H I G H L Y   C O N F I D E N T I A L

Page 375

1    A P P E A R A N C E S

2         ATTORNEY FOR THE PLAINTIFFS:
                   JENNER & BLOCK, LLP
3                  BY:  STEVEN FABRIZIO, ESQ.
                   1099 New York Avenue, NW
4                  Washington, DC  20001

5

6

7

         ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
8        AND ANTON TITOV:
                   FARELLA, BRAUN & MARTEL, LLP
9                  BY:  RODERICK THOMPSON, ESQ.
                   235 Montgomery Street
10                 San Francisco, California  94104

11

12                 BOSTON LAW GROUP
                   BY:  VALENTIN GURVITS
13                 825 Beacon Street
                   Newton Center, MA 02459
14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 376

1    Also present:

2    Court reporter:

3            Fiona Farson
             TSG Reporting
4

5    Videographer:

6            Simon Rutson
             TSG Reporting
7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10           Elena Alexieva

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 473

1    A.   That is correct.

2    Q.   Okay.  Yesterday we spoke about a point in time that

3         I believe -- but I believe you said it was prior

4         to August of 2009, when Hotfile received a DMCA notice

5         identifying a particular URL, it would disable the

6         particular URL, but would not delete the hash master

7         from its system, do you recall that?

8    A.   That is correct.

9    Q.   Okay.  So during that same period of time, if Hotfile

10        received a DMCA notice that identified the URL for

11        a child file, Hotfile would delete or would disable that

12        particular URL?

13   MR. THOMPSON:  Objection, vague.

14   A.   That is correct.

15   BY MR. FABRIZIO:

16   Q.   But Hotfile would not delete the hash master of that

17        file?

18   A.   I believe so.

19   Q.   Okay.  So the -- in the example that we used, where

20        there was a single parent and four child files, if

21        Hotfile disabled the URL for one of the children, the

22        URLs for the parent and the three remaining children

23        files -- files would still be operable?

24   MR. FABRIZIO:  Objection, vague as to time, in the period.

25   BY MR. FABRIZIO:

H I G H L Y   C O N F I D E N T I A L

Page 474

1   Q.  August 2009 and earlier period.

2   A.  I believe so.

3   MR. THOMPSON:  Because of the objection, let me just make

4        sure we have a clear answer.  Let me just see this.

5            Let me ask it again.

6   BY MR. FABRIZIO:

7   Q.  In the case of a user who uploaded a file, which we'll

8        refer to as the parent, and then used the file copy

9        feature to make four copies, each of which we'll refer

10       to as a child file, is it the case that in the period

11       prior to August 2009, when Hotfile received a DMCA

12       notice that identified a URL for one of the child files,

13       Hotfile would disable that particular URL, but not

14       disable the URLs for the three other children files or

15       for the parent file?

16  A.  I think so.

17  Q.  And subsequent to Hotfile disabling the URL for the one

18       child file, users would still be able to use the URL for

19       the parent and the URLs for the three other children to

20       download that content file?

21  MR. THOMPSON:  Objection, overbroad and vague.

22  A.  I believe so.

23  BY MR. FABRIZIO:

24  Q.  Why didn't Hotfile block the -- strike that.

25           When Hotfile got a notice for a URL that it knew to

HIGHLY CONFIDENTIAL

Page 475

```
 1        be a child file, why didn't Hotfile disable the URLs for

 2        the parent file and all other child files?

 3   MR. THOMPSON:  Objection, vague as to time.

 4   BY MR. FABRIZIO:

 5   Q.   In this period prior to August of 2009.

 6   A.   I don't know.

 7   Q.   In the same period, why didn't Hotfile disable the

 8        single hash master reflected by those URLs?

 9   A.   We didn't still realize it is necessary.

10   Q.   So, again, in this period of August 2009 and earlier, if

11        an uploading user had made four copies using the Hotfile

12        file copy feature, and a copyright owner wanted to give

13        Hotfile notice to prevent the infringement of that file,

14        the copyright owner would have to identify and send

15        notices for five different URLs?

16   MR. THOMPSON:  Objection, vague and complex, assumes facts.

17   A.   In case five URLs are used, it could be the case.

18   BY MR. FABRIZIO:

19   Q.   What is the source of your information that this changed

20        and hash blocking began in the August of 2009 timeframe?

21   A.   General discussions with others, and trying to remember

22        when it started.

23   Q.   Is there any way to look at any database to make a more

24        definitive determination?

25   MR. THOMPSON:  Objection, calls for speculation, overbroad.
```

HIGHLY CONFIDENTIAL

Page 476

```
 1    A.   I can't think of any.

 2    BY MR. FABRIZIO:

 3    Q.   The hash blocking functionality, that's implemented

 4         through source code, correct?

 5    A.   Correct.

 6    Q.   What's the name of the source code file that implements

 7         hash blocking?

 8    A.   There is no source code name for blocking, just in any

 9         place where a block should be enforced, there is an SQL

10         update statement that will say "blocked field to 1."

11    Q.   There is a -- what type of statement?

12    A.   SQL.

13    Q.   What does that stand for?

14    A.   Um --

15    Q.   Oh, SQL?

16    A.   Yes, query language.  I am a bit cooked.  Can I... ?

17    MR. THOMPSON:  Take a break.

18    A.   Take a break?

19    BY MR. FABRIZIO:

20    Q.   Let me just --

21    A.   Mm-hmm.

22    Q.   And you said it would say "blocked field"?

23    A.   It will say "blocked field 1" like the document on here.

24    Q.   And just lastly, before we take our break, the source

25         code history would show revision dates when that code
```

H I G H L Y   C O N F I D E N T I A L

Page 493

1  Q.  You consider yourself a technologist, do you not?

2  A.  Yeah, I do.

3  Q.  Do you consider Mr. Vangelov a technologist?

4  A.  I won't say so.

5  Q.  Do you consider Mr. Stoyanov a technologist?

6  A.  To a certain extent.

7  Q.  And does he write computer code?

8  A.  To my best knowledge, he used to, like 20 years ago.

9  Q.  Excuse me -- did he write any of the code for Hotfile?

10 A.  No, he did not.

11 Q.  Did Mr. Vangelov?

12 A.  No, he did not.

13 Q.  Other than you and Mr. Chuburov, did anybody else write

14     the code for Hotfile?

15 A.  Vasil Kolev can write a code, but most of the time he

16     doesn't enjoy the process, so, if it's very necessary to

17     do some fix, he might do it, but it's not his general

18     practice to do so.

19 Q.  What about Mr. Ianakov?

20 A.  No, I don't think he writes any code.

21 Q.  In addition to his responsibilities in communicating

22     with users, did Mr. Ianakov promote Hotfile through

23     internet forums and the like?

24 MR. THOMPSON:  Objection, vague.

25 A.  Not since the beginning.

H I G H L Y   C O N F I D E N T I A L

Page 543

1      terminate users because the websites those users have

2      registered turn out to be repeat copyright infringers?

3   MR. THOMPSON:  Objection, calls for a legal conclusion,

4      vague and ambiguous.

5   A.  I don't know.

6   BY MR. FABRIZIO:

7   Q.  If you don't know, who would know?

8   A.  I think that would be Andre Ianakov.

9   Q.  Did you say Mr. Ianakov?

10  A.  Correct.

11  Q.  Is Mr. Ianakov vested with authority to set policy for

12     Hotfile?

13  MR. THOMPSON:  Objection, vague.

14  A.  No, he's not.

15  BY MR. FABRIZIO:

16  Q.  Is there a place you could look to see whether such

17     a policy was written down?

18  A.  No, I don't think so.

19  Q.  Is there a place -- let me -- has Hotfile ever published

20     on its website a policy that informs users that they

21     will be terminated if the websites they've registered

22     turn out to be repeat copyright infringers?

23  A.  I don't believe so.

24  Q.  Does Hotfile maintain a Google Analytics account?

25  A.  Yes, Hotfile does.

H I G H L Y   C O N F I D E N T I A L

Page 544

```
 1    Q.   Why?
 2    A.   There is a -- Hotfile -- Google Analytics exist to
 3         monitor certain performance or parameters of the site.
 4    Q.   And what performance or parameters of the Hotfile
 5         website does Hotfile monitor through Google Analytics?
 6    MR. THOMPSON:   Objection, vague.
 7    A.   I would think total number of visitors and country
 8         distribution.
 9    BY MR. FABRIZIO:
10    Q.   Anything else?
11    A.   I don't know.
12    Q.   Now, Google Analytics has standard reports that identify
13         refer domains, correct?
14    A.   Correct.
15    Q.   Have you ever seen one of those reports for Hotfile?
16    A.   I don't recall.
17    Q.   Do you have access to Hotfile's Google Analytics
18         account?
19    A.   Yes, I do.
20    Q.   Have you ever run a report related to refer domains for
21         Hotfile?
22    A.   We are doing so -- we are doing so.
23    Q.   Let me just understand how the Google Analytics works
24         with respect to Hotfile; Hotfile has to register with
25         Google in order to have access to Google Analytics,
```

H I G H L Y   C O N F I D E N T I A L

Page 545

1          correct?

2     A.   Correct.

3     Q.   And, upon registering, Google gives Hotfile certain

4          codes or scripts that Hotfile then includes in any web

5          page that Hotfile wants Google to track, correct?

6     A.   I believe so.

7     Q.   Okay.  And if Hotfile doesn't include that code or

8          script in the web page, Google Analytics doesn't --

9          isn't able to track that web page, correct?

10    A.   Correct.

11    Q.   Okay.  And has Hotfile included -- strike that.

12              Has Hotfile included Google Analytics code on

13         certain of its web pages?

14    A.   I believe so.

15    Q.   In fact, has Hotfile included the Google Analytics code

16         on all download pages?

17    A.   In fact I remember seeing the code in the footer, so,

18         yes, I think so.

19    Q.   And new download pages on Hotfile are generated

20         automatically when new files are uploaded, correct?

21    A.   Correct.

22    Q.   And is it also the truth -- strike that.

23              Is it also the case that, for all new download pages

24         generated, Hotfile automatically includes the Google

25         Analytics code in that new download page?

H I G H L Y   C O N F I D E N T I A L

Page 546

1    A.   That is correct, as I understand it.  It doesn't really

2         require that much effort.

3    Q.   Well, it's not a manual process.

4    A.   No, it's not, of course.

5    Q.   All right.  So when a user visits a Hotfile download

6         page, technically the user requests the page from the

7         Google -- from the Hotfile server, correct?

8    A.   Correct.

9    Q.   And when Hotfile sends the download page to the user,

10        the Google Analytics code is part of that page, correct?

11   A.   I believe so.

12   Q.   Okay.  And that code is not visible to the user,

13        correct?

14   A.   Correct.

15   Q.   But when that user receives the web page with the Google

16        Analytics code, that code causes the user's browser to

17        contact a Google server, correct?

18   A.   Correct.

19   Q.   And to send certain data to the Google server?

20   A.   Correct.

21   Q.   And part of the data that the user's browser sends to

22        the Google server is the refer domain that referred the

23        user to that Hotfile web page?

24   A.   I believe so.

25   Q.   And the data also includes the URL of the Hotfile web

H I G H L Y   C O N F I D E N T I A L

Page 547

1       page the user was visiting?

2    A.  I believe so.

3    Q.  And Google collects all this data and maintains it so

4       that Hotfile can run reports and analyses to, as you put

5       it, monitor the performance or certain parameters of the

6       website?

7    MR. THOMPSON:  Objection, calls for speculation.

8    A.  That's my understanding how Google Analytics works.

9    BY MR. FABRIZIO:

10   Q.  And Hotfile has the ability to run various reports that

11      are generated using the data that Google collects in

12      this matter, correct?

13   A.  Correct.

14   Q.  Some reports are standard reports, in the sense that

15      Google has already formatted them and Hotfile simply has

16      to select them by clicking a button, correct?

17   MR. THOMPSON:  Objection, overbroad and vague.

18   A.  Correct.

19   BY MR. FABRIZIO:

20   Q.  And Google also offers a service for allowing Hotfile to

21      create custom reports, where Hotfile would specify the

22      parameters of what it wanted to monitor, correct?

23   A.  I believe so.

24   Q.  Has Hotfile ever created any custom reports?

25   MR. THOMPSON:  Objection, overbroad and vague.

H I G H L Y   C O N F I D E N T I A L

Page 548

1   A.   I am not aware of any.

2   BY MR. FABRIZIO:

3   Q.   Are you aware that the refer domain reports or reports

4        identifying the refer domains to Hotfile web pages would

5        be considered a standard Google Analytics report?

6   MR. THOMPSON:  Objection, calls for speculation, vague.

7   A.   I'm not familiar with the -- with the terminology you're

8        using, but it makes sense, and -- yes.

9   BY MR. FABRIZIO:

10  Q.   If Google wanted to get a list of the refer domains that

11       have referred users to particular pages, particular

12       download pages, Hotfile could readily do so by logging

13       into its Google Analytics account and pushing a few

14       buttons, correct?

15  MR. THOMPSON:  Objection, ambiguous and unintelligible.

16  A.   It could be possible, yes.

17  MR. THOMPSON:  Steve, I've got a few minutes before 6, so we

18       should wind up for the day.

19  MR. FABRIZIO:  We can.  I can finish this whole section with

20       one document, if I may -- will you indulge me?

21  MR. THOMPSON:  I was thinking --

22  MR. FABRIZIO:  "Not if I have a choice, but since it's not 6

23       yet, go ahead"?

24  MR. THOMPSON:  Well, I was thinking about do I have

25       a choice, but anyway --

H I G H L Y   C O N F I D E N T I A L

Page 553

1                    HIGHLY CONFIDENTIAL
               CERTIFICATE OF COURT REPORTER
2

3

       I, Fiona Farson, with TSG Reporting, hereby certify that the
4      testimony of the witness Anton Titov in the foregoing
       transcript, taken on Wednesday, December 7, 2011 was
5      reported by me in machine shorthand and was thereafter
       transcribed by me; and that the foregoing transcript is a
6      true and accurate verbatim record of the said testimony.

7

       I further certify that I am not a relative, employee,
8      counsel or financially involved with any of the parties to
       the within cause, nor am I an employee or relative of any
9      counsel for the parties, nor am I in any way interested in
       the outcome of the within cause.

10

11

12

13

14

       Signed: _____
15

       Fiona Farson
16

       Dated: 12-19-2011
17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 552

1                    HIGHLY CONFIDENTIAL
                  CERTIFICATE OF DEPONENT
2

3

    I, ANTON TITOV, hereby certify that I have read the
4   foregoing pages of my deposition of testimony taken in these
    proceedings on Wednesday, December 7, 2011, and, with the
5   exception of the changes listed on the next page and/or
    corrections, if any, find them to be a true and accurate
6   transcription thereof.

7

8

9

10

    Signed: _____
11
    Name:    ANTON TITOV
12
    Date:    1/20/2012
13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 554

1          HIGHLY CONFIDENTIAL

2    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

3    DATE OF DEPOSITION: 12-7-2011

4    NAME OF WITNESS: ANTON TITOV

5    Reason Codes:

6          1.  To clarify the record.

7          2.  To conform to the facts.

8              3.  To correct transcription errors.

9    Page __396__ Line __16__ Reason __3__

10   From __no_____ to ____to____

11   Page __402__ Line __13__ Reason __3__

12   From __Googles_____ to ____cookies____

13   Page __402__ Line __15__ Reason __3__

14   From __Googles_____ to ____cookies____

15   Page __418__ Line __5__ Reason __3__

16   From __user field field____ to __user input field__

17   Page __439__ Line __24__ Reason __3__

18   From __Lucyan_____ to ____Luchian____

19   Page __458__ Line __5__ Reason __5__

20   From __only the_____ to ____only if the____

21   Page __483__ Line __19__ Reason __3__

22   From __to upload down the file from__ to __will pull down the file from__

23

24          _____

25              ANTON TITOV

TSG Reporting - Worldwide

H I G H L Y   C O N F I D E N T I A L

Page 554

1                    HIGHLY CONFIDENTIAL

2     NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

3     DATE OF DEPOSITION: 12-7-2011

4     NAME OF WITNESS: ANTON TITOV

5     Reason Codes:

6          1.  To clarify the record.

7          2.  To conform to the facts.

8             3.  To correct transcription errors.

9     Page __436__ Line __18__ Reason ___3___

10    From __Lucyan_____ to ___Luchian_____

11    Page __436__ Line __23__ Reason ___3___

12    From __Lucyan_____ to ___Luchian_____

13    Page __439__ Line __24__ Reason ___3___

14    From __Lucyan_____ to ___Luchian_____

15    Page __439__ Line __2__ Reason ___3___

16    From __Lucyan's_____ to ___Luchian's_____

17    Page _____ Line _____ Reason _____

18    From _____ to _____

19    Page _____ Line _____ Reason _____

20    From _____ to _____

21    Page _____ Line _____ Reason _____

22    From _____ to _____

23

24                         _____

25                         ANTON TITOV

H I G H L Y   C O N F I D E N T I A L

Page 555

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,

       Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,

       Defendants.


HOTFILE CORP.,

       Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,

       Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -
VOLUME IV
H I G H L Y   C O N F I D E N T I A L
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Thursday, December 8, 2011
Job #44430       AT:  9:10 a.m.

H I G H L Y   C O N F I D E N T I A L

Page 556

```
 1                    A P P E A R A N C E S

 2    ATTORNEY FOR THE PLAINTIFFS:

 3              JENNER & BLOCK
                BY:  STEVEN FABRIZIO, ESQ.
 4              1099 New York Avenue, NW
                Washington, DC  20001
 5

 6

 7

 8
      ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
 9    AND ANTON TITOV:
                FARELLA, BRAUN & MARTEL
10              BY:  RODERICK THOMPSON, ESQ.
                235 Montgomery Street
11              San Francisco, CA 94104

12

13              BOSTON LAW GROUP
                By: VALENTIN GURVITS, ESQ.
14              825 Beacon Street
                Newton Center, MA 02459
15

16

17

18

19

20

21

22

23

24

25
```

H I G H L Y   C O N F I D E N T I A L

Page 557

1    Also present:

2    Court reporter:

3            Fiona Farson
             TSG Reporting
4

5    Videographer:

6            Simon Rutson
             TSG Reporting
7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 574

1   MR. THOMPSON:  Objection, lacks foundation, calls for

2       speculation.

3   A.  I don't really know.

4   BY MR. FABRIZIO:

5   Q.  Do you know any?

6   A.  Nothing that I can recall.

7   Q.  Okay.  Was he given discretion to select his own forums

8       and blogs and places where he would promote Hotfile, or

9       did you have to tell him which ones to use?

10  MR. THOMPSON:  Objection, assumes facts not in evidence,

11      misconstrues prior testimony.

12  A.  I don't think I ever told him where for ...

13  BY MR. FABRIZIO:

14  Q.  So was he permitted to make his own selections?

15  MR. THOMPSON:  Again, assumes facts not in evidence.

16  A.  I can't recall.

17  BY MR. FABRIZIO:

18  Q.  Do you recall ever telling him to stop promoting on any

19      particular site or forum?

20  A.  No, I don't recall.

21  Q.  Okay.  Was he -- was Mr. Ianakov permitted to enlist

22      other people to help him promote Hotfile?

23  MR. THOMPSON:  Objection, assumes facts not in evidence,

24      misconstrues prior testimony.

25  A.  Can I have the question again?

H I G H L Y   C O N F I D E N T I A L

Page 730

HIGHLY CONFIDENTIAL
CERTIFICATE OF COURT REPORTER

1

2

3

    I, Fiona Farson, with TSG Reporting, hereby certify that the
4    testimony of the witness Anton Titov in the foregoing
transcript, taken on Thursday, December 8, 2011 was reported
5    by me in machine shorthand and was thereafter transcribed by
me; and that the foregoing transcript is a true and accurate
6    verbatim record of the said testimony.

7

    I further certify that I am not a relative, employee,
8    counsel or financially involved with any of the parties to
the within cause, nor am I an employee or relative of any
9    counsel for the parties, nor am I in any way interested in
the outcome of the within cause.

10

11

12

13

14

    Signed:  ........................
15

    Fiona Farson
16

    Dated: 12-20-2011
17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 729

1

CERTIFICATE OF DEPONENT

2

3

I, ANTON TITOV, hereby certify that I have read the
4    foregoing pages of my deposition of testimony taken in these
proceedings on Thursday, December 8, 2011, and, with the
5    exception of the changes listed on the next page and/or
corrections, if any, find them to be a true and accurate
6    transcription thereof.

7

8

9

10

Signed:  ...... ........................

11

Name:    ANTON TITOV

12

Date:    1/20/2012 ....................

13

14

15

16

17

18

19

20

21

22

23

24

25

TSG Reporting - Worldwide

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5         1.   To clarify the record.

6         2.   To conform to the facts.

7         3.   To correct transcription errors.

8    Page  581   Line   8   Reason   3

9    From  make it to the        to   make it to

10   Page  581   Line   9   Reason   3

11   From    log, the           to    log the

12   Page  582   Line   17   Reason   3

13   From  cannot exist         to   can notice if

14   Page  582   Line   20   Reason   1

15   From  accounts hacking,    to   accounts to prevent hacking is a
              limitation                limitation

16   Page  582   Line   22   Reason   3

17   From   force on            to   force hacking on

18   Page  586   Line   16   Reason   3

19   From   or                  to          of

20   Page  586   Line   17   Reason   3

21   From   servers of          to    service

22

23                             _____

24                             ANTON TITOV

25

TSG Reporting - Worldwide

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5         1.  To clarify the record.

6         2.  To conform to the facts.

7         3.  To correct transcription errors.

8    Page __587__ Line __3__ Reason __3__

9    From ___all product___ to ___will protect___

10   Page __587__ Line __5__ Reason __3__

11   From ___stage___ to ___limitation___

12   Page __589__ Line __24__ Reason __3__

13   From __it's correct__ to __it isn't a correct__

14   Page __592__ Line __25__ Reason __1__

15   From __it__ to __we would__

16   Page __597__ Line __25__ Reason __3__

17   From __the shareholders__ to __two shareholders__

18   Page __611__ Line __22__ Reason __3__

19   From __Lucyan__ to __Luchian__

20   Page __612__ Line __8__ Reason __3__

21   From ___Lucyan___ to ___Luchian___

22

23                          _____

24                          ANTON TITOV

25

TSG Reporting - Worldwide

H I G H L Y   C O N F I D E N T I A L

Page 731

1   NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2   DATE OF DEPOSITION: 12-8-2011

3   NAME OF WITNESS: ANTON TITOV

4   Reason Codes:

5        1.  To clarify the record.

6        2.  To conform to the facts.

7        3.  To correct transcription errors.

8   Page __612__ Line __15__ Reason __3__

9   From __Lucyan_____ to __Luchian_____

10  Page __612__ Line __17__ Reason __3__

11  From __Lucyan_____ to __Luchian_____

12  Page __616__ Line __8__ Reason __3__

13  From __FABRIZIO_____ to __THOMPSON_____

14  Page __616__ Line __13__ Reason __3__

15  From __man_____ to __him_____

16  Page __620__ Line __4__ Reason __3__

17  From __Lemuria paid_____ to __Lemuria ever paid__

18  Page __620__ Line __4__ Reason __3__

19  From other_____ to __any_____

20  Page __620__ Line __5__ Reason __3__

    and if there is still other    and the answer is still no, and
21  From __shareholders_____ to __other shareholders, no.__

22

23        _____

24                  ANTON TITOV

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1   NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2   DATE OF DEPOSITION: 12-8-2011

3   NAME OF WITNESS: ANTON TITOV

4   Reason Codes:

5        1.   To clarify the record.

6        2.   To conform to the facts.

7        3.   To correct transcription errors.

8   Page 626   Line 22   Reason 3

9   From financial election   to   FinArt transaction

10  Page 632   Line 25   Reason 3

11  From a port tool   to   upload tool

12  Page 649   Line 25   Reason 3

13  From paid to the   to   paid through the

14  Page 675   Line 13   Reason 3

15  From responding to the   to   responding to user

16  Page 675   Line 14   Reason 3

17  From query in   to   inquiries via

18  Page 675   Line 15   Reason 1

19  From frequently questions   to frequently asked questions

20  Page 701   Line 11   Reason 3

21  From ask him the question to ask him a new question

22

23                           _____

24                           ANTON TITOV

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1     NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2     DATE OF DEPOSITION: 12-8-2011

3     NAME OF WITNESS: ANTON TITOV

4     Reason Codes:

5       1.  To clarify the record.

6       2.  To conform to the facts.

7       3.  To correct transcription errors.

8     Page __723__ Line __16__ Reason __3__

9     From _____hosted_____ to _____posted_____

10    726:25-727:1
     Page _____ Line _____ Reason __3__

11    From __our court file__ to ____Hotfile____

12    Page __611__ Line __22__ Reason __3__

13    From __Lucyan__ to ____Luchian____

14    Page __612__ Line __8__ Reason __3__

15    From __Lucyan__ to ____Luchian____

16    Page __612__ Line __12__ Reason __3__

17    From __Lucyan__ to ____Luchian____

18    Page __612__ Line __15__ Reason __3__

19    From __Lucyan__ to ____Luchian____

20    Page __612__ Line __17__ Reason __3__

21    From __Lucyan__ to ____Luchian____

22

23               _____

24                ANTON TITOV

25

TSG Reporting - Worldwide