**Exhibit 2**

HIGHLY CONFIDENTIAL

Page 1

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                 CASE NO. 11-20427-WILLIAMS/TURNOFF


    DISNEY ENTERPRISES, INC.,                )
    TWENTIETH CENTURY FOX FILM                )
    CORPORATION, UNIVERSAL CITY               )
    STUDIOS PRODUCTIONS LLLP,                 )
    COLUMBIA PICTURES INDUSTRIES              )
    INC., and WARNER BROS.                    )
    ENTERTAINMENT INC.,                       )
                                              )
              Plaintiffs,                     )
                                              )
         -vs-                                 )
                                              )
    HOTFILE CORP., ANTON TITOV,               )
    and DOES 1-10,                            )
                                              )
              Defendants.                     )
                                              )
    _____    )
                                              )
    HOTFILE CORP.,                            )
                                              )
              Counterclaimant,                )
                                              )
         -vs-                                 )
                                              )
    WARNER BROS. ENTERTAINMENT, INC.,         )
                                              )
              Counterdefendant.               )
                                              )
```

         VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
                             OF
                       ATANAS VANGELOV
                      HIGHLY CONFIDENTIAL
                on Wednesday, December 7, 2011
                   commencing at 9:10 a.m.

Reported by:
                           Taken at the offices of
Thelma Harrie               RADDISON BLU HOTEL
                              SOFIA, BULGARIA
Job# 43403

HIGHLY CONFIDENTIAL

Page 2

1           A P P E A R A N C E S
2    On behalf of the Plaintiffs
         JENNER & BLOCK LLP
3        1099 New York Avenue, NW
         Washington, DC 20001
4             BY: LUKE PLATZER, ESQ.
5
6
7    On behalf of the Defendant HOTFILE CORP.
         FARELLA BRAUN & MARTEL LLP
8        Russ Building
         235 Montgomery Street
9        San Francisco, CA 94104
              BY: ANDREW LEIBNITZ, ESQ.
10
11
12   In attendance:
13   INTERPRETER:
         GEORGE M. MATVEEV
14       GO Ltd.
         15, Krusheva Gradina Str.
15       Sofia 1415
         Bulgaria
16       Tel. +359 888 13 50 62
17   VIDEOGRAPHER:
         SIMON ADDINSELL
18       TSG Court Reporting
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 39

1        MR LEIBNITZ:  I'll object just as to
2   form to the extent it may have mischaracterised
3   prior testimony.
4        THE WITNESS:  I think that I already
5   answered these questions to you, but I will do it
6   again.
7        He's doing the e-mail support and
8   also dealing with alleged copyright infringement
9   notices that are being received in the Hotfile
10  abuse system.
11  BY MR PLATZER:
12       Q    And that's right now, his current
13  responsibilities?
14       A    Yes, I think so.
15       Q    Has he had any additional
16  responsibilities in the past?
17       MR LEIBNITZ:  I'll object as vague
18  and ambiguous.
19       THE WITNESS:  I cannot say for sure,
20  but I don't think of any.
21  BY MR PLATZER:
22       Q    Did Blue Ant hire Mr Ianakov in order
23  to work on Hotfile?
24       A    Yes, I think so.
25       Q    What about Mr Kolev?

1        CERTIFICATE
2    I, THELMA HARRIES, MBIVR, ACR, do hereby
3    certify:
4    That ATANAS VANGELOV, the witness whose
5    examination is hereinbefore set forth, was duly
6    sworn by me and the within transcript is a true
7    record of the testimony given by such witness.
8    I further certify that I am not related to any
9    of the parties of this action nor in any way
10   interested in the outcome of this matter.
11
12

13   THELMA HARRIES, MBIVR, ACR
     Certified Court Reporter
14
15
16   Subscribed and sworn to
17   before me this 19th day
18   of December, 2011.
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 166

1    VIDEOGRAPHER:  This is the end of
2       tape 3 in volume 1 of the deposition of Antanas
3       Vangelov.  We're going off the record at 3:44.
4
5
6
7
8       (Deposition concluded at 3:44 p.m.)
9
10
11
12   _____
13   ATANAS VANGELOV
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 169

1. NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.
2. DATE OF DEPOSITION: 12-7-2011
3. NAME OF WITNESS: ATANAS VANGELOV
4. Reason Codes:
5.    1. To clarify the record.
6.    2. To conform to the facts.
7.    3. To correct transcription errors.
8. Page __11__ Line __16__ Reason __1__
9. From _UNIVERSITY FOR ECONOMY_ to _UNIVERSITY OF NATIONAL AND WORLD ECONOMY_
10. Page __106__ Line __14__ Reason __3__
11. From _LEMURIA_ to _BLUE ANT_
12. Page _____ Line _____ Reason _____
13. From _____ to _____
14. Page _____ Line _____ Reason _____
15. From _____ to _____
16. Page _____ Line _____ Reason _____
17. From _____ to _____
18. Page _____ Line _____ Reason _____
19. From _____ to _____
20. Page _____ Line _____ Reason _____
21. From _____ to _____
22.
23.
24. _/s/ signature_
25. ATANAS VANGELOV

TSG Reporting - Worldwide   877-702-9580