**Exhibit 5**

                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
              CASE NO. 11-20427-WILLIAMS/TURNOFF
DISNEY ENTERPRISES, INC.,                )
TWENTIETH CENTURY FOX FILM                )
CORPORATION, UNIVERSAL CITY               )
STUDIOS PRODUCTIONS LLLP,                 )
COLUMBIA PICTURES INDUSTRIES              )
INC., and WARNER BROS.                    )
ENTERTAINMENT INC.,                       )
                                          )
            Plaintiffs,                   )
                                          )
    -vs-                                  )
                                          )
HOTFILE CORP., ANTON TITOV,               )
and DOES 1-10,                            )
                                          )
            Defendants.                   )
_____      )
                                          )
HOTFILE CORP.,                            )
                                          )
            Counterclaimant,              )
                                          )
    -vs-                                  )
                                          )
WARNER BROS. ENTERTAINMENT, INC.,         )
                                          )
            Counterdefendant.             )
                                          )


        VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

                           OF

                    RUMEN STOYANOV

                 HIGHLY CONFIDENTIAL

            on Thursday, December 8, 2011
              commencing at 9:10 a.m.
                    Taken at:
            The Raddison Blu Hotel
                Sofia, Bulgaria
Job Number:    43401
Reported by:   Thelma Harries, MBIVR, ACR

```
 1              A P P E A R A N C E S

 2   On behalf of the Plaintiffs
         JENNER & BLOCK
 3       10909 New York Avenue, NW
         Washington, DC 20001
 4
             BY:  LUKE C. PLATZER,SQ.
 5

 6

 7   On behalf of the Defendant HOTFILE CORP.
         FARELLA BRAUN + MARTEL LLP
 8       Russ Building
         235 Montgomery Street
 9       San Francisco, CA 94104

10           BY:  ANDREW LEIBNITZ, ESQ.

11

12   In attendance:

13   INTERPRETER:
         GEORGE M. MATVEEV
14       GO Ltd.
         15, Krusheva Gradina Str.
15       Sofia 1415
         Bulgaria
16

17   VIDEOGRAPHER:
         SIMON ADDINSELL
18       TSG Court Reporting

19

20

21

22

23

24

25
```

```
                                                    Page 3
 1                    INDEX

 2    DEPONENT                          PAGE

 3    RUMEN STOYANOV

 4
      EXAMINATION
 5    BY MR PLATZER                     5

 6

 7
                      EXHIBIT INDEX
 8
      Exhibits Marked During This Deposition
 9
      Exhibit No.                      Page
10
        Exhibit 1                       43
11      Exhibit 2                       43
        Exhibit 3                       49
12      Exhibit 4                       49
        Exhibit 5                       52
13      Exhibit 6                       52
        Exhibit 7  (withdrawn)          54
14      Exhibit 8  (withdrawn)          54
        Exhibit 9                       56
15      Exhibit 10                      56
        Exhibit 11                      71
16      Exhibit 12                      71
        Exhibit 13                      73
17      Exhibit 14                      73
        Exhibit 15                      75
18      Exhibit 16                      75
        Exhibit 17                      78
19      Exhibit 18                      78
        Exhibit 19                      79
20      Exhibit 20                      79

21

22

23

24

25
```

Page 4

1   9:10 a.m.

2        VIDEOGRAPHER:  This is the beginning of

3   tape 1 in volume 1 of Rumen Stoyanov in the matter

4   of Disney Enterprises, et al, Plaintiffs, versus

5   Hotfile Corporation, Anton Titov and Does 1 to 10,

6   Defendants, and also Hotfile Corporation

7   Counterdefendants versus Warner Brothers

8   Entertainment Incorporated, Counterclaimants.

9             This matter is in the United

10  States District Court for the Southern

11  District of Florida, and it's case number

12  11-20427-Williams/Turnoff.

13             Today's date is the 8th December,

14  2011 and the time is 11 minutes past 9:00 a.m.

15             This deposition is taking place at

16  the Raddison Blu Hotel in Sofia.

17             The court reporter is Thelma Harries,

18  the videographer Simon Addinsell, and our

19  interpreter is George Matveev, all with TSG Court

20  Reporting.

21             Could counsel in the room please

22  introduce themselves and tell us who they're

23  representing today as well, please.

24             MR PLATZER:  Luke Platzer of Jenner

25  & Block on behalf of the plaintiffs and the

Page 5

1    counterdefendant.

2                    MR LEIBNITZ:  Andrew Leibnitz for

3    defendants.

4                    VIDEOGRAPHER:  Could the court

5    reporter please first swear in the interpreter and

6    then, through the interpreter, the witness.

7            GEORGE M. MATVEEV, the interpreter herein,

8       was duly sworn to truthfully and impartially

9     interpret the English language into Bulgarian and

10          the Bulgarian language into English

11                    RUMEN STOYANOV

12                having been duly affirmed

13                was examined and did testify

14                      as follows:

15                    VIDEOGRAPHER:  It's 9:13.  The

16    witness and interpreter are sworn.  You are on the

17    record, counsel, so please begin.

18                    EXAMINATION

19   BY MR PLATZER:

20           Q    Good morning, Mr Stoyanov.  My name

21   is Luke Platzer and I represent the plaintiff in

22   this case.

23           A    Good morning.

24                    MR PLATZER:  Before we begin, I'd

25   like to just get a stipulation on the record with

1   your counsel and then we can start with the

2   questions.

3                THE WITNESS:  Okay.

4                MR PLATZER:  Andy, we stipulated

5   yesterday, and I believe in the room next door

6   they've also stipulated, that the depositions will

7   proceed under the Federal Rules of Civil Procedure

8   pursuant to -- subject to any modifications made by

9   our stipulation, that the testimony will be given

10  under penalty of perjury under the United States

11  law and that a court reporter designated by the

12  plaintiffs will administer an oath pursuant to

13  Federal Rule Civil Procedure 28B and 29A, that the

14  deposition testimony will be admissible in any

15  United States court to the extent that any

16  deposition testimony taken in the United States

17  would be, and that Mr Stoyanov does not waive and

18  expressly reserves all substantive rights and

19  protections under Bulgarian law as well as that the

20  deposition will be recorded stenographically in

21  English and videotaped by a videographer.

22                Do you so stipulate on the record?

23                MR LEIBNITZ:  As discussed yesterday,

24  counsel, we have no objection.  To the extent that

25  what you just read does not differ materially from

1    the previous stipulation entered in the deposition

2    of Anton Titov regarding ESI issues, we have no

3    objection.

4                 But it should be clear, Mr Stoyanov

5    does not waive any rights or protections under

6    Bulgarian law or United States law.

7                 You also mentioned, again, that the

8    testimony today would be admissible in any US

9    court.  It's our understanding that this deposition

10   will only be used in this case, the Disney versus

11   Hotfile case, but, subject to those comments, we so

12   stipulate.

13                 THE WITNESS:  What is ESI?

14                 MR LEIBNITZ:  Electrically stored

15   information.

16   BY MR PLATZER:

17        Q    Mr Stoyanov, have you ever been

18   deposed before?

19        A    No.

20        Q    I'd like to go over some of the

21   instructions with you before we get into

22   substantive questions.

23                 Do you understand that you are under

24   oath here today and that you have an obligation to

25   be truthful and forthcoming in your answers?

1         A     I do.

2         Q     I'm going to do my best to try to ask

3    intelligible questions but, if there's something

4    that you don't understand, please feel free to ask

5    me for clarification and then I may try to re-word

6    the question.  It will be helpful.

7               Also, some of the documents that I'll

8    be showing you today have been translated from

9    Bulgarian into English.  When I'm showing you

10   a translated document, I will hand you both

11   a Bulgarian copy and a certified English

12   translation so that you'll have both sets of

13   documents in front of you.

14              Is there anything that could give --

15   that could prevent you from giving truthful and

16   forthcoming testimony here today?

17        A     No.

18        Q     I'd first like to ask you some

19   questions about your personal employment and

20   educational background.

21              Can you describe for me since

22   completing high school what your educational

23   history is?

24        A     I'm a graduate of Sofia University,

25   specialty in mathematics.

Page 9

1        Q       Anything else?

2        A       During my student years, I have

3   completed a course for a waiter.

4        Q       What year did you graduate from Sofia

5   University?

6        A       If I'm not mistaken, 1987.

7        Q       And was the -- what is the highest

8   educational degree that you've reached?

9        A       At the time we did not have this

10   equivalence of university degrees, but it's the

11   completed training course of the Sofia University

12   which equals a Master's degree.

13        Q       Ah, thank you.  Since graduating from

14   university, can you walk me through where you've

15   been employed?

16        A       I have worked -- give me a moment to

17   recollect the exact name of the company.  It was

18   a company, which I believe could have been a State

19   company, called Micro Systems, following which

20   I have worked in a number of my own private

21   companies.

22        Q       Can you list each of your own private

23   companies for me, please?

24        A       I will have to spell this.  It's

25   called Molivcheto, which means the little pencil,

Page 10

1    but the name is Molivcheto, Ltd.

2          Q     What line of business is that?

3          A     Publishing.  Following which we

4    branched out into advertising.

5          Q     Okay.  You mentioned The Little

6    Pencil Limited.  Are there any other of your own

7    companies that you've worked at since graduation?

8          A     Technoleasing, JSC.

9          Q     What is the line of business?

10         A     It's a joint stock company.  It's

11   a financial services company.

12         Q     Is that company still active today or

13   is that just some place you worked in the past?

14         A     Not active any longer.

15         Q     Any additional companies?

16         A     R&N Construction.

17         Q     And that, I take it, is a

18   construction company?

19         A     Yes.

20         Q     Any other companies?

21         A     Best Bulgarian Real Estate Ltd.

22         Q     And I take it that is a real estate

23   agency?

24         A     Yes.

25         Q     Any additional companies?

Page 11

```
 1          A     I can't recall any others.  These
 2    will be the main ones.
 3                Now, it's possible that other
 4    companies have been registered but never performed
 5    any activities, so these will be the main ones.
 6    Obviously with the exception of those you're quite
 7    aware of, which is the reason why we're here.
 8          Q     Those are Blue Ant, Hotfile and
 9    Lemuria?
10          A     No, no.  Lemuria is not part of that.
11          Q     But Hotfile and Blue Ant are?
12          A     Yes.  Oh, I just remembered, there's
13    another company to be mentioned.  One called
14    47 Steps.
15          Q     What line of business is 47 Steps in?
16          A     It's a holding company, and the main
17    line of business is investing in shares of other
18    companies.
19          Q     Is that company still active?
20          A     Yes.
21          Q     Does 47 Steps currently have holdings
22    in any Internet-related businesses?
23          A     No.
24          Q     What lines of business does 47 Steps
25    invest in?
```

Page 12

1        A      In a Swiss company which is known as

2    Hotfile SA, but the Swiss company Hotfile SA has

3    never performed any activities.

4        Q      Is Hotfile SA the only holding that

5    47 Steps currently has assets in?

6        A      Yes.

7        Q      Okay.  So 47 Steps is just a holding

8    company for Hotfile SA?

9        A      In what sense do you ask this

10   question?

11       Q      I'm just trying to confirm that

12   47 Steps doesn't engage in any investments other

13   than acting as a holding company for Hotfile SA?

14       A      The general idea of mine regarding

15   47 Steps is that this company will be investing in

16   shares of other companies in addition to Hotfile

17   SA, not only that.

18       Q      But at the present moment is it only

19   investing in Hotfile SA?

20       A      Yes.

21       Q      And in the past has it invested in

22   any companies other than Hotfile SA?

23       A      No.  It was set up just a year ago.

24       Q      Ah, thank you for the clarification.

25              Now, you're, of course, aware of this

Page 13

```
 1    lawsuit brought by the plaintiffs here, the two

 2    lawsuits brought by a company called Liberty Media

 3    Holdings and a lawsuit brought by a company called

 4    Perfect 10.

 5              Other than those four lawsuits, has

 6    any of your companies ever been sued?

 7              THE INTERPRETER:  You said two from

 8    Liberty Media Holdings?

 9              MR PLATZER:  Yes.

10              (Question re-interpreted)

11              THE WITNESS:  No.

12    BY MR PLATZER:

13         Q    Have you ever been sued in your

14    personal capacity?

15         A    No.

16         Q    You're a Bulgarian citizen, correct?

17         A    Yes.

18         Q    Have you ever travelled to the United

19    States on business?

20         A    No.

21         Q    Have you ever travelled to the United

22    States for any reason?

23         A    Yes.

24         Q    What was the purpose of that visit?

25         A    Tourism.  Travel.
```

Page 14

```
 1          Q     How many times have you been to the
 2   United States on personal travel?
 3          A     Twice.
 4          Q     What was the date of the last visit?
 5          A     I don't recall the exact date, but
 6   I think it was in summer of 2009.
 7          Q     Where did you go?
 8          A     New York, obviously.
 9          Q     And the previous trip to the United
10   States, what year was that?
11          A     1986.
12                MR LEIBNITZ:  May I just insert a
13   comment that the witness answered "New York" and
14   the transcription reads "New York, obviously".
15                THE INTERPRETER:  Well, that's --
16   that was me.  Yes, sorry about that.
17                MR LEIBNITZ:  I mean no criticism.
18   I just want the record to be correct.
19                THE INTERPRETER:  I apologise.
20   BY MR PLATZER:
21          Q     Have you negotiated any contracts
22   with businesses in the United States?
23          A     Would you consider a hotel room
24   rental, a rental car, a negotiated contract?
25          Q     I would not, no.
```

Page 15

1       A      So, no, I have not.

2       Q      And just to make sure that my

3   question is clear, I don't mean that you were in

4   the United States when you negotiated the

5   contracts.

6              Rather, I'm asking whether you have

7   negotiated any contracts with companies that are

8   themselves in the United States?

9       A      Could you elaborate, please?  Be

10  a little more specific?

11      Q      Well, does Hotfile purchase any

12  services from companies in the United States?

13      A      Yes.

14      Q      Which companies are those?

15      A      Lemuria.

16      Q      Are there companies other than

17  Lemuria from whom Hotfile purchases services in the

18  United States?

19      A      There are companies from which we

20  have purchased servers and bandwidth, but I don't

21  recall the names.

22      Q      Who negotiated the contracts with

23  those companies?

24      A      Sometimes it was Atanas Vangelov and

25  sometimes it was Anton Titov.

Page 16

1        Q      Do you recall whether one of those

2    companies was a company by the name of Limelight

3    Network?

4        A      I have heard the name of that

5    company.

6        Q      Is there a company by the name of

7    Webzilla Communications from whom Hotfile has

8    purchased Internet services in the United States?

9        A      Yes.

10       Q      And Hotfile also rents service space

11   in a server firm in Dallas, correct?

12       A      I think so, yes.

13       Q      But all of those contracts were

14   negotiated by Mr Vangelov and Mr Titov and not by

15   you?

16       A      I have participated in the

17   decision-making process from a business

18   perspective, but I have not participated in the

19   actual negotiations, simply because I do not speak

20   English.

21       Q      Have you signed any of the contracts

22   yourself?

23       A      No.  I don't know.

24       Q      Do you own any property in the United

25   States?

Page 17

```
 1        A     No.

 2        Q     Do you have signing authority on any

 3   bank accounts with American banks?

 4        A     No.

 5        Q     Now, one of your companies is a

 6   company by the name of Blue Ant, correct?

 7        A     Yes.  But by my company, you need to

 8   know that it's not 100 per cent owned by me.

 9        Q     You own a 15(sic) per cent share?

10        A     Yes.

11        Q     And just for the record here, I see

12   the transcript says 15 per cent --

13        A     Fifty;  5-0.

14        Q     5-0.

15        A     5-0.

16        Q     The other 50 per cent is held by

17   Mr Vangelov?

18        A     Yes.

19        Q     Did the two of you found the company

20   together?

21        A     Yes.

22        Q     Had you done business with

23   Mr Vangelov before?

24        A     No.

25        Q     How did you meet him?
```

Page 18

1          A       I sold him my old car.

2          Q       Whose idea was it to found the web?

3          A       Probably both, both of us.  I wanted

4    to get involved in the Internet business.  He

5    mentioned that he also has a similar interest, so

6    we set up a company.

7          Q       And that was around 2003?

8          A       Yes.

9          Q       Prior to the launch of Hotfile, what

10   services did Blue Ant provide?

11         A       We had two main lines of business.

12   The first one was developing real estate websites,

13   and the second one was websites for adults.

14         Q       Were those 3pic and 8tube?

15         A       tube8, yes.

16         Q       Any others?

17         A       Best Bulgarian Real Estate, Bansko

18   Rent.

19         Q       Is that also a real estate website?

20         A       Yes.  There are some others.  Cheap

21   Bulgarian Houses, but I don't recall whether it was

22   .bg or .com.

23         Q       And at some point, you, Mr Vangelov

24   and Mr Titov decided to found a company called

25   Hotfile, correct?

1        A      Yes.

2        Q      Was that sometime in 2008?

3        A      Yes.

4        Q      Whose idea was it?

5        A      Mine.

6        Q      Where did you get the idea?

7        A      I heard from friends that, when they

8    work as a team and they need to perform different

9    tasks, they have difficulties coordinating

10   different tasks between different members, so it

11   would be good if they have a webspace where they

12   can upload their materials so everyone will be able

13   to check on the progress of the others and download

14   whatever all the others have uploaded.  And then --

15   and then, when they meet, all of them can know

16   where have the others gone, vis-à-vis the

17   development of the respective project, rather than

18   exchange all the e-mails for all the progress.

19       Q      At the time, were you familiar with

20   a website by the name of RapidShare?

21       A      At the time, no.

22       Q      Were you aware at the time of

23   a website by the name of MediaFire?

24       A      No.

25       Q      Were you aware of a website called

Page 20

```
 1   MegaUpload?

 2         A     No.

 3         Q     At the time you founded Hotfile, were

 4   you aware of any other file sharing services?

 5         A     Yes.

 6         Q     Which ones?

 7         A     All of these you just listed.

 8         Q     I'm a little confused.  I thought you

 9   had just testified that you were not aware of those

10   sites at the time?

11         A     So, to clarify.  At the time of the

12   initial discussion with my friends that they do

13   need a webspace where they can upload all their

14   files, no, I was not aware of the existence of all

15   these others which you mentioned.

16         Q     But at the time that you actually

17   founded the company, you were aware of them?

18         A     Yes.

19         Q     Thank you for the clarification.

20               Around when -- around when was this

21   initial conversation with your friend that you just

22   testified to?

23         A     I can't say for sure.  It must have

24   been in the summer of 2008.

25         Q     Okay, so a couple of months before
```

1    Hotfile was founded?

2         A    Yes.

3         Q    Hotfile, of course, has an affiliate

4    programme where it pays people who upload files

5    that are subsequently downloaded, correct?

6         A    Yes.

7         Q    Was that programme part of the site

8    from the beginning?

9         A    I don't remember.

10         Q    Whose idea was that programme?

11         A    Mine.

12         Q    Where did you get that idea?

13         A    From the competition.

14         Q    Did RapidShare have a programme like

15    that at the time?

16         A    I think so, yes.

17         Q    Are you aware of any other

18    competitors that had programmes like that at the

19    time?

20         A    Yes.

21         Q    Can you list those for me, please?

22         A    I can't say at this moment which of

23    the competitors had which particular programme at

24    the time.  For example, the affiliate system is

25    being used common, for example, in Amazon.  It's

Page 22

1    not some kind of a discovery.

2         Q     But I'm asking more narrowly about

3    a programme that pays users in order to upload

4    files that have been downloaded.

5               Are you -- were you aware, at the

6    time that you came up with the idea for the

7    affiliate programme, of any competitors other than

8    RapidShare who had a programme of that nature?

9         A     Yes.

10        Q     And can you please list those for me?

11        A     I can't recall the names now.  Some

12   of them might not be in operation any longer.

13        Q     But sitting here today the only one

14   you can name is RapidShare?

15        A     Currently I can think of a large

16   website on the market, but I don't recall whether

17   at the time they had an affiliate system or not.

18        Q     And which website is that?

19        A     In addition to RapidShare, MegaUpload

20   of MediaFire.

21               MR LEIBNITZ:  And MediaFire?

22               THE INTERPRETER:  And MediaFire.

23   BY MR PLATZER:

24        Q     You testified earlier that your

25   initial idea for Hotfile was as a way for people

Page 23

```
 1    working together to share files, correct?

 2            A     Yes.

 3            Q     How does the affiliate programme

 4    promote that type of use of the site?

 5            A     It was a development of the original

 6    idea.

 7            Q     I'm not sure I understand.  If people

 8    are using Hotfile to share files because they're

 9    working together, how does the affiliate programme

10    promote their use of the site in that manner?

11            A     Well, that's precisely what I said.

12    That was the original idea which was further

13    developed afterwards.

14            Q     And was the development, that you

15    testified to, to promote the use of the site as

16    a means of distribution?

17                  MR LEIBNITZ:  I'll object to the

18    extent it attempts to mischaracterise the prior

19    testimony.

20                  (To the witness)  But you can answer.

21                  THE WITNESS:  Could you please

22    clarify the question again?

23    BY MR PLATZER:

24            Q     Let me rephrase it.  Would you agree

25    that, if people are using Hotfile to share files
```

Page 24

```
 1    because they're working together, that the

 2    affiliate programme does not promote that use of

 3    the site?

 4                  MR LEIBNITZ:  Please let me object

 5    before you answer.

 6                  I'm going to object on grounds that

 7    it calls for opinion testimony and is speculative

 8    in using the word "if".

 9                  THE WITNESS:  So could you repeat the

10    question, please?

11                  MR PLATZER:  Can the court reporter

12    read back the question, please.

13                  COURT REPORTER:  "Q.  Let me rephrase

14    it.  Would you agree that, if people are using

15    Hotfile to share files because they're working

16    together, that the affiliate programme does not

17    promote that use of the site?"

18                  MR LEIBNITZ:  Same objections.

19                  THE WITNESS:  I don't clearly

20    understand what is the statement contained in this

21    question, so I can neither agree nor refute it.

22                  The affiliate system was created to

23    attract customers and generate interest to our

24    website.  And even -- and even the people who are

25    sharing files while working together have an
```

Page 25

1    incentive to use our hosting website because that,

2    in a way, generates additional interest for them to

3    use our site.

4    BY MR PLATZER:

5         Q     When you came up with the idea for

6    the affiliate programme, was it your purpose to

7    attract users who wanted people to download their

8    files frequently?

9         A     The original idea was to attract more

10   users because it is my belief that the larger the

11   website is the better for the business it will be.

12        Q     Well, how did you intend for the

13   affiliate programme to attract users?

14        A     So whenever someone wants to share

15   a file, they have a number of different options

16   whether they would use e-mail, us, or a competitive

17   hosting service.  So the affiliate system will

18   assistant the decision-making process and will

19   incentivise people to use our services.

20        Q     So you would agree, then, that the

21   affiliate programme is designed to attract users

22   who want to share their files with a lot of people?

23             MR LEIBNITZ:  Objection to the extent

24   it attempts to mischaracterise prior testimony.

25             THE WITNESS:  The affiliate system

Page 26

1    was designed to attract more users notwithstanding

2    the amount of sharing of their files.

3    BY MR PLATZER:

4         Q     Well, what is the minimum number of

5    downloads of a user's file that need to be

6    completed before the affiliate programme pays the

7    user?

8         A     The affiliate programme will start

9    working even with one download.

10         Q     But does the user receive payment

11    from the affiliate programme if their file is only

12    downloaded one time?

13         A     Theoretically, yes, but in practical

14    terms, no, because the amount will be extremely

15    small.

16         Q     In practical terms, a user's file

17    needs to be downloaded thousands of times before

18    they start receiving payment, correct?

19              MR LEIBNITZ:  Objection.

20    Argumentative.

21              THE WITNESS:  No, that is not really

22    the case.

23              During the different periods of the

24    operation of the site the affiliate programme has

25    different forms of remuneration.  The affiliate

1   programme has had different periods when the

2   periods for payment were actually much smaller and

3   shorter.  Actually, it's not so much the affiliate

4   system but, rather, the website itself.

5              So the users who are using the

6   affiliate system and accumulate money can receive

7   their compensation, not so much in the form of real

8   money but, rather, as membership -- as membership

9   compensation.  Currently, this option still exists

10  and many people are actually benefitting from it.

11  BY MR PLATZER:

12       Q    When you say they receive their

13  compensation as membership, do you mean that they

14  receive premium accounts they don't have to pay

15  for?

16       A    Yes.

17       Q    Does the affiliate programme

18  presently have a minimum number of downloads that

19  are required before a user is paid?

20       A    No.

21       Q    I'd like to switch gears and discuss

22  Hotfile's finances for a while.

23              As I understand it, Hotfile -- there

24  are three Hotfile corporate entities;  there is

25  Hotfile Limited, Hotfile Corporation and Hotfile

Page 28

1    SA, is that correct?

2         A    Yes.

3         Q    And there's also an affiliated

4    company called Lemuria Communications?

5              MR LEIBNITZ:  Objection.  Vague as to

6    "affiliate".

7              THE WITNESS:  Hotfile has only three

8    companies.

9    BY MR PLATZER:

10        Q    I'd like to walk through the assets

11   and bank accounts that are held by each of those

12   companies.  Let's start with the easiest;  Hotfile

13   SA.

14             Do I correctly understand that

15   Hotfile SA has only one bank account in

16   Switzerland?

17        A    Yes.

18        Q    It does not hold any other assets

19   other than that bank account?

20        A    Yes.

21        Q    Who holds signing authority on that

22   bank account?

23        A    The manager of the company, Kaloyan

24   Stoyanov.

25        Q    He's not a relative of yours, right?

Page 29

```
 1     The last name is simply a coincidence?

 2            A     Yes.

 3            Q     How do you know Kaloyan Stoyanov?

 4            A     He was recommended to us through the

 5     Bulgarian law firm which is consulting us.

 6            Q     You don't have any other business

 7     dealings with him other than in his role as manager

 8     of Hotfile SA?

 9            A     No.

10            Q     Does he exercise any responsibilities

11     in his role as manager of Hotfile SA?

12            A     I don't know.

13            Q     What about Hotfile Limited?  What

14     bank accounts does Hotfile Limited have?

15            A     It has a bank account in Bulgaria.

16            Q     Who has signing authority on that

17     account?

18            A     Anton Titov.

19            Q     Do you not have signing authority on

20     that account?

21            A     I don't think so.

22            Q     What about Mr Vangelov?

23            A     I don't think he has signing

24     authority either.

25            Q     How much money is in that account?
```

Page 30

```
 1          A      I don't know.

 2          Q      Are you capable of approximating?

 3          A      No.

 4          Q      Does Hotfile Limited also hold any

 5   accounts with payment processing services?

 6          A      Would you consider PayPal one of

 7   these?

 8          Q      I would, yes.

 9          A      So, yes, we do have a PayPal account.

10          Q      Any others?

11          A      I don't think so.

12          Q      And who has authority to access and

13   make transfers from the PayPal account?

14          A      Anton Titov, Andrei Ianakov and

15   myself.  I'm not sure, however, whether I am able

16   to make transfers from that account but I can

17   access it.

18          Q      Does Hotfile Limited hold only one

19   PayPal account or does it have several?

20          A      One.

21          Q      Does Hotfile Limited hold any

22   financial assets, other than its Bulgarian bank

23   account and its PayPal account?

24          A      No.

25          Q      Do any persons who perform work for
```

Page 31

```
 1    Hotfile Limited hold any financial assets on

 2    Hotfile Limited's account?

 3                    Sorry, let me withdraw the question.

 4                    Do any persons who perform work for

 5    Hotfile Limited hold any financial assets on

 6    Hotfile Limited's behalf?

 7                    MR LEIBNITZ:  I'll object as vague,

 8    ambiguous and unintelligible.

 9                    THE WITNESS:  Could you please

10    paraphrase?

11                    MR LEIBNITZ:  Is the translation

12    paraphrase or rephrase?  Did he say paraphrase or

13    rephrase?

14                    THE INTERPRETER:  Paraphrase.  In

15    Bulgarian it would be the same, but "rephrase" will

16    also translate into Bulgarian as "paraphrase".

17                    MR LEIBNITZ:  Okay.  Thank you.

18    BY MR PLATZER:

19         Q     Let me break the question up into two

20    parts.

21                    Are there any other companies that

22    hold financial assets on behalf of Hotfile Limited?

23    For instance, a holding company or something of

24    that nature?

25                    MR LEIBNITZ:  I'll object as vague
```

1    and ambiguous.  If the witness understands he can

2    answer.

3              THE WITNESS:  Could you give me an

4    example, because I can't understand what do you

5    mean by somebody else holding financial assets?

6    It's confusing to me.

7    BY MR PLATZER:

8         Q    For instance, has any of the

9    employees associated with Hotfile Limited opened

10   a PayPal account in their own name that they use on

11   behalf of the company?

12        A    No.

13        Q    Have any of the employees associated

14   with Hotfile opened a bank account in their own

15   name that they use on behalf of the company?

16             THE INTERPRETER:  I will retranslate

17   the question.

18        (Question repeated in Bulgarian)

19             THE WITNESS:  I know of one such case

20   and I hope that there will be no more of these.

21   BY MR PLATZER:

22        Q    Can you tell me more about that case?

23        A    Initially, Anton Titov opened

24   a PayPal account in his name which, initially, as

25   we had agreed, should have been in the name of

 1    Hotfile Corporation.  And, later, when the papers

 2    for Hotfile Ltd. were ready, we transferred this

 3    account into the name of the company.  Actually, he

 4    did;  Anton Titov transferred the PayPal account to

 5    Hotfile Limited, Ltd.

 6                And I hope that no other employees

 7    have opened any account in their name, or at least

 8    I am not aware of such cases.

 9         Q    Now, that answer that you just gave

10    was with respect to Hotfile Limited.  I'd like to

11    ask the same question with respect to Hotfile

12    Corporation.

13                MR LEIBNITZ:  I'll object.  I've lost

14    track of the question.

15    BY MR PLATZER:

16         Q    The question is the same, whether any

17    employees associated with Hotfile have opened or

18    held accounts on behalf of Hotfile Corporation but

19    in their own name?

20         A    We have opened a number of accounts

21    for Hotfile Corp. using different processors

22    servicing our activities, so I will not be able to

23    recall all the cases for all the accounts which we

24    have opened, and I can't recall whether I might

25    have not asked one of all the employees to open an

Page 34

```
 1   account in a personal name which would then be

 2   transferred into the company name once all the

 3   paperwork is done and in place.

 4            But, in practical terms, all the

 5   transactions of Hotfile Corp. were performed

 6   through corporate accounts.

 7       Q    Let's walk through those corporate

 8   accounts.

 9            Can you tell me which bank accounts

10   Hotfile Corporation holds?

11       A    What do you mean?

12       Q    Does Hotfile Corporation hold any

13   bank accounts in a corporate capacity?

14       A    Yes.

15       Q    How many?

16       A    You're talking about bank accounts?

17       Q    Yes.

18       A    One.

19       Q    Where is that account located?

20       A    In Hungary.

21       Q    What bank is it with?

22       A    Korean Development Bank.

23       Q    And approximately how much money is

24   in that account?

25       A    I don't know.
```

Page 35

1          Q      Do you not even know approximately

2     how much?

3          A      I could speculate, if you think it's

4     so important.

5          Q      I don't want you to speculate, but

6     you do understand the difference between a guess

7     and an approximation, correct?

8                 MR LEIBNITZ:  I'll object as vague

9     and ambiguous.

10                THE WITNESS:  I am not sure I fully

11    realise the difference between the two terms you

12    use, but I will cooperate with you and give you

13    a rough estimate.  Maybe approximately one million.

14    BY MR PLATZER:

15         Q      Is that in Euro or dollars?

16         A      We have accounts in US dollars and

17    Euros but, in a way, I treat that as one account.

18                In practical terms, we have provided

19    you with -- the full financial information of the

20    company to you.

21         Q      Who holds signing authority on the

22    account in Hungary?

23         A      Atanas Vangelov, Anton Titov and

24    myself, yes.

25         Q      So we've discussed bank accounts.

1    What about accounts with on-line payment services?

2    Does Hotfile Corporation hold any of those?

3         A    You mean payment processors?

4         Q    Yes.

5         A    Yes, we have.

6         Q    Is PayPal one of those?

7         A    Yes.

8         Q    Are there any other than PayPal?

9         A    During different periods we have used

10   different payment processors.  Currently, if I'm

11   not mistaken, we don't have any others.

12        Q    How many PayPal accounts does Hotfile

13   Corporation hold in its corporate capacity?

14        A    One.

15        Q    And who has access to that account?

16        A    I already answered this question.

17        Q    Oh, I thought you had previously

18   answered for Hotfile Limited's PayPal account.

19        A    I will need to make a clarification

20   at this stage.

21             We have only one PayPal account,

22   which is registered by Hotfile Limited, but it is

23   actually used for the corporate business of Hotfile

24   Corporation.

25        Q    Does Hotfile -- Hotfile Limited's

Page 37

```
 1    PayPal account is registered with PayPal

 2    Luxembourg, correct?

 3              A    It's possible.  I don't know.

 4              Q    Doesn't Hotfile Corporation also have

 5    a PayPal account with PayPal Singapore, which is

 6    separate and distinct from Hotfile Limited's

 7    account with PayPal Luxembourg?

 8              A    As far as I know, no.  We have had

 9    certain discussions about a corporate restructuring

10    of Hotfile, and we have had discussions with

11    PayPal's management, so they could have opened

12    another account but we have actually never, ever

13    used it.

14              Q    When you say, "they could have opened

15    another account", you mean PayPal?

16              A    Yes.

17              Q    Okay.  But your testimony is that

18    Hotfile never used the Singapore account?

19              A    Yes.

20              Q    And are there any assets in that

21    account?

22              A    Which one do you mean?

23              Q    Singapore.

24              A    As far as I know, there is no such

25    account.  If you are aware of such an account,
```

Page 38

1    let's use the money.

2         Q     Other than its bank accounts in

3    Hungary and the possibility of the PayPal account

4    that you're not sure about, does Hotfile

5    Corporation hold any financial assets?

6         A     So which PayPal account did you

7    include in your statement?

8         Q     Let's include -- let's just exclude

9    PayPal from the statement all together.

10        A     So could you please restate the

11   question?

12        Q     Other than accounts with PayPal and

13   the bank account in Hungary, does Hotfile

14   Corporation hold any financial assets?

15        A     Yes.

16        Q     Can you tell me what those are?

17        A     Yes.

18        Q     Please.

19        A     These will be payment processors

20   which we have used during different periods of our

21   operation.  In some of these accounts there are

22   still funds, but these are not significant amounts

23   and we use them to pay affiliates.

24        Q     Okay.  Thank you.

25        A     You're welcome.

Page 39

```
 1                    MR PLATZER:  Since we've been on the

 2   record for almost an hour-and-a-half, do you think

 3   this might be a good time for a break?

 4                    MR LEIBNITZ:  Thank you.  Let's

 5   break.

 6                    VIDEOGRAPHER:  Going off the record

 7   at 10:27.

 8               (A short recess at 10:27 a.m.)

 9               (Resumed at 10:45 a.m.)

10                    VIDEOGRAPHER:  We're back on the

11   record at quarter to 11.

12   BY MR PLATZER:

13        Q    You understand that you're still

14   under oath?

15        A    Yes.

16        Q    Before the break we were discussing

17   Hotfile's different assets.  I have a question

18   about Hotfile's income.

19               Through payment processing services,

20   Hotfile was obtaining income from subscribers,

21   correct?

22        A    Yes.

23        Q    And was most of that income in the

24   form of payments by users to Hotfile's PayPal

25   account?
```

Page 40

1          A      Yes.

2          Q      And that was an account that was held

3    by Hotfile Limited, the Bulgarian company, on

4    behalf of Hotfile Corporation, the Panamanian

5    company?

6          A      Yes.

7          Q      Was that income being reported to the

8    taxing authorities in any country?

9          A      We have complied with the relevant

10   legislation in every country wherever the companies

11   have been registered.

12         Q      Sir, that's -- my question was

13   whether or not the income was reported to the tax

14   authorities in any country?

15         A      We are using the services of

16   consultants who consult with the company's

17   accounting, and we comply with all relevant

18   requirements of the respective legislation.

19         Q      Sir, you've given that answer twice

20   now.

21                But my question was not whether or

22   not you believe you've complied with the laws of

23   the relevant countries but, simply, it's a factual

24   question whether or not you have reported Hotfile's

25   income to any tax authorities?

Page 41

```
 1                MR LEIBNITZ:  So I'll object.  Asked

 2    and answered, argumentative and irrelevant.

 3    BY MR PLATZER:

 4        Q    Sir, do you understand that you need

 5    to give an answer to my questions, even if your

 6    attorney objects, unless he instructs you not to

 7    answer?

 8        A    Yes, I do understand.

 9                MR PLATZER:  Can the court reporter

10    please read back the question?

11                COURT REPORTER:  "Q.  Sir, you've

12    given that answer twice now.

13                "But my question was not whether or

14    not you believe you've complied with the laws of

15    the relevant countries but, simply, it's a factual

16    question whether or not you have reported Hotfile's

17    income to any tax authorities?"

18                MR LEIBNITZ:  Same objections and

19    vague and ambiguous.

20                THE WITNESS:  Our consultant has

21    informed us that we do not need to have an

22    accounting and reporting --

23                THE INTERPRETER:  I will ask.

24         (Interpreter and witness conferred)

25                To the Panamanian authority.  But
```

Page 42

```
 1    I'll ask the witness to repeat that so I can be

 2    sure that I'm translating correctly.

 3              THE WITNESS:  The consultant, which

 4    registered our company and has been consulting us

 5    on how the company should be set up, has told us

 6    that we don't need to have accounting and reporting

 7    done to the Panamanian authorities of any kind.

 8    BY MR PLATZER:

 9         Q     What about the Bulgarian authorities?

10         A     To the Bulgarian authorities, we

11    report everything which needs to be reported.

12         Q     Do you report the income that Hotfile

13    makes to its PayPal account?

14         A     No.

15         Q     You said that you had received advice

16    from a consultant?

17         A     Yes.

18         Q     Was the consultant an attorney?

19         A     Yes.

20              MR PLATZER:  At this point, Andy,

21    I think your client has waived the attorney/client

22    privilege --

23              MR LEIBNITZ:  Absolutely not.   He's

24    nothing.

25
```

Page 43

1    BY MR PLATZER:

2         Q    Who was the attorney who gave you

3    this advice?

4         A    It's a law firm, Penkov, Markov &

5    Associates.

6         Q    That's a law firm here in Sofia?

7         A    Yes.

8         Q    They advised you on the set-up of the

9    company?

10        A    Yes.

11        Q    When did you consult them?

12        A    Before the company was set up.

13             MR PLATZER:  I have a document I'd

14   like to show you.  Let's mark the English

15   translation as 1.

16             (Exhibits 1 and 2 marked

17              for identification)

18             THE WITNESS:  It's two documents.

19   BY MR PLATZER:

20        Q    Mr Stoyanov, you've been given two

21   documents that have been marked as Exhibits 1 and

22   2.

23             For the record, Exhibit 2 is

24   a document produced by the defendants in this case

25   bearing the Bates number HF02853545, and Exhibit 1

Page 44

1    is a certified English translation of Exhibit 2.

2              Mr Stoyanov, do you recognise the

3    e-mail in Exhibit Number 2?

4         A    (Witness reviewed the document)

5    I don't have any recollection of the e-mail but,

6    looking at the number at the bottom, apparently we

7    have provided that, so most likely it does exist.

8         Q    You have no reason to doubt the

9    authenticity of this e-mail?

10        A    No.

11        Q    This e-mail is dated July 25th of

12   2009.  Is that around the time that you reached out

13   to the consultant for advice about how to set up

14   the company?

15        A    Probably.

16        Q    At the time you sought advice about

17   how to structure the company, were you concerned

18   about possible legal liability for the website?

19        A    Concerns, we did not have, but we

20   wanted to set up the structure of a company in full

21   compliance of any type of legal or tax requirements

22   so that it's a perfectly legal business providing

23   a service.

24        Q    Was one of your priorities in setting

25   up the structure of the company to insulate

1    yourself from legal liability?

2              MR LEIBNITZ:  Objection to the extent

3    it mischaracterises prior testimony.

4              THE WITNESS:  In practical terms, we

5    never -- we never anticipated to have any kind of

6    legal problems.

7    BY MR PLATZER:

8         Q    Do you have any idea why Mr Vangelov

9    would have written in this e-mail that,

10             "We prefer to have the business owned

11   by a company where we will be most protected in

12   case someone want to start any legal proceeding

13   against the site..."?

14             MR LEIBNITZ:  Objection to the extent

15   this question calls for speculation about what went

16   through the head of another person.

17             MR PLATZER:  Andy, you've got to stop

18   with this coaching.  Just object to form.  It's

19   getting a little bit out of hand now.  I've given

20   you some leeway this morning, but your speaking

21   objections are going a little bit too far.

22             MR LEIBNITZ:  Counsel, the record

23   will be absolutely crystal clear about the number

24   and extent of my objections on this record today.

25   I have barely made any.  The fact that you're

1    complaining about my objections is utterly

2    unfounded.

3                MR PLATZER:  Andy, under the Federal

4    Rules you're supposed to object to form, not

5    explain to the witness, through your objection,

6    what answer he's supposed to give.

7                MR LEIBNITZ:  Counsel, you should

8    very clearly reassess that position given what

9    Duane Pozza, your partner, did at the deposition of

10   Dr Waddon.  He spoke more than I did.  I was the

11   interrogating witness.

12               This type of criticism is utterly

13   unfounded and, when it comes from your firm on this

14   subject, utterly unbelievable.

15               Can the court reporter please read

16   back the question?

17               THE REPORTER:  "Q.  Do you have any

18   idea why Mr Vangelov would have written in this

19   e-mail that,

20               "'We prefer to have the business

21   owned by a company where we will be most protected

22   in case someone want to start any legal proceeding

23   against the site...'"?

24               MR LEIBNITZ:  Same objection.

25               THE WITNESS:  No.

1           MR LEIBNITZ:  Let me lodge an

2     objection to this inquiry on this document insofar

3     as it's being used as an excuse and an attempt to

4     breach the attorney/client confidence.  This should

5     stand as a standing objection.

6           MR PLATZER:  Counsel, your client has

7     already testified of his own accord about what

8     advice his attorney gave him on this precise area.

9     Your idea that the attorney/client privilege hasn't

10    been waived here is laughable.

11          MR LEIBNITZ:  Counsel, your position

12    is noted.  The tone with which you take it is

13    utterly unnecessary.  There is no reason to express

14    contempt for me, this witness, my firm or this

15    side.

16          Saying that my position is laughable

17    seems intended to do nothing more than offend.

18    That's harassment.  There is no reason for that,

19    counsel.

20          I would respectfully request that you

21    moderate your behaviour.

22    BY MR PLATZER:

23          Q     Prior to this e-mail, had you

24    discussed with Mr Vangelov the desire to set up

25    Hotfile in a way that would insulate you from legal

Page 48

1    liability in the event of litigation against the

2    site?

3              A    I do not recall.

4              Q    Who actually consulted with the

5    attorneys about the structure and set-up of the

6    company?  Was it you or Mr Vangelov or both?

7              A    I have definitely consulted them.

8    Whether he participated or not, I can't remember.

9              Q    Did you tell your attorneys that you

10   wanted the company set up in a way that would

11   insulate you from legal liability in the event of

12   litigation against the site?

13             A    No, I have not said anything like

14   that.

15             Q    Was this text that Mr Vangelov

16   drafted and forwarded to you ever provided to your

17   attorney?

18             A    It was sent to me but I don't know

19   whether it was sent to the attorneys.

20             Q    Okay.  Was there an enquiry by PayPal

21   at some point in 2010 about Hotfile's finances?

22             A    We have received enquiries from

23   PayPal, but I don't remember when or what year that

24   was.

25             MR PLATZER:  Mark these Exhibits 3

Page 49

1    and 4.

2              (Exhibits 3 and 4 marked

3                for identification)

4    BY MR PLATZER:

5         Q    You've been handed what have been

6    marked as Exhibits 3 and 4.  Exhibit 4 is

7    a document produced by Hotfile in this case bearing

8    the Bates number HF02863210 and Exhibit 3 is a

9    certified English translation of Exhibit 4.

10             Mr Stoyanov, does Exhibit 4 refresh

11   your recollection as to when PayPal made an enquiry

12   about Hotfile's finances?

13        A    Can I read it?

14        Q    Of course.

15        A    (Witness reviewed the document)

16   Okay, so what's the question?

17             MR PLATZER:  Can the court reporter

18   read back the question, please?

19             COURT REPORTER:  "Q.  Mr Stoyanov,

20   does Exhibit 4 refresh your recollection as to when

21   PayPal made an enquiry about Hotfile's finances?"

22             THE WITNESS:  Yes, it does refresh my

23   memory having looked at the date.

24   BY MR PLATZER:

25        Q    What ended up happening after this

Page 50

1    with respect to PayPal's enquiry?

2         A    I don't remember.

3         Q    Is Exhibit Number 4 an e-mail that

4    Mr Vangelov sent to you and to Mr Titov on

5    June 29th, 2010?

6         A    So what are you asking?

7         Q    I'm asking you whether you have any

8    reason to doubt the authenticity of the document?

9         A    As far as I see, no.

10        Q    Do you, in fact, remember this

11   document?

12        A    I'm not sure.

13             MR PLATZER:  The videographer informs

14   me that we're almost out of time on the tape, so

15   why don't we take a short break just to change the

16   tape?

17             VIDEOGRAPHER:  This is the end of

18   tape 1 in volume 1 of the deposition of Rumen

19   Stoyanov.  Going off the record at 18 minutes past

20   11.

21             (A short recess at 11:18 a.m.)

22             (Resumed at 11:22 a.m.)

23             VIDEOGRAPHER:  This is the beginning

24   of tape 2 in volume 1 of the deposition of Rumen

25   Stoyanov.  We're back on the record at 22 minutes

1    past 11.

2    BY MR PLATZER:

3         Q     Mr Stoyanov, one of Hotfile's

4    expenses was paying affiliates in the affiliate

5    programme, correct?

6         A     Yes.

7         Q     Would you characterise that as

8    a significant expense?

9              MR LEIBNITZ:  Objection.  Vague and

10   ambiguous.

11             THE WITNESS:  Compared to what?

12   BY MR PLATZER:

13        Q     Compared to your expenses on hardware

14   and bandwidth?

15             MR LEIBNITZ:  Same objections.

16             THE WITNESS:  I don't recall the

17   exact numbers and ratio between the expenses, but

18   these will cost you the three main things we have

19   expenses for but, in many cases, the ratio between

20   them is different.

21             We have had cases when we buy a lot

22   of servers and, in those cases, that expense was

23   considerably greater than any other.  We've had

24   other cases when we have been able to negotiate

25   lower prices for the bandwidth, so that line item

Page 52

1    in the budget dropped down.

2              MR PLATZER:  I have an exhibit I'd

3    like to mark.

4              (Exhibits 5 and 6

5              marked for identification)

6    BY MR PLATZER:

7        Q     Mr Stoyanov, you've been handed

8    exhibits that have been marked Exhibits Number 5

9    and 6.  Exhibit Number 6 is a document produced by

10   the defendants in this case bearing the Bates

11   number HF02854657, and Exhibit Number 5 is a

12   certified English translation of Exhibit

13   Number 5(sic).

14             And I apologise, I meant the

15   certified English translation of Exhibit number 6.

16             Do you have any reason to doubt the

17   authenticity of Exhibit Number 6?

18       A     No.

19       Q     This is an e-mail that you wrote to

20   Mr Vangelov on March 22nd of 2010?

21       A     Yes.

22       Q     And in this e-mail, in response to

23   a question from Mr Vangelov about the ratio between

24   Hotfile's expenses for affiliates hosting of

25   hardware, you estimate that affiliates make up

1    about 50 per cent of the expenses?

2         A    Yes, that's what I wrote.

3         Q    Okay.  And at the time was that an

4    accurate approximation of the ratio between those

5    three expenses?

6         A    I can't be absolutely sure but, if

7    I wrote it, it could have been something similar.

8         Q    Okay.  Do you have any reason,

9    sitting here today, to believe that it is anything

10   different from what you wrote?

11        A    No, I don't.

12        Q    Okay.  Now, this e-mail is dated in

13   March of 2010.  If we expand that to the entire

14   period that Hotfile has been operating, are you

15   capable of approximating the aggregate ratio

16   between those three expenses?

17             MR LEIBNITZ:  Objection.  Lacks

18   foundation.  Calls for speculation.

19             THE WITNESS:  I can't.

20   BY MR PLATZER:

21        Q    Do you have any reason to believe

22   that the ratios over Hotfile's entire operating

23   history are substantially different from the ones

24   expressed in this e-mail?

25             MR LEIBNITZ:  Objection.  Lacks

Page 54

1    foundation.  And vague and ambiguous.

2              THE WITNESS:  A few questions ago

3    I answered to a question in which I've explained

4    that, over the different periods of Hotfile's

5    operation, the ratio between the three different

6    types of expenses were different.

7    BY MR PLATZER:

8         Q    Yes, and I understand that they were

9    different for different periods.  My question now

10   is different from my previous question.  I'm asking

11   about the aggregate expenses over Hotfile's entire

12   operating history?

13        A    I have not done any statistics, and

14   I don't know what the situation is.

15        Q    Did you believe that the affiliate

16   programme payments were necessary to keep Hotfile

17   competitive?

18        A    That has been one of the things which

19   has assisted us in being competitive.

20             MR PLATZER:  Mark these as Exhibits

21   7 and 8.

22             (Exhibits 7 and 8 marked

23             for identification)

24   BY MR PLATZER:

25        Q    Mr Stoyanov, you've been handed

1   documents that have been marked as Exhibits 7 and

2   8.  Exhibit Number 8 is an e-mail produced by the

3   defendants in this case bearing the Bates number

4   HF02854657.  Exhibit Number 7 is a certified

5   English translation of Exhibit Number 8.  And

6   I apologise;  I was reading the wrong Bates number.

7   The correct Bates number is HF02835473.

8                Mr Stoyanov, do you recall Exhibit

9   Number 8?

10                MR LEIBNITZ:  I've got to interrupt

11   the questioning here.

12                This document appears to be

13   attorney/client privilege.  It appears to be

14   discussions at Hotfile directed towards obtaining

15   legal advice of counsel.

16                So, counsel, I can either claw this

17   back now or we can revisit this after lunch when

18   I've had a chance to confer with our lead counsel.

19                How would you like to proceed?

20                MR PLATZER:  Why don't you confer

21   with lead counsel and let me know when we return

22   from the lunch break whether or not you intend to

23   claw this document back?

24                MR LEIBNITZ:  Thank you, counsel.

25

Page 56

```
 1   BY MR PLATZER:

 2           Q     You can put the document back.

 3                 At some point in time, RapidShare had

 4   an affiliate programme that was similar to Hotfile,

 5   is that correct?

 6           A     Yes.

 7           Q     And did RapidShare terminate its

 8   affiliate programme at one point?

 9           A     I think so, yes.

10           Q     Do you recall when that was?

11           A     I'm not absolutely sure, but I think

12   it was in 2010.

13                 MR PLATZER:  Mark these as 9 and 10.

14                 (Exhibits 9 and 10 marked

15                 for identification)

16   BY MR PLATZER:

17           Q     Mr Stoyanov, you've been handed

18   documents that have been marked as Exhibits 9 and

19   10.  Exhibit Number 10 is a document produced by

20   the defendants in this case bearing the Bates

21   number HF02854871.  Exhibit Number 9 is a certified

22   English translation of Exhibit Number 10.

23                 I would like to direct your attention

24   to the e-mail at the very bottom of the exchange.

25   Is that an e-mail that you sent on July 2nd of
```

Page 57

1    2010?

2         A    Let me read it, please.  (Witness

3    reviewed the document)  It looks like an e-mail of

4    mine.

5         Q    Do you have any reason to doubt the

6    authenticity of Exhibit Number 10?

7         A    No.

8         Q    Was there a point in early July of

9    2010 when you noticed a sudden increase that was

10   unexplained in Hotfile's profits?

11              MR LEIBNITZ:  I'll object to the

12   extent counsel may be, and I don't know for sure,

13   mischaracterising the document.  So I'll object to

14   the translation.  I think he used the word profits.

15              THE WITNESS:  So what was the

16   question?

17              MR PLATZER:  Can the court reporter

18   please read back the question?

19              COURT REPORTER:  "Q.  I would like to

20   direct your attention to the e-mail at the very

21   bottom of the exchange.  Is that an e-mail that you

22   sent on July 2nd of 2010?"

23              MR PLATZER: Oh, sorry, no.  I think

24   you're on the wrong question.

25              COUR REPORTER:   Oh, I'm sorry.  I

Page 58

1    beg your pardon.

2                   "Q.  Was there a point in early July

3    of 2010 when you noticed a sudden increase that was

4    unexplained in Hotfile's profits?"

5                   THE WITNESS:  In the e-mail I have

6    said "revenues", and I have noted that there is an

7    increase in the payment for two specific plans.

8                   Such things have happened very often

9    in Hotfile.  We have discussed such cases often

10   with the colleagues.  So maybe that was one of

11   those cases and I wrote it in an e-mail because,

12   probably, I was not in the office or in Sofia.

13                  So I don't recall specifically, but

14   I have no reason to doubt that such a case actually

15   did happen.

16   BY MR PLATZER:

17        Q     And did you try to think of

18   explanations for why the revenues had increased?

19        A     I always try to do that in any case.

20   Whenever there is an unexplained increase or

21   decrease of revenues, I try and find an

22   explanation.

23        Q     Is one of the explanations that you

24   considered in this particular case that Hollywood

25   might have closed down three or four large websites

```
1    for illegal movies?

2            A      I did not understand the essence of

3    the question.

4            Q      Well, you considered possible reasons

5    for why, in this particular case, Hotfile's

6    revenues had suddenly increased, correct?

7            A      Yes.

8            Q      And was one of those reasons that

9    Hollywood might have closed down three or four

10   large websites for illegal movies and that could

11   have directed users to Hotfile?

12           A      When I do such research, what I do is

13   I do a check whether there have been fluctuations

14   in the actual traffic.  So it's going to be, first

15   of all, the payments we receive, then I would open

16   the new sites; websites.  I check what has been

17   happening around the world, and what I believe

18   could have affected our website is what I have

19   entered in this e-mail.  And I have forwarded that

20   opinion of mine to my colleagues so that they can

21   consider it and perform their own research.

22                  And one of my concerns is that as a

23   result of the closure of these sites, many cheaters

24   cheat, would redirect themselves to my websites,

25   and that is why all these payments could have
```

Page 60

1   increased.

2          Q      Why would cheaters result in

3   additional revenue?

4                 MR LEIBNITZ:  Objection.  Vague and

5   ambiguous.  And by its terms it calls for

6   speculation.

7                 THE WITNESS:  I don't have the

8   answers for any of these options.  I have just

9   raised the concerns to the attention of my

10  colleagues about possible things which they need to

11  be alerted to.

12  BY MR PLATZER:

13         Q      Yes, but right now you just testified

14  that you thought that the closure of sites for

15  illegal movies could have caused cheaters to come

16  to Hotfile, correct?

17         A      I used the word "cheaters"

18  generically because I don't speak English very

19  well.  To me, that would mean everybody who, in a

20  way, is performing a fraud.

21                So what I probably had in mind is

22  that it's possible that, since these websites were

23  closed down, such people would try and use our

24  website to upload such movies, which is the logic

25  of what I wrote.

Page 61

1              Q      Can I ask you to explain, and

2    I realise there may be some translation issues

3    here, but can you explain what you mean by

4    "cheaters"?  Do you mean people who upload

5    infringing content to the site, or do you mean

6    people who try to get paid under the affiliate

7    programme when they are not entitled to do so, or

8    if there is some other thing that you meant?  If

9    you could explain that.

10                    MR LEIBNITZ:  Objection.  Multiply

11   compound.

12                    THE WITNESS:  To me, cheaters will be

13   people who will try to crack our system in order to

14   get more money out of it.

15                    Now, I'm not sure whether the same

16   name will be appropriate to be used for the people

17   who upload infringing content on our website but,

18   in a free conversation, I will use the word

19   "cheater" colloquially, as a generic term, to

20   include everyone who is trying to defraud someone

21   else.

22   BY MR PLATZER:

23              Q      Which meaning did you intend in this

24   e-mail?

25                    MR LEIBNITZ:  Objection to the form

Page 62

```
 1    of the question.  Vague and ambiguous.

 2              THE WITNESS:  I don't know.  I don't

 3    remember.

 4    BY MR PLATZER:

 5         Q    You can put the document aside.

 6              I would like to ask about cheaters

 7    more generically.  Was an issue that Hotfile faced

 8    users who tried to crack the system in order to get

 9    more money?

10         A    Could you repeat the question?

11         Q    Did Hotfile have an issue with users

12    who tried to cheat your system?

13         A    Yes.

14         Q    And can you tell me what methods

15    those cheaters use?

16              MR LEIBNITZ:  Objection.  Lacks

17    foundation.

18              THE WITNESS:  Technically, I don't

19    know how they actually do this, but I'm looking at

20    the main indicator and, if something seems to be

21    going wrong, then I will instruct the technical

22    staff to start looking for issues.

23    BY MR PLATZER:

24         Q    And when cheaters were successful in

25    cracking Hotfile's system, that cost Hotfile money,
```

Page 63

1    right?

2              MR LEIBNITZ:  Objection.  Objection.

3    Lacks foundation.

4              THE WITNESS:  It depends on the type

5    of cheating.  Those cheaters who are cracking the

6    system successfully and beating it, get money, and

7    that costs us, obviously, money.

8    BY MR PLATZER:

9         Q    Is another form of cheating sharing

10   accounts?

11        A    Yes.

12        Q    And that costs you money because

13   those people were sharing accounts instead of

14   buying their own?

15             MR LEIBNITZ:  Objection.  Lacks

16   foundation.

17             THE WITNESS:  That is not very clear

18   because a share account creates advertising.

19   BY MR PLATZER:

20        Q    But shared accounts was something

21   that Hotfile did not permit, correct?

22             MR LEIBNITZ:  Objection.  Lacks

23   foundation.

24             THE WITNESS:  We have a special

25   system for people who like to share files and they

1    can pay for that particular service and, after

2    that, they can share these files.

3    BY MR PLATZER:

4         Q    Yes, but I'm not asking about sharing

5    files.  I'm asking about sharing a Hotfile account.

6    I mean, that is something that you did not permit,

7    right?

8              MR LEIBNITZ:  Objection.

9    Argumentative.  Lacks foundation.

10             THE WITNESS:  Generally speaking, we

11   did not permit it.

12   BY MR PLATZER:

13        Q    Okay.  And did Hotfile engage in

14   efforts to try to stop cheating?

15        A    Yes.

16        Q    Who was responsible for detecting

17   cheaters?

18        A    Everyone dedicated efforts trying to

19   identify cheaters;  everyone, according to his

20   ability.  That could be one of the examples when

21   I was the one who detected something wrong with the

22   system, and have alerted my colleagues to check --

23   everyone with his own realm of abilities in the

24   system to check -- what is actually going on

25   because every time, when we have had unexplained

Page 65

1   increases of the revenues to the website, that has

2   always been bad news to us.

3          Q     Okay.  So stopping cheating was

4   something that was important to you?

5                MR LEIBNITZ:  Objection.  Lacks

6   foundation.

7                THE WITNESS:  Interdicting any type

8   of cheating has always been a priority.

9   BY MR PLATZER:

10         Q     Can you tell me what methods Hotfile

11  used to detect and interdict cheating?

12         A     These will be technical matters, and

13  I find it difficult to respond.  I don't know.

14         Q     But, sitting here today, are there

15  any methods that you're aware of that Hotfile used?

16                MR LEIBNITZ:  Objection.  Asked and

17  answered.

18                THE WITNESS:  I don't think that

19  there is any change compared to the previous period

20  when we did that.  We kept constantly improving the

21  system and, currently, it's at a status of -- as a

22  result of the continuous improvement over a period

23  of two years.

24  BY MR PLATZER:

25         Q     And can you identify for me any of

Page 66

1      the improvements that were made?

2                    MR LEIBNITZ:  Objection.  Asked and

3      answered.  Lacks foundation.

4                    THE WITNESS:  I will try to explain

5      a particular case in which we did something.

6                    We had a case when we were attacked

7      simultaneously by a significant number of users

8      from China and Vietnam, and then we developed

9      a special type of software which was enabling us to

10     try and identify where all the people who were

11     trying to download from us were residing, and we

12     tried to discontinue such attacks to our website.

13     BY MR PLATZER:

14          Q     Okay.  So you did your own software

15     development in order to stop that particular type

16     of cheating?

17          A     Yes.

18          Q     Approximately how many man hours did

19     Hotfile devote to that software development?

20                    MR LEIBNITZ:  Objection.  Lacks

21     foundation.

22                    THE WITNESS:  That's not how we

23     account for hours, and I can't tell you.

24     BY MR PLATZER:

25          Q     If we don't use man hours as

1    a measurement, can you give me an approximate of

2    the level of effort that went into the software

3    development?

4                 MR LEIBNITZ:   Objection.   Lacks

5    foundation.

6                 THE WITNESS:   Probably my colleagues

7    who are the technical people might know better, but

8    I don't.

9    BY MR PLATZER:

10        Q     Other than the incident with attacks

11   from China and Vietnam, are there any other

12   cheating incidents you can recall sitting here

13   today?

14        A     The other large numbers of cheats

15   which happen are uploading files with illegal

16   content.

17        Q     And what do you mean by "illegal

18   content"?

19        A     One example would be content which

20   contains racial inflammatory statements, child

21   pornography.  Uploading content for which the

22   uploaders do not have the copyright.

23        Q     Can you describe for me what

24   measures, if any, Hotfile took to prevent the

25   uploading or remove illegal content other than

Page 68

```
 1   copyrighted content?

 2                  MR LEIBNITZ:  Objection.  Lacks

 3   foundation.

 4                  THE WITNESS:  In the least --

 5   whenever we have the least suspicion, we have

 6   deleted these accounts.

 7   BY MR PLATZER:

 8        Q    Other than terminating user accounts,

 9   has Hotfile done anything else to prevent the

10   uploading of racially inflammatory content or child

11   pornography?

12                  MR LEIBNITZ:  Objection.  Lacks

13   foundation.

14                  THE WITNESS:  I'm not sure that you

15   can actually stop the upload of any file because,

16   before the actual uploading, we have no idea what

17   it contains.  And, even when it's uploaded, we

18   still don't know what happens with it because we do

19   not check the content of the files which are

20   uploaded on our website.  There is no way to do it.

21   BY MR PLATZER:

22        Q    You testified earlier that you

23   terminated accounts when you had suspicion of the

24   upload of illegal content.  What, other than

25   waiting for someone else to report illegal content
```

1    to you, did you do to detect illegal content that

2    had been uploaded?

3              To clarify, I'm not asking about

4    copyrighted content.  I'm asking about the other

5    types of illegal content to which you just

6    testified.

7              MR LEIBNITZ:  Objection.  Compound.

8    Vague and ambiguous.  Lacks foundation.

9              THE WITNESS:  I will answer.  We have

10   no way of dividing or of discriminating between

11   files which are good, better, worse, bad or

12   anything like that.  They're all files.

13   BY MR PLATZER:

14        Q    So is your answer that you did not do

15   anything other than respond to reports about

16   illegal files?

17             MR LEIBNITZ:  Objection.  Asked and

18   answered.  Vague and ambiguous.  Lacks foundation.

19             THE WITNESS:  So could you please

20   discriminate within your question?

21             Do you mean only those which have

22   copyright violations, or do you include in your

23   question all those files which will have racially

24   inflammatory content and child pornography,

25   et cetera?

1    BY MR PLATZER:

2         Q     I do not mean copyright.  I mean

3    content that is illegal for reasons other than

4    copyright.

5         A     I cannot recall of a case when we

6    would be able to detect such content unless we are

7    notified.

8         Q     Did Hotfile do anything to prevent

9    the uploading of malware to the service?

10        A     What do you mean by "malware"?

11        Q     Malicious software, like viruses.

12        A     Could you please clarify on the

13   question?  What about malware?

14        Q     Did Hotfile do anything to prevent

15   people from uploading files that contained viruses?

16        A     Personally, I'm not aware of how such

17   files could be detected, and I don't know if any

18   one of my colleagues is aware of a way to do that.

19        Q     Was one of other issues that Hotfile

20   faced users who uploaded fake files?

21        A     It's possible.  I don't know.

22        Q     Well, are you familiar with the

23   phenomenon of fake files;  files that purport to be

24   one thing but, in fact, are something else?

25        A     This is the first time I've heard the

Page 71

1    definition, so now I am acquainted with a

2    phenomenon.

3                    MR PLATZER:  Mark these Exhibits 11

4    and 12.

5                    (Exhibits 11 and 12 marked

6                    for identification)

7    BY MR PLATZER:

8         Q    Mr Stoyanov, you've been handed what

9    has been marked Exhibits 11 and 12.  Exhibit 12 is

10   a document produced by the defendants bearing the

11   Bates number HF02854215, and Exhibit 11 is a

12   certified English translation of Exhibit 12.

13                    Mr Stoyanov, does Exhibit 12 reflect

14   an e-mail that you sent on December 4th of 2009?

15        A    Let me just read it, please.

16        Q    Of course.

17        A    (Witness reviewed the document)  Yes.

18        Q    You have no reason to doubt the

19   authenticity of this e-mail?

20        A    No.

21        Q    Does Exhibit 12 refresh your

22   recollection about the issue of users uploading

23   fake files to Hotfile?

24        A    That is a rare case but now, yes,

25   I see it.

Page 72

```
 1          Q      Do you remember Hotfile receiving
 2   a complaint about fake files on the system?
 3          A      Apparently, the person who is
 4   responsible for the system has notified me about
 5   precisely such a case, but I don't have a specific
 6   recollection about it.
 7          Q      And the person who is responsible
 8   here is the person who administers the Hotfile
 9   mailbox?
10          A      The corporate Hotfile mailbox, yes.
11          Q      That was Andrei Ianakov?
12          A      Yes, Andrei Ianakov.
13          Q      And Mr Ianakov proposed that Hotfile
14   create a mechanism for users to report fake files,
15   correct?
16          A      Yes.
17          Q      And you agreed with that suggestion?
18          A      Yes.
19          Q      Was this suggestion ever actually
20   implemented?
21          A      I don't know.
22          Q      So you don't know whether Hotfile
23   ever had a feature that allowed users to report
24   fake files?
25          A      That is correct.
```

Page 73

1          Q     Do you remember whether there was any

2     follow-up subsequent to this e-mail?

3          A     No.

4          Q     Earlier we discussed the case in July

5     of 2010 when you were trying to find an explanation

6     for why Hotfile's revenue had suddenly increased.

7     Did you eventually arrive at a conclusion for why

8     Hotfile's revenues increased?

9          A     I don't recall.

10              Are we done with this document?

11              MR PLATZER:  Oh, yes.  You can put

12     that away, sorry.

13              Mark these as Exhibits 13 and 14.

14              (Exhibits 13 and 14 marked

15              for identification)

16     BY MR PLATZER:

17          Q     Mr Stoyanov, you've been handed

18     documents that have been marked as Exhibit 13 and

19     14.  Exhibit 14 is a document produced by the

20     defendants in this case with the Bates number

21     HF02859540.  Exhibit 13 is a certified English

22     translation of Exhibit 14.

23              Does this Exhibit 14 refresh your

24     recollection about why Hotfile's profits -- sorry,

25     Hotfile's revenues increased in July of 2010?

Page 74

1              MR LEIBNITZ:  Objection.  Lacks

2    foundation.

3              THE WITNESS:  This e-mail is the

4    continuation of a previous e-mail discussed in

5    which all the colleagues expressed their own view

6    about what could be the possible cause for increase

7    in revenue.  In this case, we have the addition of

8    Mr Titov's opinion about what could be the cause.

9    BY MR PLATZER:

10        Q     And Mr Titov's opinion was that

11   RapidShare's discontinuation of its affiliate

12   programme had caused Hotfile's revenues to

13   increase?

14             MR LEIBNITZ:  Objection.  Objection.

15   Lacks foundation.

16             THE WITNESS:  So what is the

17   question?

18   BY MR PLATZER:

19        Q     Was it Mr Titov's opinion that the

20   increase in revenues was because RapidShare had

21   discontinued its rewards programme?

22        A     I see what you see.  He is commenting

23   that this could be the cause.

24        Q     Did you -- did you believe that that

25   was the cause?

1        A      My personal opinion of the matter is

2    that this could have helped us or assisted us in

3    increasing the revenues.

4               MR PLATZER:  Mark these, please.

5               MR LEIBNITZ:  Do you want to take

6    a break for lunch?

7               MR PLATZER:  I'd like to get through

8    this document first.

9               (Exhibits 15 and 16 marked

10              for identification)

11   BY MR PLATZER:

12       Q      Mr Stoyanov, you've been handed

13   documents that have been marked Exhibits 15 and 16.

14   Exhibit 16 is an e-mail produced by the defendants

15   in this case with the Bates number HF02854877, and

16   Exhibit 15 is a certified English translation of

17   Exhibit 16.

18              First, though, do you have any reason

19   to doubt the authenticity of this document?

20       A      No.

21       Q      So this is an e-mail exchange that

22   you had with Andrei Ianakov?

23       A      Yes.

24       Q      Does Exhibit 16 refresh your

25   recollection as to whether you agreed with

Page 76

1  Mr Titov that Hotfile's increase in revenues was

2  most probably due to RapidShare terminating its

3  rewards programme?

4           MR LEIBNITZ:  Objection.  Form.

5           THE WITNESS:  That is what I wrote

6  in the e-mail, and, at the previous question,

7  I answered that it was my personal opinion that the

8  discontinuation of the affiliate programme of

9  RapidShare has contributed to the increase of our

10 revenues.

11          (Discussion off the record)

12          MR PLATZER:  Okay, you can put that

13 document aside.  Why don't we break for lunch?

14          VIDEOGRAPHER:  Going off the record

15 at 12:31.

16          (A short recess at 12:31 p.m.)

17          (Resumed at 1:58 p.m.)

18          VIDEOGRAPHER:  Back on the record at

19 1:58.

20          MR LEIBNITZ:  Counsel, I should

21 probably jump in with, we are clawing back Exhibits

22 7 and 8, the reference bearing to James, who is

23 James Chadwick of Shepherd Mullin, prior counsel to

24 Hotfile.

25          So Hotfile number 02835473 is being

1    clawed back and, accordingly, I've repossessed the

2    exhibits that were entered.  So for the court

3    reporter's sake, you will not find Exhibits 7 and 8

4    in the record.

5              MR PLATZER:  Well, counsel, we don't

6    necessarily agree with the claw back, but we will

7    address it at the appropriate time under the

8    protective order, which I believe gives us a couple

9    of days to object to the claw back.  But, rather

10   than waste the witness's time with that, as we're

11   here, we can discuss it later.

12   BY MR PLATZER:

13        Q    Mr Stoyanov, before we broke for

14   lunch we were discussing the termination of

15   RapidShare's rewards programme.

16              Did Hotfile consider advertising to

17   unhappy RapidShare users who were upset about the

18   termination of the RapidShare rewards programme?

19        A    I don't remember.

20        Q    Were these customers that you wanted

21   to attract to Hotfile?

22        A    Which ones?

23        Q    RapidShare customers who were

24   dissatisfied at the termination of RapidShare's

25   rewards programme?

Page 78

```
 1          A      I don't even remember ever discussing
 2    anything which we could do to attract them.
 3                 MR PLATZER:   These are the next
 4    exhibits;  Exhibits 17 and 18.
 5                 (Exhibits 17 and 18 marked
 6                 for identification)
 7    BY MR PLATZER:
 8          Q      Mr Stoyanov, you've been handed
 9    documents that have been marked as Exhibits 17 and
10    18.  Exhibit 18 is a document produced by the
11    defendants in this case with the Bates number
12    HF02854875, and Exhibit 17 is a certified English
13    translation of Exhibit 18.
14                 First of all, Mr Stoyanov, does
15    Exhibit 18 reflect internal e-mail discussion that
16    you had with Mr Ianakov regarding the termination
17    of the RapidShare rewards programme?
18          A      You mean the affiliate programme?
19          Q      Yes.
20          A      Yes.
21          Q      Does Exhibit 18 refresh your
22    recollection as to whether or not Hotfile
23    considered advertising to disaffected RapidShare
24    users?
25                 MR LEIBNITZ:  Objection.  Lacks
```

Page 79

1    foundation.

2                    THE WITNESS:  No.

3    BY MR PLATZER:

4         Q    But you have no reason to doubt the

5    authenticity of Exhibit 18, correct?

6         A    You are correct.

7         Q    Okay.  So you just don't remember

8    either way?

9         A    Yes.

10        Q    Do you remember whether Hotfile, in

11   fact, ended up doing any advertising to RapidShare

12   users who were dissatisfied with the termination of

13   Rapid Shares' rewards programme?

14        A    No.

15        Q    No, Hotfile didn't do the

16   advertising?  Or, no, you don't remember whether or

17   not it did?

18        A    No, I don't remember.

19             MR PLATZER:  You can put that

20   document aside.

21             These are next.

22             (Exhibits 19 and 20 marked

23             for identification)

24   BY MR PLATZER:

25        Q    Mr Stoyanov, you've been handed          02:06

Page 80

1    documents that have been marked as Exhibits 19 and

2    20.  Exhibit 20 is a document produced by the

3    defendants in this case bearing the Bates number

4    HF02868293.  Exhibit 19 is a certified English

5    translation of Exhibit 20.                          02:07

6              A    We can't read the Bates number very

7    well on this one.

8              Q    Does Exhibit 20, however, reflect an

9    e-mail exchange you had with Mr Titov on July 4th,

10   2010?                                                02:08

11             A    Yes, it looks like an e-mail I have

12   sent to Anton Titov.

13             Q    Do you have any reason to believe

14   that it isn't?

15             A    No.                                   9

16             Q    Do you recall sending this e-mail?

17             A    I will read it first.  (Witness

18   reviewed the document)  I'm ready.

19             Q    Do you recall sending this e-mail?

20             A    No, but I see that it was sent at

21   1 o'clock at night;  1:00 a.m.                       02:10

22             Q    And I see that the e-mail address

23   from which it's sent is a gmail address.  You also

24   had a Hotfile e-mail address, correct?

25             A    Yes.                                  02:10

Page 81

1        Q     Do you use both of those for

2   Hotfile-related businesses?

3        A     In practical terms, I don't remember

4   ever using the Hotfile address.

5        Q     So do you usually use your gmail          02:11

6   address for business?

7        A     Yes.

8        Q     I'd like to direct you to the first

9   line of this e-mail.

10            Sitting here today, do you recall

11   what you meant when you wrote,

12            "What an unexpected gift we have from

13   Rapidshare :)  The bad thing is that they clean up

14   their image while we become the flagship of

15   non-licensed content"?

16       A     I don't really recall exactly what

17   I had in mind at that time, but the first part

18   actually is quite obvious because, whenever your

19   competition is doing something wrong, that is

20   a gift to you.

21            The second part of the sentence,

22   I need to mention that the e-mails are exchanged

23   with Anton and Atanas.  It's not something which

24   I have ever considered as official communication,

25   and I have never made a point to select the proper

Page 82

1    word to express myself.

2              What I had in mind is that, as a

3    result of the latest developments, we have become

4    or will become the largest file hosting and file

5    sharing website, which will immediately make us the

6    prime candidate for attacks.

7         Q    And perhaps it's an issue with the

8    translation, but what do you mean by "prime

9    candidate for attacks"?

10        A    Probably what I had in mind was that

11   companies like yours, and other large companies

12   owning content, are discontent with the development

13   of new technologies and believe that companies like

14   ours are ruining their business.  So, by becoming

15   the largest hosting company, we become more

16   vulnerable.

17             So if that sentence was part of an

18   official document, I would have put my statement in

19   quotes because these are the words which are being

20   used by copyright owners when they accuse hosting

21   companies.

22        Q    Did you believe that Hotfile featured

23   a large amount of non-licensed content?

24        A    No.                                      6

25        Q    Why not?

Page 83

1          A      How can I answer to a "Why not?"

2     question?  That was just my opinion.

3          Q      Leaving this document aside -- and

4     you can put it down -- was it your opinion that          7

5     Hotfile did not have a large amount of non-licensed

6     content on the site?

7                  MR LEIBNITZ:  Objection.  Calls for

8     opinion testimony.

9                  THE WITNESS:  We have always believed

10    that all our content is legal, and we have not

11    allowed the posting of illegal content.

12    BY MR PLATZER:

13         Q      So if you have always believed that

14    all of your content is legal, what is the basis for

15    that belief?

16                 MR LEIBNITZ:  Objection.  Calls for

17    a legal conclusion.  Calls for opinion testimony.

18                 THE WITNESS:  I don't know what to

19    say.                                                   02:18

20    BY MR PLATZER:

21         Q      Well, did you ever do anything to

22    confirm your belief that most of your content was

23    legal?

24                 MR LEIBNITZ:  Objection to form.

25                 THE WITNESS:  We have complied with

Page 84

1    all legal requirements and, on top of that, we have

2    undertaken steps in order to assist copyright

3    owners so that no such content is posted on our

4    website.

5    BY MR PLATZER:

6         Q    Did you ever investigate what files

7    were hosted on your service in order to confirm

8    your belief that most of your content was legal?

9              MR LEIBNITZ:  Objection to form.

10   Misstates prior testimony.

11             THE WITNESS:  What do you mean by

12   saying that "most of your content"?

13   BY MR PLATZER:

14        Q    I apologise.  Your testimony earlier

15   was that you believed that all of your content was

16   legal, so let me re-ask the question.

17             Did you ever investigate what files

18   were hosted on your system in order to confirm your

19   belief that all of your content was legal?

20             MR LEIBNITZ:  Object.  Objection to

21   form to the extent it misstates prior testimony.

22   The record will speak for itself.

23             THE WITNESS:  We have not performed

24   special checks for the content.                    02:22

25

Page 85

1    BY MR PLATZER:

2         Q    Have you performed any other kinds of

3    checks for the content?

4              MR LEIBNITZ:  Object to form.

5              THE WITNESS:  No.  In practical

6    terms, we don't have ways to check the uploading of

7    files;  the content of the upload of files.

8    BY MR PLATZER:

9         Q    So is your belief that all of your

10   content is legal, predicated solely on your

11   removing files when a copyright owner complains?

12             MR LEIBNITZ:  Objection.  Misstates

13   the prior testimony.

14             THE WITNESS:  Probably, yes.

15   BY MR PLATZER:

16        Q    I'd like to shift gears and ask about

17   advertising.

18             When you initially founded Hotfile,

19   what did you do in order to promote awareness of

20   the website?

21             MR LEIBNITZ:  Objection to form.

22   Lacks foundation.

23             THE WITNESS:  I don't remember.

24   BY MR PLATZER:

25        Q    Do you remember whether Hotfile did

Page 86

1    anything in order to promote awareness of the

2    website?

3          A      No, I don't remember.

4          Q      Do you remember whether Mr Ianakov

5    posted favourable comments about Hotfile on

6    Internet forms?

7          A      No.

8          Q      And just to make sure the record is

9    clear;  no, Mr Ianakov did not post Internet forms,

10   or, no, you just don't remember whether or not he

11   did?

12         A      I am not aware of such.  I don't

13   remember.

14         Q      Oh.  Did Mr Ianakov's job

15   responsibilities include promoting Hotfile?

16         A      No.

17         Q      Are you familiar with someone who

18   posts on Internet forms using the screen name

19   Campolar, C-a-m-p-o-l-a-r?

20         A      I hear that name for the first time.

21         Q      You had not heard it before this

22   deposition today?                                    7

23         A      No.

24         Q      Did Hotfile, at any point, run

25   advertisements elsewhere on the Internet?

Page 87

1        A     I don't think so.

2        Q     So do you know how users first became          7

3    aware of the site when you launched it?

4        A     Well, no.

5        Q     Was someone else at Hotfile

6    responsible for promoting or raising awareness

7    about Hotfile at the time of its founding?          8

8        A     No.  It was word of mouth.

9        Q     At some point early in its history

10   Hotfile had advertising on the Hotfile website

11   itself, correct?

12       A     I don't understand how do you think          9

13   that happened.

14       Q     Well, weren't there ads actually on

15   the Hotfile website?  So not advertisements for

16   Hotfile, but advertisements that Hotfile itself had

17   on the Hotfile website?          9

18       A     You mean ads for other companies?

19       Q     That is correct.

20       A     Yes, we did have such a period.

21       Q     Do you recall what advertising

22   networks Hotfile used in order to place those ads?          0

23       A     No.

24       Q     Do you recall when Hotfile stopped

25   running ads for other companies?

Page 88

1          A     No.

2          Q     Do you remember why Hotfile stopped          0

3     running ads for other companies?

4          A     Yes.  We decided that it would be

5     better not to have ads because that would make the

6     site cleaner, easier to use and better-looking.

7          Q     And had the ads previously appeared          1

8     on the download pages of Hotfile?

9                MR LEIBNITZ:  Objection.  Lacks

10    foundation.

11               THE WITNESS:  I think so, yes.

12               MR PLATZER:  Andy, I'm not sure how          1

13    much I have.  Why don't we take a break and then

14    I'll see how much more I have?

15               VIDEOGRAPHER:  Going off the record

16    at 2:31.

17               (A short recess at 2:31 p.m.)                1

18               (Resumed at 2:37 p.m.)

19               VIDEOGRAPHER:  We're back on the

20    record at 2:38.                                         8

21    BY MR PLATZER:

22         Q     Mr Stoyanov, were you the one who

23    designed the payment criteria for the affiliate

24    programme?

25         A     Yes.

Page 89

```
 1        Q      And is it correct that, under the

 2   affiliate programme, one of the criteria that it        8

 3   looked to to determine payments to affiliates are

 4   the sizes of the files that are downloaded?

 5        A      Yes.

 6        Q      So one of those ranges is between

 7   5 and 50 megabytes?                                     9

 8        A      I think so, yes.

 9        Q      And the next range is from 50

10   megabytes to 100 megabytes?

11        A      I'm not absolutely sure but, if you

12   say so, most likely, because that was designed         9

13   quite a long time ago and we haven't changed them

14   recently.

15        Q      And the third range is from 100

16   megabytes to 2 terabytes -- sorry, to 2 gigabytes?

17               MR LEIBNITZ:  Object to form.  Lacks        0

18   foundation.

19               THE WITNESS:  I don't remember the

20   exact numbers.

21   BY MR PLATZER:

22        Q      But you were the one who decided what       0

23   the numbers were going to be?

24        A      Yes.

25        Q      And users were paid more for
```

Page 90

1    uploading larger files, correct?

2         A    No.                                    0

3         Q    Well, let me rephrase the question.

4              For any given number of downloads,

5    the uploading user was paid more for larger files

6    that they had uploaded than for smaller files that

7    they had uploaded?                                0

8         A    Yes.

9         Q    Why did you choose those three

10   particular file-size ranges?

11             MR LEIBNITZ:  Objection.  Lacks

12   foundation.  Object to form.                      1

13             THE WITNESS:  I looked at what the

14   competition was doing at that time and decided that

15   we will offer slightly better conditions.

16   BY MR PLATZER:

17        Q    And when you say "the competition",      1

18   are you referring to RapidShare?

19        A    I don't remember.  There probably

20   were others, not only RapidShare.  Whichever ones

21   were on the market at that point in time.           2

22        Q    So your competitors were paying

23   affiliates larger amounts of money in order to

24   upload larger files for any given number of

25   downloads, so you adopted the same policy?

Page 91

1              MR LEIBNITZ:  Objection to the extent     2

2    it purports to recite his testimony and is

3    mischaracterising it.

4              THE WITNESS:  I think that was the

5    case.                                        02:43

6    BY MR PLATZER:

7         Q    Did you give any consideration to the

8    different types of files that were likely to be

9    represented by different file sizes?

10        A    No.                                     3

11        Q    What kind of files that are

12   downloaded from Hotfile are you aware of that are

13   larger than 100 megabytes in size?

14             MR LEIBNITZ:  Object to form.  Lacks

15   foundation.                                       4

16             THE WITNESS:  I don't know, but

17   you have been given access to the database so

18   a statistic could be drafted.

19   BY MR PLATZER:

20        Q    Okay.  So if we were to take            4

21   a sampling of the files larger than 100 megabytes

22   in your database, that would give us an idea of

23   what kinds of files tend to be represented by files

24   larger than 100 megabytes?

25             MR LEIBNITZ:  Object to form.  Calls     5

Page 92

1    for opinion testimony.  Calls for speculation.

2    BY MR PLATZER:                                          5

3         Q    Did Hotfile ever do any kind of

4    investigation, whether formal or informal, to see

5    what kinds of files fell within each of those three

6    affiliate payment ranges?

7         A    No.                                           6

8              MR PLATZER:  I have nothing further

9    on direct.  I'm reserving my right to redirect in

10   case you want to cross.

11             MR LEIBNITZ:  No questions.

12             VIDEOGRAPHER:  This is the end of

13   tape 2 in volume 1 of the deposition of Rumen

14   Stoyanov.  Going off the record at 2:46.             6

15        (Deposition concluded at 2:46 p.m.)

16

17

18

19

20

21

22

23

24

25

Page 93

```
1                         CERTIFICATE

2      I, THELMA HARRIES, MBIVR, ACR, do hereby

3    certify:

4      That RUMEN STOYANOV, the witness whose

5    examination is hereinbefore set forth, was duly

6    sworn by me and the within transcript is a true

7    record of the testimony given by such witness.

8      I further certify that I am not related to any

9    of the parties of this action nor in any way

10   interested in the outcome of this matter.

11

12   _____

13   THELMA HARRIES, MBIVR, ACR
     Certified Court Reporter
14   Dated: December 20th, 2011

15

16

17

18

19

20

21

22

23

24

25
```

Page 94

```
 1                    ACKNOWLEDGEMENT
          The witness and the within and foregoing
 2     deposition of the aforementioned witness was taken
       before THELMA HARRIES, MBIVR, ACR, at the place,
 3     date and time aforementioned.

 4         There were present during the taking of the
       deposition the previously named counsel.  The said
 5     witness was first duly sworn and was then examined
       upon oral interrogatories; the questions and
 6     answers were taken down in shorthand by the
       undersigned, acting as stenographer; and the within
 7     and foregoing is a true, accurate and complete
       record of all of the questions asked of and answers
 8     made by the aforementioned witness at the time and
       place hereinabove referred to.
 9
           The signature of the witness was not waived, and
10     the deposition was submitted and the undersigned is
       not interested in the within case, nor of kin or
11     counsel to any of the parties.

12         I, RUMEN STOYANOV, being first duly sworn, on
       oath say that I am the deponent in the aforesaid
13     deposition taken on December 8th, 2011; that I have
       read the foregoing transcript of my deposition,
14     consisting of pages 1 through 92 inclusive, and
       affix my signature to same.

15

16

17     _____
       RUMEN STOYANOV
18

19     Subscribed and sworn to
       before me this _____ day
20     of _____, 2011.

21

22

23

24

25
```

Page 95

```
 1   NAME OF CASE:

 2   DATE OF DEPOSITION:

 3   NAME OF WITNESS:

 4   Reason Codes:

 5        1.  To clarify the record.

 6        2.  To conform to the facts.

 7        3.  To correct transcription errors.

 8   Page _____ Line _____ Reason _____

 9   From _____ to _____

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                        _____
```