**Exhibit 7**

**From:**      Pozza, Duane [DPozza@jenner.com]
**Sent:**      Thursday, June 23, 2011 8:56 AM
**To:**        Leibnitz, Andrew (21) x4932; Schoenberg, Tony (28) x4963
**Subject:**   Plaintiffs' discovery requests - follow-up to Tuesday call

Andy, Tony,

Following up on our Tuesday call, here are suggested reports to run for Google Analytics, in order to satisfy the portion of Request No. 19 for data generated from Google Analytics.

Visitors > Visitor Trending > Absolute Unique Visitors
Traffic Sources > Overview
Traffic Sources > Referring Sites
Traffic Sources > Keywords
Content > Content by Title

We would request each report as a PDF and, where available, CSV for Excel, both generated using the "Export" function provided by Google Analytics.  The report would be run for any available data from February 2009 to now.

Regarding Request No. 28, I urge you to reconsider your position on our call that the Stored Communications Act would bar disclosure of content files uploaded to or downloaded from Hotfile, if the copies were retrieved from the individuals rather than from the location to which they are uploaded on Hotfile's servers.  We disagree that the SCA bars disclosure of content files on Hotfile's servers, as we have discussed.  But even accepting your argument, copies of those files maintained by employees are plainly not "carried or maintained on that [remote computing] service" under the conditions in 18 U.S.C. 2702(a)(2)(A)-(B).  Your response to Request No. 28 also does not indicate you are withholding uploaded files, and it contains no privacy objection as to downloaded files.

For our call today set for 1 pm Pacific, I am not in the office and will need to call in, so please let me know what number to call.  Also, I can still talk at that time, but it would be helpful for me to move it earlier to 12 noon Pacific if that would work for you.  Please let me know if so.  Otherwise I will speak to you at 1:00.

Thanks,
Duane

---

**Duane Pozza**
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Tel (202) 639-6027
Fax (202) 661-4962
DPozza@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.