**Exhibit 12**

| | |
|---|---|
| **From:** | Pozza, Duane [DPozza@jenner.com] |
| **Sent:** | Thursday, February 02, 2012 6:30 AM |
| **To:** | Schoenberg, Tony (28) x4963 |
| **Cc:** | Thompson, Rod (27) x4445; Leibnitz, Andrew (21) x4932; Fabrizio, Steven B; Platzer, Luke C |
| **Subject:** | Disney Enterprises, Inc. v. Hotfile Corp. - source code |

Tony,

Defendants' production of source code in response to the Magistrate Judge's order is plainly deficient. I understand that there are fewer than 10 excerpts of files that were produced. It is evident that defendants have withheld certain versions of revisions, as well as other portions of code critically related to the portions that were produced. Here again is what was required to be produced – the proposed order that I read into the record at the hearing itself:

[A]ny and all portions of Hotfile's source code files (including in-file programmer comments), source code revision history, or
source code management system check-in comments that refer to, relate to, or are used for
Hotfile's processes for disabling files or URL links in response to takedown notices, or its
processes for using "hash" information to prevent or block specific subsequently uploaded files
from being available for download.

If defendants do not reconsider and comply with the Order, we will move to enforce it. At this point in the litigation and in light of the Judge's order, we may seek contempt and a production of all source code so that defendants cannot further evade compliance (as well as attorneys' fees). We would like to discuss this today. Please let Luke and myself know a time that will work.

On a related note, as you know, we have an outstanding subpoena to Google for "Referral Traffic" reports for Hotfile. In our previous discussions of Hotfile's evidence of referral traffic, defendants have not objected to producing this kind of referral data, but instead claim they do not have it. Can you confirm that defendants have no objection to Google producing this data?

Thanks,
Duane

---

**Duane Pozza**
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Tel (202) 639-6027
Fax (202) 661-4962
DPozza@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.