# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 11-20427-CIV-WILLIAMS-TURNOFF

*Sealed*

DISNEY ENTERPRISES, INC., et al.,

    Plaintiff

v.

HOTFILE CORP., ANTON TITOV,

    Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

- Name: Janet T. Munn, Esq., on behalf of Defendants Hotfile Corp. & Anton Titov
- Address: Rasco Klock, 283 Catalonia Ave., Suite 200, Coral Gables, FL 33134
- Telephone: 305.476.7101

On behalf of (select one):  ☐ Plaintiff  ☒ Defendant

Date sealed document filed: 4/2/2012

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 01-17-12 [DE #227]

The matter should remain sealed until:

- ☐ Conclusion of Trial
- ☐ Case Closing
- ☐ Other: _____
- ☐ Permanently. Specify the authorizing law, rule, court order:
- ☐ Arrest of First Defendant
- ☒ Conclusion of Direct Appeal

The moving party requests that when the sealing period expires, the filed matter should be (select one):

- ☐ Unsealed and placed in the public portion of the court file
- ☒ Returned to the party or counsel for the party, as identified above
- ☐ Destroyed

Defendants' Notice of Filing the Declaration of Andrew Leibnitz and the Exhibits Thereto, Filed in Support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Strike Portions of Boyle, Cromarty and Titov Declarations

*[signature]*

Attorney for: Defendants