UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-cv-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs*,

vs.

HOTFILE CORPORATION, ANTON TITOV, and
DOES 1-10.

    *Defendants*.
_____/

HOTFILE CORP.,

    *Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counterdefendant.*
_____/

**NOTICE OF FILING PUBLICLY FILED REDACTED VERSION OF
PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS
HOTFILE CORPORATION AND ANTON TITOV'S MOTION TO STRIKE THE
<u>DECLARATION OF JENNIFER V. YEH</u>**

**PUBLIC REDACTED VERSION**

Plaintiffs, by and through undersigned counsel, hereby give notice of filing the publicly filed redacted version of Plaintiffs' Opposition to Hotfile Corporation and Anton Titov's Motion to Strike Yeh Declaration (filed under seal March 7, 2012) and attached Declaration of Jennifer Yeh with accompanying exhibits.

# 705725 v1

CASE NO. 11-cv-20427-AJ

Respectfully submitted,

GrayRobinson, P.A.
*Attorneys for Plaintiffs*
1221 Brickell Avenue
16th Floor
Miami, Fl 33131
Telephone: (305) 461-6880
Facsimile: (305) 461-6887
Email: kstetson@gray-robinson.com

By: /s/ Karen L. Stetson
    Karen L. Stetson

| | |
|---|---|
| MOTION PICTURE ASSOCIATION OF AMERICA, INC.<br>Daniel M. Mandil *(Pro Hac Vice)*<br>Karen R. Thorland *(Pro Hac Vice)*<br>15301 Ventura Blvd.<br>Building E<br>Sherman Oaks, CA 91403 | JENNER & BLOCK LLP<br>Steven B. Fabrizio *(Pro Hac Vice)*<br>Duane C. Pozza *(Pro Hac Vice)*<br>Luke C. Platzer *(Pro Hac Vice)*<br>1099 New York Ave., N.W.<br>Suite 900<br>Washington, DC 20001<br>Telephone: (202) 639-6000<br>Facsimile: (202) 639-6066 |

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 4th day of April, 2012, a true and correct copy of the foregoing has been filed via U.S. District Court Electronic Filing System on all counsel of record on the attached service list.

By:   /s/ Karen L. Stetson
        Karen L. Stetson

CASE NO. 11-cv-20427-AJ

## SERVICE LIST

**Disney Enterprise, Inc., et al. v. Hotfile Corp. et al.**
**CASE NO. 11-CIV-20427- WILLIAMS-TURNOFF**

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamjkul@fbm.com
235 Montgomery Street
San Franscisco, CA 94104
Phone: 415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoclock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL 33134
Phone: 305-476-7101
Fax: 305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvitis
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

*Attorneys for Defendants Hotifile Corp. And Anton Titov*