UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.

_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.

_____/

**DECLARATION OF JENNIFER V. YEH IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO STRIKE THE DECLARATION OF
JENNIFER V. YEH**

**PUBLIC REDACTED VERSION**

I, Jennifer V. Yeh, declare as follows:

1.      I am an attorney at the law firm of Jenner & Block LLP, and counsel to the plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc.  The statements made in this declaration are based on my personal knowledge including on information provided to me by colleagues or other personnel working under my supervision on this case.  If called to testify, I would testify as follows:

2.      Attached hereto as Exhibit A is a true and correct copy of Defendants' Supplemental Response to Plaintiffs' Interrogatory No. 13(a), served in the above-captioned case on November 15, 2011.

3.      In support of Plaintiffs' Motion for Summary Judgment Against Defendants Hotfile Corporation and Anton Titov, I personally supervised the preparation of, among many others, Yeh Exhibits 27, 29, 56, 106, and 119.  I have described the processes of creating the above exhibits in greater detail in my declaration in support of summary judgment, dated February 16, 2012 and available publicly at Docket No. 324-1. (¶¶ 28, 30, 57, 107, 120).  In addition to providing direct guidance and instruction to persons acting under my direction, I personally participated in finalizing these exhibits.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2012.

_____
Jennifer V. Yeh