Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

   *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES
1-10.

   *Defendants.*   /

HOTFILE CORP.,

   *Counterclaimant*,

v.
WARNER BROS. ENTERTAINMENT INC.,

   *Counter-Defendant.*   /

**ORDER GRANTING UNOPPOSED MOTION AND MEMORANDUM OF
LAW OF DEFENDANTS HOTFILE CORPORATION AND ANTON TITOV
FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' REPLY AND THE
DECLARATION OF ANDREW LEIBNITZ AND ANY EXHIBITS
THERETO, FILED IN SUPPORT OF DEFENDANTS' MOTION TO
STRIKE DECLARATION OF JENNIFER V. YEH FILED BY
PLAINTIFFS IN SUPPORT OF PLAINTIFFS' OPPOSITION
TO DEFENDANT ANTON TITOV'S MOTION FOR SUMMARY
JUDGMENT AND DEFENDANT HOTFILE CORPORATION'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

**THIS CAUSE** came before the Court on the Unopposed Motion of Defendants, Hotfile Corporation ('Hotfile") and Anton Titov ("Mr. Titov") (collectively "Defendants"), for Leave to File Under Seal the following: Defendants' Reply and the Declaration of Andrew Leibnitz and any exhibits thereto, filed in Support of Defendants' Motion to Strike the Declaration of Jennifer V. Yeh Filed by Plaintiffs in Support of Plaintiffs' Opposition to Defendant Anton Titov's Motion for Summary Judgment and Defendant Hotfile Corporation's Motion for Partial Summary Judgment ("Unopposed Motion to File Under Seal").

The Court has considered the Unopposed Motion to File Under Seal and being otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that the Unopposed Motion to File Under Seal is hereby Granted. Defendants' Reply in Support of Defendants' Motion to Strike the Declaration of Jennifer V. Yeh Filed in Support of Plaintiffs' Opposition to Defendant Anton Titov's Motion for Summary Judgment and Defendant Hotfile Corporation's Motion for Partial Summary Judgment, shall be filed and maintained under seal.

**DONE AND ORDERED** in chambers at Miami, Florida this _____ day of April 2012.

                                                            _____
                                                            KATHLEEN D. WILLIAMS
                                                            UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record