Sealed

**FILED UNDER SEAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

    *Defendants.*     /

HOTFILE CORP.,

    *Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*     /

FILED by _____ D.C.
APR 09 2012
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**DEFENDANTS' NOTICE OF FILING THE DECLARATION OF ANDREW
LEIBNITZ AND THE EXHIBITS THERETO, FILED IN SUPPORT OF DEFENDANTS'
MOTION TO STRIKE THE DECLARATION OF JENNIFER V. YEH FILED BY
PLAINTIFFS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ANTON
TITOV'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT HOTFILE
CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants, Hotfile Corp. ("Hotfile") and Anton Titov ("Titov") (collectively Hotfile and Titov are "Defendants"), hereby give notice of filing the Declaration of Andrew Leibnitz and the Exhibits Thereto, Filed in Support of Defendants' Motion to Strike the Declaration of Jennifer V. Yeh Filed by Plaintiffs' in Support of Plaintiffs' Opposition to Defendant Anton Titov's Motion

**FILED UNDER SEAL**      CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

for Summary Judgment and Defendant Hotfile Corporation's Motion for Partial Summary Judgment ("Leibnitz Declaration"). The Leibnitz Declaration is attached hereto as Exhibit "A."

**FILED UNDER SEAL**     CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DATED: April 9, 2012     Respectfully submitted,

*/s/ Janet T. Munn*
Janet T. Munn, Esq. Fla. Bar No. 501281
Email: jmunn@rascoklock.com
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102

And

*/s/ Janet T. Munn for*
Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email: rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email: aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email: tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email: dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email: jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.4480

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone: 617.928.1800
Telecopy: 617.928.1802

*Counsel for Defendants Hotfile Corporation
and Anton Titov*

3

**FILED UNDER SEAL**   CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2012, a true and correct copy of the foregoing document, was filed conventionally under seal and served on all counsel of record identified below via e-mail and by First Class U.S. Mail.

Karen L. Stetson, Esq., Fla. Bar No.: 742937
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA 91403-5885
Telephone: 818.935.5812

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

By: /s/ Janet T. Munn
Janet T. Munn