# EXHIBIT 3

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA


DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    Plaintiffs,

  vs.       CASE NO. 11-20427-WILLIAMS-TURNOFF

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

    Defendants.
_____
AND RELATED CROSS-ACTION.
_____


**HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

VIDEOTAPED DEPOSITION OF LANCE R. GRIFFIN, ESQUIRE

PURSUANT TO FEDERAL RULE 30(b)(6)

Los Angeles, California

Thursday, December 22, 2011


Reported by:
LORI SCINTA, RPR
CSR No. 4811

Job No. 178940


877.955.3855

LANCE R. GRIFFIN, ESQ. 12/22/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 10:43 | 1 | do you do next? |
| 10:43 | 2 | A   I think it would be classified as removed. |
| 10:43 | 3 | Q   Okay.  What if the link is still active?  What |
| 10:43 | 4 | is the next step in the process? |
| 10:43 | 5 | A   Our general policy is to send a follow-up |
| 10:43 | 6 | notice. |
| 10:43 | 7 | Q   And is there a specific amount of time between |
| 10:44 | 8 | the sending of a takedown notice and when you check to |
| 10:44 | 9 | see whether the link has been deactivated? |
| 10:44 | 10 | MR. FABRIZIO:  I'm going to instruct the |
| 10:44 | 11 | witness not to answer that question as it reveals highly |
| 10:44 | 12 | sensitive antipiracy material information that has been |
| 10:44 | 13 | deemed out of bounds by the court's order. |
| 10:44 | 14 | (Instruction not to answer.) |
| 10:44 | 15 | BY MR. SCHOENBERG: |
| 10:44 | 16 | Q   When you say "follow-up notice," what do you |
| 10:44 | 17 | mean? |
| 10:44 | 18 | A   It's a second notice on the same link, or it |
| 10:45 | 19 | could be a third notice. |
| 10:45 | 20 | Q   Has Hotfile ever not taken down a file after |
| 10:45 | 21 | receiving a takedown notice from Disney? |
| 10:46 | 22 | MR. FABRIZIO:  Objection.  Calls for |
| 10:46 | 23 | speculation. |
| 10:46 | 24 | THE WITNESS:  I don't think I have data that |
| 10:46 | 25 | would enable me to answer that question. |



LANCE R. GRIFFIN, ESQ.                                       12/22/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 11:26 | 1 | THE WITNESS: So 9/17 at 3:56 P.M. to 9/18 at |
| 11:26 | 2 | 11:01 A.M. I think would be less than 24 hours, if |
| 11:26 | 3 | they're on the same time zone. |
| 11:26 | 4 | BY MR. SCHOENBERG: |
| 11:26 | 5 | Q   Assuming they're on the same time zone. |
| 11:26 | 6 |      Is -- did Disney send this follow-up |
| 11:26 | 7 | notification because it felt like Hotfile hadn't |
| 11:26 | 8 | responded in an adequate amount of time to the original |
| 11:26 | 9 | takedown notice? |
| 11:26 | 10 | MR. FABRIZIO: You're referring to this |
| 11:27 | 11 | specific notice? |
| 11:27 | 12 | MR. SCHOENBERG: Yes. |
| 11:27 | 13 | THE WITNESS: I did not send the notice, and I |
| 11:27 | 14 | can't recall this exact notice, but I -- I would suspect |
| 11:27 | 15 | that's the case. |
| 11:27 | 16 | BY MR. SCHOENBERG: |
| 11:27 | 17 | Q   How quickly should Hotfile have responded to |
| 11:27 | 18 | this, the original takedown notice, in order to have |
| 11:27 | 19 | done so in an adequate amount of time? |
| 11:27 | 20 | MR. FABRIZIO: You're referring, again, to this |
| 11:28 | 21 | individual instance? |
| 11:28 | 22 | MR. SCHOENBERG: Yes. |
| 11:28 | 23 | THE WITNESS: Well, obviously, before 11:01 on |
| 11:28 | 24 | 9/18. |
| 11:28 | 25 | BY MR. SCHOENBERG: |



LANCE R. GRIFFIN, ESQ.                    12/22/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1
 2              I, the undersigned, a Certified Shorthand
 3   Reporter of the State of California, do hereby certify:
 4              That the foregoing proceedings were taken
 5   before me at the time and place herein set forth; that
 6   any witnesses in the foregoing proceedings, prior to
 7   testifying, were duly sworn; that a record of the
 8   proceedings was made by me using machine shorthand
 9   which was thereafter transcribed under my direction;
10   that the foregoing transcript is a true record of the
11   testimony given.
12              Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review of
15   the transcript [X] was [ ] was not requested.
16              I further certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or party to this action.
19              IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated: 12/29/2011
23
24                              _____
                                LORI SCINTA, RPR
25                              CSR No. 4811
```

