# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC., )
TWENTIETH CENTURY FOX FILM )
CORPORATION, UNIVERSAL CITY )
STUDIOS PRODUCTIONS LLP, )
COLUMBIA PICTURES INDUSTRIES, )
INC., AND WARNER BROS. )
ENTERTAINMENT, INC., )
                                     )
              Plaintiffs, )
                                     )
    vs.                            )No. 11-20427-Jordan
                                     )
HOTFILE CORP., ANTON TITOV, )
AND DOES 1-10, )
                                   )
              Defendants. )
                                   )

HIGHLY CONFIDENTIAL

30(b)(6) Deposition of Warner Bros.

Entertainment, Inc.

by and through DAVID KAPLAN

WEDNESDAY, OCTOBER 12, 2011

LOS ANGELES, CALIFORNIA

ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY:  JEANINE CURCIONE
                CSR NO. 10223, RPR

FILE NO.: A505CAB

Page 249

```
17:03:15   1    titles is nonexistent.  It -- it doesn't happen;
17:03:19   2    correct?
17:03:19   3             MR. FABRIZIO:  Objection.  Lacks foundation
17:03:21   4    and vague.
17:03:22   5             THE WITNESS:  And I've also answered that
17:03:25   6    probably a number of times during this deposition,
17:03:27   7    that's correct.
17:03:27   8             MR. FABRIZIO:  Asked and answered as well.
17:03:29   9             THE WITNESS:  The -- the process for
17:03:30  10    Warez-BB does not include downloading the content
17:03:34  11    because it wouldn't be possible to have any kind
17:03:37  12    of [infective on line enforcement at scale with
17:03:44  13    the process that included downloading the files.
17:03:47  14         Q.  I know we've been through this, but my
17:03:49  15    question is not about downloading the files.  It's
17:03:51  16    making any examination of the individual URLs
17:03:54  17    listed on the page.
17:03:56  18             MR. FABRIZIO:  What is the question?
17:03:58  19         Q.  BY MR. THOMPSON:  It's true, is it not,
17:03:59  20    that Warner's process allows Warner to locate
17:04:03  21    pages with Warner titles, but Warner does not
17:04:10  22    examine the individual URLs before asking them to
17:04:12  23    be taken down?
17:04:13  24             MR. FABRIZIO:  Objection.  Vague.
17:04:14  25             THE WITNESS:  In some instances URLs that
```

Page 250

```
17:04:18  1   are provided by cyberlocker hosting sites have
17:04:24  2   something in the URL that approximates --
17:04:25  3   approximates some sort of name or initials or
17:04:29  4   something -- or description of the file that it
17:04:32  5   purports to be, but that's not typically the case.
17:04:37  6   So an examination of those URLs typically wouldn't
17:04:42  7   yield information one way or the other.  That's
17:04:44  8   why we focus on the information that's on the post
17:04:47  9   page.
17:04:48 10        Q.  And the fact is Warner makes no
17:04:49 11   examination of the URLs themselves; correct?
17:04:53 12        A.  On Warez-BB.
17:04:55 13        Q.  Thank you.
17:05:14 14        MR. FABRIZIO:  We've been going a little
17:05:16 15   over an hour.  Maybe we should take a quick break?
17:05:21 16        MR. THOMPSON:  Okay.  We'll take a quick,
17:05:22 17   like a five minute break.
17:05:25 18        THE VIDEO OPERATOR:  Now going off the
17:05:26 19   record.  The time is 5:06 P.M.
17:10:36 20             (Recess taken.)
17:10:51 21        THE VIDEO OPERATOR:  Now, back on the
17:10:52 22   record.  The time was 5:11 P.M.
17:10:57 23        Q.  BY MR. THOMPSON:  Mr. Kaplan, please
17:11:00 24   return back to Exhibit 14 one more time.  I think
17:11:04 25   this will be short.  Page 5.
```

```
 1                    REPORTER'S CERTIFICATE
 2
 3      I, JEANINE CURCIONE, C.S.R. NO. 10223, RPR, in and
 4      for the State of California, do hereby certify:
 5              That prior to being examined, the witness
 6      named in the foregoing deposition was by me duly
 7      sworn to testify the truth, the whole truth and
 8      nothing but the truth.
 9              That said deposition was taken down by me
10      in shorthand at the time and place therein named,
11      and thereafter reduced to typewriting under my
12      direction, and the same is a true, correct and
13      complete transcript of said proceedings.
14              That the witness, before examination, was
15      by me duly sworn to testify the truth, the whole
16      truth, and nothing but the truth, and that the
17      witness reserved the right of signature;
18              I further certify that I am not interested
19      in the event of the action.
20              Witness my hand this 26th day of October,
21      2011.
22
23                          _____
24                          Certified Shorthand
                            Reporter for the
25                          State of California
```