# EXHIBIT 5

```
                                                        Page 204

 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3                CASE NO. 11-20427-WILLIAMS

 4

 5   DISNEY ENTERPRISES, INC.,      )
     TWENTIETH CENTURY FOX FILM     )
 6   CORPORATION, UNIVERSAL CITY    )
     STUDIOS PRODUCTIONS LLLP,      )
 7   COLUMBIA PICTURES              )
     INDUSTRIES, INC., and          )
 8   WARNER BROS. ENTERTAINMENT     )
     INC.,                          )
 9                                  )
                                    )
10        Plaintiffs,               )
                                    )
11                                  )
          v.                        )
12                                  )
     HOTFILE CORP., ANTON TITOV     )
13   and DOES 1-10,                 )
                                    )
14        Defendants.               )

15

16

17            Continued Deposition of JAMES BOYLE

18                        Volume II

19                  (Taken by the Plaintiffs)

20                   Raleigh, North Carolina

21                      January 19, 2012

22

23

24   Reported by:   Marisa Munoz-Vourakis -
                    RMR, CRR and Notary Public
25   TSG Job # 45588
```

```
                                                          Page 205
 1   APPEARANCE OF COUNSEL:
 2   For the Plaintiffs:
 3            DUANE POZZA, ESQ.
 4            Jenner & Block
 5            1099 New York Avenue, NW, Suite 900
 6            Washington, DC 20001
 7
 8
 9
10   For the Defendants:
11            DEEPAK GUPTA, ESQ.
12            Farella Braun & Martel
13            Russ Building
14            235 Montgomery Street, 17th Floor
15            San Francisco, CA 94104
16
17
18                           o0o
19
20            Continued Deposition of JAMES BOYLE,
21   taken by the Plaintiffs, at Office Suites Plus, 3737
22   Glenwood Avenue, Suite 100, Raleigh, North Carolina, on
23   the 19th day of January, 2012 at 9:38 a.m., before
24   Marisa Munoz-Vourakis, Registered Merit Reporter,
25   Certified Realtime Reporter and Notary Public.
```

Page 335

1      A.      I certainly looked for open source files.
2  There were file names, which I found intriguing.  There
3  were, for example, I believe, I can't remember the
4  names now, but I think it was Bulgarian and Turkish
5  music, and I wondered is this being distributed with
6  permission?  I mentioned before that I looked at
7  utility software and other kinds of software.
8              I would say the Russian book title
9  intrigued me, but no, I'm not a statistician, and so I
10 did not do a random sample.
11             What I was doing rather was to look at
12 particular types of content which, in my view,
13 represent some difficulties of copyright analysis,
14 namely, ones where there may or may not be an implied
15 license, ones where the distributor may or may not have
16 allowed distribution as part of their business model
17 and actually not object to redistribution, ones where
18 user-generated content, which they don't object to.
19 And the reason I focused on those was that in both
20 Mr. Zebrak's methodology and then in his expansion of
21 his methodology in his deposition, I was unsure from
22 that whether or not his methods would have led him to
23 classify those materials incorrectly.
24             For example, and this is just one example,
25 several times in his deposition he states that his

Page 464

1              C E R T I F I C A T E

2       I, Marisa Munoz-Vourakis, RMR, CRR and Notary Public,
3   the officer before whom the foregoing proceeding was
4   conducted, do hereby certify that the witness(es) whose
5   testimony appears in the foregoing proceeding were duly
6   sworn by me; that the testimony of said witness(es) were
7   taken by me to the best of my ability and thereafter
8   transcribed under my supervision; and that the foregoing
9   pages, inclusive, constitute a true and accurate
10  transcription of the testimony of the witness(es).
11      I do further certify that I am neither counsel for,
12  related to, nor employed by any of the parties to this
13  action in which this proceeding was conducted, and
14  further, that I am not a relative or employee of any
15  attorney or counsel employed by the parties thereof, nor
16  financially or otherwise interested in the outcome of the
17  action.
18  IN WITNESS WHEREOF, I have hereunto subscribed my name
19  this 23rd of January, 2012.
20
21
                                _____
22                              MARISA MUNOZ-VOURAKIS
23                              Notary #20032900127
24
25