UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on the parties' Joint Request for Status Conference. Upon review of the record and the motion, which is unopposed, it is hereby **ORDERED AND ADJUDGED** that the motion is **GRANTED**. This matter is hereby set for a telephonic status conference before the Honorable Kathleen Williams on Friday, April 13, 2012, at 10:30 a.m. Chambers will e-mail dial-in information to counsel of record prior to the conference.

**DONE AND ORDERED** in chambers in Miami, Florida, this 10th day of April, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE