PUBLICLY FILED
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    *Defendants*.

_____/

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant*.

_____/

**DEFENDANTS' NOTICE OF FILING THE PUBLICLY FILED
VERSION OF DEFENDANTS' MEMORANDUM OF LAW
IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE
PORTIONS OF BOYLE, CROMARTY AND TITOV DECLARATIONS**

    Defendants, Hotfile Corporation ("Hotfile") and Anton Titov ("Mr. Titov") (collectively

"Defendants"), hereby give notice of filing the publicly filed version of Defendants'

CASE NO. 11-20427-WILLIAMS-TURNOFF

Memorandum of Law in Opposition to Plaintiffs' Motion to Strike Portions of Boyle, Cromarty and Titov Declarations ("Defendants' Memorandum of Law"). The publicly filed version of Defendants' Memorandum of Law, is attached hereto as Exhibit "A."

Dated: April 13, 2012

Respectfully submitted,

s/ Janet T. Munn
Janet T. Munn, Esq. Fla. Bar No. 501281
Email: jmunn@rascoklock.com
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102

And

Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email: rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email: aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email: tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email: dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email: jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.4480

CASE NO. 11-20427-WILLIAMS-TURNOFF

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation
 and Anton Titov*

CASE NO. 11-20427-WILLIAMS-TURNOFF

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2012, a true and correct copy of the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| Karen L. Stetson, Esq.<br>GRAY-ROBINSON, P.A.<br>Email: Karen.Stetson@gray-robinson.com<br>1221 Brickell Avenue<br>Suite 1600<br>Miami, FL  33131<br>Telephone: 305.416.6880<br>Telecopy: 305.416.6887 | Karen R. Thorland, Esq. (admitted *pro hac vice*)<br>Senior Content Protection Counsel<br>Email: Karen_Thorland@mpaa.org<br>Motion Picture Association of America, Inc.<br>15301 Ventura Boulevard, Building E<br>Sherman Oaks, CA  91403-5885<br>Telephone: 818.935.5812 |

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

By: s/ Janet T. Munn
     Janet T. Munn