UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____

### ORDER

**THIS MATTER** is before the Court upon a *sua sponte* review of the record. In accordance with the bench rulings made at the status conference held on April 13, 2012, it is hereby **ORDERED AND ADJUDGED** that oral argument on the parties' dispositive motions is set for August 17, 2012 at 10:00 a.m. This action is specially set for trial during the Court's two-week trial calendar beginning on November 5, 2012. The parties shall appear for Calendar Call at 11:00 A.M. on October 30, 2012 before the Honorable Kathleen Williams at the United States District Court, 400 North Miami Avenue, Room 11-3, Miami, Florida.

**DONE AND ORDERED** in chambers in Miami, Florida, this 13th day of April, 2012.

                                                  KATHLEEN M. WILLIAMS
                                                  UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record