**PUBLICLY FILED**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

       *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

       *Defendants*.

_____/

HOTFILE CORP.,

       *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

       *Counter-Defendant*.

_____/

**DEFENDANTS' NOTICE OF FILING THE DECLARATION OF
DR. DANIEL S. LEVY IN OPPOSITION TO PLAINTIFFS' MOTION
TO STRIKE PORTION OF TESTIMONY OF PROFESSOR JAMES BOYLE**

       Defendants Hotfile Corporation ("Hotfile") and Anton Titov ("Mr. Titov") (collectively

"Defendants"), hereby give notice of filing the publicly filed version of the Declaration of Dr.

Daniel S. Levy filed in Opposition to Plaintiffs Motion to Strike Portion of the Testimony of

CASE NO. 11-20427-WILLIAMS-TURNOFF

Professor James Boyle.  The publicly filed version of Dr. Levy's Declaration is attached hereto

as Exhibit "A."

Dated: April 13, 2012                          Respectfully submitted,


                                               s/ Janet T. Munn
                                               Janet T. Munn, Esq. Fla. Bar No. 501281
                                               Email: jmunn@rascoklock.com
                                               RASCO KLOCK
                                               283 Catalonia Avenue, Suite 200
                                               Coral Gables, Fl 33134
                                               Telephone:  305.476.7101
                                               Telecopy: 305.476.7102

                                               And

                                               Roderick M. Thompson, Esq. (admitted *pro hac vice*)
                                               Email:  rthompson@fbm.com
                                               Andrew Leibnitz, Esq. (admitted *pro hac vice*)
                                               Email:  aleibnitz@fbm.com
                                               Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
                                               Email:  tschoenberg@fbm.com
                                               Deepak Gupta, Esq. (admitted *pro hac vice*)
                                               Email:  dgupta@fbm.com
                                               Janel Thamkul, Esq. (admitted *pro hac vice*)
                                               Email:  jthamkul@fbm.com
                                               FARELLA BRAUN + MARTEL LLP
                                               235 Montgomery St.
                                               San Francisco, CA  94104
                                               Telephone:  415.954.4400
                                               Telecopy: 415.954.4480

CASE NO. 11-20427-WILLIAMS-TURNOFF

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation
  and Anton Titov*

CASE NO. 11-20427-WILLIAMS-TURNOFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 13, 2012, a true and correct copy of the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL  33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA  91403-5885
Telephone: 818.935.5812

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

By: s/ Janet T. Munn
      Janet T. Munn