**Exhibit 1**

Highly Confidential

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - -
DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,

       Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,

       Defendants.


HOTFILE CORP.,

       Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,
       Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - - -
VOLUME I
H I G H L Y   C O N F I D E N T I A L
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Monday, December 5, 2011
Job Number: 44174

Highly Confidential

Page 2

1                     A P P E A R A N C E S

2    ATTORNEY FOR THE PLAINTIFFS:

3              JENNER & BLOCK
               BY:  STEVEN B. FABRIZIO, ESQ.
4              1099 New York Avenue, NW
               Washington, DC  20001
5

6

7

8
     ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
9    AND ANTON TITOV:
               FARELLA, BRAUN & MARTEL
10             BY:  RODERICK M. THOMPSON, ESQ.
               235 Montgomery Street
11             San Francisco, California  94104

12

13
               BOSTON LAW GROUP
14             VALENTIN GURVITS
               825 Beacon Street
15             Newton Center, MA 02459

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 3

 1   Also present:

 2   Court reporter:

 3           Fiona Farson
             TSG Reporting
 4

 5   Videographer:

 6           Simon Rutson
             TSG Reporting
 7

 8   Interpreter:

 9           Assist. Prof. Boris Naimushin, Ph.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 30

1   Q.  And you said "we"; who is the "we" in your sentence?

2       Did that include you?

3   MR. THOMPSON:  Objection, compound.

4   BY MR. FABRIZIO:

5   Q.  Well, let me ask the question this way:  Who

6       participated in the decision to redesign the Hotfile

7       website in the beginning of 2010?

8   A.  It was probably me, ███████████████████████████.

9   Q.  Do you, █████████████████████ have an

10      understanding as to which responsibilities each of you

11      will take primary -- let me rephrase the question.

12          Did you, █████████████████████ have an

13      allocation of responsibilities among yourselves with

14      regard to the Hotfile system?

15  MR. THOMPSON:  Objection, vague and overbroad.

16  A.  There are some principal understandings, but they're not

17      really hardly defined.

18  BY MR. FABRIZIO:

19  Q.  What are those understandings?

20  A.  I would generally cover everything that goes on the

21      technical part.  ██████ would be normally responsible for

22      finances, and I would say that he's a bit more involved

23      in day-to-day operations.  And ████████ would be

24      generally -- would generally deal with potential

25      investors, advertising on the site, to the extent we

Highly Confidential

1      have it, and some communication, just -- some external

2      contractors, people.

3  Q.  But you said the roles are not particularly -- are not

4      strictly defined?  Is that correct?

5  MR. THOMPSON:  Objection, vague.

6  A.  I won't say that they are strictly defined, yes.

7  BY MR. FABRIZIO:

8  Q.  Do you have any role in the day-to-day operations of the

9      Hotfile website?

10  MR. THOMPSON:  Objection.  Overbroad, vague.

11  A.  I wouldn't say day to day, because days can pass --

12      a lot of days can pass without me doing anything.  But

13      I have some, I would say, recurring duties.

14  BY MR. FABRIZIO:

15  Q.  What are your recurring duties?

16  A.  I am responsible for making the payments to the

17      affiliates every Monday.

18  Q.  Who's paying the affiliates today, as you sit here?

19  MR. THOMPSON:  Objection, assumes facts.

20  A.  Today is a long day.

21  BY MR. FABRIZIO:

22  Q.  Understand.  What other responsibilities do you have

23      that are recurring?

24  A.  I wouldn't say that there is anything.  It really

25      depends if I -- I have certain duties to oversee, the

Highly Confidential

Page 33

```
1       don't you say it again.

2   A.  General operations would be -- begin once the site

3       starts operating.  Everything else before that is

4       development, in my understanding.

5   Q.  Okay.

6   A.  Do you agree?

7   Q.  That's fair enough.

8   A.  So, from the beginning or almost from the beginning,

9       Andre Ianakov would be responsible for communications

10      with users, and handling DMCA takedown notices.

11  Q.  Is Mr. Ianakov a manager?

12  MR. THOMPSON:  Objection, vague.  Calls for a legal

13      conclusion.

14  BY MR. FABRIZIO:

15  Q.  Let me ask it this way:  Does Mr. Ianakov have a title

16      at Hotfile?

17  A.  I don't think anybody at Hotfile really has a title.

18  Q.  Is Mr. Ianakov employed by Hotfile Corporation?

19  A.  He's employed by ███████████ but works -- he does

20      work for Hotfile Corporation, yes.

21  Q.  To your knowledge, does he perform work for any other

22      company?

23  A.  I am not aware of any.

24  Q.  And you said communicates with users and DMCA takedown

25      notices.  Does Mr. Ianakov have any other general
```

Highly Confidential

Page 34

1       operations responsibilities?

2   A.  I don't think anything else would be -- could be defined

3       as his responsibility.

4   MR. THOMPSON:  Mr. Fabrizio, perhaps you should get the

5       spelling, for the record.  I think you're pronouncing it

6       a little differently than the witness is.

7   MR. FABRIZIO:  Okay.  I have the spelling for Ianakov as

8       I-A-N-A-K-O-V.

9   A.  That's one of the valid spellings.

10  BY MR. FABRIZIO:

11  Q.  Does anybody else have responsibility for general

12      operations of Hotfile?

13  A.  At a certain point, Stanislav Manov.

14  Q.  And that's S-T-A-N-I-S-L-A-V, M-A-N-O-V?

15  A.  Exactly.

16  Q.  When did Mr. Manov assume responsibilities for general

17      operations?

18  A.  He started helping Andre Ianakov in spring 2010,

19      I believe.

20  Q.  So prior to spring of 2010, it was just Mr. Ianakov

21      handling operations?

22  A.  I'm not sure of what your definition of "operations" is.

23      He was handling communications with users and, again,

24      DMCA takedown notices.

25  Q.  Did Mr. Ianakov report to anybody else?

Highly Confidential

Page 35

 1   MR. THOMPSON:  Objection, vague.

 2   A.  I don't think he -- we have strictly defined reporting

 3        structure, but it is my impression that he would

 4        normally report to ███████████████.  And of course

 5        technical problems would be reported to me.

 6   BY MR. FABRIZIO:

 7   Q.  Professionally, you were Mr. Ianakov's superior?

 8   MR. THOMPSON:  Objection, vague and ambiguous.

 9   A.  I consider myself superior to Mr. Ianakov.

10   BY MR. FABRIZIO:

11   Q.  If you gave him instructions about things to do with

12        Hotfile, you would expect him to carry them out because

13        you told him to, correct?

14   MR. THOMPSON:  Objection, overbroad.

15   A.  I would expect so.  But to the extent if he thinks that

16        instruction I'm giving him he's considering unimportant,

17        he show choice, he would probably ask if I conferred

18        with ███████████████████.

19   BY MR. FABRIZIO:

20   Q.  Okay.  Other than Mr. Ianakov and eventually Mr. Manov,

21        has anybody else worked on the general operations of

22        Hotfile?

23   MR. THOMPSON:  Objection, vague.

24   A.  It really depends what you -- how you define "general

25        operations."

Highly Confidential

Page 130



Highly Confidential

Page 131

Highly Confidential

Page 189

1            HIGHLY CONFIDENTIAL
             CERTIFICATE OF COURT REPORTER
2

3
    I, Fiona Farson, with TSG Reporting, hereby certify that the
4   testimony of the witness Anton Titov in the foregoing
    transcript, taken on Monday, December 5, 2011 was reported
5   by me in machine shorthand and was thereafter transcribed by
    me; and that the foregoing transcript is a true and accurate
6   verbatim record of the said testimony.

7
    I further certify that I am not a relative, employee,
8   counsel or financially involved with any of the parties to
    the within cause, nor am I an employee or relative of any
9   counsel for the parties, nor am I in any way interested in
    the outcome of the within cause.

10

11

12

13

14
    Signed:  ........................
15
    Fiona Farson
16
    Dated:   December 15th, 2011
17

18

19

20

21

22

23

24

25

Highly Confidential

Page 188

1             HIGHLY CONFIDENTIAL
                  CERTIFICATE OF DEPONENT

2

3
    I, ANTON TITOV, hereby certify that I have read the
4   foregoing pages of my deposition of testimony taken in these
    proceedings on Monday, December 5, 2011, and, with the
5   exception of the changes listed on the next page and/or
    corrections, if any, find them to be a true and accurate
6   transcription thereof.

7

8

9

10

    Signed:   ...................................
11
    Name:    ANTON TITOV
12
    Date:    1/22/2012 ......................
13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 190

1                    HIGHLY CONFIDENTIAL

2

3                         E R R A T A

                   Deposition of ANTON TITOV

4

     Page/Line No.          Description              Reason for change
5      14:18            Eitinerum --> Itinerum       Correct transcription

6      14:20            EITINERUM --> ITINERUM       Correct transcription

7      14:21            internet --> intranet        Correct transcription

8      14:24      all in shelves --> online shops   Correct transcription

9      15:7        webcasting --> webhosting         Correct transcription

10     15:10       webcasting --> webhosting         Correct transcription

11     18:6             Ilan --> Elan               Correct transcription

12     20:9  Manix: M-A-N-I-X -> Maniax: M-A-N-I-A-X  Correct trans.

13     35:16       unimportant --> important         Correct transcription

14     35:17     he show choice --> he may choose   Clarify record

15     37:6        Stillings --> Stallings           Correct transcription

16     37:8   S-T-I-L-L-I-N-G-S --> S-T-A-L-L-I-N-G-S Correct trans.

17     38:3    qualification --> collocation        Correct transcription

18     39:2   Equinix bandwith --> Equinix, bandwith  Clarify record

19

20   Signed:    ...................

21   Name:   ANTON TITOV

22   Date:    ...................

23

24

25

Highly Confidential

Page 190

1                          HIGHLY CONFIDENTIAL

2

3                              E R R A T A

4                      Deposition of ANTON TITOV

5      Page/Line No.        Description           Reason for change
       _____

6       44:1            IT --> IP              Correct transcription

7       46:16     with the grade, --> would degrade  Correct trans.

8       46:17   the traffic flows into there from --> when the traffic

9               flows into their network from      Correct transcription

10      47:3 We can say any old --> We cannot say we want  Correct trans.

11      57:23     costing --> hosting            Correct transcription

12      61:15      Vlad --> ███████             Correct transcription

13      65:24   Konstantin Lucyan --> Constantin Luchian  Correct trans.

14      77:11      lemur --> Lima                Correct transcription

15      89:6       SA --> Yes                    Correct transcription

16      89:21    I know what --> I don't know what   Correct trans.

17      99:11    Panek --> Penev                 Correct transcription

18      109:23   Chubarov --> Chuburov           Correct transcription

19

20     Signed:    ...................

21     Name:   ANTON TITOV

22     Date:    ...................

23

24

25

TSG Reporting - Worldwide      800-702-9580

Highly Confidential

Page 190

1                    HIGHLY CONFIDENTIAL

2

3                       E R R A T A

4          Deposition of ANTON TITOV

Page/Line No.        Description              Reason for change
5    110:1  Mr. Ianakov manages -->   ███████████████manage
6                                              Conform to facts
───────────────────────────────────────────────────────────────
7    111:15     SecPay --> SegPay          Correct transcription

8    119:5     ██████████████████          Correct transcription

9    119:13    ██████████████████          Correct transcription

10   126:10    I was there --> I checked   Correct transcription

11   128:17    And that is tradition the  ████ contract is to -->

12         And the  ████ contract is still      Correct transcription

13   128:18    enforce --> in force        Correct transcription

14   138:8     Ignitov --> Ignatov         Correct transcription

15   138:10    I-G-N-I-T-O-V --> I-G-N-A-T-O-V   Correct transcription

16   65:24, 66:3, 66:8, 67:4, 68:3, Lucyan --> Luchian    Correct trans.

17   68:16, 70:13, 70:19, 70:21,
     71:13, 71:18, 72:3, 72:7, 72:9,              "

18   74:3, 75:10, 75:18, 76:4, 76:5, 76:8        "

19   72:17     Lucyan's --> Luchian's       Correct transcription

20   Signed:  ..................

21   Name:   ANTON TITOV

22   Date:   1/10/2012.............

23

24

25

Highly Confidential

Page 191

                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                   CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - - -
DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,

          Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,

          Defendants.

HOTFILE CORP.,

          Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,
          Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -
                          VOLUME II
          H I G H L Y   C O N F I D E N T I A L
          (Pursuant to protective order, the following
       transcript has been designated highly confidential)

              30(b)(6) DEPOSITION OF ANTON TITOV
                       Radisson Blu Hotel
                        Sofia, Bulgaria
                   Tuesday, December 6, 2011
                         AT:  9:10 a.m.
                        Job No: 44175

Highly Confidential

Page 192

```
 1              A P P E A R A N C E S

 2   ATTORNEY FOR THE PLAINTIFFS:

 3             JENNER & BLOCK
               BY:  STEVEN B. FABRIZIO, ESQ.
 4             1099 New York Avenue, NW

 5             Washington, DC  20001

 6

 7

 8
     ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
 9   AND ANTON TITOV:
               FARELLA, BRAUN & MARTEL
10             BY:  RODERICK M. THOMPSON, ESQ.
               235 Montgomery Street
11             San Francisco, California  94104

12

13             BOSTON LAW GROUP
               VALENTIN GURVITS
14             825 Beacon Street
               Newton Center, MA 02459
15

16

17

18

19

20

21

22

23

24

25
```

Highly Confidential

Page 193

1    Also present:

2    Court reporter:

3            Fiona Farson
             TSG Reporting
4

5    Videographer:

6            Simon Rutson
             TSG Reporting
7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11   Technical expert:

12           Kelly Truelove

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 339



Highly Confidential

Page 340



Highly Confidential

Page 341

Highly Confidential

Page 367



Highly Confidential

Page 372

1                    HIGHLY CONFIDENTIAL
                 CERTIFICATE OF COURT REPORTER
2

3
    I, Fiona Farson, with TSG Reporting, hereby certify that the
4   testimony of the witness Anton Titov in the foregoing
    transcript, taken on Tuesday, December 6, 2011 was reported
5   by me in machine shorthand and was thereafter transcribed by
    me; and that the foregoing transcript is a true and accurate
6   verbatim record of the said testimony.

7
    I further certify that I am not a relative, employee,
8   counsel or financially involved with any of the parties to
    the within cause, nor am I an employee or relative of any
9   counsel for the parties, nor am I in any way interested in
    the outcome of the within cause.

10

11

12

13

14
    Signed:  .......................
15
    Fiona Farson
16
    Dated: 12/17/2011
17

18

19

20

21

22

23

24

25

Highly Confidential

Page 371

1                      HIGHLY CONFIDENTIAL
                     CERTIFICATE OF DEPONENT
2


3
    I, ANTON TITOV, hereby certify that I have read the
4   foregoing pages of my deposition of testimony taken in these
    proceedings on Tuesday, December 6, 2011, and, with the
5   exception of the changes listed on the next page and/or
    corrections, if any, find them to be a true and accurate
6   transcription thereof.

7

8

9

10
    Signed:  ..........................
11
    Name:    ANTON TITOV
12
    Date:    1/20/20.12..............
13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 373

1                    HIGHLY CONFIDENTIAL

2

3                       E R R A T A

                 Deposition of ANTON TITOV
4

     Page/Line No.        Description          Reason for change
5

6      225:25    Remind me. --> There might be.   Correct transcription

7      234:20    Presentation --> representation   Correct transcription

8      234:20    cost of the --> concept of       Correct transcription

9      261:2     As --> That's                    Correct transcription

10     273:20    ████████████████████             Correct transcription

11     279:3     is --> would                     Correct transcription

12     293:11    following --> logging            Correct transcription

13     306:5     calls --> holds                  Correct transcription

14     306:6  service at hotfile.com --> to abuse@hotfile.com Correct trans.

15     321:6     would decide it --> with this ID  Correct transcription

16     333:20    brought --> blocked             Correct transcription

17     337:7     file --> file ID                Correct transcription

18   Signed:  ....................

19   Name:  ANTON TITOV

20   Date:  ....................

21

22

23

24

25

Highly Confidential

Page 373

1          HIGHLY CONFIDENTIAL

2              E R R A T A

3          Deposition of ANTON TITOV

4    Page/Line No.        Description              Reason for change

5

6    361:25          state --> table           Correct transcription

7    368:7   users stay on our uploads --> users_cowner_upload   Correct trans

8

9

10

11

12

13

14

15

16

17

18   Signed:    ........./...........

19   Name:    ANTON TITOV

20   Date:    1/20/2012.......

21

22

23

24

25

TSG Reporting - Worldwide     (877) 702-9580

H I G H L Y   C O N F I D E N T I A L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - - -

DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,
            Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,


            Defendants.


HOTFILE CORP.,

            Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,
            Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -

VOLUME III
H I G H L Y   C O N F I D E N T I A L
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Wednesday, December 7, 2011
AT: 9:09 a.m.

Job # 44429

H I G H L Y   C O N F I D E N T I A L

Page 375

```
 1   A P P E A R A N C E S

 2        ATTORNEY FOR THE PLAINTIFFS:
                    JENNER & BLOCK, LLP
 3                  BY:  STEVEN FABRIZIO, ESQ.
                    1099 New York Avenue, NW
 4                  Washington, DC  20001

 5

 6

 7

          ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
 8        AND ANTON TITOV:
                    FARELLA, BRAUN & MARTEL, LLP
 9                  BY:  RODERICK THOMPSON, ESQ.
                    235 Montgomery Street
10                  San Francisco, California  94104

11

12                  BOSTON LAW GROUP
                    BY:  VALENTIN GURVITS
13                  825 Beacon Street
                    Newton Center, MA 02459
14

15

16

17

18

19

20

21

22

23

24

25
```

H I G H L Y   C O N F I D E N T I A L

Page 376

1    Also present:

2    Court reporter:

3            Fiona Farson
             TSG Reporting
4

5    Videographer:

6            Simon Rutson
             TSG Reporting
7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10           Elena Alexieva

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 473

H I G H L Y   C O N F I D E N T I A L

Page 474

H I G H L Y   C O N F I D E N T I A L

Page 475



H I G H L Y   C O N F I D E N T I A L

Page 476

H I G H L Y   C O N F I D E N T I A L

Page 493

1    Q.  You consider yourself a technologist, do you not?

2    A.  Yeah, I do.

3    Q.  Do you consider ▮▮▮▮▮▮▮▮ a technologist?

4    A.  I won't say so.

5    Q.  Do you consider ▮▮▮▮▮▮▮ a technologist?

6    A.  To a certain extent.

7    Q.  And does he write computer code?

8    A.  To my best knowledge, he used to, like 20 years ago.

9    Q.  Excuse me -- did he write any of the code for Hotfile?

10   A.  No, he did not.

11   Q.  Did ▮▮▮▮▮▮▮

12   A.  No, he did not.

13   Q.  Other than you and Mr. Chuburov, did anybody else write

14       the code for Hotfile?

15   A.  Vasil Kolev can write a code, but most of the time he

16       doesn't enjoy the process, so, if it's very necessary to

17       do some fix, he might do it, but it's not his general

18       practice to do so.

19   Q.  What about Mr. Ianakov?

20   A.  No, I don't think he writes any code.

21   Q.  In addition to his responsibilities in communicating

22       with users, did Mr. Ianakov promote Hotfile through

23       internet forums and the like?

24   MR. THOMPSON:  Objection, vague.

25   A.  Not since the beginning.

H I G H L Y   C O N F I D E N T I A L

Page 543

H I G H L Y   C O N F I D E N T I A L

Page 544

H I G H L Y   C O N F I D E N T I A L

Page 545

H I G H L Y   C O N F I D E N T I A L

Page 546

H I G H L Y   C O N F I D E N T I A L

Page 547

H I G H L Y   C O N F I D E N T I A L

Page 548

H I G H L Y   C O N F I D E N T I A L

Page 553

1                    HIGHLY CONFIDENTIAL
                  CERTIFICATE OF COURT REPORTER
2

3

       I, Fiona Farson, with TSG Reporting, hereby certify that the
4      testimony of the witness Anton Titov in the foregoing
       transcript, taken on Wednesday, December 7, 2011 was
5      reported by me in machine shorthand and was thereafter
       transcribed by me; and that the foregoing transcript is a
6      true and accurate verbatim record of the said testimony.

7

       I further certify that I am not a relative, employee,
8      counsel or financially involved with any of the parties to
       the within cause, nor am I an employee or relative of any
9      counsel for the parties, nor am I in any way interested in
       the outcome of the within cause.

10

11

12

13

14

       Signed: _____
15
       Fiona Farson
16
       Dated: 12-19-2011
17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 552

1          HIGHLY CONFIDENTIAL
           CERTIFICATE OF DEPONENT

2

3

    I, ANTON TITOV, hereby certify that I have read the
4   foregoing pages of my deposition of testimony taken in these
    proceedings on Wednesday, December 7, 2011, and, with the
5   exception of the changes listed on the next page and/or
    corrections, if any, find them to be a true and accurate
6   transcription thereof.

7

8

9

10

    Signed: _____
11

    Name:    ANTON TITOV
12
    Date:    1/20/2012
13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 554

1              HIGHLY CONFIDENTIAL

2     NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

3     DATE OF DEPOSITION: 12-7-2011

4     NAME OF WITNESS: ANTON TITOV

5     Reason Codes:

6          1.  To clarify the record.

7          2.  To conform to the facts.

8             3.  To correct transcription errors.

9     Page  396   Line  16   Reason  3

10    From  no                    to      to

11    Page  402   Line  13   Reason  3

12    From  Googles              to    cookies

13    Page  402   Line  15   Reason  3

14    From  Googles              to    cookies

15    Page  418   Line  5   Reason  3

16    From   user field field     to   user input field

17    Page  439   Line  24   Reason  3

18    From  Lucyan              to      Luchian

19    Page  458   Line  5   Reason  5

20    From   only the            to    only if the

21    Page  483   Line  19   Reason  3

22    From   to upload down the file from   to   will pull down the file from

23

24                          _____

25                              ANTON TITOV

HIGHLY CONFIDENTIAL

Page 554

1                    HIGHLY CONFIDENTIAL

2     NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

3     DATE OF DEPOSITION: 12-7-2011

4     NAME OF WITNESS: ANTON TITOV

5     Reason Codes:

6          1.  To clarify the record.

7          2.  To conform to the facts.

8              3.  To correct transcription errors.

9     Page __436__  Line __18__  Reason ___3___

10    From __Lucyan_____  to  __Luchian_____

11    Page __436__  Line __23__  Reason ___3___

12    From __Lucyan_____  to  __Luchian_____

13    Page __439__  Line __24__  Reason ___3___

14    From __Lucyan_____  to  __Luchian_____

15    Page __439__  Line __2__  Reason ___3___

16    From __Lucyan's_____  to  __Luchian's_____

17    Page _____  Line _____  Reason _____

18    From _____  to  _____

19    Page _____  Line _____  Reason _____

20    From _____  to  _____

21    Page _____  Line _____  Reason _____

22    From _____  to  _____

23

24                                    _____

25                                    ANTON TITOV

TSG Reporting - Worldwide

H I G H L Y   C O N F I D E N T I A L

Page 555

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - - -
DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,


            Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,


            Defendants.


HOTFILE CORP.,

            Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,
            Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - - -
                    VOLUME IV
        H I G H L Y   C O N F I D E N T I A L
        (Pursuant to protective order, the following
    transcript has been designated highly confidential)

        30(b)(6) DEPOSITION OF ANTON TITOV
                Radisson Blu Hotel
                 Sofia, Bulgaria
            Thursday, December 8, 2011
Job #44430          AT:  9:10 a.m.

H I G H L Y   C O N F I D E N T I A L

Page 556

1                      A P P E A R A N C E S

2     ATTORNEY FOR THE PLAINTIFFS:

3                 JENNER & BLOCK
                  BY:  STEVEN FABRIZIO, ESQ.
4                 1099 New York Avenue, NW
                  Washington, DC  20001
5

6

7

8
      ATTORNEY FOR THE DEFENDANTS HOTFILE CORP.,
9     AND ANTON TITOV:
                  FARELLA, BRAUN & MARTEL
10                BY:  RODERICK THOMPSON, ESQ.
                  235 Montgomery Street
11                San Francisco, CA 94104

12

13                BOSTON LAW GROUP
                  By: VALENTIN GURVITS, ESQ.
14                825 Beacon Street
                  Newton Center, MA 02459
15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 557

1    Also present:

2    Court reporter:

3            Fiona Farson
             TSG Reporting
4

5    Videographer:

6            Simon Rutson
             TSG Reporting
7

8    Interpreter:

9            Assist. Prof. Boris Naimushin, Ph.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 574

1    MR. THOMPSON:  Objection, lacks foundation, calls for

2        speculation.

3    A.  I don't really know.

4    BY MR. FABRIZIO:

5    Q.  Do you know any?

6    A.  Nothing that I can recall.

7    Q.  Okay.  Was he given discretion to select his own forums

8        and blogs and places where he would promote Hotfile, or

9        did you have to tell him which ones to use?

10   MR. THOMPSON:  Objection, assumes facts not in evidence,

11       misconstrues prior testimony.

12   A.  I don't think I ever told him where for ...

13   BY MR. FABRIZIO:

14   Q.  So was he permitted to make his own selections?

15   MR. THOMPSON:  Again, assumes facts not in evidence.

16   A.  I can't recall.

17   BY MR. FABRIZIO:

18   Q.  Do you recall ever telling him to stop promoting on any

19       particular site or forum?

20   A.  No, I don't recall.

21   Q.  Okay.  Was he -- was Mr. Ianakov permitted to enlist

22       other people to help him promote Hotfile?

23   MR. THOMPSON:  Objection, assumes facts not in evidence,

24       misconstrues prior testimony.

25   A.  Can I have the question again?

H I G H L Y   C O N F I D E N T I A L

Page 730

1                      HIGHLY CONFIDENTIAL
                  CERTIFICATE OF COURT REPORTER
2

3

      I, Fiona Farson, with TSG Reporting, hereby certify that the
4     testimony of the witness Anton Titov in the foregoing
      transcript, taken on Thursday, December 8, 2011 was reported
5     by me in machine shorthand and was thereafter transcribed by
      me; and that the foregoing transcript is a true and accurate
6     verbatim record of the said testimony.

7

      I further certify that I am not a relative, employee,
8     counsel or financially involved with any of the parties to
      the within cause, nor am I an employee or relative of any
9     counsel for the parties, nor am I in any way interested in
      the outcome of the within cause.

10

11

12

13

14

      Signed:  ........................
15

      Fiona Farson
16

      Dated: 12-20-2011
17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 729

1                    CERTIFICATE OF DEPONENT

2

3
     I, ANTON TITOV, hereby certify that I have read the
4    foregoing pages of my deposition of testimony taken in these
     proceedings on Thursday, December 8, 2011, and, with the
5    exception of the changes listed on the next page and/or
     corrections, if any, find them to be a true and accurate
6    transcription thereof.

7

8

9

10
     Signed:  ..............................
11
     Name:    ANTON TITOV
12
     Date:  1/28/2012 .............

13

14

15

16

17

18

19

20

21

22

23

24

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1   NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2   DATE OF DEPOSITION: 12-8-2011

3   NAME OF WITNESS: ANTON TITOV

4   Reason Codes:

5       1.  To clarify the record.

6       2.  To conform to the facts.

7       3.  To correct transcription errors.

8   Page __581__  Line __8__  Reason __3__

9   From __make it to the__      to __make it to__

10  Page __581__  Line __9__  Reason __3__

11  From __log, the__      to __log the__

12  Page __582__  Line __17__  Reason __3__

13  From __cannot exist__      to __can notice if__

14  Page __582__  Line __20__  Reason __1__

15  From   accounts hacking,      to   accounts to prevent hacking is a
           __limitation__           __limitation__

16  Page __582__  Line __22__  Reason __3__

17  From __force on__      to __force hacking on__

18  Page __586__  Line __16__  Reason __3__

19  From __or__      to ____of____

20  Page __586__  Line __17__  Reason __3__

21  From __servers of__      to __service__

22

23         _____

24              ANTON TITOV

25

TSG Reporting - Worldwide

H I G H L Y   C O N F I D E N T I A L

Page 731

1   NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2   DATE OF DEPOSITION: 12-8-2011

3   NAME OF WITNESS: ANTON TITOV

4   Reason Codes:

5       1.   To clarify the record.

6       2.   To conform to the facts.

7       3.   To correct transcription errors.

8   Page ___587___ Line ___3___ Reason ___3___

9   From ___all product___ to ___will protect___

10  Page ___587___ Line ___5___ Reason ___3___

11  From ___stage___ to ___limitation___

12  Page ___589___ Line ___24___ Reason ___3___

13  From ___it's correct___ to ___it isn't a correct___

14  Page ___592___ Line ___25___ Reason ___1___

15  From ___it___ to ___we would___

16  Page ___597___ Line ___25___ Reason ___3___

17  From ___the shareholders___ to ___█████ shareholders___

18  Page ___611___ Line ___22___ Reason ___3___

19  From ___Lucyan___ to ___Luchian___

20  Page ___612___ Line ___8___ Reason ___3___

21  From ___Lucyan___ to ___Luchian___

22

23                  _____

24                  ANTON TITOV

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5        1.  To clarify the record.

6        2.  To conform to the facts.

7        3.  To correct transcription errors.

8    Page  612   Line  15   Reason  3

9    From  Lucyan          to    Luchian

10   Page  612   Line  17   Reason  3

11   From  Lucyan          to   Luchian

12   Page  616   Line  8    Reason  3

13   From  FABRIZIO        to    THOMPSON

14   Page  616   Line  13   Reason  3

15   From  man             to    him

16   Page  620   Line  4    Reason  3

17   From  Lemuria paid    to    Lemuria ever paid

18   Page  620   Line  4    Reason  3

19   From  other           to    any

20   Page  620   Line  5    Reason  3
         and if there is still other    and the answer is still no, and
21   From  shareholders         to   other shareholders, no.

22

23                            _____

24                            ANTON TITOV

25

HIGHLY CONFIDENTIAL

Page 731

1   NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2   DATE OF DEPOSITION: 12-8-2011

3   NAME OF WITNESS: ANTON TITOV

4   Reason Codes:

5       1.  To clarify the record.

6       2.  To conform to the facts.

7       3.  To correct transcription errors.

8   Page 626   Line 22   Reason 3

9   ██████ ████████████    █  ████████████

10  Page 632   Line 25   Reason 3

11  From a port tool              to   upload tool

12  Page 649   Line 25   Reason 3

13  From  paid to the            to   paid through the

14  Page 675   Line 13   Reason 3

15  From  responding to the   to   responding to user

16  Page 675   Line 14   Reason 3

17  From query in             to  inquiries via

18  Page 675   Line 15   Reason 1

19  From  frequently questions   to frequently asked questions

20  Page 701   Line 11   Reason 3

21  From   ask him the question to   ask him a new question

22

23                        _____

24                        ANTON TITOV

25

H I G H L Y   C O N F I D E N T I A L

Page 731

1    NAME OF CASE: Disney Enterprises Inc. v. Hotfile Corp.

2    DATE OF DEPOSITION: 12-8-2011

3    NAME OF WITNESS: ANTON TITOV

4    Reason Codes:

5         1.   To clarify the record.

6         2.   To conform to the facts.

7         3.   To correct transcription errors.

8    Page __723__  Line __16__  Reason ___3___

9    From _____hosted_____ to _____posted_____
        726:25-727:1
10   Page _____  Line _____  Reason ___3___

11   From __our court file__ to ____Hotfile____

12   Page __611__  Line __22__  Reason ___3___

13   From __Lucyan__ to ____Luchian____

14   Page __612__  Line __8__  Reason ___3___

15   From __Lucyan__ to ____Luchian____

16   Page __612__  Line __12__  Reason ___3___

17   From __Lucyan__ to ____Luchian____

18   Page __612__  Line __15__  Reason ___3___

19   From __Lucyan__ to ____Luchian____

20   Page __612__  Line __17__  Reason ___3___

21   From __Lucyan__ to ____Luchian____

22

23   _____

24   ANTON TITOV

25