# Exhibit 14

Page 204

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS

```
DISNEY ENTERPRISES, INC.,        )
TWENTIETH CENTURY FOX FILM       )
CORPORATION, UNIVERSAL CITY      )
STUDIOS PRODUCTIONS LLLP,        )
COLUMBIA PICTURES                )
INDUSTRIES, INC., and            )
WARNER BROS. ENTERTAINMENT       )
INC.,                            )
                                 )
                                 )
Plaintiffs,                      )
                                 )
                                 )
v.                               )
                                 )
HOTFILE CORP., ANTON TITOV       )
and DOES 1-10,                   )
                                 )
Defendants.                      )
```

Continued Deposition of JAMES BOYLE

Volume II

(Taken by the Plaintiffs)

Raleigh, North Carolina

January 19, 2012

Reported by:    Marisa Munoz-Vourakis -
                RMR, CRR and Notary Public
TSG Job # 45588

TSG Reporting - Worldwide    877-702-9580

```
 1  APPEARANCE OF COUNSEL:
 2  For the Plaintiffs:
 3          DUANE POZZA, ESQ.
 4          Jenner & Block
 5          1099 New York Avenue, NW, Suite 900
 6          Washington, DC 20001
 7
 8
 9
10  For the Defendants:
11          DEEPAK GUPTA, ESQ.
12          Farella Braun & Martel
13          Russ Building
14          235 Montgomery Street, 17th Floor
15          San Francisco, CA 94104
16
17
18                          o0o
19
20          Continued Deposition of JAMES BOYLE,
21  taken by the Plaintiffs, at Office Suites Plus, 3737
22  Glenwood Avenue, Suite 100, Raleigh, North Carolina, on
23  the 19th day of January, 2012 at 9:38 a.m., before
24  Marisa Munoz-Vourakis, Registered Merit Reporter,
25  Certified Realtime Reporter and Notary Public.
```

1  **have problems with extrapolating the study, but this,**
2  **for the purposes of argument, I took their**
3  **classifications and accepted them.**
4       Q.    Well, no, these numbers themselves you're
5  taking a different variable, the paid for variable,
6  right?  They didn't analyze that?
7       **A.    That is correct.**
8       Q.    And you're saying that you can take that
9  variable, calculate this conversion rate, which is
10 based on this other variable daily download total that
11 they did not consider?
12      **A.    I believe they did consider.**
13      Q.    Daily download total?
14      **A.    Well, they looked at daily downloads,**
15 **excuse me.**
16           MR. GUPTA:  Objection, this line of
17        questioning is obviously somewhat confusing
18        and complicated.
19           BY MR. POZZA:
20      Q.    I'm trying to figure out if these
21 conversion rates that you claim for different
22 categories of infringing and noninfringing content, are
23 you claiming that those conversion rates would
24 extrapolate to the entire population of files or
25 downloads on Hotfile?

1                MR. GUPTA:  Objection, to the extent
2      it seeks a statistical analysis.
3      A.     What I'm claiming is that if Dr. Waterman
4  and Mr. Zebrak were correct about, first of all, the
5  statistical representativeness of their study, about
6  which I raise questions, and also the accuracy of it,
7  about which I raise questions, but if we assume that
8  for the sake of argument they are claiming that it
9  provides a generalizable representative picture of
10 Hotfile, if they take their assumption, the assumption
11 they make in their report, then I would expect that the
12 paid for could be extrapolated to the rest of Hotfile.
13     Q.     Would it be extrapolated in the way that
14 you have done here?
15     A.     I think a court might extrapolate it in any
16 number of ways.  I think if their argument is correct,
17 and they are presenting estoppel from which conclusions
18 can be extrapolated, then their sample and their
19 classifications with this one extra piece of
20 information, namely, the sample paid for is a
21 percentage of daily download totals.
22     Q.     Is that based on your understanding of the
23 statistical methods that Dr. Waterman employed?
24     A.     It's based on my understanding that
25 Dr. Waterman claims that his study is a statistically

Page 462

1 SIGNATURE PAGE

2      you.

3           (Whereupon the deposition was

4      concluded at 5:43 p.m.)

5           (Signature reserved.)

6

7      _____

8      JAMES BOYLE

9

10

11 SUBSCRIBED AND SWORN to before me this _____

12 day of_____, 2012

13

14

15      _____

16           NOTARY PUBLIC

17

18 My Commission expires:_____

19

20

21

22

23

24

25

1  CERTIFICATE

2  I, Marisa Munoz-Vourakis, RMR, CRR and Notary Public,
3  the officer before whom the foregoing proceeding was
4  conducted, do hereby certify that the witness(es) whose
5  testimony appears in the foregoing proceeding were duly
6  sworn by me; that the testimony of said witness(es) were
7  taken by me to the best of my ability and thereafter
8  transcribed under my supervision; and that the foregoing
9  pages, inclusive, constitute a true and accurate
10 transcription of the testimony of the witness(es).
11    I do further certify that I am neither counsel for,
12 related to, nor employed by any of the parties to this
13 action in which this proceeding was conducted, and
14 further, that I am not a relative or employee of any
15 attorney or counsel employed by the parties thereof, nor
16 financially or otherwise interested in the outcome of the
17 action.
18 IN WITNESS WHEREOF, I have hereunto subscribed my name
19 this 23rd of January, 2012.
20
21
22              _____
                MARISA MUNOZ-VOURAKIS
23              Notary #20032900127
24
25