# EXHIBIT F

**REDACTED**



AFFIDAVIT OF ACCURACY

AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOGOTÁ
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
CLEVELAND
COLUMBUS
DALLAS
DENVER
DUBAI
DUBLIN
DUSSELDORF
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
LYON
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SEOUL
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TEL AVIV
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC
ZURICH

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02855193] from Bulgarian into English.

Ann Marie Hovey
TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

Signature, Notary Public

SARAH E MULLEN
Notary Public - State of New York
No. 01MU6245919
Qualified in New York County
Commission Expires Aug 08, 2015

Stamp, Notary Public

New York, NY

THREE PARK AVENUE, NEW YORK, NY 10016  T 212.689.5555  F 212.689.1059  WWW.TRANSPERFECT.COM



# LINGUIST PROFILE

| Linguist ID: | PHON0001 |
|---|---|
| **Language specializations:** | |
| *-Pairs* | *Bulgarian into English* |
| *-Field* | **Legal** |
| **Formal Education:** | *2004*<br>**Veliko Tarnovo University**, Bulgaria<br>*M.A., English Philology*<br><br>*2004*<br>**Veliko Tarnovo University**, Bulgaria<br>*B.A., Russian Philology* |
| **Work/Linguistic Experience:** | |
| *-Details and Description* | 1998-Present<br>**VARIOUS CLIENTS,** Global<br>*Freelance Translator*<br>Numerous translations done in various fields including, but not limited to:<br>• European Legislation<br>• Legal Contracts<br>• Law Terminology<br>• Legal Patents<br>• Certificates<br>• Business Correspondence<br>• Education<br>• Grant Papers<br>• Economics<br>• Human Resources Development |
| **Technical Tools/Skills:** | Wordfast Classic, SDLX, Trados |

The information provided herein is intended for the sole purpose of providing relevant information as to the background of one specific linguist. The content of the linguist profile may result from direct or indirect engagements, may be current or historical, and the work described may or may not have been performed on behalf of TransPerfect Translations.