# EXHIBIT H

**REDACTED**



**TRANSPERFECT**

AFFIDAVIT OF ACCURACY

I, Ann Marie Hovey, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [HF02834547] from Bulgarian into English.

*[signature]*

TransPerfect Translations, Inc.
Three Park Avenue
39th Floor
New York, NY 10016

Sworn to before me this 2nd of December 2011.

*[signature]*
Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4

Stamp, Notary Public
New York, NY

THREE PARK AVENUE, NEW YORK, NY 10016  T 212.689.5555  F 212.689.1059  WWW.TRANSPERFECT.COM



# LINGUIST PROFILE

| Linguist ID: | PHON0001 |
|---|---|
| **Language specializations:** | |
| *-Pairs* | *Bulgarian into English* |
| *-Field* | **Legal** |
| **Formal Education:** | *2004*<br>**Veliko Tarnovo University**, Bulgaria<br>*M.A., English Philology*<br><br>*2004*<br>**Veliko Tarnovo University**, Bulgaria<br>*B.A., Russian Philology* |
| **Work/Linguistic Experience:** | |
| *-Details and Description* | 1998-Present<br>**VARIOUS CLIENTS,** Global<br>*Freelance Translator*<br>Numerous translations done in various fields including, but not limited to:<br>- European Legislation<br>- Legal Contracts<br>- Law Terminology<br>- Legal Patents<br>- Certificates<br>- Business Correspondence<br>- Education<br>- Grant Papers<br>- Economics<br>- Human Resources Development |
| **Technical Tools/Skills:** | Wordfast Classic, SDLX, Trados |

The information provided herein is intended for the sole purpose of providing relevant information as to the background of one specific linguist. The content of the linguist profile may result from direct or indirect engagements, may be current or historical, and the work described may or may not have been performed on behalf of TransPerfect Translations.