# EXHIBIT J

| | |
|---|---|
| From: | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| Sent: | Monday, November 01, 2010 3:38 PM |
| To: | abuse@hotfile.com |
| Cc: | Internet.Enforcement@disney.com |
| Subject: | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 5512] (TMS) |
| Importance: | High |

Monday, November 01, 2010

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:5512 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Sorcerer's Apprentice, The(Archive)*, *Toy Story 3*, *Hannah Montana 3*, *Last Song, The*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/55573569/4908251/U4enik_4arodeja.part5.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:42:09 AM)*

http://hotfile.com/dl/55573757/971497b/U4enik_4arodeja.part7.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:42:10 AM)*

http://hotfile.com/dl/55573585/69afd6b/U4enik_4arodeja.part6.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:42:11 AM)*

http://hotfile.com/dl/55754758/fb7fbf6/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part2.rar.html
*\* To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:42:11 AM)*

CONFIDENTIAL                                                                                                         HF00479077

http://hotfile.com/dl/55754768/cbbb7fa/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part1.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:12 AM)

http://hotfile.com/dl/55754764/7cbfc65/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part3.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:12 AM)

http://hotfile.com/dl/55754754/9ff94e0/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part5.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:13 AM)

http://hotfile.com/dl/55754756/01a3c1a/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part4.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:14 AM)

http://hotfile.com/dl/55754654/39f5f3c/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part6.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:14 AM)

http://hotfile.com/dl/55793160/69a05f5/Sorce.App.TS.part02.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:15 AM)

http://hotfile.com/dl/55793161/e2052cd/Sorce.App.TS.part03.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:15 AM)

http://hotfile.com/dl/55793162/bb8670f/Sorce.App.TS.part05.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:16 AM)

http://hotfile.com/dl/55793158/3cd10a9/Sorce.App.TS.part04.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:16 AM)

http://hotfile.com/dl/55793155/953ac85/Sorce.App.TS.part01.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:19 AM)

http://hotfile.com/dl/55793153/b361f2c/Sorce.App.TS.part06.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:20 AM)

http://hotfile.com/dl/55793159/cdc7aa5/Sorce.App.TS.part07.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:20 AM)

http://hotfile.com/dl/55793689/368fdf9/Sorce.App.TS.part10.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:21 AM)

http://hotfile.com/dl/55793156/1279c6b/Sorce.App.TS.part08.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:22 AM)

CONFIDENTIAL                                                                                                        HF00479078

http://hotfile.com/dl/55793157/bd853f4/Sorce.App.TS.part09.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:42:22 AM)*

http://hotfile.com/dl/55766358/f2b8486/Praktikant.part01.rar
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:42:23 AM)*

http://hotfile.com/dl/55766712/53872aa/Praktikant.part02.rar
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:42:24 AM)*

http://hotfile.com/dl/55766965/b533c82/Praktikant.part03.rar
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:42:25 AM)*

http://hotfile.com/dl/55767003/e2b99ec/Praktikant.part04.rar
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:42:27 AM)*

http://hotfile.com/dl/55767158/4277977/Praktikant.part05.rar
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:42:28 AM)*

http://hotfile.com/dl/55767416/c98b052/Praktikant.part06.rar
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:42:29 AM)*

http://hotfile.com/dl/55767624/12e6296/Praktikant.part08.rar
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:42:30 AM)*

http://hotfile.com/dl/55767458/ce1fca4/Praktikant.part07.rar
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:42:30 AM)*

http://hotfile.com/dl/55767820/c6f8091/Praktikant.part09.rar
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:42:31 AM)*

http://hotfile.com/dl/55768083/635f7eb/Praktikant.part10.rar
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:42:32 AM)*

http://hotfile.com/dl/55768191/31f8b58/Praktikant.part11.rar
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:42:33 AM)*

http://hotfile.com/dl/55768326/170b407/Praktikant.part12.rar
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:42:33 AM)*

http://hotfile.com/dl/55768541/be5d539/Praktikant.part13.rar
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:42:33 AM)*

CONFIDENTIAL                                                                                               HF00479079

http://hotfile.com/dl/55768793/f4bd27e/Praktikant.part15.rar
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:34 AM)

http://hotfile.com/dl/55768562/3a842a9/Praktikant.part14.rar
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:35 AM)

http://hotfile.com/dl/55766949/5159e63/tsa_www.devilsfunhouse.org.rar.001.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:35 AM)

http://hotfile.com/dl/55767653/2fd3fc6/tsa_www.devilsfunhouse.org.rar.002.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:36 AM)

http://hotfile.com/dl/55792173/b454b07/TS._Apprentice.TS.XViD.IMAGiNE.by.TeamWar.rar.001.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:44 AM)

http://hotfile.com/dl/55792865/05542b6/TS._Apprentice.TS.XViD.IMAGiNE.by.TeamWar.rar.002.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:44 AM)

http://hotfile.com/dl/55793474/af98bc8/TS._Apprentice.TS.XViD.IMAGiNE.by.TeamWar.rar.003.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:45 AM)

http://hotfile.com/dl/55794104/13d345b/TS._Apprentice.TS.XViD.IMAGiNE.by.TeamWar.rar.004.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:45 AM)

http://hotfile.com/dl/55824590/caddd72/The.Sorcerer.s.Apprentice.TS.XViD-IMAGiNE.DerinPort.in-yourfriend.avi.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:47 AM)

http://hotfile.com/dl/49599321/f3ff613/PrisM.ToyStoryTS24089_www.movieinfo.blog.com_.avi.007.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:47 AM)

http://hotfile.com/dl/49600027/92c26a2/PrisM.ToyStoryTS24089_www.movieinfo.blog.com_.avi.002.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:48 AM)

http://hotfile.com/dl/49601059/4216ab9/PrisM.ToyStoryTS24089_www.movieinfo.blog.com_.avi.005.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:48 AM)

http://hotfile.com/dl/49600720/8602806/PrisM.ToyStoryTS24089_www.movieinfo.blog.com_.avi.004.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:50 AM)

http://hotfile.com/dl/49600430/b2d249b/PrisM.ToyStoryTS24089_www.movieinfo.blog.com_.avi.001.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:50 AM)

CONFIDENTIAL                                                                 HF00479080

http://hotfile.com/dl/49601360/e8f351c/PrisM.ToyStoryTS24089_www.movieinfo.blog.com_.avi.006.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:51 AM)

http://hotfile.com/dl/49601784/cf9e238/PrisM.ToyStoryTS24089_www.movieinfo.blog.com_.avi.003.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:52 AM)

http://hotfile.com/dl/53438710/3c74350/armt.info__Toy.Story.3.part1.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:52 AM)

http://hotfile.com/dl/53438715/96ebe17/armt.info__Toy.Story.3.part2.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:53 AM)

http://hotfile.com/dl/53438803/4d617a3/armt.info__Toy.Story.3.part3.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:56 AM)

http://hotfile.com/dl/53438878/2e7475f/armt.info__Toy.Story.3.part4.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:42:58 AM)

http://hotfile.com/dl/49981883/859a702/_Toy.Story.3.2010.TELESYNC.XviD-DUBBY.avi.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:00 AM)

http://hotfile.com/dl/49983212/68278e0/Toy.Story.3.2010.TELESYNC.XviD-DUBBY.avi.part3.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:02 AM)

http://hotfile.com/dl/49983028/9fff944/Toy.Story.3.2010.TELESYNC.XviD-DUBBY.avi.part1.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:03 AM)

http://hotfile.com/dl/49983098/4148d60/Toy.Story.3.2010.TELESYNC.XviD-DUBBY.avi.part2.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:04 AM)

http://hotfile.com/dl/49983206/e33b7ef/Toy.Story.3.2010.TELESYNC.XviD-DUBBY.avi.part4.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:04 AM)

http://hotfile.com/dl/49984373/17cb926/Toy.Story.3.2010.TELESYNC.XviD-DUBBY.avi.part1.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:04 AM)

http://hotfile.com/dl/49984374/4371965/Toy.Story.3.2010.TELESYNC.XviD-DUBBY.avi.part2.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:05 AM)

http://hotfile.com/dl/49984375/5339c59/Toy.Story.3.2010.TELESYNC.XviD-DUBBY.avi.part3.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:06 AM)

CONFIDENTIAL                                                                                                          HF00479081

http://hotfile.com/dl/49984376/92faba4/Toy.Story.3.2010.TELESYNC.XviD-DUBBY.avi.part4.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:09 AM)

http://hotfile.com/dl/51883218/bcc04bc/RT_i-ts3.part1.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:10 AM)

http://hotfile.com/dl/51883224/b02e50e/RT_i-ts3.part2.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:13 AM)

http://hotfile.com/dl/51883328/ef69991/RT_i-ts3.part3.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:13 AM)

http://hotfile.com/dl/51883353/8e6d4f3/RT_i-ts3.part4.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:14 AM)

http://hotfile.com/dl/51883445/e97219c/RT_i-ts3.part5.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:15 AM)

http://hotfile.com/dl/51883502/8dd481e/RT_i-ts3.part7.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:16 AM)

http://hotfile.com/dl/51883471/9be5be5/RT_i-ts3.part6.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:16 AM)

http://hotfile.com/dl/51497779/5e7ed84/WarezXtremE.org_Ty.Stry.3.TS.300MB-.part1.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:17 AM)

http://hotfile.com/dl/51498378/9087e66/WarezXtremE.org_Ty.Stry.3.TS.300MB-.part2.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:18 AM)

http://hotfile.com/dl/51245006/831d5dd/Rapid4All.Org_TS32010TSVSN350.part1.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:18 AM)

http://hotfile.com/dl/51245007/b5474a4/Rapid4All.Org_TS32010TSVSN350.part2.rar.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:19 AM)

http://hotfile.com/dl/49863452/b7b2f8d/ts3.ts.x264.aac.part1.rar
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:20 AM)

http://hotfile.com/dl/49863425/4c05a3a/ts3.ts.x264.aac.part2.rar
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:21 AM)

CONFIDENTIAL                                                                                                                    HF00479082

http://hotfile.com/dl/49863469/d628b94/ts3.ts.x264.aac.part4.rar
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:43:22 AM)*

http://hotfile.com/dl/49863429/83990d9/ts3.ts.x264.aac.part3.rar
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:43:22 AM)*

http://hotfile.com/dl/49426707/8076d27/Toy_Story_3_CAM_XViD_-_PrisM.part3.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:43:23 AM)*

http://hotfile.com/dl/49426714/c961e9f/Toy_Story_3_CAM_XViD_-_PrisM.part4.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:43:24 AM)*

http://hotfile.com/dl/49426718/4029df3/Toy_Story_3_CAM_XViD_-_PrisM.part5.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:43:24 AM)*

http://hotfile.com/dl/49426729/7bd8931/Toy_Story_3_CAM_XViD_-_PrisM.part7.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:43:25 AM)*

http://hotfile.com/dl/49426689/581023a/Toy_Story_3_CAM_XViD_-_PrisM.part1.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:43:25 AM)*

http://hotfile.com/dl/49426696/0139ba8/Toy_Story_3_CAM_XViD_-_PrisM.part2.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:43:26 AM)*

http://hotfile.com/dl/49426726/e1a1902/Toy_Story_3_CAM_XViD_-_PrisM.part6.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:43:26 AM)*

http://hotfile.com/dl/49452168/650036c/Toy.Story.3.2010.CAM.Latino.By.LillosKing.avi.002.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:43:27 AM)*

http://hotfile.com/dl/49452151/18ef048/Toy.Story.3.2010.CAM.Latino.By.LillosKing.avi.004.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:43:27 AM)*

http://hotfile.com/dl/49452119/1d46bf4/Toy.Story.3.2010.CAM.Latino.By.LillosKing.avi.001.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:43:28 AM)*

http://hotfile.com/dl/49452405/5996621/Toy.Story.3.2010.CAM.Latino.By.LillosKing.avi.006.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:43:28 AM)*

http://hotfile.com/dl/49452160/e41bc26/Toy.Story.3.2010.CAM.Latino.By.LillosKing.avi.003.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 7/24/2010 12:43:29 AM)*

http://hotfile.com/dl/49452413/913dace/Toy.Story.3.2010.CAM.Latino.By.LillosKing.avi.007.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:29 AM)

http://hotfile.com/dl/49452400/17d1b55/Toy.Story.3.2010.CAM.Latino.By.LillosKing.avi.005.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:29 AM)

http://hotfile.com/dl/49452403/183f78a/Toy.Story.3.2010.CAM.Latino.By.LillosKing.avi.008.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:30 AM)

http://hotfile.com/dl/50022378/af53992/TS3TS(www.FullPelis.com).avi.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 7/24/2010 12:43:31 AM)

http://hotfile.com/dl/54278807/cbf4f8b/hannah.montana.s04e01.sweet.home.hannah.montana.hdtv.xvid-pinball.avi.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:21 PM)

http://hotfile.com/dl/54395499/887ae78/hannah.montana.s04e01.sweet.home.hannah.montana.hdtv.xvid-pinball.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:22 PM)

http://hotfile.com/dl/54367202/70fff60/Hannah.s4e1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:22 PM)

http://hotfile.com/dl/54369110/c8066dc/Hannah.Montana.S04E01.Sweet.Home.Hannah.Montana.HDTV.XviD-PiNBALL.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:23 PM)

http://hotfile.com/dl/54278978/301530b/Onelinkmoviez.com_hannah.montana.s04e01.sweet.home.hannah.montana.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:24 PM)

http://hotfile.com/dl/54317206/a4f80c9/Hannah.Montana.S04E01.Sweet.Home.Hannah.Montana.HDTV.XviD-PiNBALL.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:24 PM)

http://hotfile.com/dl/48563385/dc49313/The_Last_Song_2010_TS_XviD-DMZ.part01.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:25 PM)

http://hotfile.com/dl/48563427/a8d179c/The_Last_Song_2010_TS_XviD-DMZ.part02.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:25 PM)

http://hotfile.com/dl/48563449/d7c1d9c/The_Last_Song_2010_TS_XviD-DMZ.part03.rar.html
* To date, a total of 1 notice(s) previously sent for this link.

*(Original Notification Date: 7/26/2010 8:49:26 PM)*

http://hotfile.com/dl/48563667/2acd9e8/The_Last_Song_2010_TS_XviD-DMZ.part04.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:27 PM)*

http://hotfile.com/dl/48563678/3ff9f2d/The_Last_Song_2010_TS_XviD-DMZ.part05.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:27 PM)*

http://hotfile.com/dl/48563798/8e38d9c/The_Last_Song_2010_TS_XviD-DMZ.part06.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:28 PM)*

http://hotfile.com/dl/48563845/bb65efd/The_Last_Song_2010_TS_XviD-DMZ.part07.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:28 PM)*

http://hotfile.com/dl/48563853/e9a3a6c/The_Last_Song_2010_TS_XviD-DMZ.part08.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:29 PM)*

http://hotfile.com/dl/48564133/c3d8ef9/The_Last_Song_2010_TS_XviD-DMZ.part09.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:29 PM)*

http://hotfile.com/dl/48564222/440c9b9/The_Last_Song_2010_TS_XviD-DMZ.part10.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:29 PM)*

http://hotfile.com/dl/47858841/abb631d/The.Last.Song.TS.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:30 PM)*

http://hotfile.com/dl/47858843/33c363d/The.Last.Song.TS.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:30 PM)*

http://hotfile.com/dl/47858844/56acd80/The.Last.Song.TS.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:31 PM)*

http://hotfile.com/dl/47858845/210b7a1/The.Last.Song.TS.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:32 PM)*

http://hotfile.com/dl/47858846/4d32528/The.Last.Song.TS.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:32 PM)*

http://hotfile.com/dl/47986378/dfa6106/The.Last.Song.2010.TS.XviD-WBZ.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:33 PM)*

http://hotfile.com/dl/47986374/505e236/The.Last.Song.2010.TS.XviD-WBZ.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 7/26/2010 8:49:33 PM)*

CONFIDENTIAL

http://hotfile.com/dl/47986376/a4af05d/The.Last.Song.2010.TS.XviD-WBZ.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:34 PM)

http://hotfile.com/dl/47986375/0c1ed14/The.Last.Song.2010.TS.XviD-WBZ.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:35 PM)

http://hotfile.com/dl/47986377/a0e4926/The.Last.Song.2010.TS.XviD-WBZ.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:35 PM)

http://hotfile.com/dl/47986379/84d1149/The.Last.Song.2010.TS.XviD-WBZ.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:35 PM)

http://hotfile.com/dl/46522522/8907c06/LaUltimaCancionTS-Screener.zip.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:36 PM)

http://hotfile.com/dl/46453998/01c8d86/LaUltimaCancionTS-Screener.z01.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:36 PM)

http://hotfile.com/dl/46511705/da7923c/LaUltimaCancionTS-Screener.z02.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:37 PM)

http://hotfile.com/dl/46409839/42199b7/Ultima.C.ddp.250.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:37 PM)

http://hotfile.com/dl/46409901/30c2398/Ultima.C.ddp.250.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:38 PM)

http://hotfile.com/dl/46409935/ab360e5/Ultima.C.ddp.250.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:38 PM)

http://hotfile.com/dl/46409905/9870588/Ultima.C.ddp.250.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:39 PM)

http://hotfile.com/dl/46409787/ceaa64d/Ultima.C.ddp.250.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:39 PM)

http://hotfile.com/dl/46326569/3dd0e5b/140_GOn2010.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 7/26/2010 8:49:40 PM)

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/55573569/4908251/U4enik_4arodeja.part5.rar.html
http://hotfile.com/dl/55573757/971497b/U4enik_4arodeja.part7.rar.html
http://hotfile.com/dl/55573585/69afd6b/U4enik_4arodeja.part6.rar.html
http://hotfile.com/dl/55754758/fb7fbf6/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part2.rar.html
http://hotfile.com/dl/55754768/cbbb7fa/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part1.rar.html
http://hotfile.com/dl/55754764/7cbfc65/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part3.rar.html
http://hotfile.com/dl/55754754/9ff94e0/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part5.rar.html
http://hotfile.com/dl/55754756/01a3c1a/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part4.rar.html
http://hotfile.com/dl/55754654/39f5f3c/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part6.rar.html
http://hotfile.com/dl/55793160/69a05f5/Sorce.App.TS.part02.rar.html
http://hotfile.com/dl/55793161/e2052cd/Sorce.App.TS.part03.rar.html
http://hotfile.com/dl/55793162/bb8670f/Sorce.App.TS.part05.rar.html
http://hotfile.com/dl/55793158/3cd10a9/Sorce.App.TS.part04.rar.html
http://hotfile.com/dl/55793155/953ac85/Sorce.App.TS.part01.rar.html
http://hotfile.com/dl/55793153/b361f2c/Sorce.App.TS.part06.rar.html
http://hotfile.com/dl/55793159/cdc7aa5/Sorce.App.TS.part07.rar.html
http://hotfile.com/dl/55793689/368fdf9/Sorce.App.TS.part10.rar.html
http://hotfile.com/dl/55793156/1279c6b/Sorce.App.TS.part08.rar.html
http://hotfile.com/dl/55793157/bd853f4/Sorce.App.TS.part09.rar.html
http://hotfile.com/dl/55766358/f2b8486/Praktikant.part01.rar
http://hotfile.com/dl/55766712/53872aa/Praktikant.part02.rar
http://hotfile.com/dl/55766965/b533c82/Praktikant.part03.rar
http://hotfile.com/dl/55767003/e2b99ec/Praktikant.part04.rar
http://hotfile.com/dl/55767158/4277977/Praktikant.part05.rar
http://hotfile.com/dl/55767416/c98b052/Praktikant.part06.rar
http://hotfile.com/dl/55767624/12e6296/Praktikant.part08.rar
http://hotfile.com/dl/55767458/ce1fca4/Praktikant.part07.rar
http://hotfile.com/dl/55767820/c6f8091/Praktikant.part09.rar
http://hotfile.com/dl/55768083/635f7eb/Praktikant.part10.rar
http://hotfile.com/dl/55768191/31f8b58/Praktikant.part11.rar
http://hotfile.com/dl/55768326/170b407/Praktikant.part12.rar
http://hotfile.com/dl/55768541/be5d539/Praktikant.part13.rar
http://hotfile.com/dl/55768793/f4bd27e/Praktikant.part15.rar
http://hotfile.com/dl/55768562/3a842a9/Praktikant.part14.rar
http://hotfile.com/dl/55766949/5159e63/tsa_www.devilsfunhouse.org.rar.001.html

CONFIDENTIAL                                                                                                                                                   HF00479087

http://hotfile.com/dl/55767653/2fd3fc6/tsa_www.devilsfunhouse.org.rar.002.html
http://hotfile.com/dl/55792173/b454b07/TS._Apprentice.TS.XViD.IMAGiNE.by.TeamWar.rar.001.html
http://hotfile.com/dl/55792865/05542b6/TS._Apprentice.TS.XViD.IMAGiNE.by.TeamWar.rar.002.html
http://hotfile.com/dl/55793474/af98bc8/TS._Apprentice.TS.XViD.IMAGiNE.by.TeamWar.rar.003.html
http://hotfile.com/dl/55794104/13d345b/TS._Apprentice.TS.XViD.IMAGiNE.by.TeamWar.rar.004.html
http://hotfile.com/dl/55824590/caddd72/The.Sorcerer.s.Apprentice.TS.XViD-IMAGiNE.DerinPort.in-yourfriend.avi.html
http://hotfile.com/dl/49599321/f3ff613/PrisM.ToyStoryTS24089_www.movieinfo.blog.com_.avi.007.html
http://hotfile.com/dl/49600027/92c26a2/PrisM.ToyStoryTS24089_www.movieinfo.blog.com_.avi.002.html
http://hotfile.com/dl/49601059/4216ab9/PrisM.ToyStoryTS24089_www.movieinfo.blog.com_.avi.005.html
http://hotfile.com/dl/49600720/8602806/PrisM.ToyStoryTS24089_www.movieinfo.blog.com_.avi.004.html
http://hotfile.com/dl/49600430/b2d249b/PrisM.ToyStoryTS24089_www.movieinfo.blog.com_.avi.001.html
http://hotfile.com/dl/49601360/e8f351c/PrisM.ToyStoryTS24089_www.movieinfo.blog.com_.avi.006.html
http://hotfile.com/dl/49601784/cf9e238/PrisM.ToyStoryTS24089_www.movieinfo.blog.com_.avi.003.html
http://hotfile.com/dl/53438710/3c74350/armt.info__Toy.Story.3.part1.rar.html
http://hotfile.com/dl/53438715/96ebe17/armt.info__Toy.Story.3.part2.rar.html
http://hotfile.com/dl/53438803/4d617a3/armt.info__Toy.Story.3.part3.rar.html
http://hotfile.com/dl/53438878/2e7475f/armt.info__Toy.Story.3.part4.rar.html
http://hotfile.com/dl/49981883/859a702/_Toy.Story.3.2010.TELESYNC.XviD-DUBBY.avi.rar.html
http://hotfile.com/dl/49983212/68278e0/Toy.Story.3.2010.TELESYNC.XviD-DUBBY.avi.part3.rar.html
http://hotfile.com/dl/49983028/9fff944/Toy.Story.3.2010.TELESYNC.XviD-DUBBY.avi.part1.rar.html
http://hotfile.com/dl/49983098/4148d60/Toy.Story.3.2010.TELESYNC.XviD-DUBBY.avi.part2.rar.html
http://hotfile.com/dl/49983206/e33b7ef/Toy.Story.3.2010.TELESYNC.XviD-DUBBY.avi.part4.rar.html
http://hotfile.com/dl/49984373/17cb926/Toy.Story.3.2010.TELESYNC.XviD-DUBBY.avi.part1.rar.html
http://hotfile.com/dl/49984374/4371965/Toy.Story.3.2010.TELESYNC.XviD-DUBBY.avi.part2.rar.html
http://hotfile.com/dl/49984375/5339c59/Toy.Story.3.2010.TELESYNC.XviD-DUBBY.avi.part3.rar.html
http://hotfile.com/dl/49984376/92faba4/Toy.Story.3.2010.TELESYNC.XviD-DUBBY.avi.part4.rar.html
http://hotfile.com/dl/51883218/bcc04bc/RT_i-ts3.part1.rar.html
http://hotfile.com/dl/51883224/b02e50e/RT_i-ts3.part2.rar.html
http://hotfile.com/dl/51883328/ef69991/RT_i-ts3.part3.rar.html
http://hotfile.com/dl/51883353/8e6d4f3/RT_i-ts3.part4.rar.html
http://hotfile.com/dl/51883445/e97219c/RT_i-ts3.part5.rar.html
http://hotfile.com/dl/51883502/8dd481e/RT_i-ts3.part7.rar.html
http://hotfile.com/dl/51883471/9be5be5/RT_i-ts3.part6.rar.html
http://hotfile.com/dl/51497779/5e7ed84/WarezXtremE.org_Ty.Stry.3.TS.300MB-.part1.rar.html
http://hotfile.com/dl/51498378/9087e66/WarezXtremE.org_Ty.Stry.3.TS.300MB-.part2.rar.html
http://hotfile.com/dl/51245006/831d5dd/Rapid4All.Org_TS32010TSVSN350.part1.rar.html
http://hotfile.com/dl/51245007/b5474a4/Rapid4All.Org_TS32010TSVSN350.part2.rar.html
http://hotfile.com/dl/49863452/b7b2f8d/ts3.ts.x264.aac.part1.rar
http://hotfile.com/dl/49863425/4c05a3a/ts3.ts.x264.aac.part2.rar
http://hotfile.com/dl/49863469/d628b94/ts3.ts.x264.aac.part4.rar
http://hotfile.com/dl/49863429/83990d9/ts3.ts.x264.aac.part3.rar
http://hotfile.com/dl/49426707/8076d27/Toy_Story_3_CAM_XViD_-_PrisM.part3.rar.html
http://hotfile.com/dl/49426714/c961e9f/Toy_Story_3_CAM_XViD_-_PrisM.part4.rar.html
http://hotfile.com/dl/49426718/4029df3/Toy_Story_3_CAM_XViD_-_PrisM.part5.rar.html
http://hotfile.com/dl/49426729/7bd8931/Toy_Story_3_CAM_XViD_-_PrisM.part7.rar.html
http://hotfile.com/dl/49426689/581023a/Toy_Story_3_CAM_XViD_-_PrisM.part1.rar.html
http://hotfile.com/dl/49426696/0139ba8/Toy_Story_3_CAM_XViD_-_PrisM.part2.rar.html
http://hotfile.com/dl/49426726/e1a1902/Toy_Story_3_CAM_XViD_-_PrisM.part6.rar.html
http://hotfile.com/dl/49452168/650036c/Toy.Story.3.2010.CAM.Latino.By.LillosKing.avi.002.html
http://hotfile.com/dl/49452151/18ef048/Toy.Story.3.2010.CAM.Latino.By.LillosKing.avi.004.html
http://hotfile.com/dl/49452119/1d46bf4/Toy.Story.3.2010.CAM.Latino.By.LillosKing.avi.001.html

CONFIDENTIAL                                                                                          HF00479088

http://hotfile.com/dl/49452405/5996621/Toy.Story.3.2010.CAM.Latino.By.LillosKing.avi.006.html
http://hotfile.com/dl/49452160/e41bc26/Toy.Story.3.2010.CAM.Latino.By.LillosKing.avi.003.html
http://hotfile.com/dl/49452413/913dace/Toy.Story.3.2010.CAM.Latino.By.LillosKing.avi.007.html
http://hotfile.com/dl/49452400/17d1b55/Toy.Story.3.2010.CAM.Latino.By.LillosKing.avi.005.html
http://hotfile.com/dl/49452403/183f78a/Toy.Story.3.2010.CAM.Latino.By.LillosKing.avi.008.html
http://hotfile.com/dl/50022378/af53992/TS3TS(www.FullPelis.com).avi.html
http://hotfile.com/dl/54278807/cbf4f8b/hannah.montana.s04e01.sweet.home.hannah.montana.hdtv.xvid-pinball.avi.rar.html
http://hotfile.com/dl/54395499/887ae78/hannah.montana.s04e01.sweet.home.hannah.montana.hdtv.xvid-pinball.rar.html
http://hotfile.com/dl/54367202/70fff60/Hannah.s4e1.rar.html
http://hotfile.com/dl/54369110/c8066dc/Hannah.Montana.S04E01.Sweet.Home.Hannah.Montana.HDTV.XviD-PiNBALL.avi.html
http://hotfile.com/dl/54278978/301530b/Onelinkmoviez.com_hannah.montana.s04e01.sweet.home.hannah.montana.rar.html
http://hotfile.com/dl/54317206/a4f80c9/Hannah.Montana.S04E01.Sweet.Home.Hannah.Montana.HDTV.XviD-PiNBALL.rar.html
http://hotfile.com/dl/48563385/dc49313/The_Last_Song_2010_TS_XviD-DMZ.part01.rar.html
http://hotfile.com/dl/48563427/a8d179c/The_Last_Song_2010_TS_XviD-DMZ.part02.rar.html
http://hotfile.com/dl/48563449/d7c1d9c/The_Last_Song_2010_TS_XviD-DMZ.part03.rar.html
http://hotfile.com/dl/48563667/2acd9e8/The_Last_Song_2010_TS_XviD-DMZ.part04.rar.html
http://hotfile.com/dl/48563678/3ff9f2d/The_Last_Song_2010_TS_XviD-DMZ.part05.rar.html
http://hotfile.com/dl/48563798/8e38d9c/The_Last_Song_2010_TS_XviD-DMZ.part06.rar.html
http://hotfile.com/dl/48563845/bb65efd/The_Last_Song_2010_TS_XviD-DMZ.part07.rar.html
http://hotfile.com/dl/48563853/e9a3a6c/The_Last_Song_2010_TS_XviD-DMZ.part08.rar.html
http://hotfile.com/dl/48564133/c3d8ef9/The_Last_Song_2010_TS_XviD-DMZ.part09.rar.html
http://hotfile.com/dl/48564222/440c9b9/The_Last_Song_2010_TS_XviD-DMZ.part10.rar.html
http://hotfile.com/dl/47858841/abb631d/The.Last.Song.TS.part1.rar.html
http://hotfile.com/dl/47858843/33c363d/The.Last.Song.TS.part2.rar.html
http://hotfile.com/dl/47858844/56acd80/The.Last.Song.TS.part3.rar.html
http://hotfile.com/dl/47858845/210b7a1/The.Last.Song.TS.part4.rar.html
http://hotfile.com/dl/47858846/4d32528/The.Last.Song.TS.part5.rar.html
http://hotfile.com/dl/47986378/dfa6106/The.Last.Song.2010.TS.XviD-WBZ.part1.rar.html
http://hotfile.com/dl/47986374/505e236/The.Last.Song.2010.TS.XviD-WBZ.part2.rar.html
http://hotfile.com/dl/47986376/a4af05d/The.Last.Song.2010.TS.XviD-WBZ.part3.rar.html
http://hotfile.com/dl/47986375/0c1ed14/The.Last.Song.2010.TS.XviD-WBZ.part4.rar.html
http://hotfile.com/dl/47986377/a0e4926/The.Last.Song.2010.TS.XviD-WBZ.part5.rar.html
http://hotfile.com/dl/47986379/84d1149/The.Last.Song.2010.TS.XviD-WBZ.part6.rar.html
http://hotfile.com/dl/46522522/8907c06/LaUltimaCancionTS-Screener.zip.html
http://hotfile.com/dl/46453998/01c8d86/LaUltimaCancionTS-Screener.z01.html
http://hotfile.com/dl/46511705/da7923c/LaUltimaCancionTS-Screener.z02.html
http://hotfile.com/dl/46409839/42199b7/Ultima.C.ddp.250.part1.rar.html
http://hotfile.com/dl/46409901/30c2398/Ultima.C.ddp.250.part2.rar.html
http://hotfile.com/dl/46409935/ab360e5/Ultima.C.ddp.250.part4.rar.html
http://hotfile.com/dl/46409905/9870588/Ultima.C.ddp.250.part3.rar.html
http://hotfile.com/dl/46409787/ceaa64d/Ultima.C.ddp.250.part5.rar.html
http://hotfile.com/dl/46326569/3dd0e5b/140_GOn2010.part1.rar.html

--------------------

CONFIDENTIAL                                                                                             HF00479089