# EXHIBIT K



abuse hotfile <abuse.hotfile@gmail.com>

## Second Notice - Unauthorized Use of Warner Bros.' Property - HotFile

1 message

**Bentkover, Michael <Michael.Bentkover@warnerbros.com>**	Thu, May 21, 2009 at 1:29 PM
To: "abuse@hotfile.com" <abuse@hotfile.com>
Cc: "Kaplan, David P." <David.P.Kaplan@warnerbros.com>, "Kazi, Asad" <Asad.Kazi@warnerbros.com>, Brad Beutlich <bcb@dtecnet.com>

**SECOND NOTICE**

**VIA ELECTRONIC MAIL**

RE:     Unauthorized Use of Warner Bros.' Property

Dear Abuse Manager,

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am the owner or an agent authorized to act on behalf of the owner of certain intellectual property rights, said owner being named Warner Bros. Entertainment Inc. ("IP Owner").

I have a good faith belief that the materials identified in the addendum attached hereto are not authorized by the above IP Owner, its agent, or the law and therefore infringe the IP Owner's rights.  Please act expeditiously to remove or disable access to the material or items claimed to be infringing.

I swear, under penalty of perjury, that the information in the notification is accurate.

I may be contacted at:

Michael Bentkover

Warner Bros. Entertainment Inc.

4000 Warner Boulevard

Bridge Building 156 South, # 5333

Burbank, California 91522

Confidential	HF02835646

Phone: (818) 954-3639

Fax:    (818) 954-7898

michael.bentkover@warnerbros.com


Truthfully,


/mb/


What was located as infringing content:

Terminator Salvation Game

http://hotfile.com/dl/2936226/c533525/TerminatorSX360_COSMiC.part01.rar.html

http://hotfile.com/dl/2936321/de8e4e8/TerminatorSX360_COSMiC.part02.rar.html

http://hotfile.com/dl/2936434/cb2832b/TerminatorSX360_COSMiC.part03.rar.html

http://hotfile.com/dl/2936542/e703836/TerminatorSX360_COSMiC.part04.rar.html

http://hotfile.com/dl/2936641/a5c2351/TerminatorSX360_COSMiC.part05.rar.html

http://hotfile.com/dl/2936730/3e35b7e/TerminatorSX360_COSMiC.part06.rar.html

http://hotfile.com/dl/2936836/5bb9195/TerminatorSX360_COSMiC.part07.rar.html

http://hotfile.com/dl/2936941/755a9ec/TerminatorSX360_COSMiC.part08.rar.html

http://hotfile.com/dl/2937040/b5b79d7/TerminatorSX360_COSMiC.part09.rar.html

http://hotfile.com/dl/2937110/a67c5d6/TerminatorSX360_COSMiC.part10.rar.html

http://hotfile.com/dl/2937169/edba67c/TerminatorSX360_COSMiC.part11.rar.html

http://hotfile.com/dl/2937255/5f787a6/TerminatorSX360_COSMiC.part12.rar.html

http://hotfile.com/dl/2937302/50b9457/TerminatorSX360_COSMiC.part13.rar.html

http://hotfile.com/dl/2937361/5f3b9a4/TerminatorSX360_COSMiC.part14.rar.html

http://hotfile.com/dl/2937424/20b2fee/TerminatorSX360_COSMiC.part15.rar.html

http://hotfile.com/dl/2937504/ec10903/TerminatorSX360_COSMiC.part16.rar.html

http://hotfile.com/dl/2937626/22bee35/TerminatorSX360_COSMiC.part17.rar.html

http://hotfile.com/dl/2937712/20a6fb8/TerminatorSX360_COSMiC.part18.rar.html

http://hotfile.com/dl/2937781/81e41ab/TerminatorSX360_COSMiC.part19.rar.html

http://hotfile.com/dl/2937874/363c1a3/TerminatorSX360_COSMiC.part20.rar.html

http://hotfile.com/dl/2937998/df4ac7a/TerminatorSX360_COSMiC.part21.rar.html

http://hotfile.com/dl/2938068/d796104/TerminatorSX360_COSMiC.part22.rar.html

Confidential                                                                                                              HF02835647

http://hotfile.com/dl/2938160/860ceb2/TerminatorSX360_COSMiC.part23.rar.html

http://hotfile.com/dl/2938328/efd50fe/TerminatorSX360_COSMiC.part24.rar.html

http://hotfile.com/dl/2938422/a67b215/TerminatorSX360_COSMiC.part25.rar.html

http://hotfile.com/dl/2938495/28c6ab1/TerminatorSX360_COSMiC.part26.rar.html

http://hotfile.com/dl/2938547/1c95e0e/TerminatorSX360_COSMiC.part27.rar.html

http://hotfile.com/dl/2938603/99e9880/TerminatorSX360_COSMiC.part28.rar.html

http://hotfile.com/dl/2938666/e28f34d/TerminatorSX360_COSMiC.part29.rar.html

http://hotfile.com/dl/2938734/2290fd2/TerminatorSX360_COSMiC.part30.rar.html

http://hotfile.com/dl/2938789/fc3ab49/TerminatorSX360_COSMiC.part31.rar.html

http://hotfile.com/dl/2935730/2f58170/Ter.Sal-X3z.part01.rar.html

http://hotfile.com/dl/2935746/5467887/Ter.Sal-X3z.part02.rar.html

http://hotfile.com/dl/2936006/29439ff/Ter.Sal-X3z.part03.rar.html

http://hotfile.com/dl/2936023/8d7635f/Ter.Sal-X3z.part04.rar.html

http://hotfile.com/dl/2936036/c375f1e/Ter.Sal-X3z.part05.rar.html

http://hotfile.com/dl/2936069/8be839d/Ter.Sal-X3z.part06.rar.html

http://hotfile.com/dl/2936072/554f5a2/Ter.Sal-X3z.part07.rar.html

http://hotfile.com/dl/2936385/13027a1/Ter.Sal-X3z.part08.rar.html

http://hotfile.com/dl/2936391/49412ad/Ter.Sal-X3z.part09.rar.html

http://hotfile.com/dl/2936080/c60a517/Ter.Sal-X3z.part10.rar.html

http://hotfile.com/dl/2936108/8c7a54d/Ter.Sal-X3z.part11.rar.html

http://hotfile.com/dl/2936137/f2a04eb/Ter.Sal-X3z.part12.rar.html

http://hotfile.com/dl/2936149/d2caa3b/Ter.Sal-X3z.part13.rar.html

http://hotfile.com/dl/2936160/6931685/Ter.Sal-X3z.part14.rar.html

http://hotfile.com/dl/2936197/d2faa3f/Ter.Sal-X3z.part15.rar.html

http://hotfile.com/dl/2936279/5f1ba3c/Ter.Sal-X3z.part16.rar.html

http://hotfile.com/dl/2920054/f40a870/tyeyrsalv36.part01.rar.html

http://hotfile.com/dl/2920079/c905332/tyeyrsalv36.part02.rar.html

http://hotfile.com/dl/2920097/d16b171/tyeyrsalv36.part03.rar.html

http://hotfile.com/dl/2920120/9661772/tyeyrsalv36.part04.rar.html

http://hotfile.com/dl/2920154/a33436c/tyeyrsalv36.part05.rar.html

http://hotfile.com/dl/2920376/97f6081/tyeyrsalv36.part06.rar.html

Confidential                                                                                                                                                                                HF02835648


http://hotfile.com/dl/2920391/2099ce6/tyeyrsalv36.part07.rar.html

http://hotfile.com/dl/2920413/4b6804b/tyeyrsalv36.part08.rar.html

http://hotfile.com/dl/2920437/ee057fc/tyeyrsalv36.part09.rar.html

http://hotfile.com/dl/2920488/ae04ac1/tyeyrsalv36.part10.rar.html

http://hotfile.com/dl/2920511/d127d9d/tyeyrsalv36.part11.rar.html

http://hotfile.com/dl/2920545/1fce319/tyeyrsalv36.part12.rar.html

http://hotfile.com/dl/2920569/ff2d149/tyeyrsalv36.part13.rar.html

http://hotfile.com/dl/2920609/16f9670/tyeyrsalv36.part14.rar.html

http://hotfile.com/dl/2920622/39de85b/tyeyrsalv36.part15.rar.html

http://hotfile.com/dl/2920645/c316950/tyeyrsalv36.part16.rar.html

http://hotfile.com/dl/2920694/549b0e6/tyeyrsalv36.part17.rar.html

http://hotfile.com/dl/2920738/4549615/tyeyrsalv36.part18.rar.html

http://hotfile.com/dl/2920782/034fab6/tyeyrsalv36.part19.rar.html

http://hotfile.com/dl/2920805/830af93/tyeyrsalv36.part20.rar.html

http://hotfile.com/dl/2920819/bfbf9a7/tyeyrsalv36.part21.rar.html

http://hotfile.com/dl/2920850/639db1f/tyeyrsalv36.part22.rar.html

http://hotfile.com/dl/2920900/eff6106/tyeyrsalv36.part23.rar.html

http://hotfile.com/dl/2920919/5709f57/tyeyrsalv36.part24.rar.html

http://hotfile.com/dl/2920946/f2408ea/tyeyrsalv36.part25.rar.html

http://hotfile.com/dl/2920956/f19548c/tyeyrsalv36.part26.rar.html

http://hotfile.com/dl/2920983/49bb4ab/tyeyrsalv36.part27.rar.html

http://hotfile.com/dl/2921016/234b8cf/tyeyrsalv36.part28.rar.html

http://hotfile.com/dl/2921038/c45bc9a/tyeyrsalv36.part29.rar.html

http://hotfile.com/dl/2921050/c0c4a8f/tyeyrsalv36.part30.rar.html

http://hotfile.com/dl/2921073/b72a133/tyeyrsalv36.part31.rar.html

http://hotfile.com/dl/2859331/fd3f26e/Terminator.salvation.2009.part1.rar.html

http://hotfile.com/dl/2859337/eedc34e/Terminator.salvation.2009.part2.rar.html

http://hotfile.com/dl/2859341/05dfcf7/Terminator.salvation.2009.part3.rar.html

http://hotfile.com/dl/2859342/772f1aa/Terminator.salvation.2009.part4.rar.html

http://hotfile.com/dl/2859437/184d05c/Terminator.salvation.2009.part5.rar.html

http://hotfile.com/dl/2921138/bc0a116/RoTaM-tsa-400.part01.rar.html

Confidential                                                                                                                                           HF02835649

http://hotfile.com/dl/2921137/c799e82/RoTaM-tsa-400.part02.rar.html

http://hotfile.com/dl/2921135/af7bcea/RoTaM-tsa-400.part03.rar.html

http://hotfile.com/dl/2921136/e048fd9/RoTaM-tsa-400.part04.rar.html

http://hotfile.com/dl/2921296/6f8d7ea/RoTaM-tsa-400.part05.rar.html

http://hotfile.com/dl/2921298/f19a5ef/RoTaM-tsa-400.part06.rar.html

http://hotfile.com/dl/2921300/9dcec2f/RoTaM-tsa-400.part07.rar.html

http://hotfile.com/dl/2921301/e943b59/RoTaM-tsa-400.part08.rar.html

http://hotfile.com/dl/2921497/beea731/RoTaM-tsa-400.part09.rar.html

http://hotfile.com/dl/2921502/c0653fa/RoTaM-tsa-400.part10.rar.html

http://hotfile.com/dl/2921507/ba4da02/RoTaM-tsa-400.part11.rar.html

http://hotfile.com/dl/2921509/65ac89c/RoTaM-tsa-400.part12.rar.html

http://hotfile.com/dl/2921736/02000e2/RoTaM-tsa-400.part13.rar.html

http://hotfile.com/dl/2921737/7ef8b39/RoTaM-tsa-400.part14.rar.html

http://hotfile.com/dl/2921743/00de37a/RoTaM-tsa-400.part15.rar.html

http://hotfile.com/dl/2921744/3f5b323/RoTaM-tsa-400.part16.rar.html

http://hotfile.com/dl/2921837/07cd4ef/RoTaM-tsa-400.part17.rar.html

http://hotfile.com/dl/2921838/5f8d4b1/RoTaM-tsa-400.part18.rar.html

http://hotfile.com/dl/2921841/cc364f3/RoTaM-tsa-400.part19.rar.html

http://hotfile.com/dl/2937091/9e4362b/Terminator.Salvation-KatZZ.part31.rar.html

http://hotfile.com/dl/2933572/497271e/Terminator.Salvation-XBOX360.part01.rar.html

http://hotfile.com/dl/2933574/423eef1/Terminator.Salvation-XBOX360.part03.rar.html

http://hotfile.com/dl/2933576/be16445/Terminator.Salvation-XBOX360.part04.rar.html

http://hotfile.com/dl/2933577/c70d9c4/Terminator.Salvation-XBOX360.part05.rar.html

http://hotfile.com/dl/2933578/ab66ace/Terminator.Salvation-XBOX360.part02.rar.html

http://hotfile.com/dl/2933694/e1a5f84/Terminator.Salvation-XBOX360.part06.rar.html

http://hotfile.com/dl/2933948/7f499da/Terminator.Salvation-XBOX360.part07.rar.html

http://hotfile.com/dl/2933954/89f7b34/Terminator.Salvation-XBOX360.part08.rar.html

http://hotfile.com/dl/2933955/8c6d8bd/Terminator.Salvation-XBOX360.part09.rar.html

http://hotfile.com/dl/2933962/67de001/Terminator.Salvation-XBOX360.part10.rar.html

http://hotfile.com/dl/2933963/630e2cd/Terminator.Salvation-XBOX360.part11.rar.html

http://hotfile.com/dl/2933967/bfb4d4c/Terminator.Salvation-XBOX360.part12.rar.html

Confidential                                                                              HF02835650

http://hotfile.com/dl/2933970/3f530db/Terminator.Salvation-XBOX360.part13.rar.html

http://hotfile.com/dl/2933971/90fa697/Terminator.Salvation-XBOX360.part14.rar.html

http://hotfile.com/dl/2933973/692bcbc/Terminator.Salvation-XBOX360.part15.rar.html

http://hotfile.com/dl/2933978/02afb63/Terminator.Salvation-XBOX360.part16.rar.html

_____

Confidential                                                                                                      HF02835651