# EXHIBIT L

**From:**      Hotfile.com Abuse [abuse@hotfile.com]
**Sent:**      Tuesday, November 16, 2010 4:57 PM
**To:**        Internet.Enforcement@disney.com
**Subject:**   Re: Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 5722] (TMS)


The following files were deleted:
http://hotfile.com/dl/46326581/eae37cc/140_GOn2010.part3.rar.html
http://hotfile.com/dl/46326578/e588051/140_GOn2010.part2.rar.html
http://hotfile.com/dl/46326576/c837144/140_GOn2010.part4.rar.html
http://hotfile.com/dl/46326572/d8ca7fd/140_GOn2010.part5.rar.html
http://hotfile.com/dl/8802781/e60fbcc/lost.515_kalos87_.part1.rar.html
http://hotfile.com/dl/8802796/39b17ec/lost.515_kalos87_.part3.rar.html
http://hotfile.com/dl/8802784/4e5b87f/lost.515_kalos87_.part2.rar.html
http://hotfile.com/dl/8802803/964db21/lost.515_kalos87_.part4.rar.html
http://hotfile.com/dl/3179861/d9f22bb/lost.s05e02.lektorPL.xvid.part1.rar.html
http://hotfile.com/dl/3181362/66aa9c6/lost.s05e02.lektorPL.xvid.part1.rar.html
http://hotfile.com/dl/3181526/3ad20f8/lost.s05e03.lektorPL.xvid.part1.rar.html
http://hotfile.com/dl/3181606/4530381/lost.s05e03.lektorPL.xvid.part1.rar.html
http://hotfile.com/dl/3183973/2db79b7/lost.s05e09.lektorPL.xvid.part1.rar.html
http://hotfile.com/dl/3184042/25ac7b2/lost.s05e09.lektorPL.xvid.part2.rar.html
http://hotfile.com/dl/3184268/246b74c/lost.s05e12.lektorPL.xvid.part1.rar.html
http://hotfile.com/dl/3184338/efb69cc/lost.s05e12.lektorPL.xvid.part2.rar.html
http://hotfile.com/dl/3184421/401c9ef/lost.s05e13.lektorPL.xvid.part1.rar.html
http://hotfile.com/dl/3184494/c4f12b6/lost.s05e13.lektorPL.xvid.part2.rar.html
http://hotfile.com/dl/3184576/75c8eda/lost.s05e14.lektorPL.xvid.part1.rar.html
http://hotfile.com/dl/3184644/78aaa9d/lost.s05e14.lektorPL.xvid.part2.rar.html
http://hotfile.com/dl/3184733/441c161/lost.s05e15.lektorPL.xvid.part1.rar.html
http://hotfile.com/dl/3184818/164dd53/lost.s05e15.lektorPL.xvid.part2.rar.html
http://hotfile.com/dl/5183536/3c85146/Lost-05-14-DannyE.rar.html
http://hotfile.com/dl/17010615/d0278c0/Zagubieni.Sezon5.Odcinek2.PL.XVID.part1.rar.html
http://hotfile.com/dl/17010870/4cc1d22/Zagubieni.Sezon5.Odcinek2.PL.XVID.part2.rar.html
http://hotfile.com/dl/17011263/54e58e3/Zagubieni.Sezon5.Odcinek3.PL.XVID.part1.rar.html
http://hotfile.com/dl/17011538/115dc88/Zagubieni.Sezon5.Odcinek3.PL.XVID.part2.rar.html
http://hotfile.com/dl/17014259/6adf8c0/Zagubieni.Sezon5.Odcinek9.PL.XVID.part1.rar.html
http://hotfile.com/dl/17014548/eac847b/Zagubieni.Sezon5.Odcinek9.PL.XVID.part2.rar.html
http://hotfile.com/dl/17065675/ed1ca42/Zagubieni.Sezon5.Odcinek12.PL.XVID.part1.rar.html
http://hotfile.com/dl/17066079/6eadf9e/Zagubieni.Sezon5.Odcinek12.PL.XVID.part2.rar.html
http://hotfile.com/dl/17066508/7b5a6ea/Zagubieni.Sezon5.Odcinek13.PL.XVID.part1.rar.html
http://hotfile.com/dl/17066946/cc6a9c1/Zagubieni.Sezon5.Odcinek13.PL.XVID.part2.rar.html
http://hotfile.com/dl/17067527/890392f/Zagubieni.Sezon5.Odcinek14.PL.XVID.part1.rar.html
http://hotfile.com/dl/17067880/452dd5a/Zagubieni.Sezon5.Odcinek14.PL.XVID.part2.rar.html
http://hotfile.com/dl/17069468/ec2d034/Zagubieni.Sezon5.Odcinek15.PL.XVID.part2.rar.html
http://hotfile.com/dl/17069029/6920f6a/Zagubieni.Sezon5.Odcinek15.PL.XVID.part1.rar.html
http://hotfile.com/dl/17070027/73c1b0a/Zagubieni.Sezon5.Odcinek16-17.PL.XVID.part1.rar.html
http://hotfile.com/dl/17071362/edddb7a/Zagubieni.Sezon5.Odcinek16-17.PL.XVID.part3.rar.html
http://hotfile.com/dl/17070697/c63a13c/Zagubieni.Sezon5.Odcinek16-17.PL.XVID.part2.rar.html
http://hotfile.com/dl/17071811/2cff7fa/Zagubieni.Sezon5.Odcinek16-17.PL.XVID.part4.rar.html
http://hotfile.com/dl/10846181/bf90aff/Zagubieni_S5E02_PL.avi.html
http://hotfile.com/dl/10852733/2d31a08/Zagubieni_S5E03_PL.avi.html
http://hotfile.com/dl/10877117/6423612/Zagubieni_S5E09_PL.avi.html
http://hotfile.com/dl/10883385/99a2467/Zagubieni_S5E10_PL.avi.html
http://hotfile.com/dl/10894192/3bcbe76/Zagubieni_S5E12_PL.avi.html
http://hotfile.com/dl/10907808/1494667/Zagubieni_S5E13_PL.avi.html

1

CONFIDENTIAL                                                                         HF00527084

http://hotfile.com/dl/10900239/6653b07/Zagubieni_S5E14_PL.avi.html
http://hotfile.com/dl/10914186/f6fea5b/Zagubieni_S5E15_PL.avi.html
http://hotfile.com/dl/10947545/eace59a/Zagubieni_S5E16E17_PL.part1.rar.html
http://hotfile.com/dl/10925566/79950e8/Zagubieni_S5E16E17_PL.part2.rar.html
http://hotfile.com/dl/1987562/9f7b801/P_5%C3%9702_sfrd_part1.rar.html
http://hotfile.com/dl/1984319/7c543eb/P_5%C3%9702_sfrd_part2.rar.html
http://hotfile.com/dl/1994523/f470d76/P_5%C3%9702_sfrd_part3.rar.html
http://hotfile.com/dl/1992030/67217c5/P_5%C3%9702_sfrd_part4.rar.html
http://hotfile.com/dl/52137147/2db97ae/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part09.rar.html
http://hotfile.com/dl/52138712/13659f5/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part08.rar.html
http://hotfile.com/dl/52137719/704ed6c/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part01.rar.html
http://hotfile.com/dl/52138311/e2c03f6/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part05.rar.html
http://hotfile.com/dl/52139164/0a69165/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part02.rar.html
http://hotfile.com/dl/52139661/dc185c9/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part07.rar.html
http://hotfile.com/dl/52140069/24d6bb2/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part03.rar.html
http://hotfile.com/dl/52141435/21eb4f9/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part06.rar.html
http://hotfile.com/dl/52147050/49d73ec/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part04.rar.html
http://hotfile.com/dl/46952532/4a93f17/P.O.P.TS.2010.TRDublaj.part1.rar.html
http://hotfile.com/dl/46952534/0cf5983/P.O.P.TS.2010.TRDublaj.part2.rar.html
http://hotfile.com/dl/46952542/9a728e0/P.O.P.TS.2010.TRDublaj.part3.rar.html
http://hotfile.com/dl/46952548/0dcca7f/P.O.P.TS.2010.TRDublaj.part5.rar.html
http://hotfile.com/dl/46952544/6e1ae5d/P.O.P.TS.2010.TRDublaj.part4.rar.html
http://hotfile.com/dl/46952550/d3b261b/P.O.P.TS.2010.TRDublaj.part6.rar.html
http://hotfile.com/dl/46952554/ae37949/P.O.P.TS.2010.TRDublaj.part7.rar.html
http://hotfile.com/dl/46952556/119f643/P.O.P.TS.2010.TRDublaj.part8.rar.html
http://hotfile.com/dl/54375209/5781970/ppsot.2010.KiRa.part1.rar.html
http://hotfile.com/dl/54375232/fe04bb1/ppsot.2010.KiRa.part2.rar.html
http://hotfile.com/dl/54375247/1b3c7f9/ppsot.2010.KiRa.part3.rar.html
http://hotfile.com/dl/54375645/4f024bc/POP.Watain.part1.rar.html
http://hotfile.com/dl/54375739/7590519/POP.Watain.part3.rar.html
http://hotfile.com/dl/54375751/053e2f9/POP.Watain.part4.rar.html
http://hotfile.com/dl/54375815/bdd3bc9/POP.Watain.part7.rar.html
http://hotfile.com/dl/54375783/90c06de/POP.Watain.part5.rar.html
http://hotfile.com/dl/54375723/55ec8d1/POP.Watain.part2.rar.html
http://hotfile.com/dl/54375802/44399b3/POP.Watain.part6.rar.html
http://hotfile.com/dl/54375833/f63c2db/POP.Watain.part8.rar.html
http://hotfile.com/dl/55755893/5f069c0/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part2.rar.html
http://hotfile.com/dl/55755786/2bd4a93/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part3.rar.html
http://hotfile.com/dl/55756102/9ee22bf/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part1.rar.html
http://hotfile.com/dl/55755792/7cba11f/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part4.rar.html
http://hotfile.com/dl/55748149/bfb7db8/SorcererIMAGiNE.part1.rar.html
http://hotfile.com/dl/55748150/2c54e9a/SorcererIMAGiNE.part2.rar.html
http://hotfile.com/dl/55748549/7d0e861/SorcererIMAGiNE.part3.rar.html
http://hotfile.com/dl/55748712/2b32821/SorcererIMAGiNE.part5.rar.html

CONFIDENTIAL

HF00527085

http://hotfile.com/dl/55748559/80250b6/SorcererIMAGiNE.part4.rar.html
http://hotfile.com/dl/55777649/c8297e5/TSA.TS-IMAGiNE.part2.rar.html
http://hotfile.com/dl/55777903/3cf8084/TSA.TS-IMAGiNE.part5.rar.html
http://hotfile.com/dl/55777921/33ea9a9/TSA.TS-IMAGiNE.part6.rar.html
http://hotfile.com/dl/55777876/7956b49/TSA.TS-IMAGiNE.part4.rar.html
http://hotfile.com/dl/55777963/1eb3e0a/TSA.TS-IMAGiNE.part8.rar.html
http://hotfile.com/dl/55777945/328d09c/TSA.TS-IMAGiNE.part7.rar.html
http://hotfile.com/dl/55759788/ff4a572/The_Sorcerers_Apprentice_TS_XViD-KiNGDOM_
http://hotfile.com/dl/55759787/c6ea116/The_Sorcerers_Apprentice_TS_XViD-KiNGDOM_
http://hotfile.com/dl/55759786/641a238/The_Sorcerers_Apprentice_TS_XViD-KiNGDOM_
http://hotfile.com/dl/55769809/bac1f78/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part1.rar.html
http://hotfile.com/dl/55769813/62c35b9/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part2.rar.html
http://hotfile.com/dl/55769812/549e858/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part3.rar.html
http://hotfile.com/dl/55769816/8e77a44/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part7.rar.html
http://hotfile.com/dl/55769817/3ba7435/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part6.rar.html
http://hotfile.com/dl/55769815/baecfea/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part8.rar.html
http://hotfile.com/dl/55769814/900d2ea/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part4.rar.html
http://hotfile.com/dl/55769811/b8e7d98/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part5.rar.html
http://hotfile.com/dl/79018256/aeffab4/LOL.Gr3Y4N4.706.avi.html
http://hotfile.com/dl/79018566/9535d82/greys.anatomy.706.hdtv-lol.avi.rar.html
http://hotfile.com/dl/79079280/56b5df6/siva706.avi.html
http://hotfile.com/dl/79085950/ffedcc1/greysanatomy0706.avi.html
http://hotfile.com/dl/79065301/70c9657/greys.anatomy.706.hdtv-lol.avi.html
http://hotfile.com/dl/79084144/05f6030/greys.anatomy.706.hdtv-lol.avi.html
http://hotfile.com/dl/79098063/86e67ea/smk706.rar.html
http://hotfile.com/dl/79082746/232e60c/greys.anatomy.706.hdtv-lol.avi.html
http://hotfile.com/dl/79106601/6dac15a/Greys.Anatomy.S07E06.720p.HDTV.X264-DIMENSION.part3.rar.html
http://hotfile.com/dl/79106609/7d061c6/Greys.Anatomy.S07E06.720p.HDTV.X264-DIMENSION.part2.rar.html
http://hotfile.com/dl/79106938/dae91cf/Greys.Anatomy.S07E06.720p.HDTV.X264-DIMENSION.part1.rar.html
http://hotfile.com/dl/79117958/7426fb7/Greys.Anatomy.S07E06.HDTV.XviD-LOL.part2.rar.html
http://hotfile.com/dl/79118268/b7a3b0a/Greys.Anatomy.S07E06.HDTV.XviD-LOL.part1.rar.html
http://hotfile.com/dl/79118425/3ab7e54/Greys.Anatomy.S07E06.HDTV.XviD-LOL.part4.rar.html
http://hotfile.com/dl/79118726/07e9488/Greys.Anatomy.S07E06.HDTV.XviD-LOL.part3.rar.html
http://hotfile.com/dl/79117717/3d412b0/gAadatomy706.rar.html
http://hotfile.com/dl/79101936/40ae265/G.A.07x06.hdtv.xvid-lol.avi
http://hotfile.com/dl/79167513/e802ec2/Greys.Anatomy.S07E06.720p.HDTV.X264-DIMENSION.mkv.html
http://hotfile.com/dl/79147089/8ce1266/Greys.Anatomy.S07E06.HDTV.XviD-LOL.rar.html
http://hotfile.com/dl/79180546/1815343/Greys.Anatomy.S07E06.HDTV.XviD-LOL.part1.rar.html
http://hotfile.com/dl/79180550/6c762a6/Greys.Anatomy.S07E06.HDTV.XviD-LOL.part2.rar.html
http://hotfile.com/dl/79200839/4db7b09/Greys.Anatomy.S07E06.HDTV.XviD-LOL.rar.html
http://hotfile.com/dl/79230266/e2deb52/Greys.Anatomy.S07E06.hdtv.xvid-lol.rar.html
http://hotfile.com/dl/79179816/840bf95/Greys.Anatomy.S07E06.HDTV.XviD-LOL.avi.html
http://hotfile.com/dl/79040669/adb21f7/gAadatomy706.rar.html
http://hotfile.com/dl/79379680/fb56f0f/greys.anatomy.706.hdtv-lol.rar.html
http://hotfile.com/dl/79501368/b3acb73/Greys.Anatomy.S07E06.HDTV.XviD-LOL.avi.html

3

CONFIDENTIAL

HF00527086

http://hotfile.com/dl/78662164/5418afe/Greys.Anatomy.S07E03.HDTV.XviD-2HD-
PlatinumW.org.part1.rar.html
http://hotfile.com/dl/78663772/ee89686/Greys.Anatomy.S07E03.HDTV.XviD-2HD-
PlatinumW.org.part3.rar.html
http://hotfile.com/dl/78664134/f7e3ca5/Greys.Anatomy.S07E03.HDTV.XviD-2HD-
PlatinumW.org.part4.rar.html
http://hotfile.com/dl/78662908/19bdc7e/Greys.Anatomy.S07E03.HDTV.XviD-2HD-
PlatinumW.org.part2.rar.html
http://hotfile.com/dl/79068032/4798807/Greys.Anatomy.S07E06.720p.HDTV.X264-DIMENSION.mkv.html
http://hotfile.com/dl/79047543/9e64cf0/Greys.Anatomy.S07E06.HDTV.XviD-LOL-
PlatinumW.org.part1.rar.html
http://hotfile.com/dl/79055162/e1c107f/Greys.Anatomy.S07E06.HDTV.XviD-LOL-
PlatinumW.org.part2.rar.html
http://hotfile.com/dl/79055470/1d008de/Greys.Anatomy.S07E06.HDTV.XviD-LOL-
PlatinumW.org.part3.rar.html
http://hotfile.com/dl/79055663/1f28d6d/Greys.Anatomy.S07E06.HDTV.XviD-LOL-
PlatinumW.org.part4.rar.html
http://hotfile.com/dl/79169142/96c8c69/DemoN.www.dayn.org.greys.anatomy.706.hdtv-lol.rar.html
http://hotfile.com/dl/77585398/f450cc0/Greys.Anatomy.S07E05.HDTV.XviD-
LOL_www.oriforums.com.part2.rar.html
http://hotfile.com/dl/77585407/6d98e39/Greys.Anatomy.S07E05.HDTV.XviD-
LOL_www.oriforums.com.part1.rar.html
http://hotfile.com/dl/77580253/ec4e9c5/grys.antmy.705.hdtv-lol.rar.html
http://hotfile.com/dl/77608193/0e30ddd/Greys.Anatomy.S07E05.720p.HDTV.X264-
DIMENSION.part2.rar.html
http://hotfile.com/dl/77611108/2fd8fbf/Greys.Anatomy.S07E05.720p.HDTV.X264-
DIMENSION.part1.rar.html
http://hotfile.com/dl/77607929/0b9b2f8/Greys.Anatomy.S07E05.720p.HDTV.X264-
DIMENSION.part3.rar.html
http://hotfile.com/dl/77756266/324d7ea/greys.anatomy.705.hdtv-lol.rar
http://hotfile.com/dl/79017904/112da08/greys.anatomy.706.hdtv-lol.avi.html
http://hotfile.com/dl/79018280/1bfab0b/greys.anatomy.706.hdtv-lol.avi.html
http://hotfile.com/dl/79021406/92af6e6/gregt_greys.anatomy.706.hdtv-lol.rar.html
http://hotfile.com/dl/77576483/0730099/greys.anatomy.705.hdtv-lol.avi.html
http://hotfile.com/dl/79041761/54fad05/Greys.Anatomy.S07E06.720p.HDTV.X264-DIMENSION.mkv.html
http://hotfile.com/dl/79057088/17dd323/Greys.Anatomy.S07E06.HDTV.XviD-LOL.avi.html
http://hotfile.com/dl/79064534/e759a5c/greys.anatomy.706.hdtv-lol.avi.html
http://hotfile.com/dl/79046241/642313b/greys.anatomy.706.hdtv-lol.avi.html
http://hotfile.com/dl/79072946/75d9938/greys.anatomy.706.hdtv-lol.avi.rar.html
http://hotfile.com/dl/79067815/8b24d02/Greys.Anatomy.S07E06.HDTV.XviD-
LOL_www.oriforums.com.part2.rar.html
http://hotfile.com/dl/79068136/9308efe/Greys.Anatomy.S07E06.HDTV.XviD-
LOL_www.oriforums.com.part1.rar.html
http://hotfile.com/dl/79125957/6671475/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.part3.rar.html
http://hotfile.com/dl/79130474/57db334/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.part1.rar.html
http://hotfile.com/dl/79130783/3b5abe4/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.part2.rar.html
http://hotfile.com/dl/77598695/faa5ff6/Grey-705.rar.html
http://hotfile.com/dl/79121882/2ce1547/Grey-706.rar.html
http://hotfile.com/dl/79047458/cc3f4e6/Greys_Anatomy_S07E06_HDTV_XviD-LOL.UppedBy-Funty-
www.Hotfile-Movies.com.part2.rar.html
http://hotfile.com/dl/79048009/f1f3b79/Greys_Anatomy_S07E06_HDTV_XviD-LOL.UppedBy-Funty-
www.Hotfile-Movies.com.part1.rar.html
http://hotfile.com/dl/79163183/a961286/Greys.Anatomy.S07E06_--WarezLeech.net--.rar.html
http://hotfile.com/dl/79403846/d8f060d/greys.anatomy.706.hdtv-lol.rar.html

CONFIDENTIAL                                                                      HF00527087

```
http://hotfile.com/dl/79031822/c18ec12/Greys.Anatomy.S07E06.HDTV.XviD-LOL.avi
http://hotfile.com/dl/79086192/4597293/Greys.Anatomy.S07E06.HDTV.XviD-LOL.avi.html
http://hotfile.com/dl/79368625/84c3cf9/Greys.Anatomy.S07E06.720p.HDTV.X264.DIMENSION.mkv.html
http://hotfile.com/dl/79017731/03a49bd/greys.anatomy.706.hdtv-lol.avi.html
http://hotfile.com/dl/74697350/1740076/Greys.Anatomy.S07E03.720p.HDTV.X264-
DIMENSION.part3.rar.html
http://hotfile.com/dl/74697346/a3a6d38/Greys.Anatomy.S07E03.720p.HDTV.X264-
DIMENSION.part2.rar.html
http://hotfile.com/dl/74697352/1763335/Greys.Anatomy.S07E03.720p.HDTV.X264-
DIMENSION.part1.rar.html
http://hotfile.com/dl/77621217/91f0d77/Greys.Anatomy.S07E05.HDTV.XviD-LOL.rar.html
http://hotfile.com/dl/79031744/76d7f7c/greys.anatomy.706.hdtv-lol.rar.html
http://hotfile.com/dl/79076756/32381d4/Greys.Anatomy.S07E06.HDTV.XviD-LOL.avi.html
http://hotfile.com/dl/79065640/2bc7738/Greys.Anatomy.S07E06.HDTV.XviD-LOL.rar.html
http://hotfile.com/dl/79064898/9dfc927/my.S07E06.HDTV.XviD-LOL.part1.rar
http://hotfile.com/dl/79064978/5fd618a/my.S07E06.HDTV.XviD-LOL.part2.rar
http://hotfile.com/dl/79065151/49f450b/my.S07E06.HDTV.XviD-LOL.part3.rar
http://hotfile.com/dl/79065172/3882b13/my.S07E06.HDTV.XviD-LOL.part4.rar
http://hotfile.com/dl/79086838/72c6428/GreysA.7.06.part1.rar.html
http://hotfile.com/dl/79086844/aa8e21c/GreysA.7.06.part2.rar.html
http://hotfile.com/dl/79086889/f2c2b56/GreysA.7.06.part3.rar.html
http://hotfile.com/dl/79020497/b64f3aa/IRFree.com-Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.mkv.html
http://hotfile.com/dl/79017994/139c716/IRFree.com-greys.anatomy.706.hdtv-lol.avi.html
http://hotfile.com/dl/79047631/ba21fbe/IRFree.com-greys.anatomy.706.hdtv-lol.avi.html
http://hotfile.com/dl/74553692/54131a9/Greys.Anatomy.S07E03.HD
```

```
Best regards,
Hotfile.com abuse department
```

```
Internet.Enforcement@disney.com wrote:
```
><P>Tuesday, November 16, 2010<BR><BR><U>Via Electronic Mail ( <A>abuse@hotfile.com</A>
)</U><BR><BR>hotfile.com <BR>c/o Designated Agent <BR><BR>Re: Infringing Content Re-
notification [Notice ID:5722 <YET generated be to>] <BR>File No. (TMS) (http://hotfile.com)
</P>
><P>Dear Sir or Madam: <BR><BR>I refer to my previous letter(s) sent to you (see "Original
Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries
or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on
your site. To date, you have not removed this content, which continues to be accessible at
one or more of the links identified below. <BR><BR>Please take immediate action to disable
access and remove the infringing content identified below. Disney will be forced to consider
all alternative actions available if you fail to comply with this letter immediately. </P>
><P><U>Copyrighted works infringed upon:</U><BR>Audiovisual works, including without
limitation, <I>Last Song, The</I>, <I>Lost 5</I>, <I>Prince of Persia</I>, <I>Sorcerer's
Apprentice, The(Archive)</I>, <I>Grey's Anatomy 7</I></P>
><P><B>Location and original notification dates of infringing material:</B></P>
><P><A
href="http://hotfile.com/dl/46326581/eae37cc/140_GOn2010.part3.rar.html">http://hotfile.com/d
l/46326581/eae37cc/140_GOn2010.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:40
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46326578/e588051/140_GOn2010.part2.rar.html">http://hotfile.com/d
l/46326578/e588051/140_GOn2010.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:41
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46326576/c837144/140_GOn2010.part4.rar.html">http://hotfile.com/d
l/46326576/c837144/140_GOn2010.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1

CONFIDENTIAL

HF00527088

notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:41 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/46326572/d8ca7fd/140_GOn2010.part5.rar.html">http://hotfile.com/dl/46326572/d8ca7fd/140_GOn2010.part5.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:41 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/8802781/e60fbcc/lost.515_kalos87_.part1.rar.html">http://hotfile.com/dl/8802781/e60fbcc/lost.515_kalos87_.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:42 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/8802796/39b17ec/lost.515_kalos87_.part3.rar.html">http://hotfile.com/dl/8802796/39b17ec/lost.515_kalos87_.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:43 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/8802784/4e5b87f/lost.515_kalos87_.part2.rar.html">http://hotfile.com/dl/8802784/4e5b87f/lost.515_kalos87_.part2.rar.html</A><BR><SMALL><

I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:43 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/8802803/964db21/lost.515_kalos87_.part4.rar.html">http://hotfile.com/dl/8802803/964db21/lost.515_kalos87_.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:44 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/3179861/d9f22bb/lost.s05e02.lektorPL.xvid.part1.rar.html">http://hotfile.com/dl/3179861/d9f22bb/lost.s05e02.lektorPL.xvid.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:44 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/3181362/66aa9c6/lost.s05e02.lektorPL.xvid.part2.rar.html">http://hotfile.com/dl/3181362/66aa9c6/lost.s05e02.lektorPL.xvid.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(

s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:45 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/3181526/3ad20f8/lost.s05e03.lektorPL.xvid.part1.rar.html">http://hotfile.com/dl/3181526/3ad20f8/lost.s05e03.lektorPL.xvid.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:46 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/3181606/4530381/lost.s05e03.lektorPL.xvid.part2.rar.html">http://hotfile.com/dl/3181606/4530381/lost.s05e03.lektorPL.xvid.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:46 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/3183973/2db79b7/lost.s05e09.lektorPL.xvid.part1.rar.html">http://hotfile.com/dl/3183973/2db79b7/lost.s05e09.lektorPL.xvid.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sen

t for this link. <BR>(Original Notification Date: 7/26/2010 8:49:47 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/3184042/25ac7b2/lost.s05e09.lektorPL.xvid.part2.rar.html">http://hotfile.com/dl/3184042/25ac7b2/lost.s05e09.lektorPL.xvid.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:47 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/3184268/246b74c/lost.s05e12.lektorPL.xvid.part1.rar.html">http://hotfile.com/dl/3184268/246b74c/lost.s05e12.lektorPL.xvid.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:48 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/3184338/efb69cc/lost.s05e12.lektorPL.xvid.part2.rar.html">http://hotfile.com/dl/3184338/efb69cc/lost.s05e12.lektorPL.xvid.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:48 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/3184421/401c9ef/lost.s05e13.lektorPL.xvid.part1.rar.html">http://

6

hotfile.com/dl/3184421/401c9ef/lost.s05e13.lektorPL.xvid.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:49 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/3184494/c4f12b6/lost.s05e13.lektorPL.xvid.part2.rar.html">http://hotfile.com/dl/3184494/c4f12b6/lost.s05e13.lektorPL.xvid.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:49 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/3184576/75c8eda/lost.s05e14.lektorPL.xvid.part1.rar.html">http://hotfile.com/dl/3184576/75c8eda/lost.s05e14.lektorPL.xvid.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Not ification Date: 7/26/2010 8:49:49 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/3184644/78aaa9d/lost.s05e14.lektorPL.xvid.part2.rar.html">http://hotfile.com/dl/3184644/78aaa9d/lost.s05e14.lektorPL.xvid.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:51 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/3184733/441c161/lost.s05e15.lektorPL.xvid.part1.rar.html">http://hotfile.com/dl/3184733/441c161/lost.s05e15.lektorPL.xvid.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:51 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/3184818/164dd53/lost.s05e15.lektorPL.xvid.part2.rar.html">http://hotfile.com/dl/3184818/164dd53/lost.s05e15.lektorPL.xvid.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:52 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/5183536/3c85146/Lost-05-14-DannyE.rar.html">http://hotfile.com/dl/5183536/3c85146/Lost-05-14-DannyE.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:52 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17010615/d0278c0/Zagubieni.Sezon5.Odcinek2.PL.XVID.part1.rar.html">http://hotfile.com/dl/17010615/d0278c0/Zagubieni.Sezon5.Odcinek2.PL.XVID.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:53 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17010870/4cc1d22/Zagubieni.Sezon5.Odcinek2.PL.XVID.part2.rar.html">http://hotfile.com/dl/17010870/4cc1d22/Zagubieni.Sezon5.Odcinek2.PL.XVID.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:54 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17011263/54e58e3/Zagubieni.Sezon5.Odcinek3.PL.XVID.part1.rar.html">http://hotfile.com/dl/17011263/54e58e3/Zagubieni.Sezon5.Odcinek3.PL.XVID.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:54 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17011538/115dc88/Zagubieni.Sezon5.Odcinek3.PL.XVID.part2.rar.html">http://hotfile.com/dl/17011538/115dc88/Zagubieni.Sezon5.Odcinek3.PL.XVID.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:55 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17014259/6adf8c0/Zagubieni.Sezon5.Odcinek9.PL.XVID.part1.rar.html">http://hotfile.com/dl/17014259/6adf8c0/Zagubieni.Sezon5.Odcinek9.PL.XVID.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(O riginal Notification Date: 7/26/2010 8:49:55 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17014548/eac847b/Zagubieni.Sezon5.Odcinek9.PL.XVID.part2.rar.html">http://hotfile.com/dl/17014548/eac847b/Zagubieni.Sezon5.Odcinek9.PL.XVID.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:56 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17065675/ed1ca42/Zagubieni.Sezon5.Odcinek12.PL.XVID.part1.rar.html">http://hotfile.com/dl/17065675/ed1ca42/Zagubieni.Sezon5.Odcinek12.PL.XVID.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:56 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17066079/6eadf9e/Zagubieni.Sezon5.Odcinek12.PL.XVID.part2.rar.htm

CONFIDENTIAL

HF00527090

l">http://hotfile.com/dl/17066079/6eadf9e/Zagubieni.Sezon5.Odcinek12.PL.XVID.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice
 (s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:56 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17066508/7b5a6ea/Zagubieni.Sezon5.Odcinek13.PL.XVID.part1.rar.htm l">http://hotfile.com/dl/17066508/7b5a6ea/Zagubieni.Sezon5.Odcinek13.PL.XVID.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:57 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17066946/cc6a9c1/Zagubieni.Sezon5.Odcinek13.PL.XVID.part2.rar.htm l">http://hotfile.com/dl/17066946/cc6a9c1/Zagubieni.Sezon5.Odcinek13.PL.XVID.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:58 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17067527/890392f/Zagubieni.Sezon5.Odcinek14.PL.XVID.part1.rar.htm l">http://hotfile.com/dl/17067527/890392f/Zagubieni.Sezon5.Odcinek14.PL.XVID.part1.rar.html</A><
 BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:59 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17067880/452dd5a/Zagubieni.Sezon5.Odcinek14.PL.XVID.part2.rar.htm l">http://hotfile.com/dl/17067880/452dd5a/Zagubieni.Sezon5.Odcinek14.PL.XVID.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:49:59 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17069468/ec2d034/Zagubieni.Sezon5.Odcinek15.PL.XVID.part2.rar.htm l">http://hotfile.com/dl/17069468/ec2d034/Zagubieni.Sezon5.Odcinek15.PL.XVID.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:00 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17069029/6920f6a/Zagubieni.Sezon5.Odcinek15.PL.XVID.part1.rar.htm l">http://hotfile.com/dl/17069029/6920f6a/Zagubieni.S
 ezon5.Odcinek15.PL.XVID.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:00 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17070027/73c1b0a/Zagubieni.Sezon5.Odcinek16- 17.PL.XVID.part1.rar.html">http://hotfile.com/dl/17070027/73c1b0a/Zagubieni.Sezon5.Odcinek16- 17.PL.XVID.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:02 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17071362/edddb7a/Zagubieni.Sezon5.Odcinek16- 17.PL.XVID.part3.rar.html">http://hotfile.com/dl/17071362/edddb7a/Zagubieni.Sezon5.Odcinek16- 17.PL.XVID.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:02 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17070697/c63a13c/Zagubieni.Sezon5.Odcinek16-17.PL.XVID.part2.ra r.html">http://hotfile.com/dl/17070697/c63a13c/Zagubieni.Sezon5.Odcinek16- 17.PL.XVID.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:03 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/17071811/2cff7fa/Zagubieni.Sezon5.Odcinek16- 17.PL.XVID.part4.rar.html">http://hotfile.com/dl/17071811/2cff7fa/Zagubieni.Sezon5.Odcinek16- 17.PL.XVID.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:03 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/10846181/bf90aff/Zagubieni_S5E02_PL.avi.html">http://hotfile.com/ dl/10846181/bf90aff/Zagubieni_S5E02_PL.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:04 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/10852733/2d31a08/Zagubieni_S5E03_PL.avi.html">http:/ /hotfile.com/dl/10852733/2d31a08/Zagubieni_S5E03_PL.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:04 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/10877117/6423612/Zagubieni_S5E09_PL.avi.html">http://hotfile.com/ dl/10877117/6423612/Zagubieni_S5E09_PL.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:05

CONFIDENTIAL                                                                    HF00527091

PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/10883385/99a2467/Zagubieni_S5E10_PL.avi.html">http://hotfile.com/
dl/10883385/99a2467/Zagubieni_S5E10_PL.avi.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:05
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/10894192/3bcbe76/Zagubieni_S5E12_PL.avi.html">http://hotfile.com/
dl/10894192/3bcbe76/Zagubieni_S5E12_PL.avi.html</A><BR><SMALL><I>* To date,
 a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:50:06 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/10907808/1494667/Zagubieni_S5E13_PL.avi.html">http://hotfile.com/
dl/10907808/1494667/Zagubieni_S5E13_PL.avi.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:06
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/10900239/6653b07/Zagubieni_S5E14_PL.avi.html">http://hotfile.com/
dl/10900239/6653b07/Zagubieni_S5E14_PL.avi.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:07
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/10914186/f6fea5b/Zagubieni_S5E15_PL.avi.html">http://hotfile.com/
dl/10914186/f6fea5b/Zagubieni_S5E15_PL.avi.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/
26/2010 8:50:08 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/10947545/eace59a/Zagubieni_S5E16E17_PL.part1.rar.html">http://hot
file.com/dl/10947545/eace59a/Zagubieni_S5E16E17_PL.part1.rar.html</A><BR><SMALL><I>* To date,
a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:50:08 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/10925566/79950e8/Zagubieni_S5E16E17_PL.part2.rar.html">http://hot
file.com/dl/10925566/79950e8/Zagubieni_S5E16E17_PL.part2.rar.html</A><BR><SMALL><I>* To date,
a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:50:09 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/1987562/9f7b801/P_5%C3%9702_sfrd_part1.rar.html">http://hotfile.c
om/dl/1987562/9f7b801/P_5%C3%9702_sfrd_part1.rar.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:10
PM)</I></SMALL><BR><BR><A href=

"http://hotfile.com/dl/1984319/7c543eb/P_5%C3%9702_sfrd_part2.rar.html">http://hotfile.com/dl
/1984319/7c543eb/P_5%C3%9702_sfrd_part2.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:11
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/1994523/f470d76/P_5%C3%9702_sfrd_part3.rar.html">http://hotfile.c
om/dl/1994523/f470d76/P_5%C3%9702_sfrd_part3.rar.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:11
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/1992030/67217c5/P_5%C3%9702_sfrd_part4.rar.html">http://hotfile.c
om/dl/1992030/67217c5/P_5%C3%9702_sfrd_part4.rar.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:12
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/52137147/2db97ae/Pr.of.Pers.TS.Proper_KinoFilmFr

ee.com.rar.part09.rar.html">http://hotfile.com/dl/52137147/2db97ae/Pr.of.Pers.TS.Proper_KinoF
ilmFree.com.rar.part09.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:12
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/52138712/13659f5/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part08
.rar.html">http://hotfile.com/dl/52138712/13659f5/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.p
art08.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 7/26/2010 8:50:13 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/52137719/704ed6c/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part01

9

.rar.html">http://hotfile.com/dl/52137719/704ed6c/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.p
art01.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 7/26/2010 8:50:13 PM)</I></SM
ALL><BR><BR><A
href="http://hotfile.com/dl/52138311/e2c03f6/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part05
.rar.html">http://hotfile.com/dl/52138311/e2c03f6/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.p
art05.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 7/26/2010 8:50:14 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/52139164/0a69165/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part02
.rar.html">http://hotfile.com/dl/52139164/0a69165/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.p
art02.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 7/26/2010 8:50:15 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/52139661/dc185c9/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part07
.rar.html">http://hotfile.com/dl/52139661/dc185c9/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.p
art07.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) pr
eviously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:16
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/52140069/24d6bb2/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part03
.rar.html">http://hotfile.com/dl/52140069/24d6bb2/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.p
art03.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 7/26/2010 8:50:16 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/52141435/21eb4f9/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part06
.rar.html">http://hotfile.com/dl/52141435/21eb4f9/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.p
art06.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 7/26/2010 8:50:16 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/52147050/49d73ec/Pr.of.Pers.TS.Proper_KinoFilmFree.com.rar.part04
.rar.html">http://hotfile.com/dl/52147050/49d73ec/Pr.of.Pers.TS.Proper
_KinoFilmFree.com.rar.part04.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:17
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46952532/4a93f17/P.O.P.TS.2010.TRDublaj.part1.rar.html">http://ho
tfile.com/dl/46952532/4a93f17/P.O.P.TS.2010.TRDublaj.part1.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:50:17 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46952534/0cf5983/P.O.P.TS.2010.TRDublaj.part2.rar.html">http://ho
tfile.com/dl/46952534/0cf5983/P.O.P.TS.2010.TRDublaj.part2.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:50:18 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46952542/9a728e0/P.O.P.TS.2010.TRDublaj.part3.rar.html">http://ho
tfile.com/dl/46952542/9a728e0/P.O.P.TS.2010.TRDublaj.part3.
rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:19 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46952548/0dcca7f/P.O.P.TS.2010.TRDublaj.part5.rar.html">http://ho
tfile.com/dl/46952548/0dcca7f/P.O.P.TS.2010.TRDublaj.part5.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:50:19 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46952544/6e1ae5d/P.O.P.TS.2010.TRDublaj.part4.rar.html">http://ho
tfile.com/dl/46952544/6e1ae5d/P.O.P.TS.2010.TRDublaj.part4.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:50:20 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46952550/d3b261b/P.O.P.TS.2010.TRDublaj.part6.rar.html">http://ho
tfile.com/dl/46952550/d3b261b/P.O.P.TS.2010.TRDublaj.part6.rar.html</A><BR><SMALL><I>* T
o date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification
Date: 7/26/2010 8:50:20 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46952554/ae37949/P.O.P.TS.2010.TRDublaj.part7.rar.html">http://ho
tfile.com/dl/46952554/ae37949/P.O.P.TS.2010.TRDublaj.part7.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:

CONFIDENTIAL                                                    HF00527093

7/26/2010 8:50:20 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/46952556/119f643/P.O.P.TS.2010.TRDublaj.part8.rar.html">http://ho
tfile.com/dl/46952556/119f643/P.O.P.TS.2010.TRDublaj.part8.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
7/26/2010 8:50:21 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/54375209/5781970/ppsot.2010.KiRa.part1.rar.html">http://hotfile.c
om/dl/54375209/5781970/ppsot.2010.KiRa.part1.rar.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously s
 ent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:22
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/54375232/fe04bb1/ppsot.2010.KiRa.part2.rar.html">http://hotfile.c
om/dl/54375232/fe04bb1/ppsot.2010.KiRa.part2.rar.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:23
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/54375247/1b3c7f9/ppsot.2010.KiRa.part3.rar.html">http://hotfile.c
om/dl/54375247/1b3c7f9/ppsot.2010.KiRa.part3.rar.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:23
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/54375645/4f024bc/POP.Watain.part1.rar.html">http://hotfile.com/dl
/54375645/4f024bc/POP.Watain.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:24
PM)</I></SM
 ALL><BR><BR><A
href="http://hotfile.com/dl/54375739/7590519/POP.Watain.part3.rar.html">http://hotfile.com/dl
/54375739/7590519/POP.Watain.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:25
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/54375751/053e2f9/POP.Watain.part4.rar.html">http://hotfile.com/dl
/54375751/053e2f9/POP.Watain.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:25
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/54375815/bdd3bc9/POP.Watain.part7.rar.html">http://hotfile.com/dl
/54375815/bdd3bc9/POP.Watain.part7.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:26
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/54375783/90c06de/POP.Watain.part5.rar.html">http://hotfile
 .com/dl/54375783/90c06de/POP.Watain.part5.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:27
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/54375723/55ec8d1/POP.Watain.part2.rar.html">http://hotfile.com/dl
/54375723/55ec8d1/POP.Watain.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:27
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/54375802/44399b3/POP.Watain.part6.rar.html">http://hotfile.com/dl
/54375802/44399b3/POP.Watain.part6.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:28
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/54375833/f63c2db/POP.Watain.part8.rar.html">http://hotfile.com/dl
/54375833/f63c2db/POP.Watain.part8.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s)
 previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:29
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55755893/5f069c0/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part2.r
ar.html">http://hotfile.com/dl/55755893/5f069c0/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part
2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:29 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55755786/2bd4a93/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part3.r

CONFIDENTIAL

HF00527094

ar.html">http://hotfile.com/dl/55755786/2bd4a93/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part
3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:30 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55756102/9ee22bf/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part1.r
ar.html">http://hotfile.com/dl/55756102/9ee22bf/The.Sorcerers.Apprentice.TS
.XViD.IMAGiNE.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:30
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55755792/7cba11f/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part4.r
ar.html">http://hotfile.com/dl/55755792/7cba11f/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part
4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:31 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55748149/bfb7db8/SorcererIMAGiNE.part1.rar.html">http://hotfile.c
om/dl/55748149/bfb7db8/SorcererIMAGiNE.part1.rar.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:31
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55748150/2c54e9a/SorcererIMAGiNE.part2.rar.html">http://hotfile.c
om/dl/55748150/2c54e9a/SorcererIMAGiNE.part2.r
ar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:32 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55748549/7d0e861/SorcererIMAGiNE.part3.rar.html">http://hotfile.c
om/dl/55748549/7d0e861/SorcererIMAGiNE.part3.rar.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:32
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55748712/2b32821/SorcererIMAGiNE.part5.rar.html">http://hotfile.c
om/dl/55748712/2b32821/SorcererIMAGiNE.part5.rar.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:33
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55748559/80250b6/SorcererIMAGiNE.part4.rar.html">http://hotfile.c
om/dl/55748559/80250b6/SorcererIMAGiNE.part4.rar.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously s
ent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:34
PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/55777649/c8297e5/TSA.TS-
IMAGiNE.part2.rar.html">http://hotfile.com/dl/55777649/c8297e5/TSA.TS-
IMAGiNE.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 7/26/2010 8:50:35 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55777903/3cf8084/TSA.TS-
IMAGiNE.part5.rar.html">http://hotfile.com/dl/55777903/3cf8084/TSA.TS-
IMAGiNE.part5.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 7/26/2010 8:50:36 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55777921/33ea9a9/TSA.TS-
IMAGiNE.part6.rar.html">http://hotfile.com/dl/55777921/33ea9a9/TSA.TS-
IMAGiNE.part6.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 7/26/2010 8:50:37 PM)</I>
</SMALL><BR><BR><A href="http://hotfile.com/dl/55777876/7956b49/TSA.TS-
IMAGiNE.part4.rar.html">http://hotfile.com/dl/55777876/7956b49/TSA.TS-
IMAGiNE.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 7/26/2010 8:50:37 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55777963/1eb3e0a/TSA.TS-
IMAGiNE.part8.rar.html">http://hotfile.com/dl/55777963/1eb3e0a/TSA.TS-
IMAGiNE.part8.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 7/26/2010 8:50:38 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55777945/328d09c/TSA.TS-
IMAGiNE.part7.rar.html">http://hotfile.com/dl/55777945/328d09c/TSA.TS-
IMAGiNE.part7.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 7/26/2010 8:50:39 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55759788/ff4a572/The_Sorcerers

CONFIDENTIAL

HF00527095

_Apprentice_TS_XViD-
KiNGDOM_">http://hotfile.com/dl/55759788/ff4a572/The_Sorcerers_Apprentice_TS_XViD-
KiNGDOM_</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:40 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55759787/c6ea116/The_Sorcerers_Apprentice_TS_XViD-
KiNGDOM_">http://hotfile.com/dl/55759787/c6ea116/The_Sorcerers_Apprentice_TS_XViD-
KiNGDOM_</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:40 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55759786/641a238/The_Sorcerers_Apprentice_TS_XViD-
KiNGDOM_">http://hotfile.com/dl/55759786/641a238/The_Sorcerers_Apprentice_TS_XViD-
KiNGDOM_</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:41 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55769809/bac1f78/The.Sorcerers.Appr

entice.TS.XViD.IMAGiNE.part1.rar.html">http://hotfile.com/dl/55769809/bac1f78/The.Sorcerers.A
pprentice.TS.XViD.IMAGiNE.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 7/26/2010 8:50:42
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55769813/62c35b9/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part2.r
ar.html">http://hotfile.com/dl/55769813/62c35b9/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part
2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:43 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55769812/549e858/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part3.r
ar.html">http://hotfile.com/dl/55769812/549e858/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part
3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:43 PM)</I></S

MALL><BR><BR><A
href="http://hotfile.com/dl/55769816/8e77a44/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part7.r
ar.html">http://hotfile.com/dl/55769816/8e77a44/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part
7.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:44 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55769817/3ba7435/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part6.r
ar.html">http://hotfile.com/dl/55769817/3ba7435/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part
6.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:45 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55769815/baecfea/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part8.r
ar.html">http://hotfile.com/dl/55769815/baecfea/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part
8.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously se
nt for this link. <BR>(Original Notification Date: 7/26/2010 8:50:46
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55769814/900d2ea/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part4.r
ar.html">http://hotfile.com/dl/55769814/900d2ea/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part
4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:46 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/55769811/b8e7d98/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part5.r
ar.html">http://hotfile.com/dl/55769811/b8e7d98/The.Sorcerers.Apprentice.TS.XViD.IMAGiNE.part
5.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 7/26/2010 8:50:47 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79018256/aeffab4/LOL.Gr3Y4N4.706.avi.html">http://hotfile.com/dl/
79018256/aeffab4/LOL.Gr3Y4N4.706.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice
(s) previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:17:22
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79018566/9535d82/greys.anatomy.706.hdtv-
lol.avi.rar.html">http://hotfile.com/dl/79018566/9535d82/greys.anatomy.706.hdtv-
lol.avi.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:17:25 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79079280/56b5df6/siva706.avi.html">http://hotfile.com/dl/79079280

CONFIDENTIAL

HF00527096

/56b5df6/siva706.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:17:26 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/79085950/ffedcc1/greysanatomy0706.avi.html">http://hotfile.com/dl /79085950/ffedcc1/greysanatomy0706.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:17:28 AM)</

 I></SMALL><BR><BR><A href="http://hotfile.com/dl/79065301/70c9657/greys.anatomy.706.hdtv-lol.avi.html">http://hotfile.com/dl/79065301/70c9657/greys.anatomy.706.hdtv-lol.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:17:51 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/79084144/05f6030/greys.anatomy.706.hdtv-lol.avi.html">http://hotfile.com/dl/79084144/05f6030/greys.anatomy.706.hdtv-lol.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:17:52 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/79098063/86e67ea/smk706.rar.html">http://hotfile.com/dl/79098063/ 86e67ea/smk706.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:17:55 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/79082746/232e60c/greys.anatomy.7

 06.hdtv-lol.avi.html">http://hotfile.com/dl/79082746/232e60c/greys.anatomy.706.hdtv-lol.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:17:57 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/79106601/6dac15a/Greys.Anatomy.S07E06.720p.HDTV.X264-DIMENSION.part3.rar.html">http://hotfile.com/dl/79106601/6dac15a/Greys.Anatomy.S07E06.720p.HD TV.X264-DIMENSION.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:18:00 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/79106609/7d061c6/Greys.Anatomy.S07E06.720p.HDTV.X264-DIMENSION.part2.rar.html">http://hotfile.com/dl/79106609/7d061c6/Greys.Anatomy.S07E06.720p.HD TV.X264-DIMENSION.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:18:00 AM)</I></SMALL><BR><BR><A h

 ref="http://hotfile.com/dl/79106938/dae91cf/Greys.Anatomy.S07E06.720p.HDTV.X264-DIMENSION.part1.rar.html">http://hotfile.com/dl/79106938/dae91cf/Greys.Anatomy.S07E06.720p.HD TV.X264-DIMENSION.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:18:02 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/79117958/7426fb7/Greys.Anatomy.S07E06.HDTV.XviD-LOL.part2.rar.html">http://hotfile.com/dl/79117958/7426fb7/Greys.Anatomy.S07E06.HDTV.XviD-LOL.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:18:03 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/79118268/b7a3b0a/Greys.Anatomy.S07E06.HDTV.XviD-LOL.part1.rar.html">http://hotfile.com/dl/79118268/b7a3b0a/Greys.Anatomy.S07E06.HDTV.XviD-LOL.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original

 Notification Date: 11/9/2010 1:18:05 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/79118425/3ab7e54/Greys.Anatomy.S07E06.HDTV.XviD-LOL.part4.rar.html">http://hotfile.com/dl/79118425/3ab7e54/Greys.Anatomy.S07E06.HDTV.XviD-LOL.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:18:06 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/79118726/07e9488/Greys.Anatomy.S07E06.HDTV.XviD-LOL.part3.rar.html">http://hotfile.com/dl/79118726/07e9488/Greys.Anatomy.S07E06.HDTV.XviD-LOL.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:18:07 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/79117717/3d412b0/gAadatomy706.rar.html">http://hotfile.com/dl/791 17717/3d412b0/gAadatomy706.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification

CONFIDENTIAL

HF00527097

Date: 11/9/2010 1:18:08 AM)</I></SMALL><BR><A
href="http://hotfile.com/dl/79101936/40ae265/G.A.07x06.hdtv.xvid-
lol.avi">http://hotfile.com/dl/79101936/40ae265/G.A.07x06.hdtv.xvid-
lol.avi</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 11/9/2010 1:18:09 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79167513/e802ec2/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.mkv.html">http://hotfile.com/dl/79167513/e802ec2/Greys.Anatomy.S07E06.720p.HDTV.X26
4-DIMENSION.mkv.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 11/9/2010 1:18:10 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79147089/8ce1266/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.rar.html">http://hotfile.com/dl/79147089/8ce1266/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Da
te: 11/9/2010 1:18:11 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79180546/1815343/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.part1.rar.html">http://hotfile.com/dl/79180546/1815343/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 11/9/2010 1:18:13 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79180550/6c762a6/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.part2.rar.html">http://hotfile.com/dl/79180550/6c762a6/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 11/9/2010 1:18:14 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79200839/4db7b09/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.rar.html">http://hotfile.com/dl/79200839/4db7b09/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link
. <BR>(Original Notification Date: 11/9/2010 1:18:31 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79230266/e2deb52/Greys.Anatomy.S07E06.hdtv.xvid-
lol.rar.html">http://hotfile.com/dl/79230266/e2deb52/Greys.Anatomy.S07E06.hdtv.xvid-
lol.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:18:33 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79179816/840bf95/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi.html">http://hotfile.com/dl/79179816/840bf95/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:18:38 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79040669/adb21f7/gAadatomy706.rar.html">http://hotfile.com/dl/790
40669/adb21f7/gAadatomy706.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11
/9/2010 1:18:42 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79379680/fb56f0f/greys.anatomy.706.hdtv-
lol.rar.html">http://hotfile.com/dl/79379680/fb56f0f/greys.anatomy.706.hdtv-
lol.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:18:43 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79501368/b3acb73/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi.html">http://hotfile.com/dl/79501368/b3acb73/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:18:45 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/78662164/5418afe/Greys.Anatomy.S07E03.HDTV.XviD-2HD-
PlatinumW.org.part1.rar.html">http://hotfile.com/dl/78662164/5418afe/Greys.Anatomy.S07E03.HDT
V.XviD-2HD-PlatinumW.org.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>
(Original Notification Date: 11/9/2010 1:19:07 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/78663772/ee89686/Greys.Anatomy.S07E03.HDTV.XviD-2HD-
PlatinumW.org.part3.rar.html">http://hotfile.com/dl/78663772/ee89686/Greys.Anatomy.S07E03.HDT
V.XviD-2HD-PlatinumW.org.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:19:08
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/78664134/f7e3ca5/Greys.Anatomy.S07E03.HDTV.XviD-2HD-

15

                                          HF00527098

PlatinumW.org.part4.rar.html">http://hotfile.com/dl/78664134/f7e3ca5/Greys.Anatomy.S07E03.HDT
V.XviD-2HD-PlatinumW.org.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:19:13
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/78662908/19bdc7e/Greys.Anatomy.S07E03.HDTV.XviD-2HD-
PlatinumW.org.part2.rar.html">http://hotfile.com/dl/78662908/19bdc7e/Greys.Anatomy.S07E03.HD
TV.XviD-2HD-PlatinumW.org.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:19:17
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79068032/4798807/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.mkv.html">http://hotfile.com/dl/79068032/4798807/Greys.Anatomy.S07E06.720p.HDTV.X26
4-DIMENSION.mkv.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 11/9/2010 1:19:19 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79047543/9e64cf0/Greys.Anatomy.S07E06.HDTV.XviD-LOL-
PlatinumW.org.part1.rar.html">http://hotfile.com/dl/79047543/9e64cf0/Greys.Anatomy.S07E06.HDT
V.XviD-LOL-PlatinumW.org.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:19:22
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/79055162/e1c107f/Greys.Anatomy.S07E
06.HDTV.XviD-LOL-
PlatinumW.org.part2.rar.html">http://hotfile.com/dl/79055162/e1c107f/Greys.Anatomy.S07E06.HDT
V.XviD-LOL-PlatinumW.org.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:19:23
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79055470/1d008de/Greys.Anatomy.S07E06.HDTV.XviD-LOL-
PlatinumW.org.part3.rar.html">http://hotfile.com/dl/79055470/1d008de/Greys.Anatomy.S07E06.HDT
V.XviD-LOL-PlatinumW.org.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:19:24
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79055663/1f28d6d/Greys.Anatomy.S07E06.HDTV.XviD-LOL-
PlatinumW.org.part4.rar.html">http://hotfile.com/dl/79055663/1f28d6d/Greys.Anatomy.S07E06.HDT
V.XviD-LOL-PlatinumW.org.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original
  Notification Date: 11/9/2010 1:19:25 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79169142/96c8c69/DemoN.www.dayn.org.greys.anatomy.706.hdtv-
lol.rar.html">http://hotfile.com/dl/79169142/96c8c69/DemoN.www.dayn.org.greys.anatomy.706.hdt
v-lol.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:19:47 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/77585398/f450cc0/Greys.Anatomy.S07E05.HDTV.XviD-
LOL_www.oriforums.com.part2.rar.html">http://hotfile.com/dl/77585398/f450cc0/Greys.Anatomy.S0
7E05.HDTV.XviD-LOL_www.oriforums.com.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:19:51
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/77585407/6d98e39/Greys.Anatomy.S07E05.HDTV.XviD-
LOL_www.oriforums.com.part1.rar.html">http://hotfile.com/dl/77585407/6d98e39/Greys.Anatomy.S0
7E05.HDTV.XviD-LOL_www
  .oriforums.com.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 11/9/2010 1:19:53
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/77580253/ec4e9c5/grys.antmy.705.hdtv-
lol.rar.html">http://hotfile.com/dl/77580253/ec4e9c5/grys.antmy.705.hdtv-
lol.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:19:56 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/77608193/0e30ddd/Greys.Anatomy.S07E05.720p.HDTV.X264-
DIMENSION.part2.rar.html">http://hotfile.com/dl/77608193/0e30ddd/Greys.Anatomy.S07E05.720p.HD
TV.X264-DIMENSION.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:20:00
AM)</I></SMALL><BR><BR><A

CONFIDENTIAL
HF00527099

href="http://hotfile.com/dl/77611108/2fd8fbf/Greys.Anatomy.S07E05.720p.HDTV.X264-
DIMENSION.part1.rar.html">http://hotfile.co
m/dl/77611108/2fd8fbf/Greys.Anatomy.S07E05.720p.HDTV.X264-
DIMENSION.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent
for this link. <BR>(Original Notification Date: 11/9/2010 1:20:27 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/77607929/0b9b2f8/Greys.Anatomy.S07E05.720p.HDTV.X264-
DIMENSION.part3.rar.html">http://hotfile.com/dl/77607929/0b9b2f8/Greys.Anatomy.S07E05.720p.HD
TV.X264-DIMENSION.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/9/2010 1:20:31
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/77756266/324d7ea/greys.anatomy.705.hdtv-
lol.rar">http://hotfile.com/dl/77756266/324d7ea/greys.anatomy.705.hdtv-
lol.rar</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 11/9/2010 1:20:33 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79017904/112da08/greys.anatomy.706.hdtv-lol.avi
.html">http://hotfile.com/dl/79017904/112da08/greys.anatomy.706.hdtv-
lol.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:20:33 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79018280/1bfab0b/greys.anatomy.706.hdtv-
lol.avi.html">http://hotfile.com/dl/79018280/1bfab0b/greys.anatomy.706.hdtv-
lol.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:20:34 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79021406/92af6e6/gregt_greys.anatomy.706.hdtv-
lol.rar.html">http://hotfile.com/dl/79021406/92af6e6/gregt_greys.anatomy.706.hdtv-
lol.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/9/2010 1:20:35 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/77576483/0730099/greys.anatomy.705.hdtv-
lol.avi.html">http://hotfile.com/dl/
77576483/0730099/greys.anatomy.705.hdtv-lol.avi.html</A><BR><SMALL><I>* To date, a total of
1 notice(s) previously sent for this link. <BR>(Original Notification Date: 11/11/2010
7:12:02 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79041761/54fad05/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.mkv.html">http://hotfile.com/dl/79041761/54fad05/Greys.Anatomy.S07E06.720p.HDTV.X26
4-DIMENSION.mkv.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 11/11/2010 7:13:37 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79057088/17dd323/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi.html">http://hotfile.com/dl/79057088/17dd323/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:13:55 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79064534/e759a5c/greys.anatomy.706.hdtv-lol.avi.html">http://
/hotfile.com/dl/79064534/e759a5c/greys.anatomy.706.hdtv-lol.avi.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
11/11/2010 7:14:13 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79046241/642313b/greys.anatomy.706.hdtv-
lol.avi.html">http://hotfile.com/dl/79046241/642313b/greys.anatomy.706.hdtv-
lol.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:14:24 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79072946/75d9938/Greys.anatomy.706.hdtv-
lol.avi.rar.html">http://hotfile.com/dl/79072946/75d9938/Greys.anatomy.706.hdtv-
lol.avi.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:14:34 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79067815/8b24d02/Greys.Anatomy.S07E06.HDTV.XviD-
LOL_www.oriforums.com.part2.rar.html">http
://hotfile.com/dl/79067815/8b24d02/Greys.Anatomy.S07E06.HDTV.XviD-
LOL_www.oriforums.com.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:14:43
PM)</I></SMALL><BR><BR><A

CONFIDENTIAL                                                                    HF00527100

href="http://hotfile.com/dl/79068136/9308efe/Greys.Anatomy.S07E06.HDTV.XviD-
LOL_www.oriforums.com.part1.rar.html">http://hotfile.com/dl/79068136/9308efe/Greys.Anatomy.S0
7E06.HDTV.XviD-LOL_www.oriforums.com.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:15:10
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79125957/6671475/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.part3.rar.html">http://hotfile.com/dl/79125957/6671475/Greys.Anatomy.S07E06.720p.HD
TV.X264-DIMENSION.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:15:16 PM)<
/I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79130474/57db334/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.part1.rar.html">http://hotfile.com/dl/79130474/57db334/Greys.Anatomy.S07E06.720p.HD
TV.X264-DIMENSION.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:15:22
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79130783/3b5abe4/Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.part2.rar.html">http://hotfile.com/dl/79130783/3b5abe4/Greys.Anatomy.S07E06.720p.HD
TV.X264-DIMENSION.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:15:26
PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/77598695/faa5ff6/Grey-
705.rar.html">http://hotfile.com/dl/77598695/faa5ff6/Grey-705.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Dat
e: 11/11/2010 7:15:32 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79121882/2ce1547/Grey-
706.rar.html">http://hotfile.com/dl/79121882/2ce1547/Grey-706.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
11/11/2010 7:15:37 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79047458/cc3f4e6/Greys_Anatomy_S07E06_HDTV_XviD-LOL.UppedBy-
Funty-www.Hotfile-
Movies.com.part2.rar.html">http://hotfile.com/dl/79047458/cc3f4e6/Greys_Anatomy_S07E06_HDTV_X
viD-LOL.UppedBy-Funty-www.Hotfile-Movies.com.part2.rar.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
11/11/2010 7:15:43 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79048009/f1f3b79/Greys_Anatomy_S07E06_HDTV_XviD-LOL.UppedBy-
Funty-www.Hotfile-
Movies.com.part1.rar.html">http://hotfile.com/dl/79048009/f1f3b79/Greys_Anatomy_S07E06_HDTV_X
viD-LOL.UppedBy-Funty-www.Hotfile-Movies.c
om.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 11/11/2010 7:15:48 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79163183/a961286/Greys.Anatomy.S07E06_--WarezLeech.net--
.rar.html">http://hotfile.com/dl/79163183/a961286/Greys.Anatomy.S07E06_--WarezLeech.net--
.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 11/11/2010 7:15:53 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79403846/d8f060d/greys.anatomy.706.hdtv-
lol.rar.html">http://hotfile.com/dl/79403846/d8f060d/greys.anatomy.706.hdtv-
lol.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:15:58 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79031822/c18ec12/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi">http://hotfile.com/dl/79031822/c18ec12/Greys.Anatomy.S07E06.HDTV.X
viD-LOL.avi</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:16:03 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79086192/4597293/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi.html">http://hotfile.com/dl/79086192/4597293/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:16:08 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79368625/84c3cf9/Greys.Anatomy.S07E06.720p.HDTV.X264.DIMENSION.mk
v.html">http://hotfile.com/dl/79368625/84c3cf9/Greys.Anatomy.S07E06.720p.HDTV.X264.DIMENSION.

CONFIDENTIAL                                                    HF00527101

mkv.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 11/11/2010 7:16:13 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79017731/03a49bd/greys.anatomy.706.hdtv-
lol.avi.html">http://hotfile.com/dl/79017731/03a49bd/greys.an
 atomy.706.hdtv-lol.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 11/11/2010 7:16:18
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/74697350/1740076/Greys.Anatomy.S07E03.720p.HDTV.X264-
DIMENSION.part3.rar.html">http://hotfile.com/dl/74697350/1740076/Greys.Anatomy.S07E03.720p.HD
TV.X264-DIMENSION.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:16:23
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/74697346/a3a6d38/Greys.Anatomy.S07E03.720p.HDTV.X264-
DIMENSION.part2.rar.html">http://hotfile.com/dl/74697346/a3a6d38/Greys.Anatomy.S07E03.720p.HD
TV.X264-DIMENSION.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:16:28
PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/74697352/1763335/Greys.Anatomy.S07E03.7
 20p.HDTV.X264-
DIMENSION.part1.rar.html">http://hotfile.com/dl/74697352/1763335/Greys.Anatomy.S07E03.720p.HD
TV.X264-DIMENSION.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:16:33
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/77621217/91f0d77/Greys.Anatomy.S07E05.HDTV.XviD-
LOL.rar.html">http://hotfile.com/dl/77621217/91f0d77/Greys.Anatomy.S07E05.HDTV.XviD-
LOL.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:16:38 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79031744/76d7f7c/greys.anatomy.706.hdtv-
lol.rar.html">http://hotfile.com/dl/79031744/76d7f7c/greys.anatomy.706.hdtv-
lol.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:16:51 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79076756/32
 381d4/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi.html">http://hotfile.com/dl/79076756/32381d4/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:17:07 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79065640/2bc7738/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.rar.html">http://hotfile.com/dl/79065640/2bc7738/Greys.Anatomy.S07E06.HDTV.XviD-
LOL.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:17:31 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79064898/9dfc927/my.S07E06.HDTV.XviD-
LOL.part1.rar">http://hotfile.com/dl/79064898/9dfc927/my.S07E06.HDTV.XviD-
LOL.part1.rar</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:17:48 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79064978/5fd618a/my.S
 07E06.HDTV.XviD-LOL.part2.rar">http://hotfile.com/dl/79064978/5fd618a/my.S07E06.HDTV.XviD-
LOL.part2.rar</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:18:02 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79065151/49f450b/my.S07E06.HDTV.XviD-
LOL.part3.rar">http://hotfile.com/dl/79065151/49f450b/my.S07E06.HDTV.XviD-
LOL.part3.rar</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:18:15 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79065172/3882b13/my.S07E06.HDTV.XviD-
LOL.part4.rar">http://hotfile.com/dl/79065172/3882b13/my.S07E06.HDTV.XviD-
LOL.part4.rar</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:18:25 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79086838/72c6428/GreysA.7.06.part1.rar.html">http://hotfile.com/d
l/7908

19

6838/72c6428/GreysA.7.06.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:18:38
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79086844/aa8e21e/GreysA.7.06.part2.rar.html">http://hotfile.com/d
l/79086844/aa8e21e/GreysA.7.06.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:18:47
PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79086889/f2c2b56/GreysA.7.06.part3.rar.html">http://hotfile.com/d
l/79086889/f2c2b56/GreysA.7.06.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 11/11/2010 7:18:54
PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/79020497/b64f3aa/IRFree.com-
Greys.Anatomy.S07E06.720p.HDTV.X264-
DIMENSION.mkv.html">http://hotfile.com/dl/79020497/b64f3aa/IRFree.com-
Greys.Anatomy.S07E06.720p.HDT

V.X264-DIMENSION.mkv.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent
for this link. <BR>(Original Notification Date: 11/11/2010 7:19:02 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79017994/139c716/IRFree.com-greys.anatomy.706.hdtv-
lol.avi.html">http://hotfile.com/dl/79017994/139c716/IRFree.com-greys.anatomy.706.hdtv-
lol.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:19:10 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/79047631/ba21fbe/IRFree.com-greys.anatomy.706.hdtv-
lol.avi.html">http://hotfile.com/dl/79047631/ba21fbe/IRFree.com-greys.anatomy.706.hdtv-
lol.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 11/11/2010 7:19:31 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/74553692/54131a9/Greys.Anatomy.S07E03.HDTV.XviD-
2HD.avi.html">http://hotfile.com/dl/74553692/5413

1a9/Greys.Anatomy.S07E03.HD

CONFIDENTIAL                                                                                    HF00527103

| | |
|---|---|
| **From:** | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| **Sent:** | Wednesday, September 08, 2010 6:26 PM |
| **To:** | abuse@hotfile.com |
| **Subject:** | Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 4910] (TMS) |
| | |
| **Importance:** | High |

Wednesday, September 08, 2010

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4910 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Camp Rock 2: The Final Jam*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/64894060/d7f25be/CRock2FJ_dan-ger-ous_warezleech.net.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:01 AM)*

http://hotfile.com/dl/64894059/4d9a0e0/CRock2FJ_dan-ger-ous_warezleech.net.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:02 AM)*

http://hotfile.com/dl/64894062/b78a52b/CRock2FJ_dan-ger-ous_warezleech.net.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:03 AM)*

http://hotfile.com/dl/64894061/c2d175f/CRock2FJ_dan-ger-ous_warezleech.net.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:04 AM)*

http://hotfile.com/dl/64986369/f8b8e74/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-

1

CONFIDENTIAL

HF00563987

TASTE.Nauf-Team_DAYN-dayn.org.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:05 AM)*

http://hotfile.com/dl/64988177/ed9ac58/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:06 AM)*

http://hotfile.com/dl/64989915/7729321/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:07 AM)*

http://hotfile.com/dl/64991930/2f05369/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:08 AM)*

http://hotfile.com/dl/64783979/9799233/ff-camrock2.dvdrip.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:08 AM)*

http://hotfile.com/dl/64783977/688ecf4/ff-camrock2.dvdrip.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:09 AM)*

http://hotfile.com/dl/64783988/0b48a23/ff-camrock2.dvdrip.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:10 AM)*

http://hotfile.com/dl/64783989/38f7b82/ff-camrock2.dvdrip.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:11 AM)*

http://hotfile.com/dl/64783986/e1ccb99/ff-camrock2.dvdrip.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:12 AM)*

http://hotfile.com/dl/64783978/530c125/ff-camrock2.dvdrip.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:14 AM)*

http://hotfile.com/dl/64783980/2b4e0d1/ff-camrock2.dvdrip.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:15 AM)*

http://hotfile.com/dl/64783983/fce6a2d/ff-camrock2.dvdrip.part8.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:15 AM)*

http://hotfile.com/dl/65001779/2f71ac5/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:16 AM)*

2

http://hotfile.com/dl/65004056/a1cb519/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:18 AM)*

http://hotfile.com/dl/65004976/ab74e08/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:18 AM)*

http://hotfile.com/dl/65005262/86b6a50/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:19 AM)*

http://hotfile.com/dl/65240433/eb2fcd9/crtfj.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:20 AM)*

http://hotfile.com/dl/65240404/ed8d517/crtfj.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:21 AM)*

http://hotfile.com/dl/65240511/abf02ea/crtfj.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:22 AM)*

http://hotfile.com/dl/65240430/4095cd1/crtfj.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:24 AM)*

http://hotfile.com/dl/65240552/914ae6f/crtfj.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:24 AM)*

http://hotfile.com/dl/65240379/dfd4a60/crtfj.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:25 AM)*

http://hotfile.com/dl/65240470/f918ceb/crtfj.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:26 AM)*

http://hotfile.com/dl/65240246/a969811/crtfj.part8.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:27 AM)*

http://hotfile.com/dl/65245866/2214a14/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:28 AM)*

http://hotfile.com/dl/65246276/806fa2d/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part2.rar.html

CONFIDENTIAL

HF00563989

*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:33 AM)*

http://hotfile.com/dl/65004988/1414e29/Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:39 AM)*

http://hotfile.com/dl/65180065/c6fa2a9/XpirateX.CR2.tfj.RP-taste.avi.part1.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:44 AM)*

http://hotfile.com/dl/65179980/07808d7/XpirateX.CR2.tfj.RP-taste.avi.part4.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:49 AM)*

http://hotfile.com/dl/65180024/e7f678c/XpirateX.CR2.tfj.RP-taste.avi.part2.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:10:54 AM)*

http://hotfile.com/dl/65179963/5163236/XpirateX.CR2.tfj.RP-taste.avi.part3.rar
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:00 AM)*

http://hotfile.com/dl/65177962/fe6beac/EZ20-20CR2TFJRPTASTE20by20BanneD.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:06 AM)*

http://hotfile.com/dl/65178009/13c28aa/EZ20-20CR2TFJRPTASTE20by20BanneD.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:15 AM)*

http://hotfile.com/dl/65177905/3fd8d96/EZ20-20CR2TFJRPTASTE20by20BanneD.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:20 AM)*

http://hotfile.com/dl/64672738/f207391/Camp.Rock.2.2010.DVDRip.XViD-MAGNET.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:26 AM)*

http://hotfile.com/dl/64672736/a64ba89/Camp.Rock.2.2010.DVDRip.XViD-MAGNET.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:31 AM)*

http://hotfile.com/dl/64683799/b1000e2/Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:36 AM)*

http://hotfile.com/dl/64758481/5a5f2d8/www.DirectLinkSpot.com_Camp.Rock.2.The.Final.Jam.2010.DVDRip
.XViD-MAGNET.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:42 AM)*

http://hotfile.com/dl/64772086/a3ebed9/CR2-REPACK.DVDRip-MAGNET.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:47 AM)*

4

CONFIDENTIAL

HF00563990

http://hotfile.com/dl/64772087/1f5a08a/CR2-REPACK.DVDRip-MAGNET.part1.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:52 AM)*

http://hotfile.com/dl/64772436/288f557/CR2-REPACK.DVDRip-MAGNET.part4.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:11:59 AM)*

http://hotfile.com/dl/64772085/32ad6cd/CR2-REPACK.DVDRip-MAGNET.part3.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:05 AM)*

http://hotfile.com/dl/64772440/d2d1690/CR2-REPACK.DVDRip-MAGNET.part5.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:10 AM)*

http://hotfile.com/dl/64772442/1dd8fe0/CR2-REPACK.DVDRip-MAGNET.part6.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:15 AM)*

http://hotfile.com/dl/64772475/c3c5958/CR2-REPACK.DVDRip-MAGNET.part7.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:22 AM)*

http://hotfile.com/dl/64758725/4c2bff8/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part1.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:27 AM)*

http://hotfile.com/dl/64758764/3191a34/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part3.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:33 AM)*

http://hotfile.com/dl/64757649/a487a70/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part2.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:38 AM)*

http://hotfile.com/dl/64758184/e3f35f1/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part4.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:43 AM)*

http://hotfile.com/dl/64758238/246da6e/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part5.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:49 AM)*

http://hotfile.com/dl/64758727/fc5cb77/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part6.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:54 AM)*

http://hotfile.com/dl/64758409/8acd806/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part7.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:12:59 AM)*

http://hotfile.com/dl/64809762/bd96c34/Li.rock.part1.rar.html
*  To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:04 AM)*

CONFIDENTIAL

HF00563991

http://hotfile.com/dl/64809869/f6180a4/Li.rock.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:09 AM)*

http://hotfile.com/dl/65025286/c2c96e9/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:14 AM)*

http://hotfile.com/dl/65025573/23d5bb5/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/30/2010 1:13:19 AM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/64894060/d7f25be/CRock2FJ_dan-ger-ous_warezleech.net.part1.rar.html
http://hotfile.com/dl/64894059/4d9a0e0/CRock2FJ_dan-ger-ous_warezleech.net.part2.rar.html
http://hotfile.com/dl/64894062/b78a52b/CRock2FJ_dan-ger-ous_warezleech.net.part3.rar.html
http://hotfile.com/dl/64894061/c2d175f/CRock2FJ_dan-ger-ous_warezleech.net.part4.rar.html
http://hotfile.com/dl/64986369/f8b8e74/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part1.rar.html
http://hotfile.com/dl/64988177/ed9ac58/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part2.rar.html
http://hotfile.com/dl/64989915/7729321/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part3.rar.html
http://hotfile.com/dl/64991930/2f05369/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.Nauf-Team_DAYN-dayn.org.part4.rar.html
http://hotfile.com/dl/64783979/9799233/ff-camrock2.dvdrip.part2.rar.html
http://hotfile.com/dl/64783977/688ecf4/ff-camrock2.dvdrip.part1.rar.html
http://hotfile.com/dl/64783988/0b48a23/ff-camrock2.dvdrip.part3.rar.html
http://hotfile.com/dl/64783989/38f7b82/ff-camrock2.dvdrip.part4.rar.html
http://hotfile.com/dl/64783986/e1ccb99/ff-camrock2.dvdrip.part7.rar.html

6

http://hotfile.com/dl/64783978/530c125/ff-camrock2.dvdrip.part5.rar.html
http://hotfile.com/dl/64783980/2b4e0d1/ff-camrock2.dvdrip.part6.rar.html
http://hotfile.com/dl/64783983/fce6a2d/ff-camrock2.dvdrip.part8.rar.html
http://hotfile.com/dl/65001779/2f71ac5/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part1.rar.html
http://hotfile.com/dl/65004056/a1cb519/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part2.rar.html
http://hotfile.com/dl/65004976/ab74e08/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part3.rar.html
http://hotfile.com/dl/65005262/86b6a50/Camp.Rock.2.The.Final.Jam.2010.DvDrip.Xvid.FEEL-FREE.part4.rar.html
http://hotfile.com/dl/65240433/eb2fcd9/crtfj.part2.rar.html
http://hotfile.com/dl/65240404/ed8d517/crtfj.part1.rar.html
http://hotfile.com/dl/65240511/abf02ea/crtfj.part3.rar.html
http://hotfile.com/dl/65240430/4095cd1/crtfj.part4.rar.html
http://hotfile.com/dl/65240552/914ae6f/crtfj.part5.rar.html
http://hotfile.com/dl/65240379/dfd4a60/crtfj.part6.rar.html
http://hotfile.com/dl/65240470/f918ceb/crtfj.part7.rar.html
http://hotfile.com/dl/65240246/a969811/crtfj.part8.rar.html
http://hotfile.com/dl/65245866/2214a14/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part1.rar.html
http://hotfile.com/dl/65246276/806fa2d/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part2.rar.html
http://hotfile.com/dl/65004988/1414e29/Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.rar.html
http://hotfile.com/dl/65180065/c6fa2a9/XpirateX.CR2.tfj.RP-taste.avi.part1.rar
http://hotfile.com/dl/65179980/07808d7/XpirateX.CR2.tfj.RP-taste.avi.part4.rar
http://hotfile.com/dl/65180024/e7f678c/XpirateX.CR2.tfj.RP-taste.avi.part2.rar
http://hotfile.com/dl/65179963/5163236/XpirateX.CR2.tfj.RP-taste.avi.part3.rar
http://hotfile.com/dl/65177962/fe6beac/EZ20-20CR2TFJRPTASTE20by20BanneD.part1.rar.html
http://hotfile.com/dl/65178009/13c28aa/EZ20-20CR2TFJRPTASTE20by20BanneD.part2.rar.html
http://hotfile.com/dl/65177905/3fd8d96/EZ20-20CR2TFJRPTASTE20by20BanneD.part4.rar.html
http://hotfile.com/dl/64672738/f207391/Camp.Rock.2.2010.DVDRip.XViD-MAGNET.part1.rar.html
http://hotfile.com/dl/64672736/a64ba89/Camp.Rock.2.2010.DVDRip.XViD-MAGNET.part2.rar.html
http://hotfile.com/dl/64683799/b1000e2/Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.avi.html
http://hotfile.com/dl/64758481/5a5f2d8/www.DirectLinkSpot.com_Camp.Rock.2.The.Final.Jam.2010.DVDRip.XViD-MAGNET.avi.html
http://hotfile.com/dl/64772086/a3ebed9/CR2-REPACK.DVDRip-MAGNET.part2.rar.html
http://hotfile.com/dl/64772087/1f5a08a/CR2-REPACK.DVDRip-MAGNET.part1.rar.html
http://hotfile.com/dl/64772436/288f557/CR2-REPACK.DVDRip-MAGNET.part4.rar.html
http://hotfile.com/dl/64772085/32ad6cd/CR2-REPACK.DVDRip-MAGNET.part3.rar.html
http://hotfile.com/dl/64772440/d2d1690/CR2-REPACK.DVDRip-MAGNET.part5.rar.html
http://hotfile.com/dl/64772442/1dd8fe0/CR2-REPACK.DVDRip-MAGNET.part6.rar.html
http://hotfile.com/dl/64772475/c3c5958/CR2-REPACK.DVDRip-MAGNET.part7.rar.html
http://hotfile.com/dl/64758725/4c2bff8/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part1.rar.html
http://hotfile.com/dl/64758764/3191a34/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part3.rar.html
http://hotfile.com/dl/64757649/a487a70/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part2.rar.html
http://hotfile.com/dl/64758184/e3f35f1/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part4.rar.html
http://hotfile.com/dl/64758238/246da6e/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part5.rar.html
http://hotfile.com/dl/64758727/fc5cb77/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part6.rar.html
http://hotfile.com/dl/64758409/8acd806/CR2_Final_Jam_2010_DVDRip_XViD_DMZ.part7.rar.html
http://hotfile.com/dl/64809762/bd96c34/Li.rock.part1.rar.html

7

CONFIDENTIAL                                                      HF00563993

http://hotfile.com/dl/64809869/f6180a4/Li.rock.part2.rar.html
http://hotfile.com/dl/65025286/c2c96e9/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part1.rar.html
http://hotfile.com/dl/65025573/23d5bb5/Camp.Rock.2.The.Final.Jam.2010.REPACK.DVDRiP.XViD-TASTE.part2.rar.html

--------------------

CONFIDENTIAL                                                                                                                    HF00563994

| From: | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| Sent: | Thursday, September 30, 2010 10:09 AM |
| To: | abuse@hotfile.com |
| Subject: | Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 5080] (TMS) |

| Importance: | High |

Thursday, September 30, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:5080 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Sorcerer's Apprentice, The (FIX)*, *Secret Life of the American Teenager 2*, *Wall-E*, *Hannah Montana 3*, *Last Song, The*, *Camp Rock 2: The Final Jam*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/56291252/58beed1/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:52 AM)*

http://hotfile.com/dl/56338377/51fc37e/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:59 AM)*

http://hotfile.com/dl/56332969/3a2348a/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:31:06 AM)*

http://hotfile.com/dl/56348865/f9097fb/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:31:12 AM)*

1

CONFIDENTIAL                                                                                  HF00619231

http://hotfile.com/dl/56375467/9999e5c/www.bayw.org.the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid.fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/5/2010 1:31:19 AM)*

http://hotfile.com/dl/56300296/cd7c912/tslotat.s03e07.hdtv.xvid-fqm.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/5/2010 1:31:24 AM)*

http://hotfile.com/dl/56300609/97a7af1/tslotat.s03e07.hdtv.xvid-fqm.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/5/2010 1:31:30 AM)*

http://hotfile.com/dl/56285181/f2d1915/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/5/2010 1:31:36 AM)*

http://hotfile.com/dl/56225400/c8702f1/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/5/2010 1:31:42 AM)*

http://hotfile.com/dl/56225472/c4eb9c2/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/5/2010 1:31:49 AM)*

http://hotfile.com/dl/56225633/3e82821/www.DirectLinkSpot.com_the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/5/2010 1:31:55 AM)*

http://hotfile.com/dl/56225886/cc7bbef/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/5/2010 1:32:00 AM)*

http://hotfile.com/dl/56226153/8bb1fe9/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/5/2010 1:32:07 AM)*

http://hotfile.com/dl/56226197/1feb587/the.secret.life.of.the.american.teenager.s03e06.hdtv.xvid-fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/5/2010 1:32:13 AM)*

http://hotfile.com/dl/56237400/51f93f0/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/5/2010 1:32:20 AM)*

http://hotfile.com/dl/56283932/7dfebc4/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/5/2010 1:32:26 AM)*

http://hotfile.com/dl/56287000/0e56d2b/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/5/2010 1:32:32 AM)*

CONFIDENTIAL

HF00619232

http://hotfile.com/dl/56298614/e4f45a0/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:39 AM)*

http://hotfile.com/dl/56298667/2c92701/the.secret.life.of.the.american.teenager.s03e07.720p.hdtv.x264-ctu.mkv
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:45 AM)*

http://hotfile.com/dl/56333249/eb80c2d/tscrtlofantn.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:51 AM)*

http://hotfile.com/dl/56445194/6739e26/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:32:58 AM)*

http://hotfile.com/dl/56445171/239ee8c/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:33:03 AM)*

http://hotfile.com/dl/54474222/9ae5744/the.secret.life.of.the.american.teenager.s03e06.hdtv.xvid-fqm.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:33:09 AM)*

http://hotfile.com/dl/54474416/22c6d8d/The.Secret.Life.of.the.American.Teenager.S03E06.She.Went.That.Away.HDTV.XviD-FQM.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:33:18 AM)*

http://hotfile.com/dl/54474558/4c9fcd2/The.Secret.Life.of.the.American.Teenager.S03E06.She.Went.That.Away.HDTV.XviD-FQM.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:33:26 AM)*

http://hotfile.com/dl/8067481/4baf0d2/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.003.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:57:08 PM)*

http://hotfile.com/dl/8067469/7f90c1c/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.001.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:57:21 PM)*

http://hotfile.com/dl/8067478/e629b74/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.002.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:57:28 PM)*

http://hotfile.com/dl/8068346/3b996ec/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.001.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:57:34 PM)*

http://hotfile.com/dl/8067527/cff020b/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.004.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 9:57:48 PM)*

CONFIDENTIAL

HF00619233

http://hotfile.com/dl/8068358/644f9b8/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.002.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:57:57 PM)

http://hotfile.com/dl/8068374/590826a/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.003.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:58:02 PM)

http://hotfile.com/dl/8068376/beaec7c/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.004.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:58:06 PM)

http://hotfile.com/dl/8068740/d8d4215/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.001.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:58:21 PM)

http://hotfile.com/dl/8068760/810a6c4/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.002.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:58:27 PM)

http://hotfile.com/dl/8068762/13fcdad/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.003.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:58:34 PM)

http://hotfile.com/dl/58078336/363f960/walle.part02.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:58:39 PM)

http://hotfile.com/dl/58078337/bb5089a/walle.part04.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:58:55 PM)

http://hotfile.com/dl/58078335/59ecc8b/walle.part01.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:59:08 PM)

http://hotfile.com/dl/58078338/a216907/walle.part05.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:59:18 PM)

http://hotfile.com/dl/58078339/c25d6c6/walle.part03.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:59:28 PM)

http://hotfile.com/dl/58078340/339ae45/walle.part08.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:59:38 PM)

http://hotfile.com/dl/58078343/6edc902/walle.part09.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:59:43 PM)

http://hotfile.com/dl/58078341/532782b/walle.part07.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 9:59:49 PM)

4

http://hotfile.com/dl/58078342/45cd802/walle.part06.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:00:10 PM)*

http://hotfile.com/dl/58078344/25302cc/walle.part10.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:00:18 PM)*

http://hotfile.com/dl/58079061/5100d07/walle.part12.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:00:30 PM)*

http://hotfile.com/dl/58079060/c05afcb/walle.part11.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:00:48 PM)*

http://hotfile.com/dl/58079076/183ad45/walle.part13.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:00:58 PM)*

http://hotfile.com/dl/58079077/62d94f0/walle.part14.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:01:16 PM)*

http://hotfile.com/dl/58079085/01c4eac/walle.part15.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:01:23 PM)*

http://hotfile.com/dl/58079088/3ad1485/walle.part16.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:01:30 PM)*

http://hotfile.com/dl/58079100/1bdca8c/walle.part17.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:01:36 PM)*

http://hotfile.com/dl/58079103/5f3f10a/walle.part18.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:01:51 PM)*

http://hotfile.com/dl/58079107/58eb205/walle.part19.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:01:57 PM)*

http://hotfile.com/dl/54314789/15223aa/hannah.montana.s04e01_Tachoz.net.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:02:02 PM)*

http://hotfile.com/dl/54314769/a6d7be3/hannah.montana.s04e01_Tachoz.net.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:02:16 PM)*

http://hotfile.com/dl/48563400/348e182/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:02:22 PM)*

CONFIDENTIAL

HF00619235

http://hotfile.com/dl/48563544/bd8ba08/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:02:27 PM)*

http://hotfile.com/dl/48563551/e8f5ff3/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:02:32 PM)*

http://hotfile.com/dl/48563545/1e58508/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:02:37 PM)*

http://hotfile.com/dl/48563552/2f75490/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:02:51 PM)*

http://hotfile.com/dl/48563554/c6ad12d/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:02:56 PM)*

http://hotfile.com/dl/48599046/d1a4c28/TLS.2010.TS.XviD-PrisM.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:03:02 PM)*

http://hotfile.com/dl/48598850/0cafbc8/TLS.2010.TS.XviD-PrisM.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:03:17 PM)*

http://hotfile.com/dl/48598790/cfd95e2/TLS.2010.TS.XviD-PrisM.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:03:23 PM)*

http://hotfile.com/dl/48599233/b422c0f/TLS.2010.TS.XviD-PrisM.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:03:29 PM)*

http://hotfile.com/dl/48599772/26f13ff/TLS.2010.TS.XviD-PrisM.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:03:43 PM)*

http://hotfile.com/dl/48599216/b1b490c/TLS.2010.TS.XviD-PrisM.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:03:51 PM)*

http://hotfile.com/dl/48734786/a3fb428/T.L.S_Ts_XviD_By_RpL_Team-RPR.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:04:09 PM)*

http://hotfile.com/dl/48734944/b84b266/T.L.S_Ts_XviD_By_RpL_Team-RPR.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:04:16 PM)*

http://hotfile.com/dl/48734657/5363496/T.L.S_Ts_XviD_By_RpL_Team-RPR.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 10:04:24 PM)*

6

HF00619236

http://hotfile.com/dl/48735032/03dcc61/T.L.S_Ts_XviD_By_RpL_Team-RPR.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/5/2010 10:04:45 PM)

http://hotfile.com/dl/65178061/3e4c38d/EZ20-20CR2TFJRPTASTE20by20BanneD.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:11:10 AM)

http://hotfile.com/dl/64952966/71203b2/camp.rock.2.the.final.jam.RP-taste.part1.rar
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:13:25 AM)

http://hotfile.com/dl/64953003/bfcedc0/camp.rock.2.the.final.jam.RP-taste.part2.rar
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:13:35 AM)

http://hotfile.com/dl/64952819/99e9f8b/camp.rock.2.the.final.jam.RP-taste.part4.rar
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/30/2010 1:13:39 AM)

http://hotfile.com/dl/70334428/ec8245e/Camp.Rock.2.DVDrip.cz.p67.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 9/29/2010 10:56:31 PM)

http://hotfile.com/dl/70336504/738c85c/Camp.Rock.2.DVDrip.cz.p67.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 9/29/2010 10:56:36 PM)

http://hotfile.com/dl/70433900/2db78e6/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 9/29/2010 10:56:41 PM)

http://hotfile.com/dl/70435679/2417e3c/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 9/29/2010 10:56:46 PM)

http://hotfile.com/dl/70435786/a179c06/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 9/29/2010 10:56:52 PM)

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

CONFIDENTIAL                                                                                     HF00619237

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/56291252/58beed1/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part3.rar.html
http://hotfile.com/dl/56338377/51fc37e/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56332969/3a2348a/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56348865/f9097fb/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56375467/9999e5c/www.bayw.org.the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid.fqm.avi.html
http://hotfile.com/dl/56300296/cd7c912/tslotat.s03e07.hdtv.xvid-fqm.part1.rar.html
http://hotfile.com/dl/56300609/97a7af1/tslotat.s03e07.hdtv.xvid-fqm.part2.rar.html
http://hotfile.com/dl/56285181/f2d1915/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56225400/c8702f1/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56225472/c4eb9c2/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.avi.html
http://hotfile.com/dl/56225633/3e82821/www.DirectLinkSpot.com_the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56225886/cc7bbef/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56226153/8bb1fe9/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56226197/1feb587/the.secret.life.of.the.american.teenager.s03e06.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56237400/51f93f0/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56283932/7dfebc4/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56287000/0e56d2b/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/56298614/e4f45a0/the.secret.life.of.the.american.teenager.s03e07.hdtv.xvid-fqm.avi
http://hotfile.com/dl/56298667/2c92701/the.secret.life.of.the.american.teenager.s03e07.720p.hdtv.x264-ctu.mkv
http://hotfile.com/dl/56333249/eb80c2d/tscrtlofantn.rar.html
http://hotfile.com/dl/56445194/6739e26/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.part2.rar.html
http://hotfile.com/dl/56445171/239ee8c/The.Secret.Life.of.the.American.Teenager.S03E07.New.York.New.York.HDTV.XviD-FQM.part1.rar.html
http://hotfile.com/dl/54474222/9ae5744/the.secret.life.of.the.american.teenager.s03e06.hdtv.xvid-fqm.avi.html
http://hotfile.com/dl/54474416/22c6d8d/The.Secret.Life.of.the.American.Teenager.S03E06.She.Went.That.Away.HDTV.XviD-FQM.part1.rar.html
http://hotfile.com/dl/54474558/4c9fcd2/The.Secret.Life.of.the.American.Teenager.S03E06.She.Went.That.Away.HDTV.XviD-FQM.part2.rar.html
http://hotfile.com/dl/8067481/4baf0d2/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.003.html
http://hotfile.com/dl/8067469/7f90c1c/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.001.html
http://hotfile.com/dl/8067478/e629b74/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.002.html
http://hotfile.com/dl/8068346/3b996ec/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.001.html
http://hotfile.com/dl/8067527/cff020b/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.001.004.html
http://hotfile.com/dl/8068358/644f9b8/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.002.html
http://hotfile.com/dl/8068374/590826a/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.003.html
http://hotfile.com/dl/8068376/beaec7c/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.002.004.html
http://hotfile.com/dl/8068740/d8d4215/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.001.html
http://hotfile.com/dl/8068760/810a6c4/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.002.html
http://hotfile.com/dl/8068762/13fcdad/W-E.2008.720p.BRRip.XviD.AC3-FLAWL3SS.avi.003.003.html
http://hotfile.com/dl/58078336/363f960/walle.part02.rar.html

8

HF00619238

http://hotfile.com/dl/58078337/bb5089a/walle.part04.rar.html
http://hotfile.com/dl/58078335/59ecc8b/walle.part01.rar.html
http://hotfile.com/dl/58078338/a216907/walle.part05.rar.html
http://hotfile.com/dl/58078339/c25d6c6/walle.part03.rar.html
http://hotfile.com/dl/58078340/339ae45/walle.part08.rar.html
http://hotfile.com/dl/58078343/6edc902/walle.part09.rar.html
http://hotfile.com/dl/58078341/532782b/walle.part07.rar.html
http://hotfile.com/dl/58078342/45cd802/walle.part06.rar.html
http://hotfile.com/dl/58078344/25302cc/walle.part10.rar.html
http://hotfile.com/dl/58079061/5100d07/walle.part12.rar.html
http://hotfile.com/dl/58079060/c05afcb/walle.part11.rar.html
http://hotfile.com/dl/58079076/183ad45/walle.part13.rar.html
http://hotfile.com/dl/58079077/62d94f0/walle.part14.rar.html
http://hotfile.com/dl/58079085/01c4eac/walle.part15.rar.html
http://hotfile.com/dl/58079088/3ad1485/walle.part16.rar.html
http://hotfile.com/dl/58079100/1bdca8c/walle.part17.rar.html
http://hotfile.com/dl/58079103/5f3f10a/walle.part18.rar.html
http://hotfile.com/dl/58079107/58eb205/walle.part19.rar.html
http://hotfile.com/dl/54314789/15223aa/hannah.montana.s04e01_Tachoz.net.part1.rar.html
http://hotfile.com/dl/54314769/a6d7be3/hannah.montana.s04e01_Tachoz.net.part2.rar.html
http://hotfile.com/dl/48563400/348e182/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part6.rar.html
http://hotfile.com/dl/48563544/bd8ba08/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part5.rar.html
http://hotfile.com/dl/48563551/e8f5ff3/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part1.rar.html
http://hotfile.com/dl/48563545/1e58508/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part3.rar.html
http://hotfile.com/dl/48563552/2f75490/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part2.rar.html
http://hotfile.com/dl/48563554/c6ad12d/www.scenetube.net.TLS.2010.TS.XviD-PrisM.part4.rar.html
http://hotfile.com/dl/48599046/d1a4c28/TLS.2010.TS.XviD-PrisM.part4.rar.html
http://hotfile.com/dl/48598850/0cafbc8/TLS.2010.TS.XviD-PrisM.part2.rar.html
http://hotfile.com/dl/48598790/cfd95e2/TLS.2010.TS.XviD-PrisM.part1.rar.html
http://hotfile.com/dl/48599233/b422c0f/TLS.2010.TS.XviD-PrisM.part6.rar.html
http://hotfile.com/dl/48599772/26f13ff/TLS.2010.TS.XviD-PrisM.part3.rar.html
http://hotfile.com/dl/48599216/b1b490c/TLS.2010.TS.XviD-PrisM.part5.rar.html
http://hotfile.com/dl/48734786/a3fb428/T.L.S_Ts_XviD_By_RpL_Team-RPR.part2.rar.html
http://hotfile.com/dl/48734944/b84b266/T.L.S_Ts_XviD_By_RpL_Team-RPR.part3.rar.html
http://hotfile.com/dl/48734657/5363496/T.L.S_Ts_XviD_By_RpL_Team-RPR.part1.rar.html
http://hotfile.com/dl/48735032/03dcc61/T.L.S_Ts_XviD_By_RpL_Team-RPR.part4.rar.html
http://hotfile.com/dl/65178061/3e4c38d/EZ20-20CR2TFJRPTASTE20by20BanneD.part3.rar.html
http://hotfile.com/dl/64952966/71203b2/camp.rock.2.the.final.jam.RP-taste.part1.rar
http://hotfile.com/dl/64953003/bfcedc0/camp.rock.2.the.final.jam.RP-taste.part2.rar
http://hotfile.com/dl/64952819/99e9f8b/camp.rock.2.the.final.jam.RP-taste.part4.rar
http://hotfile.com/dl/70334428/ec8245e/Camp.Rock.2.DVDrip.cz.p67.part1.rar.html
http://hotfile.com/dl/70336504/738c85c/Camp.Rock.2.DVDrip.cz.p67.part2.rar.html
http://hotfile.com/dl/70433900/2db78e6/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part1.rar.html
http://hotfile.com/dl/70435679/2417e3c/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part2.rar.html
http://hotfile.com/dl/70435786/a179c06/Camp.Rock.2.2010.DVDRip.Xvid.CZ.MY.part3.rar.html

--------------------

CONFIDENTIAL

HF00619239

| | |
|---|---|
| **From:** | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
| **Sent:** | Friday, October 08, 2010 5:51 PM |
| **To:** | abuse@hotfile.com |
| **Cc:** | Internet.Enforcement@disney.com |
| **Subject:** | Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 5164] (TMS) |

**Importance:**         High

Friday, October 08, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:5164 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Grey's Anatomy 6 (FIX)*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/40516788/a5f3446/_gre.ana.s06e20.hdtv.xvid-2hd.avi.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:11 AM)*

http://hotfile.com/dl/40517103/fcb5fee/_gre.ana.s06e20.hdtv.xvid-2hd.avi.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:13 AM)*

http://hotfile.com/dl/40524854/322df5c/_gre.ana.s06e20.hdtv.xvid-2hd.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:13 AM)*

http://hotfile.com/dl/40531822/0c0147d/Greys.Anatomy.S06E20.HDTV.XviD-2HD.avi.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 2:18:14 AM)*

1

CONFIDENTIAL                                                                                          HF00634791

http://hotfile.com/dl/14453163/f72571f/Greys.Anatomy.S06E04.HDTV.XviD-NoTV.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/11/2010 2:18:15 AM)*

http://hotfile.com/dl/34654077/33bbf0c/DaGrAn.618.j8e7.part3.rar
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/11/2010 2:18:15 AM)*

http://hotfile.com/dl/34653906/98cbdab/DaGrAn.618.j8e7.part1.rar
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/11/2010 2:18:16 AM)*

http://hotfile.com/dl/34654117/895e7ee/DaGrAn.618.j8e7.part4.rar
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/11/2010 2:18:17 AM)*

http://hotfile.com/dl/34653986/5447683/DaGrAn.618.j8e7.part2.rar
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/11/2010 2:18:32 AM)*

http://hotfile.com/dl/43929691/d668966/G.A.6.23.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/12/2010 1:52:24 AM)*

http://hotfile.com/dl/43929693/6ef2349/G.A.6.23.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/12/2010 1:52:30 AM)*

http://hotfile.com/dl/43929694/6ef0129/G.A.6.23.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/12/2010 1:52:32 AM)*

http://hotfile.com/dl/43929823/13e97bb/G.A.6.24.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/12/2010 1:52:44 AM)*

http://hotfile.com/dl/43929826/6585c7f/G.A.6.24.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/12/2010 1:52:45 AM)*

http://hotfile.com/dl/43929692/7bca2da/G.A.6.24.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/12/2010 1:52:46 AM)*

http://hotfile.com/dl/43063537/8cac32d/greys.anatomy.s06e22.hdtv.xvid-2hd.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/12/2010 1:52:49 AM)*

http://hotfile.com/dl/25250713/53ba924/GA.S06E12.1Link.wWw.Dark-ville.CoM.By.luisaca.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/12/2010 1:52:56 AM)*

http://hotfile.com/dl/24494836/c5405c8/EasyDll.org_Greys.Anatomy.S06E03.HDTV.XviD-2HD.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/13/2010 12:43:35 AM)*

2

http://hotfile.com/dl/24496879/28f6f01/EasyDll.org_Greys.Anatomy.S06E11.HDTV.XviD-2HD.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/13/2010 12:43:41 AM)

http://hotfile.com/dl/24495072/1ffd434/EasyDll.org_Greys.Anatomy.S06E11.HDTV.XviD-2HD.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/13/2010 12:43:46 AM)

http://hotfile.com/dl/25855242/566bceb/Greys.Anatomy.S06E12.Hdtv.Xvid-2hd.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/13/2010 12:43:51 AM)

http://hotfile.com/dl/25855252/26449f1/Greys.Anatomy.S06E12.Hdtv.Xvid-2hd.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/13/2010 12:43:53 AM)

http://hotfile.com/dl/27472325/3e6407f/Greys.Anatomy.S06E13.HDTV.XviD-2HD.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/13/2010 12:43:55 AM)

http://hotfile.com/dl/27472312/e568370/Greys.Anatomy.S06E13.HDTV.XviD-2HD.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/13/2010 12:43:56 AM)

http://hotfile.com/dl/24275414/0983940/Greys.Anatomy.S06E11.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/17/2010 12:41:33 AM)

http://hotfile.com/dl/24275974/d4a5e21/Greys.Anatomy.S06E11.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/17/2010 12:41:44 AM)

http://hotfile.com/dl/45369389/c0ce1d8/Greys.Anatomy.S06E21.HDTV.XviD-NoTV.avi
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 8/18/2010 2:13:56 AM)

http://hotfile.com/dl/43940031/b8580e1/_gre.ysan_atomys06e23.hdtv.xvid-2hd.avi.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 8/18/2010 2:13:58 AM)

http://hotfile.com/dl/43959607/050f500/Greys.Anatomy.S06E24.HDTV.XviD-2HD.avi
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 8/18/2010 2:13:59 AM)

http://hotfile.com/dl/43979721/b68ae89/Greys.Anatomy.S06E23.HDTV.XviD-2HD.avi
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 8/18/2010 2:14:00 AM)

http://hotfile.com/dl/20802415/89ccc26/Greys.Anatomy-S06E04.avi.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 8/18/2010 2:14:01 AM)

http://hotfile.com/dl/20802646/08feba0/Greys.Anatomy-S06E05.avi.html
* To date, a total of 2 notice(s) previously sent for this link.
(Original Notification Date: 8/18/2010 2:14:02 AM)

CONFIDENTIAL

HF00634793

http://hotfile.com/dl/34691597/690f83f/6R4N.618.HDTV.NoTV.divxm.net.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/23/2010 12:16:50 AM)*

http://hotfile.com/dl/40529361/b6c9ba6/6R4N.620.720p.DIMENSION.divxm.net.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/23/2010 12:16:51 AM)*

http://hotfile.com/dl/40530103/55d219f/6R4N.620.HDTV.2HD.divxm.net.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/23/2010 12:16:51 AM)*

http://hotfile.com/dl/41665661/8a104b1/6R4N.621.720p.CTU.divxm.net.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/23/2010 12:16:52 AM)*

http://hotfile.com/dl/41666440/46cf6be/6R4N.621.HDTV.NoTV.divxm.net.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/23/2010 12:16:52 AM)*

http://hotfile.com/dl/42859374/19809f6/6R4N.622.HDTV.2HD.divxm.net.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/23/2010 12:16:53 AM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/40516788/a5f3446/_gre.ana.s06e20.hdtv.xvid-2hd.avi.part2.rar.html
http://hotfile.com/dl/40517103/fcb5fee/_gre.ana.s06e20.hdtv.xvid-2hd.avi.part1.rar.html
http://hotfile.com/dl/40524854/322df5c/_gre.ana.s06e20.hdtv.xvid-2hd.avi.html
http://hotfile.com/dl/40531822/0c0147d/Greys.Anatomy.S06E20.HDTV.XviD-2HD.avi.html
http://hotfile.com/dl/14453163/f72571f/Greys.Anatomy.S06E04.HDTV.XviD-NoTV.avi.html
http://hotfile.com/dl/34654077/33bbf0c/DaGrAn.618.j8e7.part3.rar
http://hotfile.com/dl/34653906/98cbdab/DaGrAn.618.j8e7.part1.rar
http://hotfile.com/dl/34654117/895e7ee/DaGrAn.618.j8e7.part4.rar

CONFIDENTIAL                                                    HF00634794

http://hotfile.com/dl/34653986/5447683/DaGrAn.618.j8e7.part2.rar
http://hotfile.com/dl/43929691/d668966/G.A.6.23.part1.rar.html
http://hotfile.com/dl/43929693/6ef2349/G.A.6.23.part3.rar.html
http://hotfile.com/dl/43929694/6ef0129/G.A.6.23.part2.rar.html
http://hotfile.com/dl/43929823/13e97bb/G.A.6.24.part2.rar.html
http://hotfile.com/dl/43929826/6585c7f/G.A.6.24.part3.rar.html
http://hotfile.com/dl/43929692/7bca2da/G.A.6.24.part1.rar.html
http://hotfile.com/dl/43063537/8cac32d/greys.anatomy.s06e22.hdtv.xvid-2hd.avi.html
http://hotfile.com/dl/25250713/53ba924/GA.S06E12.1Link.wWw.Dark-ville.CoM.By.luisaca.rar.html
http://hotfile.com/dl/24494836/c5405c8/EasyDll.org_Greys.Anatomy.S06E03.HDTV.XviD-2HD.part1.rar.html
http://hotfile.com/dl/24496879/28f6f01/EasyDll.org_Greys.Anatomy.S06E11.HDTV.XviD-2HD.part2.rar.html
http://hotfile.com/dl/24495072/1ffd434/EasyDll.org_Greys.Anatomy.S06E11.HDTV.XviD-2HD.part1.rar.html
http://hotfile.com/dl/25855242/566bceb/Greys.Anatomy.S06E12.Hdtv.Xvid-2hd.part2.rar.html
http://hotfile.com/dl/25855252/26449f1/Greys.Anatomy.S06E12.Hdtv.Xvid-2hd.part1.rar.html
http://hotfile.com/dl/27472325/3e6407f/Greys.Anatomy.S06E13.HDTV.XviD-2HD.part1.rar.html
http://hotfile.com/dl/27472312/e568370/Greys.Anatomy.S06E13.HDTV.XviD-2HD.part2.rar.html
http://hotfile.com/dl/24275414/0983940/Greys.Anatomy.S06E11.part1.rar.html
http://hotfile.com/dl/24275974/d4a5e21/Greys.Anatomy.S06E11.part2.rar.html
http://hotfile.com/dl/45369389/c0ce1d8/Greys.Anatomy.S06E21.HDTV.XviD-NoTV.avi
http://hotfile.com/dl/43940031/b8580e1/_gre.ysan_atomys06e23.hdtv.xvid-2hd.avi.html
http://hotfile.com/dl/43959607/050f500/Greys.Anatomy.S06E24.HDTV.XviD-2HD.avi
http://hotfile.com/dl/43979721/b68ae89/Greys.Anatomy.S06E23.HDTV.XviD-2HD.avi
http://hotfile.com/dl/20802415/89ccc26/Greys.Anatomy-S06E04.avi.html
http://hotfile.com/dl/20802646/08feba0/Greys.Anatomy.S06E05.avi.html
http://hotfile.com/dl/34691597/690f83f/6R4N.618.HDTV.NoTV.divxm.net.rar.html
http://hotfile.com/dl/40529361/b6c9ba6/6R4N.620.720p.DIMENSION.divxm.net.rar.html
http://hotfile.com/dl/40530103/55d219f/6R4N.620.HDTV.2HD.divxm.net.rar.html
http://hotfile.com/dl/41665661/8a104b1/6R4N.621.720p.CTU.divxm.net.rar.html
http://hotfile.com/dl/41666440/46cf6be/6R4N.621.HDTV.NoTV.divxm.net.rar.html
http://hotfile.com/dl/42859374/19809f6/6R4N.622.HDTV.2HD.divxm.net.rar.html


--------------------

CONFIDENTIAL                                                     HF00634795

| | |
|---|---|
| **From:** | Disney MyTeam International [INTL.Portal@disney.com] on behalf of Internet Enforcement [Internet.Enforcement@disney.com] |
| **Sent:** | Friday, July 02, 2010 2:09 PM |
| **To:** | abuse@hotfile.com |
| **Subject:** | Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 4066] (TMS) |
| **Importance:** | High |

Friday, July 02, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4066 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Prince of Persia*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/46482538/ce79567/kingdom-poptsot.ts.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:28 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company

1

CONFIDENTIAL

HF00713068

500 S. Buena Vista Street
Burbank, CA, 91521


[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/46482538/ce79567/kingdom-poptsot.ts.part6.rar.html

--------------------

2

CONFIDENTIAL                                                    HF00713069

| | |
|---|---|
| **From:** | Disney MyTeam International [INTL.Portal@disney.com] on behalf of Internet Enforcement [Internet.Enforcement@disney.com] |
| **Sent:** | Friday, July 02, 2010 2:10 PM |
| **To:** | abuse@hotfile.com |
| **Subject:** | Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 4067] (TMS) |

**Importance:**    High

Friday, July 02, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4067 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Prince of Persia*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/46482502/c18012a/kingdom-poptsot.ts.part3.rar.html
* *To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:31 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company

CONFIDENTIAL                                                    HF00713071

500 S. Buena Vista Street
Burbank,CA,91521


[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/46482502/c18012a/kingdom-poptsot.ts.part3.rar.html

--------------------

CONFIDENTIAL                                                         HF00713072

| From: | Disney MyTeam International [INTL.Portal@disney.com] on behalf of Internet Enforcement [Internet.Enforcement@disney.com] |
|---|---|
| Sent: | Tuesday, August 24, 2010 3:54 PM |
| To: | abuse@hotfile.com |
| Subject: | Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 4698] (TMS) |

| Importance: | High |

Tuesday, August 24, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4698 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Last Song, The, Lost 6, Princess and the Frog, Prince of Persia, Sorcerer's Apprentice, The (FIX)*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/51462309/93dff1e/TLSong-ECO_Coder.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:12:49 PM)*

http://hotfile.com/dl/52859773/00e8fad/The_Last_Song_Coder.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:12:56 PM)*

http://hotfile.com/dl/52859756/c4a9b8d/The_Last_Song_Coder.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:13:04 PM)*

http://hotfile.com/dl/52859813/c1150f1/The_Last_Song_Coder.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:13:12 PM)*

1

CONFIDENTIAL

HF00820412

http://hotfile.com/dl/52859789/ff34943/The_Last_Song_Coder.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:13:18 PM)*

http://hotfile.com/dl/52859803/e67743a/The_Last_Song_Coder.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:13:25 PM)*

http://hotfile.com/dl/52859816/6ffd69b/The_Last_Song_Coder.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:13:32 PM)*

http://hotfile.com/dl/53467666/2272b8d/TLSong-ECO_Coder.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:13:41 PM)*

http://hotfile.com/dl/53467709/7acf0ef/TLSong-ECO_Coder.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:14:02 PM)*

http://hotfile.com/dl/53467821/5f4c6f7/TLSong-ECO_Coder.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:14:12 PM)*

http://hotfile.com/dl/53467778/68e6915/TLSong-ECO_Coder.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:14:25 PM)*

http://hotfile.com/dl/53467924/9f8c714/TLSong-ECO_Coder.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:14:36 PM)*

http://hotfile.com/dl/53467897/c2c4fc2/TLSong-ECO_Coder.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:14:47 PM)*

http://hotfile.com/dl/53475756/ee4320d/The_Last_Song_Coder.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:14:58 PM)*

http://hotfile.com/dl/53475641/901318a/The_Last_Song_Coder.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:15:08 PM)*

http://hotfile.com/dl/53475713/4376204/The_Last_Song_Coder.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:15:18 PM)*

http://hotfile.com/dl/53475816/5a0f99e/The_Last_Song_Coder.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:15:35 PM)*

http://hotfile.com/dl/53475878/ec28bf0/The_Last_Song_Coder.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:15:48 PM)*

2

CONFIDENTIAL

HF00820413

http://hotfile.com/dl/53475891/364b584/The_Last_Song_Coder.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:16:01 PM)*

http://hotfile.com/dl/54503113/cb376b7/TLSong-ECO_Coder.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:16:12 PM)*

http://hotfile.com/dl/54503094/aec4e1a/TLSong-ECO_Coder.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:16:22 PM)*

http://hotfile.com/dl/54503135/34f98b3/TLSong-ECO_Coder.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:16:33 PM)*

http://hotfile.com/dl/54503125/e7e2d73/TLSong-ECO_Coder.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:16:57 PM)*

http://hotfile.com/dl/54503147/a9a871c/TLSong-ECO_Coder.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:17:11 PM)*

http://hotfile.com/dl/54503152/aa18358/TLSong-ECO_Coder.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:17:31 PM)*

http://hotfile.com/dl/37639801/c8543c3/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:17:41 PM)*

http://hotfile.com/dl/37639670/e574284/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:17:51 PM)*

http://hotfile.com/dl/37640365/fac56f2/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:18:04 PM)*

http://hotfile.com/dl/37639955/2eaa02a/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:18:14 PM)*

http://hotfile.com/dl/37640140/1158ab3/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:18:22 PM)*

http://hotfile.com/dl/37640408/1c921cd/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:18:31 PM)*

http://hotfile.com/dl/47060790/226cbdb/tls.hf..part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:18:51 PM)*

CONFIDENTIAL

HF00820414

http://hotfile.com/dl/47060886/ad24456/tls.hf..part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:19:07 PM)*

http://hotfile.com/dl/47060810/d6aaad8/tls.hf..part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:19:23 PM)*

http://hotfile.com/dl/47060944/9781a6e/tls.hf..part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:19:40 PM)*

http://hotfile.com/dl/48569931/cd97eeb/T.L.S.P.part2.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:19:50 PM)*

http://hotfile.com/dl/48569932/0ba6514/T.L.S.P.part3.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:20:01 PM)*

http://hotfile.com/dl/48569933/717d9d5/T.L.S.P.part1.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:20:16 PM)*

http://hotfile.com/dl/48569934/64f6303/T.L.S.P.part4.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:20:26 PM)*

http://hotfile.com/dl/48570972/68a7162/T.L.S.P.part5.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:20:53 PM)*

http://hotfile.com/dl/48570980/1c943ac/T.L.S.P.part6.rar
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:21:06 PM)*

http://hotfile.com/dl/43604629/decb722/wyspaszesna720p.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:21:30 PM)*

http://hotfile.com/dl/43605432/e6cc37a/wyspaszesna720p.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:22:17 PM)*

http://hotfile.com/dl/43605536/b23ff78/wyspaszesna720p.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:22:33 PM)*

http://hotfile.com/dl/44419975/2400784/wyspa.siedemna.ost-1.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:22:54 PM)*

http://hotfile.com/dl/44420235/b7194ae/wyspa.siedemna.ost-1.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:23:03 PM)*

4

HF00820415

http://hotfile.com/dl/44420118/68b1d57/wyspa.siedemna.ost-1.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/11/2010 6:23:12 PM)*

http://hotfile.com/dl/44420370/ce19de8/wyspa.siedemna.ost-1.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/11/2010 6:23:22 PM)*

http://hotfile.com/dl/44420523/f8facd8/wyspa.siedemna.ost-2.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/11/2010 6:23:31 PM)*

http://hotfile.com/dl/44420896/96f4db3/wyspa.siedemna.ost-2.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/11/2010 6:23:39 PM)*

http://hotfile.com/dl/44420712/7fa5d31/wyspa.siedemna.ost-2.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/11/2010 6:23:48 PM)*

http://hotfile.com/dl/44421089/e352ba7/wyspa.siedemna.ost-2.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/11/2010 6:23:57 PM)*

http://hotfile.com/dl/51585245/daeceaf/Lost.S06E17.HDTV.XviD-NoTV.H93.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/11/2010 6:24:06 PM)*

http://hotfile.com/dl/51586425/a363205/Lost.S06E17.HDTV.XviD-NoTV.H93.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/11/2010 6:24:15 PM)*

http://hotfile.com/dl/51586024/22ae863/Lost.S06E17.HDTV.XviD-NoTV.H93.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/11/2010 6:24:26 PM)*

http://hotfile.com/dl/51586307/bf8f4a7/Lost.S06E17.HDTV.XviD-NoTV.H93.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/11/2010 6:24:34 PM)*

http://hotfile.com/dl/24584047/352d3d1/ThePrincess400SecretMyth400.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/11/2010 6:24:43 PM)*

http://hotfile.com/dl/24585264/b16b53f/ThePrincess400SecretMyth400.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/11/2010 6:24:52 PM)*

http://hotfile.com/dl/32017825/6275d55/prenses.ve.kurbaaaa.09.hi.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/11/2010 6:25:01 PM)*

http://hotfile.com/dl/32018786/0cfa8b7/prenses.ve.kurbaaaa.09.hi.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: 8/11/2010 6:25:10 PM)*

CONFIDENTIAL

HF00820416

http://hotfile.com/dl/32019355/87a7955/prenses.ve.kurbaaaa.09.hi.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:25:17 PM)

http://hotfile.com/dl/32020172/1ea0a58/prenses.ve.kurbaaaa.09.hi.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:25:32 PM)

http://hotfile.com/dl/27709348/694cc66/the.princess.and.the.frog.2009.Dub-PL.MD.DVDSCR-
SHERLOCKHOLMES.xbus.avi.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:25:43 PM)

http://hotfile.com/dl/39712852/0f76c78/The.Princess.and.the.Frog.2010.720p-mHD_go2jimmys.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:26:05 PM)

http://hotfile.com/dl/39712854/970ab50/The.Princess.and.the.Frog.2010.720p-mHD_go2jimmys.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:26:15 PM)

http://hotfile.com/dl/39713581/0dfe901/The.Princess.and.the.Frog.2010.720p-mHD_go2jimmys.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:26:25 PM)

http://hotfile.com/dl/55923684/613e31e/Doc216.TS.hual.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:26:35 PM)

http://hotfile.com/dl/55923790/4bdcc83/Doc216.TS.hual.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:26:45 PM)

http://hotfile.com/dl/55923873/4831264/Doc216.TS.hual.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:26:56 PM)

http://hotfile.com/dl/55924005/bfeb97a/Doc216.TS.hual.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:27:05 PM)

http://hotfile.com/dl/55924169/beebf41/Doc216.TS.hual.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:27:14 PM)

http://hotfile.com/dl/55924174/fbe0e7d/Doc216.TS.hual.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:27:24 PM)

http://hotfile.com/dl/54941442/ff32e12/The.Princess.and.the.Frog.2009.PLDUB.DVDRip.XviD-
JB.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:27:34 PM)

CONFIDENTIAL                                                                        HF00820417

http://hotfile.com/dl/54941584/8ab86ff/The.Princess.and.the.Frog.2009.PLDUB.DVDRip.XviD-JB.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:27:44 PM)*

http://hotfile.com/dl/54941647/9d86f30/The.Princess.and.the.Frog.2009.PLDUB.DVDRip.XviD-JB.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:27:57 PM)*

http://hotfile.com/dl/49510564/73221de/P.Frog.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:28:07 PM)*

http://hotfile.com/dl/49610460/f69aa92/P.Frog.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:28:18 PM)*

http://hotfile.com/dl/44341795/e756c71/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part09.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:28:28 PM)*

http://hotfile.com/dl/44341794/78694ad/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part01.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:28:46 PM)*

http://hotfile.com/dl/44341796/2dfa08a/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part03.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:28:56 PM)*

http://hotfile.com/dl/44341798/dd8cc45/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part06.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:29:05 PM)*

http://hotfile.com/dl/44341804/291b5dc/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part08.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:29:17 PM)*

http://hotfile.com/dl/44341803/88fdecf/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part05.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:29:30 PM)*

http://hotfile.com/dl/44341800/89e255a/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part07.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:29:39 PM)*

http://hotfile.com/dl/44341805/4b17ae4/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part02.rar.html

CONFIDENTIAL                                                                      HF00820418

*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:29:49 PM)*

http://hotfile.com/dl/44341801/ea8928c/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part04.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:29:59 PM)*

http://hotfile.com/dl/44341802/c141d91/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part10.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:30:09 PM)*

http://hotfile.com/dl/44342199/de80d90/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part11.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:30:17 PM)*

http://hotfile.com/dl/44342202/85dfe22/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part12.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:30:28 PM)*

http://hotfile.com/dl/44342286/38a60c3/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part13.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:30:41 PM)*

http://hotfile.com/dl/30803747/153c8b2/29-Princess.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:30:53 PM)*

http://hotfile.com/dl/30803822/a7121db/29-Princess.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:31:06 PM)*

http://hotfile.com/dl/30803908/04fbcd3/29-Princess.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:31:17 PM)*

http://hotfile.com/dl/30803749/2b19cf3/29-Princess.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:31:29 PM)*

http://hotfile.com/dl/30803814/e5685dd/29-Princess.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:31:40 PM)*

http://hotfile.com/dl/33050986/9613275/0316_TFATF.part01.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:32:00 PM)*

http://hotfile.com/dl/33050992/abfd294/0316_TFATF.part02.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:32:10 PM)*

8

CONFIDENTIAL

HF00820419

http://hotfile.com/dl/33050997/2428e9e/0316_TFATF.part03.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:32:21 PM)*

http://hotfile.com/dl/33051029/a05c678/0316_TFATF.part04.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:32:30 PM)*

http://hotfile.com/dl/33051050/829eadd/0316_TFATF.part05.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:32:44 PM)*

http://hotfile.com/dl/33051224/1337479/0316_TFATF.part06.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:32:53 PM)*

http://hotfile.com/dl/33051258/5cff624/0316_TFATF.part08.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:33:01 PM)*

http://hotfile.com/dl/33051264/10adba9/0316_TFATF.part09.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:33:09 PM)*

http://hotfile.com/dl/33051226/daf9229/0316_TFATF.part07.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:33:16 PM)*

http://hotfile.com/dl/33051291/5db3ca4/0316_TFATF.part12.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:33:23 PM)*

http://hotfile.com/dl/33051276/732ae99/0316_TFATF.part11.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:33:30 PM)*

http://hotfile.com/dl/33051273/6140c75/0316_TFATF.part10.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:33:37 PM)*

http://hotfile.com/dl/33051334/6c5b866/0316_TFATF.part15.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:33:44 PM)*

http://hotfile.com/dl/33051545/978f43f/0316_TFATF.part17.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:33:50 PM)*

http://hotfile.com/dl/33051309/a7bc0f1/0316_TFATF.part13.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:33:57 PM)*

http://hotfile.com/dl/33051323/9f2e65f/0316_TFATF.part14.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:34:04 PM)*

CONFIDENTIAL

HF00820420

http://hotfile.com/dl/33051543/d8e1014/0316_TFATF.part16.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:34:12 PM)*

http://hotfile.com/dl/52261908/65286f2/P.O.P
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:34:20 PM)*

http://hotfile.com/dl/52261956/af4b7d7/P.O.P
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:34:28 PM)*

http://hotfile.com/dl/52261806/4eafb55/P.O.P
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:34:35 PM)*

http://hotfile.com/dl/52261881/4bdbc55/P.O.P
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:34:41 PM)*

http://hotfile.com/dl/58262565/881ac99/POPTSOT.2010.TS.Proper.400MB.ShAaNiG.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:34:48 PM)*

http://hotfile.com/dl/58262677/9aa4e79/POPTSOT.2010.TS.Proper.400MB.ShAaNiG.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:34:56 PM)*

http://hotfile.com/dl/58262487/45c6b2a/POPTSOT.2010.TS.Proper.400MB.ShAaNiG.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:35:03 PM)*

http://hotfile.com/dl/58262521/f998b9d/POPTSOT.2010.TS.Proper.400MB.ShAaNiG.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:35:11 PM)*

http://hotfile.com/dl/57646099/918e7b0/Prince.of.Persia.TS.V2.IMAGiNE.avi.001.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:35:43 PM)*

http://hotfile.com/dl/55704915/26973ce/P.O.P.2010.400MB.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:35:52 PM)*

http://hotfile.com/dl/55705129/e1f1e81/P.O.P.2010.400MB.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:36:01 PM)*

http://hotfile.com/dl/52645326/4c4c769/nCfPsa.TS.XViD-IMAGiNE.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:36:09 PM)*

http://hotfile.com/dl/52645335/789bb48/nCfPsa.TS.XViD-IMAGiNE.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:36:17 PM)*

CONFIDENTIAL                                                                  HF00820421

http://hotfile.com/dl/52645330/058eec1/nCfPsa.TS.XViD-IMAGiNE.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:36:25 PM)

http://hotfile.com/dl/52645342/b88fd7a/nCfPsa.TS.XViD-IMAGiNE.part5.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:36:33 PM)

http://hotfile.com/dl/52645343/87a0936/nCfPsa.TS.XViD-IMAGiNE.part6.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:36:41 PM)

http://hotfile.com/dl/52645337/11acd8f/nCfPsa.TS.XViD-IMAGiNE.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:36:49 PM)

http://hotfile.com/dl/52645346/c34007c/nCfPsa.TS.XViD-IMAGiNE.part7.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:36:57 PM)

http://hotfile.com/dl/52645347/727e391/nCfPsa.TS.XViD-IMAGiNE.part8.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:37:05 PM)

http://hotfile.com/dl/45767221/f240a3b/P.of.P.T.S.of.T.2010.TS.Tr.Dublaj.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:37:13 PM)

http://hotfile.com/dl/45768028/f1a55fe/P.of.P.T.S.of.T.2010.TS.Tr.Dublaj.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:37:19 PM)

http://hotfile.com/dl/45768872/6a26d6a/P.of.P.T.S.of.T.2010.TS.Tr.Dublaj.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:37:27 PM)

http://hotfile.com/dl/45769030/8db97cc/P.of.P.T.S.of.T.2010.TS.Tr.Dublaj.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:37:35 PM)

http://hotfile.com/dl/57564286/cb3b6c9/POP.2010.400MB.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:38:00 PM)

http://hotfile.com/dl/57564418/1ef4d9f/POP.2010.400MB.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:38:11 PM)

http://hotfile.com/dl/57564492/28b7eb4/POP.2010.400MB.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:38:18 PM)

http://hotfile.com/dl/57567279/6cf8cf6/POP.2010.400MB.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: 8/11/2010 6:38:25 PM)

11

http://hotfile.com/dl/56516531/e1a44ac/DirtyDingo.org.backup.POP.TSOT.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:38:34 PM)*

http://hotfile.com/dl/56513004/002b639/DirtyDingo.org.backup.POP.TSOT.part8.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:38:51 PM)*

http://hotfile.com/dl/56516295/8fb76c1/DirtyDingo.org.backup.POP.TSOT.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:39:02 PM)*

http://hotfile.com/dl/56516532/1ba8ce2/DirtyDingo.org.backup.POP.TSOT.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:39:09 PM)*

http://hotfile.com/dl/56516739/83a8cc8/DirtyDingo.org.backup.POP.TSOT.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:39:28 PM)*

http://hotfile.com/dl/56516745/7061165/DirtyDingo.org.backup.POP.TSOT.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:39:40 PM)*

http://hotfile.com/dl/56516968/b72d03c/DirtyDingo.org.backup.POP.TSOT.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:39:51 PM)*

http://hotfile.com/dl/56517189/c1e3042/DirtyDingo.org.backup.POP.TSOT.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:40:01 PM)*

http://hotfile.com/dl/57727050/6c479fb/2.PrisM-tsa.PatoTheKing.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:40:10 PM)*

http://hotfile.com/dl/57726038/d0ee5bb/2.PrisM-tsa.PatoTheKing.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:40:17 PM)*

http://hotfile.com/dl/57727468/abbe9df/2.PrisM-tsa.PatoTheKing.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:40:40 PM)*

http://hotfile.com/dl/57727996/29057d7/2.PrisM-tsa.PatoTheKing.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:40:49 PM)*

http://hotfile.com/dl/57211283/03e4107/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:40:59 PM)*

http://hotfile.com/dl/57211380/acd496c/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:41:16 PM)*

CONFIDENTIAL                                                                    HF00820423

http://hotfile.com/dl/57211423/e76f4b0/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:41:26 PM)*

http://hotfile.com/dl/57212820/d99442a/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:41:33 PM)*

http://hotfile.com/dl/57212345/935e032/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:41:50 PM)*

http://hotfile.com/dl/57211438/f6fd26e/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:42:02 PM)*

http://hotfile.com/dl/57212294/4e189a4/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:42:13 PM)*

http://hotfile.com/dl/57212894/28f0bea/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part8.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:42:35 PM)*

http://hotfile.com/dl/56994225/916a6ff/Akilwood3T3SAtsSinglLink2-Freshupload.org.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:42:51 PM)*

http://hotfile.com/dl/57254733/a925578/AAAkilwoodTSAtsSinglLink-Freshupload.org.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:42:59 PM)*

http://hotfile.com/dl/55819291/2b3d33a/AkilwoodTSAts-Freshupload.org.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:43:07 PM)*

http://hotfile.com/dl/55819275/1d6323f/AkilwoodTSAts-Freshupload.org.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:43:29 PM)*

http://hotfile.com/dl/55819325/9386679/AkilwoodTSAts-Freshupload.org.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:43:37 PM)*

http://hotfile.com/dl/55819309/e4bf4a4/AkilwoodTSAts-Freshupload.org.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:43:43 PM)*

http://hotfile.com/dl/56054390/a96b525/Akilwood3T3SAtsSinglLink-Freshupload.org.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:44:09 PM)*

http://hotfile.com/dl/57231366/07ab7dd/fuzzyshare.com__The.Sorcerers.Apprentice.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:45:50 PM)*

CONFIDENTIAL                                                    HF00820424

http://hotfile.com/dl/57230406/98ff914/fuzzyshare.com__The.Sorcerers.Apprentice.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:46:02 PM)*

http://hotfile.com/dl/57231068/460c3be/fuzzyshare.com__The.Sorcerers.Apprentice.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:46:25 PM)*

http://hotfile.com/dl/57230313/d9346b2/fuzzyshare.com__The.Sorcerers.Apprentice.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:46:37 PM)*

http://hotfile.com/dl/57361591/cd6be61/sorcprof.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:46:49 PM)*

http://hotfile.com/dl/57361833/bab58ed/sorcprof.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:46:57 PM)*

http://hotfile.com/dl/57362030/c867876/sorcprof.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:47:04 PM)*

http://hotfile.com/dl/57362253/c37257a/sorcprof.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:47:23 PM)*

http://hotfile.com/dl/57361804/150d1e6/sorcprof.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:47:31 PM)*

http://hotfile.com/dl/57362318/ecb46f9/sorcprof.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:47:42 PM)*

http://hotfile.com/dl/57362116/44408c5/sorcprof.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:47:50 PM)*

http://hotfile.com/dl/56346414/e39fcf1/Sorc6e4_www.movieinfo.blog.com_.mkv.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:48:21 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal

14

The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521


[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/51462309/93dff1e/TLSong-ECO_Coder.part6.rar.html
http://hotfile.com/dl/52859773/00e8fad/The_Last_Song_Coder.part2.rar.html
http://hotfile.com/dl/52859756/c4a9b8d/The_Last_Song_Coder.part1.rar.html
http://hotfile.com/dl/52859813/c1150f1/The_Last_Song_Coder.part5.rar.html
http://hotfile.com/dl/52859789/ff34943/The_Last_Song_Coder.part3.rar.html
http://hotfile.com/dl/52859803/e67743a/The_Last_Song_Coder.part4.rar.html
http://hotfile.com/dl/52859816/6ffd69b/The_Last_Song_Coder.part6.rar.html
http://hotfile.com/dl/53467666/2272b8d/TLSong-ECO_Coder.part1.rar.html
http://hotfile.com/dl/53467709/7acf0ef/TLSong-ECO_Coder.part2.rar.html
http://hotfile.com/dl/53467821/5f4c6f7/TLSong-ECO_Coder.part4.rar.html
http://hotfile.com/dl/53467778/68e6915/TLSong-ECO_Coder.part3.rar.html
http://hotfile.com/dl/53467924/9f8c714/TLSong-ECO_Coder.part6.rar.html
http://hotfile.com/dl/53467897/c2c4fc2/TLSong-ECO_Coder.part5.rar.html
http://hotfile.com/dl/53475756/ee4320d/The_Last_Song_Coder.part3.rar.html
http://hotfile.com/dl/53475641/901318a/The_Last_Song_Coder.part1.rar.html
http://hotfile.com/dl/53475713/4376204/The_Last_Song_Coder.part2.rar.html
http://hotfile.com/dl/53475816/5a0f99e/The_Last_Song_Coder.part4.rar.html
http://hotfile.com/dl/53475878/ec28bf0/The_Last_Song_Coder.part5.rar.html
http://hotfile.com/dl/53475891/364b584/The_Last_Song_Coder.part6.rar.html
http://hotfile.com/dl/54503113/cb376b7/TLSong-ECO_Coder.part2.rar.html
http://hotfile.com/dl/54503094/aec4e1a/TLSong-ECO_Coder.part1.rar.html
http://hotfile.com/dl/54503135/34f98b3/TLSong-ECO_Coder.part4.rar.html
http://hotfile.com/dl/54503125/e7e2d73/TLSong-ECO_Coder.part3.rar.html
http://hotfile.com/dl/54503147/a9a871c/TLSong-ECO_Coder.part5.rar.html
http://hotfile.com/dl/54503152/aa18358/TLSong-ECO_Coder.part6.rar.html
http://hotfile.com/dl/37639801/c8543c3/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part2.rar.html
http://hotfile.com/dl/37639670/e574284/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part1.rar.html
http://hotfile.com/dl/37640365/fac56f2/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part5.rar.html
http://hotfile.com/dl/37639955/2eaa02a/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part3.rar.html
http://hotfile.com/dl/37640140/1158ab3/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part4.rar.html
http://hotfile.com/dl/37640408/1c921cd/The.Last.Song.TS.XviD-ECO_up.dla.exsite.pl.part6.rar.html
http://hotfile.com/dl/47060790/226cbdb/tls.hf..part1.rar.html
http://hotfile.com/dl/47060886/ad24456/tls.hf..part2.rar.html
http://hotfile.com/dl/47060810/d6aaad8/tls.hf..part4.rar.html
http://hotfile.com/dl/47060944/9781a6e/tls.hf..part3.rar.html
http://hotfile.com/dl/48569931/cd97eeb/T.L.S.P.part2.rar
http://hotfile.com/dl/48569932/0ba6514/T.L.S.P.part3.rar
http://hotfile.com/dl/48569933/717d9d5/T.L.S.P.part1.rar
http://hotfile.com/dl/48569934/64f6303/T.L.S.P.part4.rar
http://hotfile.com/dl/48570972/68a7162/T.L.S.P.part5.rar

15

HF00820426

http://hotfile.com/dl/48570980/1c943ac/T.L.S.P.part6.rar
http://hotfile.com/dl/43604629/decb722/wyspaszesna720p.part3.rar.html
http://hotfile.com/dl/43605432/e6cc37a/wyspaszesna720p.part5.rar.html
http://hotfile.com/dl/43605536/b23ff78/wyspaszesna720p.part6.rar.html
http://hotfile.com/dl/44419975/2400784/wyspa.siedemna.ost-1.part1.rar.html
http://hotfile.com/dl/44420235/b7194ae/wyspa.siedemna.ost-1.part3.rar.html
http://hotfile.com/dl/44420118/68b1d57/wyspa.siedemna.ost-1.part2.rar.html
http://hotfile.com/dl/44420370/ce19de8/wyspa.siedemna.ost-1.part4.rar.html
http://hotfile.com/dl/44420523/f8facd8/wyspa.siedemna.ost-2.part1.rar.html
http://hotfile.com/dl/44420896/96f4db3/wyspa.siedemna.ost-2.part3.rar.html
http://hotfile.com/dl/44420712/7fa5d31/wyspa.siedemna.ost-2.part2.rar.html
http://hotfile.com/dl/44421089/e352ba7/wyspa.siedemna.ost-2.part4.rar.html
http://hotfile.com/dl/51585245/daeceaf/Lost.S06E17.HDTV.XviD-NoTV.H93.part1.rar.html
http://hotfile.com/dl/51586425/a363205/Lost.S06E17.HDTV.XviD-NoTV.H93.part4.rar.html
http://hotfile.com/dl/51586024/22ae863/Lost.S06E17.HDTV.XviD-NoTV.H93.part2.rar.html
http://hotfile.com/dl/51586307/bf8f4a7/Lost.S06E17.HDTV.XviD-NoTV.H93.part3.rar.html
http://hotfile.com/dl/24584047/352d3d1/ThePrincess400SecretMyth400.part1.rar.html
http://hotfile.com/dl/24585264/b16b53f/ThePrincess400SecretMyth400.part2.rar.html
http://hotfile.com/dl/32017825/6275d55/prenses.ve.kurbaaaa.09.hi.part3.rar.html
http://hotfile.com/dl/32018786/0cfa8b7/prenses.ve.kurbaaaa.09.hi.part4.rar.html
http://hotfile.com/dl/32019355/87a7955/prenses.ve.kurbaaaa.09.hi.part1.rar.html
http://hotfile.com/dl/32020172/1ea0a58/prenses.ve.kurbaaaa.09.hi.part2.rar.html
http://hotfile.com/dl/27709348/694cc66/the.princess.and.the.frog.2009.Dub-PL.MD.DVDSCR-SHERLOCKHOLMES.xbus.avi.html
http://hotfile.com/dl/39712852/0f76c78/The.Princess.and.the.Frog.2010.720p-mHD_go2jimmys.part1.rar.html
http://hotfile.com/dl/39712854/970ab50/The.Princess.and.the.Frog.2010.720p-mHD_go2jimmys.part2.rar.html
http://hotfile.com/dl/39713581/0dfe901/The.Princess.and.the.Frog.2010.720p-mHD_go2jimmys.part3.rar.html
http://hotfile.com/dl/55923684/613e31e/Doc216.TS.hual.part1.rar.html
http://hotfile.com/dl/55923790/4bdcc83/Doc216.TS.hual.part2.rar.html
http://hotfile.com/dl/55923873/4831264/Doc216.TS.hual.part3.rar.html
http://hotfile.com/dl/55924005/bfeb97a/Doc216.TS.hual.part4.rar.html
http://hotfile.com/dl/55924169/beebf41/Doc216.TS.hual.part6.rar.html
http://hotfile.com/dl/55924174/fbe0e7d/Doc216.TS.hual.part5.rar.html
http://hotfile.com/dl/54941442/ff32e12/The.Princess.and.the.Frog.2009.PLDUB.DVDRip.XviD-JB.part2.rar.html
http://hotfile.com/dl/54941584/8ab86ff/The.Princess.and.the.Frog.2009.PLDUB.DVDRip.XviD-JB.part3.rar.html
http://hotfile.com/dl/54941647/9d86f30/The.Princess.and.the.Frog.2009.PLDUB.DVDRip.XviD-JB.part1.rar.html
http://hotfile.com/dl/49510564/73221de/P.Frog.part1.rar.html
http://hotfile.com/dl/49610460/f69aa92/P.Frog.part2.rar.html
http://hotfile.com/dl/44341795/e756c71/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part09.rar.html
http://hotfile.com/dl/44341794/78694ad/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part01.rar.html
http://hotfile.com/dl/44341796/2dfa08a/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part03.rar.html
http://hotfile.com/dl/44341798/dd8cc45/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part06.rar.html
http://hotfile.com/dl/44341804/291b5dc/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part08.rar.html

16

CONFIDENTIAL

HF00820427

http://hotfile.com/dl/44341803/88fdecf/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part05.rar.html
http://hotfile.com/dl/44341800/89e255a/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part07.rar.html
http://hotfile.com/dl/44341805/4b17ae4/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part02.rar.html
http://hotfile.com/dl/44341801/ea8928c/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part04.rar.html
http://hotfile.com/dl/44341802/c141d91/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part10.rar.html
http://hotfile.com/dl/44342199/de80d90/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part11.rar.html
http://hotfile.com/dl/44342202/85dfe22/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part12.rar.html
http://hotfile.com/dl/44342286/38a60c3/The.Princess.And.The.Frog.2009.BRRip.XvidHD.720p-NPW.part13.rar.html
http://hotfile.com/dl/30803747/153c8b2/29-Princess.part1.rar.html
http://hotfile.com/dl/30803822/a7121db/29-Princess.part4.rar.html
http://hotfile.com/dl/30803908/04fbcd3/29-Princess.part5.rar.html
http://hotfile.com/dl/30803749/2b19cf3/29-Princess.part2.rar.html
http://hotfile.com/dl/30803814/e5685dd/29-Princess.part3.rar.html
http://hotfile.com/dl/33050986/9613275/0316_TFATF.part01.rar.html
http://hotfile.com/dl/33050992/abfd294/0316_TFATF.part02.rar.html
http://hotfile.com/dl/33050997/2428e9e/0316_TFATF.part03.rar.html
http://hotfile.com/dl/33051029/a05c678/0316_TFATF.part04.rar.html
http://hotfile.com/dl/33051050/829eadd/0316_TFATF.part05.rar.html
http://hotfile.com/dl/33051224/1337479/0316_TFATF.part06.rar.html
http://hotfile.com/dl/33051258/5cff624/0316_TFATF.part08.rar.html
http://hotfile.com/dl/33051264/10adba9/0316_TFATF.part09.rar.html
http://hotfile.com/dl/33051226/daf9229/0316_TFATF.part07.rar.html
http://hotfile.com/dl/33051291/5db3ca4/0316_TFATF.part12.rar.html
http://hotfile.com/dl/33051276/732ae99/0316_TFATF.part11.rar.html
http://hotfile.com/dl/33051273/6140c75/0316_TFATF.part10.rar.html
http://hotfile.com/dl/33051334/6c5b866/0316_TFATF.part15.rar.html
http://hotfile.com/dl/33051545/978f43f/0316_TFATF.part17.rar.html
http://hotfile.com/dl/33051309/a7bc0f1/0316_TFATF.part13.rar.html
http://hotfile.com/dl/33051323/9f2e65f/0316_TFATF.part14.rar.html
http://hotfile.com/dl/33051543/d8e1014/0316_TFATF.part16.rar.html
http://hotfile.com/dl/52261908/65286f2/P.O.P
http://hotfile.com/dl/52261956/af4b7d7/P.O.P
http://hotfile.com/dl/52261806/4eafb55/P.O.P
http://hotfile.com/dl/52261881/4bdbc55/P.O.P
http://hotfile.com/dl/58262565/881ac99/POPTSOT.2010.TS.Proper.400MB.ShAaNiG.part3.rar.html
http://hotfile.com/dl/58262677/9aa4e79/POPTSOT.2010.TS.Proper.400MB.ShAaNiG.part4.rar.html
http://hotfile.com/dl/58262487/45c6b2a/POPTSOT.2010.TS.Proper.400MB.ShAaNiG.part1.rar.html
http://hotfile.com/dl/58262521/f998b9d/POPTSOT.2010.TS.Proper.400MB.ShAaNiG.part2.rar.html
http://hotfile.com/dl/57646099/918e7b0/Prince.of.Persia.TS.V2.IMAGiNE.avi.001.html
http://hotfile.com/dl/55704915/26973ce/P.O.P.2010.400MB.part1.rar.html
http://hotfile.com/dl/55705129/e1f1e81/P.O.P.2010.400MB.part2.rar.html
http://hotfile.com/dl/52645326/4c4c769/nCfPsa.TS.XViD-IMAGiNE.part1.rar.html
http://hotfile.com/dl/52645335/789bb48/nCfPsa.TS.XViD-IMAGiNE.part3.rar.html

17

CONFIDENTIAL

HF00820428

http://hotfile.com/dl/52645330/058eec1/nCfPsa.TS.XViD-IMAGiNE.part2.rar.html
http://hotfile.com/dl/52645342/b88fd7a/nCfPsa.TS.XViD-IMAGiNE.part5.rar.html
http://hotfile.com/dl/52645343/87a0936/nCfPsa.TS.XViD-IMAGiNE.part6.rar.html
http://hotfile.com/dl/52645337/11acd8f/nCfPsa.TS.XViD-IMAGiNE.part4.rar.html
http://hotfile.com/dl/52645346/c34007c/nCfPsa.TS.XViD-IMAGiNE.part7.rar.html
http://hotfile.com/dl/52645347/727e391/nCfPsa.TS.XViD-IMAGiNE.part8.rar.html
http://hotfile.com/dl/45767221/f240a3b/P.of.P.T.S.of.T.2010.TS.Tr.Dublaj.part1.rar.html
http://hotfile.com/dl/45768028/f1a55fe/P.of.P.T.S.of.T.2010.TS.Tr.Dublaj.part2.rar.html
http://hotfile.com/dl/45768872/6a26d6a/P.of.P.T.S.of.T.2010.TS.Tr.Dublaj.part4.rar.html
http://hotfile.com/dl/45769030/8db97cc/P.of.P.T.S.of.T.2010.TS.Tr.Dublaj.part3.rar.html
http://hotfile.com/dl/57564286/cb3b6c9/POP.2010.400MB.part1.rar.html
http://hotfile.com/dl/57564418/1ef4d9f/POP.2010.400MB.part2.rar.html
http://hotfile.com/dl/57564492/28b7eb4/POP.2010.400MB.part3.rar.html
http://hotfile.com/dl/57567279/6cf8cf6/POP.2010.400MB.part4.rar.html
http://hotfile.com/dl/56516531/e1a44ac/DirtyDingo.org.backup.POP.TSOT.part3.rar.html
http://hotfile.com/dl/56513004/002bb639/DirtyDingo.org.backup.POP.TSOT.part8.rar.html
http://hotfile.com/dl/56516295/8fb76c1/DirtyDingo.org.backup.POP.TSOT.part1.rar.html
http://hotfile.com/dl/56516532/1ba8ce2/DirtyDingo.org.backup.POP.TSOT.part2.rar.html
http://hotfile.com/dl/56516739/83a8cc8/DirtyDingo.org.backup.POP.TSOT.part5.rar.html
http://hotfile.com/dl/56516745/7061165/DirtyDingo.org.backup.POP.TSOT.part4.rar.html
http://hotfile.com/dl/56516968/b72d03c/DirtyDingo.org.backup.POP.TSOT.part6.rar.html
http://hotfile.com/dl/56517189/c1e3042/DirtyDingo.org.backup.POP.TSOT.part7.rar.html
http://hotfile.com/dl/57727050/6c479fb/2.PrisM-tsa.PatoTheKing.part2.rar.html
http://hotfile.com/dl/57726038/d0ee5bb/2.PrisM-tsa.PatoTheKing.part1.rar.html
http://hotfile.com/dl/57727468/abbe9df/2.PrisM-tsa.PatoTheKing.part3.rar.html
http://hotfile.com/dl/57727996/29057d7/2.PrisM-tsa.PatoTheKing.part4.rar.html
http://hotfile.com/dl/57211283/03e4107/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part1.rar.html
http://hotfile.com/dl/57211380/acd496c/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part2.rar.html
http://hotfile.com/dl/57211423/e76f4b0/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part3.rar.html
http://hotfile.com/dl/57212820/d99442a/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part7.rar.html
http://hotfile.com/dl/57212345/935e032/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part6.rar.html
http://hotfile.com/dl/57211438/f6fd26e/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part4.rar.html
http://hotfile.com/dl/57212294/4e189a4/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part5.rar.html
http://hotfile.com/dl/57212894/28f0bea/The_Sorcerers_Apprentice_TS_v2_XviD-NOVA.part8.rar.html
http://hotfile.com/dl/56994225/916a6ff/Akilwood3T3SAtsSinglLink2-Freshupload.org.rar.html
http://hotfile.com/dl/57254733/a925578/AAAkilwoodTSAtsSinglLink-Freshupload.org.rar.html
http://hotfile.com/dl/55819291/2b3d33a/AkilwoodTSAts-Freshupload.org.part2.rar.html
http://hotfile.com/dl/55819275/1d6323f/AkilwoodTSAts-Freshupload.org.part1.rar.html
http://hotfile.com/dl/55819325/9386679/AkilwoodTSAts-Freshupload.org.part4.rar.html
http://hotfile.com/dl/55819309/e4bf4a4/AkilwoodTSAts-Freshupload.org.part3.rar.html
http://hotfile.com/dl/56054390/a96b525/Akilwood3T3SAtsSinglLink-Freshupload.org.rar.html
http://hotfile.com/dl/57231366/07ab7dd/fuzzyshare.com__The.Sorcerers.Apprentice.part1.rar.html
http://hotfile.com/dl/57230406/98ff914/fuzzyshare.com__The.Sorcerers.Apprentice.part3.rar.html
http://hotfile.com/dl/57231068/460c3be/fuzzyshare.com__The.Sorcerers.Apprentice.part2.rar.html
http://hotfile.com/dl/57230313/d9346b2/fuzzyshare.com__The.Sorcerers.Apprentice.part4.rar.html
http://hotfile.com/dl/57361591/cd6be61/sorcprof.part1.rar.html
http://hotfile.com/dl/57361833/bab58ed/sorcprof.part2.rar.html
http://hotfile.com/dl/57362030/c867876/sorcprof.part4.rar.html
http://hotfile.com/dl/57362253/c37257a/sorcprof.part6.rar.html
http://hotfile.com/dl/57361804/150d1e6/sorcprof.part3.rar.html
http://hotfile.com/dl/57362318/ecb46f9/sorcprof.part7.rar.html

18

CONFIDENTIAL                                                                                                    HF00820429

http://hotfile.com/dl/57362116/44408c5/sorcprof.part5.rar.html
http://hotfile.com/dl/56346414/e39fcf1/Sorc6e4_www.movieinfo.blog.com_.mkv.html

--------------------

CONFIDENTIAL                                                                      HF00820430

**From:**      Hotfile.com Abuse [abuse@hotfile.com]
**Sent:**      Friday, January 28, 2011 3:13 PM
**To:**        Internet.Enforcement@disney.com
**Subject:**   Re: Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 6595] (PM)


The following files were deleted:
http://hotfile.com/dl/46847030/19fa85c/TLS.Ts.Xvid.LKRG.part1.rar.html
http://hotfile.com/dl/97237242/728dc6d/aod.2011.part2.avi.html


Best regards,
Hotfile.com abuse department

Internet.Enforcement@disney.com wrote:
><P>Thursday, January 27, 2011<BR><BR><U>Via Electronic Mail (
><A>abuse@hotfile.com</A> )</U><BR><BR>hotfile.com <BR>c/o Designated
>Agent <BR><BR>Re: Infringing Content Re-notification [Notice ID:6595
><YET generated be to>] <BR>File No. (PM) (http://hotfile.com) </P>
><P>Dear Sir or Madam: <BR><BR>I refer to my previous letter(s) sent to
>you (see "Original Notification Dates" listed below), in which Disney
>Enterprises, Inc., and/or its subsidiaries or affiliated companies,
>("Disney") documented infringement of Disney copyrighted works on your
>site. To date, you have not removed this content, which continues to be
>accessible at one or more of the links identified below. <BR><BR>Please
>take immediate action to disable access and remove the infringing
>content identified below. Disney will be forced to consider all
>alternative actions available if you fail to comply with this letter
>immediately. </P> <P><U>Copyrighted works infringed
>upon:</U><BR>Audiovisual works, including without limitation, <I>Last
>Song, The</I>, <I>Once Upon A Warrior (Anaganaga O Dheerudu)</I></P>
><P><B>Location and original notification dates of infringing
>material:</B></P> <P><A
>href="http://hotfile.com/dl/46847030/19fa85c/TLS.Ts.Xvid.LKRG.part1.rar
>.html">http://hotfile.com/dl/46847030/19fa85c/TLS.Ts.Xvid.LKRG.part1.ra
>r.html</A><BR><SMALL><I>* To date, a total of 2 notice(s) previously
>sent for this link. <BR>(Original Notification Date: 8/5/2010 1:17:48
>AM)</I></SMALL><BR><BR><A
>href="http://hotfile.com/dl/97237242/728dc6d/aod.2011.part2.avi.html">h
>ttp://hotfile.com/dl/97237242/728dc6d/aod.2011.part2.avi.html</A><BR><S
>MALL><I>* To date, a total of 1 notice(s) previously sent for this
>link. <BR>(Original Notification Date: 1/25/2011 12:37:29
>AM)</I></SMALL><BR><BR></P> <P>This letter is not a complete statement
>of Disneys rights in connection with this matter, and nothing contained
>herein constitutes an express or implied waiver of any rights,
>remedies, or defenses of Disney in connection with this matter, all of
>which are expressly reserved. </P> <P>Sent on behalf of, <BR><BR>//
>Cynthia Tobar // <BR><BR>Cynthia Tobar<BR>Antipiracy Paralegal<BR>The
>Walt Disney Company<BR>500 S. Buena Vista
>Street<BR>Burbank,CA,91521<BR></P>
><P><BR><BR><BR>[NOTE: The above Links have been re-listed here in
>single line format for convenience.]
><BR><BR>--------------------<BR><BR>http://hotfile.com/dl/46847030/19fa
>85c/TLS.Ts.Xvid.LKRG.part1.rar.html<BR>http://hotfile.com/dl/97237242/7
>28dc6d/aod.2011.part2.avi.html<BR><BR>--------------------<BR><BR></P>

CONFIDENTIAL                                                            HF00348003

| | |
|---|---|
| **From:** | Hotfile.com Abuse [abuse@hotfile.com] |
| **Sent:** | Tuesday, March 15, 2011 5:35 PM |
| **To:** | Internet.Enforcement@disney.com |
| **Subject:** | Re: Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 7415] (PM) |

```
The following files were deleted:
http://hotfile.com/dl/95771654/a4d5a68/TeamHanna.org_KR46-KURYU.part1.rar.html
http://hotfile.com/dl/95771667/617f353/TeamHanna.org_KR46-KURYU.part2.rar.html
http://hotfile.com/dl/97198775/3ed7009/Tangled.2010.TS.XViD-DiNKY.avi.part4.rar.html
http://hotfile.com/dl/97198910/dd87a6c/Tangled.2010.TS.XViD-DiNKY.avi.part3.rar.html
http://hotfile.com/dl/97198969/ee46d40/Tangled.2010.TS.XViD-DiNKY.avi.part2.rar.html
http://hotfile.com/dl/97198820/faa2038/Tangled.2010.TS.XViD-DiNKY.avi.part1.rar.html
http://hotfile.com/dl/85359685/698f23d/tag.2010.cm.xtremeli.com.part2.rar.html
http://hotfile.com/dl/85360931/5a342b4/tag.2010.cm.xtremeli.com.part1.rar.html
http://hotfile.com/dl/97898188/6dc9b15/Tangled.2010-SUMO.part1.rar.html
http://hotfile.com/dl/97898251/62c448d/Tangled.2010-SUMO.part3.rar.html
http://hotfile.com/dl/97898245/9067a2f/Tangled.2010-SUMO.part2.rar.html
http://hotfile.com/dl/97898256/5dac5bc/Tangled.2010-SUMO.part4.rar.html
http://hotfile.com/dl/97898451/9138810/Tangled.2010-SUMO.part5.rar.html
http://hotfile.com/dl/97898491/4d86ef6/Tangled.2010-SUMO.part6.rar.html
http://hotfile.com/dl/97898494/bf2303a/Tangled.2010-SUMO.part7.rar.html
http://hotfile.com/dl/93307536/4a8ce12/Tangled.2010.Divxin.net.part2.rar.html
http://hotfile.com/dl/93307539/5aa836c/Tangled.2010.Divxin.net.part1.rar.html
http://hotfile.com/dl/93307537/c44c348/Tangled.2010.Divxin.net.part3.rar.html
http://hotfile.com/dl/93307538/3fbefbd/Tangled.2010.Divxin.net.part4.rar.html
http://hotfile.com/dl/93163910/57015d6/Enrredados_KTAOMAI.part4.rar.html
http://hotfile.com/dl/93163929/1c40b85/Enrredados_KTAOMAI.part2.rar.html
http://hotfile.com/dl/93163978/4682bf7/Enrredados_KTAOMAI.part3.rar.html
http://hotfile.com/dl/93163982/802eede/Enrredados_KTAOMAI.part1.rar.html
http://hotfile.com/dl/93164078/605f813/Enrredados_KTAOMAI.part6.rar.html
http://hotfile.com/dl/93164257/5c4c366/Enrredados_KTAOMAI.part5.rar.html
http://hotfile.com/dl/98128712/068b8ac/Tangled.part3.rar.html
http://hotfile.com/dl/98126350/bc34a42/Tangled.part4.rar.html
http://hotfile.com/dl/98128628/5860e80/Tangled.part2.rar.html
http://hotfile.com/dl/98128846/bd62796/Tangled.part1.rar.html
http://hotfile.com/dl/98183539/dbc510a/Tangled.2010.TC.H264-DMZ.part03.rar.html
http://hotfile.com/dl/98183436/986bc74/Tangled.2010.TC.H264-DMZ.part01.rar.html
http://hotfile.com/dl/98183468/193bf35/Tangled.2010.TC.H264-DMZ.part02.rar.html
http://hotfile.com/dl/98183602/fd737ee/Tangled.2010.TC.H264-DMZ.part05.rar.html
http://hotfile.com/dl/98183631/6233376/Tangled.2010.TC.H264-DMZ.part07.rar.html
http://hotfile.com/dl/98183556/b8e32da/Tangled.2010.TC.H264-DMZ.part04.rar.html
http://hotfile.com/dl/98183615/910a36e/Tangled.2010.TC.H264-DMZ.part06.rar.html
http://hotfile.com/dl/98183675/fa30ab8/Tangled.2010.TC.H264-DMZ.part08.rar.html
http://hotfile.com/dl/98183681/9b84e2e/Tangled.2010.TC.H264-DMZ.part09.rar.html
http://hotfile.com/dl/86524065/b4dd2da/Raiponce.FRENCH.TS.MD.XViD.avi.html
http://hotfile.com/dl/96316573/8ada2f2/Tangled10.TC-IMAGiNE.part3.rar.html
http://hotfile.com/dl/96316567/f4fb9aa/Tangled10.TC-IMAGiNE.part2.rar.html
http://hotfile.com/dl/96316643/7d6d29b/Tangled10.TC-IMAGiNE.part4.rar.html
http://hotfile.com/dl/96316564/b065fb8/Tangled10.TC-IMAGiNE.part1.rar.html
http://hotfile.com/dl/91142069/d538107/ddpanda_rana_Tangled_2010_TS_XViD_-
_IMAGiNE.avi.part1.rar
http://hotfile.com/dl/91143315/4df21ea/ddpanda_rana_Tangled_2010_TS_XViD_-
_IMAGiNE.avi.part2.rar.html
```

CONFIDENTIAL                                                                      HF00431214

```
http://hotfile.com/dl/92557668/bd7a62a/Tangled_2010_TSIMp4Movies.com.mp4.html
http://hotfile.com/dl/97049339/a0b2031/Enred-TS-HQ-Latino-by-davidyceci.part2.rar.html
http://hotfile.com/dl/97049413/9430b4e/Enred-TS-HQ-Latino-by-davidyceci.part1.rar.html
http://hotfile.com/dl/97049441/afbbd04/Enred-TS-HQ-Latino-by-davidyceci.part4.rar.html
http://hotfile.com/dl/97050030/19aa319/Enred-TS-HQ-Latino-by-davidyceci.part3.rar.html
http://hotfile.com/dl/88094427/3efdc17/Tangled_2010_TS_XviD-LTRG.avi.html
http://hotfile.com/dl/93828057/70c64c0/01TRON_Legacy__(2010)_DVDRip_XviD.part3.rar.html
http://hotfile.com/dl/93828062/3244663/01TRON_Legacy__(2010)_DVDRip_XviD.part4.rar.html
http://hotfile.com/dl/93828045/ca850e7/01TRON_Legacy__(2010)_DVDRip_XviD.part1.rar.html
http://hotfile.com/dl/93828052/8ba6a43/01TRON_Legacy__(2010)_DVDRip_XviD.part2.rar.html
http://hotfile.com/dl/93828065/2004f05/01TRON_Legacy__(2010)_DVDRip_XviD.part5.rar.html
http://hotfile.com/dl/93828223/840fc85/01TRON_Legacy__(2010)_DVDRip_XviD.part7.rar.html
http://hotfile.com/dl/93828071/9174848/01TRON_Legacy__(2010)_DVDRip_XviD.part6.rar.html
http://hotfile.com/dl/93828225/f617682/01TRON_Legacy__(2010)_DVDRip_XviD.part8.rar.html
http://hotfile.com/dl/95920209/95f4b75/www.ferbourtoi.org.Gh0st.Tron.Legacy.2010.300mb.mkv.ht
ml
http://hotfile.com/dl/97285659/664e8fd/_TRON_Legacy_2010_.avi.001.html
http://hotfile.com/dl/92027419/7f100d2/san-troleg.ts.Ankesh.part1.rar.html
http://hotfile.com/dl/92027509/c3ce0fa/san-troleg.ts.Ankesh.part2.rar.html
http://hotfile.com/dl/92027530/eedd835/san-troleg.ts.Ankesh.part3.rar.html
http://hotfile.com/dl/91222327/02ebb18/TRON.Legacy.2010.TS.XViD.TR.Altyazi-
JayS.part2.rar.html
http://hotfile.com/dl/91222328/8d0a16c/TRON.Legacy.2010.TS.XViD.TR.Altyazi-
JayS.part3.rar.html
http://hotfile.com/dl/91222329/4f51ea1/TRON.Legacy.2010.TS.XViD.TR.Altyazi-
JayS.part4.rar.html
http://hotfile.com/dl/91222330/29c380f/TRON.Legacy.2010.TS.XViD.TR.Altyazi-
JayS.part1.rar.html
http://hotfile.com/dl/95226081/5810276/TeenDezire.com.Tron.Legacy.TS.IMAGiNE._2010_-
300MB.rar.html


Best regards,
Hotfile.com abuse department

Internet.Enforcement@disney.com wrote:
><P>Wednesday, March 16, 2011<BR><BR><U>Via Electronic Mail (
><A>abuse@hotfile.com</A> )</U><BR><BR>hotfile.com <BR>c/o Designated
>Agent <BR><BR>Re: Infringing Content Re-notification [Notice No:7415
><YET generated be to>] <BR>File No. (PM) (http://hotfile.com) </P>
><P>Dear Sir or Madam: <BR><BR>I refer to my previous letter(s) sent to
>you (see "Original Notification Dates" listed below), in which Disney
>Enterprises, Inc., and/or its subsidiaries or affiliated companies,
>("Disney") documented infringement of Disney copyrighted works on your
>site. To date, you have not removed this content, which continues to be
>accessible at one or more of the links identified below. <BR><BR>Please
>take immediate action to disable access and remove the infringing
>content identified below. Disney will be forced to consider all
>alternative actions available if you fail to comply with this letter
>immediately. </P> <P><U>Copyrighted works infringed
>upon:</U><BR>Audiovisual works, including without limitation,
><I>Tangled</I>, <I>TRON: Legacy</I></P> <P><B>Location and original
>notification dates of infringing material:</B></P> <P><A
>href="http://hotfile.com/dl/95771654/a4d5a68/TeamHanna.org_KR46-KURYU.p
>art1.rar.html">http://hotfile.com/dl/95771654/a4d5a68/TeamHanna.org_KR4
>6-KURYU.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1
>notice(s) previously sent for this link. <BR>(Original Notification
>Date: 1/25/2011 12:37:52 AM)</I></SMALL><BR><BR><A
>href="http://hotfile.com/dl/95771667/617f353/TeamHanna.org_KR46-KURYU.p
```

                                                    HF00431215

```
>art2.rar.html">http://hotfile.com/dl/95771667/617f353/TeamHanna.org_KR4
>6-KURYU.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1
>notice(s) previously sent for this link. <BR>(Original Notification
>Date: 1/25/2011 12:37:56 AM)</I></SMALL><BR><BR><A
>href="http://hotfile.com/dl/97198775/3ed7009/Tangled.2010.TS.XViD-DiNKY
>.avi.part4.rar.html">http://hotfile.com/dl/97198775/3ed7009/Tangled.201
>0.TS.XViD-DiNKY.avi.part4.rar.html</A><BR><SMALL><I>* To date, a total
>of 1 notice(s) previously sent for this link. <BR>(Original
>Notification Date: 1/25/2011 12:39:05 AM)</I></SMALL><BR><BR
 ><A href="http://hotfile.com/dl/97198910/dd87a6c/Tangled.2010.TS.XViD-
DiNKY.avi.part3.rar.html">http://hotfile.com/dl/97198910/dd87a6c/Tangled.2010.TS.XViD-
DiNKY.avi.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent
for this link. <BR>(Original Notification Date: 1/25/2011 12:39:11 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/97198969/ee46d40/Tangled.2010.TS.XViD-
DiNKY.avi.part2.rar.html">http://hotfile.com/dl/97198969/ee46d40/Tangled.2010.TS.XViD-
DiNKY.avi.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent
for this link. <BR>(Original Notification Date: 1/25/2011 12:39:35 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/97198820/faa2038/Tangled.2010.TS.XViD-
DiNKY.avi.part1.rar.html">http://hotfile.com/dl/97198820/faa2038/Tangled.2010.TS.XViD-
DiNKY.avi.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent
for this link. <BR>(Original Notification Date: 1/25/2011 12:39:40  AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85359685/698f23d/tag.2010.cm.xtremeli.com.part2.rar.html">http://
hotfile.com/dl/85359685/698f23d/tag.2010.cm.xtremeli.com.part2.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
1/25/2011 12:40:14 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85360931/5a342b4/tag.2010.cm.xtremeli.com.part1.rar.html">http://
hotfile.com/dl/85360931/5a342b4/tag.2010.cm.xtremeli.com.part1.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
1/25/2011 12:40:18 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/97898188/6dc9b15/Tangled.2010-
SUMO.part1.rar.html">http://hotfile.com/dl/97898188/6dc9b15/Tangled.2010-
SUMO.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:40:20 AM)</I></SMALL><BR><BR><A hr
 ef="http://hotfile.com/dl/97898251/62c448d/Tangled.2010-
SUMO.part3.rar.html">http://hotfile.com/dl/97898251/62c448d/Tangled.2010-
SUMO.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:40:21 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/97898245/9067a2f/Tangled.2010-
SUMO.part2.rar.html">http://hotfile.com/dl/97898245/9067a2f/Tangled.2010-
SUMO.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:40:23 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/97898256/5dac5bc/Tangled.2010-
SUMO.part4.rar.html">http://hotfile.com/dl/97898256/5dac5bc/Tangled.2010-
SUMO.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:40:24 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/97898451/9138810/Tangled.2010-
 SUMO.part5.rar.html">http://hotfile.com/dl/97898451/9138810/Tangled.2010-
SUMO.part5.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:40:25 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/97898491/4d86ef6/Tangled.2010-
SUMO.part6.rar.html">http://hotfile.com/dl/97898491/4d86ef6/Tangled.2010-
SUMO.part6.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:40:48 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/97898494/bf2303a/Tangled.2010-
SUMO.part7.rar.html">http://hotfile.com/dl/97898494/bf2303a/Tangled.2010-
SUMO.part7.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:41:19 AM)</I></SMALL><BR><BR><A
```

CONFIDENTIAL

HF00431216

href="http://hotfile.com/dl/93307536/4a8ce12/Tangled.2010.Divxin.net.part2.rar.html">http://h
otfile.com/dl/9330753

6/4a8ce12/Tangled.2010.Divxin.net.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 1/25/2011 12:41:23
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/93307539/5aa836c/Tangled.2010.Divxin.net.part1.rar.html">http://h
otfile.com/dl/93307539/5aa836c/Tangled.2010.Divxin.net.part1.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
1/25/2011 12:41:26 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/93307537/c44c348/Tangled.2010.Divxin.net.part3.rar.html">http://h
otfile.com/dl/93307537/c44c348/Tangled.2010.Divxin.net.part3.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
1/25/2011 12:41:28 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/93307538/3fbefbd/Tangled.2010.Divxin.net.part4.rar.html">http://h
otfile.com/dl/93307538/3fbefbd/Tangled.20

10.Divxin.net.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 1/25/2011 12:41:31
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/93163910/57015d6/Enrredados_KTAOMAI.part4.rar.html">http://hotfil
e.com/dl/93163910/57015d6/Enrredados_KTAOMAI.part4.rar.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
1/25/2011 12:41:56 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/93163929/1c40b85/Enrredados_KTAOMAI.part2.rar.html">http://hotfil
e.com/dl/93163929/1c40b85/Enrredados_KTAOMAI.part2.rar.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
1/25/2011 12:42:01 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/93163978/4682bf7/Enrredados_KTAOMAI.part3.rar.html">http://hotfil
e.com/dl/93163978/4682bf7/Enrredados_KTAOMAI.part3.rar.html</A><BR><SMALL><I>* To
   date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification
Date: 1/25/2011 12:42:03 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/93163982/802eede/Enrredados_KTAOMAI.part1.rar.html">http://hotfil
e.com/dl/93163982/802eede/Enrredados_KTAOMAI.part1.rar.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
1/25/2011 12:42:05 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/93164078/605f813/Enrredados_KTAOMAI.part6.rar.html">http://hotfil
e.com/dl/93164078/605f813/Enrredados_KTAOMAI.part6.rar.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
1/25/2011 12:42:39 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/93164257/5c4c366/Enrredados_KTAOMAI.part5.rar.html">http://hotfil
e.com/dl/93164257/5c4c366/Enrredados_KTAOMAI.part5.rar.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for  this link. <BR>(Original Notification Date:
1/25/2011 12:42:45 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98128712/068b8ac/Tangled.part3.rar.html">http://hotfile.com/dl/98
128712/068b8ac/Tangled.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 1/25/2011 12:42:50
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98126350/bc34a42/Tangled.part4.rar.html">http://hotfile.com/dl/98
126350/bc34a42/Tangled.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 1/25/2011 12:42:55
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98128628/5860e80/Tangled.part2.rar.html">http://hotfile.com/dl/98
128628/5860e80/Tangled.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 1/25/2011 12:43:23
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl


/98128846/bd62796/Tangled.part1.rar.html">http://hotfile.com/dl/98128846/bd62796/Tangled.part
1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 1/25/2011 12:43:26 AM)</I></SMALL><BR><BR><A

CONFIDENTIAL

HF00431217

href="http://hotfile.com/dl/98183539/dbc510a/Tangled.2010.TC.H264-
DMZ.part03.rar.html">http://hotfile.com/dl/98183539/dbc510a/Tangled.2010.TC.H264-
DMZ.part03.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:43:30 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98183436/986bc74/Tangled.2010.TC.H264-
DMZ.part01.rar.html">http://hotfile.com/dl/98183436/986bc74/Tangled.2010.TC.H264-
DMZ.part01.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:43:35 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98183468/193bf35/Tangled.2010.TC.H264-DMZ.p
art02.rar.html">http://hotfile.com/dl/98183468/193bf35/Tangled.2010.TC.H264-
DMZ.part02.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:43:38 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98183602/fd737ee/Tangled.2010.TC.H264-
DMZ.part05.rar.html">http://hotfile.com/dl/98183602/fd737ee/Tangled.2010.TC.H264-
DMZ.part05.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:43:42 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98183631/6233376/Tangled.2010.TC.H264-
DMZ.part07.rar.html">http://hotfile.com/dl/98183631/6233376/Tangled.2010.TC.H264-
DMZ.part07.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:43:45 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98183556/b8e32da/Tangled.2010.TC.H264-DMZ.part04.ra
r.html">http://hotfile.com/dl/98183556/b8e32da/Tangled.2010.TC.H264-
DMZ.part04.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:44:18 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98183615/910a36e/Tangled.2010.TC.H264-
DMZ.part06.rar.html">http://hotfile.com/dl/98183615/910a36e/Tangled.2010.TC.H264-
DMZ.part06.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:44:23 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98183675/fa30ab8/Tangled.2010.TC.H264-
DMZ.part08.rar.html">http://hotfile.com/dl/98183675/fa30ab8/Tangled.2010.TC.H264-
DMZ.part08.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:44:29 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/98183681/9b84e2e/Tangled.2010.TC.H264-DMZ.part09.rar.html">
http://hotfile.com/dl/98183681/9b84e2e/Tangled.2010.TC.H264-
DMZ.part09.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:44:32 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/86524065/b4dd2da/Raiponce.FRENCH.TS.MD.XviD.avi.html">http://hotf
ile.com/dl/86524065/b4dd2da/Raiponce.FRENCH.TS.MD.XviD.avi.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
1/27/2011 8:46:31 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/96316573/8ada2f2/Tangled10.TC-
IMAGiNE.part3.rar.html">http://hotfile.com/dl/96316573/8ada2f2/Tangled10.TC-
IMAGiNE.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/27/2011 8:46:32 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/96316567/f4fb9aa/Tangled10.TC-
IMAGiNE.part2.rar.html">http://hotfile.com/dl/96316567/f4fb
9aa/Tangled10.TC-IMAGiNE.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 1/27/2011 8:46:33
PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/96316643/7d6d29b/Tangled10.TC-
IMAGiNE.part4.rar.html">http://hotfile.com/dl/96316643/7d6d29b/Tangled10.TC-
IMAGiNE.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/27/2011 8:46:34 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/96316564/b065fb8/Tangled10.TC-
IMAGiNE.part1.rar.html">http://hotfile.com/dl/96316564/b065fb8/Tangled10.TC-
IMAGiNE.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/27/2011 8:46:35 PM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/91142069/d538107/ddpanda_rana_Tangled_2010_TS_XViD_-
_IMAGiNE.avi.part1.rar">http://hotfile.com/dl/91142069/d538107/ddpanda_rana_Ta

ngled_2010_TS_XViD_-_IMAGiNE.avi.part1.rar</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 1/27/2011 8:46:36 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/91143315/4df21ea/ddpanda_rana_Tangled_2010_TS_XViD_-_IMAGiNE.avi.part2.rar.html">http://hotfile.com/dl/91143315/4df21ea/ddpanda_rana_Tangled_2010_TS_XViD_-_IMAGiNE.avi.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 1/27/2011 8:46:37 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/92557668/bd7a62a/Tangled_2010_TSIMp4Movies.com.mp4.html">http://hotfile.com/dl/92557668/bd7a62a/Tangled_2010_TSIMp4Movies.com.mp4.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 1/27/2011 8:46:38 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/97049339/a0b2031/Enred-TS-HQ-Latino-by-davidyceci.part2.rar.html">h

ttp://hotfile.com/dl/97049339/a0b2031/Enred-TS-HQ-Latino-by-davidyceci.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 2/2/2011 8:14:25 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/97049413/9430b4e/Enred-TS-HQ-Latino-by-davidyceci.part1.rar.html">http://hotfile.com/dl/97049413/9430b4e/Enred-TS-HQ-Latino-by-davidyceci.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 2/2/2011 8:14:26 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/97049441/afbbd04/Enred-TS-HQ-Latino-by-davidyceci.part4.rar.html">http://hotfile.com/dl/97049441/afbbd04/Enred-TS-HQ-Latino-by-davidyceci.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 2/2/2011 8:14:27 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/97050030/19aa319/Enred-TS-HQ-Latino-by-davidyceci.part3.rar.html">http://hotfile.com/dl/97050030/19aa319/Enred-TS-HQ-Latino-by-davidyceci.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 2/2/2011 8:14:27 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/88094427/3efdc17/Tangled_2010_TS_XviD-LTRG.avi.html">http://hotfile.com/dl/88094427/3efdc17/Tangled_2010_TS_XviD-LTRG.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 2/2/2011 8:14:28 PM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/93828057/70c64c0/01TRON_Legacy_(2010)_DVDRip_XviD.part3.rar.html">http://hotfile.com/dl/93828057/70c64c0/01TRON_Legacy_(2010)_DVDRip_XviD.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 1/6/2011 2:38:45 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/93828062/3244663/01TRON_Legacy_(2010)

_DVDRip_XviD.part4.rar.html">http://hotfile.com/dl/93828062/3244663/01TRON_Legacy_(2010)_DVDRip_XviD.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 1/6/2011 2:38:52 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/93828045/ca850e7/01TRON_Legacy_(2010)_DVDRip_XviD.part1.rar.html">http://hotfile.com/dl/93828045/ca850e7/01TRON_Legacy_(2010)_DVDRip_XviD.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 1/6/2011 2:38:54 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/93828052/8ba6a43/01TRON_Legacy_(2010)_DVDRip_XviD.part2.rar.html">http://hotfile.com/dl/93828052/8ba6a43/01TRON_Legacy_(2010)_DVDRip_XviD.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 1/6/2011 2:38:56 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/93828065/

2004f05/01TRON_Legacy_(2010)_DVDRip_XviD.part5.rar.html">http://hotfile.com/dl/93828065/2004f05/01TRON_Legacy_(2010)_DVDRip_XviD.part5.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 1/6/2011 2:38:58 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/93828223/840fc85/01TRON_Legacy_(2010)_DVDRip_XviD.part7.rar.html">http://hotfile.com/dl/93828223/840fc85/01TRON_Legacy_(2010)_DVDRip_XviD.part7.rar.html</A><B

R><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original
Notification Date: 1/6/2011 2:39:02 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/93828071/9174848/01TRON_Legacy_(2010)_DVDRip_XviD.part6.rar.html"
>http://hotfile.com/dl/93828071/9174848/01TRON_Legacy_(2010)_DVDRip_XviD.part6.rar.html</A><B
R><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original
Notification Date: 1/6/2011 2:39:46 AM)</I></SMALL><BR><BR><A href="htt

p://hotfile.com/dl/93828225/f617682/01TRON_Legacy_(2010)_DVDRip_XviD.part8.rar.html">http://h
otfile.com/dl/93828225/f617682/01TRON_Legacy_(2010)_DVDRip_XviD.part8.rar.html</A><BR><SMALL>
<I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original
Notification Date: 1/6/2011 2:39:51 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/95920209/95f4b75/www.ferbourtoi.org.Gh0st.Tron.Legacy.2010.300mb.
mkv.html">http://hotfile.com/dl/95920209/95f4b75/www.ferbourtoi.org.Gh0st.Tron.Legacy.2010.30
0mb.mkv.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 1/25/2011 12:37:57 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/97285659/664e8fd/_TRON_Legacy_2010_.avi.001.html">http://hotfile.
com/dl/97285659/664e8fd/_TRON_Legacy_2010_.avi.001.html</A><BR><SMALL><I>* To date, a total
of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 1/25/2011
12:37:59 AM)</I></SMALL><B  R><BR><A href="http://hotfile.com/dl/92027419/7f100d2/san-
troleg.ts.Ankesh.part1.rar.html">http://hotfile.com/dl/92027419/7f100d2/san-
troleg.ts.Ankesh.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 1/25/2011 12:44:33
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/92027509/c3ce0fa/san-
troleg.ts.Ankesh.part2.rar.html">http://hotfile.com/dl/92027509/c3ce0fa/san-
troleg.ts.Ankesh.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 1/25/2011 12:44:34
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/92027530/eedd835/san-
troleg.ts.Ankesh.part3.rar.html">http://hotfile.com/dl/92027530/eedd835/san-
troleg.ts.Ankesh.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 1/25/2011 12:44:35
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/9

1222327/02ebb18/TRON.Legacy.2010.TS.XViD.TR.Altyazi-
JayS.part2.rar.html">http://hotfile.com/dl/91222327/02ebb18/TRON.Legacy.2010.TS.XViD.TR.Altya
zi-JayS.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:45:57 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/91222328/8d0a16c/TRON.Legacy.2010.TS.XViD.TR.Altyazi-
JayS.part3.rar.html">http://hotfile.com/dl/91222328/8d0a16c/TRON.Legacy.2010.TS.XViD.TR.Altya
zi-JayS.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:45:58 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/91222329/4f51ea1/TRON.Legacy.2010.TS.XViD.TR.Altyazi-
JayS.part4.rar.html">http://hotfile.com/dl/91222329/4f51ea1/TRON.Legacy.2010.TS.XViD.TR.Altya
zi-JayS.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notificatio  n Date: 1/25/2011 12:45:59 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/91222330/29c380f/TRON.Legacy.2010.TS.XViD.TR.Altyazi-
JayS.part1.rar.html">http://hotfile.com/dl/91222330/29c380f/TRON.Legacy.2010.TS.XViD.TR.Altya
zi-JayS.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/25/2011 12:45:59 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/95226081/5810276/TeenDezire.com.Tron.Legacy.TS.IMAGiNE._2010_-
300MB.rar.html">http://hotfile.com/dl/95226081/5810276/TeenDezire.com.Tron.Legacy.TS.IMAGiNE.
_2010_-300MB.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 1/27/2011 8:46:42 PM)</I></SMALL><BR><BR></P>
><P>This letter is not a complete statement of Disneys rights in
>connection with this matter, and nothing contained herein constitutes
>an express or implied waiver of any rights, remedies, or defenses of
>Disney in connection with this matter, all of which are expressly
>reserved. </P> <P>Sent on behalf of, <BR><BR>// Cynthia Tobar //
><BR><BR>Cynthia Tobar<BR>Antipiracy Paralegal<BR>The Walt Disney
>Company<BR>500 S. Buena Vista Street<BR>Burbank,CA,91521<BR></P>

CONFIDENTIAL                                                                      HF00431220

><P><BR><BR><BR>[NOTE: The above Links have been re-listed here in
>single line format for convenience.]
><BR><BR>--------------------<BR><BR>http://hotfile.com/dl/95771654/a4d5
>a68/TeamHanna.org_KR46-KURYU.part1.rar.html<BR>http://hotfile.com/dl/95
>771667/617f353/TeamHanna.org_KR46-KURYU.part2.rar.html<BR>http://hotfil
>e.com/dl/97198775/3ed7009/Tangled.2010.TS.XViD-DiNKY.avi.part4.rar.html
><BR>http://hotfile.com/dl/97198910/dd87a6c/Tangled.2010.TS.XViD-DiNKY.a
>vi.part3.rar.html<BR>http://hotfile.com/dl/97198969/ee46d40/Tangled.201
>0.TS.XViD-DiNKY.avi.part2.rar.html<BR>http://hotfile.com/dl/97198820/fa
>a2038/Tangled.2010.TS.XViD-DiNKY.avi.part1.rar.html<BR>http://hotfile.c
>om/dl/85359685/698f23d/tag.2010.cm.xtremeli.com.part2.rar.html<BR>http:
>//hotfile.com/dl/85360931/5a342b4/tag.2010.cm.xtremeli.com.part1.rar.ht
>ml<BR>http://hotfile.com/dl/97898188/6dc9b15/Tangled.2010-SUMO.part1.ra
>r.html<BR>http://hotfile.com/dl/97898251/62c448d/Tangled.2010-SUMO.part
>3.rar.html<BR>http://hotfile.com/d
 l/97898245/9067a2f/Tangled.2010-
SUMO.part2.rar.html<BR>http://hotfile.com/dl/97898256/5dac5bc/Tangled.2010-
SUMO.part4.rar.html<BR>http://hotfile.com/dl/97898451/9138810/Tangled.2010-
SUMO.part5.rar.html<BR>http://hotfile.com/dl/97898491/4d86ef6/Tangled.2010-
SUMO.part6.rar.html<BR>http://hotfile.com/dl/97898494/bf2303a/Tangled.2010-
SUMO.part7.rar.html<BR>http://hotfile.com/dl/93307536/4a8ce12/Tangled.2010.Divxin.net.part2.r
ar.html<BR>http://hotfile.com/dl/93307539/5aa836c/Tangled.2010.Divxin.net.part1.rar.html<BR>h
ttp://hotfile.com/dl/93307537/c44c348/Tangled.2010.Divxin.net.part3.rar.html<BR>http://hotfil
e.com/dl/93307538/3fbefbd/Tangled.2010.Divxin.net.part4.rar.html<BR>http://hotfile.com/dl/931
63910/57015d6/Enrredados_KTAOMAI.part4.rar.html<BR>http://hotfile.com/dl/93163929/1c40b85/Enr
redados_KTAOMAI.part2.rar.html<BR>http://hotfile.com/dl/93163978/4682bf7/Enrredados_KTAOMAI.p
art3.rar.html<BR>http://hotfile.com/dl/93163982/802eede/Enrredados_KTAOMAI.part1.rar.html<BR>
http:/

/hotfile.com/dl/93164078/605f813/Enrredados_KTAOMAI.part6.rar.html<BR>http://hotfile.com/dl/9
3164257/5c4c366/Enrredados_KTAOMAI.part5.rar.html<BR>http://hotfile.com/dl/98128712/068b8ac/T
angled.part3.rar.html<BR>http://hotfile.com/dl/98126350/bc34a42/Tangled.part4.rar.html<BR>htt
p://hotfile.com/dl/98128628/5860e80/Tangled.part2.rar.html<BR>http://hotfile.com/dl/98128846/
bd62796/Tangled.part1.rar.html<BR>http://hotfile.com/dl/98183539/dbc510a/Tangled.2010.TC.H264
-DMZ.part03.rar.html<BR>http://hotfile.com/dl/98183436/986bc74/Tangled.2010.TC.H264-
DMZ.part01.rar.html<BR>http://hotfile.com/dl/98183468/193bf35/Tangled.2010.TC.H264-
DMZ.part02.rar.html<BR>http://hotfile.com/dl/98183602/fd737ee/Tangled.2010.TC.H264-
DMZ.part05.rar.html<BR>http://hotfile.com/dl/98183631/6233376/Tangled.2010.TC.H264-
DMZ.part07.rar.html<BR>http://hotfile.com/dl/98183556/b8e32da/Tangled.2010.TC.H264-
DMZ.part04.rar.html<BR>http://hotfile.com/dl/98183615/910a36e/Tangled.2010.TC.H264-
DMZ.part06.rar.html<BR>ht
 tp://hotfile.com/dl/98183675/fa30ab8/Tangled.2010.TC.H264-
DMZ.part08.rar.html<BR>http://hotfile.com/dl/98183681/9b84e2e/Tangled.2010.TC.H264-
DMZ.part09.rar.html<BR>http://hotfile.com/dl/86524065/b4dd2da/Raiponce.FRENCH.TS.MD.XviD.avi.
html<BR>http://hotfile.com/dl/96316573/8ada2f2/Tangled10.TC-
IMAGiNE.part3.rar.html<BR>http://hotfile.com/dl/96316567/f4fb9aa/Tangled10.TC-
IMAGiNE.part2.rar.html<BR>http://hotfile.com/dl/96316643/7d6d29b/Tangled10.TC-
IMAGiNE.part4.rar.html<BR>http://hotfile.com/dl/96316564/b065fb8/Tangled10.TC-
IMAGiNE.part1.rar.html<BR>http://hotfile.com/dl/91142069/d538107/ddpanda_rana_Tangled_2010_TS
_XViD_-
_IMAGiNE.avi.part1.rar<BR>http://hotfile.com/dl/91143315/4df21ea/ddpanda_rana_Tangled_2010_TS
_XViD_-
_IMAGiNE.avi.part2.rar.html<BR>http://hotfile.com/dl/92557668/bd7a62a/Tangled_2010_TSIMp4Movi
es.com.mp4.html<BR>http://hotfile.com/dl/97049339/a0b2031/Enred-TS-HQ-Latino-by-
davidyceci.part2.rar.html<BR>http://hotfile.com/dl/97049413/9430b4e/Enred-TS-HQ-Latino-b
 y-davidyceci.part1.rar.html<BR>http://hotfile.com/dl/97049441/afbbd04/Enred-TS-HQ-Latino-by-
davidyceci.part4.rar.html<BR>http://hotfile.com/dl/97050030/19aa319/Enred-TS-HQ-Latino-by-
davidyceci.part3.rar.html<BR>http://hotfile.com/dl/88094427/3efdc17/Tangled_2010_TS_XViD-

LTRG.avi.html<BR>http://hotfile.com/dl/93828057/70c64c0/01TRON_Legacy_(2010)_DVDRip_XviD.part
3.rar.html<BR>http://hotfile.com/dl/93828062/3244663/01TRON_Legacy_(2010)_DVDRip_XviD.part4.r
ar.html<BR>http://hotfile.com/dl/93828045/ca850e7/01TRON_Legacy_(2010)_DVDRip_XviD.part1.rar.
html<BR>http://hotfile.com/dl/93828052/8ba6a43/01TRON_Legacy_(2010)_DVDRip_XviD.part2.rar.htm
l<BR>http://hotfile.com/dl/93828065/2004f05/01TRON_Legacy_(2010)_DVDRip_XviD.part5.rar.html<B
R>http://hotfile.com/dl/93828223/840fc85/01TRON_Legacy_(2010)_DVDRip_XviD.part7.rar.html<BR>h
ttp://hotfile.com/dl/93828071/9174848/01TRON_Legacy_(2010)_DVDRip_XviD.part6.rar.html<BR>http
://hotfile.com/dl/93828225/f617682/01TRON_Legacy_(2010)_DVDRip_XviD


.part8.rar.html<BR>http://hotfile.com/dl/95920209/95f4b75/www.ferbourtoi.org.Gh0st.Tron.Legac
y.2010.300mb.mkv.html<BR>http://hotfile.com/dl/97285659/664e8fd/_TRON_Legacy_2010_.avi.001.ht
ml<BR>http://hotfile.com/dl/92027419/7f100d2/san-
troleg.ts.Ankesh.part1.rar.html<BR>http://hotfile.com/dl/92027509/c3ce0fa/san-
troleg.ts.Ankesh.part2.rar.html<BR>http://hotfile.com/dl/92027530/eedd835/san-
troleg.ts.Ankesh.part3.rar.html<BR>http://hotfile.com/dl/91222327/02ebb18/TRON.Legacy.2010.TS
.XViD.TR.Altyazi-
JayS.part2.rar.html<BR>http://hotfile.com/dl/91222328/8d0a16c/TRON.Legacy.2010.TS.XViD.TR.Alt
yazi-
JayS.part3.rar.html<BR>http://hotfile.com/dl/91222329/4f51ea1/TRON.Legacy.2010.TS.XViD.TR.Alt
yazi-
JayS.part4.rar.html<BR>http://hotfile.com/dl/91222330/29c380f/TRON.Legacy.2010.TS.XViD.TR.Alt
yazi-
JayS.part1.rar.html<BR>http://hotfile.com/dl/95226081/5810276/TeenDezire.com.Tron.Legacy.TS.I
MAGiNE._2010_-300MB.rar.html<BR><BR>--------------------<BR><BR></P>

CONFIDENTIAL

HF00431222

| | |
|---|---|
| From: | Disney MyTeam International [INTL.Portal@disney.com] on behalf of Internet Enforcement [Internet.Enforcement@disney.com] |
| Sent: | Wednesday, July 07, 2010 12:56 PM |
| To: | abuse@hotfile.com |
| Subject: | Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 4099] (TMS) |
| Importance: | High |

Wednesday, July 07, 2010

Via Electronic Mail ( abuse@hotfile.com )

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4099 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

Copyrighted works infringed upon:
Audiovisual works, including without limitation, *Prince of Persia*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/46482499/b6eaeb2/kingdom-poptsot.ts.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:35 PM)*

http://hotfile.com/dl/46482540/ecae38d/kingdom-poptsot.ts.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:38 PM)*

http://hotfile.com/dl/46482557/edacc31/kingdom-poptsot.ts.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:46 PM)*

http://hotfile.com/dl/46489263/8c92f77/Prism-pop.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:50 PM)*

http://hotfile.com/dl/46489268/ee44213/Prism-pop.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*

HF00719990

*(Original Notification Date: 6/17/2010 4:56:53 PM)*

http://hotfile.com/dl/46489300/86408cf/Prism-pop.part5.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:56:57 PM)*

http://hotfile.com/dl/46489308/a4e060f/Prism-pop.part6.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:02 PM)*

http://hotfile.com/dl/46489310/1837afe/Prism-pop.part7.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:08 PM)*

http://hotfile.com/dl/46489352/91d698b/Prism-pop.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:12 PM)*

http://hotfile.com/dl/46489360/22ffb02/Prism-pop.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:16 PM)*

http://hotfile.com/dl/46492873/223090d/sc0rp-poptsotts.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:20 PM)*

http://hotfile.com/dl/46493018/8c978b9/sc0rp-poptsotts.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:57:23 PM)*

http://hotfile.com/dl/46546018/a3c3ffb/PrinceOfAkilwoodPersia_WarezSL.org.part12.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:11 PM)*

http://hotfile.com/dl/46546020/03326d6/PrinceOfAkilwoodPersia_WarezSL.org.part13.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:15 PM)*

http://hotfile.com/dl/46546021/202b7b7/PrinceOfAkilwoodPersia_WarezSL.org.part14.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:19 PM)*

http://hotfile.com/dl/46546056/2aad44d/PrinceOfAkilwoodPersiamkv_WarezSL.org.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:22 PM)*

http://hotfile.com/dl/46546057/f85c2d7/PrinceOfAkilwoodPersiamkv_WarezSL.org.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:26 PM)*

http://hotfile.com/dl/46546058/b76c907/PrinceOfAkilwoodPersiamkv_WarezSL.org.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:30 PM)*

http://hotfile.com/dl/46546059/16a47da/PrinceOfAkilwoodPersiamkv_WarezSL.org.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:34 PM)*

CONFIDENTIAL

http://hotfile.com/dl/46659288/6f29b50/POPTSV2.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:39 PM)*

http://hotfile.com/dl/46658775/5ee1f31/POPTSV2.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:42 PM)*

http://hotfile.com/dl/45348237/b07fad3/Pop.ts.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:46 PM)*

http://hotfile.com/dl/45348244/f57675a/Pop.ts.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:50 PM)*

http://hotfile.com/dl/45348232/93460ea/Pop.ts.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:53 PM)*

http://hotfile.com/dl/45348239/81c7d07/Pop.ts.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:58:58 PM)*

http://hotfile.com/dl/45997063/bca3265/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:03 PM)*

http://hotfile.com/dl/45997105/701cd80/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:08 PM)*

http://hotfile.com/dl/45997103/e202e3d/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:13 PM)*

http://hotfile.com/dl/45997018/5b963eb/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:16 PM)*

http://hotfile.com/dl/45997068/d1c1546/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:19 PM)*

http://hotfile.com/dl/45997132/48ee793/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 4:59:22 PM)*

http://hotfile.com/dl/46732966/a1a898e/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-

HF00719992

PrisM.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:00:43 PM)*

http://hotfile.com/dl/46732685/8b27414/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:00:46 PM)*

http://hotfile.com/dl/46732677/84da0c5/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:00:49 PM)*

http://hotfile.com/dl/46732232/aee7be9/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:00:55 PM)*

http://hotfile.com/dl/46733132/df930b7/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:00 PM)*

http://hotfile.com/dl/46732754/7d6767f/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:06 PM)*

http://hotfile.com/dl/46088263/12784ea/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:10 PM)*

http://hotfile.com/dl/46088277/323793b/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:13 PM)*

http://hotfile.com/dl/46088270/9b58b54/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:16 PM)*

http://hotfile.com/dl/46088280/cf50798/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:20 PM)*

http://hotfile.com/dl/46429035/a99775f/backup.POPTSOTTSV2.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:25 PM)*

http://hotfile.com/dl/46429043/0b657af/backup.POPTSOTTSV2.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:30 PM)*

CONFIDENTIAL

http://hotfile.com/dl/46429050/eb6e788/backup.POPTSOTTSV2.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:34 PM)*

http://hotfile.com/dl/46429052/4a5f383/backup.POPTSOTTSV2.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:37 PM)*

http://hotfile.com/dl/46253245/ae08a26/backup.POPTSOTTSV2.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:41 PM)*

http://hotfile.com/dl/46253246/88178d8/backup.POPTSOTTSV2.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:47 PM)*

http://hotfile.com/dl/46253247/996b147/backup.POPTSOTTSV2.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:53 PM)*

http://hotfile.com/dl/46253248/c95e9ea/backup.POPTSOTTSV2.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:01:56 PM)*

http://hotfile.com/dl/46122034/0120599/just4freeplanet.com_PViSOPTSOTPrO-SW.r03.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:00 PM)*

http://hotfile.com/dl/46122031/02bed2f/just4freeplanet.com_PViSOPTSOTPrO-SW.r04.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:03 PM)*

http://hotfile.com/dl/46122041/fd267e9/just4freeplanet.com_PViSOPTSOTPrO-SW.r00.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:08 PM)*

http://hotfile.com/dl/46122037/a17756a/just4freeplanet.com_PViSOPTSOTPrO-SW.r02.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:13 PM)*

http://hotfile.com/dl/46122039/be84dde/just4freeplanet.com_PViSOPTSOTPrO-SW.r01.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:17 PM)*

http://hotfile.com/dl/46122030/2d46b89/just4freeplanet.com_PViSOPTSOTPrO-SW.r05.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 6/17/2010 5:02:20 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

CONFIDENTIAL

HF00719994

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521


[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/46482499/b6eaeb2/kingdom-poptsot.ts.part7.rar.html
http://hotfile.com/dl/46482540/ecae38d/kingdom-poptsot.ts.part1.rar.html
http://hotfile.com/dl/46482557/edacc31/kingdom-poptsot.ts.part2.rar.html
http://hotfile.com/dl/46489263/8c92f77/Prism-pop.part4.rar.html
http://hotfile.com/dl/46489268/ee44213/Prism-pop.part1.rar.html
http://hotfile.com/dl/46489300/86408cf/Prism-pop.part5.rar.html
http://hotfile.com/dl/46489308/a4e060f/Prism-pop.part6.rar.html
http://hotfile.com/dl/46489310/1837afe/Prism-pop.part7.rar.html
http://hotfile.com/dl/46489352/91d698b/Prism-pop.part2.rar.html
http://hotfile.com/dl/46489360/22ffb02/Prism-pop.part3.rar.html
http://hotfile.com/dl/46492873/223090d/sc0rp-poptsotts.part2.rar.html
http://hotfile.com/dl/46493018/8c978b9/sc0rp-poptsotts.part1.rar.html
http://hotfile.com/dl/46546018/a3c3ffb/PrinceOfAkilwoodPersia_WarezSL.org.part12.rar.html
http://hotfile.com/dl/46546020/03326d6/PrinceOfAkilwoodPersia_WarezSL.org.part13.rar.html
http://hotfile.com/dl/46546021/202b7b7/PrinceOfAkilwoodPersia_WarezSL.org.part14.rar.html
http://hotfile.com/dl/46546056/2aad44d/PrinceOfAkilwoodPersiamkv_WarezSL.org.part1.rar.html
http://hotfile.com/dl/46546057/f85c2d7/PrinceOfAkilwoodPersiamkv_WarezSL.org.part2.rar.html
http://hotfile.com/dl/46546058/b76c907/PrinceOfAkilwoodPersiamkv_WarezSL.org.part3.rar.html
http://hotfile.com/dl/46546059/16a47da/PrinceOfAkilwoodPersiamkv_WarezSL.org.part4.rar.html
http://hotfile.com/dl/46659288/6f29b50/POPTSV2.part2.rar.html
http://hotfile.com/dl/46658775/5ee1f31/POPTSV2.part1.rar.html
http://hotfile.com/dl/45348237/b07fad3/Pop.ts.part2.rar.html
http://hotfile.com/dl/45348244/f57675a/Pop.ts.part4.rar.html
http://hotfile.com/dl/45348232/93460ea/Pop.ts.part1.rar.html
http://hotfile.com/dl/45348239/81c7d07/Pop.ts.part3.rar.html
http://hotfile.com/dl/45997063/bca3265/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part1.rar.html
http://hotfile.com/dl/45997105/701cd80/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part2.rar.html
http://hotfile.com/dl/45997103/e202e3d/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part5.rar.html
http://hotfile.com/dl/45997018/5b963eb/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part4.rar.html
http://hotfile.com/dl/45997068/d1c1546/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part3.rar.html
http://hotfile.com/dl/45997132/48ee793/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part6.rar.html
http://hotfile.com/dl/46732966/a1a898e/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-

HF00719995

PrisM.part1.rar.html
http://hotfile.com/dl/46732685/8b27414/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part2.rar.html
http://hotfile.com/dl/46732677/84da0c5/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part3.rar.html
http://hotfile.com/dl/46732232/aee7be9/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part4.rar.html
http://hotfile.com/dl/46733132/df930b7/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part5.rar.html
http://hotfile.com/dl/46732754/7d6767f/Prince.Of.Persia.The.Sands.Of.Time.NEW.SOURCE.TS.XVID-PrisM.part6.rar.html
http://hotfile.com/dl/46088263/12784ea/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part1.rar.html
http://hotfile.com/dl/46088277/323793b/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part3.rar.html
http://hotfile.com/dl/46088270/9b58b54/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part2.rar.html
http://hotfile.com/dl/46088280/cf50798/AddaBaz.POP_200_TSOT_2010_.TS.XviD.FLAWL3SS.300MB-CreaTive-Team.part4.rar.html
http://hotfile.com/dl/46429035/a99775f/backup.POPTSOTTSV2.part1.rar.html
http://hotfile.com/dl/46429043/0b657af/backup.POPTSOTTSV2.part2.rar.html
http://hotfile.com/dl/46429050/eb6e788/backup.POPTSOTTSV2.part3.rar.html
http://hotfile.com/dl/46429052/4a5f383/backup.POPTSOTTSV2.part4.rar.html
http://hotfile.com/dl/46253245/ae08a26/backup.POPTSOTTSV2.part1.rar.html
http://hotfile.com/dl/46253246/88178d8/backup.POPTSOTTSV2.part2.rar.html
http://hotfile.com/dl/46253247/996b147/backup.POPTSOTTSV2.part3.rar.html
http://hotfile.com/dl/46253248/c95e9ea/backup.POPTSOTTSV2.part4.rar.html
http://hotfile.com/dl/46122034/0120599/just4freeplanet.com_PViSOPTSOTPrO-SW.r03.html
http://hotfile.com/dl/46122031/02bed2f/just4freeplanet.com_PViSOPTSOTPrO-SW.r04.html
http://hotfile.com/dl/46122041/fd267e9/just4freeplanet.com_PViSOPTSOTPrO-SW.r00.html
http://hotfile.com/dl/46122037/a17756a/just4freeplanet.com_PViSOPTSOTPrO-SW.r02.html
http://hotfile.com/dl/46122039/be84dde/just4freeplanet.com_PViSOPTSOTPrO-SW.r01.html
http://hotfile.com/dl/46122030/2d46b89/just4freeplanet.com_PViSOPTSOTPrO-SW.r05.html

--------------------

CONFIDENTIAL

| | |
|---|---|
| **From:** | Disney MyTeam International [INTL.Portal@disney.com] on behalf of Internet Enforcement [Internet.Enforcement@disney.com] |
| **Sent:** | Thursday, August 26, 2010 1:54 PM |
| **To:** | abuse@hotfile.com |
| **Subject:** | Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID: 4737] (TMS) |
| **Importance:** | High |

Thursday, August 26, 2010

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:4737 ]
File No. (TMS) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Princess and the Frog, Sorcerer's Apprentice, The (FIX), Last Song, The*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/27740435/efa736e/ThePrincess222SecretMyth200.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:23 AM)*

http://hotfile.com/dl/27742351/a684cb5/ThePrincess222SecretMyth200.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:28 AM)*

http://hotfile.com/dl/27745225/20ca9f9/ThePrincess222SecretMyth200.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:33 AM)*

http://hotfile.com/dl/27747040/090e361/ThePrincess222SecretMyth200.part4.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:38 AM)*

CONFIDENTIAL

http://hotfile.com/dl/52630178/3143e9a/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:43 AM)*

http://hotfile.com/dl/52630031/f4826a6/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:48 AM)*

http://hotfile.com/dl/52630110/68f8385/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:27:53 AM)*

http://hotfile.com/dl/52630207/17112a4/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:02 AM)*

http://hotfile.com/dl/55959168/d14bc44/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:07 AM)*

http://hotfile.com/dl/55959279/2d5e94c/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:13 AM)*

http://hotfile.com/dl/55959322/6d6d63d/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:18 AM)*

http://hotfile.com/dl/55959235/dbff496/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:22 AM)*

http://hotfile.com/dl/55959435/6902c09/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part7.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:27 AM)*

http://hotfile.com/dl/55959353/fe09301/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part5.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:31 AM)*

http://hotfile.com/dl/55959455/30e4950/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part8.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:37 AM)*

http://hotfile.com/dl/55959395/d48c48c/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part6.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:42 AM)*

CONFIDENTIAL

HF00829743

http://hotfile.com/dl/56052129/35c7f92/Sorcerers-dxwarez.com.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:52 AM)*

http://hotfile.com/dl/56052240/57dac44/Sorcerers-dxwarez.com.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:28:56 AM)*

http://hotfile.com/dl/56052200/d9fe423/Sorcerers-dxwarez.com.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:02 AM)*

http://hotfile.com/dl/56052224/f4c0c0d/Sorcerers-dxwarez.com.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:08 AM)*

http://hotfile.com/dl/56109421/28f6dc5/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:14 AM)*

http://hotfile.com/dl/56109493/3f637df/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:20 AM)*

http://hotfile.com/dl/56109348/9c81051/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:25 AM)*

http://hotfile.com/dl/56109464/2aaa4cf/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:31 AM)*

http://hotfile.com/dl/56319071/9ecc89a/www.Code-Projects.Com-TSA.2010.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:38 AM)*

http://hotfile.com/dl/56319073/995d638/www.Code-Projects.Com-TSA.2010.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:46 AM)*

http://hotfile.com/dl/55792033/26a30c1/www.CooLXviD.net.The.Sorcerers.Apprentice.TS.XViD-KiNGDOM.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:29:55 AM)*

http://hotfile.com/dl/55782658/3b63747/R.o.P.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:02 AM)*

http://hotfile.com/dl/55784414/c44fbba/R.o.P.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:11 AM)*

CONFIDENTIAL

HF00829744

http://hotfile.com/dl/55783280/4b17001/R.o.P.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:18 AM)*

http://hotfile.com/dl/55784894/175210f/R.o.P.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:24 AM)*

http://hotfile.com/dl/56289927/d0f162c/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part4.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:32 AM)*

http://hotfile.com/dl/56290675/811aa0a/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:38 AM)*

http://hotfile.com/dl/56290832/93798f2/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: 8/5/2010 1:30:44 AM)*

http://hotfile.com/dl/51462309/93dff1e/TLSong-ECO_Coder.part6.rar.html
*To date, a total of 2 notice(s) previously sent for this link.*
*(Original Notification Date: 8/11/2010 6:12:49 PM)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/27740435/efa736e/ThePrincess222SecretMyth200.part1.rar.html
http://hotfile.com/dl/27742351/a684cb5/ThePrincess222SecretMyth200.part2.rar.html
http://hotfile.com/dl/27745225/20ca9f9/ThePrincess222SecretMyth200.part3.rar.html
http://hotfile.com/dl/27747040/090e361/ThePrincess222SecretMyth200.part4.rar.html
http://hotfile.com/dl/52630178/3143e9a/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part3.rar.html
http://hotfile.com/dl/52630031/f4826a6/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part1.rar.html
http://hotfile.com/dl/52630110/68f8385/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part2.rar.html
http://hotfile.com/dl/52630207/17112a4/The.Princess.and.the.Frog.2009.DvDrip-aXXo.part4.rar.html

CONFIDENTIAL

HF00829745

http://hotfile.com/dl/55959168/d14bc44/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part1.rar.html
http://hotfile.com/dl/55959279/2d5e94c/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part3.rar.html
http://hotfile.com/dl/55959322/6d6d63d/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part4.rar.html
http://hotfile.com/dl/55959235/dbff496/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part2.rar.html
http://hotfile.com/dl/55959435/6902c09/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part7.rar.html
http://hotfile.com/dl/55959353/fe09301/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part5.rar.html
http://hotfile.com/dl/55959455/30e4950/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part8.rar.html
http://hotfile.com/dl/55959395/d48c48c/The_Sorcerer_s_Apprentice_TS_XViD_IMAGiNE_TeamWP.part6.rar.html
http://hotfile.com/dl/56052129/35c7f92/Sorcerers-dxwarez.com.part1.rar.html
http://hotfile.com/dl/56052240/57dac44/Sorcerers-dxwarez.com.part4.rar.html
http://hotfile.com/dl/56052200/d9fe423/Sorcerers-dxwarez.com.part2.rar.html
http://hotfile.com/dl/56052224/f4c0c0d/Sorcerers-dxwarez.com.part3.rar.html
http://hotfile.com/dl/56109421/28f6dc5/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part2.rar.html
http://hotfile.com/dl/56109493/3f637df/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part4.rar.html
http://hotfile.com/dl/56109348/9c81051/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part1.rar.html
http://hotfile.com/dl/56109464/2aaa4cf/The.Sorcerers.Apprentice.TS.XViD-KiNGDOM-Code-Projects.com.part3.rar.html
http://hotfile.com/dl/56319071/9ecc89a/www.Code-Projects.Com-TSA.2010.part1.rar.html
http://hotfile.com/dl/56319073/995d638/www.Code-Projects.Com-TSA.2010.part2.rar.html
http://hotfile.com/dl/55792033/26a30c1/www.CooLXviD.net.The.Sorcerers.Apprentice.TS.XViD-KiNGDOM.avi.html
http://hotfile.com/dl/55782658/3b63747/R.o.P.part1.rar.html
http://hotfile.com/dl/55784414/c44fbba/R.o.P.part3.rar.html
http://hotfile.com/dl/55783280/4b17001/R.o.P.part2.rar.html
http://hotfile.com/dl/55784894/175210f/R.o.P.part4.rar.html
http://hotfile.com/dl/56289927/d0f162c/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part4.rar.html
http://hotfile.com/dl/56290675/811aa0a/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part2.rar.html
http://hotfile.com/dl/56290832/93798f2/The.Sorcerers.Apprentice.TS.XViD-IMAGiNE.part1.rar.html
http://hotfile.com/dl/51462309/93dff1e/TLSong-ECO_Coder.part6.rar.html

--------------------

CONFIDENTIAL

| From: | INTL.Portal@disney.com on behalf of Internet.Enforcement@disney.com |
|---|---|
| Sent: | Tuesday, April 12, 2011 1:33 PM |
| To: | abuse@hotfile.com |
| Cc: | Internet.Enforcement@disney.com |
| Subject: | Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 7822] (PM) |
| Importance: | High |

Tuesday, April 12, 2011

<u>Via Electronic Mail ( abuse@hotfile.com )</u>

hotfile.com
c/o Designated Agent

Re: Infringing Content Re-notification [Notice ID:7822 ]
File No. (PM) (http://hotfile.com)

Dear Sir or Madam:

I refer to my previous letter(s) sent to you (see "Original Notification Dates" listed below), in which Disney Enterprises, Inc., and/or its subsidiaries or affiliated companies, ("Disney") documented infringement of Disney copyrighted works on your site. To date, you have not removed this content, which continues to be accessible at one or more of the links identified below.

Please take immediate action to disable access and remove the infringing content identified below. Disney will be forced to consider all alternative actions available if you fail to comply with this letter immediately.

<u>Copyrighted works infringed upon:</u>
Audiovisual works, including without limitation, *Alice in Wonderland (2010)*, *FlashForward*, *Hannah Montana*, *The Last Song*, *Lost*, *Prince of Persia*, *Princess and the Frog*, *The Sorcerer's Apprentice*, *When In Rome*

**Location and original notification dates of infringing material:**

http://hotfile.com/dl/65733230/427dc30/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part1.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

http://hotfile.com/dl/65733231/c822815/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part2.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

http://hotfile.com/dl/65734596/7df6286/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part3.rar.html
*\* To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

CONFIDENTIAL

HF01192009

http://hotfile.com/dl/51178263/17053b1/Alicja(2010)Dub-PL.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

http://hotfile.com/dl/51178458/d0e418c/Alicja(2010)Dub-PL.part3.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

http://hotfile.com/dl/51178366/71667d5/Alicja(2010)Dub-PL.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: November 9, 2010)*

http://hotfile.com/dl/35877222/caaa492/flashforward.s01e13.hdtv.xvid-2hd.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/35882483/f800bcb/flashforward.s01e13.hdtv.xvid-2hd.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/36987892/a6aab09/FlashForward.S01E15.HDTV.XviD-P0W4.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/36994731/abe3d8c/FlashForward.S01E15.HDTV.XviD-P0W4.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/41688438/1518634/FlashForward.S01E19.HDTV.XviD-P0W4.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/41694926/64a96fa/FlashForward.S01E19.HDTV.XviD-P0W4.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/42827104/1aa9611/flashforward.s01e20.hdtv.xvid-2hd.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/42877953/8f9a47a/flashforward.s01e20.hdtv.xvid-2hd.part1.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 20, 2010)*

http://hotfile.com/dl/60928953/b6d47d3/Hannah.Montana.S04E05.HDTV.avi
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/60844115/0f0a9b9/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://www.hotfile.com/dl/60951919/ea5f499/_hannah.montana.s04e05.hdtv.xvid-pinball.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

CONFIDENTIAL                                                                     HF01192010

http://hotfile.com/dl/60844545/658d41a/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
*  To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/60846427/cabe1ac/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
*  To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/60867517/d128fc9/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
*  To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/60995657/9ae5005/hannah.montana.s04e04.hdtv.xvid-pinball.avi.html
*  To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/60997996/b536628/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
*  To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56659962/47a745e/The.Last.Song.2010.DVDrip.x264.AAC-TeaMarYzs.mkv.003.html
*  To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: August 19, 2010)*

http://hotfile.com/dl/56660329/b86b5e2/The.Last.Song.2010.DVDrip.x264.AAC-TeaMarYzs.mkv.002.html
*  To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: August 19, 2010)*

http://hotfile.com/dl/56660547/9821b5f/The.Last.Song.2010.DVDrip.x264.AAC-TeaMarYzs.mkv.001.html
*  To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: August 19, 2010)*

http://hotfile.com/dl/56295443/cb940da/Lost.S06E06.100MB.KiLLeR.mkv.html
*  To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56295506/9670d5c/Lost.S06E07.100MB.KiLLeR.mkv.html
*  To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56295544/6f13050/Lost.S06E08.100MB.KiLLeR.mkv.html
*  To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56295578/2559008/Lost.S06E09.100MB.KiLLeR.mkv.html
*  To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56295625/9a30bd3/Lost.S06E10.100MB.KiLLeR.mkv.html
*  To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/56295648/808949f/Lost.S06E11.100MB.KiLLeR.mkv.html
*  To date, a total of 1 notice(s) previously sent for this link.
*(Original Notification Date: August 16, 2010)*

CONFIDENTIAL                                                              HF01192011

http://hotfile.com/dl/56297927/2349168/TVSHOW.IR-LOST.S06E0102-Prime-RaulBlanco7.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 16, 2010)

http://hotfile.com/dl/56298103/6d50eaf/TVSHOW.IR-LOST.S06E0102-Prime-RaulBlanco7.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 16, 2010)

http://hotfile.com/dl/56298084/ea890f1/TVSHOW.IR-LOST.S06E0102-Prime-RaulBlanco7.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 16, 2010)

http://hotfile.com/dl/56298199/a15f41d/TVSHOW.IR-LOST.S06E03-Prime-RaulBlanco7.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 16, 2010)

http://hotfile.com/dl/62341024/76de412/Prince.Of.Persia.2010.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 23, 2010)

http://hotfile.com/dl/62342263/3085858/Prince.Of.Persia.2010.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 23, 2010)

http://hotfile.com/dl/62343450/3b771a0/Prince.Of.Persia.2010.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 23, 2010)

http://hotfile.com/dl/30153808/0916015/dmd-tpatf.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 23, 2010)

http://hotfile.com/dl/30153725/6e7b2c2/dmd-tpatf.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 23, 2010)

http://hotfile.com/dl/30153833/3b9c104/dmd-tpatf.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 23, 2010)

http://hotfile.com/dl/30153871/75ba2f0/dmd-tpatf.part2.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 23, 2010)

http://hotfile.com/dl/57396289/354890b/PrisM.tsa.TS.part1.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 16, 2010)

http://hotfile.com/dl/57396555/6bff9cb/PrisM.tsa.TS.part3.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 16, 2010)

http://hotfile.com/dl/57396942/1df143a/PrisM.tsa.TS.part4.rar.html
* To date, a total of 1 notice(s) previously sent for this link.
(Original Notification Date: August 16, 2010)

CONFIDENTIAL

http://hotfile.com/dl/57396513/47849de/PrisM.tsa.TS.part2.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44955830/fd05189/wir720.part01.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44955956/c44a0e1/wir720.part02.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956080/ec9aea3/wir720.part03.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956240/8ab17a3/wir720.part04.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956361/d4cc013/wir720.part05.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956479/e75bfe6/wir720.part06.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956584/c9473bd/wir720.part07.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956688/e4c9d57/wir720.part08.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956799/a1f7676/wir720.part09.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956882/e56a6e9/wir720.part10.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956981/0d87ffd/wir720.part11.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

http://hotfile.com/dl/44956997/01e3bf3/wir720.part12.rar.html
*To date, a total of 1 notice(s) previously sent for this link.*
*(Original Notification Date: August 16, 2010)*

This letter is not a complete statement of Disney's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Disney in connection with this matter, all of which are expressly reserved.

CONFIDENTIAL

HF01192013

Sent on behalf of,

// Cynthia Tobar //

Cynthia Tobar
Antipiracy Paralegal
The Walt Disney Company
500 S. Buena Vista Street
Burbank,CA,91521

[NOTE: The above Links have been re-listed here in single line format for convenience.]

--------------------

http://hotfile.com/dl/65733230/427dc30/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part1.rar.html
http://hotfile.com/dl/65733231/c822815/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part2.rar.html
http://hotfile.com/dl/65734596/7df6286/Copy_of_F11_Alicja.W.Krainie.Czarow.2010.DVDrip.DUB.PL.part3.rar.html
http://hotfile.com/dl/51178263/17053b1/Alicja(2010)Dub-PL.part1.rar.html
http://hotfile.com/dl/51178458/d0e418c/Alicja(2010)Dub-PL.part3.rar.html
http://hotfile.com/dl/51178366/71667d5/Alicja(2010)Dub-PL.part2.rar.html
http://hotfile.com/dl/35877222/caaa492/flashforward.s01e13.hdtv.xvid-2hd.part1.rar.html
http://hotfile.com/dl/35882483/f800bcb/flashforward.s01e13.hdtv.xvid-2hd.part2.rar.html
http://hotfile.com/dl/36987892/a6aab09/FlashForward.S01E15.HDTV.XviD-P0W4.part1.rar.html
http://hotfile.com/dl/36994731/abe3d8c/FlashForward.S01E15.HDTV.XviD-P0W4.part2.rar.html
http://hotfile.com/dl/41688438/1518634/FlashForward.S01E19.HDTV.XviD-P0W4.part1.rar.html
http://hotfile.com/dl/41694926/64a96fa/FlashForward.S01E19.HDTV.XviD-P0W4.part2.rar.html
http://hotfile.com/dl/42827104/1aa9611/flashforward.s01e20.hdtv.xvid-2hd.part2.rar.html
http://hotfile.com/dl/42877953/8f9a47a/flashforward.s01e20.hdtv.xvid-2hd.part1.rar.html
http://hotfile.com/dl/60928953/b6d47d3/Hannah.Montana.S04E05.HDTV.avi
http://hotfile.com/dl/60844115/0f0a9b9/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
http://www.hotfile.com/dl/60951919/ea5f499/_hannah.montana.s04e05.hdtv.xvid-pinball.rar.html
http://hotfile.com/dl/60844545/658d41a/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
http://hotfile.com/dl/60846427/cabe1ac/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
http://hotfile.com/dl/60867517/d128fc9/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
http://hotfile.com/dl/60995657/9ae5005/hannah.montana.s04e04.hdtv.xvid-pinball.avi.html
http://hotfile.com/dl/60997996/b536628/hannah.montana.s04e05.hdtv.xvid-pinball.avi.html
http://hotfile.com/dl/56659962/47a745e/The.Last.Song.2010.DVDrip.x264.AAC-TeaMarYzs.mkv.003.html
http://hotfile.com/dl/56660329/b86b5e2/The.Last.Song.2010.DVDrip.x264.AAC-TeaMarYzs.mkv.002.html
http://hotfile.com/dl/56660547/9821b5f/The.Last.Song.2010.DVDrip.x264.AAC-TeaMarYzs.mkv.001.html
http://hotfile.com/dl/56295443/cb940da/Lost.S06E06.100MB.KiLLeR.mkv.html
http://hotfile.com/dl/56295506/9670d5c/Lost.S06E07.100MB.KiLLeR.mkv.html
http://hotfile.com/dl/56295544/6f13050/Lost.S06E08.100MB.KiLLeR.mkv.html
http://hotfile.com/dl/56295578/2559008/Lost.S06E09.100MB.KiLLeR.mkv.html
http://hotfile.com/dl/56295625/9a30bd3/Lost.S06E10.100MB.KiLLeR.mkv.html
http://hotfile.com/dl/56295648/808949f/Lost.S06E11.100MB.KiLLeR.mkv.html
http://hotfile.com/dl/56297927/2349168/TVSHOW.IR-LOST.S06E0102-Prime-RaulBlanco7.part1.rar.html

HF01192014

http://hotfile.com/dl/56298103/6d50eaf/TVSHOW.IR-LOST.S06E0102-Prime-RaulBlanco7.part2.rar.html
http://hotfile.com/dl/56298084/ea890f1/TVSHOW.IR-LOST.S06E0102-Prime-RaulBlanco7.part3.rar.html
http://hotfile.com/dl/56298199/a15f41d/TVSHOW.IR-LOST.S06E03-Prime-RaulBlanco7.part1.rar.html
http://hotfile.com/dl/62341024/76de412/Prince.Of.Persia.2010.part1.rar.html
http://hotfile.com/dl/62342263/3085858/Prince.Of.Persia.2010.part2.rar.html
http://hotfile.com/dl/62343450/3b771a0/Prince.Of.Persia.2010.part3.rar.html
http://hotfile.com/dl/30153808/0916015/dmd-tpatf.part1.rar.html
http://hotfile.com/dl/30153725/6e7b2c2/dmd-tpatf.part4.rar.html
http://hotfile.com/dl/30153833/3b9c104/dmd-tpatf.part3.rar.html
http://hotfile.com/dl/30153871/75ba2f0/dmd-tpatf.part2.rar.html
http://hotfile.com/dl/57396289/354890b/PrisM.tsa.TS.part1.rar.html
http://hotfile.com/dl/57396555/6bff9cb/PrisM.tsa.TS.part3.rar.html
http://hotfile.com/dl/57396942/1df143a/PrisM.tsa.TS.part4.rar.html
http://hotfile.com/dl/57396513/47849de/PrisM.tsa.TS.part2.rar.html
http://hotfile.com/dl/44955830/fd05189/wir720.part01.rar.html
http://hotfile.com/dl/44955956/c44a0e1/wir720.part02.rar.html
http://hotfile.com/dl/44956080/ec9aea3/wir720.part03.rar.html
http://hotfile.com/dl/44956240/8ab17a3/wir720.part04.rar.html
http://hotfile.com/dl/44956361/d4cc013/wir720.part05.rar.html
http://hotfile.com/dl/44956479/e75bfe6/wir720.part06.rar.html
http://hotfile.com/dl/44956584/c9473bd/wir720.part07.rar.html
http://hotfile.com/dl/44956688/e4c9d57/wir720.part08.rar.html
http://hotfile.com/dl/44956799/a1f7676/wir720.part09.rar.html
http://hotfile.com/dl/44956882/e56a6e9/wir720.part10.rar.html
http://hotfile.com/dl/44956981/0d87ffd/wir720.part11.rar.html
http://hotfile.com/dl/44956997/01e3bf3/wir720.part12.rar.html


--------------------

**From:**          Hotfile.com Abuse [abuse@hotfile.com]
**Sent:**          Saturday, December 18, 2010 6:26 PM
**To:**            Internet.Enforcement@disney.com
**Subject:**       Re: Immediate Action Required - hotfile.com  - Infringing Content Re-notification [Notice ID:
                   6124] (CH)


The following files were deleted:
http://hotfile.com/dl/85610597/c90e970/TanAiN.part1.rar.html
http://hotfile.com/dl/85610657/b60b8fb/TanAiN.part2.rar.html
http://hotfile.com/dl/85610644/4ea24a3/TanAiN.part6.rar.html
http://hotfile.com/dl/85610684/fae5389/TanAiN.part5.rar.html
http://hotfile.com/dl/85713633/e3d32a4/Tngld.Cm_urgrove.com.mkv.001.html
http://hotfile.com/dl/85713811/2c51272/Tngld.Cm_urgrove.com.mkv.003.html
http://hotfile.com/dl/85713727/3a7f982/Tngld.Cm_urgrove.com.mkv.002.html
http://hotfile.com/dl/85362716/6322491/EZ-Tangled.2010.Cam_by.BanneD.part3.rar.html
http://hotfile.com/dl/85362824/9794001/EZ-Tangled.2010.Cam_by.BanneD.part2.rar.html
http://hotfile.com/dl/85363002/be4364f/EZ-Tangled.2010.Cam_by.BanneD.part1.rar.html
http://hotfile.com/dl/85363371/e656f48/EZ-Tangled.2010.Cam_by.BanneD.part4.rar.html
http://hotfile.com/dl/85591441/5db75b1/Tangled.2010.CAM-CF.part1.rar.html
http://hotfile.com/dl/85591633/2bf66ef/Tangled.2010.CAM-CF.part2.rar.html
http://hotfile.com/dl/85591908/7fe8ac2/Tangled.2010.CAM-CF.part4.rar.html
http://hotfile.com/dl/85591836/1811331/Tangled.2010.CAM-CF.part3.rar.html
http://hotfile.com/dl/85685058/e16e402/Tangled.2010.CAM.Feel-Free.part01.rar.html
http://hotfile.com/dl/85685305/76a594b/Tangled.2010.CAM.Feel-Free.part04.rar.html
http://hotfile.com/dl/85685085/bd3190a/Tangled.2010.CAM.Feel-Free.part02.rar.html
http://hotfile.com/dl/85685283/5d5a264/Tangled.2010.CAM.Feel-Free.part03.rar.html
http://hotfile.com/dl/85685484/fe0dc02/Tangled.2010.CAM.Feel-Free.part05.rar.html
http://hotfile.com/dl/85685661/5bcafd6/Tangled.2010.CAM.Feel-Free.part07.rar.html
http://hotfile.com/dl/85685522/3947264/Tangled.2010.CAM.Feel-Free.part06.rar.html
http://hotfile.com/dl/85685700/8b1cf41/Tangled.2010.CAM.Feel-Free.part08.rar.html
http://hotfile.com/dl/85685871/897b91f/Tangled.2010.CAM.Feel-Free.part09.rar.html
http://hotfile.com/dl/85685925/b2e0b1a/Tangled.2010.CAM.Feel-Free.part10.rar.html
http://hotfile.com/dl/85709440/24fcd6e/gtlangefddl_toast_boy.part01.rar.html
http://hotfile.com/dl/85709472/92ff820/gtlangefddl_toast_boy.part02.rar.html
http://hotfile.com/dl/85761422/0eb342c/c-tangld.part1.rar.html
http://hotfile.com/dl/85761740/f417230/c-tangld.part2.rar.html
http://hotfile.com/dl/85762025/1052eb8/c-tangld.part4.rar.html
http://hotfile.com/dl/85761912/00e9f55/c-tangld.part3.rar.html
http://hotfile.com/dl/85762280/49f7dfc/Lu-Tangled.part1.rar.html
http://hotfile.com/dl/85762492/fa417f5/Lu-Tangled.part2.rar.html
http://hotfile.com/dl/85762776/e6a421c/Lu-Tangled.part4.rar.html
http://hotfile.com/dl/85762673/20d1101/Lu-Tangled.part3.rar.html
http://hotfile.com/dl/85765162/17194c3/c-tangld.avi.003.html
http://hotfile.com/dl/85765587/9dcc7cc/c-tangld.avi.002.html
http://hotfile.com/dl/85764692/b8158a9/c-tangld.avi.004.html
http://hotfile.com/dl/85765881/25ad81e/c-tangld.avi.001.html
http://hotfile.com/dl/85786921/a7539cd/Tangled.2010.CAM.Feel-Free.part1.rar.html
http://hotfile.com/dl/85786926/d9213e6/Tangled.2010.CAM.Feel-Free.part2.rar.html
http://hotfile.com/dl/85787024/a1b971e/Tangled.2010.CAM.Feel-Free.part4.rar.html
http://hotfile.com/dl/85786967/a7af4de/Tangled.2010.CAM.Feel-Free.part3.rar.html
http://hotfile.com/dl/85787026/e23146b/Tangled.2010.CAM.Feel-Free.part5.rar.html
http://hotfile.com/dl/85787051/553f366/Tangled.2010.CAM.Feel-Free.part7.rar.html
http://hotfile.com/dl/85787027/3b2209e/Tangled.2010.CAM.Feel-Free.part6.rar.html
http://hotfile.com/dl/85818672/618e499/Tan10.CAM-CAMSTAiN.avi.html

CONFIDENTIAL                                                                    HF01918193

http://hotfile.com/dl/85331280/d0e7ded/Long.Long.Hair.2k10.Cam-Lu.part2.rar.html
http://hotfile.com/dl/85331471/baf33ca/Long.Long.Hair.2k10.Cam-Lu.part1.rar.html
http://hotfile.com/dl/85514531/ea082a3/T.2010.Feel-Free.part3.rar.html
http://hotfile.com/dl/85515450/0ad0465/T.2010.Feel-Free.part2.rar.html
http://hotfile.com/dl/85516442/ef884d4/T.2010.Feel-Free.part1.rar.html
http://hotfile.com/dl/85529481/1f8d9f2/Tangled.2010.Cam.XviD.Feel-Free.avi.html
http://hotfile.com/dl/85610718/b3e7bf9/NiATSMAC-DivX.MAC.delgnaT.part1.rar.html
http://hotfile.com/dl/85610699/b46318f/NiATSMAC-DivX.MAC.delgnaT.part2.rar.html
http://hotfile.com/dl/85615426/03fb4fd/Bananashare.Org_tangld.part1.rar.html
http://hotfile.com/dl/85848257/3b4f818/Tangled.CAM.XviD-CAMSTAiN.avi.html
http://hotfile.com/dl/85769287/c73237c/c-tangld.avi.html
http://hotfile.com/dl/85531406/4189f85/T.C.X.F-F.part1.rar.html
http://hotfile.com/dl/85531593/d7576d8/T.C.X.F-F.part2.rar.html
http://hotfile.com/dl/85531681/992ce9e/T.C.X.F-F.part4.rar.html
http://hotfile.com/dl/85531664/3cd57ac/T.C.X.F-F.part3.rar.html
http://hotfile.com/dl/85531684/6a623d7/T.C.X.F-F.part5.rar.html
http://hotfile.com/dl/85531685/bee4581/T.C.X.F-F.part6.rar.html
http://hotfile.com/dl/85502378/dfd9f9b/Tangled.2010.Cam.dmz.part3.rar.html
http://hotfile.com/dl/85502369/fc734b6/Tangled.2010.Cam.dmz.part2.rar.html
http://hotfile.com/dl/85502389/430cd88/Tangled.2010.Cam.dmz.part4.rar.html
http://hotfile.com/dl/85502417/a2d80f8/Tangled.2010.Cam.dmz.part1.rar.html
http://hotfile.com/dl/85502427/c2c18d5/Tangled.2010.Cam.dmz.part5.rar.html
http://hotfile.com/dl/85502508/3884333/Tangled.2010.Cam.dmz.part6.rar.html
http://hotfile.com/dl/85502536/9ba0681/Tangled.2010.Cam.dmz.part7.rar.html
http://hotfile.com/dl/85620650/9fbdd6c/T.C.X.CAMSTAiN.part2.rar.html
http://hotfile.com/dl/85621441/8c4fc2d/T.C.X.CAMSTAiN.part1.rar.html
http://hotfile.com/dl/85622650/8114ec0/T.C.X.CAMSTAiN.part3.rar.html
http://hotfile.com/dl/85623117/c3ed223/T.C.X.CAMSTAiN.part4.rar.html
http://hotfile.com/dl/85588110/8419bce/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part1.rar.html
http://hotfile.com/dl/85588111/f0d7928/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part2.rar.html
http://hotfile.com/dl/85725898/435f4f3/Tangled.CAM.XviDCAMSTAiN.part1.rar.html
http://hotfile.com/dl/85725968/79cd924/Tangled.CAM.XviDCAMSTAiN.part5.rar.html
http://hotfile.com/dl/85726118/9633e4c/Tangled.CAM.XviDCAMSTAiN.part2.rar.html
http://hotfile.com/dl/85726175/102e8f7/Tangled.CAM.XviDCAMSTAiN.part6.rar.html
http://hotfile.com/dl/85726357/4665497/Tangled.CAM.XviDCAMSTAiN.part3.rar.html
http://hotfile.com/dl/85726610/01f7cf3/Tangled.CAM.XviDCAMSTAiN.part4.rar.html
http://hotfile.com/dl/85726512/39cf4a9/Tangled.CAM.XviDCAMSTAiN.part7.rar.html
http://hotfile.com/dl/85726529/fd8b70b/Tangled.CAM.XviDCAMSTAiN.part8.rar.html
http://hotfile.com/dl/85740459/d258a86/Tangled.2010.CAM.XviD-miguel.part1.rar.html
http://hotfile.com/dl/85740477/0e1bc19/Tangled.2010.CAM.XviD-miguel.part2.rar.html
http://hotfile.com/dl/85740592/56b5876/Tangled.2010.CAM.XviD-miguel.part3.rar.html
http://hotfile.com/dl/85740959/7037718/Tangled.2010.CAM.XviD-miguel.part6.rar.html
http://hotfile.com/dl/85740980/712631d/Tangled.2010.CAM.XviD-miguel.part7.rar.html
http://hotfile.com/dl/85740729/f383ece/Tangled.2010.CAM.XviD-miguel.part4.rar.html
http://hotfile.com/dl/85740835/8a48c3a/Tangled.2010.CAM.XviD-miguel.part5.rar.html
http://hotfile.com/dl/85707906/d4c19cb/Tangled.2010.CAM.Feel-Free.part2.rar.html
http://hotfile.com/dl/85707901/a27c62d/Tangled.2010.CAM.Feel-Free.part1.rar.html
http://hotfile.com/dl/85707929/a7ba4d8/Tangled.2010.CAM.Feel-Free.part3.rar.html
http://hotfile.com/dl/85707948/7acc454/Tangled.2010.CAM.Feel-Free.part4.rar.html


Best regards,
Hotfile.com abuse department

>Internet.Enforcement@disney.com wrote:
><P>Saturday, December 18, 2010<BR><BR><U>Via Electronic Mail (
><A>abuse@hotfile.com</A> )</U><BR><BR>hotfile.com <BR>c/o Designated
>Agent <BR><BR>Re: Infringing Content Re-notification [Notice ID:6124
><YET generated be to>] <BR>File No. (CH) (http://hotfile.com) </P>

CONFIDENTIAL                                                          HF01918194

>\<P>Dear Sir or Madam: \<BR>\<BR>I refer to my previous letter(s) sent to
>you (see "Original Notification Dates" listed below), in which Disney
>Enterprises, Inc., and/or its subsidiaries or affiliated companies,
>("Disney") documented infringement of Disney copyrighted works on your
>site. To date, you have not removed this content, which continues to be
>accessible at one or more of the links identified below. \<BR>\<BR>Please
>take immediate action to disable access and remove the infringing
>content identified below. Disney will be forced to consider all
>alternative actions available if you fail to comply with this letter
>immediately. \</P> \<P>\<U>Copyrighted works infringed
>upon:\</U>\<BR>Audiovisual works, including without limitation,
>\<I>Tangled\</I>\</P> \<P>\<B>Location and original notification dates of
>infringing material:\</B>\</P> \<P>\<A
>href="http://hotfile.com/dl/85610597/c90e970/TanAiN.part1.rar.html">htt
>p://hotfile.com/dl/85610597/c90e970/TanAiN.part1.rar.html\</A>\<BR>\<SMALL
>>\<I>* To date, a total of 1 notice(s) previously sent for this link.
>\<BR>(Original Notification Date: 12/1/2010 2:24:30
>AM)\</I>\</SMALL>\<BR>\<BR>\<A
>href="http://hotfile.com/dl/85610657/b60b8fb/TanAiN.part2.rar.html">htt
>p://hotfile.com/dl/85610657/b60b8fb/TanAiN.part2.rar.html\</A>\<BR>\<SMALL
>>\<I>* To date, a total of 1 notice(s) previously sent for this link.
>\<BR>(Original Notification Date: 12/1/2010 2:24:32
>AM)\</I>\</SMALL>\<BR>\<BR>\<A
>href="http://hotfile.com/dl/85610644/4ea24a3/TanAiN.part6.rar.html">htt
>p://hotfile.com/dl/85610644/4ea24a3/TanAiN.part6.rar.html\</A>\<BR>\<SMALL
>>\<I>* To date, a total of 1 notice(s) previously sent for this link.
>\<BR>(Original Notification Date: 12/1/2010 2:24:33
>AM)\</I>\</SMALL>\<BR>\<BR>\<A
>href="http://hotfile.com/dl/85610684/fae5389/TanAiN.part5.rar.html">htt
>p://hotfile.com/dl/85610684/fae5389/TanAiN.part5
 .rar.html\</A>\<BR>\<SMALL>\<I>* To date, a total of 1 notice(s) previously sent for this link.
\<BR>(Original Notification Date: 12/1/2010 2:24:35 AM)\</I>\</SMALL>\<BR>\<BR>\<A
href="http://hotfile.com/dl/85713633/e3d32a4/Tngld.Cm_urgrove.com.mkv.001.html">http://hotfil
e.com/dl/85713633/e3d32a4/Tngld.Cm_urgrove.com.mkv.001.html\</A>\<BR>\<SMALL>\<I>* To date, a
total of 1 notice(s) previously sent for this link. \<BR>(Original Notification Date:
12/1/2010 2:24:57 AM)\</I>\</SMALL>\<BR>\<BR>\<A
href="http://hotfile.com/dl/85713811/2c51272/Tngld.Cm_urgrove.com.mkv.003.html">http://hotfil
e.com/dl/85713811/2c51272/Tngld.Cm_urgrove.com.mkv.003.html\</A>\<BR>\<SMALL>\<I>* To date, a
total of 1 notice(s) previously sent for this link. \<BR>(Original Notification Date:
12/1/2010 2:25:01 AM)\</I>\</SMALL>\<BR>\<BR>\<A
href="http://hotfile.com/dl/85713727/3a7f982/Tngld.Cm_urgrove.com.mkv.002.html">http://hotfil
e.com/dl/85713727/3a7f982/Tngld.Cm_urgrove.com.mkv.002.html\</A>\<BR>\<SMALL>\<I>* To date, a
total of 1 no
 tice(s) previously sent for this link. \<BR>(Original Notification Date: 12/1/2010 2:25:07
AM)\</I>\</SMALL>\<BR>\<BR>\<A href="http://hotfile.com/dl/85362716/6322491/EZ-
Tangled.2010.Cam_by.BanneD.part3.rar.html">http://hotfile.com/dl/85362716/6322491/EZ-
Tangled.2010.Cam_by.BanneD.part3.rar.html\</A>\<BR>\<SMALL>\<I>* To date, a total of 1 notice(s)
previously sent for this link. \<BR>(Original Notification Date: 12/1/2010 2:25:38
AM)\</I>\</SMALL>\<BR>\<BR>\<A href="http://hotfile.com/dl/85362824/9794001/EZ-
Tangled.2010.Cam_by.BanneD.part2.rar.html">http://hotfile.com/dl/85362824/9794001/EZ-
Tangled.2010.Cam_by.BanneD.part2.rar.html\</A>\<BR>\<SMALL>\<I>* To date, a total of 1 notice(s)
previously sent for this link. \<BR>(Original Notification Date: 12/1/2010 2:25:41
AM)\</I>\</SMALL>\<BR>\<BR>\<A href="http://hotfile.com/dl/85363002/be4364f/EZ-
Tangled.2010.Cam_by.BanneD.part1.rar.html">http://hotfile.com/dl/85363002/be4364f/EZ-
Tangled.2010.Cam_by.BanneD.part1.rar.html\</A>\<BR>\<SMALL>\<I>* To date, a  total of 1 notice(s)
previously sent for this link. \<BR>(Original Notification Date: 12/1/2010 2:25:44
AM)\</I>\</SMALL>\<BR>\<BR>\<A href="http://hotfile.com/dl/85363371/e656f48/EZ-
Tangled.2010.Cam_by.BanneD.part4.rar.html">http://hotfile.com/dl/85363371/e656f48/EZ-

CONFIDENTIAL

HF01918195

Tangled.2010.Cam_by.BanneD.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:25:45
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85591441/5db75b1/Tangled.2010.CAM-
CF.part1.rar.html">http://hotfile.com/dl/85591441/5db75b1/Tangled.2010.CAM-
CF.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 12/1/2010 2:26:23 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85591633/2bf66ef/Tangled.2010.CAM-
CF.part2.rar.html">http://hotfile.com/dl/85591633/2bf66ef/Tangled.2010.CAM-
CF.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previo  usly sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:26:25 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85591908/7fe8ac2/Tangled.2010.CAM-
CF.part4.rar.html">http://hotfile.com/dl/85591908/7fe8ac2/Tangled.2010.CAM-
CF.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 12/1/2010 2:26:48 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85591836/1811331/Tangled.2010.CAM-
CF.part3.rar.html">http://hotfile.com/dl/85591836/1811331/Tangled.2010.CAM-
CF.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 12/1/2010 2:26:53 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85685058/e16e402/Tangled.2010.CAM.Feel-
Free.part01.rar.html">http://hotfile.com/dl/85685058/e16e402/Tangled.2010.CAM.Feel-
Free.part01.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(O  riginal Notification Date: 12/1/2010 2:26:57 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85685305/76a594b/Tangled.2010.CAM.Feel-
Free.part04.rar.html">http://hotfile.com/dl/85685305/76a594b/Tangled.2010.CAM.Feel-
Free.part04.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:26:59 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85685085/bd3190a/Tangled.2010.CAM.Feel-
Free.part02.rar.html">http://hotfile.com/dl/85685085/bd3190a/Tangled.2010.CAM.Feel-
Free.part02.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:00 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85685283/5d5a264/Tangled.2010.CAM.Feel-
Free.part03.rar.html">http://hotfile.com/dl/85685283/5d5a264/Tangled.2010.CAM.Feel-
Free.part03.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(  Original Notification Date: 12/1/2010 2:27:01 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85685484/fe0dc02/Tangled.2010.CAM.Feel-
Free.part05.rar.html">http://hotfile.com/dl/85685484/fe0dc02/Tangled.2010.CAM.Feel-
Free.part05.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:03 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85685661/5bcafd6/Tangled.2010.CAM.Feel-
Free.part07.rar.html">http://hotfile.com/dl/85685661/5bcafd6/Tangled.2010.CAM.Feel-
Free.part07.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:04 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85685522/3947264/Tangled.2010.CAM.Feel-
Free.part06.rar.html">http://hotfile.com/dl/85685522/3947264/Tangled.2010.CAM.Feel-
Free.part06.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>  (Original Notification Date: 12/1/2010 2:27:24 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85685700/8b1cf41/Tangled.2010.CAM.Feel-
Free.part08.rar.html">http://hotfile.com/dl/85685700/8b1cf41/Tangled.2010.CAM.Feel-
Free.part08.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:28 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85685871/897b91f/Tangled.2010.CAM.Feel-
Free.part09.rar.html">http://hotfile.com/dl/85685871/897b91f/Tangled.2010.CAM.Feel-
Free.part09.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:30 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85685925/b2e0b1a/Tangled.2010.CAM.Feel-
Free.part10.rar.html">http://hotfile.com/dl/85685925/b2e0b1a/Tangled.2010.CAM.Feel-
Free.part10.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR  >(Original Notification Date: 12/1/2010 2:27:30 AM)</I></SMALL><BR><BR><A

CONFIDENTIAL                                                                    HF01918196

href="http://hotfile.com/dl/85709440/24fcd6e/gtlangefddl_toast_boy.part01.rar.html">http://ho
tfile.com/dl/85709440/24fcd6e/gtlangefddl_toast_boy.part01.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:27:31 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85709472/92ff820/gtlangefddl_toast_boy.part02.rar.html">http://ho
tfile.com/dl/85709472/92ff820/gtlangefddl_toast_boy.part02.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:27:31 AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85761422/0eb342c/c-
tangld.part1.rar.html">http://hotfile.com/dl/85761422/0eb342c/c-
tangld.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:32 AM)</I></  SMALL><BR><BR><A
href="http://hotfile.com/dl/85761740/f417230/c-
tangld.part2.rar.html">http://hotfile.com/dl/85761740/f417230/c-
tangld.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:33 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85762025/1052eb8/c-
tangld.part4.rar.html">http://hotfile.com/dl/85762025/1052eb8/c-
tangld.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:34 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85761912/00e9f55/c-
tangld.part3.rar.html">http://hotfile.com/dl/85761912/00e9f55/c-
tangld.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:35 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85762280/49f7dfc/Lu-
Tangled.part1.rar.html">http://hotfile.com/dl/85
 762280/49f7dfc/Lu-Tangled.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s)
previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:27:39
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85762492/fa417f5/Lu-
Tangled.part2.rar.html">http://hotfile.com/dl/85762492/fa417f5/Lu-
Tangled.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:43 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85762776/e6a421c/Lu-
Tangled.part4.rar.html">http://hotfile.com/dl/85762776/e6a421c/Lu-
Tangled.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:48 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85762673/20d1101/Lu-
Tangled.part3.rar.html">http://hotfile.com/dl/85762673/20d1101/Lu-
Tangled.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previousl  y sent
for this link. <BR>(Original Notification Date: 12/1/2010 2:27:53 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85765162/17194c3/c-
tangld.avi.003.html">http://hotfile.com/dl/85765162/17194c3/c-
tangld.avi.003.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:27:58 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85765587/9dcc7cc/c-
tangld.avi.002.html">http://hotfile.com/dl/85765587/9dcc7cc/c-
tangld.avi.002.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:28:03 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85764692/b8158a9/c-
tangld.avi.004.html">http://hotfile.com/dl/85764692/b8158a9/c-
tangld.avi.004.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:28:10 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/d
 l/85765881/25ad81e/c-tangld.avi.001.html">http://hotfile.com/dl/85765881/25ad81e/c-
tangld.avi.001.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:28:17 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85786921/a7539cd/Tangled.2010.CAM.Feel-
Free.part1.rar.html">http://hotfile.com/dl/85786921/a7539cd/Tangled.2010.CAM.Feel-
Free.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for

this link. <BR>(Original Notification Date: 12/1/2010 2:28:23 AM)</I></SMALL><BR><A
href="http://hotfile.com/dl/85786926/d9213e6/Tangled.2010.CAM.Feel-
Free.part2.rar.html">http://hotfile.com/dl/85786926/d9213e6/Tangled.2010.CAM.Feel-
Free.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:28:30 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85787024/a1b971e/Tangled.2010.CAM.Feel-Free
.part4.rar.html">http://hotfile.com/dl/85787024/a1b971e/Tangled.2010.CAM.Feel-
Free.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:28:36 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85786967/a7af4de/Tangled.2010.CAM.Feel-
Free.part3.rar.html">http://hotfile.com/dl/85786967/a7af4de/Tangled.2010.CAM.Feel-
Free.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:28:41 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85787026/e23146b/Tangled.2010.CAM.Feel-
Free.part5.rar.html">http://hotfile.com/dl/85787026/e23146b/Tangled.2010.CAM.Feel-
Free.part5.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:28:45 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85787051/553f366/Tangled.2010.CAM.Feel-Free.part
7.rar.html">http://hotfile.com/dl/85787051/553f366/Tangled.2010.CAM.Feel-
Free.part7.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:28:50 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85787027/3b2209e/Tangled.2010.CAM.Feel-
Free.part6.rar.html">http://hotfile.com/dl/85787027/3b2209e/Tangled.2010.CAM.Feel-
Free.part6.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:28:55 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85818672/618e499/Tan10.CAM-
CAMSTAiN.avi.html">http://hotfile.com/dl/85818672/618e499/Tan10.CAM-
CAMSTAiN.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 12/1/2010 2:28:59 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85331280/d0e7ded/Long.Long.Hair.2k10.Cam-
Lu.part2.rar.html">http://hotfile.com/dl
/85331280/d0e7ded/Long.Long.Hair.2k10.Cam-Lu.part2.rar.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:29:30 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85331471/baf33ca/Long.Long.Hair.2k10.Cam-
Lu.part1.rar.html">http://hotfile.com/dl/85331471/baf33ca/Long.Long.Hair.2k10.Cam-
Lu.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 12/1/2010 2:29:35 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85514531/ea082a3/T.2010.Feel-
Free.part3.rar.html">http://hotfile.com/dl/85514531/ea082a3/T.2010.Feel-
Free.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:30:00 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85515450/0ad0465/T.2010.Feel-
Free.part2.rar.html">http://hotfile.com/dl/85515450/0ad0465/T.2010.Feel-Free.
part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 12/1/2010 2:30:04 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85516442/ef884d4/T.2010.Feel-
Free.part1.rar.html">http://hotfile.com/dl/85516442/ef884d4/T.2010.Feel-
Free.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:30:09 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85529481/1f8d9f2/Tangled.2010.Cam.XviD.Feel-
Free.avi.html">http://hotfile.com/dl/85529481/1f8d9f2/Tangled.2010.Cam.XviD.Feel-
Free.avi.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 12/1/2010 2:30:13 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85610718/b3e7bf9/NiATSMAC-
DivX.MAC.delgnaT.part1.rar.html">http://hotfile.com/dl/85610718/b3e7bf9/NiATSMAC-
DivX.MAC.delgnaT.part1.rar.html</A><BR><SMALL>

<I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original
Notification Date: 12/1/2010 2:30:18 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85610699/b46318f/NiATSMAC-
DivX.MAC.delgnaT.part2.rar.html">http://hotfile.com/dl/85610699/b46318f/NiATSMAC-
DivX.MAC.delgnaT.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 12/1/2010 2:30:22
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85615426/03fb4fd/Bananashare.Org_tangld.part1.rar.html">http://ho
tfile.com/dl/85615426/03fb4fd/Bananashare.Org_tangld.part1.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:30:27 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85848257/3b4f818/Tangled.CAM.XviD-
CAMSTAiN.avi.html">http://hotfile.com/dl/85848257/3b4f818/Tangled.CAM.XviD-
CAMSTAiN.avi.html</A><BR><SMALL><I>* To date, a total of 1 no
 tice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:30:46
AM)</I></SMALL><BR><BR><A href="http://hotfile.com/dl/85769287/c73237c/c-
tangld.avi.html">http://hotfile.com/dl/85769287/c73237c/c-tangld.avi.html</A><BR><SMALL><I>*
To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification
Date: 12/1/2010 2:30:53 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85531406/4189f85/T.C.X.F-
F.part1.rar.html">http://hotfile.com/dl/85531406/4189f85/T.C.X.F-
F.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 12/1/2010 2:32:27 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85531593/d7576d8/T.C.X.F-
F.part2.rar.html">http://hotfile.com/dl/85531593/d7576d8/T.C.X.F-
F.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 12/1/2010 2:32:33 AM)</I></SMALL><BR><BR><A href=
 "http://hotfile.com/dl/85531681/992ce9e/T.C.X.F-
F.part4.rar.html">http://hotfile.com/dl/85531681/992ce9e/T.C.X.F-
F.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 12/1/2010 2:32:39 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85531664/3cd57ac/T.C.X.F-
F.part3.rar.html">http://hotfile.com/dl/85531664/3cd57ac/T.C.X.F-
F.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 12/1/2010 2:33:11 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85531684/6a623d7/T.C.X.F-
F.part5.rar.html">http://hotfile.com/dl/85531684/6a623d7/T.C.X.F-
F.part5.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this
link. <BR>(Original Notification Date: 12/1/2010 2:33:22 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85531685/bee4581/T.C.X.F-
F.part6.rar.html">http://hotfile.com/dl/85531685/bee4581/T.
 C.X.F-F.part6.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent
for this link. <BR>(Original Notification Date: 12/1/2010 2:33:30 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85502378/dfd9f9b/Tangled.2010.Cam.dmz.part3.rar.html">http://hotf
ile.com/dl/85502378/dfd9f9b/Tangled.2010.Cam.dmz.part3.rar.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:33:53 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85502369/fc734b6/Tangled.2010.Cam.dmz.part2.rar.html">http://hotf
ile.com/dl/85502369/fc734b6/Tangled.2010.Cam.dmz.part2.rar.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:34:00 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85502389/430ed88/Tangled.2010.Cam.dmz.part4.rar.html">http://hotf
ile.com/dl/85502389/430ed88/Tangled.2010.Cam.dmz.part4.rar.html</A><BR><SMALL><I>*
 To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification
Date: 12/1/2010 2:34:07 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85502417/a2d80f8/Tangled.2010.Cam.dmz.part1.rar.html">http://hotf
ile.com/dl/85502417/a2d80f8/Tangled.2010.Cam.dmz.part1.rar.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:

HF01918199

12/1/2010 2:34:38 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85502427/c2c18d5/Tangled.2010.Cam.dmz.part5.rar.html">http://hotf
ile.com/dl/85502427/c2c18d5/Tangled.2010.Cam.dmz.part5.rar.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:34:49 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85502508/3884333/Tangled.2010.Cam.dmz.part6.rar.html">http://hotf
ile.com/dl/85502508/3884333/Tangled.2010.Cam.dmz.part6.rar.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previous  ly sent for this link. <BR>(Original Notification Date:
12/1/2010 2:34:54 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85502536/9ba0681/Tangled.2010.Cam.dmz.part7.rar.html">http://hotf
ile.com/dl/85502536/9ba0681/Tangled.2010.Cam.dmz.part7.rar.html</A><BR><SMALL><I>* To date, a
total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:34:59 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85620650/9fbdd6c/T.C.X.CAMSTAiN.part2.rar.html">http://hotfile.co
m/dl/85620650/9fbdd6c/T.C.X.CAMSTAiN.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:35:30
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85621441/8c4fc2d/T.C.X.CAMSTAiN.part1.rar.html">http://hotfile.co
m/dl/85621441/8c4fc2d/T.C.X.CAMSTAiN.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010
  2:35:38 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85622650/8114ec0/T.C.X.CAMSTAiN.part3.rar.html">http://hotfile.co
m/dl/85622650/8114ec0/T.C.X.CAMSTAiN.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:36:08
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85623117/c3ed223/T.C.X.CAMSTAiN.part4.rar.html">http://hotfile.co
m/dl/85623117/c3ed223/T.C.X.CAMSTAiN.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1
notice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:36:15
AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85588110/8419bce/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part1.rar.
html">http://hotfile.com/dl/85588110/8419bce/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part1.rar.
html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 12/1/2010 2:36:46 AM)</I></SMALL><BR><BR   ><A
href="http://hotfile.com/dl/85588111/f0d7928/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part2.rar.
html">http://hotfile.com/dl/85588111/f0d7928/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part2.rar.
html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link.
<BR>(Original Notification Date: 12/1/2010 2:36:59 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85725898/435f4f3/Tangled.CAM.XviDCAMSTAiN.part1.rar.html">http://
hotfile.com/dl/85725898/435f4f3/Tangled.CAM.XviDCAMSTAiN.part1.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:37:06 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85725968/79cd924/Tangled.CAM.XviDCAMSTAiN.part5.rar.html">http://
hotfile.com/dl/85725968/79cd924/Tangled.CAM.XviDCAMSTAiN.part5.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:37:12 AM)</I></SMAL  L><BR><BR><A
href="http://hotfile.com/dl/85726118/9633e4c/Tangled.CAM.XviDCAMSTAiN.part2.rar.html">http://
hotfile.com/dl/85726118/9633e4c/Tangled.CAM.XviDCAMSTAiN.part2.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:37:23 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85726175/102e8f7/Tangled.CAM.XviDCAMSTAiN.part6.rar.html">http://
hotfile.com/dl/85726175/102e8f7/Tangled.CAM.XviDCAMSTAiN.part6.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:37:55 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85726357/4665497/Tangled.CAM.XviDCAMSTAiN.part3.rar.html">http://
hotfile.com/dl/85726357/4665497/Tangled.CAM.XviDCAMSTAiN.part3.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:38:08 AM)</I></SMALL><BR><BR><A href

CONFIDENTIAL

HF01918200

="http://hotfile.com/dl/85726610/01f7cf3/Tangled.CAM.XviDCAMSTAiN.part4.rar.html">http://hotf
ile.com/dl/85726610/01f7cf3/Tangled.CAM.XviDCAMSTAiN.part4.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:38:20 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85726512/39cf4a9/Tangled.CAM.XviDCAMSTAiN.part7.rar.html">http://
hotfile.com/dl/85726512/39cf4a9/Tangled.CAM.XviDCAMSTAiN.part7.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:38:28 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85726529/fd8b70b/Tangled.CAM.XviDCAMSTAiN.part8.rar.html">http://
hotfile.com/dl/85726529/fd8b70b/Tangled.CAM.XviDCAMSTAiN.part8.rar.html</A><BR><SMALL><I>* To
date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date:
12/1/2010 2:38:36 AM)</I></SMALL><BR><BR><A href="http://hotfile.
com/dl/85740459/d258a86/Tangled.2010.CAM.XviD-
miguel.part1.rar.html">http://hotfile.com/dl/85740459/d258a86/Tangled.2010.CAM.XviD-
miguel.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:39:08 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85740477/0e1bc19/Tangled.2010.CAM.XviD-
miguel.part2.rar.html">http://hotfile.com/dl/85740477/0e1bc19/Tangled.2010.CAM.XviD-
miguel.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:39:20 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85740592/56b5876/Tangled.2010.CAM.XviD-
miguel.part3.rar.html">http://hotfile.com/dl/85740592/56b5876/Tangled.2010.CAM.XviD-
miguel.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:39:32 AM)</I></SMALL><BR><BR><A
href="http://h
otfile.com/dl/85740959/7037718/Tangled.2010.CAM.XviD-
miguel.part6.rar.html">http://hotfile.com/dl/85740959/7037718/Tangled.2010.CAM.XviD-
miguel.part6.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:39:38 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85740980/712631d/Tangled.2010.CAM.XviD-
miguel.part7.rar.html">http://hotfile.com/dl/85740980/712631d/Tangled.2010.CAM.XviD-
miguel.part7.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:39:44 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85740729/f383ece/Tangled.2010.CAM.XviD-
miguel.part4.rar.html">http://hotfile.com/dl/85740729/f383ece/Tangled.2010.CAM.XviD-
miguel.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:40:15 AM)</I></SMALL><BR><BR><A
href="h
ttp://hotfile.com/dl/85740835/8a48c3a/Tangled.2010.CAM.XviD-
miguel.part5.rar.html">http://hotfile.com/dl/85740835/8a48c3a/Tangled.2010.CAM.XviD-
miguel.part5.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:40:25 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85707906/d4c19cb/Tangled.2010.CAM.Feel-
Free.part2.rar.html">http://hotfile.com/dl/85707906/d4c19cb/Tangled.2010.CAM.Feel-
Free.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:40:32 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85707901/a27c62d/Tangled.2010.CAM.Feel-
Free.part1.rar.html">http://hotfile.com/dl/85707901/a27c62d/Tangled.2010.CAM.Feel-
Free.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:41:20 AM)</I></SMALL><BR><BR><A
href="ht
tp://hotfile.com/dl/85707929/a7ba4d8/Tangled.2010.CAM.Feel-
Free.part3.rar.html">http://hotfile.com/dl/85707929/a7ba4d8/Tangled.2010.CAM.Feel-
Free.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 12/1/2010 2:41:29 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/85707948/7acc454/Tangled.2010.CAM.Feel-
Free.part4.rar.html">http://hotfile.com/dl/85707948/7acc454/Tangled.2010.CAM.Feel-

CONFIDENTIAL

HF01918201

Free.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for this link. <BR>(Original Notification Date: 12/1/2010 2:41:35 AM)</I></SMALL><BR><BR></P> ><P>This letter is not a complete statement of Disneys rights in >connection with this matter, and nothing contained herein constitutes >an express or implied waiver of any rights, remedies, or defenses of >Disney in connection with this matter, all of which are expressly >reserved. </P> <P>Sent on behalf of, <BR><BR>// Cynthia Tobar // ><BR><BR>Cynthia Tobar<BR>Antipiracy Paralegal<BR>The Walt Disney >Company<BR>500 S. Buena Vista Street<BR>Burbank,CA,91521<BR></P> ><P><BR><BR><BR>[NOTE: The above Links have been re-listed here in >single line format for convenience.]
><BR><BR>--------------------<BR><BR>http://hotfile.com/dl/85610597/c90e >970/TanAiN.part1.rar.html<BR>http://hotfile.com/dl/85610657/b60b8fb/Tan >AiN.part2.rar.html<BR>http://hotfile.com/dl/85610644/4ea24a3/TanAiN.par >t6.rar.html<BR>http://hotfile.com/dl/85610684/fae5389/TanAiN.part5.rar. >html<BR>http://hotfile.com/dl/85713633/e3d32a4/Tngld.Cm_urgrove.com.mkv >.001.html<BR>http://hotfile.com/dl/85713811/2c51272/Tngld.Cm_urgrove.co >m.mkv.003.html<BR>http://hotfile.com/dl/85713727/3a7f982/Tngld.Cm_urgro >ve.com.mkv.002.html<BR>http://hotfile.com/dl/85362716/6322491/EZ-Tangle >d.2010.Cam_by.BanneD.part3.rar.html<BR>http://hotfile.com/dl/85362824/9 >794001/EZ-Tangled.2010.Cam_by.BanneD.part2.rar.html<BR>http://hotfile.c >om/dl/85363002/be4364f/EZ-Tangled.2010.Cam_by.BanneD.part1.rar.html<BR> >http://hotfile.com/dl/85363371/e656f48/EZ-Tangled.2010.Cam_by.BanneD.pa >rt4.rar.html<BR>http://hotfile.com
 /dl/85591441/5db75b1/Tangled.2010.CAM-
CF.part1.rar.html<BR>http://hotfile.com/dl/85591633/2bf66ef/Tangled.2010.CAM-
CF.part2.rar.html<BR>http://hotfile.com/dl/85591908/7fe8ac2/Tangled.2010.CAM-
CF.part4.rar.html<BR>http://hotfile.com/dl/85591836/1811331/Tangled.2010.CAM-
CF.part3.rar.html<BR>http://hotfile.com/dl/85685058/e16e402/Tangled.2010.CAM.Feel-
Free.part01.rar.html<BR>http://hotfile.com/dl/85685305/76a594b/Tangled.2010.CAM.Feel-
Free.part04.rar.html<BR>http://hotfile.com/dl/85685085/bd3190a/Tangled.2010.CAM.Feel-
Free.part02.rar.html<BR>http://hotfile.com/dl/85685283/5d5a264/Tangled.2010.CAM.Feel-
Free.part03.rar.html<BR>http://hotfile.com/dl/85685484/fe0dc02/Tangled.2010.CAM.Feel-
Free.part05.rar.html<BR>http://hotfile.com/dl/85685661/5bcafd6/Tangled.2010.CAM.Feel-
Free.part07.rar.html<BR>http://hotfile.com/dl/85685522/3947264/Tangled.2010.CAM.Feel-
Free.part06.rar.html<BR>http://hotfile.com/dl/85685700/8b1cf41/Tangled.2010.CAM.Feel-
Free.part08.rar.html<BR>http://hotfile.com/
dl/85685871/897b91f/Tangled.2010.CAM.Feel-
Free.part09.rar.html<BR>http://hotfile.com/dl/85685925/b2e0b1a/Tangled.2010.CAM.Feel-
Free.part10.rar.html<BR>http://hotfile.com/dl/85709440/24fcd6e/gtlangefddl_toast_boy.part01.r
ar.html<BR>http://hotfile.com/dl/85709472/92ff820/gtlangefddl_toast_boy.part02.rar.html<BR>ht
tp://hotfile.com/dl/85761422/0eb342c/c-
tangld.part1.rar.html<BR>http://hotfile.com/dl/85761740/f417230/c-
tangld.part2.rar.html<BR>http://hotfile.com/dl/85762025/1052eb8/c-
tangld.part4.rar.html<BR>http://hotfile.com/dl/85761912/00e9f55/c-
tangld.part3.rar.html<BR>http://hotfile.com/dl/85762280/49f7dfc/Lu-
Tangled.part1.rar.html<BR>http://hotfile.com/dl/85762492/fa417f5/Lu-
Tangled.part2.rar.html<BR>http://hotfile.com/dl/85762776/e6a421c/Lu-
Tangled.part4.rar.html<BR>http://hotfile.com/dl/85762673/20d1101/Lu-
Tangled.part3.rar.html<BR>http://hotfile.com/dl/85765162/17194c3/c-
tangld.avi.003.html<BR>http://hotfile.com/dl/85765587/9dcc7cc/c-
tangld.avi.002.html<BR>http://hotfile
 .com/dl/85764692/b8158a9/c-tangld.avi.004.html<BR>http://hotfile.com/dl/85765881/25ad81e/c-
tangld.avi.001.html<BR>http://hotfile.com/dl/85786921/a7539cd/Tangled.2010.CAM.Feel-
Free.part1.rar.html<BR>http://hotfile.com/dl/85786926/d9213e6/Tangled.2010.CAM.Feel-
Free.part2.rar.html<BR>http://hotfile.com/dl/85787024/a1b971e/Tangled.2010.CAM.Feel-
Free.part4.rar.html<BR>http://hotfile.com/dl/85786967/a7af4de/Tangled.2010.CAM.Feel-
Free.part3.rar.html<BR>http://hotfile.com/dl/85787026/e23146b/Tangled.2010.CAM.Feel-

HF01918202

Free.part5.rar.html<BR>http://hotfile.com/dl/85787051/553f366/Tangled.2010.CAM.Feel-
Free.part7.rar.html<BR>http://hotfile.com/dl/85787027/3b2209e/Tangled.2010.CAM.Feel-
Free.part6.rar.html<BR>http://hotfile.com/dl/85818672/618e499/Tan10.CAM-
CAMSTAiN.avi.html<BR>http://hotfile.com/dl/85331280/d0e7ded/Long.Long.Hair.2k10.Cam-
Lu.part2.rar.html<BR>http://hotfile.com/dl/85331471/baf33ca/Long.Long.Hair.2k10.Cam-
Lu.part1.rar.html<BR>http://hotfile.com/dl/85514531/ea082a3/T.2010.Fee
l-Free.part3.rar.html<BR>http://hotfile.com/dl/85515450/0ad0465/T.2010.Feel-
Free.part2.rar.html<BR>http://hotfile.com/dl/85516442/ef884d4/T.2010.Feel-
Free.part1.rar.html<BR>http://hotfile.com/dl/85529481/1f8d9f2/Tangled.2010.Cam.XviD.Feel-
Free.avi.html<BR>http://hotfile.com/dl/85610718/b3e7bf9/NiATSMAC-
DivX.MAC.delgnaT.part1.rar.html<BR>http://hotfile.com/dl/85610699/b46318f/NiATSMAC-
DivX.MAC.delgnaT.part2.rar.html<BR>http://hotfile.com/dl/85615426/03fb4fd/Bananashare.Org_tan
gld.part1.rar.html<BR>http://hotfile.com/dl/85848257/3b4f818/Tangled.CAM.XviD-
CAMSTAiN.avi.html<BR>http://hotfile.com/dl/85769287/c73237c/c-
tangld.avi.html<BR>http://hotfile.com/dl/85531406/4189f85/T.C.X.F-
F.part1.rar.html<BR>http://hotfile.com/dl/85531593/d7576d8/T.C.X.F-
F.part2.rar.html<BR>http://hotfile.com/dl/85531681/992ce9e/T.C.X.F-
F.part4.rar.html<BR>http://hotfile.com/dl/85531664/3cd57ac/T.C.X.F-
F.part3.rar.html<BR>http://hotfile.com/dl/85531684/6a623d7/T.C.X.F-
F.part5.rar.html<BR>http://hotfile.
com/dl/85531685/bee4581/T.C.X.F-
F.part6.rar.html<BR>http://hotfile.com/dl/85502378/dfd9f9b/Tangled.2010.Cam.dmz.part3.rar.htm
l<BR>http://hotfile.com/dl/85502369/fc734b6/Tangled.2010.Cam.dmz.part2.rar.html<BR>http://hot
file.com/dl/85502389/430ed88/Tangled.2010.Cam.dmz.part4.rar.html<BR>http://hotfile.com/dl/855
02417/a2d80f8/Tangled.2010.Cam.dmz.part1.rar.html<BR>http://hotfile.com/dl/85502427/c2c18d5/T
angled.2010.Cam.dmz.part5.rar.html<BR>http://hotfile.com/dl/85502508/3884333/Tangled.2010.Cam
.dmz.part6.rar.html<BR>http://hotfile.com/dl/85502536/9ba0681/Tangled.2010.Cam.dmz.part7.rar.
html<BR>http://hotfile.com/dl/85620650/9fbdd6c/T.C.X.CAMSTAiN.part2.rar.html<BR>http://hotfil
e.com/dl/85621441/8c4fc2d/T.C.X.CAMSTAiN.part1.rar.html<BR>http://hotfile.com/dl/85622650/811
4ec0/T.C.X.CAMSTAiN.part3.rar.html<BR>http://hotfile.com/dl/85623117/c3ed223/T.C.X.CAMSTAiN.p
art4.rar.html<BR>http://hotfile.com/dl/85588110/8419bce/2811m_Tangled.(2010).CAMRip.350MB.Jcb
.part1.rar.html<BR>http://h

otfile.com/dl/85588111/f0d7928/2811m_Tangled.(2010).CAMRip.350MB.Jcb.part2.rar.html<BR>http:/
/hotfile.com/dl/85725898/435f4f3/Tangled.CAM.XviDCAMSTAiN.part1.rar.html<BR>http://hotfile.co
m/dl/85725968/79cd924/Tangled.CAM.XvidCAMSTAiN.part5.rar.html<BR>http://hotfile.com/dl/857261
18/9633e4c/Tangled.CAM.XviDCAMSTAiN.part2.rar.html<BR>http://hotfile.com/dl/85726175/102e8f7/
Tangled.CAM.XviDCAMSTAiN.part6.rar.html<BR>http://hotfile.com/dl/85726357/4665497/Tangled.CAM
.XviDCAMSTAiN.part3.rar.html<BR>http://hotfile.com/dl/85726610/01f7cf3/Tangled.CAM.XviDCAMSTA
iN.part4.rar.html<BR>http://hotfile.com/dl/85726512/39cf4a9/Tangled.CAM.XviDCAMSTAiN.part7.ra
r.html<BR>http://hotfile.com/dl/85726529/fd8b70b/Tangled.CAM.XviDCAMSTAiN.part8.rar.html<BR>h
ttp://hotfile.com/dl/85740459/d258a86/Tangled.2010.CAM.XviD-
miguel.part1.rar.html<BR>http://hotfile.com/dl/85740477/0e1bc19/Tangled.2010.CAM.XviD-
miguel.part2.rar.html<BR>http://hotfile.com/dl/85740592/56b5876/Tangled.2010.CAM.XviD-
miguel.part3.
rar.html<BR>http://hotfile.com/dl/85740959/7037718/Tangled.2010.CAM.XviD-
miguel.part6.rar.html<BR>http://hotfile.com/dl/85740980/712631a/Tangled.2010.CAM.XviD-
miguel.part7.rar.html<BR>http://hotfile.com/dl/85740729/f383ece/Tangled.2010.CAM.XviD-
miguel.part4.rar.html<BR>http://hotfile.com/dl/85740835/8a48c3a/Tangled.2010.CAM.XviD-
miguel.part5.rar.html<BR>http://hotfile.com/dl/85707906/d4c19cb/Tangled.2010.CAM.Feel-
Free.part2.rar.html<BR>http://hotfile.com/dl/85707901/a27c62d/Tangled.2010.CAM.Feel-
Free.part1.rar.html<BR>http://hotfile.com/dl/85707929/a7ba4d8/Tangled.2010.CAM.Feel-
Free.part3.rar.html<BR>http://hotfile.com/dl/85707948/7acc454/Tangled.2010.CAM.Feel-
Free.part4.rar.html<BR><BR>--------------------<BR><BR></P>

CONFIDENTIAL                                                      HF01918203

**From:**       Hotfile.com Abuse [abuse@hotfile.com]
**Sent:**       Wednesday, December 29, 2010 8:46 PM
**To:**         Internet.Enforcement@disney.com
**Subject:**    Re: Immediate Action Required - hotfile.com - Infringing Content Re-notification [Notice ID: 6258] (CH)


The following files were deleted:
http://hotfile.com/dl/46847030/19fa85c/TLS.Ts.Xvid.LKRG.part1.rar.html
http://hotfile.com/dl/46847328/dc98260/TLS.Ts.Xvid.LKRG.part2.rar.html
http://hotfile.com/dl/47026861/da9bcf1/Zmovie4U.com_IMAGiNE-TLS.part4.rar.html
http://hotfile.com/dl/47027196/c398792/Zmovie4U.com_IMAGiNE-TLS.part3.rar.html
http://hotfile.com/dl/45220778/93e87f4/FlashForward.S01E22.Future.Shock.HDTV.XViD-FQM.part1.rar.html
http://hotfile.com/dl/45220779/0c72b22/FlashForward.S01E22.Future.Shock.HDTV.XViD-FQM.part2.rar.html
http://hotfile.com/dl/45179543/745de2c/flashforward.s01e22.hdtv.xvid-fqm.part2.rar.html
http://hotfile.com/dl/45179258/f8922b6/flashforward.s01e22.hdtv.xvid-fqm.part1.rar.html


Best regards,
Hotfile.com abuse department

Internet.Enforcement@disney.com wrote:
><P>Wednesday, December 29, 2010<BR><BR><U>Via Electronic Mail (
><A>abuse@hotfile.com</A> )</U><BR><BR>hotfile.com <BR>c/o Designated
>Agent <BR><BR>Re: Infringing Content Re-notification [Notice ID:6258
><YET generated be to>] <BR>File No. (CH) (http://hotfile.com) </P>
><P>Dear Sir or Madam: <BR><BR>I refer to my previous letter(s) sent to
>you (see "Original Notification Dates" listed below), in which Disney
>Enterprises, Inc., and/or its subsidiaries or affiliated companies,
>("Disney") documented infringement of Disney copyrighted works on your
>site. To date, you have not removed this content, which continues to be
>accessible at one or more of the links identified below. <BR><BR>Please
>take immediate action to disable access and remove the infringing
>content identified below. Disney will be forced to consider all
>alternative actions available if you fail to comply with this letter
>immediately. </P> <P><U>Copyrighted works infringed
>upon:</U><BR>Audiovisual works, including without limitation, <I>Last
>Song, The</I>, <I>FlashForward 1</I></P> <P><B>Location and original
>notification dates of infringing material:</B></P> <P><A
>href="http://hotfile.com/dl/46847030/19fa85c/TLS.Ts.Xvid.LKRG.part1.rar
>.html">http://hotfile.com/dl/46847030/19fa85c/TLS.Ts.Xvid.LKRG.part1.ra
>r.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
>sent for this link. <BR>(Original Notification Date: 8/5/2010 1:17:48
>AM)</I></SMALL><BR><BR><A
>href="http://hotfile.com/dl/46847328/dc98260/TLS.Ts.Xvid.LKRG.part2.rar
>.html">http://hotfile.com/dl/46847328/dc98260/TLS.Ts.Xvid.LKRG.part2.ra
>r.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
>sent for this link. <BR>(Original Notification Date: 8/5/2010 1:17:52
>AM)</I></SMALL><BR><BR><A
>href="http://hotfile.com/dl/47026861/da9bcf1/Zmovie4U.com_IMAGiNE-TLS.p
>art4.rar.html">http://hotfile.com/dl/47026861/da9bcf1/Zmovie4U.com_IMAG
>iNE-TLS.part4.rar.html</A><BR><SMALL><I>* To date, a total of 1
>notice(s) previously sent for this link. <BR>(Original Notification
>Date: 8/5/2010 1:19:11 AM)</I></SMALL><BR><BR><A

CONFIDENTIAL

HF01946669

```
>href="http://hotfile.com/dl/47027196/c398792/Z
 movie4U.com_IMAGiNE-
TLS.part3.rar.html">http://hotfile.com/dl/47027196/c398792/Zmovie4U.com_IMAGiNE-
TLS.part3.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 8/5/2010 1:19:17 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/45220778/93e87f4/FlashForward.S01E22.Future.Shock.HDTV.XviD-
FQM.part1.rar.html">http://hotfile.com/dl/45220778/93e87f4/FlashForward.S01E22.Future.Shock.H
DTV.XviD-FQM.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 8/23/2010 12:16:46
AM)</I></SMALL><BR><A
 href="http://hotfile.com/dl/45220779/0c72b22/FlashForward.S01E22.Future.Shock.HDTV.XviD-
FQM.part2.rar.html">http://hotfile.com/dl/45220779/0c72b22/FlashForward.S01E22.Future.Shock.H
DTV.XviD-FQM.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously
sent for this link. <BR>(Original Notification Date: 8/23/2010 12:16:46
AM)</I></SMALL><BR><A
 href="http://hotfile.com/dl/45179543/745de2c/flashforward.s01e22.hdtv.xvid-
fqm.part2.rar.html">http://hotfile.com/dl/45179543/745de2c/flashforward.s01e22.hdtv.xvid-
fqm.part2.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 8/23/2010 12:16:48 AM)</I></SMALL><BR><BR><A
href="http://hotfile.com/dl/45179258/f8922b6/flashforward.s01e22.hdtv.xvid-
fqm.part1.rar.html">http://hotfile.com/dl/45179258/f8922b6/flashforward.s01e22.hdtv.xvid-
fqm.part1.rar.html</A><BR><SMALL><I>* To date, a total of 1 notice(s) previously sent for
this link. <BR>(Original Notification Date: 8/23/2010 12:16:49 AM)</I></SMALL><BR><BR></P>
><P>This letter is not a complete statement of Disneys rights in
>connection with this matter, and nothing contained herein constitutes
>an express or implied waiver of any rights, remedies, or defenses of
>Disney in connection with this matter, all of which are expressly
>reserved. </P> <P>Sent on behalf of, <BR><BR>// Cynthia Tobar //
><BR><BR>Cynthia Tobar<BR>Antipiracy Paralegal<BR>The Walt Disney
>Company<BR>500 S. Buena Vista Street<BR>Burbank,CA,91521<BR></P>
><P><BR><BR><BR>[NOTE: The above Links have been re-listed here in
>single line format for convenience.]
><BR><BR>-------------------<BR><BR>http://hotfile.com/dl/46847030/19fa
>85c/TLS.Ts.Xvid.LKRG.part1.rar.html<BR>http://hotfile.com/dl/46847328/d
>c98260/TLS.Ts.Xvid.LKRG.part2.rar.html<BR>http://hotfile.com/dl/4702686
>1/da9bcf1/Zmovie4U.com_IMAGiNE-TLS.part4.rar.html<BR>http://hotfile.com
>/dl/47027196/c398792/Zmovie4U.com_IMAGiNE-TLS.part3.rar.html<BR>http://
>hotfile.com/dl/45220778/93e87f4/FlashForward.S01E22.Future.Shock.HDTV.X
>viD-FQM.part1.rar.html<BR>http://hotfile.com/dl/45220779/0c72b22/FlashF
>orward.S01E22.Future.Shock.HDTV.XviD-FQM.part2.rar.html<BR>http://hotfi
>le.com/dl/45179543/745de2c/flashforward.s01e22.hdtv.xvid-fqm.part2.rar.
>html<BR>http://hotfile.com/dl/45179258/f8922b6/flashforward.s01e22.hdtv
>.xvid-fqm.part1.rar.html<BR><BR>-------------------<BR><BR></P>
```

CONFIDENTIAL

HF01946670

**From:**          fox@mimtid.com
**Sent:**          Thursday, November 04, 2010 12:36 AM
**To:**            abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com
**Subject:**       REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation


Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of
Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies
("Fox"), to notify you of the continued infringement on your site of Fox's intellectual
property rights in the titles identified in this email.  Notices of Copyright Infringement
were previously sent to Hotfile.com for the identified titles and links on the dates listed
in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to
video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly
remove and disable the links to all unauthorized copies of works whose copyrights are owned
by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights, remedies, or
defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described
herein is not authorized by Fox, its agent, or the law. The information in this notice is
accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox
with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 68886
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79085394/c22dc4e/backup.hoot009.Machete.2010.480p.BRRip.XviD.AC3-
LTRG.part4.rar.html
Previous Submission Dates: 2010-11-01 00:43:36

1

CONFIDENTIAL                                                                                  HF00488803

Date Re-Discovered: 2010-10-31 13:27:48

Control Number: 68883
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79085187/b7ddcfa/backup.hoot009.Machete.2010.480p.BRRip.XviD.AC3-LTRG.part1.rar.html
Previous Submission Dates: 2010-11-01 00:43:36
Date Re-Discovered: 2010-10-31 13:27:47

Control Number: 68884
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79085214/9623362/backup.hoot009.Machete.2010.480p.BRRip.XviD.AC3-LTRG.part2.rar.html
Previous Submission Dates: 2010-11-01 00:43:36
Date Re-Discovered: 2010-10-31 13:27:47

Control Number: 68885
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79085358/7c9527a/backup.hoot009.Machete.2010.480p.BRRip.XviD.AC3-LTRG.part3.rar.html
Previous Submission Dates: 2010-11-01 00:43:36
Date Re-Discovered: 2010-10-31 13:27:47

Control Number: 68873
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79549428/b503c19/Machete.2010.BRRip.RoSub.iNT.part09.rar.html
Previous Submission Dates: 2010-11-01 00:43:36
Date Re-Discovered: 2010-10-31 13:27:30

Control Number: 68870
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79548745/6260d09/Machete.2010.BRRip.RoSub.iNT.part06.rar.html
Previous Submission Dates: 2010-11-01 00:43:36
Date Re-Discovered: 2010-10-31 13:27:29

Control Number: 68871
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79549091/11dade1/Machete.2010.BRRip.RoSub.iNT.part07.rar.html
Previous Submission Dates: 2010-11-01 00:43:36
Date Re-Discovered: 2010-10-31 13:27:29

Control Number: 68872
Studio: Fox
Title: Machete

2

```
Infringing Host File Download Link:
http://hotfile.com/dl/79549294/a2134bb/Machete.2010.BRRip.RoSub.iNT.part08.rar.html
Previous Submission Dates: 2010-11-01 00:43:36
Date Re-Discovered: 2010-10-31 13:27:29


Control Number: 68868
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79548424/8c7b925/Machete.2010.BRRip.RoSub.iNT.part04.rar.html
Previous Submission Dates: 2010-11-01 00:43:36
Date Re-Discovered: 2010-10-31 13:27:28


Control Number: 68869
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79548612/b34a546/Machete.2010.BRRip.RoSub.iNT.part05.rar.html
Previous Submission Dates: 2010-11-01 00:43:36
Date Re-Discovered: 2010-10-31 13:27:28


Control Number: 68866
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79547963/8e88b12/Machete.2010.BRRip.RoSub.iNT.part02.rar.html
Previous Submission Dates: 2010-11-01 00:43:36
Date Re-Discovered: 2010-10-31 13:27:27


Control Number: 68867
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79548227/651bdcf/Machete.2010.BRRip.RoSub.iNT.part03.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:27:27


Control Number: 68865
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79547683/c313c8d/Machete.2010.BRRip.RoSub.iNT.part01.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:27:26


Control Number: 68801
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79363109/4d13362/Knight.and.Day.2010.720p.mkv.part6.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:19:34


Control Number: 68799
Studio: Fox
Title: Knight and Day
```

3

HF00488805

```
Infringing Host File Download Link:
http://hotfile.com/dl/79362921/d36d01f/Knight.and.Day.2010.720p.mkv.part4.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:19:33

Control Number: 68800
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79362747/fa5a778/Knight.and.Day.2010.720p.mkv.part5.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:19:33

Control Number: 68796
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79358370/1468e99/Knight.and.Day.2010.720p.mkv.part1.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:19:32

Control Number: 68797
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79362175/0ace64f/Knight.and.Day.2010.720p.mkv.part2.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:19:32

Control Number: 68798
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79362096/56d1177/Knight.and.Day.2010.720p.mkv.part3.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:19:32

Control Number: 68770
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79477916/b97584a/KDBXASi.DMZ.part15.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:56

Control Number: 68768
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79477658/f72e026/KDBXASi.DMZ.part13.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:55

Control Number: 68769
Studio: Fox
Title: Knight and Day
```

4

CONFIDENTIAL

HF00488806

```
Infringing Host File Download Link:
http://hotfile.com/dl/79477881/bd14427/KDBXASi.DMZ.part14.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:55

Control Number: 68765
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79477362/4c89bf4/KDBXASi.DMZ.part10.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:54

Control Number: 68766
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79477403/2385a0e/KDBXASi.DMZ.part11.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:54

Control Number: 68767
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79477568/1f657cb/KDBXASi.DMZ.part12.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:54

Control Number: 68763
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79477170/b857771/KDBXASi.DMZ.part08.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:53

Control Number: 68764
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79477227/a8a4b54/KDBXASi.DMZ.part09.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:53

Control Number: 68761
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79477013/c1c8a3b/KDBXASi.DMZ.part06.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:52

Control Number: 68762
Studio: Fox
Title: Knight and Day
```

5

CONFIDENTIAL

HF00488807

```
Infringing Host File Download Link:
http://hotfile.com/dl/79477042/9707d39/KDBXASi.DMZ.part07.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:52

Control Number: 68759
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79476814/19a3321/KDBXASi.DMZ.part04.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:51

Control Number: 68760
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79476819/87864f3/KDBXASi.DMZ.part05.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:51

Control Number: 68756
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79476467/cf06c3f/KDBXASi.DMZ.part01.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:50

Control Number: 68757
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79476640/647ecb8/KDBXASi.DMZ.part02.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:50

Control Number: 68758
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79476659/97eb47a/KDBXASi.DMZ.part03.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:15:50

Control Number: 68732
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79323316/b5304c6/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
ViSiON.part7.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:13:58

Control Number: 68730
Studio: Fox
Title: Knight and Day
```

6

CONFIDENTIAL

HF00488808

```
Infringing Host File Download Link:
http://hotfile.com/dl/79441359/e2e1b00/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
ViSiON.part5.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:13:57


Control Number: 68731
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79336705/5b2f9b8/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
ViSiON.part6.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:13:57


Control Number: 68727
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79440232/a151f48/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
ViSiON.part2.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:13:56


Control Number: 68728
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79444343/0d5d055/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
ViSiON.part3.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:13:56


Control Number: 68729
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79441760/9b7b056/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
ViSiON.part4.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:13:56


Control Number: 68726
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79445095/4eccc85/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
ViSiON.part1.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 13:13:55


Control Number: 68718
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79527210/1d059ee/kad720_ThePecko.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
```

CONFIDENTIAL                                                            HF00488809

Date Re-Discovered: 2010-10-31 13:13:35

Control Number: 68692
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79470660/1f5bf94/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part15.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 10:10:42

Control Number: 68693
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79470661/78f9b55/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part16.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 10:10:42

Control Number: 68694
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79470671/34753e7/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part17.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 10:10:42

Control Number: 68690
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79470644/7861299/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part13.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 10:10:41

Control Number: 68691
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79470646/0427594/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part14.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 10:10:41

Control Number: 68688
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79470613/d3be0fe/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part11.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 10:10:40

Control Number: 68689

CONFIDENTIAL                                                                    HF00488810

```
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79470639/7d00490/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part12.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 10:10:40


Control Number: 68685
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79469757/90f8e59/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part08.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 10:10:39


Control Number: 68686
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79469760/a90af79/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part09.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 10:10:39


Control Number: 68687
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79469759/1cf3c44/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part10.rar.html
Previous Submission Dates: 2010-11-01 00:43:37
Date Re-Discovered: 2010-10-31 10:10:39


Control Number: 68683
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79469752/c30c106/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part06.rar.html
Previous Submission Dates: 2010-11-01 00:43:38
Date Re-Discovered: 2010-10-31 10:10:38


Control Number: 68684
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79469754/a1bb728/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part07.rar.html
Previous Submission Dates: 2010-11-01 00:43:38
Date Re-Discovered: 2010-10-31 10:10:38


Control Number: 68681
Studio: Fox
Title: Knight and Day
```

CONFIDENTIAL

HF00488811

Infringing Host File Download Link:
http://hotfile.com/dl/79469756/0aa33c8/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part04.rar.html
Previous Submission Dates: 2010-11-01 00:43:38
Date Re-Discovered: 2010-10-31 10:10:37


Control Number: 68682
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79469758/3d336f5/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part05.rar.html
Previous Submission Dates: 2010-11-01 00:43:38
Date Re-Discovered: 2010-10-31 10:10:37


Control Number: 68679
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79469753/56dc8a5/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part02.rar.html
Previous Submission Dates: 2010-11-01 00:43:38
Date Re-Discovered: 2010-10-31 10:10:36


Control Number: 68680
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79469755/551fb7c/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part03.rar.html
Previous Submission Dates: 2010-11-01 00:43:38
Date Re-Discovered: 2010-10-31 10:10:36


Control Number: 68678
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79469761/61fa8c1/Knight.and.Day.2010.480p.BRRip.XviD.AC3-
LTRG.part01.rar.html
Previous Submission Dates: 2010-11-01 00:43:38
Date Re-Discovered: 2010-10-31 10:10:35


Control Number: 68528
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79446016/cd94604/Knight.And.Day.2010.720p.BRRip.XviD.AC3-
ViSiON.part15.rar
Previous Submission Dates: 2010-11-01 00:43:38
Date Re-Discovered: 2010-10-31 10:01:05


Control Number: 68526
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79442275/24a7cc0/knight.and.day.2010.720p.brrip.xvid.ac3-
vision.part13.rar

10

CONFIDENTIAL                                                    HF00488812

**From:**        fox@mimtid.com
**Sent:**        Thursday, November 04, 2010 11:57 PM
**To:**          abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com
**Subject:**     REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email.  Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 75354
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80092731/71d68eb/Knight.AD.2010.m720p-coolhd.org.part7.rar.html
Previous Submission Dates: 2010-11-03 23:37:24
Date Re-Discovered: 2010-11-03 20:22:39

1

CONFIDENTIAL                                                    HF00494086

```
Control Number: 75356
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80093075/85d4aa4/Knight.AD.2010.m720p-coolhd.org.part8.rar.html
Previous Submission Dates: 2010-11-03 23:37:24
Date Re-Discovered: 2010-11-03 20:22:39


Control Number: 75352
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80094105/3d9d84c/Knight.AD.2010.m720p-coolhd.org.part5.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:38


Control Number: 75353
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80095140/86d7922/Knight.AD.2010.m720p-coolhd.org.part6.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:38


Control Number: 75350
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80095334/93f77bf/Knight.AD.2010.m720p-coolhd.org.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:37


Control Number: 75351
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80092830/06cc0d9/Knight.AD.2010.m720p-coolhd.org.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:37


Control Number: 75347
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80092828/015c8b7/Knight.AD.2010.m720p-coolhd.org.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:36


Control Number: 75348
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80094056/fb50efd/Knight.AD.2010.m720p-coolhd.org.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:36
```

2

```
Control Number: 75345
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80192725/638b063/Knight.And.Day2010DvDrip-aXXo.part5.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:35


Control Number: 75346
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80192822/c3cc990/Knight.And.Day2010DvDrip-aXXo.part6.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:35


Control Number: 75343
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80192517/bdd96f8/Knight.And.Day2010DvDrip-aXXo.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:34


Control Number: 75344
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80192616/237824e/Knight.And.Day2010DvDrip-aXXo.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:34


Control Number: 75341
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80192362/789cade/Knight.And.Day2010DvDrip-aXXo.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:33


Control Number: 75342
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80192400/3ea999b/Knight.And.Day2010DvDrip-aXXo.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:22:33


Control Number: 75314
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80226873/daa111f/SharingW.org_Knight_And_Day_2010_READNFO_720p_BluRay_x
264_AVS720.part08.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:20:05
```

3

CONFIDENTIAL

HF00494088

```
Control Number: 75315
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80226714/83cc765/SharingW.org_Knight_And_Day_2010_READNFO_720p_BluRay_x
264_AVS720.part09.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:20:05


Control Number: 75312
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80226914/acd2346/SharingW.org_Knight_And_Day_2010_READNFO_720p_BluRay_x
264_AVS720.part06.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:20:04


Control Number: 75313
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80226796/8e1f3dc/SharingW.org_Knight_And_Day_2010_READNFO_720p_BluRay_x
264_AVS720.part07.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:20:04


Control Number: 75309
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80226862/7a9eec5/SharingW.org_Knight_And_Day_2010_READNFO_720p_BluRay_x
264_AVS720.part03.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:20:03


Control Number: 75310
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80226892/8c5adcc/SharingW.org_Knight_And_Day_2010_READNFO_720p_BluRay_x
264_AVS720.part04.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:20:03


Control Number: 75311
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80226886/86dcae9/SharingW.org_Knight_And_Day_2010_READNFO_720p_BluRay_x
264_AVS720.part05.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:20:03


Control Number: 75307
Studio: Fox
Title: Knight and Day
```

CONFIDENTIAL

HF00494089

Infringing Host File Download Link:
http://hotfile.com/dl/80226785/b821f0a/SharingW.org_Knight_And_Day_2010_READNFO_720p_BluRay_x264_AVS720.part01.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:20:02


Control Number: 75308
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80226789/9a89b20/SharingW.org_Knight_And_Day_2010_READNFO_720p_BluRay_x264_AVS720.part02.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:20:02


Control Number: 75295
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80126449/7670936/Knight.and.Day.2010.BDRip.XVID.AC3.HQ.Hive-CM8.th3scene.com.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:19:58


Control Number: 75294
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80124614/86016fd/Knight.and.Day.2010.BDRip.XVID.AC3.HQ.Hive-CM8.th3scene.com.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:19:57


Control Number: 75250
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80185967/05b24d0/Knight.And.Day.2010.READNFO.720p.BluRay.x264-AVS720.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:16:34


Control Number: 75251
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80148023/69cc1d6/Knight.And.Day.2010.READNFO.720p.BluRay.x264-AVS720.part5.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:16:34


Control Number: 75248
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80144954/fe562fd/Knight.And.Day.2010.READNFO.720p.BluRay.x264-AVS720.part2.rar.html

5

HF00494090

```
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:16:33

Control Number: 75249
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80144952/d14abec/Knight.And.Day.2010.READNFO.720p.BluRay.x264-
AVS720.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:16:33

Control Number: 75247
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80144953/4182b34/Knight.And.Day.2010.READNFO.720p.BluRay.x264-
AVS720.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 20:16:32

Control Number: 75169
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/80189510/f0812ec/VSuck_DvdRip_XVID_ARROW.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 12:29:35

Control Number: 75168
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/80189694/ebcc891/VSuck_DvdRip_XVID_ARROW.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 12:29:34

Control Number: 75125
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80170797/d32883a/Knight.and.Day.2010.720p.WiKi.part35.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 12:26:51

Control Number: 75124
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80170790/d757fac/Knight.and.Day.2010.720p.WiKi.part34.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 12:26:50

Control Number: 75123
Studio: Fox
Title: Knight and Day
```

6

HF00494091

```
Infringing Host File Download Link:
http://hotfile.com/dl/80170781/7739196/Knight.and.Day.2010.720p.WiKi.part33.rar.html
Previous Submission Dates: 2010-11-03 23:37:25
Date Re-Discovered: 2010-11-03 12:26:49


Control Number: 75122
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80170771/fb4be0d/Knight.and.Day.2010.720p.WiKi.part32.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:48


Control Number: 75120
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80170730/175e7cc/Knight.and.Day.2010.720p.WiKi.part30.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:47


Control Number: 75121
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80170745/aa33da3/Knight.and.Day.2010.720p.WiKi.part31.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:47


Control Number: 75119
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80170687/c4a41ef/Knight.and.Day.2010.720p.WiKi.part29.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:45


Control Number: 75118
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80170638/6151712/Knight.and.Day.2010.720p.WiKi.part28.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:44


Control Number: 75117
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80169858/c41a1e7/Knight.and.Day.2010.720p.WiKi.part27.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:42


Control Number: 75116
Studio: Fox
Title: Knight and Day
```

7

CONFIDENTIAL

HF00494092

Infringing Host File Download Link:
http://hotfile.com/dl/80169854/4517989/Knight.and.Day.2010.720p.WiKi.part26.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:41

Control Number: 75114
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80169857/5e864a5/Knight.and.Day.2010.720p.WiKi.part24.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:38

Control Number: 75115
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80169856/ecd3c27/Knight.and.Day.2010.720p.WiKi.part25.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:38

Control Number: 75112
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80169852/e65ea34/Knight.and.Day.2010.720p.WiKi.part22.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:37

Control Number: 75113
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80169850/b7672a2/Knight.and.Day.2010.720p.WiKi.part23.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:37

Control Number: 75110
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80169853/7345240/Knight.and.Day.2010.720p.WiKi.part20.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:36

Control Number: 75111
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80169855/7f5a1f9/Knight.and.Day.2010.720p.WiKi.part21.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:36

Control Number: 75108
Studio: Fox
Title: Knight and Day

8

                                                                    HF00494093

Infringing Host File Download Link:
http://hotfile.com/dl/80169849/4234823/Knight.and.Day.2010.720p.WiKi.part18.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:35


Control Number: 75109
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80169851/b335bf6/Knight.and.Day.2010.720p.WiKi.part19.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:35


Control Number: 75106
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171751/d4c6333/Knight.and.Day.2010.720p.WiKi.part16.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:34


Control Number: 75107
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171789/90da12e/Knight.and.Day.2010.720p.WiKi.part17.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:34


Control Number: 75105
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171735/2bd06bf/Knight.and.Day.2010.720p.WiKi.part15.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:33


Control Number: 75103
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171565/5fa4a26/Knight.and.Day.2010.720p.WiKi.part13.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:32


Control Number: 75104
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171728/03bae64/Knight.and.Day.2010.720p.WiKi.part14.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:32


Control Number: 75101
Studio: Fox
Title: Knight and Day

9

CONFIDENTIAL                                                    HF00494094

```
Infringing Host File Download Link:
http://hotfile.com/dl/80171426/3ddbcf0/Knight.and.Day.2010.720p.WiKi.part11.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:31

Control Number: 75102
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171434/d55f1c2/Knight.and.Day.2010.720p.WiKi.part12.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:31

Control Number: 75098
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171359/7c3175e/Knight.and.Day.2010.720p.WiKi.part08.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:30

Control Number: 75099
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171379/b0d75da/Knight.and.Day.2010.720p.WiKi.part09.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:30

Control Number: 75100
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171394/644b82d/Knight.and.Day.2010.720p.WiKi.part10.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:30

Control Number: 75096
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171338/64c8f08/Knight.and.Day.2010.720p.WiKi.part06.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:29

Control Number: 75097
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80171350/00c4dd5/Knight.and.Day.2010.720p.WiKi.part07.rar.html
Previous Submission Dates: 2010-11-03 23:37:26
Date Re-Discovered: 2010-11-03 12:26:29

Control Number: 75094
Studio: Fox
Title: Knight and Day
```

10

CONFIDENTIAL

HF00494095

**From:**            fox@mimtid.com
**Sent:**            Sunday, November 07, 2010 12:41 AM
**To:**              abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com
**Subject:**         REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation


Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of
Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies
("Fox"), to notify you of the continued infringement on your site of Fox's intellectual
property rights in the titles identified in this email.  Notices of Copyright Infringement
were previously sent to Hotfile.com for the identified titles and links on the dates listed
in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to
video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly
remove and disable the links to all unauthorized copies of works whose copyrights are owned
by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights, remedies, or
defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described
herein is not authorized by Fox, its agent, or the law. The information in this notice is
accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox
with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 76268
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80157955/8e82abf/Knight.And.Day.2010.READNFO.720p.BluRay.x264-
AVS720.part1.rar.html
Previous Submission Dates: 2010-11-04 22:58:59

1

CONFIDENTIAL                                                          HF00499822

```
Date Re-Discovered: 2010-11-04 00:52:16

Control Number: 76269
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/80173356/2cca44c/Knight.And.Day.2010.READNFO.720p.BluRay.x264-
AVS720.part2.rar.html
Previous Submission Dates: 2010-11-04 22:58:59
Date Re-Discovered: 2010-11-04 00:52:16

Control Number: 74066
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79495722/e3e6906/arrow-
vampires.suck-www.SmartWarez.org.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:15
Date Re-Discovered: 2010-11-02 19:46:32

Control Number: 74067
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79495336/47ad794/arrow-
vampires.suck-www.SmartWarez.org.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:15
Date Re-Discovered: 2010-11-02 19:46:32

Control Number: 74065
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79495705/9a5962c/arrow-
vampires.suck-www.SmartWarez.org.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:15
Date Re-Discovered: 2010-11-02 19:46:31

Control Number: 74047
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79761767/f9d0e68/
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:15
Date Re-Discovered: 2010-11-02 19:43:58

Control Number: 74048
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79761851/89b2fcc/
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:15
Date Re-Discovered: 2010-11-02 19:43:58

Control Number: 74049
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79761618/681a533/
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 19:43:58

Control Number: 74046
```

2

CONFIDENTIAL

HF00499823

Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79761750/20c04c4/
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 19:43:57

Control Number: 74001
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79251938/fedc3ee/Vampires.Suck.DVDRiP.XViD-ARROW.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:12:32

Control Number: 74002
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79253595/d85ade9/Vampires.Suck.DVDRiP.XViD-ARROW.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:12:32

Control Number: 74003
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79254010/db32e07/Vampires.Suck.DVDRiP.XViD-ARROW.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:12:32

Control Number: 74000
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79251121/3a7156a/Vampires.Suck.DVDRiP.XViD-ARROW.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:12:31

Control Number: 73961
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79562984/bf4ca83/Vampires_Suck_2010_WarezRocker.Info_A-
Ma10_.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:31, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:35

Control Number: 73960
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79565001/5ca338f/Vampires_Suck_2010_WarezRocker.Info_A-
Ma10_.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:34

Control Number: 73958

3

CONFIDENTIAL                                                                    HF00499824

Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79875920/410d4f8/
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:04


Control Number: 73959
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79875730/20f976e/
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:04


Control Number: 73955
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79875911/1b73381/
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:03


Control Number: 73956
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79875822/2e232cc/
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:03


Control Number: 73957
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79875915/b2e7a21/
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:03


Control Number: 73954
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/79875668/61dd1f4/
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:10:02


Control Number: 73938
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79469906/22b59a0/Vampires.Suck.2010.DVDRip.XviD.AC3-
ViSiON.part6.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:07:22


Control Number: 73936
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79469902/e6588c6/Vampires.Suck.2010.DVDRip.XviD.AC3-
ViSiON.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16

4

CONFIDENTIAL                                                                  HF00499825

Date Re-Discovered: 2010-11-02 18:07:21

Control Number: 73937
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79469904/996fa82/Vampires.Suck.2010.DVDRip.XviD.AC3-
ViSiON.part5.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:07:21

Control Number: 73933
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79469905/dbccb51/Vampires.Suck.2010.DVDRip.XviD.AC3-
ViSiON.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:07:20

Control Number: 73934
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79469907/199b04c/Vampires.Suck.2010.DVDRip.XviD.AC3-
ViSiON.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:07:20

Control Number: 73935
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79469901/a84acad/Vampires.Suck.2010.DVDRip.XviD.AC3-
ViSiON.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:07:20

Control Number: 73920
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/78868955/e6e7768/Vampires.Suck.2010.R5.XViD.READNFO-LKRG.part6.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:03:42

Control Number: 73917
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/78868949/ad6a1e8/Vampires.Suck.2010.R5.XViD.READNFO-LKRG.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:03:41

Control Number: 73918
Studio: Fox
Title: Vampires Suck

5

CONFIDENTIAL                                                                   HF00499826

Infringing Host File Download Link:
http://hotfile.com/dl/78868760/61b7c1a/Vampires.Suck.2010.R5.XViD.READNFO-LKRG.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:03:41

Control Number: 73919
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/78869104/024d445/Vampires.Suck.2010.R5.XViD.READNFO-LKRG.part5.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:03:41

Control Number: 73915
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/78868190/040f589/Vampires.Suck.2010.R5.XViD.READNFO-LKRG.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:03:40

Control Number: 73916
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/78868205/8157835/Vampires.Suck.2010.R5.XViD.READNFO-LKRG.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:03:40

Control Number: 73909
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79887276/509eeba/vampires.suck.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:02:52

Control Number: 73910
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79887438/05829c6/vampires.suck.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:02:52

Control Number: 73907
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79886848/ae5d95e/vampires.suck.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:02:51

Control Number: 73908
Studio: Fox
Title: Vampires Suck

6

CONFIDENTIAL                                                    HF00499827

Infringing Host File Download Link:
http://hotfile.com/dl/79887095/f1fad92/vampires.suck.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 18:02:51

Control Number: 73904
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79370304/f7485d7/Machete.2010.480p.BRRip.XviD.AC3-
FLAWL3SS.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 17:51:25

Control Number: 73905
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79370313/034d8ce/Machete.2010.480p.BRRip.XviD.AC3-
FLAWL3SS.part5.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 17:51:25

Control Number: 73901
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79369592/b6f56d9/Machete.2010.480p.BRRip.XviD.AC3-
FLAWL3SS.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 17:51:24

Control Number: 73902
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79370252/d395b53/Machete.2010.480p.BRRip.XviD.AC3-
FLAWL3SS.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 17:51:24

Control Number: 73903
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/79370254/b57daa7/Machete.2010.480p.BRRip.XviD.AC3-
FLAWL3SS.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16
Date Re-Discovered: 2010-11-02 17:51:24

Control Number: 73834
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79876731/59d82ad/SharingW.org_Vampires_Suck_(2010)_DVDRiP_XViD_ARROW.pa
rt2.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:16

7

CONFIDENTIAL

HF00499828

Date Re-Discovered: 2010-11-02 17:24:09

Control Number: 73833
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79877338/98a9f03/SharingW.org_Vampires_Suck_(2010)_DVDRiP_XViD_ARROW.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:24:08

Control Number: 73825
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79878393/9176203/SharingW.org_Vampires_Suck_2010_DVDRiP_XViD_AC3_LEGi0N.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:23:59

Control Number: 73826
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79878164/dfe1aa1/SharingW.org_Vampires_Suck_2010_DVDRiP_XViD_AC3_LEGi0N.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:23:59

Control Number: 73824
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79878443/a39fd3a/SharingW.org_Vampires_Suck_2010_DVDRiP_XViD_AC3_LEGi0N.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:23:58

Control Number: 73787
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79933257/31b9312/Vampires.Suck2010DvDrip-aXXo.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:15:23

Control Number: 73788
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79933254/b48245d/Vampires.Suck2010DvDrip-aXXo.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:15:23

Control Number: 73785
Studio: Fox
Title: Vampires Suck

8

CONFIDENTIAL

HF00499829

```
Infringing Host File Download Link:
http://hotfile.com/dl/79933255/75ea4df/Vampires.Suck2010DvDrip-aXXo.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:15:22

Control Number: 73786
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79933253/805a11e/Vampires.Suck2010DvDrip-aXXo.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:32, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:15:22

Control Number: 73774
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79939824/d0ecbab/Vampires.Suck2010DvDrip-aXXo.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:13:25

Control Number: 73775
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79939834/d6a3635/Vampires.Suck2010DvDrip-aXXo.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:13:25

Control Number: 73772
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79939811/e91c644/Vampires.Suck2010DvDrip-aXXo.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:13:24

Control Number: 73773
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79939817/4bd541c/Vampires.Suck2010DvDrip-aXXo.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:13:24

Control Number: 73770
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79541953/63451bc/beckup.VampsSck.dvdrip.divxturkArnt.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:13:23

Control Number: 73771
Studio: Fox
Title: Vampires Suck
```

CONFIDENTIAL

HF00499830

Infringing Host File Download Link:
http://hotfile.com/dl/79545109/6330cbd/backup.VampsSck.dvdrip.divxturkArnt.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:13:23

Control Number: 73769
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79538559/8638592/backup.VampsSck.dvdrip.divxturkArnt.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:13:22

Control Number: 73744
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79952409/8ca4c02/Vampires.Suck.2010.DvDRip.XviD.AC3-
MAGNAT.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:11:12

Control Number: 73745
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79952407/4a4c93d/Vampires.Suck.2010.DvDRip.XviD.AC3-
MAGNAT.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:11:12

Control Number: 73742
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79952411/c81ca90/Vampires.Suck.2010.DvDRip.XviD.AC3-
MAGNAT.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:11:11

Control Number: 73743
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79952406/c258678/Vampires.Suck.2010.DvDRip.XviD.AC3-
MAGNAT.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:11:11

Control Number: 73729
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/79941410/67bf8f8/Vampires.Suck255B2010255DDvDrip-aXXo.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:33, 2010-11-04 22:57:17
Date Re-Discovered: 2010-11-02 17:11:05

10

CONFIDENTIAL

HF00499831

**From:**       fox@mimtid.com
**Sent:**       Tuesday, November 09, 2010 1:35 AM
**To:**         abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com
**Subject:**    REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of
Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies
("Fox"), to notify you of the continued infringement on your site of Fox's intellectual
property rights in the titles identified in this email.  Notices of Copyright Infringement
were previously sent to Hotfile.com for the identified titles and links on the dates listed
in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to
video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly
remove and disable the links to all unauthorized copies of works whose copyrights are owned
by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights, remedies, or
defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described
herein is not authorized by Fox, its agent, or the law. The information in this notice is
accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox
with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 73016
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888788/aba4c64/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part12.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:25

CONFIDENTIAL                                                          HF00506306

```
Control Number: 73017
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888711/6a6fa01/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part13.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:25

Control Number: 73013
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888684/3331208/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part09.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:24

Control Number: 73014
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888726/e158993/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part10.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:24

Control Number: 73011
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888708/71db70f/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part07.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:23

Control Number: 73012
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888780/0bd287d/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part08.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:23

Control Number: 73008
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888798/ec7c5fd/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part04.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:22

Control Number: 73009
Studio: Fox
Title: Knight and Day
```

HF00506307

Infringing Host File Download Link:
http://hotfile.com/dl/79888744/89c91b0/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part05.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:22

Control Number: 73010
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888819/3dd1b71/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part06.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:22

Control Number: 73006
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888590/de698f6/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part02.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:21

Control Number: 73007
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888698/55e8dc3/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part03.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:40:59
Date Re-Discovered: 2010-11-02 15:42:21

Control Number: 73005
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79888637/a25ab50/SharingW.org_Knight_and_Day_2010_BluRay_1080p_DTS_x264
_CHD.part01.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 15:42:20

Control Number: 72970
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79909859/94583e5/KnghtandDy_2010_480p_BRRip.part6.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:05

Control Number: 72968
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79909822/b3a5874/KnghtandDy_2010_480p_BRRip.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:04

CONFIDENTIAL                                                                 HF00506308

```
Control Number: 72969
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79910138/f3a9016/KnghtandDy_2010_480p_BRRip.part5.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:04


Control Number: 72965
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79909802/084ad9b/KnghtandDy_2010_480p_BRRip.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:03


Control Number: 72967
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79909835/435c5c5/KnghtandDy_2010_480p_BRRip.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:03


Control Number: 72963
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79036090/a3ef60c/Knight_and_Day.part7.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:02


Control Number: 72964
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79124037/45b8d95/Knight_and_Day.part8.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:02


Control Number: 72960
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78536398/6c578d7/Knight_and_Day.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:01


Control Number: 72961
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78944846/59774c7/Knight_and_Day.part5.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:01


Control Number: 72962
Studio: Fox
```

HF00506309

Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78989817/fcc2495/Knight_and_Day.part6.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:01

Control Number: 72958
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78316899/d716d96/Knight_and_Day.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:22, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:00

Control Number: 72959
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78350471/6f95992/Knight_and_Day.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:29:00

Control Number: 72957
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77862842/65f3f00/Knight_and_Day.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:28:59

Control Number: 72948
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79834519/d9fb41e/Knight.And.Day.2010.PL.SUBBED.DVDRip.XviD.XxXL-PROJECT.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:28:54

Control Number: 72946
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79833847/4ba2350/Knight.And.Day.2010.PL.SUBBED.DVDRip.XviD.XxXL-PROJECT.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:28:53

Control Number: 72947
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/79834081/2640209/Knight.And.Day.2010.PL.SUBBED.DVDRip.XviD.XxXL-PROJECT.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:28:53

Control Number: 72835

Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79744838/8b5cb2a/KnigtyDet_80p-cardman.part27.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:23

Control Number: 72836
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743682/81b33fb/KnigtyDet_80p-cardman.part28.rar.html
Previous Submission Dates: 2010-11-03 23:37:38, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:23

Control Number: 72833
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79744390/4b195c4/KnigtyDet_80p-cardman.part25.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:22

Control Number: 72834
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79744427/4651aab/KnigtyDet_80p-cardman.part26.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:22

Control Number: 72830
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743801/ac1c13b/KnigtyDet_80p-cardman.part22.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:21

Control Number: 72831
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79744149/40534fd/KnigtyDet_80p-cardman.part23.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:21

Control Number: 72832
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79744189/cc28c8e/KnigtyDet_80p-cardman.part24.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:21

Control Number: 72828
Studio: Fox
Title: Knight and Day

CONFIDENTIAL

Infringing Host File Download Link: http://hotfile.com/dl/79743255/4cae5d2/KnigtyDet_80p-cardman.part20.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:20

Control Number: 72829
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743729/e4d1c40/KnigtyDet_80p-cardman.part21.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:20

Control Number: 72825
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743297/b18e8b7/KnigtyDet_80p-cardman.part17.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:19

Control Number: 72826
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743332/50532d7/KnigtyDet_80p-cardman.part18.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:19

Control Number: 72827
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743276/334d25c/KnigtyDet_80p-cardman.part19.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:19

Control Number: 72823
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743303/625fb36/KnigtyDet_80p-cardman.part15.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:18

Control Number: 72824
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743347/518e9cb/KnigtyDet_80p-cardman.part16.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:18

Control Number: 72820
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743282/cf8e951/KnigtyDet_80p-cardman.part12.rar.html

HF00506312

Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:17

Control Number: 72821
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743309/bf84140/KnigtyDet_80p-cardman.part13.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:17

Control Number: 72822
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743329/8802572/KnigtyDet_80p-cardman.part14.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:17

Control Number: 72818
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743288/3669bdc/KnigtyDet_80p-cardman.part10.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:00
Date Re-Discovered: 2010-11-02 14:25:16

Control Number: 72819
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743284/243421f/KnigtyDet_80p-cardman.part11.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:25:16

Control Number: 72816
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743324/dea2d49/KnigtyDet_80p-cardman.part08.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:25:15

Control Number: 72817
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743302/a47d91f/KnigtyDet_80p-cardman.part09.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:25:15

Control Number: 72813
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743280/40235b9/KnigtyDet_80p-cardman.part05.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:25:14

CONFIDENTIAL

HF00506313

```
Control Number: 72814
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743285/7ab883a/KnigtyDet_80p-
cardman.part06.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:25:14

Control Number: 72815
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743310/bd7a760/KnigtyDet_80p-
cardman.part07.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:25:14

Control Number: 72811
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743218/f5b2ef4/KnigtyDet_80p-
cardman.part03.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:25:13

Control Number: 72812
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743398/ed854cb/KnigtyDet_80p-
cardman.part04.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:25:13

Control Number: 72809
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743361/8265e34/KnigtyDet_80p-
cardman.part01.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:25:12

Control Number: 72810
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79743335/1b5c234/KnigtyDet_80p-
cardman.part02.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:25:12

Control Number: 72769
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79912915/f5bcc45/santi-
knightandday.avi.part6.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:23, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:24:15

Control Number: 72770
```

Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79912941/d1a6f1c/santi-
knightandday.avi.part7.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:24, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:24:15

Control Number: 72771
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79913980/a891a20/santi-
knightandday.avi.part8.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:24, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:24:15

Control Number: 72767
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79912583/223162d/santi-
knightandday.avi.part4.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:24, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:24:14

Control Number: 72768
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79912908/b4f1e2d/santi-
knightandday.avi.part5.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:24, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:24:14

Control Number: 72764
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79912426/ce4308d/santi-
knightandday.avi.part1.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:24, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:24:13

Control Number: 72765
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79912528/7b265fa/santi-
knightandday.avi.part2.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:24, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:24:13

Control Number: 72766
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/79912547/baa3921/santi-
knightandday.avi.part3.rar.html
Previous Submission Dates: 2010-11-03 23:37:39, 2010-11-04 22:57:24, 2010-11-06 23:41:01
Date Re-Discovered: 2010-11-02 14:24:13

Control Number: 72744
Studio: Fox
Title: Knight and Day

CONFIDENTIAL

| From: | fox@mimtid.com |
|---|---|
| Sent: | Saturday, October 02, 2010 3:27 AM |
| To: | abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com |
| Subject: | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email.  Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation 150 B Azalea Destin, FL 32541 David Cox Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 30422
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72711103/fd3532d/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part6.rar
.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:48:35

Control Number: 30421
Studio: Fox
Title: Machete

CONFIDENTIAL

HF00621131

Infringing Host File Download Link:
http://hotfile.com/dl/72711096/5e2e969/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part5.rar
.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:48:34

Control Number: 30419
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72711085/9483ae5/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part3.rar
.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:48:33

Control Number: 30420
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72711088/042d09b/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part4.rar
.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:48:33

Control Number: 30418
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72711061/b12b9d8/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part2.rar
.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:48:32

Control Number: 30417
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72710992/bd0c68e/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part1.rar
.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:48:31

Control Number: 30404
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72809473/574ca21/maczeta.R5.part1.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:34:49

Control Number: 30405
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72809790/08b0b47/maczeta.R5.part2.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:34:49

Control Number: 30402
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71481510/17ba873/Mach.part3.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:34:48

CONFIDENTIAL                                                          HF00621132

```
Control Number: 30403
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71462888/db31644/Mach.part4.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:34:48


Control Number: 30401
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71453916/401faf6/Mach.part2.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:34:47


Control Number: 30400
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71384608/2044ec5/Mach.part1.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:34:46


Control Number: 30380
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72776876/e456707/Machete_(2010)_R5_XviD.part4.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:34:36


Control Number: 30379
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72783861/a0f0e1b/Machete_(2010)_R5_XviD.part3.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:34:35


Control Number: 30377
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72772675/3aadcdb/Machete_(2010)_R5_XviD.part1.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:34:34


Control Number: 30378
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72772667/9ef3f6a/Machete_(2010)_R5_XviD.part2.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-30 15:34:34


Control Number: 30255
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72047949/a6efc79/Machete.2010.720p.R5.x264.AC3-MAGNET.part22.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:37


Control Number: 30256
Studio: Fox
```

HF00621133

Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72047951/334eb96/Machete.2010.720p.R5.x264.AC3-MAGNET.part23.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:37

Control Number: 30254
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72105537/6944e2a/Machete.2010.720p.R5.x264.AC3-MAGNET.part21.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:36

Control Number: 30252
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72046856/e663bc7/Machete.2010.720p.R5.x264.AC3-MAGNET.part19.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:35

Control Number: 30253
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72046887/0902d1b/Machete.2010.720p.R5.x264.AC3-MAGNET.part20.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:35

Control Number: 30251
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72046812/4fcc708/Machete.2010.720p.R5.x264.AC3-MAGNET.part18.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:34

Control Number: 30250
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72046811/6ce5e4f/Machete.2010.720p.R5.x264.AC3-MAGNET.part17.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:33

Control Number: 30248
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72105545/e77aad7/Machete.2010.720p.R5.x264.AC3-MAGNET.part15.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:32

Control Number: 30249
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72046810/e396e13/Machete.2010.720p.R5.x264.AC3-MAGNET.part16.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:32

Control Number: 30247
Studio: Fox
Title: Machete

HF00621134

Infringing Host File Download Link:
http://hotfile.com/dl/72105541/2202be5/Machete.2010.720p.R5.x264.AC3-MAGNET.part14.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:31

Control Number: 30246
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72046731/e36cce3/Machete.2010.720p.R5.x264.AC3-MAGNET.part13.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:30

Control Number: 30244
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72046659/540876e/Machete.2010.720p.R5.x264.AC3-MAGNET.part11.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:29

Control Number: 30245
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72046713/0e95e98/Machete.2010.720p.R5.x264.AC3-MAGNET.part12.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:29

Control Number: 30243
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72105543/c762f19/Machete.2010.720p.R5.x264.AC3-MAGNET.part10.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:28

Control Number: 30241
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72045576/6e3a12f/Machete.2010.720p.R5.x264.AC3-MAGNET.part08.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:27

Control Number: 30242
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72045570/bfa4a6f/Machete.2010.720p.R5.x264.AC3-MAGNET.part09.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:27

Control Number: 30240
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72045574/9724ee1/Machete.2010.720p.R5.x264.AC3-MAGNET.part07.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:26

Control Number: 30239
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72045575/3d8da14/Machete.2010.720p.R5.x264.AC3-MAGNET.part06.rar.html

CONFIDENTIAL

Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:25

Control Number: 30237
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72045573/3f81ec7/Machete.2010.720p.R5.x264.AC3-MAGNET.part04.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:24

Control Number: 30238
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72045572/5058283/Machete.2010.720p.R5.x264.AC3-MAGNET.part05.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:24

Control Number: 30236
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72045567/cb8ce56/Machete.2010.720p.R5.x264.AC3-MAGNET.part03.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:23

Control Number: 30234
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72045568/7a9c29a/Machete.2010.720p.R5.x264.AC3-MAGNET.part01.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:22

Control Number: 30235
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72045571/c89d4a4/Machete.2010.720p.R5.x264.AC3-MAGNET.part02.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 21:08:22

Control Number: 30224
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72515975/c3c034c/Machete_R5__2010_.released.ws.part3.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 20:40:25

Control Number: 30225
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72516902/ba55078/Machete_R5__2010_.released.ws.part4.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 20:40:25

Control Number: 30223
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72514924/9be6551/Machete_R5__2010_.released.ws.part2.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 20:40:24

CONFIDENTIAL

```
Control Number: 30222
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/72514085/b0f773c/Machete_R5__2010_.released.ws.part1.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-29 20:40:23


Control Number: 26881
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71814480/dc6a613/mchete10.part4.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-26 10:08:30


Control Number: 26880
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71814096/46bdded/Mchete10.part3.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-26 10:08:29


Control Number: 26879
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71813528/df0be35/mchete10.part2.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-26 10:08:28


Control Number: 26878
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71805560/cc84a0c/mchete10.part1.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-26 10:08:27


Control Number: 26544
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/63564340/a2cd6c6/Vampires.Suck.2010.u1.zip.006.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-25 00:49:19


Control Number: 26543
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/63564322/f299bf6/Vampires.Suck.2010.u1.zip.005.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-25 00:49:18


Control Number: 26542
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/63564159/0c33fc0/Vampires.Suck.2010.u1.zip.003.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-25 00:49:17


Control Number: 26465
Studio: Fox
```

CONFIDENTIAL

HF00621137

Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66636954/5ca0330/vampires.suck.2010.xvid.securewarez.net..avi.part06.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-24 22:39:14

Control Number: 26464
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66637215/273721e/vampires.suck.2010.xvid.securewarez.net..avi.part05.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-24 22:39:13

Control Number: 26463
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66637027/4a96d16/vampires.suck.2010.xvid.securewarez.net..avi.part09.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-24 22:39:12

Control Number: 26461
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66637456/743a532/vampires.suck.2010.xvid.securewarez.net..avi.part08.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-24 22:39:11

Control Number: 26462
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66637299/c50ce1a/vampires.suck.2010.xvid.securewarez.net..avi.part10.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-24 22:39:11

Control Number: 26460
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66637072/282e1aa/vampires.suck.2010.xvid.securewarez.net..avi.part07.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-24 22:39:10

Control Number: 26459
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66637342/146e4ea/vampires.suck.2010.xvid.securewarez.net..avi.part03.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-24 22:39:09

Control Number: 26457
Studio: Fox
Title: Vampires Suck

CONFIDENTIAL

Infringing Host File Download Link:
http://hotfile.com/dl/66637402/a89ea04/vampires.suck.2010.xvid.securewarez.net..avi.part04.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-24 22:39:08

Control Number: 26458
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66636879/56ff0f5/vampires.suck.2010.xvid.securewarez.net..avi.part02.rar.html
Previous Submission Dates: 2010-10-01 01:29:06 Date Re-Discovered: 2010-09-24 22:39:08

Control Number: 26456
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66637133/ac7c18f/vampires.suck.2010.xvid.securewarez.net..avi.part11.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:39:07

Control Number: 26156
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70534048/c481f24/Knight_And_Day_Gece_Ve_Gpart1.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:19:56

Control Number: 26155
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70322558/1144254/Wybuchowa_para_Knight_and_Day_
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:19:51

Control Number: 26014
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70331412/b8e51be/Knight.and.Day.(2010).DVDrip.part02.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:14:01

Control Number: 26013
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70082227/865c51c/Knight.And.Day.2010.DVDRip.XviD-MeRCuRY.part2.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:14:00

Control Number: 26012
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70096464/a984379/Knight.And.Day.2010.DVDRip.XviD-FTP.RU.part3.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:13:59

Control Number: 26011
Studio: Fox

HF00621139

Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70125108/23a8cd7/Knight.And.Day.2010.R5Line.DVDRip.XviD-
MeRCuRY.part2.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:13:57


Control Number: 26010
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70182180/9f8dfd8/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part04.rar.
html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:13:55


Control Number: 26008
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70128298/f227f0d/Kni....part3.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:13:53


Control Number: 26009
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70128248/1cd7853/Kni....part1.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:13:53


Control Number: 26007
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70128311/5acb11e/Kni....part4.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:13:52


Control Number: 26005
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70118864/e5d4cd5/Knight.And.Day.2010.R5.MaZiKa2daY.CoM.zip.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 22:13:48


Control Number: 25704
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68191904/a3caef5/Jessica_Alba_Machete_Portrait_Session_in_Venice_-
_1_Sep_2010.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 19:42:03


Control Number: 25696
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/69926526/34bdbf1/Machete.2010.TS.V2.MaZiKa2daY.CoM.rmvb.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 19:41:46


Control Number: 25695

Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68775702/43a43c4/Machete.2010.D.TS.part4.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 19:41:41


Control Number: 25694
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67202220/2433a36/Machete.2010.CAM.XviD-RLLBnevorapat.part2.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-09-24 19:41:28


Control Number: 23265
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/53320422/590e222/Kinayt.ent.deyTs_www.divxevi.com-
Bluetooth.part3.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-07-11 23:37:14


Control Number: 23266
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/53321055/62e638e/Kinayt.ent.deyTs_www.divxevi.com-
Bluetooth.part4.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-07-11 23:37:14


Control Number: 23263
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/53318738/08c0035/Kinayt.ent.deyTs_www.divxevi.com-
Bluetooth.part1.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-07-11 23:37:13


Control Number: 23264
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/53319677/b387c71/Kinayt.ent.deyTs_www.divxevi.com-
Bluetooth.part2.rar.html
Previous Submission Dates: 2010-10-01 01:29:07 Date Re-Discovered: 2010-07-11 23:37:13


Control Number: 22631
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/51072823/a59f590/Knight.Day_DVD4ARAB_Pavarotti.part2.rar.html
Previous Submission Dates: 2010-07-11 23:17:23 Date Re-Discovered: 2010-07-11 18:55:25


Control Number: 22630
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/51071986/1756d29/Knight.Day_DVD4ARAB_Pavarotti.part1.rar.html
Previous Submission Dates: 2010-07-11 23:17:23 Date Re-Discovered: 2010-07-11 18:55:24

CONFIDENTIAL

```
Control Number: 22471
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/50770082/8a8ef26/PrisM-
kad.part1.rar.html
Previous Submission Dates: 2010-07-11 23:17:23 Date Re-Discovered: 2010-07-11 18:18:08


All dates and times are U.S. Central Standard Time

Host Site Infringing Links Only
http://hotfile.com/dl/72711103/fd3532d/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part6.rar
.html
http://hotfile.com/dl/72711096/5e2e969/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part5.rar
.html
http://hotfile.com/dl/72711085/9483ae5/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part3.rar
.html
http://hotfile.com/dl/72711088/042d09b/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part4.rar
.html
http://hotfile.com/dl/72711061/b12b9d8/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part2.rar
.html
http://hotfile.com/dl/72710992/bd0c68e/Machete.2010.480P.R5.LiNE.HQ.x264.Jcberry526.part1.rar
.html
http://hotfile.com/dl/72809473/574ca21/maczeta.R5.part1.rar.html
http://hotfile.com/dl/72809790/08b0b47/maczeta.R5.part2.rar.html
http://hotfile.com/dl/71481510/17ba873/Mach.part3.rar.html
http://hotfile.com/dl/71462888/db31644/Mach.part4.rar.html
http://hotfile.com/dl/71453916/401faf6/Mach.part2.rar.html
http://hotfile.com/dl/71384608/2044ec5/Mach.part1.rar.html
http://hotfile.com/dl/72776876
 /e456707/Machete_(2010)_R5_XviD.part4.rar.html
http://hotfile.com/dl/72783861/a0f0e1b/Machete_(2010)_R5_XviD.part3.rar.html
http://hotfile.com/dl/72772675/3aadcdb/Machete_(2010)_R5_XviD.part1.rar.html
http://hotfile.com/dl/72772667/9ef3f6a/Machete_(2010)_R5_XviD.part2.rar.html
http://hotfile.com/dl/72047949/a6efc79/Machete.2010.720p.R5.x264.AC3-MAGNET.part22.rar.html
http://hotfile.com/dl/72047951/334eb96/Machete.2010.720p.R5.x264.AC3-MAGNET.part23.rar.html
http://hotfile.com/dl/72105537/6944e2a/Machete.2010.720p.R5.x264.AC3-MAGNET.part21.rar.html
http://hotfile.com/dl/72046856/e663bc7/Machete.2010.720p.R5.x264.AC3-MAGNET.part19.rar.html
http://hotfile.com/dl/72046887/0902d1b/Machete.2010.720p.R5.x264.AC3-MAGNET.part20.rar.html
http://hotfile.com/dl/72046812/4fcc708/Machete.2010.720p.R5.x264.AC3-MAGNET.part18.rar.html
http://hotfile.com/dl/72046811/6ce5e4f/Machete.2010.720p.R5.x264.AC3-MAGNET.part17.rar.html
http://hotfile.com/dl/72105545/e77aad7/Machete.2010.720p.R5.x264.AC
 3-MAGNET.part15.rar.html
http://hotfile.com/dl/72046810/e396e13/Machete.2010.720p.R5.x264.AC3-MAGNET.part16.rar.html
http://hotfile.com/dl/72105541/2202be5/Machete.2010.720p.R5.x264.AC3-MAGNET.part14.rar.html
http://hotfile.com/dl/72046731/e36cce3/Machete.2010.720p.R5.x264.AC3-MAGNET.part13.rar.html
http://hotfile.com/dl/72046659/540876e/Machete.2010.720p.R5.x264.AC3-MAGNET.part11.rar.html
http://hotfile.com/dl/72046713/0e95e98/Machete.2010.720p.R5.x264.AC3-MAGNET.part12.rar.html
http://hotfile.com/dl/72105543/c762f19/Machete.2010.720p.R5.x264.AC3-MAGNET.part10.rar.html
http://hotfile.com/dl/72045576/6e3a12f/Machete.2010.720p.R5.x264.AC3-MAGNET.part08.rar.html
http://hotfile.com/dl/72045570/bfa4a6f/Machete.2010.720p.R5.x264.AC3-MAGNET.part09.rar.html
http://hotfile.com/dl/72045574/9724ee1/Machete.2010.720p.R5.x264.AC3-MAGNET.part07.rar.html
http://hotfile.com/dl/72045575/3d8da14/Machete.2010.720p.R5.x264.AC3-MAGNET.part06.rar.html
http://hotfile.com/dl/72045573/3f81ec7/Mache
 te.2010.720p.R5.x264.AC3-MAGNET.part04.rar.html
http://hotfile.com/dl/72045572/5058283/Machete.2010.720p.R5.x264.AC3-MAGNET.part05.rar.html
http://hotfile.com/dl/72045567/cb8ce56/Machete.2010.720p.R5.x264.AC3-MAGNET.part03.rar.html
http://hotfile.com/dl/72045568/7a9c29a/Machete.2010.720p.R5.x264.AC3-MAGNET.part01.rar.html
```

CONFIDENTIAL

http://hotfile.com/dl/72045571/c89d4a4/Machete.2010.720p.R5.x264.AC3-MAGNET.part02.rar.html
http://hotfile.com/dl/72515975/c3c034c/Machete_R5__2010_.released.ws.part3.rar.html
http://hotfile.com/dl/72516902/ba55078/Machete_R5__2010_.released.ws.part4.rar.html
http://hotfile.com/dl/72514924/9be6551/Machete_R5__2010_.released.ws.part2.rar.html
http://hotfile.com/dl/72514085/b0f773c/Machete_R5__2010_.released.ws.part1.rar.html
http://hotfile.com/dl/71814480/dc6a613/mchete10.part4.rar.html
http://hotfile.com/dl/71814096/46bdded/Mchete10.part3.rar.html
http://hotfile.com/dl/71813528/df0be35/mchete10.part2.rar.html
http://hotfile.com/dl/71805560/cc84a0c/mchete10.
 part1.rar.html
http://hotfile.com/dl/63564340/a2cd6c6/Vampires.Suck.2010.u1.zip.006.html
http://hotfile.com/dl/63564322/f299bf6/Vampires.Suck.2010.u1.zip.005.html
http://hotfile.com/dl/63564159/0c33fc0/Vampires.Suck.2010.u1.zip.003.html
http://hotfile.com/dl/66636954/5ca0330/vampires.suck.2010.xvid.securewarez.net..avi.part06.rar.html
http://hotfile.com/dl/66637215/273721e/vampires.suck.2010.xvid.securewarez.net..avi.part05.rar.html
http://hotfile.com/dl/66637027/4a96d16/vampires.suck.2010.xvid.securewarez.net..avi.part09.rar.html
http://hotfile.com/dl/66637456/743a532/vampires.suck.2010.xvid.securewarez.net..avi.part08.rar.html
http://hotfile.com/dl/66637299/c50ce1a/vampires.suck.2010.xvid.securewarez.net..avi.part10.rar.html
http://hotfile.com/dl/66637072/282e1aa/vampires.suck.2010.xvid.securewarez.net..avi.part07.rar.html
http://hotfile.com/dl/66637342/146e4ea/vampires.suck.2010.xvid.securewarez.net..avi.part03.rar.html
http://hotfile.com/dl/66637402/a89ea04/vampires.suck
 .2010.xvid.securewarez.net..avi.part04.rar.html
http://hotfile.com/dl/66636879/56ff0f5/vampires.suck.2010.xvid.securewarez.net..avi.part02.rar.html
http://hotfile.com/dl/66637133/ac7c18f/vampires.suck.2010.xvid.securewarez.net..avi.part11.rar.html
http://hotfile.com/dl/70534048/c481f24/Knight_And_Day_Gece_Ve_Gpart1.rar.html
http://hotfile.com/dl/70322558/1144254/Wybuchowa_para_Knight_and_Day_
http://hotfile.com/dl/70331412/b8e51be/Knight.and.Day.(2010).DVDrip.part02.rar.html
http://hotfile.com/dl/70082227/865c51c/Knight.And.Day.2010.DVDRip.XviD-MeRCuRY.part2.rar.html
http://hotfile.com/dl/70096464/a984379/Knight.And.Day.2010.DVDRip.XviD-FTP.RU.part3.rar.html
http://hotfile.com/dl/70125108/23a8cd7/Knight.And.Day.2010.R5Line.DVDRip.XviD-MeRCuRY.part2.rar.html
http://hotfile.com/dl/70182180/9f8dfd8/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part04.rar.html
http://hotfile.com/dl/70128298/f227f0d/Kni....part3.rar.html
http://hotfile.com/dl/70128248/1cd7853/Kni....part1.rar.html
h
 ttp://hotfile.com/dl/70128311/5acb11e/Kni....part4.rar.html
http://hotfile.com/dl/70118864/e5d4cd5/Knight.And.Day.2010.R5.MaZiKa2daY.CoM.zip.html
http://hotfile.com/dl/68191904/a3caef5/Jessica_Alba_Machete_Portrait_Session_in_Venice_-_1_Sep_2010.rar.html
http://hotfile.com/dl/69926526/34bdbf1/Machete.2010.TS.V2.MaZiKa2daY.CoM.rmvb.html
http://hotfile.com/dl/68775702/43a43c4/Machete.2010.D.TS.part4.rar.html
http://hotfile.com/dl/67202220/2433a36/Machete.2010.CAM.XviD-RLLBnevorapat.part2.rar.html
http://hotfile.com/dl/53320422/590e222/Kinayt.ent.deyTs_www.divxevi.com-Bluetooth.part3.rar.html
http://hotfile.com/dl/53321055/62e638e/Kinayt.ent.deyTs_www.divxevi.com-Bluetooth.part4.rar.html
http://hotfile.com/dl/53318738/08c0035/Kinayt.ent.deyTs_www.divxevi.com-Bluetooth.part1.rar.html

CONFIDENTIAL
HF00621143

```
http://hotfile.com/dl/53319677/b387c71/Kinayt.ent.deyTs_www.divxevi.com-
Bluetooth.part2.rar.html
http://hotfile.com/dl/51072823/a59f590/Knight.Day_DVD4ARAB_Pavarotti.part2.rar.html
http://hotfile.co
 m/dl/51071986/1756d29/Knight.Day_DVD4ARAB_Pavarotti.part1.rar.html
http://hotfile.com/dl/50770082/8a8ef26/PrisM-kad.part1.rar.html
```

CONFIDENTIAL                                                HF00621144

**From:**          fox@mimtid.com
**Sent:**          Sunday, October 03, 2010 7:58 PM
**To:**            abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com
**Subject:**       REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of
Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies
("Fox"), to notify you of the continued infringement on your site of Fox's intellectual
property rights in the titles identified in this email.  Notices of Copyright Infringement
were previously sent to Hotfile.com for the identified titles and links on the dates listed
in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to
video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly
remove and disable the links to all unauthorized copies of works whose copyrights are owned
by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights, remedies, or
defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described
herein is not authorized by Fox, its agent, or the law. The information in this notice is
accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox
with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation 150 B Azalea Destin, FL
32541 David Cox Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 31370
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68694006/2d71aa7/machetetsprism.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:59:07


Control Number: 31369
Studio: Fox
Title: Machete

CONFIDENTIAL                                                                 HF00622433

Infringing Host File Download Link:
http://hotfile.com/dl/68734282/a4307de/WarezShot.com_PrisM-Machete2010.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:52

Control Number: 31368
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68829057/2338c86/Machete.TS-
CLASSiFiED.part6.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:40

Control Number: 31367
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68828985/a328c14/Machete.TS-
CLASSiFiED.part5.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:39

Control Number: 31366
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68827777/cc8b921/Machete.TS-
CLASSiFiED.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:39

Control Number: 31365
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68824475/c6b5f00/Machete.TS-
CLASSiFiED.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:38

Control Number: 31364
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68820219/671b96a/Machete.TS-
CLASSiFiED.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:38

Control Number: 31363
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68818654/7eaac92/Machete.TS-
CLASSiFiED.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:37

Control Number: 31358
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68597898/fcff206/Mach.2010.CAM.MAGNET.avi.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:18

Control Number: 31357
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68597063/3141213/Mach.2010.CAM.MAGNET.avi.part2.rar.html

CONFIDENTIAL                                                             HF00622434

Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:18

Control Number: 31356
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68706551/bd2dc84/Machete_2010_TS_XviD-PrisM.released.ws.part7.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:07

Control Number: 31355
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68706367/e91008f/Machete_2010_TS_XviD-PrisM.released.ws.part6.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:07

Control Number: 31354
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68705985/074437e/Machete_2010_TS_XviD-PrisM.released.ws.part5.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:06

Control Number: 31353
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68705558/a386571/Machete_2010_TS_XviD-PrisM.released.ws.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:06

Control Number: 31352
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68705156/d04e760/Machete_2010_TS_XviD-PrisM.released.ws.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:05

Control Number: 31351
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68704783/592f82e/Machete_2010_TS_XviD-PrisM.released.ws.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:05

Control Number: 31350
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68704428/1598811/Machete_2010_TS_XviD-PrisM.released.ws.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:58:04

Control Number: 31349
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68032496/c111bc1/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:49

Control Number: 31348
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68032472/770ffd5/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part5.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:49

Control Number: 31347
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68032448/6f95d86/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:48

Control Number: 31346
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68032382/6fddb50/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:48

Control Number: 31345
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68032346/08cd75e/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part6.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:47

Control Number: 31344
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67272105/2f7bc4a/Machete.EN.CAM-
Ecik.of.UCU.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:36

Control Number: 31343
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67272105/2f7bc4a/
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:35

Control Number: 31342
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67271969/d4a1e52/Machete.EN.CAM-
Ecik.of.UCU.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:35

Control Number: 31341
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67271969/d4a1e52/
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:34

CONFIDENTIAL                                                                                 HF00622436

```
Control Number: 31340
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67271563/f6e7627/Machete.EN.CAM-
Ecik.of.UCU.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:33


Control Number: 31339
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67271563/f6e7627/
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:33


Control Number: 31338
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68209946/b70ed4b/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-
walid26.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:21


Control Number: 31336
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68209930/e49893f/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-
walid26.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:20


Control Number: 31337
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68209942/8a0309b/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-
walid26.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:57:20


Control Number: 31335
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67077366/d380d84/Machete.2010.Www.Crackedsoftwares.Com.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:56:36


Control Number: 31334
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67076830/b09dc4e/Machete.2010.Www.Crackedsoftwares.Com.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:56:35


Control Number: 31333
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67076815/8ca8887/Machete.2010.Www.Crackedsoftwares.Com.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:56:34
```

```
Control Number: 31332
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67076721/ae9be5c/Machete.2010.Www.Crackedsoftwares.Com.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:56:33


Control Number: 31330
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67369850/c331fb9/Mac.hete_2010_CAM_Xvid_downXload.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:55:30


Control Number: 31331
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67369892/f2b6a0d/Mac.hete_2010_CAM_Xvid_downXload.part5.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:55:30


Control Number: 31329
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67369730/efaf4ed/Mac.hete_2010_CAM_Xvid_downXload.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:55:29


Control Number: 31328
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67369622/b397c53/Mac.hete_2010_CAM_Xvid_downXload.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:55:29


Control Number: 31327
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67369552/9c034af/Mac.hete_2010_CAM_Xvid_downXload.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 15:55:28


Control Number: 31275
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/73006350/7f9d4b6/-Machete---
R5.part2.rar
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 11:33:52


Control Number: 31274
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/73006351/a2763ac/-Machete---
R5.part1.rar
Previous Submission Dates: 2010-10-02 02:26:25 Date Re-Discovered: 2010-10-01 11:33:51


All dates and times are U.S. Central Standard Time
```

CONFIDENTIAL

HF00622438

Host Site Infringing Links Only
http://hotfile.com/dl/68694006/2d71aa7/machetetsprism.part4.rar.html
http://hotfile.com/dl/68734282/a4307de/WarezShot.com_PrisM-Machete2010.rar.html
http://hotfile.com/dl/68829057/2338c86/Machete.TS-CLASSiFiED.part6.rar.html
http://hotfile.com/dl/68828985/a328c14/Machete.TS-CLASSiFiED.part5.rar.html
http://hotfile.com/dl/68827777/cc8b921/Machete.TS-CLASSiFiED.part4.rar.html
http://hotfile.com/dl/68824475/c6b5f00/Machete.TS-CLASSiFiED.part3.rar.html
http://hotfile.com/dl/68820219/671b96a/Machete.TS-CLASSiFiED.part2.rar.html
http://hotfile.com/dl/68818654/7eaac92/Machete.TS-CLASSiFiED.part1.rar.html
http://hotfile.com/dl/68597898/fcff206/Mach.2010.CAM.MAGNET.avi.part1.rar.html
http://hotfile.com/dl/68597063/3141213/Mach.2010.CAM.MAGNET.avi.part2.rar.html
http://hotfile.com/dl/68706551/bd2dc84/Machete_2010_TS_XviD-PrisM.released.ws.part7.rar.html
http://hotfile.com/dl/68706367/e91008f/Machete_2010_TS_XviD-PrisM.released.ws.part6.rar.html
http://hotfile.com/dl/68705985/074437e/Ma
 chete_2010_TS_XviD-PrisM.released.ws.part5.rar.html
http://hotfile.com/dl/68705558/a386571/Machete_2010_TS_XviD-PrisM.released.ws.part4.rar.html
http://hotfile.com/dl/68705156/d04e760/Machete_2010_TS_XviD-PrisM.released.ws.part3.rar.html
http://hotfile.com/dl/68704783/592f82e/Machete_2010_TS_XviD-PrisM.released.ws.part2.rar.html
http://hotfile.com/dl/68704428/1598811/Machete_2010_TS_XviD-PrisM.released.ws.part1.rar.html
http://hotfile.com/dl/68032496/c111bc1/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part4.rar.html
http://hotfile.com/dl/68032472/770ffd5/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part5.rar.html
http://hotfile.com/dl/68032448/6f95d86/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part2.rar.html
http://hotfile.com/dl/68032382/6fddb50/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part3.rar.html
http://hotfile.com/dl/68032346/08cd75e/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part6.rar.html
http://hotfile.com/dl/67272105/2f7bc4a/Machete.EN.CAM-Ecik.o
 f.UCU.part3.rar.html
http://hotfile.com/dl/67272105/2f7bc4a/
http://hotfile.com/dl/67271969/d4a1e52/Machete.EN.CAM-Ecik.of.UCU.part2.rar.html
http://hotfile.com/dl/67271969/d4a1e52/
http://hotfile.com/dl/67271563/f6e7627/Machete.EN.CAM-Ecik.of.UCU.part1.rar.html
http://hotfile.com/dl/67271563/f6e7627/
http://hotfile.com/dl/68209946/b70ed4b/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-
walid26.part2.rar.html
http://hotfile.com/dl/68209930/e49893f/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-
walid26.part1.rar.html
http://hotfile.com/dl/68209942/8a0309b/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-
walid26.part4.rar.html
http://hotfile.com/dl/67077366/d380d84/Machete.2010.Www.Crackedsoftwares.Com.part3.rar.html
http://hotfile.com/dl/67076830/b09dc4e/Machete.2010.Www.Crackedsoftwares.Com.part4.rar.html
http://hotfile.com/dl/67076815/8ca8887/Machete.2010.Www.Crackedsoftwares.Com.part1.rar.html
http://hotfile.com/dl/67076721/ae9be5c/Machete.2010.Www.Crackedsoftwares.Com.
 part2.rar.html
http://hotfile.com/dl/67369850/c331fb9/Mac.hete_2010_CAM_Xvid_downXload.part4.rar.html
http://hotfile.com/dl/67369892/f2b6a0d/Mac.hete_2010_CAM_Xvid_downXload.part5.rar.html
http://hotfile.com/dl/67369730/efaf4ed/Mac.hete_2010_CAM_Xvid_downXload.part3.rar.html
http://hotfile.com/dl/67369622/b397c53/Mac.hete_2010_CAM_Xvid_downXload.part2.rar.html
http://hotfile.com/dl/67369552/9c034af/Mac.hete_2010_CAM_Xvid_downXload.part1.rar.html
http://hotfile.com/dl/73006350/7f9d4b6/-Machete---R5.part2.rar
http://hotfile.com/dl/73006351/a2763ac/-Machete---R5.part1.rar

**From:**      fox@mimtid.com
**Sent:**      Monday, October 04, 2010 8:05 AM
**To:**        abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com
**Subject:**   REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of
Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to
notify you of the continued infringement on your site of Fox's intellectual property rights in the
titles identified in this email.  Notices of Copyright Infringement were previously sent to
Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video
files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly
remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox
of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing
contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of
Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is
not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under
penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this
matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation 150 B Azalea Destin, FL 32541
David Cox Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 32396
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73409968/c92ee1b/KN1HT_n_D4y_KIZMARK.part3.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:15

Control Number: 32397
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73410292/d5bca77/KN1HT_n_D4y_KIZMARK.part4.rar.html

CONFIDENTIAL                                                          HF00623108

Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:15

Control Number: 32395
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73409915/d1cae5a/KN1HT_n_D4y_KIZMARK.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:14

Control Number: 32394
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73409837/9849485/KN1HT_n_D4y_KIZMARK.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:13

Control Number: 32386
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73371697/410f123/Knight.and.Day.2010.R5.ResourceRG.part7.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:07

Control Number: 32384
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73370717/641cf36/Knight.and.Day.2010.R5.ResourceRG.part5.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:06

Control Number: 32385
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73371249/64e6844/Knight.and.Day.2010.R5.ResourceRG.part6.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:06

Control Number: 32382
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73350960/b7fff47/Knight.and.Day.2010.R5.ResourceRG.part3.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:05

Control Number: 32383
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73370300/8dcb55b/Knight.and.Day.2010.R5.ResourceRG.part4.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:05

Control Number: 32380
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73349311/5fa1c76/Knight.and.Day.2010.R5.ResourceRG.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:04

CONFIDENTIAL

```
Control Number: 32381
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73350085/e5bce2c/Knight.and.Day.2010.R5.ResourceRG.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:55:04


Control Number: 32358
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/73443213/454bf23/-Knight---.And-.--Day-
2010.R5-.part4.rar
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:51:43


Control Number: 32356
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/73443496/e284c83/-Knight---.And-.--Day-
2010.R5-.part2.rar
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:51:42


Control Number: 32357
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/73443677/2d94751/-Knight---.And-.--Day-
2010.R5-.part3.rar
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:51:42


Control Number: 32355
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/73443543/20cf282/-Knight---.And-.--Day-
2010.R5-.part1.rar
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:51:41


Control Number: 32340
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73307257/aec72f8/www.Ferbourtoi.org.Gh0st.Knight.And.Day.2010.R5.LiNE.Xvid.No
ir.FBT.part4.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:51:34


Control Number: 32338
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73307090/361dc89/www.Ferbourtoi.org.Gh0st.Knight.And.Day.2010.R5.LiNE.Xvid.No
ir.FBT.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:51:33


Control Number: 32339
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73307255/3ada05a/www.Ferbourtoi.org.Gh0st.Knight.And.Day.2010.R5.LiNE.Xvid.No
ir.FBT.part3.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:51:33
```

CONFIDENTIAL

HF00623110

```
Control Number: 32337
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73307079/7553359/www.Ferbourtoi.org.Gh0st.Knight.And.Day.2010.R5.LiNE.Xvid.No
ir.FBT.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:51:32


Control Number: 32323
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73477543/031f821/K.A.D.2010.R5_T84.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:46:16


Control Number: 32324
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73477544/965d8a9/K.A.D.2010.R5_T84.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:46:16


Control Number: 32318
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/73514682/f585b0c/Charli-
Kndy.2010.R5.1008x432.X264.AAC.mkv.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:46:13


Control Number: 32319
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/73512348/1da0495/Charli-
Kndy.2010.R5.1008x432.X264.AAC.mkv.part3.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:46:13


Control Number: 32317
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/73514721/ddde643/Charli-
Kndy.2010.R5.1008x432.X264.AAC.mkv.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:46:12


Control Number: 32316
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73415928/7bf4f6d/Knight.And.Day.2010.www.onhurrah.com.avi.part4.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:46:10


Control Number: 32314
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73415016/6622ed4/Knight.And.Day.2010.www.onhurrah.com.avi.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:46:09
```

CONFIDENTIAL

HF00623111

```
Control Number: 32315
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73415080/d9eb608/Knight.And.Day.2010.www.onhurrah.com.avi.part3.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:46:09


Control Number: 32313
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73414965/03ec22f/Knight.And.Day.2010.www.onhurrah.com.avi.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:46:08


Control Number: 32311
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73134237/35d2d6a/44edf1b902d26ee164ab8286f01d0eb00a21904d.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:42:08


Control Number: 32310
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73137426/c1413cb/44edf1b902d26ee164ab8286f01d0eb00a21904d.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:42:07


Control Number: 32301
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66920695/8426408/zaheema.com_Vampires.Suck.2010.part4.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:28:07


Control Number: 32299
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66920628/361052b/zaheema.com_Vampires.Suck.2010.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:28:06


Control Number: 32300
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66920685/52f9448/zaheema.com_Vampires.Suck.2010.part3.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:28:06


Control Number: 32298
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/66920556/21a3492/zaheema.com_Vampires.Suck.2010.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 18:28:05


Control Number: 32284
Studio: Fox
```

CONFIDENTIAL

HF00623112

Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/73445145/f22a18e/-Vampires-.Suck.2010.WP-.part2.rar
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 17:41:06

Control Number: 32283
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/73446005/082ea32/-Vampires-.Suck.2010.WP-.part1.rar
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 17:41:05

Control Number: 32269
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/73410573/c600af4/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part7.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 17:40:54

Control Number: 32270
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/73410589/5d98abe/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part8.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 17:40:54

Control Number: 32267
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/73410516/8d93128/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part5.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 17:40:53

Control Number: 32268
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/73410538/488ccb5/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part6.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 17:40:53

Control Number: 32265
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/73410148/4743b62/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part3.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 17:40:52

Control Number: 32266
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/73410441/8765941/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part4.rar.html

CONFIDENTIAL

HF00623113

Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 17:40:52

Control Number: 32264
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73410089/b0d504e/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 17:40:51

Control Number: 32263
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73410052/d9abf96/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-03 17:40:50

Control Number: 32245
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73157203/8bbaf2e/Vampires.Suck.2010.chiaotzu.part3.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:20:24

Control Number: 32246
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73157405/73ddd39/Vampires.Suck.2010.chiaotzu.part4.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:20:24

Control Number: 32243
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73156289/29259b4/Vampires.Suck.2010.chiaotzu.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:20:23

Control Number: 32244
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73156836/d920bd8/Vampires.Suck.2010.chiaotzu.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:20:23

Control Number: 32233
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73300577/86ad805/vampiressuck.2010.dvd.rip.xvid.imagine.26082010.part7.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:16:10

Control Number: 32231
Studio: Fox
Title: Vampires Suck

HF00623114

Infringing Host File Download Link:
http://hotfile.com/dl/73299649/a0503ae/VampiresSuck.2010.DVD.Rip.XviD.IMAGINE.26082010.part5.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:16:09

Control Number: 32232
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73300226/7c29193/vampiressuck.2010.dvd.rip.xvid.imagine.26082010.part6.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:16:09

Control Number: 32229
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73299092/46a023e/vampiressuck.2010.dvd.rip.xvid.imagine.26082010.part3.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:16:08

Control Number: 32230
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73299320/cc6d8b8/VampiresSuck.2010.DVD.Rip.XviD.IMAGINE.26082010.part4.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:16:08

Control Number: 32228
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73298801/51e8ac6/VampiresSuck.2010.DVD.Rip.XviD.IMAGINE.26082010.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:16:07

Control Number: 32227
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/73298519/17e45b0/vampiressuck.2010.dvd.rip.xvid.imagine.26082010.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 23:16:06

Control Number: 32176
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70182274/46cdae0/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part09.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:10:29

Control Number: 32175
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70182197/4a2d553/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part08.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:09:48

CONFIDENTIAL

HF00623115

```
Control Number: 32174
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70181773/4e24ad3/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part07.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:09:26


Control Number: 32173
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70182191/667f7a7/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part06.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:09:12


Control Number: 32172
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70181765/7aeb908/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part05.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:08:59


Control Number: 32171
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70181756/b130c87/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part03.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:08:25


Control Number: 32170
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70182166/86cd79e/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part02.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:08:10


Control Number: 32169
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70181747/6de8445/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part01.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:07:54


Control Number: 32162
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73193566/4fc3d5b/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part09.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:02:38


Control Number: 32160
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73193565/e145918/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part07.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:02:37


Control Number: 32161
```

HF00623116

Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73193562/91784ff/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part08.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:02:37


Control Number: 32158
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73193560/464a495/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part05.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:02:36


Control Number: 32159
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73193563/842653b/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part06.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:02:36


Control Number: 32156
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73193564/a61b995/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part03.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:02:35


Control Number: 32157
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73193561/73eded6/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part04.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:02:35


Control Number: 32155
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73193558/fa34475/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part02.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:02:34


Control Number: 32154
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73193559/476f51c/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part01.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 16:02:33


Control Number: 32144
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/71239761/6583ca9/Knight.And.Day.2010.u5.part8.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 15:58:33


Control Number: 32143
Studio: Fox
Title: Knight and Day

CONFIDENTIAL

Infringing Host File Download Link:
http://hotfile.com/dl/71239424/984a4a0/Knight.And.Day.2010.u5.part7.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 15:58:06

Control Number: 32142
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/71239437/aa12336/Knight.And.Day.2010.u5.part6.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 15:57:37

Control Number: 32141
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/71239506/f37db20/Knight.And.Day.2010.u5.part5.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 15:57:11

Control Number: 32140
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/71239309/4c2507b/Knight.And.Day.2010.u5.part4.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 15:56:41

Control Number: 32139
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/71239306/f24fb24/Knight.And.Day.2010.u5.part3.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 15:56:02

Control Number: 32138
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/71239215/fe7904a/Knight.And.Day.2010.u5.part2.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 15:55:37

Control Number: 32137
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/71239189/e4f3036/Knight.And.Day.2010.u5.part1.rar.html
Previous Submission Dates: 2010-10-03 18:57:39 Date Re-Discovered: 2010-10-02 15:55:10

Control Number: 31370
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68694006/2d71aa7/machetetsprism.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:59:07

Control Number: 31369
Studio: Fox
Title: Machete

CONFIDENTIAL

HF00623118

Infringing Host File Download Link: http://hotfile.com/dl/68734282/a4307de/WarezShot.com_PrisM-Machete2010.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:52

Control Number: 31368
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68829057/2338c86/Machete.TS-CLASSiFiED.part6.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:40

Control Number: 31367
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68828985/a328c14/Machete.TS-CLASSiFiED.part5.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:39

Control Number: 31366
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68827777/cc8b921/Machete.TS-CLASSiFiED.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:39

Control Number: 31365
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68824475/c6b5f00/Machete.TS-CLASSiFiED.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:38

Control Number: 31364
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68820219/671b96a/Machete.TS-CLASSiFiED.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:38

Control Number: 31363
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68818654/7eaac92/Machete.TS-CLASSiFiED.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:37

Control Number: 31358
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68597898/fcff206/Mach.2010.CAM.MAGNET.avi.part1.rar.html

CONFIDENTIAL                                                                HF00623119

Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:18

Control Number: 31357
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68597063/3141213/Mach.2010.CAM.MAGNET.avi.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:18

Control Number: 31356
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68706551/bd2dc84/Machete_2010_TS_XviD-PrisM.released.ws.part7.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:07

Control Number: 31355
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68706367/e91008f/Machete_2010_TS_XviD-PrisM.released.ws.part6.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:07

Control Number: 31354
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68705985/074437e/Machete_2010_TS_XviD-PrisM.released.ws.part5.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:06

Control Number: 31353
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68705558/a386571/Machete_2010_TS_XviD-PrisM.released.ws.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:06

Control Number: 31352
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68705156/d04e760/Machete_2010_TS_XviD-PrisM.released.ws.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:05

Control Number: 31351
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68704783/592f82e/Machete_2010_TS_XviD-PrisM.released.ws.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:58:05

CONFIDENTIAL

HF00623120

```
Control Number: 31350
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/68704428/1598811/Machete_2010_TS_XviD-
PrisM.released.ws.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01
15:58:04


Control Number: 31349
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68032496/c111bc1/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01
15:57:49


Control Number: 31348
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68032472/770ffd5/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part5.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01
15:57:49


Control Number: 31347
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68032448/6f95d86/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01
15:57:48


Control Number: 31346
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68032382/6fddb50/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01
15:57:48


Control Number: 31345
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68032346/08cd75e/Expresshare.Com.Machete.Cam.V2.Xvid-
CLASSiFiED.part6.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01
15:57:47


Control Number: 31344
Studio: Fox
Title: Machete
```

HF00623121

Infringing Host File Download Link: http://hotfile.com/dl/67272105/2f7bc4a/Machete.EN.CAM-Ecik.of.UCU.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:57:36

Control Number: 31343
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67272105/2f7bc4a/
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:57:35

Control Number: 31342
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67271969/d4a1e52/Machete.EN.CAM-Ecik.of.UCU.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:57:35

Control Number: 31341
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67271969/d4a1e52/
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:57:34

Control Number: 31340
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67271563/f6e7627/Machete.EN.CAM-Ecik.of.UCU.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:57:33

Control Number: 31339
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/67271563/f6e7627/
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:57:33

Control Number: 31338
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68209946/b70ed4b/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-walid26.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:57:21

Control Number: 31336
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68209930/e49893f/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-walid26.part1.rar.html

CONFIDENTIAL

HF00623122

Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:57:20

Control Number: 31337
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/68209942/8a0309b/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-walid26.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:57:20

Control Number: 31335
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67077366/d380d84/Machete.2010.Www.Crackedsoftwares.Com.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:56:36

Control Number: 31334
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67076830/b09dc4e/Machete.2010.Www.Crackedsoftwares.Com.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:56:35

Control Number: 31333
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67076815/8ca8887/Machete.2010.Www.Crackedsoftwares.Com.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:56:34

Control Number: 31332
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67076721/ae9be5c/Machete.2010.Www.Crackedsoftwares.Com.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:56:33

Control Number: 31330
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67369850/c331fb9/Mac.hete_2010_CAM_Xvid_downXload.part4.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:55:30

Control Number: 31331
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67369892/f2b6a0d/Mac.hete_2010_CAM_Xvid_downXload.part5.rar.html

CONFIDENTIAL

HF00623123

Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:55:30

Control Number: 31329
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67369730/efaf4ed/Mac.hete_2010_CAM_Xvid_downXload.part3.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:55:29

Control Number: 31328
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67369622/b397c53/Mac.hete_2010_CAM_Xvid_downXload.part2.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:55:29

Control Number: 31327
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/67369552/9c034af/Mac.hete_2010_CAM_Xvid_downXload.part1.rar.html
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 15:55:28

Control Number: 31275
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/73006350/7f9d4b6/-Machete---R5.part2.rar
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 11:33:52

Control Number: 31274
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/73006351/a2763ac/-Machete---R5.part1.rar
Previous Submission Dates: 2010-10-02 02:26:25, 2010-10-03 18:57:56 Date Re-Discovered: 2010-10-01 11:33:51

All dates and times are U.S. Central Standard Time

Host Site Infringing Links Only
http://hotfile.com/dl/73409968/c92ee1b/KN1HT_n_D4y_KIZMARK.part3.rar.html
http://hotfile.com/dl/73410292/d5bca77/KN1HT_n_D4y_KIZMARK.part4.rar.html
http://hotfile.com/dl/73409915/d1cae5a/KN1HT_n_D4y_KIZMARK.part2.rar.html
http://hotfile.com/dl/73409837/9849485/KN1HT_n_D4y_KIZMARK.part1.rar.html
http://hotfile.com/dl/73371697/410f123/Knight.and.Day.2010.R5.ResourceRG.part7.rar.html
http://hotfile.com/dl/73370717/641cf36/Knight.and.Day.2010.R5.ResourceRG.part5.rar.html
http://hotfile.com/dl/73371249/64e6844/Knight.and.Day.2010.R5.ResourceRG.part6.rar.html
http://hotfile.com/dl/73350960/b7fff47/Knight.and.Day.2010.R5.ResourceRG.part3.rar.html
http://hotfile.com/dl/73370300/8dcb55b/Knight.and.Day.2010.R5.ResourceRG.part4.rar.html
http://hotfile.com/dl/73349311/5fa1c76/Knight.and.Day.2010.R5.ResourceRG.part1.rar.html
http://hotfile.com/dl/73350085/e5bce2c/Knight.and.Day.2010.R5.ResourceRG.part2.rar.html
http://hotfile.com/dl/73443213/454bf23/-Knight---.And-.--Day-2010.R5-.part4.ra
 r
http://hotfile.com/dl/73443496/e284c83/-Knight---.And-.--Day-2010.R5-.part2.rar

CONFIDENTIAL                                                                    HF00623124

http://hotfile.com/dl/73443677/2d94751/-Knight---.And-.--Day-2010.R5-.part3.rar
http://hotfile.com/dl/73443543/20cf282/-Knight---.And-.--Day-2010.R5-.part1.rar
http://hotfile.com/dl/73307257/aec72f8/www.Ferbourtoi.org.Gh0st.Knight.And.Day.2010.R5.LiNE.Xvid.Noir.FBT.part4.rar.html
http://hotfile.com/dl/73307090/361dc89/www.Ferbourtoi.org.Gh0st.Knight.And.Day.2010.R5.LiNE.Xvid.Noir.FBT.part2.rar.html
http://hotfile.com/dl/73307255/3ada05a/www.Ferbourtoi.org.Gh0st.Knight.And.Day.2010.R5.LiNE.Xvid.Noir.FBT.part3.rar.html
http://hotfile.com/dl/73307079/7553359/www.Ferbourtoi.org.Gh0st.Knight.And.Day.2010.R5.LiNE.Xvid.Noir.FBT.part1.rar.html
http://hotfile.com/dl/73477543/031f821/K.A.D.2010.R5_T84.part1.rar.html
http://hotfile.com/dl/73477544/965d8a9/K.A.D.2010.R5_T84.part2.rar.html
http://hotfile.com/dl/73514682/f585b0c/Charli-Kndy.2010.R5.1008x432.X264.AAC.mkv.part2.rar.html
http://hotfile.com/dl/73512348/1da0495/Charli-Kndy.2010.R5.1008x432.X264.AAC.mkv.part3.rar.html
http://hotfile.com/dl/73514721/ddde643/Charli-Kndy.2010.R5.1008x432.X264.AAC.mkv.part1.rar.html
http://hotfile.com/dl/73415928/7bf4f6d/Knight.And.Day.2010.www.onhurrah.com.avi.part4.rar.html
http://hotfile.com/dl/73415016/6622ed4/Knight.And.Day.2010.www.onhurrah.com.avi.part2.rar.html
http://hotfile.com/dl/73415080/d9eb608/Knight.And.Day.2010.www.onhurrah.com.avi.part3.rar.html
http://hotfile.com/dl/73414965/03ec22f/Knight.And.Day.2010.www.onhurrah.com.avi.part1.rar.html
http://hotfile.com/dl/73134237/35d2d6a/44edf1b902d26ee164ab8286f01d0eb00a21904d.part2.rar.html
http://hotfile.com/dl/73137426/c1413cb/44edf1b902d26ee164ab8286f01d0eb00a21904d.part1.rar.html
http://hotfile.com/dl/66920695/8426408/zaheema.com_Vampires.Suck.2010.part4.rar.html
http://hotfile.com/dl/66920628/361052b/zaheema.com_Vampires.Suck.2010.part2.rar.html
http://hotfile.com/dl/66920685/52f9448/zaheema.com_Vampires.Suck.2010.part3.rar.html
http://hotfile.com/dl/66920556/21a3492/zaheema.com_Vampires.Suck.2010.part1.rar.html
http://hotfile.com/dl/73445145/f22a18e/-Vampires-.Suck.2010.WP-.part2.rar
http://hotfile.com/dl/73446005/082ea32/-Vampires-.Suck.2010.WP-.part1.rar
http://hotfile.com/dl/73410573/c600af4/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part7.rar.html
http://hotfile.com/dl/73410589/5d98abe/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part8.rar.html
http://hotfile.com/dl/73410516/8d93128/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part5.rar.html
http://hotfile.com/dl/73410538/488ccb5/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part6.rar.html
http://hotfile.com/dl/73410148/4743b62/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part3.rar.html
http://hotfile.com/dl/73410441/8765941/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part4.rar.html
http://hotfile.com/dl/73410089/b0d504e/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part2.rar.html
http://hotfile.com/dl/73410052/d9abf96/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part1.rar.html
http://hotfile.com/dl/73157203/8bbaf2e/Vampires.Suck.2010.chiaotzu.part3.rar.html
http://hotfile.com/dl/73157405/73ddd39/Vampires.Suck.2010.chiaotzu.part4.rar.html
http://hotfile.com/dl/73156289/29259b4/Vampires.Suck.2010.chiaotzu.part1.rar.html
http://hotfile.com/dl/73156836/d920bd8/Vampires.Suck.2010.chiaotzu.part2.rar.html
http://hotfile.com/dl/73300577/86ad805/vampiressuck.2010.dvd.rip.xvid.imagine.26082010.part7.rar.html
http://hotfile.com/dl/73299649/a0503ae/VampiresSuck.2010.DVD.Rip.XvID.IMAGINE.26082010.part5.rar.html
http://hotfile.com/dl/73300226/7c29193/vampiressuck.2010.dvd.rip.xvid.imagine.26082010.part6.rar.html
http://hotfile.com/dl/73299092/46a023e/vampiressuck.2010.dvd.rip.xvid.imagine.26082010.part3.rar.html

CONFIDENTIAL

HF00623125

http://hotfile.com/dl/73299320/cc6d8b8/VampiresSuck.2010.DVD.Rip.XviD.IMAGINE.26082010.part4.rar.html

http://hotfile.com/dl/73298801/51e8ac6/VampiresSuck.2010.DVD.Rip.XviD.IMAGINE.26082010.part2.rar.html

http://hotfile.com/dl/73298519/17e45b0/vampiressuck.2010.dvd.rip.xvid.imagine.26082010.part1.rar.html

http://hotfile.com/dl/70182274/46cdae0/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part09.rar.html
http://hotfile.com/dl/70182197/4a2d553/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part08.rar.html
http://hotfile.com/dl/70181773/4e24ad3/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part07.rar.html
http://hotfile.com/dl/70182191/667f7a7/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part06.rar.html
http://hotfile.com/dl/70181765/7aeb908/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part05.rar.html
http://hotfile.com/dl/70181756/b130c87/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part03.rar.html
http://hotfile.com/dl/70182166/86cd79e/Knight.And.Day.2010.R5.LINE.AC3.XviD_PrisM.part02.rar.html
http://hotfile.com/dl/70181747/6de8445/Knight.And.Day.2010.R5.LINE.AC3.XviD.part01.rar.html
http://hotfile.com/dl/73193566/4fc3d5b/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part09.rar.html

http://hotfile.com/dl/73193915/e145918/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part07.rar.html
http://hotfile.com/dl/73193562/91784ff/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part08.rar.html
http://hotfile.com/dl/73193560/464a495/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part05.rar.html
http://hotfile.com/dl/73193563/842653b/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part06.rar.html
http://hotfile.com/dl/73193564/a61b995/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part03.rar.html
http://hotfile.com/dl/73193561/73eded6/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part04.rar.html
http://hotfile.com/dl/73193558/fa34475/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part02.rar.html
http://hotfile.com/dl/73193559/476f51c/Knight.And.Day.2010.R5.LINE.AC3.XviD-PrisM.part01.rar.html
http://hotfile.com/dl/71239761/6583ca9/Knight.And.Day.2010.u5.part8.rar.html
http://hotfile.com/dl/71239424/984a4a0/Knight.And.Day.2010.u5.part7.rar.html
http://hotfile.com/dl/71239437/aa12336/Knight.And.Day.2010.u5.part6.rar.html
http://hotfile.com/dl/71239506/f37db20/Knight.And.Day.2010.u5.part5.rar.html
http://hotfile.com/dl/71239309/4c2507b/Knight.And.Day.2010.u5.part4.rar.html
http://hotfile.com/dl/71239306/f24fb24/Knight.And.Day.2010.u5.part3.rar.html
http://hotfile.com/dl/71239215/fe7904a/Knight.And.Day.2010.u5.part2.rar.html
http://hotfile.com/dl/71239189/e4f3036/Knight.And.Day.2010.u5.part1.rar.html
http://hotfile.com/dl/68694006/2d71aa7/machetetsprism.part4.rar.html
http://hotfile.com/dl/68734282/a4307de/WarezShot.com_PrisM-Machete2010.rar.html
http://hotfile.com/dl/68829057/2338c86/Machete.TS-CLASSiFiED.part6.rar.html
http://hotfile.com/dl/68828985/a328c14/Machete.TS-CLASSiFiED.part5.rar.html
http://hotfile.com/dl/68827777/cc8b921/Machete.TS-CLASSiFiED.part4.rar.html
http://hotfile.com/dl/68824475/c6b5f00/Machete.TS-CLASSiFiED.part3.rar.html
http://hotfile.com/dl/68820219/671b96a/Machete.TS-CLASSiFiED.part2.rar.html
http://hotfile.com/dl/68818654/7eaac92/Machete.TS-CLASSiFiED.part1.rar.html
http://hotfile.com/dl/68597898/fcff206/Mach.2010.CAM.MAGNET.avi.part1.rar.html
http://hotfile.com/dl/68597063/3141213/Mach.2010.CAM.MAGNET.avi.part2.rar.html
http://hotfile.com/dl/68706551/bd2dc84/Machete_2010_TS_XviD-PrisM.released.ws.part7.rar.html
http://hotfile.com/dl/68706367/e91008f/Machete_2010_TS_XviD-PrisM.released.ws.part6.rar.html
http://hotfile.com/dl/68705985/074437e/Machete_2010_TS_XviD-PrisM.released.ws.part5.rar.html
http://hotfile.com/dl/68705558/a386571/Machete_2010_TS_XviD-PrisM.released.ws.part4.rar.html
http://hotfile.com/dl/68705156/d04e760/Machete_2010_TS_XviD-PrisM.released.ws.part3.rar.html
http://hotfile.com/dl/68704783/592f82e/Machete_2010_TS_XviD-PrisM.released.ws.part2.rar.html
http://hotfile.com/dl/68704428/1598811/Machete_2010_TS_XviD-PrisM.released.ws.part1.rar.html
http://hotfile.com/dl/68032496/c111bc1/Expresshare.Com.Machete.Cam.V2.Xvid-CLASSiFiED.part4.rar.html
http://hotfile.com/dl/68032472/770ffd5/Expresshare.Com.Machete.Cam.V2.Xvid-CLASSiFiED.part5.rar.html
http://hotfile.com/dl/68032448/6f95d86/Expresshare.Com.Machete.Cam.V2.Xvid-CLASSiFiED.part2.rar.html

HF00623126

```
http://hotfile.com/dl/68032382/6fddb50/Expresshare.Com.Machete.V2.Xvid-
CLASSiFiED.part3.rar.html
http://hotfile.com/dl/68032346/08cd75e/Expresshare.Com.Machete.V2.Xvid-
CLASSiFiED.part6.rar.html
http://hotfile.com/dl/67272105/2f7bc4a/Machete.EN.CAM-Ecik.of.UCU.part3.rar.html
http://hotfile.com/dl/67272105/2f7bc4a/
http://hotfile.com/dl/67271969/d4a1e52/Machete.EN.CAM-Ecik.of.UCU.part2.rar.html
http://hotfile.com/dl/67271969/d4a1e52/
http://hotfile.com/dl/67271563/f6e7627/Machete.EN.CAM-Ecik.of.UCU.part1.rar.html
http://hotfile.com/dl/67271563/f6e7627/
http://hotfile.com/dl/68209946/b70ed4b/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-
walid26.part2.rar.html
http://hotfile.com/dl/68209930/e49893f/Machete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-
walid26.part1.rar.html
http://hotfile.com/dl/68209942/8a0309b/Ma
 chete.2010.Cam.READNFO.Xvid-THC-WarezLeech.net-walid26.part4.rar.html
http://hotfile.com/dl/67077366/d380d84/Machete.2010.Www.Crackedsoftwares.Com.part3.rar.html
http://hotfile.com/dl/67076830/b09dc4e/Machete.2010.Www.Crackedsoftwares.Com.part4.rar.html
http://hotfile.com/dl/67076815/8ca8887/Machete.2010.Www.Crackedsoftwares.Com.part1.rar.html
http://hotfile.com/dl/67076721/ae9be5c/Machete.2010.Www.Crackedsoftwares.Com.part2.rar.html
http://hotfile.com/dl/67369850/c331fb9/Mac.hete_2010_CAM_Xvid_downXload.part4.rar.html
http://hotfile.com/dl/67369892/f2b6a0d/Mac.hete_2010_CAM_Xvid_downXload.part5.rar.html
http://hotfile.com/dl/67369730/efaf4ed/Mac.hete_2010_CAM_Xvid_downXload.part3.rar.html
http://hotfile.com/dl/67369622/b397c53/Mac.hete_2010_CAM_Xvid_downXload.part2.rar.html
http://hotfile.com/dl/67369552/9c034af/Mac.hete_2010_CAM_Xvid_downXload.part1.rar.html
http://hotfile.com/dl/73006350/7f9d4b6/-Machete---R5.part2.rar
http://hotfile.com/dl/73006351/a2763ac/-Machete---R5.
 part1.rar
```

CONFIDENTIAL

HF00623127

**From:**          fox@mimtid.com
**Sent:**          Tuesday, October 12, 2010 1:12 AM
**To:**            abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com
**Subject:**       REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email.  Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 37548
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74869694/689e465/10.R5.XviD.AC3.Hive-CM8.part5.rar
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-10 01:08:33

1

CONFIDENTIAL                                                     HF00640810

```
Control Number: 37545
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74869619/d09f4cb/10.R5.XviD.AC3.Hive-CM8.part2.rar
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-10 01:08:32


Control Number: 37546
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74869655/7be530c/10.R5.XviD.AC3.Hive-CM8.part3.rar
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-10 01:08:32


Control Number: 37544
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74869617/a794626/10.R5.XviD.AC3.Hive-CM8.part1.rar
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-10 01:08:31


Control Number: 37485
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74845882/124be7d/-Machete-.R5-
.part1.rar
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:45:53


Control Number: 37486
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74845725/8f79b49/-Machete-.R5-
.part2.rar
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:45:53


Control Number: 37469
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74901582/8c44d5d/Machete.2010.864p.x264.Ceroks.Divxlerim.org.part4.rar.
html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:37:50


Control Number: 37466
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74901619/9255f6d/Machete.2010.864p.x264.Ceroks.Divxlerim.org.part1.rar.
html
Previous Submission Dates: 2010-10-10 04:23:05
```

2

Date Re-Discovered: 2010-10-09 22:37:49

Control Number: 37467
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74900093/c8a3503/Machete.2010.864p.x264.Ceroks.Divxlerim.org.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:37:49

Control Number: 37468
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74900094/742651f/Machete.2010.864p.x264.Ceroks.Divxlerim.org.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:37:49

Control Number: 37461
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74801629/f9ee731/EliteCrackers.com.Machete.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:37:47

Control Number: 37460
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74801633/35f90bb/EliteCrackers.com.Machete.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:37:46

Control Number: 37451
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74491623/554212b/Machete.2010.BDRip.part7.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:35:09

Control Number: 37449
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74491532/4b5d474/Machete.2010.BDRip.part5.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:35:08

Control Number: 37450
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74491533/8f2ea4d/Machete.2010.BDRip.part6.rar.html

3

HF00640812

Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:35:08

Control Number: 37446
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74491410/afce23a/Machete.2010.BDRip.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:35:07

Control Number: 37447
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74491417/c48d9bc/Machete.2010.BDRip.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:35:07

Control Number: 37448
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74491423/218ee1a/Machete.2010.BDRip.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:35:07

Control Number: 37445
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74491281/b8db8a8/Machete.2010.BDRip.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:35:06

Control Number: 37435
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74794925/3fae866/Machete.2010.480p.BluRay.XviD.AC3-DMZ.part7.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:59

Control Number: 37436
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74795029/90a0cba/Machete.2010.480p.BluRay.XviD.AC3-DMZ.part8.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:59

Control Number: 37432
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74794737/f7dda69/Machete.2010.480p.BluRay.XviD.AC3-DMZ.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:05

4

CONFIDENTIAL

HF00640813

Date Re-Discovered: 2010-10-09 22:34:58

Control Number: 37433
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74794770/54e0241/Machete.2010.480p.BluRay.XviD.AC3-DMZ.part5.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:58

Control Number: 37434
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74794878/e40b3ff/Machete.2010.480p.BluRay.XviD.AC3-DMZ.part6.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:58

Control Number: 37430
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74794617/5461b7b/Machete.2010.480p.BluRay.XviD.AC3-DMZ.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:57

Control Number: 37431
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74794736/bc9fa29/Machete.2010.480p.BluRay.XviD.AC3-DMZ.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:57

Control Number: 37429
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74794554/3128caa/Machete.2010.480p.BluRay.XviD.AC3-DMZ.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:56

Control Number: 37423
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74878314/3716bba/Machete_2010_R5.XviD-MAX.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:54

Control Number: 37424
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74880139/38b28bb/Machete_2010_R5.XviD-MAX.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:54

5

CONFIDENTIAL

HF00640814

```
Control Number: 37421
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74872291/e66eef3/Machete_2010_R5.XviD-MAX.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:53


Control Number: 37422
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74875002/36612a5/Machete_2010_R5.XviD-MAX.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:53


Control Number: 37414
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74880685/1b610ee/bc.Mach.2010.R5-
LiNE.400MB.mkv.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:50


Control Number: 37412
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74880393/9948f99/bc.Mach.2010.R5-
LiNE.400MB.mkv.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:49


Control Number: 37413
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74880406/1b0ad86/bc.Mach.2010.R5-
LiNE.400MB.mkv.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:34:49


Control Number: 37394
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74897982/8993b25/910m2k_Machete.2010.864p.x264.scOrp.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:30:05


Control Number: 37395
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74897986/41da6e5/910m2k_Machete.2010.864p.x264.scOrp.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:30:05
```

6

CONFIDENTIAL                                                                          HF00640815

```
Control Number: 37393
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74897963/4b109a1/910m2k_Machete.2010.864p.x264.scOrp.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 22:30:04


Control Number: 37271
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72714432/fb3c4f9/Knight_and_Day_(2010)_DVDRip.part8.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 18:00:47


Control Number: 37269
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72713895/7efd4b5/Knight_and_Day_(2010)_DVDRip.part6.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 18:00:46


Control Number: 37270
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72714299/b8c211b/Knight_and_Day_(2010)_DVDRip.part7.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 18:00:46


Control Number: 37266
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72713181/8239715/Knight_and_Day_(2010)_DVDRip.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 18:00:45


Control Number: 37267
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72713564/9875ba2/Knight_and_Day_(2010)_DVDRip.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 18:00:45


Control Number: 37268
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72713846/4bc6b4e/Knight_and_Day_(2010)_DVDRip.part5.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 18:00:45


Control Number: 37264
```

CONFIDENTIAL

HF00640816

```
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72713183/1b32bad/Knight_and_Day_(2010)_DVDRip.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 18:00:44


Control Number: 37265
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72713553/243c2cc/Knight_and_Day_(2010)_DVDRip.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 18:00:44


Control Number: 37256
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/38046963/78c5ddf/gfw
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 17:53:27


Control Number: 37257
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/38046196/8f6ba41/aaf-
float.dvdrip.xvid.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 17:53:27


Control Number: 37258
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/38046215/385edde/aaf
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 17:53:27


Control Number: 37148
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74868724/2279e83/Knight.and.Day_2010_R5.XviD-MAX.avi.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 15:13:26


Control Number: 37146
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74866514/9e6cd1d/Knight.and.Day_2010_R5.XviD-MAX.avi.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 15:13:25


Control Number: 37147
Studio: Fox
Title: Knight and Day
```

CONFIDENTIAL                                                    HF00640817

Infringing Host File Download Link:
http://hotfile.com/dl/74867632/18ecbd5/Knight.and.Day_2010_R5.XviD-MAX.avi.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 15:13:25

Control Number: 37145
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74865113/9597b9c/Knight.and.Day_2010_R5.XviD-MAX.avi.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 15:13:24

Control Number: 37143
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74732333/4b32c5a/Sallvi-
VamSuc.BruT4L.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 15:01:29

Control Number: 37144
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74731941/766c39f/Sallvi-
VamSuc.BruT4L.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 15:01:29

Control Number: 37134
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74815982/ccc09b5/egybits.by.rezo.Vam.Su.2010.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 15:01:21

Control Number: 37133
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74815981/7715ffa/egybits.by.rezo.Vam.Su.2010.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 15:01:20

Control Number: 37116
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74816250/c1e2aff/v76-
Vampir.Suck.R5.AC3.Xvid-CLASS.part7.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 14:59:04

Control Number: 37113
Studio: Fox
Title: Machete

9

CONFIDENTIAL                                        HF00640818

Infringing Host File Download Link: http://hotfile.com/dl/74812057/f60bc3e/v76-Vampir.Suck.R5.AC3.Xvid-CLASS.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 14:59:03

Control Number: 37114
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74816244/6bd07a5/v76-Vampir.Suck.R5.AC3.Xvid-CLASS.part5.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 14:59:03

Control Number: 37115
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74816248/ae4c190/v76-Vampir.Suck.R5.AC3.Xvid-CLASS.part6.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 14:59:03

Control Number: 37111
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74812058/420d972/v76-Vampir.Suck.R5.AC3.Xvid-CLASS.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 14:59:02

Control Number: 37112
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74812059/5940876/v76-Vampir.Suck.R5.AC3.Xvid-CLASS.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 14:59:02

Control Number: 37110
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74812055/933e0ac/v76-Vampir.Suck.R5.AC3.Xvid-CLASS.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 14:59:01

Control Number: 37101
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/74696976/5a1519b/VampS_R5.AC3.Xvid-CLASSiFiED.part5.rar.html
Previous Submission Dates: 2010-10-10 04:23:05
Date Re-Discovered: 2010-10-09 14:58:58

Control Number: 37099
Studio: Fox
Title: Machete

10

CONFIDENTIAL
HF00640819

**From:**            fox@mimtid.com
**Sent:**            Wednesday, October 13, 2010 3:56 AM
**To:**              abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com
**Subject:**         REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of
Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies
("Fox"), to notify you of the continued infringement on your site of Fox's intellectual
property rights in the titles identified in this email.  Notices of Copyright Infringement
were previously sent to Hotfile.com for the identified titles and links on the dates listed
in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to
video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly
remove and disable the links to all unauthorized copies of works whose copyrights are owned
by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights, remedies, or
defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described
herein is not authorized by Fox, its agent, or the law. The information in this notice is
accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox
with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 35757
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70171599/2cdd011/Knight.And.Day.2010.R5.LiNE.x264.AC3-
ViSiON.part6.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02

1

CONFIDENTIAL                                                    HF00644821

Date Re-Discovered: 2010-10-09 12:05:49

Control Number: 35758
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70172066/af96ac4/Knight.And.Day.2010.R5.LiNE.x264.AC3-
ViSiON.part7.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:49

Control Number: 35754
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70169974/6d219a9/Knight.And.Day.2010.R5.LiNE.x264.AC3-
ViSiON.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:48

Control Number: 35755
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70170648/0d6038a/Knight.And.Day.2010.R5.LiNE.x264.AC3-
ViSiON.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:48

Control Number: 35752
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70169115/3a4c3c6/Knight.And.Day.2010.R5.LiNE.x264.AC3-
ViSiON.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:47

Control Number: 35753
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/70169807/ab22f0f/Knight.And.Day.2010.R5.LiNE.x264.AC3-
ViSiON.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:47

Control Number: 35750
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73669806/34c2531/Knight.And.Day.2010.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:46

Control Number: 35751
Studio: Fox

2

CONFIDENTIAL

HF00644822

Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/73669810/a587e4d/Knight.And.Day.2010.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:05:46

Control Number: 35708
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74597267/6e26ae8/Knight.and.Day.2010.DVD-DMZ.part6.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:01:58

Control Number: 35709
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74597570/f5510d2/Knight.and.Day.2010.DVD-DMZ.part7.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:01:58

Control Number: 35705
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74597007/21f3af3/Knight.and.Day.2010.DVD-DMZ.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:01:57

Control Number: 35706
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74597020/21d43a6/Knight.and.Day.2010.DVD-DMZ.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:01:57

Control Number: 35707
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74597245/8d04955/Knight.and.Day.2010.DVD-DMZ.part5.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:01:57

Control Number: 35703
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74596764/e34321f/Knight.and.Day.2010.DVD-DMZ.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:01:56

Control Number: 35704
Studio: Fox
Title: Knight and Day

3

CONFIDENTIAL

HF00644823

Infringing Host File Download Link:
http://hotfile.com/dl/74596805/48e2c83/Knight.and.Day.2010.DVD-DMZ.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 12:01:56

Control Number: 35663
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794319/b798832/RmD.720p.part13.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:58

Control Number: 35660
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794316/a07955c/RmD.720p.part10.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:57

Control Number: 35661
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794317/720e5fe/RmD.720p.part11.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:57

Control Number: 35662
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794318/ac36a09/RmD.720p.part12.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:57

Control Number: 35658
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794314/3ab267a/RmD.720p.part08.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:56

Control Number: 35659
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794315/b6b664f/RmD.720p.part09.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:56

Control Number: 35656
Studio: Fox
Title: Knight and Day

4

CONFIDENTIAL

HF00644824

```
Infringing Host File Download Link:
http://hotfile.com/dl/74794312/9f3fb8b/RmD.720p.part06.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:55

Control Number: 35657
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794313/9826bef/RmD.720p.part07.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:55

Control Number: 35653
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794309/f79774b/RmD.720p.part03.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:54

Control Number: 35654
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794310/151f49e/RmD.720p.part04.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:54

Control Number: 35655
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794311/7cd1318/RmD.720p.part05.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:54

Control Number: 35651
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794307/7faf192/RmD.720p.part01.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:53

Control Number: 35652
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74794308/744b8e4/RmD.720p.part02.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:53

Control Number: 35648
Studio: Fox
Title: Knight and Day
```

5

CONFIDENTIAL

HF00644825

Infringing Host File Download Link:
http://hotfile.com/dl/74819632/eb1b141/Knight.And.Day.2010.R5.LiNE.XviD-LAP.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:51

Control Number: 35649
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74825880/aceaee7/Knight.And.Day.2010.R5.LiNE.XviD-LAP.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:51

Control Number: 35650
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74820600/9037568/Knight.And.Day.2010.R5.LiNE.XviD-LAP.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:51

Control Number: 35642
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74732420/636dafe/Gece_Gndz_TR_2010_KaMuCHoo.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:46

Control Number: 35639
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74733998/73c2962/Gece_Gndz_TR_2010_KaMuCHoo.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:45

Control Number: 35640
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74734009/590d0ef/Gece_Gndz_TR_2010_KaMuCHoo.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:45

Control Number: 35641
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/74734038/488663d/Gece_Gndz_TR_2010_KaMuCHoo.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:45

Control Number: 35637
Studio: Fox
Title: Knight and Day

6

CONFIDENTIAL

HF00644826

Infringing Host File Download Link:
http://hotfile.com/dl/72960427/40f2c4c/9b484060a18af2df4893b299accb50a508846ff7.part3.rar.htm
l
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:44


Control Number: 35638
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72965422/e173bef/9b484060a18af2df4893b299accb50a508846ff7.part4.rar.htm
l
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:44


Control Number: 35635
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72955565/7b7eb3c/9b484060a18af2df4893b299accb50a508846ff7.part1.rar.htm
l
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:43


Control Number: 35636
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/72950503/5608c6e/9b484060a18af2df4893b299accb50a508846ff7.part2.rar.htm
l
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:56:43


Control Number: 35634
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74829969/43ffbf8/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part7.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:55:25


Control Number: 35631
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74831004/1a9dbc0/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:55:24


Control Number: 35632
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74830790/647e7ba/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part5.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:55:24


7

CONFIDENTIAL

HF00644827

```
Control Number: 35633
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74831113/e400186/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part6.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:55:24


Control Number: 35629
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74830938/bbd78ac/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:55:23


Control Number: 35630
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74830875/e782343/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:55:23


Control Number: 35628
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74832500/f0513f6/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:54:43


Control Number: 35620
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74853909/e49cc34/-Vampires-.Suck-
.2010.R5-.part2.rar
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:48:42


Control Number: 35619
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/74847233/e1c5476/-Vampires-.Suck-
.2010.R5-.part1.rar
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:48:11


Control Number: 35609
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74849614/e945cf0/Vampires.Suck.2010.R5.XviD-Noir.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:26:17


Control Number: 35608
```

8

CONFIDENTIAL

HF00644828

Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74848731/f791612/Vampires.Suck.2010.R5.XviD-Noir.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:25:55


Control Number: 35605
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74714659/dbb96d7/vampires.suck.r5.xvid-classified.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:20:51


Control Number: 35606
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74716263/7079923/vampires.suck.r5.xvid-classified.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:20:51


Control Number: 35604
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74704266/359651f/vampires.suck.r5.xvid-classified.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:20:50


Control Number: 35603
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74681465/cb533de/vampires.suck.r5.xvid-classified.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:20:26


Control Number: 35601
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74857332/3748db2/Vampires_Suck.2010.R5.XviD-by_linus.part4.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:16:34


Control Number: 35599
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74858829/c242944/Vampires_Suck.2010.R5.XviD-by_linus.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:16:33


Control Number: 35600
Studio: Fox

9

CONFIDENTIAL                                                    HF00644829

Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74857991/74ecf04/Vampires_Suck.2010.R5.XviD-by_linus.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:16:33


Control Number: 35598
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74858853/2ad6c25/Vampires_Suck.2010.R5.XviD-by_linus.part1.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:16:32


Control Number: 35579
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74681486/c18b264/Vampires.Suck.R5.part7.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:13:16


Control Number: 35577
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74680985/7d8b6c5/Vampires.Suck.R5.part5.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:13:15


Control Number: 35578
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74681154/2227fe2/Vampires.Suck.R5.part6.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:13:15


Control Number: 35574
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74680489/6894796/Vampires.Suck.R5.part2.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:13:14


Control Number: 35575
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74680674/925a798/Vampires.Suck.R5.part3.rar.html
Previous Submission Dates: 2010-10-10 04:23:07, 2010-10-12 03:12:02
Date Re-Discovered: 2010-10-09 11:13:14


Control Number: 35576
Studio: Fox
Title: Vampires Suck

10

CONFIDENTIAL

HF00644830

**From:**          fox@mimtid.com
**Sent:**          Thursday, October 14, 2010 10:28 PM
**To:**            abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com
**Subject:**       REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of
Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies
("Fox"), to notify you of the continued infringement on your site of Fox's intellectual
property rights in the titles identified in this email.  Notices of Copyright Infringement
were previously sent to Hotfile.com for the identified titles and links on the dates listed
in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to
video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly
remove and disable the links to all unauthorized copies of works whose copyrights are owned
by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights, remedies, or
defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described
herein is not authorized by Fox, its agent, or the law. The information in this notice is
accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox
with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 40862
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75457359/07197d2/Machete.2010.BluRay.720p.DTS.x264-CHD.part13.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:33

CONFIDENTIAL                                                          HF00647648

```
Control Number: 40858
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75476995/2869487/Machete.2010.BluRay.720p.DTS.x264-CHD.part09.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:32


Control Number: 40859
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75457114/5971c6e/Machete.2010.BluRay.720p.DTS.x264-CHD.part10.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:32


Control Number: 40860
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75457143/56c954b/Machete.2010.BluRay.720p.DTS.x264-CHD.part11.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:32


Control Number: 40856
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455999/4966e26/Machete.2010.BluRay.720p.DTS.x264-CHD.part07.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:31


Control Number: 40857
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75456203/b4e865a/Machete.2010.BluRay.720p.DTS.x264-CHD.part08.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:31


Control Number: 40853
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455748/eb45ef3/Machete.2010.BluRay.720p.DTS.x264-CHD.part04.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:30


Control Number: 40854
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455971/78e0ac2/Machete.2010.BluRay.720p.DTS.x264-CHD.part05.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:30


Control Number: 40855
Studio: Fox
```

Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455991/243bafc/Machete.2010.BluRay.720p.DTS.x264-CHD.part06.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:30

Control Number: 40851
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455207/3a2f3eb/Machete.2010.BluRay.720p.DTS.x264-CHD.part02.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:29

Control Number: 40852
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455735/4276af5/Machete.2010.BluRay.720p.DTS.x264-CHD.part03.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:29

Control Number: 40850
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455104/b8fae5b/Machete.2010.BluRay.720p.DTS.x264-CHD.part01.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:50:28

Control Number: 40838
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75483571/f48b8a2/Machete.2010.BDRip.XviD.AC3MAGNET.part09.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:26

Control Number: 40839
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75483479/0d31e49/Machete.2010.BDRip.XviD.AC3MAGNET.part10.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:26

Control Number: 40835
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75483237/9debe73/Machete.2010.BDRip.XviD.AC3MAGNET.part06.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:25

Control Number: 40836
Studio: Fox
Title: Machete

HF00647650

```
Infringing Host File Download Link:
http://hotfile.com/dl/75483196/501bf1e/Machete.2010.BDRip.XviD.AC3MAGNET.part07.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:25

Control Number: 40837
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75483447/91f5ff9/Machete.2010.BDRip.XviD.AC3MAGNET.part08.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:25

Control Number: 40833
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75483050/d795a0e/Machete.2010.BDRip.XviD.AC3MAGNET.part04.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:24

Control Number: 40834
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75483166/865cedd/Machete.2010.BDRip.XviD.AC3MAGNET.part05.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:24

Control Number: 40830
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75482942/c8c9be5/Machete.2010.BDRip.XviD.AC3MAGNET.part01.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:23

Control Number: 40831
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75482975/7d8ee93/Machete.2010.BDRip.XviD.AC3MAGNET.part02.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:23

Control Number: 40832
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75482989/1fc169e/Machete.2010.BDRip.XviD.AC3MAGNET.part03.rar.html
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:23

Control Number: 40826
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75452232/8ecdac1/Machete.2010.BluRay.720p.x264.DTS-CHD.part28.rar
```

CONFIDENTIAL

HF00647651

```
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:21

Control Number: 40827
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75452431/55bf9fb/Machete.2010.BluRay.720p.x264.DTS-CHD.part29.rar
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:21

Control Number: 40824
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75451646/3581e05/Machete.2010.BluRay.720p.x264.DTS-CHD.part26.rar
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:20

Control Number: 40825
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75452085/d42c752/Machete.2010.BluRay.720p.x264.DTS-CHD.part27.rar
Previous Submission Dates: 2010-10-13 02:56:26
Date Re-Discovered: 2010-10-12 11:48:20

Control Number: 40822
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75450788/2ec2315/Machete.2010.BluRay.720p.x264.DTS-CHD.part24.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:19

Control Number: 40823
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75451211/15753e1/Machete.2010.BluRay.720p.x264.DTS-CHD.part25.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:19

Control Number: 40819
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75449793/038019c/Machete.2010.BluRay.720p.x264.DTS-CHD.part21.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:18

Control Number: 40820
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75450177/fbbe2dc/Machete.2010.BluRay.720p.x264.DTS-CHD.part22.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:18
```

CONFIDENTIAL

```
Control Number: 40821
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75450403/49435a1/Machete.2010.BluRay.720p.x264.DTS-CHD.part23.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:18


Control Number: 40817
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75449172/656a46c/Machete.2010.BluRay.720p.x264.DTS-CHD.part19.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:17


Control Number: 40818
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75449342/8cae746/Machete.2010.BluRay.720p.x264.DTS-CHD.part20.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:17


Control Number: 40814
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75447979/992591c/Machete.2010.BluRay.720p.x264.DTS-CHD.part16.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:16


Control Number: 40815
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75448522/4ac3876/Machete.2010.BluRay.720p.x264.DTS-CHD.part17.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:16


Control Number: 40816
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75448553/8e4e295/Machete.2010.BluRay.720p.x264.DTS-CHD.part18.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:16


Control Number: 40812
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75447435/2723a6e/Machete.2010.BluRay.720p.x264.DTS-CHD.part14.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:15


Control Number: 40813
```

```
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75447951/8f839b9/Machete.2010.BluRay.720p.x264.DTS-CHD.part15.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:15


Control Number: 40809
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75447169/db088fa/Machete.2010.BluRay.720p.x264.DTS-CHD.part11.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:14


Control Number: 40810
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75447016/ebc9c09/Machete.2010.BluRay.720p.x264.DTS-CHD.part12.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:14


Control Number: 40811
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75447523/8278a0a/Machete.2010.BluRay.720p.x264.DTS-CHD.part13.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:14


Control Number: 40807
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75446516/faf9eb8/Machete.2010.BluRay.720p.x264.DTS-CHD.part09.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:13


Control Number: 40808
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75446600/fdf753e/Machete.2010.BluRay.720p.x264.DTS-CHD.part10.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:13


Control Number: 40805
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75446053/a8b9637/Machete.2010.BluRay.720p.x264.DTS-CHD.part07.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:12


Control Number: 40806
Studio: Fox
Title: Machete
```

CONFIDENTIAL

HF00647654

Infringing Host File Download Link:
http://hotfile.com/dl/75446094/21c860f/Machete.2010.BluRay.720p.x264.DTS-CHD.part08.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:12


Control Number: 40802
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75445200/e07c40c/Machete.2010.BluRay.720p.x264.DTS-CHD.part04.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:11


Control Number: 40803
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75445567/2ef12a4/Machete.2010.BluRay.720p.x264.DTS-CHD.part05.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:11


Control Number: 40804
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75445618/6166edd/Machete.2010.BluRay.720p.x264.DTS-CHD.part06.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:11


Control Number: 40800
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75444653/3b33c44/Machete.2010.BluRay.720p.x264.DTS-CHD.part02.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:10


Control Number: 40801
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75445080/1832645/Machete.2010.BluRay.720p.x264.DTS-CHD.part03.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:10


Control Number: 40799
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75444555/2b6beb4/Machete.2010.BluRay.720p.x264.DTS-CHD.part01.rar
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:09


Control Number: 40785
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75468586/e0546cc/zaheema.com_Machete.2010.part4.rar.html


CONFIDENTIAL                                                    HF00647655

Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:02

Control Number: 40786
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75468602/8839624/zaheema.com_Machete.2010.part5.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:02

Control Number: 40782
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75468415/ed4a88d/zaheema.com_Machete.2010.part1.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:01

Control Number: 40783
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75468471/6763af8/zaheema.com_Machete.2010.part2.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:01

Control Number: 40784
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75468549/aa55796/zaheema.com_Machete.2010.part3.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 11:48:01

Control Number: 40748
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/75342484/1eea1e9/1500-CHD-
M10alba.part4.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 00:50:41

Control Number: 40745
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/75342398/52d5f72/1500-CHD-
M10alba.part1.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 00:50:40

Control Number: 40746
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/75342415/df82b59/1500-CHD-
M10alba.part2.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 00:50:40

Control Number: 40747
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/75342474/06bf936/1500-CHD-M10alba.part3.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 00:50:40

Control Number: 40744
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75404997/c7d44fd/Machete.2010.BluRay.720p.DTS.x264-CHD.sample.mkv.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 00:50:14

Control Number: 40725
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75438924/37d50df/Machete.2010.720p.CHD.part22.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 00:48:03

Control Number: 40726
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75438920/4bef295/Machete.2010.720p.CHD.part23.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 00:48:03

Control Number: 40727
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75438928/a98cbb9/Machete.2010.720p.CHD.part24.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 00:48:03

Control Number: 40723
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75438927/63c8f22/Machete.2010.720p.CHD.part20.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 00:48:02

Control Number: 40724
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75438926/8d37c88/Machete.2010.720p.CHD.part21.rar.html
Previous Submission Dates: 2010-10-13 02:56:27
Date Re-Discovered: 2010-10-12 00:48:02

Control Number: 40721

HF00647657

**From:**          fox@mimtid.com
**Sent:**          Saturday, October 16, 2010 11:00 PM
**To:**            abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com
**Subject:**       REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation


Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of
Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies
("Fox"), to notify you of the continued infringement on your site of Fox's intellectual
property rights in the titles identified in this email.  Notices of Copyright Infringement
were previously sent to Hotfile.com for the identified titles and links on the dates listed
in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to
video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly
remove and disable the links to all unauthorized copies of works whose copyrights are owned
by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights, remedies, or
defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described
herein is not authorized by Fox, its agent, or the law. The information in this notice is
accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox
with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 43357
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75818398/8398f28/Vampires.Suck.2010.R5.AC3.XViD-iNK.part3.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:30

1

CONFIDENTIAL                                                      HF00649845

```
Control Number: 43349
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821980/3382d0a/Vampires.Suck.2010.R5.AC3.XViD-iNK.part09.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:26


Control Number: 43350
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821690/8be3149/Vampires.Suck.2010.R5.AC3.XViD-iNK.part10.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:26


Control Number: 43346
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821967/d502cd0/Vampires.Suck.2010.R5.AC3.XViD-iNK.part06.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:25


Control Number: 43347
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821972/e499dbc/Vampires.Suck.2010.R5.AC3.XViD-iNK.part07.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:25


Control Number: 43348
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75822059/1516c5d/Vampires.Suck.2010.R5.AC3.XViD-iNK.part08.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:25


Control Number: 43344
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821983/a726c1f/Vampires.Suck.2010.R5.AC3.XViD-iNK.part04.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:24


Control Number: 43345
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821957/975fdc1/Vampires.Suck.2010.R5.AC3.XViD-iNK.part05.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:24
```

CONFIDENTIAL

HF00649846

```
Control Number: 43341
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821974/65ef6b6/Vampires.Suck.2010.R5.AC3.XViD-iNK.part01.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:23


Control Number: 43342
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75822063/5fdb39f/Vampires.Suck.2010.R5.AC3.XViD-iNK.part02.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:23


Control Number: 43343
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821989/9380af1/Vampires.Suck.2010.R5.AC3.XViD-iNK.part03.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:44:23


Control Number: 43318
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/75819491/35b3689/Sample.avi.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:56


Control Number: 43307
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75820480/fc73865/Vampires.Suck.2010.R5.AC3.XViD.iNK.www.scenetube.net.part8.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:47


Control Number: 43305
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821771/612cab6/Vampires.Suck.2010.R5.AC3.XViD.iNK.www.scenetube.net.part6.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:46


Control Number: 43306
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821691/7cc8cc8/Vampires.Suck.2010.R5.AC3.XViD.iNK.www.scenetube.net.part7.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:46
```

3

HF00649847

```
Control Number: 43302
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821685/dcdaaaf/Vampires.Suck.2010.R5.AC3.XViD.iNK.www.scenetube.net.p
art3.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:45


Control Number: 43303
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821743/eeedf93/Vampires.Suck.2010.R5.AC3.XViD.iNK.www.scenetube.net.p
art4.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:45


Control Number: 43304
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821667/2857a81/Vampires.Suck.2010.R5.AC3.XViD.iNK.www.scenetube.net.p
art5.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:45


Control Number: 43300
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821753/18da09f/Vampires.Suck.2010.R5.AC3.XViD.iNK.www.scenetube.net.p
art1.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:44


Control Number: 43301
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75821711/986f569/Vampires.Suck.2010.R5.AC3.XViD.iNK.www.scenetube.net.p
art2.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:44


Control Number: 43297
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75826069/4c26f9b/vampsuck.part2.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:43


Control Number: 43298
Studio: Fox
Title: Vampires Suck
```

4

CONFIDENTIAL

HF00649848

Infringing Host File Download Link:
http://hotfile.com/dl/75826072/89f5123/vampsuck.part3.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:43

Control Number: 43299
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75826068/4942e86/vampsuck.part4.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:43

Control Number: 43296
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75826070/5b935dc/vampsuck.part1.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:35:42

Control Number: 43289
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75835715/abe4802/VSiNK.part5.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:21

Control Number: 43290
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75835717/b576958/VSiNK.part6.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:21

Control Number: 43291
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/75079047/13f593c/Vampires-
Suck28201029ripmovies.net.mkv.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:21

Control Number: 43287
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75835716/5d9a144/VSiNK.part3.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:20

Control Number: 43288
Studio: Fox
Title: Vampires Suck

5

                                                                    HF00649849

Infringing Host File Download Link:
http://hotfile.com/dl/75835712/5fe1959/VSiNK.part4.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:20

Control Number: 43285
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75835714/2431f8c/VSiNK.part1.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:19

Control Number: 43286
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75835713/6758bdb/VSiNK.part2.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:19

Control Number: 43277
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74732941/1d8dcb4/VampSuc.2010.R5.XViD.READNFO-
LKRG_www.oriforums.com.part5.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:12

Control Number: 43278
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74733240/b5f76a1/VampSuc.2010.R5.XViD.READNFO-
LKRG_www.oriforums.com.part6.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:12

Control Number: 43274
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74731987/907a74c/VampSuc.2010.R5.XViD.READNFO-
LKRG_www.oriforums.com.part2.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:11

Control Number: 43275
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74732319/fa77acd/VampSuc.2010.R5.XViD.READNFO-
LKRG_www.oriforums.com.part3.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:11

6

CONFIDENTIAL                                                                  HF00649850

```
Control Number: 43276
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74732654/b4ab57a/VampSuc.2010.R5.XViD.READNFO-
LKRG_www.oriforums.com.part4.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:11


Control Number: 43273
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74731656/ed3b863/VampSuc.2010.R5.XViD.READNFO-
LKRG_www.oriforums.com.part1.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:10


Control Number: 43266
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75836064/75973a6/Vampires.Suck.2010.R5.AC3.XViD-iNK-warezleech.net-
walid26.part4.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:04


Control Number: 43264
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75836627/98f2154/Vampires.Suck.2010.R5.AC3.XViD-iNK-warezleech.net-
walid26.part2.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:03


Control Number: 43265
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75836607/19bec33/Vampires.Suck.2010.R5.AC3.XViD-iNK-warezleech.net-
walid26.part3.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:03


Control Number: 43263
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/75836595/6e8100d/Vampires.Suck.2010.R5.AC3.XViD-iNK-warezleech.net-
walid26.part1.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:32:02


Control Number: 43238
Studio: Fox
Title: Machete
```

CONFIDENTIAL

HF00649851

```
Infringing Host File Download Link:
http://hotfile.com/dl/75455202/63db391/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part14.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:27:16


Control Number: 43239
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455206/4d4be98/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part15.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:27:16


Control Number: 43235
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455103/dbc0d4d/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part11.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:27:15


Control Number: 43236
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455129/6c60262/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part12.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:27:15


Control Number: 43237
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75455198/0b0a71d/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part13.rar.html
Previous Submission Dates: 2010-10-14 22:42:57
Date Re-Discovered: 2010-10-13 21:27:15


Control Number: 43233
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75454210/3cc4968/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part09.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:27:14


Control Number: 43234
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75454271/a3351d6/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part10.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:27:14


Control Number: 43230
Studio: Fox
Title: Machete
```

CONFIDENTIAL

HF00649852

Infringing Host File Download Link:
http://hotfile.com/dl/75454191/481aa1d/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part06.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:27:13

Control Number: 43231
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75454190/48bc9d6/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part07.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:27:13

Control Number: 43232
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75454216/8b44c02/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part08.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:27:13

Control Number: 43228
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75454194/ee0a0ea/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part04.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:27:12

Control Number: 43229
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75454188/deaa3a7/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part05.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:27:12

Control Number: 43226
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75454192/5e67037/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part02.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:27:11

Control Number: 43227
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75454189/89d414f/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part03.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:27:11

Control Number: 43225
Studio: Fox
Title: Machete

CONFIDENTIAL

HF00649853

Infringing Host File Download Link:
http://hotfile.com/dl/75454193/e3520eb/Machete_2010_480p_BRRip_XviD_AC3-LTRG.part01.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:27:10


Control Number: 43208
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75464767/92ebe4c/Machete.2010.BDRip.XviD.AC3-MAGNET.part10.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:25:01


Control Number: 43206
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75464989/2bab03e/Machete.2010.BDRip.XviD.AC3-MAGNET.part08.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:25:00


Control Number: 43207
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75465002/293c80c/Machete.2010.BDRip.XviD.AC3-MAGNET.part09.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:25:00


Control Number: 43203
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75464991/89e1a0c/Machete.2010.BDRip.XviD.AC3-MAGNET.part05.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:24:59


Control Number: 43204
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75464980/235b867/Machete.2010.BDRip.XviD.AC3-MAGNET.part06.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:24:59


Control Number: 43205
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75464996/7bfa752/Machete.2010.BDRip.XviD.AC3-MAGNET.part07.rar.html
Previous Submission Dates: 2010-10-14 22:42:58
Date Re-Discovered: 2010-10-13 21:24:59


Control Number: 43201
Studio: Fox
Title: Machete

10

CONFIDENTIAL                                                         HF00649854

**From:**       fox@mimtid.com
**Sent:**       Sunday, October 24, 2010 10:32 PM
**To:**         abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com
**Subject:**    REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email.  Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 54581
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77063821/430d8ef/www.ferbourtoi.org.Gh0st.twitz-FBT-macheter5.part4.rar.html
Previous Submission Dates: 2010-10-23 00:24:56
Date Re-Discovered: 2010-10-22 20:34:47

CONFIDENTIAL                                                    HF00659904

Control Number: 54579
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77063684/1d7d06a/www.ferbourtoi.org.Gh0st.twitz-FBT-macheter5.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:34:46

Control Number: 54580
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77063795/eb3de8e/www.ferbourtoi.org.Gh0st.twitz-FBT-macheter5.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:34:46

Control Number: 54578
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77063681/0fae94c/www.ferbourtoi.org.Gh0st.twitz-FBT-macheter5.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:34:45

Control Number: 54574
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77207090/2a305d2/Mike_Epps_Live_From_The_Club_Nokia_2010_DVDRip_XviD-VoMiT.part6.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:54

Control Number: 54575
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77207259/063462a/Mike_Epps_Live_From_The_Club_Nokia_2010_DVDRip_XviD-VoMiT.part7.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:54

Control Number: 54572
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77206596/a51e743/Mike_Epps_Live_From_The_Club_Nokia_2010_DVDRip_XviD-VoMiT.part4.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:53

Control Number: 54573
Studio: Fox
Title: Machete

HF00659905

Infringing Host File Download Link:
http://hotfile.com/dl/77206848/045b827/Mike_Epps_Live_From_The_Club_Nokia_2010_DVDRip_XviD-VoMiT.part5.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:53


Control Number: 54570
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77206013/e727553/Mike_Epps_Live_From_The_Club_Nokia_2010_DVDRip_XviD-VoMiT.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:52


Control Number: 54571
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77206295/4b2d71e/Mike_Epps_Live_From_The_Club_Nokia_2010_DVDRip_XviD-VoMiT.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:52


Control Number: 54567
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77207136/96807cb/Machete_R5_LINE_XviD-TWiZTED.part6.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:51


Control Number: 54568
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77207351/d23a3ca/Machete_R5_LINE_XviD-TWiZTED.part7.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:51


Control Number: 54569
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77205787/a1d1005/Mike_Epps_Live_From_The_Club_Nokia_2010_DVDRip_XviD-VoMiT.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:51


Control Number: 54565
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77206699/7f5e0f0/Machete_R5_LINE_XviD-TWiZTED.part4.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:50


Control Number: 54566

CONFIDENTIAL                                                    HF00659906

Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77206921/5dedbbf/Machete_R5_LINE_XviD-TWiZTED.part5.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:50


Control Number: 54562
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77205905/1266f8f/Machete_R5_LINE_XviD-TWiZTED.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:49


Control Number: 54563
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77206165/d4ead9a/Machete_R5_LINE_XviD-TWiZTED.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:49


Control Number: 54564
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77206462/3ee545b/Machete_R5_LINE_XviD-TWiZTED.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:29:49


Control Number: 54552
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77466241/c2bf112/WarezSFX.com.Mach.2010.bc.R5-
LiNE.400MB.mkv.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:25:32


Control Number: 54550
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77466106/248edb7/WarezSFX.com.Mach.2010.bc.R5-
LiNE.400MB.mkv.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:25:31


Control Number: 54551
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77466044/8e0dd5c/WarezSFX.com.Mach.2010.bc.R5-
LiNE.400MB.mkv.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:25:31


CONFIDENTIAL

```
Control Number: 54544
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77474554/0fc3003/WarezXtremE.org.Mach.2010.bc.R5-
LiNE.400MB.mkv.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:24:20


Control Number: 54545
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77474583/ee8d225/WarezXtremE.org.Mach.2010.bc.R5-
LiNE.400MB.mkv.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:24:20


Control Number: 54546
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77474537/3fe7c3c/WarezXtremE.org.Mach.2010.bc.R5-
LiNE.400MB.mkv.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:24:20


Control Number: 54532
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/77621245/1b5dc5b/CFiED-
vampsuck.part5.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:20:48


Control Number: 54533
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/77622780/49fb7f5/CFiED-
vampsuck.part6.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:20:48


Control Number: 54534
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/77623748/9802615/CFiED-
vampsuck.part7.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:20:48


Control Number: 54530
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/77618551/bb02f69/CFiED-
vampsuck.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:20:47
```

HF00659908

```
Control Number: 54531
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/77619949/c398f12/CFiED-
vampsuck.part4.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:20:47


Control Number: 54528
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/77613997/b747242/CFiED-
vampsuck.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:20:46


Control Number: 54529
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/77614839/16fada4/CFiED-
vampsuck.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:20:46


Control Number: 54518
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77583620/dd74956/Machete_400MB_boards.silverchat.net.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:18:57


Control Number: 54519
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77583624/e897619/Machete_400MB_boards.silverchat.net.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:18:57


Control Number: 54517
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77583221/961a0fd/Machete_400MB_boards.silverchat.net.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:18:56


Control Number: 54513
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/77534807/8f34c69/Mach.2010.bc.R5-
LiNE.400MB_Team.F-Macho.mkv.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:17:29


Control Number: 54511
```

Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/77534492/2dc7caf/Mach.2010.bc.R5-
LiNE.400MB_Team.F-Macho.mkv.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:17:28

Control Number: 54512
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/77534767/7fa410b/Mach.2010.bc.R5-
LiNE.400MB_Team.F-Macho.mkv.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:17:28

Control Number: 54507
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77494574/377a418/Mach.2010.400MB_part_1_.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:16:32

Control Number: 54496
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77340255/d6595ed/WarezXtremE.org.Mach.2010.bc.R5-
LiNE.400MB.mkv.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:15:54

Control Number: 54497
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77340351/8b09bd7/WarezXtremE.org.Mach.2010.bc.R5-
LiNE.400MB.mkv.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:15:54

Control Number: 54495
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77340256/f0c7e3f/WarezXtremE.org.Mach.2010.bc.R5-
LiNE.400MB.mkv.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:15:53

Control Number: 54476
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77641283/9866336/www.FerBourToi.org_-_Machete.2010.R5.LINE.XviD-
TWiZTED.part4.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:14:30

CONFIDENTIAL                                                                    HF00659910

```
Control Number: 54474
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77640710/e008b7e/www.FerBourToi.org_-_Machete.2010.R5.LINE.XviD-
TWiZTED.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:14:29

Control Number: 54475
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77641277/d3470f5/www.FerBourToi.org_-_Machete.2010.R5.LINE.XviD-
TWiZTED.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:14:29

Control Number: 54473
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77640704/382dc55/www.FerBourToi.org_-_Machete.2010.R5.LINE.XviD-
TWiZTED.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:57
Date Re-Discovered: 2010-10-22 20:14:28

Control Number: 54449
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77484555/26c5e7b/Machete.BDRip.720p_NPW_--WarezLeech.net--
.part8.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:12:13

Control Number: 54446
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77486672/d9c24c4/Machete.BDRip.720p_NPW_--WarezLeech.net--
.part5.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:12:12

Control Number: 54447
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77486610/b054cf7/Machete.BDRip.720p_NPW_--WarezLeech.net--
.part6.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:12:12

Control Number: 54448
Studio: Fox
Title: Machete
```

HF00659911

Infringing Host File Download Link:
http://hotfile.com/dl/77486670/441163a/Machete.BDRip.720p_NPW_--WarezLeech.net--.part7.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:12:12


Control Number: 54444
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77486669/cd9669d/Machete.BDRip.720p_NPW_--WarezLeech.net--.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:12:11


Control Number: 54445
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77486678/cf7e6de/Machete.BDRip.720p_NPW_--WarezLeech.net--.part4.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:12:11


Control Number: 54442
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77486597/1c4b4b3/Machete.BDRip.720p_NPW_--WarezLeech.net--.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:12:10


Control Number: 54443
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77486689/cbf59c7/Machete.BDRip.720p_NPW_--WarezLeech.net--.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:12:10


Control Number: 54401
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74153003/00f4333/Machete.2010.R5.LiNE.XviD-nCODE-MediaMeli.com.avi.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:11:21


Control Number: 54400
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77596216/c21c34f/machete.2010.xxx.reuploaded.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:11:20


CONFIDENTIAL                                                                    HF00659912

```
Control Number: 54397
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71513520/ea4a2d5/Machete_R5_LINE_XviD-TWiZTED.part7.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:09:21


Control Number: 54394
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71513035/a66ae7d/Machete_R5_LINE_XviD-TWiZTED.part4.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:09:20


Control Number: 54395
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71513248/a335559/Machete_R5_LINE_XviD-TWiZTED.part5.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:09:20


Control Number: 54396
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71513387/5ededed/Machete_R5_LINE_XviD-TWiZTED.part6.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:09:20


Control Number: 54392
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71512746/43b8f46/Machete_R5_LINE_XviD-TWiZTED.part2.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:09:19


Control Number: 54393
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71512907/1f340d5/Machete_R5_LINE_XviD-TWiZTED.part3.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:09:19


Control Number: 54391
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/71512578/1442a0f/Machete_R5_LINE_XviD-TWiZTED.part1.rar.html
Previous Submission Dates: 2010-10-23 00:24:58
Date Re-Discovered: 2010-10-22 20:09:18


Control Number: 54371
Studio: Fox
```

CONFIDENTIAL

**From:** fox@mimtid.com
**Sent:** Saturday, October 30, 2010 1:21 AM
**To:** abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com
**Subject:** REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email.  Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 61862
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74425801/cce9245/Machete.2010.R5.XviD.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:43:17

CONFIDENTIAL

HF00683026

```
Control Number: 61861
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/74425834/84ae163/Machete.2010.R5.XviD.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:43:16


Control Number: 61851
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/78676227/f71e9b7/Machoate.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:31:34


Control Number: 61850
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/78675972/8dc50ee/Machoate.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:31:33


Control Number: 61827
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74998098/c156d4e/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part6.rar
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:07:23


Control Number: 61828
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74998118/19c83eb/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part7.rar
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:07:23


Control Number: 61825
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74998005/a98a359/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part4.rar
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:07:22


Control Number: 61826
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74998057/8e56355/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part5.rar
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:07:22


Control Number: 61822
Studio: Fox
```

CONFIDENTIAL

HF00683027

Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74997712/1daa437/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part1.rar
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:07:21


Control Number: 61823
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74997734/caa4f42/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part2.rar
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:07:21


Control Number: 61824
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/74997743/db58fbb/Vampires.Suck.2010.R5.XviD.AC3.Hive-CM8.part3.rar
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 19:07:21


Control Number: 61806
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76921778/85ec4db/K.And.D.part4.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 18:22:37


Control Number: 61804
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76922567/0eaf803/K.And.D.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 18:22:36


Control Number: 61805
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76922191/520f2c9/K.And.D.part3.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 18:22:36


Control Number: 61803
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76923193/cdb497b/K.And.D.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 18:22:35


Control Number: 61739
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76658147/1919b94/kad.part2.rar.html

HF00683028

Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:27:37

Control Number: 61740
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76658255/ea08817/kad.part3.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:27:37

Control Number: 61741
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76658309/441cdff/kad.part4.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:27:37

Control Number: 61738
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76658066/9b62445/kad.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:27:36

Control Number: 61726
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76779001/18140cb/lojhiuboeebasvca.part1.rar
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:22:40

Control Number: 61727
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76779833/cc801a4/lojhiuboeebasvca.part2.rar
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:22:40

Control Number: 61728
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76780461/0196ae9/lojhiuboeebasvca.part3.rar
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:22:40

Control Number: 61720
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76780754/54fdeb8/Knight.and.Day.DVDRip.XviD-RUBY.Whoo.ws.part6.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:21:57

Control Number: 61721
Studio: Fox

HF00683029

Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76781240/3c566d8/Knight.and.Day.DVDRip.XviD-RUBY.Whoo.ws.part7.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:21:57

Control Number: 61722
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76781606/f51438d/Knight.and.Day.DVDRip.XviD-RUBY.Whoo.ws.part8.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:21:57

Control Number: 61718
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76779587/025efa3/Knight.and.Day.DVDRip.XviD-RUBY.Whoo.ws.part4.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:21:56

Control Number: 61719
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76780149/2cc35ae/Knight.and.Day.DVDRip.XviD-RUBY.Whoo.ws.part5.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:21:56

Control Number: 61715
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76777468/f78b460/Knight.and.Day.DVDRip.XviD-RUBY.Whoo.ws.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:21:55

Control Number: 61716
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76778303/85f5548/Knight.and.Day.DVDRip.XviD-RUBY.Whoo.ws.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:21:55

Control Number: 61717
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76779085/9fd9bde/Knight.and.Day.DVDRip.XviD-RUBY.Whoo.ws.part3.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:21:55

Control Number: 61701
Studio: Fox
Title: Knight and Day

CONFIDENTIAL

HF00683030

Infringing Host File Download Link:
http://hotfile.com/dl/76796160/2418557/_Knight.And.Day.2010.DVDRip.XviD-ZMG.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:42
Date Re-Discovered: 2010-10-27 16:20:30

Control Number: 61702
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76796876/a80f855/_Knight.And.Day.2010.DVDRip.XviD-ZMG.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:20:30

Control Number: 61703
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76796718/9ace9e1/_Knight.And.Day.2010.DVDRip.XviD-ZMG.part3.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:20:30

Control Number: 61679
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76836801/4360187/WarezSFX.com_Knight.And.Day.2010.DVDRip.XviD-ZMG.part3.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:19:05

Control Number: 61680
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76835587/5448379/WarezSFX.com_Knight.And.Day.2010.DVDRip.XviD-ZMG.part4.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:19:05

Control Number: 61677
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76835251/489a4b9/WarezSFX.com_Knight.And.Day.2010.DVDRip.XviD-ZMG.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:19:04

Control Number: 61678
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76835060/99f6d0d/WarezSFX.com_Knight.And.Day.2010.DVDRip.XviD-ZMG.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:19:04

Control Number: 61666

HF00683031

Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76836175/21afb52/Knight.And.Day.2010.DVDRip.XviD-ZMG.StreetWarez.net.part3.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:16:14


Control Number: 61667
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76826261/0ae6ea9/Knight.And.Day.2010.DVDRip.XviD-ZMG.StreetWarez.net.part4.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:16:14


Control Number: 61664
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76835528/f653f1d/Knight.And.Day.2010.DVDRip.XviD-ZMG.StreetWarez.net.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:16:13


Control Number: 61665
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76835687/3dc073a/Knight.And.Day.2010.DVDRip.XviD-ZMG.StreetWarez.net.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:16:13


Control Number: 61653
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76805556/2fc0024/_Knight.and.Day.DVDRip.XviD-RUBY.part8.rar
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:12:04


Control Number: 61650
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76805613/f847910/_Knight.and.Day.DVDRip.XviD-RUBY.part5.rar
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:12:03


Control Number: 61651
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76805673/7411656/_Knight.and.Day.DVDRip.XviD-RUBY.part6.rar
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:12:03


CONFIDENTIAL

```
Control Number: 61652
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76805608/439d01b/_Knight.and.Day.DVDRip.XviD-RUBY.part7.rar
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:12:03


Control Number: 61648
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76805401/9c2b3a1/_Knight.and.Day.DVDRip.XviD-RUBY.part3.rar
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:12:02


Control Number: 61649
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76805482/adb9ce8/_Knight.and.Day.DVDRip.XviD-RUBY.part4.rar
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:12:02


Control Number: 61646
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76805453/2f89c0c/_Knight.and.Day.DVDRip.XviD-RUBY.part1.rar
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:12:01


Control Number: 61647
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76805435/092dcd7/_Knight.and.Day.DVDRip.XviD-RUBY.part2.rar
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:12:01


Control Number: 61624
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76690476/05053c1/KND.2010.DVDRip.XviD-ZMG.TriniWarez.Com.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:10:39


Control Number: 61625
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76691793/f4eda6c/KND.2010.DVDRip.XviD-ZMG.TriniWarez.Com.part4.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:10:39


Control Number: 61622
```

CONFIDENTIAL

HF00683033

Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76689475/5032ed9/KND.2010.DVDRip.XviD-ZMG.TriniWarez.Com.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:10:38

Control Number: 61623
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76690169/80a03b7/KND.2010.DVDRip.XviD-ZMG.TriniWarez.Com.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:10:38

Control Number: 61612
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76723144/98509de/Knight.And.Day.2010.DVDRip.XviD-ZMG_www.ideees.com.part3.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:09:51

Control Number: 61613
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76723751/c1ceeeb/Knight.And.Day.2010.DVDRip.XviD-ZMG_www.ideees.com.part4.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:09:51

Control Number: 61611
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76723118/45e8b45/Knight.And.Day.2010.DVDRip.XviD-ZMG_www.ideees.com.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:09:50

Control Number: 61610
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76723116/2d2247e/Knight.And.Day.2010.DVDRip.XviD-ZMG_www.ideees.com.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:09:49

Control Number: 61596
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76985774/4e7bd45/Knight.And.Day.2010.DVDRip.XviD-ZMG.warezslavez.com.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:43

CONFIDENTIAL

HF00683034

Date Re-Discovered: 2010-10-27 16:07:42

Control Number: 61595
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76985507/9094020/Knight.And.Day.2010.DVDRip.XviD-
ZMG.warezslavez.com.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:07:41

Control Number: 61587
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76674763/355a6f2/
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:06:44

Control Number: 61575
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76309785/bb56d48/Backd00red.Org.K_D.2010.R5.400MB.part2.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:01:51

Control Number: 61574
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76309027/8d91753/Backd00red.Org.K_D.2010.R5.400MB.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:01:50

Control Number: 61558
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76398228/41c77a2/KD.2010.r5.stolethe.net.part3.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:00:23

Control Number: 61559
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76398226/59e88ef/KD.2010.r5.stolethe.net.part4.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:00:23

Control Number: 61556
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76398225/dc5f2d0/KD.2010.r5.stolethe.net.part1.rar.html
Previous Submission Dates: 2010-10-29 00:57:43
Date Re-Discovered: 2010-10-27 16:00:22

| | |
|---|---|
| **From:** | fox@mimtid.com |
| **Sent:** | Monday, October 25, 2010 8:29 PM |
| **To:** | abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com |
| **Subject:** | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email.  Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 55053
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77844229/d699ce1/Knight.Day.DVDRip.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 17:21:35

CONFIDENTIAL

HF00663252

```
Control Number: 55025
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77245371/2847b5d/Knight.And.Day.2010.PL.SUBBED.DVDRip.XviD.XxXL-
PROJECT.part3.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 17:17:23


Control Number: 55026
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77246100/5b79945/Knight.And.Day.2010.PL.SUBBED.DVDRip.XviD.XxXL-
PROJECT.part4.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 17:17:23


Control Number: 55023
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77243966/6a9ca85/Knight.And.Day.2010.PL.SUBBED.DVDRip.XviD.XxXL-
PROJECT.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 17:17:22


Control Number: 55024
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77244729/9247865/Knight.And.Day.2010.PL.SUBBED.DVDRip.XviD.XxXL-
PROJECT.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 17:17:22


Control Number: 55022
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/77600273/e6504d9/Machete.R5.XviD-
TWiZTED.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:31:00


Control Number: 55021
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/77600066/746102f/Machete.R5.XviD-
TWiZTED.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:30:59


Control Number: 55017
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77774916/f67102f/Machoate.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
```

HF00663253

Date Re-Discovered: 2010-10-23 16:29:53

Control Number: 55018
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77774917/5ce2a98/Machoate.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:29:53

Control Number: 55003
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/73248456/c0a0f9c/M.DVD.avi.003.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:26:36

Control Number: 55004
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/73248094/1e2c49c/M.DVD.avi.004.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:26:36

Control Number: 55001
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/73248429/3db6fa3/M.DVD.avi.001.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:26:35

Control Number: 55002
Studio: Fox
Title: Machete
Infringing Host File Download Link: http://hotfile.com/dl/73248464/edd4cba/M.DVD.avi.002.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:26:35

Control Number: 54988
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77886084/0817a9a/CW_Machete_2010_BRRip_READNFO_XvidHD_720p_NPW.part6.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:21:37

Control Number: 54985
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77886700/9cbad2d/CW_Machete_2010_BRRip_READNFO_XvidHD_720p_NPW.part3.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:21:36

Control Number: 54986
Studio: Fox

                                                          HF00663254

Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77886656/cb240a5/CW_Machete_2010_BRRip_READNFO_XvidHD_720p_NPW.part4.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:21:36


Control Number: 54987
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77886752/1391e0e/CW_Machete_2010_BRRip_READNFO_XvidHD_720p_NPW.part5.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:21:36


Control Number: 54983
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77886682/8d6880e/CW_Machete_2010_BRRip_READNFO_XvidHD_720p_NPW.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:21:35


Control Number: 54984
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77886696/bd6b03d/CW_Machete_2010_BRRip_READNFO_XvidHD_720p_NPW.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:21:35


Control Number: 54971
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77717737/192ec09/Biri.Beni.Isirdi.2010.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:15:37


Control Number: 54969
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77711972/f76f2cb/Biri.Beni.Isirdi.2010.part2.rar.
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:15:20


Control Number: 54970
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77711972/f76f2cb/Biri.Beni.Isirdi.2010.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:15:20

HF00663255

```
Control Number: 54962
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77777278/7a2d663/Vampires_Suck_2010_R5_XViD_READNFO-
LKRG.UploaderW.iNFO.part7.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:07:44


Control Number: 54959
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77771507/64594b4/Vampires_Suck_2010_R5_XViD_READNFO-
LKRG.UploaderW.iNFO.part4.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:07:43


Control Number: 54960
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77773892/fe51e4f/Vampires_Suck_2010_R5_XViD_READNFO-
LKRG.UploaderW.iNFO.part5.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:07:43


Control Number: 54961
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77776567/402e5f1/Vampires_Suck_2010_R5_XViD_READNFO-
LKRG.UploaderW.iNFO.part6.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:07:43


Control Number: 54957
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77766975/2d36a14/Vampires_Suck_2010_R5_XViD_READNFO-
LKRG.UploaderW.iNFO.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:07:42


Control Number: 54958
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77769271/5a88df3/Vampires_Suck_2010_R5_XViD_READNFO-
LKRG.UploaderW.iNFO.part3.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:07:42


Control Number: 54956
Studio: Fox
Title: Vampires Suck
```

CONFIDENTIAL

Infringing Host File Download Link:
http://hotfile.com/dl/77764694/3c231d7/Vampires_Suck_2010_R5_XViD_READNFO-
LKRG.UploaderW.iNFO.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 16:07:41


Control Number: 54919
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77632507/a8a5a55/VmprsSuck.2010.R5_002.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:44:12


Control Number: 54920
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77632791/5a49246/VmprsSuck.2010.R5_003.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:44:12


Control Number: 54918
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77632363/871c973/VmprsSuck.2010.R5_001.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:44:11


Control Number: 54914
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77724522/3761ea8/VmprsSuck.2010.R5.mkv.003.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:44:09


Control Number: 54912
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77724476/5a4b38a/VmprsSuck.2010.R5.mkv.001.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:44:08


Control Number: 54913
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link:
http://hotfile.com/dl/77724519/ccc4231/VmprsSuck.2010.R5.mkv.002.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:44:08


Control Number: 54870
Studio: Fox
Title: Machete

CONFIDENTIAL                                                      HF00663257

```
Infringing Host File Download Link:
http://hotfile.com/dl/75751595/77b1fcb/mesetefoma.part4.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:39:36


Control Number: 54867
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75745910/a778d97/mesetefoma.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:39:35


Control Number: 54868
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75747334/f1a07c9/mesetefoma.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:39:35


Control Number: 54869
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75749433/d5c4551/mesetefoma.part3.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:39:35


Control Number: 54850
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77800659/997be11/Machete_480P_R5_LiNE_6CH.WS.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:37:32


Control Number: 54851
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77800637/d07b01c/Machete_480P_R5_LiNE_6CH.WS.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:37:32


Control Number: 54823
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77768110/a8d46aa/Knight.Day.2010.DVDRip.XviD.part2.rar
Previous Submission Dates: 2010-10-24 21:34:15
Date Re-Discovered: 2010-10-23 13:34:28


Control Number: 54822
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77768987/15dff00/Knight.Day.2010.DVDRip.XviD.part1.rar
```

CONFIDENTIAL

HF00663258

Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:34:27

Control Number: 54817
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77040699/1d913e1/Knght.Ad.Dy.2010.DVDRip.XviD.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:32:06

Control Number: 54818
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77042005/8bab197/Knght.Ad.Dy.2010.DVDRip.XviD.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:32:06

Control Number: 54783
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77663923/e8a5307/Knight_and_Day2010DVDRip-MXMG.part6.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:28:27

Control Number: 54781
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77662947/cfb3d75/Knight_and_Day2010DVDRip-MXMG.part4.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:28:26

Control Number: 54782
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77663438/e99091d/Knight_and_Day2010DVDRip-MXMG.part5.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:28:26

Control Number: 54778
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77664309/ad12aaa/Knight_and_Day2010DVDRip-MXMG.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:28:25

Control Number: 54779
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77664652/dd5f048/Knight_and_Day2010DVDRip-MXMG.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:28:25

CONFIDENTIAL

HF00663259

```
Control Number: 54780
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77664977/cd7f0db/Knight_and_Day2010DVDRip-MXMG.part3.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:28:25


Control Number: 54757
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77710437/27fab40/Knight.And.Day.2010.BruT4L.part4.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:27:02


Control Number: 54754
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77707329/375136a/Knight.And.Day.2010.BruT4L.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:27:01


Control Number: 54755
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77708278/8f42e84/Knight.And.Day.2010.BruT4L.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:27:01


Control Number: 54756
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77709373/445053c/Knight.And.Day.2010.BruT4L.part3.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 13:27:01


Control Number: 54736
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77764940/db03b3c/_Knight.And.Day.2010.DVDRip.XviD-ZMG.part3.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 10:24:17


Control Number: 54735
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77764547/a8275a6/_Knight.And.Day.2010.DVDRip.XviD-ZMG.part2.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 10:24:16


Control Number: 54734
```

HF00663260

Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77764070/e0d5e44/_Knight.And.Day.2010.DVDRip.XviD-ZMG.part1.rar.html
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 10:24:15


Control Number: 54729
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76989495/b00c585/Spickforum.com.Knight.And.Day.2010.DVDRip.XviD.part6.rar
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 10:24:11


Control Number: 54730
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76993703/7fa06f8/Spickforum.com.Knight.And.Day.2010.DVDRip.XviD.part7.rar
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 10:24:11


Control Number: 54727
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76979654/f042875/Spickforum.com.Knight.And.Day.2010.DVDRip.XviD.part4.rar
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 10:24:10


Control Number: 54728
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76985631/f41c4b0/Spickforum.com.Knight.And.Day.2010.DVDRip.XviD.part5.rar
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 10:24:10


Control Number: 54726
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76973992/c96bfa7/Spickforum.com.Knight.And.Day.2010.DVDRip.XviD.part3.rar
Previous Submission Dates: 2010-10-24 21:34:16
Date Re-Discovered: 2010-10-23 10:24:09


Control Number: 54724
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76966267/445f447/Spickforum.com.Knight.And.Day.2010.DVDRip.XviD.part1.rar

CONFIDENTIAL

HF00663261

**From:**      fox@mimtid.com
**Sent:**      Thursday, October 28, 2010 1:13 AM
**To:**        abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com
**Subject:**   REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email.  Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 59202
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77746183/7ab1ff3/Machete.2010.1080p.BluRay.x264.AC3-MAGNET.part12.rar.html
Previous Submission Dates: 2010-10-27 00:14:00
Date Re-Discovered: 2010-10-26 10:34:18

CONFIDENTIAL                                                          HF00673160

```
Control Number: 59203
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77746310/815a414/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part13.rar.html
Previous Submission Dates: 2010-10-27 00:14:00
Date Re-Discovered: 2010-10-26 10:34:18


Control Number: 59200
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77746060/e649a77/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part10.rar.html
Previous Submission Dates: 2010-10-27 00:14:00
Date Re-Discovered: 2010-10-26 10:34:17


Control Number: 59201
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77746117/e3ed9e1/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part11.rar.html
Previous Submission Dates: 2010-10-27 00:14:00
Date Re-Discovered: 2010-10-26 10:34:17


Control Number: 59197
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77745888/47e0d5a/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part07.rar.html
Previous Submission Dates: 2010-10-27 00:14:00
Date Re-Discovered: 2010-10-26 10:34:16


Control Number: 59198
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77745941/9c8be0f/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part08.rar.html
Previous Submission Dates: 2010-10-27 00:14:00
Date Re-Discovered: 2010-10-26 10:34:16


Control Number: 59199
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77745978/298d213/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part09.rar.html
Previous Submission Dates: 2010-10-27 00:14:00
Date Re-Discovered: 2010-10-26 10:34:16


Control Number: 59195
Studio: Fox
Title: Machete
```

CONFIDENTIAL

```
Infringing Host File Download Link:
http://hotfile.com/dl/77745645/7024782/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part05.rar.html
Previous Submission Dates: 2010-10-27 00:14:00
Date Re-Discovered: 2010-10-26 10:34:15


Control Number: 59196
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77745710/0a8a173/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part06.rar.html
Previous Submission Dates: 2010-10-27 00:14:00
Date Re-Discovered: 2010-10-26 10:34:15


Control Number: 59192
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77745312/fd0450d/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part02.rar.html
Previous Submission Dates: 2010-10-27 00:14:00
Date Re-Discovered: 2010-10-26 10:34:14


Control Number: 59193
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77745378/f3a0940/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part03.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:34:14


Control Number: 59194
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77745587/e2fd9a0/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part04.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:34:14


Control Number: 59191
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77745267/8034d51/Machete.2010.1080p.BluRay.x264.AC3-
MAGNET.part01.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:34:13


Control Number: 59164
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/78275788/5d1c360/Machete_v3.6.22_Portable.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:30:33
```

CONFIDENTIAL

HF00673162

```
Control Number: 59152
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78134570/c44e7ba/Day.Knight.part2.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:26:38


Control Number: 59151
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78134550/35df55b/Day.Knight.part1.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:26:37


Control Number: 59142
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77888135/6921d18/_Knight.And.Day.2010.DVDRip.XviD-ZMG.part3.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:26:28


Control Number: 59141
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77887524/0c03dc2/_Knight.And.Day.2010.DVDRip.XviD-ZMG.part2.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:26:27


Control Number: 59140
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77886798/678c447/_Knight.And.Day.2010.DVDRip.XviD-ZMG.part1.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:26:26


Control Number: 59100
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/76942321/2ccf3a0/Kni
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:23:17


Control Number: 59097
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76942316/d671850/Knight.and.Day.2010.DVDRip.DLL.part1.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:23:16


Control Number: 59098
Studio: Fox
```

CONFIDENTIAL

HF00673163

Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76942319/5e664ff/Knight.and.Day.2010.DVDRip.DLL.part2.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:23:16

Control Number: 59099
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76942320/b0487f1/Knight.and.Day.2010.DVDRip.DLL.part3.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:23:16

Control Number: 59072
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78177046/961f5e5/Knight.and.Day.2010.DvDrip.Eng.FXG.part6.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:20:39

Control Number: 59073
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78177056/3d9b4d1/Knight.and.Day.2010.DvDrip.Eng.FXG.part7.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:20:39

Control Number: 59070
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78177036/e90fd2a/Knight.and.Day.2010.DvDrip.Eng.FXG.part4.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:20:38

Control Number: 59071
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78177041/52cab9a/Knight.and.Day.2010.DvDrip.Eng.FXG.part5.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:20:38

Control Number: 59068
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78176949/e23db5f/Knight.and.Day.2010.DvDrip.Eng.FXG.part2.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:20:37

Control Number: 59069
Studio: Fox
Title: Knight and Day

CONFIDENTIAL

Infringing Host File Download Link:
http://hotfile.com/dl/78176967/7879f25/Knight.and.Day.2010.DvDrip.Eng.FXG.part3.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:20:37

Control Number: 59067
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/78176947/4ef6ffb/Knight.and.Day.2010.DvDrip.Eng.FXG.part1.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:20:36

Control Number: 59049
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/71979882/dc9128e/Knight_and_Day__2010__R5_500MB.released.ws.part2.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:18:51

Control Number: 59050
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/71980346/6f36746/Knight_and_Day__2010__R5_500MB.released.ws.part3.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:18:51

Control Number: 59048
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/71979416/e96dfd5/Knight_and_Day__2010__R5_500MB.released.ws.part1.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-26 10:18:50

Control Number: 58780
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/75384898/987dde1/SmartWarez.Org_.bc.Mach.2010.R5-LiNE.400MB.mkv.part1.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-25 22:51:36

Control Number: 58774
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/78337810/6136ddf/ZMG-K-And-D-2010-DVDRip-XviD.part7.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-25 22:35:00

Control Number: 58775

Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/78337746/9314b5b/ZMG-K-And-D-2010-DVDRip-XviD.part8.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-25 22:35:00


Control Number: 58771
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/78337755/903f9cd/ZMG-K-And-D-2010-DVDRip-XviD.part4.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-25 22:34:59


Control Number: 58772
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/78337734/c5303ee/ZMG-K-And-D-2010-DVDRip-XviD.part5.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-25 22:34:59


Control Number: 58773
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/78337754/8600fb0/ZMG-K-And-D-2010-DVDRip-XviD.part6.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-25 22:34:59


Control Number: 58769
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/78337751/f822e3d/ZMG-K-And-D-2010-DVDRip-XviD.part2.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-25 22:34:58


Control Number: 58770
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/78337749/d6e7f8e/ZMG-K-And-D-2010-DVDRip-XviD.part3.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-25 22:34:58


Control Number: 58768
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link: http://hotfile.com/dl/78337742/81675ed/ZMG-K-And-D-2010-DVDRip-XviD.part1.rar.html
Previous Submission Dates: 2010-10-27 00:14:01
Date Re-Discovered: 2010-10-25 22:34:57


Control Number: 50526
Studio: Fox
Title: Machete

HF00673166

```
Infringing Host File Download Link:
http://hotfile.com/dl/77167525/b25e485/Machete.2010.R5.720p.BluRay.x264.READ.NFO-
WPi.part06.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:25, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:30:00

Control Number: 50522
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77167526/8ec4ac6/Machete.2010.R5.720p.BluRay.x264.READ.NFO-
WPi.part02.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:25, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:29:59

Control Number: 50523
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77167528/bb98e70/Machete.2010.R5.720p.BluRay.x264.READ.NFO-
WPi.part03.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:29:59

Control Number: 50521
Studio: Fox
Title: Machete
Infringing Host File Download Link:
http://hotfile.com/dl/77167523/617f488/Machete.2010.R5.720p.BluRay.x264.READ.NFO-
WPi.part01.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:29:58

Control Number: 50409
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76962715/5bf6251/knigh.and.day_Hotfile-Zone.com.part3.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:06:31

Control Number: 50410
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76962600/3abcbda/knigh.and.day_Hotfile-Zone.com.part4.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:06:31

Control Number: 50407
Studio: Fox
Title: Knight and Day
```

HF00673167

Infringing Host File Download Link:
http://hotfile.com/dl/76963142/af3b003/knigh.and.day_Hotfile-Zone.com.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:06:30

Control Number: 50408
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76962846/e6eade0/knigh.and.day_Hotfile-Zone.com.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:06:30

Control Number: 50398
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77138456/8b684b0/KDXALEGi0N.part5.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:04:30

Control Number: 50399
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77138458/8c756cd/KDXALEGi0N.part6.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:04:30

Control Number: 50396
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77138460/b627c77/KDXALEGi0N.part3.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:04:29

Control Number: 50397
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77138455/719781f/KDXALEGi0N.part4.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:04:29

Control Number: 50394
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77138457/0ee6a9b/KDXALEGi0N.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23

CONFIDENTIAL

Date Re-Discovered: 2010-10-20 11:04:28

Control Number: 50395
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77138459/28d1224/KDXALEGi0N.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:04:28

Control Number: 50386
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77128887/4ffaf4c/Knight.And.Day.DVDRiP.AC3.XViD-IMAGiNE.part14.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:04:22

Control Number: 50384
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77128687/9bf8be4/Knight.And.Day.DVDRiP.AC3.XViD-IMAGiNE.part12.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:04:21

Control Number: 50385
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77128786/0a26b9f/Knight.And.Day.DVDRiP.AC3.XViD-IMAGiNE.part13.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:04:21

Control Number: 50382
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77128578/ea37cc2/Knight.And.Day.DVDRiP.AC3.XViD-IMAGiNE.part10.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:04:20

Control Number: 50383
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77128583/5c4b77c/Knight.And.Day.DVDRiP.AC3.XViD-IMAGiNE.part11.rar.html
Previous Submission Dates: 2010-10-21 00:06:25, 2010-10-23 00:29:53, 2010-10-24 21:32:19,
2010-10-25 22:29:26, 2010-10-27 00:13:23
Date Re-Discovered: 2010-10-20 11:04:20

Control Number: 50379
Studio: Fox

| From: | fox@mimtid.com |
|---|---|
| Sent: | Friday, October 29, 2010 1:55 AM |
| To: | abuse@hotfile.com; fox@mimtid.com; sean.shaub@mimtid.com |
| Subject: | REPEAT Notice of Copyright Infringement from Twentieth Century Fox Film Corporation |

Attention Hotfile.com:

Further to our previous Urgent Notices of Copyright Infringement, I am writing on behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), to notify you of the continued infringement on your site of Fox's intellectual property rights in the titles identified in this email.  Notices of Copyright Infringement were previously sent to Hotfile.com for the identified titles and links on the dates listed in this email.

The links identified in this email are specific examples of Hotfile.com web pages linking to video files that infringe upon Fox's intellectual property rights.

Fox repeats our demand that you take immediate action to stop such infringements and promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which you are aware, including the infringing files listed in this email.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

We appreciate your prompt attention to this important matter.

Twentieth Century Fox Film Corporation
P.O. Box 900
Los Angeles, CA 90035
WebEnforcement@fox.com

MiMTiD Corp. as Agent for Twentieth Century Fox Film Corporation
150 B Azalea
Destin, FL 32541
David Cox
Managing Director
(713) 657-0165
secure@mimtid.com


Control Number: 49813
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/76859883/8f636dd/www.mp3kap.net-vampsuck.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22, 2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 18:35:07

CONFIDENTIAL                                                        HF00678892

```
Control Number: 49784
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76826143/d140753/2010Knight.part14.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:49

Control Number: 49782
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76826651/782da3f/2010Knight.part12.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:48

Control Number: 49783
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76826735/dc2c35d/2010Knight.part13.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:48

Control Number: 49780
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76828591/8c4ffa4/2010Knight.part10.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:47

Control Number: 49781
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76826560/b537efe/2010Knight.part11.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:47

Control Number: 49777
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76827293/4594dd3/2010Knight.part07.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:46

Control Number: 49778
Studio: Fox
Title: Knight and Day
```

HF00678893

Infringing Host File Download Link:
http://hotfile.com/dl/76826324/437e6ea/2010Knight.part08.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:46

Control Number: 49779
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76826501/97cd77b/2010Knight.part09.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:46

Control Number: 49775
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76823990/b258ad3/2010Knight.part05.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:45

Control Number: 49776
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76824073/a81c9e1/2010Knight.part06.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:45

Control Number: 49772
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76822741/28de7aa/2010Knight.part02.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:44

Control Number: 49773
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76822837/262e76f/2010Knight.part03.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:44

Control Number: 49774
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76823103/37b4bd1/2010Knight.part04.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:28, 2010-10-27 00:13:26, 2010-10-28 00:13:01

CONFIDENTIAL

HF00678894

Date Re-Discovered: 2010-10-19 17:58:44

Control Number: 49771
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76822736/0b51475/2010Knight.part01.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:26, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:58:43

Control Number: 49762
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77049195/f72a6e7/KaDDxALOADiNG.part7.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:40:05

Control Number: 49759
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77049192/f1378e4/KaDDxALOADiNG.part4.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:40:04

Control Number: 49760
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77049194/44f63ac/KaDDxALOADiNG.part5.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:40:04

Control Number: 49761
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77049198/a50d44b/KaDDxALOADiNG.part6.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:40:04

Control Number: 49757
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77049196/43a9cc8/KaDDxALOADiNG.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:40:03

Control Number: 49758
Studio: Fox

Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77049193/a300c3f/KaDDxALOADiNG.part3.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:40:03

Control Number: 49756
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/76875198/37f6b48/Sallvi-
VamSuc.BruT4L.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:22,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:32:06

Control Number: 49745
Studio: Fox
Title: Vampires Suck
Infringing Host File Download Link: http://hotfile.com/dl/76875821/2beaf6c/Sallvi-
VamSuc.BruT4L.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 17:31:37

Control Number: 49743
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77034573/c4e8493/kad10ripr.part7.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:10

Control Number: 49744
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77034071/bbcc11c/kad10ripr.part8.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:10

Control Number: 49740
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77033969/e7b48b4/kad10ripr.part4.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:09

Control Number: 49741
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77034032/0d94cb1/kad10ripr.part5.rar.html

HF00678896

Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:09

Control Number: 49742
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77034049/cf8cfed/kad10ripr.part6.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:09

Control Number: 49738
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77033977/e51a550/kad10ripr.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:08

Control Number: 49739
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77033929/640e5c5/kad10ripr.part3.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:08

Control Number: 49737
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77033542/9e42048/kad10ripr.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:07

Control Number: 49726
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77049197/eac0141/KaDDxALOADiNG.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:32:00

Control Number: 49717
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77024804/3c760b8/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part8.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:31:46

CONFIDENTIAL

HF00678897

```
Control Number: 49715
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77024636/3280123/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part6.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:31:45

Control Number: 49716
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77024757/783b9b8/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part7.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:31:45

Control Number: 49712
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77024303/d4c9626/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part3.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:31:44

Control Number: 49713
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77024340/20d92d7/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part4.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:31:44

Control Number: 49714
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77024409/eb32279/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part5.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:31:44

Control Number: 49710
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77024276/a5c8481/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part1.rar.html
```

CONFIDENTIAL

Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:31:43

Control Number: 49711
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77024300/48a5c88/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 16:31:43

Control Number: 49647
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76856663/94d55e9/Kni.1.8.1.0.A.G.O.N.Z.L.O.P.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 15:17:16

Control Number: 49648
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76856891/86f95e1/Kni.1.8.1.0.A.G.O.N.Z.L.O.P.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 15:17:16

Control Number: 49649
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76857090/c5339ea/Kni.1.8.1.0.A.G.O.N.Z.L.O.P.part3.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 15:17:16

Control Number: 49635
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77028532/542409e/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part3.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 15:16:53

Control Number: 49636
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77028679/0749820/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part4.rar.html

CONFIDENTIAL

Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 15:16:53

Control Number: 49633
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77028007/87ef333/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-27 00:13:27, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 15:16:52

Control Number: 49634
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/77028251/9e05cde/Knight.and.Day.2010.DVDRip.XviD.AC3-
ViSiON.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:01
Date Re-Discovered: 2010-10-19 15:16:52

Control Number: 49623
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76996174/c4a2a45/ARCknghtnddy.part1.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:02
Date Re-Discovered: 2010-10-19 15:13:55

Control Number: 49624
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76996189/8e2fcd4/ARCknghtnddy.part2.rar.html
Previous Submission Dates: 2010-10-21 00:06:28, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:02
Date Re-Discovered: 2010-10-19 15:13:55

Control Number: 49571
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76859228/b92ac3e/1link.Knight.and.Day.Dvdrip.part08.rar.html
Previous Submission Dates: 2010-10-21 00:06:29, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:02
Date Re-Discovered: 2010-10-19 15:11:11

Control Number: 49572
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76859616/0c17bd8/1link.Knight.and.Day.Dvdrip.part09.rar.html
Previous Submission Dates: 2010-10-21 00:06:29, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:02

CONFIDENTIAL

HF00678900

Date Re-Discovered: 2010-10-19 15:11:11

Control Number: 49573
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76860045/43834e3/1link.Knight.and.Day.Dvdrip.part10.rar.html
Previous Submission Dates: 2010-10-21 00:06:29, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:02
Date Re-Discovered: 2010-10-19 15:11:11

Control Number: 49569
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76858310/17edd7d/1link.Knight.and.Day.Dvdrip.part06.rar.html
Previous Submission Dates: 2010-10-21 00:06:29, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:02
Date Re-Discovered: 2010-10-19 15:11:10

Control Number: 49570
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76858627/b401284/1link.Knight.and.Day.Dvdrip.part07.rar.html
Previous Submission Dates: 2010-10-21 00:06:29, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:02
Date Re-Discovered: 2010-10-19 15:11:10

Control Number: 49567
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76857434/2c30fe4/1link.Knight.and.Day.Dvdrip.part04.rar.html
Previous Submission Dates: 2010-10-21 00:06:29, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:02
Date Re-Discovered: 2010-10-19 15:11:09

Control Number: 49568
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76857806/ce70de1/1link.Knight.and.Day.Dvdrip.part05.rar.html
Previous Submission Dates: 2010-10-21 00:06:29, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:02
Date Re-Discovered: 2010-10-19 15:11:09

Control Number: 49564
Studio: Fox
Title: Knight and Day
Infringing Host File Download Link:
http://hotfile.com/dl/76853790/eea1438/1link.Knight.and.Day.Dvdrip.part01.rar.html
Previous Submission Dates: 2010-10-21 00:06:29, 2010-10-23 00:29:56, 2010-10-24 21:32:23,
2010-10-25 22:29:29, 2010-10-28 00:13:02
Date Re-Discovered: 2010-10-19 15:11:08

Control Number: 49565
Studio: Fox