(Rev. 06/2005)Sealed Document Tracking Form

Sealed

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 11-20427-CIV-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC., et al.,

    Plaintiff

v.

HOTFILE CORP., ANTON TITOV,

    Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Janet T. Munn, Esq., on behalf of Defendants Hotfile Corp. & Anton Titov

Address: Rasco Klock, 283 Catalonia Ave., Suite 200, Coral Gables, FL 33134

Telephone: 305.476.7101

On behalf of (select one):  ☐ Plaintiff   ☒ Defendant

Date sealed document filed: 4/17/2012

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 01-17-12 [DE #227]

The matter should remain sealed until:

- ☐ Conclusion of Trial
- ☐ Case Closing
- ☐ Other: _____
- ☐ Arrest of First Defendant
- ☒ Conclusion of Direct Appeal
- ☐ Permanently. Specify the authorizing law, rule, court order:

The moving party requests that when the sealing period expires, the filed matter should be (select one):

- ☐ Unsealed and placed in the public portion of the court file
- ☒ Returned to the party or counsel for the party, as identified above
- ☐ Destroyed

DEFENDANTS' MOTION AND MEMORANDUM OF LAW TO STRIKE REPLY DECLARATION OF DR. IAN FOSTER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

*And Defendants' Notice of Filing Declaration of Anthony Schoenberg*

*/s/ Janet T. Munn*

Attorney for: Defendants