# EXHIBIT A

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    *Defendants*.

_____/

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant*.

_____/

**DECLARATION OF ANTHONY SCHOENBERG IN SUPPORT OF
DEFENDANTS' BRIEF IN SUPPORT OF MOTION TO STRIKE REPLY
DECLARATION OF DR. IAN FOSTER IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

26501\3027469.1

# FILED UNDER SEAL

I, Anthony Schoenberg, declare as follows:

1. I am an attorney at Farella Braun + Martel LLP, counsel for defendants Hotfile Corporation and Anton Titov. I have personal knowledge of the matters stated herein and, if called and sworn as a witness, I could and would competently testify to the facts set forth herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Rule 26(a)(2)(B) Report of Dr. Ian Foster, dated November 18, 2011.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Rule 26(a)(2)(B) Rebuttal Report of Dr. Ian Foster, dated January 6, 2012.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from Plaintiffs' Third Supplemental Interrogatory Responses, Schedule B, dated October 11, 2011.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition of Warner Bros' 30(b)(6) witness, David Kaplan, taken December 14, 2011 in the above-captioned case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of April 2012, at San Francisco, California.

Anthony Schoenberg

26501\3027469.1