# EXHIBIT 3

| TITLE | PLAINTIFF | COPYRIGHT REGISTRATION NUMBER | COPYRIGHT REGISTRATION DATE |
|---|---|---|---|
| According to Jim - Season 4, Episode 13, The Jealous Husband | Disney Enterprises, Inc. | PA0001265702 | 1/31/2005 |
| According to Jim - Season 4, Episode 21, Kentucky Fried Beltzman | Disney Enterprises, Inc. | PA0001268274 | 4/27/2005 |
| Alias - Season 1, Episode 1, Truth Be Told | Disney Enterprises, Inc. | PA0001048335 | 10/29/2001 |
| Alias - Season 3, Episode 1, The Two | Disney Enterprises, Inc. | PA0001197142 | 10/22/2003 |
| Alice in Wonderland (2010) | Disney Enterprises, Inc. | PA0001675924 | 3/26/2010 |
| Brothers & Sisters - Season 1, Episode 1, Patriarchy | Disney Enterprises, Inc. | PA0001353669 | 11/7/2006 |
| Castle - Season 2, Episode 7, Famous Last Words | Disney Enterprises, Inc. | PA0001662357 | 1/20/2010 |
| Confessions of a Shopaholic | Disney Enterprises, Inc. | PA0001622679 | 2/18/2009 |
| Cory in the House - Season 1, Episode 2, Ain't Miss Bahavian | Disney Enterprises, Inc. | PA0001369543 | 3/9/2007 |
| Cougar Town - Season 1, Episode 16, What Are You Doin' in My Life? | Disney Enterprises, Inc. | PA0001698737 | 9/27/2010 |
| Cougar Town - Season 2, Episode 6, You Don't Know How It Feels | Disney Enterprises, Inc. | PA0001710991 | 12/6/2010 |
| Coyote Ugly | Disney Enterprises, Inc. | PA0000997751 | 9/5/2000 |
| Déjà Vu | Disney Enterprises, Inc. | PA0001341309 | 12/15/2006 |
| Desperate Housewives - Season 7, Episode 1, Remember Paul? | Disney Enterprises, Inc. | PA0001702340 | 10/18/2010 |
| FlashForward - Season 1, Episode 3, 137 Sekunden | Disney Enterprises, Inc. | PA0001657536 | 12/2/2009 |
| FlashForward - Season 1, Episode 6, Scary Monsters and Super Creeps | Disney Enterprises, Inc. | PA0001664924 | 1/28/2010 |
| Grey's Anatomy - Season 7, Episode 3, Superfreak | Disney Enterprises, Inc. | PA0001702490 | 10/18/2010 |
| Kyle XY - Season 1, Episode 1, Pilot | Disney Enterprises, Inc. | PA0001334847 | 6/30/2006 |
| Kyle XY - Season 1, Episode 9, Overheard | Disney Enterprises, Inc. | PA0001261844 | 11/3/2006 |

| | | | |
|---|---|---|---|
| Lion King, The | Disney Enterprises, Inc. | PA0000659979 | 6/20/1994 |
| Lost - Season 6, Episode 11, Everybody Loves Hugo | Disney Enterprises, Inc. | PA0001684078 | 6/22/2010 |
| Lost - Season 6, Episode 9, The Package | Disney Enterprises, Inc. | PA0001684079 | 6/22/2010 |
| Meet the Robinsons | Disney Enterprises, Inc. | PA0001332118 | 4/27/2007 |
| Prince of Persia: The Sands of Time | Disney Enterprises, Inc. | PA0001689164 | 6/22/2010 |
| Princess and the Frog, The | Disney Enterprises, Inc. | PA0001656826 | 1/8/2010 |
| Return to Neverland | Disney Enterprises, Inc. | PA0001624947 | 2/25/2009 |
| Scrubs: Season 3, Episode 4, My Lucky Night | Disney Enterprises, Inc. | PA0001197367 | 12/24/2003 |
| Scrubs: Season 9, Episode 2, Our Drunk Friend | Disney Enterprises, Inc. | PA0001665154 | 1/27/2010 |
| Space Buddies | Disney Enterprises, Inc. | PA0001695807 | 9/8/2010 |
| Suite Life of Zack & Cody, The - Season 2, Episode 1, Odd Couples | Disney Enterprises, Inc. | PA0001315991 | 3/29/2006 |
| Suite Life of Zack & Cody, The - Season 2, Episode 22, A Midsummer's Nightmare | Disney Enterprises, Inc. | PA0001350305 | 11/20/2006 |
| Surrogates | Disney Enterprises, Inc. | PA0001660807 | 10/23/2009 |
| Ugly Betty - Season 1, Episode 1, Pilot | Disney Enterprises, Inc. | PA0001261846 | 11/7/2006 |
| Ugly Betty - Season 1, Episode 9, Lose the Boss? | Disney Enterprises, Inc. | PA0001350455 | 1/9/2007 |
| Up | Disney Enterprises, Inc. | PA0001635067 | 6/23/2009 |
| Wall-E | Disney Enterprises, Inc. | PA0001606305 | 8/21/2008 |
| What About Brian - Season 1, Episode 1, Pilot | Disney Enterprises, Inc. | PA0001324221 | 4/24/2006 |
| What About Brian - Season 2, Episode 9, What About True Confessions? | Disney Enterprises, Inc. | PA0001350450 | 1/9/2007 |
| 24 - Season 7, Episode 11, 6:00 P.M. - 7:00 P.M. | Twentieth Century Fox Film Corporation | PA0001628951 | 3/19/2009 |

| | | | |
|---|---|---|---|
| Better Off Ted - Season 1, Episode 2, Heroes | Twentieth Century Fox Film Corporation | PA0001629356 | 4/7/2009 |
| Bones - Season 1, Episode 17, Man With the Bone, The | Twentieth Century Fox Film Corporation | PA0001319430 | 4/14/2006 |
| Boston Legal - Season 2, Episode 1, Whiff and a Prayer, A | Twentieth Century Fox Film Corporation | PA0001260424 | 11/3/2005 |
| Broken Arrow (1996) | Twentieth Century Fox Film Corporation | PA0000765826 | 2/7/1996 |
| Buffy the Vampire Slayer - Season 3, Episode 1, Anne | Twentieth Century Fox Film Corporation | PA0000903488 | 10/23/1998 |
| Burn Notice - Season 3, Episode 1, Burn Notice - 03 - Friends and Family | Twentieth Century Fox Film Corporation | PA0001636017 | 6/19/2009 |
| Devil Wears Prada, The | Twentieth Century Fox Film Corporation | PA0001322656 | 6/26/2006 |
| Dharma & Greg - Season 5, Episode 20, Tooth is Out There, The | Twentieth Century Fox Film Corporation | PA0001078803 | 4/18/2002 |
| Dollhouse - Season 2, Episode 2, Belle Chose | Twentieth Century Fox Film Corporation | PA0001657604 | 10/27/2009 |
| Down Periscope | Twentieth Century Fox Film Corporation | PA0000765889 | 2/29/1996 |
| Dragonball Evolution | Twentieth Century Fox Film Corporation | PA0001621338 | 3/16/2009 |
| Family Guy - Season 8, Episode 2, Family Goy | Twentieth Century Fox Film Corporation | PA0001656145 | 10/27/2009 |
| Flicka | Twentieth Century Fox Film Corporation | PA0001339276 | 10/19/2006 |
| Futurama - Season 3, Episode 15, I Dated a Robot | Twentieth Century Fox Film Corporation | PA0001039857 | 6/6/2001 |
| How I Met Your Mother - Season 6, Episode 6, Baby Talk | Twentieth Century Fox Film Corporation | PA0001707804 | 11/9/2010 |
| Idiocracy | Twentieth Century Fox Film Corporation | PA0001330555 | 8/30/2006 |
| King of the Hill - Season 1, Episode 2, Square Peg | Twentieth Century Fox Film Corporation | PA0000827371 | 1/31/1997 |
| Kitchen Confidential - Season 1, Episode 2, Aftermath | Twentieth Century Fox Film Corporation | PA0001294389 | 9/29/2005 |
| K-Ville - Season 1, Episode 1, PILOT | Twentieth Century Fox Film Corporation | PA0001596938 | 9/20/2007 |
| Like Mike 2 | Twentieth Century Fox Film Corporation | PA0001341150 | 12/14/2006 |
| Malcolm in the Middle - Season 6, Episode 16, No Motorcycles | Twentieth Century Fox Film Corporation | PA0001275067 | 4/25/2005 |

4

| | | | |
|---|---|---|---|
| Marley and Me | Twentieth Century Fox Film Corporation | PA0001613603 | 12/19/2008 |
| Mrs. Doubtfire | Twentieth Century Fox Film Corporation | PA0000659812 | 11/22/1993 |
| My Name is Earl - Season 1, Episode 1, Pilot | Twentieth Century Fox Film Corporation | PA0001305860 | 10/7/2005 |
| My Name is Earl - Season 4, Episode 26, Inside Probe Pt. 1 | Twentieth Century Fox Film Corporation | PA0001631437 | 5/12/2009 |
| Omen, The (2006) | Twentieth Century Fox Film Corporation | PA0001317239 | 6/6/2006 |
| P.C.U. | Twentieth Century Fox Film Corporation | PA0000659940 | 4/20/1994 |
| Prison Break - Season 1, Episode 8, Old Head, The | Twentieth Century Fox Film Corporation | PA0001259241 | 11/3/2005 |
| Prison Break - Season 4, Episode 18, Versus | Twentieth Century Fox Film Corporation | PA0001631541 | 5/12/2009 |
| Simpsons, The - Season 15, Episode 13, Smart & Smarter | Twentieth Century Fox Film Corporation | PA0001217483 | 3/10/2004 |
| Simpsons, The - Season 17, Episode 4, Treehouse of Horror XVI | Twentieth Century Fox Film Corporation | PA0001289841 | 11/18/2005 |
| Speed | Twentieth Century Fox Film Corporation | PA0000693038 | 6/3/1994 |
| Unstoppable | Twentieth Century Fox Film Corporation | PA0001705418 | 11/5/2010 |
| Wall Street: Money Never Sleeps | Twentieth Century Fox Film Corporation | PA0001693817 | 9/8/2010 |
| X-Files, The - Season 5, Episode 19, Folie A Deux | Twentieth Century Fox Film Corporation | PA0000887302 | 6/1/1998 |
| 30 Rock - Season 1, Episode 1, Pilot | Universal City Studios Productions LLLP | PA0001354360 | 3/7/2007 |
| Battlestar Galactica (2004) Season 3, Episode 16, Maelstrom | Universal City Studios Productions LLLP | PA0001369059 | 3/16/2007 |
| Battlestar Galactica: Razor | Universal City Studios Productions LLLP | PA0001604309 | 12/26/2007 |
| Black Donnellys, The - Season 1, Episode 1, Pilot | Universal City Studios Productions LLLP | PA0001350833 | 3/9/2007 |
| Duplicity | Universal City Studios Productions LLLP | PA0001623741 | 3/23/2009 |
| Eureka - Season 1, Episode 1, Pilot | Universal City Studios Productions LLLP | PA0001261537 | 10/13/2006 |
| Eureka - Season 3, Episode 1, Bad to the Drone | Universal City Studios Productions LLLP | PA0001644155 | 8/7/2008 |

5

| | | | |
|---|---|---|---|
| Funny People | Universal City Studios Productions LLLP | PA0001637342 | 7/31/2009 |
| Heroes - Season 3, Episode 25, Chapter Twelve 'An Invisible Thread' | Universal City Studios Productions LLLP | PA0001631557 | 5/1/2009 |
| House - Season 6, Episode 14, Private Lives | Universal City Studios Productions LLLP | PA0001674553 | 5/5/2010 |
| House - Season 7, Episode 1, Now What? | Universal City Studios Productions LLLP | PA0001699038 | 9/30/2010 |
| House - Season 7, Episode 2, Selfish | Universal City Studios Productions LLLP | PA0001708034 | 10/15/2010 |
| House - Season 7, Episode 4, Massage Therapy | Universal City Studios Productions LLLP | PA0001703610 | 10/22/2010 |
| House - Season 7, Episode 5, Unplanned Parenthood | Universal City Studios Productions LLLP | PA0001707085 | 11/1/2010 |
| Knocked Up | Universal City Studios Productions LLLP | PA0001375523 | 5/31/2007 |
| Kojak (1973) - Season 3, Episode 1, A Question of Answers | Universal City Studios Productions LLLP | LP0000047965 (RE0000887006) | 9/14/1975 |
| Kojak (1973) - Season 3, Episode 8, Over the Water | Universal City Studios Productions LLLP | LP0000047957 (RE0000886998) | 11/9/1975 |
| Magnum, P.I. - Season 5, Episode 17, The Love-for-Sale Boat | Universal City Studios Productions LLLP | PA0000255070 | 6/12/1985 |
| Murder, She Wrote - Season 2, Episode 19, Christopher Bundy - Died on Sunday | Universal City Studios Productions LLLP | PA0000303026 | 8/11/1986 |
| Rockford Files, The - Season 1, Episode 22, Roundabout | Universal City Studios Productions LLLP | LP0000045574 (RE0000886843) | 3/6/1975 |
| Royal Pains - Season 1, Episode 1, Pilot | Universal City Studios Productions LLLP | PA0001636090 | 6/22/2009 |
| Royal Pains - Season 1, Episode 9, It's Like Jamais Vu All Over Again | Universal City Studios Productions LLLP | PA0001644530 | 8/26/2009 |
| Scott Pilgrim vs. the World | Universal City Studios Productions LLLP | PA0001692200 | 8/13/2010 |
| seaQuest DSV - Season 1, Episode 1, The Devil's Window | Universal City Studios Productions LLLP | PA0000661565 | 1/24/1994 |
| seaQuest DSV - Season 1, Episode 2, Treasure of the Mind | Universal City Studios Productions LLLP | PA0000661563 | 1/24/1994 |
| State of Play | Universal City Studios Productions LLLP | PA0001624758 | 4/20/2009 |
| Wolfman, The (2010) | Universal City Studios Productions LLLP | PA0001690564 | 2/17/2010 |
| 2012 (2009) | Columbia Pictures Industries, Inc. | PA0001649916 | 11/12/2009 |

| | | | |
|---|---|---|---|
| 50 First Dates | Columbia Pictures Industries, Inc. | PA0001202550 | 2/19/2004 |
| Adam Sandler's Eight Crazy Nights | Columbia Pictures Industries, Inc. | PA0001060735 | 1/2/2003 |
| Angels & Demons | Columbia Pictures Industries, Inc. | PA0001627570 | 5/13/2009 |
| Bad Boys II | Columbia Pictures Industries, Inc. | PA0001143878 | 8/12/2003 |
| Bewitched | Columbia Pictures Industries, Inc. | PA0001271563 | 6/24/2005 |
| Bounty Hunter/Ex Wife Project | Columbia Pictures Industries, Inc. | PA0001667359 | 3/17/2010 |
| Charlie's Angels: Full Throttle | Columbia Pictures Industries, Inc. | PA0001137757 | 7/10/2003 |
| Da Vinci Code, The | Columbia Pictures Industries, Inc. | PA0001317631 | 5/19/2006 |
| Did You Hear About the Morgans? | Columbia Pictures Industries, Inc. | PA0001654171 | 12/16/2009 |
| Fun with Dick and Jane | Columbia Pictures Industries, Inc. | PA0001267459 | 12/21/2005 |
| Ghost Rider | Columbia Pictures Industries, Inc. | PA0001349986 | 2/16/2007 |
| Hancock | Columbia Pictures Industries, Inc. | PA0001599934; PA0001395109 | 7/2/2008; 8/11/2008 |
| Hollow Man | Columbia Pictures Industries, Inc. | PA0000997657 | 9/1/2000 |
| House Bunny, The | Columbia Pictures Industries, Inc. | PA0001604128 | 8/22/2008 |
| I Know Who Killed Me | Columbia Pictures Industries, Inc. | PAu003146221 | 7/20/2007 |
| Knight's Tale, A | Columbia Pictures Industries, Inc. | PA0001036163 | 6/7/2001 |
| Legend of Zorro, The | Columbia Pictures Industries, Inc. | PA0001267256 | 10/26/2005 |
| Lords of Dogtown | Columbia Pictures Industries, Inc. | PA0001271471 | 6/3/2005 |
| Men In Black | Columbia Pictures Industries, Inc. | PA0000845156 | 7/10/1997 |
| Men In Black II | Columbia Pictures Industries, Inc. | PA0001089930 | 7/3/2002 |
| Monster House | Columbia Pictures Industries, Inc. | PA0001322810; PA0001394220 | 7/21/2006; 2/8/2008 |

| | | | |
|---|---|---|---|
| Mr. Deeds | Columbia Pictures Industries, Inc. | PA0001094197 | 7/26/2002 |
| National Security | Columbia Pictures Industries, Inc. | PA0001122282 | 2/7/2003 |
| Not Another Teen Movie | Columbia Pictures Industries, Inc. | PA0001067336 | 1/17/2002 |
| Pineapple Express | Columbia Pictures Industries, Inc. | PA0001603113 | 8/7/2008 |
| Pursuit Of Happyness, The | Columbia Pictures Industries, Inc. | PA0001341153 | 12/14/2006 |
| Reign Over Me | Columbia Pictures Industries, Inc. | PA0001366381 | 3/23/2007 |
| Social Network, The | Columbia Pictures Industries, Inc. | PA0001698016 | 9/30/2010 |
| Something's Gotta Give | Columbia Pictures Industries, Inc. | PA0001195867 | 1/16/2004 |
| Spider-Man 2 | Columbia Pictures Industries, Inc. | PA0001222519 | 6/30/2004 |
| Spider-Man 3 | Columbia Pictures Industries, Inc. | PA0001332103 | 5/1/2007 |
| Step Brothers | Columbia Pictures Industries, Inc. | PA0001602121 | 7/25/2008 |
| Sweetest Thing, The | Columbia Pictures Industries, Inc. | PA0001086938 | 7/12/2002 |
| Ugly Truth, The | Columbia Pictures Industries, Inc. | PA0001635947 | 7/22/2009 |
| Vantage Point | Columbia Pictures Industries, Inc. | PA0001592994 | 2/20/2008 |
| Vertical Limit | Columbia Pictures Industries, Inc. | PA0001017106 | 2/12/2001 |
| Zathura: A Space Adventure | Columbia Pictures Industries, Inc. | PA0001267325 | 11/10/2005 |
| Zombieland | Columbia Pictures Industries, Inc. | PA0001645201 | 10/1/2009 |
| Chuck  - Season 1, Episode 13, Chuck Versus the Marlin | Warner Bros. Entertainment Inc. | PA0001653787 | 3/26/2009 |
| Deep Blue Sea | Warner Bros. Entertainment Inc. | PA0001014909 | 1/11/2001 |
| Due Date | Warner Bros. Entertainment Inc. | PRE000003986 | 11/2/2010 |
| Friends - Season 2, Episode 6, The One With The Baby On The Bus | Warner Bros. Entertainment Inc. | PA0000775419 | 4/19/1996 |

| | | | |
|---|---|---|---|
| Friends - Season 4, Episode 7, The One Where Chandler Crosses The Line | Warner Bros. Entertainment Inc. | PA0000854174 | 12/1/1997 |
| Gran Torino | Warner Bros. Entertainment Inc. | PA0001620936 | 3/12/2009 |
| Harry Potter And The Deathly Hallows, Part 1 | Warner Bros. Entertainment Inc. | PRE000004015 | 11/11/2010 |
| Inception | Warner Bros. Entertainment Inc. | PA0001715030 | 1/21/2011 |
| Jamie Foxx Show - Season 4, Episode 23, Road Trip, Part 1 | Warner Bros. Entertainment Inc. | PA0001036505 | 2/9/2001 |
| Jamie Foxx Show - Season 4, Episode 24, Road Trip, Part 2 | Warner Bros. Entertainment Inc. | PA0001036506 | 2/9/2001 |
| Last Samurai, The | Warner Bros. Entertainment Inc. | PA0001195970 | 1/16/2004 |
| Legend Of The Guardians: The Owls of Ga'Hoole | Warner Bros. Entertainment Inc. | PA0001709858 | 12/3/2010 |
| Lethal Weapon 3 | Warner Bros. Entertainment Inc. | PA0000568254 | 5/26/1992 |
| Life As We Know It | Warner Bros. Entertainment Inc. | PA0001709859 | 12/3/2010 |
| Little Shop Of Horrors (1986) | Warner Bros. Entertainment Inc. | PA0000353065 | 7/28/1987 |
| Lois and Clark: The New Adventures of Superman - Season 2, Episode 22, And The Answer Is... | Warner Bros. Entertainment Inc. | PA0000775236 | 4/4/1996 |
| Lois and Clark: The New Adventures of Superman - Season 4, Episode 22, The Family Hour | Warner Bros. Entertainment Inc. | PA0000854435 | 2/2/1998 |
| Mars Attacks! | Warner Bros. Entertainment Inc. | PA0000834109 | 1/21/1997 |
| Maverick (1994) | Warner Bros. Entertainment Inc. | PA0000713300 | 7/11/1994 |
| O.C., The - Season 1, Episode 1, Pilot | Warner Bros. Entertainment Inc. | PA0001231664 | 8/16/2004 |
| Ocean's Eleven | Warner Bros. Entertainment Inc. | PA0001067333 | 1/15/2002 |
| Perfect Strangers - Season 2, Episode 21, Get A Job | Warner Bros. Entertainment Inc. | PA0000320293 | 3/27/1987 |
| Perfect Strangers - Season 2, Episode 22, Hello, Elaine | Warner Bros. Entertainment Inc. | PA0000330155 | 4/8/1987 |
| Polar Express, The | Warner Bros. Entertainment Inc. | PA0001250537 | 1/11/2005 |

| Police Academy VI-City Under Siege | Warner Bros. Entertainment Inc. | PA0000416543 | 4/13/1989 |
|---|---|---|---|
| Smallville - Season 6, Episode 22, Phantom | Warner Bros. Entertainment Inc. | PA0001634174 | 7/2/2008 |
| Terminator: The Sarah Connor Chronicles - Season 1, Episode 8, Vick's Chip | Warner Bros. Entertainment Inc. | PA0001653359 | 2/13/2009 |
| Terminator: The Sarah Connor Chronicles - Season 1, Episode 9, What He Beheld | Warner Bros. Entertainment Inc. | PA0001653361 | 2/13/2009 |
| Third Watch - Season 2, Episode 22, ...And Zeus Wept | Warner Bros. Entertainment Inc. | PA0001063908 | 11/8/2001 |
| Third Watch - Season 2, Episode 5, Kim's Hope Chest | Warner Bros. Entertainment Inc. | PA0001063892 | 11/8/2001 |
| Town, The | Warner Bros. Entertainment Inc. | PRE000003830 | 9/14/2010 |
| Two and a Half Men - Season 1, Episode 23, Can You Feel My Finger? | Warner Bros. Entertainment Inc. | PA0001612151 | 5/16/2008 |
| Two Weeks Notice | Warner Bros. Entertainment Inc. | PA0001129484 | 2/6/2003 |
| Under The Sea 3D | Warner Bros. Entertainment Inc. | PA0001627628 | 5/15/2009 |
| Wild Wild West | Warner Bros. Entertainment Inc. | PA0000956286 | 7/12/1999 |