# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

       Plaintiffs,

   vs.

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

       Defendants.
_____

AND RELATED CROSS-ACTION.
_____


HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF DAVID R. KAPLAN, ESQUIRE

PURSUANT TO FEDERAL RULE 30(b)(6)

Los Angeles, California

Wednesday, December 14, 2011

Volume 2

Reported by:
CHERYL R. KAMALSKI
CSR No. 7113

Job No. 179415



877.955.3855

1       titles owned by Warner Bros.

2           Q    So let me ask that question again.  For that

3       file that we just discussed, 13183899, what is the basis

4       for Warner's contention that that file is infringing

11:31  5      Warner's copyright?

6           A    I understand from counsel that counsel has

7       downloaded that file in the last 24 hours and confirmed

8       that, although it may be copyrighted and infringing, it

9       is not a Warner Bros. content, and so my understanding

11:32 10     is that as to that file we are withdrawing the claim

11      that that file is infringing.

12          Q    What is Warner's understanding with respect to

13      why that file was originally identified in the response,

14      the third supplemental response to interrogatory 1 as

11:32 15     infringing?

16              MR. POZZA:  I would object that's ambiguous,

17      and to the extent it attempts to characterize the

18      interrogatory response, the witness can describe what

19      the interrogatory response is, although it speaks for

11:32 20     itself, that's not a precise characterization of what

21      the interrogatory response or Warner's contention was.

22              THE WITNESS:  So as counsel just said, this is,

23      you know, first described in the interrogatory response,

24      but it was also described at length by counsel on the

11:32 25     record yesterday, and then I agreed with that.



DAVID R. KAPLAN, ESQUIRE, V. 2          12/14/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1          I, the undersigned, a Certified Shorthand

2     Reporter of the State of California, do hereby certify:

3          That the foregoing proceedings were taken

4     before me at the time and place herein set forth; that

5     any witnesses in the foregoing proceedings, prior to

6     testifying, were duly sworn; that a record of the

7     proceedings was made by me using machine shorthand

8     which was thereafter transcribed under my direction;

9     that the foregoing transcript is a true record of the

10    testimony given.

11         Further, that if the foregoing pertains to

12    the original transcript of a deposition in a Federal

13    Case, before completion of the proceedings, review of

14    the transcript [ ] was [x] was not requested

15         I further certify I am neither financially

16    interested in the action nor a relative or employee

17    of any attorney or any party to this action.

18         IN WITNESS WHEREOF, I have this date subscribed

19    my name.

20

21    Dated: 12/27/2011

22

23    _____

24    CHERYL R. KAMALSKI
      CSR No. 7113

25

