Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

      *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES
1-10.

      *Defendants.*          /

HOTFILE CORP.,

      *Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

      *Counter-Defendant.*       /

**ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS HOTFILE
CORPORATION AND ANTON TITOV FOR LEAVE TO FILE UNDER SEAL
DEFENDANTS' MOTION AND MEMORANDUM OF LAW TO STRIKE
THE REPLY DECLARATION OF DR. IAN FOSTER FILED IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND TO FILE
UNDER SEAL THE DECLARATION OF ANTHONY SCHOENBERG
FILED IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE**

**THIS CAUSE** came before the Court on the Unopposed Motion of Defendants,

Hotfile Corporation ('Hotfile") and Anton Titov ("Mr. Titov") (collectively

"Defendants"), for Leave to File Under Seal the following:) Defendants' Motion and

Memorandum of Law to Strike the Reply Declaration of Dr. Ian Foster that was filed in

Support of Plaintiffs' Motion for Summary Judgment and the Declaration of Anthony

Schoenberg, that was filed in support of Defendants' Motion to Strike Dr. Foster's

Declaration, together with any exhibits to Mr. Schoenberg's Declaration (collectively

"Unopposed Motion to File Under Seal Defendants' Motion to Strike Dr. Foster's

Declaration").

The Court has considered the Unopposed Motion to File Under Seal and being

otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Unopposed Motion to File

Under Seal Defendants' Motion to Strike Dr. Foster's Declaration, is hereby Granted.

Defendants' Motion to Strike the Declaration of Dr. Foster, the Declaration of Anthony

Schoenberg filed in support of Defendants' Motion to Strike Dr. Foster's Declaration and

any exhibits to Mr. Schoenberg's Declaration, shall be filed and maintained under seal.

**DONE AND ORDERED** in chambers at Miami, Florida this _____ day of April

2012.

William C. Turnoff
United States Magistrate Judge

Hon. Kathleen M. Williams

cc:   All Counsel of Record