**PUBLICLY FILED REDACTED VERSION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

    *Defendants.*     /

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*     /

**DEFENDANT'S NOTICE OF FILING THE PUBLICLY FILED REDACTED
VERSION OF THE DECLARATION OF ANDREW LEIBNITZ AND EXHIBITS
THERETO FILED IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT
OF DEFENDANTS' MOTION TO STRIKE THE DECLARATION OF
JENNIFER YEH FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION
TO DEFENDANT TITOV'S MOTION FOR SUMMARY JUDGMENT
AND HOTFILE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants, Hotfile Corporation ("Hotfile") and Anton Titov ("Mr. Titov") (collectively Hotfile and Mr. Titov are "Defendants"), provide this notice of filing the publicly filed redacted version of the Declaration of Andrew Leibnitz and Exhibits Thereto, filed in Support of

**PUBLICLY FILED REDACTED VERSION**

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

Defendants' Reply Filed in Support of Defendants' Motion to Strike the Declaration of Jennifer Yeh Filed in Support of Plaintiffs' Opposition to Defendant Titov's Motion for Summary Judgment and Hotfile's Motion for Partial Summary Judgment ("Leibnitz Declaration"). The publicly filed redacted version of the Leibnitz Declaration is attached as Exhibit A to this Notice of Filing.

DATED: April 23, 2012                Respectfully submitted,

                                     s/Janet T. Munn
                                     Janet T. Munn, Esq. Fla. Bar No. 501281
                                     Email: jmunn@rascoklock.com
                                     RASCO KLOCK
                                     283 Catalonia Avenue, Suite 200
                                     Coral Gables, Fl 33134
                                     Telephone: 305.476.7101
                                     Telecopy: 305.476.7102

                                     And

                                     s/Roderick M. Thompson
                                     Roderick M. Thompson, Esq. (admitted *pro hac vice*)
                                     Email: rthompson@fbm.com
                                     Andrew Leibnitz, Esq. (admitted *pro hac vice*)
                                     Email: aleibnitz@fbm.com
                                     Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
                                     Email: tschoenberg@fbm.com
                                     Deepak Gupta, Esq. (admitted *pro hac vice*)
                                     Email: dgupta@fbm.com
                                     Janel Thamkul, Esq. (admitted *pro hac vice*)
                                     Email: jthamkul@fbm.com
                                     FARELLA BRAUN + MARTEL LLP
                                     235 Montgomery St.
                                     San Francisco, CA 94104
                                     Telephone: 415.954.4400
                                     Telecopy: 415.954.4480

**PUBLICLY FILED REDACTED VERSION**

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation*
 *and Anton Titov*

3

**PUBLICLY FILED REDACTED VERSION**

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2012, a true and correct copy of the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| Karen L. Stetson, Esq.<br>GRAY-ROBINSON, P.A.<br>Email: Karen.Stetson@gray-robinson.com<br>1221 Brickell Avenue<br>Suite 1600<br>Miami, FL  33131<br>Telephone: 305.416.6880<br>Telecopy: 305.416.6887 | Karen R. Thorland, Esq. (admitted *pro hac vice*)<br>Senior Content Protection Counsel<br>Email: Karen_Thorland@mpaa.org<br>Motion Picture Association of America, Inc.<br>15301 Ventura Boulevard, Building E<br>Sherman Oaks, CA  91403-5885<br>Telephone: 818.935.5812 |

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

By: s/ Janet T. Munn
    Janet T. Munn