# EXHIBIT 3

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA


DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

       Plaintiffs,

  vs.       CASE NO. 11-20427-WILLIAMS-TURNOFF

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

       Defendants.
_____

AND RELATED CROSS-ACTION.
_____


HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF LANCE R. GRIFFIN, ESQUIRE

PURSUANT TO FEDERAL RULE 30(b)(6)

Los Angeles, California

Thursday, December 22, 2011


Reported by:
LORI SCINTA, RPR
CSR No. 4811

Job No. 178940



LANCE R. GRIFFIN, ESQ.                          12/22/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



10:43  1
10:43  2
10:43  3
10:43  4
10:43  5
10:43  6
10:43  7
10:44  8
10:44  9
10:44 10
10:44 11
10:44 12
10:44 13
10:44 14
10:44 15
10:44 16
10:44 17
10:44 18
10:45 19
10:45 20      Q   Has Hotfile ever not taken down a file after
10:45 21  receiving a takedown notice from Disney?
10:46 22          MR. FABRIZIO:  Objection.  Calls for
10:46 23  speculation.
10:46 24          THE WITNESS:  I don't think I have data that
10:46 25  would enable me to answer that question.



LANCE R. GRIFFIN, ESQ.                    12/22/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

11:26  1          THE WITNESS:  So 9/17 at 3:56 P.M. to 9/18 at

11:26  2     11:01 A.M. I think would be less than 24 hours, if

11:26  3     they're on the same time zone.

11:26  4     BY MR. SCHOENBERG:

11:26  5          Q    Assuming they're on the same time zone.

11:26  6          Is -- did Disney send this follow-up

11:26  7     notification because it felt like Hotfile hadn't

11:26  8     responded in an adequate amount of time to the original

11:26  9     takedown notice?

11:26  10          MR. FABRIZIO:  You're referring to this

11:27  11     specific notice?

11:27  12          MR. SCHOENBERG:  Yes.

11:27  13          THE WITNESS:  I did not send the notice, and I

11:27  14     can't recall this exact notice, but I -- I would suspect

11:27  15     that's the case.

11:27  16     BY MR. SCHOENBERG:

11:27  17          Q    How quickly should Hotfile have responded to

11:27  18     this, the original takedown notice, in order to have

11:27  19     done so in an adequate amount of time?

11:27  20          MR. FABRIZIO:  You're referring, again, to this

11:28  21     individual instance?

11:28  22          MR. SCHOENBERG:  Yes.

11:28  23          THE WITNESS:  Well, obviously, before 11:01 on

11:28  24     9/18.

11:28  25     BY MR. SCHOENBERG:



1

2          I, the undersigned, a Certified Shorthand

3    Reporter of the State of California, do hereby certify:

4          That the foregoing proceedings were taken

5    before me at the time and place herein set forth; that

6    any witnesses in the foregoing proceedings, prior to

7    testifying, were duly sworn; that a record of the

8    proceedings was made by me using machine shorthand

9    which was thereafter transcribed under my direction;

10   that the foregoing transcript is a true record of the

11   testimony given.

12          Further, that if the foregoing pertains to

13   the original transcript of a deposition in a Federal

14   Case, before completion of the proceedings, review of

15   the transcript [X] was [ ] was not requested.

16          I further certify I am neither financially

17   interested in the action nor a relative or employee

18   of any attorney or party to this action.

19          IN WITNESS WHEREOF, I have this date

20   subscribed my name.

21

22   Dated: 12/29/2011

23

24   _____
     LORI SCINTA, RPR

25   CSR No. 4811

