# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

```
DISNEY ENTERPRISES, INC.,            )
TWENTIETH CENTURY FOX FILM           )
CORPORATION, UNIVERSAL CITY          )
STUDIOS PRODUCTIONS LLP,             )
COLUMBIA PICTURES INDUSTRIES,        )
INC., AND WARNER BROS.               )
ENTERTAINMENT, INC.,                 )
                                     )
              Plaintiffs,            )
                                     )
    vs.                              ) No. 11-20427-Jordan
                                     )
HOTFILE CORP., ANTON TITOV,          )
AND DOES 1-10,                       )
                                     )
              Defendants.            )
                                     )
```

HIGHLY CONFIDENTIAL

30(b)(6) Deposition of Warner Bros.

Entertainment, Inc.

by and through DAVID KAPLAN

WEDNESDAY, OCTOBER 12, 2011

LOS ANGELES, CALIFORNIA


ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY:  JEANINE CURCIONE
              CSR NO. 10223, RPR

FILE NO.: A505CAB



Page 249

```
17:03:15
17:03:19
17:03:19
17:03:21
17:03:22
17:03:25
17:03:27
17:03:27
17:03:29
17:03:30
17:03:34
17:03:37
17:03:44
17:03:47
17:03:49
17:03:51
17:03:54
17:03:56
17:03:58
17:03:59
17:04:03
17:04:10
17:04:12
17:04:13
17:04:14
```

Electronically signed by Jeanine Curcione (601-181-089-2662)   a7c38bf7-dabc-4c88-b57f-4a045d26c2f9

Page 250

```
17:04:18
17:04:24
17:04:25
17:04:29
17:04:32
17:04:37
17:04:42
17:04:44
17:04:47
17:04:48
17:04:49
17:04:53
17:04:55
17:05:14
17:05:16
17:05:21
17:05:22
17:05:25
17:05:26
17:10:36
17:10:51
17:10:52
17:10:57
17:11:00
17:11:04
```



```
 1                REPORTER'S CERTIFICATE
 2
 3      I, JEANINE CURCIONE, C.S.R. NO. 10223, RPR, in and
 4      for the State of California, do hereby certify:
 5              That prior to being examined, the witness
 6      named in the foregoing deposition was by me duly
 7      sworn to testify the truth, the whole truth and
 8      nothing but the truth.
 9              That said deposition was taken down by me
10      in shorthand at the time and place therein named,
11      and thereafter reduced to typewriting under my
12      direction, and the same is a true, correct and
13      complete transcript of said proceedings.
14              That the witness, before examination, was
15      by me duly sworn to testify the truth, the whole
16      truth, and nothing but the truth, and that the
17      witness reserved the right of signature;
18              I further certify that I am not interested
19      in the event of the action.
20              Witness my hand this 26th day of October,
21      2011.
22
23                              _____
24                              Certified Shorthand
                                Reporter for the
25                              State of California
```