# EXHIBIT 5

Highly Confidential

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20427-WILLIAMS/TURNOFF

- - - - - - - - - - - - - - - - - - - - - - - - -

DISNEY ENTERPRISES,
INC., TWENTIETH CENTURY
FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
COLUMBIA PICTURES
INDUSTRIES, INC., and
WARNER BROS.
ENTERTAINMENT, INC.,

      Plaintiff,

v.

HOTFILE CORP., ANTON
TITOV, and DOES 1-10,

      Defendants.


HOTFILE CORP.,

      Counterclaimant,

v.

WARNER BROS ENTERTAINMENT
INC.,

      Counterdefendant.

- - - - - - - - - - - - - - - - - - - - - - - - -

VOLUME I
H I G H L Y   C O N F I D E N T I A L
(Pursuant to protective order, the following
transcript has been designated highly confidential)

30(b)(6) DEPOSITION OF ANTON TITOV
Radisson Blu Hotel
Sofia, Bulgaria
Monday, December 5, 2011
Job Number: 44174

Highly Confidential

Page 26

```
 1   MR. FABRIZIO:  He said, "And there may be others."
 2   BY MR. FABRIZIO:
 3   Q.  Can you think of any others?
 4   MR. THOMPSON:  Objection, vague.
 5   A.  I don't think I can go to any others without going --
 6       any specific details, getting into specific details.
 7   BY MR. FABRIZIO:
 8   Q.  Are there other functionalities that you can identify at
 9       a general level that you considered that were already on
10       the market?
11   MR. THOMPSON:  Objection, vague and overbroad.
12   A.  Probably that's what I can think of, any specific, you
13       can ask later if we go on to the details.
14   BY MR. FABRIZIO:
15   Q.  Sure.  If you think of any, you can just identify them
16       for us as we go.
17           Were there particular companies that were on the
18       market that had the functionality of storing files
19       accessible by links or the affiliate program that you in
20       particular looked to in designing the Hotfile
21       functionality?
22   A.  Yes.
23   Q.  What were those companies?
24   A.  It was generally -- we would generally look at
25       functionality of RapidShare, that kind, when we were
```

Highly Confidential

Page 27

1          developing hotfile.com.
2     Q.   Any other companies, beyond RapidShare?
3     A.   RapidShare was market leader, and we would normally
4          compare to them, ourselves to them, but I believe we
5          looked at others too.
6     Q.   What were the others?
7     A.   I think MediaFire.
8     Q.   Did you say MediaFire?
9     A.   MediaFire.
10    Q.   Any others?
11    A.   It's very hard to judge in the time when you've seen
12         anything.
13    Q.   Sure.  Let me -- let me suggest a couple of names and
14         you can tell me.  Megaupload?
15    MR. THOMPSON:  Just so the question is clear, is there
16         a time?
17    MR. FABRIZIO:  This is in the time they were developing the
18         functionality for Hotfile.
19    A.   We were probably aware of Megaupload, but I don't think
20         we were really looking at Megaupload as an example of
21         functionality or anything else.
22    BY MR. FABRIZIO:
23    Q.   Okay.  So is it fair to say that you principally looked
24         to RapidShare to get ideas for functionality for
25         Hotfile?

Highly Confidential

Page 190

1         HIGHLY CONFIDENTIAL
2
3              E R R A T A
              Deposition of ANTON TITOV
4
   Page/Line No.    Description         Reason for change
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19
20 Signed:    ....................
21 Name:    ANTON TITOV
22 Date:      ....................
23
24
25