(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 11-CIV-20427-WILLIAMS/TURNOFF

Disney Enterprises, Inc. et al.

Plaintiff

v.

Hotfile Corp., Anton Titov, and Does 1-10

Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Karen L. Stetson, Esq.
Address: Gray-Robinson, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131
Telephone: (305) 416-6880

On behalf of (select one): ☒ Plaintiff ☐ Defendant

Date sealed document filed: 5/1/2012

If sealed pursuant to statute, cite statute: ____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 68

The matter should remain sealed until:
- ☐ Conclusion of Trial
- ☒ Case Closing
- ☐ Other: ____
- ☐ Permanently. Specify the authorizing law, rule, court order:
- ☐ Arrest of First Defendant
- ☐ Conclusion of Direct Appeal

The moving party requests that when the sealing period expires, the filed matter should be (select one):
- ☐ Unsealed and placed in the public portion of the court file
- ☒ Returned to the party or counsel for the party, as identified above
- ☐ Destroyed

Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Strike the Reply Declaration of Dr. Ian Foster, and attached Declaration of Luke C. Platzer with accompanying exhibits in support thereof.

*[Signature: Karen L. Stetson]*

**Attorney for: Plaintiffs**