UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

**DECLARATION OF LUKE C. PLATZER IN SUPPORT OF PLAINTIFFS'
MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO
<u>STRIKE THE REPLY DECLARTION OF DR. IAN FOSTER</u>**

**[CONFIDENTIAL]**

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]**

I, Luke C. Platzer, declare as follows:

1.    I am a partner at the law firm of Jenner & Block LLP, and counsel to the plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc.  The statements made in this declaration are based on my personal knowledge.  If called to testify, I would testify as follows:

2.    Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs' Supplemental Rule 26 Disclosures, dated December 23, 2011 in the above-captioned case.

3.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition of Dr. Ian Foster, taken on December 14, 2011 and January 20, 2012 in the above-captioned case.

4.    Paragraph 120 of the Yeh Declaration attaches (as Yeh Exhibit 119) Plaintiffs' Third Supplemental Responses and Objections to Hotfile Corp.'s Interrogatory No. 1 and Plaintiffs' Fourth Supplemental Responses and Objections to Hotfile Corp.'s Interrogatory No. 1, which identify files that appeared to be copies of plaintiffs' copyrighted works.  Defendants claimed during depositions of plaintiffs' personnel that some files on the list originally identified by plaintiffs were misidentified.  Plaintiffs subsequently provided defendants with the revised interrogatory response attached to the Yeh Declaration as Exhibit 119, which removes the claimed misidentified files.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2012.

Luke C. Platzer