EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT, INC.,

          Plaintiffs,

     vs.              Case No.
                       11-cv-20427-AJ

HOTFILE CORPORATION,
ANTON TITOV, and DOES 1-10.

          Defendants.

---

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

     The videotaped deposition of IAN FOSTER, Ph.D.,
taken pursuant to the Federal Rules of Civil Procedure
of the United States District Courts pertaining to the
taking of depositions, taken before PAULINE M. VARGO, a
Certified Shorthand Reporter within and for the State of
Illinois, C.S.R. No. 84-1573, at the Law Offices of
Jenner & Block, Suite 4500, 353 North Clark Street,
Chicago, Illinois, on December 14, 2011, at 8:59 a.m.


Job No. 178795



877.955.3855

```
 1     PRESENT:

 2

 3          JENNER & BLOCK, LLP
            1099 New York Avenue NW, Suite 900
 4          Washington, D.C.  20001
            202.639.6000, by:
 5          MR. LUKE C. PLATZER
            lplatzer@jenner.com
 6
                 appeared on behalf of the Plaintiffs
 7               and Counterdefendants;

 8

 9          FARELLA, BRAUN & MARTEL, LLP
            235 Montgomery Street
10          San Francisco, California  94104
            415.954.4400, by:
11          MR. ANTHONY P. SCHOENBERG
            tschoenberg@fbm.com
12
                 appeared on behalf of Defendants
13               Hotfile Corp. and Anton Titov.

14     ALSO PRESENT:

15          MR. ANDREW CROMARTY.

16

17     VIDEOGRAPHER:

18          MR. CESAR RIOS

19          Sarnoff Court Reporters

20

21

22

23

24

25
```



IAN FOSTER, PH.D.                    12/14/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 10:52:42 | 1 | A.        Yes, that's right. |
| 10:52:46 | 2 | Q.        And the download count was arrived |
| 10:52:49 | 3 | at by adding up the number of downloads in two |
| 10:52:56 | 4 | columns in a dataset that was produced in this |
| 10:53:06 | 5 | litigation by Hotfile, correct? |
| 10:53:10 | 6 | A.        Yes. |
| 10:53:18 | 7 | Q.        And the data file, it was called |
| 10:53:21 | 8 | dailydownloads.csv, was it not? |
| 10:53:26 | 9 | A.        Yes, it was. |
| 10:53:27 | 10 | Q.        To arrive at the download count |
| 10:53:30 | 11 | numbers that are in the table in Paragraph 26, |
| 10:53:32 | 12 | you added up the number of downloads reflected |
| 10:53:36 | 13 | in the column entitled "free" and the column |
| 10:53:39 | 14 | entitled "premium," correct? |
| 10:53:42 | 15 | A.        Yes, I did. |
| 10:53:43 | 16 | Q.        And what is your understanding of |
| 10:53:45 | 17 | what the column entitled "free" contains? |
| 10:53:49 | 18 | A.        My understanding is that these -- |
| 10:53:58 | 19 | it represents downloads by non-premium users. |
| 10:54:03 | 20 | Q.        And is it your understanding that |
| 10:54:05 | 21 | it represent downloads by all non-premium users |
| 10:54:12 | 22 | or -- or -- let me -- that's my question. |
| 10:54:14 | 23 | Is it your understanding that it |
| 10:54:15 | 24 | represents downloads by all non-premium users? |
| 10:54:20 | 25 | A.        So I don't -- I don't -- well, I |



| | | |
|---|---|---|
| 11:27:47 | 1 | BY THE WITNESS: |
| 11:27:47 | 2 | A.       I haven't checked as to whether |
| 11:27:50 | 3 | they have limits, for example, on the length of |
| 11:27:53 | 4 | the file name or on the characters allowed in |
| 11:27:55 | 5 | one, but apart from that, it seems that there |
| 11:28:00 | 6 | are no limitations. |
| 11:28:07 | 7 | BY MR. SCHOENBERG: |
| 11:28:07 | 8 | Q.       And somewhere in your report I |
| 11:28:09 | 9 | believe you state that file names are suggestive |
| 11:28:15 | 10 | of the content of files, is that right? |
| 11:28:19 | 11 | A.       Let's check and see what I said. |
| 11:28:21 | 12 | Q.       I think it may be in a different |
| 11:28:22 | 13 | section of your report, although I may be |
| 11:28:26 | 14 | mistaken. |
| 11:28:27 | 15 | A.       I think you are referring to |
| 11:28:29 | 16 | Section 2A, Paragraph 13. |
| 11:28:34 | 17 | Q.       Correct.  You say -- well, you |
| 11:28:47 | 18 | state in the second paragraph of Paragraph 13 |
| 11:28:51 | 19 | that, quote, "For instance, if the file is |
| 11:28:53 | 20 | called 'Harry Potter and the Half-Blood Prince,' |
| 11:28:56 | 21 | then it is an indication that the file is more |
| 11:28:59 | 22 | likely to contain the motion picture 'Harry |
| 11:29:03 | 23 | Potter and the Half-Blood Prince' than bearing |
| 11:29:05 | 24 | some other name," unquote, and I think you are |
| 11:29:09 | 25 | missing a word, the word "file," I think. |

IAN FOSTER, PH.D.                    12/14/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| 11:29:14 | 1 | MR. PLATZER:  I believe you are |
| 11:29:15 | 2 | correct. |
| 11:29:15 | 3 | BY THE WITNESS: |
| 11:29:16 | 4 | A.      Yes. |
| 11:29:16 | 5 | BY MR. SCHOENBERG: |
| 11:29:21 | 6 | Q.      And have you -- do you do any |
| 11:29:22 | 7 | analysis to support that statement about file |
| 11:29:28 | 8 | names being suggestive of file content? |
| 11:29:37 | 9 | A.      I did look to see whether there |
| 11:29:43 | 10 | was a file with this name.  Because I don't have |
| 11:29:50 | 11 | access to the Hotfile content, I didn't look at |
| 11:29:57 | 12 | their file to see whether indeed it was the |
| 11:30:00 | 13 | motion picture "Harry Potter and the Half-Blood |
| 11:30:04 | 14 | Prince." |
| 11:30:04 | 15 | Q.      So you actually don't know whether |
| 11:30:05 | 16 | it is the motion picture "Harry Potter and the |
| 11:30:07 | 17 | Half-Blood Prince"? |
| 11:30:11 | 18 | MR. PLATZER:  Objection to form. |
| 11:30:13 | 19 | BY THE WITNESS: |
| 11:30:15 | 20 | A.      I think the -- I think what I am |
| 11:30:17 | 21 | making here is what surely cannot be a |
| 11:30:20 | 22 | controversial statement, that if someone calls a |
| 11:30:23 | 23 | file "Harry Potter and the Half-Blood Prince," |
| 11:30:26 | 24 | then it is -- there is some likelihood and, in |
| 11:30:30 | 25 | fact, probably a high likelihood that that is |



11:30:32  1    what the file contains.

11:30:37  2    BY MR. SCHOENBERG:

11:30:38  3        Q.        But your only support for that

11:30:43  4    analysis, though, is seeing that there was a

11:30:45  5    file with that name that had been uploaded to

11:30:49  6    Hotfile, is that right?

11:30:50  7            MR. PLATZER:  Objection to form.

11:30:50  8    BY THE WITNESS:

11:30:54  9        A.        I think this is a, if you like, an

11:30:57  10   expert opinion based on my knowledge of how

11:30:59  11   people name files in the Internet, which is, you

11:31:04  12   know, something that I have worked with for --

11:31:08  13   you know, since its very early days.  It is very

11:31:12  14   common that people use names that are indicative

11:31:15  15   of the contents.  What we say is they put

11:31:18  16   metadata in the file name.

11:31:24  17           MR. SCHOENBERG:  Okay.  We can take

11:31:25  18   our break now.

11:31:26  19           THE VIDEOGRAPHER:  This is the end of

11:31:30  20   Tape No. 2.  The time is 11:30.  We are off the

11:31:33  21   record.

11:44:58  22           (WHEREUPON, a recess was had.)

11:45:01  23           THE VIDEOGRAPHER:  This is the

11:45:02  24   beginning of Tape No. 3.  It is 11:44, and we

11:45:06  25   are on the record.



IAN FOSTER, PH.D.                          12/14/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 11:45:07 | 1 | BY MR. SCHOENBERG: |
| 11:45:08 | 2 | Q.      Dr. Foster, you said before we |
| 11:45:10 | 3 | took our break that it's very common that people |
| 11:45:12 | 4 | use names that are indicative of the contents of |
| 11:45:16 | 5 | files.  Can you describe for me what in your |
| 11:45:20 | 6 | experience or expertise or research is the basis |
| 11:45:26 | 7 | for that statement? |
| 11:45:31 | 8 | A.      It's I think a combination of |
| 11:45:38 | 9 | experience with using the web.  Some research we |
| 11:45:44 | 10 | have done, I did research some years ago |
| 11:45:47 | 11 | analyzing the contents of Napster system -- I'm |
| 11:45:52 | 12 | sorry -- the Nutella system or the Napster |
| 11:45:58 | 13 | system, or I guess both, observing the way that |
| 11:46:01 | 14 | people name files in, for example, scientific |
| 11:46:06 | 15 | collaborations. |
| 11:46:11 | 16 | Q.      Anything else? |
| 11:46:18 | 17 | A.      None come to mind. |
| 11:46:22 | 18 | Q.      What was your -- can you describe |
| 11:46:24 | 19 | for me a little bit about the work you did |
| 11:46:27 | 20 | analyzing Nutella system? |
| 11:46:32 | 21 | A.      Yeah, it was a long time ago, but |
| 11:46:36 | 22 | we were interested then in -- it was a student |
| 11:46:39 | 23 | of mine and myself were interested in how |
| 11:46:44 | 24 | content was propagated through the network, what |
| 11:46:47 | 25 | sort of content was distributed on the network; |



IAN FOSTER, PH.D.                    12/14/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 11:52:53 | 1 | A.      No.  That was not a particular |
| 11:52:54 | 2 | focus. |
| 11:52:56 | 3 | Q.      And can you think of reasons why |
| 11:52:59 | 4 | users of Hotfile might have different |
| 11:53:02 | 5 | motivations about naming their files than users |
| 11:53:07 | 6 | of a peer-to-peer network such as Nutella? |
| 11:53:10 | 7 | MR. PLATZER:  Objection to form. |
| 11:53:14 | 8 | BY THE WITNESS: |
| 11:53:14 | 9 | A.      Yeah, I don't have really any |
| 11:53:17 | 10 | insight as to why, why people would name files |
| 11:53:23 | 11 | on Hotfile one way or another except to observe |
| 11:53:26 | 12 | that in many contexts the file name -- the name |
| 11:53:31 | 13 | of a file is the most immediately accessible |
| 11:53:35 | 14 | metadata, and if you want to be able to |
| 11:53:38 | 15 | communicate -- either keep track yourself of |
| 11:53:40 | 16 | what files are uploaded or communicate a file to |
| 11:53:43 | 17 | someone else, then you want that metadata to |
| 11:53:47 | 18 | have some meaning, which is why I've expressed |
| 11:53:51 | 19 | the opinion that you are likely to see file |
| 11:53:54 | 20 | names that both in terms of the file name and |
| 11:53:57 | 21 | the extension are meaningful. |
| 11:54:01 | 22 | BY MR. SCHOENBERG: |
| 11:54:01 | 23 | Q.      But again, you have no analytical |
| 11:54:04 | 24 | data to support that conclusion? |
| 11:54:08 | 25 | MR. PLATZER:  Objection to the form. |



IAN FOSTER, PH.D.                    12/14/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
11:54:11   1    BY THE WITNESS:
11:54:11   2         A.      It's based -- that opinion is
11:54:13   3    based on my -- I guess my general knowledge,
11:54:17   4    expert opinion and so forth.  I have not
11:54:19   5    analyzed the contents of Hotfile files in order
11:54:26   6    to back it up.
11:54:28   7    BY MR. SCHOENBERG:
11:54:28   8         Q.      And let me give you a
11:54:34   9    hypothetical.
11:54:35  10            If someone were posting -- you are
11:54:40  11    familiar -- you mention in your report the
11:54:42  12    existence of third-party websites where --
11:54:45  13         A.      Yes.
11:54:46  14         Q.      -- sometimes links are posted to
11:54:49  15    files on Hotfile servers, correct?
11:54:52  16         A.      Yes.
11:54:52  17         Q.      I want you to assume that someone
11:54:56  18    is in the Hotfile affiliate program, has
11:55:00  19    uploaded infringing content to Hotfile
11:55:04  20    servers --
11:55:04  21         A.      Yes.
11:55:05  22         Q.      -- and has posted links to that
11:55:08  23    content on a third-party website.
11:55:15  24            Might that person -- might that
11:55:20  25    person have a motivation to not give their file
```



| | | |
|---|---|---|
| 11:55:28 | 1 | name a suggestive name in order to avoid things |
| 11:55:32 | 2 | like the types of content protection software |
| 11:55:37 | 3 | you suggest in your report, for example, |
| 11:55:39 | 4 | metadata and analytical software? |
| 11:55:42 | 5 | MR. PLATZER:  Objection to form, |
| 11:55:43 | 6 | incomplete hypothetical. |
| 11:55:45 | 7 | BY THE WITNESS: |
| 11:55:45 | 8 | A.      I would like to, first of all, |
| 11:55:47 | 9 | make it clear, you are asking now a different |
| 11:55:50 | 10 | question.  I'm stating here that a file which |
| 11:55:52 | 11 | has the name -- a meaningful name, that name is |
| 11:55:56 | 12 | likely to refer to the contents of the file. |
| 11:55:59 | 13 | Now you are asking a different |
| 11:56:01 | 14 | question, saying if a file does not have a |
| 11:56:03 | 15 | meaningful name, is there some reason why |
| 11:56:07 | 16 | someone might give a file a non-meaningful name. |
| 11:56:10 | 17 | Certainly there could be various |
| 11:56:11 | 18 | reasons why people might give files |
| 11:56:15 | 19 | non-meaningful names, but I think that's |
| 11:56:16 | 20 | completely independent of this question of |
| 11:56:18 | 21 | whether "Harry Potter and the Half-Blood Prince" |
| 11:56:22 | 22 | is likely to have contained that movie. |
| 11:56:22 | 23 | BY MR. SCHOENBERG: |
| 11:56:26 | 24 | Q.      You would agree that there might |
| 11:56:29 | 25 | be a variety of reasons why users may decide to |



| | | |
|---|---|---|
| 11:56:32 | 1 | name files in ways that do not suggest the |
| 11:56:35 | 2 | contents; would you agree with that? |
| 11:56:37 | 3 | MR. PLATZER:  Objection to form. |
| 11:56:39 | 4 | BY THE WITNESS: |
| 11:56:40 | 5 | A.      Yeah, I can imagine reasons why |
| 11:56:42 | 6 | people might use names that do not refer to |
| 11:56:46 | 7 | their content. |
| 11:56:53 | 8 | BY MR. SCHOENBERG: |
| 11:57:12 | 9 | Q.      Before we took our break you had |
| 11:57:14 | 10 | given some testimony about whether websites |
| 11:57:20 | 11 | provide higher performance for premium payment? |
| 11:57:23 | 12 | A.      Yes. |
| 11:57:23 | 13 | Q.      And you said generally that's not |
| 11:57:25 | 14 | the case if your experience. |
| 11:57:27 | 15 | A.      I've said in my experience, which |
| 11:57:30 | 16 | may not be indicative. |
| 11:57:32 | 17 | Q.      Let me ask you this:  What about |
| 11:57:34 | 18 | service providers that provide Internet service, |
| 11:57:37 | 19 | say AT&T, Comcast?  In your experience, do those |
| 11:57:41 | 20 | types of service providers provide faster |
| 11:57:44 | 21 | service for premium payments, for higher |
| 11:57:48 | 22 | payment? |
| 11:57:48 | 23 | A.      I've encountered such schemes, for |
| 11:57:51 | 24 | example, in hotels and other places that provide |
| 11:57:56 | 25 | temporary access to the Internet.  I haven't a |



| | | |
|---|---|---|
| 15:22:59 | 1 | mentioned before a couple times.  What is your |
| 15:23:02 | 2 | understanding of what the files in suit are? |
| 15:23:09 | 3 | A.      I believe they are a set of files |
| 15:23:16 | 4 | that the Plaintiffs assert are copyrighted, |
| 15:23:23 | 5 | unauthorized content files. |
| 15:23:27 | 6 | Q.      In other words, files containing |
| 15:23:31 | 7 | works to which the Plaintiffs own copyrights -- |
| 15:23:34 | 8 | A.      Yes. |
| 15:23:35 | 9 | Q.      -- that they claim have been |
| 15:23:36 | 10 | uploaded to Hotfile without their authorization? |
| 15:23:39 | 11 | Is that another way to say it? |
| 15:23:40 | 12 | A.      Yes. |
| 15:23:46 | 13 | Q.      Did you do anything to ascertain |
| 15:23:48 | 14 | or verify that plaintiffs actually owned the |
| 15:23:53 | 15 | copyrights for any of those files? |
| 15:23:56 | 16 | A.      I did not. |
| 15:24:02 | 17 | Q.      And if there were files included |
| 15:24:04 | 18 | within those files to which they did not in fact |
| 15:24:08 | 19 | own the copyright, would that affect your |
| 15:24:10 | 20 | opinion? |
| 15:24:12 | 21 | A.      I have not expressed an opinion. |
| 15:24:15 | 22 | I have simply computed or analyzed data to |
| 15:24:21 | 23 | obtain information about the number of files in |
| 15:24:25 | 24 | that list that were uploaded after the third |
| 15:24:27 | 25 | notice, et cetera.  So if that list is changed, |



1    CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2

3         I, PAULINE M. VARGO, a Certified

4    Shorthand Reporter of the State of Illinois,

5    C.S.R. No. 84-1573, do hereby certify:

6         That previous to the commencement of the

7    examination of the witness, the witness was duly

8    sworn to testify the whole truth concerning the

9    matters herein;

10        That the foregoing deposition transcript

11   was reported stenographically by me, was thereafter

12   reduced to typewriting under my personal direction

13   and constitutes a true record of the testimony

14   given and the proceedings had;

15        That I am not a relative, employee,

16   attorney or counsel, nor a relative or employee of

17   such attorney or counsel for any of the parties

18   hereto, nor interested directly or indirectly in

19   the outcome of this action.

20        CERTIFIED TO THIS 21st DAY OF DECEMBER,

21   A.D., 2011.

22

23                    _____
                      Pauline M. Vargo, C.S.R.

24                    C.S.R. No. 84-1573

25



```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
              CASE NO. 11-20427-WILLIAMS/TURNOFF
 3
   DISNEY ENTERPRISES, INC., TWENTIETH  )
 4 CENTURY FOX FILM CORPORATION,        )
   UNIVERSAL CITY STUDIOS PRODUCTIONS   )
 5 LLLP, COLUMBIA PICTURES INDUSTRIES,  )
   INC., and WARNER BROS. ENTERTAINMENT,)
 6 INC.,                                )
                                        )
 7      Plaintiffs,                     )
                                        )
 8    vs.                               ) VOLUME II
                                        )
 9 HOTFILE CORP., ANTON TITOV, and      )
   DOES 1-10,                           )
10                                      )
        Defendants.                     )
11 ------------------------------------)
   HOTFILE CORP.,                       )
12                                      )
        Counterclaimant,               )
13                                      )
      vs.                               )
14                                      )
   WARNER BROS. ENTERTAINMENT, INC.,    )
15                                      )
        Counterdefendant.              )
16
17           The deposition of DR. IAN FOSTER, called
18 for examination, taken before KIMBERLY WINKLER
19 CHRISTOPHER, CSR No. 084-002752, Certified
20 Shorthand Reporter of the State of Illinois, at
21 353 North Clark Street, Suite 4500, Chicago,
22 Illinois, on the 20th day of January, A.D. 2012,
23 at 9:09 a.m.
24
25 PAGES 231 - 483
```

Page 231

```
 1          PRESENT:
 2                  JENNER & BLOCK
                    1099 New York Avenue NW
 3                  Suite 900
                    Washington, DC 20001-4412
 4                  BY:  MR. LUKE C. PLATZER
                    lplatzer@jenner.com
 5                  202-639-6000
 6                          Appeared on behalf of Disney
                            Enterprises, Inc., Twentieth
 7                          Century Fox Film Corporation,
                            Universal City Studios
 8                          Productions LLLP, Columbia
                            Pictures Industries, Inc., and
 9                          Warner Bros. Entertainment,
                            Inc.;
10
                    FARELLA BRAUN & MARTEL, LLP
11                  235 Montgomery Street
                    San Francisco, California 94104
12                  BY:  MR. ANTHONY P. SCHOENBERG
                    tschoenberg@fbm.com
13                  415-954-4400
14                          Appeared on behalf of Hotfile
                            Corp., and Anton Titov.
15
            ALSO PRESENT:
16
                    MS. MARY ANN NAAS (Videographer)
17
18
19
20
21
22
23
24
25
```

                                                    Page 232

```
 1        Q.   After that user received the third          02:49:43

 2   notice day?                                           02:49:51

 3        A.   Yes.                                        02:49:51

 4        Q.   And after the file had been removed --      02:49:52

 5        A.   So --                                       02:50:00

 6        Q.   (Continuing) -- for copyright               02:50:01

 7   infringement; is that right?                          02:50:02

 8        A.   So you've got a million files --            02:50:03

 9        Q.   Yeah.                                        02:50:03

10        A.   (Continuing) -- say.                        02:50:05

11             Maybe the user after this third notice      02:50:07

12   day uploaded, you know, 1,200 files.  And then we     02:50:09

13   looked to see whether of those 1,200 files how        02:50:15

14   many of them were subsequently removed, you know,     02:50:20

15   for -- based on -- as I say, based on claimed         02:50:26

16   copyright infringement, which would mean that         02:50:30

17   either they were removed as a result of a DMCA or     02:50:32

18   SRA notice or had been assigned a status of 5 or 2    02:50:38

19   without the user being suspended or other things      02:50:45

20   happening.                                            02:50:51

21        Q.   Okay.  I think I understand that.  I was    02:50:51

22   misconstruing.                                        02:50:54

23        A.   So it's intended to be some measure of      02:50:56

24   how much activity relating to infringing files the    02:50:59

25   user was engaged in.                                  02:51:03
```

Page 372

```
 1        Q.    Okay.  I think I had the chronology        02:51:04

 2    wrong.                                               02:51:07

 3        A.    Yeah.                                      02:51:08

 4        Q.    So for the million or so files in suit,    02:51:09

 5    you made a determination of whether each             02:51:13

 6    particular user had uploaded -- how many of those    02:51:15

 7    files a particular user had uploaded after the       02:51:19

 8    third day they received a notice?                    02:51:22

 9        A.    Yes.                                       02:51:24

10        Q.    And -- and then you further narrowed it    02:51:24

11    by how many of those uploaded files were             02:51:29

12    thereafter taken down for copyright infringement;    02:51:34

13    is that right?                                       02:51:35

14        A.    Yes.                                       02:51:35

15        Q.    Okay.  Got it.                             02:51:36

16        A.    Luckily there wasn't a fourth condition.   02:51:41

17        Q.    That could be problematic.                 02:51:45

18        MR. PLATZER:  Well, there is in the last         02:51:46

19    column.                                              02:51:51

20        THE WITNESS:  Yes.                               02:51:52

21    BY MR. SCHOENBERG:                                   02:51:54

22        Q.    So the next column is called --            02:51:58

23        THE VIDEOGRAPHER:  Can you move your             02:52:00

24    computer.                                            02:52:03

25        MR. PLATZER:  I'm sorry.                         02:52:03
```

Page 373

```
 1    BY MR. SCHOENBERG:                                02:52:03

 2        Q.   The next column is called "Downloads of   02:52:04

 3    Files Uploaded After Third Notice."                02:52:08

 4        A.   Yes.                                       02:52:09

 5        Q.   So that's just a total number of          02:52:10

 6    downloads by a particular user after the third     02:52:12

 7    notice day?                                         02:52:14

 8        MR. PLATZER:   Objection to the form.           02:52:16

 9        THE WITNESS:   So, in fact -- no.  It's --      02:52:18

10    we're looking at the files uploaded by the user    02:52:23

11    and then how many times those files were           02:52:25

12    downloaded.                                         02:52:27

13             And so, you know, the user, they had      02:52:29

14    their third notice day.  They upload their 1200    02:52:39

15    files, and then we're counting how many times      02:52:41

16    those 1200 files were downloaded by anyone.        02:52:46

17    BY MR. SCHOENBERG:                                  02:52:51

18        Q.   And then the next column is called         02:52:52

19    "Downloads of Files in Suit Uploaded After Third    02:52:54

20    Notice."                                            02:52:57

21             I take it that's a subset of the prior    02:52:57

22    column limited to the files in suit; is that        02:52:59

23    right?                                              02:53:02

24        A.   Yes.  I guess, in fact, you know,          02:53:02

25    perhaps the user has uploaded 2,000 files of which  02:53:04
```

Page 374

| | | |
|---|---|---|
| 1 | 1200 are files in suit.  So the first one is | 02:53:07 |
| 2 | looking at downloads of all 2,000 files.  The | 02:53:10 |
| 3 | second is looking at downloads of just the 1200 | 02:53:14 |
| 4 | files in suit. | 02:53:17 |
| 5 | Q.   Right.  And then the final column is | 02:53:17 |
| 6 | called "Downloads of Files in Suit Uploaded After | 02:53:20 |
| 7 | Third Notice & Removed for Copyright | 02:53:24 |
| 8 | Infringement." | 02:53:26 |
| 9 | A.   Right.  So this is looking at the files | 02:53:27 |
| 10 | identified in the first column that we discussed, | 02:53:30 |
| 11 | the upload column with the complicated condition; | 02:53:33 |
| 12 | and we're looking at how many times those files | 02:53:38 |
| 13 | were downloaded. | 02:53:40 |
| 14 | Q.   Got it.  Do you know which columns in | 02:53:41 |
| 15 | this Exhibit 19 were not in the original version | 02:54:21 |
| 16 | of Exhibit 19? | 02:54:27 |
| 17 | A.   I don't recall. | 02:54:28 |
| 18 | Q.   I think that was submitted with your -- | 02:54:31 |
| 19 | your original expert report. | 02:54:34 |
| 20 | A.   I don't recall. | 02:54:35 |
| 21 | Q.   But it's fair to say that whatever | 02:54:36 |
| 22 | additional columns were added were added at the | 02:54:44 |
| 23 | request of counsel? | 02:54:47 |
| 24 | A.   Yes. | 02:54:48 |
| 25 | Q.   Now, I want to back up a few columns to | 02:54:49 |

Page 375

```
 1    STATE OF ILLINOIS )
                        )  SS:
 2    COUNTY OF C O O K )
 3            I, KIMBERLY WINKLER CHRISTOPHER, a
 4    Certified Shorthand Reporter of the State of
 5    Illinois, do hereby certify:
 6            That previous to the commencement of the
 7    examination of the witness, the witness was duly
 8    sworn to testify the whole truth concerning the
 9    matters herein;
10            That the foregoing deposition transcript
11    was reported stenographically by me, was
12    thereafter reduced to typewriting under my
13    personal direction and constitutes a true record
14    of the testimony given and the proceedings had;
15            That the said deposition was taken
16    before me at the time and place specified;
17            That I am not a relative or employee or
18    attorney or counsel, nor a relative or employee of
19    such attorney or counsel for any of the parties
20    hereto, nor interested directly or indirectly in
21    the outcome of this action.
22
23
24
25
                                           Page 480
```

1          IN WITNESS WHEREOF, I do hereunto set my

2     hand this 30th day of January, 2012.

3

4

5                      _____

6                      C.S.R. Certificate No. 084-002752

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 481