**PUBLICLY FILED REDACTED VERSION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*    /

**DEFENDANTS' NOTICE OF FILING THE PUBLICLY FILED
REDACTED VERSION OF THE DECLARATION OF ANTHONY
SCHOENBERG AND EXHIBITS THERETO, FILED IN SUPPORT
OF DEFENDANTS' BRIEF IN SUPPORT OF MOTION TO
STRIKE REPLY DECLARATION OF DR. IAN FOSTER IN
SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendants, Hotfile Corporation ("Hotfile") and Anton Titov ("Mr. Titov") (collectively Hotfile and Mr. Titov are "Defendants"), provide this notice of filing the publicly filed redacted version of the Declaration of Anthony Schoenberg and Exhibits Thereto, filed in Support of Defendants' Brief in Support of Motion to Strike Reply Declaration of Dr. Ian Foster in Support

**PUBLICLY FILED REDACTED VERSION**

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

of Plaintiffs' Motion for Summary Judgment. The publicly filed redacted version of the Declaration and its Exhibits is attached as Exhibit A to this Notice of Filing.

DATED: May 2, 2012              Respectfully submitted,

s/Janet T. Munn
Janet T. Munn, Esq. Fla. Bar No. 501281
Email: jmunn@rascoklock.com
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone:  305.476.7101
Telecopy: 305.476.7102

And

s/Roderick M. Thompson
Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email:  rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email:  aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email:  tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email:  dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email:  jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA  94104
Telephone:  415.954.4400
Telecopy: 415.954.4480

**PUBLICLY FILED REDACTED VERSION**

        CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

    And

    Valentin Gurvits, Esq. (admitted *pro hac vice*)
    Email: vgurvits@bostonlawgroup.com
    BOSTON LAW GROUP
    825 Beacon Street, Suite 20
    Newton Center, MA 02459
    Telephone:  617.928.1800
    Telecopy:  617.928.1802

    *Counsel for Defendants Hotfile Corporation*
     *and Anton Titov*

**PUBLICLY FILED REDACTED VERSION**

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2012, a true and correct copy of the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL  33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA  91403-5885
Telephone: 818.935.5812

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

By: s/ Janet T. Munn
       Janet T. Munn