# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    Plaintiffs,

  vs.

HOTFILE CORP., ANTON TITOV,
and DOES 1-10,

    Defendants.
_____
AND RELATED CROSS-ACTION.
_____


**HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

VIDEOTAPED DEPOSITION OF DAVID R. KAPLAN, ESQUIRE

PURSUANT TO FEDERAL RULE 30(b)(6)

Los Angeles, California

Wednesday, December 14, 2011

Volume 2

Reported by:
CHERYL R. KAMALSKI
CSR No. 7113

Job No. 179415





```
 1              I, the undersigned, a Certified Shorthand
 2      Reporter of the State of California, do hereby certify:
 3              That the foregoing proceedings were taken
 4      before me at the time and place herein set forth; that
 5      any witnesses in the foregoing proceedings, prior to
 6      testifying, were duly sworn; that a record of the
 7      proceedings was made by me using machine shorthand
 8      which was thereafter transcribed under my direction;
 9      that the foregoing transcript is a true record of the
10      testimony given.
11              Further, that if the foregoing pertains to
12      the original transcript of a deposition in a Federal
13      Case, before completion of the proceedings, review of
14      the transcript [ ] was [x] was not requested
15              I further certify I am neither financially
16      interested in the action nor a relative or employee
17      of any attorney or any party to this action.
18              IN WITNESS WHEREOF, I have this date subscribed
19      my name.
20
21      Dated: 12/27/2011
22
23                               _____
                                    CHERYL R. KAMALSKI
24                                  CSR No. 7113
25
```

