(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 11-20427-CIV-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC., et al.,

    Plaintiff

v.

HOTFILE CORP., ANTON TITOV,

    Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Janet T. Munn, Esq., on behalf of Defendants Hotfile Corp. & Anton Titov
Address: Rasco Klock, 283 Catalonia Ave., Suite 200, Coral Gables, FL 33134
Telephone: 305.476.7101

On behalf of (select one): ☐ Plaintiff   ☒ Defendant

Date sealed document filed: 5/9/2012

If sealed pursuant to statute, cite statute: ___

If sealed pursuant to previously entered protective order, date of order and docket entry number: 01-17-12 [DE #227]

The matter should remain sealed until:

☐ Conclusion of Trial
☐ Case Closing
☐ Other: ___
☐ Permanently. Specify the authorizing law, rule, court order:
☐ Arrest of First Defendant
☒ Conclusion of Direct Appeal

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file
☒ Returned to the party or counsel for the party, as identified above
☐ Destroyed

1. Defendants' Reply Memorandum In Support of Motion to Strike Reply Declaration of Dr. Ian Foster Submitted in Support of Plaintiffs' Motion for Summary Judgment.

*/s/ Janet T. Munn*
Attorney for: Defendants