UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**UNOPPOSED MOTION FOR WITHDRAWAL OF DUANE C. POZZA AS
COUNSEL FOR PLAINTIFFS**

Plaintiffs and Duane C. Pozza, pursuant to Local Rule 11.1(d)(3), hereby move the court to enter an order permitting the withdrawal of Duane C. Pozza as one of the counsel of record for Plaintiffs in this matter and directing the Clerk to remove him from the CM/ECF notification list herein, and in support thereof state:

1. Duane C. Pozza of Jenner & Block LLP has appeared herein, *pro hac vice*, as one of the counsel of record for Plaintiffs.

2.	This motion to withdraw as counsel is being filed because Mr. Pozza is leaving his position at Jenner & Block LLP.

3.	Accordingly it is requested that the Court enter an order permitting Mr. Pozza's withdrawal as counsel and directing the Clerk to remove him from the CM/ECF notification list herein.

4.	Pursuant to Local Rule 7.1, undersigned counsel has conferred with counsel for Defendants, who have advised they have no objection to the relief sought herein.

Dated: May 10, 2012

Respectfully submitted,

By: /s/Karen L. Stetson__
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, Fl 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

MOTION PICTURE ASSOCIATION
 OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone: (818) 995-6600
Fax: (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for Plaintiffs*

### CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that, pursuant to Local Rule 7.1(a)(3), U.S. District Court for the Southern District of Florida, counsel for Plaintiffs have conferred with counsel for defendants Hotfile Corp. and Anton Titov in a good faith effort to resolve the issues raised in this Motion, and counsel for defendants has indicated that they consent to the requested relief.

Dated:  May 10, 2012                                By: /s/ Karen L. Stetson_____
                                                                            Karen L. Stetson

                                                                            GRAY-ROBINSON, P.A.
                                                                            Karen L. Stetson (FL Bar No. 742937)
                                                                            1221 Brickell Avenue
                                                                            Suite 1600
                                                                            Miami, FL 33131
                                                                            Phone: 305-416-6880
                                                                            Fax: 305-416-6887

MOTION PICTURE ASSOCIATION                 JENNER & BLOCK LLP
OF AMERICA, INC.                                          Steven B. Fabrizio (*Pro Hac Vice*)
Karen R. Thorland (*Pro Hac Vice*)                Duane C. Pozza (*Pro Hac Vice*)
15301 Ventura Blvd.                                         Luke C. Platzer  (*Pro Hac Vice*)
Building E                                                         1099 New York Ave., N.W.
Sherman Oaks, CA  91403                              Suite 900
                                                                           Washington, DC 20001
                                                                           Phone: 202-639-6000
                                                                           Fax: 202-639-6066

                                                                           *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th Day of May 2012, I served the following document on all counsel of record on the attached service list via the Court's CM/ECF filing system:

**Unopposed Motion for Withdrawal of Duane C. Pozza as Counsel for Plaintiffs**

By: /s/ Karen L. Stetson_____
     Karen L. Stetson

**SERVICE LIST**

**Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
CASE NO. 11-CIV-20427-JORDAN**

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*