UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
                                                                    /

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
                                                                    /

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF DUANE C. POZZA AS COUNSEL FOR PLAINTIFFS

THIS CAUSE having come before the Court upon Plaintiffs' and Duane C. Pozza's UNOPPOSED MOTION FOR WITHDRAWAL OF DUANE C. POZZA AS COUNSEL FOR PLAINTIFFS pursuant to Local Rule 11.1(d)(3), and the Court being duly advised in the premises, it is

ORDERED AND ADJUDGED that the Motion to Withdraw is GRANTED and Duane C. Pozza is hereby withdrawn as one of the counsel of record for Plaintiffs in this matter. The Clerk is hereby directed to remove Attorney Pozza from the CM/ECF notification list herein.

DONE AND ORDERED in chambers at Miami, Florida this _____ day of _____ 2012.

                                                                                                                                   _____
                                                                                                                                   Kathleen M. Williams
                                                                                                                                   United States District Judge

cc:      All Counsel of Record