Page 1 of 2

Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

    *Defendants.*             /

HOTFILE CORP.,

    *Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*         /

[463]

**ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS HOTFILE
CORPORATION AND ANTON TITOV FOR LEAVE TO FILE UNDER SEAL
DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION
TO STRIKE REPLY DECLARATION OF DR. IAN FOSTER SUBMITTED
IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**THIS CAUSE** came before the Court on the Unopposed Motion of Defendants' to File

Under Seal, Defendants' Reply Memorandum in Support of Defendants' Motion to Strike the

Reply Declaration of Dr. Ian Foster Submitted in Support of Plaintiffs' Motion for Summary

Judgment ("Unopposed Motion to File Under Seal").

Page 2 of 2
CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

The Court has considered Defendants' Motion to File Under Seal and being otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that the Unopposed Motion to File Under Seal is hereby Granted. The filing set forth above shall be filed and maintained under seal.

**DONE AND ORDERED** in chambers at Miami, Florida this ___ day of May 2012.

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc:    All Counsel of Record

2