UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 11-20427-CV-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    Plaintiffs
v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF FILING PUBLIC REDACTED VERSION OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE THE REPLY DECLARATION OF DR. IAN FOSTER**

Plaintiffs hereby give notice of filing the attached Public Redacted Version of Plaintiffs' Memorandum of Law In Opposition To Defendants' Motion To Strike The Reply Declaration of Dr. Ian Foster.

Dated: May 15, 2012

Respectfully submitted,

GrayRobinson, P.A.
Attorneys for Plaintiffs
1221 Brickell Avenue
Suite 1650
Miami, FL 33131
Tel: (305) 416-6880
Fax: (305) 416-6887

# 728840 v1

CASE NO: 11-20427-CV-WILLIAMS-TURNOFF

By: /s/ Karen L. Stetson
Karen L. Stetson
Florida. Bar No. 742937

| | |
|---|---|
| MOTION PICTURE ASSOCIATION OF AMERICA, INC. | JENNER & BLOCK LLP<br>Steven B. Fabrizio<br>(*Pro Hac Vice*) |
| Karen R. Thorland (*Pro Hac Vice*)<br>15301 Venture Blvd., Building E<br>Sherman Oaks, CA 91403 | Luke C. Platzer (*Pro Hac Vice*)<br>1099 New York Ave., N.W., Suite 900<br>Washington, DC 20001<br>Tel: (202) 639-6000<br>Fax: (202) 639-6066 |

*Attorneys for Plaintiffs*

# 728840 v1