UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.

_____ /

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.

_____ /

**DECLARATION OF LUKE PLATZER IN SUPPORT OF PLAINTIFFS'
MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO
STRIKE THE REPLY DECLARATION OF DR. IAN FOSTER**

**PUBLIC REDACTED VERSION**

I, Luke C. Platzer, declare as follows:

1.     I am a partner at the law firm of Jenner & Block LLP, and counsel to the plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc.  The statements made in this declaration are based on my personal knowledge.  If called to testify, I would testify as follows:

2.     Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs' Supplemental Rule 26 Disclosures, dated December 23, 2011 in the above-captioned case.

3.     Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition of Dr. Ian Foster, taken on December 14, 2011 and January 20, 2012 in the above-captioned case.

4.     Paragraph 120 of the Yeh Declaration attaches (as Yeh Exhibit 119) Plaintiffs' Third Supplemental Responses and Objections to Hotfile Corp.'s Interrogatory No. 1 and Plaintiffs' Fourth Supplemental Responses and Objections to Hotfile Corp.'s Interrogatory No. 1, which identify files that appeared to be copies of plaintiffs' copyrighted works.  Defendants claimed during depositions of plaintiffs' personnel that some files on the list originally identified by plaintiffs were misidentified.  Plaintiffs subsequently provided defendants with the revised interrogatory response attached to the Yeh Declaration as Exhibit 119, which removes the claimed misidentified files.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2012.

Luke C. Platzer

# EXHIBIT 1

**REDACTED**

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT, INC.,

                    Plaintiffs,

          vs.                        Case No.
                                11-cv-20427-AJ

HOTFILE CORPORATION,
ANTON TITOV, and DOES 1-10.

                    Defendants.

_____

    HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

        The videotaped deposition of IAN FOSTER, Ph.D.,

taken pursuant to the Federal Rules of Civil Procedure

of the United States District Courts pertaining to the

taking of depositions, taken before PAULINE M. VARGO, a

Certified Shorthand Reporter within and for the State of

Illinois, C.S.R. No. 84-1573, at the Law Offices of

Jenner & Block, Suite 4500, 353 North Clark Street,

Chicago, Illinois, on December 14, 2011, at 8:59 a.m.


Job No. 178795



```
 1     PRESENT:

 2

 3            JENNER & BLOCK, LLP
              1099 New York Avenue NW, Suite 900
 4            Washington, D.C.  20001
              202.639.6000, by:
 5            MR. LUKE C. PLATZER
              lplatzer@jenner.com
 6
                      appeared on behalf of the Plaintiffs
 7                    and Counterdefendants;

 8
              FARELLA, BRAUN & MARTEL, LLP
 9            235 Montgomery Street
              San Francisco, California  94104
10            415.954.4400, by:
              MR. ANTHONY P. SCHOENBERG
11            tschoenberg@fbm.com

12                    appeared on behalf of Defendants
                      Hotfile Corp. and Anton Titov.
13

14     ALSO PRESENT:

15            MR. ANDREW CROMARTY.

16

       VIDEOGRAPHER:
17

18            MR. CESAR RIOS

              Sarnoff Court Reporters
19

20

21

22

23

24

25
```



**IAN FOSTER, PH.D.**  12/14/2011
**HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**





IAN FOSTER, PH.D.                                    12/14/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



11:28:07  8        Q.        And somewhere in your report I

11:28:09  9    believe you state that file names are suggestive

11:28:15 10    of the content of files, is that right?

11:28:19 11        A.        Let's check and see what I said.

11:28:21 12        Q.        I think it may be in a different

11:28:22 13    section of your report, although I may be

11:28:26 14    mistaken.

11:28:27 15        A.        I think you are referring to

11:28:29 16    Section 2A, Paragraph 13.

11:28:34 17        Q.        Correct.  You say -- well, you

11:28:47 18    state in the second paragraph of Paragraph 13

11:28:51 19    that, quote, "For instance, if the file is

11:28:53 20    called 'Harry Potter and the Half-Blood Prince,'

11:28:56 21    then it is an indication that the file is more

11:28:59 22    likely to contain the motion picture 'Harry

11:29:03 23    Potter and the Half-Blood Prince' than bearing

11:29:05 24    some other name," unquote, and I think you are

11:29:09 25    missing a word, the word "file," I think.



11:29:14  1           MR. PLATZER:  I believe you are

11:29:15  2  correct.

11:29:15  3  BY THE WITNESS:

11:29:16  4       A.       Yes.

11:29:16  5  BY MR. SCHOENBERG:

11:29:21  6       Q.       And have you -- do you do any

11:29:22  7  analysis to support that statement about file

11:29:28  8  names being suggestive of file content?

11:29:37  9       A.       I did look to see whether there

11:29:43  10  was a file with this name.  Because I don't have

11:29:50  11  access to the Hotfile content, I didn't look at

11:29:57  12  their file to see whether indeed it was the

11:30:00  13  motion picture "Harry Potter and the Half-Blood

11:30:04  14  Prince."

11:30:04  15       Q.       So you actually don't know whether

11:30:05  16  it is the motion picture "Harry Potter and the

11:30:07  17  Half-Blood Prince"?

11:30:11  18           MR. PLATZER:  Objection to form.

11:30:13  19  BY THE WITNESS:

11:30:15  20       A.       I think the -- I think what I am

11:30:17  21  making here is what surely cannot be a

11:30:20  22  controversial statement, that if someone calls a

11:30:23  23  file "Harry Potter and the Half-Blood Prince,"

11:30:26  24  then it is -- there is some likelihood and, in

11:30:30  25  fact, probably a high likelihood that that is



11:30:32  1        what the file contains.

11:30:37  2        BY MR. SCHOENBERG:

11:30:38  3            Q.        But your only support for that

11:30:43  4        analysis, though, is seeing that there was a

11:30:45  5        file with that name that had been uploaded to

11:30:49  6        Hotfile, is that right?

11:30:50  7                MR. PLATZER:  Objection to form.

11:30:50  8        BY THE WITNESS:

11:30:54  9            A.        I think this is a, if you like, an

11:30:57 10        expert opinion based on my knowledge of how

11:30:59 11        people name files in the Internet, which is, you

11:31:04 12        know, something that I have worked with for --

11:31:08 13        you know, since its very early days.  It is very

11:31:12 14        common that people use names that are indicative

11:31:15 15        of the contents.  What we say is they put

11:31:18 16        metadata in the file name.



IAN FOSTER, PH.D.                                    12/14/2011
**HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

11:45:08  2        Q.        Dr. Foster, you said before we

11:45:10  3   took our break that it's very common that people

11:45:12  4   use names that are indicative of the contents of

11:45:16  5   files.  Can you describe for me what in your

11:45:20  6   experience or expertise or research is the basis

11:45:26  7   for that statement?

11:45:31  8        A.        It's I think a combination of

11:45:38  9   experience with using the web.  Some research we

11:45:44  10  have done, I did research some years ago

11:45:47  11  analyzing the contents of Napster system -- I'm

11:45:52  12  sorry -- the Nutella system or the Napster

11:45:58  13  system, or I guess both, observing the way that

11:46:01  14  people name files in, for example, scientific

11:46:06  15  collaborations.

11:46:11  16       Q.        Anything else?

11:46:18  17       A.        None come to mind.



IAN FOSTER, PH.D.                                    12/14/2011
**HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

11:52:56   3        Q.        And can you think of reasons why

11:52:59   4   users of Hotfile might have different

11:53:02   5   motivations about naming their files than users

11:53:07   6   of a peer-to-peer network such as Nutella?

11:53:10   7             MR. PLATZER:  Objection to form.

11:53:14   8   BY THE WITNESS:

11:53:14   9        A.        Yeah, I don't have really any

11:53:17  10   insight as to why, why people would name files

11:53:23  11   on Hotfile one way or another except to observe

11:53:26  12   that in many contexts the file name -- the name

11:53:31  13   of a file is the most immediately accessible

11:53:35  14   metadata, and if you want to be able to

11:53:38  15   communicate -- either keep track yourself of

11:53:40  16   what files are uploaded or communicate a file to

11:53:43  17   someone else, then you want that metadata to

11:53:47  18   have some meaning, which is why I've expressed

11:53:51  19   the opinion that you are likely to see file

11:53:54  20   names that both in terms of the file name and

11:53:57  21   the extension are meaningful.

11:54:01  22   BY MR. SCHOENBERG:

11:54:01  23        Q.        But again, you have no analytical

11:54:04  24   data to support that conclusion?

11:54:08  25             MR. PLATZER:  Objection to the form.



IAN FOSTER, PH.D.                           12/14/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

11:54:11  1    BY THE WITNESS:

11:54:11  2        A.      It's based -- that opinion is

11:54:13  3    based on my -- I guess my general knowledge,

11:54:17  4    expert opinion and so forth.  I have not

11:54:19  5    analyzed the contents of Hotfile files in order

11:54:26  6    to back it up.

11:54:28  7    BY MR. SCHOENBERG:

11:54:28  8        Q.      And let me give you a

11:54:34  9    hypothetical.

11:54:35 10             If someone were posting -- you are

11:54:40 11    familiar -- you mention in your report the

11:54:42 12    existence of third-party websites where --

11:54:45 13        A.      Yes.

11:54:46 14        Q.      -- sometimes links are posted to

11:54:49 15    files on Hotfile servers, correct?

11:54:52 16        A.      Yes.

11:54:52 17        Q.      I want you to assume that someone

11:54:56 18    is in the Hotfile affiliate program, has

11:55:00 19    uploaded infringing content to Hotfile

11:55:04 20    servers --

11:55:04 21        A.      Yes.

11:55:05 22        Q.      -- and has posted links to that

11:55:08 23    content on a third-party website.

11:55:15 24             Might that person -- might that

11:55:20 25    person have a motivation to not give their file



877.955.3585

99

| | |
|---|---|
| 11:55:28 | 1 |
| 11:55:32 | 2 |
| 11:55:37 | 3 |
| 11:55:39 | 4 |
| 11:55:42 | 5 |
| 11:55:43 | 6 |
| 11:55:45 | 7 |
| 11:55:45 | 8 |
| 11:55:47 | 9 |
| 11:55:50 | 10 |
| 11:55:52 | 11 |
| 11:55:56 | 12 |
| 11:55:59 | 13 |
| 11:56:01 | 14 |
| 11:56:03 | 15 |
| 11:56:07 | 16 |
| 11:56:10 | 17 |
| 11:56:11 | 18 |
| 11:56:15 | 19 |
| 11:56:16 | 20 |
| 11:56:18 | 21 |
| 11:56:22 | 22 |
| 11:56:22 | 23 |
| 11:56:26 | 24 |
| 11:56:29 | 25 |

1  name a suggestive name in order to avoid things

2  like the types of content protection software

3  you suggest in your report, for example,

4  metadata and analytical software?

5          MR. PLATZER:  Objection to form,

6  incomplete hypothetical.

7  BY THE WITNESS:

8      A.      I would like to, first of all,

9  make it clear, you are asking now a different

10  question.  I'm stating here that a file which

11  has the name -- a meaningful name, that name is

12  likely to refer to the contents of the file.

13              Now you are asking a different

14  question, saying if a file does not have a

15  meaningful name, is there some reason why

16  someone might give a file a non-meaningful name.

17              Certainly there could be various

18  reasons why people might give files

19  non-meaningful names, but I think that's

20  completely independent of this question of

21  whether "Harry Potter and the Half-Blood Prince"

22  is likely to have contained that movie.

23  BY MR. SCHOENBERG:

24      Q.      You would agree that there might

25  be a variety of reasons why users may decide to



11:56:32   1      name files in ways that do not suggest the

11:56:35   2      contents; would you agree with that?

11:56:37   3              MR. PLATZER:   Objection to form.

11:56:39   4      BY THE WITNESS:

11:56:40   5          A.       Yeah, I can imagine reasons why

11:56:42   6      people might use names that do not refer to

11:56:46   7      their content.



IAN FOSTER, PH.D.                          12/14/2011
**HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

15:22:59  1    mentioned before a couple times.  What is your

15:23:02  2    understanding of what the files in suit are?

15:23:09  3         A.      I believe they are a set of files

15:23:16  4    that the Plaintiffs assert are copyrighted,

15:23:23  5    unauthorized content files.

15:23:27  6         Q.      In other words, files containing

15:23:31  7    works to which the Plaintiffs own copyrights --

15:23:34  8         A.      Yes.

15:23:35  9         Q.      -- that they claim have been

15:23:36 10    uploaded to Hotfile without their authorization?

15:23:39 11    Is that another way to say it?

15:23:40 12         A.      Yes.

15:23:46 13         Q.      Did you do anything to ascertain

15:23:48 14    or verify that plaintiffs actually owned the

15:23:53 15    copyrights for any of those files?

15:23:56 16         A.      I did not.



877.955.3855

191

```
 1      CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

 2

 3              I, PAULINE M. VARGO, a Certified

 4      Shorthand Reporter of the State of Illinois,

 5      C.S.R. No. 84-1573, do hereby certify:

 6              That previous to the commencement of the

 7      examination of the witness, the witness was duly

 8      sworn to testify the whole truth concerning the

 9      matters herein;

10              That the foregoing deposition transcript

11      was reported stenographically by me, was thereafter

12      reduced to typewriting under my personal direction

13      and constitutes a true record of the testimony

14      given and the proceedings had;

15              That I am not a relative, employee,

16      attorney or counsel, nor a relative or employee of

17      such attorney or counsel for any of the parties

18      hereto, nor interested directly or indirectly in

19      the outcome of this action.

20              CERTIFIED TO THIS 21st DAY OF DECEMBER,

21      A.D., 2011.

22

23                          _____
                            Pauline M. Vargo, C.S.R.

24                          C.S.R. No. 84-1573

25
```



```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
           CASE NO. 11-20427-WILLIAMS/TURNOFF
 3
    DISNEY ENTERPRISES, INC., TWENTIETH  )
 4  CENTURY FOX FILM CORPORATION,        )
    UNIVERSAL CITY STUDIOS PRODUCTIONS   )
 5  LLLP, COLUMBIA PICTURES INDUSTRIES,  )
    INC., and WARNER BROS. ENTERTAINMENT,)
 6  INC.,                                )
                                         )
 7       Plaintiffs,                     )
                                         )
 8    vs.                                ) VOLUME II
                                         )
 9  HOTFILE CORP., ANTON TITOV, and      )
    DOES 1-10,                           )
10                                       )
         Defendants.                     )
11  -------------------------------------)
    HOTFILE CORP.,                       )
12                                       )
         Counterclaimant,                )
13                                       )
      vs.                                )
14                                       )
    WARNER BROS. ENTERTAINMENT, INC.,    )
15                                       )
         Counterdefendant.               )
16
17           The deposition of DR. IAN FOSTER, called
18  for examination, taken before KIMBERLY WINKLER
19  CHRISTOPHER, CSR No. 084-002752, Certified
20  Shorthand Reporter of the State of Illinois, at
21  353 North Clark Street, Suite 4500, Chicago,
22  Illinois, on the 20th day of January, A.D. 2012,
23  at 9:09 a.m.
24
25  PAGES 231 - 483
```

Page 231

```
 1        PRESENT:
 2            JENNER & BLOCK
             1099 New York Avenue NW
 3           Suite 900
             Washington, DC 20001-4412
 4           BY:  MR. LUKE C. PLATZER
             lplatzer@jenner.com
 5           202-639-6000
 6                    Appeared on behalf of Disney
                      Enterprises, Inc., Twentieth
 7                    Century Fox Film Corporation,
                      Universal City Studios
 8                    Productions LLLP, Columbia
                      Pictures Industries, Inc., and
 9                    Warner Bros. Entertainment,
                      Inc.;
10
             FARELLA BRAUN & MARTEL, LLP
11           235 Montgomery Street
             San Francisco, California 94104
12           BY:  MR. ANTHONY P. SCHOENBERG
             tschoenberg@fbm.com
13           415-954-4400
14                    Appeared on behalf of Hotfile
                      Corp., and Anton Titov.
15
         ALSO PRESENT:
16
             MS. MARY ANN NAAS (Videographer)
17
18
19
20
21
22
23
24
25

                                        Page  232
```



Page 372



Page 373



Page 374



Page 375

```
 1   STATE OF ILLINOIS )

                      )  SS:

 2   COUNTY OF C O O K )

 3              I, KIMBERLY WINKLER CHRISTOPHER, a

 4   Certified Shorthand Reporter of the State of

 5   Illinois, do hereby certify:

 6              That previous to the commencement of the

 7   examination of the witness, the witness was duly

 8   sworn to testify the whole truth concerning the

 9   matters herein;

10              That the foregoing deposition transcript

11   was reported stenographically by me, was

12   thereafter reduced to typewriting under my

13   personal direction and constitutes a true record

14   of the testimony given and the proceedings had;

15              That the said deposition was taken

16   before me at the time and place specified;

17              That I am not a relative or employee or

18   attorney or counsel, nor a relative or employee of

19   such attorney or counsel for any of the parties

20   hereto, nor interested directly or indirectly in

21   the outcome of this action.

22

23

24

25
```

Page  480

```
 1              IN WITNESS WHEREOF, I do hereunto set my
 2      hand this 30th day of January, 2012.
 3
 4
 5                      _____
 6                      C.S.R. Certificate No. 084-002752
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 481