UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

    Plaintiffs,

v.

HOTFILE CORP., ANTON TITOV,
and DOES 1-10.

    Defendants.                                    /

HOTFILE CORP.,

    Counterclaimant,

v.

WARNER BROS. ENTERTAINMENT INC.,

    Counter-Defendant.                         /

**JOINT MOTION FOR THE PARTIES
TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM
DURING THE AUGUST 17, 2012 HEARING AND ANY DAY THEREAFTER
WITH RESPECT TO ANY ADDITIONAL DAYS OF HEARING AND FOR PRIOR
ACCESS TO THE COURTROOM TO SET-UP SUCH EQUIPMENT**

Plaintiffs, Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. ("Plaintiffs") and Defendants, Hotfile Corporation and Anton Titov ("Defendants") (the Plaintiff and Defendants are collectively referred to as "the Parties"), hereby file the following agreed joint motion for leave to bring into the Courtroom for the August 17,

2012 hearing, the audiovisual and electronic equipment listed below and respectfully request that they be permitted access to the Courtroom prior to the August 17, 2012 hearing, so that they may set-up the equipment ("Joint Motion"). In support of their Joint Motion, the Parties state the following:

The Parties believe that they can present their arguments most effectively and efficiently with the aid of litigation technology software, computers and other electronic equipment. Accordingly, the Parties request that they be permitted to bring the following equipment into the Courtroom:

1. Karen L. Stetson, Gray-Robinson, P.A., counsel for Plaintiffs, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer; two (2) power cords and one (1) extension cord; and one (1) cellular telephone;

2. Steven B. Fabrizio, of Jenner & Block LLP ("Jenner"), counsel for Plaintiffs, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord; one (1) extension cord; one (1) iPad and one (1) iPhone cellular telephone;

3. Luke C. Platzer, of Jenner, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord; one (1) extension cord; and one (1) cellular telephone;

4. Jennifer V. Yeh, of Jenner, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord; one (1) extension cord; and one (1) iPhone cellular telephone;

5. Rochelle P. Lundy, of Jenner, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord; one (1) extension cord; and one (1) cellular telephone;

6. Jane C. Rosen, of Jenner, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord; one (1) extension cord; and one (1) cellular telephone;

7. Janet T. Munn, Rasco Klock, et al. ("Rasco Klock"), counsel for Defendants, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer, two (2) power cords; one (1) extension cord and one (1) iPhone cellular telephone;

8. Odalys Gonzalez, paralegal, of Rasco Klock, counsel for Defendants, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord; one (1) extension cord and one (1) iPhone cellular telephone;

9. Roderick M. Thompson, Farella Braun and Martel ("Farella"), counsel for Defendants, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer or i-Pad; one (1) power cord; one (1) extension cord; and one (1) iPhone cellular telephone;

10. N. Andrew Leibnitz, of Farella, counsel for Defendants, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord; one (1) extension cord and one (1) iPhone cellular telephone;

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

11. Anthony P. Schoenberg, of Farella, counsel for Defendants, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord; one (1) extension cord; one (1) iPad; and (1) one cellular telephone;

12. Deepak Gupta, of Farella, counsel for Defendants, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord; one (1) extension cord and one (1) cellular telephone;

13. Valentin Gurvits, of Boston Law Group, counsel for Defendants, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer and one (1) cellular telephone; and

14. Karl Reed and/or another employee of Trial Graphix, outside technology consultants for Defendants, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) presentation laptop; one (1) backup laptop; one (1) 4-Way switching device; one (1) high resolution projector; VGA cables; gender benders; extension cords; power strips; power cords; gaffers tape; and one (1) cellular telephone.

The Parties further respectfully request that they be permitted to have access to the Courtroom at noon on August 16, 2012, to bring their equipment and set-up their equipment if the Courtroom is not otherwise in use or at another time of convenience for the Court and its staff. This will enable the Parties to have an opportunity to set up and test the equipment so that the Court is not delayed in starting the hearing.

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## CONCLUSION

For the foregoing reasons, Plaintiff and Defendants jointly respectfully request that the Court grant this Joint Motion and permit the Parties to bring the designated technology to Court at the requested time, for use during the August 17, 2012 hearing and thereafter as needed for court appearances for motions heard at the August 17, 2012 hearing and to bring their equipment to court on August 16, 2012 or any date convenient to the Court to set-up such equipment. A proposed Order is attached hereto as Exhibit "A" and is being submitted by email to the Court.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I, Janet T. Munn, counsel for the Defendants, hereby certify that I am filing this Joint Motion on behalf of all the Parties, and I further certify that I have conferred with all parties or non-parties who may be affected by the relief sought in this Joint Motion in a good faith effort to resolve the issues raised in this Joint Motion and that counsel for Plaintiff has agreed to the relief requested in this Joint Motion and has authorized the filing of this Joint Motion on the Plaintiff's behalf.

s/ Janet T. Munn
Janet T. Munn

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DATED: August 13, 2012

s/Karen L. Stetson, Esq.
Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL  33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

s/Steven B. Fabrizio, Esq.
Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA  91403-5885
Telephone: 818.935.5812

*Counsel for Plaintiffs*

Respectfully submitted,

s/Janet T. Munn
Janet T. Munn, Esq. Fla. Bar No. 501281
Email: jmunn@rascoklock.com
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone:  305.476.7101
Telecopy: 305.476.7102

And

s/Roderick M. Thompson
Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email:  rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email:  aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email:  tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email:  dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email:  jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA  94104
Telephone:  415.954.4400
Telecopy: 415.954.4480

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation
 and Anton Titov*

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 13, 2012, a true and correct copy of the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| Karen L. Stetson, Esq. | Karen R. Thorland, Esq. (admitted pro hac vice) |
| GRAY-ROBINSON, P.A. | Senior Content Protection Counsel |
| Email: Karen.Stetson@gray-robinson.com | Email: Karen_Thorland@mpaa.org |
| 1221 Brickell Avenue | Motion Picture Association of America, Inc. |
| Suite 1600 | 15301 Ventura Boulevard, Building E |
| Miami, FL  33131 | Sherman Oaks, CA  91403-5885 |
| Telephone: 305.416.6880 | Telephone: 818.935.5812 |
| Telecopy: 305.416.6887 | |

Steven B. Fabrizio, Esq. (admitted pro hac vice)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted pro hac vice)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted pro hac vice)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

By: s/Janet T. Munn
    Janet T. Munn