*Disney Enterprises, et al. v. Hotfile Corp., et al.*

**Case No. 11-CIV-20427-WILLIAMS/TURNOFF**

# EXHIBIT "A"

**(PROPOSED) ORDER GRANTING JOINT MOTION FOR THE PARTIES TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM DURING THE AUGUST 17, 2012 HEARING AND ANY DAY THEREAFTER WITH RESPECT TO ANY ADDITIONAL DAYS OF HEARING AND FOR PRIOR ACCESS TO THE COURTROOM TO SET-UP SUCH EQUIPMENT**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

     *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

     *Defendants.*                    /

HOTFILE CORP.,

     *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

     *Counter-Defendant.*            /

**(PROPOSED) ORDER GRANTING JOINT MOTION FOR THE PARTIES TO
BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM DURING THE
AUGUST 17, 2012 HEARING AND ANY DAY THEREAFTER WITH RESPECT
TO ANY ADDITIONAL DAYS OF HEARING AND FOR PRIOR
<u>ACCESS TO THE COURTROOM TO SET-UP SUCH EQUIPMENT</u>**

**THIS MATTER** is before the Court on the Joint Motion of Plaintiffs, Disney

Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions

LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. ("Plaintiffs") and

Defendants, Hotfile Corporation and Anton Titov ("Defendants") (Plaintiffs and Defendants

together are the "Parties"), to Bring Electronic Equipment Into the Courtroom During the August

17, 2012 Hearing and Any Day Thereafter with Respect to Any Additional Days of Hearing and

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

For Prior Access to the Courtroom to Set-Up Such Equipment (D.E. # _____).  Upon review of the record and the motion, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion is Granted, as follows:

1.      Karen L. Stetson, Gray-Robinson, P.A., counsel for Plaintiffs, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer; two (2) power cords and one (1) extension cord; and one (1) cellular telephone;

2.      Steven B. Fabrizio, of Jenner & Block LLP ("Jenner"), counsel for Plaintiffs, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord; one (1) extension cord; one (1) iPad and one (1) iPhone cellular telephone;

3.      Luke C. Platzer, of Jenner, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord; one (1) extension cord; and one (1) cellular telephone;

4.      Jennifer V. Yeh, of Jenner, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord; one (1) extension cord; and one (1) iPhone cellular telephone;

5.      Rochelle P. Lundy, of Jenner, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord; one (1) extension cord; and one (1) cellular telephone;

6.      Jane C. Rosen, of Jenner, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord; one (1) extension cord; and one (1) cellular telephone;

7.      Janet T. Munn, Rasco Klock, et al. ("Rasco Klock"), counsel for Defendants, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer, two (2) power cords; one (1) extension cord and one (1) iPhone cellular telephone;

8.      Odalys Gonzalez, paralegal, of Rasco Klock, counsel for Defendants, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord; one (1) extension cord and one (1) iPhone cellular telephone;

9.      Roderick M. Thompson, Farella Braun and Martel ("Farella"), counsel for Defendants, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer or i-Pad; one (1) power cord; one (1) extension cord; and one (1) iPhone cellular telephone;

10.     N. Andrew Leibnitz, of Farella, counsel for Defendants, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord; one (1) extension cord and one (1) iPhone cellular telephone;

11.     Anthony P. Schoenberg, of Farella, counsel for Defendants, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord; one (1) extension cord; one (1) iPad; and (1) one cellular telephone;

12.     Deepak Gupta, of Farella, counsel for Defendants, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

with one (1) laptop computer; one (1) power cord; one (1) extension cord and one (1) cellular telephone;

13.     Valentin Gurvits, of Boston Law Group, counsel for Defendants, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) laptop computer and one (1) cellular telephone; and

14.     Karl Reed and/or another employee of Trial Graphix, outside technology consultants for Defendants, shall be permitted to enter the Courthouse on Friday, August 17, 2012 and each day thereafter that the hearing is proceeding with one (1) presentation laptop; one (1) backup laptop; one (1) 4-Way switching device; one (1) high resolution projector; VGA cables; gender benders; extension cords; power strips; power cords; gaffers tape; and one (1) cellular telephone;

15.     All persons authorized to bring equipment to Court for the purposes of the August 17, 2012 hearing and to set-up for the hearing on August _____, 2012, shall maintain a copy of this Order and shall provide it to the United States Marshal Service upon each entry into the Courthouse.

**DONE AND ORDERED** in chambers at Miami, Florida this ____ day of August 2012.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record

4