AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __Florida__

Disney Enterprises Inc., et al

v.

Hotfile Corporation, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 11-20427-CV-KMW

| PRESIDING JUDGE K.M. Williams | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) 8-17-2012 | COURT REPORTER David | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | A | 8/17 | A | A | composite - Hotfile Powerpoint storage/hosting guide for OA |
| 1 |  | 8/17 | 1 | 1 | Demonstrative - Timeline |
| 2 |  | 8/17 | 2 | 2 | Demonstrative - Download Statistics |
| 3 |  | 8/17 | 3 | 3 | Demonstrative - Top 500 Affiliates 444 of 500 |
| 4 |  | 8/17 | 4 | 4 | Demonstrative - Infringement Notices Stats |
| 5 |  | 8/17 | 5 | 5 | Demonstrative - Repeat Infringer Policy Misrepresentations |
| 6 |  | " | 6 | 6 | Demonstrative - Evidentiary Support Evidence of Infringement |
| 7 |  | 8/17 | 7 | 7 | Titov's Involvement Chart (Demonstrative) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages