UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____

## ORDER

**THIS MATTER** is before the Court upon a *sua sponte* review of the record. The parties have filed numerous motions in connection with their motions for summary judgment. Upon review of the record, it is hereby **ORDERED AND ADJUDGED** as follows:

(1) In light of the hearing held on August 17, 2012, the parties' motions for oral argument (DE 218, DE 271, DE 300, DE 314) are **DENIED AS MOOT**. If the Court determines that an additional hearing is necessary, the Court will set one in accordance with Local Rule 7.1(b).

(2) Electronic Frontier Foundation's Motion for Leave to File Amicus Curiae Brief (DE 315) is **GRANTED**. To the extent Plaintiff Warner Bros. seeks an opportunity to respond (*see* DE 348), it may file a response within fourteen (14) days from the date of this order not exceeding ten pages.

(3) Google Inc.'s Motion for Leave to File Amicus Curiae Brief (DE 355) is **DENIED**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 4th day of September, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record