UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____

## ORDER

**THIS MATTER** is before the Court on Defendant's Motion to File Documents Under Seal (DE 376). Upon consideration of the record and the motions, it is hereby **ORDERED AND ADJUDGED** that the motion is **GRANTED**. The following documents to which it relates shall remain under seal until the conclusion of the case: Defendants' Reply in Support Defendants' objections to the Magistrate Judge's Report and Recommendation Regarding Plaintiffs' Motion to "Use" Titov Deposition Exhibit 27, and Any Exhibits to the Reply.

**DONE AND ORDERED** in chambers in Miami, Florida, this 4th day of September, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record