UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE AND REQUIRE SUBSTITUTION OF EXHIBIT

THIS CAUSE came before the court on Plaintiffs' Motion to Strike and Require Substitution of Exhibit.  This Court has considered Plaintiffs' Motion and being otherwise duly advised, it is hereby:

ORDERED AND ADJUDGED that Plaintiffs' Motion to Strike is hereby GRANTED and Defendants' Exhibit A (Docket No. 473) is stricken from the record.  Defendants shall identify the slides that were used at the hearing held on August 17, 2012, and shall submit a substituted "Defendants' Exhibit A" consisting of only those materials.

DONE AND ORDERED in chambers at Miami, Florida this _____ day of _____ 2012.

                                                                                                                         _____
                                                                                                                         Kathleen M. Williams
                                                                                                                         United States District Judge

cc:       All Counsel of Record