*Disney Enterprises, et al. v. Hotfile Corp., et al.*

Case No. 11-20427-WILLIAMS-TURNOFF

# EXHIBIT "A"

Transcript Excerpt from August 17, 2012 Oral Argument
Pages 1, 140 and 196

Filed in Support of Defendants' Memorandum of Law
in Opposition to Plaintiffs Motion to Strike
Defendants' Demonstratives and to Require
Substitution of Exhibit

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                    MIAMI DIVISION
              Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., ET AL      MIAMI, FLORIDA
              Plaintiffs
                                     August 17, 2012
     Versus                          VOLUME I

                                     PAGE 1 TO 232
HOTFILE CORPORATION, ET AL.
                Defendants


                    ORAL ARGUMENT
         BEFORE THE HON. KATHLEEN M. WILLIAMS, J.
              UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFFS:

                     STEVEN B. FABRIZIO, ESQ.
                     JENNIFER V. YEAH, ESQ.
                     LUKE C. PLATZER, ESQ.
                     Jenner & Block
                     1099 New York Avenue, NW
                     Suite 900
                     Washington, DC

                     KAREN L. STETSON, ESQ.
                     Gray Robinson P.A.
                     1221 Brickell Avenue - Suite 1650
                     Miami, FL  33131

                     KAREN R. THORLAND, ESQ.
                     15301 Ventura Boulevard - Building E
                     Sherman Oaks, CA



REPORTED BY:         DAVID S. EHRLICH, RPR
                     Official Court Reporter
                     Wilkie D. Ferguson, Jr.
                     U. S. Courthouse
                     400 N. Miami, Room 11-4
                     Miami, Florida 33128-1810
                     (305) 523-5537


           DAVID S. EHRLICH - OFFICIAL COURT REPORTER
```

first, to Mr. Leibnitz.

  THE COURT:  Okay.

  MR. LEIBNITZ:  Good afternoon, Your Honor.

  THE COURT:  Good afternoon.

  And, again, this presentation will somehow be appended to the record, either by disk or by copies of the charts or some -- There it is.  Okay.

  MR. THOMPSON:  We have all the charts here.  We can hand those to you.

  THE COURT:  I want to make sure the record is complete about what's being seen and -- I beg your pardon for interrupting your intro.

  MR. LEIBNITZ:  Thanks, Your Honor.

  I rise solely for a very limited point.  It's about the 90 percent infringement rate that you've heard time and time again.

  THE COURT:  Yes.

  MR. LEIBNITZ:  They cannot stand in this courtroom and assert that Hotfile has a 90 percent infringement rate.  Cannot do that.

  This is the exhibit that they appended to their summary judgment papers.  This is false.

  Mr. Fabrizio stood up before -- well, figuratively, he was on the phone -- before Judge McAliley at the outset of this case and said, "I will prove 90 percent use of Hotfile is infringing."  That didn't turn out to be true, because what Mr. Fabrizio did is he went

```
on that.

          MR. FABRIZIO:  Thank you, Your Honor.

          MR. THOMPSON:  Thank you, Your Honor.

           (Court adjourned at 5:10 p.m.)
```

**CERTIFICATION**

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

```
August 24, 2012                    S/DAVID S. EHRLICH
                                   Official Court Reporter
```