UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Motion to Strike (DE 479). Upon review of the record and Defendants' opposition in response, it is hereby **ORDERED AND ADJUDGED** that the motion is **DENIED**. The presentation slides proffered by the parties at the oral argument held on August 17, 2012 will be considered by the Court, if at all, only as demonstrative evidence that organizes components of the complex factual record. To the extent the slides raise new facts or additional arguments not presented in the summary judgment briefing (an instance of which Plaintiffs have not identified), they will be disregarded. However, given this dispute, the parties shall jointly file a notice with all of the exhibits proffered within fourteen (14) days from the date of this order.

**DONE AND ORDERED** in chambers in Miami, Florida, this 13th day of September, 2012.

                                                KATHLEEN M. WILLIAMS
                                                UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record