*Disney Enterprises, Inc. et al. v.*
*Hotfile Corp., et al.*

## Case No. 11-20427-WILLIAMS/TURNOFF

# EXHIBIT 1

### Plaintiffs' Demonstratives
### (Part 1 of 2)

**Filed in Support of the Joint Notice of Submission
of Demonstratives Used at Summary Judgment Hearing**

# Titov's Involvement In Hotfile's Infringing Conduct



**Titov**

| HOTFILE CORP. | HOTFILE LTD. | LEMURIA COMMUNICATIONS, INC. |
|---|---|---|
| **Manager and Shareholder** | **Managing Director and Sole Shareholder** | **Sole Owner, Operator, and Officer** |
| • Conferred with other shareholders and voted on all matters of consequence (never voted against something other shareholders wanted to do) | • Managed weekly payments to Hotfile Affiliates, both uploading Affiliates and website Affiliates | • Contracted for substantially all Hotfile personnel |
| • Lead developer of Hotfile website source code | • Authority over bank account holding bulk of Hotfile subscription revenues | • Commissioned development and maintenance of Hotfile source code |
| • Researched comparable business models, including Rapidshare and MegaUpload | | • Arranged for Hotfile's belated designation of DMCA agent |
| • Participated in decision to have an Affiliate Program and incentive structure of Program | | • Handled most commercial transactions for Hotfile |
| • Personally promoted Hotfile Affiliate Program in online forums | | • Provides web-hosting, bandwidth and other technical services for Hotfile website |
| • Participated in decisions determining pre-complaint repeat infringer policy | | |
| • Approved false representation as to 3-strike repeat infringer policy and otherwise instructed Hotfile staff as to repeat infringers | | |
| • Participated in decision to solicit disaffected infringing Rapidshare uploaders | | |

# The Lord of the Rings: The Two Towers (2002) 480p BRRip XviD AC3-DMZ



# Timeline Of Hotfile's Failure To Reasonably Implement A "Repeat Infringer" Policy



**"Repeat Infringers" Not Terminated** (y-axis: 0 to 25K)

**24,790**

*Cumulative users with 3+ copyright infringement notices*

**Before This Litigation**

| 43 users terminated - only when Hotfile sued or threatened | 24,790 users accumulate 3+ strikes but are allowed to continue infringing |

**Hotfile falsely claims:**
"We also have system in place that flags the users that have numerous complaints. We manually review those accounts and they are being deleted." SUF 4(b)(i)

**Titov cautions:**
"Be more strict in stopping these days, because during the case of Perfect 10 we may be asked how many accounts we have been stopped." SUF 4(d)

**Hotfile misrepresents:**
"Every user received 3 DMCA reports will lead to mark account as repeat offender and we suspend it." SUF 4(b)(iii)

**2/09** Hotfile launches

**7/09**

31
**1/20/10** Liberty Media sues Hotfile and obtains TRO (Hotfile terminates 34 Liberty Media infringers) SUF 4(c)(i)

2
**4/22/10** DSH Productions threatens to sue Hotfile (Hotfile terminates 2 DSH infringers) SUF 4(c)(ii)

2

1
**8/11/10** BRYCI.com threatens litigation (Hotfile terminates 1 BRYCI.com infringer) SUF 4(c)(ii)

1
**9/29/10** Perfect 10 sues Hotfile

**12/5/10** Pornguardian questions Hotfile about its repeat infringer policy (Hotfile terminates 4 Pornguardian infringers) SUF 4(c)(ii)

4
**2/8/11** Hotfile sued by studios

**2/18/11** Hotfile adopts 3-strike policy

*Appendix G, SUF 4(c)*

Case 1:11-cv-20427-KMW  Document 497-1  Entered on FLSD Docket 06/25/2012  Page 5 of 6

# Statistical Analysis Of Files Downloaded From Hotfile



**Representative sample of 1,750 files**

**90.2%**
of files are
copyright infringements

.5% - Illegal
4.5% - Unknowable
4.8% - Noninfringing

*Conducted by Dr. Richard Waterman, Wharton School, University of Pennsylvania

*Appendix B, SUF 10(a)(i)*

# Hotfile Is Not Different From Other Adjudicated Infringers

## Evidence of Infringement

| | Hotfile | Grokster | Fung | Streamcast | Usenet.com | Limewire |
|---|:---:|:---:|:---:|:---:|:---:|:---:|
| Paid users to upload infringing works | ✔ | | | | | |
| Refused to terminate/block repeat infringers | ✔ | | | | | |
| Targeted infringing user base | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Business model built on infringement | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Infringement as predominant use of service | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Failed to investigate or adopt filtering | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Technical assistance to help users infringe | ✔ | | ✔ | ✔ | ✔ | ✔ |
| Implemented technical features to facilitate infringement or impede enforcement efforts | ✔ | | ✔ | ✔ | | |
| Infringing works used in tutorials or promotional materials | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Use of service to infringe by defendant or its employees | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Filtering claimed as unavailable/ ineffective | ✔ | ✔ | ✔ | ✔ | ✔ | |
| Incriminating evidence attributed to "rogue" employees | ✔ | | ✔ | | ✔ | ✔ |
| Policies prohibited copyright infringement | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Testimony denying intent to encourage infringement | ✔ | ✔ | ✔ | | ✔ | |
| Generally responded to takedown notices | ✔ | n/a | ✔ | n/a | ✔ | n/a |