*Disney Enterprises, Inc. et al. v.*
*Hotfile Corp., et al.*

## Case No. 11-20427-WILLIAMS/TURNOFF

# EXHIBIT 1

## Plaintiffs' Demonstratives
## (Part 2 of 2)

## Filed in Support of the Joint Notice of Submission
## of Demonstratives Used at Summary Judgment Hearing

# Repeat Infringer Policy Misrepresentations



Gmail - Thank You from BayTSP                    https://mail.google.com/mail/?ui=2&ik=93e854cace&view=pt&q=nat...



**Hotfile Corp <hotfile.com@gmail.com>**

## Thank You from BayTSP

1 message

**Natasha Starodub <natashas@baytsp.com>**                    **Fri, Oct 2, 2009 at 6:55 PM**
To: Hotfile Corp <hotfile.com@gmail.com>
Cc: Copyright-Compliance <Copyright-Compliance@baytsp.com>

**From:** hotfile.com@gmail.com [mailto:hotfile.com@gmail.com] **On Behalf Of** HotFile Abuse
**Sent:** Wednesday, September 09, 2009 10:59 PM
**To:** Natasha Starodub
**Subject:** Re: BayTSP

Hello, Natasha!

Thank you for your email!
I added '@copyright-compliance.com', '@baytsp.com' in our whitelist.
I will answer your questions in short:

1. Average amount of time between Notice receipt and the takedown:
It's within 24 hours, most often within 12 hours

2. What actions, if any, are taken against the relevant end-user?
If user's files were reported two times as copyright abuse we delete user account

3. What escalating consequences, if any, are enforced for repeat infringers?
As I explained in p.2 second copyright notice for some user's files is leading to his account shut down and ban.

a. Can repeat infringers be banned by IP address, email address, or both?
Yes, we ban such an users by IP, email

b. Will banning happen automatically or is there a different procedure that we should follow to request it?
We ban such an user semi-automatically, e.g there is manual checking to avoid deleting user's accounts by mistake or false claims

4. What special message, if any, is displayed when content has been taken down due to claim of copyright infringement?
Yes, we sent email with all reported/removed links.

Leibnitz Ex. 29

# Top Paid Affiliates

  

| AMOUNT PAID | TOP AFFILIATE | NUMBER OF DOWNLOADS |
|:---:|:---:|:---:|
| $95,373.85 | #1 | 6.4M - 47.7M |
| $88,972.30 | #2 | 5.9M - 44.5M |
| $71,552.90 | #3 | 4.8M - 35.8M |
| $64,595.66 | #4 | 4.3M - 32.3M |
| $56,249.71 | #5 | 3.7M - 28.1M |
| $52,104.07 | #6 | 3.5M - 26.1M |
| $51,055.86 | #7 | 3.4M - 25.5M |
| $47,984.87 | #8 | 3.2M - 24.0M |
| $46,425.10 | #9 | 3.1M - 23.2M |
| $45,167.10 | #10 | 3.0M - 22.6M |
| $42,567.62 | #11 | 2.8M - 21.3M |
| $41,198.15 | #12 | 2.7M - 20.6M |
| $41,080.15 | #13 | 2.7M - 20.5M |
| $39,941.84 | #14 | 2.7M - 20.0M |
| $39,600.05 | #15 | 2.6M - 19.8M |
| $39,174.43 | #16 | 2.6M - 19.6M |
| $35,658.35 | #17 | 2.4M - 17.8M |
| $34,891.16 | #18 | 2.3M - 17.4M |
| $34,459.77 | #19 | 2.3M - 17.2M |
| $34,349.51 | #20 | 2.3M - 17.2M |



**Infringement Notices**

| | |
|---|---|
| 61 users | 300+ notices |
| 1,217 users | 100+ notices |
| 6,191 users | 25+ notices |
| 12,103 users | 10+ notices |
| 18,214 users | 5+ notices |
| **24,790 users** | 3+ notices |

**Uploads after user should have been terminated**

| Files uploaded after 3rd notice | Plaintiffs' files in suit uploaded after 3rd notice |
|---|---|
| 49,923,076 | 646,902 |

**Downloads of those files**

| 1,479,960,060 | 21,472,965 |
|---|---|
| All files | Infringing copies of Plaintiffs' files |

*Appendix H, SUF 5(a)*

# Nearly All Hotfile's Top 500 Affiliates Terminated As Repeat Copyright Infringers

## After This Litigation

### 444 of 500
### Highest Paid Affiliates Terminated as Repeat Infringers



**89%**
terminated as repeat infringers post-litigation

| | Total | Average per User | Downloads of Files |
|---|---|---|---|
| Hotfile strikes* | 6,768 | 15.24 | |
| Actual strikes from infringement notices** | 56,312 | 126.82 | |
| Files uploaded after 3rd notice | 7,911,940 | 17,819 | 612,136,166 |

*Hotfile only began assigning strikes on 2/18/11

**Strikes Hotfile should have assigned from pre 2/18/11 infringement notices, but did not

### Hotfile paid these repeat infringers
### $4,252,329.42

*Appendix I, SUF 5(b)*

# Hotfile Is Not Used For "Personal Storage"



| | |
|---|---|
| **89%** | of registered users use Hotfile only for downloading |
| **11%** | of registered users have ever uploaded anything |

- 89% Users who have not uploaded any files
- 11%
- 0 Downloads
- 1+ Downloads

## Zero-Download Files



- .3% Deleted by user
- 18% User suspended as repeat infringer
- .3% User suspended for unknown or non-copyright reason
- 16% Removed as infringing
- 60.6% Deleted for inactivity
- 4.9% Active files

**Any suggestion that Zero-Download files represent personal storage is factually baseless:**

**94.6%** deleted by Hotfile for "inactivity" or related to copyright infringement



- 3.3% Premium users with infringement "strikes"
- .55% Non-premium users (Hotfile deletes files if not downloaded)
- 1.05% Premium users without infringement "strikes"

**1.05%** of **Zero-Download files** even potentially reflect personal storage

**.58%** of **all files** even potentially reflect personal storage

*Reply App. A; Yeh Ex.156*