*Disney Enterprises, Inc. et al. v.*
*Hotfile Corp., et al.*

## Case No. 11-20427-WILLIAMS/TURNOFF

# EXHIBIT 2

## Defendants' Demonstratives (REDACTED)
## Part 1 of 17

**Filed in Support of the Joint Notice of Submission
of Demonstratives Used at Summary Judgment Hearing**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

       Plaintiffs,

v.

HOTFILE CORP., ANTON TITOV,
and DOES 1-10.

       Defendants.                       /

HOTFILE CORP.,

       Counterclaimant,

v.

WARNER BROS. ENTERTAINMENT INC.,

       Counter-Defendant.               /

# DEFENDANTS' DEMONSTRATIVE SLIDES FOR AUGUST 17, 2012 HEARING

## TABLE OF CONTENTS

Hotfile's Opp. to Plaintiffs' Motion for Summary Judgment for Copyright Infringement ...Tab A

Hotfile's Motion for Partial Summary Judgment of DMCA Safe Harbor............................Tab B

Hotfile's Opp. to Warner's Motion for Summary Judgment on Counterclaim ....................Tab C

Titov's Opposition to Plaintiffs' Motion for Summary Judgment of Titov's Liability.........Tab D

# TAB A



# Cloud storage and hosting



# Content Stored or Shared on Hotfile

Russian Embroidery 1871

**iReb**

**OpenOffice**

**JDownloader**

**sn0wbreeze**

**Photos and scans**

...and countless other files

**Open source software**

www.Ah.fm (online radio)
- 200+ artists upload daily and "depend on [H]otfile" for distribution
  –*Boyle Decl. Ex. 2(C) at HF02868356*

**Music for distribution**

**Video**

046

# Affiliate Program



Designer of open source iPhone software earned $350 per week in Fall 2011

Provides socially-beneficial compensation model for open source software.
*See* Boyle Decl., Ex. 1 ¶ 16 ("important to the future of distributed creativity")

002

# Affiliate Programs Pervade the Web

   

   

   

   

    

…and countless others

*–Cromarty Decl. ¶¶ 16, 67, 70*

## Affiliate programs reward traffic, not infringement

# Over Nine-Tenths of Files Uploaded by Affiliates Never Received Any Takedown Notices



**90.1%** NEVER received even one takedown notice
66,514,247

**9.9%** Received one or more notices
7,272,245

–Titov Opp. Decl. ¶ 39

007



Congress Enacted The DMCA Safe Harbors To Balance Clear Protections To Online Services While Providing More Effective Remedies For Content Owners

"Congress laid the legal foundation for the modern Internet when it enacted the DMCA in 1998. The statute was premised on the recognition that 'in the ordinary course of their operations service providers must engage in all kinds of acts that expose them to potential copyright infringement liability.' –S. Rep. 105-190, at 8 (1998). Congress was concerned that online communications and commerce would be chilled if service providers faced potentially expansive liability based on material that their users posted, stored, transmitted, or made available for viewing."

–Brief of *Amicus Curiae* Google Inc.

# The Theme of the DMCA Is Cooperation

Congress enacted the DMCA:

…to foster **cooperation** among copyright holders and service providers in dealing with infringement on the Internet.

–*UMG Recordings Inc. et al. v. Shelter Capital Partners LLC et al. and Veoh Networks, Inc.*–F.3d–, 2011 WL 6357788, *10 (9th Cir. Dec. 20, 2011) ("*UMG Cir.*") (citing S. Rep. No. 105-190, at 20)



Columbia acknowledged this in their takedown notices:

Columbia Pictures Industries, Inc. believes that the entire Internet community benefits **when these matters are resolved cooperatively**.

–*Sony takedown notice, DMCA SJ, Titov Decl., Exhibit 11 (emphasis added)*

239