*Disney Enterprises, Inc. et al. v.*
*Hotfile Corp., et al.*

**Case No. 11-20427-WILLIAMS/TURNOFF**

# EXHIBIT 2
**Defendants' Demonstratives (REDACTED)**
**Part 2 of 17**

**Filed in Support of the Joint Notice of Submission**
**of Demonstratives Used at Summary Judgment Hearing**

# The Burden of Policing Is On Content Owners

The **DMCA** notification procedures **place the burden of policing** copyright infringement—identifying the potentially infringing material and adequately documenting infringement—**squarely on the owners of the copyright…**

–*Perfect 10, Inc. v. CCBill LLC,* 488 F.3d 1102, 1113 (9th Cir. 2007);
UMG Recordings, at *11

Service providers are not required to "affirmatively seek facts indicating infringing activity."

–17 U.S.C. § 512(m)(1)

The Studios cannot justifiably complain about the task unambiguously set at their feet by statute.

206





# What Is Hash-Blocking?

When an uploaded file gets taken down…

…ALL copies of that file are automatically removed from Hotfile's servers…

…and no future uploads of the file are allowed, even if for legitimate personal use or space-shifting.





–Titov Decl. ¶ 27

038

"[H]aving a takedown tool would be ideal in order to curb piracy."
—Michael Bentkover, 8/26/09



"Thank you as always for your fast cooperation and removal"
—Michael Bentkover, 9/15/10



"We appreciate your time and cooperation…"
—Justin Haines, BayTSP, 4/26/11

"Thank you for your fast reply."
—Dave Worth, Peer Media Tech, 9/20/10



…[Y]ou have always been very cooperative… [T]hank you again for your outstanding cooperation and past performance in compliance with the Digital Millennium Copyright Act."
—Peter K. Phinney, 12/21/10

"We could do links off to WBShop [which] pays affiliate commissions …WBShop pays about triple…"
—Ethan Applen, 3/26/10








—Titov Decl. ISO MSJ Exs. 23, 28, 29, 30, 31; Leibnitz Decl. ISO Opp. MSJ Exs. 29, 35

# Comparing Services: Infringement Countermeasures

| | Grokster, Isohunt (Fung), Usenet, Limewire | Veoh | YouTube | Arista v. Myxer | Photo bucket | hotfile |
|---|---|---|---|---|---|---|
| Expeditious notice-and-takedown | | ✓ | ✓ | ✓ | ✓ | ✓ |
| Repeat infringer policy | **NO COUNTERMEASURES** | ✓ | ✓ | ✓ | **COUNTERMEASURES** | ✓ |
| Special takedown tool | | | | | | ✓ |
| Hash Matching (MD5) | | ✓ | ✓ | ✓ | | ✓ |
| Finger-printing | | ✓ | ✓ | | | ✓ |
| Affiliate program | | ✓ | | ✓ | | ✓ |
| Outcome | **Liable** | Safe harbor | SJ of safe harbor (except for a "handful of specific clips") | Triable issue on safe harbor | Safe harbor | |

006-03









# Burdens at Summary Judgment

On the Studios' motion for copyright liability they must prove the absence of any triable issues of material fact on:

1. The DMCA Safe Harbor

2. Estoppel (and the other affirmative defenses)

3. Secondary Liability