*Disney Enterprises, Inc. et al. v.*
*Hotfile Corp., et al.*

## Case No. 11-20427-WILLIAMS/TURNOFF

# EXHIBIT 2

## Defendants' Demonstratives (REDACTED)
## Part 6 of 17

**Filed in Support of the Joint Notice of Submission
of Demonstratives Used at Summary Judgment Hearing**

# Detrimental Reliance on the Studios' Silence

…Google detrimentally relied on Field's silence. It is undisputed that if Google had known of Field's preference, it would not have presented "Cached" links to Field's pages. Google honors copyright holder's requests that it not display "Cached" links to their pages. Google's reliance on Field's silence was to its detriment. **Had Field communicated his preferences to Google, the parties would have avoided the present lawsuit entirely**.

–*Field v. Google Inc.,* 412 F. Supp. 2d 1106, 1117 (D.Nev. 2006)

Until the filing of this Complaint, Hotfile believed that its content protection policies were satisfactory to the Studios. The filing of this lawsuit on February 8, 2011 therefore came as a surprise.

–Titov DMSJ Decl. ¶ 29

222

# Secondary Liability
# Presents Triable Issues of Fact

# There Are Triable Issues on Secondary Liability

The Studios have raised three alternative theories of secondary liability:

1.  Inducement
2.  Contributory Infringement
3.  Vicarious Liability

Each one raises triable issues of fact.

# Secondary Liability
# Inducement Raises Triable Issues of Fact

# Legal Standard: Inducement Liability (*Grokster*)

We hold that one who distributes a device with the **object of promoting its use to infringe** copyright, as shown by **clear expression** or other **affirmative steps** taken to foster infringement is liable for the resulting acts of infringement by third parties…

The inducement rule…premises liability on **purposeful, culpable expression and conduct**…

–*Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*,
545 U.S. 913, 919, 936-937 (2005) ("Grokster")

# Differences Between Hotfile and the Adjudicated Offenders



Peer-to-peer file-sharing

[ Intro | FAQ | History | Help | Home ]

- What Is Usenet:
- Where and How should I post:
- Alt.Binaries.Pictures Info:
- Getting On Usenet:
- Creating Newsgroups:
- Usenet Software:

Bulletin board

All files publicly shared with the whole world



Storage

Space-shifting

Movie promos

Shareware

**Internet file hosting**

- Private cloud storage/space-shifting
- Limited sharing with friends and family
- Public sharing—e.g. open source, creative commons and movie trailers
- Affiliate program is "important to the future of distributed creativity" –Prof. James Boyle

## *Grokster* Looked to Three Types of Evidence



- **Expression**: the defendants had expressly sought to "satisfy a known source of demand for copyright infringement, the market comprising former Napster users".

- **Countermeasures:** the defendants failed to "develop filtering tools or other mechanisms to diminish the infringing activity using their software.

  - Hotfile has had a sustained and continuous commitment to serious countermeasures.

- **Commercial sense**: the company's business depended entirely on infringement.

–*Grokster,* 545 U.S. at 939

# Comparison to the Adjudicated Offenders Under *Grokster* Factors: Affirmative Expression



Peer-to-peer



Desired to replace Napster, issued an e-newsletter promoting the use of software for illegal purposes, and helped users infringe.

*–Grokster at 937–38*



"they accuse us for thieves, and they r right."

*–Fung at *5*



"Napster Independence Day promotion"

*–Limewire at 511*

Bulletin board


Hosting

Usenet

"Usenet is full of Music and Movies so get your pirate on!"

*–Usenet at 153*



✔ Terms of service and IP Policy forbid infringement
✔ Promotes storage: "Your files will be stored forever as long as you are a premium member." "Backup for all uploads so files are never lost."
✔ Most popular files are undisputedly non-infringing

018-02

## Modeling Hotfile on Rapidshare Does Not Show Intent to Induce Infringement

"The websites **rapidshare.com**, fileden.com, and filefactory.com, as well as the other sites used by MP3 tunes executives to sideload songs do not use the words 'pirate' or 'bootleg' or other slang to indicate their illegal purpose and **they are not otherwise clearly infringing**. **They are simply popular file sharing sites.**"

–*Capitol Records, Inc. v. MP3tunes, LLC,*
821 F.Supp.2d 627, 644 (S.D.N.Y. 2011)

# Comparison to the Adjudicated Offenders Under *Grokster* Factors: Countermeasures



Peer-to-peer



"there is no evidence that either company made an effort to filter copyrighted material…"

*–Grokster at 926–27*



"factual disputes regarding whether or not Defendants were technologically capable of implementing filtering mechanisms to reduce copyright infringement…"

*–Fung at n. 24*



"The evidence reveals that LW has not implemented in a meaningful way any of the technological barriers and design choices that are available to diminish infringement….A hash-based filter can identify a digital file that contains copyrighted content…the "default" setting of LimeWire's hash-based filter was 'off,' however…"

*–Lime Group at 513*

Bulletin board

**Usenet**

"while Defendants had in place various tools and mechanisms that could be used to block access to infringing articles or newsgroups, Defendants never used them to limit copyright infringement on its servers."

*–Usenet at 153*



Hosting



Undisputed:

✔ Expeditious notice-and-takedown
✔ Special takedown tool—SRA
✔ Hash matching (MD5)
✔ Vobile fingerprinting

# Comparing Services: Infringement Countermeasures

| | Grokster, Isohunt (Fung), Usenet, Limewire | Veoh | YouTube | Arista v. Myxer | Photo bucket | hotfile |
|---|---|---|---|---|---|---|
| Expeditious notice-and-takedown | | ✔ | ✔ | ✔ | ✔ | ✔ |
| Repeat infringer policy | | ✔ | ✔ | ✔ | ✔ | ✔ |
| Special takedown tool | **NO COUNTERMEASURES** | | | | | ✔ |
| Hash Matching (MD5) | | ✔ | ✔ | ✔ | | ✔ |
| Finger-printing | | ✔ | ✔ | | | ✔ |
| Affiliate program | | ✔ | | ✔ | | ✔ |
| Outcome | **Liable** | Safe harbor | SJ of safe harbor (except for a "handful of specific clips") | Triable issue on safe harbor | Safe harbor | |

**COUNTERMEASURES**