*Disney Enterprises, Inc. et al. v.*
*Hotfile Corp., et al.*

## Case No. 11-20427-WILLIAMS/TURNOFF

# EXHIBIT 2

## Defendants' Demonstratives (REDACTED)
## Part 10 of 17

## Filed in Support of the Joint Notice of Submission
## of Demonstratives Used at Summary Judgment Hearing



# Plaintiffs' "Statistical" Analysis Lacks Any Scientific Validity

 Ignores 56% of all files on Hotfile (i.e., files never downloaded)

 Ignores free-user downloads of three-quarters of the world (134 of planet's 188 nations, or 47.9% of planet's internet users, numbering 956,341,890) while contradictorily including premium users from all nations

 Ignores thirty-six months of Hotfile's thirty-seven month existence



Statistical Analysis Of Files Downloaded From Hotfile

Representative sample of 1,750 files

90.2% of files are copyright infringements

.5% - Illegal
4.5% - Unknowable
4.8% - Noninfringing

*Conducted by Dr. Richard Waterman, Wharton School, University of Pennsylvania

 Ignores unknown number of downloads of anonymously-uploaded files

 Ignores downloads by free users numbering more than ten in 24-hour period

 Ignores unknown number of premium-user downloads completed within 15 minutes of each other

 Ignores unknown number of hotlink downloads

# Plaintiffs Deny Their Own Expert's Conclusion That Infringement "May Have Been Zero" Before January 2011



**Plaintiffs' reply**



**Dr. Waterman**

Dr. Waterman did ==not== testify that the level of infringement in the pre-January 2011 period "could be zero."

*—at 4 n. 4*

Q. So you don't purport to state or opine that Hotfile had a non-zero level of copyright infringement through the use of its technology at any time prior to January 2011; is that fair?

A. As I said, my study does not pertain to that period. And it may have been a hundred percent infringement for all I know. It may have been 50. ==It may have been zero.==

*—Depo. at 108:22–109:1; 109:4–8 (objections omitted)*

# 96.6% of Files Uploaded to Hotfile Are Non-Infringing



–Titov Opp. Decl. ¶ 35, Ex. 38



# Hotfile Is No Different From Other Adjudicated Infringers



*Appendix C, SUF 10(a)(i)*

# Hotfile Is No Different From Other Adjudicated Infringers



# Hotfile Is ~~No~~ Different From Any Adjudicated Infringers



–Titov Opp. Decl. ¶ 35, Ex. 38



# Hotfile Forced To Delete Majority Of Files Ever Downloaded

**More popular files more likely to have to be deleted for copyright infringement**



*Appendix E, SUF 10(a)(iii)*

104-01





# Hotfile Took Down a **Minority** of Files Ever Downloaded

### Remainder of disabled files resulted from "Dragnet Effect"

*Chart: "Percent of Files Deleted" vs "Number of Downloads"*

- Legend: **Downloaded files taken down pursuant to takedown notice, whether legitimate or not**
- 1+: 68% (30.6% highlighted) — actually 29.6%
- 5+: 72% — 30.3%
- 10+: 74% — 30.4%
- 25+: 76% — 30.5%
- 57+: 78% (Average for downloaded files) — 30.6%
- 100+: 79% — 30.9%
- 200+: 80% — 31.2%

**User's innocent files taken down when user suspended**

### Reported infringement of 30% the same *regardless of popularity*

### Undisputed: Only 6.8% of Hotfile's files taken down pursuant to notice

Extent of deletions of downloaded files is irrelevant in any event, as it ignores the primary use (i.e., storage) of Hotfile

104-03