*Disney Enterprises, Inc. et al. v.*
*Hotfile Corp., et al.*

Case No. 11-20427-WILLIAMS/TURNOFF

# EXHIBIT 2
Defendants' Demonstratives (REDACTED)
Part 11 of 17

Filed in Support of the Joint Notice of Submission
of Demonstratives Used at Summary Judgment Hearing












# Hotfile Reasonably Implemented A Repeat Infringer Policy



- DMCA does *not* require a "three strikes" policy.

- Plaintiffs took no effort to request the termination of any of these users.

- Hotfile believed Plaintiffs' praise regarding efforts to combat infringement.

- Hotfile oversaw 5,287,163 registered users while utilizing the services of approximately six people.

- If Hotfile had followed Plaintiffs' asserted policy, Hotfile would have terminated its top *non-infringing* uploaders years ago.

  –See Foster Ex. D (jDownloader third strike on January 5, 2010);
  2 Foster Dep., Ex. 23 (ih8sn0w third strike on May 28, 2011)

- More than two-thirds of the "repeat infringers" identified by Plaintiffs did not upload a single work-in-suit after their supposed third strike—meaning that the terminations would not have helped Plaintiffs in any way.

  –Foster Ex. D; Mot., p. 11

107-02

# Nearly All Hotfile's Top 500 Affiliates Terminated As Repeat Copyright Infringers

## After This Litigation

### 444 of 500
### Highest Paid Affiliates Terminated as Repeat Infringers

**89% terminated as repeat infringers post-litigation**

| | Total | Average per User | Downloads of Files |
|---|---|---|---|
| Hotfile strikes* | 6,768 | 15.24 | |
| Actual strikes from infringement notices** | 56,312 | 126.82 | |
| Files uploaded after 3rd notice | 7,911,940 | 17,819 | 612,136,166 |

*Hotfile only began assigning strikes on 2/18/11
**Strikes Hotfile should have assigned from pre 2/18/11 infringement notices, but did not

**Hotfile paid these repeat infringers**
**$4,252,329.42**

*Appendix I, SUF 5(b)*

108-01

## Hotfile's Post-Complaint Affiliate Terminations



**444 of 500**

**89%** terminated as repeat infringers post-litigation

- The DMCA does *not* mandate a three-strikes policy.

- Plaintiffs took not effort to request termination of these users.

- Before the complaint, Hotfile trusted Plaintiffs' praise.

- Over nine-tenths of files uploaded by affiliates never received any takedown notices.



- These terminations only prove Hotfile's responsiveness to content owners—*i.e.*, the very "cooperation" contemplated by the DMCA.

- These users amounted to only 1.2% of Hotfile's affiliates.



108-02

# The 444 Terminated Affiliates Cited by Plaintiffs Amount To only 1.2% of Hotfile's Affiliates



108-03



# Hotfile Is a Cyber-*Locker*:
## Storage and Space-Shifting Are Substantial Uses



*Sony* placed primary importance on the *uses* of the system. The Studios focus on *users* instead. This glosses over the inconvenient fact that 56% of the *uses* are undisputedly *not infringing.*



Zero download files that are deleted for inactivity were in *temporary* storage. Files that are deleted for reasons "related to copyright infringement" are caught in the "Dragnet Effect." Even if their counterpart files received strikes *they* were stored.



The fact that a user has a strike or is non-premium does not mean their zero download files are not stored. This is illogical.

110-02