*Disney Enterprises, Inc. et al. v.*
*Hotfile Corp., et al.*

## Case No. 11-20427-WILLIAMS/TURNOFF

# EXHIBIT 2

## Defendants' Demonstratives (REDACTED)
## Part 15 of 17

## Filed in Support of the Joint Notice of Submission
## of Demonstratives Used at Summary Judgment Hearing

# Vampire Diaries Deletions

Warner personnel uploaded copies of its show "The Vampire Diaries" to Hotfile, REDACTED



Warner could not have had a "good faith belief" that files that it posted were posted without its authorization.

REDACTED



REDACTED



054-02

REDACTED



054-03

REDACTED



054-04

REDACTED



REDACTED



428

REDACTED



REDACTED



REDACTED



431

REDACTED

