*Disney Enterprises, Inc. et al. v.*
*Hotfile Corp., et al.*

Case No. 11-20427-WILLIAMS/TURNOFF

# EXHIBIT 2

Defendants' Demonstratives (REDACTED)
Part 16 of 17

Filed in Support of the Joint Notice of Submission
of Demonstratives Used at Summary Judgment Hearing

# LeakID Errors

In a span of 48 hours, LeakID/Warner represented to Hotfile that the <u>same six links identified by Plaintiffs' expert as non-infringing files</u> were variously:

REDACTED

2) copies of a movie called "La Nuit Nous Appartient"

–Thompson Ex. 24

3) copies of the software "Sharepoint Portal Server 2001"

–Thompson Ex. 25

**Warner cannot possibly have had a "good faith belief" that the same file was three different things at the same time.**



REDACTED

434

# 2/9/2011: LeakID Identifies the Files as "La Nuit Appartient"

From: herve.lemaire@leakid.com
Sent: Wednesday, February 09, 2011 4:48 AM
To: abuse@hotfile.com
Subject: [2011-02-09] Copyright infringement for Metropolitan
Attachments: links_1.csv

Hello, My Name is Hervé Lemaire, CEO of LeakID,

I am legal representative of lemaire which does business under the name Metropolitan, Authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

**La nuit nous appartient**

- http://hotfile.com/dl/76728913/1c87e52/ImTOO_MP3_Encoder_6.1.2.0827.rar.html
  (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/87727457/a408134/Christmas_background_with_snowflakes.rar.html
  (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/87968397/4ffdd46/christmas_background_with.rar.html
  (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/90035564/e96427c/Beautiful_snow-capped.rar.html
  (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/90956137/0461467/romantic_floral_card_with_vintage_flowers.rar.html
  (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/91378375/83180e1/beautiful_girl_in_the_suit_of_snow.rar.html
  (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/86470818/c9f787f/wedding_couple.rar.html
  (http://k3downloads.net/dl/la+nuit+nous+appartient+stagevu.com+letitbit.net.html)

–Thompson Ex. 24

435

# 2/8/2011: LeakID Identifies the Files as "Sharepoint Portal Server 2001"

From: herve.lemaire@leakid.com
Sent: Tuesday, February 08, 2011 4:04 AM
To: abuse@hotfile.com
Subject: [2011-02-08] Demand for Immediate Take-Down: Notice of Infringing Activity for Microsoft Corp  ID : 58201102084d5100bc567fb
Attachments: links_1.csv

Â

Â

**Demand for Immediate Take-Down: Notice of Infringing Activity**

**Date:** 2011/02/08

Dear Sir or Madam,

Microsoft has received information that the domain listed above, which appears to be on servers under your control, is offering unlicensed copies of, or is engaged in other unauthorized activities relating to copyrighted works published by Microsoft.

sharepoint portal server 2001

- http://hotfile.com/dl/76728913/1c87e52/ImTOO_MP3_Encoder_6.1.2.0827.rar.html
  (http://k3downloads.net/dl/sharepoint+portal+server+2001+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/87727457/a408134/Christmas_background_with_snowflakes.rar.html
  (http://k3downloads.net/dl/sharepoint+portal+server+2001+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/87968397/4ffdd46/christmas_background_with.rar.html
  (http://k3downloads.net/dl/sharepoint+portal+server+2001+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/90035564/e96427c/Beautiful_snow-capped.rar.html
  (http://k3downloads.net/dl/sharepoint+portal+server+2001+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/90956137/0461467/romantic_floral_card_with_vintage_flowers.rar.html
  (http://k3downloads.net/dl/sharepoint+portal+server+2001+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/91378375/83180e1/beautiful_girl_in_the_suit_of_snow.rar.html
  (http://k3downloads.net/dl/sharepoint+portal+server+2001+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/86470818/c9f787f/wedding_couple.rar.html
  (http://k3downloads.net/dl/sharepoint+portal+server+2001+stagevu.com+letitbit.net.html)
- http://hotfile.com/dl/86419795/4a069b2/Christmas_cakes_collection.rar.html
  (http://k3downloads.net/dl/sharepoint+portal+server+2001+stagevu.com+letitbit.net.html)

–Thompson Ex. 25

436

# Warner Misrepresents the Holding of the Only Case to Rule on 512(f) Damages

### Warner's representation to the Court regarding Lenz

"To sustain a claim under Section 512(f), **the injury** caused by the mistaken notice **must be actual and economic**, beyond the fees and costs associated with investigating and filing a 512(f) claim. *Lenz,* 2010 WL 702466, at *10."

– Warner's Motion for Summary Judgment at 11 (emph. added)

### What Lenz actually says

"[T]he Court concludes that **actual expenses or economic losses** of some minimum value **are not necessary** under the statute [512(f)]."

– *Lenz v. Universal Music Corp.* 2010 WL 702466, at *12  (N.D.Cal. Feb. 25, 2010) (emph. added)

437

# Hotfile Has Suffered Injury

Files in Hotfile's counterclaim that Warner admits were noninfringing were downloaded **175,066** times and resulted in **51** premium account subscriptions.

–Zebrak Decl. Ex. B, Rows 792-890 (non-infringing files)
–Titov Decl. ¶¶ 5-6 (file downloads/conversions for those files)

Warner's improper deletions resulted in the termination of two noninfringing users who uploaded files to Hotfile that were downloaded a combined **249,245** times and directly resulted in **94** premium user subscriptions.

–Zebrak Decl. ¶ 20 (Warner deleted two non-infringing users)
–Titov Decl. ¶¶ 9-10 (file downloads/conversions for those users)

438

# JDownloader Injury

Hotfile's counterclaim identifies 8 copies of the freeware software JDownloader that Warner improperly deleted.

–Zebrak Decl. Ex. B, Rows 795-800, 820, 841

The developer who created JDownloader uploaded copies of that software to Hotfile downloaded at least **4,866,062** times, resulting in **7,009** premium account subscriptions.

–Titov Decl. ¶¶ 8-9

439

# Warner's "Expert" Employed Inconsistent Methodology

Hotfile obtained an affidavit from the owner of files Warner's expert identified as "highly likely infringing"



*Thompson Ex. 33*

> 4. I have been informed that some or all of my videos have been posted at Hotfile.com, a cyber-locker site that allows users to store and/or share large files over the internet.
>
> 5. I have no objection to my videos being stored and/or shared in this manner and do not consider such storing and/or sharing to infringe my intellectual property rights.
>
> Signed under the pains and penalties of perjury this 19th day of January, 2012.

440

# Warner's "Expert" Employed Inconsistent Methodology

Zebrak refused to accept that the owner's authorization meant that the work was not infringing, claiming that he would need to speak with the content owner before he changed his infringement classification.

"I would want to speak with this person [before changing my infringement classification] but, you know, I don't know if Mr. Mackay is a lawyer or not, but a nonlawyer opining on what the nonlawyer considers to be an infringement, that requires legal judgment….[Y]ou know, I would want to speak further with him and will presumably do so."

–Thompson Decl. Ex. 30
(Zebrak Rebuttal Depo.) at 287:9-23)

441

# Warner's "Expert" Employed Inconsistent Methodology

But, Zebrak previously testified that, under his methodology for determining whether a file was infringing or not, it was not necessary to speak to the owner of the copyrighted material to determine authorization status.

> Q: Here's the question. Did you ask anybody to confirm your findings [as to infringement status]?
>
> A: […] With respect to reaching out to other copyright owners, I didn't view that to be necessary or feasible.

–Thompson Decl. Ex. 32 (Zebrak Depo.) at 319:3-15

442

# Warner's "Expert" Employs Undocumented, Contradictory Methodology

According to Warner's own cited precedent,

> "To usefully support a motion for summary judgment, **an affidavit must " 'set forth facts'** and by implication in the case of experts (who are not 'fact witnesses') a process of reasoning beginning from a firm foundation." **An expert who supplies nothing but a bottom line supplies nothing of value to the judicial process**."

–*Martinez v. Weyerhaeuser Mortg. Co.* 959 F.Supp. 1511, 1515 (S.D.Fla.,1996)
(rejecting expert opinion unsupported by established facts)

443