UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

  *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

  *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,.

  *Counterdefendant*.
_____/

**RENEWED REQUEST OF DEFENDANT/COUNTERCLAIMANT
HOTFILE CORPORATION FOR ORAL ARGUMENT
ON THE MOTION OF PLAINTIFF/COUNTER-DEFENDANT
WARNER BROS. ENTERTAINMENT INC. FOR
<u>SUMMARY JUDGMENT ON HOTFILE'S COUNTERCLAIM</u>**

Pursuant to Local Rule 7.1(b), Defendant/Counterclaimant Hotfile Corporation

("Hotfile") hereby respectfully renews its request that the Court hear oral argument on the

Motion of Plaintiff/Counter-Defendant Warner Bros. Entertainment Inc. ("Warner") for Summary Judgment on Hotfile's Counterclaim. *See* Docket No. 300 (Hotfile's first request for oral argument dated February 7, 2012). Hotfile requests the opportunity to address arguments made by Warner for the first time in its reply brief as well as statements made by Warner in its filing nine days ago (September 18, 2012) purportedly in response to the *amicus* brief filed by Electronic Frontier Foundation ("EFF").

On March 11, 2012, Warner filed its reply brief in support of its motion for summary judgment, attaching two "reply declarations." *See* Reply Declaration Of Jennifer Yeh In Support Of Warner's Motion For Summary Judgment (attaching new exhibits R-X); *see also* Reply Declaration Of Dr. Ian Foster In Support of Warner's Motion For Summary Judgment. Hotfile had intended to address Warner's legal and factual assertions made for the first time in its reply submission at the summary judgment hearing on August 17, 2012 (*see* Joint Submission Of Demonstratives Used At Summary Judgment Hearing [Docket No. 487], Ex. 2 Tab D (setting forth Hotfile's rejoinder to Warner's counterclaim-related arguments)), but time did not allow the Court to take up Warner's motion.[1]

Subsequently, on September 4, 2012, the Court gave Warner leave to file an additional brief addressing legal arguments made by Amicus EFF. Docket No. 476 ¶ 2. On September 18,

---

[1] By Order dated September 4, 2012, the Court denied Hotfile's first request for oral argument on Warner's summary judgment motion, along with requests for oral argument on three other motions, as moot "in light of the hearing held on August 17, 2012." Docket No. 476 ¶ 1. However, unlike the other three motions, the Court never heard oral argument on Warner's motion for summary judgment. Accordingly, Hotfile respectfully submits that its present request for oral argument is not moot. While Hotfile stated on August 17, 2012 its willingness to "do whatever the Court finds helpful" in terms of either proceeding with argument or not, Hotfile made that statement in the context of the impending final pretrial proceedings needed for the then-scheduled trial date of November 5, 2012. Now that the trial date is being reset, Hotfile submits that oral argument will permit a more complete airing of the issues presented by Warner's motion.

CASE NO. 11-20427-WILLIAMS-TURNOFF

2012, Warner filed its "Response" to EFF's brief. [D.E. # 486]. Warner's Response, however, went beyond responding to the *legal* argument made by EFF, which had no access to Warner's sealed summary judgment motion and therefore made no factual argument in its brief. Warner's Response nonetheless reargued the facts raised by its summary judgment motion, citing extensively to factual assertions made in Warner's prior filings. For example, the Response cited at least eight times to the Declaration of David Kaplan (Warner's Senior Vice President, Intellectual Property Counsel, Worldwide Antipiracy Operations) filed February 10, 2012 in support of Warner's Motion for Summary Judgment [D.E. # 308]. *See* Response at 4-8 (citing Kaplan Decl. ¶ 5, ¶¶ 6-16, ¶ 13, ¶¶ 15-16, ¶¶ 2-13 and ¶ 20). The Response also contains purely factual argument to support Warner's summary judgment motion not responsive to any argument raised by EFF. *See e.g., id.* at 5 ("There is not a shred of evidence that could support an inference of bad faith on the part of Warner, much less a knowing misrepresentation").

Hotfile, therefore, respectfully requests up to one hour of oral argument (in person or telephonic at the Court's convenience), to address Warner's summary judgment arguments, in particular those raised by Warner in its last two briefs and last two witness declarations.

## CERTIFICATE OF GOOD FAITH ATTEMPT TO RESOLVE

I hereby certify that pursuant to Local Rule 7.1(a)(3), prior to filing this motion, counsel for Hotfile, Andrew Leibnitz communicated by electronic mail with Steven B. Fabrizio, counsel for Warner, and that Warner did not consent to Hotfile's request for hearing or oral argument.

/s/ Andrew Leibnitz
Andrew Leibnitz, Esq.

3

CASE NO. 11-20427-WILLIAMS-TURNOFF

DATED: September 28, 2012          Respectfully submitted,

/s/ Janet T. Munn
Janet T. Munn, Esq. Fla. Bar No. 501281
Email: jmunn@rascoklock.com
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone:  305.476.7101
Telecopy: 305.476.7102

And


/s/ Roderick M. Thompson
Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email:  rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email:  aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email:  tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email:  dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email:  jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA  94104
Telephone:  415.954.4400
Telecopy: 415.954.4480

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation
 and Anton Titov*

4

CASE NO. 11-20427-WILLIAMS-TURNOFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2012, a true and correct copy of the foregoing document was served on all counsel of record or *pro se* parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL  33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA  91403-5885
Telephone: 818.935.5812

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
David A. Handzo (applied for *pro hac vice* admission)
Email: dhandzo@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

By: /s/ Janet T. Munn
     Janet T. Munn