UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____

## ORDER

**THIS MATTER** is before the Court on Defendants' Renewed Motion for Hearing (DE 489). Upon review of the record and the motion, it is hereby **ORDERED AND ADJUDGED** that the motion is **DENIED**. In accordance with Local Rule 7.1(b), the Court will set a hearing if it determines that such a hearing is necessary.

**DONE AND ORDERED** in chambers in Miami, Florida, this 2nd day of October, 2012.

                                            KATHLEEN M. WILLIAMS
                                            UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record