UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____

## ORDER

**THIS MATTER** is before the Court upon a *sua sponte* review of the record. In accordance with the bench rulings made at the status conference held on September 18, 2012, it is hereby **ORDERED AND ADJUDGED** that this action is specially set for trial during the Court's two-week trial calendar beginning on March 11, 2013. The parties shall appear for Calendar Call at 11:00 A.M. on March 5, 2012 before the Honorable Kathleen Williams at the United States District Court, 400 North Miami Avenue, Room 11-3, Miami, Florida. The Court will hold a status conference after ruling on the parties' pending summary judgment motions to address any other remaining deadlines.

**DONE AND ORDERED** in chambers in Miami, Florida, this 3rd day of October, 2012.

/s/ Kathleen M. Williams
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record