UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

# UNOPPOSED MOTION FOR WITHDRAWAL OF JENNIFER V. YEH AS COUNSEL FOR PLAINTIFFS

Plaintiffs and Jennifer V. Yeh, pursuant to Local Rule 11.1(d)(3), hereby move the court to enter an order permitting the withdrawal of Jennifer V. Yeh as one of the counsel of record for Plaintiffs in this matter and directing the Clerk to remove her from the CM/ECF notification list herein, and in support thereof state:

1.     Jennifer V. Yeh of Jenner & Block LLP has appeared herein, *pro hac vice*, as one of the counsel of record for Plaintiffs.

2. This motion to withdraw as counsel is being filed because Ms. Yeh is leaving her position at Jenner & Block LLP.

3. Accordingly it is requested that the Court enter an order permitting Ms. Yeh's withdrawal as counsel and directing the Clerk to remove her from the CM/ECF notification list herein.

4. Pursuant to Local Rule 7.1, undersigned counsel has conferred with counsel for Defendants, who have advised they have no objection to the relief sought herein.

Dated:  October 9, 2012

Respectfully submitted,

By:   /s/ Karen L. Stetson
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, Fl 33131
Telephone: (305) 416-6880
Facsimile:  (305) 416-6887

MOTION PICTURE ASSOCIATION
 OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone:  (818) 995-6600
Fax:  (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile:  (202) 639-6066

*Attorneys for Plaintiffs*

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that, pursuant to Local Rule 7.1(a)(3), U.S. District Court for the Southern District of Florida, counsel for Plaintiffs have conferred with counsel for defendants Hotfile Corp. and Anton Titov in a good faith effort to resolve the issues raised in this Motion, and counsel for defendants has indicated that they consent to the requested relief.

Dated:  October 9, 2012                                   By: /s/ Karen L. Stetson
                                                          Karen L. Stetson

                                                          GRAY-ROBINSON, P.A.
                                                          Karen L. Stetson (FL Bar No. 742937)
                                                          1221 Brickell Avenue
                                                          Suite 1600
                                                          Miami, FL 33131
                                                          Phone: 305-416-6880
                                                          Fax: 305-416-6887

MOTION PICTURE ASSOCIATION              JENNER & BLOCK LLP
OF AMERICA, INC.                        Steven B. Fabrizio (*Pro Hac Vice*)
Karen R. Thorland (*Pro Hac Vice*)      Luke C. Platzer  (*Pro Hac Vice*)
15301 Ventura Blvd.                     1099 New York Ave., N.W.
Building E                              Suite 900
Sherman Oaks, CA  91403                 Washington, DC 20001
                                        Phone: 202-639-6000
                                        Fax: 202-639-6066

                                        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th Day of October 2012, I served the following document on all counsel of record on the attached service list via the Court's CM/ECF filing system:

**Unopposed Motion for Withdrawal of Jennifer V. Yeh as Counsel for Plaintiffs**

By: /s/ Karen L. Stetson
Karen L. Stetson

## SERVICE LIST

### Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
### CASE NO. 11-CIV-20427-JORDAN

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*