UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF JENNIFER V. YEH AS COUNSEL FOR PLAINTIFFS

THIS CAUSE having come before the Court upon Plaintiffs' and Jennifer V. Yeh's UNOPPOSED MOTION FOR WITHDRAWAL OF JENNIFER V. YEH AS COUNSEL FOR PLAINTIFFS pursuant to Local Rule 11.1(d)(3), and the Court being duly advised in the premises, it is

ORDERED AND ADJUDGED that the Motion to Withdraw is GRANTED and Jennifer V. Yeh is hereby withdrawn as one of the counsel of record for Plaintiffs in this matter. The Clerk is hereby directed to remove Attorney Yeh from the CM/ECF notification list herein.

DONE AND ORDERED in chambers at Miami, Florida this ____ day of _____ 2012.

_____
Kathleen M. Williams
United States District Judge

cc:     All Counsel of Record