UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 11-20427-CV-WILLIAMS**

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____

## ORDER

**THIS MATTER** is before the motion to withdraw by Plaintiffs' counsel (DE 494).

Upon review of the record and the motion, which is unopposed, the motion is

**GRANTED**. Jennifer V. Yeh of Jenner & Block LLP is hereby permitted to withdraw as

counsel for Plaintiffs, and is terminated as counsel in this proceeding by this Order.

    **DONE AND ORDERED** in chambers in Miami, Florida, this 10th day of October,

2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record