UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is hereby set for a telephonic status conference before the Honorable Kathleen Williams on January 7, 2013, at 4:30 p.m. Chambers will e-mail dial-in information to counsel of record prior to the conference.

**DONE AND ORDERED** in chambers in Miami, Florida, this 14th day of December, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE