UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

   *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**JOINT MOTION AND MEMORANDUM OF LAW OF THE PARTIES FOR CONTINUANCE OF TRIAL AND CALENDAR CALL DATES SET FORTH IN THE COURT'S SCHEDULING ORDER (DKT ## 492 & 493)**

Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studio Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment, Inc. (collectively "Plaintiffs"); and Defendants Hotfile Corp. and Anton Titov (collectively "Defendants") (Plaintiffs and Defendants are collectively the "Parties") move pursuant to Local Rule 7.6 for a continuance of the trial and Calendar Call dates set forth in the

Court's October 4, 2012 Orders (Dkt ## 492 & 493). The grounds for this Joint Motion are set forth below in the accompanying Memorandum of Law.

## MEMORANDUM OF LAW

This matter is currently set for trial during the Court's two-week trial calendar beginning on March 11, 2013 and for Calendar Call on March 5, 2012. *See* Dkt. ## 492 & 493. The parties believe that commencing trial preparation now would be needlessly inefficient and wasteful, given that the parties' four summary judgment motions remain pending and, as a result, the issues to be tried at trial remain unknown. Therefore, the Parties believe and respectfully request that the Court continue the currently-scheduled trial and Calendar Call dates and then, as soon as possible after deciding the four currently-pending summary judgment motions, set a status conference. Good cause exists for continuing the present trial and Calendar Call dates because holding a status conference after the Court has had an opportunity to consider and decide the pending summary judgment motions will give the Parties, and the Court, the benefit of knowing which issues remain to be tried, as well as the opportunity to set a trial schedule and engage in any trial preparations with the benefit of that knowledge.

The Joint Motion is not filed for the purposes of delay or for any improper purpose, but to avoid the unnecessary difficulty and expense of preparing for trial without the benefit of the Court's decisions on the pending summary judgment motions. Neither Party will be prejudiced by the Court granting this Joint Motion for Continuance. The Court has authority pursuant to Local Rule 7.6 to continue the presently-scheduled trial date in the interests of justice and for the orderly disposition of the Court's docket.

CASE NO. 11-20427-WILLIAMS/TURNOFF

## CONCLUSION

On the basis of the foregoing, the Parties respectfully requests that the Court grant the Joint Motion to Continue the Trial and Calendar Call Dates Set Forth in the Court's October 4, 2012 Orders (Dkt ## 492-493). A proposed Order is attached hereto as Exhibit A.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for Defendants, Janet T. Munn, Esq., the counsel filing this motion jointly on behalf of all parties, is authorized to file on behalf of Plaintiffs by counsel for Plaintiffs and files on behalf of Defendants, whom she represents.

s/ Janet T. Munn
Janet T. Munn

Dated: December 20, 2012

Respectfully submitted,

s/ Karen L. Stetson
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, FL 33131
Telephone: 305.416.6880
Facsimile: 305.416.6887
Email: karen.stetson@gray-robinson.com

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
David A. Handzo (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Facsimile: 202.639.6066

s/ Janet T. Munn
Janet T. Munn, Florida Bar No. 501281
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102
Email: jmunn@rascoklock.com

Andrew Leibnitz (admitted *pro hac vice*)
Anthony P. Schoenberg (admitted *pro hac vice*)
Deepak Gupta (admitted *pro hac vice*)
Janel Thamkul (admitted *pro hac vice*)
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.448

CASE NO. 11-20427-WILLIAMS/TURNOFF

| | |
|---|---|
| MOTION PICTURE ASSOCIATION<br> OF AMERICA, INC.<br>Karen R. Thorland (*Pro Hac Vice*)<br>15301 Ventura Blvd.<br>Building E<br>Sherman Oaks, CA 91403<br>Phone:  818.995.6600<br>Fax:  818.285.4403<br><br>*Counsel for Plaintiffs* | Valentin Gurvits<br>BOSTON LAW GROUP, PC<br>825 Beacon Street, Suite 20<br>Newton Centre, MA  02459<br>Phone:  617.928.1804<br><br><br><br>*Counsel for Defendants* |

CASE NO. 11-20427-WILLIAMS/TURNOFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 20, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, FL 33131
Telephone: 305.416.6880
Facsimile:  305.416.6887

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
David A. Handzo (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile:  (202) 639-6066

MOTION PICTURE ASSOCIATION
 OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone:  (818) 995-6600
Fax:  (818) 285-4403

*Counsel for Plaintiffs*

s/ Janet T. Munn
Janet T. Munn