*Disney Enterprises, Inc., et al. v.*
*Hotfile Corp., et al.*

**Case No. 11-20427-WILLIAMS/TURNOFF**

# EXHIBIT "A"
# [Proposed] Order Granting Joint Motion of the Parties for Continuance of Trial and Calendar Call Dates Set Forth in the Court's Scheduling Order (Dkt. ##492 & 493)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**[PROPOSED] ORDER GRANTING JOINT MOTION OF THE PARTIES FOR CONTINUANCE OF TRIAL AND CALENDAR CALL DATES SET FORTH IN THE COURT'S SCHEDULING ORDER (DKT. ## 492 & 493)**

Upon consideration of the Parties' Joint Motion for Continuance of Trial and Calendar Call Dates, and all of the papers submitted in support thereof, the Parties' request for a continuance is GRANTED.

1. It is hereby ORDERED that:

a. The Calendar Call date of March 5, 2013 is continued pending resolution of the Parties' summary judgment motions;

b. The Trial date of March 11, 2013 is continued pending resolution of the Parties' summary judgment motions.

IT IS SO ORDERED.

Dated _____, 2012.

_____
United States District Court Judge