UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____

## ORDER

**THIS MATTER** is before the Court on the parties' Joint Motion to Continue (DE 497). Upon review of the record and the motion, it is hereby **ORDERED AND ADJUDGED** that the motion is **GRANTED** insofar as this action is specially set for trial beginning on September 16, 2013. The parties shall appear for Calendar Call at 11:00 A.M. on September 3, 2013 before the Honorable Kathleen Williams at the United States District Court, 400 North Miami Avenue, Room 11-3, Miami, Florida.

**DONE AND ORDERED** in chambers in Miami, Florida, this 16th day of January, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record