UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    *Defendants*.

_____/

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant*.

_____/

**DEFENDANT HOTFILE'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Hotfile Corp. ("Hotfile") submits this Notice of Supplemental Authority to bring to the Court's attention a recent decision from the Northern District of California, *Lenz v. Universal Music Corp.*, No. C 07-03783 JF, 2013 WL 271673 at *1 (N.D. Cal. Jan. 24, 2013), ("*Lenz IV*") (attached hereto as Exhibit A), which addresses two legal issues discussed at some

length in the parties' briefing concerning Warner's Motion For Summary Judgment and Section 512(f) of the Copyright Act.

In particular, in denying cross-motions for summary judgment, the *Lenz IV* Court discusses and clarifies its previous treatments of the intent and damages elements of a Section 512(f) claim.  *See Lenz v. Universal Music Corp.*, 572 F. Supp. 2d 1150,1154-56 (N.D.Cal. 2008) )("*Lenz I*") (intent), *aff'd,* 2008 WL 4790669, at *2 (N.D. Cal. Oct. 28, 2008) )("*Lenz II*") (denying interlocutory appeal; discussing intent); *Lenz v. Universal Music Corp.*, No. C 07-3783 JF, 2010 WL 702466, at *7-12 (N.D. Cal. Feb. 25, 2010) ("*Lenz III*") (damages).  *See Lenz IV* at *7-11 and *12-14, respectively.  The parties briefing cited and discussed all three prior *Lenz* decisions. [1]

DATED: January 29, 2013            Respectfully submitted,

                                                 s/ Janet T. Munn
                                                 Janet T. Munn, Esq. Fla. Bar No. 501281
                                                 Email: jmunn@rascoklock.com
                                                 RASCO KLOCK
                                                 283 Catalonia Avenue, Suite 200
                                                 Coral Gables, Fl 33134
                                                 Telephone:  305.476.7101
                                                 Telecopy: 305.476.7102

                                                 And

---

[1] The *Lenz* decisions are cited and discussed in Warner's February 10, 2012 Motion, at pages 11 and 12; Hotfile's February 27, 2012 Opposition at 8, 9 and 14; and in Warner's March 12, 2012 Reply at pages 3-4 and 8.  (All of these briefs were filed under seal and therefore do not have Docket Nos.)

2

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

        s/ Roderick M. Thompson
Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email: rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email: aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email: tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email: dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email: jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.4480

And

s/ Valentin Gurvits
Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone: 617.928.1800
Telecopy: 617.928.1802

*Counsel for Defendants Hotfile Corporation
 and Anton Titov*

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2013, a true and correct copy of the foregoing document, was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue, Suite 1650
Miami, FL  33131
Telephone:  305.416.6880
Telecopy: 305.416.6887

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA  91403-5885
Telephone: 818.935.5812

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
David A. Handzo (admitted *pro hac* vice)
Email:  dhandzo@jenner.com
JENNER AND BLOCK, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

By: /s Janet T. Munn
     Janet T. Munn