UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-CIV-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
                                                              /

**REPLY OF HOTFILE CORPORATION TO WARNER
BROS.' RESPONSE IN OPPOSITION TO HOTFILE'S
<u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

CASE NO. 11-20427-CIV-WILLIAMS/TURNOFF

Counterclaimant Hotfile Corp. ("Hotfile") submitted a Notice of Supplemental Authority [D.E. # 500] attaching the recent decision in *Lenz v. Universal Music Corp.*, No. C 07-03783 JF, 2013 WL 271673 (N.D. Cal. Jan. 24, 2013), ("*Lenz IV*"), that was decided after the parties completed the permissible briefing on Counterdefendant Warner Bros.'s Motion for Summary Judgment. [D.E. # 301]. Consistent with the Court's rules and practice, Hotfile's submission offered no argument, and for the Court's convenience merely cited to the pages where prior *Lenz* decisions were discussed in the parties' earlier summary judgment briefing.

Warner has now filed a "Response" [D.E. # 501] that offers a tortured interpretation of *Lenz IV* to argue that the decision, which denied summary judgment, somehow "undercuts Hotfile's principal legal theories." Warner's "Response" is an improper additional legal memorandum submitted in violation of Southern District Local Rule 7.1(c). (Forbidding any such "additional memoranda filed without prior leave of Court."). Warner did not seek and was not given leave to file more argument.

Warner's improper memorandum wholly ignores the holdings of *Lenz IV* that 1) "a copyright owner must make at least an initial assessment as to whether the fair use doctrine applies to the use in question in order to make a good faith representation that the use is not authorized by law," 2) that a copyright owner that "willfully blinded itself to the potential application of the fair use doctrine" would have committed a subjective material misrepresentation under § 512(f), and 3) that, because actual economic damages are not required under § 512(f), even *pro bono* attorneys fees incurred responding to a false takedown request satisfy § 512(f)'s damages requirement. *See Lenz IV,* 2013 WL 271673 at *6, *7 n.3, *9.

If the Court considers Warner's argumentative filing, Hotfile respectfully requests that the Court in fairness also permit Hotfile to respond with its own legal argument, explaining why

2

under the facts of this case, *Lenz IV* supports Hotfile's opposition to Warner's motion for summary judgment on both the issues of intent and damages.  Cognizant of the local practice and wishing not to burden the Court with further unwanted argument, Hotfile has resisted the temptation of providing that response here.

Dated:  February 8, 2013		Respectfully submitted,

s/ Roderick M. Thompson
Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email:  rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email:  aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email:  tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email:  dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email:  jthamkul@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street
San Francisco, CA  94104
Telephone:  415.954.4400
Telecopy:  415.954.4480

And

s/ Janet T. Munn
Janet T. Munn, Esq., Fla. Bar No. 501281
Email:  jmunn@rascoklock.com
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, FL  33134
Telephone:  305.476.7101
Telecopy:  305.476.7102

CASE NO. 11-20427-CIV-WILLIAMS/TURNOFF

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone: 617.928.1800
Telecopy: 617.928.1802

*Counsel for Defendants Hotfile Corporation
  and Anton Titov*

CASE NO. 11-20427-CIV-WILLIAMS/TURNOFF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 8, 2013, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email:  Karen.Stetson@gray-robinson.com
1221 Brickell Avenue, Suite 1650
Miami, FL  33131
Telephone:  305.416.6880
Telecopy:  305.416.6887

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email:  Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA  91403-5885
Telephone:  818.935.5812

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email:  sfabrizio@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email:  lplatzer@jenner.com
David A. Handzo, Esq. (admitted *pro hac vice*)
Email:  dhandzo@jenner.com
JENNER AND BLOCK, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, D.C  20001
Telephone:  202.639.6000
Telecopy:  202.639.6066

By: s/ Janet T. Munn
          Janet T. Munn