UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## PLAINTIFFS' REPLY NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs write to respond to Defendants' notice of supplemental authority regarding *Columbia Pictures Industries Inc. v. Fung*, No. 10-55946, -- F.3d --, 2013 WL 1174151 (9th Cir. Mar. 21, 2013) ("*Fung II*"), ECF No. 505. Plaintiffs stand on their briefing concerning *Fung II*, but briefly respond to three points:

- With respect to inducement liability, *Fung II* expressly acknowledges, contrary to Defendants' selective quotation that such evidence is "crucial," that "communication of an inducing message" is "**not the exclusive means** of proving inducement…" *Fung II*, 2013 WL 1174151, at *12 (emphasis added). Moreover, *Fung II* found such "communication[]"

of an infringing message in Fung's "responding affirmatively to requests for help" by users copying obviously infringing material – the same type of conduct Hotfile engaged in here. 2013 WL 1174151, at *13 (quotation marks omitted); *see also* Pls.' Statement of Material Undisputed Facts in Support of Pls.' Mot. for Summary Judgment, ECF No. 323, ¶ 9(b)-(c) (Hotfile receiving and in many cases responding to hundreds of user requests for technical support in instances where users were downloading files with names referencing popular movies and television programs).

- *Fung II* neither holds that the "DMCA safe harbor is a defense to alleged inducement liability," nor that the district court "simply got it wrong" by disqualifying the defendant from DMCA protection for the same reasons the defendant was liable for inducement. Hotfile Notice, ECF No. 505, at 3-4 & n.2.  Rather, the Ninth Circuit held that the same factors giving rise to inducement liability will frequently preclude protection under the DMCA safe harbor, but that it was "not clairvoyant enough to be sure that there are *no* instances" where the DMCA might nonetheless be available.  *Fung II*, 2013 WL 1174151, at *17 (emphasis added).  Thus, while the Ninth Circuit may have used a different doctrinal label than the district court to reach the same conclusion that Fung and similar defendants are not entitled to DMCA protection, it also affirmed that the factors giving rise to inducement liability will often give rise to DMCA disqualification as well.  That is not "discredit[ing]" the lower court opinion that it affirmed in all relevant respects.  Hotfile Notice, ECF No. 505 at 4.

- As for "red flag" knowledge, *Fung II*'s holding that it is objectively obvious that "current and well-known" movies and television programs are not "licensed to random members of the public" is in all respects identical to this case.  2013 WL 1174151, at *20.  There as here, the names of the files made obvious that they represented copyrighted content (*see, e.g.*, Yeh Ex. 27, ECF No. 324-2 at 518-29) (listing such files referenced in user support communications), and Hotfile's attempt to distract the Court by pointing to a small number of "closer calls" is no defense with respect to the vast number of instances presenting no such ambiguity.  Hotfile Notice, ECF No. 505, at 3.

DATED: March 27, 2013                               Respectfully submitted,


                                                    By: /s/ Karen L. Stetson
                                                    Karen L. Stetson
                                                    GRAY-ROBINSON, P.A.
                                                    1221 Brickell Avenue
                                                    16th Floor
                                                    Miami, FL 33131
                                                    Telephone: (305) 416-6880
                                                    Facsimile:  (305) 416-6887

MOTION PICTURE ASSOCIATION                          JENNER & BLOCK LLP
 OF AMERICA, INC.                                   Steven B. Fabrizio (*Pro Hac Vice*)
Karen R. Thorland (*Pro Hac Vice*)                  Luke C. Platzer (*Pro Hac Vice*)
15301 Ventura Blvd.                                 1099 New York Ave., N.W.
Building E                                          Suite 900
Sherman Oaks, CA 91403                              Washington, DC 20001
Phone:  (818) 995-6600                              Telephone: (202) 639-6000
Fax:  (818) 285-4403                                Facsimile:  (202) 639-6066

                                                    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th Day of March, 2013, I served the following documents on all counsel of record on the attached service list via the Court's CM/ECF filing system:

**Plaintiffs' Reply Notice of Supplemental Authority**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this Certificate of Service was executed on this date.

> By: /s/ Karen L. Stetson
> Karen L. Stetson

## SERVICE LIST

### Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
### CASE NO. 11-20427-WILLIAMS/TURNOFF

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*