UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    *Defendants*.
_____/

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant*.
_____/

**NOTICE OF DEFENDANT HOTFILE CORP. OF SCRIVENERS'
ERROR IN DEFENDANTS' NOTICE OF SUPPLEMENTAL
<u>AUTHORITY FILED ON MARCH 28, 2013 [D.E. #507]</u>**

Defendant, Hotfile Corp. ("Hotfile"), hereby wishes to bring to the Court's attention a

scriveners' error in the sentence that carries over from the bottom of page 1 to the top of page 2.

The sentence should read: "Luvdarts complained that mobile phone users were 're-sharing the

content with[out] permission o[r] compensation—thereby infringing' the copyrights. *Id.*" The bracketed language was inadvertently omitted from the original filing.  Undersigned counsel apologizes to the Court for the error and asks that the Court substitute the corrected sentence for the one in Hotfile's original filing.

Dated: March 29, 2013                           Respectfully submitted,


                                                s/ Janet T. Munn
                                                Janet T. Munn, Esq. Fla. Bar No. 501281
                                                Email: jmunn@rascoklock.com
                                                RASCO KLOCK
                                                283 Catalonia Avenue, Suite 200
                                                Coral Gables, Fl 33134
                                                Telephone:  305.476.7101
                                                Telecopy: 305.476.7102

                                                And

                                                s/ Roderick M. Thompson
                                                Roderick M. Thompson, Esq. (admitted *pro hac vice*)
                                                Email:  rthompson@fbm.com
                                                Andrew Leibnitz, Esq. (admitted *pro hac vice*)
                                                Email:  aleibnitz@fbm.com
                                                Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
                                                Email:  tschoenberg@fbm.com
                                                Deepak Gupta, Esq. (admitted *pro hac vice*)
                                                Email:  dgupta@fbm.com
                                                Janel Thamkul, Esq. (admitted *pro hac vice*)
                                                Email:  jthamkul@fbm.com
                                                FARELLA BRAUN + MARTEL LLP
                                                235 Montgomery St.
                                                San Francisco, CA  94104
                                                Telephone:  415.954.4400
                                                Telecopy: 415.954.4480

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation*
 *and Anton Titov*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2013, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| Karen L. Stetson, Esq.<br>Fla. Bar No.: 742937<br>GRAY-ROBINSON, P.A.<br>Email: Karen.Stetson@gray-robinson.com<br>1221 Brickell Avenue<br>Suite 1600<br>Miami, FL  33131<br>Telephone:  305.416.6880<br>Telecopy: 305.416.6887 | Karen R. Thorland, Esq.<br>(admitted *pro hac vice*)<br>Senior Content Protection Counsel<br>Email: Karen_Thorland@mpaa.org<br>Motion Picture Association of<br>  America, Inc.<br>15301 Ventura Boulevard, Building E<br>Sherman Oaks, CA  91403-5885<br>Telephone: 818.935.5812 |

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
David A. Handzo, Esq. (admitted *pro hac vice*)
Email: dhandzo@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

By: s/ Janet T. Munn
    Janet T. Munn