IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:11-cv-20427 WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

*Defendants.*
_____/
HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

**AMICUS CURIAE NOTICE OF CHANGE OF ADDRESS FOR
DINEEN PASHOUKOS WASYLIK**

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK:

PLEASE TAKE NOTICE that local counsel for Amicus Curiae Electronic Frontier Foundation ("EFF") has a new address effective immediately:

Dineen Pashoukos Wasylik, Esq.
ICE LEGAL, P.A.
5322 Primrose Lake Circle, Suite C
Tampa, FL 33647
561-729-0530
dineen.wasylik@icelegal.com

1

Dated: April 11, 2013     ELECTRONIC FRONTIER FOUNDATION

        /s/ Dineen Pashoukos Wasylik
        DINEEN PASHOUKOS WASYLIK
        Florida State Bar No. 191620
        ICE LEGAL, P.A.
        5322 Primrose Lake Circle, Suite C
        Tampa, FL 33647
        561-729-0530
        *dineen.wasylik@icelegal.com*

        MITCHELL L. STOLTZ (*pro hac vice*)
        *mitch@eff.org*
        KURT OPSAHL
        *kurt@eff.org*
        CORYNNE MCSHERRY
        *corynne@eff.org*
        ELECTRONIC FRONTIER FOUNDATION
        454 Shotwell Street
        San Francisco, CA 94110
        Telephone: (415) 436-9333
        Facsimile: (415) 436-9993

        Attorneys for Amicus Curiae

## CERTIFICATE OF SERVICE

*Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.*
**Case No.: 1:11-cv-20427-KMW (Williams/Turnoff)**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by the Court's ECF system on April 11, 2013, on all counsel or parties of record on the service list.

Dated: April 11, 2013

/s/ *Dineen Pashoukos Wasylik*
DINEEN PASHOUKOS WASYLIK

*Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.*
Case No.: 1:11-cv-20427-KMW (Williams/Turnoff)

**SERVICE LIST**

Steven B. Fabrizio
Duane C. Pozza
Jennifer V. Yeh
Luke C. Platzer
JENNER & BLOCK
1099 New York Avenue, N.W., Suite 900
Washington, DC  10022
202-639-6094
Email: sfabrizio@jenner.com
Email: dpozza@jenner.com
Email: jyeh@jenner.com
Email: lplatzer@jenner.com

Karen R. Thorland
Senior Content Protection Counsel
MOTION PICTURE ASSOCIATION OF AMERICA, INC.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA  91403
818-935-5812
Email: Karen_Thorland@mpaa.org

Karen Linda Stetson
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1650
Miami, FL 33131
305-416-6880
Fax: 305-416-6887
Email: karen.stetson@gray-robinson.com

Attorneys for Plaintiffs/Counter-Defendants
Disney Enterprises, Inc.,
20th Century Fox Film Corporation,
Universal City Studios Productions,
Columbia Pictures Industries, Inc., and
Warner Brothers Entertainment, Inc.

Anthony P. Schoenberg
Deepak Gupta
Janel Thamkul
N. Andrew Leibnitz
Roderick M. Thompson
FARELLA BRAUN & MARTEL, LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
415-954-4400
Email: tschoenberg@fbm.com
Email: dgupta@fbm.com
Email: jthamkul@fbm.com
Email: aleibnitz@fbm.com
Email: rthompson@fbm.com

Janet T. Munn
RASCO KLOCK REININGER PEREZ ESQUENAZI VIGIL & NIETO
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
305-476-7101
Fax: 305-476-7102
Email: jmunn@rascoklock.com

Valentin Gurvits
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
617-928-1804
Email: vgurvits@bostonlawgroup.com

Attorneys for Defendants/Counter-Claimants
Hotfile Corp., Anton Titov, Does 1-10, and Lemuria Communications, Inc.