**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO. 1:11-cv-20427 WILLIAMS/TURNOFF**

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

*Defendants.*
_____/
HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**NOTICE OF CHANGE OF ADDRESS FOR THE
ELECTRONIC FRONTIER FOUNDATION**

1

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE COURT:

PLEASE TAKE NOTICE that the Electronic Frontier Foundation ("EFF"), counsel for Amicus Curiae, is relocating.  As of April 12, 2013, our new address will be:

Mitchell L. Stoltz, Esq.
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, California  94109

Our telephone and facsimile numbers will remain the same.

Dated: April 11, 2013                ELECTRONIC FRONTIER FOUNDATION

/s/ Dineen Pashoukos Wasylik
DINEEN PASHOUKOS WASYLIK
Florida State Bar No. 191620
ICE LEGAL, P.A.
5322 Primrose Lake Circle, Suite C
Tampa, FL 33647
561-729-0530
*dineen.wasylik@icelegal.com*

MITCHELL L. STOLTZ (*pro hac vice*)
*mitch@eff.org*
KURT OPSAHL
*kurt@eff.org*
CORYNNE MCSHERRY
*corynne@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA  94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Amicus Curiae

1

2

## CERTIFICATE OF SERVICE

*Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.*
**Case No.: 1:11-cv-20427-KMW (Williams/Turnoff)**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by the Court's ECF system on April 11, 2013, on all counsel or parties of record on the service list.

Dated: April 11, 2013

/s/ Dineen Pashoukos Wasylik
DINEEN PASHOUKOS WASYLIK

*Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.*
Case No.: 1:11-cv-20427-KMW (Williams/Turnoff)

**SERVICE LIST**

Steven B. Fabrizio
Duane C. Pozza
Jennifer V. Yeh
Luke C. Platzer
JENNER & BLOCK
1099 New York Avenue, N.W., Suite 900
Washington, DC  10022
202-639-6094
Email: sfabrizio@jenner.com
Email: dpozza@jenner.com
Email: jyeh@jenner.com
Email: lplatzer@jenner.com

Karen R. Thorland
Senior Content Protection Counsel
MOTION PICTURE ASSOCIATION OF AMERICA, INC.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA  91403
818-935-5812
Email: Karen_Thorland@mpaa.org

Karen Linda Stetson
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1650
Miami, FL 33131
305-416-6880
Fax: 305-416-6887
Email: karen.stetson@gray-robinson.com

Attorneys for Plaintiffs/Counter-Defendants
Disney Enterprises, Inc.,
20th Century Fox Film Corporation,
Universal City Studios Productions,
Columbia Pictures Industries, Inc., and
Warner Brothers Entertainment, Inc.

Anthony P. Schoenberg
Deepak Gupta
Janel Thamkul
N. Andrew Leibnitz
Roderick M. Thompson
FARELLA BRAUN & MARTEL, LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
415-954-4400
Email: tschoenberg@fbm.com
Email: dgupta@fbm.com
Email: jthamkul@fbm.com
Email: aleibnitz@fbm.com
Email: rthompson@fbm.com

Janet T. Munn
RASCO KLOCK REININGER PEREZ ESQUENAZI VIGIL & NIETO
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
305-476-7101
Fax: 305-476-7102
Email: jmunn@rascoklock.com

Valentin Gurvits
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
617-928-1804
Email: vgurvits@bostonlawgroup.com

Attorneys for Defendants/Counter-Claimants
Hotfile Corp., Anton Titov, Does 1-10, and Lemuria Communications, Inc.