UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**JOINT MOTION AND MEMORANDUM OF LAW REQUESTING CONTINUANCE OF TRIAL AND CALENDAR CALL DATES SET FORTH IN THE COURT'S SCHEDULING ORDER (DKT # 499) AND TELEPHONIC STATUS CONFERENCE**

Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studio Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment, Inc. (collectively "Plaintiffs"); and Defendants Hotfile Corp. and Anton Titov (collectively "Defendants") (Plaintiffs and Defendants are collectively the "Parties") move pursuant to Local Rule 7.6 for a continuance of the trial and Calendar Call dates set forth in the Court's January 18, 2013 Order (Dkt # 499). The Parties further request a telephonic status conference with the Court at the Court's earliest convenience to discuss, *inter alia*, the Court's

next available trial dates. The grounds for this Joint Motion are set forth below in the accompanying Memorandum of Law.

## MEMORANDUM OF LAW

This matter is currently set for trial during the Court's two-week trial calendar beginning on September 16, 2013 and for Calendar Call on September 3, 2013. *See* Dkt. # 499. The Parties are unclear as to whether it is presently realistic for the Court to proceed with trial on that schedule. The parties would need to begin immediate trial preparation if trial is to proceed as presently scheduled. The parties believe that commencing trial preparation now would be needlessly inefficient and wasteful, given that the parties' four summary judgment motions remain pending and the issues, if any, for trial therefore remain unknown. The Court also has recognized this in adjourning two previously set trial dates for this reason.

Therefore, the Parties believe the most sensible approach would be for the Court to continue the currently-scheduled trial and Calendar Call dates, and promptly to set a telephonic status conference to discuss the rescheduling of those dates. Good cause exists for continuing the present trial and Calendar Call dates because scheduling trial in this matter after the Court has had an opportunity to consider and decide the pending summary judgment motions will give the parties, and the Court, the benefit of knowing which issues, if any, are to be tried, and to engage in trial preparation accordingly.

The Joint Motion is not filed for the purposes of delay or for any improper purpose but to avoid the unnecessary difficulty and expense of preparing for trial without the benefit of the Court's decisions on the pending summary judgment motions. Neither Party will be prejudiced by the Court granting this Joint Motion for Continuance. The Court has authority pursuant to Local Rule 7.6 to continue the presently-scheduled trial date.

## CONCLUSION

On the basis of the foregoing, the Parties respectfully request that the Court grant this Joint Motion. A proposed Order is attached hereto.

CASE NO. 11-20427-WILLIAMS/TURNOFF

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that counsel for Plaintiffs, Karen L. Stetson, the counsel who makes this joint filing on behalf of all Parties, has authorization from counsel for Defendants to file the Joint Motion on behalf of Defendants as well as the Plaintiffs whom she represents.

DATED: June 5, 2013

By: /s/ Karen L. Stetson
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, FL 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

MOTION PICTURE ASSOCIATION
 OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone: (818) 995-6600
Fax: (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
David A. Handzo (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for Plaintiffs*

By:/s/ Roderick M. Thompson
Roderick M. Thompson (admitted *pro hac vice*)
Andrew Leibnitz (admitted *pro hac vice*)
Anthony P. Schoenberg (admitted *pro hac vice*)
Deepak Gupta (admitted *pro hac vice*)
Janel Thamkul (admitted *pro hac vice*)
**FARELLA BRAUN + MARTEL LLP**
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.448

Janet T. Munn, Florida Bar No. 501281
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102
Email: jmunn@rascoklock.com

Valentin Gurvits
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804
vgurvits@bostonlawgroup.com

*Counsel for Defendants Hotfile Corp. and Anton Titov*

CASE NO. 11-20427-WILLIAMS/TURNOFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 5th day of June, 2013, I served the following document on all counsel of record on the attached service list via the Court's CM/ECF filing system:

**Joint Motion and Memorandum of Law for Continuance of Trial and Calendar Call Dates Set Forth in The Court's Scheduling Order (Dkt # 499)**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this Certificate of Service was executed on this date.

By: /s/ Karen L. Stetson
Karen L. Stetson

CASE NO. 11-20427-WILLIAMS/TURNOFF

# SERVICE LIST

**Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.**
**CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF**

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*