UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF TRIAL AND CALENDAR CALL DATES SET FORTH IN THE COURT'S SCHEDULING ORDER (DKT # 499) AND TELEPHONIC STATUS CONFERENCE**

Upon consideration of the Parties' Joint Motion for Continuance of Trial and Calendar Call Dates, and all of the papers submitted in support thereof, the Parties' request for a continuance is GRANTED.

1. It is hereby ORDERED that:

a. The Calendar Call date of September 3, 2013 is continued and will be reset following the telephonic status conference with the Parties;

b. The Trial date of September 16, 2013 is continued and will be reset following the telephonic status conference with the Parties;

c. A telephonic status conference will take place on _____, 2013 at _____ to discuss the rescheduling of the Calendar Call and Trial dates.

IT IS SO ORDERED.

Dated _____, 2013.

                                                                                                                  _____
Kathleen M. Williams
United States District Court Judge