UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CIV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on the parties' Joint Motion Requesting Continuance of Trial and Calendar Call Dates Set Forth in the Court's Scheduling Order and Telephonic Status Conference (DE 519). The motion is GRANTED. A telephonic status conference before the Honorable Kathleen Williams is hereby set on June 13, 2013, at 4:00 p.m., at which time the parties should be prepared to discuss new calendar call and trial dates. Chambers will e-mail dial-in information to counsel of record prior to the conference.

**DONE AND ORDERED** in chambers in Miami, Florida, this 5 day of June, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE