UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CIV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____

## ORDER SPECIALLY SETTING TRIAL DATE

Pursuant to the Status Conference held on June 13, 2013, this case is **REMOVED** from the September 16, 2013 trial calendar, and the Court **SPECIALLY SETS TRIAL** for the two week period beginning on **December 9, 2013** before the Honorable Kathleen M. Williams at the United States District Court, 400 North Miami Avenue, Room 11-3, Miami, Florida. The Court will set a **STATUS CONFERENCE** for two weeks after the summary judgment order issues.

**DONE AND ORDERED** in chambers in Miami, Florida, this 13 day of June, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE