UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

     *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

     *Defendants*.

_____/

HOTFILE CORP.,

     *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

     *Counter-Defendant*.

_____/

**DEFENDANT HOTFILE'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Hotfile Corp. ("Hotfile") submits this Notice of Supplemental Authority to bring to the Court's attention yesterday's decision from the Ninth Circuit, *Fox Broadcasting Company v. Dish Network L.L.C.*, No. 12-57048, D.C. No. 2:12-cv-04529-DMG-SH (July 24, 2013) (attached hereto as Exhibit A) ("*Dish Network*"). The *Dish Network* court affirms the denial of a preliminary injunction to the plaintiffs – including Plaintiff in the instant matter, Twentieth Century Fox Film Corporation ("Fox") – who sought to enjoin Dish Network

Corporation's ("Dish Network") digital video recorder ("DVR") technologies and related services.  *Dish Network* addresses secondary copyright infringement liability under the principles set forth in *Sony Corp. of Am. v. Universal City Studios, Inc.*, 464 U.S. 417 (1984) and as elaborated in *Metro-Goldwyn Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005) and *A&M Records, Inc. v. Napster, Inc.*, 239 F.3d 1004 (9th Cir. 2001).  (*See* Exhibit A at pp. 13-17.) The *Dish Network* court holds that Dish Network was likely to succeed in its affirmative defense that copying of Fox's television shows by Dish Network customers constitutes a fair use and, thus, the plaintiffs could not show a likelihood of success on their claim for secondary copyright infringement.  (*Id.*)

DATED: July 25, 2013                          Respectfully submitted,


Janet T. Munn_____
Janet T. Munn, Esq. Fla. Bar No. 501281
Email: jmunn@rascoklock.com
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone:  305.476.7101
Telecopy: 305.476.7102

And

Roderick M. Thompson_____
Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email:  rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email:  aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email:  tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email:  dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email:  jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA  94104
Telephone:  415.954.4400
Telecopy: 415.954.4480

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone:  617.928.1800
Telecopy:  617.928.1802

*Counsel for Defendants Hotfile Corporation*
  *and Anton Titov*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on July 25, 2013, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document

is being served this day on all counsel of record identified below in the manner specified, either

via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other

authorized manner for those counsel or parties who are not authorized to receive electronically

Notices of Electronic Filing:

| | |
|---|---|
| Karen L. Stetson, Esq., Fla. Bar No.: 742937<br>GRAY-ROBINSON, P.A.<br>Email: Karen.Stetson@gray-robinson.com<br>1221 Brickell Avenue<br>Suite 1600<br>Miami, FL  33131<br>Telephone: 305.416.6880<br>Telecopy: 305.416.6887 | Karen R. Thorland, Esq. (admitted *pro hac vice*)<br>Senior Content Protection Counsel<br>Email: Karen_Thorland@mpaa.org<br>Motion Picture Association of America, Inc.<br>15301 Ventura Boulevard, Building E<br>Sherman Oaks, CA  91403-5885<br>Telephone: 818.935.5812 |

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC  20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

By: Janet T. Munn
    Janet T. Munn