Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*

_____/

FILED by \_\_\_ D.C.
SEP 1 1 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**JOINT MOTION OF THE PARTIES FOR LEAVE TO FILE UNDER
SEAL THE PROPOSED AGREED REDACTIONS TO THE
AUGUST 28, 2013 SEALED ORDER ON SUMMARY JUDGMENT**

Plaintiffs, Disney Enterprises, Inc.; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Columbia Pictures Industries, Inc.; and Warner Bros. Entertainments Inc. (collectively "Plaintiffs") and Defendants, Hotfile Corporation and Anton Titov (collectively Hotfile and Mr. Titov are "Defendants") (Plaintiffs and Defendants together are the "Parties"), jointly file pursuant to Local Rule 5.4 for leave to file under seal the Parties'

proposed redacted version for public filing of the Court's Sealed Order on Summary Judgment entered August 28, 2013 ("Sealed Version of the Order"). The Parties have conferred and agreed to proposed redactions to the Sealed Version of the Order so that the Court's August 28, 2013 Order on Summary Judgment can be publicly filed in the Court docket in redacted form.

The Parties' proposed redactions to the Sealed Version of the Order are shown in a highlighted version of the Order. *See* Exhibit A. In the event the Court accepts the Parties' proposed redactions as shown in Exhibit A, the Parties have also attached as Exhibit B, a redacted version of the Sealed Version of the Order with the confidential portions of the Sealed Version of the Order blacked out to permit public docketing of the redacted version.

## CONCLUSION

On the basis of the foregoing, the Parties respectfully request that the Court grant their Joint Motion for Leave to File Under Seal and further that the Court accept for public filing, the Parties' proposed agreed redactions to the Sealed Version of the Order. A proposed Order granting the Joint Motion for Leave to File Under Seal is attached as Exhibit C.

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

Respectfully submitted,

By: *Karen L. Stetson* (by Janet J. Munn with authorization)
Karen L. Stetson

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Phone: 202-639-6000
Fax: 202-639-6066

GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305-416-6880
Fax: 305-416-6887

*Attorneys for Plaintiffs*

By: *Janet J. Munn*
Janet T. Munn

RASCO KLOCK
Janet T. Munn (FL Bar No. 501281)
283 Catalonia Ave., Suite 200
Coral Gables, FL 33134
Phone: 305-476-7101
Fax: 305-476-7102

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg (*Pro Hac Vice*)
Roderick M. Thompson (*Pro Hac Vice*)
Andrew Leibnitz (*Pro Hac Vice*)
Deepak Gupta (*Pro Hac Vice*)
Janel Thamkul (*Pro Hac Vice*)
235 Montgomery Street
San Francisco, CA 94104
Phone: 415-954-4400

BOSTON LAW GROUP
Valentin Gurvits
825 Beacon Street, Suite 20
Newton Center, MA 02459
Phone: 617-928-1800
Fax: 617-928-1802

*Attorneys for Defendants*

Dated: September 11, 2013