CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

*DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX*
*FILM CORPORATION, UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,*
*COLUMBIA PICTURES INDUSTRIES, INC., and*
*WARNER BROS. ENTERTAINMENT INC.*
*v. HOTFILE CORP., ANTON TITOV AND DOES 1-10*

# EXHIBIT C

# [PROPOSED] ORDER GRANTING JOINT MOTION OF THE PARTIES FOR LEAVE TO FILE UNDER SEAL THE PROPOSED AGREED REDACTIONS TO THE AUGUST 28, 2013 SEALED ORDER ON SUMMARY JUDGMENT AND ACCEPTING THE PROPOSED REDACTIONS TO THE SEALED ORDER

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

ORDERED AND ADJUDGED that the Joint Motion to Seal is Granted.  Further, the

Court accepts the proposed redactions to the Court's August 28, 2013 Sealed Order on Summary

Judgment that were suggested by the Parties.  The redacted version of the August 28, 2013

Sealed Order on Summary Judgment will be filed in the public docket.

DONE AND ORDERED in chambers this _____ day of September 2013.


_____
KATHLEEN M. WILLIAMS
United States District Judge

cc:    All Counsel of Record



4827-2984-2453, v.  1