(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 11-20427-WILLIAMS/TURNOFF

Disney Enterprises, Inc. et al.

Plaintiff

v.

Hotfile Corp. et al.

Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Janet T. Munn, Esq.

Address: Rasco Klock, 283 Catalonia Ave., 2nd Floor, Coral Gables, FL 33134

Telephone: (305) 476-7100

On behalf of (select one):  ☐ Plaintiff   ☒ Defendant

Date sealed document filed: 9/11/2013

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 68

The matter should remain sealed until:

☐ Conclusion of Trial
☐ Case Closing
☐ Other: _____
☐ Permanently. Specify the authorizing law, rule, court order:
☐ Arrest of First Defendant
☒ Conclusion of Direct Appeal

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file   ☐ Destroyed
☒ Returned to the party or counsel for the party, as identified above

See attached list of documents filed under seal.

Janet T. Munn

*(signature)*

Attorney for: Defendants

1. Joint Motion of the Parties Regarding Redactions to Sealed Summary Judgment Decision
2. Exhibit A to Joint Motion
3. Exhibit B to Joint Motion
4. Exhibit C (Proposed Order) to Joint Motion