UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*
_____/

| |
|---|
| __ SEALED |
| __ NOT SEALED |

**ORDER GRANTING JOINT MOTION OF THE PARTIES FOR LEAVE TO FILE UNDER SEAL THE PROPOSED AGREED REDACTIONS TO THE AUGUST 28, 2013 SEALED ORDER ON SUMMARY JUDGMENT AND ACCEPTING THE PROPOSED REDACTIONS TO THE SEALED ORDER**

THIS CAUSE came before the Court on the Joint Motion of the Parties for Leave to File Under Seal the Proposed Agreed Redactions to the August 28, 2013 Sealed Order on Summary Judgment and Accepting the Proposed Redactions to the Sealed Order ("Joint Motion to Seal"). The Court has considered the Joint Motion to Seal and being otherwise duly advised herein, it is hereby

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

ORDERED AND ADJUDGED that the Joint Motion to Seal is Granted. Further, the Court accepts the proposed redactions to the Court's August 28, 2013 Sealed Order on Summary Judgment that were suggested by the Parties. The redacted version of the August 28, 2013 Sealed Order on Summary Judgment will be filed in the public docket.

DONE AND ORDERED in chambers this ___ day of September 2013.

_____
KATHLEEN M. WILLIAMS
United States District Judge

cc:   All Counsel of Record

4827-2984-2453, v. 1