UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## JOINT MOTION FOR PRE-TRIAL SCHEDULE

Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studio Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment, Inc. (collectively "Plaintiffs"); and Defendants Hotfile Corp. and Anton Titov (collectively "Defendants") (Plaintiffs and Defendants are collectively the "Parties") submit this joint motion proposing a pre-trial schedule pursuant to the Court's instruction during the status conference held on September 3, 2013.

The Parties respectfully request that the Court order the relevant pre-trial deadlines to be set as follows:

| Event[1] | Date |
|---|---|
| Last day for Defendants to move for certification of interlocutory appeal | Sept. 13, 2013 |
| Last day for Plaintiffs to oppose certification of interlocutory appeal | Sept. 20, 2013 |
| Last day for Defendants to file reply in support of certification of interlocutory appeal | Sept. 25, 2013 |
| Last day for Warner to file motion to sever counterclaim | Sept. 25, 2013 |
| Telephonic status conference (subject to Court's availability) | Sept. 30, 2013 |
| Last day to exchange pretrial disclosures required by Rule 26(a)(3)(A) | Oct. 2, 2013 |
| Last day to exchange drafts of pretrial stipulation | Oct. 2, 2013 |
| Last day for Defendants to respond to motion to sever counterclaim | Oct. 4, 2013 |
| Last day for Warner to serve reply in support of counterclaim | Oct. 9, 2013 |
| Telephonic status conference (subject to Court's availability) | Oct. 16, 2013 |
| Last day for objections to pretrial disclosures under Rule 26(a)(3)(B) | Oct. 16, 2013 |
| Pretrial meeting of counsel | Oct. 21, 2013 |
| Last day to file pretrial stipulation | Oct. 23, 2013 |
| Telephonic status conference (subject to Court's availability) | Oct. 25, 2013 |
| Last day to file motions *in limine* or *Daubert* motions | Oct. 25, 2013 |
| Last day to oppose motions *in limine* or *Daubert* motions | Nov. 4, 2013 |
| Last day to file reply briefs re: motions *in limine* or *Daubert* motions | Nov. 11, 2013 |
| Last day to exchange proposed jury instructions | Nov. 11, 2013 |
| Last day to meet and confer regarding proposed jury instructions | Nov. 14, 2013 |
| Last day to submit proposed jury instructions to the Court | Nov. 18, 2013 |
| Pretrial conference and oral argument on motions *in limine* or *Daubert* motions (subject to Court availability) | Nov. 25, 2013 |
| Proposed *voir dire* questions (subject to Court's willingness to entertain questions from parties) | Dec. 2, 2013 |

---

[1] The proposed pretrial schedule does not yet reflect dates for submitting any agreed injunction to the Court or, if the parties are unable to agree to an injunction, a date for Plaintiffs to propose an injunction and a briefing schedule on Plaintiffs' proposal. The parties intend to meet and confer and propose dates for those items to the Court next week.

A proposed Order is attached hereto.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

I HEREBY CERTIFY that counsel for Plaintiffs, Karen L. Stetson, the counsel who makes this joint filing on behalf of all Parties, has authorization from counsel for Defendants to file the Joint Motion on behalf of Defendants as well as the Plaintiffs whom she represents.

DATED: September 13, 2013

By: /s/ Karen L. Stetson
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, FL 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

MOTION PICTURE ASSOCIATION
 OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone: (818) 995-6600
Fax: (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
David A. Handzo (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for Plaintiffs*

By:/s/ Andrew Leibnitz
Roderick M. Thompson (admitted *pro hac vice*)
Andrew Leibnitz (admitted *pro hac vice*)
Anthony P. Schoenberg (admitted *pro hac vice*)
Deepak Gupta (admitted *pro hac vice*)
Janel Thamkul (admitted *pro hac vice*)
**FARELLA BRAUN + MARTEL LLP**
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.448

3

Janet T. Munn, Florida Bar No. 501281
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102
Email: jmunn@rascoklock.com

Valentin Gurvits
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804
vgurvits@bostonlawgroup.com

*Counsel for Defendants Hotfile Corp. and Anton Titov*

CASE NO. 11-20427-WILLIAMS/TURNOFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 13th day of September, 2013, I served the following document on all counsel of record on the attached service list via the Court's CM/ECF filing system:

**Joint Motion for Pre-Trial Schedule**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this Certificate of Service was executed on this date.

By: /s/ Karen L. Stetson
Karen L. Stetson

CASE NO. 11-20427-WILLIAMS/TURNOFF

# SERVICE LIST

**Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF**

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*