UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
                                                                          /

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
                                                                          /

### **[PROPOSED] ORDER GRANTING JOINT MOTION FOR PRE-TRIAL SCHEDULE**

THIS CAUSE came before the Court on the Parties' Joint Motion for Pre-Trial Schedule, filed pursuant to the Court's instruction at the status conference held on September 3, 2013. This Court has considered the agreed schedule and being otherwise duly advised here, it is hereby: ORDERED that the pre-trial schedule in this case is set as follows:

| Event | Date |
|---|---|
| Last day for Defendants to move for certification of interlocutory appeal | Sept. 13, 2013 |
| Last day for Plaintiffs to oppose certification of interlocutory appeal | Sept. 20, 2013 |

| | |
|---|---|
| Last day for Defendants to file reply in support of certification of interlocutory appeal | Sept. 25, 2013 |
| Last day for Warner to file motion to sever counterclaim | Sept. 25, 2013 |
| Telephonic status conference (subject to Court's availability) | Sept. 30, 2013 |
| Last day to exchange pretrial disclosures required by Rule 26(a)(3)(A) | Oct. 2, 2013 |
| Last day to exchange drafts of pretrial stipulation | Oct. 2, 2013 |
| Last day for Defendants to respond to motion to sever counterclaim | Oct. 4, 2013 |
| Last day for Warner to serve reply in support of counterclaim | Oct. 9, 2013 |
| Telephonic status conference (subject to Court's availability) | Oct. 16, 2013 |
| Last day for objections to pretrial disclosures under Rule 26(a)(3)(B) | Oct. 16, 2013 |
| Pretrial meeting of counsel | Oct. 21, 2013 |
| Last day to file pretrial stipulation | Oct. 23, 2013 |
| Telephonic status conference (subject to Court's availability) | Oct. 25, 2013 |
| Last day to file motions *in limine* or *Daubert* motions | Oct. 25, 2013 |
| Last day to oppose motions *in limine* or *Daubert* motions | Nov. 4, 2013 |
| Last day to file reply briefs re: motions *in limine* or *Daubert* motions | Nov. 11, 2013 |
| Last day to exchange proposed jury instructions | Nov. 11, 2013 |
| Last day to meet and confer regarding proposed jury instructions | Nov. 14, 2013 |
| Last day to submit proposed jury instructions to the Court | Nov. 18, 2013 |
| Pretrial conference and oral argument on motions *in limine* or *Daubert* motions (subject to Court availability) | Nov. 25, 2013 |
| Proposed *voir dire* questions (subject to Court's willingness to entertain questions from parties) | Dec. 2, 2013 |

DONE AND ORDERED in chambers at Miami, Florida this ____ day of _____ 2013.

_____
Kathleen M. Williams
United States District Judge

cc:   All Counsel of Record