UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CIV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____

## ORDER SETTING PRE-TRIAL SCHEDULE

**THIS MATTER** is before the Court on the Parties' Joint Motion for Pre-Trial Schedule (DE 528), filed pursuant to the Court's instruction at the status conference held on September 3, 2013. Upon review of the Motion and the record, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Parties shall adhere to their proposed schedule with slight modifications, as follows:

    Defendants shall move for certification of interlocutory appeal - Sept. 16, 2013

    Plaintiffs shall oppose certification of interlocutory appeal - Sept. 23, 2013

    Defendants shall file reply in support of certification of interlocutory appeal - Sept. 26, 2013

    Warner shall file motion to sever counterclaim - Sept. 25, 2013

    Telephonic status conference (subject to Court's availability) - Sept. 30, 2013

    Parties shall exchange Rule 26(a)(3)(A) pretrial disclosures - Oct. 2, 2013

    Parties shall exchange drafts of pretrial stipulation - Oct. 2, 2013

    Parties shall respond to motion to sever counterclaim - Oct. 4, 2013

Warner shall file reply in support of motion to sever counterclaim - Oct. 9, 2013

Telephonic status conference (subject to Court's availability) - Oct. 16, 2013

Parties shall file Rule 26(a)(3)(B) objections to pretrial disclosures - Oct. 16, 2013

Pretrial meeting of counsel - Oct. 21, 2013

Parties shall file joint pretrial stipulation - Oct. 23, 2013

Telephonic status conference (subject to Court's availability) - Oct. 25, 2013

Parties shall file motions *in limine* and *Daubert* motions and witness and exhibit lists - Oct. 25, 2013

Parties shall oppose motions *in limine* and *Daubert* motions - Nov. 4, 2013

Parties shall file replies to motions *in limine* or *Daubert* motions - Nov. 11, 2013

Parties shall exchange proposed jury instructions - Nov. 11, 2013

Parties shall meet and confer on proposed jury instructions - Nov. 14, 2013

Parties shall file proposed jury instructions - Nov. 18, 2013

Pretrial conference and oral argument on motions *in limine* and *Daubert* motions (subject to Court availability) - Nov. 25, 2013

Parties to file proposed *voir dire* questions (subject to Court's willingness to entertain questions from parties) - Dec. 2, 2013

**DONE AND ORDERED** in chambers in Miami, Florida, this 16 day of September, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE