UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11- 20427-CIV-WILLIAMS/TURNOFF

FILED by _CAL_ D.C.
SEP 13 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

    *Defendants.*   /

HOTFILE CORP.,

    *Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*   /

**UNOPPOSED MOTION AND MEMORANDUM OF LAW OF DEFENDANT HOTFILE
CORPORATION FOR LEAVE TO FILE UNDER SEAL HOTFILE'S MOTION
FOR CERTIFICATION OF INTERLOCUTORY APPEAL UNDER 28 U.S.C.
§ 1292(b) AND FOR STAY OF PROCEEDINGS PENDING APPEAL AND
HOTFILE'S REQUEST FOR ORAL ARGUMMENT OR HEARING**

Defendant Hotfile Corporation ("Hotfile"), pursuant to Local Rule 5.4, files this unopposed motion to file under seal Hotfile's Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) and for Stay of Proceedings Pending Appeal ("Motion for Certification and for Stay") and Hotfile's Request for Oral Argument or Hearing on the Motion

for Certification and for Stay ("Request for Oral Argument"), as set forth below in the accompanying memorandum of law.

## MEMORANDUM OF LAW

Hotfile's Motion for Certification and for Stay and its Request for Oral Argument concern and discuss the Court's summary judgment order, which as of this date remains sealed in its entirety.[1] For that reason, Hotfile believes that it is required to file its Motion for Certification and for Stay and its Request for Oral Argument under seal and does so pursuant to Local Rule 5.4. Plaintiffs have no opposition to requested sealed filing.

## CONCLUSION

On the basis of the foregoing, Hotfile respectfully requests that the Court grant its unopposed motion for leave to file under seal. A proposed Order is attached hereto as Exhibit "A."

## CERTIFICATE OF GOOD FAITH ATTEMPT TO RESOLVE

I hereby certify that pursuant to Local Rule 7.1(a)(3), prior to filing this motion, counsel for Defendant, Janet T. Munn, communicated with counsel for Plaintiffs, Steven B. Fabrizio, by e-mail, in a good faith attempt to resolve by agreement the matters that are raised in this motion and that Plaintiffs have no objection to this motion for leave to file under seal.

_____
Janet T. Munn, Esq.

---

[1] On September 11, 2013, as directed by the Court, the parties jointly filed under seal their proposed redacted version of the Court's Order on Summary Judgment, so that the Order could be filed in the public docket.

2

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DATED: September 13, 2013

Respectfully submitted,

_____ FBR # 0523305

Janet T. Munn, Esq. Fla. Bar No. 501281
Email: jmunn@rascoklock.com
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102

And

Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email: rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email: aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email: tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email: dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email: jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.4480

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone: 617.928.1800
Telecopy: 617.928.1802

*Counsel for Defendants Hotfile Corporation
and Anton Titov*

3

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2013, a true and correct copy of the foregoing document, was filed conventionally and served on all counsel of record identified below via e-mail.

Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA 91403-5885
Telephone: 818.935.5812

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

By: _____
Janet T. Munn