(Rev. 06/2005) Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 11-20427-WILLIAMS/TURNOFF

Sealed

Disney Enterprises, Inc. et al.

Plaintiff

v.

Hotfile Corp. et al.

Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Janet T. Munn, Esq.
Address: Rasco Klock, 283 Catalonia Ave., 2nd Floor, Coral Gables, FL 33134
Telephone: 305.476.7100

On behalf of (select one):   ☐ Plaintiff   ☑ Defendant

Date sealed document filed: 9/13/2013

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: _____

The matter should remain sealed until:

☐ Conclusion of Trial
☐ Case Closing
☐ Other: _____
☐ Permanently. Specify the authorizing law, rule, court order:
☐ Arrest of First Defendant
☑ Conclusion of Direct Appeal

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file       ☐ Destroyed
☑ Returned to the party or counsel for the party, as identified above

Defendant Hotfile's Motion and Memorandum of Law for Certification of Interlocutory Appeal Under 28 U.S.C.,§1292(B) and for Stay of Proceedings Pending Appeal;
Request of Defendant Hotfile for Oral Argument on Hotfile's Motion for Certification of Interlocutory Appeal Under 28 U.S.C., §1292(b) and for Stay of Proceedings Pending Appeal.

Janet T. Munn

Attorney for: Defendants