CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

*DISNEY ENTERPRISES, INC., et al. v. HOTFILE CORP. AND ANTON TITOV*

# EXHIBIT A
# [PROPOSED] ORDER
# FILED WITH RESPECT TO THE UNOPPOSED MOTION OF DEFENDANT HOTFILE CORPORATION TO FILE UNDER SEAL HOTFILE'S MOTION AND MEMORANDUM OF LAW FOR CERTIFICATION OF INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(B) AND FOR STAY OF PROCEEDINGS PENDING APPEAL AND REQUEST FOR ORAL ARGUMENT OR HEARING

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant,*

v.
WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*    /

**ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT HOTFILE
CORPORATION TO FILE UNDER SEAL HOTFILE'S MOTION AND
MEMORANDUM OF LAW FOR CERTIFICATION OF INTERLOCUTORY
APPEAL UNDER 28 U.S.C. § 1292(B) AND FOR STAY OF PROCEEDINGS
PENDING APPEAL AND REQUEST FOR ORAL ARGUMENT OR HEARING**

**THIS CAUSE** came before the Court on the Unopposed Motion of Defendant Hotfile

Corporation ("Hotfile") to File Under Seal, Defendant's Motion and Memorandum of Law for

Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) ("Unopposed Motion to File

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

Under Seal") and Hotfile's Request for Oral Argument or Hearing on the Motion for Certification of Interlocutory Appeal ("Request for Oral Argument").

The Court has considered Hotfile's Unopposed Motion to File Under Seal and being otherwise duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that the Unopposed Motion to File Under Seal is hereby Granted. Hotfile's Motion for Certification and for Stay and its Request for Oral Argument shall be filed and maintained under seal until such time as the Court issues a redacted publicly filed version of its Order on Summary Judgment. When the Court issues a redacted publicly filed version of its Order on Summary Judgment, Hotfile shall within five court days of the entry of that Order, file a publicly filed version of Hotfile's Motion for Certification and for Stay and a publicly filed version of Hotfile's Request for Oral Argument. After the Court issues a redacted publicly field version of its Order on Summary Judgment, the parties shall also publicly file or re-file any other filings made in connection with Hotfile's Motion for Certification and for Stay, unless there is good cause to continue to make sealed filings and that good cause is presented in a motion to file under seal filed in accordance with Local Rule 5.4.

**DONE AND ORDERED** in chambers at Miami, Florida this _____ day of September 2013.

\_ SEALED

\_ NOT SEALED

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

3