Sealed

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ORM D.C.
SEP 13 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF**

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

    *Defendants.*    /

HOTFILE CORP.,

    *Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*    /

## REQUEST OF DEFENDANT HOTFILE CORPORATION FOR ORAL ARGUMENT ON DEFENDANT HOTFILE'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b) AND FOR STAY OF PROCEEDINGS PENDING APPEAL

Pursuant to Local Rule 7.1(b), Defendant Hotfile Corporation ("Hotfile"), hereby respectfully requests that the Court conduct oral argument or hearing on Hotfile's Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) and for Stay of Proceedings Pending Appeal. The issue presented in Hotfile's Motion raises an important question of law regarding the applicability of the safe harbor defense to the doctrine of vicarious liability and whether the defense should have been excluded from the Court's determination of summary

**FILED UNDER SEAL**  CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

judgment on the issue of vicarious liability. Hotfile would like the opportunity to be heard on this issue, which is important to both the litigants and the Court as it affects the scope of the trial in this case. In addition, the Court's decision on whether to grant interlocutory appeal and to stay the proceedings before it during such an appeal affects all "for profit" internet service providers and the issue is one that has generated great public interest and concern, both nationally and internationally. Hotfile believes that one hour should suffice for the hearing or oral argument on its motion.

## CERTIFICATE OF GOOD FAITH ATTEMP TO RESOLVE

I hereby certify that pursuant to Local Rule 7.1(a)(3), prior to filing this motion, counsel for Hotfile, Janet T. Munn, communicated with counsel for the Plaintiffs, Luke C. Platzer, by e-mail and that Plaintiffs oppose Hotfile's request for hearing or oral argument.

s/ _____ FBN 0533305
Janet T. Munn, Esq.

DATED: September 13, 2013        Respectfully submitted,

s/ _____ 0533305
Janet T. Munn, Esq. Fla. Bar No. 501281
Email: jmunn@rascoklock.com
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102

And

2

**FILED UNDER SEAL**          CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

Roderick M. Thompson, Esq. (admitted *pro hac vice*)
Email: rthompson@fbm.com
Andrew Leibnitz, Esq. (admitted *pro hac vice*)
Email: aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (admitted *pro hac vice*)
Email: tschoenberg@fbm.com
Deepak Gupta, Esq. (admitted *pro hac vice*)
Email: dgupta@fbm.com
Janel Thamkul, Esq. (admitted *pro hac vice*)
Email: jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.4480

And

Valentin Gurvits, Esq. (admitted *pro hac vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone: 617.928.1800
Telecopy: 617.928.1802

*Counsel for Defendants Hotfile Corporation
 and Anton Titov*

3

**FILED UNDER SEAL**                    CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2013, the foregoing document was conventionally filed with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record identified below via email.

Karen L. Stetson, Esq.
GRAY-ROBINSON, P.A.
Email: Karen.Stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: 305.416.6880
Telecopy: 305.416.6887

Karen R. Thorland, Esq. (admitted *pro hac vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA 91403-5885
Telephone: 818.935.5812

Steven B. Fabrizio, Esq. (admitted *pro hac vice*)
Email: sfabrizio@jenner.com
Duane C. Pozza, Esq. (admitted *pro hac vice*)
Email: dpozza@jenner.com
Luke C. Platzer, Esq. (admitted *pro hac vice*)
Email: lplatzer@jenner.com
JENNER AND BLOCK, LLP
1099 New York Ave, N.W.
Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Telecopy: 202.639.6066

By: _____
/s/ Janet T. Munn