UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CIV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the Joint Motion of the Parties for Leave to File Under Seal the Proposed Agreed Redactions to the August 28, 2013 Sealed Order on Summary Judgment (DE 527, filed under seal). Upon consideration of the record and the Motion, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The following documents to which it relates shall remain under seal until the conclusion of the case: Highlighted Proposed Agreed Redactions (DE 527-1, 527-2) and Proposed Agreed Redacted Version (DE 527-3, 527-4).

Furthermore, the Court accepts the proposed redactions to the Court's August 28, 2013 Sealed Order on Summary Judgment that were suggested by the Parties. The Court will file the redacted version of the August 28, 2013 Sealed Order on Summary Judgment in the public docket.

**DONE AND ORDERED** in chambers in Miami, Florida, this 20 day of September, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE