UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

    *Defendants.*
_____/

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant*.
_____/

**HOTFILE'S NOTICE OF STRIKING AND/OR WITHDRAWAL OF HOTFILE'S MOTION FOR LEAVE TO FILE UNDER SEAL HOTFILE'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(B) AND FOR STAY OF PROCEEDINGS PENDING APPEAL AND HOTFILE'S REQUEST FOR ORAL ARGUMENT ON THE MOTION TO CERTIFY APPEAL**

    Defendant Hotfile Corporation ("Hotfile"), hereby respectfully gives notice of the striking and/or the withdrawal of its Motion for Leave to File Under Seal Hotfile's Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) and for Stay of Proceedings Pending Appeal ("Motion to Certify Appeal") and its separately filed Request for Oral Argument.  Hotfile filed its Motion to Certify Appeal and its Request for Oral Argument, on

September 13, 2013 and also filed that same day a Motion for Leave to File Under Seal the Motion to Certify Appeal and the Request for Oral Argument. When Hotfile filed its Motion for Leave to File Under Seal, the Court's Order on Summary Judgment entered August 28, 2013, was still sealed in its entirety and so Hotfile had no choice but to seek leave to file under seal both the Motion to Certify Appeal and the Request for Oral Argument because that motion discussed the Court's sealed Summary Judgment Order. On September 20, 2013, following the Parties' joint submission of a redacted version of the Summary Judgment Order, the Court filed in the public docket a redacted version of the Summary Judgment Order [D.E. #534].

    Hotfile's Motion to Certify Appeal does not rely on or quote any of the redacted passages of the Court's Summary Judgment Order that still remain sealed and, therefore, there is no further need to seal Hotfile's Motion to Certify Appeal or Hotfile's Request for Oral Argument on that motion. Accordingly, Hotfile respectfully strikes and/or withdraws its Motion for Leave to File Under Seal and the Request for Oral Argument that were filed on September 13, 2013 and requests that the Court direct the Clerk of Court to unseal Hotfile's Motion to Certify Appeal and Hotfile's Request for Oral Argument on the Motion to Certify Appeal and to place both the motion and the accompanying Request for Oral Argument on the public docket. To the extent that an order is necessary to place the filings in the public docket, Hotfile has attached a proposed Order as Exhibit A.

Dated: September 21, 2013                Respectfully submitted,

                                                    s/ Janet T. Munn
                                                    Janet T. Munn
                                                    RASCO KLOCK, et al.
                                                    Janet T. Munn (FL Bar No. 501281)
                                                    jmunn@rascoklock.com
                                                    283 Catalonia Ave., Suite 200
                                                    Coral Gables, FL  33134
                                                    Phone:  305.476.7101
                                                    Fax:  305.476.7102

Roderick M. Thompson (*Pro Hac Vice)*
rthompson@fbm.com
Andrew Leibnitz (*Pro Hac Vice*)
aleibnitz@fbm.com
Anthony P. Schoenberg (*Pro Hac Vice*)
tschoenberg@fbm.com
Deepak Gupta (*Pro Hac Vice*)
dgupta@fbm.com
Janel Thamkul (*Pro Hac Vice*)
jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street
San Francisco, CA  94104
Phone:  415.954.4400

BOSTON LAW GROUP
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Center, MA 02459
Phone: 617.928.1800
Fax: 617.928.1802

*Counsel for Defendants Hotfile Corporation*
 *and Anton Titov*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 21, 2013, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
sfabrizio@jenner.com
Luke C. Platzer (*Pro Hac Vice*)
lplatzer@jenner.com
David A. Handzo (*Pro Hac Vice*)
dhandzo@jenner.com
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Phone: 202.639.6000
Fax: 202.639.6066

GRAY-ROBINSON, P.A.
Karen L. Stetson
karen.stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305.416.6880
Fax: 305.416.6887

Karen R. Thorland, Esq. (*Pro Hac Vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA 91403-5885
Phone: 818.935.5812

By: s/ Janet T. Munn
　　　Janet T. Munn

4