CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

*DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, COLUMBIA PICTURES INDUSTRIES, INC., and WARNER BROS. ENTERTAINMENT INC.*
*v. HOTFILE CORP., ANTON TITOV, and DOES 1-10.*

# EXHIBIT A

# [PROPOSED] ORDER OF DEFENDANT HOTFILE CORPORATION'S ON HOTFILE'S NOTICE OF STRIKING AND/OR WITHDRAWAL OF HOTFILE'S MOTION FOR LEAVE TO FILE UNDER SEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, COLUMBIA
PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES
1-10.

    *Defendants.*
_____/

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*
_____/

**ORDER ON HOTFILE'S NOTICE OF STRIKING AND/OR
WITHDRAWAL OF HOTFILE'S MOTION FOR LEAVE TO FILE UNDER
SEAL HOTFILE'S MOTION FOR CERTIFICATION OF INTERLOCUTORY
APPEAL UNDER 28 U.S.C. § 1292(B) AND FOR STAY OF PROCEEDINGS
PENDING APPEAL AND HOTFILE'S REQUEST FOR ORAL
<u>ARGUMENT ON THE MOTION TO CERTIFY APPEAL</u>**

    THIS CAUSE came before the Court on the Notice of Striking and/or Withdrawal

of Hotfile's Motion for Leave to File Under Seal Hotfile's Motion for Certification of

Interlocutory Appeal Under 28 U.S.C. § 1292(b) and for Stay of Proceedings Pending

Appeal and Hotfile's separately filed Request for Oral Argument on the Motion to Certify Appeal ("Notice of Striking").  The Court has considered the Notice of Striking and being otherwise duly advised herein, it is hereby

ORDERED AND ADJUDGED that the Notice of Striking is accepted and Hotfile's Motion for Leave to File Under Seal the above-referenced filings is hereby stricken.  Further, the Clerk of Court is hereby directed to place in the public docket both Hotfile's Motion for Leave to File Under Seal Hotfile's Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) and for Stay of Proceedings Pending Appeal and Hotfile's Request for Oral Argument on the Motion to Certify Appeal.

DONE AND ORDERED in chambers at Miami, Florida this ___ day of September 2013.

_____
KATHLEEN M. WILLIAMS
United States District Judge

cc:     All Counsel of Record

2