UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.

_____ /

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.

_____ /

## STIPULATION TO HOLD CLAIMS IN ABEYANCE
## AND [PROPOSED] ORDER ADOPTING STIPULATION

In order to avoid needless litigation expense, conserve judicial economy, and streamline

the forthcoming jury trial in this matter, Plaintiffs Disney Enterprises, Inc., Twentieth Century

Fox Film Corporation, Universal City Studio Productions LLLP, Columbia Pictures Industries,

Inc., Warner Bros. Entertainment  Inc. (collectively, "Plaintiffs"); and Defendants Hotfile Corp.

and Anton Titov (collectively "Defendants") hereby stipulate and jointly move to hold in

abeyance and not proceed to immediate trial on (1) Plaintiffs' claim, pursuant to Paragraph 60 of

Plaintiffs' Complaint (Docket No. 1), that Defendants are liable for secondary copyright infringement under a theory of inducement liability; and (2) Plaintiffs' claim, pursuant to Paragraph 61 of Plaintiffs' Complaint, that Defendants are liable for secondary infringement under a theory of material contribution liability.

The parties agree that these theories are now unnecessary to the determination of Defendants' liability under the Court's summary judgment decision in this matter (Docket No. 524). In the event that any subsequent proceeding(s) in this action (including but not limited to proceedings on appeal or subsequent determination(s) on remand from any appeal) alter(s) any part of the Court's August 28, 2013 decision in a manner that causes any of the aforementioned theories to become potentially determinative of Defendants' liability, they may proceed to trial as appropriate subject to any applicable defenses at that time.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that counsel for Plaintiffs, Karen L. Stetson, the counsel who makes this joint filing on behalf of all Parties, has authorization from counsel for Defendants to file the Stipulation on behalf of Defendants as well as the Plaintiffs whom she represents.

DATED:  September 23, 2013

Respectfully submitted,

s/ Karen L. Stetson
Karen L. Stetson, Florida Bar No. 742937
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, FL 33131
Telephone: 305.416.6880
Facsimile:  305.416.6887
Email:  karen.stetson@gray-robinson.com

s/ Andrew Leibnitz
Janet T. Munn, Florida Bar No. 501281
RASCO KLOCK
283 Catalonia Avenue
Suite 200
Coral Gables, Fl 33134
Telephone:  305.476.7101
Telecopy: 305.476.7102
Email:  jmunn@rascoklock.com

CASE NO. 11-20427-WILLIAMS-TURNOFF

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
David A. Handzo (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Facsimile:  202.639.6066

MOTION PICTURE ASSOCIATION
 OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone:  818.995.6600
Fax:  818.285.4403

FARELLA BRAUN + MARTEL LLP
Roderick Thompson  (admitted *pro hac vice*)
Andrew Leibnitz (admitted *pro hac vice*)
Anthony P. Schoenberg (admitted *pro hac vice*)
Deepak Gupta (admitted *pro hac vice*)
Janel Thamkul (admitted *pro hac vice*)
235 Montgomery St.
San Francisco, CA  94104
Telephone:  415.954.4400
Telecopy: 415.954.448

Valentin Gurvits
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617.928.1804

*Counsel for Plaintiffs*

*Counsel for Defendants*

## ORDER ADOPTING STIPULATION

The Court has reviewed the foregoing Stipulation of the parties and hereby approves

same and adopts it as an order of the Court.

Done and Ordered at Miami, Florida this ___ day of _____, 2013.

_____
DISTRICT COURT JUDGE

cc: Counsel of record

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 23d day of September, 2013, I served the following document on all counsel of record on the attached service list via the Court's CM/ECF filing system:

**STIPULATION TO HOLD CLAIMS IN ABEYANCE
AND [PROPOSED] ORDER ADOPTING STIPULATION**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this Certificate of Service was executed on this date.

By: /s/ Karen L. Stetson
Karen L. Stetson

CASE NO. 11-20427-WILLIAMS/TURNOFF

# SERVICE LIST

### Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
### CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF

FARELLA BRAUN + MARTEL LLP
Anthony P. Schoenberg
tschoenberg@fbm.com
Roderick M. Thompson
rthompson@fbm.com
N. Andrew Leibnitz
aleibnitz@fbm.com
Deepak Gupta
dgupta@fbm.com
Janel Thamkul
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415-954-4400

*Attorneys for Defendants Hotfile Corp. and
Anton Titov*

RASCO KLOCK
Janet T. Munn
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305-476-7101
Fax:  305-476-7102

*Attorney for Defendants Hotfile Corp. and
Anton Titov*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and
Anton Titov*