UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**JOINT MOTION OF THE PARTIES TO TREAT AS RE-FILED AND
RE-SUBMITTED FOR DECISION HOTFILE'S MOTION TO STRIKE
REBUTTAL REPORT OF DR. RICHARD WATERMAN [D.E. 217]**

On January 9, 2012, Defendants Hotfile Corp. and Anton Titov (collectively "Hotfile") filed a motion to strike the putative rebuttal report of Dr. Richard Waterman. [D. E. 217] ("Hotfile's Motion to Strike Waterman's Rebuttal Report").  Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studio Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment

Inc. (collectively "Plaintiffs") opposed the motion on January 23, 2012 [D.E.. 232]. Hotfile filed its Reply on January 30, 2012 [D.E.. 238].

In its Order of August 28, 2013, the Court denied Hotfile's motion as moot at the summary judgment stage. [D.E. 524 at p. 99]. At a telephonic status conference on September 3, 2013, the Court confirmed that Hotfile's motion was denied without prejudice.

The Parties believe that it would serve judicial economy as well as conserve the resources of the Parties if the Court were to resolve Hotfile's Motion to Strike Waterman's Rebuttal Report on the basis of the existing papers rather than requiring the Parties to brief the issue a second time.

## CONCLUSION

On the basis of the foregoing, the Parties respectfully request that the Court grant their motion and treat Hotfile's Motion to Strike Waterman's Rebuttal Report [D.E. 217], as well as Plaintiffs' brief in opposition [D.E. 232] and Hotfile's reply in support [D.E. 238] as re-filed and re-submitted for decision. A proposed Order is attached hereto as Exhibit A.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that prior to filing this Joint Motion, counsel for Defendants, Andrew Leibnitz, Esq., conferred with counsel for Plaintiffs, Luke C. Platzer, Esq., in a good faith effort to resolve this motion by agreement and is authorized to represent that Plaintiffs join in this motion and that the counsel who makes this joint filing on behalf of all Parties, has authorization from counsel for Plaintiffs to file the Joint Motion on behalf of Plaintiffs.

s/ Andrew Leibnitz
Andrew Leibnitz

DATED: September 23, 2013                          Respectfully submitted,


By: s/ Karen L. Stetson                            By: s/ Janet T. Munn
    Karen L. Stetson                                   Janet T. Munn

JENNER & BLOCK LLP                                 RASCO KLOCK
Steven B. Fabrizio (*Pro Hac Vice*)                Janet T. Munn (FL Bar No. 501281)
sfabrizio@jenner.com                               jmunn@rascoklock.com
Luke C. Platzer (*Pro Hac Vice*)                   283 Catalonia Ave., Suite 200
lplatzer@jenner.com                                Coral Gables, FL  33134
David A. Handzo (*Pro Hac Vice*)                   Phone:  305.476.7101
dhandzo@jenner.com                                 Fax:  305.476.7102
1099 New York Ave., N.W., Suite 900
Washington, DC 20001                               FARELLA BRAUN + MARTEL LLP
Phone: 202.639.6000                                s/ Roderick M. Thompson
Fax: 202.639.6066                                  Roderick M. Thompson (*Pro Hac Vice)*
                                                   rthompson@fbm.com
GRAY-ROBINSON, P.A.                                Andrew Leibnitz (*Pro Hac Vice*)
Karen L. Stetson (FL Bar No. 742937)               aleibnitz@fbm.com
karen.stetson@gray-robinson.com                    Anthony P. Schoenberg (*Pro Hac Vice*)
1221 Brickell Avenue                               tschoenberg@fbm.com
Suite 1600                                         Deepak Gupta (*Pro Hac Vice*)
Miami, FL 33131                                    dgupta@fbm.com
Phone: 305.416.6880                                Janel Thamkul (*Pro Hac Vice*)
Fax: 305.416.6887                                  jthamkul@fbm.com
                                                   235 Montgomery Street
*Attorneys for Plaintiffs*                         San Francisco, CA  94104
                                                   Phone:  415.954.4400

                                                   BOSTON LAW GROUP
                                                   Valentin Gurvits
                                                   vgurvits@bostonlawgroup.com
                                                   825 Beacon Street, Suite 20
                                                   Newton Center, MA 02459
                                                   Phone: 617.928.1800
                                                   Fax: 617.928.1802

                                                   *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 23, 2013, a true and correct copy of the foregoing document was served on all counsel of record or pro se parties identified below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| JENNER & BLOCK LLP | Karen R. Thorland, Esq. (*Pro Hac Vice*) |
| Steven B. Fabrizio (*Pro Hac Vice*) | Senior Content Protection Counsel |
| sfabrizio@jenner.com | Email: Karen_Thorland@mpaa.org |
| Luke C. Platzer (*Pro Hac Vice*) | Motion Picture Association of America, Inc. |
| lplatzer@jenner.com | 15301 Ventura Boulevard, Building E |
| David A. Handzo (*Pro Hac Vice*) | Sherman Oaks, CA  91403-5885 |
| dhandzo@jenner.com | Phone: 818.935.5812 |
| 1099 New York Ave., N.W., Suite 900 | |
| Washington, DC 20001 | |
| Phone: 202.639.6000 | |
| Fax: 202.639.6066 | |

GRAY-ROBINSON, P.A.
Karen L. Stetson
karen.stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305.416.6880
Fax: 305.416.6887

                                           By: Janet T. Munn
                                               Janet T. Munn