CASE NO. 11-20427-WILLIAMS/TURNOFF

*DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, COLUMBIA PICTURES INDUSTRIES, INC., and WARNER BROS. ENTERTAINMENT INC. vs. HOTFILE CORP., ANTON TITOV, et al.*

# EXHIBIT A

# [PROPOSED] ORDER ON JOINT MOTION OF THE PARTIES TO TREAT AS REFILED AND RESUBMITTED DEFENDANTS' MOTION TO STRIKE THE REBUTTAL EXPERT REPORT OF DR. RICHARD WATERMAN [D.E. 217]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
                                              /

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
                                              /

**ORDER GRANTING JOINT MOTION OF THE PARTIES TO TREAT AS RE-FILED
AND RE-SUBMITTED FOR DECISION DEFENDANTS' MOTION TO
<u>STRIKE REBUTTAL REPORT OF DR. RICHARD WATERMAN [D.E. 217]</u>**

THIS CAUSE came before the Court on the Joint Motion of the Parties to Treat as Re-Filed and Re-Submitted for Decision, Defendants' Motion to Strike the Rebuttal Report of Dr. Richard Waterman [D.E. 217]. The Court has considered the Joint Motion and being otherwise duly advised herein it is hereby

ORDERED AND ADJUDGED that the Joint Motion is Granted. The Court will treat Defendants' Motion to Strike the Rebuttal Report of Dr. Richard Waterman [D.E. 217] as re-filed and re-submitted for determination by the Court and will treat Plaintiffs' Response in Opposition [D.E. 232] and Hotfile's Reply [D.E. 238], also as re-filed and re-submitted so that the Motion to Strike the Rebuttal Report of Dr. Richard Waterman is ready for determination by the Court.

DONE AND ORDERED in chambers at Miami, Florida this _____ day of September 2013.

_____
KATHLEEN M. WILLIAMS
United States District Judge

cc:   All Counsel of Record