UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CIV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Hotfile's Notice of Striking and/or Withdrawal of Hotfile's Motion for Leave to File Under Seal Hotfile's Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) and for Stay of Proceedings Pending Appeal and Hotfile's separately filed Request for Oral Argument on the Motion to Certify Appeal ("Notice of Striking") (DE 535). Upon consideration of the Motion and the record, it is hereby **ORDERED AND ADJUDGED** that the Notice of Striking is accepted, as follows:

1. Hotfile's Motion for Leave to File Under Seal (DE 530) the above-referenced filings is hereby **STRICKEN**.

2. The Clerk of Court is directed to place in the public docket both Hotfile's Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) and for Stay of Proceedings Pending Appeal (DE 532) and Hotfile's Request for Oral Argument on the Motion to Certify Appeal (DE 531).

**DONE AND ORDERED** in chambers in Miami, Florida, this 23rd day of September, 2013.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE