UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CIV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the Request (DE 531) of Defendant Hotfile Corporation for Oral Argument on Defendant Hotfile's Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) and for Stay of Proceedings Pending Appeal. Upon consideration of the record and the Request, which the Court construes as a motion, it is hereby **ORDERED AND ADJUDGED** that the motion (DE 531) is **GRANTED**.

Oral argument on Defendant Hotfile's Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) and for Stay of Proceedings Pending Appeal (DE 532) is hereby set on **Thursday, October 10, 2013, at 3:00 p.m.** before the Honorable Kathleen M. Williams.

**DONE AND ORDERED** in chambers in Miami, Florida, this 23rd day of September, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE