UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CIV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the parties' Stipulation to Hold Claims in Abeyance (DE 536). The Court hereby approves and adopts the Stipulation.

**DONE AND ORDERED** in chambers in Miami, Florida, this 23rd day of September, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE