UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CIV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the Joint Motion (DE 538) of the Parties to Treat as Re-Filed and Re-Submitted for Decision Hotfile's Motion to Strike Rebuttal Report of Dr. Richard Waterman (DE 217). Upon consideration of the Motion and the record, it is hereby **ORDERED AND ADJUDGED** that the Motion (DE 538) is **GRANTED**.

The Court shall treat Hotfile's Motion to Strike Rebuttal Report (DE 217), Plaintiffs' brief in opposition (DE 232) and Hotfile's reply brief (DE 238) as re-filed and re-submitted for decision.

**DONE AND ORDERED** in chambers in Miami, Florida, this 23rd day of September, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE