CASE NO. 11-20427-WILLIAMS/TURNOFF

*DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, COLUMBIA PICTURES INDUSTRIES, INC., and WARNER BROS. ENTERTAINMENT INC. vs. HOTFILE CORP., ANTON TITOV, et al.*

# EXHIBIT 2

# U.S. Court of Appeals – Judicial Caseload Profile

# Filed in Support of Defendant Hotfile's Reply Memorandum in Support of Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b)

## U.S. Court of Appeals - Judicial Caseload Profile

| | | | 12-Month Periods Ending | | | | | |
|---|---|---|---|---|---|---|---|---|
| **NATIONAL TOTALS** | | | Sep 30 2008 | Sep 30 2009 | Sep 30 2010 | Mar 31 2011 | Mar 31 2012 | Mar 31 2013 |
| | | Number of Judgeships/ Number of Panels | 166 / 55.3 | 167 / 55.7 | 167 / 55.7 | 167 / 55.7 | 167 / 55.7 | 167 / 55.7 |
| | | Number of Sitting Senior Judges | 89 | 86 | 88 | 92 | 87 | 87 |
| | | Number of Vacant Judgeship Months ² | 147.0 | 178.9 | 212.3 | 196.9 | 184.7 | 159.2 |
| Actions per Panel ¹ | Appeals Filed | Total | 1,104 | 1,037 | 1,006 | 1,002 | 1,017 | 1,014 |
| | | Prisoner | 305 | 292 | 284 | 283 | 276 | 268 |
| | | Other | 343 | 345 | 352 | 354 | 360 | 370 |
| | | Criminal | 247 | 246 | 230 | 226 | 234 | 228 |
| | | Administrative | 209 | 154 | 140 | 138 | 147 | 148 |
| | Appeals Terminated | Total | 1,068 | 1,087 | 1,069 | 1,048 | 1,024 | 1,050 |
| | | Consolidations & Cross Appeals ³ | 42 | 42 | 43 | 38 | 43 | 52 |
| | | Procedural | 491 | 504 | 471 | 461 | 402 | 361 |
| | | On The Merits — Total | 535 | 542 | 555 | 549 | 579 | 637 |
| | | On The Merits — Prisoner | 73 | 78 | 84 | 79 | 127 | 184 |
| | | On The Merits — Other | 189 | 189 | 198 | 200 | 208 | 213 |
| | | On The Merits — Criminal | 176 | 175 | 177 | 177 | 173 | 169 |
| | | On The Merits — Administrative | 97 | 99 | 97 | 93 | 72 | 72 |
| | Pending Appeals | | 959 | 908 | 833 | 798 | 792 | 758 |
| Median Time | | Median Time From Filing Notice of Appeal To Disposition | 12.7 | 12.2 | 11.7 | 11.4 | 10.4 | 9.4 |
| Other Caseload per Judgeship | | Applications for Interlocutory Appeals ² | 2 | 2 | 2 | 2 | 2 | 3 |
| | | Petitions for Rehearing | 50 | 53 | 59 | 58 | 57 | 55 |

¹ See "Explanation of the Judicial Caseload Profiles."
² See "Explanation of Selected Terms."
³ Prior to December 2011, cases disposed of by consolidation and cross appeals were counted separately. From December 2011 forward, they are counted as a subset of procedural and merit terminations to reflect the manner in which the appeal was disposed.

| | | | | Explanation of the Judicial Caseload Profiles for United States Courts of Appeals | |
|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Appeals Filed | Total | | Appeals on the General Docket | Total appeals filed, including reopened and reinstated appeals |
| | | Prisoner | | | Civil filings comprising state and federal prisoner petitions only |
| | | Other | | | All other civil filings, original proceedings, and bankruptcy reviews |
| | | Criminal | | | All criminal appeals |
| | | Administrative | | | All petitions to review administrative agency decisions and applications for enforcement |
| | | Percent Change in Total Filings Current Year Over Earlier Year | | Percent change in total filings for current year over previous year | |
| | | | | Percent change in total filings for current year over prior two, three, four, and five years | |
| | Appeals Terminated | Total | | Appeals on the General Docket | Total cases disposed of |
| | | Consolidations & Cross Appeals | | | Includes cross appeals and appeals terminated through consolidation with a lead case (the lead case will be included below as applicable) |
| | | Procedural | | | Includes all dispositions (with and without judicial action) not based on the merits of the case |
| | | On the Merits | Total | | Appeals based on the merits of the case | Total cases disposed of |
| | | | Prisoner | | | Prisoner petition dispositions |
| | | | Other | | | All other civil, original proceeding, and bankruptcy dispositions |
| | | | Criminal | | | Criminal dispositions |
| | | | Administrative | | | Administrative agency dispositions |
| | | | Percent by Active Judges | | | Percent of cases terminated by active judges of the court |
| | **Pending Appeals** | | | | Pending cases at the end of the year |
| **Actions per Active Judge** | Termination on the Merits | | | **Data in this section are divided by the number of judges active during the entire 12-month period.** | Dispositions based on the merits |
| | Procedural Terminations | | | | Dispositions after judicial action not based on the merits of the case, including jurisdictional defects, voluntary dismissals, settlements, and defaults |
| | Written Decisions | Total | | | Written opinions or orders in cases disposed of on the merits |
| | | Signed | | | Includes any opinion written in support of a specific decision that was authored and signed by a judge writing the majority opinion |
| | | Unsigned | | | Includes any unsigned opinion of the court that states the legal and factual elements and judgment rationale |
| | | Without Comment | | | Includes any unsigned opinion or order that does not state the legal and factual elements and judgment rationale |

**Explanation of the Judicial Caseload Profiles
for United States Courts of Appeals (continued)**

| | | | | | |
|---|---|---|---|---|---|
| **Actions per Panel*** | | Number of Judgeships/ Number of Panels | | Authorized judgeships (not including senior judges)/ Authorized three-judge panels | |
| | | Number of Sitting Senior Judges | | Number of court's own senior judges participating in case dispositions | |
| | | Number of Vacant Judgeship Months | | Number of months during the year an authorized judgeship position was not filled | |
| | Appeals Filed | Total | **Data in this section are divided by the number of authorized panels and include only those cases on the general docket.** | Total appeals filed, including reopened and reinstated appeals | |
| | | Prisoner | | Civil filings comprising state and federal prisoner petitions only | |
| | | Other | | All other civil filings, original proceedings, and bankruptcy reviews | |
| | | Criminal | | All criminal appeals | |
| | | Administrative | | All petitions to review administrative agency decisions and applications for enforcement | |
| | Appeals Terminated | Total | | Total cases disposed of | |
| | | Consolidations & Cross Appeals | | Includes cross appeals and appeals terminated through consolidation with a lead case (the lead case will be included below as applicable) | |
| | | Procedural | | Includes all dispositions (with and without judicial action) not based on the merits of the case | |
| | | On the Merits | Total | **Appeals based on the merits of the case** | Total cases disposed of |
| | | | Prisoner | | Prisoner petition dispositions |
| | | | Other | | All other civil, original proceeding, and bankruptcy dispositions |
| | | | Criminal | | Criminal dispositions |
| | | | Administrative | | Administrative agency dispositions |
| | **Pending Appeals** | | | Pending cases at the end of the year | |
| **Median Time** | Median Time From Filing Notice of Appeal to Final Disposition | | | Time elapsed (in months) from the date of filing notice of appeal to the date of final disposition for the middle (median) case of all cases terminated on the merits | |
| **Other Caseload per Judgeship** | ==Applications for Interlocutory Appeals== | | | ==Dispositions of applications for interlocutory appeals== | |
| | Petitions for Rehearing | | | Petitions for rehearing by panel or en banc | |

**\*Actions per Panel**

   The caseload statistics for the courts of appeals are presented as "actions per panel" rather than "actions per judgeship" as used for the district courts. Actions per panel provide a more accurate indication of the caseload of an individual judge, as appeals cases are generally handled by panels of three judges rather than by single judges.

| | | |
|---|---|---|
| **Circuit's Numerical Standings** | The 12 regional courts of appeals have been arranged in a ranked order with respect to the statistical indices of caseload or performance found on the profile. These values indicate where the caseload of an individual court of appeals stands in relation to the caseloads of all other circuit courts of appeals. Statistics are ranked in descending order (highest value/largest caseload receives a rank of 1). | **Numbers in Margin** |

## U.S. District Courts
## Additional Authorized Judgeships

| District | Authorized Judgeships 1960 | Additional Judgeships Authorized | | | | | | | | | Authorized Judgeships 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1961 | 1966 | 1970 | 1978 | 1984 | 1990 | 1999 | 2000 | 2002 | |
| Total | 241, 4T | 61, 2T, 4T/P, 1R/P | 30, 5T, 1R/P | 58, 3T, 4T/P, 1R/P | 113, 4T, 1R/P | 53, 8T, 2T/P | 61, 13T, 8T/P, 4R/P | 9 | 10 | 8, 7T, 4T/P, 1T/E | 667, 10T |
| *DC CIRCUIT* | | | | | | | | | | | |
| District of Columbia | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
| *FIRST CIRCUIT* | | | | | | | | | | | |
| Maine | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 3 |
| Massachusetts | 5 | 1 | 0 | 0 | 4 | 1, 1T | 1, 1T/P | 0 | 0 | 0 | 13 |
| New Hampshire | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 3 |
| Rhode Island | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3 |
| Puerto Rico | 1 | 1 | 0 | 1 | 4 | 0 | 0 | 0 | 0 | 0 | 7 |
| *SECOND CIRCUIT* | | | | | | | | | | | |
| Connecticut | 2 | 2 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 0 | 8 |
| New York, Northern | 2 | 0 | 0 | 0 | 1 | 1 | 1T | 0 | 0 | T/P | 5 |
| New York, Eastern | 6 | 2 | 0 | 1 | 1 | 2 | 3 | 0 | 0 | 0 | 15 |
| New York, Southern | 18 | 6 | 0 | 3 | 0 | 0 | 1 | 0 | 0 | 0 | 28 |
| New York, Western | 2 | 0 | 1 | 0 | 0 | 1T | 1T/P | 0 | 0 | 0 | 4 |
| Vermont | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |

## U.S. District Courts
## Additional Authorized Judgeships

| District | Authorized Judgeships 1960 | Additional Judgeships Authorized ||||||||| Authorized Judgeships 2012 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  |  | 1961 | 1966 | 1970 | 1978 | 1984 | 1990 | 1999 | 2000 | 2002 |  |
| **THIRD CIRCUIT** |  |  |  |  |  |  |  |  |  |  |  |
| Delaware | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 4 |
| New Jersey | 7 | 1 | 0 | 1, 1T* | 2 | 3 | 3 | 0 | 0 | 0 | 17 |
| Pennsylvania, Eastern | 8 | 3 | 3T* | 6, 2T/P | 0 | 0 | 3, 1T* | 0 | 0 | 0 | 22 |
| Pennsylvania, Middle | 2 | 1 | 0 | 1T* | 2 | 0 | 1 | 0 | 0 | 0 | 6 |
| Pennsylvania, Western | 5, 1T | 2, 1T/P | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| Virgin Islands | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| **FOURTH CIRCUIT** |  |  |  |  |  |  |  |  |  |  |  |
| Maryland | 2 | 2 | 1 | 2 | 2 | 1 | 0 | 0 | 0 | 0 | 10 |
| North Carolina, Eastern | 1 | 1 | 0 | 1T* | 1 | 1T | 1T/P | 0 | 0 | 0 | 4 |
| North Carolina, Middle | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 4 |
| North Carolina, Western | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1, 1T | 4, 1T |
| South Carolina | 3 | 1 | 0 | 1 | 3 | 0 | 1 | 0 | 1 | 0 | 10 |
| Virginia, Eastern | 3 | 0 | 2 | 1 | 2 | 1 | 1T | 0 | 1 | T/P | 11 |
| Virginia, Western | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 4 |
| West Virginia, Northern | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 3[(1)] |
| West Virginia, Southern | 1 | 0 | 0 | 1 | 1, 1T | 0 | 1 | 0 | 0 | 0 | 5[(1)] |
| West Virginia, Northern & Southern | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0[(1)] |

## U.S. District Courts
## Additional Authorized Judgeships

| District | Authorized Judgeships 1960 | Additional Judgeships Authorized | | | | | | | | | Authorized Judgeships 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1961 | 1966 | 1970 | 1978 | 1984 | 1990 | 1999 | 2000 | 2002 | |
| **FIFTH CIRCUIT** | | | | | | | | | | | |
| Louisiana, Eastern | 2 | 2 | 4 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 12[(2)] |
| Louisiana, Middle | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3[(2)] |
| Louisiana, Western | 2 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 7 |
| Mississippi, Northern | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3 |
| Mississippi, Southern | 1 | 1 | 1 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 6 |
| Texas, Northern | 3 | 2 | 0 | 1 | 3 | 1 | 2 | 0 | 0 | 0 | 12 |
| Texas, Eastern | 2 | 0 | 0 | 1 | 1 | 2 | 1 | 0 | 0 | 1T | 7, 1T |
| Texas, Southern | 4 | 1 | 2 | 1 | 5 | 0 | 5 | 0 | 1 | 0 | 19 |
| Texas, Western | 2 | 1 | 1 | 1 | 1 | 1 | 3 | 0 | 1 | 2 | 13 |
| Canal Zone[(3)] | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **SIXTH CIRCUIT** | | | | | | | | | | | |
| Kentucky, Eastern | 1 | 0 | 0 | 1 | 2, 1T* | 0 | 0 | 0 | 1 | 0 | 5 |
| Kentucky, Western | 2 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 4 |
| Kentucky, Eastern &Western | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Michigan, Eastern | 6 | 2 | 0 | 2 | 3 | 2 | 0 | 0 | 0 | 0 | 15 |
| Michigan, Western | 2 | 0 | 0 | 0 | 2 | 0 | 1T* | 0 | 0 | 0 | 4 |
| Ohio, Northern | 5 | 1, 1T* | 1 | 1 | 1, 1T | 1T, 1T/P | 1T, 1T/P | 0 | 0 | 1T/E* | 11 |
| Ohio, Southern | 3 | 1T* | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 8 |
| Tennessee, Eastern | 2 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 5 |
| Tennessee, Middle | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 4 |
| Tennessee, Western | 1 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 5 |

## U.S. District Courts
## Additional Authorized Judgeships

| District | Authorized Judgeships 1960 | Additional Judgeships Authorized | | | | | | | | | Authorized Judgeships 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1961 | 1966 | 1970 | 1978 | 1984 | 1990 | 1999 | 2000 | 2002 | |
| **SEVENTH CIRCUIT** | | | | | | | | | | | |
| Illinois, Northern[4] | 8 | 2 | 1 | 2 | 3 | 4, 1T | 1, 1T/P | 0 | 0 | 0 | 22 |
| Illinois, Central[4] | 2 | 0 | 0 | 0 | 1 | 0 | 1T | 0 | 0 | T/P | 4 |
| Illinois, Southern[4] | 2 | 0 | 0 | 0 | 0 | 1 | 1T | 0 | 0 | T/P | 4 |
| Indiana, Northern | 2 | 1 | 0 | 0 | 1 | 1T | 1T/P | 0 | 0 | 0 | 5 |
| Indiana, Southern | 2 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 5 |
| Wisconsin, Eastern | 2 | 0 | 1T | 1T/P | 1 | 0 | 0 | 0 | 1 | 0 | 5 |
| Wisconsin, Western | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 |
| **EIGHTH CIRCUIT** | | | | | | | | | | | |
| Arkansas, Eastern | 1 | 0 | 0 | 0 | 2 | 0 | 2R/P | 0 | 0 | 0 | 5 |
| Arkansas, Western | 1 | 0 | 0 | 0 | 0 | 1T | 1, 1T/P | 0 | 0 | 0 | 3 |
| Arkansas, Eastern & Western | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Iowa, Northern | 1 | 0 | 0 | 0 | 0 | 0 | 1R/P | 0 | 0 | 0 | 2 |
| Iowa, Southern | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 3 |
| Iowa, Northern & Southern | 0 | 1R | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minnesota | 4 | 0 | 0 | 0 | 1, 1T | 1, 1T/P | 0 | 0 | 0 | 0 | 7 |
| Missouri, Eastern | 2 | 0 | 0 | 1 | 1 | 1 | 1, 1T | 0 | 0 | 0 | 6, 1T |
| Missouri, Western | 2 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 5 |
| Missouri, Eastern & Western | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Nebraska | 2 | 0 | 0 | 1 | 0 | 0 | 1T* | 0 | 0 | 0 | 3 |
| North Dakota | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| South Dakota | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 |

## U.S. District Courts
### Additional Authorized Judgeships

| District | Authorized Judgeships 1960 | Additional Judgeships Authorized | | | | | | | | | Authorized Judgeships 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1961 | 1966 | 1970 | 1978 | 1984 | 1990 | 1999 | 2000 | 2002 | |
| *NINTH CIRCUIT* | | | | | | | | | | | |
| Alaska | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3 |
| Arizona | 2 | 1 | 1 | 1 | 3 | 0 | 0 | 3 | 1 | 1T | 12, 1T |
| California, Northern | 7 | 2 | 2 | 2 | 1 | 0 | 2 | 0 | 0 | 0 | 14[5] |
| California, Eastern | 0 | 0 | 0 | 0 | 3 | 0 | 1T* | 0 | 0 | 0 | 6[5] |
| California, Central | 0 | 0 | 3 | 3 | 1 | 5 | 5 | 0 | 0 | 1T | 27, 1T[5] |
| California, Southern | 11 | 2 | 0 | 3 | 2 | 0 | 1 | 0 | 0 | 5 | 13[5] |
| Hawaii | 2 | 0 | 0 | 0 | 0 | 1 | 1T | 0 | 0 | 0 | 3, 1T |
| Idaho | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Montana | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3 |
| Nevada | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 2 | 1 | 0 | 7 |
| Oregon | 3 | 0 | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 6 |
| Washington, Eastern | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 4 |
| Washington, Western | 2 | 1R/P | 0 | 0 | 1, 1R/P | 1, 1T | 1T/P | 0 | 0 | 0 | 7 |
| Washington, Eastern & Western | 1 | 1R | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Guam | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Northern Mariana Islands | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1[6] |

## U.S. District Courts
## Additional Authorized Judgeships

| District | Authorized Judgeships 1960 | Additional Judgeships Authorized | | | | | | | | | Authorized Judgeships 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1961 | 1966 | 1970 | 1978 | 1984 | 1990 | 1999 | 2000 | 2002 | |
| **TENTH CIRCUIT** | | | | | | | | | | | |
| Colorado | 2 | 1 | 0 | 1 | 2 | 1 | 0 | 0 | 0 | 0 | 7 |
| Kansas | 2 | 1 | 1T | 1T/P | 1 | 0 | 1T | 0 | 0 | 0 | 5, 1T |
| New Mexico | 1, 1T | 1T/P | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 1T | 6, 1T |
| Oklahoma, Northern | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 3 |
| Oklahoma, Eastern | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Oklahoma, Western | 2 | 0 | 0 | 0 | 1 | 1 | 1, 1R/P | 0 | 0 | 0 | 6 |
| Oklahoma, Northern, Eastern & Western[7] | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Utah | 1, 1T | 1T/P | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 5 |
| Wyoming | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 3 |
| **ELEVENTH CIRCUIT** | | | | | | | | | | | |
| Alabama, Northern | 2 | 1 | 0 | 1 | 3 | 0 | 1T* | 0 | 0 | 1T | 7, 1T |
| Alabama, Middle | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 3 |
| Alabama, Southern | 1 | 0 | 0 | 1R/P | 0 | 1 | 0 | 0 | 0 | 0 | 3 |
| Alabama, Middle & Southern | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Florida, Northern | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 4 |
| Florida, Middle | 0 | 0 | 1, 1R/P | 1 | 3 | 0 | 2 | 4 | 0 | 0 | 15[8] |
| Florida, Southern | 4 | 2 | 2 | 2 | 5 | 3 | 1 | 0 | 1 | 1T | 17, 1T[8] |
| Florida, Northern, Middle & Southern | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0[8] |
| Georgia, Northern | 2 | 1 | 0 | 3 | 5 | 0 | 0 | 0 | 0 | 0 | 11 |
| Georgia, Middle | 1, 1T | 1T/P | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 4 |
| Georgia, Southern | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 3 |

Abbreviations:  P=Permanent; R=Roving; T=Temporary; T/P=Temporary to Permanent; R/P=Roving to Permanent.

## U.S. District Courts
## Additional Authorized Judgeships

**FOOTNOTES**

Pub. L. No.  87-36, May 19, 1961
Pub. L. No.  89-372, March 18, 1966
Pub. L. No.  91-272, June 2, 1970
Pub. L. No.  95-486, October 20, 1978
Pub. L. No.  98-353, July 10, 1984
Pub. L. No.  101-650, December 1, 1990
Pub. L. No.  106-113, November 29, 1999
Pub. L. No.  106-553, December 21, 2000
Pub. L. No.  107-273, November 2, 2002

* One temporary judgeship was never converted to a permanent position.

[1] By Pub. L. No.  97-471, January 14, 1983, the judgeship authorized to serve both districts of West Virginia was made a judgeship for the Southern District only and the temporary judgeship established in 1978 in the Southern District was made a permanent judgeship in the Northern District.

[2] The Middle District of Louisiana was created by Pub. L. No.  92-208, December 18, 1971, with one permanent judgeship transferred from the Eastern District.  Pub. L. No.  105-53, October 6, 1997, transferred one permanent judgeship from Louisiana Eastern to Louisiana Middle.

[3] The District of the Canal Zone was closed March 31, 1982 in accordance with Pub. L. No.  96-70, September 27, 1979.

[4] By Pub. L. No.  95-408, October 2, 1978, and Pub. L. No.  95-573, November 2, 1978, Illinois was reorganized into the Northern, Central, and Southern judicial districts with 13 judgeships for the Northern District and two judgeships each for the Central and Southern Districts.  Illinois Central was originally Illinois Eastern.

[5] By Pub. L. No.  89-372, March 18, 1966, California was reorganized from two districts (Northern and Southern) into four districts (Northern, Eastern, Central, and Southern). The Eastern District was authorized three judgeships by transfer of two from the Northern District and one from the Southern District; the Central District was authorized 13 judgeships by transfer of 10 from the Southern District and creation of three new positions; the Northern District retained seven judgeships and was authorized two new judgeships to replace those transferred to the Eastern District; and the Southern District retained two judgeships.

[6] The District for the Northern Mariana Islands was established by Pub. L. No.  95-157, November 8, 1977, with one judgeship, effective January 9, 1978.

[7] Prior to 1990, the allocation of the two roving judgeships, each authorized for all three districts in Oklahoma, was changed several times.  In 1990, one roving judgeship was made permanent in the Western District of Oklahoma.  The 10th Circuit Judicial Council amended the allocation of the remaining roving judgeship to 0.67 in the Northern District of Oklahoma and 0.33 in the Eastern District.  On March 11, 1994, the 10th Circuit Judicial Council unanimously approved a recommendation to allocate the roving judgeship equally between the Northern and Eastern Districts of Oklahoma.

[8] By Pub. L. No.  87-562, July 30, 1962, the Middle District of Florida was established with three judgeships transferred from the Southern District.   By Pub. L. No.  89-372, March 18, 1966, the existing judgeship authorized to serve all districts of Florida was made a judgeship for the Middle District only.