CASE NO. 11-20427-WILLIAMS/TURNOFF

*DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, COLUMBIA PICTURES INDUSTRIES, INC., and WARNER BROS. ENTERTAINMENT INC. vs. HOTFILE CORP., ANTON TITOV, et al.*

# EXHIBIT 3

# (Proposed) Order on Defendant Hotfile's Reply Memorandum in Support of Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    *Defendants*.

_____/

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant*.

_____/

**ORDER ON THE MOTION OF DEFENDANT HOTFILE
CORPORATION FOR CERTIFICATION OF INTERLOCUTORY
APPEAL UNDER 28 U.S.C. § 1292(B) AND
<u>FOR STAY OF PROCEEDINGS PENDING APPEAL</u>**

THIS CAUSE came before the Court on the Motion of Defendant Hotfile Corporation ("Hotfile") for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) and for a Stay of Proceedings Pending Appeal (D.E. # 532) ("Motion for Certification and Stay"). The Court has considered the Motion for Certification and Stay and being otherwise duly advised herein, it is HEREBY,

ORDERED AND ADJUDGED that the Motion for Certification and Stay is GRANTED. In accordance with 28 U.S.C. § 1292(b), the Court's Order of August 28, granting Plaintiffs' Motion for Summary Judgment of Infringement is hereby CERTIFIED for interlocutory appeal to the United States Court of Appeals for the Eleventh Circuit as to the following controlling question of law:

> *Whether the substantial non-infringing uses defense of <u>Sony Corp. of America v. Universal City Studios, Inc.</u>, 464 U.S. 417 (1984), is applicable to a vicarious liability copyright infringement claim against an online service.*

Defendant Hotfile and Defendant Anton Titov shall have TEN (10) DAYS after the entry of this Order to make application to the United States Court of Appeals for the Eleventh Circuit for permission to file an interlocutory appeal.

The Court exercises its discretion to stay this case. All proceedings in this action, including all pretrial deadlines in Plaintiffs' actions against both Hotfile and Anton Titov, and Hotfile's counterclaim against Counter-Defendant Warner, are HEREBY STAYED until further Order of this Court. The parties shall jointly file a status report every 30 days informing the Court of what's going on with the appeal. Once the Eleventh Circuit either decides the appeal or rejects Hotfile's request for permission to appeal, the parties shall promptly notify the Court so that the stay may be lifted.

DONE AND ORDERED in chambers at Miami, Florida this _____ day of September 2013.

_____
                                      KATHLEEN M. WILLIAMS
                                      United States District Judge

cc:    All Counsel of Record