UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO BIFURCATE COUNTERCLAIM

THIS CAUSE came before the court on Plaintiffs' Motion to Bifurcate Counterclaim.

This Court has considered Plaintiffs' Motion and being otherwise duly advised, it is hereby:

ORDERED AND ADJUDGED that, pursuant to Fed. R. Civ. P. 42(b), Plaintiffs' Motion to Bifurcate Counterclaim is hereby GRANTED. It is therefore ordered that:

(1) Defendant Hotfile Corp.'s Counterclaim shall be tried separately from Plaintiffs' claim for secondary copyright infringement; and

(2) Trial on the remaining issues under Plaintiffs' claim for secondary copyright infringement shall proceed to trial on the scheduled trial date of December 9, 2013.

IT IS SO ORDERED.

Dated _____, 2013.

_____
Kathleen M. Williams
United States District Judge

cc: All Counsel of Record