CASE NO. 11-20427-WILLIAMS/TURNOFF

*DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, COLUMBIA PICTURES INDUSTRIES, INC., and WARNER BROS. ENTERTAINMENT INC.*
*vs. HOTFILE CORP., ANTON TITOV, et al.*

# EXHIBIT C

# Plaintiffs' Witness List

# Filed in Support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Bifurcate Counterclaim

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. (collectively "Plaintiffs"), by and through undersigned counsel, and pursuant to Local Rule 16.1(e)(10) hereby provide the following list of witnesses to be included in the Joint Pre-Trial Stipulation:

Plaintiffs expect to present the following witnesses:

74637.1

Plaintiffs' Claim:

1. Ian Foster
   Argonne National Laboratory
   Building 240
   9700 South Cass Avenue
   Argonne, IL 60439

2. Richard Waterman
   Analytic Business Services, Inc.,
   1266 Old Ford Road
   Huntingdon Valley, PA 19006

3. Scott A. Zebrak
   Oppenheim + Zebrak, LLP
   4400 Jenifer Street NW, Suite 250
   Washington, DC 20015

4. Steve Kang
   c/o Plaintiffs' counsel

5. Erling Wold
   629 Wisconsin St
   San Francisco, CA 94107
   (if necessary)

6. Anton Titov
   c/o Defendants' counsel

7. Rumen Stoyanov
   c/o Defendants' counsel
   (possibly by deposition)

8. Atenas Vangelov
   c/o Defendants' counsel
   (possibly by deposition)

Plaintiffs believe that Plaintiffs' ownership and direct infringement of the works in suit was unopposed on summary judgment and is accordingly not in dispute at trial.  Otherwise, Plaintiffs would call corporate representatives from each Plaintiff (most likely the corporate representatives who provided ownership testimony on summary judgment, or a substitute if unavailable) on those issues.

Hotfile's Counterclaim

1. David Kaplan

   c/o Plaintiffs' counsel

2. Scott A. Zebrak
   Oppenheim + Zebrak, LLP
   4400 Jenifer Street NW, Suite 250
   Washington, DC 20015

3. Anton Titov
   c/o Defendants' counsel

Warner believes that only 576 of the 890 takedown notices sued upon by Hotfile remain potentially at issue for trial following the Court's summary judgment decision. However, Warner further reserves the right to call a corporate representative from Electronic Arts, Inc. as necessary with respect to works owned by Electronic Arts, Inc. and removed by Warner takedown notices.

Dated: October 23, 2013                    Respectfully submitted,

                                           By: /s/_____
                                               Karen L. Stetson
                                               GRAY-ROBINSON, P.A.
                                               1221 Brickell Avenue
                                               16th Floor
                                               Miami, Fl 33131
                                               Telephone: (305) 461-6880
                                               Facsimile: (305) 461-6887

MOTION PICTURE ASSOCIATION                 JENNER & BLOCK LLP
OF AMERICA, INC.                           David A. Handzo (*Pro Hac Vice*)
                                           Steven B. Fabrizio (*Pro Hac Vice*)
Karen R. Thorland (*Pro Hac Vice*)         Luke C. Platzer (*Pro Hac Vice*)
15301 Ventura Blvd.                        1099 New York Ave., N.W.
Building E                                 Suite 900
Sherman Oaks, CA 91403                     Washington, DC 20001
Phone: (818) 995-6600                      Telephone: (202) 639-6000
Fax: (818) 285-4403                        Facsimile: (202) 639-6066

                                           *Attorneys for Plaintiffs*