# EXHIBIT A

| DEPONENT | DATE | PLAINTIFF'S DESIGNATIONS |
|---|---|---|
| Lynde, Matthew | 12/16/2011 | 178:16-180:4 |
| Lynde, Matthew | 12/16/2011 | 182:1-8 |
| Lynde, Matthew | 12/16/2011 | 184:12-23 |
| Lynde, Matthew | 12/16/2011 | 185:10-186:8 |
| Lynde, Matthew | 12/16/2011 | 261:22-262:6 |
| Lynde, Matthew | 12/16/2011 | 267:23-268:12 |
| Lynde, Matthew | 12/16/2011 | 269:6-270:8 |
|  |  |  |
| Stoyanov, Rumen | 12/8/2011 | 21:3-22:22 |
| Stoyanov, Rumen | 12/8/2011 | 52:7-54:9 |
| Stoyanov, Rumen | 12/8/2011 | 56:17- 62:3 |
| Stoyanov, Rumen | 12/8/2011 | 62:11-66:17 |
| Stoyanov, Rumen | 12/8/2011 | 71:23-75:3 |
| Stoyanov, Rumen | 12/8/2011 | 78:8-79:9 |
| Stoyanov, Rumen | 12/8/2011 | 80:8-80:15 |
|  |  |  |
| Titov, Anton | 11/17/2011 | 16:23-17:25 |
| Titov, Anton | 11/17/2011 | 18:23-19:6 |
| Titov, Anton | 11/17/2011 | 19:23-20:11 |
| Titov, Anton | 11/17/2011 | 30:23-32:12 |
| Titov, Anton | 11/17/2011 | 43:12-44:12 |
| Titov, Anton | 11/17/2011 | 51:19-52:16 |
| Titov, Anton | 11/17/2011 | 51:23-52:4 |
| Titov, Anton | 11/17/2011 | 54:11-57:11 |
| Titov, Anton | 11/17/2011 | 67:20-68:17 |
|  |  |  |
| Titov, Anton | 12/5/2011 | 54:20-55:9 |
| Titov, Anton | 12/5/2011 | 76:19-77:3 |
| Titov, Anton | 12/5/2011 | 77:17-78:2 |

| | | |
|---|---|---|
| Titov, Anton | 12/5/2011 | 84:17-85:6 |
| Titov, Anton | 12/5/2011 | 114:4-9 |
| Titov, Anton | 12/5/2011 | 117:7-118:7 |
| Titov, Anton | 12/5/2011 | 118:16-121:13 |
| Titov, Anton | 12/5/2011 | 126:12-126:23 |
| Titov, Anton | 12/5/2011 | 135:11-137:13 |
| Titov, Anton | 12/5/2011 | 142:8-144:13 |
| | | |
| Titov, Anton | 12/5/2011 | 145:16-146:16 |
| Titov, Anton | 12/6/2011 | 247:25-249:24 |
| Titov, Anton | 12/6/2011 | 252:6-14 |
| Titov, Anton | 12/6/2011 | 259:12-261:6 |
| Titov, Anton | 12/6/2011 | 279:11-284:15 |
| Titov, Anton | 12/6/2011 | 284:20-286:18 |
| Titov, Anton | 12/6/2011 | 287:5-291:9 |
| Titov, Anton | 12/6/2011 | 295:15-19 |
| Titov, Anton | 12/6/2011 | 296:14-20 |
| Titov, Anton | 12/6/2011 | 299:17-322:21 |
| Titov, Anton | 12/6/2011 | 332:16-335:4 |
| Titov, Anton | 12/6/2011 | 335:22-337:21 |
| Titov, Anton | 12/6/2011 | 338:22–339:11 |
| Titov, Anton | 12/6/2011 | 339:20-341:8 |
| | | |
| Titov, Anton | 12/7/2011 | 400:14-401:15 |
| Titov, Anton | 12/7/2011 | 402:9-16 |
| Titov, Anton | 12/7/2011 | 404:21-405:12 |
| Titov, Anton | 12/7/2011 | 441:7-12 |
| Titov, Anton | 12/7/2011 | 442:15-18 |
| Titov, Anton | 12/7/2011 | 444:8-448:6 |
| Titov, Anton | 12/7/2011 | 468:22-469:14 |
| Titov, Anton | 12/7/2011 | 471:18-472:23 |
| Titov, Anton | 12/7/2011 | 473:2-476:1 |

| | | |
|---|---|---|
| Titov, Anton | 12/7/2011 | 493:19-494:14 |
| Titov, Anton | 12/7/2011 | 506:12-508:12 |
| Titov, Anton | 12/7/2011 | 508:25-509:23 |
| Titov, Anton | 12/7/2011 | 518:3-9 |
| Titov, Anton | 12/7/2011 | 520:11-20 |
| Titov, Anton | 12/7/2011 | 521:3-10 |
| Titov, Anton | 12/7/2011 | 525:21-526:1 |
| Titov, Anton | 12/7/2011 | 531:9-532:17 |
| Titov, Anton | 12/7/2011 | 538:14-540:22 |
| Titov, Anton | 12/7/2011 | 542:25-543:23 |
| Titov, Anton | 12/7/2011 | 549:4-550:23 |
| | | |
| Titov, Anton | 12/8/2011 | 570:12-571:15 |
| Titov, Anton | 12/8/2011 | 584:11-588:22 |
| Titov, Anton | 12/8/2011 | 593:18-595:8 |
| Titov, Anton | 12/8/2011 | 603:3-604:13 |
| Titov, Anton | 12/8/2011 | 605:23-608:3 |
| Titov, Anton | 12/8/2011 | 608:5-8 |
| Titov, Anton | 12/8/2011 | 609:1-15 |
| Titov, Anton | 12/8/2011 | 628:16-630:10 |
| Titov, Anton | 12/8/2011 | 632:15-634:4 |
| Titov, Anton | 12/8/2011 | 634:20-637:1 |
| Titov, Anton | 12/8/2011 | 637:23-639:23 |
| Titov, Anton | 12/8/2011 | 648:5-7 |
| Titov, Anton | 12/8/2011 | 649:15-651:22 |
| Titov, Anton | 12/8/2011 | 653:17-654:22 |
| Titov, Anton | 12/8/2011 | 655:3-17 |
| Titov, Anton | 12/8/2011 | 656:11-657:18 |
| Titov, Anton | 12/8/2011 | 660:17-661:1 |
| Titov, Anton | 12/8/2011 | 664:23-665:4 |
| Titov, Anton | 12/8/2011 | 665:15-666:7 |
| Titov, Anton | 12/8/2011 | 668:6-669:14 |

| | | |
|---|---|---|
| Titov, Anton | 12/8/2011 | 671:19-673:4 |
| Titov, Anton | 12/8/2011 | 678:5-680:18 |
| Titov, Anton | 12/8/2011 | 680:20-682:13 |
| Titov, Anton | 12/8/2011 | 683:9-685:14 |
| Titov, Anton | 12/8/2011 | 688:21-689:15 |
| Titov, Anton | 12/8/2011 | 705:18–706:3 |
| Titov, Anton | 12/8/2011 | 709:17-711:15 |
| Titov, Anton | 12/8/2011 | 717:1-13 |
| Titov, Anton | 12/8/2011 | 719:12-721:14 |
| | | |
| Vangelov, Atanas | 12/7/2011 | 141:2-24 |
| Vangelov, Atanas | 12/7/2011 | 150:18-151:20 |
| Vangelov, Atanas | 12/7/2011 | 164:22-165:7 |
| | | |
| Wang, Yangbin | 12/22/2011 | 15:17-25 |
| Wang, Yangbin | 12/22/2011 | 16:24-17:5 |
| Wang, Yangbin | 12/22/2011 | 47:23-49:19 |
| Wang, Yangbin | 12/22/2011 | 53:2-21 |
| Wang, Yangbin | 12/22/2011 | 69:6-69:16 |
| Wang, Yangbin | 12/22/2011 | 69:8-71:17 |
| Wang, Yangbin | 12/22/2011 | 87:10-17 |
| Wang, Yangbin | 12/22/2011 | 90:10-90:15 |