# EXHIBIT B

| DEPONENT | DATE | PLAINTIFF'S DESIGNATIONS |
|----------|------|--------------------------|
| Lynde, Matthew | 12/16/2011 | 21:25-22:13 |
| Lynde, Matthew | 12/16/2011 | 24:15-26:13 |
| Lynde, Matthew | 12/16/2011 | 27:21-29:5 |
| Lynde, Matthew | 12/16/2011 | 75:5-75:17 |
| Lynde, Matthew | 12/16/2011 | 83:8-84:13 |
| Lynde, Matthew | 12/16/2011 | 87:21-88:5 |
| Lynde, Matthew | 12/16/2011 | 91:18-93:4 |
| Lynde, Matthew | 12/16/2011 | 97:7-100:12 |
| Lynde, Matthew | 12/16/2011 | 102:12-25 |
| Lynde, Matthew | 12/16/2011 | 106:17-107:8 |
| Lynde, Matthew | 12/16/2011 | 108:3-24 |
| Lynde, Matthew | 12/16/2011 | 130:10-23 |
| Lynde, Matthew | 12/16/2011 | 170:5-170:16 |
| Lynde, Matthew | 12/16/2011 | 171:11-172:8 |
| Lynde, Matthew | 12/16/2011 | 175:5-176:24 |
| Lynde, Matthew | 12/16/2011 | 203:24-204:3 |
| Lynde, Matthew | 12/16/2011 | 204:17-205:5 |
| Lynde, Matthew | 12/16/2011 | 219:11-23 |
| Lynde, Matthew | 12/16/2011 | 227:20-228:8 |
| Lynde, Matthew | 12/16/2011 | 282:9-25 |
|  |  |  |
| Titov, Anton | 11/17/2011 | 54:11-57:11 |
|  |  |  |
| Titov, Anton | 12/5/2011 | 156:11-14 |
| Titov, Anton | 12/5/2011 | 156:4-23 |
| Titov, Anton | 12/5/2011 | 157:22-158:6 |
| Titov, Anton | 12/5/2011 | 159:6-10 |
| Titov, Anton | 12/5/2011 | 162:5-163:2 |
| Titov, Anton | 12/5/2011 | 165:13-18 |
| Titov, Anton | 12/5/2011 | 167:23-169:15 |
| Titov, Anton | 12/5/2011 | 179:11-180:18 |
| Titov, Anton | 12/5/2011 | 181:6-18 |
| Titov, Anton | 12/5/2011 | 182:2-10 |
| Titov, Anton | 12/5/2011 | 184:21-187:5 |
|  |  |  |
| Titov, Anton | 12/6/2011 | 210:5-8 |
| Titov, Anton | 12/6/2011 | 210:15-213:1 |
| Titov, Anton | 12/6/2011 | 214:23-215:16 |
| Titov, Anton | 12/6/2011 | 216:1-216:15 |
| Titov, Anton | 12/6/2011 | 223:3-223:9 |
| Titov, Anton | 12/6/2011 | 223:19-223:25 |

| Titov, Anton | 12/6/2011 | 224:6-225:25 |
|---|---|---|
| Titov, Anton | 12/6/2011 | 226:1-6 |
| Titov, Anton | 12/6/2011 | 227:11-22 |
| Titov, Anton | 12/6/2011 | 233:17-234:6 |
| Titov, Anton | 12/6/2011 | 325:12-326:19 |
| Titov, Anton | 12/6/2011 | 335:15-19 |