UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

 *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

 *Defendants*.

_____/

HOTFILE CORP.,

 *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

 *Counter-Defendant*.

_____/

**DEFENDANT HOTFILE'S NOTICE OF CLARIFICATION OR
CORRECTION OF STATEMENTS MADE DURING ORAL ARGUMENT
ON MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL**

 Defendant Hotfile Corporation ("Hotfile") provides this notice to correct or clarify statements by its counsel made at the October 10, 2013 hearing concerning the *Masck v. Howard* (No. 2:13-cv-10226-GAD-DRG) case pending in the Eastern District of Michigan.  While counsel for Hotfile accurately recalled that there have been recent rulings in that case involving

the "Heisman Trophy Pose" on various non-copyright tort claims asserted by and against the plaintiff-photographer Masck and defendant Desmond Howard, there was in fact an earlier decision last June addressing Amazon' motion to dismiss the copyright claims against it.

In the attached decision, Judge Drain granted in part that motion as to the vicarious liability theory, concluding that plaintiff had not alleged sufficiently Amazon's right and ability to control infringement (pp. 12-13).  He denied in part the motion as to the contributory infringement theory, because of the allegation that Amazon received a notice of the alleged infringement.  Hotfile wanted to clarify or correct the description of the *Masck* case that might be considered in any way inaccurate or incomplete.

Dated:  October 15, 2013               Respectfully submitted,


By: s/ Janet T. Munn
      Janet T. Munn

RASCO KLOCK
Janet T. Munn (FL Bar No. 501281)
jmunn@rascoklock.com
283 Catalonia Ave., Suite 200
Coral Gables, FL  33134
Phone:  305.476.7101
Fax:  305.476.7102

FARELLA BRAUN + MARTEL LLP
s/ Roderick M. Thompson
Roderick M. Thompson (*Pro Hac Vice*)
rthompson@fbm.com
Andrew Leibnitz (*Pro Hac Vice*)
aleibnitz@fbm.com
Anthony P. Schoenberg (*Pro Hac Vice*)
tschoenberg@fbm.com
Deepak Gupta (*Pro Hac Vice*)
dgupta@fbm.com
Janel Thamkul (*Pro Hac Vice*)
jthamkul@fbm.com
235 Montgomery Street
San Francisco, CA  94104
Phone:  415.954.4400

2

BOSTON LAW GROUP
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Center, MA 02459
Phone: 617.928.1800
Fax: 617.928.1802

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 15, 2013, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
sfabrizio@jenner.com
Luke C. Platzer (*Pro Hac Vice*)
lplatzer@jenner.com
David A. Handzo (*Pro Hac Vice*)
dhandzo@jenner.com
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Phone: 202.639.6000
Fax: 202.639.6066

GRAY-ROBINSON, P.A.
Karen L. Stetson
karen.stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305.416.6880
Fax: 305.416.6887

Karen R. Thorland, Esq. (*Pro Hac Vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA  91403-5885
Phone: 818.935.5812

By: s/ Janet T. Munn
    Janet T. Munn