UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    *Defendants*.

_____/

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant*.

_____/

**DEFENDANT HOTFILE'S AMENDED NOTICE
OF CLARIFICATION OR CORRECTION OF STATEMENTS
MADE DURING ORAL ARGUMENT ON MOTION FOR
<u>CERTIFICATION OF INTERLOCUTORY APPEAL</u>**

Defendant Hotfile Corporation ("Hotfile") provides this notice to correct or clarify statements by its counsel made at the October 10, 2013 hearing concerning the *Masck v. Howard* (No. 2:13-cv-10226-GAD-DRG) case pending in the Eastern District of Michigan (Order

attached herewith as Exhibit A).[1]  While counsel for Hotfile accurately recalled that there have been recent rulings in that case involving the "Heisman Trophy Pose" on various non-copyright tort claims asserted by and against the plaintiff-photographer Masck and defendant Desmond Howard, there was in fact an earlier decision last June addressing Amazon' motion to dismiss the copyright claims against it.

In the attached decision, Judge Drain granted in part that motion as to the vicarious liability theory, concluding that plaintiff had not alleged sufficiently Amazon's right and ability to control infringement (pp. 12-13).  He denied in part the motion as to the contributory infringement theory, because of the allegation that Amazon received a notice of the alleged infringement.  Hotfile wanted to clarify or correct the description of the *Masck* case that might be considered in any way inaccurate or incomplete.

Dated:  October 15, 2013                      Respectfully submitted,


                                              s/ Janet T. Munn                     
                                              Janet T. Munn
                                              RASCO KLOCK
                                              Janet T. Munn (FL Bar No. 501281)
                                              jmunn@rascoklock.com
                                              283 Catalonia Ave., Suite 200
                                              Coral Gables, FL  33134
                                              Phone:  305.476.7101
                                              Fax:  305.476.7102

---

[1] Undersigned counsel failed to attach Exhibit A to the original notice of clarification that was also filed on this same date and, therefore, has filed this amended notice of clarification simply to add the missing attachment.

s/ Roderick M. Thompson
Roderick M. Thompson (*Pro Hac Vice*)
rthompson@fbm.com
Andrew Leibnitz (*Pro Hac Vice*)
aleibnitz@fbm.com
Anthony P. Schoenberg (*Pro Hac Vice*)
tschoenberg@fbm.com
Deepak Gupta (*Pro Hac Vice*)
dgupta@fbm.com
Janel Thamkul (*Pro Hac Vice*)
jthamkul@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street
San Francisco, CA 94104
Phone: 415.954.4400

BOSTON LAW GROUP
Valentin Gurvits
vgurvits@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Center, MA 02459
Phone: 617.928.1800
Fax: 617.928.1802

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2013, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| JENNER & BLOCK LLP<br>Steven B. Fabrizio (*Pro Hac Vice*)<br>sfabrizio@jenner.com<br>Luke C. Platzer (*Pro Hac Vice*)<br>lplatzer@jenner.com<br>David A. Handzo (*Pro Hac Vice*)<br>dhandzo@jenner.com<br>1099 New York Ave., N.W., Suite 900<br>Washington, DC 20001<br>Phone: 202.639.6000<br>Fax: 202.639.6066 | Karen R. Thorland, Esq. (*Pro Hac Vice*)<br>Senior Content Protection Counsel<br>Email: Karen_Thorland@mpaa.org<br>Motion Picture Association of America, Inc.<br>15301 Ventura Boulevard, Building E<br>Sherman Oaks, CA  91403-5885<br>Phone: 818.935.5812 |

GRAY-ROBINSON, P.A.
Karen L. Stetson
karen.stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305.416.6880
Fax: 305.416.6887

By: s/ Janet T. Munn
    Janet T. Munn