FILING FEE
PAID $75.00
Pro hac Vice
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-CIV-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
et al.,

    Plaintiffs,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    Defendants.
_____/

HOTFILE CORP.,

    Counterclaimant,

v.

WARNER BROS. ENTERTAINMENT INC.,

    Counterdefendant.
_____/

FILED by _____ D.C.
OCT 15 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**MOTION FOR MATTHEW SHAYEFAR TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Matthew Shayefar ("Mr. Shayefar") of the law firm of Boston Law Group, PC, 825 Beacon Street, Suite 20, Newton, Massachusetts 02459, Telephone No.: 617.928.1806, Telecopy No.: 617.928.1802, for purposes of appearance as counsel on behalf of Defendants Hotfile Corp. and Anton Titov ("Defendants"), in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative

Procedures, to permit Mr. Shayefar to receive electronic filings in this case, and in support thereof states as follows:

1. Mr. Shayefar is not admitted to practice in the Southern District of Florida, but is a member in good standing of the State Bar of Massachusetts and the State Bar of California. Mr. Shayefar is also admitted to the District of Massachusetts and the Ninth Circuit Court of Appeals.

2. Mr. Shayefar has not made more than three appearances within a 365-day period in separate representations before the Courts of this District. *See* Rule 4, Special Rules Governing the Admission and Practice of Attorneys in the Southern District of Florida.

3. Movant, Janet T. Munn, Esquire, of the law firm of Rasco Klock, 283 Catalonia Avenue, Suite 200, Coral Gables, Florida 33134, Telephone No.: 305.476.7101, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

4. In accordance with the local rules of this court, Mr. Shayefar has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto as Exhibit "A."

5.  Mr. Shayefar, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to, Matthew Shayefar, Esquire at email address: matt@bostonlawgroup.com.

WHEREFORE, Janet T. Munn, Esquire, moves this Court for an Order for Matthew Shayefar, Esquire, to appear before this Court on behalf of Defendants for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Matthew Shayefar, Esquire at matt@bostonlawgroup.com. A proposed Order is attached hereto as Exhibit "B."

**CERTIFICATE OF GOOD FAITH CONFERENCE**

I hereby certify that counsel for the movant I sent emails on October 14 and 15, 2013, to Plaintiffs' counsel, Karen L. Stetson, Steven B. Fabrizio and Luke C. Platzer, in a good faith effort to determine whether Plaintiffs wished to take any position with respect to this motion, but I did not hear back from Plaintiffs' counsel.

for _/s/ M.M. #89163_
Janet T. Munn

Dated: October 15, 2013

Respectfully submitted,

for _/s/ M.M. #89163_
Janet T. Munn, Esq., Fla. Bar No. 501281
Email: jmunn@rascoklock.com
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102
*Counsel for Defendants Hotfile Corporation and Anton Titov*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was conventionally filed and served via Email this 15th day of October, 2013 on all counsel of record:

*Counsel for Plaintiffs:*

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
sfabrizio@jenner.com
Luke C. Platzer (*Pro Hac Vice*)
lplatzer@jenner.com
David A. Handzo (*Pro Hac Vice*)
dhandzo@jenner.com
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Phone: 202.639.6000
Fax: 202.639.6066

GRAY-ROBINSON, P.A.
Karen L. Stetson
karen.stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305.416.6880
Fax: 305.416.6887

Karen R. Thorland, Esq. (*Pro Hac Vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA 91403-5885
Phone: 818.935.5812

*Counsel for Defendants:*

Roderick M. Thompson, Esq. (*Pro Hac Vice*)
Email: rthompson@fbm.com
Andrew Leibnitz, Esq. (*Pro Hac Vice*)
Email: aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (*Pro Hac* Vice)
Email: tschoenberg@fbm.com
Deepak Gupta, Esq. (*Pro Hac Vice*)
Email: dgupta@fbm.com
Janel Thamkul, Esq. (*Pro Hac Vice*)
Email: jthamkul@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.4480

Valentin Gurvits, Esq. (*Pro Hac Vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone: 617.928.1800
Telecopy: 617.928.1802

By: *for* _____ #89163
Janet T. Munn

*Disney Enterprises, Inc., et al. v. Hotfile Corp., et al.*

Case No.: 11-20427-CIV-WILLIAMS-TURNOFF

# EXHIBIT "A"
## Certification of Matthew Shayefar

# Filed in Support of the Unopposed Motion for Matthew Shayefar to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-CIV-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

Plaintiffs,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

Defendants.                                    /

HOTFILE CORP.,

Counterclaimant,

v.

WARNER BROS. ENTERTAINMENT INC.,

Counterdefendant.                              /

### CERTIFICATION OF MATTHEW SHAYEFAR

Matthew Shayefar, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that:

(1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and

(2) I a member in good standing of the State Bar of Massachusetts and the State Bar of California. I am also a member in good standing of the following: the District of Massachusetts and the Ninth Circuit Court of Appeals.

_____
MATTHEW SHAYEFAR

Date: October 11, 2013

*Disney Enterprises, Inc., et al. v. Hotfile Corp., et al.*

Case No.: 11-20427-CIV-WILLIAMS-TURNOFF

# EXHIBIT "B"
(Proposed) Order

# Filed in Support of the Unopposed Motion for Matthew Shayefar to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-CIV-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

Plaintiffs,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

      Defendants.             /

HOTFILE CORP.,

Counterclaimant,

v.

WARNER BROS. ENTERTAINMENT INC.,

      Counterdefendant.         /

**(PROPOSED) ORDER GRANTING UNOPPOSED MOTION
OF MATTHEW SHAYEFAR TO APPEAR *PRO HAC VICE*, CONSENT
TO DESIGNATION AND REQUEST TO ELECTRONICALLY
<u>RECEIVE NOTICES OF ELECTRONIC FILING</u>**

      THIS CAUSE came before the Court on the Unopposed Motion for Appearance *Pro Hac Vice* of Matthew Shayefar, Esq, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing (the "Unopposed Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This court has considered the Unopposed Motion and all other relevant factors, it is hereby

2

ORDERED and ADJUDGED that the Unopposed Motion is GRANTED. Matthew Shayefar, Esq., may appear and participate in this action on behalf of Defendants Hotfile Corp. and Anton Titov.

The Clerk shall provide electronic notification of all electronic filings to Matthew Shayefar, esquire at email address: matt@bostonlawgroup.com.

DONE and ORDERED in Chambers, Miami, Miami-Dade County, Florida, this ___ day of October, 2013.

_____
KATHLEEN M. WILLIAMS
United States District Judge

Cc:   All Counsel of Record