UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## JOINT MOTION TO MODIFY ORDER SETTING PRE-TRIAL SCHEDULE AS TO OBJECTIONS TO PRETRIAL DISCLOSURES

Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studio Productions LLLP, Columbia Pictures Industries, Inc., Warner Bros. Entertainment, Inc. (collectively, "Plaintiffs"); and Defendants Hotfile Corp. and Anton Titov (collectively "Defendants") hereby jointly move to modify the Order Setting Pre-Trial Schedule (DE 529)

74380.1

with regard to the timing of filing of objections to pretrial disclosures, and in support thereof state:

1. The Order Setting Pre-Trial Schedule (DE 529) provides that the parties are to file a joint pretrial stipulation on October 23, 2013, and further provides that the parties "shall <u>file</u> Rule 26 (a)(3)(B) objections to pretrial disclosures" by October 16, 2013.

2. Under the Local Rule 16(e)(9), however, the list of trial exhibits and the parties' objections thereto is to be filed with the Court as part of the pretrial stipulation, which is not due until October 23, 2013.

3. It was contemplated among the parties that October 16, 2013 would be the day to <u>serve</u> objections upon opposing counsel, so that the parties could then meet and confer with regard to them, and thereafter prepare the final pretrial stipulation for filing on October 23, 2013.

4. Accordingly, the parties jointly move the Court modify the Order Setting Pre-Trial Schedule to provide that the parties shall <u>serve</u> their objections to pretrial disclosures by October 16, 2013, and shall <u>file</u> them as part of the joint pretrial stipulation on October 23, 2013.

DATED:  October 16, 2013

s/ Karen L. Stetson
Karen L. Stetson, Florida Bar No. 742937
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, FL 33131
Telephone: 305.416.6880
Facsimile: 305.416.6887
Email:  karen.stetson@gray-robinson.com

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
David A. Handzo (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)

Respectfully submitted,

s/ Janet T. Munn
Janet T. Munn, Florida Bar No. 501281
RASCO KLOCK
283 Catalonia Avenue
Suite 200
Coral Gables, Fl 33134
Telephone:  305.476.7101
Telecopy: 305.476.7102
Email:  jmunn@rascoklock.com

FARELLA BRAUN + MARTEL LLP
Roderick Thompson  (admitted *pro hac vice*)
Andrew Leibnitz (admitted *pro hac vice*)
Anthony P. Schoenberg (admitted *pro hac vice*)

| | |
|---|---|
| 1099 New York Ave., N.W.<br>Suite 900<br>Washington, DC 20001<br>Telephone: 202.639.6000<br>Facsimile: 202.639.6066<br><br>MOTION PICTURE ASSOCIATION<br> OF AMERICA, INC.<br>Karen R. Thorland (*Pro Hac Vice*)<br>15301 Ventura Blvd.<br>Building E<br>Sherman Oaks, CA 91403<br>Phone: 818.995.6600<br>Fax: 818.285.4403 | Deepak Gupta (admitted *pro hac vice*)<br>Janel Thamkul (admitted *pro hac vice*)<br>235 Montgomery St.<br>San Francisco, CA 94104<br>Telephone: 415.954.4400<br>Telecopy: 415.954.448<br><br>Valentin Gurvits<br>BOSTON LAW GROUP, PC<br>825 Beacon Street, Suite 20<br>Newton Centre, MA 02459<br>Phone: 617.928.1804 |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |