UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

   *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

### [PROPOSED]
### ORDER MODIFYING ORDER SETTING PRE-TRIAL SCHEDULE

THIS MATTER came before the Court upon the parties' Joint Motion To Modify Order Setting Pre-Trial Schedule As To Objections To Pretrial Disclosures, and the Court having reviewed same and being fully advised in the premises:

ORDERS AND ADJUDGES

# 1133102 v1

that said Motion be, and the same is hereby, Granted. The Order Setting Pre-Trial Schedule (DE 529) is modified to provide that the parties shall serve their objections to pretrial disclosures by October 16, 2013, and shall file final versions thereof as part of the joint pretrial stipulation on October 23, 2013.

      DONE AND ORDERED in chambers at Miami, Florida this ____ day of _____ 2013.

                                                                             Kathleen M. Williams
                                                                       United States District Judge

cc:     All Counsel of Record

# 1133102 v1