UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CIV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.
_____/

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
RECEIVE NOTICES OF ELECTRONIC FILINGS

**THIS MATTER** is before the Court upon Matthew Shayefar's Motion to Appear *Pro Hac Vice* on behalf of Defendants (DE 558). The Court having considered the Motion and all other relevant factors, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Matthew Shayefar may appear and participate in this action on behalf of Defendants. The Clerk shall provide electronic notification of all electronic filings to Mr. Shayefar at matt@bostonlawgroup.com.

**DONE AND ORDERED** in Chambers at Miami, Florida this 16 day of October, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE