UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.

*Counterdefendant.*
_____/

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-STYLED COURT:

YOU ARE HEREBY NOTIFIED that the undersigned attorney does hereby enter his appearance as attorney of record and local counsel for the Defendants HOTFILE CORP. and ANTON TITOV, in the above-styled cause and you are hereby requested to furnish the said attorney with copies of all future motions, orders, etc., in this cause.

1

Respectfully submitted this 17th day of October, 2013.

>COBB EDDY MIJARES, PLLC
>*Attorneys for Defendants'*
>642 Northeast Third Avenue
>Fort Lauderdale, Florida 33304
>Telephone (954) 527-4111
>Facsimile  (954) 900-5507
>
>**By: ___/s/ BRADY J. COBB_____**
>BRADY J. COBB, ESQUIRE
>Florida Bar No. 031018
>bcobb@cemlaw.net

## **CERTIFICATE OF SERVICE**

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the cmecf electronic filing system on all counsel or parties of record on the attached service list this 17th day of October, 2013.

>___/s/ BRADY J. COBB_____
>BRADY J. COBB
>Florida Bar Number 0031018
>Bcobb@cemlaw.net

**SERVICE LIST:**
CASE NO: 11-20427-CIV-WILLIAMS

*Counsel for Plaintiffs:*

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
sfabrizio@jenner.com
Luke C. Platzer (*Pro Hac Vice*)
lplatzer@jenner.com
David A. Handzo (*Pro Hac Vice*)
dhandzo@jenner.com
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Phone: 202.639.6000
Fax: 202.639.6066

GRAY-ROBINSON, P.A.
Karen L. Stetson
karen.stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305.416.6880
Fax: 305.416.6887

Karen R. Thorland, Esq. (*Pro Hac Vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA 91403-5885
Phone: 818.935.5812

*Counsel for Defendants:*

Roderick M. Thompson, Esq. (*Pro Hac Vice*)
Email: rthompson@fbm.com
Andrew Leibnitz, Esq. (*Pro Hac Vice*)
Email: aleibnitz@fbm.com
Anthony P. Schoenberg, Esq. (*Pro Hac* Vice)
Email: tschoenberg@fbm.com
Deepak Gupta, Esq. (*Pro Hac Vice*)
Email: dgupta@fbm.com
Janel Thamkul, Esq. (*Pro Hac Vice*)
Email: jthamkul@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.4480

Janet T. Munn, Fla. Bar No. 501281
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
Telephone: 305-476-7101
Facsimile: 305-476-7102
jmunn@rascoklock.com

Valentin Gurvits, Esq. (*Pro Hac Vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Telephone: 617.928.1800
Telecopy: 617.928.1802