UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

*Defendants.*

/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counter-Defendant.*

/

**MOTION OF RASCO KLOCK, *ET AL.*; JANET T. MUNN; FARELLA
BRAUN + MARTEL LLP; RODERICK M. THOMPSON; ANDREW
LEIBNITZ; ANTHONY SCHOENBERG; DEEPAK GUPTA; JANEL
THAMKUL; AND EVAN ENGSTROM TO WITHDRAW AS CO-
<u>COUNSEL FOR DEFENDANTS HOTFILE CORP. AND ANTON TITOV</u>**

Rasco Klock, *et al.*, Janet T. Munn, Esq., Farella Braun + Martel LLP, Roderick M. Thompson, Esq., Andrew Leibnitz, Esq., Anthony P. Schoenberg, Esq., Deepak Gupta, Esq., Janel Thamkul, Esq. and Evan M. Engstrom, Esq. – all of whom are presently serving as co-counsel for Defendants Hotfile Corp. and Anton Titov (collectively "Defendants") – hereby move to withdraw as counsel for Defendants. Hotfile will continue to be represented by Valentin Gurvits, Esq. and The Boston Law Group, who have represented Hotfile since May 2, 2011, and

who have been actively involved in this matter throughout the litigation. Mr. Gurvits will be assisted by: (1) his associate, Matthew Shayefar, Esq., who was admitted *pro hac vice* by the Court on October 17, 2013; (2) Evan Fray-Witzer, Esq., of Ciampa Fray-Witzer LLP, who was also admitted *pro hac vice* on October 17, 2013; and (3) local counsel Brady J. Cobb of Cobb Eddy Mijares PLLC, who appeared on October 17, 2013. Hotfile will be prepared to try this case without the need of a continuance. Plaintiffs have consented to this motion to withdraw.

Discovery in this matter concluded long ago and the matter is set for trial on the trial calendar commencing December 9, 2013. Rasco Klock and Janet T. Munn have been serving as local counsel for the Defendants. Permitting the withdrawal of Farella Braun & Martel and Rasco Klock will not delay the trial, but it will enable the Defendants to conserve as much as possible their financial resources for trial. This has been a tremendously expensive matter to litigate and for that reason the Defendants respectfully request that the Court grant the relief they have requested.

## **CONCLUSION**

On the basis of the foregoing, Rasco Klock and Janet T. Munn, Esq. and Farella Braun + Martel, Roderick M. Thompson, Esq., Andrew Leibnitz, Esq., Anthony P. Schoenberg, Esq., Deepak Gupta, Esq., Janel Thamkul, Esq. and Evan Engstrom, Esq., and the Defendants hereby respectfully request that the Court grant their motion to permit the attorneys named above to withdraw as counsel to Defendants. Further, Ms. Munn; Mr. Thompson; Mr. Leibnitz; Mr. Schoenberg; Mr. Gupta; Ms. Thamkul and Mr. Engstrom respectfully request that the Court direct the Clerk of Court to remove them from the electronic service list in this case so that they no longer receive electronic filings in the case. A proposed Order is attached to this Motion as Exhibit "A."

## **CERTIFICATE OF GOOD FAITH**

I hereby certify that prior to filing this motion, I informed counsel for Plaintiffs that this motion would be filed and Plaintiffs' counsel stated that they have no objection to the motion.

    s/ Janet T. Munn
    Janet T. Munn, Esq.


Dated:  October 17, 2013    Respectfully submitted,

    s/ Janet T. Munn
    Janet T. Munn (FL Bar No. 501281)
    jmunn@rascoklock.com
    RASCO KLOCK, et al.
    283 Catalonia Ave., Suite 200
    Coral Gables, FL  33134
    Phone:  305.476.7101
    Fax:  305.476.7102

    s/ Roderick M. Thompson
    Roderick M. Thompson (*Pro Hac Vice*)
    rthompson@fbm.com
    Andrew Leibnitz (*Pro Hac Vice*)
    aleibnitz@fbm.com
    Anthony P. Schoenberg (*Pro Hac Vice*)
    tschoenberg@fbm.com
    Deepak Gupta (*Pro Hac Vice*)
    dgupta@fbm.com
    Janel Thamkul (*Pro Hac Vice*)
    jthamkul@fbm.com
    FARELLA BRAUN & MARTEL LLP
    235 Montgomery Street
    San Francisco, CA  94104
    Phone:  415.954.4400

s/ Valentin Gurvits
Valentin Gurvits
vgurvits@bostonlawgroup.com
THE BOSTON LAW GROUP
825 Beacon Street, Suite 20
Newton Center, MA 02459
Phone: 617.928.1800
Fax: 617.928.1802

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 17, 2013, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| JENNER & BLOCK LLP<br>Steven B. Fabrizio (*Pro Hac Vice*)<br>sfabrizio@jenner.com<br>Luke C. Platzer (*Pro Hac Vice*)<br>lplatzer@jenner.com<br>David A. Handzo (*Pro Hac Vice*)<br>dhandzo@jenner.com<br>1099 New York Ave., N.W., Suite 900<br>Washington, DC 20001<br>Phone: 202.639.6000<br>Fax: 202.639.6066<br><br>GRAY-ROBINSON, P.A.<br>Karen L. Stetson<br>karen.stetson@gray-robinson.com<br>1221 Brickell Avenue<br>Suite 1600<br>Miami, FL 33131<br>Phone: 305.416.6880<br>Fax: 305.416.6887 | Karen R. Thorland, Esq. (*Pro Hac Vice*)<br>Senior Content Protection Counsel<br>Email: Karen_Thorland@mpaa.org<br>Motion Picture Association of America, Inc.<br>15301 Ventura Boulevard, Building E<br>Sherman Oaks, CA 91403-5885<br>Phone: 818.935.5812 |

By: s/ Janet T. Munn
     Janet T. Munn