CASE NO. 11-20427-WILLIAMS/TURNOFF

*DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, COLUMBIA PICTURES INDUSTRIES, INC., and WARNER BROS. ENTERTAINMENT INC. vs. HOTFILE CORP., ANTON TITOV, et al.*

EXHIBIT "A"

(Proposed) Order

Filed in Support of the Motion of Rasco Klock, et al.;
Janet T. Munn; Farella Braun + Martel LLP;
Roderick M. Thompson; Andrew Leibnitz; Anthony Schoenberg;
Deepak Gupta; Janel Thamkul; And Evan Engstrom
to Withdraw as Co-Counsel For
Defendants Hotfile Corp. And Anton Titov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP, COLUMBIA PICTURES INDUSTRIES, INC.,
and WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and DOES 1-10.

    *Defendants.*
_____/

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant.*
_____/

**ORDER GRANTING MOTION OF RASCO KLOCK, ET AL.; JANET T.
MUNN, ESQ.; FARELLA BRAUN + MARTEL LLP; RODERICK M. THOMPSON;
ANDREW LEIBNITZ; ANTHONY SCHOENBERG, DEEPAK GUPTA, JANEL
THAMKUL, AND EVAN ENGSTROM TO WITHDRAW AS CO-COUNSEL
<u>FOR DEFENDANTS HOTFILE CORP. AND ANTON TITOV</u>**

THIS CAUSE came before the Court on the motion of Rasco Klock, et al.; Janet T. Munn, Esq.; Farella Braun + Martel; Roderick M. Thompson, Esq.; Andrew Leibnitz, Esq.; Anthony P. Schoenberg, Esq.; Deepak Gupta, Esq.; Janel Thamkul, Esq., and Evan M. Engstrom, Esq. to withdraw as counsel for Defendants Hotfile Corp. and Anton Titov ("Motion

to Withdraw"). The Court has considered the Motion to Withdraw and being otherwise duly advised herein, it is hereby

ORDERED AND ADJUDGED that the Motion to Withdraw, be and the same is hereby Granted. Rasco Klock, et al.; Janet T. Munn, Esq.; Farella Braun + Martel; Roderick M. Thompson, Esq.; Andrew Leibnitz, Esq.; Anthony P. Schoenberg, Esq.; Deepak Gupta, Esq.; Janel Thamkul, Esq. and Evan M. Engstrom, Esq., are hereby withdrawn as counsel of record in this matter and shall have no further responsibility in this matter. The Clerk of Court is hereby directed to remove Janet T. Munn, Esq.; Roderick M. Thompson, Esq.; Andrew Leibnitz, Esq.; Anthony P. Schoenberg, Esq.; Deepak Gupta, Esq.; Janel Thamkul, Esq. and Evan M. Engstrom, Esq., from the electronic service list in this case so that they no longer receive email service of filings in this matter.

DONE AND ORDERED in chambers at Miami, Florida this ____ day of October, 2013.

_____
KATHLEEN M. WILLIAMS
United States District Judge

cc:   All Counsel of Record