UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CIV-WILLIAMS

DISNEY ENTERPRISES, INC., et al.,

    Plaintiffs,

vs.

HOTFILE CORP., et al.,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Defendants' Unopposed Motion to Permit Counsel to Withdraw (DE 564). Upon review of the record and the Motion, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The law firm of Rasco Klock et al., Janet T. Munn, Esq., the law firm of Farella Braun & Martel, LLP, Roderick M. Thompson, Esq., N. Andrew Leibnitz, Esq., Anthony P. Schoenberg, Esq., Deepak Gupta, Esq., Janel Thamkul, Esq. and Evan M. Engstrom, Esq. are hereby terminated as counsel of record for Defendants.

The Court notes that the trial date will not be continued as a result of the withdrawal of a portion of Defendants' counsel.

**DONE AND ORDERED** in chambers in Miami, Florida, this 19 day of October, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE