UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
                                                                    /

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
                                                                    /

## JOINT MOTION TO MODIFY ORDER SETTING PRE-TRIAL SCHEDULE

Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studio Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment, Inc. (collectively "Plaintiffs"); and Defendants Hotfile Corp. and Anton Titov (collectively "Defendants") (Plaintiffs and Defendants are collectively the "Parties") hereby submit this joint motion to modify the Order Setting Pretrial Schedule.

Pretrial Conference and Oral Argument on Motions *in Limine* and *Daubert* Motions.  At the October 10, 2013 status conference, the Parties and the Court discussed the possibility of

moving the pretrial conference and oral argument on motions *in limine* and Daubert motions from its currently-scheduled date of November 25, 2013 in order to help the Parties avoid the difficulties of traveling to and from Miami close to the Thanksgiving holiday.  The Parties accordingly request that the Court instead schedule such conference and oral argument the preceding Thursday, November 21.

Briefing Schedule for Motions *in Limine* and *Daubert* Motions.  In addition, the Parties are meeting to conduct the pretrial meeting of counsel, including discussion of evidentiary objections served by the Parties on October 16, 2013.  However, the current schedule contemplates that any motions *in limine* or *Daubert* motions must be filed no later than Friday, October 25, 2013.  Under the current schedule, due to the proximity of the meeting of counsel to the deadline for raising evidentiary matters with the Court, the Parties as a practical matter will be required to prepare legal memoranda objecting to one another's proffered evidence before the Parties have had an opportunity to resolve those objections by mutual agreement.  This may result in unnecessary expenditure of resources, as well as reduce opportunities for agreement among the Parties if they have already expended the resources to prepare motions to exclude evidence before meeting with opposing counsel.  To provide the Parties with a better and more meaningful opportunity to resolve any evidentiary disagreements without intervention by the Court, the Parties request that the briefing schedule for motions *in limine* and *Daubert* motions be slightly altered such that opening briefs are to be filed no later than November 1 (in lieu of October 25), opposition briefs are to be filed no later than November 13 (in lieu of November 4) and reply briefs on November 19 (in lieu of November 11).

A proposed Order is attached hereto.

### CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that counsel for Plaintiffs, Karen L. Stetson, the counsel who makes this joint filing on behalf of all Parties, has authorization from counsel for Defendants to file the Joint Motion on behalf of Defendants as well as the Plaintiffs whom she represents.

DATED: October 21, 2013

By: /s/ Karen L. Stetson
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, FL 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

MOTION PICTURE ASSOCIATION
 OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone:  (818) 995-6600
Fax:  (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
David A. Handzo (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for Plaintiffs*

/s/ Valentin Gurvits
Valentin D. Gurvits (# 643572 - *pro hac vice*)
Matthew Shayefar (# 685927 - *pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ BRADY J. COBB
BRADY J. COBB, ESQUIRE
Florida Bar No. 031018
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile  (954) 900-5507
bcobb@cemlaw.net

/s/ Evan Fray-Witzer
Evan Fray-Witzer (# 564349 - *pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com

*Attorneys for Defendants*

CASE NO. 11-20427-WILLIAMS/TURNOFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 21st day of October, 2013, I served the following document on all counsel of record on the attached service list via the Court's CM/ECF filing system:

**JOINT MOTION TO MODIFY ORDER SETTING PRE-TRIAL SCHEDULE**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this Certificate of Service was executed on this date.

By: /s/ Karen L. Stetson
Karen L. Stetson

CASE NO. 11-20427-WILLIAMS/TURNOFF

# SERVICE LIST

**Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF**

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
Matthew Shayefar
matt@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Phone:  617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

CIAMPA FRAY-WITZER, LLP
Evan Fray-Witzer
evan@cfwlegal.com
20 Park Plaza, Suite 804
Boston, MA 02116
Phone: 617-426-0000

*Attorney for Defendants Hotfile Corp. and Anton Titov*

COBB EDDY MIJARES PLLC
Brady J. Cobb
bcobb@CEMLaw.net
642 Northeast Third Ave.
Fort Lauderdale, FL 33305
Phone: 954-527-4111, ext 201

*Attorney for Defendants Hotfile Corp. and Anton Titov*