UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

 *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

### [PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY ORDER SETTING PRE-TRIAL SCHEDULE

THIS CAUSE came before the Court on the Parties' Joint Motion to Modify Order Setting Pre-Trial Schedule, and the Court having reviewed same and being fully advised in the premises:

ORDERED AND ADJUDGED that said Motion be, and the same is hereby, Granted. The Order Setting Pretrial Schedule (DE 529) is modified to provide that the Pretrial conference and oral argument on motions *in limine* or *Daubert* motions shall be set for November 21, 2013. The last day to file motions *in limine* or *Daubert* motions shall be November 1, 2013; the last

day to oppose motions *in limine* or *Daubert* motions shall be November 13; and the last day to file reply briefs in support of motions *in limine* or *Daubert* motions shall be November 19.


DONE AND ORDERED in chambers at Miami, Florida this _____ day of _____ 2013.


_____
Kathleen M. Williams
United States District Judge


cc: All Counsel of Record