UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CIV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.
_____

## ORDER

**THIS MATTER** is before the Court on the Parties' Joint Motion to Modify Order Setting Pre-Trial Schedule (DE 566). To the extent that the Parties propose to advance the pretrial conference to November 21, 2013 but delay completion of the briefing of motions *in limine* and *Daubert* motions to November 19, 2013, the Court denies the Motion. Instead, the Parties shall adhere to the following minor revisions to the pre-trial scheduling order (DE 529):

    Parties shall file motions *in limine* and *Daubert* motions - Oct. 28, 2013

    Parties shall oppose motions *in limine* and *Daubert* motions - Nov. 6, 2013

    Parties shall file replies to motions *in limine* or *Daubert* motions - Nov. 13, 2013

At the request of the Parties, the Court also resets the pretrial conference and oral argument on motions *in limine* and *Daubert* motions to **Thursday, November 21, 2013 at 3:00 p.m.** before the Honorable Kathleen M. Williams at the United States District Court, 400 North Miami Avenue, Room 11-3, Miami, Florida.

The Court notes that the pretrial schedule was agreed upon by the Parties on September 13, 2013, in their Joint Motion for Pre-Trial Schedule (DE 528), and **no further extensions** to the pretrial schedule (DE 529) shall be granted.

**DONE AND ORDERED** in chambers in Miami, Florida, this 2nd day of October, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE