# Exhibit C

| | Plaintiffs' Objections to Defendants' Initial Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit No.** | **Date** | **Document Description** | **Beginning Bates** | **Ending Bates** | **Confidentiality Designation** | **Expect to Offer** | **May Offer** | **Plaintiffs' Objections** |
| D-1 | 2/23/2009 | Terms of Service on the Hotfile website as of February 23, 2009, obtained from the Internet Archive Wayback Machine | HF02835694 | HF02835696 | Confidential | | Yes | Reserved |
| D-2 | 3/2/2009 | "Report abuse" form on the Hotfile website as of March 2, 2009, obtained from the Internet Archive Wayback Machine | HF02835697 | HF02835697 | Confidential | | Yes | Reserved |
| D-3 | 3/27/2009 | Email from Phillip Hughes to Michael Blaut re: results for English TV Titles | WARNER072957 | WARNER072958 | Highly Confidential | | Yes | H |
| D-4 | 3/30/2009 | Email from Phillip Hughes to Michael Blaut re: results of English TV titles | WARNER072353 | WARNER072355 | Highly Confidential | | Yes | H |
| D-5 | 4/15/2009 | Internal Warner Bros. memo entitled "Kapow Update" | WARNER072348 | WARNER072350 | | Yes | | H |
| D-6 | 4/25/2009 | Takedown notice from Fox | FOX020834 | FOX020835 | | | Yes | Reserved |
| D-7 | 4/27/2009 | DMCA policy statement on the Hotfile website as of April 27, 2009, obtained from the Internet Archive Wayback Machine | HF02835698 | HF02835698 | Confidential | | Yes | Reserved |
| D-8 | 4/28/2009 | Email from Phillip Hughes to Bret Boivin re: kapow server stress test 20 robots | WARNER072381 | | Highly Confidential | Yes | | H |
| D-9 | 4/29/2009 | Email from Michael Bentkover to abuse@hotfile.com | WARNER000014 | WARNER000035 | | | Yes | Reserved |
| D-10 | 4/29/2009 | Takedown notice from Warner | WARNER000831 | WARNER000832 | | | Yes | Reserved |
| D-11 | 5/29/2009 | Takedown notice from Sony | SONY008449 | SONY008455 | | | Yes | Reserved |
| D-12 | 6/5/2009 | Email from Michael Bentkover to Hotfile Corp., Asad Kazi, Ethan Applen, David Kaplan re: Automated takedown tool | HF02835607 | HF02835642 | Confidential | | Yes | Reserved |
| D-13 | 6/16/2009 | Email from Michael Blaut to Support@Hotfile.com re: Hotfile.com take down tool | WARNER027433 | | Highly Confidential | | Yes | Reserved |
| D-14 | 6/17/2009 | Takedown notice from Disney | DISNEY002835 | DISNEY002836 | | | Yes | Reserved |
| D-15 | 8/26/2009 | Email from Micael Bentkover to Ethan Applen, David Kaplan, Christian Sommer, Michael Blaut re: Automated takedown tool | WARNER027434 | WARNER027440 | | | Yes | CE |
| D-16 | 8/29/2009 | Email chain between Michael Bentkover of Warner Bros. and Hotfile Support | WARNER025890 | WARNER025890 | | Yes | | CE |
| D-17 | 9/1/2009 | Email from Michael Blaut to Michael Bentkover re: Warner Bros. Hotfile Takedown tool | WARNER072836 | | Highly Confidential | | Yes | CE |
| D-18 | 9/1/2009 | Email from Michael Bentkover to Bret Boivin re: Warner Bros. Hotfile Takedown tool | WARNER072833 | | Confidential | | Yes | CE |
| D-19 | 9/1/2009 | Emails between the Hotfile Abuse Department and Michael Bentkover of Warner Bros. | HF02835643 | HF02835645 | Confidential | | Yes | CE |
| D-20 | 9/3/2009 | Email from Michael Bentkover to Hotfile Support re: Automated Takedown tool | WARNER025886 | WARNER025887 | | | Yes | CE |

| Exhibit No. | Date | Document Description | Beginning Bates | Ending Bates | Confidentiality Designation | Expect to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|---|---|
| D-21 | 9/3/2009 | Email chain between Michael Bentkover and Hotfile Support | HF02835643 | HF02835645 | Confidential | | Yes | CE |
| D-22 | 9/4/2009 | Email from Bret Boivin to Michael Bentkover, David Kaplan, Ethan Applen, Christian Sommer, Michael Blaut, Asad Kazi, Lucia Rangel re: HOTFILE cyberlock removal tool | WARNER072834 | | Confidential | | Yes | CE |
| D-23 | 9/21/2009 | Email from Hotfile Support to Michael Bentkover | WARNER025900 | WARNER025902 | | Yes | | Reserved but passwords require redaction |
| D-24 | 10/2/2009 | Email chain between Natasha Starodub and Hotfile Abuse | HF02835776 | HF02835782 | Confidential | | Yes | Reserved |
| D-25 | 10/3/2009 | Takedown notice from Universal | UNIVERSAL003045 | UNIVERSAL003045 | | | Yes | Reserved |
| D-26 | 10/16/2009 | Email from Bret Boivin to Michael Bentkover re: New Cyberlocker takedown tool | WARNER072123 | WARNER072124 | Highly Confidential | | Yes | Reserved but internal IP address and password require redaction |
| D-27 | 10/16/2009 | Email from Michael Bentkover to Hotfile Support re: Warner Bros. Increased takedown capacity | WARNER025903 | | | | Yes | CE |
| D-28 | 10/19/2009 | Email from Michael Bentkover to Bret Boivin re: Hotfile increased our limit to 10,000 per day | WARNER072391 | | Highly Confidential | | Yes | CE |
| D-29 | 10/19/2009 | Email from Hotfile Support to Michael Bentkover re: Warner Brothers Enetertainment Increased takedown capacity | WARNER025904 | WARNER025905 | | | Yes | CE |
| D-30 | 10/22/2009 | Email Notification from Peer Media Tech Notification to Asad Kazi, Christian Sommer, Michael Bentkover re: Download Availability Notice | WARNER072104 | | | | Yes | Reserved but internal IP address and password require redaction, and document is "Highly Confidential" |
| D-31 | 11/12/2009 | Emails between Bret Boivin and Kirsty Spring | WARNER072585 | | | Yes | | H |
| D-32 | 11/30/2009 | Email from Ethan Applen to Jaclyn Knag re: Sherlock Holmes/Kapow | WARNER072902 | WARNER072903 | Highly Confidential | | Yes | H, internal IP address and password require redaction |
| D-33 | 11/30/2009 | Email from Bret Boivin to Christian Somer, Ethan Applen re: SHERLOCK HOLMES/Kapow | WARNER072964 | WARNER072965 | Highly Confidential | | Yes | H, internal IP address and password require redaction |
| D-34 | 12/2/2009 | Email from Kirsty Spring to Alfonso Zito re: Sherlock Holmes | WARNER072584 | | Confidential | | Yes | H |
| D-35 | 12/7/2009 | Email from Bret Boivin to Christain Sommer re: kapow | WARNER072503 | | Confidential | | Yes | H |
| D-36 | 12/10/2009 | Harry Potter 6 - Link detection Comparisonof OpSec, DtecNet and leakID results | WARNER027377 | WARNER027382 | Highly Confidential | | Yes | H, R |

| Exhibit No. | Date | Document Description | Beginning Bates | Ending Bates | Confidentiality Designation | Expect to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|---|---|
| D-37 | 1/13/2010 | Email from Bret Boivin to Michael Bentkover, Ethan Applen, Jaclyn Knag re: Highest priority Kapow coverage | WARNER072561 | WARNER072562 | Highly Confidential | | Yes | H |
| D-38 | 2/1/2010 | Email string between the Hotfile Abuse Department and Jimmy Lee of DtecNet | HF02868294 | HF02868295 | Confidential | | Yes | Reserved |
| D-39 | 2/17/2010 | Email from Bret Boivin to Michael Bentkover, Kirsty Spring cc David Kaplan, Ethan Applen, Jaclyn Knag, Asad Kazi re: New Kapow Title | WARNER072823 | | Highly Confidential | | Yes | Reserved |
| D-40 | 2/24/2010 | Email from Nasko to Rumen, Anton Titov re: Business idea for Hotfile and Warner Bros. | HF02854610 | HF02854611 | Confidential | | Yes | CE, failure to include translation (other objections reserved pending translation) |
| D-41 | 2/24/2010 | Email from Anton Titov to Nasko re: Business idea for Hotfile and Warner Bros. | HF02854612 | HF02854613 | Confidential | | Yes | CE, failure to include translation (other objections reserved pending translation) |
| D-42 | 2/24/2010 | Email from Nasko to Anton Titov re: Business idea for Hotfile and Warner Bros. | HF02854615 | HF02854616 | Confidential | | Yes | CE, failure to include translation (other objections reserved pending translation) |
| D-43 | 2/24/2010 | Email from Rumen Stoyanov to Nasko re: Business idea for Hotfile and Warner Bros. | HF02854617 | HF02854618 | Confidential | | Yes | CE, failure to include translation (other objections reserved pending translation) |
| D-44 | 2/24/2010 | Email from Nasko to Rumen Stoyanov re: Business idea for Hotfile and Warner Bros. | HF02854619 | HF02854620 | Confidential | | Yes | CE, failure to include translation (other objections reserved pending translation) |
| D-45 | 2/24/2010 | Email from Hotfile Corp. to Nasko Beluchi Nasko re: Business idea for Hotfile and Warner Bros. | HF02855233 | HF02855233 | Confidential | | Yes | CE, failure to include translation (other objections reserved pending translation) |
| D-46 | 2/24/2010 | Email from Nasko to Rumen Stoyanov, Anton Titov re: Business idea for Hotfile and Warner Bros. | HF02855234 | HF02855235 | Confidential | | Yes | CE, failure to include translation (other objections reserved pending translation) |
| D-47 | 2/24/2010 | Email from Anton Titov to Nasko re: Business idea for Hotfile and Warner Bros. | HF02855236 | HF02855237 | Confidential | | Yes | CE, failure to include translation (other objections reserved pending translation) |

| Exhibit No. | Date | Document Description | Beginning Bates | Ending Bates | Confidentiality Designation | Expect to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|---|---|
| D-48 | 2/24/2010 | Email from Nasko to Anton Titov re: Business idea for Hotfile and Warner Bros. | HF02855238 | HF02855238 | Confidential | | Yes | CE, failure to include translation (other objections reserved pending translation) |
| D-49 | 2/24/2010 | Email from Rumen Stoyanov to Nasko re: Business idea for Hotfile and Warner Bros. | HF02855240 | HF02855241 | Confidential | | Yes | CE, failure to include translation (other objections reserved pending translation) |
| D-50 | 2/24/2010 | Email from Rumen Stoyanov to Anton Titov re: Business idea for Hotfile and Warner Bros. | HF02859870 | HF02859871 | Confidential | | Yes | CE, failure to include translation (other objections reserved pending translation) |
| D-51 | 2/24/2010 | Email from Nasko to Anton Titiov re: Business idea for Hotfile and Warner Bros. | HF02859986 | HF02859987 | Confidential | | Yes | CE, failure to include translation (other objections reserved pending translation) |
| D-52 | 2/24/2010 | Email from Anton Titov to Nasko re: Business idea for Hotfile and Warner Bros. | HF02859988 | HF02859989 | Confidential | | Yes | CE, failure to include translation (other objections reserved pending translation) |
| D-53 | 2/24/2010 | Email from Nasko to Anton Titiov re: Business idea for Hotfile and Warner Bros. | HF02859991 | HF02859992 | Confidential | | Yes | CE, failure to include translation (other objections reserved pending translation) |
| D-54 | 2/24/2010 | Email from Rumen Stoyanov to Anton Titov re: Business idea for Hotfile and Warner Bros. | HF02867927 | HF02867929 | Confidential | | Yes | CE, failure to include translation (other objections reserved pending translation) |
| D-55 | 2/25/2010 | Email from Hotfile Corp to Ethan Applen re: Business idea for Hotfile and Warner Bros. | WARNER025819 | | | | Yes | CE |
| D-56 | 2/25/2010 | Email from Nasko to Hotfile Corp. re: Business idea for Hotfile and Warner Bros. | HF02834788 | HF02834789 | Confidential | | Yes | CE |
| D-57 | 3/3/2010 | Email from Hotfile Corp. to Nasko Beluchi re: Business idea for Hotfile and Warner Bros. | HF02834793 | HF02834795 | Confidential | | Yes | CE |
| D-58 | 3/4/2010 | Email from Nasko to Rumen, Anton Titov re: Business idea for Hotfile and Warner Bros. | HF02834797 | HF02834799 | Confidential | | Yes | CE |
| D-59 | 3/4/2010 | Email from Nasko to Anton Titov re: Business idea for Hotfile and Warner Bros. | HF02854636 | HF02854638 | Confidential | | Yes | CE |
| D-60 | 3/4/2010 | Email from Nasko to Anton Titov re: Business idea for Hotfile and Warner Bros. | HF02860000 | HF02860001 | Confidential | | Yes | CE |
| D-61 | 3/11/2010 | Email from Hotfile Corp. to Nasko Beluchi re: Business idea for Hotfile and Warner Bros. | HF02834803 | HF02834804 | Confidential | | Yes | CE |

| Exhibit No. | Date | Document Description | Beginning Bates | Ending Bates | Confidentiality Designation | Expect to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|---|---|
| D-62 | 3/22/2010 | Email from Hotfile Corp. to Ethan Applen re: Business idea for Hotfile and Warner Bros. | WARNER025823 | WARNER025824 | | | Yes | CE |
| D-63 | 3/23/2010 | Email from Hotfile Corp. to Nasko Beluchi re: Business idea for Hotfile and Warner Bros. | HF02834813 | HF02834815 | Confidential | | Yes | CE |
| D-64 | 3/26/2010 | Email from Hotfile Corp to Ethan Applen re: Business idea for Hotfile and Warner Bros. | WARNER025820 | WARNER025822 | | | Yes | CE |
| D-65 | 3/26/2010 | Email from Nasko to Hotfile Corp. re: Business idea for Hotfile and Warner Bros. | HF02834826 | HF02834828 | Confidential | | Yes | CE |
| D-66 | 3/26/2010 | Email string reflecting offer of a business partnerhip re: distribution platform with Warner | WARNER025825 | WARNER025827 | | | Yes | CE |
| D-67 | 3/27/2010 | Email on behalf of Hotfile Corp. to Nasko Beluchi re: Business idea for Hotfile and Warner Bros. | HF02834834 | HF02834837 | Confidential | | Yes | CE |
| D-68 | 4/2/2010 | Email string between the Hotfile Abuse Department and Natasha Lakeman of Bay TSP | HF02868300 | HF02868301 | Confidential | | Yes | Reserved |
| D-69 | 4/13/2010 | Email from Hotfile Support to Michael Bentkover re: WBE Takedown toll-Hotfile | WARNER025828 | WARNER025829 | | | Yes | Reserved but passwords require redaction |
| D-70 | 4/13/2010 | Email string between Natasha Lakeman of BayTSP and the Hotfile Abuse Department | HF02868376 | HF02868378 | | | Yes | Reserved but passwords require redaction |
| D-71 | 4/14/2010 | Email string between Michael Bentkover of Warner Bros. and the Hotfile Abuse Department | HF02835679 | HF02835680 | Confidential | | Yes | Reserved but passwords require redaction |
| D-72 | 4/15/2010 | Email on behalf of Hotfile Corp. to Nasko Beluchi re: Business idea for Hotfile and Warner Bros. | HF02834955 | HF02834958 | Confidential | | Yes | CE |
| D-73 | 4/15/2010 | Email from Hotfile Corp. to Nasko Beluchi re: Business idea for Hotfile and Warner Bros. | HF02854732 | HF02854735 | Confidential | | Yes | CE |
| D-74 | 4/15/2010 | Email string from R. Stoyanonov to N. Beluchi re: Business Idea for Hotfile and Warner Bros. | | | | | Yes | CE |
| D-75 | 4/21/2010 | Email from Sven Klimek to Michael Bentkover re: Vampire Diaries Uploadaccounts | WARNER027814 | | Highly Confidential | | Yes | H |
| D-76 | 4/23/2010 | Email from $T09_Sven Klimek to Christian Sommer, Michael Blaut re: Links TVD s01e19 | WARNER072111 | WARNER072112 | Highly Confidential | | Yes | H |
| D-77 | 4/26/2010 | Email from $T09_Sven Klimek to Christian Sommer, Michael Blaut re: Links TVD s01e18 | WARNER072105 | WARNER072106 | Highly Confidential | | Yes | H |
| D-78 | 4/28/2010 | Comaprison LeakID/OpSec for Invictus and Sherlock Holmes | WARNER027370 | WARNER027373 | Highly Confidential | | Yes | R, H |
| D-79 | 4/30/2010 | Email from $T09_Sven Klimek to Christian Sommer, Michael Blaut re: Links TVD s01e20 | WARNER072107 | WARNER072108 | Highly Confidential | | Yes | H |
| D-80 | 5/1/2010 | Hotfile Intellectual Property Policy on its website | HF02868372 | HF02868375 | | | Yes | Reserved |
| D-81 | 5/5/2010 | Email from Bret Boivin to Kirsty Spring, Sven Klimek re: Kapow Excluding of TVD Links | WARNER027797 | WARNER027798 | Highly Confidential | | Yes | H |
| D-82 | 5/5/2010 | Email from Bret Boivin to Kirsty Spring, Michael Blaut re: Kapow Excluding TVD Links | WARNER072575 | WARNER072576 | Highly Confidential | | Yes | H |

| Exhibit No. | Date | Document Description | Beginning Bates | Ending Bates | Confidentiality Designation | Expect to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|---|---|
| D-83 | 5/7/2010 | Email from T09 Sven Klimek to Christian Sommer, Michael Blaut re: Links TVD s01e21 | WARNER072109 | WARNER072110 | Highly Confidential | | Yes | H |
| D-84 | 5/7/2010 | Email from Kirsty Spring to Sven Klimek, Bret Boivin re: Kapow Excluding of TVD Links | WARNER027787 | WARNER027789 | Highly Confidential | Yes | | H |
| D-85 | 5/8/2010 | Email from Thomas Rechenmacher to Hotfile | HF00069560 | | Confidential | | Yes | H |
| D-86 | 5/14/2010 | Email from Bret Boivin to Sven Klimek, Kirsty Spring re: TVD Links Episode 22 | WARNER027781 | WARNER027782 | Highly Confidential | | Yes | H |
| D-87 | 5/18/2010 | Court Order Denying Plaintiff's Motion for Preliminary Injunction in Perfect 10, Inc. v. Rapidshare, A.G., et al., Case No. 09-CV-2596 H (WMC) (S.D. Cal. May 18, 2010) | | | | | Yes | R UP H |
| D-88 | 5/19/2010 | Email from Sven Klimek to Michael Blaut, Christian Sommer re: TVD Links S01E22 | WARNER027780 | | Highly Confidential | | Yes | H, requires translation |
| D-89 | 5/21/2010 | Excerpts from Viacom's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, in Viacom International, Inc., et al v. YouTube Inc., et al, Case No. 1:07-cv-02103 (LLS) (N.Y.S.D. May 21, 2010) | | | | | Yes | R UP H |
| D-90 | 5/25/2010 | Email from Christian Sommer to Michael Blaut, Sven Klimek re: TVD Links S01E22 | WARNER027779 | | Highly Confidential | | Yes | H, requires translation |
| D-91 | 6/16/2010 | Email offering an SRA to NBC Universal | UNIVERSAL000110 | UNIVERSAL000110 | | | Yes | Reserved |
| D-92 | 7/14/2010 | Email from Kirsty Spring to Bret Boivin, Christian Sommer re: inception | WARNER072567 | WARNER072568 | Highly Confidential | | Yes | H |
| D-93 | 7/20/2010 | Email Notification from Peer Media Tech Notification to Asad Kazi, Christian Sommer, Michael Bentkover re: Download Availability Notice | WARNER072103 | | | | Yes | Reserved but IP addresses and passwords require redaction |
| D-94 | 7/21/2010 | Email from Chris @ FileServe to Michael Bentkover re: THIRD REQUEST: Unathorized Use of Warner Bros' Property takedown tool request | WARNER027296 | WARNER027300 | | | Yes | Reserved |
| D-95 | 7/21/2010 | Email from Chris @ FileServe to Michael Bentkover cc Jonathan Turco, David Kaplan re: THIRD REQUEST: Unathorized Use of Warner Bros' Property takedown tool request | WARNER027299 | WARNER027300 | | | Yes | Reserved |
| D-96 | 7/21/2010 | Email between chris@fileservecom and Michael Bentkover | WARNER027296 | WARNER027300 | | | Yes | Reserved |
| D-97 | 7/26/2010 | Lexis Article re: DMCA | | | | | Yes | R |
| D-98 | 8/6/2010 | Email Notification from Peer Media Tech Notification to Asad Kazi, Christian Sommer, Michael Bentkover re: Download Availability Notice | WARNER072101 | | | | Yes | Reserved but IP addresses and passwords require redaction |
| D-99 | 9/4/2010 | Email from Dan Heydenfeldt to Anton Titov | HF02865286 | HF02865289 | Confidential | | Yes | R, H |

| Exhibit No. | Date | Document Description | Beginning Bates | Ending Bates | Confidentiality Designation | Expect to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|---|---|
| D-100 | 9/8/2010 | Email Notification from Peer Media Tech Notification to Asad Kazi, Christian Sommer, Michael Bentkover re: Download Availability Notice | WARNER072100 | | | | Yes | Reserved but IP addresses and passwords require redaction |
| D-101 | 9/8/2010 | Email from Didier Wang to Bret Boivin, Harriet Allen re: kapow very slow | WARNER072351 | WARNER072352 | Highly Confidential | | Yes | H, IP addresses and passwords require redaction |
| D-102 | 9/14/2010 | Email from Didier Wang to Hotfile.com Abuse re: Abuse report | WARNER027386 | WARNER027397 | | | Yes | Reserved |
| D-103 | 9/15/2010 | Email from Michael Bentkover to andrew@hotfile.com re: Hotfile Special Rightholders Account | WARNER025830 | | | | Yes | CE |
| D-104 | 9/15/2010 | Email from Hotfile Corp. to Hotfile Support re: Stanislav | HF00003653 | HF00003655 | Confidential | | Yes | CE |
| D-105 | 9/15/2010 | Emails between the Hotfile Abuse Department and Michael Bentkover of Warner Bros. | WARNER025830 | WARNER025830 | Confidential | | Yes | CE |
| D-106 | 9/15/2010 | Email from Michael Bentkover to andrew@hotfile.com re: Stanislav Fwd: Hotfile Special Rightholders Account | HF02835666 | HF02835667 | Confidential | | Yes | CE |
| D-107 | 9/20/2010 | Email chain between Dave Worth and Hotfile Abuse | PM-WB000115-18 | PM-WB000118 | Confidential | | Yes | Reserved but IP addresses and passwords require redaction |
| D-108 | 9/22/2010 | Email from Fronda Fernandez to Jaclyn Knag re: Formula 1 & Kapow Links | WARNER072897 | | Highly Confidential | | Yes | UP, H |
| D-109 | 10/16/2010 | Email offering an SRA to Columbia/Sony | SONY008610 | SONY008610 | | | Yes | Reserved |
| D-110 | 10/20/2010 | Emails between Christian Sommer, Bret Boivin and Ethan Applen | WARNER072300 | WARNER072301 | Highly Confidential | Yes | | R, UP, H |
| D-111 | 10/20/2010 | Email from Ethan Applen to Bret Boivin re: Brazillian tool | WARNER072298 | WARNER072299 | Highly Confidential | | Yes | R, UP, H |
| D-112 | 11/9/2010 | Email from Michael Bentkover to Bret Boivin re: DMCA Violation | WARNER072399 | WARNER072406 | Highly Confidential | | Yes | R, H |
| D-113 | 11/16/2010 | Amici Curiae brief of Public Knowledge, Electronic Frontier Foundation, Consumer Electronics Association, and Home Recording Rights Coalition in Support of Defendants, in *Capitol Records, Inc., et al v. MP3Tunes, et al.* , Case No. 07 Civ. 9931 (WHP) (S.D.N.Y. November 16, 2010) | | | | | Yes | R, H |
| D-114 | 12/7/2010 | Email from Fronda Fernandez to Ethan Applen, Lucia Rangel re: Brazillain tool | WARNER072599 | WARNER072502 | Highly Confidential | | Yes | R, UP, H, CE |
| D-115 | 1/28/2011 | Email from Michael Bentkover to Bret Boivin, Harriet Allen, Ethan Applen re: Filestube | WARNER072361 | WARNER072362 | Highly Confidential | | Yes | H |
| D-116 | 1/31/2011 | Email from Michael Blaut to Christian Sommer re: You have mistakenly reported a file of mine as "pirated" | WARNER072379 | WARNER072380 | Highly Confidential | | Yes | H |
| D-117 | 2/2/2011 | Email from Bret Boivin to Fronda Fernandez re: Brazil- EA titles for test | WARNER072587 | WARNER072590 | Highly Confidential | | Yes | H |

| Exhibit No. | Date | Document Description | Beginning Bates | Ending Bates | Confidentiality Designation | Expect to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|---|---|
| D-118 | 2/4/2011 | Email from Harriet Allen to Bret Boivin, Christain Sommer, Michael Blaut re: MP3 Song Claim | WARNER072366 | WARNER072367 | Highly Confidential | | Yes | H |
| D-119 | 2/4/2011 | Email from Harriet Allen to Bret Boivin, Christian Sommer, Michael Blaut re: mp3 song claim | WARNER072370 | WARNER072372 | Highly Confidential | | Yes | H, CE |
| D-120 | 2/4/2011 | Email from Christian Sommer to Bret Boivin, Michael Blaut, Harriet Allen re: mp3 song claim | WARNER072368 | WARNER072369 | Highly Confidential | Yes | | H |
| D-121 | 2/8/2011 | Email from herve.lemaire@leakid.com to abuse@hotfile.com re: Demand for Immediate take- | HF00150633 | HF00150635 | Confidential | Yes | | Reserved |
| D-122 | 2/9/2011 | Email from Herve Lemaire to abuse@hotfile.com | HF00151039 | HF00151072 | | Yes | | Reserved |
| D-123 | 2/18/2011 | Email from Harriet Allen to Bret Boivin re: DMCA Violation | WARNER072383 | WARNER072389 | Confidential | | Yes | Reserved |
| D-124 | 2/24/2011 | Calendar Invite Accepted for Custodian Suzy Chang Interview from Michael Bentkover | WARNER072649 | | | | Yes | R, UP |
| D-125 | 2/24/2011 | Email from Harriet Allen to Bret Boivin re: mp3 song claim | WARNER072376 | WARNER072378 | Highly Confidential | | Yes | H |
| D-126 | 3/7/2011 | Hearing transcript related to Plaintiff's Motion Prohibiting Spoliation And to Preserve Evidence | | | | | Yes | R |
| D-127 | 3/23/2011 | Calander Invite Accepted for David Kaplan from Michael Bentkover re: Hotfile discussion | WARNER072648 | | | | Yes | R, UP |
| D-128 | 4/7/2011 | Email from Harriet Allen to Jaclyn Knag, Bret Boivin re: Arthur Title Entry into Kapow | WARNER072261 | WARNER072261 | Highly Confidential | | Yes | H |
| D-129 | 4/8/2011 | Email from Michael Bentkover to Bret Boivin re: Stop EA Scanning | WARNER072360 | | Highly Confidential | | Yes | Reserved |
| D-130 | 4/16/2011 | Email from Justin Haines to Hotfile Abuse | HF00089228 | HF00089229 | Confidential | | Yes | Reserved |
| D-131 | 4/20/2011 | Email from Jaclyn Knag to Ethan Applen, Trevor Albery, Christian Sommer, David Kaplan, Ben Karakunel re: PVOD | WARNER072921 | WARNER072925 | Highly Confidential | | Yes | H |
| D-132 | 4/21/2011 | Email from Harriet Allen to Jaclyn Knog, Lucia Rangel re: Games titles to activate with Kapow | WARNER072616 | WARNER072617 | Highly Confidential | | Yes | H |
| D-133 | 4/26/2011 | Email from Harriet Allen to Michael Bentkover re: Arthur | WARNER072827 | | Highly Confidential | | Yes | H |
| D-134 | 5/2/2011 | Initial Discolosures of Defendants Hotfile and Anton Titov | | | | | Yes | R, H |
| D-135 | 5/2/2011 | Plaintiffs' Initial Disclosures | | | | | Yes | R |
| D-136 | 5/5/2011 | Emails between Rod Thompson and Duane Pozza | | | | | Yes | R, UP, H |
| D-137 | 5/26/2011 | Email from Bret Boivin from Sunniva Hansson re: Unknown and Little Red Riding Hood | WARNER072556 | | Highly Confidential | | Yes | H |

| Exhibit No. | Date | Document Description | Beginning Bates | Ending Bates | Confidentiality Designation | Expect to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|---|---|
| D-138 | 6/3/2011 | Email string involving the Hotfile Abuse Department, Crystal Sawyer and others | HF02835689 | HF02835691 | Confidential | | Yes | R, H |
| D-139 | 6/4/2011 | Email from Bret Boivin to Michael Bentkover, Christian Sommer re: File Checking | WARNER072651 | | Confidential | | Yes | R, UP, FRE 407, Audit |
| D-140 | 6/5/2011 | Email between Steven Fabrizio and Andrew Leibnitz | | | | | Yes | R, UP |
| D-141 | 6/13/2011 | Email string involving the Hotfile Abuse Department, Jimmy Lee of DtecNet and Danny Sorresteijn | HF02835682 | HF02835688 | Confidential | | Yes | R, H |
| D-142 | 6/25/2011 | Email from HotFile Support to herve.lemaire@leakid.com re: Counter Notice for Wrong Deleted file | HF02835771 | HF02835772 | Confidential | | Yes | R, H, UP |
| D-143 | 6/30/2011 | Email from Michael Bentkover to Harriet Alen, Bret Boivin, Christian Sommer re: The Middle/Malcolm Issue | WARNER072559 | | Highly Confidential | | Yes | FRE 407 |
| D-144 | 6/30/2011 | Email from Bret Boivin to Michael Bentkover, Harriet Allen, Christian Sommer re: The Middle/Malcolm Issue | WARNER072828 | | Highly Confidential | | Yes | CE, FRE 407 |
| D-145 | 7/1/2011 | Email from Fronda Fernandez to Lucia Rangel re: F.E.A.R. 3 File removal | WARNER072620 | WARNER072621 | Confidential | | Yes | FRE 407 |
| D-146 | 7/20/2011 | Affidavit of Christopher Butler, the Office Manager at the Internet Archive | | | | | Yes | Reserved |
| D-147 | 7/29/2011 | Email from Bret Boivin to Christian Sommer re: Exclude words | WARNER072479 | WARNER072481 | Highly Confidential | | Yes | FRE 407 |
| D-148 | 8/1/2011 | Contract between Hotfile and Vobile for MediaWise | HF02868265 | HF02868273 | Confidential | | Yes | Reserved |
| D-149 | 8/4/2011 | Email from Bret Boivin to Michael Bentkover, Christian Sommer re: file checking | | | | | Yes | R, UP, FRE 407, Audit |
| D-150 | 8/4/2011 | Email from Bret Boivin to Ethan Applen re: Audit | WARNER072656 | WARNER072658 | Highly | | Yes | R, UP, FRE 407, Audit, H |
| D-151 | 8/4/2011 | Email from Bret Boivin to Ethan Applen re: Audit | WARNER072654 | WARNER072655 | Highly | | Yes | R, UP, FRE 407, Audit, H |
| D-152 | 8/4/2011 | Email from Bret Boivin to Kirsty Spring re File Checking | WARNER072441 | | Highly Confidential | | Yes | R, UP, FRE 407, Audit, H |
| D-153 | 8/4/2011 | Email from Ethan Applen to Bret Boivin re: Audit | WARNER072203 | WARNER072204 | Highly | | Yes | R, UP, FRE 407, Audit, H |

| Exhibit No. | Date | Document Description | Beginning Bates | Ending Bates | Confidentiality Designation | Expect to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|---|---|
| D-154 | 8/10/2011 | Email from Michael Bentkover to Ethan Applen re: Audit CSV | WARNER072927 | WARNER072928 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE, H |
| D-155 | 8/10/2011 | Email from Ethan Applen to Michael Bentkover re: Audit CSV | WARNER072665 | WARNER072666 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE, H |
| D-156 | 8/11/2011 | Email from Michael Bentkover to Ethan Applen re: Audit CSV for 2011-08-10 | WARNER072930 | | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE, H |
| D-157 | 8/11/2011 | Email from Didier Wang to Bret Boivin re: 4shareds abuse question | WARNER072197 | WARNER072198 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, H |
| D-158 | 8/11/2011 | Michael Bentkover Spreadsheet - \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072670.csv | WARNER072669 | WARNER072670 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-159 | 8/11/2011 | Print-out of the user interface for the SRA system | HF02835678 | HF02835678 | | | Yes | UP |
| D-160 | 8/12/2011 | Email rom Bret Boivin to Daniel Pilch re: Audit CSV for 2011-08-11 | WARNER072460 | | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-161 | 8/12/2011 | Email from Bret Boivin to Didier Wang re: 4shareds abuse question | WARNER072436 | WARNER072438 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, H |
| D-162 | 8/12/2011 | Michael Bentkover Spreadsheet - \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072676.csv | WARNER072675 | WARNER072676 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-163 | 8/15/2011 | Emails between Bret Boivin and Christian Sommer | WARNER072970 | WARNER072971 | | Yes | | R, UP, FRE 407, Audit, CE, H |
| D-164 | 8/15/2011 | Email from Christian Sommer to Bret Boivin re: Audit CSV | WARNER072190 | WARNER072192 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE, H |

| Exhibit No. | Date | Document Description | Beginning Bates | Ending Bates | Confidentiality Designation | Expect to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|---|---|
| D-165 | 8/15/2011 | Email from Bret Boivin to Ethan Applen, Christian Sommer re: Audit CSV | WARNER072477 | WARNER072478 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE, H |
| D-166 | 8/15/2011 | Email from Bret Boivin to Asad Kazi, Michael Bentkover re: Audit | WARNER072694 | | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE, H |
| D-167 | 8/15/2011 | Michael Bentkover Spreadsheet - \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072684.csv | WARNER072683 | WARNER072684 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-168 | 8/17/2011 | Spreadsheet produced by Warner listing all the "exclude" terms used by Warner's robots | WARNER072623 | | | | Yes | R |
| D-169 | 8/17/2011 | Email from Michael Bentkover to David Kaplan, Brett Boivin, Kirsty Spring re: kapow Logic | WARNER072179 | | Highly Confidential | | Yes | R, UP, FRE 407, Audit |
| D-170 | 8/17/2011 | Asad Kazi Spreadsheet \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072130.csv | WARNER072130 | WARNER072130 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-171 | 8/17/2011 | Bret Boivin Spreadsheet \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072467.csv | WARNER072467 | WARNER072467 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-172 | 8/17/2011 | Bret Boivin Spreadsheet - \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072469.csv | WARNER072469 | WARNER072469 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-173 | 8/17/2011 | Michael Bentkover Spreadsheet- \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072700.csv | WARNER072699 | WARNER072700 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-174 | 8/18/2011 | Email from Ethan Applen to Bret Boivin re: Audit CSV | WARNER072713 | WARNER072714 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE, H |
| D-175 | 8/18/2011 | Michael Bentkover Spreadsheet - \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072703.csv | WARNER072702 | WARNER072703 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |

| Exhibit No. | Date | Document Description | Beginning Bates | Ending Bates | Confidentiality Designation | Expect to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|---|---|
| D-176 | 8/18/2011 | Michael Bentkover Spreadsheet - \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072706.csv | WARNER072705 | WARNER072706 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-177 | 8/19/2011 | Email from Bret Boivin to Christian Sommer re: Audit CSV | WARNER072471 | WARNER072472 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE, H |
| D-178 | 8/19/2011 | Michael Bentkover Spreadsheet - \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072716.csv | WARNER072715 | WARNER072716 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-179 | 8/19/2011 | Michael Bentkover Spreadsheet 2011-08-18 audit csv- \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072718.csv | WARNER072717 | WARNER072718 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-180 | 8/20/2011 | Michael Bentkover Spreadsheet 2011-08-19 audit \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072723.csv | WARNER072722 | WARNER072723 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-181 | 8/23/2011 | Email from Michael Benkover to Daniel Pilch, Bret Boivin re: Audit CVS | WARNER072530 | WARNER072531 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, H |
| D-182 | 8/23/2011 | Email from Bret Boivin to Daniel Pilch re: Audit CSV | WARNER072526 | WARNER072527 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, H |
| D-183 | 8/23/2011 | Michael Bentkover Spreadsheet 201-08-22 audit csv - \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072737.csv | WARNER072736 | WARNER072737 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-184 | 8/24/2011 | Plaintiff's Supplemental Disclosures | | | | | Yes | Reserved |
| D-185 | 8/24/2011 | Michael Bentkover Spreadsheet 2011-08-23 - \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072747.csv | WARNER072746 | WARNER072747 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-186 | 8/25/2011 | Michael Bentkover Spreadsheet 2011-08-24 audit csv - \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072753.csv | WARNER072752 | WARNER072753 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-187 | 8/26/2011 | Bret Boivin Spreadsheet- \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072545.csv | WARNER072545 | WARNER072545 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |

| Exhibit No. | Date | Document Description | Beginning Bates | Ending Bates | Confidentiality Designation | Expect to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|---|---|
| D-188 | 8/30/2011 | Michael Bentkover Spreadsheet 2011-08-29 - \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072768.csv | WARNER072767 | WARNER072768 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-189 | 9/1/2011 | Michael Bentkover Spreadsheet 2011-08-31 - \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072775.csv | WARNER072774 | WARNER072775 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-190 | 9/2/2011 | Email from Bret Boivin to Kirsty Spring re: Tipete-Limiting False/pos | WARNER072456 | | Highly Confidential | | Yes | R, UP, FRE 407, Audit, H |
| D-191 | 9/2/2011 | Leak ID Scaning Final Destination | WARNER072781 | WARNER072784 | Highly | | Yes | R, UP, FRE 407, Audit |
| D-192 | 9/2/2011 | Leak ID Scaning Final Destination | WARNER072785 | WARNER072788 | Highly Confidential | | Yes | R, UP, FRE 407, Audit |
| D-193 | 9/3/2011 | Email from Bret Boivin to Daniel Pilch re: Audit CSV | WARNER072504 | WARNER072505 | Highly Confidential | | Yes | R, UP, FRE 407, Audit |
| D-194 | 9/3/2011 | Michael Bentkover Spreadsheet 2011-09-02 - \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072791.csv | WARNER072790 | WARNER072791 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-195 | 9/6/2011 | Email from Bas Vissers to Bret Boivin re: Audit CSV | WARNER072163 | | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-196 | 9/7/2011 | Michael Bentkover Spreadsheet 2011-09-06 audit csv - \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072803.csv | WARNER072802 | WARNER072803 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-197 | 9/8/2011 | Michael Bentkover Spreadsheet 2011-09-07 audit csv- \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072809.csv | WARNER072808 | WARNER072809 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-198 | 9/14/2011 | Email from Kirsty Spring to Daniel Pilch re: Logic for limiting false/pos | WARNER072508 | WARNER072509 | Highly Confidential | | Yes | H, FRE 407 |
| D-199 | 9/14/2011 | Michael Bentkover Spreadsheet 2011-09-13 - \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072817.csv | WARNER072816 | WARNER072817 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |
| D-200 | 9/21/2011 | Ethan Applen Spreadsheet 2011-09-20 audit csv- \\pracsupnas\share\images\hotfile\WARNER008\NATIVES\NATIVE0001\WARNER072943.csv | WARNER072942 | WARNER072943 | Highly Confidential | | Yes | R, UP, FRE 407, Audit, CE |

| Exhibit No. | Date | Document Description | Beginning Bates | Ending Bates | Confidentiality Designation | Expect to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|---|---|
| D-201 | 9/23/2011 | Warner Brothers Piracy - Robot Proposal | WARNER072945 | WARNER072956 | Highly Confidential | | Yes | H |
| D-202 | 9/26/2011 | Press release from Vobile | | | | | Yes | H |
| D-203 | 9/28/2011 | Federal Register, Vol. 6, No. 78, Proposed Rules | | | | | Yes | R |
| D-204 | 9/29/2011 | Notice of Deposition of Warner Brothers Entertainment | | | | | Yes | R |
| D-205 | 10/12/2011 | Listing of Weblinks | | | | | Yes | Reserved |
| D-206 | 10/19/2011 | Scott Zebrak Retention Letter from Jenner & Block | | | | | Yes | R |
| D-207 | 10/19/2011 | Bret Boivin Spreadsheet - \\pracsupnas\share\images\hotfile\WARNER010\WARNER010\NATIVES\NATIVE0001\WARNER073291.csv | WARNER073291 | WARNER073291 | Highly Confidential | | Yes | Reserved |
| D-208 | 10/19/2011 | Bret Boivin Spreadsheet - \\pracsupnas\share\images\hotfile\WARNER010\WARNER010\NATIVES\NATIVE0001\WARNER073293.csv | WARNER072293 | WARNER072293 | Highly Confidential | | Yes | Reserved |
| D-209 | 11/18/2011 | Listing of the subset of files in the Waterman sample that Mr. Zebrak in his November 18, 2011 expert report categorized as "Noninfringing." | | | | | Yes | UP |
| D-210 | 11/18/2011 | Expert Report of Matthew Lynde | | | Highly Confidential; Attorneys' Eyes Only | | Yes | R, H, UP, FRE702, FRE703 |
| D-211 | 11/18/2011 | Expert Report of James Boyle | | | | | Yes | R, H, UP, FRE702, FRE703 |
| D-212 | 11/18/2011 | Expert Witness Disclosure of James Boyle | | | Highly Confidential; Attorneys' Eyes Only | | Yes | R, H, UP, FRE702, FRE703 |
| D-213 | 11/18/2011 | Expert Report of Andrew Cromarty | | | | | Yes | R, H, UP, FRE702, FRE703 |
| D-214 | 11/18/2011 | Expert Witness Disclosure of Andrew Cromarty | | | | | Yes | R, H, UP, FRE702, FRE703 |
| D-215 | 12/23/2011 | Principles for User Generated Content Services, Solomon | | | | | Yes | Reserved |
| D-216 | 1/6/2012 | Rebuttal Expert report of James Boyle | | | | | Yes | R, H, UP, FRE702, FRE703 |
| D-217 | 1/6/2012 | Rebuttal Expert report of Daniel Levy | | | | | Yes | R, H, UP, FRE702, FRE703 |
| D-218 | 1/19/2012 | Affidavit of Leigh Mackay | | | | Yes | | H, UP |

| Exhibit No. | Date | Document Description | Beginning Bates | Ending Bates | Confidentiality Designation | Expect to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|---|---|
| D-219 | 1/31/2012 | Emails between Tony Schoenberg and Duane Pozza dated January 16-31, 2012 | | | | | Yes | R, UP |
| D-220 | 2/1/2012 | Contract between Hotfile and Vobile for vCloud9 | HF02868379 | HF02868387 | Confidential | | Yes | Reserved |
| D-221 | 2/1/2012 | Vobile vCloud9 screenshot showing a less than 5% match rate for audio/video content hosted at Hotfile | HF02868370 | HF02868371 | Highly Confidential | | Yes | R, UP |
| D-222 | 2/7/2012 | Emails between Luke Platzer and Rod Thompson | | | | | Yes | R, UP |
| D-223 | 2/9/2012 | Resume of Scott Zebrak | | | | | Yes | Reserved |
| D-224 | 2/17/2012 | Declaration of Anton Titov in support of Motions for Summary Judgment | | | Filed Under Seal | | Yes | H, FRE702, FRE703 |
| D-225 | 2/17/2012 | Declaration of Deepak Gupta ISO Defendant Hotfile Corporation Motion for Partial Summary Judgment | | | Filed Under Seal | | Yes | H |
| D-226 | 2/23/2012 | Email string between the Hotfile Abuse Department and Sebastian Franz of OpSec | HF02868296 | HF02868299 | Confidential | | Yes | Reserved |
| D-227 | 2/23/2012 | Agreement for the Provision of Administrative and Other Services between Hotfile and Lemuria Communications, Inc. | HF02868393 | HF02868397 | Confidential | | Yes | R |
| D-228 | 2/27/2012 | Spreadsheet representing files deleted by Warner through its SRA misidentified as copies of a Warner movie called "Lope." | | | | Yes | | R |
| D-229 | 2/27/2012 | Declaration of Mathew Lynde in support of Hotfile's Opposition to Warner Bros. Motion For Summary Judgment | | | Highly Confidential; Attorney's Eyes Only | | Yes | R, H, UP, FRE702, FRE703 |
| D-230 | 2/27/2012 | Declaration of Roderick Thompson in Support of Defendant's Opposition to Plaintiff Warner Bros. Motion For Summary Judgment | | | | | Yes | H |
| D-231 | 3/5/2012 | Declaration of Dr. Andrew Cromarty in Support of Defendants' Motion for Summary Judgment | | | Confidential; Filed Under Seal | | Yes | R, H, UP, FRE702, FRE703 |
| D-232 | 3/6/2012 | Declaration of Professor James Boyle in Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Exhibits Thereto | | | Filed Under Seal | | Yes | R, H, UP, FRE702, FRE703 |
| D-233 | 3/6/2012 | Declaration of Dr. Daniel S. Levy in Opposition to Plaintiffs' Motion for Summary Judgment | | | Filed Under Seal | | Yes | R, H, UP, FRE702, FRE703 |
| D-234 | 3/7/2012 | Declaration of Anton Titov in Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment | | | Filed Under Seal | | Yes | R, H, UP, FRE702, FRE703 |
| D-235 | 3/7/2012 | Declaration of Andrew Liebnitz in Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment | | | Filed Under Seal | | Yes | H |

| Exhibit No. | Date | Document Description | Beginning Bates | Ending Bates | Confidentiality Designation | Expect to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|---|---|
| D-236 | 3/19/2012 | Declaration of Janel Thamkul and Exhibits Thereto, in Support of Defendants' Reply to Hotfile's Motion for Partial Summary Judgment and Anton Titov's Reply in Support of Titov's Motion for Summary Judgment | | | Filed Under Seal | | Yes | H. Ex 1 - reserved. Ex 2 - see deposition designation objections. Ex 3 - R. Ex 4 - R, UP. Ex 5 - R, UP. Ex 6 - see deposition designation objections. Ex. 7 - R. Ex. 8 - H, R. Ex. 9 - H, R. Ex. 10 - H, R, UP. |
| D-237 | 6/26/2012 | Email string between the Hotfile Abuse Department and Herve Lemaire of LeakId | HF02835692 | HF02835693 | Confidential | | Yes | R, UP, H |
| D-238 | 8/23/2012 | Email string between the Hotfile Abuse Department and Herve Lemaire of LeakId | HF02868355 | HF02868355 | | | Yes | R, UP, H |
| D-239 | 11/10/2012 | Email string involving the Hotfile Abuse Department, AH.FM and the IFPI | HF02868356 | HF02868357 | | | Yes | R, UP, H |
| D-240 | 11/10/2012 | Email string involving the Hotfile Abuse Department, AH.FM and the IFPI | HF02868358 | HF02868359 | | | Yes | R, UP, H |
| D-241 | 11/21/2012 | 10K - Walt Disney Co. (period ending 9/29/2012) | | | | | Yes | Reserved |
| D-242 | 2/21/2013 | 10K - Comcast Corp. (Universal) (period ending 12/30/2012) | | | | | Yes | Reserved |
| D-243 | 2/21/2013 | 10K - NBCUniversal Media LLC (period ending 12/30/2012) | | | | | Yes | Reserved |
| D-244 | 2/22/2013 | 10K -Time Warner Inc. (period ending 12/30/2012) | | | | | Yes | Reserved |
| D-245 | 3/21/2013 | MPAA Press release: Box Office record High 2012 | | | | | Yes | Reserved |
| D-246 | 6/27/2013 | 10K - Sony Corp. (Columbia) (period ending 3/31/2013) | | | | | Yes | Reserved |
| D-247 | 8/19/2013 | 10K - 21st Century Fox Inc. (period ending 6/30/2013) | | | | | Yes | Reserved |
| D-248 | 00/00/2011 | Spreadsheet representing files deleted by Warner through its SRA misidentified as copies of Warner owned content called "Shorts" | | | | | Yes | R, but description does not match exhibit (other objections reserved pending correction of exhibit) |
| D-249 | 00/00/2011 | Spreadsheet representing files deleted by Warner through its SRA misidentified as copies of a Warner movie called "Primos" | | | | Yes | | R |
| D-250 | 00/00/2011 | Spreadsheet by Warner through its SRA misidentified as copies of a Warner movie called "V 2009" | | | | Yes | | Reserved |
| D-251 | 00/00/2011 | Spreadsheet representing files deleted by Warner through its SRA misidentified as copies of a Warner video game called "The Bachelor Video Game." | | | | Yes | | R |
| D-252 | 00/00/2011 | Spreadsheet of files improperly taken down by Leak ID, on behalf of Warner Bros. | | | | Yes | | Reserved |

| Exhibit No. | Date | Document Description | Beginning Bates | Ending Bates | Confidentiality Designation | Expect to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|---|---|
| D-253 | 00/00/2011 | Spreadsheet reflecting some of the users (shown by Hotfile user number) who Hotfile has terminated since the Hotfile website began operations in February 2009, through 2011 | HF00000048 | | | | Yes | Reserved |
| D-254 | 00/002012 | Screen shots of comments posted to discussions of online articles regarding Warner's improper deletion of files on Hotfile, located at http://yro.slashdot.org/story/11/09/13/1811250/hotfile-sues-warner-bros-over-abuse-of-takedown-tool and http://torrentfreak.com/warner-bros-admits-sending-hotfile-false-takedown-requests-111109/#disqus_thread | HF02868379 | HF02868380 | | Yes | | H, A, UP |
| D-255 | 05/00/2010 | Article re: DMCAThrown Off Balance | | | | | Yes | R, UP |
| D-256 | 12/00/2009 | Hotfile's Designated Agent registration | HF02835677 | HF02835677 | Confidential | | Yes | Reserved |
| D-257 | 2/2/7/2012 | Declaration of Anton Titov in support of Defendant's Opposition to Plaintiff Warner Bros. Motion For Summary Judgment | | | | | Yes | R, H |
| D-258 | 4/00/2011 | Hotfile Terms of Service | HF00000014 | HF00000019 | | | Yes | Reserved |
| D-259 | 4/00/2011 | Hotfile Intellectual Property Policy | HF02868372 | HF02868375 | | | Yes | Reserved |
| D-260 | 4/00/2011 | Hotfile Privacy Policy | HF00000008 | HF00000010 | | | Yes | Reserved |
| D-261 | | Screenshot from Hotfile website | | | | | Yes | Reserved |
| D-262 | | Listing of Weblinks | | | | | Yes | Reserved |
| D-263 | | Listing of Weblinks with handwritten numbering | | | | | Yes | Reserved |
| D-264 | | Listing of Weblinks | | | | | Yes | Reserved |
| D-265 | | Bret Boivin Spreadsheet - \\pracsupnas\share\images\hotfile\WARNER010\WARNER010\NATIVES\NATIVE0001\WARNER073292.csv | WARNER073292 | WARNER073292 | Highly Confidential | | Yes | Reserved |
| D-266 | | Exhibit prepared by Elysium Digital and included in an expert report of Prof. Boyle | | | | | Yes | R, H, UP, FRE702, FRE703 |
| D-267 | | Screenshot of a file located at the URL http://hotfile.com/dl/87916770/8c81640/Salt.Water.Aquarium.HD-1080-Rapid4all.org.wmv.html. | | | | | Yes | Reserved |
| D-268 | | Spreadsheet: Downloads by Hotfile's Contractors and Anton Titov | | | | | Yes | H, A |
| D-269 | | Spreadsheet: Uploads by Affiliates | | | | | Yes | H, A, UP |
| D-274 | | All Exhibits on Plaintiffs' Exhibit List (Objections reserved) | | | | | Yes | Reserved |
| D-276 | | SRA takedown page from Hotfile's website | | | | | Yes | CE, UP |
| D-277 | | Search Term Spreadsheet | | | | | Yes | Reserved |
| D-278 | | Listing of Weblinks | | | | | Yes | A |
| D-280 | | Hotfile Copyright tools | | | | | Yes | CE |
| D-281 | | The Kapow Sysytem | WARNER072140 | WARNER072162 | Highly Confidential | Yes | | H |

| Exhibit No. | Date | Document Description | Beginning Bates | Ending Bates | Confidentiality Designation | Expect to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|---|---|
| D-282 | | LSE Media Policy Brief | | | | | | R, UP, H |

**Key**
| | |
|---|---|
| R | Relevance |
| H | Hearsay |
| CE | Cumulative |
| UP | More Prejudicial than Probative |
| Audit | Warner global objection to using Warner's internal investigation postdating counterclaim notices as evidence of knowledge at time of counterclaim notices. |
| FRE ___ | Objection under cited rule of Federal Rules of Evidence. |
| Reserved | Plaintiffs do not object to admissibility of document in general, but reserve right to object to Defendants' use of document for inadmissible purposes. |