(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 1:11-cv-20427-KMW

**Sealed**

Disney Enterprises, Inc. et al.

Plaintiff

v.

Hotfile Corp. et al.

Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Karen L. Stetson, Esq.
Address: Gray-Robinson, 1221 Brickell Ave, Suite 1600, Miami, FL 33131
Telephone: (305) 461-6880

On behalf of (select one):  ☒ Plaintiff   ☐ Defendant

Date sealed document filed: 10/23/2013

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 68

The matter should remain sealed until:

☐ Conclusion of Trial
☒ Case Closing
☐ Other: _____
☐ Permanently. Specify the authorizing law, rule, court order:
☐ Arrest of First Defendant
☐ Conclusion of Direct Appeal

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file
☒ Returned to the party or counsel for the party, as identified above
☐ Destroyed

*Joint Pretrial Stipulation*

[signature]

Attorney for: PLAINTIFFS