__ SEALED

__ NOT SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## [PROPOSED] ORDER GRANTING JOINT MOTION TO FILE DOCUMENT UNDER SEAL

Upon consideration of the Parties' Join Motion to File Document Under Seal, and all of the papers submitted in support thereof, the parties' request to file document under seal is GRANTED.

It is hereby ORDERED that the parties be permitted to file the following document under seal and that the following document remain under seal until the conclusion of the case:

**JOINT PRETRIAL STIPULATION**

DONE AND ORDERED in chambers at Miami, Florida this ____ day of _____ 2013.

_____
Kathleen M. Williams
United States District Judge

cc: All Counsel of Record