# Exhibit B

Disney Enterprises, Inc., et al. v. Hotfile Corp., et al.
Case No. 11-20427-CIV-WILLIAMS

Defendants' Objections to Plaintiffs' Exhibit List

| Ex. No. | Beginning Bates | Ending Bates | Document Description | Previous Reference | Objections |
|---|---|---|---|---|---|
| | | | **Exhibits for Plaintiffs' Claims** | | |
| 1 | | | Ian Foster's curriculum vitae | Foster MSJ Exhibit A | |
| 2 | | | Materials Considered | Foster MSJ Exhibit B | |
| 3 | | | Screenshot of Hotfile "Premium Member" Page | Foster MSJ Exhibit C | I, R |
| 4 | | | Users With 3+ Notice Days | Foster MSJ Exhibit D | R |
| 5 | | | Uploads of User | Foster MSJ Exhibit E | I, R, |
| 6 | | | List of Hotfile affiliate sites and user IDs | Foster MSJ Exhibit F | R |
| 7 | | | Data Underlying Graph of Hotfile Users Suspensions For Copyright Reasons | Foster MSJ Exhibit G | I, R |
| 8 | | | Data Underlying Graph of Hotfile Users With 3+ Notice Days | Foster MSJ Exhibit H | I, R |
| 9 | | | Files Removed For Reasons Related to Copyright Notices (Data for Table) | Foster MSJ Exhibit I | I, R |
| 10 | | | Infringement and usage data on top 500 Hotfile affiliates | Foster MSJ Exhibit J | I, R |
| 11 | | | Uploads of Files in Suit from US IP Addresses | Foster MSJ Exhibit K | I, R |
| 12 | | | Steve Kang's curriculum vitae | Kang Exhibit A | |
| 13 | | | Kaplan Declaration in Support of Plaintiffs' Motion for Summary Judgment | Kaplan Declaration | H |
| 14 | | | Table | Kaplan Exhibit A | A |
| 15 | | | Reed Declaration in Support of Plaintiffs' Motion for Summary Judgment | Reed Declaration | H |
| 16 | | | Table | Reed Exhibit A | A |
| 17 | | | Seabrook Declaration in Support of Plaintiffs' Motion for Summary Judgment | Seabrook Declaration | H |
| 18 | | | Table | Seabrook Exhibit A | A |
| 19 | | | Sehested Declaration in Support of Plaintiff's Motion for Summary Judgment | Sehested Declaration | H |
| 20 | | | Table | Sehested Exhibit A | A, I, UP |
| 21 | | | Table | Sehested Exhibit B | A, R, UP |
| 22 | | | Solomon Declaration in Support of Plaintiffs' Motion for Summary Judgment | Solomon Declaration | H |

Disney Enterprises, Inc., et al. v. Hotfile Corp., et al.
Case No. 11-20427-CIV-WILLIAMS

| # | Bates Begin | Bates End | Defendants' Objections to Plaintiffs' Exhibit List | Exhibit | A |
|---|---|---|---|---|---|
| 23 | | | Table | Solomon Exhibit A | |
| 24 | | | Richard Waterman's curriculum vitae | Waterman Exhibit A | H, R, UP |
| 25 | | | Further details testimony | Waterman Exhibit B | A,H,R,UP |
| 26 | | | Instructions for Sample Selection | Waterman Exhibit C | A, I, R, UP |
| 27 | | | Summary of Infringement Determination by Day | Waterman Exhibit D | A, I, R, UP |
| 28 | | | Charts | Waterman Exhibit E | |
| 29 | | | Declaration of Anton Titov in Support of Defendants' Opposition to Plaintiffs' Emergency Motion for Order Preserving Evidence (Dkt. # 30-1) | Yeh Exhibit 9 | |
| 30 | HF02832020 | HF02832020 | Draft email from Hotfile.com | Yeh Exhibit 10 | I, R, UP |
| 31 | | | Email from hotfile.mailbox@gmail.com to dominic@pornguardian.com | Yeh Exhibit 11 | I, R, UP |
| 32 | HF02832023 | HF02832023 | Email from Anton Titov and Nasko [Titov 159] | Yeh Exhibit 12 | A, I, R, UP |
| 33 | | | Defendants' Responses to Plaintiffs' First set of Interrogatories | Yeh Exhibit 13 | A,R,UP, |
| 34 | HF0000048 | HF0000315 | Spreadsheet (Titov Ex. 034) | Yeh Exhibit 14 | A, H, R, UP |
| 35 | HF0276041 | HF0276041 | Email from Marc Randazza to abuse@hotfile.com (Titov Ex. 035) | Yeh Exhibit 16 (1) | A, H, R, UP |
| 36 | HF0210875 | HF0210875 | Email from Eric Gapp to abuse@hotfile.com (Titov Ex. 036) | Yeh Exhibit 16 (2) | A, I, R, UP |
| 37 | HF0106926 | HF0106926 | Email from abuse@hotfile.comto andrew@hotfile.com (Titov Ex. 037) | Yeh Exhibit 16 (3) | A, H, R, UP |
| 38 | HF0236482 | HF0236487 | Email from R. Alderson to Lemuriaco (Titov Ex. 038) | Yeh Exhibit 17 | A, H, R, UP |
| 39 | HF00792378 | HF00792379 | Email from S. Owen to Hotfile.com and Lemuriaco.com (Titov Ex. 039) | Yeh Exhibit 18 (1) | A, H, R, UP |
| 40 | HF00792668 | HF00792669 | Email from S. Owen to Hotfile.com and Lemuriaco.com (Titov Ex. 040) | Yeh Exhibit 18 (2) | A, H, R, UP |
| 41 | HF01990729 | HF01990730 | Email from hotfile.mailbox.com to andrew@hotfile.com (Titov Ex. 041) | Yeh Exhibit 19 | A, H, I, R, UP |
| 42 | HF00550222 | HF00550223 | Email from dominic@pornguardian.com to Hotfile.com (Titov Ex. 042) | Yeh Exhibit 20 | A, H, R, UP |
| 43 | HF02134652 | HF02134653 | Email from HotFile Corp to Anton Titov (Titov Ex. 043) | Yeh Exhibit 21 | A, H, I, R, UP |
| 44 | | | Screenshot of Digital Point | Yeh Exhibit 22 | A, I, R, H, UP |
| 45 | | | Defendants' Amended Supplemental Response to Plaintiffs' Interrogatory No. 2, June 2, 2011 (Titov Ex. 143) | Yeh Exhibit 23 | |
| 46 | | | Emails sent to general@hotfile.com (Titov Ex. 137-142) | Yeh Exhibit 26 | R |
| 47 | | | Table user communications | Yeh Exhibit 27 | R |

Disney Enterprises, Inc., et al. v. Hotfile Corp., et al.
Case No. 11-20427-CIV-WILLIAMS

Defendants' Objections to Plaintiffs' Exhibit List

| | | | | |
|---|---|---|---|---|
| 48 | | | User electronic communication with Hotfile staff  (Titov Ex. 051-60) | Yeh Exhibit 28 | |
| 49 | | | Hotfile Personnel Downloads | Yeh Exhibit 29 | R |
| 50 | | | User electronic communication with Hotfile staff (Titov Ex. 061-131) | Yeh Exhibit 30 | R |
| 51 | | | Screenshot of affiliate website currentmoviereleases.net | Yeh Exhibit 31 | A, R |
| 52 | | | Screenshot of affiliate website online-television.tv | Yeh Exhibit 32 | A, R |
| 53 | | | Screenshot of affiliate website free-albums.net | Yeh Exhibit 33 | A, R |
| 54 | | | Screenshot of affiliate websites ebook-free-download.net | Yeh Exhibit 34 | A, R |
| 55 | | | Screenshot of affiliate website copymovie.net | Yeh Exhibit 35 | A, R |
| 56 | | | Screenshot of affiliate website topdvdmovie.net | Yeh Exhibit 36 | A, R |
| 57 | | | Screenshot of affiliate website amazingtv.info | Yeh Exhibit 37 | A, R |
| 58 | | | Screenshot of affiliate website tvrip.info | Yeh Exhibit 38 | A, R |
| 59 | | | Screenshot of affiliate website hotfilemovie.net | Yeh Exhibit 39 | A, R |
| 60 | | | Screenshot of affiliate website tvseries.me | Yeh Exhibit 40 | A, R |
| 61 | | | Screenshot of affiliate website seriesfree.biz | Yeh Exhibit 41 | A, R |
| 62 | | | Screenshot of affiliate website best-movies.info | Yeh Exhibit 42 | A, R |
| 63 | | | Screenshot of affiliate websites BULK exhibit | Yeh Exhibit 43 | A, R |
| 64 | | | Printout of Hotfile Link Checker utility page ("Enter file ulrs in order to check its current availability") located at http://hotfile.com/checkfiles.html | Yeh Exhibit 44 | A, R |
| 65 | HF02307230 | HF02307232 | Email from hotfile.mailbox@gmail.com to Vasil Kolev and Iva Ivanova (Titov Ex. 162) | Yeh Exhibit 45 | A, I, R |
| 66 | HF02854213 | HF02854214 | Email from Hotfile Corp to rumen@hotfile.com, Elan, and Anton Titov (Titov Ex. 163). | Yeh Exhibit 46 | A, I, R |
| 67 | | | Printout of the hotefile.com (@hotfile_site) user page on Twitter located at http://twitter.com/#!/hotfile_site (Titov Ex. 164) | Yeh Exhibit 47 | A, R |
| 68 | | | Digital Point discussion thread on 7/12/2009 | Yeh Exhibit 48 | A, R, H, UP |
| 69 | HF02859540 | HF02859540 | Email string between Anton Titov and Rumen Sloyanov (Titov Ex. 161) | Yeh Exhibit 49 | A, I, R, UP, translation obj. |
| 70 | HF02854610 | HF02854611 | Email from Nasko to Rumen Stoyano and Anton Titov (Titov Ex. 029) | Yeh Exhibit 50 | A, I, translation obj. |
| 71 | HF02854619 | HF02854619 | Email from Nasko to Rumen Stoyanov (Titov Ex. 030). | Yeh Exhibit 51 | A, I, R |
| 72 | HF02842599 | HF02842600 | Email from Anton Titov to Hotfile Corp (Titov Ex. 176) | Yeh Exhibit 52 | A, I, R |
| 73 | HF02868293 | HF02868293 | Email from Rumen Stoyanov to Anton Titov (Stoyanov Ex. 19-20) | Yeh Exhibit 53 | A, I, R, UP |

Disney Enterprises, Inc., et al. v. Hotfile Corp., et al.
Case No. 11-20427-CIV-WILLIAMS

**Defendants' Objections to Plaintiffs' Exhibit List**

| No. | Bates | Bates | Description | Exhibit | Objections |
|---|---|---|---|---|---|
| 74 | HFO2855246 | | Email from Elan to Nasko (Vangelov Ex. 25-26). | Yeh Exhibit 54 | A, I, R, UP |
| 75 | HFO2855246 | | Fred von Lohmann, *What Peer-to-Peer Developers Need to Know about Copyright Law*, Electronic Frontier Foundation, January 2006) at p. 15 (Section VI.6 titled "Disaggregate functions" | Yeh Exhibit 55 | R |
| 76 | | | Spreadsheet of plaintiffs' works in suit | Yeh Exhibit 56 | A,UP |
| 77 | | | Email from hotfile.mailbox@gmail.com to Vasil Kolev and Iva Ivanova | Yeh Exhibit 57 | Incorrect description- does not describe Yeh 57 |
| 78 | | | Printout of Digital Point forum thread, dating from June 26 to June 28, 2009. | Yeh Exhibit 58 | A, R, H, UP |
| 79 | | | Printout of Hotfile FAQ page, as of July 28, 2010. | Yeh Exhibit 59 | A, R, H, UP |
| 80 | | | Printout of Freelancer page (Titov Ex. 171) | Yeh Exhibit 60 | A, R, H, UP |
| 81 | | | Printout of Linkbucks Forum thread dated Apr. 4 to Apr. 27, 2009 (Titov Ex. 173). | Yeh Exhibit 61 | A, R, H, UP |
| 82 | HFO2844133 | | Email from Elan to Hotfile Corp (Titov Ex. 169). | Yeh Exhibit 62 | A, R, H, UP |
| 83 | | | Printout of Digital Point forum dated from July 16 to Aug. 7, 2009 (Titov Ex. 166). | Yeh Exhibit 63 | A, R, H, UP |
| 84 | | | Printout of Digital Point forum thread, dated Mar. 25 to Apr. 6, 2009 (Titov Ex. 172). | Yeh Exhibit 64 | A, R, H, UP |
| 85 | HFO2854875 | HFO2854876 | Email from Hotfile Corp to Rumen Stoyanov (Stoyanov Ex. 17-18) | Yeh Exhibit 65 | A, I, R, UP |
| 86 | HF00040396, HF00001450, HF00005748, HF00023259, HF000081244 | | Emails between Hotfile.com and users (Titov Ex. 132-36) | Yeh Exhibit 66 | R |
| 87 | H02299758 | | Email from Emrah Gürkan to three corporate Hotfile accounts | Yeh Exhibit 67 | A, H, R |
| 88 | HF00034459, HF00034686, HV00034587 | | Three complaint messages from Hotfile premium users (Titov Ex. 146-48). | Yeh Exhibit 68 | A, H, R |
| 89 | | | Alexa statistics summary on Hotfile.com (Dkt. 87-8&9 Ex. G&H to Reply Decl. of D. Pozza in Support of Mot. to Compel) | Yeh Exhibit 69 | R |
| 90 | | | Defendants' Supplemental Responses to Interrogatories No. 6 & 9 | Yeh Exhibit 70 | |

Disney Enterprises, Inc., et al. v. Hotfile Corp., et al.
Case No. 11-20427-CIV-WILLIAMS

**Defendants' Objections to Plaintiffs' Exhibit List**

| # | Bates Begin | Bates End | Description | Yeh Exhibit | Objections |
|---|---|---|---|---|---|
| 91 | HF02855568, HF02855569, HF02855570, HF02855571, HF02855572, HF02855574 | | Six Consents of Shareholders in Lieu of Speccial [sic] Meeting of Hotfile Corp. (Vangelov Ex. 09-14) | Yeh Exhibit 71 | |
| 92 | | | Application and Declaration by Liberty Media Holdings, Inc. d/b/a Corbin Fisher (Titov Ex. 022) | Yeh Exhibit 78 | R, UP |
| 93 | HF02832110 | HF02832111 | Email from Anton Titov to Nasko (Titov Ex. 023). | Yeh Exhibit 79 | R, H, UP |
| 94 | | | Defendants' Second Supplemental Response to Interrogatory No. 1 | Yeh Exhibit 81 | |
| 95 | | | Declaration of Anton Titov in Support of Defendants' Opposition to Plaintiffs' Motion to Compel Responses to Requests for Production of Documents and Interrogatories ¶¶ 6-9 (Dkt. #81-17) | Yeh Exhibit 83 | |
| 96 | HF02134706 | HF02134712 | Emails between Andrew at Hotfile and Peter Phinney | Yeh Exhibit 84 | R, UP |
| 97 | | | Digital Point discussion thread dated 8/8/2009 | Yeh Exhibit 86 | A, R, H, UP |
| 98 | HF02854657 | | Email from Rumen Stoyanov to Nasko (Stoyanov Ex. 05). | Yeh Exhibit 87 | A, I, R |
| 99 | | | Stoyanov Ex. 06 | Yeh Exhibit 88 | A, R |
| 100 | HF02868293 | HF02868293 | Email from Rumen Stoyanov to Anton Titov (Titov Ex. 024). | Yeh Exhibit 92 | A, I, R, UP |
| 101 | | | U.S. Immigration and Customs Enforcement, Press Release, June 30, 2010, "ICE, Manhattan U.S. Attorney seize multiple Web sites for criminal copyright violations" (http://www.ice.gov/news/releases/1006/100630losangeles.htm) (Titov Ex. 156). | Yeh Exhibit 94 | |
| 102 | | | List of User IDs, domain names, and "sum(money)" (Titov Ex. 156). | Yeh Exhibit 95 | R, UP |
| 103 | | | Screenshot of Hotfile.com | Yeh Exhibit 96 | R, UP |
| 104 | | | Email from Hotfile to jbpara2@gmail.com | Yeh Exhibit 97 | R |
| 105 | | | Megaupload indictment | Yeh Exhibit 98 | A, I, H, R, UP |
| 106 | | | Email from Weston Yeo to Hotfile Corp. and attached screenshot | Yeh Exhibit 99 | A, H, R |
| 107 | | | Email from hotfile.mailbox@gmail.com to Weston Yeo | Yeh Exhibit 100 | R |
| 108 | | | Email from hotfile.mailbox@gmail.com to Weston Yeo | Yeh Exhibit 101 | R |
| 109 | | | Screenshot of Allyoulike.com | Yeh Exhibit 102 | A, R, UP |
| 110 | | | Screenshot of Allyoulike.com | Yeh Exhibit 103 | A, R, UP |
| 111 | | | Email from Anton Titov to Rumen Stoyanov | Yeh Exhibit 104 | A, I, R, UP |
| 112 | | | Email from Anton Titov to Rumen Stoyanov | Yeh Exhibit 106 | Incorrect description; also objections A, R, UP |

Disney Enterprises, Inc., et al. v. Hotfile Corp., et al.
Case No. 11-20427-CIV-WILLIAMS

**Defendants' Objections to Plaintiffs' Exhibit List**

| No. | HF No. | Description | Exhibit | Objections |
|---|---|---|---|---|
| 113 | | Hotfile.com termination policy (Dkt. 87-7, Ex. F to Reply Pozza Decl.) | Yeh Exhibit 107 | |
| 114 | | Exhibit D to Pozza declaration (Dkt. 109-5 Ex. D) | Yeh Exhibit 108 | R |
| 115 | | Demonstrative Graphic | Yeh Exhibit 109 | A, I, H, UP |
| 116 | | Demonstrative Graphic | Yeh Exhibit 110 | A, I, H, UP |
| 117 | | Demonstrative Graphic | Yeh Exhibit 111 | A, I, H, UP |
| 118 | | Demonstrative Graphic | Yeh Exhibit 112 | A, I, H, UP |
| 119 | | Demonstrative Graphic | Yeh Exhibit 113 | A, I, H, UP |
| 120 | | Demonstrative Graphic | Yeh Exhibit 114 | A, I, H, UP |
| 121 | | Demonstrative Graphic | Yeh Exhibit 115 | A, I, H, UP |
| 122 | | Demonstrative Graphic | Yeh Exhibit 116 | A, I, H, UP |
| 123 | | Demonstrative Graphic | Yeh Exhibit 117 | A, I, H, UP |
| 124 | | Demonstrative Graphic | Yeh Exhibit 118 | A, I, H, UP |
| 125 | | Spreadsheet of Hotfile links | Yeh Exhibit 119 | A, I, H, UP |
| 126 | HF02837104-5 | Email from Anton Titov to no1knows.me@gmail.com (Titov Dep. Ex. 158). | Yeh Exhibit 143 | A, R |
| 127 | | Emails with "lastdl" | Yeh Exhibit 144 | A, I, H, UP |
| 128 | | Screenshot of FileMirrors.info | Yeh Exhibit 154 | A, I, R, UP |
| 129 | | Hotfile.com page | Yeh Exhibit 155 | |
| 130 | | Graphic | Yeh Exhibit 156 | A, I, H, UP |
| 131 | | Scott Zebrak's curriculum vitae | Zebrak Exhibit A | A, I, H, UP |
| 132 | | Table of sample files | Zebrak Exhibit B | A, I, H, UP |
| 133 | | Summary of Infringement Determinations by Day | Zebrak Exhibit C | A, I, H, UP |
| 134 | | List of user uploads with file and URL | Zebrak Exhibit D | A, I, H, R, UP |
| 135 | | Zedek Declaration in Support of Plaintiffs' Motion for Summary Judgment | Zedek Declaration | H |
| | | **Counterclaim Exhibits** | | |
| 136 | | Table of Fox Copyrighted Material | Zedek Exhibit A | A, H |
| 137 | | Comparison of Files in Suit with Hotfile's Claimed "Top 100" | Foster Reply Exhibit A | A, H, R, UP |
| 138 | | Deletions of Files Downloaded By Hotfile Personnel | Foster Reply Exhibit B | A, H, R, UP |
| 139 | | Summary Judgment Oral Argument Demonstrative Slides | | A, H, I, R, UP |
| 144 | | (to be introduced both on principal claims and counterclaim - see below) | | |

Disney Enterprises, Inc., et al. v. Hotfile Corp., et al.
Case No. 11-20427-CIV-WILLIAMS

## Defendants' Objections to Plaintiffs' Exhibit List

| No. | Bates Begin | Bates End | Description | Exhibit | Objections |
|---|---|---|---|---|---|
| 140 | | | Ian Foster's curriculum vitae | Foster Exhibit A | |
| 141 | | | Hopkins Declaration in Support of Warner's Motion for Summary Judgment | Hopkins Declaration | H |
| 142 | | | Scheule A to Hopkins Declaration | Hopkins Schedule A | A, R |
| 143 | | | ICE Press Release, "Operation in Our Sites" | Yeh Exhibit D | A, H, R, UP |
| 144 | HF02866338; HF02866369 | | Email from hotfile.mailbox@gmail.com to smanov@gmail.com with attached 296-page table **(Copies are in Defendants' possession)** | Yeh Exhibit E | |
| 145 | | | Schedule 1 and Schedule 1.1 (Damages Analysis Using Claimed Wrongful Takedowns Listed in Counterclaim) | Yeh Exhibit F | A,H,R,UP |
| 146 | HF00034459 | HF00034459 | Email from twoon@optusnet.com.au to general@hotfile.com | Yeh Exhibit H | A, H, R, UP |
| 147 | HF00034686 | HF00034686 | Email from i-matsumoto@hotmail.com to general@hotfile.com | Yeh Exhibit I | A, H, R, UP |
| 148 | HF00034587 | HF00034587 | Email from flp_meira@yahoo.com.br to general@hotfil.com | Yeh Exhibit K | A, H, R, UP |
| 149 | | | Screenshot of Wjunction.com | Yeh Exhibit L | |
| 150 | | | Screenshot of Digital Point Forum | Yeh Exhibit M | |
| 151 | | | TorrentFreak.com article entitled "Hotfile Goes To War Against Copyright Infringers" | Yeh Exhibit N | A, H, R, UP |
| 152 | | | Screenshot of Alexa profile of hotfile.com | Yeh Exhibit O | |
| 153 | | | Defendants' Supplemental Response to Plaintiffs' Interrogatory Nos. 6 And 9 | Yeh Exhibit P | |
| 154 | | | Screenshot of Hotfile's "News" page | Yeh Exhibit Q | |
| 155 | | | Expert Report of Matthew R. Lynde | Yeh Exhibit S | |
| 156 | | | (intentionally left blank) | Yeh Exhibit T | |
| 157 | WARNER072192 | WARNER072190 | Email from C. Sommer to B. Boivin | Yeh Exhibit U | |
| 158 | WARNER072381 | WARNER072381 | Email from P. Hughes to B. Boivin | | |
| 159 | | | Screenshot from Slashdot.org | Yeh Exhibit V | A,H,UP |
| 160 | | | Article from TorrentFreak.com entitled "Warner Bros. Admits Sending Hotfile False Takedown Requests" | Yeh Exhibit W | |
| 161 | WARNER072956 | WARNER072945 | Warner Bros. Piracy, "Robot Proposal" | Yeh Exhibit X | H |
| 162 | | | Scott A. Zebrak's curriculum vitae | Zebrak Exhibit A | |

Disney Enterprises, Inc., et al. v. Hotfile Corp., et al.
Case No. 11-20427-CIV-WILLIAMS

Defendants' Objections to Plaintiffs' Exhibit List

| 163 | Zebrak table of URLs for files on Hotfile | Zebrak Exhibit B | A,I,UP |