UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**DEFENDANTS' MOTION IN LIMINE TO PRECLUDE USE OF THE PEJORATIVE TERMS "PIRACY," "THEFT," AND "STEALING" (AND THEIR DERIVITIVES) <u>WITH INCORPORATED MEMORANDUM OF LAW</u>**

In the present case, where the Court has previously held that the Defendants could *not* be held liable for direct copyright infringement, but could be found liable for vicarious infringement, the Defendants seek to preclude the Plaintiffs' use of pejorative (and unduly prejudicial) terms such as "pirate," "piracy," "theft," "thieves," and "stealing" in reference to the Defendants or their founders.  In support of this Motion, the Defendants state as follows.

1

The Plaintiffs have declined to stipulate that they will refrain from the use of the terms "pirates" or "thieves" with respect to the Defendants or the founders of Hotfile, nor would they refrain from referring to those individuals as having engaged in "theft" or "stealing." Such derogatory comments fall well within the purview of Rule 403, which precludes the admission of evidence which is significantly more prejudicial than it is probative.[1] *See, e.g., Abbott Labs. v. Sandoz, Inc.,* 743 F. Supp. 2d 762, 773 (N.D. Ill. 2010) (granting motion in limine to preclude the use of "terms such as 'monopoly,' 'milking strategy,' and 'milking the brand'" as being irrelevant and unduly prejudicial under Rule 403); *Engman v. City of Ontario*, 2011 U.S. Dist. LEXIS 66128 (C.D. Cal. 2011) (granting motion in limine to preclude the use of the terms "code of silence," "wall of blue," and "testilying" stating that, "the Court will not permit plaintiffs' witnesses to use pejorative terminology regarding police practices"); *Shepard v. Bass*, 2012 U.S. Dist. LEXIS 174741, 5-6 (E.D. Cal. Dec. 10, 2012) ("If testimony regarding the 'Code of Silence', 'Green Wall', or 'Green Wall Corcoran Sharks' was to be admitted during the trial, it would serve to cause confusion on the issues to be decided in this action and mislead the jury. Presentation of such evidence would create a trial within the trial and would waste the time of the jury and the Court. Finally, the proposed testimony would likely result in unfair prejudice against Defendant Bass.").

In the present case, there is no evidence that the Defendants (or Hotfile's founders) are "pirates" or "thieves," nor is there evidence that they were "stealing" or engaged in "piracy" or "theft." Even if the Defendants had been found to have directly infringed on the Plaintiffs' copyrights, such derogatory terms would add nothing to the Plaintiffs' case, but would serve to improperly inflame the jury. Where, as here, the trial involves only vicarious liability – the use

---

[1] Pursuant to Federal Rule of Evidence 403, "[t]he court may exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence."

of such terms would be even more improper.  Accordingly, the Court should preclude the Plaintiffs' use of terms such as "pirate," "piracy," "theft," "thieves," and "stealing" in reference to the Defendants or their founders.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that prior to filing this Motion, counsel for Defendants, Evan Fray-Witzer, Esq., conferred with counsel for Plaintiffs, Luke C. Platzer, Esq., in a good faith effort to resolve this motion by agreement, but was unable to do so.

/s/ Evan Fray-Witzer
Evan Fray-Witzer

**Respectfully submitted:**

/s/ Valentin Gurvits
Valentin D. Gurvits (# 643572 - *pro hac vice*)
Matthew Shayefar (# 685927 - *pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ BRADY J. COBB
BRADY J. COBB, ESQUIRE
Florida Bar No. 031018
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile  (954) 900-5507
bcobb@cemlaw.net

/s/ Evan Fray-Witzer
Evan Fray-Witzer (# 564349 - *pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the attached service list this 28th day of October, 2013.

/s/ Brady J. Cobb
Brady J. Cobb

**SERVICE LIST:**
CASE NO: 11-20427-CIV-WILLIAMS

*Counsel for Plaintiffs:*

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
sfabrizio@jenner.com
Luke C. Platzer (*Pro Hac Vice*)
lplatzer@jenner.com
David A. Handzo (*Pro Hac Vice*)
dhandzo@jenner.com
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Phone: 202.639.6000
Fax: 202.639.6066

Karen R. Thorland, Esq. (*Pro Hac Vice*)
Senior Content Protection Counsel
Email: Karen_Thorland@mpaa.org
Motion Picture Association of America, Inc.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA 91403-5885
Phone: 818.935.5812

GRAY-ROBINSON, P.A.
Karen L. Stetson
karen.stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305.416.6880
Fax: 305.416.6887

*Counsel for Defendants:*

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
Matthew Shayefar
matt@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

CIAMPA FRAY-WITZER, LLP
Evan Fray-Witzer
evan@cfwlegal.com
20 Park Plaza, Suite 804
Boston, MA 02116 Phone:617-426-0000

COBB EDDY MIJARES PLLC
Brady J. Cobb
bcobb@CEMLaw.net
642 Northeast Third Ave.
Fort Lauderdale, FL 33305
Phone: 954-527-4111, ext 201