UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SET ORDER OF PROOF

THIS CAUSE came before the court on Plaintiffs' Motion to Set Order of Proof. This Court has considered Plaintiffs' Motion and being otherwise duly advised, it is hereby:

ORDERED AND ADJUDGED that Plaintiffs' Motion to Set Order of Proof is hereby GRANTED. It is therefore ordered that:

(1) The trial shall be divided into two phases;

2

(2) In the first phase, the jury shall hear only evidence and argument relevant to Plaintiffs' damages claim and reach a verdict determining Plaintiffs' damages;

(3) In the subsequent phase, the jury shall determine liability and damages on Hotfile's Counterclaim; and

(4) Opening statements and argument in the second phase shall commence only after the jury has issued a verdict in the first phase.

IT IS SO ORDERED.

Dated _____, 2013.

_____
Kathleen M. Williams
United States District Judge

cc: All Counsel of Record