UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**JOINT MOTION OF THE PARTIES TO TREAT AS RE-FILED AND
RE-SUBMITTED FOR DECISION PLAINTIFFS' MOTION TO STRIKE PORTIONS
OF DECLARATION OF PROFSSOR JAMES BOYLE [D.E. 423]**

On March 19, 2012, Plaintiffs filed their Motion and Memorandum of Law to Strike Portions of Declarations of Professor James Boyle, Dr. Andrew Cromarty, and Anton Titov In Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment. *See* D.E. 423. Sections I.A.-D. of that Motion and Memorandum of Law asserted four main grounds for excluding portions of Professor Boyle's testimony. *See id.*, at 1-8. Defendants Hotfile Corp. and Anton Titov (collectively "Hotfile") filed their Opposition to Plaintiffs' Motion on April 2, 2012. *See* D.E. 446-1. Section III.A. of Hotfile's Opposition responded to Plaintiffs' grounds for

75090.1

striking portions of Professor Boyle's Declaration.  *See id.* at 1-10.  Plaintiffs filed their reply on April 9, 2012.  *See* D.E. 457.  Section I. replied to Hotfile's Opposition regarding Professor Boyle.  *See id.* at 1-7.

In its order of August 28, 2013, the Court denied Plaintiffs' Motion as moot at the summary judgment stage.  *See* D.E. 524, at 99.  At a telephonic status conference on September 3, 2013, the Court confirmed that the Plaintiffs' Motion was denied without prejudice.

Defendants have indicated that they wish to reserve the right to call Professor Boyle to testify as to the same topics that were previously the subject of Plaintiffs' motion to strike.  The parties believe that it would serve judicial economy as well as conserve the resources of the parties if the Court were to resolve Plaintiffs' Motion as it pertains to the subjects addressed in Professor Boyle's Declaration (and thereby address whether Defendants may present testimony from Professor Boyle on those topics at trial), rather than requiring the parties to brief the issue a second time.

## CONCLUSION

On the basis of the foregoing, the parties respectfully request that the Court grant their motion and treat as re-filed and re-submitted for decision the following portions of the parties' previous filings:

(1) Sections I.A-D of Plaintiffs' Motion and Memorandum of Law to Strike Portions of Declarations of Professor James Boyle, Dr. Andrew Cromarty, and Anton Titov In Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment, *see* D.E. 423, at 1-8;

(2) Section III.A of the Memorandum of Law of Defendants Hotfile Corporation and Anton Titov in Opposition to Plaintiffs' Motion to Strike Portions of Boyle, Cromarty, and Titov Declarations, *see* D.E. 446-1, at 1-10; and

(3) Section I of Plaintiffs' Reply in Support of Motion to Strike Portions of Declarations of Professor James Boyle, Dr. Andrew Cromarty, and Anton Titov in Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment, *see* D.E. 456, at 1-7.[1]

A proposed order is attached hereto as Exhibit A.

---

[1] The other substantive portions of these filings are not subject to this Joint Stipulation.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that prior to filing this Joint Motion, counsel for Plaintiffs, Luke C. Platzer, Esq., conferred with counsel for Defendants, Evan Fray-Witzer, Esq., in a good faith effort to resolve this motion by agreement and is authorized to represent that Defendants join in this motion and that the counsel who makes this joint filing on behalf of all Parties, has authorization from counsel for Defendants to file the Joint Motion on behalf of Defendants.

/s/ Luke C. Platzer
Luke C. Platzer

Date: October 28, 2013

By: /s/ Karen L. Stetson
    Karen L. Stetson

GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
karen.stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305.416.6880
Fax: 305.416.6887

JENNER & BLOCK LLP
Steven B. Fabrizio (Pro Hac Vice)
sfabrizio@jenner.com
Luke C. Platzer (Pro Hac Vice)
lplatzer@jenner.com
David A. Handzo (Pro Hac Vice)
dhandzo@jenner.com
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Phone: 202.639.6000
Fax: 202.639.6066

Respectfully submitted,

By: /s/ Brady J. Cobb
    Brady J. Cobb

COBB EDDY MIJARES PLLC
Brady J. Cobb
bcobb@CEMLaw.net
642 Northeast Third Ave.
Fort Lauderdale, FL 33305
Phone: 954-527-4111, ext 201

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
Matthew Shayefar
matt@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

CIAMPA FRAY-WITZER, LLP
Evan Fray-Witzer
evan@cfwlegal.com
20 Park Plaza, Suite 804
Boston, MA 02116 Phone:617-426-0000

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY on this 28th day of October, 2013, I caused to be served a true and correct copy of the foregoing document on all counsel of record on the attached service list by transmission of Notices of Electronic Filing generated by CM/ECF pursuant to the parties' service agreement

  I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this Certificate of Service was executed on this date.


By: /s/ Karen L. Stetson<br>Karen L. Stetson

75090.1

## SERVICE LIST

**Disney Enterprises, Inc., et al. v. Hotfile orp. et al.
CASE NO. 11-C1V-20427-WILLIAMS-TURNOFF**

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
Matthew Shayefar
matt@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

*Attorney for Defendants Hotfile Corp. and Anton Titov*

CIAMPA FRAY-WITZER, LLP
Evan Fray-Witzer
evan@cfwlegal.com
20 Park Plaza, Suite 804
Boston, MA 02116 Phone:617-426-0000

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

COBB EDDY MIJARES PLLC
Brady J. Cobb
bcobb@CEMLaw.net
642 Northeast Third Ave.
Fort Lauderdale, FL 33305
Phone: 954-527-4111, ext 201

*Attorney for Defendants Hotfile Corp. and Anton Titov*

75090.1