UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**[PROPOSED] ORDER GRANTING JOINT MOTION OF THE PARTIES TO TREAT AS RE-FILED AND RE-SUBMITTED FOR DECISION PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DECLARATION OF PROFSSOR JAMES BOYLE [D.E. 423]**

THIS CAUSE came before the Court on the Joint Motion of the Parties to Treat As Re-Filed and Re-Submitted for Decision Plaintiffs' Motion to Strike Portions of Declarations of Professor James Boyle [D.E. 423]. This Court has considered Plaintiffs' Motion and being otherwise duly advised, it is hereby:

ORDERED AND ADJUDGED that Plaintiffs' Motion in Limine to Preclude Testimony from Previously Undisclosed Third-Party Witnesses is hereby GRANTED. The Court will treat as re-filed and re-submitted for decision the following portions of the parties' previous filings: the following portions of the parties' previous filings:

(1) Sections I.A-D of Plaintiffs' Motion and Memorandum of Law to Strike Portions of Declarations of Professor James Boyle, Dr. Andrew Cromarty, and Anton Titov In Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment, *see* D.E. 423, at 1-8;

(2) Section III.A of the Memorandum of Law of Defendants Hotfile Corporation and Anton Titov in Opposition to Plaintiffs' Motion to Strike Portions of Boyle, Cromarty, and Titov Declarations, *see* D.E. 446-1, at 1-10; and

(3) Section I of Plaintiffs' Reply in Support of Motion to Strike Portions of Declarations of Professor James Boyle, Dr. Andrew Cromarty, and Anton Titov in Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment, *see* D.E. 456, at 1-7.

IT IS SO ORDERED.

Dated _____, 2013.

                                                                                      _____
Kathleen M. Williams
United States District Judge

cc: All Counsel of Record