UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE TO
PRECLUDE TESTIMONY FROM
<u>PREVIOUSLY UNDISCLOSED THIRD-PARTY WITNESSES</u>**

THIS CAUSE came before the court on Plaintiffs' Motion in Limine and Memorandum of Law to Preclude Testimony from Previously Undisclosed Third-Party Witnesses. This Court has considered Plaintiffs' Motion and being otherwise duly advised, it is hereby:

ORDERED AND ADJUDGED that Plaintiffs' Motion in Limine to Preclude Testimony from Previously Undisclosed Third-Party Witnesses is hereby GRANTED. It is therefore ordered that:

(1) Defendants are precluded at trial from introducing the testimony of Scott Wittenburg, Aaron M. McParlan, Thomas Rechenmacher, Leigh Mackay, and Marc Schwegler.

IT IS SO ORDERED.

Dated _____, 2013.

_____
Kathleen M. Williams
United States District Judge

cc: All Counsel of Record