UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE DEFENDANTS FROM OFFERING CERTAIN OPINIONS OF DR. ANDREW CROMARTY AT TRIAL**

THIS CAUSE came before the court on Plaintiffs' Motion in Limine to Preclude Defendants From Offering Certain Opinions of Dr. Andrew Cromarty at Trial and being otherwise duly advised, it is hereby:

ORDERED AND ADJUDGED that Plaintiffs' Motion in Limine to Preclude Defendants From Offering Certain Opinions of Dr. Andrew Cromarty at Trial is hereby GRANTED. It is therefore ordered that:

(1) Dr. Andrew Cromarty shall be precluded from offering expert opinions regarding:

    a. Hotfile's "control" over infringing activity on its service;

    b. The extent of Plaintiffs' actual damages;

    c. Measures Plaintiffs' might have taken to prevent infringement of their works;

    d. The value of the works infringed;

    e. The availability, effectiveness, and reliability of so-called "digital fingerprinting" technology; and

    f. The accuracy of takedown notices on the Internet generally.

IT IS SO ORDERED.

Dated _____, 2013.

                                                                                                   _____
                                                                                                   Kathleen M. Williams
                                                                                                   United States District Judge

cc: All Counsel of Record