UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

### [PROPOSED] ORDER GRANTING WARNER'S MOTION IN LIMINE
### TO PRECLUDE DEFENDANTS FROM OFFERING THE OPINIONS OF
### <u>DR. MATTHEW R. LYDNE AT TRIAL</u>

THIS CAUSE came before the Court on Warner's Motion in Limine and Memorandum of Law to Preclude Defendants from Offering the Opinions of Dr. Matthew R. Lynde at Trial.

This Court has considered Warner's Motion and being otherwise duly advised, it is hereby:

2

ORDERED AND ADJUDGED that Warner's Motion in Limine and Memorandum of Law to Preclude Defendants From Offering the Opinions of Dr. Matthew R. Lynde at Trial is hereby GRANTED. It is therefore ordered that:

(1) Defendants are precluded at trial from offering the testimony of Dr. Matthew R. Lynde.

IT IS SO ORDERED.

Dated _____, 2013.

_____
Kathleen M. Williams
United States District Judge

cc: All Counsel of Record