

FILED by _____ D.C.

OCT 28 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

Sealed

### PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

Plaintiffs by and through undersigned counsel and pursuant to Local Rule 5.4, file this Motion to File Documents Under Seal as follows:

1. The documents are described as follows:

    (1) Plaintiffs' Motion in Limine and Memorandum of Law to Preclude Defendants From Entering Into Evidence Deposition Testimony of Rumen Stoyanov and Atanas Vangelov;

(2) Warner Bros. Entertainment Inc.'s Motion in Limine and Memorandum of Law to Exclude Evidence of Warner's August 2011 Audits and its Anti-Piracy System for the Purpose of Showing Warner's Culpability;

(3) Plaintiffs' Motion in Limine and Memorandum of Law to Preclude Evidence and Argument Regarding "Perjury" in Connection with Counterclaim;

(4) Declaration of Luke C. Platzer in Support of Plaintiffs' Motions in Limine; and

(5) Plaintiffs' Notice of Filing Declaration of Luke C. Platzer in Support of Plaintiffs' Motions in Limine.

2. The documents should remain sealed until the conclusion of this case. Upon expiration of the sealing period, the sealed document should be returned to Plaintiffs' counsel.

3. This memorandum includes information designated by Plaintiffs and by Defendant Hotfile Corp. as Confidential or Highly Confidential pursuant to ¶ 16 of the Stipulated Protective Order. For that reason, Plaintiffs believe that they are required to file this memorandum under seal and do so pursuant to Local Rule 5.4.

Dated: October 28, 2013

Respectfully submitted,

By: /s/ _Karen L. Stetson_
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, Fl 33131
Telephone: (305) 461-6880
Facsimile: (305) 461-6887

MOTION PICTURE ASSOCIATION
OF AMERICA, INC.

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)

Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone: (818) 995-6600
Fax: (818) 285-4403

David A. Handzo (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for Plaintiffs*

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY pursuant to Local Rule 7.1(a)(3), that the parties have conferred regarding this motion and that Defendants have no objection to this document being filed under seal.

Dated: October 28, 2013

By: /s/ _Karen L. Stetson_
Karen L. Stetson

GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305-416-6880
Fax: 305-416-6887

MOTION PICTURE ASSOCIATION
OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
David A. Handzo (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Phone: 202-639-6000
Fax: 202-639-6066
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of October, 2013, I served the following document on all counsel of record on the attached service list via their email address(es) pursuant to the parties' service agreement:

**Plaintiffs' Motion to File Document Under Seal**

By: /s/ *Karen L. Stetson*
Karen L. Stetson

## SERVICE LIST

## Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
## CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
Matthew Shayefar
matt@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

*Attorney for Defendants Hotfile Corp. and Anton Titov*

CIAMPA FRAY-WITZER, LLP
Evan Fray-Witzer
evan@cfwlegal.com
20 Park Plaza, Suite 804
Boston, MA 02116 Phone:617-426-0000

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

COBB EDDY MIJARES PLLC
Brady J. Cobb
bcobb@CEMLaw.net
642 Northeast Third Ave.
Fort Lauderdale, FL 33305
Phone: 954-527-4111, ext 201
*Attorney for Defendants Hotfile Corp. and Anton Titov*