(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT
## Southern District of Florida

**Sealed**

Case Number: 11-20427-WILLIAMS/TURNOFF

Disney Enterprises, Inc. et al.

Plaintiff

v.

Hotfile Corp. et al.

Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Karen L. Stetson, Esq.
Address: Gray-Robinson, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131
Telephone: (305) 461-6880

On behalf of (select one):  ☒ Plaintiff    ☐ Defendant

Date sealed document filed: 10/28/2013

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 68

The matter should remain sealed until:

☐ Conclusion of Trial
☒ Case Closing
☐ Other: _____
☐ Permanently. Specify the authorizing law, rule, court order:
☐ Arrest of First Defendant
☐ Conclusion of Direct Appeal

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file
☐ Destroyed
☒ Returned to the party or counsel for the party, as identified above

A. Plaintiffs' Motion in Limine and Memorandum of Law to Preclude Defendants From Entering Into Evidence Deposition Testimony of Rumen Stoyanov and Atanas Vangelov Warner
B. Warner Bros. Entertainment Inc.'s Motion in Limine and Memorandum of Law to Exclude Evidence of Warner's August 2011 Audits and its Anti-Piracy System for the Purpose of Showing Warner's Culpability
C. Plaintiffs' Motion in Limine and Memorandum of Law to Preclude Evidence and Argument Regarding "Perjury" in Connection with Counterclaim
D. Declaration of Luke C. Platzer in Support of Plaintiffs' Motions in Limine
E. Plaintiffs' Notice of Filing Declaration of Luke C. Platzer in Support of Plaintiffs' Motions in Limine

Attorney for: Plaintiff