```
__ SEALED
__ NOT SEALED
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

Upon consideration of Plaintiffs' Motion to File Documents Under Seal, and all of the papers submitted in support thereof, Plaintiffs' request to file documents under seal is GRANTED.

1. It is hereby ORDERED that Plaintiffs be permitted to file the following document under seal and that the following document remain under seal until the conclusion of the case:

(1) Plaintiffs' Motion in Limine and Memorandum of Law to Preclude Defendants From Entering Into Evidence Deposition Testimony of Rumen Stoyanov and Atanas Vangelov;

(2) Warner Bros. Entertainment Inc.'s Motion in Limine and Memorandum of Law to Exclude Evidence of Warner's August 2011 Audits and its Anti-Piracy System for the Purpose of Showing Warner's Culpability;

(3) Plaintiffs' Motion in Limine and Memorandum of Law to Preclude Evidence and Argument Regarding "Perjury" in Connection with Counterclaim;

(4) Declaration of Luke C. Platzer in Support of Plaintiffs' Motions in Limine; and

(5) Plaintiffs' Notice of Filing Declaration of Luke C. Platzer in Support of Plaintiffs' Motions in Limine.

IT IS SO ORDERED.

Dated _____, 2013.

_____
United States District Court Judge