☐ SEALED
☐ NOT SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PRECLUDE DEFENDANTS FROM ENTERING INTO EVIDENCE DEPOSITION TESTIMONY OF RUMEN STOYANOV AND ATANAS VANGELOV

THIS CAUSE came before the court on Plaintiffs' Motion to Preclude Defendants From Entering Into Evidence Deposition Testimony of Rumen Stoyanov and Atanas Vangelov. This Court has considered Plaintiffs' Motion and being otherwise duly advised, it is hereby:

ORDERED AND ADJUDGED that, pursuant to Fed. R. Evid. 804, Plaintiffs' Motion to Preclude Defendants From Entering Into Evidence Deposition Testimony of Rumen Stoyanov and Atanas Vangelov is hereby GRANTED. It is therefore ordered that:

(1) Defendants Hotfile Corp. and Anton Titov are precluded from submitting into evidence portions of the depositions of Rumen Stoyanov and Atanas Vangelov in support of their case in lieu of calling them as witnesses at trial.

IT IS SO ORDERED.

Dated _____, 2013.

                                                        Kathleen M. Williams
                                                        United States District Judge

cc: All Counsel of Record