☐ SEALED

☐ NOT SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

Plaintiffs,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

Defendants.
_____/

HOTFILE CORP.,

Counterclaimant,

v.

WARNER BROS. ENTERTAINMENT INC.,

Counterdefendant.
_____/

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF WARNER'S AUGUST 2011 AUDITS OF ITS ANTI-PIRACY SYSTEM FOR THE PURPOSE OF SHOWING WARNER'S CULPABILITY

THIS CAUSE came before the court on Plaintiffs' Motion in Limine to Exclude Evidence of Warner's August 2011 Audits for the Purpose of Showing Warner's Culpability.

This Court has considered Plaintiffs' Motion and being otherwise duly advised, it is hereby:

ORDERED AND ADJUDGED that Plaintiffs' Motion to Exclude Evidence of Warner's August 2011 Audits for the Purpose of Showing Warner's Culpability is hereby GRANTED. It is therefore ordered that:

(1) Defendants may not introduce evidence of Warner's August 2011 audits of its anti-piracy system for the purpose of showing Warner's knowledge of errors at the time it sent takedown notices to Hotfile for the files at issue, or to otherwise show that Warner was culpable in sending those takedown notices.

IT IS SO ORDERED.

Dated _____, 2013.

                                                                                  Kathleen M. Williams
                                                                                  United States District Judge

cc: All Counsel of Record