___ SEALED

___ NOT SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE EVIDENCE AND ARGUMENT REGARDING "PERJURY" IN CONNECTION WITH COUNTERCLAIM

THIS CAUSE came before the court on Plaintiffs' Motion in Limine to Preclude Evidence and Argument Regarding "Perjury" in Connection with Counterclaim. This Court has considered Plaintiffs' Motion and being otherwise duly advised, it is hereby:

ORDERED AND ADJUDGED that Plaintiffs' Motion in Limine to Preclude Evidence and Argument Regarding "Perjury" in Connection with Counterclaim is hereby GRANTED. It is therefore ordered that:

(1) Any evidence or argument by Hotfile Corp. that Warner submitted "perjury" in connection with its takedown notices is hereby excluded.

IT IS SO ORDERED.

Dated _____, 2013.

                                                                                                 _____
                                                                                                  Kathleen M. Williams
                                                                                                  United States District Judge

cc: All Counsel of Record