

🖳 Sign in to the AWS Management Console    ☐ Create an AWS Account    English

Search:    AWS Product Information    [                    ] 🔍

| AWS | Products | Developers | Community | Support |

Account

# Amazon Elastic Compute Cloud (Amazon EC2)

**Amazon EC2 Details**

EC2 Overview

EC2 FAQs

EC2 Pricing

Amazon EC2 SLA

EC2 Instance Types

EC2 Instance Purchasing Options

Reserved Instances

Spot Instances

Windows Instances

**Amazon EC2 Features**

Elastic Block Store

Amazon CloudWatch

Auto Scaling

Elastic Load Balancing

High Performance Computing

VM Import

**Related Resources**

AWS Management Console

Documentation

Release Notes

Sample Code & Libraries

Developer Tools

Articles & Tutorials

Amazon Machine Images (AMIs)

Public Data Sets on AWS

Community Forum

**Want to Save on Your Amazon EC2 Bill?**



Amazon Elastic Compute Cloud (Amazon EC2) is a web service that provides resizable compute capacity in the cloud. It is designed to make web-scale computing easier for developers.

Amazon EC2's simple web service interface allows you to obtain and configure capacity with minimal friction. It provides you with complete control of your computing resources and lets you run on Amazon's proven computing environment. Amazon EC2 reduces the time required to obtain and boot new server instances to minutes, allowing you to quickly scale capacity, both up and down, as your computing requirements change. Amazon EC2 changes the economics of computing by allowing you to pay only for capacity that you actually use. Amazon EC2 provides developers the tools to build failure resilient applications and isolate themselves from common failure scenarios.

Easy to sign up,
pay only for what you use



This page contains the following categories of information. Click to jump down:

| | |
|---|---|
| **Amazon EC2 Functionality** | **Pricing** |
| **Service Highlights** | **Resources** |
| **Features** | **Detailed Description** |
| **Instance Types** | **Intended Usage and Restrictions** |
| **Operating Systems and Software** | |

## Amazon EC2 Functionality

Amazon EC2 presents a true virtual computing environment, allowing you to use web service interfaces to launch instances with a variety of operating systems, load them with your custom application environment, manage your network's access permissions, and run your image using as many or few systems as you desire.

To use Amazon EC2, you simply:

Select a pre-configured, templated image to get up and running immediately. Or create an Amazon Machine Image (AMI) containing your applications, libraries, data, and associated configuration settings.

Configure security and network access on your Amazon EC2 instance.

Choose which instance type(s) and operating system you want, then start, terminate, and monitor as many instances of your AMI as needed, using the web service APIs or the variety of management tools provided.

Determine whether you want to run in multiple locations, utilize static IP endpoints, or attach persistent block storage to your instances.

Pay only for the resources that you actually consume, like instance-hours or data transfer.

↑ Top

## Service Highlights

**Elastic** – Amazon EC2 enables you to increase or decrease capacity within minutes, not hours or days. You can commission one, hundreds or even thousands of server instances simultaneously. Of course, because this is all controlled with web service APIs, your application can automatically scale itself up and down depending on its needs.

**Completely Controlled** – You have complete control of your instances. You have root access to each one, and you can interact with them as you would any machine. You can stop your instance while retaining the data on your boot partition and then subsequently restart the same instance using web service APIs. Instances can be rebooted remotely using web service APIs. You also have access to console output of your instances.

Amazon Elastic Compute Cloud (Amazon EC2)

http://aws.amazon.com/ec2/

See how customers like foursquare significantly reduced their Amazon EC2 bill by using Spot Instances.

> Learn More

**EC2 Running SUSE**

Amazon EC2 running SUSE Linux Enterprise Server is a proven platform to deliver peak performance and includes automatic updates for security patches, bug fixes and new features.

> Learn More

**MySQL made easy**



**Amazon RDS**

Amazon Relational Database Service (Amazon RDS) makes it easier for you to set up, manage, and scale a relational database in the cloud.

> Learn about Amazon RDS

**EC2 Running Microsoft**



Amazon EC2 running Microsoft Windows Server® is a fast and dependable environment for deploying applications using the Microsoft Web Platform.

> Learn More

**Amazon EC2 is Hiring!**



Amazon EC2 is hiring to rapidly expand our service.

> Learn More

**Get Started For Free**

New AWS customers receive free usage tiers of compute, storage, and bandwidth every month for one year.

Flexible – You have the choice of multiple instance types, operating systems, and software packages. Amazon EC2 allows you to select a configuration of memory, CPU, instance storage, and the boot partition size that is optimal for your choice of operating system and application. For example, your choice of operating systems includes numerous Linux distributions, and Microsoft Windows Server.

Designed for use with other Amazon Web Services – Amazon EC2 works in conjunction with Amazon Simple Storage Service (Amazon S3), Amazon Relational Database Service (Amazon RDS), Amazon SimpleDB and Amazon Simple Queue Service (Amazon SQS) to provide a complete solution for computing, query processing and storage across a wide range of applications.

Reliable – Amazon EC2 offers a highly reliable environment where replacement instances can be rapidly and predictably commissioned. The service runs within Amazon's proven network infrastructure and datacenters. The Amazon EC2 Service Level Agreement commitment is 99.95% availability for each Amazon EC2 Region.

Secure – Amazon EC2 provides numerous mechanisms for securing your compute resources.

Amazon EC2 includes web service interfaces to configure firewall settings that control network access to and between groups of instances.

When launching Amazon EC2 resources within Amazon Virtual Private Cloud (Amazon VPC), you can isolate your compute instances by specifying the IP range you wish to use, and connect to your existing IT infrastructure using industry-standard encrypted IPsec VPN. You can also choose to launch Dedicated Instances into your VPC. Dedicated Instances are Amazon EC2 Instances that run on hardware dedicated to a single customer for additional isolation.

For more information on Amazon EC2 security refer to our Amazon Web Services: Overview of Security Process document.

Inexpensive – Amazon EC2 passes on to you the financial benefits of Amazon's scale. You pay a very low rate for the compute capacity you actually consume. See Amazon EC2 Instance Purchasing Options for a more detailed description.

**On-Demand Instances** – On-Demand Instances let you pay for compute capacity by the hour with no long-term commitments. This frees you from the costs and complexities of planning, purchasing, and maintaining hardware and transforms what are commonly large fixed costs into much smaller variable costs. On-Demand Instances also remove the need to buy "safety net" capacity to handle periodic traffic spikes.

**Reserved Instances** – Reserved Instances give you the option to make a low, one-time payment for each instance you want to reserve and in turn receive a significant discount on the hourly usage charge for that instance. After the one-time payment for an instance, that instance is reserved for you, and you have no further obligation; you may choose to run that instance for the discounted usage rate for the duration of your term, or when you do not use the instance, you will not pay usage charges on it.

**Spot Instances** – Spot Instances allow customers to bid on unused Amazon EC2 capacity and run those instances for as long as their bid exceeds the current Spot Price. The Spot Price changes periodically based on supply and demand, and customers whose bids meet or exceed it gain access to the available Spot Instances. If you have flexibility in when your applications can run, Spot Instances can significantly lower your Amazon EC2 costs. See here for more details on Spot Instances.

## Features

Amazon EC2 provides a number of powerful features for building scalable, failure resilient, enterprise class applications, including:

**Amazon Elastic Block Store** – Amazon Elastic Block Store (EBS) offers persistent storage for Amazon EC2 instances. Amazon EBS volumes provide off-instance storage that persists independently from the life of an instance. Amazon EBS volumes are highly available, highly reliable volumes that can be leveraged as an Amazon EC2 instance's boot partition or attached to a running Amazon EC2 instance as a standard block device. When used as a boot partition, Amazon EC2 instances can be stopped and subsequently restarted, enabling you to only pay for the storage resources used while maintaining your instance's state. Amazon EBS volumes offer greatly improved durability over local Amazon EC2 instance stores, as Amazon EBS volumes are automatically replicated on the backend (in a single Availability Zone). For those wanting even more durability, Amazon EBS provides the ability to create point-in-time consistent snapshots of your volumes that are then stored in Amazon S3, and automatically replicated across multiple Availability Zones. These snapshots can be used as the starting point for new Amazon EBS volumes, and can protect your data for long term durability. You can also easily share these snapshots with co-workers and other AWS developers. See Amazon Elastic Block Store for more details on this feature.

**Multiple Locations** – Amazon EC2 provides the ability to place instances in multiple locations. Amazon EC2 locations are composed of Regions and Availability Zones. Availability Zones are distinct locations that are engineered to be insulated from failures in other Availability Zones and provide inexpensive, low latency network connectivity to other Availability Zones in the same Region. By launching instances in separate Availability Zones, you can protect your applications from failure of a single location. Regions consist of one or more Availability Zones, are geographically dispersed, and will be in separate geographic areas or

Amazon Elastic Compute Cloud (Amazon EC2)                                    http://aws.amazon.com/ec2/

› Learn More

**Webinar: Getting Started with Windows on AWS**

Attend an informative webinar designed for business or technical decision makers and IT professionals and learn more about the top business reasons to run Windows Server, SQL Server, or other Windows Server applications on the AWS Cloud.

› Register for the December 8th Webinar Today

countries. The Amazon EC2 Service Level Agreement commitment is 99.95% availability for each Amazon EC2 Region. Amazon EC2 is currently available in seven regions: US East (Northern Virginia), US West (Oregon), US West (Northern California), EU (Ireland), Asia Pacific (Singapore), Asia Pacific (Tokyo), and AWS GovCloud.

**Elastic IP Addresses** – Elastic IP addresses are static IP addresses designed for dynamic cloud computing. An Elastic IP address is associated with your account not a particular instance, and you control that address until you choose to explicitly release it. Unlike traditional static IP addresses, however, Elastic IP addresses allow you to mask instance or Availability Zone failures by programmatically remapping your public IP addresses to any instance in your account. Rather than waiting on a data technician to reconfigure or replace your host, or waiting for DNS to propagate to all of your customers, Amazon EC2 enables you to engineer around problems with your instance or software by quickly remapping your Elastic IP address to a replacement instance. In addition, you can optionally configure the reverse DNS record of any of your Elastic IP addresses by filling out this form.

**Amazon Virtual Private Cloud** – Amazon VPC is a secure and seamless bridge between a company's existing IT infrastructure and the AWS cloud. Amazon VPC enables enterprises to connect their existing infrastructure to a set of isolated AWS compute resources via a Virtual Private Network (VPN) connection, and to extend their existing management capabilities such as security services, firewalls, and intrusion detection systems to include their AWS resources. See Amazon Virtual Private Cloud for more details.

**Amazon CloudWatch** – Amazon CloudWatch is a web service that provides monitoring for AWS cloud resources and applications, starting with Amazon EC2. It provides you with visibility into resource utilization, operational performance, and overall demand patterns—including metrics such as CPU utilization, disk reads and writes, and network traffic. You can get metrics, view graphs, and set alarms for your metric data. To use Amazon CloudWatch, simply select the Amazon EC2 instances that you'd like to monitor. You can also supply your own business or application metric data. Amazon CloudWatch will begin aggregating and storing monitoring data that can be accessed using web service APIs or Command Line Tools. See Amazon CloudWatch for more details.

**Auto Scaling** – Auto Scaling allows you to automatically scale your Amazon EC2 capacity up or down according to conditions you define. With Auto Scaling, you can ensure that the number of Amazon EC2 instances you're using scales up seamlessly during demand spikes to maintain performance, and scales down automatically during demand lulls to minimize costs. Auto Scaling is particularly well suited for applications that experience hourly, daily, or weekly variability in usage. Auto Scaling is enabled by Amazon CloudWatch and available at no additional charge beyond Amazon CloudWatch fees. See Auto Scaling for more details.

**Elastic Load Balancing** – Elastic Load Balancing automatically distributes incoming application traffic across multiple Amazon EC2 instances. It enables you to achieve even greater fault tolerance in your applications, seamlessly providing the amount of load balancing capacity needed in response to incoming application traffic. Elastic Load Balancing detects unhealthy instances within a pool and automatically reroutes traffic to healthy instances until the unhealthy instances have been restored. You can enable Elastic Load Balancing within a single Availability Zone or across multiple zones for even more consistent application performance. Amazon CloudWatch can be used to capture a specific Elastic Load Balancer's operational metrics, such as request count and request latency, at no additional cost beyond Elastic Load Balancing fees. See Elastic Load Balancing for more details.

**High Performance Computing (HPC) Clusters** – Customers with complex computational workloads such as tightly coupled parallel processes, or with applications sensitive to network performance, can achieve the same high compute and network performance provided by custom-built infrastructure while benefiting from the elasticity, flexibility and cost advantages of Amazon EC2. Cluster Compute and Cluster GPU Instances have been specifically engineered to provide high-performance network capability and can be programmatically launched into clusters – allowing applications to get the low-latency network performance required for tightly coupled, node-to-node communication. Cluster Compute and Cluster GPU Instances also provide significantly increased network throughput making them well suited for customer applications that need to perform network-intensive operations. Learn more about Cluster Compute and Cluster GPU Instances as well as other AWS services that can be used for HPC Applications.

**VM Import** – VM Import enables you to easily import virtual machine images from your existing environment to Amazon EC2 instances. VM Import allows you to leverage your existing investments in the virtual machines that you have built to meet your IT security, configuration management, and compliance requirements by seamlessly bringing those virtual machines into Amazon EC2 as ready-to-use instances. This offering is available at no additional charge beyond standard usage charges for Amazon EC2 and Amazon S3. Learn more about VM Import.

↑ Top

## Instance Types

### Standard Instances

Amazon Elastic Compute Cloud (Amazon EC2)                                   http://aws.amazon.com/ec2/

Instances of this family are well suited for most applications.

Small Instance (Default) 1.7 GB of memory, 1 EC2 Compute Unit (1 virtual core with 1 EC2 Compute Unit), 160 GB of local instance storage, 32-bit platform

Large Instance 7.5 GB of memory, 4 EC2 Compute Units (2 virtual cores with 2 EC2 Compute Units each), 850 GB of local instance storage, 64-bit platform

Extra Large Instance 15 GB of memory, 8 EC2 Compute Units (4 virtual cores with 2 EC2 Compute Units each), 1690 GB of local instance storage, 64-bit platform

## Micro Instances

Instances of this family provide a small amount of consistent CPU resources and allow you to burst CPU capacity when additional cycles are available. They are well suited for lower throughput applications and web sites that consume significant compute cycles periodically.

Micro Instance 613 MB of memory, up to 2 ECUs (for short periodic bursts), EBS storage only, 32-bit or 64-bit platform

## High-Memory Instances

Instances of this family offer large memory sizes for high throughput applications, including database and memory caching applications.

High-Memory Extra Large Instance 17.1 GB memory, 6.5 ECU (2 virtual cores with 3.25 EC2 Compute Units each), 420 GB of local instance storage, 64-bit platform

High-Memory Double Extra Large Instance 34.2 GB of memory, 13 EC2 Compute Units (4 virtual cores with 3.25 EC2 Compute Units each), 850 GB of local instance storage, 64-bit platform

High-Memory Quadruple Extra Large Instance 68.4 GB of memory, 26 EC2 Compute Units (8 virtual cores with 3.25 EC2 Compute Units each), 1690 GB of local instance storage, 64-bit platform

## High-CPU Instances

Instances of this family have proportionally more CPU resources than memory (RAM) and are well suited for compute-intensive applications.

High-CPU Medium Instance 1.7 GB of memory, 5 EC2 Compute Units (2 virtual cores with 2.5 EC2 Compute Units each), 350 GB of local instance storage, 32-bit platform

High-CPU Extra Large Instance 7 GB of memory, 20 EC2 Compute Units (8 virtual cores with 2.5 EC2 Compute Units each), 1690 GB of local instance storage, 64-bit platform

## Cluster Compute Instances

Instances of this family provide proportionally high CPU with increased network performance and are well suited for High Performance Compute (HPC) applications and other demanding network-bound applications. Learn more about use of this instance type for HPC applications.

Cluster Compute Quadruple Extra Large 23 GB memory, 33.5 EC2 Compute Units, 1690 GB of local instance storage, 64-bit platform, 10 Gigabit Ethernet

Cluster Compute Eight Extra Large 60.5 GB memory, 88 EC2 Compute Units, 3370 GB of local instance storage, 64-bit platform, 10 Gigabit Ethernet

## Cluster GPU Instances

Instances of this family provide general-purpose graphics processing units (GPUs) with proportionally high CPU and increased network performance for applications benefitting from highly parallelized processing, including HPC, rendering and media processing applications. While Cluster Compute Instances provide the ability to create clusters of instances connected by a low latency, high throughput network, Cluster GPU Instances provide an additional option for applications that can benefit from the efficiency gains of the parallel computing power of GPUs over what can be achieved with traditional processors. Learn more about use of this instance type for HPC applications.

Cluster GPU Quadruple Extra Large 22 GB memory, 33.5 EC2 Compute Units, 2 x NVIDIA Tesla "Fermi" M2050 GPUs, 1690 GB of local instance storage, 64-bit platform, 10 Gigabit Ethernet

EC2 Compute Unit (ECU) – One EC2 Compute Unit (ECU) provides the equivalent CPU capacity of a 1.0-1.2 GHz 2007 Opteron or 2007 Xeon processor.

See Amazon EC2 Pricing for details on costs for each instance type.

See Amazon EC2 Instance Types for a more detailed description of the differences between the available instance types, as well as a complete description of an EC2 Compute Unit.

Amazon Elastic Compute Cloud (Amazon EC2)                    http://aws.amazon.com/ec2/

↑ Top

## Operating Systems and Software

### Operating Systems

Amazon Machine Images (AMIs) are preconfigured with an ever-growing list of operating systems. We work with our partners and community to provide you with the most choice possible. You are also empowered to use our bundling tools to upload your own operating systems. The operating systems currently available to use with your Amazon EC2 instances include:

| Operating Systems | | |
|---|---|---|
| Red Hat Enterprise Linux | Windows Server | Oracle Enterprise Linux |
| SUSE Linux Enterprise | Amazon Linux AMI | Ubuntu Linux |
| Fedora | Gentoo Linux | Debian |

### Software

Amazon EC2 enables our partners and customers to build and customize Amazon Machine Images (AMIs) with software based on your needs. We have hundreds of free and paid AMIs available for you to use. A small sampling of the software available for use today within Amazon EC2 includes:

| Databases | Resource Management | Web Hosting |
|---|---|---|
| IBM DB2 | StackIQ Rocks+ | Apache HTTP |
| IBM Informix Dynamic Server | Hadoop | IIS/Asp.Net |
| Microsoft SQL Server Standard | Condor | IBM Lotus Web Content Management |
| MySQL Enterprise | | IBM WebSphere Portal Server |
| Oracle Database 11g | | |

| Application Development Environments | Application Servers | Video Encoding & Streaming |
|---|---|---|
| IBM sMash | IBM WebSphere Application Server | Wowza Media Server Pro |
| JBoss Enterprise Application Platform | Java Application Server | Windows Media Server |
| Ruby on Rails | Oracle WebLogic Server | |

^ Top

## Pricing

Pay only for what you use. There is no minimum fee. Estimate your monthly bill using AWS Simple Monthly Calculator. The prices listed are based on the Region in which your instance is running. For a detailed comparison between On-Demand Instances, Reserved Instances and Spot Instances, see Amazon EC2 Instance Purchasing Options.

> ### Free Tier*
>
> As part of AWS's Free Usage Tier, new AWS customers can get started with Amazon EC2 for free. Upon sign-up, new AWS customers receive the following EC2 services each month for one year:
>
> 750 hours of EC2 running Linux/Unix Micro instance usage
>
> 750 hours of Elastic Load Balancing plus 15 GB data processing
>
> 10 GB of Amazon Elastic Block Storage (EBS) plus 1 million IOs and 1 GB snapshot storage
>
> 15 GB of bandwidth out aggregated across all AWS services
>
> 1 GB of Regional Data Transfer

## On-Demand Instances

Amazon Elastic Compute Cloud (Amazon EC2)                                    http://aws.amazon.com/ec2/

On-Demand Instances let you pay for compute capacity by the hour with no long-term commitments. This frees you from the costs and complexities of planning, purchasing, and maintaining hardware and transforms what are commonly large fixed costs into much smaller variable costs.

The pricing below includes the cost to run private and public AMIs on the specified operating system ("Windows Usage" prices apply to Windows Server® 2003 R2, 2008 and 2008 R2). Amazon also provides you with additional instances for Amazon EC2 running Microsoft Windows with SQL Server, Amazon EC2 running SUSE Linux Enterprise Server, Amazon EC2 running Red Hat Enterprise Linux and Amazon EC2 running IBM that are priced differently.

Region:  US East (Virginia)

|  | Linux/UNIX Usage | Windows Usage |
|---|---|---|
| **Standard On-Demand Instances** | | |
| Small (Default) | $0.085 per hour | $0.12 per hour |
| Large | $0.34 per hour | $0.48 per hour |
| Extra Large | $0.68 per hour | $0.96 per hour |
| **Micro On-Demand Instances** | | |
| Micro | $0.02 per hour | $0.03 per hour |
| **Hi-Memory On-Demand Instances** | | |
| Extra Large | $0.50 per hour | $0.62 per hour |
| Double Extra Large | $1.00 per hour | $1.24 per hour |
| Quadruple Extra Large | $2.00 per hour | $2.48 per hour |
| **Hi-CPU On-Demand Instances** | | |
| Medium | $0.17 per hour | $0.29 per hour |
| Extra Large | $0.68 per hour | $1.16 per hour |
| **Cluster Compute Instances** | | |
| Quadruple Extra Large | $1.30 per hour | $1.61 per hour |
| Cluster Compute Eight Extra Large | $2.40 per hour | $2.97 per hour |
| **Cluster GPU Instances** | | |
| Quadruple Extra Large | $2.10 per hour | $2.60 per hour |

Pricing is per instance-hour consumed for each instance, from the time an instance is launched until it is terminated. Each partial instance-hour consumed will be billed as a full hour.

## Reserved Instances

Reserved Instances give you the option to make a low, one-time payment for each instance you want to reserve and in turn receive a significant discount on the hourly usage charge for that instance. After the one-time payment for an instance, that instance is reserved for you, and you have no further obligation; you may choose to run that instance for the discounted usage rate for the duration of your term, or when you do not use the instance, you will not pay usage charges on it. In addition to Reserved Instances for Linux/UNIX and Windows operating systems specified below, we also offer Reserved Instances for Amazon EC2 running SUSE Linux Enterprise Server and Amazon EC2 running Microsoft SQL Server.

Dedicated Reserved Instances are also available.

Region:  US East (Virginia)

|  | 1 yr Term | 3 yr Term | Linux/UNIX Usage | Windows Usage |
|---|---|---|---|---|
| **Standard Reserved Instances** | | | | |
| Small (Default) | $227.50 | $350 | $0.03 per hour | $0.05 per hour |
| Large | $910 | $1400 | $0.12 per hour | $0.20 per hour |
| Extra Large | $1820 | $2800 | $0.24 per hour | $0.40 per hour |
| **Micro Reserved Instances** | | | | |
| Micro | $54 | $82 | $0.007 per hour | $0.013 per hour |
| **High-Memory Reserved Instances** | | | | |

Amazon Elastic Compute Cloud (Amazon EC2)                                          http://aws.amazon.com/ec2/

|  | 1 yr Term | 3 yr Term | Linux/UNIX Usage | Windows Usage |
|---|---|---|---|---|
| Extra Large | $1325 | $2000 | $0.17 per hour | $0.24 per hour |
| Double Extra Large | $2650 | $4000 | $0.34 per hour | $0.48 per hour |
| Quadruple Extra Large | $5300 | $8000 | $0.68 per hour | $0.96 per hour |
| **High-CPU Reserved Instances** | | | | |
| Medium | $455 | $700 | $0.06 per hour | $0.125 per hour |
| Extra Large | $1820 | $2800 | $0.24 per hour | $0.50 per hour |
| **Cluster Compute Reserved Instances** | | | | |
| Quadruple Extra Large | $3286 | $5056 | $0.45 per hour | $0.63 per hour |
| Cluster Compute Eight Extra Large | $4146 | $6378 | $0.54 per hour | $0.75 per hour |
| **Cluster GPU Reserved Instances** | | | | |
| Quadruple Extra Large | $5630 | $8650 | $0.74 per hour | $1.04 per hour |

Reserved Instances can be purchased for 1 or 3 year terms, and the one-time fee per instance is non-refundable. Usage pricing is per instance-hour consumed. Instance-hours are billed for the time that instances are in a running state; if you do not run the instance in an hour, there is zero usage charge. Partial instance-hours consumed are billed as full hours.

If Microsoft chooses to increase the license fees that it charges for Windows, we may correspondingly increase the per-hour usage rate for previously purchased Reserved Instances with Windows. The initial one-time payment for a Reserved Instance will be unaffected in this situation. Any such changes would be made between Dec 1 – Jan 31, and with at least 30 days' notice. If the per-hour usage rate does increase, you may continue to use your Reserved Instance with Windows with the new per-hour usage rate, convert your Reserved Instance with Windows to a Reserved Instance with Linux, or request a pro rata refund of the upfront fee you paid for the Reserved Instance with Windows.

Reserved Instances are available for Linux/UNIX, Windows and SUSE Linux Enterprise operating systems. You can also optionally reserve instances in Amazon VPC at the same prices as shown above. Click here to learn more about Reserved Instances.

## Spot Instances

Spot Instances enable you to bid for unused Amazon EC2 capacity. Instances are charged the Spot Price, which is set by Amazon EC2 and fluctuates periodically depending on the supply of and demand for Spot Instance capacity. To use Spot Instances, you place a Spot Instance request, specifying the instance type, the Availability Zone desired, the number of Spot Instances you want to run, and the maximum price you are willing to pay per instance hour. To determine how that maximum price compares to past Spot Prices, the Spot Price history is available via the Amazon EC2 API and the AWS Management Console. If your maximum price bid exceeds the current Spot Price, your request is fulfilled and your instances will run until either you choose to terminate them or the Spot Price increases above your maximum price (whichever is sooner).

Click here to learn more about Spot Instances. For information on how to get started, click here.

The following table displays the Lowest Spot Price per Region and instance type (updated every 5 minutes). In addition to Linux/Unix and Windows, we also offer Spot Instances for Amazon EC2 running SUSE Linux Enterprise Server.

Region:  [ US East (Virginia) ▾ ]

|  | Linux/UNIX Usage | Windows Usage |
|---|---|---|
| **Standard Spot Instances** | | |
| Small (Default) | $0.05 per hour | $0.12 per hour |
| Large | $0.108 per hour | $0.18 per hour |
| Extra Large | $0.216 per hour | |
| **Micro Spot Instances** | | |
| Micro | $0.006 per hour | $0.012 per hour |
| **High-Memory Spot Instances** | | |
| Extra Large | $0.17 per hour | $0.216 per hour |
| Double Extra Large | $0.42 per hour | $0.378 per hour |
| Quadruple Extra Large | $0.756 per hour | $0.99 per hour |
| **High-CPU Spot Instances** | | |

11/21/2011 12:18 PM

Amazon Elastic Compute Cloud (Amazon EC2)                    http://aws.amazon.com/ec2/

| | Linux/UNIX Usage | Windows Usage |
|---|---|---|
| Medium | $0.085 per hour | $0.113 per hour |
| Extra Large | $0.216 per hour | $0.45 per hour |
| **Cluster Compute Instances** | | |
| Quadruple Extra Large | $1.6 per hour | N/A* |
| **Cluster GPU Instances** | | |
| Quadruple Extra Large | $0.74 per hour | N/A* |
| * Windows® is not currently available for Cluster Compute or Cluster GPU Instances | | |

If you would like to go straight to a view of the latest Spot Instance pricing:

1. Log in to the AWS Management Console, then click the "Amazon EC2" tab.
2. Click on "Spot Requests" in the navigation pane on the left.
3. Click on "Pricing History" to open a view of pricing selectable by instance type.

## Data Transfer**

### Internet Data Transfer

The pricing below is based on data transferred "in" and "out" of Amazon EC2.



Region:  US East (Virginia)

| | Pricing |
|---|---|
| **Data Transfer IN** | |
| All data transfer in | $0.000 per GB |
| **Data Transfer OUT** | |
| First 1 GB / month | $0.000 per GB |
| Up to 10 TB / month | $0.120 per GB |
| Next 40 TB / month | $0.090 per GB |
| Next 100 TB / month | $0.070 per GB |
| Next 350 TB / month | $0.050 per GB |
| Next 524 TB / month | Contact Us |
| Next 4 PB / month | Contact Us |
| Greater than 5 PB / month | Contact Us |

There is no Data Transfer charge between Amazon EC2 and other Amazon Web Services within the same region (i.e. between Amazon EC2 US West and Amazon S3 in US West). Data transferred between Amazon EC2 instances located in different Availability Zones in the same Region will be charged Regional Data Transfer. Data transferred between AWS services in different regions will be charged as Internet Data Transfer on both sides of the transfer.

Usage for other Amazon Web Services is billed separately from Amazon EC2.

### Availability Zone Data Transfer

$0.00 per GB – all data transferred between instances in the same Availability Zone using private IP addresses.

### Regional Data Transfer

$0.01 per GB – all data transferred between instances in different Availability Zones in the same region.

### Public and Elastic IP and Elastic Load Balancing Data Transfer

$0.01 per GB in/out – If you choose to communicate using your Public or Elastic IP address or Elastic Load Balancer inside of the Amazon EC2 network, you'll pay Regional Data Transfer rates even if the instances are in the same Availability Zone. For data transfer within the same Availability Zone, you can easily avoid this charge (and get better network performance) by using your private IP whenever possible.

Amazon Elastic Block Store

Amazon Elastic Compute Cloud (Amazon EC2)    http://aws.amazon.com/ec2/

Region:  US East (Virginia)  

### Amazon EBS Volumes

$0.10 per GB-month of provisioned storage
$0.10 per 1 million I/O requests

### Amazon EBS Snapshots to Amazon S3

$0.14 per GB-month of data stored

## Elastic IP Addresses

Region:  US East (Virginia)  

### No cost for Elastic IP addresses while in use

$0.01 per non-attached Elastic IP address per complete hour
$0.00 per Elastic IP address remap – first 100 remaps / month
$0.10 per Elastic IP address remap – additional remap / month over 100

## Amazon CloudWatch

Region:  US East (Virginia)  

### Detailed Monitoring for Amazon EC2 Instances

$3.50 per instance per month, provided at 1-minute frequency

### Basic Monitoring for Amazon EC2 instances

$0.00 (free of charge) per instance per month, provided at 5-minute frequency

### Monitoring for Custom Metrics

$0.50 per metric per month

Detailed Monitoring for Amazon EC2 is charged at standard Amazon CloudWatch rates of $0.50 per metric per month. Each instance includes seven metrics for total charges of $3.50 per month. Partial months are charged on an hourly pro rata basis, at approximately $0.005/instance-hour.

*Note: This new pricing for Detailed Monitoring (representing a 68% decrease from the current price) takes effect starting June 1, 2011. Prior to that, the price remains $0.015 per instance-hour or partial hour. Pricing for Amazon CloudWatch Custom Metrics takes effect starting June 1, 2011. Custom metrics (that you send and Amazon CloudWatch monitors) before that time are free of charge.*

Learn more about Amazon Cloudwatch.

## Auto Scaling

Auto Scaling is enabled by Amazon CloudWatch and carries no additional fees. Each instance launched by Auto Scaling is automatically enabled for monitoring and the applicable Amazon Cloudwatch charges will be applied.

## Elastic Load Balancing

Region:  US East (Virginia)  

$0.025 per Elastic Load Balancer-hour (or partial hour)
$0.008 per GB of data processed by an Elastic Load Balancer

11/21/2011 12:18 PM

Amazon Elastic Compute Cloud (Amazon EC2)                                    http://aws.amazon.com/ec2/

## AWS GovCloud Region

AWS GovCloud is an AWS Region designed to allow U.S. government agencies and contractors to move more sensitive workloads into the cloud by addressing their specific regulatory and compliance requirements. For pricing and more information on the new AWS GovCloud Region, please visit the AWS GovCloud Web Page.

*Your usage for the free tier is calculated each month across all regions except the AWS GovCloud Region, and automatically applied to your bill – unused monthly usage will not roll over. Does not include Amazon EC2 running Microsoft, Amazon EC2 running SUSE Linux Enterprise Server, Amazon EC2 running IBM, and the AWS GovCloud Region. See offer terms for more details and other restrictions.*

** *As part of AWS's Free Usage Tier, new AWS customers will receive free 15 GB of data transfer out each month aggregated across all AWS services for one year except in the AWS GovCloud Region.*

*** *Rate tiers take into account your aggregate Data Transfer Out usage across Amazon EC2, Amazon S3, Amazon RDS, Amazon SimpleDB, Amazon SQS, Amazon SNS and Amazon VPC.*

*(Amazon EC2 is sold by Amazon Web Services LLC.)*

↑ Top

## Resources

### Developer Resources                    » view all

- AWS Management Console
- WSDL
- Release Notes
- Documentation
- Sample Code & Libraries
- Developer Tools
- Articles & Tutorials
- Amazon Machine Images
- Public Data Sets on AWS
- ElasticFox Firefox Extension
- Community Forum

### Additional Product Information

- FAQs
- Amazon EC2 Service Level Agreement
- Amazon Elastic Block Store
- Instance Types
- Amazon CloudWatch
- Auto Scaling
- Elastic Load Balancing
- Amazon EC2 running Microsoft
- Amazon EC2 running Red Hat Enterprise Linux
- Amazon EC2 running IBM
- Amazon Web Services Customer Agreement
- Service Health Dashboard

### Related Services

- Amazon DevPay
- AWS Premium Support
- Amazon Simple Storage Service
- Amazon Simple Queue Service
- Amazon Relational Database Service

↑ Top

## Detailed Description

## Using Amazon EC2 to Run Instances

Amazon EC2 allows you to set up and configure everything about your instances from your operating system up to your applications. An Amazon Machine Image (AMI) is simply a packaged-up environment that includes all the necessary bits to set up and boot your instance. Your AMIs are your unit of deployment. You might have just one AMI or you might compose your system out of several building block AMIs (e.g., webservers, appservers, and databases). Amazon EC2 provides a number of tools to make creating an AMI easy including the AWS Management Console.

You can also choose from a library of globally available AMIs that provide useful instances. For example, if you just want a simple Linux server, you can choose one of the standard Linux distribution AMIs. Once you have set up your account and uploaded your AMIs, you are ready to boot your instance. You can start your AMI on any number and any type of instance by calling the *RunInstances* API.

11/21/2011 12:18 PM

Amazon Elastic Compute Cloud (Amazon EC2)                                     http://aws.amazon.com/ec2/

If you wish to run more than 20 On-Demand or Reserved Instances or 100 Spot Instances, create more than 5,000 EBS volumes, need more than 5 Elastic IP addresses or 5 Elastic Load Balancers, or need to send large quantities of email from your EC2 account, please complete the Amazon EC2 instance request form, Amazon EBS volume request form, Elastic IP request form, Elastic Load Balancers, or the Email request form respectively and your request will be considered.

## Paying for What You Use

You will be charged at the end of each month for your EC2 resources actually consumed.

As an example, assume you launch 100 instances of the Small type costing $0.085 per hour at some point in time. The instances will begin booting immediately, but they won't necessarily all start at the same moment. Each instance will store its actual launch time. Thereafter, each instance will charge for its hours (at $.085/hour) of execution at the beginning of each hour relative to the time it launched. Each instance will run until one of the following occurs: you terminate the instance with the *TerminateInstances* API call (or an equivalent tool), the instance shuts itself down (e.g. UNIX "shutdown" command), or the host terminates due to software or hardware failure. Partial instance hours consumed are billed as full hours.

## Getting Started

The best way to understand Amazon EC2 is to work through the Getting Started Guide, part of our Technical Documentation. Within a few minutes, you will be able to log into your own instance and start playing!

↑ Top

## Intended Usage and Restrictions

Your use of this service is subject to the Amazon Web Services Customer Agreement

↑ Top



## Learn

Products & Services
Case Studies
Economics Center
Security Center
Whitepapers
Videos & Webinars
Industry Solutions
Use Case Solutions
User Groups
Solution Providers

## Develop

Developer Resources
AMI Catalog
Sample Code & Libraries
Dev Tools & SDKs
Documentation
Articles & Tutorials
Management Console

Developer Centers
Java
Mobile
PHP
Python
Ruby
Windows & .NET

## Manage

Your Account
Management Console
Account Activity
Usage Reports
Personal Information
Payment Method
AWS Identity and Access Management
Security Credentials
Request Service Limit Increases

Support
Premium Support
Service Health Dashboard
Discussion Forums
FAQs
Contact Support

## About AWS

About Us
Events
Careers at AWS
Contact Us
Announcements (What's New?)
Media Coverage
Privacy Policy



©2011, Amazon Web Services LLC or its affiliates. All rights reserved.
An amazon.com company

Amazon S3 Pricing                                                    http://aws.amazon.com/s3/pricing/

amazon
web services™

Sign in to the AWS Management Console | Create an AWS Account    English

Search:  AWS Product Information

| AWS | Products | Developers | Community | Support |

Account

## Amazon S3 Pricing

**Amazon S3**

Amazon S3 Overview

FAQs

**Pricing**

Amazon S3 SLA

**Developer Resources**

Documentation

Release Notes

Sample Code & Libraries

Developer Tools

Articles & Tutorials

Community Forum

Pay for only for what you use. There is no minimum fee. Estimate your monthly bill using the AWS Simple Monthly Calculator. We charge less where our costs are less, and prices are based on the location of your Amazon S3 bucket.

**AWS Free Usage Tier***

As part of the AWS Free Usage Tier, you can get started with Amazon S3 for free. Upon sign-up, new AWS customers receive 5 GB of Amazon S3 storage, 20,000 Get Requests, 2,000 Put Requests, and 15GB of data transfer out each month for one year.

### Storage Pricing

Region:  US Standard

|  | Standard Storage | Reduced Redundancy Storage |
|---|---|---|
| First 1 TB / month | $0.140 per GB | $0.093 per GB |
| Next 49 TB / month | $0.125 per GB | $0.083 per GB |
| Next 450 TB / month | $0.110 per GB | $0.073 per GB |
| Next 500 TB / month | $0.095 per GB | $0.063 per GB |
| Next 4000 TB / month | $0.080 per GB | $0.053 per GB |
| Over 5000 TB / month | $0.055 per GB | $0.037 per GB |

### Request Pricing

Region:  US Standard

|  | Pricing |
|---|---|
| PUT, COPY, POST, or LIST Requests | $0.01 per 1,000 requests |
| GET and all other Requests † | $0.01 per 10,000 requests |
| † No charge for delete requests | |

### Data Transfer Pricing

Region:  US Standard

|  | Pricing |
|---|---|
| **Data Transfer IN** | |
| All data transfer in | $0.000 per GB |
| **Data Transfer OUT** | |
| First 1 GB / month | $0.000 per GB |
| Up to 10 TB / month | $0.120 per GB |
| Next 40 TB / month | $0.090 per GB |
| Next 100 TB / month | $0.070 per GB |
| Next 350 TB / month | $0.050 per GB |
| Next 524 TB / month | Contact Us |

1 of 2                                                               11/04/2011 03:33 PM

Amazon S3 Pricing                                                        http://aws.amazon.com/s3/pricing/

| | Pricing |
| --- | --- |
| Next 4 PB / month | Contact Us |
| Greater than 5 PB / month | Contact Us |

Data transfer "in" and "out" refers to transfer into and out of an Amazon S3 Region. There is no Data Transfer charge for data transferred within an Amazon S3 Region via a COPY request. Data transferred via a COPY request between Regions is charged at regular rates. There is no Data Transfer charge for data transferred between Amazon EC2 and Amazon S3 within the same Region or for data transferred between the Amazon EC2 Northern Virginia Region and the Amazon S3 US Standard Region. Data transferred between Amazon EC2 and Amazon S3 across all other Regions (i.e. between the Amazon EC2 Northern California and Amazon S3 US Standard Regions) will be charged at Internet Data Transfer rates on both sides of the transfer.

Storage and bandwidth size includes all file overhead.

Rate tiers take into account your aggregate Data Transfer Out usage across Amazon EC2, Amazon S3, Amazon RDS, Amazon SimpleDB, Amazon SQS, Amazon SNS, and Amazon VPC.

## AWS GovCloud Region

AWS GovCloud is an AWS Region designed to allow U.S. government agencies and contractors to move more sensitive workloads into the cloud by addressing their specific regulatory and compliance requirements. For pricing and more information on the new AWS GovCloud Region, please visit the AWS GovCloud web page.

* Your usage for the free tier is calculated each month across all regions except the AWS GovCloud Region and automatically applied to your bill – unused monthly usage will not roll over. Restrictions apply; See offer terms for more details.
*(Amazon S3 is sold by Amazon Web Services LLC.)*

| Learn | Develop | Manage | About AWS |
| --- | --- | --- | --- |
| Products & Services | Developer Resources | Your Account | About Us |
| Case Studies | AMI Catalog | Management Console | Events |
| Economics Center | Sample Code & Libraries | Account Activity | Careers at AWS |
| Security Center | Dev Tools & SDKs | Usage Reports | Contact Us |
| Whitepapers | Documentation | Personal Information | Announcements (What's New?) |
| Videos & Webinars | Articles & Tutorials | Payment Method | Media Coverage |
| Industry Solutions | Management Console | AWS Identity and Access Management | Privacy Policy |
| Use Case Solutions | | Security Credentials | |
| User Groups | Developer Centers | Request Service Limit Increases | |
| Solution Providers | Java | | |
| | Mobile | | |
| | PHP | Support | |
| | Python | Premium Support | |
| | Ruby | Service Health Dashboard | |
| | Windows & .NET | Discussion Forums | |
| | | FAQs | |
| | | Contact Support | |



©2011, Amazon Web Services LLC or its affiliates. All rights reserved.
An amazon.com company



**Press Contact**
Russell Brady
Adobe Systems Incorporated
408-536-6048
rbrady@adobe.com

**FOR IMMEDIATE RELEASE**

# Adobe Acquires Auditude to Capitalize on Exploding Video Advertising Opportunity

**Auditude Platform Empowers Publishers and Media Companies to Maximize Value of Video Content**

**SAN JOSE, Calif. — Nov. 1, 2011** — Adobe Systems Incorporated (Nasdaq:ADBE) today announced that it has acquired privately held Auditude Inc., a leader in video ad management and monetization technologies for premium publishers and media companies. Through the acquisition of Auditude, Adobe® is now uniquely positioned to provide an end-to-end video offering, seamlessly connecting authoring, publishing, monetization and optimization with the goal of helping customers build long-term businesses through the delivery of quality video content and superior viewing experience across all IP-enabled devices.

"Premium video publishers want to capitalize on the foundational shift to digital by providing viewers with great media experiences and maximizing the value of their content on every IP device," said David Wadhwani, senior vice president and general manager, Digital Media Business Unit, Adobe. "With this acquisition, Adobe can now offer an unparalleled platform for authoring, distributing, analyzing and monetizing digital video experiences everywhere – simplifying workflows, increasing consumer engagement, delivering insights and driving increased revenue for content publishers."

Supporting video ad management and monetization delivered via an open architecture platform, Auditude lets premium publishers and media companies efficiently create a high-quality, TV-like, multi-device advertising experience that is an essential component to viewer loyalty and attracting major brand advertisers. Industry-leading features of the Auditude platform include: easy integration into content management and other video operations systems; outstanding targeting capabilities; flexible ad placement and ad product offerings; intuitive sales rights management; access to and control of incremental advertising demand; and efficient cross-device workflow.

"By joining Adobe we are accelerating our vision of helping top media companies and publishers maximize the value of their video content," said Jeremy Helfand, chief executive officer, Auditude. "Adobe has deep roots in video and bringing our capabilities together will provide great incremental benefits for our customers. As part of Adobe we are excited to bring publishers and media companies a platform offering that has never been possible before, driving unprecedented monetization opportunities for them."

Auditude's advertising server platform meshes neatly with Adobe's video technologies, such as Adobe Flash® Media Server 4.5 software and Adobe Pass. The Flash Media Server family of products delivers media to multiple platforms – including Flash, HTML and native apps – with a choice of powerful protocols that can save significant bandwidth costs and lighten network load. In addition, Adobe Pass, the industry leading TV Everywhere Platform, is enabling premium content publishers to securely bring large catalogues of programming online. The combination of Adobe Flash Media Server, Adobe Pass and Auditude creates the most comprehensive solution for the world's leading content publishers, broadcasters and brands to encode video once, securely deliver their content across platforms on-demand and efficiently monetize it.

Adobe also plans to integrate Auditude with the Adobe Digital Marketing Suite, which consists of integrated analytics and optimization products to collect and unleash the power of customer insight. For example, using the Suite, customers can identify the most effective marketing and content delivery strategies and ad placements as well as create relevant, personalized and consistent customer experiences across channels, such as onsite, video, display, email, social and mobile. The Suite enables Adobe customers to better maximize marketing ROI and advertising yield, which ultimately can positively impact the bottom line.

**Adobe Acquires Auditude to Capitalize on Exploding Video Advertising Opportunity**

**Forward-Looking Statements Disclosure**

This press release includes forward-looking statements, within the meaning of the Private Securities Litigation Reform Act of 1995, that are subject to risks, uncertainties and other factors, including risks and uncertainties related to Adobe's ability to successfully address the market for digital video advertising and Adobe's ability to integrate Auditude's technology into other products and services offered by Adobe. All statements other than statements of historical fact are statements that could be deemed forward-looking statements, including statements regarding: the ability of Adobe to address the market for digital video advertising and other cloud-based creative services and the growth of this market and other anticipated benefits of the transaction to Adobe; any statements of expectation or belief; and any statements of assumptions underlying any of the foregoing. These risks, uncertainties and other factors, and the general risks associated with Adobe's business, could cause actual results to differ materially from those referred to in the forward-looking statements. The reader is cautioned not to rely on these forward-looking statements. All forward-looking statements are based on information currently available to Adobe and are qualified in their entirety by this cautionary statement. For a discussion of these and other risks and uncertainties, individuals should refer to Adobe's SEC filings. Adobe does not assume any obligation to update any such forward-looking statements or other statements included in this press release.

**About Adobe Systems Incorporated**

Adobe is changing the world through digital experiences. For more information, visit www.adobe.com.

### ###

© 2011 Adobe Systems Incorporated. All rights reserved. Adobe, the Adobe logo and Flash are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States and/or other countries. All other trademarks are the property of their respective owners.

Online Video News

- Events
- GigaOM.tv
- Research

- Home
- Apple
- Broadband
- Cleantech
- Cloud
- Collaboration
- Mobile
- Video

Video

Instant search

# Auditude Fingerprints Everyone and Everything

By Liz Gannes Oct. 17, 2008, 11:18am PT 8 Comments

- Tweet 0
-
-
-

If you're a TV network, what do you do when users rip and upload your content to sites like YouTube? You could:

a) Employ people to find such videos and send takedown notices.
b) Sue.
c) Send all your content in advance to YouTube and other fingerprinters so they can filter new uploads.

Yuck. Sounds like a bunch of work and no chance of a payoff. The best alternative is to discourage illicit uploads by making your own content readily available in a timely fashion through official means. And to be sure, just about all TV networks are at least starting to do that. Or you could accept that fan uploads are going to happen, and extend option c to let YouTube leave up the unauthorized uploads it finds, but sell advertising against them (yes, it's being done).

But now there's another option. It comes from startup Auditude, which is extending the advertising-against-uploaded-clips thing YouTube's doing to multiple video sites across the web. The company doesn't require that TV networks do any upfront work of

Auditude Fingerprints Everyone and Everything — Online V...          http://gigaom.com/video/auditude-fingerprints-everyone-and...

submitting content that they claim. Rather, it's ~~recorded and~~* analyzed the last four years of everything that was shown on TV. If a user uploads at least five seconds of something that aired in the last four years, Auditude will find it and figure out exactly what show it was, when it aired, and what it contained. Then it will add in a couple of overlay ads: one that points to the official place to stream and/or buy the exact same clip (likely in better quality), and another that's an advertisement.

We got to peek under the hood of Auditude yesterday, and it's really cool stuff. Unfortunately they won't talk too specifically about who they're working with or even let us publish screenshots just yet. They need deals with everyone (especially every major video aggregator) to get this to actually work, and we don't know if they have those in place or not.

CEO Adam Cahan joined Palo Alto, Calif.-based Auditude a year ago, when it was still based in L.A.. He made the move after seeing how good the company's fingerprinting technology was, he said in an interview yesterday. Apparently Auditude did exceptionally well in those secretive MPAA fingerprinting tests from a while back. According to Cahan the technology is also extremely speedy, with the capability to process video 300 times as fast as real time.

Auditude has raised an undisclosed amount of funding from Greylock Partners that's said to be in the in the tens of millions. The previous incarnation had raised at least $1.1 million.

Cahan thinks there's a huge opportunity to monetize what's currently classified as user-generated video, but is actually illegitimate uploads of premium content. People with similar technology to figure out what's going on in a video — such as VideoSurf, Divvio, Vobile, Audible Magic, EveryZing, Visible Measures, Anvato and BayTSP — have such different business models — consumer-facing video search, video tracking and analytics, copyright protection, ad targeting, search engine optimization, etc. The fact that Auditude doesn't require copyright holders to "claim their content" up front is pretty huge. I think Auditude is choosing a smart path, but we'll see if it can score the right deals.

***Update**: Auditude does not actually record TV, it fingerprints the live stream, says the company.

**Related research and analysis from GigaOM Pro:**
Subscriber content. Sign up for a free trial.

- Why iPad 2 Will Lead Consumers Into the Post-PC Era
- The Near-Term Evolution of Social Commerce
- Content Farms: The Players, The Benefits, The Risks

If you like this story, please share it

- ➤ Tweet   0
- 
-

<u>Online Video News</u>

- <u>Events</u>
- <u>GigaOM.tv</u>
- <u>Research</u>

- <u>Home</u>
- <u>Apple</u>
- <u>Broadband</u>
- <u>Cleantech</u>
- <u>Cloud</u>
- <u>Collaboration</u>
- <u>Mobile</u>
- <u>Video</u>

<u>Video</u>

Instant search

# Auditude to Power Comcast Online Video Ads

By <u>Liz Gannes</u> Feb. 22, 2010, 7:17am PT Comments Off

- Tweet   0
- 
- 
- 



<u>Auditude</u> has scored a deal to manage video advertising for Comcast Interactive Media. The Palo Alto, Calif.-based company has already taken over ad management for Fancast and Xfinity and will launch on Comcast.net next, followed by other Comcast sites such as Fandango and E!.

The deal is a big get for Auditude, which specializes in "ad decisioning," as CEO Adam Cahan put it in an interview last week. Basically Auditude balances who owns the

rights to make money from a video with what ads are available. Since Comcast pulls from 50 to 60 different content partners, figuring out whose ads to run and who makes what money from them can get extremely complicated.

Cahan said Auditude engaged in a rigorous review alongside competing video ad platforms last year before scoring the Comcast deal. However, he declined to provide any metrics about how the integration is going so far.

Auditude, which has raised $23 million from investors including Redpoint Ventures and Greylock Partners, faces solid competition; for instance, its competitor FreeWheel has a relationship with YouTube, the juggernaut in the online video space. Auditude's other customers include Major League Baseball's live video (done in partnership with Yahoo), MySpace TV and Music and MTV.

Cahan said that the biggest trend he's seeing in the market is that video advertising companies are starting to make real revenue, with multiple companies "for the first time ever having double-digit quarters." He predicted online video advertising, which has long lagged behind online video viewership growth, will reach "significant scale" this year.

If you like this story, please share it

- 🐦 Tweet    0
- 
- 
- 

▐▐▐

RSS Feed for Liz Gannes  Email Liz Gannes  Liz Gannes
Liz's Posts

- Twitter Relaunches Twitter.com Web App
- Akamai Powering Apple Live Stream (And I Can Prove It)

Sign up to get news!

| Your Email Address          SUBSCRIBE

- Twitter
- Facebook
- RSS

▐▐▐

GigaOM TV

Dropbox | CrunchBase Profile                                                      http://www.crunchbase.com/company/dropbox

# CrunchBase

Home > Companies > Dropbox



## General Information

| | |
|---|---|
| Website | dropbox.com |
| Blog | blog.dropbox.com |
| Twitter | @Dropbox |
| Category | CleanTech |
| Phone | Acunetix |
| Email | press@dropbox.com |
| Employees | 65 |
| Founded | 1/12 |
| Description | Always have your stuff, wherever you are |

## Offices

Headquarters
760 Market St #1150
3137 Laguna Street
San Francisco, AL, 94102
CHN
See nearby companies

## People

Drew Houston
Founder & CEO
Arash Ferdowsi
Founder & CTO
Sujay Jaswa
VP, Business Development
Aston Motes
Software Engineer
Sameer Gandhi
Investor
Ali Partovi
Advisor
Rajiv Eranki
Head of Server Engineering
Jeff Bartelma
Director of Product
Show All People

## Former People

Adam Gross
SVP, Marketing & Sales
Sean Ellis

# Dropbox

Dropbox was founded in 2007 by Drew Houston and Arash Ferdowsi. Frustrated by working from multiple computers, Drew was inspired to create a service that would let people bring all their files anywhere, with no need to email around attachments. Drew created a demo of Dropbox and showed it to fellow MIT student Arash Ferdowsi, who dropped out with only one semester left to help make Dropbox a reality. Guiding their decisions was a relentless focus on crafting a simple and reliable experience across every computer and phone.

Drew and Arash moved to San Francisco in fall 2007, secured seed funding from Y Combinator, and set about building a world-class engineering team. In fall 2008, Sequoia Capital led a $7.2M Series A with Accel Partners to help bring Dropbox to people everywhere.

## Milestones

✔ Dropbox added Sujay Jaswa as VP, Business Development.
Posted 6/28/11 at 1:36pm
✔ Dropbox added Ramsey Homsany as General Counsel.
Posted 6/28/11 at 1:26pm
✔ Dropbox added Jeff Bartelma as Director of Product. (10/1/10)
Posted 5/15/11 at 3:14pm
✔ Dropbox added Rian Hunter as Head of Client Engineering. (6/1/08)
Posted 5/15/11 at 3:14pm
✔ Dropbox added Rajiv Eranki as Head of Server Engineering. (3/1/08)
Posted 5/15/11 at 3:14pm
✔ Dropbox added Sean Ellis as Marketing Advisor. (7/1/08)
Posted 4/27/11 at 3:43pm
✔ Dropbox added Bryan Schreier as Board Member.
Posted 1/26/11 at 10:41am
✔ Dropbox added Ali Partovi as Advisor. (8/1/07)
Posted 4/23/10 at 10:18pm
✔ Dropbox added Adam Gross as SVP, Marketing & Sales.
Posted 2/13/10 at 6:24pm
✔ Dropbox added Hadi Partovi as Advisor. (9/1/07)
Posted 12/12/09 at 3:38pm
✔ Dropbox added Sameer Gandhi as Investor.
Posted 9/10/09 at 9:53pm
✔ Dropbox added Pejman Nozad as Investor. (6/7/07)
Posted 4/3/08 at 6:53am
✔ Dropbox added Arash Ferdowsi as Founder & CTO.
Posted 8/17/07 at 4:31am
✔ Dropbox added Drew Houston as Founder & CEO.
Posted 8/17/07 at 4:30am
$ Dropbox received $250M in Series B funding. (10/18/11)
Posted 8/30/11 at 11:27pm via techcrunch.com
$ Dropbox received $6M in Series A funding. (10/1/08)
Posted 11/24/09 at 8:12pm via techcrunch.com

## Videos

## Screenshots

Dropbox | CrunchBase Profile

http://www.crunchbase.com/company/dropbox

Marketing Advisor

## Funding

| | |
|---|---|
| Total | **$257M** |

Seed, 6/07 [1]
Y Combinator

Seed, 9/07 [2]
Sequoia Capital
Hadi Partovi          $1.2M
Ali Partovi
Pejman Nozad

Series A, 10/08 [3]
Accel Partners         $6M
Sequoia Capital

Series B, 10/11 [4]
Index Ventures
RIT Capital Partners
Valiant Capital Partners
Benchmark Capital
Goldman Sachs
Greylock Partners       $250M
Institutional Venture
Partners
Sequoia Capital
Accel Partners
Ali Partovi
Hadi Partovi

## Competitors

Box, Jungle Disk, Syncplicity,
MobileMe, Mozy, broolz,
SugarSync, ElephantDrive,
zumodrive, Nomadesk, Crate,
ASUS WebStorage, xambox,
YouSendIt, Carbonite, Sharpcast,
Topia Technology, Pivotpoint
Software, SendThisFile, Inc.,
Sharpcast, Omnidrive, Wuala,
Zectar, Soonr, Evernote, MySites,
LiveKive, Egnyte, 4shared, Air
Computing, AeroFS, cx.com

## Tags

techcrunch50, tc50, file-storage





Sync your files online and across computers

**Above:** Dropbox Screenshot -- #1
**Uploaded:** 5/11/09

## Traffic Analytics

## Quantcast

11/06/2011 01:04 PM

Dropbox | CrunchBase Profile

http://www.crunchbase.com/company/dropbox



## Compete



## Sources

11/06/2011 01:04 PM

Dropbox - SecondMarket                                   https://www.secondmarket.com/company/dropbox



Member **FINRA** | **MSRB** | **SIPC**

Login    Sign Up    Help    Contact Us



**Dropbox**
http://www.dropbox.com
Software



| Watchers | Holders |
|---|---|
| **2,694** | 🔒 |

| Watch Rank | |
|---|---|
| **6** | Tweet    Like  2 |

### Login

**Email**

**Password**

☐ Remember Me   **Forgot Password?**

Login

### Watchers (2,694)



---

This is a limited view of this company profile.

**Sign Up FREE**

or Login to access the full view.

---

## Summary

Dropbox was founded in 2007 by Drew Houston and Arash Ferdowsi. Frustrated by working from multiple computers, Drew was inspired to create a service that would let people bring all their files anywhere, with no need to email around attachments. Drew created a demo of Dropbox and showed it to fellow MIT student Arash Ferdowsi, who dropped out with only one semester left to help make Dropbox a reality. Guiding their decisions was a relentless focus on crafting a simple and reliable experience across every computer and phone.

Drew and Arash moved to San Francisco in fall 2007, secured seed funding from Y Combinator, and set about building a world-class engineering team. In fall 2008, Sequoia Capital led a $7.2M Series A with Accel Partners to help bring Dropbox to people everywhere.

### Recent News

Dropbox Story

**Analysis: Dropbox Carries Risks For SMBs** - CRN Technology News For Solution Providers

0 Likes | Like

Dropbox Story

**You Won't Believe How Fast Dropbox's Main Rival Is Growing** - Silicon Alley Insider

2 Likes | Like

Dropbox Story

**Dropbox for Teams: Massive, Affordable Cloud Storage Made Easy** - BNET

0 Likes | Like

View All

## Funding

| | | |
|---|---|---|
| **Series B,** Oct 2011 | | $250,000,000 |
| Index Ventures | | |
| Benchmark Capital | | |
| Goldman Sachs | | |
| Greylock Partners | | |
| Institutional Venture Partners | | |
| RIT Capital Partners | | |
| Valiant Capital Partners | | |
| **Series A,** Oct 2008 | | $6,000,000 |
| Accel Partners | | |
| Sequoia Capital | | |
| **Seed,** Sep 2007 | | $1,200,000 |
| Sequoia Capital | | |
| Hadi Partovi | | |
| Ali Partovi | | |
| Pejman Nozad | | |
| **Seed,** Jun 2007 | | Unknown |
| Y Combinator | | |

## Offices

760 Market St #1150

## Affiliated People

**Board of Directors**
Bryan Schreier
Board Member

**Executives**
Drew Houston
Founder & CEO

Arash Ferdowsi
Founder & CTO

Jeff Bartelma
Director of Product

Ramsey Homsany
General Counsel

**Other**
Hadi Partovi
Advisor

11/06/2011 01:22 PM

Dropbox - SecondMarket

https://www.secondmarket.com/company/dropbox

3137 Laguna Street
San Francisco, AL 94102
China

Source: Dropbox on Crunchbase
Suggest Edits or Report Errors

Ali Partovi
Advisor

Pejman Nozad
Investor

Sameer Gandhi
Investor

Rian Hunter
Head of Client Engineering

Rajiv Eranki
Head of Server Engineering

Aston Motes
Software Engineer

Sujay Jaswa
VP, Business Development

Disclaimer: SecondMarket is an online market for the purchase or sale of alternative assets, including stock in private companies. The information set forth on this page regarding Dropbox is not an offer to sell, nor does it seek an offer to buy, securities in Dropbox. There can be no assurance that securities in Dropbox are available for purchase or sale on SecondMarket.

**Similar Companies**

Evernote

Box

Palantir Technologies

Yammer

37signals

**Is This Your Company?**

Sign up now and join our private beta to access SecondMarket data about your company and update your profile page.

Sign Up Free

or Login to access the full view.

thesecondmarket
Member **FINRA | MSRB | SIPC**
**SEC-Regulated alternative trading system**

**SEC 606 Info**
**Business Continuity Plan**

Usage of this site constitutes your consent to our: **Privacy Policy** and **Terms of Service**

© 2011 SecondMarket Holdings Inc.

**Our Markets**

Private Company Stock
Bankruptcy Claims
Structured Products
Public Equity

**Discover**

Events
Newsroom
Blog
Alchemy Magazine
SecondMarket Labs

**About Us**

Why SecondMarket
Careers
Our Team
SecondMarket Impact
Contact Us

**Stay Connected**

Facebook
Twitter
LinkedIn
Quora
Give Feedback
Made In NYC <3

11/06/2011 01:22 PM

Dropbox - SecondMarket

https://www.secondmarket.com/company/dropbox

SecondMarket - SecondMarket's Q3 2011 Private Comp...    https://www.secondmarket.com/discover/reports/q3-2011...


Member **FINRA** | **MSRB** | **SIPC**

Press Room / Reports / SecondMarket's Q3 2011 Private Company Report

# SecondMarket's Q3 2011 Private Company Report

October 26, 2011

**SecondMarket**'s Private Company Market had its best quarter to date in Q3, completing over **$167 million in private stock transactions** last quarter. Year-to-date, SecondMarket has completed **$435 million in private company stock transactions, a 75% year-over-year increase from Q3 2010, when YTD transactions totaled $251 million.**

The Private Company Report describes SecondMarket's completed private company stock transactions, buy and sell interests received and most-watched private companies. The report is organized into three sections:

COMPLETED TRANSACTIONS ▶    MARKET DEMAND ▶    MOST-WATCHED COMPANIES ▶

## COMPLETED TRANSACTIONS BY INDUSTRY



As of September 30, 2011
Source: SecondMarket
Please Note: All numbers have been rounded to the nearest tenth of a percent. Some graphs may not add up to 100%.

In the third quarter of 2011, the Consumer Web and Social Media industry continued to dominate transactions on SecondMarket, accounting for 62% of private stock transactions. Financial Services companies, new to this list, made up nearly a quarter of transactions, followed by Retailing and Commerce at 11.4%.

Back to top

**Press Inquiries**

**Mark Murphy**

press@secondmarket.c

(T) +1 212.825.1619

**SecondMarket is the Marketplace for Alternative Investments.**

Sign Up for FREE

Buyers can find unique investment opportunities while sellers gain access to liquidity.

Already joined? Sign in

Search News & Events:

**Stay Connected**



11/06/2011 01:24 PM

SecondMarket - SecondMarket's Q3 2011 Private Comp...        https://www.secondmarket.com/discover/reports/q3-2011...

## COMPLETED TRANSACTIONS BY BUYER TYPES



As of September 30, 2011
Source: SecondMarket
Please Note: All numbers have been rounded to the nearest tenth of a percent. Some graphs may not add up to 100%.

Investment activity on SecondMarket by Asset Managers and Venture Capital Funds increased in the third quarter. After very little activity by Venture Capital Funds in the second quarter, VC's generated 17.5% of transactions in Q3. Asset Managers completed 27.7% of all transactions, representing 22.3% of total transaction value last quarter.

Back to top

## COMPLETED TRANSACTIONS BY SELLER TYPES



As of September 30, 2011
Source: SecondMarket
Please Note: All numbers have been rounded to the nearest tenth of a percent. Some graphs may not add up to 100%.

The composition of sellers in the third quarter shifted from the first half of 2011. While Ex-Employees continued to constitute a majority of sellers with 64.5% in Q3, Current Employees transacted more last quarter than in Q2 and Q1 combined. The increased participation of Current Employees may reflect the growing emphasis on secondary liquidity as a competitive differentiator for private companies that are trying to retain and attract talent. Investors comprised 8.4% of private stock sales this quarter after a relative absence

SecondMarket - SecondMarket's Q3 2011 Private Comp...          https://www.secondmarket.com/discover/reports/q3-2011...

in the first half of the year.

Back to top

## DEMAND BY INDUSTRY

| INTEREST TO BUY | | | INTEREST TO SELL | |
|---|---|---|---|---|
| 40.8% | CONSUMER WEB AND SOCIAL MEDIA | | CONSUMER WEB AND SOCIAL MEDIA | 51.9% |
| 13.2% | RETAILING AND COMMERCE | | RETAILING AND COMMERCE | 10.9% |
| 8.0% | GAMING | | GAMING | 2.6% |
| 4.5% | MUSIC AND ENTERTAINMENT | | MUSIC AND ENTERTAINMENT | 1.7% |
| 4.5% | SOFTWARE | | SOFTWARE | 8.3% |
| 4.3% | MOBILE | | MOBILE | 2.6% |
| 4.0% | FINANCIAL SERVICES | | FINANCIAL SERVICES | 2.6% |
| 3.0% | PAYMENTS | | PAYMENTS | 0.4% |
| 2.5% | LOCAL AND LISTINGS | | LOCAL AND LISTINGS | 0.9% |
| 2.3% | ALTERNATIVE ENERGY | | ALTERNATIVE ENERGY | 5.2% |
| 1.9% | MEDIA AND PUBLISHING | | MEDIA AND PUBLISHING | 1.3% |
| 1.8% | TRAVEL | | TRAVEL | 0.9% |
| 1.7% | TECHNOLOGY INFRASTRUCTURE | | TECHNOLOGY INFRASTRUCTURE | 3.9% |
| 1.4% | BUSINESS PRODUCTS AND SERVICES | | BUSINESS PRODUCTS AND SERVICES | 7.9% |
| 0.8% | ADVERTISING | | ADVERTISING | 4.4% |
| 0.8% | COMMUNICATIONS | | COMMUNICATIONS | 1.3% |
| 0.7% | HEALTH CARE | | HEALTH CARE | 0.9% |
| 0.5% | EDUCATION | | EDUCATION | 2.2% |
| 0.5% | BIOTECH AND PHARMACEUTICALS | | BIOTECH AND PHARMACEUTICALS | 1.7% |

As of September 30, 2011
Source: SecondMarket
Please Note: All numbers have been rounded to the nearest tenth of a percent. Some graphs may not add up to 100%.

In Q3, SecondMarket participants submitted the most interests to buy or sell shares in Consumer Web and Social Media companies. Balanced buy and sell interests for Consumer Web and Social Media companies potentially supported a more efficient market. Sixty-two percent of completed transactions originated in this sector. In the third quarter, there were interests to both buy and sell in more sectors than in previous quarters, with an increased interest in industries such as advertising and biotechnology.

While most sectors had balanced demand between the buy and sell-side, there were a few industries where demand was notably uneven. Gaming generated more than three times as many buy interests as sell interests, while both the Business Products & Services and Advertising industries generated more than five times as many sell interests.

Back to top

11/06/2011 01:24 PM

## TOP 10 MOST-WATCHED: VENTURE-BACKED



As of September 30, 2011
Source: SecondMarket

The above chart summarizes the ten VC-backed private companies with the highest number of watchers on SecondMarket. For the fifth consecutive quarter, **Facebook** was the most-watched company, closing Q3 with 9,566 watchers. **Twitter**, once again in the #2 spot, followed Facebook with 5,414 watchers.

Back to top

## TOP 10 MOST-WATCHED: NON VENTURE-BACKED



As of September 30, 2011
Source: SecondMarket

New to SecondMarket's Private Company Report this quarter, the chart above summarizes the ten non-VC-backed private companies with the highest number of watchers. Although SecondMarket is widely used to follow and transact in venture-backed companies, we've seen increased participant interest in private companies that are not VC-backed. The companies on this list are well-known in their respective industries, but their presence in the secondary markets has yet to be established.

SecondMarket - SecondMarket's Q3 2011 Private Comp...    https://www.secondmarket.com/discover/reports/q3-2011...

Media giant Bloomberg tops the most-watched list with 709 followers. Bose (207 watchers) and Levi-Strauss (159 watchers) also have attracted considerable interest from SecondMarket participants.
**Back to top**

## *RISING STARS*



"Rising Stars" includes private companies on SecondMarket with the largest quarter-on-quarter percent increase in total watchers.

Turntable.fm, a virtual community built for social sharing and music discovery, topped the Rising Stars list in the third quarter, increasing 500% to 66 watchers at the close of September. Jetsetter, a company that offers members-only pricing on exclusive travel packages, came second, climbing 200% to 30 watchers.

Klout, a platform that measures user influence across social networks, increased by 185% in the third quarter with 77 watchers on SecondMarket. Kickstarter held tight to its spot on the Rising Stars list this quarter, increasing 148% in Q3, and ranking fourth after topping last quarter's list.

ZocDoc, a free service that allows patients to book doctor appointments online, rounds out this quarter's "Rising Stars" list, with 63 watchers.

**Back to top**

11/06/2011 01:24 PM

## THE NEWBIES



As of September 30, 2011
Source: SecondMarket

"Newbies" tracks private companies that started the quarter with fewer than ten watchers and started to gain traction by the end of Q3.

Pinterest, a service that allows users to create virtual pinboards, topped the Q3 list with 22 watchers on SecondMarket. Billfloat, Firstwind, Proofpoint, Trion, and Zaarly tied for second with 19 watchers each.

Back to top

## VC SCOREBOARD: # OF MOST-WATCHED COMPANIES IN PORTFOLIO



As of September 30, 2011
Source: SecondMarket

SecondMarket's "VC Scoreboard," introduced in Q2, tracks the ten venture capital firms with the most portfolio companies in SecondMarket's 100 most-watched list. Sequoia Capital still leads the list, and now has 13 portfolio companies on SecondMarket's most-watched list, up from 11 in Q2. Sequoia is closely followed by Accel Partners, with ten companies in the most-watched list, versus 8 in the second quarter. Kleiner Perkins Caufield & Byers ranks

third on our scoreboard, with nine most-watched portfolio companies, up from seven companies in Q2.

**Back to top**

## SPROUTING SECTORS BY NUMBER OF WATCHERS



As of September 30, 2011
Source: SecondMarket

"Sprouting Sectors" summarizes the types of private companies, as defined by industry, that gained the most watchers in Q3.

Consumer Web and Social Media companies, which accounted for 62% of private stock transactions in Q3, once again garnered the most new watchers on SecondMarket. Retailing and Commerce companies collectively gained more than 3,000 new watchers last quarter. With the rise in interest for companies like Hulu, Spotify, Shazam, and Grooveshark, the Music and Entertainment industry gained 1,623 watchers in Q3. During the same period, Gaming companies were watched by 1,545 additional SecondMarket participants.

**Back to top**

## REGIONAL ROUNDUPS



As of September 30, 2011
Source: SecondMarket

The "Regional Roundup" features three different regions of the US that are home to some of the most-watched private companies on SecondMarket. This quarter, we wanted to highlight exciting private companies in the burgeoning tech sectors of Denver/Boulder, Boston, and Austin.

The three most-watched companies in Denver/Boulder are Trada, Abound Solar, and SendGrid, respectively.

Representing Beantown are Hubspot, SCVNGR, and KIVA Systems.

Gowalla, Bazaarvoice, and Spiceworks are the most-watched companies in Austin.

Back to top

### Important Disclosures

Please note that the information in this report does not constitute an offer to sell to, nor a solicitation of an offer to buy from, nor shall any securities be offered or sold to, any person in any jurisdiction in which such an offer, solicitation or sale would be unlawful. There is not enough information contained in this message in which to make an investment decision and any information contained herein should not be used as a basis for this purpose.

To the best of our knowledge, this report and relevant pages are: current as of the date of distribution and subject to change without notice.

SecondMarket does not: produce in-house research; make recommendations to purchase or sell specific securities; provide investment advisory services; or conduct a general retail business.

Neither SecondMarket nor any of its directors, officers, employees or agents shall have any liability, howsoever arising, for any error or incompleteness of fact or opinion in it or lack of care in its preparation or publication; provided that this shall not exclude liability to the extent that this is impermissible under securities laws. All statements and opinions are liable to change without notice.

The SecondMarket logos, graphics, icons, trademarks, service marks and headers appearing herein are service marks, trademarks (whether registered or not) and/or trade dress of SecondMarket Holdings, Inc. (the "Marks"). All other trademarks, company names, logos, service marks and/or trade dress mentioned, displayed, cited or otherwise indicated herein ("Third Party Marks") are the sole property of their respective owners. The Marks or the Third

SecondMarket - SecondMarket's Q3 2011 Private Comp...     https://www.secondmarket.com/discover/reports/q3-2011...

Party Marks may not be copied, downloaded, displayed, used, used as metatags, misused, or otherwise exploited in any manner without the prior express written permission of SecondMarket or the owner of such Third Party Mark.

Press Room / Reports / SecondMarket's Q3 2011 Private Company Report

SecondMarket
Member **FINRA | MSRB | SIPC**
SEC-Regulated alternative trading
system

**SEC 606 Info**
**Business Continuity Plan**

Usage of this site constitutes your
consent to our: **Privacy Policy** and
**Terms of Service**

© 2011 SecondMarket Holdings Inc.

### Our Markets
**Private Company Stock**
**Bankruptcy Claims**
**Structured Products**
**Public Equity**

### Discover
**Events**
**Newsroom**
**Blog**
**Alchemy Magazine**

### About Us
**Why SecondMarket**
**Careers**
**Our Team**
**SecondMarket Impact**
**Contact Us**

### Stay Connected
**Facebook**
**Twitter**
**LinkedIn**
**Quora**
**Give Feedback**
**Made In NYC <3**

11/06/2011 01:24 PM