**Exhibit Excerpted**

**(112 pages removed)**

**FARNET: 51 Network Success Stories**



# 51 Reasons to Invest in the National Information Infrastructure

Early in 1993, the Federation of American Research Networks teamed with Interop, Inc. and the Coalition for Networked Information to collect, organize, and disseminate stories which describe the transformational potential of high performance networks such as the Internet. The goal was to document the positive affects the Internet was having upon the provision of services in education, research, manufacturing or other areas. Fifty-one of these so-called "network success stories" were published as a booklet and sent to all the members of the current U.S. Congress as well as to the Clinton Administration. All of the contributed submissions are compiled here.

## Call for Submission of Stories (March, 1993)

## Form for Submission of Stories

## Geographical Index of Stories

## Categorical Index of Stories

---

 info@farnet.org



http://old.cni.org/docs/farnet/story149.NM.html

**FARNET: 51 Network Success Stories**



# FARNET Stories Project

## 51 Reasons to Invest in the National Information Infrastructure

### story149.NM

**Submitted by:**

Marianne Granoff
Director of Operations
New Mexico Technet
4100 Osuna NE, Suite 103
Albuquerque, NM 87109 USA

v: (505) 345-6555
f: (505) 345-6559
e: granoff@technet.nm.org

**Categories:**

Education, higher; Education, continuing or distance ; Research, academic; Research, government; Research, commercial; Library; Other

**Keywords:**

Innovative or improved ways of doing things; More equitable access to technology or electronic information; Creation of new ideas, products, or services; Technology transfer; Local commitment to network-based activities; Leverage of public funding; Volunteer contributions of time and energy; Partnerships between public and private sector

**Supporting Documentation (contact author for more information):**

Software; Documentation; CD/ROM; Other

**Story Site (if other than location listed above):**

White Sands Missile Range
New Mexico

**The Story:**

THE STORY OF SIMTEL20

SIMTEL20 is well known among the Internet community as the world's largest on-line repository of freely accessible software and documentation on the Internet. What is not well known today, is how it came into being.

In 1979, CP/M (Control Program for Microcomputers) was the primary operating system on smaller (micro) computers. One summer evening back then, Frank Wancho, an employee of WSMR (White Sands Missile Range) in New Mexico, and at the time, the volunteer sponsor of the MIT (Massachusetts Institute of Technology) INFO-CPM mailing list, made a phone call from his home in El Paso, Texas to a newly published phone number for a computer bulletin board system outside Detroit, Michigan. The 2:00 am phone call was answered by the BBS operator, Keith Petersen, rather than by the computer, as expected.

Keith was, at the time, employed by the local Detroit CBS affiliate as a technical engineer, but was also an avid computer enthusiast. As a result of his computing interests, Keith had started collecting CP/M utilities, files, software, etc. from other enthusiasts and keeping them on his system. He was informally encouraging others to send him new software to add to his collection. The unusual part of this activity was that he provided a way for other users to SECURELY do this using the actual remote CP/M commands, by using multiple directories for uploading and downloading.

As a result of that phone call, Keith began to be an active contributor to the MIT INFO-CPM mailing list. This was at a time when the PDP-10 at MIT had no file transfer protocol that was compatible with CP/M. Keith used "blind uploads" via modem to send new public domain CP/M software, patches, and documentation to the MIT machine on a daily basis. The files themselves were sent directly to the MIT mailing list as messages (i.e. each person on the list received a separate copy of the file).

It soon became clear that all this traffic was straining the MIT mail delivery system. MIT agreed to set aside disk space to hold the CP/M collection, and only the announcements of the new software were sent to the mailing list. Several volunteers at MIT, notably Gail Zacharias, soon managed to write mainframe versions of the MODEM2 file transfer protocol and other CP/M utility programs for the MIT machine. These significantly improved the accuracy of the file contents that Keith uploaded.

In 1983, as availability and access to the MIT computer was removed, Frank Wancho (the System Administrator for the WSMR computer), arranged for the contents of the MIT CP/M

and the newly formed MS-DOS collections to be moved to a DECSYSTEM 20 that had excess CPU and Disk capacity at WSMR. This computer was also on the ARPANET. Because of the existing network requirements at that time, ARPANET hosts had to have 8 character names. SIMTEL20 was named for the SIMulation and TELeprocessing organization's DECSYSTEM 20 machine by a vote of the local employees at WSMR.

Along with the original CP/M and MS-DOS collections, the CP/M User's Group, SIG/M(icros), PC/Blue, Ada Software Repository, and the Unix/C collections have been added to SIMTEL20 over time. The MS-DOS collection alone contains over 9,000 ZIPped files in over 200 subject subdirectories. A full range of topics is covered, including learning aides for children, handicap aids, and the latest anti-virus checking programs. SIMTEL20 is the primary distribution center for the INFO-CPM, INFO-MICRO, INFO-IBMPC, INFO-ADA, and other mailing list digests, and hosts the archives for those lists and 20 others.

The availability of freely distributable software programs from SIMTEL20 has had a significant impact on the advancement of computer technology both within the United States, and in many foreign countries, especially those who have recently experienced freedom. Many new software authors (even some Shareware author cooperatives) have emerged from these countries - adding their own freely distributable programs to the SIMTEL20 collection.

The management and staff of SIMTEL20 (and Frank Wancho, who was the system administrator for many years), with the help of Keith Petersen and numerous supporters around the world, are proud to be active, contributing members of the Global Internet Community.

(SIMTEL20 is still owned and operated by the Unites States Army at WSMR. It is connected to the MILNET, and to the Internet through the facilities of New Mexico Technet, Inc., a private non-profit corporation, and the WESTNET Regional Network. Access to its archives is available through Technet and via anonymous FTP.)

---

 info@farnet.org



xkcd: File Transfer

http://xkcd.com/949/



- |<
- < Prev
- Random
- Next >
- >|

**Permanent link to this comic: http://xkcd.com/949/**

**Image URL (for hotlinking/embedding): http://imgs.xkcd.com /comics/file_transfer.png**

10/24/2011 02:04 PM

US008009861B2

(12) **United States Patent**
Lu et al.

(10) Patent No.: **US 8,009,861 B2**
(45) Date of Patent: **Aug. 30, 2011**

(54) **METHOD AND SYSTEM FOR FINGERPRINTING DIGITAL VIDEO OBJECT BASED ON MULTIRESOLUTION, MULTIRATE SPATIAL AND TEMPORAL SIGNATURES**

(75) Inventors: **Jian Lu**, Cupertino, CA (US); **Yangbin Wang**, Milpitas, CA (US)

(73) Assignee: **Vobile, Inc.**, Santa Clara, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1109 days.

(21) Appl. No.: **11/681,567**

(22) Filed: **Mar. 2, 2007**

(65) **Prior Publication Data**

US 2007/0253594 A1      Nov. 1, 2007

**Related U.S. Application Data**

(60) Provisional application No. 60/795,786, filed on Apr. 28, 2006.

(51) **Int. Cl.**
*G06K 9/00*      (2006.01)

(52) **U.S. Cl.** ........................................ **382/100**

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,792,226 | A | 12/1988 | Fishbine et al. | |
| 6,957,350 | B1 * | 10/2005 | Demos ...................... | 380/203 |
| 2002/0150164 | A1 * | 10/2002 | Felts et al. ............... | 375/240.19 |
| 2003/0185417 | A1 | 10/2003 | Alattar et al. | |

| | | | | |
|---|---|---|---|---|
| 2003/0202660 | A1 * | 10/2003 | Zhou et al. ................... | 380/210 |
| 2005/0175224 | A1 | 8/2005 | Venkatesan et al. | |
| 2006/0166179 | A1 * | 7/2006 | Feuer et al. ............. | 375/240.18 |
| 2007/0253594 | A1 * | 11/2007 | Lu et al. ....................... | 382/100 |
| 2008/0273741 | A1 * | 11/2008 | Fujii et al. .................. | 382/100 |

FOREIGN PATENT DOCUMENTS

| WO | WO 2005/079072 | * | 8/2005 |
|---|---|---|---|
| WO | WO 2007/127590 | A2 | 11/2007 |

OTHER PUBLICATIONS

Mohatny, S. P., "Digital Watermarking: A Tutorial Review," from Department of Computer Science, University of South Florida, prepared in 1999 at the Indian Institute of Technology, Bangalore, India.
Su et al., "Statistical invisibility for collusion-resistant digital video watermarking," *IEEE Transactions on Multimedia*, Publication Date: Feb. 2005, vol. 7, Issue (1), p. 43-51.

* cited by examiner

*Primary Examiner* — Jingge Wu
*Assistant Examiner* — Tahmina Ansari
(74) *Attorney, Agent, or Firm* — Richard T. Ogawa; Ogawa P.C.

(57)      **ABSTRACT**

A method and system for generating a fingerprint for a video object. The method includes obtaining a plurality of frames associated with a video object. Additionally, the method includes, for each of the plurality of frames, processing information associated with the plurality of frames, determining a plurality of spatial signatures for the each of the plurality of frames based on at least information associated with the each of the plurality of frames, and determining a plurality of temporal signatures for the each of the plurality of frames based on at least information associated with the plurality of frames. The plurality of spatial signatures corresponds to a plurality of resolutions respectively, and the plurality of temporal signatures corresponding to a plurality of frame rates respectively.

**31 Claims, 6 Drawing Sheets**





Figure 1:  Process of fingerprinting a Video Object



Figure 2:  Computing Spatial Signatures at multiple resolutions.  (a)  a frame is divided into 2x2 blocks; (b) a frame is divided into 4x4 blocks.



Figure 3:; Computing the Base Spatial Signature (BSS) over 2x2 blocks.  (a) the mean
pixel value of each block; (b) the ordinal rank of each block; (c) the BSS vector.

Frames in a video object



sliding window

current frame

Figure 4:  Positioning a sliding window in computing Temporal Signatures.



(a)

(b)

Figure 5: Computing the Temporal Signature over a downsampled group of frames. (a) the sum of absolute pixel difference between two consecutive frames; (b) the ordinal rank of each frame; the TS of the current frme is its ordinal rank.

600

630



Figure 6

US 8,009,861 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**METHOD AND SYSTEM FOR FINGERPRINTING DIGITAL VIDEO OBJECT BASED ON MULTIRESOLUTION, MULTIRATE SPATIAL AND TEMPORAL SIGNATURES**

CROSS-REFERENCES TO RELATED APPLICATIONS

This application claims priority to U.S. Provisional Application No. 60/795,786, filed Apr. 28, 2006, which is incorporated by reference herein.

STATEMENT AS TO RIGHTS TO INVENTIONS MADE UNDER FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Not Applicable

REFERENCE TO A "SEQUENCE LISTING," A TABLE, OR A COMPUTER PROGRAM LISTING APPENDIX SUBMITTED ON A COMPACT DISK

Not Applicable

BACKGROUND OF THE INVENTION

This invention relates to techniques for characterizing and fingerprinting digital video object. In particular, this invention relates to method and system for generating a unique and robust identifier for a digital video object based multiresolution, multirate spatial and temporal signatures.

Digital video has become very popular in the last decade. There are many sources from which digital video is created, recorded and distributed, such as DV camcorders, DVD, DVR, and video download and streaming over the Internet. A piece of digital video is called a digital video object or simply video object in this document. It may be a file that is saved on a storage media such as a hard disk drive, or a bitstream that is transmitted over a broadcast channel or over the Internet. The constantly increasing number of digital video objects and proliferation of digital video entertainment and services demand effective and efficient methods and systems for indexing and identifying digital video objects.

A common method for uniquely identifying a digital object is to pass it through a hash function that produces a fixed-length output known as hash sum or message digest. A popular hash function is MD5 that is specified by RFC 1321. While a hash sum as an identifier is useful for certain purposes such as data integrity check, it is often inadequate for content identifications. For example, a digital video object may be encoded in various formats such as MPEG4 and Windows Media, and at various bitrates such as 2 Mbps for broadcast and 700 Kbps for Internet download. The hash sum value will be different for each of these formats though the content is the same. A fingerprint of a digital video object is different from a hash sum in that the former is a unique identifier for the video content while the latter is a unique identifier for the file. Having a unique and robust fingerprint for each and every video object enables many applications, such as video content indexing, search and retrieval, content filtering, broadcast monitoring, and metadata services.

BRIEF SUMMARY OF THE INVENTION

The present invention relates in general to video signal processing. More particularly, the invention provides a method and system for characterizing a digital video object. Merely by way of example, the invention is described as it applies to obtaining spatial signatures for multiple resolutions, temporal signatures for multiple frame rates, and/or spatial-temporal signatures, but it should be recognized that the invention has a broader range of applicability.

According to an embodiment of the present invention, a method for generating a fingerprint for a video object includes obtaining a plurality of frames associated with a video object. Additionally, the method includes, for each of the plurality of frames, processing information associated with the plurality of frames, determining a plurality of spatial signatures for the each of the plurality of frames based on at least information associated with the each of the plurality of frames, and determining a plurality of temporal signatures for the each of the plurality of frames based on at least information associated with the plurality of frames. The plurality of spatial signatures corresponds to a plurality of resolutions respectively, and the plurality of temporal signatures corresponding to a plurality of frame rates respectively. Moreover, the method includes, for each of the plurality of frames, processing information associated with the plurality of spatial signatures and the plurality of temporal signatures, and determining a frame fingerprint for the each of the plurality of frames, the frame fingerprint including the plurality of spatial signatures corresponding to the plurality of resolutions respectively and the plurality of temporal signatures corresponding to the plurality of frame rates respectively. Also, the method includes processing a plurality of frame fingerprints for the plurality of frames respectively, the plurality of frame fingerprints including the frame fingerprint for the each of the plurality of frames. Additionally, the method includes determining a video fingerprint for the video object, the video fingerprint including the plurality of frame fingerprints.

According to another embodiment of the present invention, a method for generating a spatial signature for a frame of a video object includes obtaining a frame associated with a video object, and dividing the frame into a plurality of blocks, the plurality of blocks corresponding to a plurality of locations respectively. Each of the plurality of blocks includes a plurality of pixels, and the plurality of pixels corresponds to a plurality of pixel values respectively. Additionally, the method includes determining a plurality of average pixel values for the plurality of blocks respectively, processing the plurality of average pixel values, and determining a plurality of ranks for the plurality of blocks respectively based on at least information associated with the plurality of average pixel values. Each of the plurality of ranks corresponds to a block. Moreover, the method includes processing information associated with the plurality of ranks, and determining a sequence of ranks based on at least information associated with the plurality of ranks and the plurality of locations. A spatial signature for the frame includes information associated with the sequence of ranks.

According to yet another embodiment of the present invention, a method for generating a temporal signature for a frame of a video object includes obtaining a first plurality of frames associated with a video object. The first plurality of frames includes at least a frame, each of the first plurality of frames includes a first plurality of pixels and corresponds to an adjacent frame, and the adjacent frame includes a second plurality of pixels. Additionally, the method includes processing information associated with the first plurality of frames, and determining a plurality of difference values for the first plurality of frames respectively. Each of the plurality of difference values corresponds to the each of the first plurality of frames and the adjacent frame. Moreover, the method includes processing

US 8,009,861 B2

**3**

information associated with the plurality of difference values, and determining a plurality of ranks corresponding to the first plurality of frames respectively based on at least information associated with the plurality of difference values. The plurality of ranks includes a rank corresponding to the frame, and the rank is a temporal signature for the frame.

According to yet another embodiment of the present invention, a method for generating a spatial-temporal signature for a frame of a video object includes obtaining a first plurality of frames associated with a video object. The first plurality of frames includes at least a frame, and each of the first plurality of frames corresponds to an adjacent frame. Additionally, the method includes dividing each of the first plurality of frames. The divided frame includes a first plurality of blocks corresponding to a plurality of locations respectively, each of the first plurality of blocks corresponds to a second plurality of blocks including the each of the first plurality of blocks, and the second plurality of blocks is associated with blocks on the first plurality of frames respectively. Moreover, the method includes processing information associated with the first plurality of frames. Also, the method includes, for each of the first plurality of blocks, determining a plurality of difference values for the second plurality of blocks respectively. Each of the plurality of difference values is associated with the each of the second plurality of blocks and a corresponding block on the adjacent frame. Additionally, the method includes, for each of the first plurality of blocks, processing information associated with the plurality of difference values, determining a first plurality of ranks corresponding to the second plurality of blocks respectively based on at least information associated with the plurality of difference values, processing information associated with the first plurality of ranks, and determining a rank for the each of the first plurality of blocks based on at least information associated with the first plurality of ranks. Moreover, the method includes processing information associated with a second plurality of ranks corresponding to the first plurality of blocks respectively, and determining a sequence of ranks based on at least information associated with the second plurality of ranks and the plurality of locations for the first plurality of blocks. The second plurality of ranks includes the rank, and a spatial-temporal signature for the frame includes information associated with the sequence of ranks.

According to yet another embodiment of the present invention, a computer program product includes a computer readable medium including instructions for generating a fingerprint for a video object. The computer readable medium includes one or more instructions for obtaining a plurality of frames associated with a video object. Additionally, the computer readable medium includes one or more instructions for, for each of the plurality of frames, processing information associated with the plurality of frames, determining a plurality of spatial signatures for the each of the plurality of frames based on at least information associated with the each of the plurality of frames, and determining a plurality of temporal signatures for the each of the plurality of frames based on at least information associated with the plurality of frames. The plurality of spatial signatures corresponds to a plurality of resolutions respectively, and the plurality of temporal signatures corresponds to a plurality of frame rates respectively. Moreover, the one or more instructions are for, for each of the plurality of frames, processing information associated with the plurality of spatial signatures and the plurality of temporal signatures, and determining a frame fingerprint for the each of the plurality of frames. The frame fingerprint includes the plurality of spatial signatures corresponding to the plurality of resolutions respectively and the plurality of temporal sig-

**4**

natures corresponding to the plurality of frame rates respectively. Also, the computer readable medium includes one or more instructions for processing a plurality of frame fingerprints for the plurality of frames respectively, and one or more instructions for determining a video fingerprint for the video object. The plurality of frame fingerprints includes the frame fingerprint for the each of the plurality of frames, and the video fingerprint includes the plurality of frame fingerprints.

According to yet another embodiment of the present invention, a computer program product includes a computer readable medium including instructions for generating a spatial signature for a frame of a video object. The computer readable medium includes one or more instructions for obtaining a frame associated with a video object, and one or more instructions for dividing the frame into a plurality of blocks. The plurality of blocks corresponds to a plurality of locations respectively, each of the plurality of blocks includes a plurality of pixels, and the plurality of pixels corresponds to a plurality of pixel values respectively. Additionally, the computer readable medium includes one or more instructions for determining a plurality of average pixel values for the plurality of blocks respectively, one or more instructions for processing the plurality of average pixel values, and one or more instructions for determining a plurality of ranks for the plurality of blocks respectively based on at least information associated with the plurality of average pixel values, each of the plurality of ranks corresponding to a block. Moreover, the computer readable medium includes one or more instructions for processing information associated with the plurality of ranks, and one or more instructions for determining a sequence of ranks based on at least information associated with the plurality of ranks and the plurality of locations. A spatial signature for the frame includes information associated with the sequence of ranks.

According to yet another embodiment of the present invention, a computer program product includes a computer readable medium including instructions for generating a temporal signature for a frame of a video object. The computer readable medium includes one or more instructions for obtaining a first plurality of frames associated with a video object. The first plurality of frames includes at least a frame, each of the first plurality of frames includes a first plurality of pixels and corresponds to an adjacent frame, and the adjacent frame includes a second plurality of pixels. Additionally, the computer readable medium includes one or more instructions for processing information associated with the first plurality of frames, and one or more instructions for determining a plurality of difference values for the first plurality of frames respectively. Each of the plurality of difference values corresponding to the each of the first plurality of frames and the adjacent frame. Moreover, the computer readable medium includes one or more instructions for processing information associated with the plurality of difference values, and one or more instructions for determining a plurality of ranks corresponding to the first plurality of frames respectively based on at least information associated with the plurality of difference values. The plurality of ranks includes a rank corresponding to the frame, and the rank is a temporal signature for the frame.

According to yet another embodiment of the present invention, a computer program product includes a computer readable medium including instructions for generating a spatial-temporal signature for a frame of a video object. The computer readable medium includes one or more instructions for obtaining a first plurality of frames associated with a video object. The first plurality of frames includes at least a frame, and each of the first plurality of frames corresponds to an

US 8,009,861 B2

5

adjacent frame. Additionally, the computer readable medium includes one or more instructions for dividing each of the first plurality of frames. The divided frame includes a first plurality of blocks corresponding to a plurality of locations respectively, each of the first plurality of blocks corresponds to a second plurality of blocks including the each of the first plurality of blocks, and the second plurality of blocks is associated with blocks on the first plurality of frames respectively. Moreover, the computer readable medium includes one or more instructions for processing information associated with the first plurality of frames. Also, the computer readable medium includes one or more instructions for, for each of the first plurality of blocks, determining a plurality of difference values for the second plurality of blocks respectively, processing information associated with the plurality of difference values, determining a first plurality of ranks corresponding to the second plurality of blocks respectively based on at least information associated with the plurality of difference values, processing information associated with the first plurality of ranks, and determining a rank for the each of the first plurality of blocks based on at least information associated with the first plurality of ranks. Each of the plurality of difference values is associated with the each of the second plurality of blocks and a corresponding block on the adjacent frame. Additionally, the computer readable medium includes one or more instructions for processing information associated with a second plurality of ranks corresponding to the first plurality of blocks respectively, and one or more instructions for determining a sequence of ranks based on at least information associated with the second plurality of ranks and the plurality of locations for the first plurality of blocks. The second plurality of ranks includes the rank, and a spatial-temporal signature for the frame includes information associated with the sequence of ranks.

Many benefits are achieved by way of the present invention over conventional techniques. Certain embodiments of the present invention can generate a robust fingerprint which either does not change or change only slightly with different formats, bitrates, or resolutions, and/or with certain alterations and/or distortions for the same video object. Some embodiments of the present invention can generate a fingerprint that is highly discriminating so that two video objects containing different video contents would yield significantly different fingerprints. Certain embodiments of the present invention can generate a fingerprint that is compact for storage, and can be stored in a form for efficient search and matching.

Depending upon embodiment, one or more of these benefits may be achieved. These benefits and various additional objects, features and advantages of the present invention can be fully appreciated with reference to the detailed description and accompanying drawings that follow.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a flowchart of the algorithm for charactering and fingerprinting digital video object according to the present invention.

FIG. 2 illustrates the ways of subdividing a frame for computing the Spatial Signatures at multiple resolutions according to the present invention.

FIG. 3 illustrates the process of computing the Base Spatial Signature over 2×2 blocks in a specific embodiment according to present invention.

FIG. 4 illustrates the positioning of a sliding window for computing Temporal Signatures according to present invention.

6

FIG. 5 illustrates the process of computing the Temporal Signature in a downsampled group of frames in a specific embodiment according to present invention.

FIG. 6 is a simplified system implementing the method for characterizing and fingerprinting a digital video object according to an embodiment of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

The present invention covers method and system for characterizing video content by its intrinsic features and transforming these features into a compact signature or fingerprint. Because the same video content may be encoded in different formats, bitrates, or resolutions, and the video content may be cut, edited, or subject to various degree of distortion, it is important that the fingerprint characterizing the video object is robust, to the degree that it is invariant or varying only slightly under these circumstances. On the other hand, the fingerprint must be highly discriminating in the sense that two video objects containing different video content should yield very different fingerprints. Furthermore, the data representation of the video fingerprint must be sufficiently compact for storage, and can be stored in a form for efficient search and matching.

Fingerprinting Video Object

The process of fingerprinting a video object according to the present invention is shown with the block diagram in FIG. 1. Each frame is processed in display order, producing a spatial signature block (SSB), a temporal signature block (TSB), and an optional spatial-temporal signature block (STSB). The SSB consists of one or multiple spatial signatures (SS) in multiple resolutions; the TSB consists of one or multiple temporal signatures (TS) in multiple framerates; the STSB consists of spatial-temporal signatures (STS) in multiple resolutions and multiple framerates. For each frame in a video object, the SSB, TSB, and STSB form a fingerprint block of the corresponding frame. The sequence of all fingerprint blocks in frame order form the fingerprint for the video object. In the following the method for computing SSB, TSB, and STSB is described. In this specific embodiment, all signatures and the fingerprints are computed in Luma component only. In more generalized cases, the signatures and fingerprints can be computed in both Luma and Chroma components, or in any or all components in RGB or other color spaces.

Spatial Signatures

Spatial Signatures (SS) for a video frame can be computed at multiple resolutions. In one implementation according to the present invention, a frame is divided evenly into 2×2 or 4 blocks of equal size, as shown in FIG. 2(a). This is the lowest resolution for frame subdivision in computing the SS; the resulting SS is called Base Spatial Signature, or BSS. Going up one level in resolution, the frame can be divided into 4×4 or 16 blocks, as shown in FIG. 2(b). Going up further in resolution by finer frame subdivision, such as 8×8 or 64 blocks, can produce SS in finer resolutions. It is possible to compute the BSS using a different frame subdivision, such as 3×3 or 9 blocks, and extend to higher resolution by successively doubling its dimensions to, e.g., 6×6=36 blocks, and 12×12=144 blocks. But we find that computing BSS using 2×2=4 blocks is more robust against certain image transformations such as an aspect ratio change.

Using the 2×2 block pattern in FIG. 2(a), the BSS is computed as follows:

1. For each block, compute of mean of pixel value as follows:

$$B_i=(\Sigma \times (k))/N_i, k=1,2,3,\ldots,N_i$$

US 8,009,861 B2

**7**

where $B_i$ is the mean pixel value of the i-th block, x(k) is a pixel value inside the i-th block, and $N_i$ is the number of pixels in the i-th block. See an example in FIG. 3(a).

2. Compare and rank the value of $B_i$ among the blocks and assign the ordinal rank to each block. See an example in FIG. 3(b).

3. Generate the BSS by collecting the ordinal rank of each block in raster order and forming a BSS vector. See an example in FIG. 3(c).

The SS at higher resolution can be computed following the same steps as above. The only difference is that the SS vector at a higher resolution has higher dimensions. For example, the BSS vector computed using 2×2 blocks is of dimension **4**, while the SS vector computed using 4×4 blocks is of dimension **16**.

Since each ordinal rank in 2×2 blocks can be represented with log 2(4)=2 bits, it's easy to see that the BSS can be represented with 4*log 2(4)=8 bits. Similarly, it's easy to see that the SS over 4×4 blocks can be represented with 16*log 2(16)=64 bits. Required bits for representing the SS at even higher resolution can be calculated in a similar way.

The SSB for a frame is formed by stacking the BSS and the SS at all resolutions that are described above, the SSB can be represented with 8+64=72 bits.

*Temporal Signatures*

The Temporal Signatures (TS) are computed for each frame over a sliding time window.

For each frame, the window is positioned such that the current frame is on the right edge of the window (See FIG. 4). The position of the window is moved one frame at a time along the temporal axis. The size of the window is a parameter that can be adjusted. In one embodiment according to the present invention, the size of the sliding window is defined to be 1 second in time. This means there will be a number of frames falling in the sliding window at any position of the window, and that number depends on the framerate of the video object. For example, if the framerate of a video object is 30 fps, there will be 30 frames in the sliding window at any position of the window. If the framerate of a video object is less than 1 fps, there will be no frame inside the sliding window for any position of the window.

In order to make the TS comparable for video objects of different framerates, the framerate of each video object is downsampled to a set of common framerates. The set of common framerates for a video object to be downsampled to can be adjusted. Generally speaking, they are designed to be representative of the TS at multiple framerates. In one embodiment according to the present invention, the specific set of common framerates that are used to compute the TS is {6 fps, 12 fps, 24 fps}.

Framerate downsampling to the set of common framerates produces multiple groups of frames. The TS is computed over each group of frames, resulting multirate TS. For clarity in this document, the TS computed from a particularly group will be labeled by the downsampled framerate of that group. For example, TS6 indicates that it is the TS computed from the group of frames of 6 fps.

Using the downsample set of {6 fps, 12 fps, 24 fps} and their associated downsampled groups of frames, the TS is computed in the following steps:

1. For each group of frames, compute the sum of absolute difference of corresponding pixels between two consecutive frames in the group, that is,

$$D_i = \Sigma |x_i(k) - x_{i-1}(k)|, k=1,2,3 \ldots N.$$

**8**

where i is the index for the i-th frame in the group, and k=1, 2, 3, . . . , N is the pixel index in a frame. See FIG. 5(a)

2. Compare and rank the value of $D_i$ among the frames in the group and assign the ordinal rank to each frame. See FIG. 5(b).

3 Record the ordinal rank of the current frame (i.e. the frame on the right edge of the sliding window). This is the TS of the current frame in the group. See FIG. 5(b).

Since the ordinal rank is no greater than the number of frames in the group, it is easy to see TS6 can be represented with γ log 2(6)/3 bits; TS12 can be represented with γ log 2(12)/4 bits; TS24 can be represented with γ log 2(24)/5 bits. Here the operator γ denotes a mathematical ceiling function. For example, γ4.2/=5.

The TSB for a frame is formed by stacking the TS at all framerates that are available. In the specific embodiment that is described above, the TSB can be represented with 3+4+5=12 bits.

*Spatial-Temporal Signatures*

Spatial-Temporal Signatures (STS) are computed for each frame over a sliding window of subdivided frames. Frames may be subdivided in various ways as described previously for computing the SS at multiple resolutions. In one specific embodiment, the frame is subdivided into 2×2 blocks. The TS is computed for each block in a frame in the same way as described previously, resulting 4 TS per frame for each down-sampled group. The STS is formed by collecting the resulting TS in raster order and put them in a vector. The STSB is formed by stacking the STS at all framerates that are available. In this specific embodiment, the STSB can be represented with 4*(3+4+5)=48 bits.

*Fingerprint from Spatial and Temporal Signatures*

The collection of SSB, TSB, and optionally STSB for a frame form the Fingerprint Block (FB) for the corresponding frame. A sequence of FBs corresponding to each frame in a video object is defined to be the fingerprint for the video object. In the specific embodiment that is described in this document, a FB can be represented with 84 bits without STSB, or 132 bits with STSB. The fingerprint so defined will have a data rate of 2,520 bits/s (3,930 bits/s if STSB included) for video objects with framerate of 30 fps.

As discussed above, FIG. 1 is a simplified method for characterizing and fingerprinting a digital video object according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. One of ordinary skill in the art would recognize many variations, alternatives, and modifications. The method 100 includes a process 110 for receiving video object, a process 120 for obtaining next frame, a process 130 for determining one or more spatial signatures, a process 140 for determining one or more temporal signatures, a process 150 for determining one or more spatial-temporal signatures, a process 160 for storing fingerprint block, and a process 170 for determining whether all frames have been processed. Although the above has been shown using a selected group of processes for the method, there can be many alternatives, modifications, and variations. For example, some of the processes may be expanded and/or combined. Other processes may be inserted to those noted above. Depending upon the embodiment, the sequence of processes may be interchanged with others replaced. As an example, some or all processes of the method are performed by a computer or a processor directed by a code. In another example, some or all processes of the method are performed according to instructions included by a computer-readable medium in a computer pro-

US 8,009,861 B2

9

gram product. Further details of these processes are found throughout the present specification.

After a video object is received at the process 110, the video object is processed. For example, the video object is a piece of video, such as a piece of digital video. In another example, the video object includes one or more frames, which are obtained and processed according to FIG. 1. In one embodiment, the frames are processed in their display order. In another embodiment, for each frame, a spatial signature block (SSB), a temporal signature block (TSB), and/or a spatial-temporal signature block (STSB) are determined. For example, the SSB includes one or more spatial signatures (SS) in one or more resolutions; the TSB includes one or more temporal signatures (TS) in one or more framerates; and/or the STSB includes one or more spatial-temporal signatures (STS) in one or more resolutions and one or more framerates. In yet another embodiment, the SSB, the TSB, and/or the STSB of the same frame form at least part of a fingerprint block of this frame. For example, a fingerprint block is a frame fingerprint. According to FIG. 1, after the fingerprint block is stored, it is determined whether all frames have been processed at the process 170. If not all frames have been processed, next frame is obtained and processed. The sequence of all fingerprint blocks in frame order form at least part of fingerprint for the video object according to an embodiment of the present invention.

Further emphasized here, FIG. 1 is merely an example, which should not unduly limit the scope of the claims. One of ordinary skill in the art would recognize many variations, alternatives, and modifications. For example, the process 170 for determining whether all frames have been processed can be replaced by a process for determining whether additional frames need to be processed. In another example, one or more of the process 130 for determining one or more spatial signatures, the process 140 for determining one or more temporal signatures, and the process 150 for determining one or more spatial-temporal signatures are skipped.

As discussed above, FIG. 2 illustrates examples of subdividing a frame for determining Spatial Signatures at multiple resolutions according to an embodiment of the present invention. FIG. 2 includes FIGS. 2(a) and (b). These diagrams are merely examples, which should not unduly limit the scope of the claims. One of ordinary skill in the art would recognize many variations, alternatives, and modifications.

As shown in FIG. 2(a), a frame is divided into $m_b$ by $n_b$ blocks according to an embodiment. For example, each of $m_b$ and $n_b$ is a positive integer. In another example, $m_b$ and $n_b$ are the same or different in value. In yet another example, all of the $m_b$ by $n_b$ blocks have the same size. As shown in FIG. 2(b), the frame is divided into $m_h$ by $n_h$ blocks according to an embodiment. For example, each of $m_h$ and $n_h$ is a positive integer. In another example, $m_h$ and $n_h$ are the same or different in value. In yet another example, all of the $m_h$ by $n_h$ blocks have the same size.

In one embodiment, the spatial signature (SS) based on $m_b$ by $n_b$ blocks is called Base Spatial Signature (BSS), and the spatial signature (SS) based on $m_h$ by $n_h$ blocks is called Spatial Signature (SS) at higher resolution. For example, $m_h$ is larger than $m_b$, and/or $n_h$ is larger than $n_b$. In another example, both $m_h$ and $n_h$ are equal to 2, and both $m_b$ by $n_b$ are equal to 2 multiplied by $2^i$, where $n$ is a positive integer. In yet another example, both $m_b$ and $n_b$ are equal to 3, and both $m_h$ by $n_h$ are equal to 3 multiplied by $2^n$.

As discussed above, FIG. 3 illustrates a process of determining the Base Spatial Signature over 2×2 blocks according to an embodiment of the present invention. FIG. 3 includes FIGS. 3(a), (b), and (c). These diagrams are merely examples,

10

which should not unduly limit the scope of the claims. One of ordinary skill in the art would recognize many variations, alternatives, and modifications. For example, the BSS based on $m_b$ by $n_b$ blocks can be calculated in substantially the same manner, even if either $m_b$ or $n_b$, or both are not equal to 2. In another example, the SS based on $m_h$ by $n_h$ blocks can be calculated in substantially the same manner.

As shown in FIG. 3, the method for determining spatial signature based on $m_b$ by $n_b$ blocks or $m_h$ by $n_h$ blocks includes the following three processes:

1. For each block, determining average of pixel values as follows:

$$B_i = \sum_{k=1}^{N_i} x(k)/N_i$$

where $B_i$ is the average pixel value of the i-th block, $x(k)$ is the pixel value for the kth pixel inside the i-th block, and $N_i$ is the number of pixels in the i-th block. In one embodiment, $i=1, 2, \ldots, m_b \times n_b$. In another embodiment, $i=1, 2, \ldots, m_h \times n_h$.

2. Determining a ranking number for each block. For example, the value of $B_i$ is compared among the blocks, and the ordinal ranking number for the $B_i$ is assigned to the corresponding block. In one embodiment, the total number of blocks equals $m_b \times n_b$, so the ranking number ranges from 1 to $m_b \times n_b$. In another embodiment, the total number of blocks equals $m_h \times n_h$, so the ranking number ranges from 1 to $m_h \times n_h$.

3. Determining spatial signature based on ranking numbers. For example, the spatial signature is BSS, or SS at higher resolution. In another example, the spatial signature includes a vector. Within the vector, the ranking numbers for the blocks are arranged based on the physical locations of these blocks within the frame. In one embodiment, the ranking numbers are collected in raster order and thus a spatial signature is generated.

After spatial signatures at multiple resolutions are determined for a frame, the SSB is determined by stacking the BSS and the SS at one or more higher resolutions according to an embodiment of the present invention.

FIG. 4 illustrates the positioning of a sliding window for computing Temporal Signatures according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. One of ordinary skill in the art would recognize many variations, alternatives, and modifications.

As shown in FIG. 4, for each frame, the sliding window is positioned such that the current frame is on the right edge of the window. The position of the window is moved one frame at a time along the temporal axis. The width of the window is a parameter that can be adjusted. In one embodiment, the width of the window is 1 second in time. For example, a number of frames fall within the sliding window, and the number of such frames depends on the framerate of the video object. According to one embodiment, if the framerate used for determining temporal signature is the original framerate of the video object, the frame or frames are the original frame or frames of the video object. According to another embodiment, if the framerate used for determining temporal signature is different from the original framerate of the video object, the frame or frames are the sampled frame or frames of the video object. For example, the framerate used for determining temporal signature is lower than the original framerate of the video object, so the video object is temporally downs amp led.

US 8,009,861 B2

11

For a particular sampled framerate used, the method for determining temporal signature includes the following three processes:

1. Determining differences between a frame and its adjacent frame. For example, the sum of absolute differences of corresponding pixels between two consecutive frames is calculated as follows:

$$D_i = \sum_{k=1}^{N} |x_i(k) - x_{i-1}(k)|$$

where i is the index for a frame. For example, $D_i$ is calculated for each frame within the sliding window. Additionally, k represents the kth pixel and N represents the total number of pixels in the frame.

2. Determining a ranking number for the current frame. For example, the value of $D_i$ are compared among all the frames within the sliding window, and the ordinal ranking number for the $D_i$ is assigned to the corresponding frame. In one embodiment, the ordinal ranking number is assigned to the current frame, which resides at the right edge of the sliding window.

3. Recording the ordinal ranking number of the current frame as the temporal signature of the current frame.

After temporal signatures based on multiple framerates are determined for a frame, the TSB is determined by stacking the TS at multiple framerates according to an embodiment of the present invention.

As discussed above, Spatial-Temporal Signatures (STS) are computed for each frame over a sliding window of subdivided frames according to an embodiment of the present invention. For example, a frame is divided into m by n blocks, where each of m and n is a positive integer. In another example, m and n are the same or different in value. In yet another example, all of the m by n blocks have the same size.

In one embodiment, the TS is computed for each block in the frame. For a particular sampled framerate used, the method for determining temporal signature for each block includes the following two processes:

1. Determining differences between a block on a frame and its corresponding block on an adjacent frame. According to one embodiment, if the framerate used for determining temporal signature is the original framerate of the video object, the frames are the original frames of the video object. According to another embodiment, if the framerate used for determining temporal signature is different from the original framerate of the video object, the frames are the sampled frames of the video object. For example, the framerate used for determining temporal signature is lower than the original framerate of the video object, so the video object is temporally downsampled.

For example, the sum of absolute differences of corresponding pixels between two corresponding blocks on two consecutive frames is calculated as follows:

$$D_i = \sum_{k=1}^{N} |x_i(k) - x_{i-1}(k)|$$

where i is the index for a frame. For example, $D_i$ is calculated for the corresponding block of each frame within the sliding window. Additionally, k represents the kth pixel within the corresponding block, and N represents the total number of pixels in the block.

12

2. Determining a ranking number for the block on the current frame. For example, the value of $D_i$ are compared among all the corresponding blocks on all the frames within the sliding window, and the ordinal ranking number for the $D_i$ is assigned to the corresponding block. In one embodiment, the ordinal ranking number is assigned to the block on the current frame, which resides at the right edge of the sliding window.

These two processes are repeated to determine the ordinal ranking numbers for all m-by-n blocks on the current frame according to an embodiment. The spatial-temporal signature is then determined based on ranking numbers of blocks on the current frame. For example, the spatial-temporal signature includes a vector. Within the vector, the ranking numbers for the blocks are arranged based on the physical locations of these blocks within the current frame. In one embodiment, the ranking numbers are collected in raster order and thus a spatial-temporal signature is generated.

As discussed, the spatial-temporal signature is determined based on the framerate used for determining the TS for each block of the current frame. In one embodiment, spatial-temporal signatures are determined based on multiple framerates for the current frame, and the STSB is determined by stacking the STS at multiple framerates according to an embodiment of the present invention.

For each frame, one or more of SSB, TSB, and STSB, with or without any other information, can form the Fingerprint Block (FB) for the corresponding frame according to an embodiment of the present invention. For example, a Fingerprint Block (FB) is a frame fingerprint, which includes one or more spatial signatures, one or more temporal signatures, and/or one or more spatial-temporal signatures. For a sequence of frames of a video object, the corresponding sequence of FBs can be used as the fingerprint for the video object according to another embodiment of the present invention. For example, if the framerate used for determining temporal signature is the original framerate of the video object, the frames are the original frames of the video object. According to another embodiment, if the framerate used for determining temporal signature is different from the original framerate of the video object, the frames are the sampled frames of the video object. The fingerprint of the video object is stored in a database according to an embodiment of the present invention. For example, the database includes one or more fingerprints of one or more corresponding video objects.

FIG. 6 is a simplified system implementing the method 100 for characterizing and fingerprinting a digital video object according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims. One of ordinary skill in the art would recognize many variations, alternatives, and modifications. The system 600 includes a decoder module 610, a fingerprinting module 620, a fingerprint database 630, and an application policy module 640. Although the above has been shown using a selected group of components for the system, there can be many alternatives, modifications, and variations. For example, some of the modules may be expanded and/or combined. Other modules may be inserted to those noted above. Depending upon the embodiment, the arrangement of modules may be interchanged with others replaced. As an example, some or all processes of the method are performed by a computer or a processor directed by a code. In another example, some or all processes of the method are performed according to instructions included by a computer-readable medium in a computer program product. Further details of these processes are found throughout the present specification.

US 8,009,861 B2

13                                                    14

As shown in FIG. 6, an input video is decoded by the decoder module 610 and fed to the fingerprinting module 620. The fingerprinting module 620 performs the method 100 according to an embodiment of the present invention. For example, the fingerprinting module 620 is implemented according to FIGS. 1, 2, 3, 4, and/or 5. The resulting video fingerprint is compared to the ones stored in the fingerprint database for identification, and the identification result is returned to the application along with associated metadata (e.g., title and ownership of the video content). Based on the identification result, the application applies certain policy at the application policy module 640. For example, if the video is identified to be a pirated version or copy, the application applies filtering.

As discussed above and further emphasized here, FIG. 6 is merely an example, which should not unduly limit the scope of the claims. One of ordinary skill in the art would recognize many variations, alternatives, and modifications. For example, anyone of the modules 610, 620, 630, and 640 can be either hardware or software, or a combination of hardware and software. In another example, the fingerprint database 630 can be embedded in an application or resided outside the application on a local hard drive or a remote server.

According to another embodiment of the present invention, a method for generating a fingerprint for a video object includes obtaining a plurality of frames associated with a video object. Additionally, the method includes, for each of the plurality of frames, processing information associated with the plurality of frames, determining a plurality of spatial signatures for the each of the plurality of frames based on at least information associated with the each of the plurality of frames, and determining a plurality of temporal signatures for the each of the plurality of frames based on at least information associated with the plurality of frames. The plurality of spatial signatures corresponds to a plurality of resolutions respectively, and the plurality of temporal signatures corresponding to a plurality of frame rates respectively. Moreover, the method includes, for each of the plurality of frames, processing information associated with the plurality of spatial signatures and the plurality of temporal signatures, and determining a frame fingerprint for the each of the plurality of frames, the frame fingerprint including the plurality of spatial signatures corresponding to the plurality of resolutions respectively and the plurality of temporal signatures corresponding to the plurality of frame rates respectively. Also, the method includes processing a plurality of frame fingerprints for the plurality of frames respectively, the plurality of frame fingerprints including the frame fingerprint for the each of the plurality of frames. Additionally, the method includes determining a video fingerprint for the video object, the video fingerprint including the plurality of frame fingerprints. For example, the method is implemented according to FIGS. 1, 2, 3, 4, and/or 5.

According to yet another embodiment of the present invention, a method for generating a spatial signature for a frame of a video object includes obtaining a frame associated with a video object, and dividing the frame into a plurality of blocks, the plurality of blocks corresponding to a plurality of locations respectively. Each of the plurality of blocks includes a plurality of pixels, and the plurality of pixels corresponds to a plurality of pixel values respectively. Additionally, the method includes determining a plurality of average pixel values for the plurality of blocks respectively, processing the plurality of average pixel values, and determining a plurality of ranks for the plurality of blocks respectively based on at least information associated with the plurality of average pixel values. Each of the plurality of ranks corresponds to a

block. Moreover, the method includes processing information associated with the plurality of ranks, and determining a sequence of ranks based on at least information associated with the plurality of ranks and the plurality of locations. A spatial signature for the frame includes information associated with the sequence of ranks. For example, the method is implemented according to FIGS. 1, 2, and/or 3.

According to yet another embodiment of the present invention, a method for generating a temporal signature for a frame of a video object includes obtaining a first plurality of frames associated with a video object. The first plurality of frames includes at least a frame, each of the first plurality of frames includes a first plurality of pixels and corresponds to an adjacent frame, and the adjacent frame includes a second plurality of pixels. Additionally, the method includes processing information associated with the first plurality of frames, and determining a plurality of difference values for the first plurality of frames respectively. Each of the plurality of difference values corresponds to the each of the first plurality of frames and the adjacent frame. Moreover, the method includes processing information associated with the plurality of difference values, and determining a plurality of ranks corresponding to the first plurality of frames respectively based on at least information associated with the plurality of difference values. The plurality of ranks includes a rank corresponding to the frame, and the rank is a temporal signature for the frame. For example, the method is implemented according to FIGS. 1, 4, and/or 5.

According to yet another embodiment of the present invention, a method for generating a spatial-temporal signature for a frame of a video object includes obtaining a first plurality of frames associated with a video object. The first plurality of frames includes at least a frame, and each of the first plurality of frames corresponds to an adjacent frame. Additionally, the method includes dividing each of the first plurality of frames. The divided frame includes a first plurality of blocks corresponding to a plurality of locations respectively, each of the first plurality of blocks corresponds to a second plurality of blocks including the each of the first plurality of blocks, and the second plurality of blocks is associated with blocks on the first plurality of frames respectively. Moreover, the method includes processing information associated with the first plurality of frames. Also, the method includes, for each of the first plurality of blocks, determining a plurality of difference values for the second plurality of blocks respectively. Each of the plurality of difference values is associated with the each of the second plurality of blocks and a corresponding block on the adjacent frame. Additionally, the method includes, for each of the first plurality of blocks, processing information associated with the plurality of difference values, determining a first plurality of ranks corresponding to the second plurality of blocks respectively based on at least information associated with the plurality of difference values, processing information associated with the first plurality of ranks, and determining a rank for the each of the first plurality of blocks based on at least information associated with the first plurality of ranks. Moreover, the method includes processing information associated with a second plurality of ranks corresponding to the first plurality of blocks respectively, and determining a sequence of ranks based on at least information associated with the second plurality of ranks and the plurality of locations for the first plurality of blocks. The second plurality of ranks includes the rank, and a spatial-temporal signature for the frame includes information associated with the sequence of ranks. For example, the method is implemented according to FIGS. 1, 2, 3, 4, and/or 5.

According to yet another embodiment of the present invention, a computer program product includes a computer read-

US 8,009,861 B2

15

able medium including instructions for generating a fingerprint for a video object. The computer readable medium includes one or more instructions for obtaining a plurality of frames associated with a video object. Additionally, the computer readable medium includes one or more instructions for, for each of the plurality of frames, processing information associated with the plurality of frames, determining a plurality of spatial signatures for the each of the plurality of frames based on at least information associated with the each of the plurality of frames, and determining a plurality of temporal signatures for the each of the plurality of frames based on at least information associated with the plurality of frames. The plurality of spatial signatures corresponds to a plurality of resolutions respectively, and the plurality of temporal signatures corresponds to a plurality of frame rates respectively. Moreover, the one or more instructions are for, for each of the plurality of frames, processing information associated with the plurality of spatial signatures and the plurality of temporal signatures, and determining a frame fingerprint for the each of the plurality of frames. The frame fingerprint includes the plurality of spatial signatures corresponding to the plurality of resolutions respectively and the plurality of temporal signatures corresponding to the plurality of frame rates respectively. Also, the computer readable medium includes one or more instructions for processing a plurality of frame fingerprints for the plurality of frames respectively, and one or more instructions for determining a video fingerprint for the video object. The plurality of frame fingerprints includes the frame fingerprint for the each of the plurality of frames, and the video fingerprint includes the plurality of frame fingerprints. For example, the computer program product is implemented according to FIGS. 1, 2, 3, 4, 5 and/or 6.

According to yet another embodiment of the present invention, a computer program product includes a computer readable medium including instructions for generating a spatial signature for a frame of a video object. The computer readable medium includes one or more instructions for obtaining a frame associated with a video object, and one or more instructions for dividing the frame into a plurality of blocks. The plurality of blocks corresponds to a plurality of locations respectively, each of the plurality of blocks includes a plurality of pixels, and the plurality of pixels corresponds to a plurality of pixel values respectively. Additionally, the computer readable medium includes one or more instructions for determining a plurality of average pixel values for the plurality of blocks respectively, one or more instructions for processing the plurality of average pixel values, and one or more instructions for determining a plurality of ranks for the plurality of blocks respectively based on at least information associated with the plurality of average pixel values, each of the plurality of ranks corresponding to a block. Moreover, the computer readable medium includes one or more instructions for processing information associated with the plurality of ranks, and one or more instructions for determining a sequence of ranks based on at least information associated with the plurality of ranks and the plurality of locations. A spatial signature for the frame includes information associated with the sequence of ranks. For example, the computer program product is implemented according to FIGS. 1, 2, 3, and/or 6.

According to yet another embodiment of the present invention, a computer program product includes a computer readable medium including instructions for generating a temporal signature for a frame of a video object. The computer readable medium includes one or more instructions for obtaining a first plurality of frames associated with a video object. The first plurality of frames includes at least a frame, each of the first

16

plurality of frames includes a first plurality of pixels and corresponds to an adjacent frame, and the adjacent frame includes a second plurality of pixels. Additionally, the computer readable medium includes one or more instructions for processing information associated with the first plurality of frames, and one or more instructions for determining a plurality of difference values for the first plurality of frames respectively. Each of the plurality of difference values corresponding to the each of the first plurality of frames and the adjacent frame. Moreover, the computer readable medium includes one or more instructions for processing information associated with the plurality of difference values, and one or more instructions for determining a plurality of ranks corresponding to the first plurality of frames respectively based on at least information associated with the plurality of difference values. The plurality of ranks includes a rank corresponding to the frame, and the rank is a temporal signature for the frame. For example, the computer program product is implemented according to FIGS. 1, 4, 5 and/or 6.

According to yet another embodiment of the present invention, a computer program product includes a computer readable medium including instructions for generating a spatial-temporal signature for a frame of a video object. The computer readable medium includes one or more instructions for obtaining a first plurality of frames associated with a video object. The first plurality of frames includes at least a frame, and each of the first plurality of frames corresponds to an adjacent frame. Additionally, the computer readable medium includes one or more instructions for dividing each of the first plurality of frames. The divided frame includes a first plurality of blocks corresponding to a plurality of locations respectively, each of the first plurality of blocks corresponds to a second plurality of blocks including the each of the first plurality of blocks, and the second plurality of blocks is associated with blocks on the first plurality of frames respectively. Moreover, the computer readable medium includes one or more instructions for processing information associated with the first plurality of frames. Also, the computer readable medium includes one or more instructions for, for each of the first plurality of blocks, determining a plurality of difference values for the second plurality of blocks respectively, processing information associated with the plurality of difference values, determining a first plurality of ranks corresponding to the second plurality of blocks respectively based on at least information associated with the plurality of difference values, processing information associated with the first plurality of ranks, and determining a rank for the each of the first plurality of blocks based on at least information associated with the first plurality of ranks. Each of the plurality of difference values is associated with the each of the second plurality of blocks and a corresponding block on the adjacent frame. Additionally, the computer readable medium includes one or more instructions for processing information associated with a second plurality of ranks corresponding to the first plurality of blocks respectively, and one or more instructions for determining a sequence of ranks based on at least information associated with the second plurality of ranks and the plurality of locations for the first plurality of blocks. The second plurality of ranks includes the rank, and a spatial-temporal signature for the frame includes information associated with the sequence of ranks. For example, the computer program product is implemented according to FIGS. 1, 2, 3, 4, 5 and/or 6.

The present invention has various advantages. Certain embodiments of the present invention can generate a robust fingerprint which either does not change or change only slightly with different formats, bitrates, or resolutions, and/or

US 8,009,861 B2

17

18

with certain alterations and/or distortions for the same video object. Some embodiments of the present invention can generate a fingerprint that is highly discriminating so that two video objects containing different video contents would yield significantly different fingerprints. Certain embodiments of the present invention can generate a fingerprint that is compact for storage, and can be stored in a form for efficient search and matching.

Although specific embodiments of the present invention have been described, it will be understood by those of skill in the art that there are other embodiments that are equivalent to the described embodiments. Accordingly, it is to be understood that the invention is not to be limited by the specific illustrated embodiments, but only by the scope of the appended claims.

What is claimed is:

1. A computer implemented method for generating a fingerprint for a video object that is performed by a computer system programmed to perform the method, comprising:

obtaining, by the computer system, a plurality of frames associated with a video object;

for each of the plurality of frames,

processing, by the computer system, information associated with the plurality of frames;

determining, by the computer system, a plurality of spatial signatures for the each of the plurality of frames based on at least information associated with the each of the plurality of frames, the plurality of spatial signatures corresponding to a plurality of resolutions respectively;

determining, by the computer system, a plurality of temporal signatures for the each of the plurality of frames based on at least information associated with the plurality of frames, the plurality of temporal signatures corresponding to a plurality of frame rates respectively;

processing, by the computer system, information associated with the plurality of spatial signatures and the plurality of temporal signatures; and

determining a frame fingerprint for the each of the plurality of frames, the frame fingerprint including the plurality of spatial signatures corresponding to the plurality of resolutions respectively and the plurality of temporal signatures corresponding to the plurality of frame rates respectively;

processing, by the computer system, a plurality of frame fingerprints for the plurality of frames respectively, the plurality of frame fingerprints including the frame fingerprint for the each of the plurality of frames;

determining, by the computer system, a video fingerprint for the video object, the video fingerprint including the plurality of frame fingerprints; and

storing, by the computer system, the video fingerprint for the video object in a data storage separate from the video object, wherein the video object is not modified by the video fingerprint.

2. The method of claim 1, and further comprising:

for the each of the plurality of frames,

determining, by the computer system, a plurality of spatial-temporal signatures for the each of the plurality of frames based on at least information associated with the plurality of frames, the plurality of spatial-temporal signatures corresponding to a plurality of combinations of resolutions and frame rates respectively;

processing, by the computer system, information associated with the plurality of spatial-temporal signatures;

wherein the frame fingerprint further including the plurality of spatial-temporal signatures corresponding to the plurality of combinations of resolutions and frame rates respectively.

3. The method of claim 1, and further comprising:

for the each of the plurality of frames, storing, by the computer system the frame fingerprint for the each of the plurality of frames in the data storage.

4. The method of claim 1, and further comprising storing, by the computer system, the video fingerprint for the video object in a video fingerprint database.

5. The method of claim 1 wherein the determining a plurality of spatial signatures comprises for each of the plurality of resolutions, dividing, by the computer system, the each of the plurality of frames into a number of columns and a number of rows, the each of the plurality of resolutions begin represented by, at least, the number of columns and the number of rows.

6. The method of claim 1 wherein the determining a plurality of temporal signatures comprises for each of the plurality of frame rates, determining, by the computer system, a difference value corresponding to the each of the plurality of frames and an adjacent frame associated with the each of the plurality of frames, the each of the plurality of frame rates being inversely proportional to an time interval between the each of the plurality of frames and the adjacent frame.

7. A computer implemented method for generating a spatial signature for a frame of a video object with a computer system programmed to perform the method, comprising:

obtaining, by the computer system, a frame associated with a video object;

dividing, by the computer system, the frame into a plurality of blocks, the plurality of blocks corresponding to a plurality of locations respectively, each of the plurality of blocks including a plurality of pixels, the plurality of pixels corresponding to a plurality of pixel values respectively;

determining, by the computer system, a plurality of average pixel values for the plurality of blocks respectively;

processing, by the computer system, the plurality of average pixel values;

determining, by the computer system, a plurality of ranks for the plurality of blocks respectively based on at least information associated with the plurality of average pixel values, each of the plurality of ranks corresponding to a block;

processing, by the computer system, information associated with the plurality of ranks;

determining, by the computer system, a sequence of ranks based on at least information associated with the plurality of ranks and the plurality of locations; and

storing a spatial signature for the frame in a data storage separate from the video object, wherein the spatial signature for the frame includes information associated with the sequence of ranks, and wherein the frame of the video object is not modified by the spatial signature.

8. The method of claim 7 wherein the determining a sequence of ranks comprises:

scanning, by the computer system, the plurality of blocks based on a predetermined pattern;

determining, by the computer system, a sequence of blocks as a result of the scanning process; and

arranging, by the computer system, the each of the plurality of ranks based on a location of the corresponding block in the sequence of blocks.

9. The method of claim 8 wherein the predetermined pattern is associated with a raster scan.

US 8,009,861 B2

19

**10.** The method of claim 7 wherein the plurality of ranks is a plurality of ordinal ranks.

**11.** The method of claim 7 wherein:

the dividing the frame into a plurality of blocks includes dividing, by the computer system, the frame into a number of columns and a number of rows;

wherein the spatial signature for the frame corresponds to a resolution represented by, at least, the number of columns and the number of rows.

**12.** The method of claim 11 wherein the resolution is a base resolution, and the spatial signature is a based spatial signature.

**13.** A computer implemented method for generating a temporal signature for a frame of a video object that is performed by a computer system programmed to perform the method, comprising:

obtaining, by the computer system, a first plurality of frames associated with a video object, the first plurality of frames including at least a frame, each of the first plurality of frames including a first plurality of pixels and corresponding to an adjacent frame, the adjacent frame including a second plurality of pixels;

processing, by the computer system, information associated with the first plurality of frames;

determining, by the computer system, a plurality of difference values for the first plurality of frames respectively, each of the plurality of difference values corresponding to the each of the first plurality of frames and the adjacent frame;

processing, by the computer system, information associated with the plurality of difference values;

determining, by the computer system, a plurality of ranks corresponding to the first plurality of frames respectively based on at least information associated with the plurality of difference values, the plurality of ranks including a rank corresponding to the frame, the rank being a temporal signature for the frame; and

storing, by the computer system, the temporal signature for the frame in a data store separate from the video object, wherein the first plurality of frames associated with the video object are not modified by the temporal signature.

**14.** The method of claim 13, and further comprising:

obtaining, by the computer system, a second plurality of frames;

processing, by the computer system, information associated with the second plurality of frames; and

determining, by the computer system, the first plurality of frames based on at least information associated with the second plurality of frames.

**15.** The method of claim 14 wherein the determining the first plurality of frames comprises:

receiving, by the computer system, information associated with a time period including a start time and an end time;

placing, by the computer system, the frame at the start time of the time period; and

selecting, by the computer system, at least some frames from the second plurality of frames within the time period, the first plurality of frames including the selected frames.

**16.** The method of claim 13 wherein the determining a plurality of difference values comprises:

for the each of the first plurality of frames,

determining, by the computer system, magnitudes of differences between first values for the first plurality of pixels and second values for the second plurality of pixels respectively;

20

summing, by the computer system, the magnitudes of differences to determine one of the plurality of difference values.

**17.** The method of claim 13 wherein the plurality of ranks is a plurality of ordinal ranks.

**18.** The method of claim 13 wherein:

the first plurality of frames corresponds to a first frame rate, the rank being the temporal signature for the frame corresponding to the first frame rate.

**19.** The method of claim 18, wherein

the video object corresponds to a second frame rate;

wherein if the first frame rate is lower than the second frame rate, the first plurality of frames are down-sampled frames for the video object.

**20.** A computer implemented method for generating a spatial-temporal signature for a frame of a video object with a computer system programmed to perform the method, comprising:

obtaining, by the computer system, a first plurality of frames associated with a video object, the first plurality of frames including at least a frame, each of the first plurality of frames corresponding to an adjacent frame;

dividing, by the computer system, each of the first plurality of frames, wherein the divided frame includes a first plurality of blocks corresponding to a plurality of locations respectively, each of the first plurality of blocks corresponding to a second plurality of blocks including the each of the first plurality of blocks, the second plurality of blocks being associated with blocks on the first plurality of frames respectively;

processing, by the computer system, information associated with the first plurality of frames;

for each of the first plurality of blocks,

determining, by the computer system, a plurality of difference values for the second plurality of blocks respectively, each of the plurality of difference values being associated with the each of the second plurality of blocks and a corresponding block on the adjacent frame;

processing, by the computer system, information associated with the plurality of difference values;

determining, by the computer system, a first plurality of ranks corresponding to the second plurality of blocks respectively based on at least information associated with the plurality of difference values;

processing, by the computer system, information associated with the first plurality of ranks;

determining, by the computer system, a rank for the each of the first plurality of blocks based on at least information associated with the first plurality of ranks;

processing, by the computer system, information associated with a second plurality of ranks corresponding to the first plurality of blocks respectively, the second plurality of ranks including the rank;

determining, by the computer system, a sequence of ranks based on at least information associated with the second plurality of ranks and the plurality of locations for the first plurality of blocks; and

storing, by the computer system, a spatial-temporal signature for the frame independent of the video object, wherein the spatial-temporal signature for the frame includes information associated with the sequence of ranks, and wherein the first plurality of frames associated with the video object are not modified by the spatial-temporal signature.

**21.** The method of claim 20 wherein the first plurality of blocks are on a same frame at a same instant in time.

US 8,009,861 B2

21

22. The method of claim 20 wherein the second plurality of blocks are at a same location on different frames respectively along a temporal axis.

23. The method of claim 20 wherein the determining a sequence of ranks comprises:

scanning, by the computer system, the first plurality of blocks based on a predetermined pattern;

determining, by the computer system, a sequence of blocks on the frame as a result of the scanning process; and

arranging, by the computer system, the each of the second plurality of ranks based on a location of the corresponding block in the sequence of blocks.

24. The method of claim 20 wherein:

the first plurality of frames corresponds to a first frame rate, the spatial-temporal signature for the frame corresponding to the first frame rate.

25. The method of claim 24, wherein

the video object corresponds to a second frame rate;

if the first frame rate is lower than the second frame rate, the first plurality of frames are down-sampled frames for the video object.

26. The method of claim 20, and further comprising:

obtaining, by the computer system, a second plurality of frames;

processing, by the computer system, information associated with the second plurality of frames;

determining, by the computer system, the first plurality of frames based on at least information associated with the second plurality of frames.

27. The method of claim 26 wherein the determining the first plurality of frames comprises:

receiving, by the computer system, information associated with a time period including a start time and an end time;

placing, by the computer system, the frame at the start time of the time period; and

selecting, by the computer system, at least some frames from the second plurality of frames within the time period, the first plurality of frames including the selected frames.

28. A non-transitory computer readable medium including instructions that programs a processor of a computer system to generate a fingerprint for a video object, the non-transitory computer readable medium comprising:

one or more instructions that programs the processor to obtain a plurality of frames associated with a video object;

one or more instructions for each of the plurality of frames, that programs the processor to process information associated with the plurality of frames;

that programs the processor to determine a plurality of spatial signatures for the each of the plurality of frames based on at least information associated with the each of the plurality of frames, the plurality of spatial signatures corresponding to a plurality of resolutions respectively;

that programs the processor to determine a plurality of temporal signatures for the each of the plurality of frames based on at least information associated with the plurality of frames, the plurality of temporal signatures corresponding to a plurality of frame rates respectively;

that programs the processor to process information associated with the plurality of spatial signatures and the plurality of temporal signatures;

that programs the processor to determine a frame fingerprint for the each of the plurality of frames, the frame fingerprint including the plurality of spatial signa-

22

tures corresponding to the plurality of resolutions respectively and the plurality of temporal signatures corresponding to the plurality of frame rates respectively;

one or more instructions that programs the processor to process a plurality of frame fingerprints for the plurality of frames respectively, the plurality of frame fingerprints including the frame fingerprint for the each of the plurality of frames;

one or more instructions that programs the processor to determine a video fingerprint for the video object, the video fingerprint including the plurality of frame fingerprints; and

one or more instructions that programs to processor to store the video fingerprint for the video object in a memory storage separately from the video object, wherein the plurality of frames associated with the video object are not modified.

29. A non-transitory computer readable medium including instructions that programs a processor of a computer system to generate a spatial signature for a frame of a video object, the non-transitory computer readable medium comprising:

one or more instructions that programs the processor to obtain a frame associated with a video object;

one or more instructions that programs the processor to divide the frame into a plurality of blocks, the plurality of blocks corresponding to a plurality of locations respectively, each of the plurality of blocks including a plurality of pixels, the plurality of pixels corresponding to a plurality of pixel values respectively;

one or more instructions that programs the processor to determine a plurality of average pixel values for the plurality of blocks respectively;

one or more instructions that programs the processor to process the plurality of average pixel values;

one or more instructions that programs the processor to determine a plurality of ranks for the plurality of blocks respectively based on at least information associated with the plurality of average pixel values, each of the plurality of ranks corresponding to a block;

one or more instructions that programs the processor to process information associated with the plurality of ranks;

one or more instructions that programs the processor to determine a sequence of ranks based on at least information associated with the plurality of ranks and the plurality of locations; and

one or more instructions that programs the processor to store a spatial signature for the frame in a memory separately from the video object, wherein the spatial signature for the frame includes information associated with the sequence of ranks, wherein the frame associated with the video object is not modified by the spatial signature.

30. A non-transitory computer readable medium including instructions that programs a processor of a computer system to generate a temporal signature for a frame of a video object, the non-transitory computer readable medium comprising:

one or more instructions that programs the processor to obtain a first plurality of frames associated with a video object, the first plurality of frames including at least a frame, each of the first plurality of frames including a first plurality of pixels and corresponding to an adjacent frame, the adjacent frame including a second plurality of pixels;

one or more instructions that programs the processor to process information associated with the first plurality of frames;

US 8,009,861 B2

23

one or more instructions that programs the processor to determine a plurality of difference values for the first plurality of frames respectively, each of the plurality of difference values corresponding to the each of the first plurality of frames and the adjacent frame;

one or more instructions that programs the processor to process information associated with the plurality of difference values;

one or more instructions that programs the processor to determine a plurality of ranks corresponding to the first plurality of frames respectively based on at least information associated with the plurality of difference values, the plurality of ranks including a rank corresponding to the frame, the rank being a temporal signature for the frame; and

one or more instructions that programs the processor to store the temporal signature for the frame in a fingerprint database separate from the video object, wherein the video object is not modified by the temporal signature.

31. A non-transitory computer readable medium including instructions that programs a processor a computer system to generate a spatial-temporal signature for a frame of a video object, the non-transitory computer readable medium comprising:

one or more instructions that programs the processor to obtain a first plurality of frames associated with a video object, the first plurality of frames including at least a frame, each of the first plurality of frames corresponding to an adjacent frame;

one or more instructions that programs the processor to dividing each of the first plurality of frames, wherein the divided frame includes a first plurality of blocks corresponding to a plurality of locations respectively, each of the first plurality of blocks corresponding to a second plurality of blocks including the each of the first plurality of blocks, the second plurality of blocks being associated with blocks on the first plurality of frames respectively;

24

one or more instructions that programs the processor to process information associated with the first plurality of frames;

one or more instructions, for each of the first plurality of blocks,

that programs the processor to determine a plurality of difference values for the second plurality of blocks respectively, each of the plurality of difference values being associated with the each of the second plurality of blocks and a corresponding block on the adjacent frame;

that programs the processor to process information associated with the plurality of difference values;

that programs the processor to determine a first plurality of ranks corresponding to the second plurality of blocks respectively based on at least information associated with the plurality of difference values;

that programs the processor to process information associated with the first plurality of ranks;

that programs the processor to determine a rank for the each of the first plurality of blocks based on at least information associated with the first plurality of ranks;

one or more instructions for processing information associated with a second plurality of ranks corresponding to the first plurality of blocks respectively, the second plurality of ranks including the rank;

one or more instructions that programs the processor to determine a sequence of ranks based on at least information associated with the second plurality of ranks and the plurality of locations for the first plurality of blocks; and

one or more instructions that programs the processor to store the spatial-temporal signature for the frame in a fingerprint database separate from the video object, wherein the spatial-temporal signature for the frame includes information associated with the sequence of ranks, and wherein the video object is not modified by the spatial-temporal signature.

*     *     *     *     *



Ref. No: 504432

2010 11 16

To:     Mr. Patrick Owens
        Senior Analyst
        Costing and Competitive Services
        Canadian Radio-television and
            Telecommunications Commission
        Ottawa, Ontario
        K1A 0N2

Subject:    **Complaint regarding Bell Canada's Internet traffic management practices**

Dear Mr. Owens,

s.19(1)

1.      Bell Canada (or the Company) is in receipt of a Commission staff letter dated 27 October 2010, indicating that Commission staff received a complaint regarding Internet traffic management practices (ITMPs) applied by the Company. The complaint by attached to the Commission staff letter alleges that the Company has "decided to throttle (i.e. lower the bandwidth) on websites beyond only P2P (peer to peer) traffic as stated on the Company's ""Network Management" web page." More particularly, Mr. Singh states that downloads from the website www.hotfile.com are being "throttled" and requests that the Company be required to specify which websites it "throttles" pursuant to its ITMPs. The following constitutes the Company's response.

2.      As the Company has consistently stated, it does not intentionally shape any non-P2P file-sharing traffic as part of its network management practices and, as such, there are no websites that the Company "targets" for traffic shaping. However, as the Company has stated in the past, the deployment of any network technology such as technical ITMPs may have some unintended consequences and the Company encourages its customers to bring such unintended consequences to its attention in order to resolve them.[1]

---

[1]    See Bell Canada(CRTC)15May08-6 CAIP Part VII and The Companies(CRTC)4Dec08-15 PN 2008-19.

Bell Canada
**Suzanne Morin**
Floor 19
160 Elgin Street
Ottawa, Ontario K2P 2C4

**Telephone: (613) 785-6282**
Facsimile: (613) 560-0472
bell.regulatory@bell.ca

2010 11 16                                                                                                      2

3.      As a result of the complaint letter, the Company has performed various tests in an attempt to recreate the reported problem.  As accurately indicated in the complaint letter, www.hotfile.com is a storage type of site that leverages http (web) direct downloading mechanisms for the sharing of files.  The site offers two types of access, a free access and a premium (paid for subscription) access.  Whereas the free access has limitations in terms of the number of concurrent downloads as well as throughput/speed that can be reduced if the site www.hotfile.com is congested, the premium service is not limited in concurrent downloads or throughput/speed as a result of congestion at the site itself.

4.      The Company's testing has revealed that in some instances, and for both free and premium hotfile accounts, certain non-P2P www.hotfile.com traffic was indeed being identified by the Company's deep packet inspection (DPI) devices as being P2P file-sharing protocols. Further investigation allowed the Company to determine that www.hotfile.com traffic was being classified by one of the signatures used by the Company's DPI devices as a P2P file-sharing application and as a result traffic from both free and premium accounts were being shaped as P2P file sharing traffic.   The Company notes that the inaccurate identification of www.hotfile.com traffic is not the result of any changes to the signatures used by the Company.

5.      In order to address the issue of inadvertent shaping of www.hotfile.com traffic, there was a requirement to update the signatures used in the various DPI platforms used by the Company. A solution was implemented for the vast majority of the Company's DPI devices on 2 November 2010 and a second solution for the remaining DPI devices will be implemented by 30 November 2010.  As such, www.hotfile.com traffic should no longer be shaped during peak hours after the 30 November 2010.

6.      Based on the above, the Company considers that it was and remains in compliance with the ITMP framework established in Telecom Regulatory Policy 2009-657.  The Company would like to thank the Commission and              for bringing this issue to the Company's attention and continues to encourage its customers to report any problems in order to allow the Company to investigate and resolve any unintended consequences of its network management practices.

Yours truly,

                                                              s.19(1)

*[ Original signed by Suzanne Morin ]*


**Suzanne Morin**
Assistant General Counsel - Regulatory Law & Policy

c.c.:    Lynne Fancy (CRTC)


PG/lp

                            *** End of Document ***

```
Network Working Group                                        A. Bhushan
Request for Comments: 114                                MIT Project MAC
NIC: 5823                                                 16 April 1971
```

A FILE TRANSFER PROTOCOL

I. Introduction

   Computer network usage may be divided into two broad categories --
   direct and indirect.  Direct usage implies that you, the network
   user, are "logged" into a remote host and use it as a local user.
   You interact with the remote system via a terminal (teletypewriter,
   graphics console) or a computer.  Differences in terminal
   characteristics are handled by host system programs, in accordance
   with standard protocols (such as TELNET (RFC 97) for teletypewriter
   communications, NETRJS (RFC 88) for remote job entry).  You, however,
   have to know the different conventions of remote systems, in order to
   use them.

   Indirect usage, by contrast, does not require that you explicitly log
   into a remote system or even know how to "use" the remote system.  An
   intermediate process makes most of the differences in commands and
   conventions invisible to you.  For example, you need only know a
   standard set of network file transfer commands for your local system
   in order to utilize remote file system.  This assumes the existence
   of a network file transfer process at each host cooperating via a
   common protocol.

   Indirect use is not limited to file transfers.  It may include
   execution of programs in remote hosts and the transfer of core
   images.  The extended file transfer protocol would facilitate the
   exchange of programs and data between computers, the use of storage
   and file handling capabilities of other computers (possibly including
   the trillion-bit store data computer), and have programs in remote
   hosts operate on your input and return an output.

   The protocol described herein has been developed for immediate
   implementation on two hosts at MIT, the GE645/Multics and the PDP-
   10/DM/CG-ITS (and possibly Harvard's PDP-10).  An interim version
   with limited capabilities is currently in the debugging stage. [1]
   Since our implementation involves two dissimilar systems (Multics is
   a "service" system, ITS is not) with different file systems (Multics
   provides elaborate access controls, ITS provides none), we feel that
   the file transfer mechanisms proposed are generalizable.  In
   addition, our specification reflects a consideration of other file
   systems on the network.  We conducted a survey [2] of network host

Bhushan                                                       [Page 1]

RFC 114                    A FILE TRANSFER PROTOCOL              16 April 1971

systems to determine the requirements and capabilities.  This paper
is a "first cut" at a protocol that will allow users at any host on
the network to use the file system of every cooperating host.

II.  Discussion

A few definitions are in order before the discussion of the protocol.
A file is an ordered set consisting of computer instructions and/or
data.  A file can be of arbitrary length [3].  A named file is
uniquely identified in a system by its file name and directory name.
The directory name may be the name of a physical directory or it may
be the name of a physical device.  An example of physical directory
name is owner's project-programmer number and an example of physical
device name is tape number.

A file may or may not have access controls associated with it.  The
access controls designate the users' access privileges.  In the
absence of access controls, the files cannot be protected from
accidental or unauthorized usage.

A principal objective of the protocol is to promote the indirect use
of computers on the network.  Therefore, the user or his program
should have a simple and uniform interface to the file systems on the
network and be shielded from the variations in file and storage
systems of different host computers.  This is achieved by the
existence of a standard protocol in each host.

Criteria by which a user-level protocol may be judged were described
by Mealy in RFC 91, as involving the notion of logical records,
ability to access files without program modifications, and
implementability.  I would add to these efficiency, extendibility,
adaptability, and provision of error-recovery mechanisms.

The attempt in this specification has been to enable the reliable
transfer of network ASCII (7-bit ASCII in 8-bit field with leftmost
bit zero) as well as "binary" data files with relative ease.  The use
of other character codes, such as EBCDIC, and variously formatted
data (decimal, octal, ASCII characters packed differently) is
facilitated by inclusion of data type in descriptor headings.  An
alternative mechanism for defining data is also available in the form
of attributes in file headings.  The format control characters
reserved for the syntax of this protocol have identical code
representation in ASCII and EBCDIC.  (These character are SOH, STX,
ETX, DC1, DC2, DC3, US, RS, GS, and FS.)

Bhushan                                                          [Page 2]

RFC 114                  A FILE TRANSFER PROTOCOL              16 April 1971

The notion of messages (the physical blocks of data communicated
between NCP's) is suppressed herein and that of "logical" records and
transactions is emphasized.  The data passed by the NCP is parsed
into logical blocks by use of simple descriptors (code and count
mechanisms) as described in Section III.  The alternative to count is
fixed length blocks or standard end-of-file characters (scan data
stream).  Both seem less desirable than count.

The cooperating processes may be "daemon" processes which "listen" to
agreed-upon sockets, and follow the initial connection protocol much
in the same way as a "logger" does.  We recommend using a single
full-duplex connection for the exchange of both data and control
information [4], and using CLS to achieve synchronization when
necessary (a CLS is not transmitted until a RFNM is received).

The user may be identified by having the using process send at the
start of the connection the user's name information (either passed on
by user or known to the using system) [5].  This user name
information (a sequence of standard ASCII characters), along with the
host number (known to the NCP), positively identifies the user to the
serving process.

At present, more elaborate access control mechanisms, such as
passwords, are not suggested.  The user, however, will have the
security and protection provided by the serving system.  The serving
host, if it has access controls, can prevent unprivileged access by
users from other host sites.  It is up to the using host to prevent
its own users from violating access rules.

The files in a file system are identified by a pathname, similar to
the labels described in RFC 76 (Bouknight, Madden, and Grossman).
The pathname contains the essential information regarding the storage
and retrieval of data.

In order to facilitate use, default options should be provided.  For
example, the main file directory on disk would be the default on the
PDP-10/ITS, and a pool directory would be the default on Multics.

The file to be transferred may be a complete file or may consist of
smaller records.  It may or may not have a heading.  A heading should
contain ASCII or EBCDIC characters defining file attributes.  The
file attributes could be some simple agreed-upon types or they could
be described in a data reconfiguration or interpretation language
similar to that described in RFC 83 (Anderson, Haslern, and Heffner),
or a combination.

Bhushan                                                        [Page 3]

RFC 114                  A FILE TRANSFER PROTOCOL             16 April 1971

    The protocol does not restrict the nature of data in the file.  For
    example, a file could contain ASCII text, binary core image, graphics
    data or any other type of data.  The protocol includes an "execute"
    request for files that are programs.  This is intended to facilitate
    the execution of programs and subroutines in remote host computers
    [6].

III.  SPECIFICATIONS

1. Transactions

    1A.   The protocol is transaction-oriented.  A transaction is defined
          to be an entity of information communicated between cooperating
          processes.

    1B.   Syntax

          A transaction has three fields, a 72-bit descriptor field and
          variable length (including zero) data and filler fields, as
          shown below.  The total length of a transaction is (72 + data +
          filler) bits.



    1C.   Semantics

          The code field has three 8-bit bytes.  The first byte is
          interpreted as transaction type, the second byte as data type
          and the third byte as extension of data type.

          The filler count is a binary count of bits used as "filler"
          (i.e., not information) at the end of a transaction [7].  As
          the length of the filler count field is 8-bits, the number of
          bits of filler shall not exceed 255 bits.

          The data count is a binary count of the number of data (i.e.,
          information) bits in the data field, not including filler bits.
          The number of data bits is limited to $(2^{24}-1)$, as there are 24
          bits in the data count field.

Bhushan                                                          [Page 4]

RFC 114                     A FILE TRANSFER PROTOCOL              16 April 1971

       The NUL bytes are inserted primarily as fillers in the
       descriptor field and allow the count information to appear at
       convenient word boundaries for different word length machines
       [8].

2.  Transaction Types

    2A.  A transaction may be of the following four basic types:
         request, response, transfer and terminate.  Although large
         number of request and transfer types are defined,
         implementation of a subset is specifically permitted.  Host
         computers, on which a particular transaction type is not
         implemented, may refuse to accept that transaction by
         responding with an unsuccessful terminate.

         The following transaction type codes are tentatively defined:

| Transaction Type | Transaction Type Code | | |
|---|---|---|---|
| | ASCII | Octal | Hexidecimal |
| **Request** | | | |
| Identify | I | 111 | 49 |
| Retrieve | R | 122 | 52 |
| Store | S | 123 | 53 |
| Append | A | 101 | 41 |
| Delete | D | 104 | 44 |
| Rename | N | 116 | 4E |
| addname (Plus) | P | 120 | 50 |
| deletename (Minus) | M | 115 | 4D |
| Lookup | L | 114 | 4C |
| Open | O | 117 | 4F |
| Close | C | 103 | 43 |
| Execute [9] | E | 105 | 45 |
| **Response** | | | |
| ready-to-receive (rr) | < | 074 | 3C |
| ready-to-send (rs) | > | 076 | 3E |
| **Transfer** | | | |
| complete_file | * | 052 | |
| heading | # | 043 | 23 |
| part_of_file | ' | 054 | 2C |
| last_part | . | 056 | 2E |
| **Terminate** | | | |
| successful (pos.) | + | 053 | 2B |
| unsuccessful (neg.) | – | 055 | 2D |

Bhushan                                                         [Page 5]

RFC 114                A FILE TRANSFER PROTOCOL          16 April 1971

2B.    Syntax

In the following discussion US, RS, GS, FS, DC1, DC2, and DC3
are the ASCII characters, unit separator (octal 037), record
separator (octal 036), group separator (octal 035), file
separator (octal 034), device control 1 (octal 021), device
control 2 (octal 022), and device control 3 (octal 023),
respectively.  These have an identical interpretation in
EBCDIC.

2B.1  Requests

Identify, retrieve, store, append, delete, open, lookup and
execute requests have the following data field:

                  <path name>

     Rename request has the data field:

                  <path name> GS <name>

          Addname and deletename requests have the data field:

                  <path name> GS <filenames>

where pathname [10], name and filenames have the following
syntax (expressed in BNF, the metalanguage of the ALGOL 60
report):

<pathname> ::= <device name>|<name>|<pathname>US<name>
<device name> ::= DC1<name>

<name> ::= <char> | <name> <char>
<char> ::= All 8-bit ASCII or EBCDIC characters except

          US, RS, GS, FS, DC1, DC2, AND DC3.

<filenames> ::= <name>|<filenames> RS <name>

The data type for the request transaction shall be either A
(octal 101 for ASCII, or E (octal 105) for EBCDIC [11].

Some examples of pathname are:

DC1 MT08
DC1 DSK 1.2 US Net<3> US J.Doe US Foo
udd US proj. US h,n/x US user US file
filename 1 filename 2

Bhushan                                                  [Page 6]

RFC 114                    A FILE TRANSFER PROTOCOL            16 April 1971

2B.2   Responses

    The response transactions shall normally have an empty data
field.

2B.3   Transfers

The data types defined in section 4 will govern the syntax of
the data field in transfer transactions.  No other syntactical
restrictions exist.

2B.4   Terminates

    The successful terminate shall normally have an empty data
field.  The unsuccessful terminate may have a data field
defined by the data types A (octal 101) for ASCII, E (octal
105) for EBCDIC, or S (octal 123) for status.

    A data type code of 'S' would imply byte oriented error return
status codes in the data field.  The following error return
status codes are defined tentatively:

| Error Code Meaning | ASCII | Octal | Hexadecimal |
|---|---|---|---|
| Undefined error | U | 125 | 55 |
| Transaction type error | T | 124 | 54 |
| Syntax error | S | 123 | 53 |
| File search failed | F | 106 | 46 |
| Data type error | D | 104 | 44 |
| Access denied | A | 101 | 41 |
| Improper transaction sequence | I | 111 | 49 |
| Time-out error | O | 117 | 4F |
| Error condition by system | E | 105 | 45 |

2C.    Semantics

2C.1   Requests

    Requests are always sent by using host.  In absence of a device
name or complete pathname, default options should be provided
for all types of requests.

    _Identify_ request identifies the user as indicated by
<pathname> from serving to using host.

    _Retrieve_ request achieves the transfer of file specified in
<pathname> from serving to using host.

Bhushan                                                      [Page 7]

RFC 114                    A FILE TRANSFER PROTOCOL              16 April 1971

_Store_  request achieves the transfer of file specified in
<pathname> from using to serving host.

_Append_ request causes data to be added to file specified in
pathname.

_Rename_ request causes name of file specified in <pathname> to
be replaced by name specified in <name>.

_Delete_ request causes file specified in <pathname> to be
deleted.  If an extra level of protection for delete is desired
(such as the query 'Do you wish to delete file x?'), it is to
be a local implementation option.

_Addname_ and _deletename_ requests cause names in <filenames>
to be added or deleted to existing names of file specified in
<pathname>.  These requests are useful in systems such as
Multics which allow multiple names to be associated with a
file.

_Lookup_ request achieves the transfer of attributes (such as
date last modified, access list, etc) of file specified in
<pathname>, instead of the file itself.

_Open_ request does not cause a data transfer, instead file
specified in <pathname> is "opened" for retrieve (read) or
store (write).  Subsequent requests are then treated as
requests pertaining to the file that is opened till such a time
that a close request is received.

_Execute_ request achieves the execution of file specified in
<pathname>, which must be an executable program.  Upon receipt
of rr response, using host will transmit the necessary input
data (parameters, arguments, etc).  Upon completion of
execution serving host will send the results to using host and
terminate [12].

2C.2   Response

Responses are always sent by serving host.  The rr response
indicates that serving host is ready to receive the file
indicated in the preceding request.  The rs response indicates
that the next transaction from serving host will be the
transfer of file indicated in the preceding request.

Bhushan                                                        [Page 8]

RFC 114                 A FILE TRANSFER PROTOCOL          16 April 1971

    2C.3  Transfers

        Transfers may be sent by either host.  Transfer transactions
        indicate the transfer of file indicated by a request.  Files
        can be transferred either as complete_file transactions or as
        part_of_file transactions followed by last_part transactions.
        The file may also have a heading transaction in the beginning.
        The syntax of a file, therefore, may be defined as:

        <file> ::= <text> | <heading> <text>
        <text> ::= <complete_file> | <parts> <last_part>
        <parts> ::= <part_of_file> | <parts> <part_of_file>

        Headings may be used to communicate the attributes of files.
        The form of headings is not formally specified but is discussed
        in Section IV as possible extension to this protocol.

    2C.4  Terminates

        The successful terminate is always sent by serving host.  It
        indicates to using host that serving host has been successful
        in serving the request and has gone to an initial state.  Using
        host will then inform user that his request is successfully
        served, and go to an initial state.

        The unsuccessful terminate may be sent by either host.  It
        indicates that sender of the terminate is unable to (or does
        not not wish to) go through with the request.  Both hosts will
        then go to their initial states.  The using host will inform
        the user that his request was aborted.  If any reasons for the
        unsuccessful terminate (either as text or as error return
        status codes) are received, these shall be communicated to the
        user.

3.  Transaction Sequence

    3A.  The transaction sequence may be defined as an instance of file
        transfer, initiated by a request and ended by a terminate [13].
        The exact sequence in which transactions occur depends on the
        type of request.  A transaction sequence may be aborted anytime
        by either host, as explained in Section 3C.

    3B.  Examples

        The identify request doesn't require a response or terminate
        and constitutes a transaction sequence by itself.

Bhushan                                                        [Page 9]

Rename, delete, addname, deletename and open requests involve no data transfer but require terminates.  The user sends the request and the server sends a successful or an unsuccessful terminate depending on whether or not he is successful in complying with the request.

Retrieve and Lookup requests involve data transfer from the server to the user.  The user sends the request, the server responds with a rs, and transfers the data specified by the request.  Upon completion of the data transfer, the server terminates the transaction sequence with a successful terminate if all goes well, or with an unsuccessful terminate is errors were detected.

Store and Append requests involve data transfer from the user to server.  The user sends the request and the server responds with a rr.  The user then transfers the data.  Upon receiving the data, the server terminates the sequence.

Execute request involves transfer of inputs from user to server, and transfer of outputs from server to user.  The user sends the request to which the server responds with rr.  The user then transfers the necessary inputs.  The server "executes" the program or subroutine and transfers the outputs to the user.  Upon completion of the output transfer, the server terminates the transaction sequence.

3C.   Aborts

Either host may abort the transaction sequence at any time by sending an unsuccessful terminate, or by closing the connection (NCP to transmit a CLS for the connection).  The CLS is a more drastic type of abort and shall be used when there is a catastrophic failure or when an abort is desired in the middle of a long file transfer.  The abort indicates to the receiving host that the other host wishes to terminate the transaction sequence and is now in the initial state.  When CLS is used to abort, the using host will reopen the connection.

4.   Data Types

4A.   The data type code together with the extension code defines the manner in which the data field is to be parsed and interpreted [14].  Although a large number of data types are defined, specific implementations may handle only a limited subset of data types.  It is recommended that all host sites accept the

RFC 114                     A FILE TRANSFER PROTOCOL              16 April 1971

"network ASCII" and "binary" data types.  Host computers which
do not "recognize" particular data types may abort the
transaction sequence and return a data type error status code.

4B.   The following data types are tentatively defined.  The code in
      the type and extension field is represented by its ASCII
      equivalent with 8th bit as zero.

Bhushan                                                          [Page 11]

RFC 114                    A FILE TRANSFER PROTOCOL              16 April 1971

| Data Type | Byte Size | Code Type | Extension |
|---|---|---|---|
| ASCII character, bit8=0 (network) | 8 | A | NUL |
| ASCII characters, bit8=1 | 8 | A | 1 |
| ASCII characters, bit8=even parity | 8 | A | E |
| ASCII characters, bit8=odd parity | 8 | A | O |
| ASCII characters, 8th bit info. | 8 | A | 8 |
| ASCII characters, 7 bits | 7 | A | 7 |
| ASCII characters, in 9-bit field | 9 | A | 9 |
| ASCII formatted files (with SOH, STX, ETX, etc.) | 8 | A | F |
| DEC-packed ASCII (5 7-bit char., 36th bit 1 or 0) | 36 | A | D |
| EBCDIC characters | 8 | E | NUL |
| SIXBIT characters | 6 | S | NUL |
| Binary data | 1 | B | NUL |
| Binary bytes (size is binary ext.) | 1-255 | B | (any) |
| Decimal numbers, net ASCII | 8 | D | A |
| Decimal numbers, EBCDIC | 8 | D | E |
| Decimal numbers, sixbit | 6 | D | S |
| Decimal numbers, BCD (binary coded) | 4 | D | B |
| Octal numbers, net. ASCII | 8 | O | A |
| Octal numbers, EBCDIC | 8 | O | E |
| Octal numbers, SIXBIT | 6 | O | S |
| Hexadecimal numbers, net. ASCII | 8 | H | A |
| Hexadecimal numbers, EBCDIC | 8 | H | E |
| Hexadecimal numbers, SIXBIT | 6 | H | S |
| Unsigned integers, binary (ext. field is byte size) | 1-225 | U | (any) |
| Sign magnitude integers (field is binary size) | 1-255 | I | (any) |
| 2's complement integers (ext. field is byte size) | 1-255 | 2 | (any) |
| 1's complement integers (ext. field is byte size) | 1-255 | 1 | (any) |
| Floating point (IBM360) | 32 | F | I |
| Floating point (PDP-10) | 36 | F | D |
| Status codes | 8 | S | NUL |

Bhushan                                                          [Page 12]

RFC 114                    A FILE TRANSFER PROTOCOL              16 April 1971

    4C.   The data type information is intended to be interpretive.  If a
host accepts a data type, it can interpret it to a form suited
to its internal representation of characters or numbers [15].
Specifically when no conversion is to be performed, the data
type used will be binary.  The implicit or explicit byte size
is useful as it facilitates storing of data.  For example, if a
PDP-10 receives data types A, A1, AE, or A7, it can store the
ASCII characters five to a word (DEC-packed ASCII).  If the
datatype is A8 or A9, it would store the characters four to a
word.  Sixbit characters would be stored six to a word.  If
conversion routines are available on a system, the use of
system program could convert the data from one form to another
(such as EBCDIC to ASCII, IBM floating point to DEC floating
point, Decimal ASCII to integers, etc.).

5. Initial Connection, CLS, and Identifying Users

    5A.   There will be a prearranged socket number [16] for the
cooperating process on the serving host.  The connection
establishment will be in accordance with the initial connection
protocol of RFC 66 as modified by RFC 80.  The NCP dialog would
be:

        user to server:     RTS<us><3><p>

    if accepted, server to user:    STR<3><us><CLS><3><us>
        server to user on link p:  <ss>
        server to user:   STR<ss+1><us>RTS<ss><us+1><q>
        user to server:   STR<us><ss+1>RTS<us+1><ss><r>

This sets up a full-duplex connection between user and server
processes, with server receiving through local socket ss from
remote socket us+1 via link q, and sending to remote socket us
through local socket ss+1 via link r.

    5B.   The connection will be broken by trading a CLS between the
NCP'S for each of the two connections.  Normally the user will
initiate the CLS.

CLS may also be used by either the user or the server to abort
a data transmission in the middle.  If a CLS is received in the
middle of a transaction sequence, the whole transaction
sequence will be aborted.  The using host will then reopen the
connection.

    5C.   The first transaction from the user to server will be the
identify transaction.  The users will be identified by the
pathname in data field of the transaction which should be a

Bhushan                                                          [Page 13]

RFC 114                A FILE TRANSFER PROTOCOL                16 April 1971

     form acceptable to the server.  The server is at liberty to
     truncate pathnames for its own use.  Since the identify
     transaction does not require a response or terminate, the user
     can proceed directly with other requests.

IV.  Extensions to Protocol

     The protocol specified above has been designed to be extendable.  The
     obvious extensions would be in the area of transaction types (new
     types of requests), error return status words, and data types.  Some
     of the non-obvious extensions, that I can visualize are provisions of
     access control mechanisms, developing a uniform way of specifying
     file attributes in headings of files, increasing the scope of the
     execute command to include subroutine mediation, and the provision of
     transaction sequence identification numbers to facilitate handling of
     multiple requests over the same connection pair.

     Users of protected file systems should be able to have a reasonable
     degree of confidence in the ability of the serving process to
     identify remote users correctly.  In the absence of such confidence,
     some users would not be willing to give access to the serving process
     (especially write access).  Inclusion of access control mechanisms
     such as passwords, is likely to enhance the indirect use of network
     by users who are concerned about privacy and security.  A simple
     extension to the protocol would be to have the serving host sent a
     transaction type "password?" after it receives user name.  Upon
     receipt of "password?" the using host will transmit the password,
     which when successfully acknowledged, would indicate to the user that
     requests may proceed.

     There are a number of file attributes which properly belong in the
     heading of a file rather than the file itself or the data type in
     descriptors of transactions.  Such attributes include access control
     lists, date file was last modified, information about the nature of
     file, and description of its contents in a data description or data
     reconfiguration language.  Some uniformity in the way file attributes
     are specified would be useful.  Until then, the interpretation of the
     heading would be up to the user or the using process.  For example,
     the heading of files which are input to a data reconfiguration (form)
     machine may be the desired transformations expressed in the
     reconfiguration language.

     The "execute" command which achieves the execution of programs
     resident in remote hosts is a vital part of indirect use of remote
     hosts.  The present scope of the execute command, as outlined in the
     specifications, is somewhat limited.  It assumes that the user or

Bhushan                                                          [Page 14]

RFC 114                    A FILE TRANSFER PROTOCOL              16 April 1971

using process is aware of the manner in which the arguments and
results should be exchanged.  One could broaden the scope of the
execute command by introducing a program mediation protocol [17].

The present specification of the protocol does not allow the
simultaneous transfer and processing of multiple requests over the
same pair of connections.  If such a capability is desired, there is
an easy way to implement it which only involves a minor change.  A
transaction sequence identification number (TSid) could replace a NUL
field in the descriptor of transactions.  The TSid would facilitate
the coordination of transactions, related to a particular transaction
sequence.  The 256 code combinations permitted by the TSid would be
used in a round-robin manner (I can't see more than 256 outstanding
requests between two user-processes in any practical implementation).
An alternate way of simultaneous processing of requests is to open
new pairs of connection.  I am not sure as to how useful simultaneous
processing of requests is, and which of the two is a more reasonable
approach.

V. Conclusions

I tried to present a user-level protocol that will permit users and
using programs to make indirect use of remote host computers.  The
protocol facilitates not only file system operations but also program
execution in remote hosts.  This is achieved by defining requests
which are handled by cooperating processes.  The transaction sequence
orientation provides greater assurance and would facilitate error
control.  The notion of data types is introduced to facilitate the
interpretation, reconfiguration and storage of simple and limited
forms of data at individual host sites.  The protocol is readily
extendible.

Endnotes

[1] The interim version of the protocol, limited to transfer of ASCII
files, was developed by Chander Ramchandani and Howard Brodie of
Project MAC.  The ideas of transactions, descriptors, error recovery,
aborts, file headings and attributes, execution of programs, and use
of data types, pathnames, and default mechanisms are new here.
Howard Brodie and Neal Ryan have coded the interim protocol in the
PDP-10 and the 645, respectively.

[2] The network system survey was conducted last fall by Howard
Brodie of Project MAC, primarily by telephone.

[3] PDP-10 Reference Handbook, page 306.

Bhushan                                                        [Page 15]