# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT, INC.,

          Plaintiffs,

vs.           Case No.
          11-cv-20427-AJ
HOTFILE CORPORATION,
ANTON TITOV, and DOES 1-10.

          Defendants.

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

      The videotaped deposition of IAN FOSTER, Ph.D., taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before PAULINE M. VARGO, a Certified Shorthand Reporter within and for the State of Illinois, C.S.R. No. 84-1573, at the Law Offices of Jenner & Block, Suite 4500, 353 North Clark Street, Chicago, Illinois, on December 14, 2011, at 8:59 a.m.

Job No. 178795


Sarnoff
877.955.3855

IAN FOSTER, PH.D.                           12/14/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | |
|---|---|
| 13:55:55  1 | try and drill down on it? |
| 13:55:58  2 | Q.        Have you rendered an expert |
| 13:56:01  3 | opinion in this case related to digital |
| 13:56:03  4 | fingerprinting technology? |
| 13:56:05  5 | A.        I think I just described how it |
| 13:56:08  6 | works, and I've commented on the fact that it's |
| 13:56:13  7 | being implemented by quite a few sites; and I |
| 13:56:20  8 | also, you know, observed that, the testing of |
| 13:56:24  9 | this technology, so you've got a couple of -- |
| 13:56:30 10 | you've got the -- it's being deployed on a large |
| 13:56:35 11 | scale, and it is being -- you know, testing |
| 13:56:39 12 | reported by some independent sources suggest |
| 13:56:44 13 | that it is highly accurate; and so those are |
| 13:56:49 14 | among a number of factors that lead me to |
| 13:56:53 15 | believe that it's -- it's effective technology. |
| 13:57:00 16 | Q.        Effective for doing what? |
| 13:57:01 17 | A.        Well, actually, that's a good |
| 13:57:03 18 | question.  So it's -- I mean, it's used for a |
| 13:57:06 19 | variety of different things, you know, from |
| 13:57:08 20 | deciding when music is being played on the air |
| 13:57:12 21 | to determining when to insert ads in movies. |
| 13:57:16 22 | But in this case we are talking about detecting |
| 13:57:19 23 | content that has been, you know, identified by a |
| 13:57:24 24 | content owner as something they want to detect |
| 13:57:28 25 | on a site such as Hotfile. |

IAN FOSTER, PH.D.                    12/14/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 13:57:30 | 1 | Q.   You said there has been testing of |
| 13:57:32 | 2 | digital fingerprinting technology, right? |
| 13:57:34 | 3 | A.   Yes, I did. |
| 13:57:37 | 4 | Q.   What testing are you referring to? |
| 13:57:38 | 5 | A.   I'm aware of sort of two.  I mean, |
| 13:57:46 | 6 | there is an academic literature on some of the |
| 13:57:49 | 7 | basic methods which dates back quite a long |
| 13:57:55 | 8 | time, you know, which doesn't speak to -- it |
| 13:57:58 | 9 | speaks to the general principles and |
| 13:58:01 | 10 | realizations, particular realizations of those |
| 13:58:05 | 11 | principles, and those papers show clearly that |
| 13:58:08 | 12 | the method can be made to work fairly easily. |
| 13:58:12 | 13 |         And then I've, you know, reviewed |
| 13:58:16 | 14 | material developed by Movie Labs which has, you |
| 13:58:20 | 15 | know, more specifically taken particular |
| 13:58:22 | 16 | implementations of those methods provided by |
| 13:58:26 | 17 | quite a variety of different vendors and tested |
| 13:58:29 | 18 | them against those large numbers of content |
| 13:58:37 | 19 | files. |
| 13:58:46 | 20 | Q.   All right.  I would like to ask |
| 13:58:47 | 21 | you a little bit about the academic literature. |
| 13:58:52 | 22 |         Can you remember, do you know the |
| 13:58:54 | 23 | names of any other academics whose research you |
| 13:58:58 | 24 | studied? |
| 13:58:58 | 25 | A.   I reference a few papers here. |



IAN FOSTER, PH.D.   12/14/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 13:59:05 | 1 | Let's see. There is -- |
| 13:59:06 | 2 | Q.        I'm sorry. Where are you looking? |
| 13:59:07 | 3 | A.        I'm sorry. I'm on Page 3 of |
| 13:59:10 | 4 | Exhibit 1. Wold, Blum, et al., Oostveen, yeah. |
| 13:59:23 | 5 | Q.        Is the first one a patent? |
| 13:59:25 | 6 | A.        Yes, the first one is a patent and |
| 13:59:27 | 7 | the latter four are -- no, sorry. The latter |
| 13:59:33 | 8 | three, the next three are academic papers, and |
| 13:59:37 | 9 | then the fifth is also a patent. |
| 13:59:45 | 10 | Q.        Do any of those papers discuss |
| 13:59:50 | 11 | using digital fingerprinting technology to |
| 13:59:53 | 12 | control infringement of uploading works on a |
| 13:59:58 | 13 | website? |
| 14:00:00 | 14 | A.        Not that I recall, no. I think |
| 14:00:04 | 15 | the usage that's made of the method is |
| 14:00:06 | 16 | independent of the algorithm, which is what they |
| 14:00:11 | 17 | are describing. |
| 14:00:11 | 18 | Q.        Let me ask you about Movie Labs |
| 14:00:13 | 19 | for a moment. You understand -- who is -- what |
| 14:00:15 | 20 | is Movie Labs? |
| 14:00:16 | 21 | A.        It's a non-profit organization |
| 14:00:23 | 22 | funded by a consortium of content owners, movie |
| 14:00:30 | 23 | producers, and my understanding is its purpose |
| 14:00:35 | 24 | is to perform independent testing of |
| 14:00:37 | 25 | technologies in a variety of areas of potential |

IAN FOSTER, PH.D.                                    12/14/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 14:00:41 | 1 | interest to the movie companies. |
| 14:00:53 | 2 | Q.       Do you view Movie Labs as being an |
| 14:00:58 | 3 | objective tester of this technology? |
| 14:01:04 | 4 | A.       My impression is that it is, yes. |
| 14:01:06 | 5 | Q.       Why is that if it's owned by |
| 14:01:09 | 6 | content owners? |
| 14:01:10 | 7 | MR. PLATZER:  Objection to form. |
| 14:01:10 | 8 | BY THE WITNESS: |
| 14:01:14 | 9 | A.       So it seems, I mean, it is quite |
| 14:01:18 | 10 | common that industry groups will want to have |
| 14:01:25 | 11 | pre-comparative research performed and that |
| 14:01:30 | 12 | they've found independent organizations to |
| 14:01:33 | 13 | perform that work. |
| 14:01:33 | 14 | Those groups, you know, in general |
| 14:01:38 | 15 | need to have a strong reputation for |
| 14:01:40 | 16 | independence and quality, I think, to survive, |
| 14:01:46 | 17 | because not only do they need to get their |
| 14:01:49 | 18 | funders to accept their results, but also they |
| 14:01:52 | 19 | need to get technology providers, you know, to |
| 14:01:56 | 20 | provide the technology to be evaluated. |
| 14:02:00 | 21 | So in a general way I think there |
| 14:02:02 | 22 | is, you know, plenty of precedent for such |
| 14:02:05 | 23 | organizations to be independent and to provide |
| 14:02:12 | 24 | quality results. |
| 14:02:13 | 25 | In this case, you know, I've |



IAN FOSTER, PH.D.    12/14/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 14:02:15 | 1 | studied a fair number of material that they've |
| 14:02:19 | 2 | produced, and they seemed to me to be |
| 14:02:23 | 3 | well-produced.  They've described the |
| 14:02:25 | 4 | experiments that they've performed in a fair |
| 14:02:27 | 5 | amount of detail.  They seem to have been |
| 14:02:29 | 6 | performed rigorously, and the results are |
| 14:02:31 | 7 | presented in a way that I found convincing. |
| 14:02:31 | 8 | BY MR. SCHOENBERG: |
| 14:02:51 | 9 | Q.    Did you as part of the work you |
| 14:02:53 | 10 | did in this case test any fingerprinting |
| 14:02:57 | 11 | technology? |
| 14:02:57 | 12 | A.    I did not. |
| 14:02:59 | 13 | Q.    Have you ever used any -- have you |
| 14:03:01 | 14 | ever tested any fingerprinting technology |
| 14:03:03 | 15 | before? |
| 14:03:06 | 16 | A.    No, I have not. |
| 14:03:07 | 17 | Q.    Have you ever used any |
| 14:03:08 | 18 | fingerprinting technology before? |
| 14:03:10 | 19 | A.    Let's see. |
| 14:03:16 | 20 |       No, I don't believe I have. |
| 14:03:18 | 21 | Q.    Have you spoken with any developer |
| 14:03:22 | 22 | of any digital fingerprinting software? |
| 14:03:26 | 23 | A.    I've read source code for digital |
| 14:03:31 | 24 | fingerprinting software implementations.  I've |
| 14:03:35 | 25 | read papers and, in fact, you know, discussed |



150

IAN FOSTER, PH.D. 12/14/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 14:03:38 | 1 | papers on this technology in graduate classes |
| 14:03:42 | 2 | that I've presented, but yeah, I don't believe |
| 14:03:49 | 3 | I've discussed it, discussed the technology with |
| 14:03:52 | 4 | any developers directly. |
| 14:03:54 | 5 |     Q.    When have you read source code for |
| 14:03:56 | 6 | implementing digital fingerprinting technology? |
| 14:03:59 | 7 |     A.    Where? |
| 14:04:00 | 8 |     Q.    What was the circumstances under |
| 14:04:02 | 9 | which you did that? |
| 14:04:04 | 10 |     A.    I think that was in the context of |
| 14:04:06 | 11 | this graduate class we were teaching on -- I was |
| 14:04:08 | 12 | teaching on distributed computing. |
| 14:04:08 | 13 |     Q.    The one you just referred to a |
| 14:04:10 | 14 | moment ago? |
| 14:04:11 | 15 |     A.    Sorry? |
| 14:04:11 | 16 |     Q.    The one you were referring to a |
| 14:04:12 | 17 | moment ago? |
| 14:04:13 | 18 |     A.    Yes. |
| 14:04:14 | 19 |     Q.    When was this? |
| 14:04:15 | 20 |     A.    Probably four years ago or so. |
| 14:04:25 | 21 | The methods are not very complicated. |
| 14:04:32 | 22 |     Q.    You mentioned one particular |
| 14:04:33 | 23 | fingerprinting technology in your report, |
| 14:04:37 | 24 | Vobile? |
| 14:04:38 | 25 |     A.    Yes. |



Sarnoff
877.955.3855

151