# EXHIBIT 8

1               UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
2
            CASE NO. 11-20427-WILLIAMS/TURNOFF
3

DISNEY ENTERPRISES, INC., TWENTIETH   )
4  CENTURY FOX FILM CORPORATION,       )
   UNIVERSAL CITY STUDIOS PRODUCTIONS  )
5  LLLP, COLUMBIA PICTURES INDUSTRIES, )
   INC., and WARNER BROS. ENTERTAINMENT,)
6  INC.,                               )
                                       )
7       Plaintiffs,                    )
                                       )
8    vs.                               ) VOLUME II
                                       )
9  HOTFILE CORP., ANTON TITOV, and     )
   DOES 1-10,                          )
10                                     )
        Defendants.                    )
11 ------------------------------------)
   HOTFILE CORP.,                      )
12                                     )
        Counterclaimant,               )
13                                     )
     vs.                               )
14                                     )
   WARNER BROS. ENTERTAINMENT, INC.,   )
15                                     )
        Counterdefendant.              )
16
17          The deposition of DR. IAN FOSTER, called
18 for examination, taken before KIMBERLY WINKLER
19 CHRISTOPHER, CSR No. 084-002752, Certified
20 Shorthand Reporter of the State of Illinois, at
21 353 North Clark Street, Suite 4500, Chicago,
22 Illinois, on the 20th day of January, A.D. 2012,
23 at 9:09 a.m.
24
25 PAGES 231 - 483

                                        Page 231

1    from other sources, but that doesn't mean they          05:17:57

2    don't get them.                                          05:18:00

3        Q.   Are you aware that the "LA Times"              05:18:00

4    referred to MovieLabs as the research arm of the        05:18:03

5    movie industry?                                          05:18:06

6        A.   I think I've seen that phrase, yes.            05:18:06

7        Q.   Does that affect or change -- did you          05:18:09

8    take that into account in forming your opinions          05:18:14

9    about the reliability of MovieLabs' research?            05:18:16

10       A.   So as I say here, it is quite common           05:18:22

11   for industry groups to have these -- often they          05:18:26

12   call them research institutions.  So, for example,      05:18:32

13   the Electric Power Research Institute is the             05:18:37

14   research arm of the electric power industry.             05:18:42

15       I don't think that that sort of                     05:18:45

16   association doesn't necessarily lead one to              05:18:49

17   distrust the work that they perform.  I think you        05:18:55

18   need to look at the work and evaluate it and look        05:18:59

19   perhaps at, you know, their record of what the           05:19:02

20   court decided whether to trust the work they do.         05:19:05

21       Q.   Well, you state in Paragraph 15 that the       05:19:08

22   tests of MovieLabs appear to be professional and         05:19:12

23   well designed.                                           05:19:15

24       Do you recall stating that?                          05:19:16

25       A.   Right.  So what I -- in preparing my           05:19:17

Page 448

| | | |
|---|---|---|
| 1 | reports, I have consulted documents provided by | 05:19:26 |
| 2 | MovieLabs regarding the process they followed to | 05:19:31 |
| 3 | evaluate the different products available from | 05:19:37 |
| 4 | various technology providers.  Which seem to be | 05:19:42 |
| 5 | quite -- well, they're certainly well described in | 05:19:47 |
| 6 | the context of if it was a research study coming | 05:19:50 |
| 7 | from another group, I would be happy about the | 05:19:55 |
| 8 | rigor with which they described the -- the | 05:19:59 |
| 9 | process. | 05:20:04 |
| 10 | And then I also consulted the document | 05:20:06 |
| 11 | that described the output of their process.  And | 05:20:08 |
| 12 | that, again, seemed quite thoroughly presented. | 05:20:12 |
| 13 | You know, it included consideration of various | 05:20:16 |
| 14 | things that I would have liked to see considered. | 05:20:22 |
| 15 | So if it was a Ph.D. student doing a research | 05:20:23 |
| 16 | project or another one of my peer research groups | 05:20:26 |
| 17 | in my field, I would feel good about the study | 05:20:30 |
| 18 | based on the way it was presented.  So that's what | 05:20:33 |
| 19 | I meant when I say that the tests appear | 05:20:36 |
| 20 | professional and well designed. | 05:20:38 |
| 21 | Q.   Can't a test be professional and well | 05:20:40 |
| 22 | designed but still embody bias? | 05:20:42 |
| 23 | MR. PLATZER:  Objection to the form. | 05:20:46 |
| 24 | THE WITNESS:  That's almost a philosophical | 05:20:46 |
| 25 | question as to what one means by bias.  You know, | 05:20:54 |

Page 449