# EXHIBIT 12

| | |
|---|---|
| **From:** | Platzer, Luke C |
| **Sent:** | Wednesday, October 23, 2013 8:33 AM |
| **To:** | Val Gurvits; Evan Fray-Witzer; Matthew Shayefar |
| **Cc:** | Fabrizio, Steven B; Handzo, David A |
| **Subject:** | Hotfile - Opinions of Dr. Cromarty |

Evan et al.:

Per our discussion yesterday, please let us know which of the various topics as to which Dr. Cromarty opined in his report (and in his summary judgment declaration) you intend to elicit opinions from him on trial. In light of the Court's order yesterday setting the due date for Daubert motions to Monday, we really need an answer by COB today. Thanks.

- Luke

1. Opinions regarding the reliability of using IP addresses to geolocate computers.
2. Opinions about the reliability of using file names to identify the content in the file.
3. Opinions about how cyberlockers are poorly suited for copyright infringement.
4. Opinions about the difficulties of using "hashing" to identify copies of files.
5. Opinions about timeliness of Hotfile's adoption of Vobile.
6. Opinions about difficulty of using Vobile.
7. Opinions about effectiveness and availability at different times of digital fingerprinting technology more generally.
8. Opinions about alternative methods movie industry could have used to prevent online infringement of its content (such as DRM, Watermarking, and alternative pricing/business models Dr. Cromarty thinks the industry could have adopted).
9. Opinions about the value of the works infringed and the actual harm to Plaintiffs' business from online infringement.
10. Opinions about how movie industry actually "benefits" from online infringement (e.g. due to publicity).
11. Opinions about the frequency with which takedown notices are erroneous, including Google's assertions as the frequency with which it receives incorrect notices for its search service.

Regards,
Luke

1